# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,      :Master File No.
PELVIC REPAIR SYSTEM       :2:12-MD-02327
PRODUCTS LIABILITY         :
LITIGATION                 :MDL No. 2327

---------------------------------------------
THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
THE CASES LISTED BELOW    :U.S. DISTRICT JUDGE
---------------------------------------------
Mullins, et al. v.          2:12-cv-02952
Ethicon, Inc., et al.
Sprout, et al. v.           2:12-cv-07924
Ethicon, Inc., et al.
Iquinto v. Ethicon,         2:12-cv-09765
Inc., et al.
Daniel, et al. v.           2:13-cv-02565
Ethicon, Inc., et al.
Dillon, et al. v.           2:13-cv-02919
Ethicon, Inc., et al.
Webb, et al. v.             2:13-cv-04517
Ethicon, Inc., et al.
Martinez v. Ethicon,        2:13-cv-04730
Inc., et al.
McIntyre, et al. v.         2:13-cv-07283
Ethicon, Inc., et al.
Oxley v. Ethicon,           2:13-cv-10150
Inc., et al.
Atkins, et al. v.           2:13-cv-11022
Ethicon, Inc., et al.
Garcia v. Ethicon,          2:13-cv-14355
Inc., et al.
Lowe v. Ethicon,            2:13-cv-14718
Inc., et al.
Dameron, et al. v.          2:13-cv-14799
Ethicon, Inc., et al.
Vanbuskir, et al. v.        2:13-cv-16183
Ethicon, Inc., et al.

SEPTEMBER 29, 2015
ROGER McLENDON, M.D.
GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Roger McLendon, M.D.

## Page 2

1  CAPTION CONTINUED:
2  Mullens, et al. v.      2:13-cv-16564
   Ethicon, Inc., et al.
3  Shears, et al. v.       2:13-cv-17012
   Ethicon, Inc., et al.
4  Javins, et al. v.       2:13-cv-18479
   Ethicon, Inc., et al.
5  Barr, et al. v.         2:13-cv-22606
   Ethicon, Inc., et al.
6  Lambert v. Ethicon,     2:13-cv-24393
   Inc., et al.
7  Cook v. Ethicon, Inc.,  2:13-CV-29260
   et al.
8  Stevens v. Ethicon,     2:13-cv-29918
   Inc., et al.
9  Harmon v. Ethicon, Inc., 2:13-cv-31818
   et al.
10 Snodgrass v. Ethicon,   2:13-cv-31881
   Inc., et al.
11 Miller v. Ethicon, Inc., 2:13-cv-32627
   et al.
12 Matney, et al. v.       2:14-cv-09195
   Ethicon, Inc., et al.
13 Jones, et al. v.        2:14-cv-09517
   Ethicon, Inc., et al.
14 Humbert v. Ethicon,     2:14-cv-10640
   Inc., et al.
15 Gillum, et al. v.       2:14-cv-12756
   Ethicon, Inc., et al.
16 Whisner, et al. v.      2:14-cv-13023
   Ethicon, Inc., et al.
17 Tomblin v. Ethicon,     2:14-cv-14664
   Inc., et al.
18 Schepleng v. Ethicon,   2:14-cv-16061
   Inc., et al.
19 Tyler, et al. v.        2:14-cv-19110
   Ethicon, Inc., et al.
20 Kelly, et al. v.        2:14-cv-22079
   Ethicon, Inc., et al.
21 Lundell v. Ethicon,     2:14-cv-24911
   Inc., et al.
22 Cheshire, et al. v.     2:14-cv-24999
   Ethicon, Inc., et al.
23 Burgoyne, et al., v.    2:14-cv-28620
   Ethicon, Inc., et al.
24 Bennett, et al. v.      2:14-cv-29624
   Ethicon, Inc., et al.
25

## Page 4

1  APPEARANCES:
2
   ON BEHALF OF THE PLAINTIFFS:
3    THE MONSOUR LAW FIRM
     404 North Green Street
4    Longview, Texas 75601
     903-758-5757
5    BY:  DOUGLAS C. MONSOUR, ESQ.
          KATY KROTTINGER, ESQ.
6         CHAPMAN BAUERLEIN, ESQ.
           (Via Telephone)
7         doug@monsourlawfirm.com
          katy@monsourlawfirm.com
8         chapman@monsourlawfirm.com
9
   ON BEHALF OF THE DEFENDANTS:
10   TUCKER ELLIS LLP
     950 Main Avenue, Suite 1100
11   Cleveland, Ohio 44113
     216-696-4634
12   BY:  S. PETER VOUDOURIS, ESQ.
        peter.voudouris@tuckerellis.com
13
     and
14
15   THOMAS COMBS & SPANN, PLLC
     300 Summers Street, Suite 1380
16   Charleston, West Virginia 25301
     304-414-1807
17   BY:  DAVID B. THOMAS, ESQ.
        dthomas@tcspllc.com
18
19
20   ALSO PRESENT:  Len Harris, Videographer
21
22
23
24
25

## Page 3

1             - - -
2        SEPTEMBER 29, 2015
3             - - -
4
5       Videotaped Deposition of ROGER McLENDON,
6   M.D., called for examination, taken pursuant
7   to the Federal Rules of Civil Procedure of the
8   United States District Courts pertaining to the
9   taking of depositions, taken before KAREN K. KIDWELL,
10  RMR, CRR, Notary Public for the State of North
11  Carolina, at Duke University Medical Center, Duke
12  Clinics/South, 200 Trent Drive, Room 3114, Durham,
13  North Carolina, on September 29, 2015, at 2:02 p.m.
14
15
16
17
18
19
20
21
22
23
24
25

## Page 5

1              I N D E X
2   WITNESS/EXAMINATION               Page
3   ROGER MCLENDON, M.D.
4    By Mr. Monsour                    7
5
6
7        (No exhibits marked.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Roger McLendon, M.D.

Page 6

1  TUESDAY, SEPTEMBER 29, 2015, DURHAM, NORTH CAROLINA
2           P R O C E E D I N G S
3                -oOo-
4       VIDEOGRAPHER:  We are now on the record.
5  My name is Len Harris.  I am a videographer for
6  Golkow Technologies.  Today's date is
7  September 29th, 2015, and the time is
8  approximately 2:02 p.m.
9       This video deposition is being held in
10  Durham, North Carolina in regards to Ethicon,
11  Incorporated, Pelvic Repair System Products
12  Liability Litigation.  This case relates to
13  Mullins, et al, versus Ethicon, Incorporated, et
14  al.  Case Number is 2:12-CV-02952.  Master File
15  Number is 2:12-MD-02327.  MDL Number is 2327.
16  This case is being held in the United States
17  District Court for the Southern District of West
18  Virginia, Charleston Division.
19       The deponent is Roger McLendon, M.D.
20       Counsel, would you please identify
21  yourselves.
22       MR. MONSOUR:  Doug Monsour for the
23  plaintiff, along with Katy Krottinger and
24  Chapman Bauerlein.
25       MR. VOUDOURIS:  Peter Voudouris on behalf

Page 7

1  of Defendant Ethicon.
2       MR. THOMAS:  David Thomas for Defendants.
3       VIDEOGRAPHER:  The court reporter is Karen
4  Kidwell and will now swear in the witness.
5       ROGER MCLENDON, M.D.
6  being first duly sworn, testified as follows:
7       VIDEOGRAPHER:  Please continue.
8            EXAMINATION
9  BY MR. MONSOUR:
10      Q.  All right.  Good afternoon, Dr. McLendon.
11  How are you?
12      A.  I'm well.  Good afternoon, sir.
13      Q.  I'm going to try and get through this as
14  quickly as I can.  It's going to take a little while.
15  What I would tell you is if you need to take a break
16  or something, I can't see you, so just speak up or
17  tell Dave or Peter that you want to take a break, and
18  it's not a big deal.  I would just ask that you
19  finish answering my question.  Is that okay?
20      A.  Yes, sir.
21      Q.  And then also, if I ask you something you
22  don't understand, just ask me to rephrase it, and
23  I'll do that.  Okay?
24      A.  Yes, sir.  Can you hear me all right?
25      Q.  Yeah, I can hear you fine.  Can you hear

Page 8

1  me?
2      A.  Yes, sir.
3      Q.  Okay.  Dr. McLendon, what kind of a doctor
4  are you?
5      A.  I'm a board-certified anatomic pathologist
6  and neuropathologist.
7      Q.  On a typical given day, what do you do?
8      A.  My diagnostic clinical responsibilities
9  are diagnostic neuropathology.
10      Q.  And what is -- for those of us that don't
11  practice neuropathology, tell me what a
12  neuropathologist does.
13      A.  Neuropathology is the study of the brain,
14  the spinal cord, its nerves, the coverings of these
15  tissues as well as their end targets.  So my job is
16  to examine tissues, whether they be nerve or spinal
17  cord or brain tissue for evidence of disease.  I also
18  look at muscle and peripheral nerve.
19      Q.  Do you -- have you ever been a pathologist
20  that's looked at specimens from the vaginal area?
21      A.  My job as neuropathology is to examine
22  nerves and tissues wherever they may be.  I have many
23  years ago routinely looked at vaginal tissue, and now
24  I will look at tissues for nerve damage, diseases of
25  nerve, wherever they may come from in the body.

Page 9

1      Q.  Okay.  So -- so if I understand you right,
2  as a neuropathologist, you look at nerves all over
3  the body, wherever they may be?
4      A.  That's correct.
5      Q.  Okay.  Do you -- have you ever looked at a
6  transvaginal mesh specimen?
7      A.  Before?  No, sir.
8      Q.  I didn't hear you.
9      A.  No, sir.
10      Q.  Have you ever looked at a TVT specimen?
11      A.  Only as my job as the Director of the
12  Surgical Pathology Archives.  I'm the Director of
13  Surgical Pathology here, and a few of these slings
14  have -- are stored.  And as the keeper of the
15  archives, I am responsible for dispensing them, so I
16  have visually looked at one or two.
17      Q.  Okay.  And when you talk about visually
18  looking at them, I'm talking about as a
19  neuropathologist actually examining them with the
20  microscope or however you do it, have you actually
21  looked at them that way?
22      A.  No, sir.
23      Q.  Is it fair to say that -- with that in
24  mind, is it fair to say that before you were retained
25  by Ethicon, that you really had no knowledge

Roger McLendon, M.D.

Page 10

1  concerning looking at TVT specimens that had been
2  removed from women?
3      A.  I had no concern about that.  I routinely
4  look at -- at nerves that have been injured in the
5  peripheral nervous system or -- and looked at normal
6  healing processes, so I have fairly extensive
7  experience of looking at nervous tissue from all over
8  the body.
9      Q.  No, I understand that.  I understand that.
10  I guess what I'm trying to get at, Dr. McLendon, is
11  before being retained by Ethicon, had you ever been
12  the pathologist that was called upon to examine a
13  removed specimen involving a woman's vaginal tissue
14  and transvaginal mesh?
15      A.  Not to my recollection.
16      Q.  Do -- are you here basically to talk
17  primarily about how the nerves function or don't
18  function in -- when they are entrapped in the mesh?
19      MR. VOUDOURIS:  Objection.  Form.
20      THE WITNESS:  I -- I'm here to talk about
21  the neural pathology of the tissues that I've
22  examined, and I'm also here to talk about the
23  scientific method that Dr. Iakovlev used in
24  examining these tissues in coming to his
25  conclusions.

Page 11

1  BY MR. MONSOUR:
2      Q.  Okay.  Let me ask you a couple of other
3  questions.  Have you ever -- have you ever looked at
4  polypropylene when it has been implanted in the human
5  body and then it has been removed surgically?  Have
6  you ever looked at any specimens before that involve
7  polypropylene?
8      A.  I've looked at a lot of foreign bodies,
9  but specifically whether it involved polypropylene,
10  I'm not sure.
11      Q.  Okay.  Let me ask you this, when
12  polypropylene is implanted in the human body, does it
13  degrade?
14      A.  I have no idea.
15      MR. VOUDOURIS:  Objection.
16  BY MR. MONSOUR:
17      Q.  I didn't hear you?
18      A.  I have no idea.
19      Q.  Do you believe that it would degrade?
20      MR. VOUDOURIS:  Objection.  Beyond the
21  scope.
22      THE WITNESS:  I haven't formed an opinion
23  on that.  I haven't been asked to and won't be
24  offering an opinion on that.
25

Page 12

1  BY MR. MONSOUR:
2      Q.  I understand.  I'm asking you, though.  Do
3  you believe that polypropylene, once it's implanted
4  in the human body, would degrade?
5      MR. VOUDOURIS:  Objection.  Asked and
6  answered, Counselor.  He told you he's not going
7  to be opining on that subject.
8      MR. MONSOUR:  He can tell me everything he
9  wants.  I'm asking him the question.  I'm asking
10  him his opinion.
11      MR. VOUDOURIS:  Well, if he's not going to
12  have an opinion about it at trial, that's what
13  he's trying to tell you.
14      MR. MONSOUR:  It doesn't matter.  I'm
15  asking my question.  I want him to answer it.
16      MR. VOUDOURIS:  Well, asked and answered.
17  Go ahead one more time.
18      THE WITNESS:  Yeah, I haven't been asked
19  to form an opinion on that.  I haven't formed an
20  opinion on that.  And I won't be offering one at
21  trial.
22  BY MR. MONSOUR:
23      Q.  Do you believe most likely that
24  polypropylene would degrade once it is implanted in
25  the human body?

Page 13

1      MR. VOUDOURIS:  Objection.  Asked and
2  answered.
3      THE WITNESS:  I haven't formed an opinion
4  on that, and I won't be offering one at trial.
5  BY MR. MONSOUR:
6      Q.  Well, I know you haven't formed an
7  opinion, but I'm asking you, most likely, with your
8  medical background, do you believe it probably would?
9      MR. VOUDOURIS:  Objection.  Asked and
10  answered.
11      THE WITNESS:  I haven't formed an opinion
12  on that.
13  BY MR. MONSOUR:
14      Q.  Do you -- do you believe that once these
15  transvaginal mesh devices are implanted in the human
16  body that a process of contraction happens?
17      MR. VOUDOURIS:  Objection.  Beyond the
18  scope.
19      THE WITNESS:  I don't know anything about
20  the chemical properties of polypropylene.  I
21  haven't formed an opinion.  I haven't done any
22  research on it.  I -- I won't be offering one at
23  trial.
24  BY MR. MONSOUR:
25      Q.  I'm talking more -- not necessarily about

4 (Pages 10 to 13)

Roger McLendon, M.D.

Page 14

1    the chemical properties. I'm talking about the
2    integration of scar tissue into the TVT. Do you
3    believe that results in a mesh that is entrapped
4    through the scar tissue?
5        MR. VOUDOURIS: Objection. Asked and
6    answered. Go ahead.
7        THE WITNESS: It's my understanding that
8    there are others that will be offering an
9    opinion on this. I have not formed an opinion
10   on that and won't be offering one at trial.
11   BY MR. MONSOUR:
12       Q. Do you believe that fibrous tissue grows
13   into these implants once they're implanted?
14       MR. VOUDOURIS: Objection. Beyond the
15   scope.
16       THE WITNESS: It's clear from looking at
17   the specimens that smooth muscle fibroblast,
18   blood vessels grow in and amongst the
19   polypropylene implants.
20   BY MR. MONSOUR:
21       Q. Is that scar tissue?
22       A. That's scar tissue. That's a healing
23   process. It's the body's reaction to this
24   polypropylene implant.
25       Q. All right. So if I understand this right,

Page 15

1    when a TVT is implanted in the human body, scar
2    tissue develops around and within the mesh, true?
3        MR. VOUDOURIS: Objection.
4        THE WITNESS: The body does react to the
5    foreign body and does fulfill its mission to
6    react to this polypropylene to -- to cure the
7    introduced wound of a -- of the tissue -- of the
8    space occupying polypropylene.
9    BY MR. MONSOUR:
10       Q. Does this scar tissue formation result in
11   a contraction of the mesh?
12       MR. VOUDOURIS: Objection.
13       THE WITNESS: I'm not sure, sir. I
14   haven't studied that.
15   BY MR. MONSOUR:
16       Q. Well, you've read several articles about
17   mesh once it's implanted in the human body, correct?
18       A. That's correct.
19       Q. Do you believe, therefore, that
20   contraction does take place?
21       MR. VOUDOURIS: Objection. Asked and
22   answered.
23       THE WITNESS: I haven't seen any studies
24   to say whether or not that it does happen.
25   There's a lot of observational studies, reports

Page 16

1    about -- of scar tissue in and around these
2    meshes, but none of them that conclusively prove
3    that there's any contraction. There's none that
4    conclusively prove that there's any abnormal
5    response of the body to the implanted mesh.
6    BY MR. MONSOUR:
7        Q. All right. But I'm asking you your
8    opinion. Do you believe that the scar tissue results
9    in the mesh contracting?
10       MR. VOUDOURIS: Objection. Asked and
11   answered. Beyond the scope.
12       THE WITNESS: My belief comes from the
13   scientific method in reviewing the tissues. The
14   scientific method does not prove any evidence of
15   contraction or change.
16   BY MR. MONSOUR:
17       Q. So does that mean you believe it does not
18   contract?
19       A. I have not been convinced from reading the
20   papers or reviewing the slides that there's any
21   contractions or abnormalities other than the body
22   having any other incision at this site.
23       Q. Okay. Have you ever looked at a -- have
24   you only looked at slides involving TVT, or have you
25   looked at any slides involving pelvic organ prolapse

Page 17

1    implants?
2        A. I haven't looked at any tissues regarding
3    pelvic organ prolapse. The only slides I've looked
4    at belong to the five or six cases that were offered
5    to me on whole slide image as well as glass slides,
6    and I believe they were all TVT meshes.
7        Q. Okay. If the mesh -- if the mesh does
8    contract when the scar tissue forms, is that
9    something that you believe you should be aware of?
10       MR. VOUDOURIS: Objection.
11       THE WITNESS: Are you giving a
12   hypothetical?
13   BY MR. MONSOUR:
14       Q. I'm asking you a question.
15       MR. VOUDOURIS: He asked you a question.
16       MR. MONSOUR: Well, I'm the questioner so
17   . . .
18       MR. VOUDOURIS: Well, I understand that,
19   Doug, but at the beginning of the deposition,
20   you told the Doctor that if he didn't understand
21   one of your questions, he was to speak up. And
22   he just did.
23   BY MR. MONSOUR:
24       Q. Okay. Do you believe that if the mesh
25   does contract as a result of scar tissue formation,

5 (Pages 14 to 17)

Roger McLendon, M.D.

