IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO: WAVE 1 CASES ON ATTACHED EXHIBIT A | |

**PLAINTIFFS' MOTION TO EXCLUDE THE
OPINIONS AND TESTIMONY OF MELVIN ANHALT, M.D.**

Plaintiffs in actions listed on attached Exhibit A, pursuant to Federal Rule of Evidence 702, 403, 104 and *Daubert* v. *Merrell Dow Pharm., Inc.,* 509 U.S. 579 (1993), hereby submit this Motion to Exclude the Testimony of Melvin Anhalt, M.D. Defendant Ethicon has designated Dr. Anhalt, an urologist, to offer opinions on a variety of issues regarding Defendants' TVT products. Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

1. A true copy of the Expert Report of Melvin Anhalt, M.D. is attached hereto as Exhibit B.
2. A true copy of the CV of Melvin Anhalt, M.D. is attached hereto as Exhibit C.
3. A true copy of select deposition pages of Melvin Anhalt, M.D. as cited in Plaintiff's Memorandum, is attached hereto as Exhibit D.

Specifically, Dr. Anhalt is unqualified to offer the general opinions set out in his general report relating to material properties of polypropylene mesh (Exhibit B, pp. 15-16), the adequacy of studies and/or clinical trials (Exhibit B, pp. 17-20), the regulatory framework for Defendant's polypropylene mesh (Exhibit B, p.20), and the design of the polypropylene mesh products

(Exhibit B, pp. 20-22). Further, these opinions are unreliable as Dr. Anhalt had minimal education, training or experience in the above listed areas and these opinions are not based on any reliable methodology. As set forth more fully in Plaintiffs' Memorandum in Support of Its Motion, the Court should exclude portions of the testimony of Defendant's expert witness Melvin Anhalt, M.D.

Dated: April 21, 2016

By    s/   Yvonne M. Flaherty
Yvonne M. Flaherty (#267600)
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
ymflaherty@locklaw.com

/s/  Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

/s/   D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: April 21, 2016

By    s/   Yvonne M. Flaherty
Yvonne M. Flaherty (#267600)
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
ymflaherty@locklaw.com

/s/  Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

/s/   D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com