# EXHIBIT C

CURRICULUM VITAE

**NAME:** Melvyn A. Anhalt, M.D.

**OFFICE:** Memorial Urology Associates, P.A.

**DATE OF BIRTH:**

**EDUCATION:**
9/1957-5/1959 University of Alabama
6/1959-8/1960 Vanderbilt University
9/1960-5/1964 Medical College of Alabama

**PROFESSIONAL EXPERIENCE:**

6/1964-5/1965 University Hospital and Hillman Clinic
Medical College of Alabama, Internship

6/1965-6/1967 United States Navy, Lt.

7/1967-6/1971 Baylor University College of Medicine
Residency in Urology

7/1971-6/1972 Baylor College of Medicine Clinical
Instructor of Urology

1971-present Private Practice with Memorial Urology
Associates

1972 Associate Professor in Urology
Baylor College of Medicine

**CERTIFICATION:** 1974 American Board of Urology

**LICENSURE:** Texas-License #D4648

**MEMBERSHIPS:**
1965-1967 Onslow County Medical Society, Jacksonville, North Carolina
1965-1967 Camp Lejune Medical Society, Camp Lejune, North Carolina
1963-Present Southern Medical Association

Anhalt, Melvyn A., C.E. Carlton: "Hypospadias and Epispadias," <u>Human Sexuality,</u> November, 1973.

Melvyn A. Anhalt, M.D.

| | | |
|---|---|---|
| **PRESENTATIONS:** | 1968 | <u>Primary Unilateral Renal Actinomycosis</u><br>University Society of Urology Residents |
| | 1968 | <u>Unilateral Multiocular Cyst</u> - Howard Hour<br>South Central Section - AUA<br>San Antonio, Texas |
| | 1968 | <u>Xanthrogranulomatous Pyelonephritis</u><br>South Central Section - AUA<br>Colorado Springs, Colorado |
| | 1969 | <u>An Usual Case of Papillary Necrosis</u> -<br>Howard Hour<br>South Central Section - AUA<br>Colorado Springs, Colorado |
| | 1969 | <u>Intersex - A Simplified Approach</u><br>American Academy of Pediatrics - Urology Section<br>Chicago, Illinois |
| | 1970 | <u>Xanthgranulomatous Pyelonephritis</u><br>University Society of Urology Residents<br>Yale University |
| | 1971 | <u>Management of Ectopic Ureterocele</u><br>American Academy of Pediatrics -<br>Urology Section<br>Chicago, Illinois |
| | 1972 | <u>Emergency Room Treatment of Reaction To Contrast Material</u><br>Fourth Annual Urological Training Program<br>Houston, Texas |
| | 1972 | <u>Computerization in Urology</u><br>The Clinical Society of Genito - Urinary Surgeons<br>Houston, Texas |

Melvyn A. Anhalt, M.D.

BIBLIOGRAPHY:

Little, S.C., B.K. Johnson, M.A. Anhalt, and D.E. Chastain: "Stiff Man" Syndrome, A Report of Two Additional Cases Treated with Diazepam. Ala J. Med. Science, October, 1967.

Anhalt, M.A., and Russell Scott, Jr.: Primary Unilateral Renal Actinomycosis: Case Report. Journal of Urology, Vol. 2, Pg. 126, February 1970.

Eknoyan, G., W. Suki, M. Martinez-Maldonado, and M.A. Anhalt: Chronic Hydronephrosis: Mechanism Impairment in Urine Concentration, Proceedings of the Society for Experimental Biology and Medicine 134, 634-639, July, 1970.

Anhalt, Melvyn A., and Russell Scott, Jr.: "Xanthrogranulomatous Pyelonephritis." The Journal of Urology, Vol. 105, Pg. 10-17, January, 1971.

Anhalt, Melvyn A., and Russell Scott, Jr.: "Xanthrogranulomatous Pyelonephritis." Urology Reporter, March, 1971.

Anhalt, Melvyn A., and Russell Scott, Jr.: "Xanthrogranulomatous Pyelonephritis." Medical Tribute, May, 1971.

Anhalt, Melvyn A., and Thomas Gunthrie: "Ectopic Utererocele," Journal of Urology, Pg. 107, May, 1972.

Anhalt, Melvyn A., C.E. Carlton, and Russell Scott, Jr.: "Ambiguous Genitalia," Manuscript ready for submission- May, 1971.

Anhalt, Melvyn A., and C.E. Carlton: "Post Obstructive Diuresis," Manuscript ready for submission- May, 1971.

Anhalt, Melvyn A., McCullough, and R. Scott, Jr.: "Beta Glucuronidase: Its Usefulness in Evaluating Urologic Disease," Manuscript ready for submission- May, 1971.

Melvyn A. Anhalt, M.D.

