# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA
CHARLESTON DIVISION

|  |  |
|---|---|
| | ) Master File |
| IN RE:  ETHICON, INC., | ) No. 2:12-MD-02327 |
| PELVIC REPAIR SYSTEM | ) MDL No. 2327 |
| PRODUCTS LIABILITY | ) |
| LITIGATION | ) JOSEPH R. GOODWIN |
| _____ | ) U.S. DISTRICT JUDGE |
| | ) _____ |
| THIS DOCUMENT RELATES TO | ) |
| PLAINTIFFS: | ) |
| | ) |
| Karen and Joel Forester | ) |
| 2:12-cv-00486 | ) |
| | ) |
| Melissa and Charles | ) |
| Clayton | ) |
| 2:12-cv-00489 | ) |
| | ) |
| Bonnie Blake and Larry | ) |
| Miketey | ) |
| 2:12-cv-00995 | ) |
| | ) |
| Cherise and Marty | ) |
| Springer | ) |
| 2:12:cv-00997 | ) |
| | ) |
| Angela and Bradley | ) |
| Morrison | ) |
| 2:12-cv-00800R | ) |

*******************************************************
ORAL DEPOSITION OF
MELVYN A. ANHALT, M.D.
APRIL 2, 2016
*******************************************************

Melvyn A. Anhalt, M.D.

Page 2

1          ORAL DEPOSITION OF MELVYN A. ANHALT, M.D.,

2     produced as a witness at the instance of the

3     DEFENDANTS, and duly sworn, was taken in the

4     above-styled and numbered cause on the 2nd of April,

5     2016, from 7:59 a.m. to 11:35 a.m., before Tamara

6     Vinson, CSR in and for the State of Texas, reported by

7     machine shorthand, at Hilton Houston Westchase, 9999

8     Westheimer Road, Ambassador Room, Houston, Texas,

9     77042, pursuant to the Federal Rules of Civil

10    Procedure and the provisions stated on the record or

11    attached hereto.

12

13

14

15

16

17

18

19

20

21

22

23

24

Melvyn A. Anhalt, M.D.

Page 3

```
 1                    A P P E A R A N C E S
 2
 3    LEAD COUNSEL FOR GENERAL PLAINTIFFS:
 4         YVONNE M. FLAHERTY, ESQ.
           - and -
 5         ELIZABETH A. PETERSON, ESQ.
           Lockridge Grindal Nauen P.L.L.P.
 6         100 Washington Avenue S, Suite 2200
           Minneapolis, Minnesota  55401
 7         612.339.6900
           ymflaherty@locklaw.com
 8         eapeterson@locklaw.com
 9
      FOR THE DEFENDANTS:
10
           W. CURT WEBB, ESQ.
11         - and -
           JENNIFER PRICE, ESQ.
12         Beck Redden
           1221 McKinney Street, Suite 4500
13         Houston, Texas  77010
           713.951.6255
14         cwebb@beckredden.com
           jprice@beckredden.com
15
16    ALSO PRESENT:
17         Ms. Tamara Vinson, Court Reporter
18
19
20
21
22
23
24
```

Melvyn A. Anhalt, M.D.

Page 4

1                          INDEX

2                                              PAGE

3   Appearances....................................3

4

5   MELVYN A. ANHALT, M.D.

6

        Examination by Ms. Flaherty...............6

7

8   Signature reserved..........................161

9   Reporter's Certificate......................162

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Melvyn A. Anhalt, M.D.

Page 5

 1                      EXHIBIT INDEX

 2                                              PAGE

 3   Exhibit No. 1.................................7

         Notice to Take Deposition of Dr. Melvyn

 4       Anhalt

 5   Exhibit No. 2.................................9

         Curriculum Vitae

 6

     Exhibit No. 3................................20

 7       Expert Report of Melvyn Anhalt, M.D.

         Regarding the TVT and TVT-O

 8

     Exhibit No. 4................................39

 9       Melvyn Anhalt Reliance List in Addition

         to Materials Referenced in Report

10       MDL Wave 1

11   Exhibit No. 5................................72

         Dr. Anhalt's business card with

12       handwritten notes

13   Exhibit No. 6................................73

         Payment Information Dr. Melvyn Anhalt

14

15

16

17

18

19

20

21

22

23

24

Melvyn A. Anhalt, M.D.

Page 39

1  mesh, are they?

2      A.   No.

3      Q.   Okay.  And then on, I believe it might be

4  four pages into your CV where it says Research.  It's

5  right after Work History.

6      A.   Yes.

7      Q.   You have four items listed under Research?

8      A.   Yes.

9      Q.   Are any of those related to pelvic mesh

10  products?

11      A.   No.

12      Q.   Okay.  That's all I have with respect to your

13  CV, Doctor.

14                  (Exhibit No. 4 marked.)

15      Q.   The court reporter has handed you what has

16  been marked as Exhibit No. 4.

17      A.   Yes.

18      Q.   Do you recognize this?

19      A.   Yes.

20      Q.   And what is this?

21      A.   It's a list of articles that are journal

22  articles or written things about TVT and TVT-Secur and

23  a variety of incontinence-related things and prolapse

24  and vaginal vault prolapse and cystoceles,

Melvyn A. Anhalt, M.D.

Page 40

1    Transobturator and a variety of different journals.

2        Q.   Okay.  Is this the reliance list or materials

3    that you relied upon with respect to your report?

4        A.   These are articles that I have seen summaries

5    of or I have read.  I have subscribed to a thing that

6    relate -- I put in what I'm interested in and every

7    time there's an article that appears in any journal I

8    get a summary of it.  It's called Medscape.

9        Q.   Medscape the thing that you said you

10   subscribe to?

11       A.   Yes, ma'am.

12       Q.   Okay.

13       A.   And so many of these I've read the summary,

14   I've read the purpose of the article, but I haven't

15   read the entire article.  Some of these I have.

16       Q.   Okay.

17       A.   Most of what I relied upon was my experience.

18       Q.   Your personal experience --

19       A.   My personal experience.

20       Q.   Just wait until I finish.  I'm sorry, Doctor.

21       A.   I'm sorry.

22       Q.   Your personal experience in your care and

23   treatment of patients?

