# EXHIBIT D

## CURRICULUM VITAE

Jaime L. Sepulveda, M.D.

Date of Birth: ███████████████

Place of Birth: ███████████████

Office Address: Dr. Jaime L. Sepulveda, LLC
███████████████

## EDUCATIONAL DEGREES

| | |
|---|---|
| 1981 | **Bachelor degree in Sciences**<br>University of Puerto Rico<br>Mayaguez Campus |
| 6/1985 | **Doctor in Medicine**<br>University of Puerto Rico<br>Medical Sciences Campus<br>School of Medicine |
| 7/1985-6/1986 | **Post Doctoral Research Fellowship**<br>University of Puerto Rico<br>Department of Pharmacology<br>Tumor Biology Laboratory |
| 7/1986-6/1987 | **Straight Internship**<br>University of Puerto Rico<br>University Hospital<br>Department of Obstetrics & Gynecology |
| 7/1987-6/1990 | **Residency**<br>University of Puerto Rico<br>University Hospital<br>Department of Obstetrics & Gynecology |
| 7/1990-6/1992 | **Fellowship**<br>Assistant Professor<br>Pelvic Surgery<br>University of Miami<br>School of Medicine |
| 7/1992- Present | Private practice |
| 12/2005- Present | Medical Director<br>Medical Arts Surgery Center at South Miami Hospital |

## CERTIFICATION & LICENSES

Subspecialty certification in Female Pelvic Medicine and Reconstructive Surgery, 2013

Recertified

Annual Board Certification

(ABC) Program- 1998, 1999, 2003, 2004, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014

Diplomate of the American Board of Obstetrics and Gynecology

Fellow American College of Obstetricians & Gynecologists

Fellow American College of Surgeons

National Board of Medical Examiners
Certification Number 334227

Florida Department of Health
Medical License Number ME0057803

DEA
Number BS 2349339

## HONORS AND AWARDS

The American College of Obstetricians and Gynecologists
Junior Fellow
Puerto Rico Section
Vice-Chairman 1987-88
Chairman 1988-89

The American College of Obstetricians and Gynecologists
Junior Fellow
District IV Advisory Council
Secretary-Treasurer
1989-90

ACOG-Mead Johnson Clinical Meeting Award 1989

Administrative Chief Resident
University of Puerto Rico
University Hospital
Dept. of Obstetrics & Gynecology
March, 1990- June, 1990

ACOG- Burroughs Welcome Junior Fellow
Clinical Meeting Award 1990

Baptist Health-BOS Physician of the year. 2007

MEMBERSHIPS

    The American College of Obstetricians & Gynecologists

    The American College of Surgeons

    American Urogynecologic Society

    International Continence Society

    International Urogynecological Association

    American Urological Association

COMMUNITY SERVICES

    Member Board of Directors
    Borinquen Health System
    1992-1994

COMMITTEES

    Medical Arts Surgery Center at South Miami
    Chairman- Medical Board

    Baptist Health System
    Department of OB/GYN
    Department Advisory Committee, 2000

    Participant on the Education Group
    National Institute of Diabetes, Digestive and Kidney Diseases
    Issues and Opportunities in Urinary Incontinence
    NIH, Bethesda, Maryland, 1998

    Urogynecology Ad-Hoc Committee
    South Miami Hospital, 1998

    Credentials Committee
    South Miami Hospital, 1994-1996

    Surgical Review Committee
    South Miami Hospital, 1993 to 1997

    Surgical Review Committee
    Health South Doctors Hospital
    Chairman 1995

    Quality Improvement Committee
    Health South Doctors Hospital, 1995 to 1998

Blood transfusions/ Laboratory Committee
Health South Doctor's Hospital, 1993 to 1995

Curriculum Evaluation Committee,
University of Puerto Rico School of Medicine, 1990

## COURSES PRESENTED

Gynecologic and Endoscopic Surgical symposium
University of Miami
Miami, FL              1991

