# EXHIBIT G

# LCM Project

## Photographs Comparing Laser Cut Mesh vs Mechanical Cut Mesh

# Description of results

- The accompanying photographs show a comparison between the laser cut mesh (LCM) and the mechanical cut mesh (MCM).
- Both sets of samples have been pulled to 50% elongation and then relaxed.
- The MCM samples show the degradation of the structure of the mesh in certain areas where, because of particle loss, the knit has opened and a portion of the construction has been lost. The area may also be stretched and narrowed resulting in roping due to this occurrence.
- The LCM samples show no degradation of the structure of the mesh, because no or nearly no particles have been lost. The knit construction remains intact. The area may be stretched and narrowed, but is generally less than the MCM. Roping does not occur.

# Side by Side

## Relaxed after 50% elongation



MCM — LCM

Degradation, Particles, Stretching

# Description of Side by Side views

- The previous slide shows views of the areas which remain stretched. It can be seen in the MCM sample that the integrity of the knit has been lost and the outer most wale on each side is degraded. Particles are seen separated from the sample

- Conversely, for the LCM it can be seen that the outermost wales, although distorted are still intact and the integrity of the knit across the full width of the sample still holds. No particles can be seen separated from the sample.

# Mesh Degradation

## MCM

## LCM

**Loss of structure**

**Stretched, but structure remains**



# Description of Degradation views

- It can be seen in the specific comparison of the degradation between the MCM and LCM samples that the area in the center of the MCM sample has had a significant amount of loss of the knit construction, both on the outer edge, where the wales are lost, and across the internal portion, where in some cases only two wales remain.

- In the LCM sample the outer wales are still intact, and the internal structure remains the same as before testing.

# Pre & Post Elongation

## MCM

## LCM

Pre

Post

Pre

Post

# Description of Pre & Post views

- In the comparison between the pre-elongation and post-elongation samples for the MCM, it is seen that some times the edges are slightly rough in the pre-elongation samples. In the post elongation sample the mesh has narrowed, roped prior to relaxation and some of the knit has fallen apart. The difference between them is noticeable.

- In the comparison, between the pre-elongation and post-elongation samples for the LCM it is seen that the edges are consistently uniform along the length in the pre-elongation sample. In the post elongation sample, although some areas remained stretched after relaxation, the edges are still uniform. No roping occurred and the knit is intact throughout. The difference is not as noticeable.

# Summary

- In conclusion, it can be stated that the LCM resists degradation of the knit construction, particle loss and permanent narrowing better than the MCM in these representative samples. There is some variation in the results and some of the MCM samples held up very well. However, overall this finding holds true across all the tested articles and the LCM samples prove more consistent in their good results.