# EXHIBIT D

Stephen M. Factor, M.D.

Page 1

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - ATLANTIC COUNTY
DOCKET NO. ATL-L-6951-10

- - -

PAMELA WICKER and        : MASTER CASE NO.
WILLIAM WICKER,          : L-6341-10-CT
    Plaintiffs,         :
                        :
    V.                  :
                        :
ETHICON, INC., et al.,   :
    Defendants.         :

- - -

March 5, 2014

- - -

    Videotape deposition of STEPHEN M. FACTOR, M.D., held at Jacobit Medical Center, 1400 Pelham Parkway South, Bronx, New York 10461, commencing at 2:31 p.m., on the above date, before Margaret Peoples, a Registered Professional Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

### Page 2

```
 1   A P P E A R A N C E S :
 2   MAZIE, SLATER, KATZ & FREEMAN, LLC
     BY: ADAM M. SLATER, ESQUIRE
 3   103 Eisenhower Parkway
     Second Floor
 4   Roseland, New Jersey 07068
     (973) 228-98998
 5   Counsel for the Plaintiffs
 6
     RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
 7   BY: KELLY STRANGE CRAWFORD, ESQUIRE
     Headquarters Plaza
 8   One Speedwell Avenue
     Morristown, New Jersey 07962
 9   (973) 538-0800
     Counsel for the Defendants
10
11
12
13
14
15   A L S O   P R E S E N T :
16   Kevin Marth, Videographer
17
18              - - -
19
20
21
22
23
24
25
```

### Page 3

```
 1              - - -
 2           I N D E X
 3   WITNESS                    PAGE NO.
 4   STEPHEN M. FACTOR, M.D.
 5      By Mr. Slater           6, 64
 6      By Ms. Crawford         52
 7
 8              - - -
 9        E X H I B I T S
10   NO.    DESCRIPTION         PAGE NO.
11   Factor 1  Expert Report        5
12   Factor 2  Curriculum Vitae    67
13   Factor 3  2/20/09 Photomicrographs,
             24 pages            12
14
     Factor 3A  Photomicrograph   13
15
     Factor 3B  Photomicrograph   17
16
     Factor 4  7/9/09 Photomicrographs,
17           14 pages            39
18   Factor 4A  Photomicrograph   39
19   Factor 4B  Photomicrograph   40
20   Factor 4C  Photomicrograph   45
21
              - - -
22
23
24
25
```

### Page 4

```
 1
                DEPOSITION SUPPORT INDEX
 2
 3
     Direction to Witness Not To Answer
 4   Page  Line  Page  Line
     None
 5
 6
 7
 8
     Request For Production of Documents
 9   Page  Line  Page  Line
     None
10
11
12
     Stipulations
13   Page  Line  Page  Line
     None
14
15
16
     Questions Marked
17   Page  Line  Page  Line
     None
18
19
20
21
22
23
24
25
```

### Page 5

```
 1              - - -
 2           (Whereupon, Exhibit Factor-1 was
 3   marked for identification.)
 4              - - -
 5           VIDEOGRAPHER:  Good afternoon.  We
 6   are now on the record.  My name is Kevin Marth.  I'm
 7   a legal videographer today with Golkow Technologies.
 8           Today's date is March 5, 2014, and
 9   the time is 2:31 p.m.
10           This deposition is being held in
11   Pelham (sic), New York in the matter of Pamela
12   Wicker and William Wicker versus Ethicon, Inc., et
13   al., in the Superior Court of New Jersey, Law
14   Division, Atlantic County.
15           The deponent is Dr. Stephen Factor.
16           At this time, would counsel please
17   identify themselves for the record.
18           MR. SLATER:  Adam Slater for the
19   plaintiffs.
20           MS. CRAWFORD:  Kelly Crawford from
21   Riker Danzig Scherer Hyland Perretti for the
22   defendants.
23           VIDEOGRAPHER:  Our court reporter
24   today is Ms. Margaret Peoples, and she will now
25   swear in the witness and we can proceed.
```

2 (Pages 2 to 5)

|  | Page 6 |
|---|---|
| 1 | - - - |
| 2 | STEPHEN M. FACTOR, M.D., after having |
| 3 | been duly sworn, was examined and testified as |
| 4 | follows: |
| 5 | - - - |
| 6 | EXAMINATION |
| 7 | - - - |
| 8 | BY MR. SLATER: |
| 9 | Q.    Good afternoon, Doctor. |
| 10 | A.    Good afternoon. |
| 11 | Q.    As I just introduced myself to you, |
| 12 | my name is Adam Slater. I'm going to take your |
| 13 | deposition here. As you can see, I have a lengthy |
| 14 | outline so we're probably going to be here for a |
| 15 | really long time. |
| 16 | You understand you're under oath and |
| 17 | have to tell the truth in response to every |
| 18 | question, right? |
| 19 | A.    Certainly. |
| 20 | Q.    If I ask you a question that doesn't |
| 21 | make sense to you for some reason, just tell me. |
| 22 | Okay? |
| 23 | A.    Sure. |
| 24 | Q.    You understand I'm not a physician, |
| 25 | I'm not a pathologist. I may not pronounce a term |

|  | Page 7 |
|---|---|
| 1 | right or I may ask a question that makes absolutely |
| 2 | no sense to you. You can tell me what is not clear, |
| 3 | I'll try to rephrase the question as best I can, |
| 4 | because we obviously want your truthful and accurate |
| 5 | testimony. Do you understand? |
| 6 | A.    Yes. |
| 7 | Q.    I marked as Exhibit 1 Factor-1 a |
| 8 | report dated October 9, 2012. |
| 9 | Is that your report in this matter? |
| 10 | A.    It is. |
| 11 | Q.    Have you written any other reports in |
| 12 | this matter? |
| 13 | A.    No. |
| 14 | Q.    Attached to this report is your |
| 15 | curriculum vitae, which I would assume is up-to-date |
| 16 | as of the date the report was served, October of |
| 17 | 2012; correct? |
| 18 | A.    Correct. |
| 19 | Q.    I don't want to go through it too |
| 20 | much. Is there anything significant that would be |
| 21 | different about it? I probably should have asked |
| 22 | for an updated CV, but in any event, is there |
| 23 | anything -- let me ask the question clean. |
| 24 | Is there anything about your CV which |
| 25 | would be significantly different now than it was in |

|  | Page 8 |
|---|---|
| 1 | October of 2012 when this was dated? |
| 2 | A.    There may be a few additional papers |
| 3 | that were published, none of which have any |
| 4 | relevance for this litigation. And some changes or |
| 5 | additions for various committees that I served on, |
| 6 | either here or at the hospital or the medical |
| 7 | school. Otherwise, it's the same. |
| 8 | Q.    Would it be possible for you, either |
| 9 | at a break or at the end, if we don't go long enough |
| 10 | to need a break, to have an updated CV printed that |
| 11 | the court reporter could mark as a CV? |
| 12 | A.    I have it printed in my office. |
| 13 | Q.    Terrific. Then well just, for the |
| 14 | record, that will be Factor-2 and we can just mark |
| 15 | it after we're done. I'm not going to go into it |
| 16 | too much. |
| 17 | Let me ask you a question while I |
| 18 | have this here. In your CV, you list your |
| 19 | publications, presentations, et cetera. Do any of |
| 20 | them relate to the biocompatibility of surgical |
| 21 | mesh? |
| 22 | A.    No, not directly. |
| 23 | Q.    Do any of the publications or |
| 24 | presentations deal with the tissue reaction that is |
| 25 | incited by surgical mesh? |

|  | Page 9 |
|---|---|
| 1 | A.    No. |
| 2 | Q.    Do any of your publications or |
| 3 | presentations address the clinical consequences of |
| 4 | having surgical mesh implanted in the human body? |
| 5 | A.    No. |
| 6 | Q.    Am I correct that in this case, you |
| 7 | are not offering any opinions with regard to the |
| 8 | clinical condition of Pamela Wicker? |
| 9 | A.    Correct. |
| 10 | Q.    Am I correct that you are not going |
| 11 | to offer any opinions about what occurred to Pamela |
| 12 | Wicker from a clinical perspective? |
| 13 | A.    Correct. |
| 14 | Q.    Am I correct that whatever opinions |
| 15 | you're offering with regard to what you see on the |
| 16 | pathology samples that were provided to you would |
| 17 | not answer the question of clinically what occurred |
| 18 | to Pamela Wicker; correct? |
| 19 | A.    Well, not entirely. The pathological |
| 20 | changes have a manifestation that is derived or |
| 21 | leads to a clinical condition. So there is a |
| 22 | relationship between the pathology and the clinical |
| 23 | presentation. |
| 24 | Q.    In terms of the opinions you're going |
| 25 | to offer in this case, you are not offering opinions |

