# EXHIBIT C

# CURRICULUM VITAE
# REBECCA MARGARET RYDER, M.D.

**GYNECOLOGY SPECIALISTS**
516 Innovation Drive Suite 305
Chesapeake, Virginia 23320
phone  (757) 312-8221
fax      (757) 312-8382

**SYNERGY INTEGRATIVE MEDICINE**
1036 Volvo Parkway, Suite 2
Chesapeake, VA 23320
(757) 410-5462  phone
(757) 410-5862  fax

Date of birth:  August 22, 1963

## PROFESSIONAL EXPERIENCE

Co-founder, Synergy Integrative Medical Center, November 2007-present

Partner, Gynecology Specialists, May 2004 – present

Partner, Ryder & Rand Gynecology, December 1998 – April 2004

Clinical Assistant Professor, Eastern Virginia Medical School, 1998-2005

Interim Director, Division of Gynecology, Eastern Virginia Medical School, Norfolk, Virginia, 1996-1998

Director, Urogynecologic Services and Education, Department of Obstetrics and Gynecology, Eastern Virginia Medical School, 1995-98 and 2004-2005

Associate Program Director for Residency Education, Eastern Virginia Medical School, Norfolk, Virginia, 1995-98

Assistant Professor, General Obstetrics and Gynecology, Eastern Virginia Medical School, Norfolk, Virginia, 1994-1998

Clinical Associate, Departments of Obstetrics and Gynecology and Family Medicine, Duke University Medical Center, Durham, North Carolina, 1993-1994

## EDUCATION

Residency, Department of Obstetrics and Gynecology, University of North Carolina, 1989-1993. Administrative Chief Resident 1992-1993.

Doctor of Medicine, University of North Carolina, Chapel Hill, North Carolina, 1989

Bachelor of Science in Public Health, University of North Carolina, Chapel Hill, North Carolina, 1985


PLAINTIFF'S EXHIBIT C

## QUALIFICATIONS
Subspecialty Certification, Female Pelvic Medicine and Reconstructive Surgery, 2013
Diplomate, American Board of Obstetricians and Gynecologists, 1995
Recertified yearly beginning 2004
Virginia Medical License #0101051152
Federal Licensing Examination (FLEX), Raleigh, North Carolina, 1989

## PROFESSIONAL SOCIETIES
Fellow, American College of Obstetricians and Gynecologists
Member, American Urogynecologic Society
Member, International Urogynecological Association
Member, Institute for Functional Medicine
Member, American Academy of Medical Acupuncture
Secretary, Tidewater Medical Women's Association, 1996-97

## PROFESSIONAL SERVICE
Volunteer, Chesapeake Care Clinic, 2014-present
Director, Division of Urogynecology, Eastern Virginia Medical School, 2004-2005
Editorial Consultant, *Obstetrics and Gynecology,* 1994-2001
Volunteer, Christian Commission for Development, Honduras, 1994
Volunteer, Project Concern International, St. Lucia, West Indies, 1993
Consultant, Duke Family Medicine Center, Durham, North Carolina, 1993-94

## CLINICAL RESEARCH
A Phase III, Randomized Double-Blind Study to Evaluate the Efficacy and Safety of Asoprisnil in Subjects with Uterine Leiomyomata, 2002-2004

Safety and Efficacy Study of Bazedoxifene/Conjugated Estrogens Combinations in Postmenopausal Women, 2002-2005

Dose-finding Study to Evaluate the Effects of a Partial Alpha Adrenoceptor Partial Agonist for Stress Urinary Incontinence, 2002

A Clinical Evaluation of the Effects of Estradiol TD and Combi TD Used Continuously, 1997-99

A Randomized Comparative Study of the Tcu380A and CS-300 IUD, 1997-99

A Triple-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy of the Addition of Alendronate Sodium to Ongoing Hormone Replacement Therapy in the Treatment of Osteoporosis in Postmenopausal Women, 1996-98

A Randomized, Multicenter, Investigator-Blind Comparative Trial of Trovofloxacin and Cefoxitin/Doxycycline for the Treatment of Acute Pelvic Inflammatory Disease in Hospitalized Subjects, 1995-96

## AWARDS AND HONORS
Hampton Roads "Top Doc" 2008, 2012-2015
CREOG Teaching Award for Resident Education, 1996
Administrative Chief Resident, 1992-93
Resident of the Year Award, Wake Medical Center, Raleigh, North Carolina, 1991-92
Postgraduate Prize Paper, American Association of Gynecologic Laparoscopists, 1992
Medical Student Teaching Award, 1990
John R. McCain Student Fellowship Award, South Atlantic Association of Obstetricians and Gynecologists, 1988
Academic Merit Award, 1987

## INVITED PRESENTATIONS

"Pelvic Organ Prolapse," Chesapeake Regional Medical Center, October 2015

"Break Free from Pelvic Floor Disorders," Chesapeake Regional Medical Center, November 2014

"An Alternative Route: Non-hormonal therapies for Menopause." Red Hot Mamas public presentation, Chesapeake Regional Medical Center, April 2014.

