# EXHIBIT E

**EXHIBIT B to Prolift General Report**
**of Rebecca Ryder, MD**
**(March 18, 2016)**

**List of Materials Reviewed**

**Medical Literature**

1.  Abdel-fattah (2006) How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. *BJU International* 98 , 594 – 598

2.  Abdel-fattah (2006) Lower urinary tract injuries after transobturator tape insertion by different routes: a large retrospective study. *BJOG* 2006;113:1377–1381.

3.  Abdel-fattah (2008) Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapsed. 2008 *BJOG An International Journal of Obstetrics and Gynaecology* pgs 22 – 30

4.  Abdel-fattah (2010) Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. *BJOG* 2010;117:870–878.

5.  Abdel-fattah (2010). Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: Short term outcomes. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 149 (2010) 106-111

6.  Abdel-Fattah (2011) Primary and repeat surgical treatment for female pelvic organ prolapse and incontinence in parous women in the UK: a register linkage study. *BMJ Open* 2011;1:e000206.

7.  Abdel-Fattah (2011) Single-Incision Mini-Slings versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontinen: A Meta-Analysis of Effectiveness and Complications. *EUROPEAN UROLOGY* 60 (2011) 468 – 480

8.  Abdel-fattah (2012) Prospective Randomised Controlled Trial of Transobturator Tapes in management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. *EUROPEAN UROLOGY* 62 (2012) 843-851

9.  Abdel-Fattah (2014). Evaluation of Transobturator Tension-Free Vaginal Tapes in the Surgical Management of Mixed Urinary Incontinence:3-Year Outcomes of a



Randomized Controlled Trial. *The Journal of Urology*, Vol. 191, 114-119, January 2014

10. Abdel-Fattah et al (2004) Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study. *Eur Urol* 2004;46:629-35.

11. Abdel-Fattah et al (2011). A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study): 3 years follow-up. *Neurourol Urodyn* 2011;30:825-826.

12. Abdel-fattah, et al (2008) Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapsed, . 2008 *BJOG An International Journal of Obstetrics and Gynaecology* pgs 22 – 30

13. Abdelwahab et al (2010). Tension-Free Vaginal Tape versus Secure Tension-Free Vaginal Tape in Treatment of Female Stress Urinary Incontinence. *Curr Urol* 2010;4:93–98

14. Abduljabbar, H. Comparison of the classic TVT and TVT Secur. Prime Research on Education ISSN: 2251-1253. Vol. 2(9), pp. 344-347, October 31st, 2012

15. Abed et al (2011). Incidence and Management of graft erosion, wound granulation, and dyspareunia following vaginal prolapsed repair with graft materials: a systematic review. *Int. Urogynecol J* 3.22.11

16. Adelowo et al (2013) Botulinum Toxin Type A (BOTOX) for Refractory Myofascial Pelvic Pain. *Female Pelvic Med Rocnstr Surg*. 2013; 19(5) 288-292

17. Adile et al (2003). A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up. *JCS* 2003:Abstract 550.

18. Agarwal (2008) A randomized comparison of two synthetic mid-urethral tension-free slings. *Ura Today IntJ* 2008 Oct;1(4) 1939-4810.2008.10.5.

19. Agostini (2006) Immediate Complications of Tension-Free Vaginal Tape (TVT): Results of a French Survey. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 124 (2006) 237–239

20. Aigmueller (2011) Ten-year follow-up after the tension-free vaginal tape procedure. *Am J Obstet Gynecol* 2011;205:1.e1-1.e5

21. Albo et al (2012) Treatment success of retropubic and transobturator mid urethral slings at 24 months. *J Urol*. 2012 Dec;188(6):2281-7.

22. Albo et al. (2007) Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. *N Engl J Med* 2007;356:2143-55.

23. Alcalay (1995) Burch colposuspension: a 10—20 year follow up. *British Journal of Obstetrics and Gynaecology*, September 1995, Vol. 102, pp. 740-745

24. Altman (2007) Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair. Vol 109, No. 2, Part 1, February 2007 *ACOG* pgs 303, 305, 307

25. Altman (2011) Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic Organ Prolapse. *NEJM* May 12, 2011 pgs 1826 – 1836

26. Amaro et al (2009) Clinical and quality-of-life outcomes after autologous fascial sling and tension-free vaginal tape: a prospective randomized trial. *Int Braz J Urol* 2009;35:60-66; discussion 66-67.

27. Amat (2011). Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. *Int Urogynecol J* 2011;22:827-833.

28. Andonian (2005) Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. *Eur Urol* 2005;47:537-541.

29. Andonian (2007) Prospective clinical trial comparing Obtape® and DUPS to TVT: one-year safety and efficacy results. *Eur Urol* 2007;52:245-251.

30. Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Ural 2010;58 :671-677.

31. Angioli, R. Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year follow-up Results of a Prospective, Randomised Trial. EUROPEAN UROLOGY 58 (2010) 671-677

32. Aniuliene (2009) Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. *Medicina Kaunas* 2009;45:639-643.

33. Araco (2008) TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence

34. Araco et al (2008) TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. *Int Urogynecol J Pelvic Floor Dysfunct* 2008;19:917-926.

35. Arunkalaivanan (2003) Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. *Int Urogynecol J Pelvic Floor Dysfunct* 2003;14:17-23; discussion 21-22.

36.  Athanasiou (2014) Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? *Int Urogynecol J* (2014) 25:219–225

37.  Athanasiou et al (2009) Mixed urodynamic incontinence: TVT or TVT-0? *Int Urogynecol J* 2009;20(Suppl 2):S218.

38.  Aube et al (2015) Long term efficacy and patient satisfaction of pelvic organ prolapse reduction using trans-vaginal mesh. (2015) Abstract 456.

39.  Bai et al (2005) Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence. *Int J Gynaecol Obstet* 2005;91:246-251.

40.  Balmforth (2005) Prospective Multicentre Observational Trial of Composite Polyglactin/Polypropylene Mesh (Vypro Mesh) for Reconstruction of Recurrent Anterior Vaginal Wall Prolapse

41.  Barber (2002) Sexual function in women with urinary incontinence and pelvic organ prolapse, *Obstet. Gynecol*. 99(2):281-289 (2002)

42.  Barber (2008). Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. *Obstet Gynecol* 2008;111:611-621.

43.  Barber (2009) Defining Success After Surgery for Pelvic Organ Prolapse. Vol 114, No. 3, Sept 2009 *Obstetrics & Gynecolog* pgs 600 – 609

44.  Barber (2012) Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape for the Treatment of Stress Urinary Incontinence. *Obstet Gynecol* 2012;119:328–37

45.  Barber et al (2008). Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. *Obstet Gynecol* 2008;111:611-621.

46.  Barber et al (2012) Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. *Obstet Gynecol* 2012;119:328-337.

47.  Barry et al (2008) A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. *Int Urogynecol J Pelvic Floor Dysfunct* 2008;19:171-178.

48.  Basu & Duckett (2010). A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. *BJOG* 2010;117:730-735.

4

49.   Beji et al (2003) The effect of pelvic floor training on sexual function of treated patients. *Int Urogynecol J Pelvic Floor Dysfunct* 2003 Oct: 14(4):234-8

50.   Benbouzid (2012) Pelvic organ prolapsed transvaginal repair by the Prolift system: Evaluation of efficacy and complications after a 4.5 years follow up

51.   Benson, J.T. (1996) Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation. Vol. 175, Number 6, *Am J Obstet Gynecol*, Dec. 1996, pgs 1418 – 1422

52.   Bergman & Elia (1995) Three surgical procedures for genuine stress incontinence: Five-year follow-up of a prospective randomized study. *AJOG*. 1995; 173:66-71

53.   Bernasconi (2012) TVT SECUR System: Final results of a prospective, observational, multicentric study. *Int Urogynecol J* (2012) 23:93–98

54.   Berrocal (2004) Conceptual advances in the surgical management of genital prolapse. The TVM technique emergence. *J Gynecol Obstet Biol Rerpod* 2004; 33: 577-587

55.   Bianchi et al (2011). Randomised trial ofTVT-0 and TVT-S for the treatment of stress urinary incontinence. *Int Urogynecol J* 2011;22(Suppl l):S62.

56.   Bianchi-Ferraro, A. Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomized controlled trial. Int Urogynecol J (2012)

57.   Black, N.A. (1996) The effectiveness of surgery for stress incontinence in women: a systematic review. *British Journal of Urology* (1996) 78, 497-510

58.   Brubaker, L. (2012) 5-year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. *J Uro* (2012) Vol. 187, 1324-1330

59.   Brubaker, L.(2011) Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study. *Am J Obstet Gynecol* 2011;205:498.e1-6

60.   Burger (2004) Long-term Follow-up of a Randomized Controlled Trial of Suture Versus Mesh Repair of Incisional Hernia

61.   But & Faganelj (2008) Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. *Int Urogynecol J Pelvic Floor Dysfunct* 2008;19:857-861.

62.   Campeau (2007) et al. A multicenter, prospective, randomized clinical trial comparing tension-free vaginal tape surgery and no treatment for the management of stress urinary incontinence in elderly women. *Neurourol Urodyn* 2007;26:990-994.

63. Caquant, F. (2008) Safety of Trans Vaginal Mesh procedure: Retrospective study of 684 patients. J. Obstet Gynaecol Res. Vol. 34, No. 4: 449-456

64. Carey 2009. Vaginal Repair with Mesh v. Colporrhaphy for Prolapse. A Randomized Controlled Trial

65. Caruso et al (2007). Clitoral blood flow changes after surgery for stress urinary incontinence: pilot study on TVT Versus TOT procedures. *Urology* 2007;70:554- 557.

