# EXHIBIT G

**From:** St. Hilaire, Price [ETHUS] <PSTHILAI@ETHUS.JNJ.com>
**Sent:** Mon, 27 Aug 2007 02:44:19 GMT
**To:** vlucente@fpminstitute.com
**CC:** Meek, Jonathan [ETHUS] <JMeek1@ETHUS.JNJ.com>; Parisi, Paul [ETHUS] <PParisi@ETHUS.JNJ.com>; Prine, Greg [ETHUS] <GPrine2@ETHUS.JNJ.com>; Zipfel, Robert [ETHUS] <RZipfel@ETHUS.JNJ.com>; Henderson, Matt [ETHUS] <MHender3@ETHUS.JNJ.com>; Connell, Thomas [ETHUS] <TConnell2@ETHUS.JNJ.com>
**Subject:** Re: OBG Management/Pelvic Health Coalition supplement--FINAL

---

Will do it in the morning!

Thanks again!!

Price St. Hilaire
Marketing Director, Worldwide
Ethicon Women's Health & Urology
Cell 404-886-3004

Tough Times are Temporary...Tough People Last Forever!

www.beatprolapse.com
www.beatsui.com

Sent using BlackBerry


-----Original Message-----
From: Vincent Lucente <vlucente@fpminstitute.com>
To: St. Hilaire, Price [ETHUS]
CC: Meek, Jonathan [ETHUS]; Parisi, Paul [ETHUS]; Prine, Greg [ETHUS]; Zipfel, Robert [ETHUS]; Henderson, Matt [ETHUS]; Connell, Thomas [ETHUS]
Sent: Sun Aug 26 22:36:39 2007
Subject: RE: OBG Management/Pelvic Health Coalition supplement--FINAL

….oh yeah, may be a good idea to get an email blast out to all the sales team about this "news". With this and the new mesh …no 'tellin how far we can run in 2008 and beyond!

---

From: St. Hilaire, Price [ETHUS] [mailto:PSTHILAI@ETHUS.JNJ.com]
Sent: Sunday, August 26, 2007 10:33 PM
To: vlucente@fpminstitute.com
Cc: Meek, Jonathan [ETHUS]; Parisi, Paul [ETHUS]; Prine, Greg [ETHUS]; Zipfel, Robert [ETHUS]; Henderson, Matt [ETHUS]; Connell, Thomas [ETHUS]
Subject: Re: OBG Management/Pelvic Health Coalition supplement--FINAL


PLAINTIFF'S EXHIBIT G

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00467706

I AM DOING THE HAPPY DANCE!!!!

I LOVE YOU MAN!!!!!! :)

Price St. Hilaire
Marketing Director, Worldwide
Ethicon Women's Health & Urology
Cell 404-886-3004

Tough Times are Temporary...Tough People Last Forever!

www.beatprolapse.com
www.beatsui.com

Sent using BlackBerry


-----Original Message-----
From: Vincent Lucente <vlucente@fpminstitute.com>
To: St. Hilaire, Price [ETHUS]
CC: Meek, Jonathan [ETHUS]; Parisi, Paul [ETHUS]; Prine, Greg [ETHUS]; Zipfel, Robert [ETHUS]; Henderson, Matt [ETHUS]; Connell, Thomas [ETHUS]
Sent: Sun Aug 26 22:23:46 2007
Subject: RE: OBG Management/Pelvic Health Coalition supplement--FINAL

...how about ACOG Sept Bulletin on POP replaces earlier one (FEB 2007) and totally "oks" vaginal mesh stating..."patients should consent to surgery with an understanding of the postoperative risks and complications and lack of long-term outcomes data." (Duh...no kidding) Note: no further use of the word experimental! Well, this is one I am taking credit for...I led the charge on this and never thought we would get a complete "replacement" of the earlier bulletin. This is a major victory! Vince

---

From: St. Hilaire, Price [ETHUS] [mailto:PSTHILAI@ETHUS.JNJ.com]
Sent: Sunday, August 26, 2007 10:10 PM
To: vlucente@fpminstitute.com
Subject: Re: OBG Management/Pelvic Health Coalition supplement--FINAL


Why the HOSTILE message today?? Where you calling me to tell me Steph broke up with her fiancee and wants me?? That is the only thing that will make me do the happy dance!!

Price St. Hilaire
Marketing Director, Worldwide
Ethicon Women's Health & Urology
Cell 404-886-3004

Tough Times are Temporary...Tough People Last Forever!

www.beatprolapse.com

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

**ETH.MESH.00467707**

www.beatsui.com

Sent using BlackBerry


-----Original Message-----
From: Vincent Lucente <vlucente@fpminstitute.com>
To: Meek, Jonathan [ETHUS]; Mahar, Kevin [ETHUS]; St. Hilaire, Price [ETHUS]; Pattyson, Bart [ETHUS]; Parisi, Paul [ETHUS]
Sent: Sun Aug 26 21:31:02 2007
Subject: FW: OBG Management/Pelvic Health Coalition supplement--FINAL

Sneek preview....FOR YOUR EYES ONLY!

-----Original Message-----
From: Sarah Dobbs [mailto:sarah.dobbs@dowdenhealth.com]
Sent: Wednesday, August 15, 2007 4:11 PM
To: drbarblevy@aol.com; davilag@ccf.org; rharris@seug.com; dmiller@ah.com; vlucente@fpminstitute.com; patrick.culligan@atlantichealth.org
Cc: Cathy Herbert
Subject: OBG Management/Pelvic Health Coalition supplement--FINAL

Good evening,

On behalf of Cathy Herbert, I am sending you a finalized version of "Best options, techniques, and coding tips for pelvic prolapse repair," a supplement to the September issue of OBG Management.

We have incorporated your comments and have highlighted changes that we made to the text in magenta for your convenience. There were a 2 points that we specifically wanted to note:

1) We have included images of mesh products and a brief description of each. There were no captions when we received the images, so we identified the products and wrote the descriptors. Could you please review this section, on pages s4 and s5, for accuracy?

2) We cited "Nilsson CG, et al. Seven-year follow-up of the tension-free vaginal tape procedure for treatment of urinary incontinence. Obstet Gynecol. 2004;104:1259-1262." for Dr Lucente's statement that data on the TVT procedure show no long-term sequelae. Please let me know if this is not the correct reference.

We need to send this to the printer very shortly, so could you please let me know by the end of the day on Thursday, August 16, if you have any final changes.

Thank you for your contribution to OBG Management!

Kind regards,
Sarah

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

**ETH.MESH.00467708**

--
Sarah Dobbs
Senior Program Manager
Dowden Health Media
p. 201-740-6113
f. 201-701-0230

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**　　　　　　　　　　**ETH.MESH.00467709**