# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM  PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| **THIS DOCUMENT RELATES TO:** <br><br> Ethicon Wave 1 cases listed in Exhibit A | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

### PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF BARRY SCHLAFSTEIN, M.D.

Plaintiffs respectfully request that the Court preclude defense expert Barry Schlafstein, M.D., from giving opinions on (1) the design of Defendants' transvaginal mesh products at issue, including the safety and efficacy of those devices; (2) his statements about the safety and efficacy of Defendants' products based on his own practice; and (3) the adequacy of Defendants' product warnings and instructions for use.  The basis for Plaintiffs' motion is more fully set out in the accompanying Memorandum.

Dated: April 21, 2016

                  Respectfully submitted,


                  /s/ Thomas P. Cartmell
                  Thomas P. Cartmell, Esq.
                  Jeffrey M. Kuntz, Esq.
                  Wagstaff & Cartmell LLP
                  4740 Grand Avenue, Suite 300
                  Kansas City, MO 64112
                  Telephone: (816) 701-1100

Facsimile: (816) 531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com
rbaggett@awkolaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on April 21, 2016, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/Thomas P. Cartmell
**Attorney for Plaintiffs**

2

## INDEX OF EXHIBITS

**Exhibit A:** List of cases on which Dr. Schlafstein is designated

**Exhibit B:** Schlafstein TVT-O Report

**Exhibit C:** Schlafstein Prolift and Prolift + M Report

**Exhibit D:** Schlafstein Deposition, April 4, 2016