# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327 MDL 2327 |
| **THIS DOCUMENT RELATES TO:** **Ethicon Wave 1 cases listed in Exhibit A** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DOUGLAS GRIER, MD

Plaintiffs respectfully request that the Court preclude defense expert Douglas Grier, M.D., from giving opinions on (1) the design of Defendants' transvaginal mesh products at issue, including the safety and efficacy of those devices; (2) his statements about the safety and efficacy of Defendants' products based on his own practice; and (3) the adequacy of Defendants' product warnings and instructions for use. The basis for Plaintiffs' motion is more fully set out in the accompanying Memorandum.

Dated: April 21, 2016

                                           Respectfully submitted,

                                           /s/ Thomas P. Cartmell
                                           Thomas P. Cartmell, Esq.
                                           Jeffrey M. Kuntz, Esq.
                                           Wagstaff & Cartmell LLP
                                           4740 Grand Avenue, Suite 300
                                           Kansas City, MO 64112
                                           Telephone:     (816) 701-1100
                                           Facsimile:      (816) 531-2372
                                           tcartmell@wcllp.com
                                           jkuntz@wcllp.com


                                           /s/ D. Renee Baggett
                                           Bryan F. Aylstock, Esq.
                                           Renee Baggett, Esq.
                                           Aylstock, Witkin, Kreis and Overholtz, PLC
                                           17 East Main Street, Suite 200
                                           Pensacola, Florida  32563
                                           Telephone:     (850) 202-1010
                                           Facsimile:      (850) 916-7449
                                           baylstock@awkolaw.com
                                           rbaggett@awkolaw.com

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

    I hereby certify that I filed the foregoing document on April 21, 2016, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

                                                                /s/Thomas P. Cartmell
                                                                **Attorney for Plaintiffs**

## INDEX OF EXHIBITS

**Exhibit A:** List of cases on which Dr. Grier is designated

**Exhibit B:** Grier Prolift Report

**Exhibit C:** Grier Prolene Soft Report

**Exhibit D:** Grier TVT/TVT-O Report

**Exhibit E:** Grier TVT-S Report

**Exhibit F:** Grier Deposition, March 22, 2016

**Exhibit G:** Katrin Elbert Deposition, Dec. 23, 2014

**Exhibit H:** Charlotte Owens Deposition, Sept. 13, 2012