**EXHIBIT A**

**THIS DOCUMENT RELATES TO PLAINTIFFS:**

*Betty Funderburke*
*Case No. 2:12-cv-00957*

*Patricia Conti*
*Case No. 2:12-cv-00516*

*Donna Massey*
*Case No. 2:12-cv-00880*

*Amanda Deleon*
*Case No. 2:12-cv-00358*

*Wilma Johnson*
*Case No. 2:12-cv-00809*

*Harriet Beach*
*Case No. 2:12-cv-00476*

*Virginia Dixon*
*Case No. 2:12-cv-01081*