# Exhibit E

```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     CHARLESTON DIVISION
 3   -----------------------------    )
     IN RE:  ETHICON, INC., PELVIC    )
 4   REPAIR SYSTEM PRODUCTS           ) Master File No.:
     LIABILITY LITIGATION             ) 2:12-MD-02327
 5   -----------------------------    )
     THIS DOCUMENT RELATES TO THE     ) MDL-2327
 6   FOLLOWING CASES IN WAVE 1 OF     )
     MDL 200:                         )
 7   DIANE KROPF                      )
     (Case No. 2:12-cv-01202),        )
 8   Judy Williams                    ) JOSEPH R. GOODWIN
     (Case No. 2:12-cv-00657),        ) U.S. DISTRICT JUDGE
 9   Myra Byrd                        )
     (Case No. 2:12-cv-00748),        )
10                                    )
     Angela Coleman                   )
11   (Case No. 2:12-cv-01267),        )
                                      )
12   Susan Thamen (Reeves)            )
     (Case No. 2:12-cv-00279),        )
13                                    )
     Donna Zoltowski                  )
14   (Case No. 2:12-cv-00811),        )
                                      )
15           Plaintiffs,              )
     vs.                              )
16                                    )
     ETHICON, INC., ET AL.,           )
17                                    )
             Defendants.              )
18                                    )
     -----------------------------    )
19
                 DEPOSITION UPON ORAL EXAMINATION
20
                 OF JOSEPH M. CARBONE, M.D.
21
                           TVT
22
                     Danville, Virginia
23          Thursday, March 17, 2016, 5:45 p.m.
24     Reported by:  Bobbi J. Case, RPR, CCR
```

Joseph M. Carbone, M.D.

 1    it the TVT Retropubic.  He invented the technique.

 2    They called it the TVT Retropubic.  That's kind of why

 3    I say that way.

 4        Q.   I think you're right.

 5             Did he invent the mesh used in the

 6    TVT Retropubic?

 7        A.   I know he researched the mesh, but I don't

 8    know if he invented it.

 9             MR. ROSENBLATT:  Object to scope.

10    BY MR. JONES:

11        Q.   Do you know who Christian Falconer is?

12             MR. JONES:  By the way, he cites all this

13    stuff in his TVT report, Paul, but that's fine.  Your

14    objection is noted.

15    BY MR. JONES:

16        Q.   Do you know who Christian Falconer is?

17        A.   No.

18        Q.   Have you had any disciplinary issues with any

19    medical licensing board whatsoever over the course of

20    your medical career?

21        A.   If by that you mean there have been

22    complaints that have been investigated and dismissed,

23    yes.

24        Q.   I've got to follow up.

```
 1        Q.   Have you ever assisted a medical device

 2   company in drafting an IFU?

 3        A.   No.

 4        Q.   Do you have any patents on any medical

 5   devices?

 6        A.   No.

 7        Q.   Have you ever helped a medical device company

 8   design a mesh product intended to treat stress urinary

 9   incontinence?

10        A.   Are we speaking about Ethicon or any --

11        Q.   Ethicon.

12        A.   No.

13        Q.   Ethicon's never asked you to help them design

14   a mesh product for the treatment of stress urinary

15   incontinence?

16        A.   No.

17        Q.   Do you agree that Ethicon did not design the

18   TVT mesh to fray?

19        A.   You put a negative in there.  I apologize.

20        Q.   Do you agree that Ethicon did not design the

21   TVT mesh to fray when used properly?

22        A.   Designed the TVT mesh to not fray?

23             MR. JONES:  Can you please read back the

24   question for the doctor?
```

 1      A.   I've asked my office manager to look up the
 2   ICD-9 codes for erosion of the mesh for the vagina, and
 3   she was able to provide for me several years of
 4   ICD-9 -- well, ICD-9 and ICD-10 codes now, and that's
 5   how I was able to come up with the number of
 6   complications that I quoted.
 7      Q.   And based on these complication codes or CPT
 8   or -- what was the --
 9      A.   ICD-9 and ICD-10 coding.
10      Q.   Based on that coding, what were you able to
11   determine, based on the data available, was your
12   complication rate for mesh erosions?
13      A.   I would say my complication rate was a little
14   lower than the reported complication rate in the
15   medical literature, the randomize control trial, the
16   analysis.
17      Q.   And would be this be for the TVT products?
18      A.   For the TVT products and also for some of the
19   Prolene -- sorry, the Prolift product and Prosima.
20      Q.   Okay.
21      A.   I should say prolapse products.  I put them
22   all together.
23      Q.   Now, would you agree that the erosion rates
24   that you just told us, are a little bit lower than some

```
 1            MR. ROSENBLATT:  Nate, Nate --

 2            MR. JONES:  Stop, Paul.  No more speaking

 3   objections, Paul.

 4            MR. ROSENBLATT:  There's a difference between

 5   relying and reviewing.

 6            MR. JONES:  Oh, there is?  Thanks for that

 7   speaking objection, Paul.

 8   BY MR. JONES:

 9       Q.   Are you changing your testimony at all today

10   related to what internal Ethicon documents you're

11   relying on to support your opinions in this litigation?

12       A.   No.

13       Q.   Okay.  You're not changing your testimony at

14   all from last night?

15       A.   Not that I'm -- no.

16       Q.   Okay.  Do you know when the ICD-9 code was

17   initiated?

18       A.   When the ICD-9 code was initiated?

19       Q.   Yes.  That's the question.

20       A.   Before I started my -- before I started

21   practicing medicine.

22       Q.   Okay.  When was the -- and has it always been

23   the same, covered the same complications?

24       A.   No.  The ICD-9 codes get modified from time
```

