# Exhibit F

Joseph M. Carbone, M.D.

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    CHARLESTON DIVISION
 3   IN RE: ETHICON, INC., PELVIC   )  Master File No.
     REPAIR SYSTEM PRODUCTS         )  2:12-MD-02327
 4   LIABILITY LITIGATION           )  MDL 2327
     _____
 5   THIS DOCUMENT RELATES TO
     PLAINTIFFS:
 6
     Diane Kropf
 7   Case No. 2:12-cv-01202          JOSEPH R. GOODWIN
                                     U.S. DISTRICT JUDGE
 8   Judy Williams
     Case No. 2:13-cv-00657
 9
     Myra Byrd
10   Case No. 2:12-cv-00748
11   Angela Coleman
     Case No. 2:12-cv-01267
12
     Susan Thamen (Reeves)
13   Case No. 2:12-cv-00279
14   Donna Zoltowski
     Case No. 2:12-cv-00811
15
16
17        DEPOSITION OF JOSEPH M. CARBONE, M.D.
18                   GENERAL PROLIFT
19              Wednesday, March 16, 2016
20                 Danville, Virginia
21                     9:20 p.m.
22
23   Reported by:  Karen K. Kidwell, RMR, CRR, CLR
24           GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com
```

Joseph M. Carbone, M.D.

1     Q.    -- were sufficient to inform doctors who

2   perform pelvic mesh surgeries of the risk of the

3   product?

4     A.    Yes.

5     Q.    Do you know what standards Ethicon applied

6   in terms of what needed -- what warnings needed to be

7   included in the IFU about Prolift?

8     A.    The standards that Ethicon applied?

9     Q.    Yes.

10    A.    I'm not familiar with what the standards

11  Ethicon applied, no.

12    Q.    Now, you've stated before that it was your

13  general practice to read the IFU of a medical device

14  before using it the first time; is that correct?

15    A.    My general practice.

16    Q.    Did you assume, when you read that IFU,

17  that the IFU was disclosing to you each of the risks

18  and complications the company knew with the kit you

19  were using?

20        MR. ROSENBLATT:  Object to form.

21        THE WITNESS:  I got, you know, do -- did I

22    assume that the company -- repeat it again, very

23    slowly.

24  BY MR. FAES:

25    Q.    Did you assume when you read an IFU before

Joseph M. Carbone, M.D.

1  a medical device company to include in an IFU?

2           MR. ROSENBLATT:  Object to form.

3        Misstates as far as what they require.

4           THE WITNESS:  I mean, did they -- they

5        have guidelines, I think, but I don't think

6        there are any requirements.  Are there

7        requirements?

8  BY MR. FAES:

9        Q.  Well, that's my question to you.  Have you

10  made any effort before your deposition today to find

11  out what FDA regulations require a medical device

12  company to put in an IFU?

13           MR. ROSENBLATT:  Object to form.

14           THE WITNESS:  Again, it's my understanding

15        that there aren't any specific requirements.  I

16        think there are guidelines.

17           So have I made any effort?  Am I -- have I

18        made any effort to find out anything that

19        doesn't exist?  I mean, you know, it's a hard

20        question to answer.

21  BY MR. FAES:

22        Q.  So let me ask you another way.

23        A.  Yes.

24        Q.  Have you made any effort before today to

25  find out what FDA guidelines require a medical device