# **EXHIBIT A**

**THIS DOCUMENT RELATES TO PLAINTIFFS:**

*Mary Hendrix*
*Case No. 2:12-cv-00595*

*Susan Guinni*
*Case No. 2:12-cv-01121*