# CURRICULUM   VITAE

## Michael Thomas Margolis, M.D.
1820 Ogden Dr.
Burlingame, California 94010
W: (650) 375-1644
C:  (650) 228-4052
mtom.margolis@yahoo.com
bapelvicsurgery.com

## EDUCATION

*1991 – 1992*　**FELLOWSHIP**
The Pelvic Surgery Fellowship
Emory University Hospital System
Fellowship Director, Clifford R. Wheeless, M.D.
Atlanta, Georgia

*1988 – 1991*　**RESIDENCY**
Department of Obstetrics and Gynecology
University of Kansas Medical Center
Chairman, Kermit E. Krantz, M.D.
Kansas City, Kansas

*1987 – 1988*　**INTERNSHIP**
Department of Medicine
University of Kansas Medical Center
Chairman, Norton J. Greenberger, M.D.
Kansas City, Kansas

*1983 – 1987*　**MEDICAL DEGREE**
Doctor of Medicine
University of Kansas Medical Center
Kansas City, Kansas

*1980 – 1983*　**UNDERGRADUATE**
Pre Med
Wichita State University
Wichita, Kansas

*1976 – 1980*　**BACHELOR OF ARTS/PSYCHOLOGY**
Bethany College
Lindsborg, Kansas

## BOARD CERTIFICATION

Ob/Gyn Certification:
    Original Certification Date:    12/9/1994
    Current Status:    ACTIVE

Subspecialty Certification Female Pelvic Medicine and Reconstructive Surgery:
    Original Certification Date:    6/21/2013
    Current Status:    ACTIVE

## CURRENT HOSPITAL APPOINTMENTS

Mills Peninsula Medical Center. Burlingame, California
Good Samaritan Hospital. San Jose, California
Valleycare Hospital. Pleasanton, California
Seton Medical Center. Daly City, California
Sequoia Hospital. Redwood City, California
El Camino Hospital. Mountain View and Los Gatos, California
Oconnor Hospital. San Jose, California
Community Hospital of The Monterey Peninsula. Monterey, California
Valley Medical Center. San Jose, California
Bay Area Surgical Group. Santa Clara, California
Forest Surgery Center. San Jose, California
Knowles Surgery Center. Los Gatos, California

## EMPLOYMENT & ACADEMIC APPOINTMENTS

| | |
|---|---|
| *2013-present* | Assistant Clinical Professor, Department of Obstetrics & Gynecology, David Geffen School of Medicine at UCLA |
| *2013-present* | Visiting Lecturer, Department of Obstetrics & Gynecology, Mbarara University of Science and Technology, Mbarara, Uganda |
| *2011-present* | Gynecology Rotation Site Director, Santa Clara Valley Medical Center Department of Obstetrics & Gynecology Residency Program |
| *2009-present* | Private Practice.  Bay Area, Northern California |
| *2007–2010* | Clinical Associate Professor, Department of Obstetrics & Gynecology, University of Wisconsin School of Medicine Pelvic Surgeon, Aurora Center for Pelvic Surgery Milwaukee |
| *1997-2011* | Adjunct Clinical Assistant Professor, Department of Gynecology & Obstetrics, Stanford University Medical Center |
| | Founder and Director, Center for Female Urology and Reconstructive Pelvic Surgery at the Women's Cancer Center |
| *1996 - 1997* | Assistant Professor, Department of Gynecology & Obstetrics Chief, Division of Gynecology Founder and Director, Stanford Center for Pelvic Reconstructive Surgery/Urogynecology, Stanford University Medical Center |
| *1993 - 1996* | Assistant Professor, Department of Obstetrics & Gynecology Northwestern University Medical School Director of Urogynecology/Pelvic Surgery |
| *1992 - 1993* | Director of Urogynecology The Southeast Permanente Medical Group, Atlanta, Georgia |
| *1991 - 1992* | Associate Staff, Emory University School of Medicine |
| *1983* | Laboratory Technician, University of Kansas Medical Center |

| *1981 – 1982* | Phlebotomist, St. Francis Regional Med Center, Wichita, Ks |
| *1979* | Psychiatric Aide, Mid-Continent Psych Hospital Olathe, Ks |
| *1976 – 1980* | Media Assistant, Bethany College, Lindsborg, Ks |

## HONORS & AWARDS

- Dean's Honor Roll, Wichita State University, January 1981, May 1981, and January 1982.
- 1990 Resident Representative at American College of Obstetricians & Gynecologists Annual Meeting, San Francisco, California
- Member Prize in The Society of Gynecologic Surgeons President's Award Program, 1997
- TEACHING EXCELLENCE AWARD 2009, Obstetrics & Gynecology Clerkship, Sinai Medical Center, University of Wisconsin

## PERSONAL

Date of Birth: October 31, 1957
Place of Birth: Kansas City, Missouri
Citizenship: U. S. A.

