Michael T. Margolis, M.D.

Page 1

_____

| | | |
|---|---|---|
| IN RE: PELVIC MESH LITIGATION | ) | PHILADELPHIA COUNTY |
| | ) | COURT OF COMMON |
| Sharon Carlino and Charles | ) | PLEAS TRIAL DIVISION - |
| Carlino, | ) | CIVIL |
| Plaintiffs, | ) | |
| vs. | ) | JUNE TERM 2013 |
| Ethicon, Inc., et al., | ) | |
| Defendants. | ) | No. 3470 |
| | ) | |

DEPOSITION OF MICHAEL T. MARGOLIS, M.D.

SATURDAY, NOVEMBER 21, 2015

SAN JOSE, CALIFORNIA

Reported by: Shelley M. Sailor, CSR No. 10254

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph|917.591.5672 fax

deps@golkow.com

Michael T. Margolis, M.D.

Page 82

1  that Ms. Carlino has permanent irreversible dyspareunia
2  and pelvic pain. Is that correct?
3      A. That is correct.
4      Q. And what I want to know is what are all the
5  things you base your finding that her pelvic pain is
6  permanent and irreversible?
7      A. My knowledge, experience, education, training,
8  review of 17 years' worth of literature, plus my review
9  of records and documents from prior trials and her own
10 examination and history.
11     Q. Have you made a recommendation for Ms. Carlino
12 to participate in physical therapy?
13     A. When I talked to her, we discussed her options.
14 And just to be accurate, medical therapy, living with
15 medical therapy, pain meds, physical therapy is an
16 option. It doesn't work but it's an option.
17     Q. Is physical therapy encompassed within the
18 trial medical therapy in the form of pain meds or
19 another surgery?
20     A. Physical therapy is encompassed within medical
21 therapy, which would also include pain meds.
22     Q. And it's your opinion that physical therapy
23 will not benefit Ms. Carlino.
24     A. Physical therapy will not benefit her, that's
25 correct.

Page 83

1      Q. And what is that opinion based on?
2      A. I have treated hundreds of patients who have
3  sling and mesh complications who have -- many of whom
4  have tried physical therapy, and none of them have had
5  any relief from it. I have seen physical therapy used
6  by other colleagues around the country for pain from the
7  sling, and it doesn't work. The literature shows it
8  doesn't work, and it can't work. Physical therapy can't
9  fix damaged tissue.
10     Q. You say the literature shows it doesn't work.
11 What literature are you relying on for that opinion?
12     A. Oh, I would have to go back and pull some
13 records or some journals to answer that accurately.
14     Q. Can you tell us as we sit here today any
15 articles that you rely on to support that opinion?
16     A. I cannot recite an article.
17     Q. Have you reviewed any articles that hold
18 contrary opinions?
19     A. I have.
20     Q. And can you list any of those for us?
21     A. No.
22     Q. Do you currently refer patients that have sling
23 complications, such as erosion and pelvic pain, to
24 physical therapies?
25     A. On occasion I have as a last-ditch effort.

Page 84

1      Q. Dr. Margolis, it's my understanding of your
2  opinion that you believe that the sling that remains in
3  Ms. Carlino that you drew on Exhibit 7, on the left-hand
4  side of her urethra, will cause her to have ongoing
5  complications. Is that correct?
6      A. Yes. And also some on the right as well. But
7  the left, her left, yes.
8      Q. Do her treating physicians also hold that
9  opinion?
10     A. I haven't asked them.
11     Q. You have reviewed the depositions of
12 Drs. Conner and Blechman, haven't you?
13     A. I have.
14     Q. And neither one of them expresses the opinion
15 that the sling that remains in Ms. Carlino will cause
16 her additional complications, do they?
17         MR. TRUNK: Objection. I think you're
18 misrepresenting what the testimony is. If you want to
19 show him, that's fine. Or if you want to make it a
20 general statement or however you're phrasing their
21 testimony, it speaks for itself.
22 BY MR. COMBS:
23     Q. You have reviewed their testimony, haven't you?
24     A. I have.
25     Q. Can you point to anything in their testimony

Page 85

1  where they think that the mesh remaining in Ms. Carlino
2  will cause her any additional complications?
3      A. Well, I don't have their testimony, deposition
4  testimonies in front of me. I certainly didn't memorize
5  them, so I don't know. I would be happy to look at any
6  particular references in their testimonies, in their
7  deposition testimonies that might suggest what you have
8  asked me. But I would also, of course, remind you that
9  no one predicted the erosions that she had to begin
10 with, because the mesh complications that have occurred
11 to Mrs. Carlino happen much like a volcano. Right?
12 There's periods of dormancy and the volcanos blow, and
13 then there's a period of dormancy and volcanos blow.
14 And neither Dr. Blechman or Dr. Conner predicted that
15 she would have the volcanic eruptions, if you will, from
16 the sling that she had previously. So they didn't
17 predict what was going to happen to her and yet it
18 happened. And I'm certain that that Krakatoa will blow
19 again.
20     Q. And when you say that, it's your opinion that,
21 to a certainty, that Ms. Carlino will have another
22 erosion or exposure?
23     A. I am most certain she will.
24     Q. And what do you base that on?
25     A. My knowledge, experience, education, training.

