Michael Thomas Margolis, M.D.

Page 1

IN THE DISTRICT COURT
53RD JUDICIAL DISTRICT
TRAVIS COUNTY, TEXAS

JOSEPHINE MARIE RABIOLA,          )
                                  )
            Plaintiff,            )
                                  )
vs.                               )   CAUSE NO.
                                  )   D-1-GN-13-002039
TOMAS G. ANTONINI, M.D.,          )
LONE STAR UROGYNECOLOGY           )
AND CONTINENCE CENTER,            )
PLLC, SETON HEALTHCARE            )
FAMILY, SETON FAMILY OF           )
HOSPITALS, D/B/A/ SETON           )
MEDICAL CENTER, JOHNSON &         )
JOHNSON, and ETHICON,             )
INC.,                             )
                                  )
            Defendants.           )
                                  )
                                  )
                                  )

- - - -

EXPERT WITNESS TESTIMONY OF
MICHAEL THOMAS MARGOLIS, M.D.

Held at the San Francisco Marriott Marquis
780 Mission, San Francisco, California
Sunday, July 26, 2015, 9:01 a.m.
- - - -

REPORTED BY:  ELAINA BULDA-JONES, CSR #11720

Michael Thomas Margolis, M.D.

Page 156

1    mesh from a TVT-S be removed?

2        **A.**    No.

3        **Q.**    Impossible?

4        **A.**    Nothing is impossible.  It is exceedingly

5    unlikely that anyone could remove the entire body of

6    a TVT-S mesh, except if you pull it out within maybe

7    days of implantation.

8        **Q.**    And why do you say that?

9        **A.**    Because the TVT mesh -- TVT-S mesh, as

10   with all the meshes, their job -- what they are

11   designed to do is to set up an inflammatory

12   reaction, which causes the immune system to attack,

13   and then eventually causes scar tissue to come in

14   and set it in place.

15           That's the purpose of the mesh.  That's

16   why it's -- it doesn't require stitches to hold it

17   in place.  That scar tissue sets it in place.

18   That's what all of these meshes are designed to do.

19           But the scar tissue, once it forms over

20   the mesh -- again, it's like the old analogy I used

21   before, rebar, it's set in place and it locks it

22   into -- the fibrosis locks the mesh into place.

23       **Q.**   Why was Dr. Antonini able to remove most

24   of the mesh and didn't remove all of it?

25       **A.**    He got, as I understand, four centimeters

Michael Thomas Margolis, M.D.

Page 295

1   STATE OF CALIFORNIA  )

2   COUNTY OF YOLO       )

3        I, ELAINA BULDA-JONES, a Certified Shorthand

4   Reporter of the State of California, duly authorized

5   to administer oaths pursuant to Section 2025 of the

6   California Code of Civil Procedure, do hereby

7   certify that

8           MICHAEL THOMAS MARGOLIS, M.D.,

9   the witness in the foregoing deposition, was by me

10  duly sworn to testify the truth, the whole truth and

11  nothing but the truth in the within-entitled cause;

12  that said testimony of said witness was reported by

13  me, a disinterested person, and was thereafter

14  transcribed under my direction into typewriting and

15  is a true and correct transcription of said

16  proceedings.

17       I further certify that I am not of counsel or

18  attorney for either or any of the parties in the

19  foregoing deposition and caption named, nor in any

20  way interested in the outcome of the cause named in

21  said deposition dated the  _____ day of

22  _____, 2015.

23

24

25  ELAINA BULDA-JONES, RPR, CSR 11720