Page 18

1  that that's something that you should be aware of?
2         MR. VOUDOURIS: Objection. Form,
3     foundation.
4         THE WITNESS: I believe that the normal
5     healing process is something that I'm aware of,
6     and contraction is a part of the normal healing
7     process, and it makes no difference to me
8     whether polypropylene is involved or not. It
9     is -- the tissues I looked at were normal
10    healing process, and so I accepted them for what
11    they were.
12 BY MR. MONSOUR:
13    Q.  When scar tissue forms, does it contain
14 nerves?
15    A.  It can contain nerves, yes, not
16 necessarily.
17    Q.  Are you -- are you generally aware of --
18 and I'm just trying to get an idea of what you know
19 about this so just explain it the best way you can.
20 Are you generally aware of the complaints that women
21 that have TVT implanted in them, are you generally
22 aware of the complaints that they have?
23         MR. VOUDOURIS: Objection. Form.
24         THE WITNESS: I understand that they feel
25    pain. I'm not -- I'm not -- I haven't been

Page 19

1     informed of the type or severity of pain or the
2     localization of the pain.
3  BY MR. MONSOUR:
4     Q.  Do you believe, as a neuropathologist,
5  that a TVT sling, once it's implanted, do you believe
6  that it could somehow cause pain in a woman?
7         MR. VOUDOURIS: Objection. Form,
8     foundation.
9         THE WITNESS: That is a very difficult
10    problem in -- in pain management science. There
11    are some people that have just an abnormal
12    response to pain regardless of what type of
13    surgery they have. There are just some that are
14    going to have pain.
15        We don't understand the cause -- causes of
16    it. The pain continues regardless if they have
17    nerve breaks, if they have anesthetic blockades.
18    It's clear that there are certain people that
19    are just predisposed to hurt related to surgery.
20    And you can't predict which ones they are
21    because we don't know what the pathophysiologic
22    mechanisms for their pain mechanisms are.
23 BY MR. MONSOUR:
24    Q.  Okay. I appreciate that response. But my
25 question is a little more simple than that. My

Page 20

1  question is simply this, is it possible that a TVT,
2  once it's implanted in a woman, could cause her pain?
3         MR. VOUDOURIS: Objection. Form,
4     foundation.
5         THE WITNESS: The -- the question is so
6     broad. You said "implanted." Implanted
7     properly, implanted improperly or implanted with
8     what types of surgery? There's a lot of
9     variables that just haven't been studied.
10        I've looked at Dr. Iakovlev's papers and
11    just can't come to -- there's so many variables
12    that are in there. I agree with the paper of
13    Dr. Blaivas, his Nature paper, that just says
14    there's just so much we don't understand.
15 BY MR. MONSOUR:
16    Q.  Well, let me -- let me ask my question
17 again. Is it possible that a properly implanted TVT
18 sling could cause a woman pain?
19         MR. VOUDOURIS: Objection. Form,
20     foundation.
21         THE WITNESS: It is possible that a -- and
22     as I have said before, it is possible that a
23     woman with a TVT sling could experience a pain
24     syndrome. We don't understand the issues or the
25     causality of the pain.

Page 21

1  BY MR. MONSOUR:
2     Q.  Okay. Let me ask -- let me ask the
3  question another way. Is it possible that a woman
4  would have a TVT sling implanted in her and it was
5  done properly and that nerves would grow into the TVT
6  sling? Is that possible?
7         MR. VOUDOURIS: Objection. Form,
8     foundation.
9         THE WITNESS: All right. It is possible
10    that the nerve will grow into the scar tissue
11    around the sling. It won't grow into the
12    polypropylene sling.
13 BY MR. MONSOUR:
14    Q.  Is it possible that if a nerve grows into
15 the scar tissue around the TVT sling, that through
16 the process of contraction, that nerve could be
17 squeezed and cause pain?
18         MR. VOUDOURIS: Objection. Form,
19     foundation.
20         THE WITNESS: Ahh. You ask a question
21     about what types of nerves can grow into this.
22     And this, with the smooth muscle with the
23     fibroblast, the vast majority of those nerves
24     are going to be autonomic nerves or nerves that
25     control involuntary -- involuntary contracture.

6 (Pages 18 to 21)

Roger McLendon, M.D.

Page 22

```
1        Blood vessels, small arteries that grow into it
2    will also carry their own innervation, and
3    that's all autonomic.  It's all involuntary.
4        It's -- it's clear that from the S100
5    stains I've looked at that there are nerve
6    fibers in and amongst the polypropylene fibers.
7    And it is clear that the vast, vast, vast
8    majority of them are innervating smooth muscle
9    from the own stains that Dr. Iakovlev provided.
10 BY MR. MONSOUR:
11    Q.  Okay.  Let me ask my question again
12 because I don't think you answered.
13        Is it possible that a nerve could grow
14 into the scar tissue around the TVT mesh that's
15 implanted properly in a woman and that that nerve
16 could be squeezed by contraction and cause the woman
17 pain?  Is it possible?
18        MR. VOUDOURIS:  Objection.  Form,
19    foundation.
20        THE WITNESS:  As I said, the autonomic
21    nerves -- and I -- I didn't say it clearly, and
22    I apologize.  Thank you for giving me the
23    opportunity to clarify.
24        The autonomic nerves will carry signals to
25    contract the smooth muscle, to contract blood
```

Page 23

```
1    vessels.  Those will not carry any pain -- pain
2    signals back.
3        I didn't make it clear that pain fibers
4    are a specific subtype of nerve fiber that
5    scientists call the A delta and the C fibers.
6    The C fibers are slow pain, the A delta fibers
7    are sharp pain.  There's a lot of different
8    things that go on about this.  And it is -- it
9    is important to be able to characterize the
10    nerve fibers.  And the evidence that I saw from
11    the slides were not able to characterize sensory
12    pain fibers.
13        So is it possible for a pain fiber to grow
14    into a scar and cause pain before it
15    degenerates?  I -- I suppose yes.  But I think
16    that you're -- what you're talking about is
17    evident is a process where the pain fibers may
18    or may not enter, but if they do, they're
19    short-term and they degenerate.  There's
20    numbness, in other words.  Vast majority of
21    scars are numb.
22 BY MR. MONSOUR:
23    Q.  Okay.  Is it possible that there could be
24 nerves that would grow in and around the scar tissue
25 around a properly placed TVT that could generate pain
```

Page 24

```
1    long term?
2        MR. VOUDOURIS:  Objection.  Form,
3    foundation.
4        THE WITNESS:  The possibilities -- what
5    you're asking is a scientific question.  The
6    science of it has not been analyzed, and it
7    certainly hasn't been done by Dr. Iakovlev's
8    studies or any of the studies that I've seen
9    from his group.  So the answer to that is
10    it's -- it's unknown and unknowable.
11        There are a lot of other theories that do
12    explain why people experience pain after this
13    surgery.  Even after they've had nerve sections,
14    they still have phantom pain.
15 BY MR. MONSOUR:
16    Q.  Now, you said there's several different
17 types of nerve fibers, correct?
18    A.  That's correct.
19    Q.  And certain types carry painful
20 sensations, correct?
21    A.  The A delta and the C fibers transmit
22 pain.  They do.
23    Q.  If an A delta or a C fiber was in the scar
24 tissue around a TVT that was properly implanted and
25 the scar tissue around it contracted, could that
```

Page 25

```
1    cause a woman pain?
2        MR. VOUDOURIS:  Objection.  Form,
3    foundation.
4        THE WITNESS:  That -- that's a lot of ifs
5    for -- in your hypothetical.  And I believe I've
6    said that the science of that has not been
7    proven.
8 BY MR. MONSOUR:
9    Q.  The science of what has not been proven?
10    A.  The question you just asked.
11    Q.  Which part of it is unproven?
12    A.  That was the question you asked.  And I
13 answered it, sir.
14    Q.  No, no, no.  You just said the science is
15 unproven.  I'm asking you which part is unproven?
16    A.  The -- the distribution of A delta and
17 C fibers is unknown in scar tissue, of the vaginal
18 meshes, around the vaginal meshes.  And whether or
19 not they transmit pain is unknown in the scar tissue
20 around the TVT meshes.  The studies just haven't been
21 done.
22    Q.  Well, let me ask you this, in most
23 implants that are implanted into the -- have you ever
24 looked at abdominal mesh implants?
25    A.  No, sir.
```

7  (Pages 22 to 25)

Roger McLendon, M.D.

Page 26

1    Q.  Would -- are you aware of whether or not
2  A delta or C fibers grow into the scar tissue around
3  abdominal mesh implants?
4    A.  To my knowledge, that study has not been
5  done.  The science is just not there.
6    Q.  So how do -- where would you expect the
7  A delta and C fibers -- where would you expect them
8  to form, around what type of an implant?
9    MR. VOUDOURIS:  Objection.  Form,
10  foundation.
11    THE WITNESS:  I don't know if I said that
12  they would form.  I believe what I said was that
13  the A delta and C fibers may grow as -- grow
14  back.  But the vast majority of the -- of the
15  fibers that we see are the autonomic fibers
16  transmitting signals to the smooth muscle, to
17  the blood vessels, to the glands, all the tissue
18  around the -- the vaginal tissue that has been
19  scarred.
20    I think that was a jump in logic, if I may
21  say, in saying that I said that the A delta and
22  C fibers grow back in every scar.  I think I
23  said that every scar -- most scars are numb.
24  They carry no sensation; pain, temperature,
25  touch, anything.

Page 27

1  BY MR. MONSOUR:
2    Q.  Have you ever seen a scar tissue that
3  did -- did cause pain?
4    MR. VOUDOURIS:  Objection.  Form,
5  foundation.
6    MR. MONSOUR:  Basis?
7    THE WITNESS:  Asis?
8    MR. MONSOUR:  Basis?
9    THE WITNESS:  Pardon?
10    MR. MONSOUR:  Basis for your objection?
11    THE WITNESS:  Oh.  I'm sorry.  I don't
12  understand what that means.
13    MR. VOUDOURIS:  Oh, I just said form and
14  foundation.
15    MR. MONSOUR:  And I asked you the basis --
16    THE WITNESS:  Oh, basis.
17    MR. MONSOUR:  -- for your objection so if
18  I need to, I can fix it.
19    MR. VOUDOURIS:  Why don't you go ahead and
20  ask your question again?
21  BY MR. MONSOUR:
22    Q.  Have you ever seen a scar tissue that has
23  caused a woman or anyone pain?
24    A.  I have seen scars that are associated with
25  pain, of course.

Page 28

1    Q.  Okay.  How did that happen?  How did the
2  scar cause pain or how was it associated with pain?
3    A.  And that's what I -- I was saying, that
4  it's unusual for certain people to have pain after
5  post-operative surgery, chronic post-operative
6  surgical pain, and we don't really know the
7  mechanisms associated with that.  That even -- I
8  mean, soldiers who have their legs amputated will
9  often feel pain in their toes.  We just don't
10  understand the -- the reason for that.
11    Q.  Okay.  The -- the pain -- well, let me
12  start again.
13    If you don't know how it happens, how can
14  you tell me that Dr. Iakovlev is wrong?
15    A.  That's my biggest problem with
16  Dr. Iakovlev is his scientific methodology.  He's got
17  to be able to compare his vaginal sling tissue of
18  women who have pain against woman who have had their
19  vaginal slings taken out with no pain.
20    I can -- I can draw a line for you on the
21  wall up here and tell you it's an inch.  But until
22  you compare it to a known control, you don't know if
23  it's an inch or not.  I've got to have a known
24  control to compare his studies against.
25    There are some studies that -- that

Page 29

1  actually look at vaginal mesh of women who have had
2  their meshes taken out for urinary incontinence or
3  urinary voiding dysfunction versus those who have
4  had -- had pain issues.  And unfortunately, they
5  didn't look at nerve, but they looked at other
6  reasons.  They looked at scar tissue.  They looked at
7  inflammation.  And none of them were associated with
8  pain in those women.
9    In fact, the women who had no pain in
10  voiding dysfunction, and I believe this was the Hill
11  study, had more inflammation than the patients who
12  had pain.  They had -- they had as much scar as the
13  women who had pain.  Scar, fibrous tissue,
14  inflammation just aren't the causes, and Dr. Iakovlev
15  continues to persist in saying it is.
16    Q.  Well, what could be the cause of these
17  women's pain that have TVT implanted in them?
18    MR. VOUDOURIS:  Objection.  Form.
19  BY MR. MONSOUR:
20    Q.  But let -- let me ask it this way, when
21  these women that have TVT implanted in them say that
22  they are in pain, do you believe they are lying?
23    A.  Oh, no.
24    Q.  Okay.  So you believe when these women say
25  they're suffering from pain from the TVT, that they

8 (Pages 26 to 29)

Roger McLendon, M.D.

Page 30

1  are telling the truth?
2      A.  I believe they are experiencing pain that
3  is referenced to that area of the body just as those
4  soldiers who have had above-the-knee amputations say
5  they are feeling pain in their toes.  They don't
6  understand the causes of chronic post-operative
7  surgical pain.  We just don't understand it.
8      Q.  Okay.  Let me see if I understand this
9  correctly.  When women that have TVT implanted in
10  them complain that they are having pain, you believe
11  them, you just don't know exactly how the pain is
12  being caused?
13          MR. VOUDOURIS:  Objection.
14          THE WITNESS:  Neither I nor a number of
15      pain scientists and anesthesiologists and pain
16      medicine docs who study this area extensively.
17      They have looked to find it.  And it's been
18      shown that Dr. Iakovlev's theories are just not
19      true.
20  BY MR. MONSOUR:
21      Q.  Okay.  Hold on.  And remember, I read your
22  report.  I've never met you.  You've got a lot that
23  you know.  I don't know what you know.  So I'm just
24  trying to get the basis of your opinion so I can
25  understand what you're saying.

Page 31

1      A.  Yes, sir.
2      Q.  And so please -- and sometimes if I'm
3  trying to clarify something, it's because, A, your
4  answer to me wasn't clear, or, B, I just didn't
5  understand it.  So I want to make sure that I'm
6  crystal clear.
7      A.  Thank you.  I apologize.
8      Q.  No, that's okay.  That's okay.  I mean,
9  you -- you do pathology every day and I do not.  And
10  so some of these things that you are intimately
11  familiar with, I am not.  So you just kind of have to
12  bear with me a little bit.  Okay?
13      A.  Yes, sir.
14      Q.  So here's what I want to see if I -- if I
15  understand.  And I use simple terms.  I don't use
16  medical terms.  So understand that, too.
17      A.  I will -- I will try to also use as simple
18  as I can, sir.
19      Q.  Okay.  The women that have TVT implanted
20  in them that complain that it is causing them pain,
21  you believe that those women are being truthful and
22  that they do feel pain.  You're just not sure exactly
23  how the pain is being caused.  Is that a fair
24  statement?
25          MR. VOUDOURIS:  Objection.