1973    <u>Contrast Material Reactions in Urology</u>
American Urological Associates of Nurses
and Technicians
Los Angeles, California

OUTSIDE POSITIONS:

1979-1982    Advisory Board Western Bank

1985- 1990    Chairman of the Board- Medical Waste Company

1999-present    50 % Owner and Member of the Board- A-1 Delivery

2006- present    Member Memorial Herman Surgical Committee

2010- present    Member for the Board- Memorial Herman Memorial Village Surgery Center

2009- present    Founding Member of Memorial City Bank Board

2003-present    President of Governing Board of Park Square Condominium Association

2001- 2003    Board of Directors- Jewish Retirement Home

2000- present    Selected to Best Physicians in Houston Yearly

2011- present    Board of Directors- Ironhorse Trucking

Melvyn Anhalt, M.D.

|  |  |
|---|---|
| 1998-2001 | President-Board of Directors<br>Park Square Condominiums |
| 1999 | Speaker Committee<br>Concerning Hyperactive Bladder<br>Upjohn Pharmaceutical |
| 2000-2010 | Medical Consultant<br>Regarding Urinary Incontinence<br>Johnson and Johnson |

**WORK HISTORY:**

| 1972-1986 | Urology Clinic of Houston |
|---|---|
| 1986- | Memorial Urology Associates, P.A. |

**RESEARCH:**

| 1992 | "A Phase II Dose Ranging Efficacy Study Of Oral Zanoterone, A New Steroidal Receptor Antagonist, In Men with Symptomatic Benign Prostatic Hyperplasia," Protocol #49596-005, Sterling Drug, Inc. |
|---|---|
| 1992 | "Long Term Effect of Finasteride (MK-906) Patients with Benign Prostatic Hyperplasia," Protocol #MK-906/GHBA-909, Protocol #048-04, Merck Sharp and Dohme Research Labs/G.H. Besselaar Associates. |
| 1992 | "A Phase II/III Open-Label, Long-Term, Follow-up Safety Study of Oral Zanoterone in Men with Symptomatic Benign Prostatic Hyperplasia," Protocol #49596-006, Sterling Winthrop Pharmaceuticals Research Division. |
| 1993 | "A Phase II Dose-Ranging Safety and Efficacy Study of Oral Zanoterone Administered Daily as Primary Hormonal Therapy in Subjects with Stage D2 Prostate Cancer," Protocol #49596-204, Theradex/Sterling Winthrop Pharmaceuticals Research Division. |

Melvyn A. Anhalt, M.D.

| | | |
|---|---|---|
| 1985-1986 | President<br>Houston Urological Association | |
| 1985 | Chief of Surgery<br>Memorial City Medical Center | |
| 1986 | Chief of Staff<br>Memorial City Medical Center | |
| 1986-2006 | Chief of the Division of Urology<br>Memorial City Medical Center | |
| 1986-2012 | Governing Board<br>Memorial Urology Associates | |
| 1986-2000 | Director, Lithotripter Unit<br>Memorial City Medical Center | |
| 1992-1995<br>1999 | Executive Committee<br>Memorial City Medical Center | |
| 1992 | Chief of Surgery<br>Memorial Hospital Memorial City | |
| 1993 | Chief of Urology<br>Memorial Hospital Memorial City | |
| 1993-1996 | Chairman of Board<br>Biomedical Waste Company | |
| 1994 | Chief of Urology<br>Memorial Hospital Memorial City | |
| 1995-1998 | Board of Directors<br>Seven Acres Jewish Home for the Aged | |
| 1997-2005 | Board of Directors-Urological Division<br>Baylor Medical Care | |
| 1997-1998 | President Houston Urological Society | |
| 1997-1999 | Medical Consultant Committee<br>Merck Pharmaceutical | |
| 1998 | Chief of Urology<br>Memorial Hospital Memorial City | |
| 1988, 1999 | President Houston Urological Association | |

Melvyn A. Anhalt, M.D.

|  |  |
|---|---|
| 1965-Present | American Medical Association, Associate Member |
| 1968-Present | Harris County Medical Society |
| 1968-Present | American College of Surgeons |
| 1969-Present | Texas Medical Association |
| 1969-Present | American Infertility Association |
| 1971-Present | Texas Urological Association |
| 1971-Present | Houston Urological Association |
| 1973-Present | American Urological Association |

AWARDS and HONOR SOCIETIES:

|  |  |
|---|---|
| 1958 | Druid Society - Sophomore Honorary Society, University of Alabama Mike Hogg Travel Award |
| 1971 | Resident of the Year Award Division of Urology Baylor College of Medicine |
| 1974 | Staff Man of the Year at Baylor College of Medicine |
| 2000 | Nominated for Physician of the Year at Memorial Hermann Memorial City Hospital |
| 2016 | (Child Advocates award) |

COMMITTEES and OFFICES:

|  |  |
|---|---|
| 1971- Present | Assistant Clinical Professor of Urology Division of Surgery Baylor College of Medicine Houston, TX |
| 1972-1988 | Student Faculty Advisors Sub-Committee, Baylor College of Medicine |
| 1972-1974 | Secretary- Urology Staff St. Luke's Episcopal Hospital |
| 1975-2009 | Director of Urodynamics Memorial City Medical Center |
| 1983-1987 | Executive Committee Houston Urological Society |