24       A.   Yes, ma'am.

Melvyn A. Anhalt, M.D.

Page 41

1      Q.   Okay.  And the articles that are cited in

2   here, are these all articles that you have come to

3   know through the Medscape service that you subscribe

4   to?

5      A.   Most of them.

6      Q.   Okay.  Are any of the articles articles that

7   the lawyers have provided to you?

8      A.   You know, I haven't gone over this list in

9   its entirety.  I've pulled up the Medscape, went

10   through that, and I can't tell you that there's not

11   one or two that they added to it, because I haven't

12   gone back and reviewed every one of these articles.

13      Q.   Okay.

14      A.   Okay.  So the answer is I don't know.

15      Q.   That's fair.  You had mentioned that you

16   subscribe to Medscape and you put in what you want --

17   I think you said what you want to search for?

18      A.   Yes.

19      Q.   And do you -- do you have it set up so that

20   it sends you a periodic alert if there is a new

21   article on a topic of interest to you?

22      A.   Almost every day.

23      Q.   Okay.  And in what --

24      A.   It comes on my cell phone.

Melvyn A. Anhalt, M.D.

Page 53

1      Q.    And were those cadaver labs, did they cover

2   both prolapse and incontinence products?

3      A.    In the beginning they were just incontinence.

4   And the last one I went to, as I recall, was Prolift.

5      Q.    And the incontinence products would have

6   included TVT?

7      A.    And TVTO.

8      Q.    And what was your role?

9      A.    The initial role was just to go there for my

10  own education.  I went several times to cadaver labs

11  just for -- where I was not -- they had somebody who

12  was considered to be a reasonable expert who was at

13  each cadaver and so there were groups of doctors that

14  were assigned to each cadaver.  And so I went multiple

15  times just for my own benefit, my own education, and

16  then towards the end at least once that I recall I

17  was -- I was in charge of one cadaver and we had,

18  like, three other doctors and we would dissect the

19  cadaver.

20     Q.    Did you also do any speaking engagements or

21  speeches on behalf of Ethicon at medical education

22  programs?

23     A.    Negative.

24     Q.    So I just want to make sure I have a good

Melvyn A. Anhalt, M.D.

Page 54

1    history of some of the work you did with Ethicon.  You

2    served on an advisory board once.  Is that correct?

3         A.   (No response.)

4         Q.   And you did some didactic training?

5         A.   Correct.

6         Q.   And you were a preceptor?

7         A.   Once.

8         Q.   And you also did some work at the cadaver

9    labs?

10        A.   Yes.

11        Q.   Okay.  And you did participate in a product

12   review meeting.  Is that correct?

13        A.   Only -- I've never been in a product review

14   meeting, except the one meeting I had with the

15   scientist that I was asked to meet with the scientist

16   and that was to talk about the products we were using

17   and how they could be improved.

18        Q.   Is that --

19        A.   It was not a scientific meeting.  It was they

20   wanted our clinical impression about that.  I don't

21   know -- I'm not a scientist.  I'm not a materials

22   person.  I'm a -- I'm a practicing physician.  I only

23   care about how does it work for me.

24        Q.   Got it.  And so when you say with a

Melvyn A. Anhalt, M.D.

Page 55

1   scientist, is that the same as the advisory board

2   meeting?

3       A.   No.

4       Q.   So those are two separate meetings?

5       A.   The advisory board meetings were where we met

6   only with other physicians.

7       Q.   Okay.

8       A.   That was what I was describing to you earlier

9   where they were divided up into groups of physicians

10  at random and they would give us topics for us to

11  discuss and then present to the general thing so

12  everybody could stand up and say I've never had that

13  happen or here's how to prevent that from happening

14  or -- and discuss all aspects of TVT and subsequently

15  Prolift.

16      Q.   Okay.

17      A.   So I don't consider that an advisory

18  committee.  I consider that an annual meeting that

19  they were given the opportunity to meet with doctors

20  from all over the country and find out what's

21  happening in different places.

22      Q.   Okay.  Are you familiar with the phrase key

23  opinion leader?

24      A.   I've heard it before.

Melvyn A. Anhalt, M.D.

Page 58

1       A.     Yes.

2       Q.     And you said you had the opportunity to watch

3    another doctor perform, I think you said several

4    cases.  When you say cases, is that procedures?

5       A.     TVT procedures.

6       Q.     And you -- and that was over the course of

7    two days?

8       A.     Yes.

9       Q.     And so that was -- do you think that was

10   several different procedures?

11      A.     Oh, it was all -- it was all the same

12   procedure.

13      Q.     Okay.

14      A.     It was all TVT.

15      Q.     Several different patients?

16      A.     Correct.

17      Q.     Okay.  And did you have -- and that would

18   have been the didactic training?

19      A.     Well, the only didactic was he talked about

20   the procedure and then he answered my questions.

21      Q.     Okay.

22      A.     And there were a couple other doctors there

23   besides me, but I don't remember who they were.

24      Q.     Sure.  And this would have been in the early

Melvyn A. Anhalt, M.D.

Page 59

1    2000s?

2        A.    Yes.

3        Q.    Okay.  All right.  And you had mentioned just

4    a couple minutes ago that you're not a scientist and

5    you're not a materials person, your focus is on

6    treating patients.  Correct?

7        A.    Correct.

8        Q.    Okay.  And have you ever participated in the

9    design of a pelvic mesh sling?

10       A.    No.

11       Q.    Okay.  Have you ever done any bench research

12   with respect to polypropylene mesh?

13       A.    No.

14       Q.    Have you ever done any lab research with

15   respect to polypropylene mesh?

16       A.    No.

17       Q.    Have you ever done any work with respect to

18   preparation of labels for medical devices?

19       A.    No.

20       Q.    Have you done any work with respect to

21   drafting warnings with respect to medical devices?

22       A.    No.

23       Q.    Have you done any work with respect to

24   drafting instructions for use for medical devices?