Johnson & Johnson Latin America
International Surgeons Training Course
Miami, FL.                March 19-20, 1994

Curso de Cirugia Ginecologica por Laparascopia,
(Laparoscopic Gynecologic Surgery Course)
Clinica del Country Department
of Obstetrics and gynecology,
Bogota, Colombia.         June 1994

Johnson & Johnson Latin America
International Surgeons Training Course
Miami, Florida.           July 30-31, 1994

Ethicon Endo- Surgery Sales Mastery Course
(Training of Sales Representatives)
Miami, FL.                September 7, 1994

Primer Curso De Actualizacion en Cirugia
Ginecologica Laparoscopica
(First   symposium on Gynecologic Laparoscopic Surgery)
Clinica Palermo, Department of Obstetrics and Gynecology
Bogota, Columbia.         October 21 & 22, 1994

Ethicon Endo-Surgery Sales Mastery Course
(Training of Sales Representatives)
Miami, FL                 December 5, 1994

Interstitial Cystitis: A Urogynecologic Perspective
Miami, FL                 January 21, 1999

Interstitial Cystitis: A Urogynecologic Perspective
San Juan, P.R.            February 5, 1999

Modern Management of Pelvic Prolapse
Coral Gables, FL          February 24, 1999

Urinary Incontinence for
Allied Health Care   Professionals
Mercy Hospital
Miami, FL                 April 10, 1999

Modern Management of Urinary Incontinence
San Juan, Puerto Rico   April 29, 1999

Issues in Urogynecology
University of Puerto Rico
School of Medicine       April 29, 1999

Urinary Incontinence
A Primary Care Perspective
Coral Gables, FL       May 20, 1999

Interstitial Cystitis
A Urogynecology Perspective
Tampa, FL       June 16, 1999

Update in the Diagnosis and Treatment of Urinary   Incontinence
North Carolina       July 21, 1999

Urinary Incontinence, A Primary Care Perspective
Fort Lauderdale, FL       July 22, 1999

Overactive and Painful Bladder
Miami, FL       August 23, 1999

Urinary Incontinence, A Primary Care Perspective
Family Medicine Residency Program
San Pablo Hospital
Bayamon, P.R.       September 2, 1999

Modern Management of Urinary Incontinence
San Juan, P.R.       September 2, 1999

Modern Management of Urinary Incontinence
Pan American Hospital House Staff Physicians
Miami, FL       September 20, 1999

Pelvic Prolapse and Urinary Incontinence
Baptist Health Systems
OB/GYN Department Meeting
CME Activity
Miami, FL       October 1999

Urodynamics Workshop for Ob-Gyn Residents
Ponce University Hospital
Ob-Gyn Residency Program
Ponce, P.R       December 16, 1999

Overactive and Painful Bladder
Round table and educational activity
Ponce, P.R.       December 16, 1999

Pelvic Floor and Incontinence Course
Ethicon Womens Health & Incontinence
Course didactic content and cadaver dissection (aprox. 20)
Surgical preceptorships. (aprox. 40)
2005- 2010

The Use of Synthetic Grafts in the Augmented Repair of Pelvic Organ Prolapse
Miami Ob-Gyn Symposium       September 25, 2010

Is Robotic Sacrocolpopexy the Answer? Incontinence and other concerns
Miami Robotics Symposium     October, 13-16, 2010

The Repair of Advanced Pelvic Organ Prolapse
Second annual women health international oncology symposium
February, 2010

Surgical treatment of post hysterectomy vaginal vault prolapse
Miami Ob-Gyn Symposium
September 17, 2011

Robotic Sacrocolpopexy- Tecnique and mesh debate
Second Miami Robotics Symposium
February 16-18, 2012

What to do when Continence Surgery Fails
Miami Ob-Gyn Symposium
September 22, 2012

Urinary and Fecal Incontinence after Childbirth
Baptist Hospital
February 8, 2013