Page 10

1  about what occurred clinically with Pamela Wicker;
2  correct?
3      A.   Correct.
4      Q.   In your career, other than when you
5  have been retained by Johnson & Johnson to look at
6  pathologic samples or specimens in this litigation,
7  have you, in your routine practice, evaluated
8  pathologic samples of surgical mesh?
9      A.   Yes.
10     Q.   How many times?
11     A.   There's no way that I can give you a
12  count. I have been doing surgical pathology since
13  1975. And I have estimated I probably see six to
14  eight mesh removals a year, usually for hernia.
15     Q.   Would it be fair to say that the
16  large majority of the surgical mesh explants and
17  related tissue that you have looked at in your
18  career has been herniated mesh?
19     A.   Yes.
20     Q.   To your knowledge, have you ever in
21  your private practice, outside of doing litigation
22  work, looked at pelvic mesh that was explanted from
23  the female pelvis?
24     A.   Not that I can recall.
25     Q.   So that would include, to the best of

Page 11

1  your knowledge, you have never looked at, in your
2  practice, explanted Prolift or other mesh
3  manufactured by Johnson & Johnson or Ethicon?
4      A.   Correct.
5      Q.   We have here your report. We've
6  marked it Factor-1. Does this report contain each
7  of the opinions you formed in this case?
8      A.   Yes.
9      Q.   When you wrote this report --
10     A.   With one exception of something that
11  I observed today.
12     Q.   Okay.
13     A.   Having to do with some material in
14  her specimen that is foreign material but is not
15  polypropylene.
16     Q.   Can you tell me specifically what
17  this is that you saw today?
18     A.   Well, it's material that is in the
19  specimens. I can show you one of the pictures, but
20  it's not polypropylene.
21     Q.   Let's start with which explant are we
22  talking about, what date?
23     A.   The '09 from Yale for --
24     Q.   February 20, 2009?
25     A.   Correct.

Page 12

1      Q.   And what is it that you saw? Can you
2  show me the picture and tell me what it is, and we
3  can move along?
4      A.   I was looking at Dr. Welch's pictures
5  online -- not online -- on the disc.
6          MS. CRAWFORD: Let me see if I have a
7  photo.
8          MR. SLATER: I have a copy of -- I
9  have a copy of it, so we don't need to mark it.
10         MS. CRAWFORD: Oh, you know what? I
11  don't have Pam Wicker's...
12         MR. SLATER: Here's what I'm going to
13  do. I'm going to mark as Factor-3 the collection of
14  photomicrographs that is from the February 20, 2009
15  surgery.
16         MS. CRAWFORD: Those are the ones
17  that Dr. Welch did?
18         MR. SLATER: Yes.
19              - - -
20         (Whereupon, Exhibit Factor-3 was
21  marked for identification.)
22              - - -
23  BY MR. SLATER:
24     Q.   And if you want, you can tell me
25  which one you are talking about here.

Page 13

1      A.   You can -- these are not numbered,
2  so --
3      Q.   How many pages in? Let's do it that
4  way.
5      A.   Counting the top page?
6      Q.   Well, show me which one it is, I'll
7  probably be able to match it up.
8      A.   It's --
9      Q.   This one right here?
10     A.   Correct.
11     Q.   What I'll do is I'm going to mark
12  this as 3A. Can I ask you a favor, Doctor? Can you
13  put the sticker in a way that doesn't obscure the
14  image?
15     A.   (Complies with request.)
16     Q.   Thank you.
17              - - -
18         (Whereupon, Exhibit Factor-3A was
19  marked for identification.)
20              - - -
21  BY MR. SLATER:
22     Q.   We marked as 3A an image.
23         And what is it that you saw in this
24  when you looked at it in preparation for this
25  deposition?

Stephen M. Factor, M.D.

Page 14

1  A. In the upper portion of the field of
2  the tissue, there's a collection of blue-ish gray
3  irregularly oriented material that will show up on a
4  number of these other pictures and will be
5  demonstrated to polarize. This tissue, this
6  material is not polypropylene.
7  Q. Do you know what that material is?
8  A. I have a reasonably good idea based
9  on -- excuse me.
10 Q. If it happens again, the phone is
11 going to be confiscated.
12 A. Nobody ever calls me on the cell
13 phone.
14 Q. Let's start over, because we chopped
15 up the record.
16 A. Okay.
17 Q. Let me just ask the question.
18    What is it that you see on this image
19 that we marked as 3A that you're telling me you do
20 not believe is polypropylene?
21 A. I see material that I recognized in
22 some other tissue that I have examined over many
23 years, particularly related to breast biopsies. And
24 this material is in the site of the breast biopsy.
25 I looked at a breast biopsy case today and compared

Page 15

1  its polarization with this material and it's
2  identical. The material -- I spoke to our breast
3  radiologist today. And the best I can come up with
4  is that it is some type of lubricant, and probably a
5  silicone-based lubricant.
6  Q. That's as specific as you can be
7  about this?
8  A. At this point.
9  Q. Do you have any idea of where that
10 would have come from or when it would have become
11 present with this sample?
12 A. Similar types of lubricant are used
13 for speculum examination of the vaginal canal and
14 for biopsies. And, actually, similar material has
15 also been identified by us in our cytology specimens
16 from our cervical biopsies, Pap smears of the
17 cervical canal. So I believe it's the same material
18 and it's a lubricant.
19 Q. If I -- am I understanding you
20 correctly, it's most likely, from what you are
21 telling me, something that had to do with the
22 procedure that was performed whereby the tissue was
23 removed?
24 A. May not have been during the actual
25 removal of the tissue, because there is a reaction

Page 16

1  to it, which suggests that it occurred at some prior
2  examination.
3  Q. It may be that -- you are saying it's
4  possible that when Mrs. Wicker was examined at some
5  point before the surgery, perhaps a speculum or some
6  tool was used and perhaps this lubricant was
7  introduced? Is that what I'm understanding?
8  A. Yes, it's almost certain that a
9  speculum was used and they usually employ some type
10 of lubricant. I believe this is the material. I
11 believe it's a silicone material, but not
12 polypropylene.
13 Q. What you've just explained to me
14 about what you see now that you believe is this
15 silicone-based lubricant, is that of any
16 significance overall to your opinions?
17 A. Only in the sense that this material
18 could be misconstrued, and I probably didn't pay
19 attention to it initially either, and Dr. Welch
20 didn't, as far as I know, that the reaction around
21 this material could be misconstrued as a reaction to
22 the mesh fibers.
23 Q. Did you go back through the images in
24 order to be able to ascertain whether you had such
25 an opinion?

Page 17

1  A. Well, I looked at his photographs
2  online and I realized that what I was seeing in his
3  photographs, and there are several here, for
4  instance, this is -- this polarizes it, I don't know
5  whether you want to mark this, but there are others
6  in here that represent a close-up and -- such as
7  this. It's a close-up of that material. It's
8  disorganized. It's associated with significant
9  inflammation and it's associated with a
10 multinucleated giant cell in the material itself.
11 Q. Let's put a sicker on this as Factor
12 3B.
13       - - -
14    (Whereupon, Exhibit Factor-3B was
15 marked for identification.)
16       - - -
17 BY MR. SLATER:
18 Q. This is another one of the images
19 from February 20, 2009; right?
20 A. Correct.
21 Q. Are you saying that every single bit
22 of inflammation you see on that image that I marked
23 as Factor-3B is attributable to some silicone-based
24 lubricant?
25 A. In this particular field, yes.

Stephen M. Factor, M.D.