"Medical Acupuncture." Chesapeake General Hospital Grand Rounds, September 2006.

"Alternatives to Hormone Replacement Therapy." Chesapeake General Hospital Grand Rounds, August 2000.

"Urinary Incontinence: What's New?" Robert A. Ross Society Annual Meeting, May 2000.

"Abnormal Uterine Bleeding." Eastern Virginia Medical School Family Practice Review Course, June 2000.

"Abnormal Uterine Bleeding." Chesapeake General Hospital Grand Rounds, October 1999

"Menopause Management." Chesapeake General Hospital Grand Rounds, July 1999.

"Urinary Incontinence in Women." Chesapeake General Hospital Grand Rounds, May 1999

"Abnormal Uterine Bleeding." Eastern Virginia Medical School Family Medicine Review Course, Virginia Beach, Virginia, June 1998.

"Contraceptive Choices." American Academy of Family Physicians, Virginia Beach, Virginia, July 1997.

"Urinary Incontinence in Women." Eastern Virginia Medical School Family Medicine Review Course, Virginia Beach, Virginia, June 1997.

"Office Gynecology Workshop." Eastern Virginia Medical School Family Medicine Review Course, Virginia Beach, Virginia, June 1997.

"Urinary Incontinence in Women." Community Symposium - "Staying Dry-Choices in Bladder Control." Norfolk and Virginia Beach, Virginia, November 1996.

"Update on Office Gynecology." Department of Ob/Gyn Grand Rounds, Norfolk, Virginia, September 1996.

"Management of the Climacteric." Eastern Virginia Medical School Family Medicine Review Course, Virginia Beach, Virginia, June 1996.

"Pelvic Pain." Eastern Virginia Medical School Family Medicine Review Course, Virginia Beach, Virginia, June 1995.

"Surgical versus Medical Treatment of Ectopic Pregnancy." Jones Institute for Reproductive Medicine Laparoscopic Skills Course, Norfolk,Virginia, May 1995, April 1997, May 1998.

"The Need for Endocervical Curettage in the Evaluation of Low Grade Pap Smear Abnormalities." ACOG District IV meeting, Bermuda, September 1995.

"Clinico-pathologic Consequences of Operative Laparoscopy." American Association of Gynecologic Laparoscopists, Chicago, September 1992.

## PUBLICATIONS

1. Katz VL, Ryder RM, Cefalo RC Carmichael SC, Goolsby B. A comparison of bed rest and immersion for treating the edema of pregnancy. Obstet Gynecol 1990; 75:147-51

2. Katz VL, Rozas L, Ryder RM, Cefalo RC. Effect of daily immersion on the edema of pregnancy. Am J Perinat 1992;9:225-7

3. Ryder RM, Hulka JF. Bladder and bowel injury after electrodesiccation with Kleppinger bipolar forceps: A clinicopathologic study. J Reprod Med 1993;38:595-8

4. Grosskinsky CM, Ryder RM, Pendergrass HM, Hulka JF. Laparoscopic capacitance: a mystery measured. Am J Obstet Gynecol 1993;169:162-5

5. Ryder RM, Fritz MA. Ovulation induction with clomiphene citrate: primary care diagnosis and treatment. Infertil Reprod Med Clin N Am 1995;6(1):135-48

6. Ryder RM. Chronic pelvic pain. Am Fam Phys 1996;54(7):2225-32

7. Ryder RM, Vaughan MC. Laparoscopic Tubal Sterilization: Methods, Effectiveness and Sequelae. Obstet Gynecol Clin N Am 1999;26(1):83-97.

8. Ryder RM, Leiserowitz GS. Surgical and Gynecologic Problems. In: Evans AT & Niswander KR eds. Manual of Obstetrics, 6th ed. Philadelphia: Lippincott Williams & Wilkins, 2000