66. Cervigni et al (2006) Surgical correction of stress urinary incontinence associated with pelvic organ prolapse: Trans-obturator approach (Monarc) versus retropubic approach (TVT). *Neurourol Urodyn* 2006;25:552.

67. Chaliha (1999) Complications of surgery for genuine stress incontinence. British *Journal of Obstetrics and Gynaecology* December 1999, Vol106, pp. 1238-1245

68. Cheng, D. (2012) Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 161 (2012) 228–231

69. Choe et al (2005) Comparative study of tension-free vaginal tape (TVT) and suprapubic arc (SPARC) sling procedure for female stress urinary incontinence. *Int Urogynecol J Pelvic Floor Dysfunct* 2005;16:S68.

70. Cholhan, H. (2010) Dyspareunia association with paraurethral banding in the transobturator sling. *Am J Obstet Gynecol* 2010;202:481.e1-5.

71. Chughtai, B. (2013) Midurethral Sling Is the Dominant Procedure for Female Stress Urinary Incontinence: Analysis of Case Logs From Certifying American Urologists. *UROLOGY* 2013

72. Claerhout, F. (2009) Medium-Term Anatomic and Functional Results of Laparoscopic Sacrocolpopexy Beyond the Learning Curve. *European Urology* 55 1459 – 1468

73. Clave, A. (2010) Polyproplylene as a Reinforcement in Pelvic Surgery is Not Inert: Comparative Analysis of 100 Explants. *Int Urogynecol J* (2010) 21:261-270

74. Coady, D Chronic sexual pain: A layered guide to evaluation. *Contemporary OB/GYN*. September 2015

75. Collinet, P. (2008) The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. *Int Urogynecol J* (2008) 19:711–715

76. Colombo et al (2005) Randomized study to compare pereyra and TVT procedures for women with stress urinary incontinence and advanced urogenital prolapse. *Urogynaecol Int J* 2005;19:177-81.

77. Cornu, J. (2010) Midterm Prospective Evaluation of TVT-Secur Reveals High Failure Rate. *EUROPEAN UROLOGY* 58 (2010) 157 – 161

78. Cosson (2005) (ICS abstract). Retrospective study of 687 patients

79. Cox, A. (2013) Surgical management of female SUI: is there a gold standard? Nat. Rev. Urol. 10, 78–89 (2013)

80. Darai, E. (2007) Functional Results After the Suburethral Sling Procedure for Urinary Stress Incontinence: A Prospective Randomized Multicentre Study Comparing the Retropubic and Transobturator Routes. *EUROPEAN UROLOGY* 51 (2007) 795-802

81. daSilveira (2014) Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment. *Int Urogynecol J.* 09 September 2014 [Pop 184, 1 yr fu]

82. Dati et al. (2007) Prolift vs. Avaulta for Transvaginal Repair of Severe Pelvic Prolapse. *Urogynaecologia International Journal* Vol. 21 N-36,303-306,.2007

83. David-Montefiore et al (2007) Functional results and quality-of-life after bilateral sacrospinous ligament fixation for genital prolapse, *Eur. J. Obstet. Gynecol. Reprod. Biol.* 132(2):209-213

84. de Landsheere et al (2012)  Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 pateients with 3 years' median follow-up. *Am J Obstet Gynecol* 2012;206:83.e1-7

85. de Leval et al (2011) The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. *Int Urogynecol J* 2011;22:145-156.

86. de Oliveira et al (2007) Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. *Int Urogynecol J* 2007;18(Suppl l):S180-S181.

87. de Tayrac et al (2003) A prospective randomized study comparing TVT and transobturator suburethral tape (T.O.T.) for the surgical treatment of stress incontinence. ICS 2003:Abstract 344.

88. Debodinance, P. (2007) Trans-obturator urethral sling for the surgical correction of female stress urinary incontinence: Ouside-in (Monarc) versus inside-out (TVT-O)are the two ways reassuring? *European Journal of Obstetrics & Gynecology and Reproductive Biology* 133 (2007) 232-238

89. Deffieux et al (2010) Transobturator TVT-0 versus retro pubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. *Int Urogynecol J* 2010;21:1337-1345.

90.   DeLaval J. (2004) Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. *Eur Urol*. 2004, 44:724-730.

91.   Delorme et al (2004). Transobturator tape (Uratape): a new minimally-invasive procedure to treat female urinary incontinence. *Eur. Urol*. 45, 203-207 (2004)

92.   Denis (2004) Pelvic Organ Prolapse Treatment by the Vaginal Route Using a Vypro Composite Mesh: Preliminary Results About 106 Cases

93.   Dennerstein et al (2003) The menopause and sexual functioning: a review of the population-based studies, *Annu. Rev. Sex Res*. 14:64-82

94.   deTayrac, R. (2004) A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. *American Journal of Obstetrics and Gynecology* (2004) 190, 602e8

95.   Dietz, H. (2006) TVT vs Monarc: a comparative study. *Int Urogynecol J* (2006) 17: 566-569

96.   Dietz, H.P. (2003) Mechanical properties of urogynecologic implant materials. *Int Urogynecol J* (2003) 14: 239–243.

97.   Dietz & Maher (2013) Pelvic organ prolapse and sexual function. *Int Urogynecol* (2013) 24:1853-1857

98.   Dmochowski, R. (2010 & 2012) Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. *J Uro*, Vol. 183, 1906-1914, May 2010. Revised 2012 AUA SUI Guideline

99.   Doak-Kammerer, D. (1998) Osteitis pubis after Marshall-Marchetti -Krantz urethropexy: A pubic osteomyelitis. *Am J Obstet. Gynecol* Vol. 179, 586-590, September 1998

100.  Drahoradova et al (2004) Comparative development of quality of life between TVT and Burch colposuspension. *ICS* 2004:Abstract 278.

101.  Dwyer PL, Riss P. (2014) Carcinogenicity of implanted synthetic grafts and devices. *Int Urogynecol J*. 2014 May;25(5):567-8.

102.  El-Barky et al (2005)  Tension free vaginal tape versus Burch colposuspension for treatment of female urinary incontinence. *Int Ural Nephrol* 2005;37:277-281.

103.  El-Hefnawy et al (2010) TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? *Int Urogynecol J* 2010;21:947-953.

104.     Elmer (2009) Histological Inflammatory Response to Transvaginal Polypropylene Mesh for Pelvic Reconstructive Surgery *J Urol*. 2009 Mar;181(3):1189-95

105.     Elzevier, H. (2008) Female Sexual Function after Surgery for Stress Urinary Incontinence: Transobturator Suburethral Tape vs. Tension-Free Vaginal Tape Obturator. *J Sex Med* 2008;5:400-406

106.     Falconer C., et al. (2001) Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinence. *Int Urogynecol J* (2001) (Suppl 2):S19-S23.

107.     Fatton, B. (2007) Transvaginal repair of genital prolapsed: preliminary results of a new tension –free vaginal mesh (Prolift technique) – a case series multicentric study. *Int. Urogynecol J* 743-752.

108.     Feiner, B. (2008) Efficacy and safety of transvaginal mesh kits in the treatment of prolapsed of the vaginal apex: a systematic review. The Authors Journal compilation *BJOG an International Journal of Obstetrics and Gynaecology*.

109.     Finnegan, S. Clinical outcome of the first cases of the TVT secur in the UK: TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. (Abstract Only)

110.     Ford et al (2015) Full Cochran Review: Mid-urethral sling operations for SUI in women

111.     Ford et al (2015) Summary Cochrane Review Midurethral Slings (2015)

112.     Francis, W.J., Jeffcoate, T.N. (1961) Dyspareunia following vaginal operations, *J. Obstet. Gynaecol. Br. Commonw.* 68:1-10

113.     Freeman et al (2011) What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence-a multi-centre randomised controlled trial. *Int Urogynecol J* 2011;22:279-286.

114.     Friedman M. (2009) TVT-0 vs TVT-S: first randomized, prospective, comparative study of intraoperative complications, perioperative morbidity and one year postoperative results. *J Pelvic Med Surg* 2009;15:48.

115.     Fuentes AE. (2011) A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVT-0) in women with severe genital prolapse and occult stress incontinence: long term follow up. *Int Urogynecol J* 2011;22(Suppl l):S60-S61.

116.     Gandhi, S. (2006) TVT versus SPARC: comparison of outcomes for two midurethral tape prodecures. *Int Urogynecol J* (2006) 17: 125- 130

9

117.   Garcia-Porrua, C. (2000) Rapid response to intravenous corticosteroids in osteitis pubis after Marshall-Marchetti-Krantz urethropexy. *Rheumatology* 2000; 39:1048-1049

118.   Ghezzi, F. (2005) Impact of tension-free vaginal tape on sexual function: results of a prospective study. *Int Urogynecol J* (2005) 17: 54–59

119.   Glatt et al (1990) The prevalence of dyspareunia, *Obstet. Gynecol.* 75(3 Pt 1):433-436

120.   Glavind, K., et al. (2015) Incidence and treatment of postoperative voiding dysfunction after the tension-free vaginal tape procedure. *Int Urogynecol J* (2015) doi.10.1007/s00192-015-2756-z.

121.   Groutz, A. (2011) Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. *Journal of Women's Health*, Volume 20, Number 10, 2011 1525-1528

122.   Groutz, A. (2011) Ten-Year Subjective Outcome Results of the Retropubic Tension-Free Vaginal Tape for Treatment of Stress Urinary Incontinence. *Journal of Minimally Invasive Gynecology* (2011) 18, 726–729

123.   Guerrero et al (2010) A randomised controlled trial comparing TVT'M, Pelvicol™ and autologous fascia I slings for the treatment of stress urinary incontinence in women. *BJOG* 2010;117:1493-1502.