 1              THE DEPONENT:  I am familiar with what?

 2     BY MR. JONES:

 3         Q.   Medical literature that concludes physicians,

 4     like yourself, aren't familiar, don't know the success

 5     rates with their patients when they use transvaginal

 6     mesh.

 7         A.   I probably reviewed it.

 8         Q.   Okay.  And why is it that physicians don't

 9     know their success rates when it comes to their use of

10     transvaginal mesh?

11              MR. ROSENBLATT:  Object to form.  Lack of

12     foundation.

13              THE DEPONENT:  I don't know.

14     BY MR. JONES:

15         Q.   You don't know.  Could it be because they

16     don't track their patients?

17         A.   I mean, you can speculate that.

18         Q.   You can speculate, but you don't know, as you

19     sit here today?

20         A.   No.

21         Q.   Okay.  Are you aware that the professional

22     education department at Ethicon is within the marketing

23     division?

24         A.   No.

1  professional education or literature as a substitute?

2          MR. ROSENBLATT: Object to form.

3          THE DEPONENT: That's not -- if they were

4  required to put it in IFU, then they're required to put

5  it in the IFU.

6          MR. FAES: Okay. Fair enough.

7  BY MR. FAES:

8      Q.  You've talked about your systematic review of

9  your charts and that you came up with complication

10 rates for -- your personal complication rates for your

11 products. Is that correct?

12     A.  I looked at a number of different ICD-9 codes

13 and ICD-10 codes. Some of the ICD-9 codes don't go as

14 far back as when I started. It's true.

15         I mean, I looked at like a survey of a couple

16 of years back and extrapolated based on the number of

17 procedures that I've done. You're absolutely right, I

18 didn't do a systematic review.

19         I mean, a systematic review rises -- I mean,

20 you know, I didn't do a systematic review, no. I don't

21 believe I said I did a systematic review.

22     Q.  Fair enough.

23         Did you do this review for both the TVT

24 family of products and the Prolift?

Joseph M. Carbone, M.D.

```
 1        A.   I did the review based on the ICD-9 code for
 2   mesh exposure.
 3        Q.   So is the answer no, you didn't do it
 4   specifically to the TVT family of products.  Is that
 5   correct?
 6             MR. ROSENBLATT:  Object to form.  Misstates
 7   his testimony.
 8             THE DEPONENT:  I'm sorry.  What was the
 9   question?
10             MR. FAES:  I'll withdraw that question and
11   ask another one.
12   BY MR. FAES:
13        Q.   You said earlier, when Mr. Rosenblatt was
14   questioning you, that you believe your patient
15   follow-up is pretty high?
16        A.   I believe so.
17        Q.   Is that an opinion you intend to offer at
18   trial?
19        A.   That I believe it's pretty high?
20        Q.   Yes.
21        A.   Yeah.  I believe it's pretty high.
22        Q.   You believe you can state that to a
23   reasonable degree of medical certainty, that your
24   follow-up rate is pretty high?
```

Joseph M. Carbone, M.D.

```
 1        A.    You know, greater than 50 percent follow-up
 2    with me.
 3        Q.    My question was:  Do you believe you can
 4    state to a reasonable degree of medical certainty that
 5    your patient follow-up is pretty high?
 6        A.    I believe I can.
 7        Q.    So what is your patient follow-up rate, and
 8    how did you determine that?
 9        A.    I think it's greater than half, and I
10    determined it based on --
11        Q.    Can you be any more specific than greater
12    than half?  Do you have a percentage?
13        A.    No, I don't.
14        Q.    Do you know what follow-up rates are for
15    physicians in your area?
16        A.    For physicians in my area, no.
17        Q.    Do you know what average follow-up rates are
18    for physicians -- general physicians around the rest of
19    the country?
20              Strike that.  Do you know what --
21        A.    I know there's a study --
22        Q.    Actually, I struck that.
23        A.    -- a randomized controlled study --
24        Q.    You don't need to answer that.
```