## LICENSURE/CERTIFICATION

Board Certified: American Board of Obstetrics & Gynecology
Female Pelvic Medicine & Reconstructive Surgery

Licensed: States of California, Oregon, Colorado and Wisconsin

California Fluoroscopy X-Ray Supervisor and Operator Certificate: #RHC00170201

## PROFESSIONAL AFFILIATIONS

| Fellow: | American College of Obstetricians & Gynecologists |
| Fellow: | American College of Surgeons (ACS) |
| Medical Director: | Medlend Medical Missions to Developing Countries |
| Member: | Northern California Chapter-ACS |
| Member: | The American Urogynecologic Society |
| Member: | Kermit E. Krantz Society |
| Member: | Peninsula Gynecologic Society |
| Member: | Schufelt Gynecologic Society |
| Member: | San Francisco Gynecological Society |
| Member: | Wisconsin Medical Society |

Michael Thomas Margolis, M. D.
1/10/2015

5

Member:                   Society of Pelvic Reconstructive Surgeons

## PEER REVIEWED PUBLICATIONS

- *Specific Inhibition of Human Leukocyte Elastase by Substituted Alpha-Pyrones*, W.C. Groutas, W.R. Abrams, R.T. Carroll, M.M. Moi, K.E. Miller, M.T. Margolis, Experientia, August 1984, Vol. 40, p. 361-62.

- *Full Thickness Martius Grafts to Preserve Vaginal Depth in Repairs of Large Fistulas.* Thomas Margolis, M.D., Thomas E. Elkins, M.D., FACOG, Joseph Seffah, M.D., J. Opara-Addo, M.D., and David Fort, M.D., Obstet Gynecol 1994; 84:148-52.

- *Vesicovaginal Fistula: A Review.* Thomas Margolis, M.D., Lane J. Mercer, M.D. Obstet Gynecol Survey 1994; 49:12 840-47.

- *Fallopian tube reanastomosis using a microvascular device in a rabbit model.* Thomas Margolis, M.D., Clifford R. Wheeless, M.D., LaRynda Thoen, Lane J. Mercer, M.D., J of Gynecol Surg Volume 11, No. 2, Summer, 1995.

- *Asymptomatic Endometrial Carcinoma After Endometrial Ablation.* Thomas Margolis, M.D., Guy M. Boike, M.D., Lane J. Mercer, M.D. Int J Gyn & Obst. Dec. 1995; 51(3):255-8.

- *Hemothorax After Lupron Therapy in a Patient With Pleural Endometriosis.* Thomas Margolis, M.D., Larynda Thoen, M.D., Lane J. Mercer, M.D. Int. J. Fert. & Men. Studies, 1996 Jan-Feb; 41(1):53-5.

- *Formation of Vesicovaginal Fistula: The Role of Suture Placement into the Bladder During Closure of the Vaginal Cuff After Transabdominal Hysterectomy.* G. Rodney Meeks, M.D., Joseph O. Sams, IV, B.S., Karen W. Field, B.A., Kari S. Fulp, M.D., M. Thomas Margolis, M.D. Am J Obstet Gynecol 1997 Dec;177(6):1298-1303.

## NON-PEER REVIEWED PUBLICATIONS

- *Current Diagnosis and Treatment of Lymphogranuloma Venereum.* L.J. Mercer, M.T. Margolis. International Correspondence Society of Obstetricians and Gynecologists. Vol. 35, #1, pg. 2, Jan. 1994.

- *How Can Stress Incontinence Be Avoided Following Extensive Surgical Repair of Total Uterine Prolapse.* Lane J. Mercer, M.D., and Michael T. Margolis, M.D. International Correspondence Society of Obstetricians and Gynecologists. Vol. 36, #6, pg. 10-11, June 1995.

- *Incontinence: mechanisms, surgical treatments, and surgical pitfalls.* Michael T. Margolis, M.D. Contemporary OB/GYN. Vol. 44, No. 1, Jan 1999.

- *Surgical options for treatment of vaginal vault prolapse/procidentia and vaginal reconstruction.* Michael T. Margolis, M.D. Contemporary OB/GYN. Vol. 44, No. 3, Mar 1999.

- *Techniques for repairing the posterior vaginal wall.* Michael T. Margolis, M.D. Contemporary OB/GYN. Vol. 44, No. 6, June 1999.

## BOOK CHAPTERS

- *Hormone Replacement Therapy (HRT).* Michael T. Margolis, M.D., Geriatrics Resource Guide, Second Edition, 1995. Cheryl E. Woodson, M.D., James R. Webster, Jr., M.D. (eds.), pg. 25-29.

- *All New Family Guide to Health and Prevention.* Michael T. Margolis, M.D., contributing author.