22 (Pages 82 to 85)

Page 86

1  I mean, more than half of the mesh still exists in her.
2  Right? Only approximately, what, three centimeters or
3  so of the mesh was removed. So the giant majority of
4  the mesh is still in her. And if the sling is implanted
5  in -- in August of 2005 and lays dormant for two years,
6  then erodes, then it's fine for three years, and then it
7  is exposed again three years later, this tells us the
8  natural history of slings. They lay dormant and then
9  like volcanos, they erupt. This is a very, very typical
10 presentation for a sling complication. She will have
11 more eruptions.
12     Q. And is there any literature that you're relying
13 on for your opinion that Ms. Carlino will have
14 additional erosions in the future?
15     A. Well, there's -- first off, my experience,
16 knowledge, education, and training, my own experience
17 over 17 years removing over 300 sling systems is a major
18 part of my opinion. Second part of my opinion is
19 Mrs. Carlino's history. Something unique about this
20 mesh in her has caused it to erode well after surgery.
21 It's happened more than once. It's almost certainly
22 going to happen again.
23     And the literature, I don't have any specific
24 literature that I can quote to you, but this is well
25 described. Well described in the literature.

Page 87

1      Q. Is there any literature that you can tell us
2  about that would demonstrate that a person who has been
3  erosion-free for a period of five years is more likely
4  than not to have an additional erosion?
5      A. Well, again, I came here in preparation for a
6  case specific, not general, so I don't have -- I didn't
7  prep for a general on this deposition. There was a
8  study by Ross, if I'm not mistaken. It was the last
9  couple years. Where she described 80 percent of women
10 with slings having palpable mesh just underneath the
11 mucosa of the vagina a year after implantation. I
12 believe those patients were on average about 51 years of
13 age. And her conclusion in this study was that she was
14 gravely concerned or concerned that there would be
15 future erosions in these patients, in these 80 percent
16 of women with the sling. So that's one study that comes
17 to mind. But I know there are others. I just happen to
18 recall that one in particular.
19     Q. Any other literature that you can think of to
20 support your opinion that Ms. Carlino is more likely
21 than not to have another erosion?
22     A. None that comes to mind. None that I can
23 recite at this time.
24     Q. Dr. Margolis, in your report at page 3 and 4,
25 you've got a list of 19 risks. I want to go through

Page 88

1  them, and I want to know what your support is for those
2  risks. So let's just start with number 1. What are you
3  going to tell the jury at this trial that is your
4  support for that risk?
5      A. Mrs. Carlino's history of chronic pain as
6  outlined in the records and the fact that the materials
7  reviewed in this proceeding, Dr. Rosenzweig,
8  Dr. Iakovlev, Dr. Klinge, and the Ethicon documents
9  described in the two paragraphs above, corroborate the
10 chronic current developing pain are not uncommon.
11     Q. Will you be testifying to the jury -- strike
12 that.
13     Are you going to place a rate for chronic
14 debilitating pain to the jury in this case?
15     A. A right? I'm sorry, what?
16     Q. A rate. Are you going to place a rate on that?
17 You say it's capable of causing chronic permanent
18 debilitating pain. So in this trial are you going to
19 tell the jury a rate of patients that have chronic
20 permanent debilitating pain?
21     A. Well, I believe I'm testifying this is a case
22 specific to Ms. Carlino, so my testimony, as I
23 understand it, I'll answer whatever questions I'm asked,
24 but I believe I'll be asked questions specific to
25 Ms. Carlino. And so if you ask what is the rate, I

Page 89

1  would say it is more likely than not in Ms. Carlino to
2  be the case. So I hope that answers your question.
3      Q. You have never talked to Dr. Blechman, have
4  you?
5      A. I have not.
6      Q. You don't know what risks he was aware of, do
7  you?
8      A. Other than what he stated in his, obviously in
9  his medical records and in his deposition, I have never
10 spoken with him.
11     Q. And in his deposition, he testified that he was
12 aware of the risk of erosion at the time he implemented
13 the TVT, didn't he?
14     A. I do seem to recall that. I do believe to
15 recall it.
16     Q. And do you have any information at all that
17 Dr. Blechman was not aware of the risk of erosion?
18     A. No.
19     Q. You state in your report that the risk that
20 pertained to Ms. Carlino's informed consent was tension
21 on the mesh could collapse the pores.
22     A. Correct.
23     Q. What are you basing that opinion on?
24     A. Well, when mesh is implanted, the pores are, in
25 their native form, more open than after a mesh has been

Michael T. Margolis, M.D.

Page 146

```
 1         REPORTER'S CERTIFICATE
 2         I, SHELLEY M. SAILOR, duly authorized to
 3    administer oaths pursuant to Section 2093(b) of the
 4    California Code of Civil Procedure, do hereby certify
 5    that the witness, MICHAEL T. MARGOLIS, M.D., in the
 6    foregoing deposition was by me duly sworn to testify the
 7    truth in the within-entitled cause; that deposition was
 8    taken at the time and place therein named; that
 9    testimony was reported by me and thereafter transcribed
10    under my direction; that the foregoing is a complete and
11    accurate record of said testimony; and that the witness
12    was given an opportunity to read and correct said
13    deposition and to subscribe the same.  Should the
14    signature of the witness not be affixed, the witness
15    shall not have availed himself of the opportunity to
16    sign or the signature has been waived.  I further
17    certify that I am not of counsel nor attorney for any of
18    the parties in the foregoing deposition and caption
19    named nor in any way interested in the outcome of the
20    cause named in said caption.
21         Reading and Signing was REQUESTED.
22    DATED:  NOVEMBER 25, 2015
23         _____
24            SHELLEY M. SAILOR, CSR 10254
25
```

38 (Page 146)