Page 32

1          THE WITNESS:  And -- and that -- I will
2      agree with your -- with your summary of my
3      testimony.  And I will add that it's also based
4      in scientific literature.
5  BY MR. MONSOUR:
6      Q.  And what do you mean when you say it's based
7  in scientific literature is you're saying that how
8  the pain -- you believe that the pain is there.  You
9  just don't know how it's being caused with regard to
10  the nerves?
11      A.  With regard --
12      Q.  Is that right?
13      A.  Let me -- let me see if I can simplify
14  this as much as possible but not more so.  And that
15  is that pain is only perceived in the brain.  And so
16  there are a lot of potential areas along the nerve to
17  the spinal cord to the brain that can be altered and
18  still result in pain perception in the vagina.  And
19  that's why I say we don't know what is causing the
20  pain.
21          The woman had surgery in this location.
22  And you say one plus one equals two, but I'm here to
23  tell you that that's not true, that there have been
24  studies that suggest that this one plus one actually
25  is a lot of other ones added to it.  And you have to

Page 33

1  examine each individual point along the way in order
2  to add up to the right conclusion.  And
3  Dr. Iakovlev's, his mathematics and his histologic
4  studies are just too simple.
5      Q.  Okay.  Let me -- let me continue to try
6  and clarify what I understand with you.
7          Do you believe that if a woman is
8  experiencing pain from her TVT implant, that most
9  likely, the pain generator comes from the area in the
10  immediate vicinity of the TVT?
11          MR. VOUDOURIS:  Objection.  Form.
12          THE WITNESS:  That's -- that's what I'm
13      trying to clarify, that that is not a -- a true
14      conclusion.  Acutely, immediately
15      post-operatively, if she has pain, then that is
16      a true statement.  But when the nerves around
17      the area of insertion are -- are cut, then they
18      degenerate backwards sometimes all the way back
19      to the spinal cord.
20          Acute pain is localized.  Chronic pain
21      somewhere along the multiple steps going back to
22      the spinal cord and even going up into the
23      brain.  That's -- that's the simple part is --
24      is when you cut the nerve, the nerve degenerates
25      backwards all the way to the spinal cord many

9 (Pages 30 to 33)

Roger McLendon, M.D.

Page 34

1    times.
2        And you can have -- it's -- it's a very
3    complex thing, but when you go look at her
4    spinal cord, you can find the areas of the -- if
5    you have a sensitive and long enough look, you
6    can find the nerve fibers in the dorsal root
7    ganglion where the sensory fibers lie, they will
8    change as a result of this injury.  So you have
9    to understand that the -- even though the
10   bleeding is in the vagina, even though the
11   surgery is in the vagina, changes are occurring
12   almost back to the spinal cord.
13   BY MR. MONSOUR:
14       Q.  Yeah, but don't those result from the
15   implantation of the TVT?
16       A.  There seems to be a correlation.
17       Q.  Okay.  So the source would be the TVT --
18   the source of the pain or at least the original
19   source of the pain would be the TVT implant?
20       A.  That scientific --
21           MR. VOUDOURIS:  Objection.  Form.
22           THE WITNESS:  I'm sorry.  That scientific
23   study hasn't been done.
24   BY MR. MONSOUR:
25       Q.  But you believe most likely in your

Page 35

1    reasonable medical or reasonably certain medical
2    opinion that that would be the case, correct?
3           MR. VOUDOURIS:  Objection.
4           THE WITNESS:  And I'll go back to what I
5    said originally, and that is that there are a
6    certain percentage of people who will have a
7    chronic post-operative pain syndrome and we
8    don't know the reasons for it.  What I just gave
9    you was a testable hypothesis, but I haven't
10   done the studies nor have anybody else.  And the
11   studies have to be done in order to have a
12   conclusion.
13   BY MR. MONSOUR:
14       Q.  So -- so let me see if I understand you,
15   Dr. McLendon.  So basically what we know is -- is
16   there's chronic pain.  The source -- the initial
17   source of the pain was the TVT.  We just don't know
18   how the pain is being transmitted to the brain long
19   term?
20           MR. VOUDOURIS:  Objection.  Form.
21           THE WITNESS:  I believe we can say that we
22   don't understand how the chronic pain comes
23   about and we can't predict which woman will have
24   it.
25

Page 36

1    BY MR. MONSOUR:
2        Q.  Okay.  Let me ask you this, once a woman's
3    pain becomes chronic, does it go away on its own?
4        A.  I don't know the answer to that, sir.
5        Q.  Is there anything -- I mean, I guess
6    you're probably their best nerve expert or their top
7    nerve expert.  So what you're telling me is pain
8    involves nerves and the brain, correct?
9        A.  That's correct.
10       Q.  And once pain becomes chronic, is there
11   anything that ever happens in the nerves or in the
12   brain that would stop that pain from being chronic?
13   In other words, make it go away?
14       A.  That's a great question and a lot of great
15   scientists are working to solve that problem.  I
16   don't -- when -- if they do, I don't think we
17   understand the mechanism of why the pain went away,
18   because if we did, we could figure that out, and that
19   would be a major scientific medical discovery.
20       Q.  Okay.  Let me -- let me reask my question
21   again because I think I was a little bit unclear
22   possibly.  Once pain becomes chronic, do you expect
23   it to go away or remain?
24       A.  I don't know the answer to that.
25       Q.  Is it -- have you seen situations when

Page 37

1    you're looking at nerves where chronic pain remains
2    forever?
3           MR. VOUDOURIS:  Objection.  Form.
4           THE WITNESS:  I am aware of patients who
5    have chronic pain syndromes that last forever.
6    BY MR. MONSOUR:
7        Q.  And do they last forever because whatever
8    is happening in the nerves or whatever irritation
9    there is to the nerves is ongoing?
10       A.  Once again, we get back to that gray area
11   where there's a lot of scientific pain research going
12   into it that people just don't know the answer to.
13       Q.  Have you ever seen anybody that's had
14   chronic long-term pain where the pain has just gone
15   away?
16           MR. VOUDOURIS:  Objection.
17           THE WITNESS:  I am aware of some, yes.
18   BY MR. MONSOUR:
19       Q.  Is it infrequent?
20           MR. VOUDOURIS:  Objection.
21           THE WITNESS:  I don't know.  You just
22   asked me if I was aware.
23   BY MR. MONSOUR:
24       Q.  Okay, okay.  In those people where the
25   pain went away, do you know what caused the pain to

10  (Pages 34 to 37)

Roger McLendon, M.D.

Page 38

1   go away?
2       A.  Of course not.
3       Q.  Okay.  And that's what you were talking
4   about before, I believe.  Is that -- is that a fair
5   statement, Dr. McLendon?
6       A.  That -- there's -- I mean, to answer that
7   question, there are a lot of drug companies that are
8   trying to figure that out because as you can imagine,
9   that is a -- that is a very important area to relieve
10  pain of chronic sufferers.  That's a very important
11  area of research.
12      Q.  Are you involved in that research?
13      A.  Not today.  I have been approached by some
14  pain doctors at Duke about getting involved, yes,
15  sir.
16      Q.  Okay.  So -- so you have been approached
17  to get involved in that, but you have not started,
18  correct?
19      A.  That's correct.
20      Q.  Okay.  Would you be working with one of
21  the drug companies in that research?
22      A.  I believe this is a Department of Defense
23  funding apparatus.
24      Q.  Okay.  Let me ask you this, and I -- I
25  want to talk about how nerves transmit pain a little

Page 39

1   bit, because I don't know much about this, and I'd
2   like you to kind of teach me.
3       A.  Yes, sir.
4       Q.  How does -- how does a nerve -- how does a
5   nerve become irritated or -- I don't even know if I'm
6   using the right word, but how does the nerve become
7   irritated to the point where it produces pain?  What
8   causes the irritation?
9       A.  Yes, sir.  That's a good question.  Pain
10  fibers have got receptors on the end of it.  And you
11  have got to stimulate the receptor in order to
12  generate pain.  There was a theory back in the early
13  1900s that excessive stimulation of any nerve
14  resulted in pain, and that was disproven, I think, in
15  the 1940s.
16          You can stimulate pain fibers and
17  there's -- as you can imagine, there's a high density
18  of pain fibers in the teeth.  You can stimulate a
19  tooth fiber and experience exquisite pain, but it has
20  to be through a receptor.  If you just touch on the
21  nerves themselves, there's no stimulation of axonal
22  action potentials or, you know, signals down the
23  nerve fiber.  And you need to stimulate the
24  receptors.
25      Q.  Is the -- is the receptor at the end of

Page 40

1   the nerve?
2       A.  Yes, sir.  Quite oftenly, it can be on the
3   nerve.  It can be back in the cell body.
4       Q.  As far as pain receptors, are those at the
5   end of the nerve or can those be along the length of
6   the nerve?
7       A.  It's my understanding they're all at the
8   end of the nerve.
9       Q.  So let's say I've got a pain receptor and
10  the pain receptor is at the end of a nerve.  If
11  that's irritated, it will transmit pain back up the
12  length of the nerve to the brain, correct?
13      A.  Yes, sir.
14      Q.  Now, if the nerve -- if I go back up,
15  let's say one inch from the end of the nerve where
16  the receptor is, and something irritates that -- that
17  portion of the nerve, which is an inch away from the
18  nerve receptor, will that cause the person pain?
19          MR. VOUDOURIS:  Objection.
20          THE WITNESS:  Even a millimeter away, it
21  won't cause pain.
22  BY MR. MONSOUR:
23      Q.  Okay.  So the only area that can cause
24  pain is the nerve receptor?
25      A.  That's correct.

Page 41

1       Q.  And --
2       A.  It's -- may I -- if I could -- I'm sorry,
3   sir.  If I could interrupt and say, it's like your
4   ears.  Your ears have got receptors.  And you can
5   hear a signal going, but if the receptors in your ear
6   were to go numb, you would be deaf.  And those are
7   nerve receptors there, but they're for vibration
8   which is what a sound is.
9       Q.  Okay.  If -- so if something is rubbing
10  against a nerve away from the receptor, it's not
11  going to cause pain.  But if it's rubbing at the
12  receptor, it could cause pain?
13      A.  It could cause pain.  Alternatively, the
14  most common pressure phenomenon are like the --
15  carpal tunnel syndrome where the hand goes numb, and
16  those are pain fibers.  As you can imagine, your hand
17  has an exquisite number of pain fibers in them and --
18  but yet you get numbness in carpal tunnel syndrome.
19      Q.  But in carpal tunnel syndrome, the nerve
20  is being pinched at the wrist, correct?
21      A.  That -- that's exactly correct.  You asked
22  about a millimeter, a centimeter, an inch away,
23  that's exactly what's happening.
24      Q.  Okay.  So let me see if I understand your
25  carpal tunnel analogy.  Carpal tunnel is an

11 (Pages 38 to 41)

Roger McLendon, M.D.

Page 42

1   irritation of the nerves not at the pain receptor,
2   and it accordingly causes numbness, correct?
3        A.   That's correct.
4        Q.   However, if you went down to the end of
5   your fingers where those nerves go to and I put a
6   match under them and it transmitted the heat pain,
7   that would be something that's affecting the pain
8   receptor?
9        A.   That's correct.
10       Q.   So what we -- what we can -- what I can
11  take from this analogy is that if we were to squeeze
12  nerves away from the receptor, they wouldn't cause
13  pain, but they might cause numbness?
14       A.   That's correct.
15       Q.   Is there any way to squeeze a nerve away
16  from the receptor where it could cause pain?
17            MR. VOUDOURIS:   Objection.
18            THE WITNESS:   I'm not familiar with it,
19       sir.
20  BY MR. MONSOUR:
21       Q.   Okay.  Now, again, on a subject that
22  you're very familiar with and with which I'm very
23  unfamiliar, nerve receptors are at the end of the
24  nerves, but are there also nerve receptors that are
25  along the length -- the length of the nerve in some

Page 43

1   nerves?
2            MR. VOUDOURIS:   Objection.
3            THE WITNESS:   I'm not familiar with those,
4       sir.  I think they're all at the end of the
5       nerve terminals.
6   BY MR. MONSOUR:
7        Q.   Okay.  How -- if you look under a
8   microscope, how does a nerve receptor look different
9   than a nerve if you cut across them?
10       A.   The -- the nerve receptor can have a lot
11  of different appearances.  In fact, it -- many of the
12  C delta -- the C fibers and the A delta fibers can be
13  what they call a -- a bare nerve terminal, can act as
14  a -- a pain receptor.  But it's the -- it's the
15  specialized end that's -- that they just call a bare
16  nerve terminal.  Alternatively, they can be -- they
17  can be quite large -- the Pacinian corpuscle can be
18  quite large, actually, and that's a touch.
19       Q.   So I guess what I'm getting at is, if
20  you're looking at a -- a slide that cuts across a
21  nerve and cuts across a receptor, if they're -- if
22  they're cut, they look differently is what you're
23  telling me?
24       A.   Well, the way you do the scientific study
25  on that is you take a section and stain it up for

Page 44

1   axons, for nerve fibers and just count them and -- in
2   their nerve receptor field.
3        Q.   You lost me there.  Okay.  My question is
4   more -- is more simple.  When you're looking at a
5   slide, does a nerve receptor look different than a
6   nerve?
7        A.   By and large, no.
8        Q.   So when you're looking at a slide and you
9   say -- if we're trying to determine if there's nerve
10  receptors which can cause pain, how can you tell
11  whether or not the slides you're looking at is nerves
12  or nerve receptors?
13       A.   Because you look in the nerve terminal
14  field and you look at the nerve, and with the nerve
15  just stopped, then you assume that is a nerve
16  receptor.  If it continues on, then -- then you've
17  got -- and you're looking at the appropriate stain,
18  then you just count the number of nerve fibers in a
19  location and compare them with known controls.
20       Q.   Well, but here's my question, though.
21  Most slides that you look at are pretty much 2D
22  instead of 3D, correct?
23       A.   That's correct.
24       Q.   So if that's the case, how can you tell
25  whether or not that's the ending point of the nerve

Page 45

1   or whether it continues on past where the -- the
2   cutting of the tissue was?
3        A.   The way they have solved that question
4   scientifically and the studies that have looked at
5   this is they just count the number of nerves inside
6   of -- of nerves now, not Schwann cells, but looking
7   at nerves, they just look at the number of nerves per
8   square centimeter in that two-dimensional structure
9   of that glass slide and then compare that to a
10  control.  This is most commonly done in diabetes.
11       Q.   How does that counting of nerves -- how
12  does that tell you whether or not it's nerve versus
13  nerve receptors?  Can you explain that to me?
14       A.   Yes, sir.  You -- as I said, you look into
15  an area that has a receptor field.  And you -- then
16  you count the nerves and you just assume there's a
17  one-to-one correlation of nerve-to-nerve receptors.
18  So that increased density of nerve fibers compared to
19  your controls should correlate with numbness or
20  increased -- increased distribution or normal
21  distribution of nerve fibers.
22       Q.   I'm not so sure I understand what you're
23  trying to explain.
24       A.   Yes, sir.
25       Q.   Could you try it again and kind of teach

12  (Pages 42 to 45)

Roger McLendon, M.D.

Page 46

1    me -- how can you tell by looking at -- counting the
2    number of nerves that some of them aren't -- some of
3    them aren't receptors versus just the nerves that are
4    continuing beyond the space that we're looking at?
5        A.   All right, sir.  The easiest way to think
6    about it is I'm sitting at a table right now.  And
7    there are seven wires sitting on the floor in front
8    of me.  These wires all go to microphones that are --
9    let's just call these microphones receptors.  We use
10   a scientific shorthand to count those nerve terminals
11   or those -- those lines and say, oh, I see seven in a
12   short period of space.  We -- then we do the
13   assumption of there must be seven nerve receptors
14   nearby.  But you have to count it on an individual
15   nerve fiber.  When the nerves go -- and that's the
16   other thing I haven't explained clearly.
17         When the nerves are about to terminate
18   into a receptor, they become single individual
19   fibers, not these bundles of fascicles that
20   Dr. Iakovlev is showing, but individual nerve fibers
21   that can be picked up by special stains.  You count
22   the individual small, tiny nerve fibers and assume
23   there's a one-to-one correlation of the individual
24   tiny nerve fibers to receptors and then compare that
25   number to a known control.

Page 47

1        Q.   Okay.  So when you're looking at, I think
2    you said, a square centimeter of tissue when you're
3    looking at the nerves that are in there, if you saw
4    some where there was just a single nerve fiber,
5    there's a chance that that would be a nerve receptor?
6         MR. VOUDOURIS:  Objection to form.
7         THE WITNESS:  That is -- that is the way
8         the scientific studies are done.  There's a
9         chance.  And then you have to prove it.
10   BY MR. MONSOUR:
11       Q.   Okay.  And so -- all right.  So let me see
12   if I've got this right.  I'm looking at a slide and I
13   see a single nerve fiber.  There is a possibility
14   that that single nerve fiber is a pain receptor,
15   correct?
16        MR. VOUDOURIS:  Objection.  Form.  Go
17   ahead.
18        THE WITNESS:  The science suggests that
19        you -- or tells you that you have to rule out
20        autonomic nerves which can be done with other
21        special stains.  You can actually --
22   BY MR. MONSOUR:
23       Q.   Wait, wait.
24       A.   You can --
25       Q.   I'm trying to do this one step at a time.