Melvyn A. Anhalt, M.D.

Page 60

1      A.    No.

2      Q.    Okay.  And when I say medical devices, I'm

3  also -- do you understand that that would also include

4  female pelvic mesh?

5      A.    Yes.

6      Q.    Okay.  Have you ever participated in drafting

7  training materials for other physicians with respect

8  to pelvic mesh?

9      A.    No.

10      Q.    Have you ever prepared a device history file?

11      A.    I don't even know what that means, so

12  apparently not.

13      Q.    Okay.  Have you participated in drafting any

14  documents regarding risk analysis with respect to the

15  design of pelvic mesh products?

16      A.    No.

17      Q.    Have you ever been a consultant to the FDA?

18      A.    No.

19      Q.    You've never been employed by the FDA, have

20  you?

21      A.    No.

22      Q.    Okay.  Have you ever served on an FDA

23  advisory board?

24      A.    No.

Melvyn A. Anhalt, M.D.

Page 61

1      Q.    Have you had any correspondence with the FDA

2  with respect to pelvic mesh products?

3      A.    Well, I got the same letter that everybody

4  got in regards to the FDA warnings.

5      Q.    And when you -- you mentioned the same

6  letter, you're talking about the public health

7  notifications?

8      A.    Yes, ma'am.

9      Q.    Specific to pelvic mesh products?

10      A.    Yes.

11      Q.    Okay.  Have you sent any communications to

12  the FDA with respect to pelvic mesh products?

13      A.    No.

14      Q.    Okay.  Have you ever had to submit any

15  adverse event reports to the FDA regarding pelvic mesh

16  products?

17      A.    No.

18      Q.    Have you ever done any presentations with

19  respect to transvaginal mesh?

20      A.    How do you define presentations?

21      Q.    Perhaps where you were presenting a paper or

22  you're doing a speech to a large group of other

23  doctors, for example.

24      A.    The only doctors that I've ever done that to

Melvyn A. Anhalt, M.D.

Page 62

1    were the doctors who came to watch me do a Prolift.

2         Q.    Okay.

3         A.    One or two doctors at a time, but that's the

4    extent of my -- I've never given a large group or I've

5    never given a talk to a large group.

6         Q.    Okay.

7         A.    I was invited at one time -- this was years

8    ago, maybe 2003, for Prolift to talk to the Dallas

9    Urological Society about my experience with

10   incontinence.

11        Q.    Okay.

12        A.    That was the only group that I've ever spoken

13   to and we talked at that time about all the different

14   techniques for incontinence procedures and my

15   experience up to that point with TVT.

16        Q.    And I'm sorry.  Who had invited you to

17   that -- the presentation?

18        A.    A doctor from Dallas, a urologist.

19        Q.    Doctor from Dallas, okay.

20        A.    He was president of the Urological Society at

21   the time and invited me to come speak.

22        Q.    And did you do -- go ahead and do that?

23        A.    I did.

24        Q.    Okay.

Melvyn A. Anhalt, M.D.

Page 67

1    Q.    Okay.

2    A.    If the leak point pressure is exceedingly

3    low, then I think the regular TVT is a better

4    procedure.

5    Q.    Why is that?

6    A.    Because it puts a little more pressure on the

7    bladder neck because of the angle of where the mesh

8    is, it's pulling the bladder neck a little tighter.

9    And when you have an incompetent bladder neck, you

10   need it to be a little tighter.

11   Q.    And so is it fair to say that you would limit

12   your use to TVT to those cases in which you had --

13   A.    Incompetent bladder neck.

14   Q.    -- incompetent bladder neck?  Okay.

15         Have you published any papers on non-mesh

16   treatment of stress urinary incontinence?

17   A.    No.

18   Q.    Do you have any unpublished papers with

19   respect to non-mesh treatment of stress urinary

20   incontinence?

21   A.    No.

22   Q.    Have you ever participated in -- well, strike

23   that.

24         Are you familiar with the phrase "peer

Melvyn A. Anhalt, M.D.

Page 68

1    review" as it relates to medical literature?

2        A.    Yes.

3        Q.    Have you participated in any peer review of

4    others' articles with respect to stress urinary

5    incontinence?

6        A.    I was asked to serve on a peer review thing

7    with the journal Urology at one time but I turned it

8    down.

9        Q.    Okay.

10        A.    So the answer is no.

11        Q.    Okay.  Have you been involved in any clinical

12    trials with respect to pelvic mesh products?

13        A.    No.

14        Q.    Okay.  And so you have not done any clinical

15    trial work comparing midurethral to other pelvic

16    procedures?

17        A.    No, not formally.

18        Q.    Okay.  Have you ever been involved in the

19    clinical trial comparing pelvic or organ prolapse mesh

20    repair to other types of pelvic procedures?

21        A.    No.

22        Q.    Are you currently working at any clinical

23    studies?

24        A.    No.

Melvyn A. Anhalt, M.D.

Page 69

1      Q.   Have you ever done any clinical studies of

2   any kind?

3      A.   Yes, we've done clinical studies related to

4   some medications.  Like when Proscar first came out,

5   we did that.  It's listed in my -- you'll see several

6   medications where we participated in clinical studies.

7      Q.   Okay.

8      A.   They're listed.

9      Q.   Yes.  Have you done any clinical studies with

10   respect to other types of medical devices?

11      A.   No.

12      Q.   Are you familiar with the phrase "ghost

13   writing"?

14      A.   Yes.

15      Q.   Have you ever been asked to ghost-write an

16   article --

17      A.   No.

18      Q.   -- for anyone else?

19      A.   No.

20      Q.   Have you published any articles with respect

21   to porosity of mesh?

22      A.   No.

23      Q.   Have you published any articles with respect

24   to degradation of mesh?

Melvyn A. Anhalt, M.D.

Page 70

1      A.   No.

2      Q.   Okay.   Have you published any articles with

3   respect to flexibility or stiffness of mesh?