RESEARCH EXPERIENCE

Epidemiologic Analysis of the Seroprevalence of Dengue in the South of Puerto Rico
Center for Disease Control (CDC)
San Juan, Puerto Rico 1985

Quantitative Determination of DNA by Flow Cytometry for the Analysis of the Cell Cycle in HL-60 Cells (Promyelocytic Leukemia cells). 1985

Optimization of Culture Media for Primary Culture of Hairy Cell Leukemia cells. 1986

Induction of Morphological and Functional Cell Differentiation   with NBQ (Nitrobenzathiazoloquinolinium) in HL-60 cells. 1986

Research Experience with the Use of Titrated Purine and Pyrimidine Analogs for the Evaluation of Cytotoxicity ofAntineoplastic drugs. 1986

Research Experience with Indirect Immuno- florescence technique in the evaluation of the levels of PRA (Percentage of
Reactive Antibodies) and its Affinity to Normal Human Parathyroid Tissue. 1986

Clinical Research on Expansion of Intra-Vascular Volume with Oncotically Stable Particles in Patients with Severe Pre-eclampsia. 1988

Clinical research on respiratory physiology in response to intra-vascular volume expansion with Human Serum Albumin in Patients with severe pre-eclampsia 1989

Epidemiological research on seasonal variability of birth rates. 1990
Clinical research on the etiology of Chronic Pelvic Pain evaluated by pathologic findings. 1990

Clinical research on the identification of risk factors for cervical dysplasia in patients with ASCUS cytology. 1994

Clinical research on the influence of Pelvic Prolapse on the rate and pattern of bladder emptying.  1999

Surgical video reviewer
American Urogynecologic Society
33rd Annual Scientific Meeting
Chicago, 2012

Fibroid Registry – Center for Research and Grants
Baptist Health South Florida
South Miami Hospital
Principal Investigator
2012

PRESENTATIONS AND PUBLICATIONS AS AUTHOR OR CO-AUTHOR

Baez A., Sepulveda J.
Induction of Myeloid differentiation of HL-60 cells by antitumor drug NBQ.
Proceedings of the fifth International Congress on Scientific Investigation. 1987

Sepulveda J., De la Vega A., Adamsons K.
Conservative management of severe pre-eclampsia with albumin in a patient with HEELP Syndrome.
Proceedings of the UPR Tenth Annual Research Forum.
Page 50,  1988

De la Vega, A., Sepulveda, J., Adamsons K.
Albumin use in the treatment of pre-eclampsia.
Proceedings of UPR Tenth Annual Research Forum.
Page 50,  1988

Sepulveda J., Carrodeguas J., Ramirez E, Adamsons K.
Sweat gland carcinoma of vulva.
Case study and review of the literature.
Proceedings of the UPR Tenth Annual Research Forum.
Page 49., 1988

Sepulveda J., De la Vega A.
Albumin use in pre-eclampsia.
Presented at the Junior Fellow District IV
Annual Clinical Meeting. 1989

Sepulveda J., De la Vega A., Carrodeguas J.
Limited usefulness of laparoscopy in the diagnosis of causes of Chronic Pelvic Pain.
Proceedings of the UPR Eleventh Annual Research Forum.
Page 41. 1989

De la Vega A., Sepulveda J., Caiseda D. Adamsons K.
Safety of albumin in the expectant management of severe pre-eclampsia.
Proceedings of the VII World Congress of Hypertension in Pregnancy.
Page 193. 1990

Caiseda D., De la Vega A., Sepulveda J.
Martin D., Romaguera J. Adamsons K.
Variability of the L/S ratio of amniotic fluid of hypertensive patients.
Proceedings of the VII World Congress of Hypertension in Pregnancy.
Page 113. , 1990

Sepulveda J., Alvarez P.J., and Hernandez, Aile
Bladder emptying Rate and Pattern in Patients with Symptomatic Pelvic Organ Prolapse.
Presented at ACOG District IV meeting in
Fajardo, Puerto Rico          October 17, 1999