Page 18

1  Q.  You have no idea what that material
2 specifically would be; correct?
3  A.  I have asked our interventional
4 radiologist to do a study and to see if she could
5 find out, but, to date, I don't know.
6  Q.  And when was it that you first became
7 aware of this issue?
8  A.  This morning reviewing the pictures.
9     So I think to get back to your
10 original question, that was the one thing that was
11 not in my report.
12  Q.  Okay. Let me ask you this.
13     In your report, you talked about your
14 review of various slides and specimens and the fact
15 that you saw in some locations chronic inflammation;
16 correct?
17  A.  Correct.
18  Q.  The chronic inflammation was in the
19 vicinity of where mesh had been?
20  A.  It was in and around the areas of
21 mesh fibers either that had been pulled out of the
22 section or were still residual in the tissue and in
23 the fibrosis around the mesh fibers.
24  Q.  Based on what you reviewed, you would
25 agree with me that the mesh fibers incited an

Page 19

1 inflammatory reaction and the development of
2 fibrosis; correct?
3  A.  Correct.
4  Q.  You do not hold yourself out as an
5 expert with regard to surgical mesh in particular,
6 do you?
7  A.  No.
8  Q.  You do not hold yourself out with
9 regard to the biocompatibility of surgical mesh;
10 correct?
11  A.  No.
12  Q.  Meaning I'm correct?
13  A.  Yes, you are correct.
14  Q.  We have to watch our double
15 negatives.
16     The findings you saw on the slides
17 would not be -- well, rephrase.
18     The findings you saw on the slides
19 are consistent with a clinical presentation whereby
20 the patient is complaining of pain; correct?
21  A.  Not necessarily.
22  Q.  It can be; right?
23  A.  There's no way to correlate
24 pathological findings with the sensation of pain,
25 unless -- and even then it's somewhat speculative,

Page 20

1 unless there's evidence of damage to nerves.
2  Q.  The inflammation incited by mesh as
3 you saw it on these slides, if it were to cause
4 inflammation or fibrosis at -- and on nerves, that
5 can cause pain; correct?
6     MS. CRAWFORD:  Objection to form.
7  A.  There's no way to know.  Pathology
8 cannot ascertain pain per se, whether you are
9 talking about a myocardial infarction or whether you
10 are talking about pain in soft tissue throughout the
11 body.
12  Q.  So you don't have an opinion on that?
13  A.  I don't have an opinion.
14  Q.  Based on what you saw in these
15 slides, if someone were to say that the mesh does
16 not incite a chronic inflammatory reaction, you
17 would disagree with that, because you see evidence
18 of chronic inflammation due to the mesh; correct?
19  A.  I see chronic inflammation associated
20 with fibrosis.  There's always chronic inflammation
21 in fibrosis with very rare exceptions.  The
22 inflammation that's there is the type of
23 inflammation that one would see with a surgical
24 incision with healing, irrespective of whether there
25 was mesh.  You see fibrosis, you see chronic

Page 21

1 inflammation.
2  Q.  Are you telling me that when a
3 surgical incision is made, that the incision site
4 itself incites a chronic inflammatory reaction?
5  A.  After a number of different acute
6 stages, yes.  There's a whole progression of
7 changes, which I described in my report and Fred
8 Schoen described in his report, of the development
9 of the inflammatory response associated with wound
10 healing.  It's the concept of wound healing is
11 really the issue.
12  Q.  Well, when mesh of this -- well,
13 rephrase.
14     Do you hold yourself out as an expert
15 with regard to the question of what the presence of
16 this type of mesh that's in -- that was in Pam
17 Wicker, what that would do to the wound healing
18 process?
19  A.  I don't understand how you -- your
20 question.
21  Q.  I'll ask it differently, then.
22     Do you believe that it's within your
23 expertise to offer an opinion as to what impact the
24 presence of Prolift mesh would have in a woman's
25 body like Pam Wicker on the wound healing process?

6 (Pages 18 to 21)

Stephen M. Factor, M.D.

Page 22

1  A. I'm an expert on interpreting
2  pathology tissue and ascertaining the nature and
3  degree of the inflammation and fibrosis in the
4  tissue with or without mesh, since I have studied
5  wound healing for many years in many different
6  contexts.
7  Q. My question is whether or not you are
8  saying you're an expert with regard to how the
9  presence of the mesh itself, and I'm talking about
10 the mesh in the Prolift device that's in Pam
11 Wicker's body, how that would impact on the wound
12 healing process?
13 A. Since I can interpret the slides and
14 I can interpret the inflammatory response and the
15 fibrotic response, the answer is yes, that the
16 presence of mesh leads to fibrosis and inflammation,
17 which I can, as a pathologist, I can evaluate.
18 Q. And the formation of the inflammation
19 and the fibrosis due to the presence of the mesh
20 will have an impact on the wound healing process;
21 correct?
22 A. That I don't understand your
23 question.
24 Q. Is the formation of the inflammation
25 and the fibrosis the wound healing process?

Page 23

1  A. Yes.
2  Q. Okay. Do you know, as you sit here
3  now, what Ethicon medical affairs believes the
4  Prolift mesh does in terms of tissue reaction in a
5  female pelvis?
6  A. I have no idea.
7      MS. CRAWFORD: Objection.
8  BY MR. SLATER:
9  Q. You saw chronic inflammation due to
10 the mesh; correct?
11 A. I saw variable chronic inflammation.
12 There were some areas that were more significantly
13 inflamed than others. In other areas, there was
14 very little inflammation. And much of the
15 inflammation was associated with the areas of
16 erosion. And, also, the heaviest inflammation was
17 associated with what I believe to be lubricant,
18 which is incorporated into the tissue as well.
19      MR. SLATER: Okay. Move to strike.
20 BY MR. SLATER:
21 Q. Did you see evidence of chronic
22 inflammation due to the mesh?
23 A. I believe --
24 Q. It's a yes or no question, Doctor.
25 A. No, it's not a yes or no.

Page 24

1  Q. Well, with all due respect, let me
2  explain to you how this works.
3  A. I know how it works.
4  Q. Well, you know what? I'm taking the
5  deposition --
6  A. That's fine.
7  Q. -- so you are going to have to let me
8  tell you how it works.
9  A. That's fine. I cannot answer it yes
10 or no.
11 Q. Okay. It's a simple question.
12 A. And it's a simple answer, but I
13 cannot answer yes or no.
14 Q. Well, here's the thing --
15     MS. CRAWFORD: Okay. Let's back up.
16     MR. SLATER: Hang on, time out.
17     MS. CRAWFORD: Time out. Time out.
18 BY MR. SLATER:
19 Q. I would appreciate it, if I ask you a
20 question about one thing, if you don't talk about
21 two or three other things. Okay? I don't need
22 talking points. So please don't give them to me
23 unless I ask about them. Counsel can question you
24 to her heart's content. You can come to trial and
25 talk to the jury about anything you want. Okay?

Page 25

1      Let me ask a simple question.
2      Did you see chronic inflammation due
3  to the mesh that had been in Pam Wicker's body?
4  A. I cannot answer that the way you've
5  asked it.
6  Q. Did you see chronic inflammation that
7  you attribute, at least in part, to the presence of
8  the mesh in Pam Wicker's body?
9  A. The multinucleated giant cells are
10 associated with the mesh.
11 Q. Is that the only thing you saw that
12 was associated with the mesh?
13 A. The remaining inflammation is the
14 inflammation that's characteristic and typical of
15 wound healing. If you have foreign body, you have
16 multinucleated giant cells and more monocytes and
17 macrophages than you do in typical wound healing.
18 But if you don't have the mesh, you won't see those.
19 You do see the remaining types of inflammation that
20 I see, along with the fibrosis.
21 Q. Pam Wicker had a Prolift in her body;
22 right?
23 A. Correct.
24 Q. Do you know how big that is?
25 A. No.

7 (Pages 22 to 25)

Page 26

1  Q. Do you know the density?
2  A. Do not.
3  Q. Do you know what parts of the pelvis
4  it was in?
5  A. Only in general terms.
6  Q. Did you try to figure out what the
7  dimensions were and where specifically in the pelvis
8  the Prolift would have been located?
9      MS. CRAWFORD: Objection.
10 A. That would have no relevance to my
11 analysis.
12 Q. Whatever you saw on these slides, the
13 mesh was a factor; correct?
14 A. The mesh was inserted and it led to a
15 healing response, yes.
16 Q. Well, you want to call it a healing
17 response. The mesh led to a chronic inflammatory
18 response in the tissue; right?
19 A. The healing led to a chronic
20 inflammatory response.
21     MR. SLATER: Move to strike.
22 BY MR. SLATER:
23 Q. The mesh caused a chronic
24 inflammatory response to the presence of the mesh;
25 correct?