124.   Haase, P., Skibsted, L. (1988) Influence of operations for stress incontinence and/or genital descensus on sexual life, *Acta Obstet. Gynecol. Scand.* 67(7):659-661

125.   Hagen & Start (2011) Conservative prevention and management of pelvic organ prolapse in women. *Cochrane Database Syst Rev.* 2011 Dec 7;(12):CD003882

126.   Halaska et al (2012) A multicenter randomized prospective controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. *Am J Obstet Gynecol* 2012; 207:301.e1-7

127.   Hamer M. et al (2011) Short-term results of a prospective randomized evaluator blinded multicenter study comparing TVT and TVT-Secur. *Int Uragynecol J Pelvic Floor Dysfunct* 2011; 22:781-787

128.   Hamer, M. (2013) One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. *Int Urogynecol J* (2013) 24:223–229

129.   Han, Ji-Yeon. (2012) Efficacy of TVT-Secur and factors affecting cure of female stress urinary incontinence: 3-year follow-up. *Int Urogynecol J* (2012) 23:1721–1726

130. Handa et al (2003-2004) Progression and remission of pelvic organ prolapse: A longitudinal study of menopausal women. *Am J. Obstet Gynecol* (2004) 190, 27-32

131. Handa et al (2004) Sexual function among women with urinary incontinence and pelvic organ prolapse. *Am J Obstet Gynecol* (2004) 191, 751-6

132. Handa et al (2007) Sexual function before and after sacrocolpopexy for pelvic organ prolapse, *Am. J. Obstet. Gynecol.* 197(6):e1-629-e6

133. Handa et al (1996) Banked Human Fascia Lata for the Suburethral Sling Procedure: A Preliminary Report. *Obstet Gynecol.* 1996 (Dec)

134. Haylen et al An International Urogynecological Association (IUGA)/International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prosthese (meshes, implants, tapes) and grafts in female pelvic floor surgery. *Neurourol Urodyn* 2011 Jan; 30(1):2-12

135. Heinonen, P. (2012) Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. *International Journal of Urology* (2012) 19, 1003– 1009

136. Hellberg, D. (2007) The very obese woman and the very old woman: tensionfree vaginal tape for the treatment of stress urinary incontinence. *Int Urogynecol J* (2007) 18:423–429

137. Hendrix et al (2002) Pelvic organ prolapse in the Women's Health Initiative: gravity and gravidity. *Am J Obstet Gynecol.* 2002 Jun;186(6):1160-6

138. Higgs et al (2005) Abdominal sacral colpopexy: an independent prospective long-term follow-up study, *Aust. N. Z. J. Obstet. Gynaecol.* 45(5):430-434

139. Hiltunen, R. (2007) Low-Weight Polypropylene Mesh for Anterior Vaginal Wall Prolapse. Vol. 110, No. 2, Part 2, August 2007 *ACOG* pgs 455 – 462 ETH-60188 – 60195

140. Hinoul P, et al (2009) TVT obturator system versus TVT Secur: a randomized controlled trial, short term results. *Int Uragynecol J Pelvic Floor Dysfunct* 2009;20:S213.

141. Hinoul P, et al. (2011) A randomized, controlled trial comparing an innovative single incision sling with an established transobturator sling to treat female stress urinary incontinence. *J Ural* 2011;185:1356-1362.

142. Hinoul, P. (2007) Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). *Int Urogynecol J* (2007) 18:1201–1206

143. Hinoul, P. (2009) Surgical management of urinary stress incontinence in women: A historical and clinical overview. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 145 (2009) 219-225

144. Hinoul, P. (2011) A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence. *J Urology* (April 2011) Vol. 185, 1356-1362,

145. Hinoul, P. (2011) An anatomic comparison of the original versus a modified inside-out transobturator procedure. *Int Urogynecol J* (2011) 22:997–1004

146. Holley et al (1996) Sexual function after sacrospinous ligament fixation for vaginal vault prolapse, *J. Reprod. Med.* 41(5):355-358

147. Holmgren (2006) Quality of life after Tension-free Vaginal Tape surgery for female stress incontinence

148. Holmgren, C. (2005). Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence. *Obstetrics & Gnecology*, VOL. 106, NO. 1, JULY 2005, 38-43

149. Holmgren, C. (2007) Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence – A long-term follow-up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 132 (2007) 121-125

150. Horbach NS et al. (1998) A Suburethral Sling procedure with polytetrflurorethylene for the Treatment of Genuine Stress Incontinence in patients with Low Urethral Closure Pressure. *Obstet Gynecol.* 1988: 71:

151. Hota et al. (2010) TVT-secur (Hammock) versus TVT-obturator: a randomized trial of suburethral sling operative procedures. *Female Pelvic Med Reconstr Surg* 2010;16:S87.

152. Hota, L. (2012) TVT-Secur (Hammock) Versus TVT-Obturator: Randomized Trial of Suburethral Sling OperativeProcedures. *Female Pelvic Medicin and Reconstructive Surgery* (Jan/ Fed 2012) 18:1, p. 41-45

153. Houwert et al (2009). TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparative study. *Int Uragynecol J Pelvic Floor Dysfunct* 2009;20:1327-1333.

154. Hwang, E. (2012) Predictive factors that influence treatment outcomes of innovative single incision sling: comparing TVT-Secur to an established transobturator sling for female stress urinary incontinence. *Int Urogynecol J* (2012) 23:907–912

155. Iglesia, C., et al. (2010)  Vaginal Mesh for Prolapse: A Randomized Controlled Trial *Obstet Gynecol.* 2010 Aug;116(2 Pt 1):293-303.

156.    Iglesia, C.B. (1997). The Use of Mesh in Gynecologic Surgery *Int Urogynecol J Pelvic Floor Dysfunct.* 1997;8(2):105-15

157.    Jacquetin & Cosson (2009)[Pop 2,078] Complications of vaginal mesh: our experience. *Int Urogynecol J* (2009) 20:893-896

158.    Jacquetin, B. (2010) Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapsed: a 3-year prospective follow-up study. *Int Urogynecol J* 21:1455-1462

159.    Jacquetin, et al. (2006) (abstract 291)  Prospective Clinical Assessment of the Trans Vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - One Year Results of 175 Patients

160.    Jacquetin et al (2013) Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 5 year prospective follow up study. *Int Urogynecol J.* 06 April 2013

161.    Jarmy-Di Bella et al (2009) Randomised trial of TVT-0 and TVT-S for the treatment of stress urinary incontinence. preliminary study. *Int Uragynecol J* 2009;20:S176-S7.

162.    Jelovsek JE et al (2008). Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. *BJOG* 2008;115:219-225; discussion 225.

163.    Jones & Harmanli (2010) Pessary Use in Pelvic Organ Prolapse and Urinary Incontinence.  *Rev Obstet Gynecol.* 2010 Winter; 3(1): 3–9.

164.    Jonsson Funk et al (2013) Sling revision/removal for mesh erosion and urinary retention: long term risk and predictors. *Am J Obstet Gynecol* 2013; 208:73.31-7

165.    Juang C-M et al (2007) Efficacy analysis oftrans-obturator tension-free vaginal tape (TVT-0) plus modified lngelman-Sundberg procedure versus TVT-0 alone in the treatment of mixed urinary incontinence: a randomized study. *Eur Ural* 2007;51:1671-1678; discussion 1679.

166.    Jung HC et al (2007) Three-year outcomes of the IRIS procedure for treatment of female stress urinary incontinence: comparison with TVT procedure. *Eur Ural Suppl* 2007;6:231.

167.    Kaelin-Gambirasio, I. (2009) Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. *BMC Women's Health* 2009, 9:28,

168.    Kahn, M.A., Stanton, S.L. (1997) Posterior colporrhaphy: its effects on bowel and sexual function, *Br. J. Obstet. Gynaeco*l. 104(1):82-86

169.    Kaplan, S. (1996) Comparison of fascial and vaginal wall slings in the management of intrinsic sphincter deficiency. *Urology* 47 (1996) 885-889

170. Karateke et al (2009). Comparison ofTVT and TVT-0 in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomized study. *Australian NZ J Obstet Gynaecol* 2009;49:99-105.

171. Karram & Maher (2013) Surgery for posterior vaginal wall prolapse *Int Urogynecol J* (2013) 24: 1835-1841

172. Karram, M. (2003) Complications and Untoward Effects of the Tension-Free Vaginal Tape Procedure. *The American College of Obstetricians and Gynecologists* (2003) Vol. 101, No. 5, Part 1

173. Kim (2010) Randomized Comparative Study of the U-and H-type Approaches of the TVT-Secur Procedure for the Treatment of Female Stress Urinary Incontinence: One Year Follow-Up. *Korean J Urol* 2010;51:250-256

174. Kim D, Jang HC. (2010) Randomized control study of Monarc® vs. tension-free vaginal tape obturator (TVT-0®) in the treatment of female urinary incontinence in: comparison of medium term cure rate. *Int Uragynecol J* 2010;21(Suppl l):S319-S20.

175. Kim et al (2004) Comparisons of IRIS, TVT and SPARC procedure for stress urinary incontinence. *Eur Ural Suppl* 2004;3:80.

176. Kim et al (2009) Comparison of the efficacy ofTVT and TVT-0 on the overactive bladder symptoms in women with stress urinary incontinence. *J Ural Suppl* 2009;181:560.

177. King AB, et al: Is there an association between polypropylene midurethral slings and malignancy? *Urology* 2014;789-92

178. Kjohede, P. (2005) Long-term Efficacy of Burch Colposuspension: A 14-year Follow-up Study. *Acta Obstet Gynecol Scand* 2005; 84: 767–772.