- *Anesthesiologist's Manual of Surgical Procedures.* Jaffe, Richard A. ; Samuels, Stanley I. Second Edition, 1999. M. Thomas Margolis, M.D., W. LeRoy Heinrichs, M.D. Chapter 8.2, pg. 573-599.

## GUEST LECTURES

- *Full Thickness Martius Grafts to Preserve Vaginal Depth in Repairs of Large Fistulas.* Presented at The Society of Gynecologic Surgeons Annual Meeting - Phoenix, Arizona. March 1993

- *Repair of Simple Vesicovaginal Fistulas.* Obstetrics and Gynecology Section Meeting, Northside Hospital, November 16, 1992. Atlanta, Georgia

- *Vesicovaginal Fistula Repair.* Emory University Department of Gynecology and Obstetrics Chairman's Conference, March 31, 1993. Atlanta, Georgia

- *Obstetric Fistulas.* Northside Hospital Obstetrics and Gynecology Joint Practice Committee Grand Rounds - April 28, 1993. Atlanta, Georgia

- *Vesicovaginal Fistulas.* Northwestern University Department of Obstetrics and Gynecology Grand Rounds - October 15, 1993. Chicago, Illinois

- *Vesicovaginal Fistulas.* Walter Reed Army Hospital Department of Obstetrics and Gynecology Grand Rounds - October 21, 1993. Washington, D.C.

- *Vesicovaginal Fistulas.* University of Wisconsin - Madison, Sinai Samaritan Medical Center Grand Rounds - January 12, 1994. Milwaukee, Wisconsin

- *Sexually Transmitted Diseases.* Wright State University Grand Rounds March 9, 1994. Dayton, Ohio

- *Cervical Intraepithelial Neoplasia Treatment Options.* The 17th Annual Seminar Advanced Colposcopy, HPV, Intraepithelial Disease and LEEP. Northwestern University - March 10, 1994. Chicago, Illinois

- *Contraceptive Directions for the 1990's*, Christie Clinic - March 29, 1994. Champaign, Illinois

## GUEST LECTURES (continued)

- *Contraception Update*.  Edgewater Medical Center Grand Rounds - October 19, 1994.  Chicago, Illinois

- *Contraception in the 1990's*.  Christ Hospital Grand Rounds - December 12, 1994. Chicago, Illinois

- *Endometriosis: Current Management*.  Northwestern Internists Grand Rounds - January 3, 1995.  Chicago, Illinois

- *Endometriosis: Current Management*.  Chicago Osteopathic Family Practice Teaching Rounds - February 2, 1995. Chicago, Illinois

- *Common Gynecologic Issues in Primary Care*.  Division of General Internal Medicine's Continuing Medical Education Conference. Northwestern University - January 31, 1995.  Chicago, Illinois

- *Vesicovaginal Fistulas*.  Evanston Hospital Grand Rounds - March 9, 1995.  Evanston, Illinois

- *Pelvic Inflammatory Disease*.  Gynecology Conference.  Memorial Hospital of South Bend - March 22, 1995.  South Bend, Indiana

- *Operative Injury to the Urinary Tract in Gynecologic Surgery*. Gynecology Conference.  Memorial Hospital of South Bend - March 22, 1995.  South Bend, Indiana

- *Vaginitis*. Westlake Hospital Conference - April 5, 1995. Melrose Park, Illinois

- *Dysfunctional Uterine Bleeding*.  Good Samaritan Hospital Grand Rounds. April 6, 1995.  Downers Grove, Illinois

- *Vesicovaginal Fistula*.  Good Samaritan Hospital.  Grand Rounds, April 6, 1995.  Downers Grove, Illinois

- *Dysfunctional Uterine Bleeding - Adolescence to Perimenopause*. Resurrection Hospital - May 3, 1995.  Chicago, Illinois

- *Hormone Replacement Therapy.* Grand Rounds, St. Joseph's Hospital. May 9, 1995. Milwaukee, Wisconsin

- *Estrogen Replacement Therapy and Urogynecology.* Grand Rounds, The University of Illinois College of Medicine at Peoria - May 11, 1995. Peoria, Illinois

- *Pelvic Reconstructive Surgery.* Grand Rounds, Columbus Hospital - May 22, 1995. Chicago, Illinois

## GUEST LECTURES (continued)

- *Sexually Transmitted Diseases.* Chicago Area Medical School Obstetrics and Gynecology Review Course - June 15 1995. Chicago, Illinois

- *Operative Injury to the Urinary Tract in Gynecologic Surgery.* Grand Rounds, Sparrow Hospital - July 25, 1995. Lansing, Michigan

- *Operative Injury to the Urinary Tract in Gynecologic Surgery.* Grand Rounds, Northwestern University Department of Ob/Gyn - September 15, 1995. Chicago, Illinois