Page 48

1        A.   Okay.
2        Q.   I'm trying to do this one step at a time.
3    So let's -- let's just knock this one out first and
4    then we'll go to that one so -- because I'm having to
5    wrap my arms around this.
6         So if we're looking at a slide and we see
7    a single fiber nerve, it's possible that that could
8    be a nerve receptor, correct?
9         MR. VOUDOURIS:  Objection.  Form.
10        THE WITNESS:  It's possible that that
11        could be a nerve receptor.  It could be going to
12        a nerve receptor, that's true.
13   BY MR. MONSOUR:
14       Q.   Okay.  So it could be a nerve receptor or
15   possibly going to a nerve receptor.  How would you,
16   Dr. McLendon, try and figure out whether it's a nerve
17   receptor or a nerve going to a nerve receptor?
18       A.   That's -- I would figure it out by doing
19   stains for autonomic nerves.
20       Q.   Okay.
21       A.   I would rule out the possibility.
22       Q.   Okay.  And what's an autonomic nerve?
23       A.   Those are the nerves that are transmitting
24   signals away from the spinal cord to the muscles, the
25   arteries, the glands, those kind of things.

Page 49

1        Q.   Okay.  Autonomic nerves don't involve the
2    sensation of pain, correct?
3        A.   That's correct.
4        Q.   Okay.  Autonomic nerves might be the
5    things that tell my -- my muscles to contract either
6    voluntarily or involuntarily, correct?
7        A.   Correct.
8        Q.   Okay.  So if you found -- how would you
9    rule out that it was not an autonomic nerve?
10       A.   There's a stain called a vasoactive
11   intestinal peptide, VIP.
12       Q.   Okay.  So you would use the VIP stain, and
13   that would tell you if it is autonomic or not,
14   correct?
15       A.   That would -- that would help a lot, yes,
16   sir.
17       Q.   Okay.  So if you did the VIP stain and it
18   said it's not an autonomic nerve, at that point in
19   time, do you even know whether or not it is a nerve
20   receptor or going to a nerve receptor?
21       A.   You would have more confidence that it was
22   a sensory nerve.
23       Q.   Okay.  Well -- okay, I get that.  I get
24   that, that it -- that you would know that it's a
25   sensory nerve and not an autonomic nerve.  But would

13 (Pages 46 to 49)

Roger McLendon, M.D.

Page 50

1  you know at that point in time that it was a nerve
2  receptor, or would it still be an open question as to
3  whether it's a nerve receptor or a nerve that's
4  simply going to a nerve receptor?
5      A.  I'm not sure those studies have been done
6  that I could reliably answer that question.
7      Q.  Okay.  So let me ask it this way.  Any
8  time we see a single nerve fiber, once we rule out
9  that through VIP staining that it's an autonomic
10 nerve, we know that that single nerve fiber could
11 possibly be a pain receptor, correct?
12     MR. VOUDOURIS:  Objection.  Form.
13     THE WITNESS:  I don't know how you know
14     something could possibly be.  I mean, knowledge
15     is one thing.  So it would -- you leave out
16     the -- you leave in the possibility of it being
17     a sensory fiber of some type.
18 BY MR. MONSOUR:
19     Q.  Okay.  So if I was looking for -- if I was
20 trying to find pain-generating nerve receptors in
21 slides that we could point to and say this might be a
22 pain generator, I would want to look for single fiber
23 nerves where we had ruled out that they were
24 autonomic, correct?
25     A.  That would be a great start.

Page 51

1      Q.  Okay.  Good.  But the point that I think
2  that you're trying to make is, and I want to make
3  sure that I understand this, is that it could
4  certainly be a pain receptor, but it might simply be
5  the nerve that's going to the pain receptor.  Am I
6  correct with that?
7      A.  You would be correct if it were the right
8  size.  A delta and C fibers are based on size and
9  myelination degree.
10     Q.  So what size would I be looking for for
11 A delta and C fibers?
12     A.  You would be looking for small fibers on
13 C fibers.  They are small non-myelinated.  And the
14 A deltas are small, thinly myelinated fibers.  So you
15 would barely be able to pick them up with an S100
16 stain.
17     Q.  Would you pull out Dr. Iakovlev's report
18 for me?
19     A.  Yes, sir (Witness complies).
20     Q.  Do you have it there?
21     A.  Yes, sir.
22     Q.  And let's turn to some of the photos that
23 we're looking at --
24     A.  Yes, sir.
25     Q.  -- if we could.  And I guess, starting on

Page 52

1  page 19, there are several photos of slides that
2  Dr. Iakovlev's done.  Do you see those?
3      A.  I see Figure set 1A.
4      Q.  Okay.  Figure set 1A.  In Figure set 1A or
5  in any of the following pictures, do you see any
6  possible nerve receptors in any of those pictures?
7      A.  None.  Because they are taken at too low
8  of a magnification.
9      Q.  And is that for all of the slides that --
10 is that for all of the slides that Dr. Iakovlev has
11 included with his report?
12     A.  That's correct.
13     Q.  Okay.  What magnification are these photos
14 taken at?
15     A.  These are anywhere from 10 to 20X.  I'm
16 sorry.  From 4X to 10X it looks like, maybe even as
17 high as 20X.
18     Q.  Okay.
19     A.  I -- I don't see any 40X or 100X.
20     Q.  Okay.  So Dr. Iakovlev's photos that are
21 attached to his report go from -- in your opinion,
22 about 4X to 20X?
23     A.  Well, I mean, the -- it's stated in the
24 slide caption.
25     Q.  Okay.  It looks like on page 69, is there

Page 53

1  one that's 100X?
2      A.  That does appear to be one at 100X, yes,
3  sir.
4      Q.  Okay.  What type of magnification would
5  you need to see nerve receptors?
6      A.  The A delta and C fibers you would
7  probably need 40 to 100X.
8      Q.  Okay.  So if we look at the picture on
9  page 69 that is 100X, are any of those nerves that
10 you see -- or let me ask it this way, in the picture
11 that's on page 69, or the pictures that are on
12 page 69, do you see anything there that could
13 possibly be a nerve receptor?
14     MR. VOUDOURIS:  Objection.  Form.
15     THE WITNESS:  I -- I see no nerve -- it's
16     the wrong stain.  It's an H and E stain.  I see
17     no nerves in that tissue.
18 BY MR. MONSOUR:
19     Q.  Okay.  To see it, you said you'd need an
20 S100 stain?
21     A.  No, sir.  I said he used an S100 stain
22 which is a myelin stain.  You would need a -- a nerve
23 specific stain like a PGP 9.5 or a neurofilament
24 protein stain.
25     Q.  What was the last one called again, sir?

14 (Pages 50 to 53)

Roger McLendon, M.D.

Page 54

1       A.  Neurofilament protein.
2       Q.  Okay.  Did Dr. Iakovlev do any of those
3   on -- on any of these slides?
4       A.  Not to my knowledge, sir.  It's my
5   understanding that he asked one of the
6   neuropathologists at his hospital which is the best
7   stain to use, and they told him S100.
8       Q.  So do you think that the neuropathologist
9   at his hospital got that wrong?
10          MR. VOUDOURIS:  Objection.
11          THE WITNESS:  No, sir.  That's a great
12      stain for doing S100.  I mean, S100 is a great
13      stain for doing Schwann cells.  But they -- and
14      that shows you peripheral nerve -- the location
15      of peripheral nerve fascicles.  And I believe
16      that was all Dr. Iakovlev was looking for.
17  BY MR. MONSOUR:
18      Q.  Okay.  Would you look over -- look at
19  page 83.  You see that?
20      A.  I do.
21      Q.  What is that?
22          MR. VOUDOURIS:  Objection.
23          THE WITNESS:  It looks like a polarization
24      microscopic picture of some foreign material.
25

Page 55

1   BY MR. MONSOUR:
2       Q.  Okay.  Does it appear like it is degraded,
3   in your opinion?
4           MR. VOUDOURIS:  Objection.  Asked and
5       answered.  Outside of the scope.
6   BY MR. MONSOUR:
7       Q.  You can answer.
8       A.  I have not looked at this before.  And I'm
9   not ready to form an opinion right now on it.
10      Q.  Well, look at it now, if you would.  And
11  I'll give you a couple minutes.
12      A.  I believe it would take me a while longer,
13  sir.  And I'd also like to refer to a lot of the
14  literature.  I mean, that's -- that's one of the
15  problems I have is you can't just look at something
16  and declare it to be that way and -- and play
17  scientist.  There's -- I mean, there's methodology
18  that you have to follow, scientific method you have
19  to follow in looking at something and describing
20  it --
21      Q.  I was just asking you if you knew what it
22  was.
23          MR. VOUDOURIS:  Objection.  Asked and
24      answered.
25          THE WITNESS:  I'm answering the question.

Page 56

1   BY MR. MONSOUR:
2       Q.  Some -- some people can look at something
3   and say, this is what it is.  I don't know what
4   answer is in your head.  So I'm asking the question.
5   Okay?
6       A.  I'm sorry to upset you, sir.
7       Q.  I'm not upset.  But you sound like you
8   are.
9       A.  No, sir.
10      Q.  So on page 83, you can't tell me what
11  those are pictures of?
12          MR. VOUDOURIS:  Objection.  Asked and
13      answered.
14          THE WITNESS:  If -- no, sir.  I can't tell
15      you without reading the caption.  And the
16      caption doesn't -- doesn't give me a hint.
17  BY MR. MONSOUR:
18      Q.  Okay.  Flip over the page to 84.  Look in
19  the top photo.  Can you tell me what that is?
20          MR. VOUDOURIS:  Objection.
21          THE WITNESS:  It looks like a thread.
22  BY MR. MONSOUR:
23      Q.  Okay.  And why do you say that?
24      A.  Because it's elongated and round.
25      Q.  What type of thread?

Page 57

1           MR. VOUDOURIS:  Objection.
2           THE WITNESS:  I don't know, sir.
3   BY MR. MONSOUR:
4       Q.  Okay.  Look on the next page, page 85.
5   What's that?
6           MR. VOUDOURIS:  Objection.  Form,
7       foundation.
8           THE WITNESS:  It's -- it -- it's got a
9       caption that claims it to be polypropylene.
10  BY MR. MONSOUR:
11      Q.  Okay.  Do you know one way or another
12  whether or not that's true?
13      A.  I have no way of independently verifying
14  that that's polypropylene.
15      Q.  Okay.  Have you ever done any research on
16  how TVT acts once it's implanted in the body?
17      A.  I mean, in the last few days, several
18  days, I've -- I've read some literature on TVT
19  implants and -- but not specifically looking at how
20  it reacts with the body, no.
21      Q.  Well, I guess -- I'm not asking if you
22  just read up on it, but have you ever done any
23  research into how TVT reacts once it's put into the
24  body, you yourself?
25      A.  No, sir.

15  (Pages 54 to 57)

Roger McLendon, M.D.

Page 58

1      Q.  Is it a fair statement to say that you
2  have no idea how TVT reacts once it's put in the
3  body?
4      A.  I have not been asked to form an opinion
5  on that, and I'm not going to offer one, sir.
6      Q.  Right.  Well, but I'm -- I'm asking -- I'm
7  asking you right now.  Do you have any idea how TVT
8  reacts once it's put in the human body?
9          MR. VOUDOURIS:  Objection.  Asked and
10         answered.
11         THE WITNESS:  It acts as a foreign body,
12     and there's foreign body giant cell reactions.
13     Other than that, I have not formed any opinions
14     on this and not come to any conclusions.
15  BY MR. MONSOUR:
16     Q.  How do you know that it reacts as a
17  foreign body and there's foreign body giant cells
18  that form?  How do you know that?
19     A.  That's basic pathology, freshman year of
20  medical school.
21     Q.  Have you looked at tissues surrounding
22  explanted medical implants before?
23     A.  Yes, sir.
24     Q.  Does -- does the body respond differently
25  if the implant is inert versus noninert?

Page 59

1      A.  You can answer that question by absorbable
2  sutures.  Yes, you do have absorbable sutures.  We
3  see that occasionally, and the body does form a
4  foreign body giant cell reaction.  It dissolves.  It
5  forms around, breaks off the segments, the pieces,
6  and absorbs the tissue, and the giant cells move
7  away.
8      Q.  The giant cells move away?
9      A.  That's correct.  They -- they usually take
10  up a perivascular location.
11     Q.  What does it mean if the foreign body
12  giant cells remain around an implant?
13     A.  It means the implant persists.
14     Q.  If a -- if an implant is 100 percent
15  inert, does the -- do the foreign body giant cells go
16  away?
17     A.  It's my understanding they do not.
18     Q.  So any time there's an implant, whether
19  inert or not, the foreign body giant cells will be
20  present?
21     A.  That's correct.
22     Q.  You used the -- the -- what was the
23  example of the device that -- what's the name of it?
24  That where the -- the foreign body giant cells come
25  in and then they go away?  What was that called?

Page 60

1      A.  That's an absorbable suture.
2      Q.  Okay.  Are there other types of implants
3  other than absorbable sutures that are not inert?
4      A.  None come to mind right now, sir.  I'm
5  sure there are and I'm sure tonight I'll remember
6  them and expound to my wife all about them.
7      Q.  Okay.
8          VIDEOGRAPHER:  Counselor?
9          MR. MONSOUR:  That will be very
10     interesting.
11         VIDEOGRAPHER:  Counselor, excuse me.  We
12     have five minutes remaining on the tape.
13         MR. MONSOUR:  Okay.  Let me -- let me
14     finish this up and then we'll -- we'll take a
15     break.
16  BY MR. MONSOUR:
17     Q.  Have you ever heard of some of the -- have
18  you ever heard of some of the hip implants which
19  might not be inert?
20         MR. VOUDOURIS:  Objection.  Form.
21         THE WITNESS:  As -- as the chief of
22     surgical pathology here at Duke, I have a lot of
23     hip implants sitting outside my door.
24  BY MR. MONSOUR:
25     Q.  Okay.  And some of those are not inert,

Page 61

1  correct?
2          MR. VOUDOURIS:  Objection.  Foundation.
3          THE WITNESS:  I don't know, sir.
4  BY MR. MONSOUR:
5      Q.  Have you ever seen a hip implant that
6  wasn't inert?
7          MR. VOUDOURIS:  Objection.  Foundation.
8          THE WITNESS:  I -- I don't know how to
9      answer that.  I mean, that's -- I haven't
10     examined any of those tissues, sir, to my
11     recollection.
12  BY MR. MONSOUR:
13     Q.  Is it a fair statement to say that you do
14  not know how the body would respond to a noninert
15  implant?
16         MR. VOUDOURIS:  Objection.
17         THE WITNESS:  I just said that a -- a
18     noninert such as the cat gut absorbable sutures
19     are readily taken up.  Macrophages come in.
20     They break off pieces.  You know, in a -- in
21     laymen's terms, they break off pieces, and they
22     absorb it.  And then they go back and get some
23     more.  And they're all foreign body giant cell
24     reactions in this.
25

16  (Pages 58 to 61)

Roger McLendon, M.D.

Page 62

BY MR. MONSOUR:
    Q.  Is there anything that I should look for
if I'm trying to establish with regard to how the
body responds, what should I look for to determine if
a product or an implant is degrading?  Is there any
response in the body which would tell you there is
degradation of the implant going on?
        MR. VOUDOURIS:  Objection.  Form,
    foundation.  Beyond his scope.
        THE WITNESS:  I -- I haven't formed any
    opinions on that.  I'm certainly not going to
    offer any in trial.
        VIDEOGRAPHER:  Be a good time to stop,
    Counselor?
        MR. MONSOUR:  Yeah, let's take a break.
        VIDEOGRAPHER:  This is the end of Tape
    Number 1 in the deposition of Roger McLendon,
    M.D.  The time is 3:22 p.m.  We are off the
    record.
        (A recess transpired from 3:22 p.m. until
        3:34 p.m.)
        VIDEOGRAPHER:  We are back on the record.
    The time is 3:34 p.m.  This is the beginning of
    Videotape Number 2 in the deposition of Roger
    McLendon, M.D.  Please continue.

Page 63

BY MR. MONSOUR:
    Q.  Dr. McLendon, we're back from a short
break.  Are you ready to continue?
    A.  Yes, sir.
    Q.  I have a question for you.  On nerves, you
said before that basically only nerve receptors can
pick up pain and send it back up to nerves to the
brain, right?
    A.  That's correct.
    Q.  What happens when a nerve is cut?
    A.  You generate an electric -- an action
potential and you feel this sharp electrical surge
and then it's numb.
    Q.  So -- so if a -- if during the process of
surgery, implanting one of these TVT, if nerves are
cut, there would be sharp pain during the surgery,
but then afterwards, there would just be numbness?
        MR. VOUDOURIS:  Objection.  Form and
    foundation.  Go ahead.
        THE WITNESS:  As I said earlier, the acute
    pain is related to pain fibers locally
    regardless of the cause.  Chronic pain is -- is
    what is differentiating what we don't know from
    the acute pain which we do know.