4      A.   No.

5      Q.   Do you hold yourself out to be an expert on

6   FDA regulatory matters?

7      A.   No.

8      Q.   Do you have any specific expertise with

9   respect to classification of medical devices at the

10  FDA?

11     A.   No.

12     Q.   Do you have any expertise with respect to the

13  way in which the FDA reviews products, mesh products,

14  prior to placing them on the market?

15     A.   No.

16     Q.   Do you consider yourself an expert with

17  respect to design controls on medical devices?

18     A.   No.

19     Q.   Do you consider yourself an expert with

20  respect to design controls regarding the manner in

21  which medical devices are manufactured?

22     A.   No.

23     Q.   Okay.   Do you have any background in polymer

24  sciences?

Melvyn A. Anhalt, M.D.

Page 71

1      A.   No.

2      Q.   Do you consider yourself an expert on

3  polymers?

4      A.   No.

5      Q.   Do you have any expertise with respect to

6  biomaterials?

7      A.   No.

8      Q.   Do you consider yourself an expert with

9  respect to biomaterials?

10     A.   No.

11     Q.   Have you done any bench research with respect

12  to polypropylene?

13     A.   No.

14     Q.   Have you done any microscopic evaluation of

15  explanted mesh?

16     A.   No.

17     Q.   Are you -- you are not a pathologist.

18  Correct?

19     A.   No.  Correct.

20     Q.   Do you have any expert --

21     A.   Correct.

22     Q.   Thank you.  And you do not consider yourself

23  an expert on pathology?

24     A.   Correct.

Melvyn A. Anhalt, M.D.

Page 72

1    Q.    Okay.  And you are not a toxicologist.  Is
2    that correct?

3    A.    Yes, I am not.

4    Q.    Thank you.  And do you have any expertise in
5    epidemiology?

6    A.    No.

7    Q.    Have you ever reviewed a pathological
8    analysis of explanted mesh?

9    A.    No.

10   Q.    Have you reviewed any pathology reports with
11   respect to explanted mesh?

12   A.    Only what the -- in the few cases where I've
13   removed some mesh, what the pathologist says about the
14   mesh.  That's all.

15   Q.    Okay.  And you don't do any separate analysis
16   of that pathology?

17   A.    No.

18         MS. FLAHERTY:  Can we take just maybe a
19   five-minute break and then we can move on to some of
20   the next sections.

21         (Break.)

22         (Exhibit No. 5 marked.)

23   Q.    (By Ms. Flaherty)  Doctor, the court reporter
24   has handed you what's been marked as Exhibit No. 5.

Melvyn A. Anhalt, M.D.

Page 73

1    And just so the record is clear, this is a copy of the

2    index card and business card you had provided earlier

3    this morning.   Is that correct?

4        A.   Yes.

5        Q.   And that is the card that we discussed that

6    has the hours that you have spent reviewing some of

7    the files.

8        A.   Yes.

9             MS. FLAHERTY:  Mark this one as

10   Exhibit 6, too, please.

11             (Exhibit No. 6 marked.)

12       Q.   (By Ms. Flaherty)  And the court reporter has

13   just handed you what's been marked as Exhibit No. 6

14   and your counsel provided this to us earlier this

15   morning.   Is this -- what is this document, Doctor?

16       A.   Payment information.

17       Q.   Okay.  And does this exhibit appear to be a

18   chart of the payments you have received from Ethicon

19   over the years?

20       A.   Appears to be, yes.

21       Q.   Okay.  We talked a little bit about your

22   practice this morning and I may just have a few more

23   questions for you about that.  You had mentioned that

24   currently your practice is roughly 50 percent women

Melvyn A. Anhalt, M.D.

Page 74

1    and 50 percent men?

2       A.   Yes.

3       Q.   Okay.  And with respect to the women, do you

4    know what percentage of those women are coming to see

5    you with respect to SUI, or stress urinary

6    incontinence?

7       A.   Well, you know, the overall percentage of

8    women who have stress incontinence is in the 30

9    percent to -- has ranged anywhere from 30 to 40

10   percent of women.  As they get -- I would say that of

11   all the people that I see, maybe 15, 16 percent have

12   stress incontinence.

13      Q.   Okay.

14      A.   That's significant.

15      Q.   And that is significant incontinence?

16      A.   That is significant symptom that we wanted

17   fixed.

18      Q.   Okay.

19      A.   Many women have leakage, but they wear a pad

20   and they don't care about having it fixed.

21      Q.   Okay.  The other 85 percent of the women that

22   you treat, what types of conditions are you treating

23   them for?

24      A.   Urinary tract infections, kidney stones,

Melvyn A. Anhalt, M.D.

Page 75

1    ureteral stones, bladder stones, bladder tumors,

2    cancer of the kidney, cancer of the ureter,

3    cystoceles, rectoceles, prolapse.  I'm sure I'm

4    leaving something off.  Condyloma of the genitalia.  I

5    see occasional fistula, vesicle vaginal fistula,

6    injuries to the bladder by the gynecologist.  There's

7    a whole host of things.  I see people with blockage of

8    the ureter from prior surgical procedures or from

9    retroperitoneal fibrosis.  It's a very complicated big

10   list of things that bring women into the office at

11   times.

12       Q.   Okay.  And I'm not going to hold you to this

13   being an exhaustive list --

14       A.   Right.

15       Q.   -- but I wanted to get a feel for what the

16   other 85 percent of your practice --

17       A.   Right.

18       Q.   -- was.

19            You had mentioned that roughly 15 percent of

20   the women that come see you are coming to treat stress

21   urinary incontinence.

22       A.   Yes.

23       Q.   And if I say SUI, do you understand that to

24   mean stress urinary incontinence?

Melvyn A. Anhalt, M.D.

Page 126

1    A.    Acute pain -- whatever pain is, the patient

2    who has the pain owns the pain.  And so it's hard to

3    distinguish between acute pain and chronic pain, and

4    if they wake up and they say I've got some discomfort

5    in my leg, they've got pain.  If they say it hurts me

6    to walk, they've got a little bit more severe pain.