Page 27

1      MS. CRAWFORD: Objection.
2  A. I answered that before. I said the
3  giant cells, the multinucleated giant cells are
4  characteristic of a foreign body. The macrophages
5  in the tissue are also, because they lead to the
6  multinucleated giant cells. The inflammatory
7  response, otherwise, is typical of what you see in a
8  healing wound, a healing tissue.
9  Q. Well, if there was no mesh, the body
10 would be healing in response to a surgery with no
11 mesh; right?
12 A. Correct.
13 Q. So the body would have a different
14 healing response because you wouldn't have this
15 foreign body of this mesh in the body; correct?
16 A. You wouldn't have a foreign body
17 response, inflammatory response.
18 Q. Are you drawing an opinion in this
19 case about whether or not the mesh was a factor in
20 causing erosion?
21 A. Well, by definition, if there's an
22 erosion, the mesh is eroded from it.
23 Q. Do you hold yourself out as an expert
24 with regard to amyloidosis?
25 A. Depends how you define "expert." I'm

Page 28

1  capable and have done so for many years of being
2  able to diagnose it. I have done electromicroscopy
3  on it, I have done staining of it in multiple
4  different organ sites. I am not an expert in the
5  biology of amyloidosis, but I certainly am capable
6  of analyzing it and diagnosing it.
7  Q. Have you ever published on the
8  subject of amyloidosis, any of the publications in
9  your CV?
10 A. I published on a similar type of
11 microfibril in heart tissue that I initially thought
12 was amyloid, but turned out to be a different micro
13 fiber.
14 Q. Have you ever published -- rephrase.
15     Do any of the articles in your CV
16 address the subject of amyloidosis?
17 A. I don't recall. There's a paper on
18 myeloma kidney in which amyloidosis can occur. I
19 don't recall if I identified amyloidosis in that
20 paper.
21 Q. Do you lecture on the subject of
22 amyloidosis?
23 A. No -- oh, yes, I do, because of my
24 discussion of heart disease, I do. I illustrate and
25 talk about amyloid.

Page 29

1  Q. If other physicians in the medical
2  community were to want to speak to somebody who they
3  would consider to be an expert on amyloidosis if
4  they had a question about it, do you think you would
5  be one of the people they would think of or would
6  there be other people?
7  A. I'm sure they would not. Nor would I
8  hold myself out as an expert in that sense.
9  Q. Did you see Dr. Falk's (ph) report?
10 A. I did.
11 Q. Do you know who Dr. Falk is?
12 A. I have no idea.
13 Q. Whether or not you're correct about
14 amyloidosis, the fact still remains that without the
15 presence of the mesh there would be no erosion;
16 correct?
17 A. Well, it's the mesh that erodes.
18 Q. So regardless of whether or not Mrs.
19 Wicker had amyloidosis or not, the presence of the
20 mesh is certainly an important reason why she had
21 erosion, because if it wasn't there, there would be
22 no erosion; correct?
23 A. Correct.
24 Q. You agree with the statement that the
25 presence of the Prolift mesh in Pam Wicker incited

8 (Pages 26 to 29)

Stephen M. Factor, M.D.

Page 30

1  an inflammatory response that was chronic and
2  persistent?
3      A.   Where are you reading in my report?
4      Q.   I'm just looking at the paper. I'm
5  asking if you agree with that statement?
6      A.   Well, I'd like to see where you're
7  quoting from me.
8      Q.   I'm not quoting from anything,
9  Doctor. Don't be paranoid.
10         MS. CRAWFORD: Objection.
11 BY MR. SLATER:
12     Q.   I'm just asking you a question while
13 I look down.
14         Do you agree with that statement?
15     A.   Repeat it, please.
16         MR. SLATER: Could you read that
17 back, please?
18             - - -
19         (Whereupon, the requested portion of
20 the transcript was read by the court reporter.)
21             - - -
22         THE WITNESS: I believe I have
23 answered that question two or three times. I
24 indicated that the presence of the mesh, together
25 with the healing, incites a chronic inflammatory

Page 31

1  response.
2  BY MR. SLATER:
3      Q.   Is it your testimony that any time a
4  person has a surgical incision that that will incite
5  a chronic inflammatory response that will persist on
6  a chronic basis going forward?
7      A.   In variable degrees, that's correct.
8  Wound healing leads to fibrosis, which is associated
9  with chronic inflammatory response. Some patients
10 have a much more exuberant or active inflammatory
11 response than others, but the vast majority of
12 patients who have a wound will have an inflammatory
13 response associated with it. And it's not even a
14 wound, scarring or fibrosis itself whether it be in
15 the heart with an area of necrosis or in the lung
16 with an infarct, scarring, regardless of the site,
17 will lead to an inflammatory response.
18     Q.   Am I correct that you have no idea
19 whether or not there would have been an incision in
20 the areas where the mesh was removed from if the
21 Prolift surgery was not performed?
22         MS. CRAWFORD: Objection.
23     A.   I don't understand that question.
24     Q.   The mesh got implanted by a doctor
25 who performed surgery. You understand that; right?

Page 32

1      A.   Certainly.
2      Q.   You understand that as a part of that
3  surgery incisions were made; right?
4      A.   Correct.
5      Q.   Do you have any idea -- well,
6  rephrase.
7          Am I correct that you don't know the
8  extent of incisions that would have occurred without
9  the Prolift surgery as opposed to whatever incisions
10 occurred with the Prolift surgery?
11     A.   It would depend on the type of
12 surgery that was being carried out --
13     Q.   You have no idea --
14     A.   -- without a mesh. I don't -- I have
15 no idea is right.
16     Q.   So, for example, in areas where the
17 mesh was shown inciting a chronic inflammatory
18 response, you don't know if there would have been
19 any incision or any disturbance whatsoever of that
20 portion of the tissue in her pelvis if a Prolift had
21 not been implanted; correct?
22         MS. CRAWFORD: Objection.
23 BY MR. SLATER:
24     Q.   You don't know; right?
25     A.   That's correct.

Page 33

1      Q.   What you know is what you see on the
2  specimens that were put onto slides and were
3  available for you to look at; correct?
4      A.   Correct.
5      Q.   Those are very small samples of
6  tissue within Pam Wicker's pelvis; correct?
7      A.   They are small, but they are the
8  entirety of what was removed during that surgical
9  procedure.
10         MR. SLATER: Move to strike from
11 "but" forward.
12 BY MR. SLATER:
13     Q.   You only can give us opinions on what
14 you actually see on the slides. You can't tell me
15 what is occurring elsewhere; right?
16     A.   By definition.
17     Q.   As you sit here now, you don't know
18 whether or not you have seen samples of all of the
19 tissue and mesh that was removed from Pam Wicker;
20 right?
21     A.   Correct.
22     Q.   In fact, you would expect that even
23 from the surgeries for which samples were made
24 available, you did not see samples or pathology
25 specimens of all of the tissue that was removed;

9 (Pages 30 to 33)

Page 34

1  correct?
2     A.    No. I did see samples of all the
3  tissue that was removed, except for the uterus,
4  which there was representative samples were removed.
5  The tissue in 2009 that was removed at Yale, all of
6  that was placed on one slide. So the entire tissue
7  that was removed was, in fact, sampled
8  pathologically. The tissues from UCLA, I don't
9  recall whether all of them were removed and placed
10 in a slide or whether representative sections were
11 prepared.
12    Q.    The response of different people is
13 variable and unpredictable when a foreign body is
14 placed in their body; correct?
15    A.    That's absolutely true.
16    Q.    You did not believe that Pam Wicker
17 was a high responder, correct, based on what you
18 saw?
19    A.    That's correct.
20    Q.    You believe that she is a normal
21 responder?
22    A.    Correct.
23    Q.    Did Pam Wicker -- rephrase.
24          Did you look at records from Pam
25 Wicker's medical history before the Prolift was put