179. Klinge, U. (2007) Demands and Properties of the Alloplastic Implants for the Treatment of Stress Urinary Incontinence. *Expert Rev. Med. Devices* 4(3), 349–359 (2007)

180. Klinge, U. (2010) Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. *Hernia Repair Sequelae*, Ch. 56, 440-444

181. Kocjancic (2008) et al. Tension free vaginal tape vs. trans obturator tape: is there any difference in the mixed incontinence patients? Results of a multicentre randomised trial. *Eur Ural Suppl* 2008;7:123.

182. Koelbl et al (2002) Burch colposuspension and TVT: Perioperative results of a prospective randomized trial in patients with genuine stress incontinence. *Neuraural Uradyn* 2002;21:327.

14

183. Kolle, D. (2005) Bleeding Complications With The Tension-Free Vaginal Tape Operation. *American Journal of Obstetrics and Gynecology* (2005) 193. 2045-9

184. Kondo et al (2006) Efficacy, safety and hospital costs of tension-free vaginal tape and pubovaginal sling in the surgical treatment of stress incontinence. *J Obstet Gynaecol Res* 2006;32:539-544.

185. Krofta et al (2010) TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. *Int Uragynecol J* 2010;21:141-148.

186. Krofta, L. (2010) TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. *Int Urogynecol J* (2010) 21:779–785

187. Kulseng-Hanssen, S. (2008) Follow-up of TVT Operations in 1,113 women with mixed urinary incontinence at 7 and 38 months. *Int Urogynecol J* (2008) 19:391–396

188. Labrie, J (2013) Surgery versus Physiotherapy for Stress Urinary Incontinence. *N Engl J Med* (2013) 369:12, 1124-33.

189. Lane (1962) Repair of posthysterectomy vaginal-vault prolapse-mesh *Obstetrics and Gynecology*. Vol 20 No1 July 1962

190. Lapitan 2012 Cochrane Review - Open retropubic colposuspension for urinary incontinence in women

191. Latthe, P. (2007) Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. *BJOG* 2007;114:522–531.

192. Latthe, P. (2009) Two routes of transobturator tape procedure in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials. *BJUI* (2009) 106 , 68 – 76

193. Laurikainen E. (2007) TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. *Obstet Gynecol 2007*; 109:4-11

194. Laurikainen et al (2011) Retropubic TVT compared with transobturator TVT (TVT-0) in treatment of stress urinary incontinence: five-year results of a randomized trial. *Neuraural Uradyn* 2011;30:803-805.

195. Laurikainen, E. (2007) Retropubic Compared With Transobturator Tape Placement in Treatment of Urinary Incontinence. *J Obstet Gynecol* 2007;109:4-11

15

196.    Laurikainen, E. (2014) Five-Year Results of a Randomized Trial comparing retropubic and Transobturator Miduretral sling for Stress Incontinence. *European Urology* (2014)

197.    Lee et al (2008) Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. *Int Uragynecol J Pelvic Floor Dysfunct* 2008;19:577-582.

198.    Lee K et al (2007) A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year followup. *J Ural* 2007;177:214-218.

199.    Lee, Kyu-Sung. (2010) A Prospective Multicenter Randomized Comparative Study Between the U-and H-type Methods of the TVT Secur Procedure for the Treatment of Female Stress Urinary Incontinence: 1-Year Follow-up. *EUROPEAN UROLOGY* 57 (2010) 973-979

200.    Lemack et al (2008) Normal preoperative urodynamic testing does not predict voiding dysfunction after Burch colposuspension versus pubovaginal sling. *The Journal of Urology.* 2008; 180(5):2076-2080

201.    Leval, J. (2011) The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. *Int Urogynecol J* (2011) 22:145–156

202.    Liapis (2010) Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 148 (2010) 199-201

203.    Liapis et al (2002) colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. *Eur Ural* 2002;41:469-473.

204.    Liapis et al (2006) Tension-free vaginal tape for elderly women with stress urinary incontinence. *Int J Gynaecol Obstet* 2006;92:4851.

205.    Liapis et al (2008) Monarc vs TVT-0 for the treatment of primary stress incontinence: a randomized study. *Int Uragynecol J Pelvic Floor Dysfunct* 2008;19:185-190.

206.    Liapis, A. (2006) Tension-Free Vaginal Tape versus Tension-Free Vaginal Tape Obturator in Women with Stress Urinary Incontinence. *Gynecol Obstet Invest* 2006;62:160-164

207.    Liapis, A. (2008) Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. *Int Urogynecol J* (2008) 19:1509–1512

208. Lim et al (2005) Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial. *Australian NZ J Obstet Gynaecol* 2005;45:52-59.

209. Lim, J. (2010) Short-term clinical and quality-of-life outcomes in women treated by the TVT-Secur procedure. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 2010; 50: 168–172

210. Lim, J.L. (2006) Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. *BJOG* 2006;113:1315–1320.

211. Lleberia, J. (2011) Surgical Treatment of Mixed Urinary Incontinence: effect of anterior colpoplasty. *Int Urogynecol J* (2011) 22:1025–1030

212. Long Lin, A. (2005) In Vivo Tension Sustained By Fascial Sling in Pubovaginal Sling Surgery for Female Stress Urinary Incontinence. *J Urology* (March 2005) Vol. 173, 894–897

213. Long, C-L., et al. (2011) Comparision of clinical outcome and urodynamic findings using "Perigee and/or Apogee" versus "Prolift anterior and/or posterior" system devices for the treatment of pelvic organ prolapse. *Int Urogynecol J* (2011) 22:233-239.

214. Lord et al (2006). A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and supra pubic urethral support sling for treating stress incontinence. *BJU Int* 2006;98:367-376.

215. Lowman et al (2008) Does the Prolift system cause dyspareunia?, *Am. J. Obstet. Gynecol.* 199(6):707-712

216. Luber KM. (2004) The Definition, Prevalence, and Risk Factors for Stress Urinary Incontinence. *Rev Urol.* 2004;6(suppl 3): S3-S9.

217. Lucente et al (2004) A clinical assessment of GYNEMESH PS for the repair of pelvic organ prolapse (POP), *Journal of Pelvic Medicine & Surgery*, vol. 10, p. S35, 2004

218. Luijendijk, (2000) A Comparison of Suture Repair with Mesh Repair for Incisional Hernia *N Engl J Med.* 2000 Aug 10;343(6):392-8.

219. Maaita, M. (2002) Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. *BJU International* (2002), 90, 540–543

220. Magno-Azevedo, V. (2013) Single Incision Slings: Is There a Role?. *Curr Bladder Dysfunct Rep* (2013) 8:19–24

221. Maher et al (2004). Laparoscopic colposuspension or tension-free vaginal tape for recurrent stress urinary incontinence and/or intrinsic sphincter deficiency-a randomised controlled trial. *Neurourol Urodyn* 2004;23:433-434.

222. Maher et al (2013) Cochrane Review Surgical management of pelvic organ prolapse in women

223. Maher et al (2016) Cochrane Review: Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse

224. Maher et al (2016) Summary Cochrane Review: Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse

225. Maher, C. (2008) Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurology and Urodynamics 27:3-12

226. Maher, C.F., et al (2004) Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: a prospective randomized study, *Am. J. Obstet. Gynecol.* 190(1):20-26

227. Marguilies, R. (2008) SGS Papers – Complications requiring reoperation following vaginal mesh kit procedures for prolapsed. *Amer J of Obstet & Gynecol*

228. Martan, A. (2007) TVT SECUR System - Tension-free Support of the Urethra in Women Suffering from Stress Urinary Incontinence - Technique and Initial Experience. *Ces. Gynek.* 72, 2007, C. 1 s.42-49

229. Masata J et al (2011) Randomized prospective trial of a comparison of the efficacy of TVT-O and TVT secur system in the treatment of stress urinary incontinent women - comparison of the long- and short-term results. *Neurourol Urodyn* 2011;30:805-806.

230. Masata, J. (2012) Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT SECUR systems in the treatment of SUI women - 2-year follow-up. *Int Urogynecol J* (2012) 23: 1403-1412

231. McLennan, M. (2012) Bladder Perforation During Tension-Free Vaginal Tape Procedures: Abdominal versus Vaginal Approach. *Female Pelvic Medicine & Reconstructive Surgery*, Volume 18, Number 1, January/February 2012

232. Menefee, S. (2011) Colporrhaphy Compared with Mesh or Graft-Reinforced Vaginal Paravaginal Repair for Anterior Vaginal Wall Prolapsel., Vol. 118, No. 6, Dec. 2011 *Obstet 7 Gynecol* pgs 1337-1344

233. Meschia et al (2004) randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. *Am J Obstet Gynecol* 2004;190:609-6713.

234. Meschia et al (2006) Tension-free vaginal tape (TVT) and intravaginal slingplasty (IVS) for stress urinary incontinence: a multi center randomized trial. *Am J Obstet Gynecol* 2006;195:1338-1342.

18

235.  Meschia et al (2007) A multi center randomized comparison of tension-free vaginal tape (TVT) and trans-obturator in-out technique (TVT-0) for the treatment of stress urinary incontinence: one year results. *Int Urogynecol J* 2007;18(Suppl I):S2.

236.  Meschia, M. (2007) Tension-free vaginal tape: analysis of risk factors for failures. *Int Urogynecol J* (2007) 18:419–422

237.  Meschia, M. (2009) TVT-Secur: A Minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial. *Int Urogynecol J* (2009) 20:313–317

238.  Migliari & Usai (1999) Treatment Results Using a Mixed Fiber Mesh In Patients with Grade IV Cystocele *J Urol* Vol 161, 1255-1258

239.  Migliari et al (2000) Tension-Free Vaginal Mesh Repair for Anterior Vaginal Wall Prolapse. Eur Urol 2000; 38:151-155

240.  Milani et al (2011) Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1-year outcomes. *Am J Obstet Gynecol* 2011;204:74.e1-8.