- *Pelvic Inflammatory Disease.* Grand Rounds, Westlake Hospital, September 21, 1995. Melrose Park, Illinois

- *Cardiovascular Risks of Oral Contraceptives.* Grand Rounds, The Valley Hospital - October 9, 1995. Ridgewood, New Jersey

- *Work-Up of an Adnexal Mass.* Primary Care of Women Course - October 16, 1995. Chicago, Illinois

- *New Advances in Hormone Replacement Therapy.* Methodist Medical Center of Illinois - January 24, 1996. Peoria, Illinois

- *Pelvic Reconstructive Surgery.* Resident Lecture Series, Stanford University School of Medicine - January 31, 1996. Stanford, California

- *Operative Injury to the Urinary Tract in Gynecologic Surgery.* Grand Rounds, Stanford University School of Medicine - January 31, 1996. Stanford, California

- *Urogynecology Problems and the Role of HRT.* Department of Ob/Gyn, Columbus Hospital - February 5, 1996. Chicago, Illinois

- *Cardiovascular Risks of Oral Contraceptives.* Grand Rounds, Winthrop Harbor Hospital - February 9, 1996. Mineola, New York

- *The Effects of Smoking on a Woman's Health*. 20th Annual Postgraduate Seminar for Nurse Practitioners in Women's Health Care - February 14, 1996. Philadelphia, Pennsylvania

- *Abnormal Pap Smear in Adolescents*. Pediatric & Adolescent Gynecology Postgraduate Course - February 23, 1996. Chicago, Illinois

- *Update on Pelvic Inflammatory Disease*. Grand Rounds, Oak Forest Hospital - March 11, 1996. Oak Forest, Illinois

- *Vaginitis*. Primary Care of Women Course. Oct. 16, 1995. Chicago, Ill

# GUEST LECTURES (continued)

- *Vesicovaginal Fistulas*. Butterworth Hospital, Department of Ob/Gyn Grand Rounds - January 3, 1996.  Grand Rapids, Michigan

- *Incontinence: Medical vs. Surgical Treatment*.  Department of Obstetrics & Gynecology, The Community Hospital - May 2, 1996.  Munster, Indiana

- *Sexually Transmitted Diseases*.  Chicago Area Medical Schools Obstetrics and Gynecology Review Course - June 13, 1996. Chicago, Ill

- *Office Procedures in Gynecology*.  Practical Strategies in Primary Care, National Center for Advanced Medical Education - June 19, 1996. Chicago, Illinois

- *Operative Injury to the Urinary Tract During Gynecologic Surgery*. Northwestern University Grand Rounds - June 21, 1996.  Chicago, Illinois

- *Vesicovaginal Fistulas*.  Grand Rounds Sparrow Hospital - July 23, 1996. Lansing, Michigan

- *Non-contraceptive Benefits to Oral Contraceptive Pills*.  Grand Rounds, Meridia South Pointe Hospital - August 7, 1996.  Cleveland, Ohio

- *Vesicovaginal Fistulas*.  Stanford University Department of Gynecology & Obstetrics Grand Rounds - October 2, 1996.  Stanford, California

- *Work-Up of an Adnexal Mass*.  Primary Care of Women Course  - October 28, 1996 - Chicago, Illinois

- *Vaginitis*.  Primary Care of Women Course - October 28, 1996 Chicago, Illinois

- *Operative Injury to the Urinary Tract During Gynecologic Surgery*.  St. Joseph Mercy Hospital Grand Rounds.  Ann Arbor, Michigan, October 6, 1996

- *Pelvic Inflammatory Disease*.  Resident Lecture Series, Stanford University  Medical Center.  Stanford California, November 29, 1996.

- *Estrogen Replacement Therapy*.  Grand Rounds, Alexian Brothers Hospital.  San Jose, California, January 7, 1997.

- *Cardiovascular Risks and Oral Contraceptives*.  Continuing Medical Education Program.  Chico, California, January 14, 1997.

- *Women's Health Issues: Protecting Your Menopausal Patients*.  Mercy Hospital.  Sacramento, California, January 17, 1997.

# GUEST LECTURES (continued)

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Stanford University Dept. GYN/OB Grand Rounds. Stanford, California, February 5, 1997.

- *Hormone Replacement Therapy.* Kings County Medical Society Meeting. Hanford, California, February 20, 1997.

- *Vaginitis/Sexually Transmitted Diseases.* Riverside General Hospital Dept. of Family Practice Grand Rounds. Stanford, California, February 21, 1997.

- *Sexually Transmitted Diseases.* University Medical Center Dept. of Ob/Gyn Grand Rounds. Fresno, California, March 27, 1997.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Advanced Operative Laparoscopy and Hysteroscopy, Office Laparoscopy and Laparoscopic Microsurgery Course. Stanford University. Stanford, California, April 5, 1997.