Page 64

BY MR. MONSOUR:
    Q.  Okay.  All right.  So back to my question.
With the nerves that are cut, you said there's an
electric signal that -- that transmits pain back to
the brain?
    A.  It transmits this electrical-type signal.
What happens is -- it's a very -- it's not like your
standard copper wire that transmits a signal from the
wall socket to your radio.  What it amounts to is a
very complex electrical signal that is -- that is
based on sodium and potassium differences.  And, I
mean, I realize that's complicated, but it's not
easy.
        And when you cut it, you -- you release
that differential of sodium and potassium across the
cell membranes, and it causes a -- a -- just a sudden
surge of an action potential or signal down that
nerve.  So the action potentials are -- is based in
chemistry, not electricity.
    Q.  Okay, okay.  However it -- the signal goes
back up the nerve to the brain, and once it's cut,
it -- there's an acute pain followed by numbness,
correct?
    A.  Yes, sir.
    Q.  What -- what happens to a cut nerve?  Does

Page 65

it die or does it -- what happens to it?
    A.  The end away from the nerve, the free end
let's call it, degenerates.  The -- not only does the
fiber itself, which we call an axon, degenerate, but,
also, the -- the insulation, which we call the
Schwann cells, they also degenerate.
        Proximally, back toward the spinal cord,
there can be changes because your -- as you can
imagine, keeping this chemical difference across the
membrane takes a lot of energy.  It takes -- it's a
very active process.  And that -- and when it's cut,
it -- it winds up affecting the nerve all the way
back up to its cell body.  And the cell body of this
nerve is found adjacent to the spinal cord.  And --
and that nerve body will swell up.
    Q.  Okay.  So once it swells up, what happens?
    A.  Then it begins to heal and the healing
process results in sprouts back at the cut's stump of
the -- of the nerve.  And so you can -- sprout.
    Q.  So do -- do those sprouts then start to
form nerve receptors?
    A.  They don't form nerve receptors.  What
they do is they start sprouting and trying to find
the old canals of the old insulation which then as
a -- as they migrate down the canals or the tubes, I

17 (Pages 62 to 65)

Roger McLendon, M.D.

Page 66

1    should call them -- as they migrate down the tube,
2    they go find their target organ or they find their --
3    their target site of what we call innervation.
4        Q.   Okay.  So what happens once it gets to the
5    target site of innervation?
6        A.   Then it will form either what we call a
7    synapse or a receptor.
8        Q.   Okay.  So basically what you're telling
9    me, I guess, is once a nerve is cut, the simplest way
10   to put it is it kind of regenerates?
11       A.   It doesn't kind of.  It does regenerate.
12       Q.   Okay.  Great, great.  So is that kind of
13   like I had a client one time who was having -- who
14   was having an epidural steroid injection in his neck,
15   and the doctor actually hit his spinal cord with the
16   needle, and it took a while for those -- that area of
17   the nerve to regenerate.  Does that sound right?
18       A.   Not really, no, sir, because your spinal
19   cord is part of your central nervous system, and the
20   nerves are part of the peripheral nervous system.
21   The peripheral nervous system can regenerate.  The
22   central nervous system can't.
23       Q.   So what happens to someone that has that
24   in their neck, in the central nervous system?  Are
25   they just stuck with it?

Page 67

1        A.   They can develop numbness in that area,
2    they can develop pain syndromes in that area, or the
3    rest of the body can adapt.
4        Q.   Okay.  So in a surgery -- like let's say
5    that we got a a -- a TVT is implanted in a woman, and
6    to implant the device, some nerves are cut.  Do you
7    follow me thus far?
8        A.   I think I do, yes, sir.
9        Q.   Okay.  As those nerves are cut, they will
10   attempt to regenerate or they will regenerate,
11   correct?
12       A.   Yes, sir.
13       Q.   Will they regenerate through the TVT mesh?
14       A.   They won't regenerate through the
15   polypropylene.  They will regenerate into the mesh if
16   that's what you're asking.  They will follow the scar
17   tissue into the mesh.
18       Q.   Okay.  So these nerves -- these nerves, as
19   they are growing or regenerating through the mesh,
20   some might stop in the mesh and others might continue
21   regenerating past the mesh, correct?
22       A.   Well, it would be limited to where the
23   scar tissue is and the smooth muscle.  I mean . . .
24       Q.   So if these nerves develop or grow into
25   the mesh or into the scar tissue around the mesh,

Page 68

1    some of them will form new nerve receptors, correct?
2        A.   Some of them can form new nerve receptors,
3    that's right.
4        Q.   Okay.  Hypothetically, if over time the
5    scar tissue around the mesh -- around those nerve
6    receptors, if it contracts, could that cause pain?
7            MR. VOUDOURIS:  Objection.  Form,
8    foundation.
9            THE WITNESS:  It's -- it's unlikely that
10   stretching on a nerve is going to cause pain.
11   Stretching on a nerve usually just causes
12   numbness, pressure on a nerve, like we talked
13   about with carpal tunnel syndrome.
14   BY MR. MONSOUR:
15       Q.   Okay.  But I thought with regard to carpal
16   tunnel syndrome, you were talking about how it was in
17   an area that was being kind of pinched or squeezed
18   away from the receptor, correct?
19       A.   It doesn't matter.  Anywhere along that
20   nerve fiber, if there is pressure, if there is
21   squeezing, then the nerve stops doing this complex
22   chemical reaction that -- that is related to the
23   action potential.
24       Q.   Okay.  But here's what I'm getting at.  If
25   a nerve regenerates into the scar tissue that forms

Page 69

1    around the mesh, some of those nerves might end up
2    forming a receptor that's in that area, correct?
3            MR. VOUDOURIS:  Objection.  Form.
4            THE WITNESS:  I mean -- so you asked two
5    ifs.  And I mean, my -- my answer would be if,
6    if, if, as well.
7            If it was a sensory fiber, if that sensory
8    fiber were a pain fiber, if it was in an area
9    that was irritated or there was an irritant, I
10   should say a stimulus, one might -- could feel,
11   I suppose, pain.  And when I say I suppose, that
12   leads into a hypothesis that can actually be
13   studied.  And the study of that would require
14   looking at those nerve terminals against
15   somebody who doesn't have pain.
16           And seeing -- and because, let me -- and
17   this is an important point -- because you can
18   say, my good- -- and this happens in science all
19   the time.  My goodness, I thought that would
20   have been painful.  But when you look over here
21   at the other group, there is no pain, and they
22   have the exact same distribution.
23           That's -- that's what we all the "aha
24   moment" in science when we disprove the -- the
25   hypothesis.  But you've got to have the control

18 (Pages 66 to 69)

Roger McLendon, M.D.

Page 70

1    data to do it. I can -- I can assume things.
2    But you've got to do the scientific study.
3    BY MR. MONSOUR:
4        Q.   Okay. So let me ask a couple things and
5    see if they are scientifically true and established.
6    Is it true that peripheral nerves will regenerate?
7        A.   That's a true statement.
8        Q.   Is it true that peripheral nerves will
9    regenerate and create new nerve receptors?
10       A.   They can be associated with new nerve
11   receptors, that's correct.
12       Q.   Is it true that peripheral nerves that
13   regenerate and create new nerve receptors are able to
14   transmit pain?
15       A.   That's what we don't know. You're asking
16   me if it's true and established in science. It's not
17   established in science.
18       Q.   Okay. So are you -- are you saying -- and
19   this is one where I'm not so sure I understand what
20   you're saying so I'm going to ask the question.
21           You know that the nerves regenerate and
22   you know that they create -- create new nerve
23   receptors when they regenerate. Are you saying
24   you're just not sure whether or not the newly created
25   nerve receptors actually work?

Page 71

1        MR. VOUDOURIS: Objection. Form.
2        THE WITNESS: You asked me if I'm sure.
3    And I'm doing my surety based on the evidence at
4    hand. And the evidence at hand is insufficient.
5    That's a great hypothesis. Perhaps the nerve
6    receptors don't work.
7            Another hypothesis is that the nerve
8    itself is not transmitting fibers. It's an
9    ineffective -- is not transmitting pain fibers.
10   That's a -- that's another hypothesis. All of
11   these things need to be tested.
12   BY MR. MONSOUR:
13       Q.   Okay. So -- so what you're telling me is
14   the science -- you know that peripheral nerves
15   regenerate. And you know that they will regenerate a
16   new nerve receptor. And that's established by
17   science, correct?
18       A.   That's correct.
19       Q.   But what you're saying is it has not been
20   scientifically established that those nerve -- those
21   newly regenerated nerve receptors actually work? Is
22   that what you're telling me?
23       A.   I'm saying that it's -- it's a number --
24   it comes down to number and distribution of nerves.
25   Do you -- one nerve fiber, it might feel like an

Page 72

1    itch. Even though it's a pain fiber going off, it
2    might feel like an itch. Multiple pain fibers may
3    feel -- feel even worse. And then it's -- it all
4    comes down to the science of number and density and
5    distribution of nerve fibers before you can answer a
6    question about -- related to pain.
7        Q.   Okay. You lost me again. I was doing so
8    good, Doc.
9            So here's my question again. Are you
10   saying that the newly regenerated nerve receptors
11   might not work or are you saying it depends upon how
12   many of them have been regenerated?
13       A.   Yes and yes.
14       Q.   Okay.
15       A.   Because if we knew the answer to your
16   question, I go back to what we said last hour, that
17   would help us come up with a plan on solving the
18   problem of chronic post-surgical pain.
19       Q.   How many nerves does it take for someone
20   to feel pain?
21       A.   To my knowledge, that is not known.
22       Q.   It's not known?
23       A.   To my knowledge, it is not known. And the
24   way one does those studies is compare the -- the
25   pain -- I'm sorry, the sensation of pain, the

Page 73

1    biopsies from patients who are suffering pain versus
2    biopsies of patients who have no pain. You look at
3    the nerve terminals. You count the distributions.
4    You do the study. And go, oh, my goodness. Now,
5    that's the -- that's making a big assumption that is
6    not founded in science.
7            We have a -- you have a problem of chronic
8    post-surgical pain and they're looking at it from
9    multiple locations. Is it related back to the brain?
10   Is it related to the spinal cord? The question you
11   ask is a good question. But it has to -- is a good
12   test, I should say. But it has to be done in science
13   where you compare the nerve terminals versus in a
14   painful person versus a nonpainful. If you don't
15   have those answers, you can't make that conclusion.
16           You can say, oh, look at all the nerve
17   terminals. Once again, you go, I'm sorry, this is
18   one of the patients that doesn't have pain. And you
19   go, well, I just don't know why. And that's --
20   that's how one does science.
21       Q.   Okay. Let's -- let's go back to -- let's
22   go back to talking about nerve regeneration in the
23   situation where a TVT sling has been implanted.
24       A.   Yes, sir.
25       Q.   In that situation where a nerve has been

19 (Pages 70 to 73)

Roger McLendon, M.D.

Page 74

1  cut and the nerve regenerates and there's a nerve
2  receptor that is regenerated in the scar tissue area
3  of the TVT sling, you follow me thus far?
4      A.  Well, you -- you're stating it as if we
5  both agreed that that was a fact, and we actually
6  started out as a hypothetical.
7      Q.  Okay.  Well, I'm just kind of setting up
8  the -- the situation, okay?  You agree that TVT
9  slings are implanted, correct?
10     A.  I agree that they are implanted, yes, sir.
11     Q.  You agree that scar tissue forms around
12  them, correct?
13     A.  That's correct.
14     Q.  You agree that during the process, some
15  nerves are cut, correct?
16     A.  I didn't agree to that.  You said, let's
17  assume that some nerves are cut.
18     Q.  Okay.  So you think -- is it -- would it
19  be physically possible for someone to implant a TVT
20  sling without cutting any nerves?
21     A.  That would seem unreasonable.
22     Q.  Okay.  So let's focus on reason, Doctor.
23     A.  Well, no, no, no.  Let's -- I said that
24  would seem unreasonable, but I haven't done the
25  studies, and those studies are not done.  That would

Page 75

1  seem -- but you have -- there's so much that -- that
2  is scientifically need--- that is begging to be
3  studied.
4      Q.  Well, there are certain things we know.
5  And one of the things is you probably aren't going to
6  be able to do a surgery without cutting some nerves
7  somewhere, right?
8      A.  It sounds reasonable.
9      Q.  Okay.  So let's stick with reason.  In
10  this situation and we've got a nerve that is cut
11  during the TVT procedure, correct?
12     A.  Correct.
13     Q.  That nerve regenerates, which you know
14  happens, correct?
15     A.  Yes, I do.
16     Q.  And that nerve then grows and regenerates
17  a new nerve receptor in the scar tissue.  Assume that
18  for me, okay?
19     A.  Okay.
20     Q.  What would need to happen, assuming that
21  nerve receptor works, to cause pain?
22     A.  It would need to be stimulated.
23     Q.  Okay.  Is there a way that scar tissue can
24  be stimulated or that scar tissue can move in a way
25  that stimulates a nerve receptor?

Page 76

1      A.  I'm not sure because -- I would imagine
2  that it -- it would be true, but so many scars are
3  numb.  And so -- so many of the paresthesias around
4  an area that's cut are not painful as they're just
5  more -- they feel like electricity.  I mean, I think
6  we probably all have cut some part, and I've got one
7  part on my finger that is a scar where I cut a nerve,
8  and when I press on it, it feels like electricity,
9  kind of like a small version of a funny bone.
10     Q.  Okay.
11     A.  But it's not painful.  It just feels like
12  electricity.
13     Q.  Okay.
14     A.  And in the -- in the area beyond it is
15  numb.
16     Q.  Let me ask this question, Doctor.  If a
17  nerve receptor is surrounded by scar tissue and the
18  scar tissue contracts, can that cause pain?
19     A.  As I said before, it's more likely than
20  not to cause numbness.  The contraction of a scar
21  puts pressure on the -- on the nerve, and then as we
22  have discussed many times before, that would probably
23  cause numbness.
24     Q.  Okay.  But what if there was actual
25  contraction not just of the nerve but of the nerve

Page 77

1  receptor itself?
2      A.  That -- as I said, that -- it sounds
3  reasonable to consider that would be numb.
4      Q.  Okay.  Could contraction around a nerve
5  receptor cause pain, in your opinion?
6          MR. VOUDOURIS:  Objection.  Form.
7          THE WITNESS:  Could contraction -- is
8      that -- is that the word you used?
9  BY MR. MONSOUR:
10     Q.  Yes, sir.  Could contraction of scar
11  tissue -- assume with me that there is a nerve
12  receptor that is embedded in scar tissue.
13     A.  Yes, sir.
14     Q.  Okay?  If the scar tissue contracts, could
15  that cause pain?
16         MR. VOUDOURIS:  Objection.  Form.
17         THE WITNESS:  Once again, I will say to a
18     reasonable human being, that sounds like a
19     reasonable hypothesis that needs to be tested.
20     Because if that were true, that would result in
21     a different approach to chronic post-surgical
22     pain.  It would give a testable hypothesis.
23         There are a lot of people working on
24     chronic post-surgical pain, and they have yet to
25     come up with an answer.  They have done studies

Roger McLendon, M.D.

Page 78

1    like this.  They've -- they've done nerve blocks
2    on these patients.  They've done -- they've cut
3    the nerves.  And when they get initially hopeful
4    results, they test it on bigger studies, and
5    they've all failed.  Nerve blocks, cut nerves,
6    they've all failed.  Now, not necessarily
7    related to TVTs, but to other areas of pain,
8    abdominal pain, whatever, hernia surgery, these
9    direct approaches to numbing up the nerve,
10   breaking the nerve, cutting the nerve, they've
11   all failed.
12         That means there's -- there's driven
13   reasonable pain scientists to come up with other
14   hypotheses that just say, there's this 2 percent
15   of people who have chronic pain --
16   post-operative pain syndromes, and we don't know
17   why.  Your hypothesis is reasonable.  It needs
18   to be tested.
19   BY MR. MONSOUR:
20        Q.  Do you think my reasonable hypothesis
21   should have been tested by Ethicon or looked at by
22   Ethicon before they sold these products that result
23   in scar formation around the mesh?
24         MR. VOUDOURIS:  Objection.  Form,
25   foundation.  Beyond the scope.