7    But in my experience, I've never had anybody that

8    wasn't really transient.  And most of the time

9    transient is over -- by definition is less than three

10   weeks.

11       Q.    Okay.  But you are aware that there have been

12   some instances of the pain lasting for a longer period

13   of time?

14       A.    I've read that in the literature, yes.

15       Q.    Okay.  And would you agree that if they have

16   what I'll call longer term or permanent pain, that

17   that can have an impact on their quality of life?

18       A.    Yes.

19       Q.    With respect to dyspareunia, do you have an

20   opinion as to whether or not that is transient or

21   permanent in patients that have had a TVT or TVTO

22   procedure?

23       A.    I have had so few patients that have had

24   dyspareunia with a TVT that it would be difficult for

Melvyn A. Anhalt, M.D.

Page 127

1    me to judge transient.  I've had maybe one or two, and

2    both of those were somewhat transient.

3        Q.    Okay.  And are you aware that there have been

4    reports of women who have had dyspareunia that is not

5    transient following a TVT or TVTO procedure?

6        A.    I am aware of it.

7        Q.    Okay.  So it is a possible risk?

8        A.    Yes.

9        Q.    And would you agree that having longer term

10   or permanent dyspareunia would have an impact on one's

11   quality of life?

12       A.    Yes.

13       Q.    Do you make any distinction between

14   postoperative and chronic pain in patients that have

15   had a TVT or TVTO procedure?

16       A.    Yes.  Well, chronic pain is long-term pain.

17   Post-op pain usually subsides in a few days or a few

18   weeks.

19       Q.    And chronic pain would have an impact on a

20   woman's quality of life?

21       A.    Yes.

22       Q.    Okay.  And are you aware of any reports where

23   women have developed chronic pain perhaps several

24   months or longer after the TVT or TVTO procedure?

Melvyn A. Anhalt, M.D.

Page 128

1      A.    I've heard to that extent to some degree, but

2    I haven't seen it.

3      Q.    Okay.  So you're aware of reports?

4      A.    Yes.

5      Q.    And it is possible?

6      A.    I suppose it must be unless there's some

7    other etiology.  I mean, I have a hard time figuring

8    out how that -- what the etiology of that would be or

9    the mechanism of that.  I always try to understand

10   pain and I can't understand it.

11     Q.    Would you agree that it can be a challenge to

12   treat chronic or long-term pain?

13     A.    Yes.

14     Q.    Do you have any -- actually, strike that.

15           Would it also be a challenge to treat chronic

16   dyspareunia?

17     A.    Yes.

18     Q.    Okay.  Are you offering any opinions with

19   respect to nerve damage associated with TVT or TVTO?

20     A.    Well, my only opinion is that it would be a

21   very -- a rare event.  You would have to impact the

22   obturator nerve to get nerve damage.  As long as

23   the -- you're going around the inferior pubic ramus,

24   the only nerves in sight are -- and the obturator

Melvyn A. Anhalt, M.D.

Page 129

```
1    foramina that the obturator nerve -- and unless the
2    obturator nerve was impacted, I'm not sure how hugging
3    the symphysis pubis on the regular TVT that I'm not
4    aware of any nerves that sit on either side of the
5    inferior pubic ramus. If you stray with a needle and
6    you put it in a position where it's not supposed to
7    be, I suppose you could find a nerve, but it would be
8    an extremely rare event.
9        Q.   Okay. But it is possible?
10       A.   Yes.
11       Q.   And that's one of the reasons why you had
12   indicated your knowledge with respect to positioning
13   of patients and your emphasis on the positioning of
14   patients during the procedure is very important?
15       A.   Yes.
16       Q.   Would you make any distinction between
17   neuromuscular and nerve damage?
18       A.   Well, yes. It's hard to -- it's hard to
19   distinguish between the two because nerve damage means
20   that you -- nerve damage means that you damage the
21   nerve. Neuromuscular means that as a result of mild
22   trauma or inflammation to the nerve you have pain in
23   the muscle. So I think that -- and if you'd ask ten
24   doctors, you might get ten different answers about the
```

Melvyn A. Anhalt, M.D.

Page 131

1   see in these women?

2       A.   Most of the women that I've seen with

3   complications is a failed sling.  They're still

4   incontinent.

5       Q.   Okay.

6       A.   Some of the other complications that I've

7   seen is that I -- I think I've seen one or two that

8   had mesh extrusion, that it was mesh was -- and one of

9   them that I recall recently I didn't do her.  It was

10  somebody else that did her.  She essentially was

11  asymptomatic but her gynecologist felt a little bitty

12  area of mesh exposure and she was about 80 and she

13  was -- had a lot of atrophic vaginitis, lack of

14  estrogen, so I put her on a little estrogen cream and

15  that was it.  She didn't need surgery.

16      Q.   And she had mesh extrusion?

17      A.   Yeah.

18      Q.   Okay.

19      A.   Well, exposure, extrusion are one and the

20  same, aren't they?  Is that in your mind?  How do you

21  define that?

22      Q.   Well, I was just going to ask if you could

23  define -- there's -- actually, strike that.

24           Doctor, would you agree that there are

Melvyn A. Anhalt, M.D.

Page 132

1    different definitions for extrusion and erosion of

2    mesh?

3         A.   Yes.

4         Q.   Okay.  And how would you define extrusion?

5         A.   I think it's just exposure of the mesh.

6         Q.   Okay.  And how would you define erosion?

7         A.   Into an organ.

8         Q.   Okay.  Have you treated any women that have

9    mesh erosion?

10        A.   No -- well, yes, I have.  I told you that

11   earlier.  I think I've had one -- one or two patients

12   in which where -- in the TVT, not the obturator, but

13   the regular in which there was -- they didn't

14   recognize that the bladder had been perforated and

15   there was mesh in the bladder.  I think I told you

16   that earlier this morning.

17        Q.   Yes, I think you did.  Thank you.

18             Have you -- are you aware of any women who

19   have experienced degradation of their TVT or TVTO

20   mesh?

21        A.   No.

22        Q.   Okay.  Are you aware that there are reports

23   of that happening in women that have had TVT --

24        A.   I am aware --

Melvyn A. Anhalt, M.D.