Page 35

1  in her body?
2     A.    I have some records, yes.
3     Q.    Did you see evidence that she was a
4  poor wound healer at any point?
5     A.    Not that I recall.
6     Q.    Am I correct that, by definition, the
7  presence of the mesh in Pam Wicker's body caused
8  damage and destruction of tissue?
9     A.    No.
10    Q.    Did you see areas of necrosis where
11 tissue had been damaged or destroyed in the regions
12 of the erosion?
13    A.    Yes, but that's not necessarily due
14 to the mesh. The erosion could occur for many
15 different reasons.
16    Q.    Well, in this case, the erosion was
17 occurring because there was mesh in her body,
18 because if there was no mesh there would be no
19 erosion; right?
20          MS. CRAWFORD: Objection.
21    A.    You can still have ulceration, which
22 is the equivalent of erosion without mesh being
23 placed. There are many different mechanisms by
24 which erosions, ulcerations, necrosis can occur in
25 tissue. In this case, the erosions were associated

Page 36

1  with the unsurfacing of the mesh fibers, but that
2  doesn't mean the mesh caused the erosion. It means
3  that there was an erosion that led to unsurfacing of
4  the tissue over the mesh.
5     Q.    You are not drawing an opinion to a
6  reasonable degree of medical probability that there
7  would have been eroding tissue without the mesh in
8  the body, are you?
9     A.    I don't know.
10    Q.    You don't have an opinion on that?
11    A.    I don't have an opinion.
12    Q.    It's more likely than not that the
13 erosions you saw were connected to the fact that the
14 mesh was there; correct?
15          MS. CRAWFORD: Objection.
16    A.    Not necessarily. Erosions or
17 ulcerations of tissue can occur for many different
18 reasons and can lead to the exposure of underlying
19 tissue, which in this case, included mesh. Whether
20 the mesh was the cause of the erosion or was
21 unsurfaced or uncovered by the erosion, I can't
22 tell. There's no way that anyone can tell.
23    Q.    So you're not drawing an opinion one
24 way or the other as to what caused the erosions?
25    A.    Correct.

Page 37

1     Q.    Let me ask you a question, some
2  background questions.
3           When you wrote your report, did you
4  attempt to set forth those facts you felt were most
5  important to you in forming your opinions?
6     A.    I believe so, yes.
7     Q.    You have done expert work in other
8  cases before this?
9     A.    Yes.
10    Q.    Tell me when you first started doing
11 expert work in litigated matters.
12    A.    1981.
13    Q.    Can you tell me how many matters you
14 have acted as an expert in, estimate, best estimate?
15    A.    Probably over the course of the last
16 20 years, I've probably done between 50 to 100 cases
17 a year of all types. Prior to that, 1980s, very
18 few. So, somewhere in the mid '90s.
19    Q.    Over the years when you have done
20 expert work, what types of cases have they been?
21 What has been the type of litigation?
22    A.    The majority are medical/legal, but I
23 have done products liability. I have done personal
24 injury. I have done a few criminal cases for both
25 sides, but the majority are medical/legal.

Stephen M. Factor, M.D.

Page 38

1 Q. When you say "medical/legal," you
2 mean medical malpractice?
3 A. Malpractice.
4 Q. Other than this case and the Gross
5 case, have you ever been an expert in any other case
6 regarding issues relating to surgical mesh?
7 A. Not that I can recall.
8 Q. On page 5 you have a long paragraph.
9 And at the very bottom of the paragraph, you say,
10 "The only areas in which actual necrosis was
11 identified was in the tissue with erosion."
12 Do you see that?
13 A. Yes.
14 Q. It's certainly possible that the
15 necrosis and erosion was due to the presence of the
16 mesh; correct?
17 MS. CRAWFORD: Objection.
18 A. Well, the following sentence suggests
19 the possibility otherwise.
20 MR. SLATER: Move to strike.
21 BY MR. SLATER:
22 Q. Is the answer to my question yes?
23 MS. CRAWFORD: Objection.
24 A. The answer is no. The answer is it's
25 not determinable as to what caused the erosion.

Page 39

1 MR. SLATER: Move to strike.
2 BY MR. SLATER:
3 Q. My question is pretty simple.
4 Is it possible that the necrosis and
5 erosion was due to the presence of the mesh?
6 MS. CRAWFORD: Objection.
7 A. Yes, it's possible.
8 - - -
9 (Whereupon, Exhibit Factor-4 and
10 Exhibit Factor-4A were marked for identification.)
11 - - -
12 BY MR. SLATER:
13 Q. Okay. Doctor, I'm handing you a set
14 of copies of the photomicrographs from the July 9,
15 2009 surgery. I marked them as Exhibit 4. And I
16 marked one of them as Exhibit 4A.
17 Do you see 4A?
18 A. Yes, I do.
19 Q. Would you agree with me that what we
20 see at the center, that area that's the lighter pink
21 with -- sort of in a long shape is a nerve?
22 A. Yes, it is.
23 Q. You would agree that's imbedded in
24 inflammatory tissue?
25 A. I would agree it's surrounded by

Page 40

1 inflammatory -- no, excuse me. I agree that it's
2 surrounded by fibrous tissue in which there are a
3 few scattered inflammatory cells.
4 Q. The nerve that is shown here is
5 surrounded by fibrous tissue that also contains
6 inflammatory cells; correct?
7 A. Yes.
8 Q. Fibrous tissue is otherwise known as
9 scar tissue; correct?
10 A. Under certain circumstances, it is.
11 Fibrous tissue is natural in the body when it's not
12 a scar.
13 Q. It would be accurate to term this
14 fibrosis as scar tissue; correct?
15 A. Yes.
16 Q. And that would be scar tissue around
17 a nerve; correct?
18 A. Correct.
19 Q. Doctor, if you could, turn to the
20 next page, if you could. And if I could trouble you
21 to put Exhibit Factor-4B on that for me, please?
22 A. (Witness complies with request.)
23 - - -
24 (Whereupon, Exhibit Factor-4B was
25 marked for identification.)

Page 41

1 - - -
2 BY MR. SLATER:
3 Q. 4B you see histiocytes on this
4 picture?
5 A. Yes.
6 Q. What is a histiocyte?
7 A. Histiocyte, macrophage.
8 Q. And just describe to me what -- which
9 ones are the macrophages?
10 A. The larger cells in the field
11 surrounding the spaces with the -- one has some
12 residual polypropylene, the other one may or may
13 not. I don't see it. But the cells to the right
14 and around the outer space, the majority of them are
15 macrophages or multinucleated giant cells.
16 Q. The presence of those macrophages and
17 giant cells shows an active foreign body reaction;
18 correct?
19 A. It shows a foreign body reaction.
20 How active it is or whether or not that's a response
21 that's -- when we talk about activity, we're talking
22 about release of enzymes, release of cytostomes into
23 the tissue. There's no way that that can be
24 determined. You're seeing a foreign body response
25 to fibers. The degree of activity is indeterminate.

11 (Pages 38 to 41)

Page 42

1  Q. The presence of the macrophages and
2 the giant cells indicates a foreign body response;
3 correct?
4  A. Correct.
5  Q. You, also, see pink fibrous
6 formation, which would be fibrous tissue around
7 those holes where the mesh had been?
8  A. Yes.
9  Q. That would be accurately termed scar
10 tissue; correct?
11  A. Correct.
12  Q. And do you see that the fibrous
13 tissue actually bridges across from one hole to the
14 next one?
15    MS. CRAWFORD: Objection.
16  A. No. I see fibrous tissue surrounding
17 the fibers. That's not a bridge. That's normal
18 fibrous tissue surrounding material, surrounding the
19 mesh material.
20  Q. The fibrous tissue is not confined to
21 solely being around each of the holes where the mesh
22 had been, but actually continues across to connect;
23 correct?
24  A. It doesn't connect. It's a
25 continuous process. Fibrous tissue gets laid down