241.  Miller, D. (2011) Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse – 5 year results. *Female Pelvic Med & Reconstruc Surgery* Vol. 17, Number 3, May/June 2011 pgs 139 – 143

242.  Mirosh & Epp (2005) TVT vs laparoscopic Burch colposuspension for the treatment of stress urinary incontinence. *JCS* 2005:Abstract 640.

243.  Moalli et al (2014) Polypropylene mesh: eveidence for lack of carcinogenicity. *Int Urogynecol J*. 2014 May; 25(5): 573-6

244.  Moalli, P. (2008) Tensile properties of file commonly use mid-urethral slings relative to the TVT. *Int Urogynecol J* (2008) 19:655 663

245.  Moore, R.D., et al (2009) Vaginal mesh kits for pelvic organ prolapse, friend or foe: a comprehensive review. *The Scientific World Journal* (2009) 9:163-189.

246.  Morgan, JE. (1985) The Marlex sling operation for the treatment of recurrent stress urinary incontinence: A 16-year review. *AM J OBSTET GYNECOL* 1985;151 :224·7

247.  Morrissey et al (2015) Botulinum Toxin A Injections Into Pelvic Floor Muscles Under Electomyographic Guidance for Women With Refractory High-Tone Pelvic Floor Dysfunction: A 6-Month Prospective Pilot Study. *Female Pelvic Med Reconstr Surg*. 2015 Sep-Oct; 21(5):277-82

248. Mostafa et al (2011) A multicentre randomised trial of single-incision mini-sling (Ajust) and tension-free vaginal tape-obturator (TVT-0 ™) in management of female stress urinary incontinence. *Neurourol Urodyn* 2011;30:806-8.

249. Murphy, M. (2011) Time to rethink: an evidence-based response from pelvic surgeons to the FDA Safety Communication: "Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse." *Int Urogynecol J*

250. Nager, C. A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. *n engl j med* 366;21

251. Naumann et al (2006) Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery. *Int Urogynecol J* 2006;17(Suppl 2):S94-S95.

252. Nerli et al (2009) Transobturator vaginal tape in comparison to tensionfree vaginal tape: A prospective trial with a minimum 12 months follow-up. *Indian J Urol* 2009;25:321-325.

253. Neuman, M. (2004) Post Tension-free Vaginal Tape Voiding Difficulties. *Journal of Pelvic Medicine and Surgery* • Volume 10, Number 1, January/February 2004

254. Neuman, M. (2006) TVT and TVT-Obturator: Comparison of Two Operative Procedures. *Int Urogynecol J* (2006) 17 (Supp. 2) S101-152

255. Neuman, M. (2011) Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence: Early Postoperative Pain and 3-Year Follow-up. *Journal of Minimally Invasive Gynecology* (2011) 18, 769–773

256. Nguyen JN, et al. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants. *Obstet Gynecol.* 2012;119:539–546

257. Nguyen, J. (2008) Outcome after anterior vaginal prolapsed repair, A randomized controlled trial. Vol 111, No. 4, April 2008 *Obstetrics & Gynecology* pgs 891-898

258. Nieminen, K. (2008) Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. *Int Urogynecol J* (2008) 19:1611 – 1616

259. Nieminen, K. (2010) Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up. Sept 2010 *Amer J of Obstet & Gynecol*

260. Nicita (1998) A new operation for genitourinary prolapse *J Urology.* Vol 160 741-745, Sept 1998

261. Nilsson C (1998) The tension-free vaginal tape procedure ITVT) for treatment of femal urinary incontinence: A minial invasive procedure. *Acta Obstet Gynecol Scand*, 168, 34-37.

262. Nilsson C. (2015) Creating a gold standard surgical procedure. The development and implementation of TVT (Ulf Ulmsten Memorial Lecture 2014). *Int Urogynecol J* DOI 10.1007/s00192-014-2616-2

263. Nilsson et al (2001) Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Stress Urinary Incontinence. *Int Urogynecol J* (2001) (Suppl 2):S5-S8.

264. Nilsson, C (2008) Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. *Int Urogynecol J* (2008) 19: 1043-1047

265. Nilsson, C. (2004) Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. *Obstet Gynecol* (2004) 104, 1259-1262

266. Nilsson, C.(2013). Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. *Int Urogynecol J.* 2013;24(8):1265-9

267. Nitti, V. (2002) Early Results of Pubovaginal Sling Lysis by Midline Sling Incision. (Abstract) *Urology* 59: 47-52, 2002

268. North, C., et al. (2010) A 2-year observational study to determine the efficacy of a novel single incision sling procedure (Minitape) for female stress urinary incontinence. *BJOG* 2010; 117:356-360.

269. Novara, G. (2008) Complication Rates of Tension-Free Midurethral Slings in the Treatment of Female Stress Urinary Incontinence: A Systematic Review and Meta-Analysis of Randomized Controlled Trials Comparing Tension-Free Midurethral Tapes to Other Surgical Procedures and Different Devices. *European Urology* 53 (2008) 288-309

270. Novara, G. (2010) Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. *European Urology* 58 (2010) 218238

271. Ogah, C. (2009) Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women (Review). The Cochrane Library 2009, Issue 4

272. Ogah, J. (2011) Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women: A Short Version Cochrane Review. *Neurology and Urodynamics* 30:284-291 (2011)

273.    Oliveira, LM. (2006) IUGA Abs. 354 Comparison of Retro Pubic TVT, Pre Pubic TVT and TVT Transobturator in Surgical Treatment of Women with Stress Urinary Incontinence. *Int Urogynecol* J (2006) 17 (Suppl. 2): S253

274.    Oliveira, R. (2011) Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT_Secur, and Mini-Arc: Results at 12-month Follow-up. *EurUrol* (2011),doi:10.1016/j.eururo.2011.01.018

275.    Oliveira, R. Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. *BJU International* 104, 225–228

276.    Olsen et al (1997) Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. *Obstet Gynecol.* Apr 1997;89(4):501-6.

277.    Olsson, I. (2010) Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. *Int Urogynecol J* (2010) 21:679–683

278.    Ozel, B., White, T., Urwitz-Lane, R., Minaglia, S. (2005) The impact of pelvic organ prolapse on sexual function in women with urinary incontinence, *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 17(1):14-17

279.    Paiva et al (2010) A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. *Int Urogynecol J* 2010;21:1049-1055.

280.    Palobma, S. (2012) A randomized controlled trial comparing three vaginal kits of single-incision mini-slings for stress urinary incontinence: surgical data. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 163 (2012) 108–112

281.    Palva, K. et al (2010) A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. *Int Urogynecol J* (2010) 21:1049-1055

282.    Papa Petros PE, Ulmsten UI.(1990)  An Integral Theory of Female Urinary Incontinence. *Acta Obstetricia et Gynecologica Scandinavica.* 1990 (69): 7-31.

283.    Paraiso et al (2004) Laparoscopic Burch colposuspension versus tensionfree vaginal tape: a randomized trial. *Obstet Gynecol* 2004;104:1249-1258.

284.    Parker & Phillips (1993) Repair of rectocele using Marlex mesh.  *Ann R Coll Surg Engl.* 1993 May; 75(3): 193–194.

285.    Pauls et al (2007) Sexual function after vaginal surgery for pelvic organ prolapse and urinary incontinence. *Am J Obstet Gynecol.* 2007 Dec;197(6):622.e1-

286.    Petros P. (2014) Creating a gold standard device. Scientific discoveries leading to TVT and beyond (Ulf Ulmsten Memorial Lecture 2014). *Int Urogynecol J* DOI 10.1007/s00192-015-2639-3

287.    Petros P., Ulmsten,U. (1990) An integral theory of female urinary incontinence Experimental and clinical considerations *Acta Obstet Gynecol Scan* 1990; 69 Suppl 153 7-31

288.    Petros P., Ulmsten,U. (1993) An integral theory and its method for the diagnosis and management of female urinary incontinence. *Scand J Urol Nephral Suppl*. No. 153, 1993.

289.    Petrou et al (1999). Suprameatal Transvaginal Urethrolysis. *The Journal of Urology*. 1999; (161): 1268-1271

290.    Porena et al (2007) Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial. *Eur Urol* 2007;52:1481-1490.

291.    Rechberg, T. (2003) A randomized comparison between monofilament and multifilament tapes for stress incontinencesurgery. *Int Urogynecol J* (2003) 14: 432–436

292.    Rechberger, T. (1998) Role of fascial collagen in stress urinary incontienence. Am J Obstet Gynecol (1998) 1511-1514

293.    Resende et al (2011) Mid-ferm follow-up of a randomized trial comparing TVT-O™, TVT-Secur™ and Mini-Arc™. *Eur Ural Suppl* 2011;10:244.

294.    Rezapour M., et al. (2001) Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. *Int Urogynecol J* (2001) (Suppl 2):S12-S14.

295.    Rezapour M., Ulmsten, U. (2001) Tension-Free Vaginal Tape (TVT) in Women with Mixes Urinary Incontinence - A Long-Term Follow-up. *Int Urogynecol J* (2001) (Suppl 2):S15-S18.

296.    Rezapour M., Ulmsten, U. (2001) Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow Up. *Int Urogynecol J* (2001) (Suppl 2):S9-S11.

297.    Rezapour, M., et al. (2001) Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. *Int Urogynecol J* (2001) (Suppl 2):S12-S14.

298.    Richter et al (2012) Patient Related Factors Associated with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. *J. Urology*. Vol 188, 485-489, August 2012

299.   Richter HE et al (2010) Retropubic versus transobturator midurethral slings for stress incontinence. *N Eng J Med* 2010;362:2066-2076.