- *Management of Female Urinary Incontinence.* The Health Library. Stanford University. Stanford, California, April 8, 1997.

- *Vaginitis/Sexually Transmitted Diseases.* Society of Air Force Clinical Surgeons 44th Annual Symposium. Sacramento, California, April 16, 1997.

- *Hormone Replacement Therapy.* Molina Medical Center Medical Group Meeting. Sacramento, California, April 17, 1997.

- *Urinary Incontinence.* Stanford University School of Medicine Challenges Throughout A Woman's Life. Stanford, California, May 31, 1997.

- *Vaginitis/Sexually Transmitted Diseases.* Washington Hospital Department of Family Practice Grand Rounds. Fremont, California, June 6, 1997.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* James A. Wilson Memorial OB/GYN Symposium. Eden Medical Center. Castro Valley, California, June 6, 1997.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Peninsula Gynecologic Society. Palo Alto, California, June 18, 1997.

- *Health Benefits of Contraception: Reproductive Cancers and Menses Management.* Association of Reproductive Health Professionals. Olympia, Washington. July 20, 1997.

# GUEST LECTURES (continued)

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Mount Diablo Medical Center Grand Rounds. Concord, California. July 23, 1997.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Washington Hospital Dept. of Ob/Gyn Grand Rounds. Fremont, California. August 21, 1997.

- *Anatomy of the Female Pelvis.* Stanford University Dept. of Ob/Gyn resident lecture series. Stanford, California. September 3, 1997.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Riverside-San Bernardino OB/GYN Society. Riverside, California. September 25, 1997.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Loma Linda University Dept. of Ob/Gyn Grand Rounds. Loma Linda, California. September 26, 1997.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* The Great Debates III. San Francisco, California. October 5, 1997.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Seton Medical Center Dept. of Ob/Gyn Grand Rounds. Daly City, California. October 15, 1997.

- *Workup of the Patient with Urinary Incontinence.* Stanford University Dept. of Ob/Gyn resident lecture series. Stanford, California. October 15, 1997.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Enlo Hospital Medical Staff Conference. Chico, California. October 30, 1997.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Kern Medical Center Dept. of Ob/Gyn Grand Rounds. Bakersfield, California. December 1, 1997.

- *Management of Vaginitis Cervicitis and PID.* El Camino Hospital educational conference. Mountain View, California. January 13, 1998.

- *Incontinence-Medical vs. Surgical Therapy.* Sequoia Hospital educational conference. Redwood City, California. January 13, 1998.

14

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Grand Rounds. Alexian Brothers Hospital. San Jose, California. January 20, 1998.


## GUEST LECTURES (continued)


- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Shufelt Gynecologic Society. San Jose, California. January 22, 1998.

- *Work Up of the Abnormal Pap Smear & Cervical Intraepithelial Neoplasia Treatment Options.* Sutter Delta Medical Center Grand Rounds. Antioch, California. February 3, 1998.

- *Update on Medical & Surgical Treatment for Endometriosis.* New Frontiers In OB/GYN: Evidence Based Clinical Practice. Cozumel, Mexico. February 11, 1998.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* New Frontiers In OB/GYN: Evidence Based Clinical Practice. Cozumel, Mexico. February 12, 1998.

- *Surgical Management of Urinary & Fecal Incontinence.* New Frontiers In OB/GYN: Evidence Based Clinical Practice. Cozumel, Mexico. February 13, 1998.

- *Pelvic Inflammatory Disease.* Seton Medical Center Dept. of Ob/Gyn Grand Rounds. Daly City, California. February 18, 1998.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* El Camino Hospital Dept. of Ob/Gyn Grand Rounds. Mountain View, California. February 23, 1998.

- *Pelvic Inflammatory Disease.* Mills-Peninsula Hospital Grand Rounds. Burlingame, California. February 24, 1998.

- *Work-up and Treatment of Female Urinary Incontinence.* San Ramon Regional Medical Center Educational Program. San Ramon, California. March 5, 1998.

- *Dysfunctional Uterine Bleeding.* Good Samaritan Hospital Educational Program. San Jose, California. March 10, 1998.

- *Work-Up of an Adnexal Mass.* Community Hospital of the Monterey Peninsula. Monterey, California. March 11, 1998.

- *Incontinence-Medical vs. Surgical Therapy.* Saint Francis Hospital Educational Conference. San Francisco, California. March 17, 1998.

- *Laparoscopy in Pelvic Reconstructive Surgery.* Summit Medical Center Ob/Gyn Conference. Oakland, California. March 24, 1998.

- *Dysfunctional Uterine Bleeding.* Washington Hospital Grand Rounds. Fremont, California. April 3, 1998

## GUEST LECTURES (continued)

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* O'Connor Hospital Grand Rounds. San Jose, California. April 28, 1998.