Page 79

1         THE WITNESS:  I don't know what Ethicon
2    did before they started implanting these TVTs.
3    BY MR. MONSOUR:
4         Q.  Wasn't -- my question wasn't, did they.
5    It was, should they have?
6         MR. VOUDOURIS:  Objection.  Beyond the
7    scope.
8         THE WITNESS:  I haven't been asked to form
9    an opinion on that, and I certainly haven't gone
10   out of my way to think up one.
11   BY MR. MONSOUR:
12        Q.  Well, it's not one that really requires a
13   lot of study.  You mentioned several
14   scientific studies that are reasonable hypothesis
15   that I've mentioned before, and it would be
16   reasonable to look at something.  Shouldn't Ethicon,
17   as the manufacturer of this product that's implanted
18   to many, many women, shouldn't they have done the
19   scientific study to determine if this reasonable
20   hypothesis is right before they sold it to a bunch of
21   women?
22         MR. VOUDOURIS:  Objection.  Beyond the
23   scope.
24         THE WITNESS:  I haven't formed an opinion
25   on that, sir.  And I'm not going to testify in

Page 80

1    trial about it.
2    BY MR. MONSOUR:
3         Q.  Well, that doesn't mean we're not going to
4    ask you a question about it at trial.  It doesn't
5    mean it's not fair game.  And this is a discovery
6    deposition.  This isn't trial testimony.  So I'm
7    asking you a question and I'd like you to answer it.
8         MR. VOUDOURIS:  Objection.  Asked and
9    answered twice.  Beyond the scope.
10        MR. MONSOUR:  I want an answer to the
11   question.  He's being evasive.
12   BY MR. MONSOUR:
13        Q.  Please answer it, Doctor.
14        MR. VOUDOURIS:  He is not being evasive.
15   Calm down.  He answered your question twice.
16   BY MR. MONSOUR:
17        Q.  Answer the question.
18        A.  I haven't formed an opinion on this, and
19   I'm not going to offer testimony at trial.
20        Q.  Should they have done the study before
21   they sold this product, Doctor?  Answer the question.
22        MR. VOUDOURIS:  Objection.  Asked and
23   answered three times now.
24        THE WITNESS:  I haven't formed an opinion
25   on that, and I'm not going to offer one at

Page 81

1    trial.  I do not develop prostheses or do any
2    phase 1, 2 or 3 studies on implantation of
3    prostheses.  I never have done.  I don't know
4    the science.  I don't know the medicine.  I'm
5    not going to offer an opinion on that.
6    BY MR. MONSOUR:
7         Q.  And maybe for those reasons, you're not a
8    good expert for this case, don't you agree?
9         MR. VOUDOURIS:  Objection.
10        THE WITNESS:  Well, I think I'm a pretty
11   good neuropathologist.
12   BY MR. MONSOUR:
13        Q.  But you don't know anything about how mesh
14   operates in the body, true?
15        MR. VOUDOURIS:  Objection.
16        THE WITNESS:  I know that the mesh is used
17   to put a -- kink in the ureter and -- and help
18   women with stress incontinence.
19   BY MR. MONSOUR:
20        Q.  But you don't know how this mesh responds
21   in the body and how nerves respond within that mesh,
22   do you?
23        MR. VOUDOURIS:  Objection.
24        THE WITNESS:  I -- I know as much as
25   science allows me to know, and it's more than

21 (Pages 78 to 81)

Roger McLendon, M.D.

Page 82

1    Dr. Iakovlev has -- has put forth as a -- as a
2  reasonable hypothesis.
3  BY MR. MONSOUR:
4    Q.  How many studies has Dr. Iakovlev done
5  looking at explanted mesh samples?
6    A.  How many scientific studies?  None.
7    Q.  How many studies of any type has he done?
8    A.  Scientific studies?  I have no idea.
9    Q.  How many -- how many published studies has
10  he done?
11    A.  I have no idea on -- on -- I think he's
12  had five or six observational studies reported in --
13  in scientific journals.
14    Q.  And those are peer-reviewed scientific
15  journals, aren't they?
16    A.  And they are observational studies that
17  generated hypothesis that tested no hypothesis.
18    Q.  Great.  What was my question?
19    A.  The scientific method -- the scientific
20  method involves taking a hypothesis, comparing --
21  doing the studies comparing --
22    Q.  Did I ask you -- I said, were they
23  peer-reviewed journals?  What is the answer to my
24  question?
25    A.  I think all but one was a peer-reviewed

Page 83

1  journal.
2    Q.  How many peer-reviewed -- how many
3  articles have you gotten published in peer-reviewed
4  journals concerning explanted mesh?
5    A.  None.
6    Q.  Who's in a better position to opine as to
7  how the body responds to mesh implants, you or
8  Dr. Iakovlev?
9    A.  A board-certified neuropathologist is in a
10  much better position to discuss the mechanisms of
11  pain in this particular situation.
12    Q.  You are a board-certified neuropathologist
13  who has never looked at a TVT explant in your life,
14  correct?
15    A.  I --
16    MR. VOUDOURIS:  Objection.
17    THE WITNESS:  I have not until today.
18  BY MR. MONSOUR:
19    Q.  Don't you think you would need to look at
20  a TVT explant in order to render opinions, Doctor?
21    MR. VOUDOURIS:  Objection.  Asked and
22  answered.
23    THE WITNESS:  I have looked at these
24  explants, I've looked at Dr. Iakovlev's
25  evidence, and he does not look at things that

Page 84

1  could even be remotely considered to be pain
2  fibers.
3  BY MR. MONSOUR:
4    Q.  Actually, they could be pain fibers.  They
5  just haven't had the right stains put on them,
6  correct?
7    A.  That would be called science.
8    Q.  No, listen to my question.  Listen to my
9  question.  What you're saying is Dr. Iakovlev's
10  slides don't have the right stains on them; however,
11  if Dr. Iakovlev had put -- put certain different
12  stains on his slides, they very well might show nerve
13  receptors in the area, correct?
14    MR. VOUDOURIS:  Objection.  Form.
15    THE WITNESS:  He has half the appropriate
16  tissues to do that study.  As we have said
17  numerous times, he needs to have control studies
18  of vaginal tissue of patients with TVT meshes
19  that have not -- do not experience chronic pain.
20  And then he needs to be able to do the
21  appropriate stains to find the non-myelinated
22  fibers and do a density study which it would
23  just test one hypothesis of the entire chronic
24  pain syndrome problem.
25

Page 85

1  BY MR. MONSOUR:
2    Q.  But let's talk about that.  What you're
3  saying is we need a control group of women who have
4  an implant that is appropriately working and not
5  causing pain, correct?
6    A.  I didn't say "appropriately working."
7  Dr. Hill found some women who had stress
8  incontinence, or voiding dysfunction is what he
9  called them, and compared those removed meshes with
10  those of women with chronic pain.
11    Q.  Okay.  Do you believe the Hill study is
12  authoritative?
13    A.  I don't believe any study's authoritative,
14  but it was a pretty good study done on 130 women,
15  70 who had one set of symptoms and 60 who had
16  another.
17    Q.  Okay.  Hold on.  You've cited the Hill
18  study, but you do not believe it is authoritative,
19  correct?
20    A.  I've cited the Hill study as a good study.
21  Authoritative studies take -- or fluctuate in --
22  in -- as our knowledge base increases.
23    Q.  Do you think the Hill study is a reliable
24  study?
25    A.  I believe it was a very good, reliable

22  (Pages 82 to 85)

Roger McLendon, M.D.

Page 86

1  study.
2     Q.  Do you believe the Vervest study is a
3  good, reliable study?
4     A.  I'm not -- I -- I realize I quoted it.  I
5  don't remember the study.  May I look it up?
6     Q.  Sure.  And just so you know, Doctor, I'm
7  going to ask you about all the studies that you've
8  got in your report.  So you might want to look at
9  each of them.  And I'm going to ask you each the same
10  question.  Is each one of them a good, reliable
11  study?  You might as well look at them now.
12     A.  (Reviewing documents.)  I can't find that
13  Vervest study.
14     Q.  Are you getting close?
15     A.  I've looked through everything, but I
16  can't find the Vervest study on -- on transections of
17  nerve and TVTs.
18     Q.  Okay.  Well, let's go through them one by
19  one.
20     A.  All right.
21     Q.  We'll start with Vervest even though you
22  don't have it.  Or actually let's -- let's start
23  with -- yeah, let's start with Vervest even though
24  you don't have it.
25     A.  All right.

Page 87

1     Q.  Even though you don't have it in front of
2  you, from what you remember, was Vervest a good and
3  reliable study?
4     A.  I thought it had useful evidence in it,
5  yes, sir.
6     Q.  Okay.
7     A.  I'm trying -- let me find my -- there it
8  is, right on top (indicating).  At least I can find
9  my reference list.  Okay.
10     Q.  Okay.
11     A.  All right.
12     Q.  Okay.  So Vervest, good and reliable?
13     A.  It was a useful study with a useful piece
14  of data.
15     Q.  Okay.  Svenningsen, was that a good and
16  reliable study?
17     A.  Risk Factors for Long-Term Failure of the
18  Retropubic Tension-Free Vaginal Tape Procedure, I
19  remember it.  It gave some data looking for
20  independent risk factors.  Yes, sir, it was useful.
21     Q.  Okay.  Was it good and reliable?
22     A.  I mean, I feel like the Pope saying
23  something is good and reliable, sir.  So I mean, it
24  was useful scientific study that I read through, and
25  it seemed reasonable.

Page 88

1     Q.  Okay.  The Elmer study, was that a good
2  and reliable study?
3     A.  Histological Inflammatory Response to
4  Transvaginal Polypropylene Mesh for Pelvic
5  Reconstruction, I did read it, and I did quote it in
6  my paper, in my report.  I thought it was useful.
7     Q.  Okay.  The Benadavid report, was that good
8  and reliable?
9     A.  The mesh-related syndrome, I read it.  It
10  gave some useful numbers.  So it was a -- it was an
11  observational study that I was able to find some
12  useful data.
13     Q.  Okay.  The Elmer study, was that a good
14  and reliable study?
15     A.  I mean, I -- I'm not agreeing to any of
16  these "goods," but I have the Elmer study right here.
17  Hold on.  I had it in my hand.
18     Q.  The title is "Histological Inflammatory
19  Response to Transvaginal Polypropylene Mesh for
20  Pelvic Reconstructive Surgery" --
21     A.  Oh, it's right here (indicating), yeah.
22     Q.  Got it?
23     A.  I've got it in my hand.  I just -- that
24  was a -- that was a useful study, yes, sir.
25     Q.  And then you got the Smith study.  Was

Page 89

1  that a good and reliable study for you?
2     A.  That was a -- it had useful information
3  that I -- I considered --
4     Q.  Okay.
5     A.  -- in -- in writing up my report.
6     Q.  And then the Smith study, was that a
7  useful, helpful, reliable study?
8     MR. VOUDOURIS:  Objection.
9     THE WITNESS:  I think you just asked about
10  that, sir.
11  BY MR. MONSOUR:
12     Q.  Oh, okay.  Did I say Smith or Hill?
13     A.  Smith.  You said Smith twice, sir.
14     Q.  Okay.  So Smith you've answered.  Hill,
15  did you find that to be a good, useful study?
16     A.  I found a useful study to provide
17  interesting data.
18     Q.  Okay.  Can you pull out the Hill study
19  real quick?
20     A.  Yes, sir (Witness complies).
21     Q.  If you look under the conclusions on
22  page 1, it says, "Vaginal Tissue Fibrosis."  Do you
23  see that?
24     A.  Yes, sir.
25     Q.  What is vaginal tissue fibrosis?

23 (Pages 86 to 89)

Roger McLendon, M.D.

Page 90

1      A.  Scar.
2      Q.  Say that again?
3      A.  Scar.
4      Q.  Okay.  In the Hill study, 90.8 percent of
5  the excised specimens showed some inflammation,
6  correct?
7      A.  That's my understanding, yes, sir.
8  9.2 percent showed no inflammation.
9      Q.  And can inflammation cause pain?
10     A.  That's an interesting question.  Acutely,
11 acute inflammation can -- can cause intense pain, but
12 inflammation of a nerve quite often causes numbness
13 because you wind up not only affecting the nerve,
14 Schwann cells, but also the nerve fibers.  So
15 typically, most inflammatory nerve diseases cause
16 numbness.
17     Q.  Do some inflammatory processes cause pain?
18     A.  Yes, abscesses do.
19     Q.  Any others?
20     A.  Well, acute inflammation can cause pain.
21     Q.  Okay.  Can chronic inflammation cause
22 pain?  Can it?
23     A.  Can it?  I suppose it can.
24     Q.  Okay.
25     A.  That -- that was a useful hypothesis that

Page 91

1  was studied by the -- the Hill study, in fact.
2  Dr. Hill thought it could.  Proved it couldn't.  But
3  he thought it could.
4      Q.  What prompted you to get involved in the
5  transvaginal mesh litigation?
6      A.  One of the pathologists here asked me my
7  opinion about a nerve -- a photograph and asked me if
8  that was painful.
9      Q.  And who was that pathologist?
10     A.  Dr. Stanley Robboy.
11     Q.  How do you spell that last name?
12     A.  R-O-B-B-O-Y.
13     Q.  And then did he put you in touch with
14 Ethicon?
15     A.  No, sir.  The next thing I know, I'm --
16 I'm -- I was contacted by I believe it was
17 Mr. Voudouris.
18     Q.  Okay.  And does Dr. Robboy, does he have a
19 relationship with Johnson & Johnson?
20     A.  Oh, I have no idea.  He's one of our
21 retired pathologists who still is active on the
22 university side.
23     Q.  If you look at the -- well, you don't have
24 the Vervest study, correct?
25         MR. VOUDOURIS:  Doug, actually, I just

Page 92

1  pulled it up on a -- on a cell phone, if you
2  want me to hand it to the Doctor.
3         MR. MONSOUR:  That might be hard to read
4  or the court reporter probably has it on her
5  iPad that we sent over to her.  It might be
6  easier to read it on that.
7         MR. VOUDOURIS:  That's fine.  You want to
8  take a -- just go off the record for 30 seconds
9  for her to look?
10        MR. MONSOUR:  Yeah, absolutely.
11        VIDEOGRAPHER:  Time is 4:23 p.m.  We are
12 off the record.
13        (A recess transpired from 4:23 p.m. to
14        4:24 p.m.)
15        VIDEOGRAPHER:  We are back on the record.
16 The time is 4:24 p.m.
17 BY MR. MONSOUR:
18     Q.  Okay.  Doctor, I guess on the iPad in
19 front of you, you have the Vervest study, correct?
20     A.  Yes, sir.
21     Q.  And it's actually a case report of a
22 single incident that happened, right?
23     A.  Yes, sir.
24     Q.  So even though it's not -- there's no
25 controls or anything like that, it's a case report

Page 93

1  that you picked out because you thought it could be
2  helpful, right?
3      A.  Well, the title certainly was interesting.
4      Q.  Okay.  But you thought it was helpful,
5  right?
6      A.  That's correct.  The -- the discussion was
7  useful and the results, that's correct.
8      Q.  And just so I can understand this, your
9  report here is -- it looks like the text of your
10 report is one, two, three -- like five pages?  Five
11 pages, right?
12     A.  I suppose so, yes, sir.
13     Q.  And you wrote your report, right?
14     A.  Yes, sir, of course.
15     Q.  And did you write all of it?
16     A.  Yes, sir.
17     Q.  And how did you select which articles you
18 wanted to put in your report?
19     A.  I received a memory stick from a
20 Mr. Voudouris, and then I also went online and looked
21 up some papers on my own, I believe.  And I also
22 needed to reference some data -- I also looked at
23 some data that was in some standard textbooks of
24 neurology and -- and epidemiology.
25     Q.  Okay.  What type of data on neurology and

24  (Pages 90 to 93)

Roger McLendon, M.D.