Page 133

1      Q.    -- or TVTO mesh?

2      A.    Yes, I am aware of that.

3      Q.    Okay.  So would you agree that it's a

4   possible risk with respect to TVT or TVTO?

5      A.    I don't really understand it because -- so I

6   can't comment on it because I've never seen it.

7      Q.    Okay.  So you're not rendering any opinions

8   with respect to what may cause degradation of mesh?

9      A.    Correct.

10     Q.    Okay.  Are you aware of any reports of women

11  that have -- have suffered bunching of their mesh?

12     A.    I've seen it written in an article.  I

13  haven't seen it in any of my patients, but I've read

14  an occasional report.

15     Q.    Okay.  Would you agree that bunching of the

16  mesh is a risk of TVT or TVTO mesh?

17     A.    I suppose it must be a risk because -- but --

18  but when you've done as many as I've done and you've

19  never seen it, it can't be much of a risk.

20     Q.    Are you familiar with the phrase roping of

21  mesh?

22     A.    Yes.

23     Q.    And what is your understanding of roping?

24     A.    Roping is where it -- when you pull on the

Melvyn A. Anhalt, M.D.

Page 134

1    mesh, it unravels a little.

2        Q.    Okay.  Are you familiar with reports of TVT

3    or TVTO roping?

4        A.    No.

5        Q.    Okay.  Do you have any opinion as to whether

6    or not roping is a risk of TVT or TVTO?

7        A.    I just haven't seen it, so I don't have any

8    opinion.

9        Q.    Okay.  Are you familiar with the phrase

10   curling as it pertains to pelvic mesh?

11       A.    Do you mean folding back?  Is that what

12   you're referring to?

13       Q.    Yes, sir.

14       A.    Yes, I am familiar with that.

15       Q.    Okay.  Are you aware that curling is a

16   potential -- of the mesh is a potential risk with TVT

17   or TVTO?

18       A.    I haven't seen it but I'm aware that it's

19   been reported.

20       Q.    Okay.  So you would agree that that is a risk

21   with respect to TVT or TVTO?

22       A.    It has to be a risk but I wouldn't consider

23   it much of a risk.

24       Q.    Okay.  Are you familiar with the term fraying

Melvyn A. Anhalt, M.D.

Page 135

1   as it applies to pelvic mesh?

2       A.   Yes.

3       Q.   Okay.  And what is your understanding of

4   fraying?

5       A.   Fraying is where you -- it becomes stringy if

6   you pull hard on the mesh.

7       Q.   Okay.  And do you have any opinions as to

8   what causes the fraying?

9       A.   The only time that I've ever seen fraying was

10   a lawyer pulling on both ends of the mesh.

11       Q.   And you don't have any opinions as to what

12   might cause that mechanically?

13       A.   You know, nobody pulls on mesh when you put

14   it in the body, so I have a hard time understanding

15   that that would occur.

16       Q.   Are you aware of any reports of fraying

17   occurring in women who have been treated with pelvic

18   mesh?

19       A.   I am not.

20       Q.   Okay.  Are you familiar with contraction as

21   it relates to pelvic mesh products?

22       A.   Yes, I am.

23       Q.   Okay.  And would you agree that contraction

24   of mesh is a potential risk?

Melvyn A. Anhalt, M.D.

Page 141

1    Q.   Okay.

2    A.   But everybody knows that there needs to be

3    space between the mesh and the urethra.

4    Q.   Okay.  Do you -- we -- I don't think we've

5    talked yet about mechanical or laser-cut mesh and we

6    will talk a little bit about that shortly, but do you

7    make any changes in how you tension the mesh based on

8    mechanical or laser cut?

9    A.   I've read a lot about it and I don't see much

10   difference in my practice.  I don't have a preference

11   one way or the other.  I'll use either one.

12   Q.   Okay.

13   A.   And I've had equally good results with both.

14   I know from some of the meetings I've went to and some

15   of the other doctors, this doctor, he'll only use

16   laser cut.  The doctor says I don't care, I'd just as

17   soon have machine cut.  So I don't -- I don't know

18   that there's an absolute right answer to that.  I

19   personally don't distinguish between the two.  I put

20   both of them in and I have not had any ill results

21   from doing that.

22   Q.   Okay.  And so just to clarify, you don't

23   change how you tension the mesh based on laser versus

24   mechanical cut?

Melvyn A. Anhalt, M.D.

Page 142

1     A.    I don't.

2     Q.    Okay.  You had testified earlier, I believe,

3  that you have not reviewed any internal documents from

4  Ethicon.  Is that correct?

5     A.    Yes.

6     Q.    So if they have any internal documents that

7  talk about fraying or roping of the mesh, you would

8  not have reviewed those?

9              MR. WEBB:  Objection.  Form.

10     Q.    (By Ms. Flaherty)  You can answer.

11     A.    I have not reviewed them.

12     Q.    Okay.  Have you over the years had to treat

13  any patients who have had chronic dyspareunia with

14  respect to pelvic mesh or following implantation of

15  pelvic mesh?

16     A.    Define what you're talking about pelvic mesh.

17     Q.    Well, a polypropylene pelvic mesh product.

18     A.    Prolift and TVT or both or one or both?

19     Q.    Well, why don't we break that down?

20     A.    Okay.

21     Q.    Have you had to treat any women who have had

22  chronic dyspareunia from Prolift?

23     A.    Yes, I have.

24     Q.    Okay.  And have you had to treat any women

Melvyn A. Anhalt, M.D.

Page 143

1    who have experienced chronic dyspareunia following

2    implantation of a TVT?

3         A.   I have not.

4         Q.   Okay.  Are you -- but you are aware of women

5    who have reported chronic dyspareunia following

6    implantation of a TVT?

7         A.   I've seen it written about.

8         Q.   Okay.  And so you have no reason to disagree

9    that it's a possible risk?

10                   MR. WEBB:  Objection.  Form.

11        A.   Not having experienced it, all I can do is

12   say that I've read about it.