Page 43

1 around the fibers. That's not a bridge, that's
2 simply fibrous tissue around the fibers.
3  Q. Let's stay way from the word
4 "bridge," because I know you're very sensitive about
5 it.
6  A. Well --
7  Q. You've always had an issue with
8 bridges, Doctor. Ever since you went to London and
9 saw London Bridge. Let me ask it differently, okay?
10  A. You have to cross George Washington
11 Bridge tonight.
12  Q. Yeah, I do. And don't be laughing at
13 me, because next time you're coming to New Jersey.
14    This is what I want to ask you.
15    The fibrous tissue that we see
16 there --
17  A. Correct.
18  Q. -- is continuous. It's not broken;
19 correct?
20  A. At least on the lower portion, that's
21 correct.
22  Q. The foreign body reaction that is
23 documented by this image is chronic; correct?
24  A. Correct.
25  Q. Based on what you've seen, this mesh

Page 44

1 material incites a chronic inflammatory -- rephrase.
2    Based on what you have seen, this
3 mesh material incites a chronic foreign body
4 response; correct?
5  A. Sure.
6  Q. If Ethicon were to tell people that
7 the mesh material only incites a transient foreign
8 body response, that would be incorrect based on what
9 you have seen; correct?
10    MS. CRAWFORD: Objection.
11  A. Well, I don't know the time course of
12 this inflammation. Obviously, it's occurred at a
13 point in time. How long it would persist to this
14 degree is indeterminate. I also can't tell, since
15 this is a very high powered magnification, what else
16 is going on in the general area, whether or not this
17 is near an erosion or near some other phenomenon
18 taking place to also stimulate inflammation. It's a
19 chronic inflammatory response defined as -- defined
20 not by temporal means, but by the nature of the
21 cells. The time course for this type of reaction is
22 indeterminate. Obviously, its present at the time
23 it was removed.
24  Q. This was July 9, 2009, which is about
25 nine months after the surgery of October 2008,

Page 45

1 right?
2  A. That's correct.
3  Q. That's not transient, that's chronic;
4 right?
5    MS. CRAWFORD: Objection.
6  A. Yes. That's foreign body response
7 which can persist for long periods of time.
8  Q. That was B; right?
9  A. That was 4B.
10  Q. I'd like you to turn to this image.
11 It's probably about four or five pages forward. And
12 then I'm going to give you a sticker for it.
13 Towards the back from where we were. That's it.
14    If you could please put 4C on that
15 one?
16  A. (Witness complies with request.)
17    - - -
18    (Whereupon, Exhibit Factor-4C was
19 marked for identification.)
20    - - -
21 BY MR. SLATER:
22  Q. There is an area on this image which
23 we have marked as 4C on the left-hand side that has
24 a vertical orientation. Do you see that area?
25  A. Yes.

12 (Pages 42 to 45)

Stephen M. Factor, M.D.

Page 46

1  Q. That's a nerve; correct?
2  A. It's the same nerve we were looking
3  at before, just in a different orientation.
4  Q. If you see the -- rephrase.
5      On the right-hand side, you see two
6  whiter areas. That's areas where there was mesh
7  and, in fact, in the bottom hole you can still see
8  some residual mesh; correct?
9  A. Correct.
10 Q. That's the area that's bright from
11 the polarization?
12 A. Correct.
13 Q. Those areas where the mesh had been
14 are surrounded by macrophages; correct?
15 A. No. They're mostly lymphocytes or
16 monocytes and fibroblasts.
17 Q. There are macrophages present;
18 correct? That's what I was getting at.
19 A. Not that I can see definitively with
20 this power. There may be one or two in here, but
21 most of them appear to be lymphocytes -- monocytes
22 and fibroblasts.
23 Q. Do you see the presence of a foreign
24 body reaction here?
25 A. Not specifically here, except

Page 47

1  possibly up at 1 o'clock, there may be a compressed
2  giant cell. I can't tell for sure.
3  Q. What are lymphocytes, for the record?
4  A. Lymphocytes are another type of
5  chronic inflammatory cell that take place in -- are
6  common cells that can contribute or participate in
7  the inflammatory response, including scarring.
8  Q. The presence of the lymphocytes here
9  shows a chronic inflammatory response to the mesh;
10 correct?
11 A. Yes.
12 Q. Whether or to what extent the
13 presence of the mesh led to injury and clinical harm
14 to Pam Wicker is an area you will not be offering
15 any opinions on; correct?
16 A. Correct.
17 Q. Doctor, you have lists of materials
18 in your report. If you could, can you turn to that,
19 please.
20 A. In this report?
21 Q. Yes, it should be. After the written
22 part of the report --
23 A. I got it. Yes.
24 Q. -- on page 7.
25 A. I got it.

Page 48

1  Q. Starting on page 7 is a list of
2  materials Pamela Wicker. Did you read all those
3  materials?
4  A. I read a good number of them.
5  Originally when I received them, and then in
6  preparation for the deposition that got cancelled
7  last fall.
8  Q. Is it fair to say that the materials
9  that are significant to you in forming your opinion
10 are the photomicrographs of the pathology specimens?
11 A. And the pathology slides.
12 Q. And the pathology slides?
13 A. Yes.
14 Q. You didn't base your opinions on the
15 materials listed --
16 A. No.
17 Q. -- in this report; correct?
18 A. That's correct.
19 Q. There's some writings by Klinge and
20 Klosterhalfen in this list of literature, this vast
21 list of literature. Are those articles that you are
22 familiar with?
23 A. I have not rereviewed them from the
24 time that I originally received them and read them.
25 So I know their names. I don't know the content of

Page 49

1  what they said.
2  Q. Whatever they said was not of
3  significance to you one way or the other in forming
4  your opinions; correct?
5  A. Correct.
6  Q. Do you know what protocols are
7  followed by pathologists who actually specialize in
8  studying explanted surgical mesh? Do you know what
9  protocols they follow in treating and sampling the
10 mesh and studying it?
11 A. I do not.
12 Q. Did you see areas on some of the
13 slides where vessels had been encased in fibrous
14 tissue?
15     MS. CRAWFORD: Objection.
16 A. In --
17 Q. Pam Wicker.
18 A. -- any of the slides?
19 Q. Yes.
20 A. There were vessels in fibrous tissue.
21 I wouldn't necessarily call it encased. They were
22 surrounded by fibrous tissue as part of the healing
23 process.
24 Q. When you talk about the healing
25 process, do you consider the foreign body response

13 (Pages 46 to 49)

Page 50

1  to the mesh to be part of the healing response?
2     A.    When one has a mesh or foreign body,
3  the answer is yes.
4     Q.    Did you personally perform the
5  preparation and testing of the slides from which you
6  drew your opinions about amyloidosis?
7     A.    No.  You mean the staining of the
8  slides?
9     Q.    Yes.
10    A.    Yes.  I stained blank slides.
11    Q.    You did that?
12    A.    Well, not myself personally, my
13 technician.
14    Q.    Am I correct that you looked at
15 slides from the same surgeries that Dr. Welch looked
16 at, so you had his photomicrographs, you also had
17 your own slides to look at; correct?
18    A.    I ultimately had a set of defense
19 slides that I looked at.  And I received blank
20 slides, unstained slides from which I stained them
21 with Congo Red and provided those to Dr. Welch.
22    Q.    With regard to the slides that Dr.
23 Welch had looked at and actually created these
24 photos from as compared to what you looked at, there
25 was no difference really in the pathology that you

Page 51

1  saw; correct?
2     A.    Just the interpretation.
3     Q.    Were they -- you understand what I'm
4  getting at.  You were looking at the same thing.
5     A.    They were the same thing -- they were
6  functionally the same slide.  They were recuts, they
7  were just one hair or less off, so they were the
8  same slides.
9     Q.    The fact that you had certain slides
10 and he had certain recuts had no impact on the
11 opinions; correct?
12    A.    None whatsoever.
13    Q.    With regard to whether or not Mrs.
14 Wicker had amyloidosis, you're not forming opinions
15 on the clinical impact of that for her; correct?
16    A.    Well, I raise some issues in the
17 report regarding the potential that amyloidosis
18 might have played in her presentation, but there's
19 no way that I or anyone else, to my knowledge, can
20 directly attribute specific findings or events
21 directly to the amyloidosis, but there is -- but
22 there are potential relationships.
23    Q.    You offered some possibilities, but
24 you're not forming an opinion one way or the other
25 as to what actually happened in her case; right?