300.   Richter HE et al. (2001) Effects of pubovaginal sling procedure on patients with urethral hypermobility and intrinsic sphincteric deficiency: Would they do it again? *Am J Obstet Gynecol* 2001;184:14-9.

301.   Rinne, K. (2008) A randomized trial comparing TVT with TVT-O: 12-month results. *Int Urogynecol J* (2008) 19:1049 1054

302.   Riva et al (2006) T.V.T. versus T.O.T: a randomized study at 1-year follow-up. Int Urogynecol J 2006;17(Suppl 2):S93.

303.   Ross et al (2011) Surgical management of stress urinary incontinence in women: safety, effectiveness and cost-utility of trans-obturator tape (TOT) versus tension-free vaginal tape (TVT) five years after a randomized surgical trial. *BMC Women's Health* 2011;11:34.

304.   Sayer T, Lim J, Gauld JM et al. 'Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device.' *Int Urogynecol J.* 2011 Dec 6. [Epub ahead of print]

305.   Scheiner et al (2009) Retropubic TVT vs transobturator outside-in TOT and inside-out TVT-0: one-year results from our prospective randomized study. *Neurourol Urodyn* 2009;28:585-586.

306.   Schierlitz et al (2010) A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans-obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISO): the three year follow up. *Int Urogynecol J* 2010;21(Suppl l):Sl-S2.

307.   Schierlitz L, et al (2010) A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (tvt) in women with severe genital prolapse and occult stress incontinence: long term follow up. *Int Urogynecol J* 2010;21(Suppl l):S2-S3.

308.   Schimpf, MO et al.  Sling surgery for stress urinary incontinence in women: a systematic review and meta analysis: *Am J Obstet Gynecol,* 2014 211:71.e1-27.

309.   Schiotz, H. Ten-year follow-up after conservative treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:911–915

310.   Seo JH et al (2011) Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. *Neurourol Urodyn* 2011;30:832.

311. Serati et al (2013) TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects and Prognostic Factors at 5 Year Follow-up. *European Urology* 63 (2013) 872-878

312. Serati, M. (2012) Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up. *European Urology* 61 (2012) 939 – 946

313. Shah, S. (2005) Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? *UROLOGY* 65: 270–274, 2005

314. Sharifiaghdas F, Martazavi N. (2008) Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. *Med Prine Pract* 2008;17:209-214.

315. Sharp et al (2013) Assessment of Asymptomatic Microscopic Hematuria in Adults *American Family Physician* Vol 88 No 1 Dec 1, 2013

316. Shek, K., et al (2008) Perigee versus anterior prolift in the treatment of cystocele. *Int Urogynecol J* (2008) 19(1):S88-S89.

317. Sinclair AJ and Ramsay IN: The psychosocial impact of urinary incontinence in women. *The Obstetrician and Gynecologist* 2011;13:143-148

318. Sobhgol, S.S., Charndabee, S.M.A. (2007) Rate and related factors of dyspareunia in reproductive age women: a cross-sectional study, *Int. J. Impot. Res.* 19(1):88-94

319. Sokol et al (2012) One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. *Am J Obstet Gynecol* 2012; 206: 86.e1-9 (fup to Iglesia 2010)

320. Stanford, E. A Comprehensive Review of Suburethral Sling Procedure Complications. Journal of Minimally Invasive Gynecology (2008) IS, 132- 145 © 2008

321. Sung, V. (2008) Graft Use in Transvaginal Pelvic Organ Prolapse Repair A Systematic Review. Vol. 112, No. 5, Nov. 2008 *Obstetrics & Gynecol* pgs 1131 – 1142

322. Svabik et al (2014) Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial *Ultrasound Obstet Gynecol* 2014

323. Svenningsen (2013) Long-term follow-up of the retropubic tension-free vaginal tape procedure. *Int Urogynecol J.* 2013 Aug;24(8):1271-8

324.  Svenningsen, R. (2013) [Pop 810, 10 yr fu] Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal tape Procedure. *Nueurology and Urodynamics* DOI 10.10002/nau, 1-7 (2013)

325.  Tamussino et al (2008) TVT vs. TVT-0 for primary stress incontinence: a randomized clinical trial. *Int Urogynecol J* 2008;19(Suppl l):S20-S21.

326.  Tamussino, K. (2007) Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. *Am J Obstet Gynecol* 2007;197:634.e1-634.e5.

327.  Tang, X. (2013) Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. *Journal of Minimally Invasive Gynecology* (2013) 20, 455–459

328.  Tellez Martinez-Fornes M et al (2009) A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. *Actas Ural Esp* 2009;33: 1088-1096.

329.  Teo R et al (2011) Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. *J Urol* 2011;185:1350-1355.

330.  Tincello et al (2009) Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1). *BJOG* 2009;116:1809-1814.

331.  Tincello. (2011) The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. *J Urology* (2011) Vol. 186, 2310-2315

332.  Tommaselli, G. (2010) Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. *Int Urogynecol J* (2010) 21:1211–1217

333.  Tommaselli, G. (2012) Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence: a 12-months preliminary study. *International Journal of Gynecology & Obstetrics* 119S3 (2012) S261–S530

334.  Tommaselli, G. (2012) Efficacy of a modified technique for TVT-O positioning: a twelvemonth, randomized, single-blind, multicenter, non-inferiority study. *Eur J Obstet Gynecol* (2012)

335.  Tommaselli, G. (2012) TVT-Secur for the treatment of female stress urinary incontinence: a 24-month follow-up retrospective study. *Arch Gynecol Obstet* (2012) 286:415–421

336.  Tommaselli, G. (2013) Tension-Free Vaginal Tape-O and –Secur for the Treatment of Stress Urinary Incontinence: A Thirty-Six-Month Follow-up Single-blind, Double-arm, randomized study. *Journal of Minimally Invasive Gynecology* (2013) 20, 198–204

337.  Tommaselli, G. (2015) Medium-term and long-term outcomes following placement of midurethral slings for SUI: a systematic review and metaanalysis. *Int Urol J* DOI 10.1007/s00192-015-2645-5 (2015)

338.  Trabuco EC, et al (2009) Medium-term comparison of continence rates after rectus fascia or midurethral sling placement.*AJOG* (2009).

339.  Trabuco EC, et al. (2014) A randomized comparison of incontinence procedures performed concomitantly with abdominal sacral colpopexy: the burch vesus mid-urethral sling trial. *Int Urogynecol J* (2014) 25 (Suppl 1); S1-S240

340.  Trabuco EC, et al. (2014) Midurethral Slings for the Treatment of Stress Urinary Incontinence: Long Term Follow up. *Obstetrics & Gynecology: American College of Obstetricians and Gynecologists*, Vol. 123, No. 5 (Supplement), May 2014.

341.  Tseng LH et al (2005) Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. *Int Urogynecol J Pelvic Floor Dysfunct* 2005;16:230-235.

342.  Ulmsten, U. (1999) A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. *British Journal of Obstetrics and Gyneccology* April 1999, Vol 106, pp. 345-350

343.  Ulmsten, U. (2001) An Introduction to Tension Free Vaginal Tape (TVT) - A New Surgical Procedure for Treatment of Female Urinary Incontinence. *Int Urogynecol J* (2001) (Suppl 2):S3-S4

344.  Ulmsten, U. (2001) The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. *Urologe* [A] 2001 - 40:269-273.

345.  Ulmsten, U., et al. (1987) Different biochemical composition of connective tissue in continent and stress incontinent women. *Acta Obstet Gynecol Scand* 66:455-457, 1987.

346.  Ulmsten, U., et al. (1995) Intravaginal Slingplasty (IVS) - an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence. *Scand J Urol Nephrol* 29: 75-82, 1995.

347.  Ulmsten, U., et al. (1996) An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. *Int Urogynecol J* (1996) 7:81-86.

348.  Ulmsten, U., et al. (1998) A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. *Int Urogynecol J* (1998) 9:210-213.

349.   Unger et al (2015) Indications and risk factors for midurethral sling revision. *Int Urogynecol J* 2015 Jul 2. [Epub ahead of print]

350.   Ustun et al (2003) Tension-free vaginal tape compared with laparoscopic Burch urethropexy. *J Am Assoc Gynecol Laparosc* 2003;10:386-389.

351.   Val pas et al (2004) Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. *Obstet Gynecol* 2004;104:42-49.

352.   Valentim-Louren et al (2008) TORP - comparing the efficacy, execution and early complications ofTVT and TVT-0. *Int Urogynecol J* 2008;19:S17-S18

353.   Visco 2001. Vaginal Mesh Erosion After Abdominal Sacral Colpopexy. *Am J Obstet Gynecol*. 2001 Feb;184(3):297-302.

354.   Wadie et al (2005). Autologous fascial sling vs polypropylene tape at short-term followup a prospective randomized study. *J Urol* 2005;174:990-993.

355.   Wadie et al (2010) Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function. *Int Urogynecol J* 2010;21:1485-1490.

356.   Walsh, C. (2011) TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months. *BJU International*, 108 , 652 – 657

357.   Waltregny D, DeLeval J. (2005) New Surgical Technique for Treatment of Stress Urinary Incontinence TVT-Obturator: New Developments and Results. *Surg Technol Int*. 2005;14:212-21.

358.   Waltregny, D. (2012) New Surgical Technical for Treatment of Stress Urinary Incontinence TVT-Abbrevo: From Development to Clinical Experience. *Surg Technol Int* (2012)

359.   Wang AC, Chen M-C. (2003) Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. *Neurourol Urodyn* 2003;22:185-190.

360.   Wang F et al (2010) Prospective randomized trial ofTVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. *Arch Gynecol Obstet* 2010;281:279-286.

361.   Wang W et al (2009) Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. *Int J Gynaecol Obstet* 2009;104:113-116.