- *Incontinence-Medical vs. Surgical Therapy.* O'Connor Hospital Grand Rounds. San Jose, California. June 8, 1998.

- *The Role of Cystourethroscopy in Gynecologic Surgery.* Valley Medical Center Grand Rounds. San Jose, California. June 10, 1998.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Doctor's Medical Center Grand Rounds. Modesto, California. June 17, 1998.

- *Sexually Transmitted Diseases and Pelvic Inflammatory Disease.* Washington Hospital Grand Rounds. Fremont, California. September 4, 1998.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Grand Rounds. John Muir Medical Center. Walnut Creek, California. September 22, 1998.

- *Vesicovaginal Fistulas.* Department of Ob/Gyn Grand Rounds. Kaiser Permanente Medical Center. Santa Clara, California. March 11, 1999.

- *Vesicovaginal Fistulas.* Department of Ob/Gyn Grand Rounds. UCLA Medical Center. Los Angeles, California. April 15, 1999.

- *Vesicovaginal Fistulas.* Department of Ob/Gyn Grand Rounds. California Pacific Medical Center. San Francisco, California. June 1, 1999.

- *Vesicovaginal Fistulas.* Department of Ob/Gyn Grand Rounds. Kaiser Permanente Medical Center. San Francisco, California. September 21, 1999.

- *Workup of Urinary incontinence.* The Terry Thomas Ob/Gyn Update. Hurley Medical Center. Frankenmuth, Michigan. November 3, 1999.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* The Terry Thomas Ob/Gyn Update. Hurley Medical Center. Frankenmuth, Michigan. November 3, 1999.

- *Sacralcolpopexy: Laparoscopic vs. Abdominal Approach.* The Terry Thomas Ob/Gyn Update. Hurley Medical Center. Frankenmuth, Michigan. November 3, 1999.

# GUEST LECTURES (continued)

- *Vesicovaginal Fistulas.* The Terry Thomas Ob/Gyn Update. Hurley Medical Center. Frankenmuth, Michigan. November 3, 1999.

- *Vesicovaginal Fistulas.* Department of Ob/Gyn resident lecture. University of Nevada Medical Center. Las Vegas, Nevada. July 13, 2000.

- *Laparoscopy in Pelvic Reconstructive Surgery.* Good Samaritan Hospital Ob/Gyn Grand Rounds. San Jose, California. August 4, 2000.

- *Update on Medical & Surgical Treatment of Endometriosis.* GYNECOLOGY IN THE NEW MILLENIUM. CHALLENGES FOR CLINICIANS. New York, New York. December 15-16, 2000.

- *Surgical Management of Urinary & Fecal Incontinence.* GYNECOLOGY IN THE NEW MILLENIUM. CHALLENGES FOR CLINICIANS. New York, New York. December 15-16, 2000.

- *New Tests For Ovarian Cancer Screening.* GYNECOLOGY IN THE NEW MILLENIUM. CHALLENGES FOR CLINICIANS. New York, New York. December 15-16, 2000.

- *Vesicovaginal Fistulas.* Department of Ob/Gyn Grand Rounds. Washington Hospital. Fremont, California. March 14, 2001.

- *Ovarian Cancer Screening & Work Up of the Adnexal Mass.* Grand Rounds. El Camino Hospital. Mountain View, California. June 5, 2001.

- *Vesicovaginal Fistulas.* Department of Ob/Gyn Resident Lecture. Stanford University. Stanford, California. June 11, 2001.

- *Vesicovaginal Fistulas.* Department of Ob/Gyn Grand Rounds. Eden Hospital. Castro Valley, California. June 25, 2001.

- *Management of Urinary Incontinence: Laparoscopic Burch vs. TVT.* Great Debates VI. Squaw Creek, California. March 2, 2002.

- *Management of Urinary Incontinence:  Laparoscopic Burch vs. TVT.* Department of Ob/Gyn Resident Lecture.  Kaiser Permanente Medical Center.  Santa Clara, California.  May 30, 2002.

- *Ovarian Cancer Screening & Work Up of the Adnexal Mass.*  Grand Rounds.  St. Rose Hospital.  Hayward, California.  June 24, 2002.

- *Surgical Treatments for Female Urinary Incontinence.* Sequoia Hospital Educational Conference.  Redwood City, California.  October 8, 2002.

## GUEST LECTURES (continued)

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.*  El Camino Hospital Dept. of Ob/Gyn Grand Rounds.  Mountain View, California.  February 24, 2003.

- *The Bilateral Sacrospinous Ligament Fixation for Vaginal Vault Prolapse.* 53rd Annual Clinical Meeting of the American College of Obstetricians and Gynecologists.  Film Festival.  San Francisco, California.  May 10, 2005.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Stanford University Department of Ob/Gyn Resident Lecture.  Stanford, California.  April 24, 2006.