Page 94

1  epidemiology were you needing to look at?
2      A.  I looked at --
3          MR. VOUDOURIS:  Objection.  Go ahead.
4          THE WITNESS:  -- I looked up the Kandel
5      and Schwartz book and -- in order to reference a
6      standard text regarding pain fibers.  And I also
7      looked up the Midroni book coauthored by
8      Dr. Juan Bilbao to see how -- to see a standard
9      reference for anybody to look at about how to
10     process nerve.  Also discussed Renaut bodies, if
11     somebody wanted to look up, that was a useful
12     reference.  And the epidemiology was -- study
13     was -- the Ma book -- I mean, the Ma chapter was
14     just talking about different scientific studies.
15  BY MR. MONSOUR:
16     Q.  The -- the studies that are listed in your
17  report on page 2, the Vervest, Svenningsen,
18  Benadavid, Elmer, Smith and Hill, did -- did you come
19  up with those studies, or did those come from
20  Mr. Voudouris' memory stick?
21     A.  Oh, I don't remember exactly, sir.
22     Q.  Did any of them come from your own
23  independent research?
24     A.  Well, it -- that was fairly easy to do
25  because you just read the -- the papers and then go

Page 95

1  into the bibliography and find an interesting article
2  and -- and look it up on PubMed.  Nowadays looking up
3  papers is a -- is a process of about two minutes.
4      Q.  Okay.  You did your searches on PubMed?
5      A.  Yes, sir.
6      Q.  Okay.  If we look at the Vervest article,
7  it says -- let me see -- it's talking about -- if you
8  look on the last page of the article?
9      A.  Oh, here it is.  Okay.
10     Q.  In the second to the last paragraph?
11         MR. VOUDOURIS:  Hold on.  He has to get
12     there.
13         THE WITNESS:  Second-to-last paragraph.
14     Okay.  I'm on page 667.
15  BY MR. MONSOUR:
16     Q.  Okay.  And in the last part of it, it
17  says, "However, if no neurological damage or loss of
18  neural innervation was found after surgery, it is
19  likely that only small branches of this nerve were
20  involved."
21         Do you see that?
22     A.  I do.
23     Q.  And then it continues, "Due to the fact
24  that probably only small branches were involved and
25  due to anatomical variations in the course of these

Page 96

1  nerves, it is doubtful that this type of complication
2  can be avoided, i.e., by more lateral positioning of
3  the TVT needle."
4          Do you see that?
5      A.  I do.
6      Q.  And it says, "It is doubtful that this
7  type of complication can be avoided."
8          What type of complication is that?
9      A.  I believe he's referring to nerve section.
10     Q.  Referring to what?
11     A.  Nerve section.
12     Q.  And is nerve section another way of saying
13  cutting of nerves?
14     A.  Yes, sir.
15     Q.  What is a neuroma?
16     A.  A neuroma, if -- can I just jump to
17  traumatic neuroma?
18     Q.  Sure.
19     A.  A traumatic neuroma occurs when the nerve
20  is attempting to regenerate, cannot find the distal
21  end that it -- it was severed from.
22     Q.  Hello?
23     A.  Hello.  I'm here.  Can you hear me?
24     Q.  Something just happened.
25         MR. VOUDOURIS:  We can hear you.

Page 97

1  BY MR. MONSOUR:
2      Q.  Okay.  Now it's working.
3      A.  All right.  I'm sorry.  I probably twisted
4  the receptor here.
5      Q.  Let's -- let's start that again.  Let's
6  start that again because I'm not for sure what you
7  heard and what I heard.  So let me ask you again,
8  what is a neuroma?
9      A.  A traumatic neuroma is when a nerve is
10  sectioned and, when in the process of sprouting and
11  regenerating, attempts to find the distal canal that
12  would take it back to its target organ, but instead
13  of finding its targeted organ -- I mean, the canal,
14  what it does is just grow in a circle.  And you've
15  got multiple nerves growing in a circle.
16     Q.  And what happens when a neuroma or a
17  traumatic neuroma forms?
18     A.  Patients complain of itching.  Some
19  complain of pain, electrical-type pain.  It forms a
20  mass that is stimulated by pressure.
21     Q.  And basically what happened in this -- in
22  this case was, as a result of or following the
23  surgery, some traumatic neuromas formed, correct?
24     A.  I don't --
25         MR. VOUDOURIS:  Objection.  In this case,

25 (Pages 94 to 97)

Roger McLendon, M.D.

Page 98

1    what do you mean by that, Doug? I'm sorry. Are
2    you referring to the article?
3    BY MR. MONSOUR:
4    Q. Yeah, I mean in the -- in the Vervest
5    article. And I said "in this case" because the
6    Vervest article is simply a case report. It was only
7    one case. Hello?
8    A. Hello. I was refamiliarizing myself with
9    the article.
10   Q. Okay.
11   A. It appears that they -- they put tape
12   through nervous tissue.
13   Q. Okay. Can that cause pain?
14   A. I don't know. It can -- it -- acutely, it
15   seemed reasonable it could cause pain. Chronic pain
16   syndrome, I don't know. In this particular case, she
17   complained of persistent pain.
18   Q. Okay. If you look at the end of the
19   document in the last paragraph, it says, "Especially
20   when application of a local anesthetic alleviates the
21   pain, the possibility of an entrapment or damage to a
22   nerve should be considered."
23       Do you see that?
24   A. I do.
25   Q. What does it mean when they're saying "an

Page 99

1    entrapment"?
2       MR. VOUDOURIS: Objection. Form.
3    BY MR. MONSOUR:
4    Q. Is that the neuroma?
5    A. I don't know. I don't think it is. It
6    sounds like the nerve is entrapped in the tape some
7    way or another.
8    Q. At the end, it says, "Post-TVT neuralgia
9    due to nerve entrapment or damage by the tape needs
10   to be added to the increasing list of potential
11   complications of this procedure."
12       Do you see that?
13   A. I see that.
14   Q. What is "neuralgia due to nerve
15   entrapment"?
16   A. It is a abnormal sensation related to
17   location. In other words, it's -- it's a feeling
18   that one gets that is foreign to that location. So
19   neuralgia can be a persistent sensation, let's call
20   it.
21   Q. Would neuralgia in this situation, would
22   it be persistent pain?
23   A. I believe she describes persistent pain so
24   I would accept that patient's characterization.
25   Q. And then it says -- it says, "This needs

Page 100

1    to be added to the increasing list of potential
2    complications of this procedure."
3       Do you see that?
4    A. I see that.
5    Q. Do you agree with that statement?
6    A. I -- I agree that that is a hypothesis
7    that needs to be tested. That's correct.
8    Q. Do you agree that it is something that the
9    doctors should be warned about?
10      MR. VOUDOURIS: Objection. Beyond the
11   scope.
12      THE WITNESS: I have -- I have not formed
13   an opinion. And I'm not going to be offering
14   testimony to that in trial.
15   BY MR. MONSOUR:
16   Q. Do you understand why I'm asking the
17   question, though? I mean, I'm simply reading the
18   article that I got from you, Doctor, and it says
19   that. That's why I'm asking the question.
20   A. I see. And I noted that this was a rare
21   complication and I -- and that was my comment. My --
22   my comment, as I put it in my report, was "Statements
23   related to pain pathogenesis fail to explain as the
24   pain is related to the mesh or to an unnoted
25   complication of the operative procedure." And this

Page 101

1    was an unnoted -- this was a complication of the
2    operative procedure, what Vervest described.
3    Q. Okay. If you will pull out the Elmer
4    article, I would like to ask you a question about the
5    first paragraph.
6    A. (Witness complies.) Yes, sir.
7    Q. It says -- at the end of the first
8    paragraph, it says, "The unique vaginal micro
9    environment dynamics biochemical exchange and
10   immunological response prevent the inference of
11   results from other areas of biomaterial use such as
12   inguinal hernia surgery to the pelvic floor."
13       Do you see that?
14   A. Yes, sir.
15   Q. Do you agree with that statement?
16      MR. VOUDOURIS: Objection.
17      THE WITNESS: I have no reason to argue
18   against it.
19   BY MR. MONSOUR:
20   Q. Okay. If you go back to the Hill article
21   and turn to the last page of it?
22   A. Yes, sir.
23   Q. Now, it says on the last paragraph, it
24   says, "Giant cell reaction also appears to be a
25   ubiquitous finding in excised vaginal mesh. And the

26 (Pages 98 to 101)

Roger McLendon, M.D.

| Page 102 |
| --- |

1  vaginal tissue response to mid-urethral mesh is
2  histologically similar for fibrosis and giant cell
3  reaction in all patients."
4      Do you see that?
5      A.  Yes, sir.
6      Q.  Is that a chronic condition?
7      A.  Yes, sir.
8      Q.  And then I would like to ask you, of -- of
9  these studies that you have quoted in your paper or
10 in your report, are they all observational?
11     A.  No, sir.
12     Q.  Is -- which one is not observational?
13     A.  The Hill study in particular is very
14 useful because it compares a known control with a
15 known abnormal group.
16     Q.  It was not a randomized control trial,
17 correct?
18     A.  It was not.  It said it was -- the paper
19 itself says it was limited by its retrospective
20 nature.
21     Q.  Okay.  Are the other studies that you
22 mentioned, are any of them observational?
23     A.  I'm quite sure a lot of them were, sir.  I
24 mean, I can't pull them out right now.  There are
25 several articles that I pulled out right now.

| Page 103 |
| --- |

1      Q.  Okay.  Can -- can you learn some good
2  information from observational studies?
3          MR. VOUDOURIS:  Objection.  Form.
4          THE WITNESS:  You can learn some good
5      information from a observational study.  It's
6      very much like a travel pamphlet describing
7      where things are and where to find things.
8      It's -- you can find useful information.  It's
9      not scientific.  It's more artistic, but it's --
10     you can find information.
11 BY MR. MONSOUR:
12     Q.  Okay.  Have you ever looked at what the
13 rate of chronic pain is in patients that have been
14 implanted with TVT slings?
15     A.  I noticed in the Nature Reviews paper by
16 Dr. Blaivas, that it was about 2 percent.
17     Q.  Are pain receptors the only -- are pain
18 receptors the only ones that can signal pain, or can
19 others do it as well?
20     A.  The A delta and C fibers are your pain
21 fibers.
22     Q.  And those are the only ones?
23     A.  Those are the ones that are -- have been
24 scientifically proven to mediate pain.
25     Q.  Okay.  Is there anything that can change

| Page 104 |
| --- |

1  the sensitivity of a nerve receptor?
2          MR. VOUDOURIS:  Objection.
3          THE WITNESS:  It's my understanding that
4      there's not.  At least on a -- on the periphery,
5      that's true.
6  BY MR. MONSOUR:
7      Q.  Could you repeat that?  You kind of cut
8  out for a second.
9      A.  Oh, I'm -- I said there's nothing that
10 increase the sensitivity of a peripheral nerve
11 receptor.
12     Q.  Okay.  Does chronic inflammation have any
13 effect on a nerve receptor?
14         MR. VOUDOURIS:  Objection.  Form.
15         THE WITNESS:  That's a study that was
16     addressed in the vaginal mucosa, the vaginal
17     micro environment and was said not to, by the
18     Hill study.
19 BY MR. MONSOUR:
20     Q.  In your practice when you receive
21 specimens, do you look for pathological features to
22 explain the symptoms?
23     A.  In a limited scenario, you can do that,
24 yes, sir.
25     Q.  If you were attempting to determine -- if

| Page 105 |
| --- |

1  you were attempting to determine if an excised sling
2  that was reported to be causing pain, if it was
3  actually the source of the pain, what would you
4  specifically look for?
5      A.  In this particular case, since the cause
6  of pain is unknown, you would be looking for abnormal
7  nerve density, location, fibers like that and compare
8  it to normal, as that would be a localized testing of
9  a hypothesis.  The problem is that's not always --
10 and surprise me -- that's not always the cause of
11 pain in these women because they can have more
12 central causes of pain related that they truly
13 believe is related to that area of surgery.
14     Q.  If you receive a specimen from a surgeon
15 and it says "painful lesion," and you see a foreign
16 body type of reaction and some foreign particles,
17 would you make a diagnosis that the foreign body was
18 causing the pain?
19         MR. VOUDOURIS:  Objection.
20         THE WITNESS:  I would not.  I would just
21     diagnose it as vaginal mucosa with scar, foreign
22     body giant -- and foreign body giant cell
23     reaction and anything else I noticed.
24 BY MR. MONSOUR:
25     Q.  Is it a fair statement that in writing

27 (Pages 102 to 105)

Roger McLendon, M.D.

| Page 106 | Page 108 |
|---|---|

Page 106

1  your report, you wouldn't put that the sling either
2  caused or did not cause the pain; is that true?
3      A.  Well, it wouldn't be taken seriously by
4  the surgeons or the OB/GYNs.
5      Q.  So you wouldn't write it in there either
6  way?
7      A.  That's correct.
8      Q.  Tissue needs to be innervative or
9  innervated to have pain, correct?
10      A.  Yes, sir.
11      Q.  If there are no nerves in tissue, it's not
12  going to feel pain, right?
13      A.  That's correct.
14      Q.  When you look at the slides that you see
15  from Dr. Iakovlev, do you agree that they show
16  inflammation?
17      A.  There was very modest lymphocytic
18  infiltrates.  Whether that's related normal to the
19  vaginal mucosa or whether that's inflammation,
20  it's -- it's not clear.  The vaginal mucosa is
21  exposed to the environment and has its own immune
22  system.
23      Q.  Which area has a higher level of
24  innervation, the vagina or the anterior abdominal
25  wall?

Page 107

1      A.  The -- the level of innervation of the
2  vagina is quite minimal because of the stretching it
3  has to go through in -- in childbirth.  If it had a
4  large number of pain fibers, the -- the pain of
5  childbirth would be unbearable.  But as far as the
6  number of abdominal nerves versus vaginal nerves, I
7  don't know.
8      MR. MONSOUR:  Okay.  Why don't we take a
9  break.  Let me go through some of my notes and
10  see some other things.  I might be able to kind
11  of cut some of this short.  So let's take a
12  15-minute break and regroup.  Does that sound
13  okay?
14      VIDEOGRAPHER:  We only have about seven
15  minutes remaining so I'll end this tape.
16      MR. MONSOUR:  Yeah, go ahead and end the
17  tape.
18      VIDEOGRAPHER:  This is the end of
19  Videotape Number 2 in the deposition of Roger
20  McLendon, M.D.  The time is 4:49 p.m.  We are
21  off the record.
22      (A recess transpired from 4:49 p.m. until
23      5:05 p.m.)
24      VIDEOGRAPHER:  We are back on the record.
25  The time is 5:05 p.m.  This is the beginning of

Page 108

1  Tape Number 3 in the deposition of Roger
2  McLendon, M.D.
3      Please continue.
4      COURT REPORTER:  We have the hard copy
5  exhibits now, Mr. Monsour.
6      MR. MONSOUR:  Okay, great.  Thank you.
7  BY MR. MONSOUR:
8      Q.  Dr. McLendon, we had a short break.  Are
9  you ready to proceed?
10      A.  Yes, sir.
11      Q.  Okay.  You have read the entirety of
12  Dr. Iakovlev's report, correct?
13      A.  Yes, sir.
14      Q.  With regard to pain generation by the TVT,
15  is it possible that Dr. Iakovlev is right?
16      MR. VOUDOURIS:  Objection.  Form.
17      THE WITNESS:  It -- is it po- -- is it
18  possible is not a very scientific question.  I
19  mean, is it --
20  BY MR. MONSOUR:
21      Q.  That's why the lawyer asking it.
22      A.  Yes, sir.
23      MR. VOUDOURIS:  That's why I objected to
24  form.
25      THE WITNESS:  I appreciate that.  It's --

Page 109

1  it's not possible using the stains that he has
2  used in this particular instance.
3  BY MR. MONSOUR:
4      Q.  Is it even -- not looking at the
5  stain, but just the theory of what is causing what,
6  is it possible that Dr. Iakovlev is correct?
7      MR. VOUDOURIS:  Objection.  Form.
8      THE WITNESS:  I mean, it's -- we have a
9  saying where I grew up about a blind hog finding
10  an ear of corn.  Is it possible that he can --
11  that he has -- he has completely ignored a large
12  part of the pain literature concerning causes of
13  chronic pain -- chronic post-surgical pain
14  syndromes.  I don't know how to answer, is it
15  possible when he has shown no evidence that he
16  knows what he's looking for.
17  BY MR. MONSOUR:
18      Q.  Okay.  I'll ask my question again, though.
19  Is it possible that Dr. Iakovlev is correct?
20      MR. VOUDOURIS:  Objection.  Asked and
21  answered.
22      MR. MONSOUR:  I think it's a simple
23  question and it's just a simple answer.
24      MR. VOUDOURIS:  Objection.
25      THE WITNESS:  It -- it's unlikely that he

28 (Pages 106 to 109)

Roger McLendon, M.D.