13        Q.   (By Ms. Flaherty)  Okay.  And what type of

14   treatment have you used on women who have experienced

15   chronic dyspareunia?

16        A.   Sometimes physical therapy can be beneficial.

17        Q.   Is that pelvic floor --

18        A.   Yes.

19        Q.   -- physical therapy?

20        A.   Pelvic floor, you know, there are a lot of --

21   I think when you have somebody who has dyspareunia and

22   you're dealing with people who have had implantations,

23   it's not an uncommon phenomena for some of these

24   individuals to have other factors that play a role,

Melvyn A. Anhalt, M.D.

Page 144

1    such as interstitial cystitis.  Some of the voiding

2    dysfunction that I've seen in patients turned out to

3    be interstitial cystitis.  And I've treated

4    dyspareunia in some of those patients by treating

5    interstitial cystitis in those patients and their

6    dyspareunia has gone away.

7            Chronic dyspareunia is a very complicated

8    factor.  It's not one single factor.  You have to be

9    very careful about how you approach those patients.

10   You have to -- you have to take all consideration

11   about voiding dysfunctions.  You have to talk about

12   whether they have pain when they pee, whether they

13   have pain after they pee, whether they have pain

14   during the time they pee.  Have they had infections.

15   You have to take all those into consideration.

16           So if you have eliminated all of these other

17   factors and then you are dealing with just the

18   dyspareunia, then I use pelvic floor physical therapy

19   and sometimes I'll even -- there's even a doctor here

20   in Houston who deals with that, chronic dyspareunia,

21   and he is a -- he's a urologist -- I mean a

22   gynecologist who that's all he does is deal with

23   dyspareunia.  And I may refer the patient to them.

24           In certain circumstances I've got -- I've

Melvyn A. Anhalt, M.D.

Page 145

1    got -- seen a patient, it's not my patient originally,

2    who had an implant and I don't even feel the implant.

3    It's put in so well, I can't even feel the damn thing

4    and yet she's complaining of dyspareunia. And so I

5    sent her to this doctor and I think he's helped her,

6    but I don't know what all he's done. But taking this

7    mesh out, in my opinion, at that point would have been

8    ridiculous because I can't feel it. It's so well put

9    in and it's been -- tissue is so well -- you know, has

10   healed so well that I can -- I can touch this tissue

11   and she doesn't have pain.

12           So I think that chronic dyspareunia is a

13   multifaceted problem and I don't -- I think yes, I

14   think sometimes mesh can maybe cause it but other

15   times I'm not sure that's the etiology of it.

16      Q.    And would you agree that it is something that

17   is complicated to treat?

18      A.    It can be.

19      Q.    Who is the doctor that you referred to in

20   Houston that treats chronic dyspareunia?

21      A.    I'm trying to think of his name right now.

22   He's a gynecologist. If you hadn't asked me that I

23   probably would have told you three minutes ago. If

24   you -- if you want that name I'll try to scrape it up

Melvyn A. Anhalt, M.D.

Page 146

1    for you and get it.  And you can give me an e-mail

2    address and I'll e-mail it to you.

3        Q.    Okay.  If you think of it during the

4    deposition, let us know.

5        A.    Okay.

6        Q.    You can interrupt me.

7        A.    I can see his face but I can't think of his

8    name right now.  I even taught him how to do TVTs and

9    I can't remember his name.

10       Q.    Have you over the course of your practice

11   ever prepared an adverse event report or something

12   that's sometimes called a MedWatch report with respect

13   to a TVT or TVTO?

14       A.    No.

15       Q.    Have you prepared such a report with respect

16   to any pelvic mesh product?

17       A.    No.

18       Q.    I believe you had mentioned previously that

19   you had seen some pathology reports from removed mesh.

20   Is that correct?

21       A.    Yes.

22       Q.    Have you sent any mesh for subsequent testing

23   on degradation or any further follow-up pathology?

24       A.    No.

Melvyn A. Anhalt, M.D.

Page 147

1    Q.    Okay.  And you don't have any opinions with

2    respect to the pathological aspects of removed mesh?

3    A.    No.

4    Q.    Okay.  You had mentioned previously that you

5    don't have a personal preference on mechanical versus

6    laser-cut mesh.  Is that correct?

7    A.    Correct.

8    Q.    But you had indicated that you're aware that

9    doctors do have different views on mechanical versus

10   laser cut?

11   A.    Yes.

12   Q.    Okay.  And you're not an expert on the

13   mechanical properties of mechanical versus laser-cut

14   mesh.  Is that correct?

15   A.    That is absolutely correct.

16   Q.    Okay.  I don't think we talked about flaking.

17   Are you familiar with the phrase "flaking" as it

18   pertains to mesh?

19   A.    Pieces flake off?

20   Q.    Yes.

21   A.    I have not seen it but I've heard about it.

22   Q.    Okay.  Are you aware of that as a potential

23   risk of mesh?

24   A.    I'm aware that it's been reported, but I'm

Melvyn A. Anhalt, M.D.

Page 148

1    not aware of it that -- in 1,500 cases that I

2    participated in and taught people how to do, I'm not

3    aware that it's happened to me.

4         Q.   Okay.  So it hasn't happened to you, but you

5    know others have reported it?

6         A.   I've seen it reported.

7         Q.   Okay.  And you're not rendering any opinions

8    with respect to what in the material may cause

9    flaking?

10        A.   I am not rendering any opinions on that.

11        Q.   Okay.  And you're not rendering any opinions

12   with respect to what about the material may cause

13   roping, are you?

14        A.   No.

15        Q.   Okay.  And you're not rendering any opinions

16   with respect to what with the material may cause

17   fraying, are you?

18        A.   No.

19        Q.   Okay.

20                  (Discussion off the record.)

21        A.   Let me return this for just a second, please.

22        Q.   Yeah, that's not a problem.  Not a problem at

23   all.

24                  (Break.)

Melvyn A. Anhalt, M.D.

Page 149

1            (The reporter read back the last

2      question and answer.)