Page 52

1     A.    Correct.
2           MR. SLATER:  I have no other
3  questions.
4           MS. CRAWFORD:  I have just a couple,
5  Doctor.
6                - - -
7              EXAMINATION
8                - - -
9  BY MS. CRAWFORD:
10    Q.    I know that you're going to get us a
11 copy of your curriculum vitae for the record, which
12 we're going to mark as Dr. Factor-2 for the record,
13 but can you just give us an idea of what your
14 position is here today, you know, with the hospital,
15 what you do in just a thumbnail of your experience?
16    A.    Well, actually, I don't work for the
17 hospital, which is sort of a strange relationship.
18 I'm a full professor of pathology of medicine at the
19 medical school and paid by the medical school, but
20 100 percent of my active work is here at the
21 hospital where I'm chairman of the department of
22 pathology.  We are an affiliated hospital of the
23 Albert Einstein College of Medicine, which as you
24 discovered by accident, is right across the street.
25 And my position here is as the chairman of the

Page 53

1  department of pathology here, as well as the sister
2  hospital ten minutes away, North Central Bronx
3  Hospital.
4     Q.    And you have a board certification?
5     A.    I do.
6     Q.    What is that?
7     A.    Anatomic and clinical pathology.
8     Q.    And can you just give a very brief
9  thumbnail of your experience from your board
10 certification to the present?
11    A.    My boards were taken in November of
12 1975.  When I passed, I'm grandfathered, so I don't
13 have to do recertification.  From July of 1975 till
14 today, I have been a full faculty a member of the
15 medical school.  And predominantly all of my career
16 has been spent at this hospital and several other
17 sister hospitals of the medical school.  I have been
18 here, and actually I have my research lab here in
19 the hospital.  So since 1975, I have essentially
20 worked full-time here.
21    Q.    Okay.  You were asked some questions
22 by counsel about protocols that certain pathologists
23 or certain researchers who observe and study
24 explanted mesh material follow.  And I think you
25 indicated that you were not aware of whatever

Page 54

1  specific protocols; is that correct?
2     A.   Correct.
3     Q.   Does the fact that you are not aware
4  of those protocols have any impact at all whatsoever
5  on your ability to view, interpret and analyze the
6  tissue slides that you saw for Pam Wicker?
7     A.   None whatsoever.
8     Q.   You were asked some questions about
9  amyloidosis. And could you just explain, what is
10 the impact of the observation of amyloidosis that
11 you saw for Pam Wicker on your opinions?
12    A.   The amyloid deposits in the uterus
13 specimen from 2008 demonstrated vascular involvement
14 and interstitial or stromal involvement by material
15 that -- using the Congo Red stain, which is the way
16 that amyloid is diagnosed, definitively demonstrated
17 that it was present in those tissues.
18    Q.   And what is the significance of that?
19    A.   The vessels -- even without
20 recognizing the amyloid, the vessels were
21 significantly narrowed, what we call sclerotic, or
22 the lumen was markedly narrowed, which can lead to
23 tissue ischemia. And in the case of the amyloid, it
24 stained those vessels. It also was present in the
25 tissues around the vessels which can affect, as I

Page 55

1  indicated in my report, can affect crosslinking of
2  collagen and tensile strength of collagen.
3     Q.   You were asked a question about
4  whether or not you personally stained the slide with
5  the Congo Red or the slides with the Congo Red. Is
6  it -- what is the normal practice in your field in
7  terms of how slides are stained as between the
8  technician or the pathologist?
9     A.   We have a histology laboratory that
10 prepares slides. In this case, the slides had
11 already been prepared and were provided unstained.
12 And I presented the slides to my technician and she
13 stained them and then gave them back to me to look
14 at under the microscope.
15    Q.   When you look at those slides under
16 the microscope, do you have the ability to ascertain
17 that the appropriate amount of staining has been
18 applied to the slide?
19    A.   We only look at the slides when we're
20 doing a special stain like a Congo Red if we have a
21 positive and a negative control. In other words, we
22 have tissue that we know has amyloid in it, we have
23 tissue that we know doesn't have amyloid in it. And
24 we don't look at the stained tissue of interest
25 until we have determined that the controls were

Page 56

1  appropriate, the positive slide was positive and the
2  negative slide was negative.
3     Q.   There was a suggestion in Dr. Falk's
4  report that perhaps the observation of amyloidosis
5  was attributable to an overstaining of the slide.
6  How can you be sure that that's not the case?
7     A.   Because the control was equally
8  positive, as it should be. The positive control was
9  equally positive. It was not overstained. The
10 controls are stained at the same time that the
11 tissues of interest. It was not overstained. It
12 was appropriate. And under the appropriate
13 microscopy, using polarized light with the right
14 kind of microscope, it was clear that those stained
15 apple green or apple green bio occurrences.
16    Q.   I have a couple more follow-up
17 questions from counsel's questions earlier.
18         Counsel asked you questions about
19 whether or not you observed chronic inflammation in
20 tissue around places where mesh had been in the
21 slides you saw. Do you remember those questions?
22    A.   Yes.
23    Q.   Did you observe chronic inflammation
24 in Pam Wicker's tissues in areas that was not
25 immediately surrounding the mesh?

Page 57

1         MR. SLATER: Objection.
2     A.   Yes.
3     Q.   Where did you observed that chronic
4  inflammation?
5     A.   There was inflammation in the sites
6  of the erosion, and there was inflammation in the
7  site of that material that I believe was lubricant
8  in the tissue. There were, also, areas of fibrosis
9  without much inflammation both near the mesh and
10 away from the mesh.
11    Q.   Did you observe inflammatory response
12 in Pam Wicker around hemosiderin deposits?
13    A.   Yes.
14    Q.   And what is hemosiderin?
15    A.   Hemosiderin is iron pigment from
16 broken down hemolyzed red blood cells.
17    Q.   You made a statement in response to
18 counsel's questions that there's always chronic
19 inflammation associated with fibrosis. Did I hear
20 that correctly?
21    A.   With pathological fibrosis, yes.
22    Q.   Pathological fibrosis.
23         Can you explain what that means in
24 more like layperson's terms for me?
25    A.   By definition, pathological fibrosis

**Page 58**

1  means that tissue has undergone a reparative
2  healing, whether there was necrosis in the tissue,
3  whether there was damage to the tissue, whether
4  there was iatrogenic damage, such as surgical
5  intervention. The tissue will heal. And it heals
6  in a very reproducible series of events, going from
7  the acute phase to the beginnings of what we call
8  granulation tissue, which are fibroblasts and blood
9  vessels formation to the laying down of collagen, to
10 the maturation of the collagen and, finally, to the
11 development of the mature star, which generally
12 occurs three to six months after the onset of the
13 process.
14     Q.    When you use the term "chronic
15 inflammation" in the pathology context, are you
16 using it in any kind of temporal sense?
17     A.    Virtually always when we talk about
18 chronic inflammatory infiltrate we are talking about
19 the nature of the cells. In other words,
20 lymphocytes, monocytes, fibroblasts, macrophages, in
21 some contexts eosinophils. But we generally talk
22 about it in terms of the nature of the cells in
23 contrast to the acute inflammatory cell, the
24 neutrophil.
25     Q.    So it's more of the more mature phase

**Page 59**

1  of the process is what the word "chronic" is
2  intended to describe?
3           MR. SLATER:  Objection.
4     A.    No. It's the nature of the cell. In
5  other words, you can have tissue where you have all
6  the different cellular components all occurring at
7  the same time. It doesn't have a temporal
8  connotation at all. It's the type of cell.
9     Q.    Okay. I think I understand.
10          There was a question that counsel
11 asked you about observing multinucleated giant cells
12 associated with areas around the mesh. Do you
13 recall that --
14     A.    Yes.
15     Q.    -- questioning?
16          Is that observation that you made in
17 the slides of Pam Wicker different from the reaction
18 to any foreign body, regardless of whether it was
19 mesh?
20          MR. SLATER:  Objection.
21     A.    No. It's -- they're virtually all
22 foreign bodies, whether they're biologic or of a
23 nonbiologic nature, will elicit a foreign body giant
24 cell inflammatory reaction.
25     Q.    You were asked some questions by

**Page 60**

1  counsel about whether or not you had any knowledge
2  about the incision for the placement being somewhere
3  near where the material was observed, something to
4  that effect. Do you remember talking about
5  incisions?
6           MR. SLATER:  Objection.
7     A.    Yes.
8     Q.    If you have a foreign body placed,
9  like the mesh in the body, it has to be placed into
10 the tissue; correct? It doesn't just appear there?
11     A.    Correct.
12     Q.    It has to get in there somehow;
13 correct?
14     A.    Yes.
15     Q.    So whether or not there's been an
16 incision or not, it physically has to be placed in
17 to the tissue; correct?
18     A.    Correct.
19     Q.    You indicated that, in response to
20 questions from counsel, that you can't tell what is
21 appearing in areas elsewhere in the body that you
22 didn't specifically look at; correct?
23     A.    Correct.
24     Q.    Which means that no pathologist can
25 do that; correct?