362.   Wang, Yi-jun. (2011) Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. *Int Urogynecol J* 22: \369-74

363. Ward KL, Hilton P; on behalf of the UK and Ireland TVT Trial Group (2008). Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. *BJOG* 2008;115:226-233.

364. Ward LK, Hilton P. (2004) A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up. *AJOG*. 2004(190):324-331.

365. Ward, K. (2002) Prospective multicenter randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. *BMJ* (2002)325:67

366. Weber (2012) Which Sling for which SUI Patient? *OBG Management* (2012) 24:5, 28-40

367. Weber, A.M et al (1995) Vaginal anatomy and sexual function, *Obstet. Gynecol.* 86(6):946-949

368. Weber, A.M., et al (2000) Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence, *Am. J. Obstet. Gynecol.* 182(6):1610-1615

369. Weinberger MW, Ostergard DR. (1996) Postoperative Catheterization, Urinary Retention, and Permanent voiding Dysfunction After Polytetrafluoroethylene Suburethral Sling Placement. *Obstet Gynecol*. Jan 1996(86).

370. Welk et al (2015) Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. *JAMA Surg*.Published online September 09, 2015.

371. Whiteside et al (2004) Risk factors for prolapse recurrence after vaginal repair. *Am J Obstet Gynecol* (2004) 191, 1533 8

372. Withagen, M. I. (2011) Risk Factors for Exposure, Pain, and Dyspareunia After Tension-Free Vaginal Mesh Procedure. Vol. 118, No. 3, Sept 2011 *Obstet & Gynecol* pgs 629-635

373. Withagen, M.I. (2011) Trocar-Guided Mesh Compared with Conventional Vaginal Repair in Recurrent Prolapse, A Randomized Controlled Trial. Vol. 117, No. 2, Part 1, *Obstetrics and Gynecol*

374. Woodruff et al (2008) Histologic Comparison of Pubovaginal Sling Graft Materials: A Comparative Study *Urology* 72: 85-89

375. Wu, JM, et al. (2014) "Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery", *Obstet Gynecol*, 2014 col. 123(6) pp. 1201-6.

376. Young, S. (2001) Vaginal paravaginal repair: One-year outcome. *Am J Obstet. Gynecol* Vol. 185, 1360-1367, December 2001

377.    Zhang Y et al. (2011) The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-0 procedure for the surgical treatment of female stress urinary incontinence. *Taiwan J Obstet Gynecol* 2011;50:318-321.

378.    Zhong C, et al (2010) Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence. *Urologia* 2010;77:37-42.

379.    Zhu et al (2007) Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. *Int J Gynaecol Obstet* 2007;99:14-17.

380.    Zullo et al (2007) One-year follow-up of tension-free vaginal tape (TVT) and Transobturator suburethral tape from inside to outside (TVT-0) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. *Eur Urol* 2007;51:1376-1382; discussion 1383-1384.

381.    Zyczynski, H. (2012) Sexual activity and function in women more than 2 years after midurethral sling placement. *Am J Obstet Gynecol* 2012;207:421.e1-6.

382.    Zyczynski, H., et al  (2010) One-Year Clinical Outcomes After Prolapse Surgery with Nonanchored Mesh and Vaginal Support Device *Am J Obstet Gynecol*. 2010 Dec;203(6):587.e1-8.

**Company Documents**

1.  01/28/98 Letter from FDA re: K974098 TVT System [ETH.MESH.371496-594]

2.  05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT Physician Training Policy [ETH.MESH.7393700]

3.  08/25/2011 Correspondence from Public Citizen to Margaret A. Hamburg, M.D., Jeffrey E. Shuren, M.D., and Division of Dockets Management

4.  09/07/2009 Safety review: TVT and TVT-O procedures [ETH.MESH.1751069-94]

5.  10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture

6.  11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11]

7.  1998 TVT Slide Deck [ETH.MESH.05795537-99]

8.  2.23.2007 Ethicon Expert Meeting: Meshes for Pelvic Floor Repair [ETH.MESH.02017152-02017158]

9.  2000 June TVT Surgeons Resource Monograph

10. 2001 slides from Parisi binder [ETH.MESH.05795421-508]

11. 2002 Dr. Miklos Minimizing and Managing TVT Complications [ETH.MESH.00397674].pdf

12. 2002 TVT Advanced Users Forum Presentation [ETH.MESH.08156958]

13. 2003 - TVT Support for Incontinence General Prof Ed Deck [ETH.MESH.00373310-88]

14. 2005 & 2006 Gynecare Prolift Pelvic Floor Repair Systems – slides (16 pages)

15. 2006 - TVT-O Summit Presentation by Raders and Lucente [ETH.MESH.00993273]

16. 2007 & 2008 Gynecare Prolift Pelvic Floor Repair Systems – slides (46 pgs)

17. 2008 - TVT Family of Products [ETH.MESH.00369995]

18. 2009 - The Science of What's Left Behind [ETH.MESH.03751819]

19. 2010 - TVT Exact Prof Ed [ETH.MESH.00295355]

20. 2010 North - A 2-year observational study

21.   2012 - ETH.MESH.08117473 - TVT-Exact Updated Prof Ed Slide Deck w Production Cover

22.   2013 - Clinical Expertise TVT Prof Ed Slide Deck [ETH.MESH.10281860]

23.   510K for TVT

24.   6.2.2006 Ethicon Expert Meeting Meshes for Pelvic Floor Repair Norderstedt [ETH.MESH. 00870466-00870476

25.   Alerts and Notices (Medical Devices) — FDA Safety Communication: Update on Serious complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse (Date issued: July 13, 2011)

26.   Anatomy Videos [ETH.MESH.PM.000006]

27.   Anatomy Videos [ETH.MESH.PM.000009]

28.   Anatomy Videos [ETH.MESH.PM.000057]

29.   Anatomy Videos [ETH.MESH.PM.000068]

30.   Anatomy Videos [ETH.MESH.PM.000088]

31.   Anatomy Videos [ETH.MESH.PM.000089]

32.   Anatomy Videos [ETH.MESH.PM.000090]

33.   Anatomy Videos [ETH.MESH.PM.000134]

34.   Anatomy Videos [ETH.MESH.PM.000151]

35.   Anatomy Videos [ETH.MESH.PM.000154]

36.   Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1>

37.   August 10, 2007 Email from Jiyoung Dang to Lisa Bryan regarding K071512 SO1

38.   August 24, 2007 Correspondence to Ethicon, Inc. from Mark N. Melkerson regarding K071512, Gynecare Prolift +M (ETH-01377-ETH-01382)

39.   Brochure Pelvic Organ Prolapse Get the Facts, Be Informed, Make Your Best Decision dated in 2005 [ETH.MESH.03905968-ETH.MESH.03905975]

40.   Brochure Treatment Options for Pelvic Organ Prolapse Stop coping. Start living. Dated in 2008 Gynecare Prolift [ETH.MESH.03906037-ETH.MESH.03906052]

41. Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65]

42. Clinical Expert Report [ETH.MESH.1784823-28]

43. Clinical Expert Report Gynecare Prolift Pelvic Floor Repair System dated 7.2.10 ETH.MESH.01075187 – 75215

44. Clinical Expert Report: Gynemesh Prolene* Soft (Polypropylene) Mesh (ETH.MESH.01154031- ETH.MESH.01154037)

45. Clinical Study Report Evaluation of the TVM technique for treatment of genital prolapse Protocol Number 2003-016  ETH.MESH.00372564 – 372568

46. Clinical Study Report Evaluation of the TVM technique for treatment of genital prolapse Protocol Number CT-TVM-001-03  ETH.MESH.00991195 – 991257

47. Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006.

48. Docket Submission to the September 8 and 9, 2011 Obstetrics and Gynecology Devices Panel of the Medical Devices Advisory Committee — Safety and Effectiveness of Transvaginal Mesh used for Repair of Pelvic Organ Prolapse September 8, 2011

49. Draft for Review 10/15/08, Letter from Ethicon Medical Affairs (To be used to respond to Physician Inquiries about FDA notification) (ETH.MESH.00066817, ETH.MESH.00291934- ETH.MESH.00291935)

50. Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920)

51. Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2

52. Email re: Important Laser cut mesh update [ETH.MESH.1809056-58]

53. Email re: Important Laser cut mesh update [ETH.MESH.1809056-58] Email re: Laser Cut TVT [ETH.MESH.6859834-35]

54. Email re: Mesh Fraying Dr. EBERHARD letter [ETH.MESH.7692905-7] Email re: OR Agenda Tunn [ETH.MESH.3922926-28]

55. Email re: Performance Evaluation of TVT Prolene Blue Mesh [ETH.MESH.6696411-19]

56. Email re: TVT Laser Cut Mesh [ETH.MESH.525573]

57. Email re: TVT Laser Mesh info [ETH.MESH.442825-26]

58. Email re: TVT Meeting with Agency [ETH.MESH.524746-48]

59.   Ethicon — Women's Health & Urology — Pelvic Organ Prolapse — Get the Facts, Be Informed, Make your best decision (ETH-00254-ETH-00261)

60.   Ethicon Biocompatibility Risk Assessment for Gynecare Prolift Total Pelvice Floor Repair System dated 1.19.05  ETH.MESH.01310817 – 10829

61.   Ethicon Final Report, PSE Accession No. 00-0035 An Exploratory 91-day Tissue Reaction Study of Polypropylene-Based Surgical Mesh in Rats (PSE Acc. No. 00-0035) dated 7.11.01 [ETH.MESH.01425079-113]