- *Laparoscopic Burch vs. TVT.*  Stanford University Department of Ob/Gyn Resident Lecture.  Stanford, California.  April 24, 2006.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.*  Dos Demayo Hospital Dept. of Ob/Gyn Grand Rounds.  Lima, Peru. September, 2006.

- *Sequela of Episiotoy:  The Question of Fecal Incontinence.*  West Allis Hospital Dept. of Ob/Gyn Grand Rounds.  West Allis, Wisconsin. September 19, 2007.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Ob/Gyn Grand Rounds.  Sinai Medical Center.  Milwaukee, WI. September 26, 2007.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology:*  West Allis Hospital Grand Rounds.  West Allis, Wisconsin.  October 9, 2007.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology:*  Saint Lukes Hospital Dept. of Family Medicine Grand Rounds.  Milwaukee, Wisconsin. October 10, 2007.

- *Laparoscopic Burch vs. TVT.* West Allis Hospital Dept. of Ob/Gyn Grand Rounds. West Allis, Wisconsin. January 16, 2008.

- *Laparoscopic Burch vs. TVT.* Ob/Gyn Grand Rounds. Sinai Medical Center. Milwaukee, WI. March 19, 2008

- *Laparoscopy in Pelvic Support Surgery.* Ob/Gyn Grand Rounds. Sinai Medical Center. Milwaukee, WI. September 24, 2008.

## GUEST LECTURES (continued)

- *Electrosurgical Instrumentation in Gynecologic Surgery.* Dept. of Ob/Gyn Grand Rounds. St .Vincent's Hospital. N.Y., N.Y. November 13, 2008.

- *Issues of Pelvic Reconstructive Surgery and Urogynecology.* Advanced Healthcare Grand Rounds. Milwaukee, Wisconsin. February 6, 2009.

- *Laparoscopic Burch vs. TVT.* 30th Annual Daniel K. Roberts Ob/Gyn Update. Wesley Medical Center. Wichita, Kansas. June 12, 2009.

- *Complications of Gynecologic Surgery.* 30th Annual Daniel K. Roberts Ob/Gyn Update. Wesley Medical Center. Wichita, Kansas. June 12, 2009.

- *Obstetric Fistulas in Africa.* Dept. of Ob/Gyn Grand Rounds. Peninsula Hospital. Burlingame, California. June 8, 2010.

- *Obstetric Fistulas in Africa.* Good Samaritan Hospital Grand Rounds. San Jose, California. June 16, 2010.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Sequoia Hospital Grand Rounds. Redwood City, California. June 22, 2010

- *Obstetric Fistulas in Africa.* AORN. Mountain View, California. April 13, 2011.

- Testimony, Complications of Transvaginal Synthetic Mesh Placement. FDA Hearing for the Obstetrics and Gynecology Devices Panel. Gaithersburg, Maryland. September 8, 2011.

- Laparoscopic Repairs of Post Hysterectomy Vault Prolapse. Laparoscopic Institute for Gynecologic Oncology Surgical Masters Course in Total Laparoscopic Hysterectomy. San Francisco, California. September 16-17, 2011.

Case 2:12-md-02327 Document 2029-2 Filed 04/21/16 Page 19 of 22 PageID #: 34334

19

- Vaginal and Laparoscopic Support/Repairs During Hysterectomy. Laparoscopic Institute for Gynecologic Oncology Surgical Masters Course in Total Laparoscopic Hysterectomy. San Francisco, California. September 16-17, 2011.

- *Operative Injury to the Urinary Tract During Gynecologic Surgery.* Valley Medical Center Dept. of Ob/Gyn Grand Rounds. San Jose, California. July 26, 2012.

- *The Mess from Mesh.* Peninsula Hospital Dept. of Ob/Gyn Grand Rounds. Burlingame, California. July 9, 2013

## GUEST LECTURES (continued)

- *The Mess from Mesh.* California Pacific Medical Center Dept. of Ob/Gyn Grand Rounds. San Francisco, California. October 22, 2013
- *Polypropylene Mesh in Vaginal Surgery: A Risk Analysis.* Community Hospital of the Monterey Peninsula Dept. of Ob/Gyn Grand Rounds. Monterey, California. June 17, 2014
- *Polypropylene Mesh in Vaginal Surgery: A Risk Analysis.* El Camino Hospital Dept. of Ob/Gyn Grand Rounds. Mountain View, California. June 23, 2014
- *Polypropylene Mesh in Vaginal Surgery: A Risk Analysis.* UCLA Dept. of Ob/Gyn Grand Rounds. Los Angeles, California. October 3, 2014
- *Polypropylene Mesh in Vaginal Surgery: A Risk Analysis.* Valley Medical Center Dept. of Ob/Gyn Grand Rounds. Santa Clara, California. January 8, 2015