Page 110

1  knows what he's talking about.
2  BY MR. MONSOUR:
3      Q.  Okay.  Let me ask my question again for a
4  fourth time.  Is it possible that Dr. Iakovlev is
5  correct?  Yes or no?
6      MR. VOUDOURIS: Objection. Form.
7      THE WITNESS:  Let me try a different way.
8  He's -- he's generated an interesting hypothesis
9  that needs testing that he has yet to test.  As
10 far as base -- the scientific basis for his
11 understanding, it's impossible that he has found
12 the answer to this problem.
13 BY MR. MONSOUR:
14     Q.  Is it possible that Dr. Iakovlev is
15 correct?
16     MR. VOUDOURIS: Objection. Asked and
17 answered.
18 BY MR. MONSOUR:
19     Q.  Yes or no?
20     A.  It is impossible for him to make the
21 conclusions he has made based on his evidence.
22     Q.  You're -- you're talking about proving
23 it.  I'm just asking you, is it possible that he is
24 right and he just needs to do more to establish it?
25     MR. VOUDOURIS: Objection. Form. Asked

Page 111

1  and answered.
2      THE WITNESS:  I think he's looking up the
3  wrong tree.
4  BY MR. MONSOUR:
5      Q.  And I'm going to go back to my question.
6  Is it possible he is correct?
7      MR. VOUDOURIS: Objection. Form. Asked
8  and answered.
9      THE WITNESS:  All right.  So -- all right.
10 Let me -- let me just take it through.  The
11 science says that it is not possible that
12 scarring, vaginal tissue correlates with pain.
13 That's the Hill study.  The Hill study also
14 indicates that it's not possible that chronic
15 inflammation is associated with pain.
16     So now we're left with these pain fibers
17 that aren't generating any pain so -- in
18 relation to his other two hypotheses.  I mean,
19 he's generated hypotheses that are being
20 disproven as fast as he can generate them.  I
21 think it is more likely than not that he is
22 not -- it is not going to find the answer he is
23 hypothesizing.
24 BY MR. MONSOUR:
25     Q.  Okay.  And that's primarily based upon the

Page 112

1  Hill study, correct?
2      MR. VOUDOURIS: Objection.
3      THE WITNESS:  The Hill study is a very
4  good paper, but there are other papers that also
5  talk about the drop in inflammatory cells in the
6  vaginal mucosa after the implantation of these
7  meshes so -- they do pre-op and post-op vaginal
8  biopsies.  They implant the -- they do pre-op
9  biopsies.  They implant the mucosa -- the TVT,
10 and then they do a post-op and find that
11 inflammation actually decreases.  Everything
12 he -- he hypothesizes is proven wrong.
13 BY MR. MONSOUR:
14     Q.  You stated earlier when we started talking
15 on the subject, that Dr. Iakovlev has ignored some of
16 the science.  Can you specifically tell me what
17 Dr. Iakovlev has ignored, and I'll take it at least
18 one of the things you believe he has ignored is the
19 Hill paper, correct?
20     A.  That's correct.  The --
21     Q.  What else has he ignored?
22     A.  The other things is the non-local injury
23 theories related to chronic persistent post-surgical
24 pain that is unrelated to local site damage that is a
25 central nervous system, more dorsal root ganglion,

Page 113

1  the other things we've talked about.
2      Q.  Where would I find that literature so I
3  can go read it?
4      A.  It would be on chronic persistent pain.
5      Q.  Look for chronic persistent pain?
6      A.  I believe so.
7      Q.  And who is the most knowledgeable author
8  on chronic persistent pain?  What's -- who's the best
9  person that I should consult with on that?
10     MR. VOUDOURIS: Objection. Form,
11 compound.
12     THE WITNESS:  Number one, this is not my
13 area of expertise.  Number two, the most common
14 author has a foreign name that I can't spell,
15 much less pronounce.  I'll be glad to provide --
16 BY MR. MONSOUR:
17     Q.  Chronic persistent pain?
18     A.  Chronic post-surgical pain, chronic
19 persistent pain.  This -- this is an area that --
20 that was a -- single sentence in my -- in my report
21 that said that there are patients who have unknown
22 causes of chronic persistent post-surgical pain, and
23 other reasons for post-surgical pain.  And we've
24 spent a large part -- a large part of this deposition
25 on a single phrase in my dep- -- in my report.

29 (Pages 110 to 113)

Roger McLendon, M.D.

Page 114

1      Q.  Does that bother you?
2      A.  Not at all, sir.  But it's not something
3  that I have my expertise in.  My expertise is in
4  neuropathology and neuroanatomy.
5      Q.  Okay.  Is there a certain textbook I
6  should get for chronic persistent pain?
7      A.  I'm not sure.  I'm not aware of one.
8      Q.  Okay.  But what you're saying is that
9  you -- that Dr. Iakovlev has ignored the chronic
10 persistent pain literature and you don't know what I
11 should go look at to go -- to go look at that
12 subject, right?
13     A.  That -- that's correct.
14     Q.  And is it a fair statement to say that
15 with regard to post-surgical chronic pain, you do not
16 know how that is caused?
17         MR. VOUDOURIS:  Objection.
18         THE WITNESS:  That is a -- as I have said
19     several times, that is an area of active
20     research because drug companies would dearly
21     love to be able to help patients who have
22     chronic persistent pain, chronic post-surgical
23     pain.
24 BY MR. MONSOUR:
25     Q.  If I asked you a question -- if I asked

Page 115

1  you, if I said, what is the cause of chronic pain
2  following surgery, your answer to me would be "I
3  don't know," correct?
4      A.  That's correct.  There are a number of
5  hypotheses.
6      Q.  One of the people that is actually
7  attempting to investigate pain following the
8  implantation of transvaginal mesh is Dr. Iakovlev,
9  correct?
10         MR. VOUDOURIS:  Objection.
11         THE WITNESS:  Dr. Iakovlev is collecting
12     cases and examining them and making
13     observational reports based on what he's found,
14     generating hypotheses with no experimental
15     evidence to prove or disprove, no plans for
16     experimental evidence that I can tell that he
17     has reported about what needs to be done next.
18 BY MR. MONSOUR:
19     Q.  Right.  But he's actually looking into
20 this issue, unlike you, correct?
21         MR. VOUDOURIS:  Objection.
22         THE WITNESS:  He seems to be actively
23     collecting cases and looking at -- at, and doing
24     observational studies on these vaginal biopsies.
25

Page 116

1  BY MR. MONSOUR:
2      Q.  What have you done to determine the cause
3  of pain or chronic pain in women with transvaginal or
4  TVT implants?
5      A.  What have I done actively?  I have no
6  active research program in this area.
7      Q.  Do you plan to do one?
8      A.  I do not.  Excuse me.  I do not at this
9  time.
10     Q.  Other than the Hill article and the topic
11 or research involving the topic of chronic persistent
12 pain, has Dr. Iakovlev missed anything else?
13         MR. VOUDOURIS:  Objection.  Broad.
14         THE WITNESS:  Repeat the question?
15 BY MR. MONSOUR:
16     Q.  Other than the Hill -- you said earlier
17 that Dr. Iakovlev had ignored some science, right?
18     A.  Yes, sir.
19     Q.  And one of the things you said he ignored
20 was the Hill article, correct?
21     A.  That's correct.
22     Q.  And one of the things that you also said
23 he ignored was literature involving chronic
24 persistent pain, correct?
25     A.  That's correct.

Page 117

1      Q.  Is there anything else that he's ignored
2  that -- that you can identify?
3      A.  Well, I'm not aware that he has quoted the
4  Elmer paper that we discussed about the drop in
5  inflammatory cell infiltrates in the vagina pre- and
6  post-biopsy.  I'm not at all aware that he's looked
7  at any other studies.  But there are not that many
8  active studies right now on this -- on chronic
9  persistent pain in these TVT patients.
10     Q.  Do you believe you've ignored any of the
11 published finds that would be pertinent?
12         MR. VOUDOURIS:  Objection.
13         THE WITNESS:  Have I ignored it?  No.
14 BY MR. MONSOUR:
15     Q.  Do you believe that the Hill article has
16 any limitations?
17     A.  It's a -- it states that it's got -- it is
18 limited by its retrospective nature.
19     Q.  Is there anything else that it's limited
20 by?
21     A.  They didn't look for nerve endings.  That
22 would have been useful, wouldn't it?
23     Q.  In the Hill article, when were the samples
24 collected with regard to the timing from the date of
25 surgery?

30  (Pages 114 to 117)

Roger McLendon, M.D.

Page 118

1    A.  If they were pathology studies, they would
2 have been collected on the day of surgery.
3    Q.  Of implantation surgery or on removal
4 surgery?
5    A.  Ahh.  Removal surgery.
6    Q.  All right.  Does the timing of the
7 inflammation related to implant, does that have any
8 bearing upon what's -- upon the results?
9    A.  The variable -- the variable they looked
10 at was its relationship to pain.  So if the lady's
11 had chronic persistent pain, chronic post-surgical
12 pain, then that had a lot to do -- if -- if the
13 hypothesis, which it was, that inflammation was
14 related to the pain that they were experiencing and
15 the studies reveal that -- that chronic inflammation
16 was not correlated with pain, that was a useful
17 conclusion and a useful study with a hypothesis, data
18 collection, experiments and data analysis and a
19 conclusion.
20    Q.  Well, if we look back at the Hill study,
21 sir, and if you look on page 594 of the Hill study,
22 left-handed column, bottom of the page.  Do you have
23 it?
24    A.  Yes, sir.
25    Q.  Says, "Subjects with voiding dysfunction

Page 119

1 but not pain or mesh exposure were found to have more
2 inflammation than subjects who underwent mesh
3 excision for pain and/or mesh erosion and those with
4 both voiding dysfunction and pain mesh exposure.
5 This difference may be related to timing of mesh
6 excision in patients with only voiding dysfunction.
7 Voiding dysfunction is usually diagnosed in the
8 immediate post-operative period and is attributed to
9 mid-urethral sling placement.  Mesh excision often
10 occurs sooner in these patients than in those who
11 present with pain and/or exposure."
12    Did I read that correctly?
13    A.  You did.
14    Q.  So basically what that talks about is,
15 that's a limitation on this subject because of the
16 timing after surgery where the explant took place,
17 correct?
18    A.  Oh, no, you -- you're exactly -- you've
19 got your facts exactly opposite.  What the most
20 inflammation is -- is after -- within the days and
21 weeks after surgery.  So you would have expected to
22 see more inflammation after surgery, and as the scar
23 healed, you would have expected to see inflammation
24 decrease.
25    Q.  Isn't -- don't the authors themselves talk

Page 120

1 about how -- how this is a limiting factor of their
2 study?
3    A.  "As a result, mesh specimens from these
4 subjects should be expected to have higher degrees of
5 inflammation compared to others as the healing
6 process from the placement of the original implant
7 would still be present."  That -- that's a quote
8 right out of their paper, the next line, in fact.
9    Q.  But if you look at the last page, on 595,
10 it says, it's talking about in the last -- the last
11 column on the left-hand page, it says, "We did not
12 have access to all of the index surgery operative
13 reports, and therefore we relied on subject recall
14 documented in the electronic medical record for some
15 of our data.  This limited our ability to analyze
16 potential risk factors that may have led to increased
17 levels of inflammation.  These include the date of
18 the index mesh placement, type of mesh utilized and
19 the surgical approach."  Correct?
20    A.  That's right.  It's not a perfect study.
21 But it's still got very useful data.
22    Q.  Okay.  In your report starting on page 14
23 or starting on -- I'm sorry, paragraph 14 that you've
24 noted, you're talking about Figure set 3, you say,
25 "There is no demonstrated presence of nerve

Page 121

1 receptors."  Correct?
2    A.  That's correct.
3    Q.  There could potentially be nerve receptors
4 in that slide.  They just weren't stained in the way
5 that you would have done to find them, correct?
6    MR. VOUDOURIS:  Objection.  Form.
7    THE WITNESS:  There were no receptors
8 found in a way that was scientifically
9 acceptable way to stain for them and to look for
10 them.
11 BY MR. MONSOUR:
12    Q.  Right.  I -- I hear you.  But what I'm
13 saying is, it's possible that there's nerve receptors
14 in there, but what you're saying is, he just didn't
15 stain them the right way to show us that, right?
16    A.  And as I've --
17    MR. VOUDOURIS:  Objection.  Form.  Go
18 ahead.
19    THE WITNESS:  And as I have said, I have
20 no problem with there being nerve receptors
21 throughout this tissue.  It needs to be studied,
22 it needs to be quantified, it needs to be
23 measured, and it needs to be compared with
24 not -- pain-free women.
25

31 (Pages 118 to 121)

Roger McLendon, M.D.

Page 122

1  BY MR. MONSOUR:
2      Q.  Okay.  So you do believe there would
3  probably be nerve receptors in these tissues,
4  correct?
5          MR. VOUDOURIS:  Objection.  Form.
6          THE WITNESS:  I feel that there will be
7      nerve receptors.
8  BY MR. MONSOUR:
9      Q.  Okay.  But what your primary criticism is,
10  we need to look at those nerve receptors in women
11  that don't have pain versus women that do have pain
12  and see if there are differences that might explain
13  it, right?
14          MR. VOUDOURIS:  Objection.  Form.
15          THE WITNESS:  My primary issue with
16      Dr. Iakovlev's report is he has not used the
17      scientific method in evaluating these cases.
18  BY MR. MONSOUR:
19      Q.  Okay.  And how has he failed in utilizing
20  the scientific method?
21      A.  The scientific method is not only to make
22  observations, which he has done, and generated
23  hypotheses, which he has done, it is then to take the
24  next step.  The scientific method includes designing
25  experiments, then collecting your data from these

Page 123

1  experiments, analyzing the data and drawing
2  conclusions from that.  What he has provided are
3  nice, observational studies that generate useful
4  hypotheses but do not approach a scientific study.
5  There's no evidence of the scientific method in his
6  work.
7          MR. MONSOUR:  All right.  Dr. McLendon,
8      that's all the questions that I have.  I will
9      pass the witness.
10          MR. VOUDOURIS:  Dr. McLendon, the court
11      reporter is going to type this up for you.  You
12      have the right to read it or waive signature.  I
13      suggest that you read it, but you have to tell
14      her that.
15          THE WITNESS:  I like to read.
16          VIDEOGRAPHER:  Anything further?
17          MR. MONSOUR:  Nothing for me.  Anything
18      you guys have?
19          MR. VOUDOURIS:  No.
20          VIDEOGRAPHER:  This is the end of
21      Videotape Number 3 and concludes the deposition
22      of Roger McLendon, M.D.  The time is 5:27 p.m.
23      We are off the record.
24          (The deposition was concluded
25              at 5:27 p.m.)

Page 124

1          (Signature reserved.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 125

1  STATE OF NORTH CAROLINA
2  COUNTY OF MECKLENBURG
3
4          I, Karen K. Kidwell, RMR, CRR, CLR, in and
5  for the State of North Carolina, do hereby certify that
6  there came before me on Tuesday, September 29, 2015,
7  ROGER McLENDON, M.D., who was by me duly sworn to
8  testify to the truth and nothing but the truth of his
9  knowledge concerning the matters in controversy in this
10  cause; that the witness was thereupon examined under
11  oath, the examination reduced to typewriting under my
12  direction, and the deposition is a true record of the
13  testimony given by the witness.
14          I further certify that I am neither attorney
15  or counsel for, nor related to or employed by, any
16  attorney or counsel employed by the parties hereto or
17  financially interested in the action.
18          This the 30th day of September, 2015.
19
20
21
          _____
22          Karen K. Kidwell, RMR, CRR, CLR
          Notary Public #19971050142
22
23
24
25

32  (Pages 122 to 125)

Roger McLendon, M.D.

| Page 126 |
| --- |

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8        After doing so, please sign
9  the errata sheet and date it.  It will be
10  attached to your deposition.
11        It is imperative that you
12  return the original errata sheet to the
13  deposing attorney within thirty (30) days
14  of receipt of the deposition transcript
15  by you.  If you fail to do so, the
16  deposition transcript may be deemed to be
17  accurate and may be used in court.
18
19
20
21
22
23
24
25

| Page 128 |
| --- |

1       ACKNOWLEDGMENT OF DEPONENT
2
        I,_____, do
3  hereby certify that I have read the
      foregoing pages, and that the same
4  is a correct transcription of the answers
      given by me to the questions therein
5  propounded, except for the corrections or
      changes in form or substance, if any,
6  noted in the attached Errata Sheet.
7
     _____
8  ROGER MCLENDON, M.D.     DATE
9
10
11
12
13
14
     Subscribed and sworn
15  to before me this
     _____ day of _____, 20_____.
16
     My commission expires:_____
17
18  _____
     Notary Public
19
20
21
22
23
24
25

| Page 127 |
| --- |

1      - - - - - -
       E R R A T A
2      - - - - - -
3  PAGE LINE CHANGE
4  ____ ____ _____
5    REASON: _____
6  ____ ____ _____
7    REASON: _____
8  ____ ____ _____
9    REASON: _____
10  ____ ____ _____
11    REASON: _____
12  ____ ____ _____
13    REASON: _____
14  ____ ____ _____
15    REASON: _____
16  ____ ____ _____
17    REASON: _____
18  ____ ____ _____
19    REASON: _____
20  ____ ____ _____
21    REASON: _____
22  ____ ____ _____
23    REASON: _____
24  ____ ____ _____
25    REASON: _____

| Page 129 |
| --- |

1      LAWYER'S NOTES
2  PAGE LINE
3  ____ ____ _____
4  ____ ____ _____
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10  ____ ____ _____
11  ____ ____ _____
12  ____ ____ _____
13  ____ ____ _____
14  ____ ____ _____
15  ____ ____ _____
16  ____ ____ _____
17  ____ ____ _____
18  ____ ____ _____
19  ____ ____ _____
20  ____ ____ _____
21  ____ ____ _____
22  ____ ____ _____
23  ____ ____ _____
24  ____ ____ _____
25  ____ ____ _____

33 (Pages 126 to 129)