3      Q.    Doctor, are you offering any opinions on

4      whether any aspect of the design of the product causes

5      fraying of the mesh?

6      A.    No.

7      Q.    And are you rendering any opinions on whether

8      any aspect of the design of the product causes curling

9      of the mesh?

10     A.    No.

11     Q.    Okay.  And are you offering any opinions on

12     whether any aspect of the design of the product causes

13     bunching of the mesh?

14     A.    No.

15     Q.    Okay.  And are you rendering any opinions

16     with respect to any aspect of the design of the

17     product that may be causing roping of the mesh?

18     A.    No.

19     Q.    Okay.  During the training that you received

20     from Ethicon, did they ever make any distinctions to

21     you with respect to mechanical versus laser-cut mesh?

22     A.    No.

23     Q.    During the training that you had with

24     Ethicon, did they ever make any mention of fraying?

Melvyn A. Anhalt, M.D.

1     A.    No.

2     Q.    Did they ever make any mention of curling of

3   the mesh?

4     A.    No.

5     Q.    Did they ever make any mention of roping of

6   the mesh?

7     A.    No.

8     Q.    I can't remember, and I apologize if I asked

9   this already:  During your training with Ethicon did

10  they ever make any mention of flaking of the mesh?

11    A.    No.

12    Q.    Do you consider yourself an expert with

13  respect to the material polypropylene?

14    A.    No.

15    Q.    Are you offering any opinions with respect to

16  the reactiveness of polypropylene mesh?

17    A.    No.

18    Q.    Are you offering any opinions with respect to

19  degradation of polypropylene mesh?

20    A.    I haven't seen it, but, no, I'm not offering

21  an opinion.

22    Q.    Okay.  Are you offering any -- actually,

23  strike that.

24          Are you offering any opinions with respect to

Melvyn A. Anhalt, M.D.

Page 151

1   the weight of polypropylene mesh?

2        A.   No.

3        Q.   Are you offering any opinions with respect to

4   the porosity of polypropylene mesh?

5        A.   No.

6        Q.   Are you offering any opinions with respect to

7   the flexibility or stiffness of polypropylene mesh?

8        A.   No.

9             MR. WEBB:  Well, you've got stuff in

10  your expert report.  Are you saying you have no

11  opinions at all about that?

12       A.   No, I -- well, my opinion is that I don't

13  find -- I don't find it to be too stiff or -- I find

14  it to be appropriate, but. . .

15            MR. WEBB:  Well, listen to the question

16  and answer her questions --

17            THE WITNESS:  Okay.

18            MR. WEBB:  -- what she's asking you,

19  whether you have opinions about these things.

20       A.   Well, my opinion is I don't have a problem

21  with the way it is -- the way the mesh is at this

22  point.

23       Q.   (By Ms. Flaherty)  Okay.  And that's -- so

24  you're saying that the flexibility or stiffness, you

Melvyn A. Anhalt, M.D.

Page 152

1   have not experienced any problems with that in TVT or

2   TVTO?

3       A.   That's correct.

4       Q.   Okay.  And do you have any knowledge

5   regarding the design of the TVT or TVT with respect to

6   the pore size?

7       A.   All I know about it is, is that in most of

8   the considerations has been that the pore size is

9   large pore but not too large.  If you got too large,

10  it wouldn't be effective.  It's not a small pore, it's

11  a large pore.  And so I'm not a materials person.  I'm

12  a clinical person.  And from a clinical point of view,

13  I consider it to be a large pore mesh and it's been --

14  I've found it to be very effective in tissue

15  integration.

16      Q.   And you don't have any opinions with respect

17  to the material aspect of the -- with respect to pore

18  size from a materials aspect?

19      A.   Correct.

20      Q.   Okay.  And you don't have any opinions that

21  you're rendering here today with respect to the

22  elements of the design that factor into the pore size

23  of the mesh?

24      A.   I do not.

Melvyn A. Anhalt, M.D.

Page 153

1     Q.    Okay.  Have you from a clinical standpoint,

2  have you done any work with the smaller pore mesh?

3     A.    No.

4     Q.    Okay.  Have you -- do you have any knowledge

5  regarding the difference in pore size between the

6  Monarc mesh that you use and the TVT or TVTO?

7     A.    I've just seen an article or two written

8  about it, but I don't have an opinion on it.

9     Q.    Okay.  And you haven't participated in any

10  studies regarding the pore size of mesh.  Is that

11  correct?

12     A.    Correct.

13     Q.    Okay.  And you haven't authored any articles

14  regarding pore size of mesh?

15     A.    Correct.

16     Q.    Okay.  Are you offering any opinions with

17  respect to the warnings that Ethicon put into the

18  instructions for use for TVT or TVTO?

19     A.    I don't understand the nature of your

20  question.

21     Q.    Sure.  Do you have an opinion as to whether

22  the instructions for use set forth the risks of a TVT

23  or TVTO mesh procedure?

24     A.    I find the warnings to be adequate.

Melvyn A. Anhalt, M.D.

Page 154

1    Q.    Okay.  And is that based on the knowledge

2  that you have gained through the various things that

3  we talked about today, the -- the training that you

4  received in Cincinnati and, I believe, in -- there was

5  one other location, as well, and your training of

6  other individuals?

7    A.    You know, in addition to -- I think that a

8  lot of this comes from things that I know as a

9  physician.  I've had -- I've had training in surgery.

10  I originally started a heart surgery residency before

11  I got drafted.  I had two years in the Navy operating.

12  So a lot of the warnings and a lot of the things are

13  applicable to regular surgical procedures.  Hernias

14  that I used to do, gallbladders that I used to do, I

15  know a lot about surgery.  I know a lot about

16  warnings.

17        I know about risk, and when I read the

18  warning on an IFU I know what they mean when they talk

19  about pain, I know what they mean when they talk --

20  the different things that are mentioned in the IFU.  I

21  know about how to tell the patient what the risks are,

22  and so I don't depend on the IFU.  I depend on what I

23  know, what I've learned, what I've -- what other

24  people have instructed me about it.  So I don't have