**Page 61**

1           MR. SLATER:  Objection.
2  BY MS. CRAWFORD:
3     Q.    Looking at the slides?
4     A.    Correct.
5     Q.    You were shown a slide by Mr. Slater,
6  I believe it was 4A. Do you have that in front of
7  you?
8     A.    4A, yes.
9     Q.    4A, okay.
10          He asked you, I think, something to
11 the effect of would you agree with him -- let me
12 look at my notes. Would you agree that the nerve is
13 surrounded by fibrous tissue; correct?
14     A.    Correct.
15     Q.    And that there are a few inflammatory
16 cells?
17     A.    Correct.
18     Q.    What's the significance of that
19 finding around a nerve cell?
20          MR. SLATER:  Objection.
21     A.    Since the fibrous tissue is
22 associated with inflammation, there's a natural
23 process of development. The finding of scattered
24 inflammatory cells outside of the nerve has no
25 meaning whatsoever. The only way that the nerve and

Page 62

1  inflammation can be linked as to something that's
2  directly affecting the nerve is it's the
3  inflammatory cells are actually within the nerve
4  itself. And that's not the case. They're outside
5  of it.
6       Q.   And you didn't see them inside the
7  nerve cell?
8       A.   Correct.
9       Q.   Again, forgive me for jumping around.
10 I think I have two more questions.
11          You were asked some questions, I
12 think it was 4C about -- it had two circles on it.
13 That's all I remember. It was that one. I think
14 that's it.
15      A.   It's 4B.
16      Q.   Okay. Then I -- no, I think it's 4C.
17 There was one with the actual polarization that
18 demonstrated a little bit of a -- that's it.
19      A.   4C.
20      Q.   I think that was the slide where you
21 had a little bit of a discussion about whether or
22 not the fibrous tissue was surrounding it or causing
23 a bridge. Do you remember that line of questioning?
24          MR. SLATER: Objection.
25      A.   I think that was the other.

Page 63

1       Q.   Okay. I'm sorry, 4B, then.
2       A.   4B.
3       Q.   What is the distinction that you're
4  trying to draw in the word "bridge" versus the
5  fibrosis being an area of those holes, that look
6  like holes on the slides?
7           MR. SLATER: Objection.
8       A.   I don't see anything that's
9  identifiable as a bridge. There's fibrous tissue
10 around the fibers. There's inflammation, in this
11 case, foreign body-type inflammation around the
12 fibers, but there's nothing unique about the way the
13 fibers are sitting in the fibrosis or that the
14 fibrosis is surrounding the fibers.
15      Q.   In all of the slides that you
16 reviewed of Pam Wicker, did you characterize the
17 nature of the inflammatory response that you
18 observed in any way? Like, you know, severe, mild,
19 moderate, any type of terminology like that?
20      A.   It was generally relatively mild,
21 with the exception of the areas around the erosion.
22 And in retrospect now, the area around what I
23 believe is lubricant.
24      Q.   And in the areas around the lubricant
25 and the erosions, how would you classify that?

Page 64

1       A.   It was severe, moderate to severe.
2       Q.   Was there a difference in what you
3  observed around the lubricant area as compared to
4  the mesh erosion?
5       A.   The most intense area of inflammation
6  was around the lubricant.
7       Q.   Did you, also, observe areas around
8  where the mesh was where you saw no inflammation?
9       A.   Correct.
10          MS. CRAWFORD: I have no other
11 questions. I will probably have follow-up, because
12 Mr. Slater will probably ask you some.
13                - - -
14              EXAMINATION
15                - - -
16 BY MR. SLATER:
17      Q.   Did you produce the controls for your
18 Congo Red staining?
19      A.   I gave Dr. Welch the positive
20 control. I believe he cited that in his
21 supplemental report. I don't believe --
22      Q.   I want to make sure, but you did
23 produce that?
24      A.   Yes. I don't believe I gave him the
25 negative control, but I may have. I don't recall.

Page 65

1       Q.   I didn't see any reference in your
2  report to whether or not there was something called
3  bridging fibrosis.
4           That's not something you addressed;
5  correct?
6       A.   That's because I didn't see anything
7  that I could identify as bridging fibrosis.
8       Q.   Do you know what that term is, as
9  it's used in the context of surgical mesh pathology?
10      A.   I have read about it, I have never
11 seen it.
12      Q.   It's not something you have ever seen
13 on any -- well, rephrase.
14          You have never looked at bridging
15 fibrosis on pathology slides?
16      A.   I've looked at many pathology slides
17 with mesh. I've never seen anything that I would
18 interpret as bridging fibrosis.
19      Q.   Have you ever seen a slide that
20 actually you knew to have bridging fibrosis so you
21 could see what it looked like?
22      A.   I have never seen an illustration of
23 it, no.
24      Q.   What you know about bridging
25 fibrosis, you learned that when you read some of the

Stephen M. Factor, M.D.

Page 66

1  paperwork that was provided by Ethicon?
2  　A.　Correct.
3  　Q.　You don't hold yourself out as an
4  expert with regard to bridging fibrosis, scar
5  plating; correct?
6  　A.　Correct.
7  　Q.　It's not something you would say I'm
8  an expert, I can tell you whether it's there or not;
9  right?
10 　A.　I'm only -- well, that's not correct.
11 As a pathologist, I certainly can interpret what I
12 see and the nature of what I see.  And if I saw
13 something that was interpretable as bridging
14 fibrosis or a scar plate, I would be able to
15 identify it.
16 　Q.　Have you ever been trained by anybody
17 professionally as to how to recognize what is known
18 as terms of art of bridging fibrosis and scar
19 plating --
20 　　　MS. CRAWFORD:  Objection.
21 BY MR. SLATER:
22 　Q.　-- with surgical mesh?
23 　　　MS. CRAWFORD:  Foundation.
24 　A.　No.
25 　Q.　You testified that you must put the

Page 67

1  mesh in, when counsel asked you about whether or not
2  there were incisions in different areas.  Do you
3  remember that?
4  　A.　Yes.
5  　Q.　You have no idea whether or not areas
6  disturbed by the mesh when the mesh was put in to
7  Pam Wicker's body would have even been touched or
8  disturbed in any way if she didn't have Prolift
9  surgery; right?
10 　　　MS. CRAWFORD:  Objection.
11 　A.　I don't know.
12 　　　MR. SLATER:  I don't have any other
13 questions.
14 　　　MS. CRAWFORD:  I don't have any
15 either.
16 　　　THE WITNESS:  Thank you.
17 　　　MR. SLATER:  Thank you.
18 　　　MS. CRAWFORD:  Thank you, Doctor.
19 　　　VIDEOGRAPHER:  This concludes the
20 deposition.  We're going off the record at 3:46 p.m.
21 　　　　- - -
22 　　　(Whereupon, Exhibit Factor-2 was
23 marked for identification.)
24 　　　　- - -
25 　　　(Whereupon, the videotaped deposition

Page 68

1  concluded at 3:46 p.m.)
2  　　　　- - -

Page 69

1  　　　C E R T I F I C A T E
2
3  　　　I HEREBY CERTIFY that the witness was
　  duly sworn by me and that the deposition is a true
　  record of the testimony given by the witness.
4
5
6
7
8  　　　_____
　　　  Margaret Peoples, RPR
9  　　　Dated: March 5, 2014
10
11
12
13
14
15
16
17
18 　　　(The foregoing certification of this
19 transcript does not apply to any reproduction of the
20 same by any means, unless under the direct control
21 and/or supervision of the certifying reporter.)
22
23
24
25

18 (Pages 66 to 69)

Golkow Technologies, Inc. - 1.877.370.DEPS