62.   Exh. 10 Gynecare Prolift IFU dated 2004 ETH-00295 – 00300

63.   Exh. 13 Gynecare Prolift IFU dated 2009 ETH-10977 – 10983

64.   Exh. 15 Letter to Bryan Lisa from Mark M. Melkerson with FDA stamped 5.15.08 re: K071512 Gynecare Prolift  with attached 510(k) K071512  ETH-01363 – 01365 and Memo to Jennifer Paine, et al from Renee Selman dated 1.16.08 regarding Project Lightning Status  ETH.MESH.00081288 – 81289 and Summary of Saftey and Effectiveness submitted by Bryan Lisa for Gynecare Prolift and Prolift +M stamped 5.15.08 (2 pgs)

65.   Exh. 26 Brochure Pelvic Organ Prolapse Get the Facts, Be Informed, Make Your Best Decision dated in 2006  ETH-00254 – 00261

66.   Exh. 59 – Gynecare Prolift Pelvic Floor Repair System Physcian Learner Profile (2 pages)

67.   FDA Labeling Device Guidance/Blue Book Memo

68.   FDA posting FDA Safety Communication:  Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse issued 7.13.11 (3pgs)

69.   FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence issued 10.20.08 Dear Healthcare Practitioner: (3pgs) and Information on Surgical Mesh for Pelvic Organ Prolapse and Stress Urinary Incontinence posted by FDA dated 10.23.08 at bottom (2 pgs) and Information on Surgical Mesh for Hernia Repairs posted by FDA dated 10.23.08 at bottom (2 pgs)

70.   February 8, 2005 Memo to Customer from Sean M. O'Bryan regarding Gynecare Prolift* Pelvic Floor Repair System (ETH.MESH.00031323)

71.   Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.5315252-65]

72.   Gynecare Clinical Expert Report — Gynecare Prolift* Pelvic Floor Repair System (ETH.MESH.01954198- ETH.MESH.01954203)

34

73. Gynecare Gynemesh PS a New Mesh for Pelvic Floor Repair Early Clinical Experience dated in 2003 (8 pgs)

74. Gynecare Prolift IFU — Total Pelvic Floor Repair System — Anterior Pelvic Floor Repair System — Posterior Pelvic Floor Repair System (ETH-10977-ETH-10983)

75. Gynecare Prolift Pelvic Floor Repair System — Surgical Technique (ETH.MESH.00419571-00419600)

76. Gynecare Prolift Pelvic Floor Repair System Total, Anterior and Posterior Pelvic Floor Repair Surgical Technique (30 pgs)

77. Gynecare Surgeon's Resource Monograph (ETH.MESH.00658362-00658400)

78. Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician [ETH.MESH.10220659]

79. Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides [ETH.MESH.08107354]

80. Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides [ETH.MESH.08107354]

81. History of TVT  [ETH.MESH.03932912-14]

82. ICS 2005 Prolift (Mesh Gynecare) for Pelvic Organ Prolapse Surgical Treatment using the TVM Group Technique: A Retrospective Study of 687 Patients by Cosson, M. , et al., pgs. 590 – 591

83. January 13, 2005 Email from Sean O'Bryan to Scott Ciarrocca regarding IFU Prolift

84. January 8, 2002 Correspondence to Mr. Gregory R. Jones, Director, Gynecare RA/QA from Celia M. Witten, Ph.D., M.D. regarding K013718, Gynemesh Prolene (ETH.MESH.00031324-ETH.MESH.00031325)

85. July 18, 2011 Ethicon Women's Health & Urology Letter — From Piet Hinoul, M.D., Ph.D. and Aaron Kirkema, M.D.

86. July 2, 2010 Clinical Expert Report — Gynecare Prolift* Pelvic Floor Repair System

87. KOL Interview [ETH.MESH.4048515-20]

88. Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT

89. Letter to EWHU Field Sales Force from Price St. Hilaire dated 10.23.06 re: criteria for surgeons being trained for Gynecare Prolift (1 pg)

90.     Letter to Gregory Jones from Celia M. Witten with FDA dated 1.8.02 regarding K013718 Trade name Gynemese Prolene Soft Nonabsorbable Synthetic Surgical Mesh for Pelvic Floor Repair ETH.MESH.00031324 – 31325

91.     Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79]

92.     March 23, 2012 Letter (Dear Surgeon) from Piet Hinoul, Matt Henderson, and Brian Kanerviko regarding public discussion related to the market introduction of Gynecare Prolift

93.     March 8, 2010 Email from Chanaka Amarasinghe regarding Gynecare Gynemesh M IFU Collaborative Review (ETH.MESH.02227651- ETH.MESH. 02227655)

94.     Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT

95.     Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81]

96.     Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis [ETH.MESH.1784779-82]

97.     Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39]

98.     Memo to Customer from Sean M. O'Bryan dated 2.8.05 regarding Gynecare Prolift ETH.MESH.00031323

99.     Memo to Hospital Materials Managers & or Directors from Gynecare Worldwide Ethicon dated 10.10.02 regarding Gynecare Gynemesh*PS ETH-18415

100.    One Day You Have Prolapse, the Next Day You Don't (ETH.MESH.00033400, ETH-00264)

101.    Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301]

102.    Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17]

103.    PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison London Brown & Gene Kammerer

104.    Prolift Patient Brochure 2008 (ETH.MESH.03906037-03906052)

105.    Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 [ETH.MESH.223779-84]

106.    Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198]

107.  TVT & TVT-O Long Term Studies (No Highlights - No Confidential Stamp) - Huskey Ex. No. DX23503

108.  TVT IFU [ETH.MESH.02340504]

109.  TVT IFU [ETH.MESH.2340504-33]

110.  TVT IFU [ETH.MESH.3427878-83]

111.  TVT Patient Brochure

112.  TVT Patient Brochure [ETH.MESH.08003279]

113.  TVT Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198]

114.  TVT Surgeons Resource Monograph - June 2000 [ETH.MESH.10027307-28]

115.  Urogynelogical Surgical Mesh: Update on the Safety and Effectiveness of Transvaginal Placement for Pelvic Organ Prolapse — July 2011

**Expert Reports**

1.  Blaivas, Jerry

2.  Elliot, Daniel

3.  Iakovlev, Vladimir

4.  Klinge, Uwe

5.  Rosenzweig, Bruce

**Publically Sourced Documents**

1.  ACOG - "ACOG Practice Bulletin: Clinical Management Guidelines for Obsterician-Gynecologists" {Number 63}

2.  ACOG - "ACOG Technical Bulletin: Urinary Incontinence" (Number 213)

3.  ACOG "Frequently Asked Questions: Surgery for Stress Urinary Incontinence" (FAQ166)

4.  ACOG "Frequently Asked Questions: Urinary Incontinence" (FAQ081)

5.   ACOG (1995) technical bulletin. Urinary Incontinence. No. 213 - Oct. 1995 (Replaces No. 100, Jan. 19

6.   ACOG (2015) Practice Bulletin Summary – November 2015 – No. 155 – Urinary incontinence in women

7.   ACOG Committee Opinion Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse, Number 513, 12/2011, Vol. 118, No. 6 pgs 1459 – 1464

8.   ACOG Practice Bulletin, Nmumber 63, June 2005. Urinary Incontinence in Women Obstet Gynecol 2005; 105:1533-45

9.   ACOG, AUGS (2015) Practice Bulletin – November 2015 – No. 155 – Urinary incontinence in women.

10.  AJOG, Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up

11.  AUA "A Monograph from the AUA Foundation: Stress Urinary Incontinence"

12.  AUA "A Patient's Guide - 1 in 3 Women experience Stress Urinary Incontinence"

13.  AUA (2012) SUI Guidelines- Appendices A11 and A16

14.  AUA 2011 "AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence"

15.  AUA (2012) SUI – Guideline for the surgical management of female stress urinary incontinence: 2009 update

16.  AUGS & SUFU "Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence"

17.  AUGS (2013) "Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders"

18.  AUGS Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence, published 01/03/2014

19.  AUGS SUFU Patient FAQs MUS for SUI - 2014 Mar 12

20.  AUGS SUFU Provider FAQs MUS for SUI - 2014 Mar 12

21.  AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87)

22.  BAUS (The British Association of Urological Surgeons) - "Synthetic Vaginal Tapes for Stress Incontinence"

23.   EAU "EAU Guidelines on Surgical Treatment of Urinary Incontinence"

24.   FDA - "Considerations about Surgical Mesh for SUI"

25.   FDA 24 Hour Summary

26.   FDA Executive Summary

27.   FDA Information on Surgical Mesh for Hernia Repairs posted by FDA dated 10.23.08

28.   FDA Information on Surgical Mesh for Pelvic Organ Prolapse and Stress Urinary Incontinence posted by FDA dated 10.23.08

29.   FDA posting FDA Safety Communication: Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse issued 7.13.11 (3pgs)

30.   FDA Presentation - FDA Perspective on Surgical Mesh for Stress Urinary Incontinence (SUI). (Nancy Pressly)

31.   FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence issued 10.20.08

32.   FDA Statement (2013) Considerations about Surgical Mesh for SUI

33.   FDA Device Labeling Guidance  #G91 1 March 1991 (Blue Book Memo)

34.   ICS Pelvic Organ Prolapse Quantification System (POP-Q)

35.   ICS "ICS Fact Sheets: A Background to Urinary and Faecal Incontinence"

36.   IUGA "Stress Urinary Incontinence: A Guide for Women"

37.   JMIG March 2014 Supplement (Abstracts) to SGS and AAGL 40th Annual Scientific Meeting

38.   NICE "Urinary incontinence: The management of urinary incontinence in women" (clinical guideline 171)

39.   SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks

40.   IUGA (2011) Pelvic Organ Prolapse: A guide for women

41.   ACOG (2011) May FAQ 012 Pelvic Support Problems

42.    ACOG (2013) Dec FAQ Pelvic Organ Prolapse

I have also reviewed all materials cited in my expert reports.