## ACADEMIC ACTIVITIES

- Faculty moderator for second year medical student problem-based learning sessions. Northwestern University Medical School. Fall, 1994 and 1995.
- Faculty, Advanced Laparoscopic Techniques for the Gynecologic Surgeon. Northwestern University - March 3-4, 1995.
- Faculty and Co-director, Northwestern University Advanced Laparotomy Pig Lab for Residents - August 1995 - 1996.
- Outpatient Clinic Chief, Stanford University Department of Gynecology and Obstetrics - 1997.
- Founder and Director, Stanford University Advanced Surgical Pig Lab for Residents - October 1996 - 2000.
- President, Peninsula Gynecologic Society - 1999-2000.
- Program Director, Peninsula Gynecologic Society –1999-2004.
- Program Director and Vice President, Shufelt Gynecologic Society 2001–2003.
- President, Shufelt Gynecologic Society - 2003-2004.
- District VII Alternate Delegate, California Medical Association - 2003-2007. 2010-2013.
- District VII Delegate, California Medical Association, 2013-present.
- Judge, The Fourth Annual Northern California Kaiser Permanente Resident Research Symposium, Santa Clara, California. April, 29, 2006.

## JOURNAL ACTIVITIES

- *Reviewer*, The Journal of Reproductive Medicine,1995
- \* *Reviewer*, The International Journal of Obstetrics and Gynecology,1993-6
- \* *Reviewer,* Obstetrics and Gynecology, 2003-2009

## HOSPITAL ACTIVITIES

- Vice-Chairman Department of Obstetrics and Gynecology, Los Gatos Community Hospital, 1999-2001.
* Chairman Department of Obstetrics and Gynecology, Los Gatos Community Hospital, 2001-2003.
* Member at large, Department of Obstetrics and Gynecology, Good Samaritan Hospital, 2003-2005.
* Medical Director of Women's Pelvic Surgery Services, Good Samaritan Hospital, 1/1/07, 2009-2011.
* Vice-Chairman Department of Obstetrics and Gynecology, Peninsula Hospital, 2012-present.
* Urogynecology Program Director, Stanford ValleyCare Hospital, February 2015-present.

## HOSPITAL COMMITTEES

- Quality Management Committee, Northwestern Memorial Hospital, 1993-1996
- Prentice Research Committee, Northwestern Memorial Hospital, 1993-1996
- Invasive Procedure Review Committee, Northwestern Memorial Hospital, 1995-1996
- Resident Endoscopy Task Force Northwestern University, 1994-1996
- Operating Room Medical Committee, Stanford University Hospital,1996-7
- Quality of Care Committee, Stanford U. Dept. of Ob/Gyn, 1996-2000
- Recovery Inn Menlo Park Medical Care Evaluation Committee,1999-2001
- Recovery Inn Menlo Park Medical Executive Committee, 1999-2001
- Executive Peer Review Committee, Aurora Medical Group, 2008-2009
- OR Management Committee, Peninsula Hospital, 2010-2011
- Good Samaritan Hospital Ob/Gyn Department QA Committee, 2010-2012
- Peninsula Hospital Ob/Gyn Department QA Committee, 2010-present
- Ob/Gyn Executive Committee, El Camino Hospital, 2011-2012

## PELVIC SURGERY FELLOWS TRAINED

- Jessica McAlpine, M.D.
- Kevin Miller M.D.
- Linda Kiley, M.D.
- Musa Kayondo, M.D.
- Diana Kang, M.D.

## MEDICAL MISSIONS

- Nalerigu, Ghana.  Baptist Medical Center.  May, 1992.
- Lima, Peru.  Dos Demayo Hospital.  September, 2006.
- Ica, Peru.  Santa Maria Del Socorro Hospital.  November, 2007.
- Ica, Peru.  Santa Maria Del Socorro Hospital.  July, 2008.
- Mbarara, Uganda.  Mbarara University of Science and Technology Hospital.  March, 2009.
- Mbarara, Uganda.  Mbarara University of Science and Technology Hospital.  September, 2009
- Mbarara, Uganda.  Mbarara University of Science and Technology Hospital.  February, 2010
- Mbarara, Uganda.  Mbarara University of Science and Technology Hospital.  October, 2010
- Mbarara, Uganda.  Mbarara University of Science and Technology Hospital.  October, 2011
- Mbarara, Uganda.  Mbarara University of Science and Technology Hospital.  March, 2013
- Mbarara, Uganda.  Mbarara University of Science and Technology Hospital.  March, 2014
- Mbarara, Uganda.  Mbarara University of Science and Technology Hospital.  March, 2015