# JOHN R. MIKLOS, M.D.

International Urogynecology Associates of Atlanta and Beverly Hills
Urogynecology & Reconstructive Pelvic Surgery
Atlanta Medical Research Institute
3400 Old Milton Parkway
Building C – Suite 330
Alpharetta, GA 30005
770-475-4499 -   Phone        770-475-0875 -    Fax

---

**EDUCATION:**

**Juniata College** (September 1978 – May 1982)
Bachelor of Science, Major:  Biology/Chemistry, Huntingdon, Pennsylvania

**Medical University of South Carolina Graduate School** (August 1982 – May 1985)
Master of Science, Major:  Physiology, Charleston, South Carolina

**Medical University of South Carolina School of Medicine** (August 1985 – May 1989)
Doctor of Medicine, Charleston, South Carolina

**Hahnemann University Hospital** (June 1989 – 1993)
Residency in Obstetrics & Gynecology, Philadelphia, Pennsylvania

**Good Samaritan Hospital** (July 1993 – June 1995)
**University of Cincinnati College of Medicine**
Fellowship in Urogynecology & Reconstructive Pelvic Surgery, Cincinnati, Ohio

**Atlanta Laparoscopy Training Center** (October 1995 – January 1997)
Advanced Endoscopic Gynecologic & Reconstructive Pelvic Surgery
Atlanta, Georgia

**LICENSURE:**

State of Georgia -  040160
Board Certified OB-Gyn
Board Certified Female Pelvic Medicine & Reconstructive Surgery
State of California – G89011

**EMPLOYMENT:**

**Georgia Baptist Medical Center (June 1995 – January 1997)**
Department of Obstetrics & Gynecology
Director of Urogynecology & Reconstructive Surgery, Atlanta, Georgia

**Hilltop Research, Inc. (June 1994 – July 1995)**
Consultant in Obstetrics & Gynecology, Cincinnati, Ohio

**Advanced Laparoscopy Training Center (December 1995 – 1999)**
Clinical Instructor - Postgraduate surgical training, Marietta, Georgia

**Atlanta Center for Laparoscopic Urogynecology (January 1997 – Present)**
Director of Urogynecology, Alpharetta (Atlanta), Georgia

**Atlanta Medical Research Institute (January 1999 – Present)**
Director of Research, Alpharetta (Atlanta), Georgia

**PROFESSIONAL
APPOINTMENTS:**

**American College of Gynecologic Endoscopy (ACGE)** (2000 – 2002)
Board of Directors

**Hahnemann University Hospital** (1992 – 1993)
Clinical Instructor, Department of Obstetrics & Gynecology, Philadelphia, Pennsylvania

**University of Cincinnati School of Medicine** (1993 – 1995)
Clinical Instructor, Department of Obstetrics & Gynecology, Cincinnati, Ohio

.

**Medical College of Georgia** (1996 – 1999)
Clinical Instructor, Department of Obstetrics & Gynecology, Augusta, Georgia

**American Urogynecology Society (AUGS)** (2000 – 2002)
Board of Directors

**Emory University** (2014-2015)
Adjunct Professor Obstetrics & Gynecology

**MEDICAL ADVISOR**:  UROMED**,** Needham, Massachusetts (1996-1998)

OBGYN.NET – Urogynecology (1998 – Present)

INNOVATION IN MEDICAL EDUCATION TECHNOLOGY (IMET)
Somerville, New Jersey (1998 – 2002)

C.R. BARD, Covington, Georgia (1998 – 2002)

GYNECARE, Johnson & Johnson, Somerville, New Jersey (1998 – 2003)

BOSTON SCIENTIFIC, Needham, Massachusetts (2000 – 2002)

STORZ SURGICAL (1999 – 2001)

MEDILOGIX, Boston, Massachusetts (1998 – 2001)

ORGANOGENESIS, Boston, Massachusetts (2000 – 2002)

OLYMPUS SURGICAL (2004 – 2008)

AAGL BOARD OF ADVISORS (2008 – 2010)

COLOPLAST (2011 – Present)

**JOURNAL REVIEWER:**

- PRIMARY CARE REPORTS – (1998)
- OBSTETRICS & GYNECOLOGY – (1995 – 2005)
- INTERNATIONAL JOURNAL UROGYNECOLOGY – (1996 – 2006; 2013-2014)
- AMERICAN JOURNAL OF OBSTETRICS & GYNECOLOGY – (1995 – 2005)
- JOURNAL OF AMERICAN ASSOCIATION OF GYNECOLOGIC LAPAROSCOPISTS – (1998 – 2005)
- FEMALE PELVIC MEDICINE & RECONSTRUCTIVE SURGERY (2012 – 2014)

**PROFESSIONIAL AFFLIATIONS:**

- International Urogynecological Association - *Member (*1995-Present*)*
- American College of Surgeons - *Member* (2000 - Present)
- American Urological Association – Member (2006 – Present)
- American College of Obstetricians & Gynecologists – *Fellow* (1991-Present)
- American Association of Gynecologic Laparoscopists – *Member, Advisory Board*  (1992-Present*)*
- American Urogynecologic Society - *Membe*r (1995 - Present)
- Southern Medical Association - *Member* (1995 - 2004)
- Medical Association of Georgia - *Member* (1995 - 2008)
- Ohio State Medical Association - *Member* (1993 - 1995)
- Medical Association of Atlanta - *Member* (1995 - 1999)
- American Medical Association – *Member* - (1995 - 2000)
- Society of Reconstructive Pelvic Surgeons - *Membe*r (1998 - 2008)
- Society of Laparoendoscopic Surgeons - *Member* (1999 - 2008)

- International College of Surgeons - *Member* (2000 - 2008)
- International Society of Gynecologic Endoscopy – *Member* (2000 - 2010)
- American College of Gynecologic Endoscopy - *Member* (2000-2010)
- American Academy of Cosmetic Gynecologists – Member (2007 - 2010)
- American Academy of Cosmetic Physicians  - Member (2007 - 2010)
- American Academy of Cosmetic Surgery – Associate (2008 - 2010)
- International Society for Sexual Medicine – Member (2009)
- AAGL Urogynecology Special Interest Group – 2010
- AAGL Standing Committee – Advisory 2012

**HONORS:**

**Wyeth-Ayerst Resident Reporter Program** - National ACOG Conference, Las Vegas, Nevada - May 1992

**Nominated for the National APGO Teaching Award** by Richard Baker, M.D., Acting Department Chairman of Hahnemann University Hospital - August 1992

**Resident Teaching Award** - Annual Teaching award given by Hahnemann University Hospital OB/GYN attendings and students - June 1993

**Outstanding Gynecologic Laparoscopist** - Annual award presented by the Hahnemann University Hospital Department - June 1993

**Outstanding Research Award** - Annual award for the best presented Research project by a Hahnemann University Hospital OB/GYN resident - June 1993

**Resident Teaching Award** - Annual teaching award given by Good Samaritan Hospital Residents - June 1995

**CREOG National Faculty Award** - Council on resident Education in Obstetrics and Gynecology - June 1996

**Academic Excellence Award** - Georgia Baptist Hospital graduate medical education faculty award for academic excellence - January 1997

**Jerome Hoffman Prize Paper Award – American Association Gynecologic Laparoscopists** – Laparoscopic Burch Colposuspension for Recurrent Sutures Urinary Incontinence Following Retropubic Continence Surgery - October 2000

**Annual Golden Laparoscope Award - American Association Gynecologic Laparoscopists** – Best Surgical Video Demonstration – Tension Free Vaginal Tape Pubovaginal Sling - October 2000

**AAGL - Kurt Semm Award – Excellence in Pelviscopy** - Risk of Mesh Extrusion after Laparoscopic Sacral Colpopexy with or without concurrent Laparoscopic Assisted Vaginal Hysterectomy – November 2007

**Top Doctor** – Castle Connelly Medical Ltd, 2001, 2006 to present

**Best Doctor** – Best Doctors In America Inc., 2005 to present

**Top Obstetrician & Gynecologist**, Consumers' Research Council of American, 2010 to present

**Spotlight Award – Cooper Surgical**, 2009

**Spotlight Award – Cooper Surgical**, 2011

**First place video American Association of Gynecologic Laparoscopy - Urogynecology division**
"The 26minute sacral colpopexy: Do we really need robotic technology?" – Vancouver BC – November 2014

.

**Annual Golden Laparoscope Award - American Association Gynecologic Laparoscopists** –
Best Surgical Videos of  2014 "Obturator Neuralgia a Rare complication of TVT Sling:
Complete Resolution after Laparoscopic TVT Removal" – Vancouver BC -- November 2014

**Greatest Hits Video – AUGS**
Top 25 Videos of the Decade, "A Novel Technique of Laparoscopic Vesical Vaginal Fistula Repair" –
Seattle, WA – October 2015

**GRANTS:**          **MDS 30C0 – Investigator (October 1993 - 1995)**
Investigative study for Innova optimization.
Empi, Inc., Minneapolis, Minnesota.

**C93-02-0801 Co-Investigator (October 1993 - 1995**)
Bladder neck support prosthesis in females with genuine stress urinary incontinence and mixed urinary
incontinence.
Johnson & Johnson Medical, Inc., Arlington, Texas.

**Co-Investigator (September 1993 – 1995)**
Evaluation of a modified feminine hygiene product.
Kimberly-Clark.

**LY248686 - Investigator (May 1998 – 1999)**
Duloxetine vs. placebo in the relief of stress incontinence.
Eli Lilly Co., Indianapolis, Indiana.

**Co-Investigator (June 1998 – 2000)**
Computer tomographic comparison of the bony pelvic dimensions between women with and without genital
prolapse.
Mercer University School of Medicine, Macon, Georgia.

**Co-Investigator (May 1995 – 2000)**
Differences in the composition of the pelvic connective tissue as a possible etiologic factor of different
susceptibility to uterovaginal prolapse in caucasian, african-american and oriental women.
Mercer University School of Medicine, Macon, Georgia.

**C-99-033-00 (March 2000 – 2001)**
Comparison of the efficacy and tolerability of Ditropan XL and Detrol in the treatment of the overactive
bladder.
Alza Corporation, Mountain View, California.

**F1J-MC-SBAV (October 2000 – 2001)**
Efficacy and safety of Duloxetine compared with placebo in subjects with stress urinary incontinence.
Eli Lilly Co., Indianapolis, Indiana.

**EI-001 - Oxybutynin Transvaginal Rings (TVR) – (2001)**
FEI Technologies Inc., Philadelphia, Pennsylvania.

**G990294 (February 2002) – SURX Solarant Therapy**
Evaluate the safety and efficacy of the Surx Solarant System in the treatment of genuine female stress
urinary incontinence due to urethral hypermobility.   Surx, Inc.  Livermore, California.

**C-2001 - 019-00 (January 2002) – OPERA Study Ditropan**
Comparison of the efficacy and tolerability of Ditropan XL and Detrol LA in the treatment of the overactive
bladder.
Alza Corporation, Mountain View, California.

**20001-012 (February 2002)**
A clinical assessment of patients undergoing Gynecare TVT with abdominal guides for the treatment of
stress urinary incontinence.  Gynecare, Somerville, New Jersey.

.

**ML/AD 002 (October 2001 – 2003)**
A Pivotal, Double-Blind, Comparative, Multicentre Study to Determine the Efficacy and Safety of Adept in the Reduction of Post-Surgical Adhesions after Laparoscopic Surgery.
ML Laboratories PLC, LE8 4FA, UK

**NN16691B (October 2002 – July 2003)**
Randomized, Double-blind, Placebo-Controlled Study to Evaluate the Safety of a Partial Alpha Andrenoceptor Agonist, Roll5-1240, in Women with Stress Urinary Incontinence or Mixed Urinary Incontinence.  Hoffman La Roche

**CT-MONT-001-02 (May 2003 – January 2004)**
A comparison of GYNECARE MoniTorr and Multi-channel Urodynamics Correlation of Measurement Relationship to Incontinence Severity and Preference.
EHTICON, Inc

**IP631-005 (June 2003 – August 2004)**
"A Double-blind, Placebo-Controlled Study of Urinary Frequency and Urgency Using Trospium Chloride, 20mg Tablets, in Patients with Overactive Bladder". AAI International Pharma Company, Natick, MA

**905-UC-001 (June 2003 – April 2006)**
Open Label Study of the Efficacy and Safety of 5 and 10mg Vesicare in Patients with Overactive Bladder Symptoms.
Yamanouchi Pharma America, Inc.

**MES032 AMS (July 2003 – May 2006)**
United States Multi-Center Marketing Evaluation Study on the Utility and Effectiveness of the AMS Monarc Subfascial Hammock
American Medical Systems, Minnetonka, MN

**F1J-US-SBCD (June 2004 – June 2005)**
"An Open Label, Multi-center Study for the Efficacy and Safety of Duloxetine HC1 40mg Twice Daily Administered for 8 Weeks to Women With Stress Urinary Incontinence."
Eli Lilly

**B3D-US-GHCQ (July 2004 – May 2005)**
"A Long-Term Prospective Observational Study of the Effectiveness, Safety and Tolerability of FORTEO Therapy in the Community Setting"
Eli Lilly

**905-UG-005 (July 2004 – April 2006)**
"A Randomized, Double Blind, Placebo-controlled, Parallel-Group, Multicenter Study to Assess the Efficacy and Safety of Daily Oral Administration of 5 MG and 10 MG Vesicare in Patients Not Previously Exposed to Anticholinergic Drugs for the Treatment of  Urgency Associated With Overactive Bladder"
Yamanouchi

**OXY0402 (August 2004 – April 2005)**
"A Multi-center Assessment of Transdermal Therapy in Overactive Bladder with Oxybutynin TDS"
Watson Pharmaceuticals

**S0302106, 107, 110 (June 2004 – August 2007)**
"A Multi-Center, Double-Blind Study to Determine the Efficacy of Estratest Tablets in Relieving Menopausal Symptoms in Estrogenized Postmenopausal Women"
Solvay Pharmaceuticals

**S1664003 (Nov 2004 – August 2005)**
Efficacy Study Comparing 0.9g and 1.25g EstroGel® 0.03% Doses with Placebo in the Treatment of Vasomotor Symptoms and Vulvar and Vaginal Atrophy Associated with Menopause.
Solvay

**A6061023 (Dec 2004 – September 2006)**

.

A Phase 2, 8-Week, Multi-Center, Randomized Double-Blind, Placebo Controlled, Parallel Group Study Evaluating the Efficacy, Tolerability and Safety of [S, S]-Reboxetine (PNU-165442G) for Stress Urinary Incontinence in Women.
Pfizer

**A6121002 (Feb 2005 – August 2006)**
A Multicenter, Double-Phase, Randomized, Double-Blind, Placebo Controlled (12-Week Double-Blind Followed by 12-Week Open-Label) Study Evaluating the Effect of Tolterodine ER on Urgency Urinary Incontinence (UUI), Urgency, Frequency, Sexual Quality of Life and Sexual Function in Women with Overactive Bladder.
Pfizer

**MES043 (April 2005 – 2011)**
A Multi-Center Study to Assess the Perigee$^{TM}$ Transobturator Anterior Prolapse Repair System with IntePro$^{TM}$ Large Pore Polypropylene.
American Medical Systems

**RAB-AICT-01 (March 2005 – May 2006)**
A Randomized, Double-Blind, Placebo-Controlled Study of the Effects of 2% L-Arginine/Menthol Topical Cream in the Treatment of Intersticial Cystitis.
RetroActive Bioscience

**CDAR328AU201 (June 2005 – April 2006)**
A 12-week, randomized, open-label, parallel-group, multi-center study to evaluate the efficacy, safety and tolerability of Enablex® (darifenacin) (with voluntary up-titration from 7.5mg o.d. to 15mg at week 2) alone or in combination with Behavioral Modification Program for symptoms of overactive bladder.
Novartis

**VAG-2195 (June 2005 – Jan 2007)**
A Twelve Month Double-Blind, Randomized, Parallel-Group, Placebo-Controlled, Multi-Center Trial to Investigate the Efficacy and Safety of Vagifem Low Dose (10 ug 17β-estradiol vaginal tablet) for Treatment of Postmenopausal Atrophic Vaginitis Symptoms.

**NKT-102260 (June 2005 – Sept 2005)**
A Multicenter, Randomized, Double-blind, Placebo-controlled, Dose-ranging, Parallel Group Phase II Study to Evaluate the Safety, Efficacy, and Pharmacokinetics of the oral Neurokinin-1 Receptor Antagonist, GW679769, When Administered with Intravenous Ondansetron Hydrochloride for the Prevention of Post-operative Nausea and Vomiting (PONV) and Post-discharge Nausea and Vomiting (PNNV) in Female Subjects with Known Risk Factors for PONV Who are Undergoing Surgical Procedures Associated with an Increased Emetogenic Risk.
**GlaxoSmithKline**

**NRGMON-CON-3001 (Dec 2005 - 2006)**
A Randomized, Double-Blind, Two-Part, Parallel-Group, Comparative Study to Evaluate Blood Folate Levels in Women Taking  an oral Contraceptive With and Without Folic Acid.
**Johnson & Johnson**

**CP-2639 (June 2006- May 2010)**
A Prospective Study to Evaluate Renessa™ Long-term Durability for the Treatment of Female Stress Urinary Incontinence.
**Novasys Medical, Inc.**

**CP-2820 (May 2007 – May 2010)**
A Prospective Study to Evaluate the Effectiveness of the Renessa Treatment for Female Stress Urinary Incontinence in Women with Suboptimal Response to Surgical Treatment

**Novasys Medical**
**PALO-04-06 (Mar 2006 – Sept 2006)**

.

A Randomized, Double-blind, Multicenter, Parallel Group, Balanced, Stratified, Phase 3 Study to Evaluate the Efficacy and the Safety of Single IV Doses of Palonosetron 0.025 mg, 0.050 mg, and 0.075 mg versus Placebo in outpatients to Prevent Postoperative Nausea and Vomiting Following Elective Abdominal or Gynecological Laparoscopic Surgery.
*Helsinn Healthcare SA*

**672-CL-035 (June 2006 – July 2007)**
A Phase 2, Randomized, Double-Blind, Placebo-Controlled Study of YM672 in the Treatment of Painful Bladder Syndrome/Interstitial Cystitis.
**Astellas Pharmaceutical Inc., USA**

**PIN-5004 (May 2006 – Nov 2006)**
A Randomized Multi-Center Double Blind Controlled Study to Assess the Safety and Effectiveness of Permacol® Injection versus Contigen® Implant as a urethral Bulking Agent in the Treatment of Urinary Stress Incontinence Due to Intrinsic Sphincter Deficiency.
**Tissue Science Laboratories, plc**

**1004 (May 2007 – 2012)**
PROPEL Trial, A Prospective, Multi-Center Study to Assess the AMS Pelvic Floor Repair System Devices for Prolapse Repair.
**American Medical Systems, Inc.**

**OG05009 (June 2006 – Mar 2007)**
A Multi-Center, Double-Blind, Placebo-Controlled Study of the Efficacy and Safety of Daily Dosing with 0xybutynin Topical Gel to Treat the Symptoms of overactive Bladder.
**Watson**

**CDAR328A2404 (June 2006 – Jan 2007)**
A 12-week, open-label, non-randomized, multicenter study to evaluate the patient's perception of outcome after treatment with darfenacin in overactive bladder patients dissatisfied with prior anticholinergic therapy.
**Novartis Pharmaceuticals Corporation**

**THVD-101-02(July 2007- 2008)**
Comparison of THVD-101, a Combination of an Antimuscarinic and Muscarinic Agonist vs. an Antimuscarinic Agent, Alone in Subjects with Overactive Bladder (OAB) Symptoms
**Thera Vida, Inc.**

**WC0605 #20070204 (July 2007 – 2009)**
Long-term Effectiveness Trial for AMS Sling Systems
**American Medical Systems, Inc.**

**DZ2 – 201 – 601 – 725036 (April 2007- April 2009)**
A Phase 2 Clinical Study Evaluating the Safety and Efficacy of Two Regimens of Danazol Administered Intravaginally for Three Months in Women with Moderate – to – Severe Pain Associated with Endometriosis
**KV Pharmaceutical Company**

**2007004 (July 2007- January 2007)**
A Randomized, Double-Blind, Placebo-Controlled, Multicenter, 52-Week Study to Evaluate the Endometrial Safety of Transdermal Testosterone (300 mcg/day) in Naturally Postmenopausal Women with Hypoactive Sexual Desire Disorder
**Procter & Gamble Pharmaceuticals**

**D3601113 (May 2007 – 2008)**
A 10-week randomized, double-blind, parallel-group, placebo-controlled phase 2 study to investigate the extent of symptom relief and the safety and tolerability of SMP-986 (20 mg, 40 mg, 80 mg, and 120 mg) administered once daily for 8-weeks to patients with overactive bladder syndrome
**Dainippon Sumitomo Pharma Europe Ltd.**

**DRI6271 (Jan 2008 – 2009)**

.

A Placebo controlled Randomized, 12-Week, Dose-Ranging, Double-Blind Study versus Placebo Using Tolterodine as a Study Calibrator, to Evaluate Efficacy and Safety of SSR240600C in Women with Overactive Bladder Including Urge Urinary Incontinence
**Sanofi – Aventis U.S. Inc.**

**CBC – 302 – 602 – 622467 (Jan 2008– 2009)**
Randomized, Double-Blind, Parallel-Group Study Evaluating the Safety and Efficacy of Clindamycin/Butoconazole Vaginal Cream in the Treatment of Mixed Bacterial Vaginosis/Vulvovaginal Candidiasis Infections
**KV Pharmaceutical**

**178-CL-047 (September 2008 – June 2010)**
A Phase III, Randomized, Double-Blind, Parallel Group, Placebo Controlled, Multicenter Study to Assess the Efficacy and Safety of the Beta-3 Agonist YM178 in Subjects with Symptoms of Overactive Bladder
**Astellas Pharmaceutical Inc., USA/PPD**

**178-CL-049 (January 2009 – July 2010)**
A Randomized, Double-Blind, Parallel Group, Active Controlled, Multi-Center Long-term Study to Assess the Safety and Efficacy of the Beta-3 Agonist YM178 (50 mg qd and 100 mg qd) in Subjects with Symptoms of Overactive Bladder
**Astellas Pharmaceutical Inc., USA/PPD**

**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 (September 2009 – 2010)**
An Open-label, Randomized, Controlled, Parallel Groups, Multi-Center, Masked Assessor, Safety and Efficacy Evaluation of the Kimberly-Clark Vaginal Insert for the Management of Stress Urinary Incontinence
**Kimberly-Clark**

**A4091035 (January 2010 – January 2011)**
A Phase 2B, Randomized, Double-Blind, Placebo-Controlled, Dose Ranging Study Evaluating the Efficacy and Safety of Tanezumab for the Treatment of Moderate to Severe Pain Associated with Interstitial Cystitis/Painful Bladder Syndrome (IC/PBS).
**Pfizer**

**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 (October 2012 – August 2014)**
A Study of Vulva Skin, Serum Hormone Levels from Various Age Groups to Understand and Biological Profile Changes of Vulva Skin During Aging and the Dependence of Molecular Parameters on Age
**Kimberly – Clark Corporation**

**191622-125 (March 2013 – Present)**
A Study Evaluating the Efficacy and Safety of BOTOX® and Solifenacin in Patients with Overactive Bladder and Urinary Incontinence
**Allergan**

**TC-5214-23-CRD-003 (June 2013 – August 2014)**
A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dose Study to Evaluate the Efficacy, Safety, and Tolerability of Dexmecamylamine in the Treatment of Subjects with Overactive Bladder (OAB)
**United BioSource Corporation**

**178-CL-101 (February 2014 – Present)**
A Randomized, Double-Blind, Parallel-Group, Placebo- and Active- Controlled, Multi-center Study to Evaluate the Efficacy, Safety and Tolerability of Combinations of Solifenacin Succinate and Mirabegron Compared to Solifenacin Succinate and Miragron Monotherapy in the Treatment of Overactive Bladder
**Astellas Pharma / Inc Research**

**178-CL-102 (July 2014 – Present)**

.

A Randomized, Double-Blind, Parallel-Group, Active- Controlled, Multi-center Study to Evaluate the Long-Term Safety and efficacy of Combination of Solifenacin Succinate with Mirabegron Compared to Solifenacin Succinate and Mirabegron Monotherapy in subject with Overactive Bladder
**Astellas Pharma / Inc Research**

**SPL7013-017 (October 2014-Present)**
A Phase 3, Double-Blind, Multicentre, Randomized, Placebo-Controlled Study to Determine the Efficacy and Safety of SPL7013 Gel (VivaGel®) To Prevent the Recurrence of Bacterial Vaginosis
**Starpharma**

**TELESURGERY & INTERNATIONAL SURGERY:**

Atlanta, GA
First International Consultation on Incontinence Symposium World Health Organization Georgia Baptist Medical (Atlanta) to Monaco
Laparoscopic Paravaginal Repair and Burch Urethropexy
July 1998

Upsalla, Sweden
University Hospital
TVT Sling
October 1998

Allentown, Pennsylvania
Lehigh Valley Medical Center, Lehigh Valley Hospital
Laparoscopic Vault Suspension & Paravaginal Repair
November 1998

Sydney, Australia
Liverpool Hospital
Laparoscopic Enterolysis – Laparoscopic Vaginal Vault Suspension
Laparoscopic Urethrolysis (previous Burch) – Laparoscopic Burch
November 1999

Sydney, Australia
Prince Phillips Hospital
Laparoscopic Burch & Paravaginal Repair, October 1999
October 1999

Stamford, Connecticut
Stamford Hospital
Laparoscopic Burch & Paravaginal Repair, May 1999
Laparoscopic Urethrolysis of Stamey - Laparoscopic Burch & Vaginal Vault Suspension
May 1999

Stamford, Connecticut
Stamford Hospital
Laparoscopic Uterine Suspension & Paravaginal Repair
TVT – Tension Free Vaginal Tape Sling (using local anesthesia)
Laparoscopic Uterine Suspension & Paravaginal Repair
Laparoscopic Vault Suspension & Enterocele Repair with Dermal Graft Augmentation
October 2000

Moscow, Russia
University of Moscow
Laparoscopic Burch Paravaginal Repair
Laparoscopic Uterine Suspension
June 1999

Moscow, Russia
University of Moscow
TVT Sling - Posterior Repair
June 2000

Moscow, Russia
University of Moscow
Laparoscopic Vault Suspension, Paravaginal and Burch
June 2001

Naples, Italy
Avellino Hospital
Laparoscopic Burch and Paravaginal Repair
December 5-12, 2002

Atlanta, Georgia
Northside Hospital
Laparoscopic Burch & Vaginal Repair
November 2003

10th International Meeting on Gynecologic Surgery
Laparoscopic Sacral Colpopexy and Paravaginal Repair
Feb 2005

Naples, Italy
San Carlo – IDI Hospital, Via Aurelia 275
Laparoscopic Uterine Sacral Colpopexy and Paravaginal Repair,
   Apogee Procedure, Perigee Procedure
February 21-24, 2005

Madrid, Spain
Apogee Procedure
Monarc (TOT) Sling
Perigee Procedure
January 26-30, 2005

Naples, Italy
Avellino Hospital
Traditional (Laparotomic and Vaginal) approaches to malignant disease
and Pelvic Floor Defects
February 19-26, 2007

Moscow, Russia
XXI International Congress with Endoscopic and Robotic Surgery Course
Technologies of XXI Century in Gynecology
Scientific Center for Obstetrics, Gynecology and Perinatology
Laparoscopic paravaginal repair and sacral colpopexy
June 9-12, 2008

San Paolo, Brazil
Organizational Committee of the International Symposium of Urogynecology Updating
Hospital Alvorado
Laparoscopic Sacral Colpopexy, Paravaginal repair, Mini-arc Sling, Apogee and Perigee
August 14-16, 2008

Atlanta, GA
Worldwide Live Surgery Webcast/Broadcast
American Assoc. Gyn. Laparoscopists/Surgery U.com
Inaugural Event for the AAGL Live Surgery Education Series
Northside Hospital

.

Laparoscopic Sacral Colpopexy  Paravaginal Repair
July 2010

<u>Atlanta, GA</u>
Worldwide Live Surgery Webcast/Broadcast
American Assoc. Gyn. Laparoscopists/Surgery U.com
Inaugural Event for the AAGL Live Surgery Education Series
Northside Hospital
Anterior Elevate & Mini Arc Sling
July 2010

<u>Moscow, Russia</u>
Research Scientific Center for Obstetrics, Gynecology, and Perinatology
XXIV International Congress
Technologies of XXI Century for the Diagnosis and Treatment of Gynecologic Diseases
Laparoscopic Sacral Colpopexy Repair - Results & Techniques
June 9-12, 2011

<u>Adelaide, Australia</u>
AGES Pelvic Floor Symposium & Workshop XII
Live Surgery, Laparoscopic Sacral Hysteropexy
June 2011

<u>Atlanta, Georgia</u>
Program Chairman/Congress Organizer
Minimally Invasive Gynecology/Urology Surgical
  Symposium-World Congress
Lead Lecturer and Instructor, Live Surgery
Ritz Carlton and Northside Hospital, Atlanta, GA
April 2012

<u>Atlanta, GA</u>
Surgery U/AAGL Live Surgery Worldwide Telecast
Laparoscopic Enterocele Repair, Sacralcolpopexy, MiniSling
April 2012

<u>Strasbourg, France/IRCAD</u>
New Insights in Prolapse Surgery: Vaginal and Laparoscopic Routes
University Central Hospital of Strasbourg
October 2012

**PUBLICATIONS:**   **Miklos JR,** Karram MM.  The efficacy of conservative therapy in genuine stress urinary and mixed incontinence.  The Female Patient.  1995:20(1): 21-42.

**Miklos JR,** Karram MM.  Conservative management of stress urinary incontinence.   Obstet Gynecol Perspective Newsletter - Cincinnati, Ohio.

**Miklos JR,** Karram MM, Silver E.  Needle localization of a hydrocele of the canal of nuck.  Obstet Gynecol.  1995; 85(2): 284-5.

**Miklos JR,** Sze E, Karram MM.  A critical appraisal of the methods of measuring leak-point pressures in women with stress incontinence.  Obstet Gynecol. 1995 Sep; 86(3): 349-52.

**Miklos JR,** Baggish M.  Vulvar pain syndrome – a review.  Obstet Gynecol Surg. 1995 Aug;50(8): 618-27. Review.

**Miklos JR,** Sze E, Parobeck D, Karram M.  Vesicouterine fistula:  a rare complication of vaginal birth after cesarean.   Obstet Gynecol. 1995  Oct:86(4 Pt 2):638-9.

.

**Miklos JR,** Sze E, Karram MM.  Vaginal correction of advanced pelvic organ relaxation using Local Anesthesia.  Obstet Gynecol.  1995  Dec; 86(6): 922-4.

**Miklos JR,** Sze E, Kohli N, Karram MM.  A vesicovaginal fistula:  a half-century of undiagnosed urinary incontinence.  J Gynecol Sur.  1996: 97(1): 160-2.

**Miklos JR,** Karram, MM.  Vesicouterine fistula:  a rare complication of vaginal birth after cesarean (Editorial response).  Obstet Gynecol.  1996  87(1): 160-2.

Partoll L, **Miklos JR,** Karram MM. Uterine procidentia incarcerated by bladder calculus; case report and review.  J Pelvic Surg.  1996  2(2):55-7.

Sze, EHM, **Miklos JR**. Karram MM., Voiding after burch colposuspension and effects of concomitant pelvic surgery: correlation with preoperative voiding mechanism.  Obstet  Gynecol.  1996  Oct;88(4 Pt1):564-77.

**Miklos JR,** Sze EHM, Kohli N.  Control of pesacral hemorrhage using indirect coagulation through a muscle fragment.  J Pelvic Surg.  1996  2(6):268-70.

Sze EHM, **Miklos JR,** Partoll L, Roat TW, Karram MM. Sacrospinous ligament fixation with transvaginal needle suspension for advanced pelvic organ prolapse and stress incontinence.  Obstet Gynecol. 1997  Jan; 89(1): 94-6.

Kohli N, **Miklos JR**. Laparoscopic burch colposuspension: a modern approach Cont Obstet Gynecol. 1997 42(1): 36-55.

**Miklos JR,** Kohli N, Sze EHM, Saye WB.  Precutaneous suprapubic teloscopy: a minimally invasive cystoscopic technique.  Obstet Gynecol. Mar;89(3) 476-8.

Sze EHM, Meranus J, **Miklos JR,** Kohli N, Karram MM.  Vaginal configuration on MRI after abdominal sacrocolpopexy and sacrospinous ligament suspension.  Int Urogynecol J Pelvic Floor Dysfunct. 2001;12(6):375-9; discussion 379-80.

**Miklos JR,** Saye WB., A randomized comparison of burch colposuspension and abdominal paravaginal defect repair.  Am J Obstet Gynecol. 1997 Jan:176 (1 Pt 1):255-56.

Saye WB, **Miklos JR.**  Laparoscopic assisted doderlein hysterectomy.  Contemp Obstet Gynecol. 1997  42 (11):125-30.

Richardson AC, Saye WB. **Miklos JR**.  Repairing paravaginal defects Laparoscopically.  Contemp  Obstet Gynecol. 1997  42 (11):125-30.

**Miklos JR,** Saye WB.  Suprapubic teloscopy:  a modified approach. J Pelvic Surg. 1997  3 (6):309-12.

**Miklos JR,** O'Reilly MJ, Saye WB.  Sciatic hernia: as a cause of chronic pelvic pain in women. Obstet Gynecol.  1998; 91(6) 998-1001.

Sze EHM, Kohli N, **Miklos JR,** Roat TW and Karram MM.  Comparative morbidity and charges associated with route of hysterectomy and concomitant burch colposuspension. Obstet Gynecol.  1997  Jul; 90(1):42-5.

**Miklos JR,** Kohli N, Lucente V, Saye WB.  Site-specific facial defects in the diagnosis and surgical management of enterocele.  Am J Obstet Gynecol. 1998 Dec;179(6 Pt 1):1418-22; discussion 1822-3.

**Miklos JR**, Saye WB.  Editorial response to laparoscopic doderlien hysterectomy.  Contemp Obstetrics & Gynecology 1997;42: (Editorial Column).

Sze EHM, Kohli N, **Miklos JR**, Roat T, Karram MM. A retrospective  comparison of abdominal sacrocolpopexy with burch colposuspension  versus sacrospinous fixation with transvaginal needle suspension for the management of vaginal vault prolapse and co-existing stress incontinence. J Int Urogynecol. 1999  10:390-93.

**Miklos JR**, Kohli N.  Paravaginal plus burch procedure: a laparoscopic approach. J Pelvic Surg.  1998 4 (6): 297-302.

**Miklos JR**, Sobeleski C, Lucente V.  Laparoscopic management of recurrent vesicovaginal fistula.  Int Urogynecol J Pelvic Floor Dysfunct. 1999;10(2):116-7.

**Miklos, JR.**  Laparoscopic treatment of vesicouterine fistula.  J Am Assoc Gynecol Laparosc. 1999 Aug;6(3):339-41.

**Miklos, JR,** Kohli N.  Rectovaginal fistula repair utilizing a cadaveric dermal allograft.  Int Urogynecol J Pelvic Floor Dysfunct.  1999; 10(6);405-6.

Sze EHM, Kohli N, **Miklos JR**, Roat T, Karram MM.  Computed tomography comparison of bony pelvis dimension between women with and without genital prolapse.  Obstet Gynecol. 1999  Feb; 93: 229-32.

**Miklos JR**, Kohli N.  Accuracy of clinical assessment of paravaginal defects in women with anterior vaginal wall prolapse.  Am J Obstet  Gynecol. 2000 Mar; 182(3):747-9.

Moore R, **Miklos JR**.  Repair of vaginal evisceration after colpocleisis utilizing allogenic dermal graft. Int Urogynecol J (2001) 12:215-217

Speights S, Moore R, **Miklos JR**.  Frequency of lower urinary tract injury at laparoscopic burch and paravaginal repair.  J Am Assoc Gynecol Laparosc. 2000  Nov 7(4):515-18.

**Miklos JR,** Kohli N.  Laparoscopic paravaginal repair plus burch colposuspension: review and descriptive technique.  Urology.  2000  Dec 4:56(6 Suppl 1):64-9.  (Review)

Lucente V, **Miklos JR**.   Laparoscopic Reconstructive Pelvic Surgery and Urogynecology.  Hospital and Physician 2000; 6:18-26.

Speights SE, Moore RD, **Miklos JR.**  Laparoscopic burch and paravaginal repair and the incidence of lower urinary tract injury.  Obstet Gynecol  2000; Apr 1; 95:S57.

Moore RD, Speights SE, **Miklos JR.**  Surgical treatment of stress urinary incontinence and severe pelvic organ relaxation in the medically compromised; elderly patient using local anesthesia.  Obstet Gynecol. 2000; Apr 1; 95:S56.

Karram M, Partoll L, **Miklos JR.**  Goldwasser S.  Suprapubic bladder drainage after extraperitoneal cystotomy, Obstet Gynecol 2000 Aug;96(2):234-6

**Miklos JR,** Kohli N, Moore R.  Levatorplasty release and reconstruction of the rectovaginal septum utilizing allogenic dermal graft.  Int J Urogynecol.   2001.

Rardin CR, Rosenblatt PL, Kohli N, **Miklos JR.** Heit M, Lucente VR.  Release of Tension-Free Vaginal Tape for the Treatment of Refractory Postoperative Voiding Dysfunction.  Obstet Gynecol 2002 Nov;100(5 Pt 1):898-902

Appell RA, Sand P, Dmochowski R, Anderson R, Zinner N, Lama D, Roach M,  **Miklos J**, Satlzstein D, Boone T, Staskin D and Albrecht D.  Prospective randomized controlled trial of extended-release oxybutynin chloride and tolterodine tartrate in the treatment of overactive bladder: results of the OBJECT Study.  Mayo Clin Proc. 2001 Apr;76(4):358-363.

**Miklos JR.,** Clinical Urogynecology - 2nd Edition, Book Review.  The J Am Assoc Gynecolog Laparosc. 2001 Vol . 8 (1):170.

**Miklos JR.,** Kohli N, Moore RD.  Laparoscopic management of urinary incontinence, ureteric and bladder injuries.  Curr Opin Obstet Gynecol, 2001 Aug;13(4):411-17.

Moore RD, Speights SE, **Miklos JR.,**  Laparoscopic burch colposuspension for recurrent stress urinary incontinence.  J Am Assoc Gynecol Laparosc.  2001 Aug:8(3):389-92.

.

Kohli N, **Miklos JR.,**  Use of synethtic mesh and donor grafts in gynecologic surgery." Curr Women's Health Rep. 2001 Aug;1(1):53-60.

Riachi L, Kohli N, **Miklos JR.,**  Repeat tension-free transvaginal tape (TVT) for the treatment of recurrent stress urinary incontinence.  Int Urogynecol J Pelvic Floor Dysfunct.  2002;13(2):133-5; discussion 135.

**Miklos JR**, Kohli, N, Moore, R.  Levatorplasty release and reconstruction of retrovaginal septum using allogenic dermal graft.  Int Urogynecol J Pelvic Floor Dysfunct.  2002;13(1);44-6.

**Miklos JR**, Kohli, N, Moore, R.  Laparoscopic surgery for pelvic support defects. Curr Opin Obstet Gynecol. 2002 Aug;14(4):387-95.

Rardin CR, Kohli N, Rosenblatt PL, **Miklos JR**, Moore R, Strohsnitter WC. Tension-Free Vaginal Tape: Outcomes Among Women With Primary Versus Recurrent Stress Urinary Incontinence. Obstet & Gynecol. 2002; November Vol 100, No 5 Part 1-893-897

Rardin CR, Rosenblatt PL, Kohli N., **Miklos JR**, Heit M, Lucente VR.  Release of tension-free vaginal tape for the treatment of refractory postoperative voiding.  Obstet & Gynecol 2002; Vol 100, No. 5, Part 1:898-902.

Kohli N, **Miklos JR**. Dermal graft-augmented rectocele repair.  Int J of Urogynecol.  2003; 14:146-149

Culligan PJ, **Miklos JR**, Murphy M, Goldberg R, Graham C, Moore R, Hainer M, Heit M.  The Tensile Strength of Uterosacral Ligament Sutures:  A Comparison of Vaginal and Laparoscopic Techniques. Obstet & Gynecol 2003 March; Vol 101, No 3, p500-503

Moore RD, **Miklos JR**. Colpocleisis and Tension-Free Vaginal Tape Sling for Severe Uterine and Vaginal Prolapse and Stress Urinary Incontinence under Local Anesthesia. J Am Assoc Gynecol Laparosc. 2003 May;10(2):276-80.

Dmochowski R, **Miklos JR**, Norton P, Zinner N, Yalcin I, Bump R -  Duloxetine vs. Placebo in the Treatment of North American Women With Stress Urinary Incontinence, J Urol. 2004 Jan;171(1):360

Kohli N, **Miklos JR,** "Meeting the challenge of Vesicovaginal fistula repair: Conservative and surgical measures," OBG Management, August 2003

Neeraj Kohli, **Miklos JR,**  Meeting the Challenge of Vesicouterine Fistula Repair: Conservative and Surgical Measures.  Surgical Techniques, OBG Management, August 2003 p16-27

Saini, J, Kohli, N, **Miklos JR**, Moore RD,  – "Nonsurgical and Minimally Invasive Outpatient Treatments for Stress Urinary Incontinence and Pelvic Organ Prolapse." The Female Patient; May 2004; Vol 29, p 45-54

**Miklos JR,** Moore RD, Kohli N. "Laparoscopic Pelvic Floor Repair."  Obstet Gynecol Clin N AM; 31-(2004) 551-565.

Sandy PK, **Miklos JR**, Ritter H, Appell R, "A comparison of extended-release oxybutynin and tolterodine for treatment of overactive bladder in women", Int. Urogynecol J Pelvic Floor Dysfunct. 2004 Jul-Aug; 15(4):243-8

**Miklos JR**  "Posterior Intravaginal Slingplasty: Performing the Procedure" Management of Vaginal Vault Prolapse: Surgical Options, OBG Management Supplement, July 2004

Moore S, Mills B, Moore RD, **Miklos JR,** Mattox TF.  "Perisurgical smoking cessation and reduction of post-operative complications.  Am J Ob/Gyn (2005) 192:1718-21

Moore RD, **Miklos JR,** Kohli N.  "Rectovaginal Fistula Repair using Porcine Dermal Graft" Obstet Gynecol. 2004 Nov;104(5 Pt 2):1165-7

Taylor GB, Moore RD, **Miklos JR**, "Osteomyelitis secondary to sacral colpopexy mesh erosion requiring laminectomy". Obstet Gynecol; February 2006;107(2 Pt 2):475-7

Lowman J. **Miklos JR,** Moore RD.  Tension Free Vaginal Tape (TVT) Sling with a Porcine Interposition Graft (Pelvicol) in a Radiated Patient with a Past History of Urethrovaginal Fistula and Urethral Mesh Erosion., J Reprod Med. 2007 Jun;52(6):560-2

Moore RD, Gamble K, **Miklos JR.**  Tension Free Vaginal Tape Sling (TVT) For Recurrent Stress Incontinence following Transobturator Tape Sling (TOT) Failure.  At press, Int Urogynecol J Pelvic Floor Dysfunct. 2007 Mar;18(3):309-13

Hart S, Moore RD, **Miklos JR**, Mattox F, Kohli N. Incidence of Concomitant Surgery for Pelvic Organ Prolapse in Patients Surgically Treated for Stress Urinary Incontinence. J Reprod Med. 2006 Jul; 51(7):521-4

Apesos, J, Jackson, R, **Miklos, J**, Moore, R, Vaginal Rejuvenation, Vaginal/Vulvar Procedures, Restored Femininity, LM Publishers, Newport Beach, CA 2006

Pikarrt D, **Miklos JR**, Moore RD. Laparoscopic Removal of Pubovaginal Polypropylene  Tension-Free Tape Slings, JSLS, 2006 Apr-Jun;10(2):220-5\

**Miklos, JR**, Moore, RD.  Laparoscopic Surgery for Pelvic Support Defects, Perioperative Nursing Clinics, Vol 1(4):345-365, Dec 2006

Moore RD**, Miklos JR**, Kohli N **.**  Laparoscopic Pelvic Floor Repair, Part I – Pelvic Anatomy.  Menopause Update, Volume 9, Number 4, October 2006:4-5

Moore RD, **Miklos JR**, Kohli N.  Laparoscopic Pelvic Floor Repair, Part II – Vault support including Laparoscopic sacralcolpopexy, Menopause Update, Volume 10, Number 5, February 2007:2-5

Moore RD**, Miklos JR**, Kohli N**., Laparoscopic** Pelvic Floor Repair, Part III  – Support of the Anterior and Posterior Vaginal Wall, Menopause Update, Volume 10, Number 2, May 2007: 10-13

Moore RD, Gamble K, **Miklos JR**, Tension-free vaginal tape sling for recurrent stress incontinence after transobturator tape sling failure, Int Urogynecol J Pelvic Floor Dysfunct. 2007 Mar; 18(3):309-13. Epub 2006 Jul 26

Saltz, S, Mitchell, G**,** Moore, R**, Miklos, J**, et al, "Multicenter Short Term Assessment of Patients Undergoing the Tension Free Vaginal Tape-Secure System for the Surgical Treatment of Female Stress Urinary Incontinence",  Journal of Pelvic Medicine & Surgery, Volume 13, No. 5, 2007, (111P)311

**Miklos, JR,** Stepanian, A, Moore, R, Mattox, T, "Risk of Mesh-Related Complications after Laparoscopic Sacral Colpopexy with or without Concurrent Laparoscopic Assisted Vaginal Hysterectomy," AUGS 28th ASM, 2007, Journal of Pelvic Medicine & Surgery, Vol 13, No. 5, 2007(68)258- 259.

Stepanian AA, Moore R, Mattox T, **Miklos JR**, "Risk of Mesh Extrusion after Laparoscopic Sacral colpopexy with or without Concurrent Laparoscopic Assisted Vaginal Hysterectomy: Experience of 402 Patients", Invasive Gyn 2008 Mar-Apr;15(2):188-96

Taylor, G**,** Moore, R**, Miklos, J**, Mattox, T., Posterior Repair with Perforated Porcine Dermal Graft, Intl Braz J Urol, Vol. 34(1):84-90, Jan-Feb 2008

Moore RD, **Miklos JR**, Mini-sling - New Minimally Invasive One-incision Sling for Treatment of Female Stress Urinary Incontinence, US Obstetrics & Gynecology, September 2008;  Vol 3(1):102-105; US Urology; 2009;5:57-60, July 2009

Candiotti KA, Kovac AL, Melson TI, Clerici G, Joo Gan T; Palonosetron, **Miklos JR**, et al, A randomized, double-blind study to evaluate the efficacy and safety of three different doses of palonoestron versus placebo for preventing postoperative nausea and vomiting, Anesth Analg., 2008 Aug;107(2):445-51.

Moore RD**, Miklos JR,** Laparoscopic Sacral Colpopexy, Surg Technol Int. 2008;17:195-202

.

Biehl RC, Moore RD, **Miklos JR**, Kohli N., Anand IS, Mattox, TF, Site-specific Rectocele Repair with Dermal Graft Augmentation:  Comparison of Porcine Dermal Xenograft (Pelvicol®) and Human Dermal Allograft, Surg Technol Int. 2008:17:174-80

**Miklos JR**, Moore RD, Labiaplasty of the Labia Minora**:** Patients' Indications for Pursuing Surgery, J Sex Med June 2008, Vol. 5(6):1492-1495

Elser DM, Mitchell GK, **Miklos JR**, et al, Nonsurgical transurethral collagen denaturation for stress urinary incontinence in women:  12-month results from a prospective long-term study, J Minim Invasive Gynecol 2009 Jan-Feb;16(1):56-62

**Miklos JR**, Moore RD, Vaginal Mesh Kits for Pelvic Organ Prolapse, Friend or Foe: A Comprehensive Review, Scientific World Journal, March 2009; Vol 9:163-189.

Moore RD, Mitchell GK, **Miklos JR**, Single-Center Retrospective Study of the Technique, Safety, and 12-Month Efficacy of the Mini-Arc Single-Incision Sling: A New Minimally Invasive Procedure for Treatment of Female SUI, Surg Technol Int. 2009; 18:175-81

Moore RD, **Miklos JR**, Vaginal Repair of Cystocele with Anterior Wall Mesh via Transobturator Route: Efficacy and Complications with Up to 3-Year Follow-up, Advances in Urology, Vol 2009, DOI:10.1155/2009/743831

Goodman, MP**,** Moore RD**, Miklos JR**, et al, A Large Multicenter Outcome Study of Female Genital Plastic Surgery, J Sex Med, 2010 Apr;7(4 Pt 1):1565-77

**Miklos JR**, Moore RD, Simultaneous Labia Minora and Majora Reduction:  A Case Report, Journal Minimally Invasive Gynecology, 2011, May/June, Vol. 18(3):378-380

Moore RD, Mitchell, GK, **Miklos JR**, Single-Incision Vaginal Approach to Treat Cystocele and Vault Prolapse with an Anterior Wall Mesh Anchored Apically to the Sacrospinous Ligaments, Intl. Urogyn. Journal 2012 Jan;23(1):85-91

Elser, Denise M, Mitchell, Gretchen K, **Miklos, JR**, Nickell, Kevin G, et al, Nonsurgical Transurethral Radiofrequency Collagen Denaturation: Results at Three Years after Treatment, Advances In Urology, Volume 2011, Article ID 87057

**Miklos, JR**, Moore, RD, Postoperative Cosmetic Expectations for Patients Considering Labiaplasty Surgery: Our Experience with 550 Patients, Surg Technol Int. 2012 Dec 1;XXI:170-174

Moore RD, **Miklos JR**, Vaginal Reconstruction and Rejuvenation Surgery: Is There Data To Support Improved Sexual Function?, Amer Journal Cosmetic Surg, June 2012, Vol. 29, No. 2, pp. 97-113

**Miklos JR**, Moore RD, Vesicovaginal Fistula Failing Multiple Surgical Attempts Salvaged Laparoscopically Without an Interposition Omental Flap, J Minim Invasive Gynecol, 2012 Nov; 19(6):794-7

**Miklos JR**, Moore RD, Failed Omental Flap Vesicovaginal Fistula Repair Subsequently Repaired Laparoscopically Without an Omental Flap, Female Pelvic Med Reconstr Surg, 2012 Nov-Dec;18(6):372-3

Moriarty CR, **Miklos JR,** Moore RD, Laparoscopic Davydov Correction of a Failed Gracilis Flap Neovagina in a Patient with Mayer-Rokitansky-Kuster-Hauser Syndrome with a Pelvic Kidney, J Minim Invasive Gynecol, 2013 Mar;20(2):262-5

Moriarty CR, **Miklos JR**, Moore RD, Surgically shortened vagina lengthened by laparoscopic Davydov procedure. Female Pelvic Med Reconstr Surg. 2013 Sept-Oct;19(5):303-5

Chinthakanan O, **Miklos JR**, Moore RD Laparoscopic mesh sacrohysteropexy with concurrent laparoscopic myomectomy for treatment of multiple myomas: case report and literature review, J Minim Invasive Gynecol 2013 Nov-Dec; 20 (6):903-6

.

**Miklos JR**, Moore RD, Laparoscopic transperitoneal extravesical approach to vesicovaginal fistula repair without omental flap: a novel technique, Int Urogynecol J. 2014 Jan 28 DOI 10.1007/s00192-013-2292-7

Moore RD, **Miklos JR**, Chinthakanan O, Evaluation of Sexual Function Outcomes in Women Undergoing Vaginal rejuvenation/Vaginoplasty Procedures for Symptoms of Vaginal Laxity/decreased Vaginal Sensation Utilizing Validated Sexual Function Questionnaire (PISQ-12), Surgical Technol Int 2014 Mar;24:253-60.

**Miklos JR,** Moore RD, Laparoscopic extravesical vesicovaginal fistula repair: our technique and 15-year experience, Int Urogynecol J. 2014 Jul 16 DOI 10.1007/s00192-014-2458-y

Chinthakanan O, **Miklos JR**, Moore RD, Clinical Images of Laparoscopic Burch Colposuspension, Austin J Urol. 2014;1(2): 2

**Miklos JR**, Moore RD, Chinthakanan O, Overall Patient Satisfaction Scores, Including Sexual Function, Following Labiaplasty Surgery: A Prospective Study Comparing Women with a History of Prior Cosmetic Surgery to Those with None Plast Reconstr Surg. 2014 Oct; 134(4S-1Suppl):124-125

**Miklos JR**, Moore RD, Chinthakanan O, Perception of Vaginal Reconstructive Surgery in Women Undergoing Vaginal Rejuvenation/ Vaginoplasty Procedures for Vaginal Laxity Symptoms Compared to Women Undergoing Standard Vaginal Prolapse Repair Plast Reconstr Surg. 2014 Oct;134(4S1-Suppl):125

**Miklos, JR**., Moore RD, and Orawee Chinthakanan. "Laparoscopic Transvesical Mesh Removal and Vesicovaginal Fistula Repair." CRSLS e2014 370 (2014).

Sinha, S.,. **Miklos JR** and Moore RD. "Laparoscopic TVT sling removal following prior transvaginal sling excision." CRSLS e2014 95.

Moore, RD, **J. R. Miklos**, and O. Chinthakanan. "Vaginal reconstruction/rejuvenation: is there data to support improved sexual function? An update and review of the literature." Surgical Technology International 25 (2014): 179-190

**Miklos JR**, Moore RD, Chinthakanan O: "Obturator Neuralgia a Rare Complication of TVT Sling: Complete Resolution After Laparoscopic TVT Removal;" J Minim Invasive Gynecol. 2015 May-June;22(4):548.  doi.org/10.1016/j.jmig.2015.02.015

**Miklos JR,** Moore RD, Chinthakanan O, Laparoscopic and robotic assisted vesicovaginal fistula repair: a systematic review of the literature, J Minim Invasive Gynecol. Volume 22, Issue 5, July–August 2015, Pages 727–736

**Miklos JR**, Moore RD, "The 26-Minute Laparoscopic Sacral Colpopexy: Do We Really Need Robotic Technology?" J Minim Invasive Gynecol. 2015 Jul-Aug;22(5):712. doi: 10.1016/j.jmig.2015.02.023. Epub 2015 Mar 10.

Chinthakanan O, **Miklos JR**, Moore RD, "Laparoscopic Paravaginal Defect Repair: Surgical Technique and a Literature Review." Surg Technol Int. 2015 Nov;27:173-83.

**Miklos JR**, Chinthakanan O, Moore RD, Mitchell GK, Favors S, Karp DR, Northington GM, Nogueiras GM, Davila GW, "The IUGA/ICS classification of synthetic mesh complications in female pelvic floor reconstructive surgery: a multicenter study." Int Urogynecol J. 2015 Dec 21. [Epub ahead of print] http://dx.doi.org/10.1007/s00192-015-2913-4

Mickelson L, **Miklos JR**, Moore RD, "Laparoscopic Repair of Enterocervical Fistula After Mesh Erosion Into the Sigmoid Colon and Cervix After Robotic Supracervical Hysterectomy and Sacrocervicopexy." Female Pelvic Med Reconstr Surg. 2016 Jan-Feb;22(1):e3-5. doi: 10.1097/SPV.0000000000000211.

**BOOK CHAPTERS:**      Urinary  Incontinence
Karram MM, **Miklos JR**
"Incontinence and Genital Prolapse"
O'Donnel, 1997 Mosby-Yearbook
St. Louis, Missouri.

.

No More Hot Flashes
Lind LL, **Miklos JR**
"Urinary tract infections"
Bundoff, Warner – Home Medical Library
1998

No More Hot Flashes
Lind LL, **Miklos JR**
"Vaginal Prolapse and Urinary Incontinence."
Bundoff,  Warner—Home Medical Library
1998

Clinical Urogynecology
Karram MM, **Miklos JR**
"Urodynamics: Urehral Pressure Profilometry and Leak Point Pressures."
Walters & Karram, 1998 Mosby-Year Book, Inc.
St. Louis, Missouri, 1999.

Urogynecologic Surgery, 2nd Edition
 **Miklos JR,** Kohli N
"Laparoscopic and Innovative Techniques in the Treatment of Stress Urinary Incontinence"
Hurt, Lippincott-Raven
Philadelphia, PA, 2000

Cook Book of Gynecologic Laparoscopy
**Miklos JR**
"Laparoscopic Surgery for Stress Urinary Incontinence."
Levine and Pasic
2002

Cook Book of Gynecologic Laparoscopy
**Miklos JR**
"Laparoscopic Surgery for Pelvic Reconstruction."
Levine and Pasic
2002

Female Urology
**Miklos JR**, Moore RD, Kohli N
"Paravaginal Repair: A Laparoscopic Approach.", Chapter 44
Satavada, Appel, Sands
2003

State of the Art Atlas of Endoscopic Surgery in Infertility & Gynecology
**Miklos JR**, Moore RD, Kohli N
"Management of Stress Urinary Incontinence by TVT, PVT, SPARC Sling."
Jaypee Brothers
New Dehli, 2004

State of the Art Atlas of Endoscopic Surgery in Infertility & Gynecology
**Miklos JR**, Moore RD, Kohli N
"Laparoscopic Paravaginal Repair and Burch Urethropexy."
Jaypee Brothers
New Dehli, 2004

Advances in Laparoscopy and Hysteroscopy Techniques
**Miklos JR,** Moore RD, Kohli N
"Laparoscopic Pelvic Floor Repair", Obstetrics and Gynecology Clinics of North America Volume 31, Number 3
W.B. Saunders Company

September 2004

Female Urology, Urogynecology and Voiding Dysfunction
**Miklos JR,** Moore RD, Kohli N
"Paravaginal Repair: A Laparoscopic Approach"
Marcel Dekker
New York, NY, 2005

Female Urology, Urogynecology and Voiding Dysfunction
**Miklos JR,** Moore RD, Kohli N
"Laparoscopic Cystocele Repair"
Marcel Dekker
New York, NY, 2005

State of the Art Atlas and Textbook of Laparoscopic Suturing
Moore RD, **Miklos JR,** Kohli N
"Laparoscopic Sacralcolpopexy and Enterocele Repair with Mesh"
Jain, Ned, Jaypee Brothers
New Dehli, India, 2006

State of the art Atlas and Textbook of Laparoscopic Suturing
Moore RD, **Miklos JR,** Kohli, N
"Laparoscopic Paravaginal Repair and Burch Urethropexy"
Jain, Ned, Jaypee Brothers
New Dehli, India, 2006.

Complications of Gynecologic Endoscopic Surgery
**Miklos JR**, Moore RD, Kohli N
"Complications of Minimally Invasive Urogynecologic Surgery" (Chapter 13):151-164
Keith Isaacson, Saunders-Elsevier
June 2006

A Practical Manual of Laparoscopy and Minimally Invasive Gynecology, A Clinical Cookbook, 2nd Edition
Moore, RD, **Miklos, JR**
"Tension Free Vaginal Tape & TOT Sling for Stress Urinary Incontinence",
Chapter 23, 287-293, 2007
Resad P. Pasic, MD, PhD, Ronald Levine MD, Taylor & Francis
Boca Raton, FL, 2007

A Practical Manual of Laparoscopy and Minimally Invasive Gynecology, A Clinical Cookbook, 2nd Edition
Moore RD, **Miklos JR**
"Laparoscopic Sacralcolpopexy and Enterocele Repair with Mesh", Chapter 25, 309-323, 2007
Resad P. Pasic, MD, PhD, Ronald Levine MD, Taylor & Francis
Boca Raton, FL 2007

A Practical Manual of Laparoscopy and Minimally Invasive Gynecology,
A Clinical Cookbook, 2nd Edition
Moore RD, **Miklos JR**
"Laparoscopic Paravaginal Repair and Burch Urethropexy", Chapter 22, 271-285,
Resad P. Pasic, MD, PhD, Ronald Levine, MD, Taylor & Francis
Boca Raton, FL, 2007

Laparoscopic Management of Prolapse and Stress Urinary Incontinence
Moore RD**, Miklos JR**, Kohli N
"Management of Stress Urinary Incontinence by TVT",  Chapter  9, 65-76
Jain, N, Jaypee Brothers
New Dehli, 2008

Laparoscopic Management of Prolapse and Stress Urinary Incontinence
Moore RD, **Miklos JR**

.

"TOT Sling for Stress Urinary Incontinence", Chapter 10, 77-90
Jain, N, Jaypee Brothers
New Dehli, 2008

Laparoscopic Management of Prolapse and Stress Urinary Incontinence
Moore RD, **Miklos JR**, Kohli N
"Laparoscopic Paravaginal Repair and Burch Urethropexy", Chapter 12, 96-107
Jain, N, Jaypee Brothers
New Dehli, 2008

Laparoscopic Management of Prolapse and Stress Urinary Incontinence
Moore RD, **Miklos JR**, Kohli N
"Laparoscopic Sacralcolpopexy and Enterocele Repair with Mesh"
Chapter 16, 131-146, 2nd Edition Chapter 29, 303-315, 2010
Jain, N, Jaypee Brothers
New Dehli, 2008

Female Genital Prolapse and Urinary Incontinence
**Miklos JR**
"Endoscopic Treatment: The Burch Procedure", Chapter 5, 71-83
Gomel, G, van Herendael, B, Informa Healthcare USA
New York, NY, 20008

Cosmetic Vaginal Surgery
**Miklos JR**, Moore RD
"Urogynecology and Pelvic Floor Disease"
Raz, London, U.K., 2008

Textbook of Female Urology and Urogynecology, 3rd Edition
Moore RD, **Miklos JR**
"Vaginal Rejuvenation and Cosmetic Vaginal Surgery"
Chapter 104, 1056-1074, L. Cardozo, D. Staskin,
Informa Healthcare, New York, 2010

State of the Art Atlas of Endoscopic Surgery in Infertility & Gynecology
Moore RD, **Miklos JR**
"Contemporary Modern Management of Stress Urinary Incontinence"
Chapter 30, 316-335
Jain N, Jaypee Brothers
New Dehli, 2010

State of the Art Atlas and Textbook on Laparoscopic Suturing-2nd Edition
Moore RD, **Miklos JR**, Kohli N
"Laparoscopic Paravaginal Repair and Burch Urethropexy"
Chapter 14, 126-136
Jain N, Jaypee Brothers
New Dehli, 2014

State of the Art Atlas and Textbook on Laparoscopic Suturing-2nd Edition
Moore RD, **Miklos JR**, Kohli N
"Laparoscopic Sacral Colpopexy and Enterocele Repair with Mesh"
Chapter 15, 137-150
Jain N, Jaypee Brothers
New Dehli, 2014

Glob. Libr. Women's Med
Moore RD, **Miklos JR**
"Vaginal Rejuvenation and Cosmetic Vaginal Surgery"
(ISSN: 1756-2228) 2014; DOI 10.3843/GLOWM.10483

.

**ABSTRACTS & PROCEEDINGS:**

**Miklos JR,** Bradford T, Sedlacek TV:  "Laser Skinning Vulvectomy and High Grade VIN."  The 8th World Congress of Cervical Pathology and Colposcopy.  Chicago, Illinois.  May 1993.

Karram MM, **Miklos JR,** Shull Bl, Summit R: 15th "Annual Laparoscopic Urethrocolpopexy – A pilot Study."  American Urogynecological Society.  Toronto, Canada.   September 1994.

**Miklos JR,** Karram MM: "Leak Point Pressures and Initial Observation."  15th Annual American Urogynecologic Society Meeting.  Toronto, Canada.  September 1994.

Sze E, **Miklos JR,** Karram MM:  "Vaginal Correction of Advanced Pelvic Organ Prolapse Under Local Anesthesia.  A matched control study."  Society Gynecologic Surgeons Orlando, Florida.  May 1995.

Karram MM, Partol L, **Miklos JR**:  "Extraperitoneal Cystotomy:  How Long is Bladder Drainage Necessary?"  16th Annual American Urogynecologic Society Meeting, Seattle, Washington.  October 1995.

Sze EH, **Miklos JR,** Karram MM:  "MRI Evaluation if Vaginal Axis Post Vaginal Vault Suspension." Society Gynecologic Surgeons, Albuquerque, New Mexico.  May 1996.

**Miklos JR,** Bradford T, Sedlacek TAV: "Laser Skinning Vulvectomy and High Grade VIN."  The 9th World Congress of Cervical Pathology and Colposcopy, Sydney, Australia. May, 1996.

**Miklos JR,** Kohli N, Sze EHM, Saye WB:  "A Method for Intraoperative Bladder Endoscopy during Laparoscopic Surgery."  17th Annual American Urogynecology Society Meeting, New Orleans, Louisiana. October 1996.

Sze EHM, Miklos**, JR,** Partol L, Karram MM:  "Sacrospinous Ligament Fixation with Transvaginal Needle Suspension for Advanced Vaginal Vault Prolapse and Stress Incontinence."  17th Annual American Urogynecology Society Meeting, New Orleans, Louisiana.  October 1996.

Sze EHM, Kohli N, **Miklos JR,** Karram MM: "Voiding Dysfunction After Burch Colposuspension: Correlation with Concomitant Pelvic Surgery and Preoperative Voiding Mechanisms," 26th Annual Meeting of the International Continence Society, Athens, Greece.  August 1996.

Sze EHM, Kohli N, **Miklos JR,** Karram MM: "Voiding Dysfunction Following Burch Colposuspension," 21st Annual Scientific Meeting of the International Urogynecological Association, Vienna, Austria. September 1996.

Kohli N, Mallipeddi P, Swanson J, Sze EHM, Roat T, Karram MM, **Miklos JR**: "The Role of Routine Postoperative Hematocrit Determination Following Elective Gnecologic Surgery," ACOG 45th  Annual Clinical Meeting, Las Vegas, Nevada.   April 1997.

**Miklos JR,** O'Riley M, Saye WB. "Laparoscopic Identification and Repair of Sciatic Hernia."  18th Annual American Urogynecology Society Meeting, Tuscon, Arizona.  September 1997.

**Miklos JR,** Kohli N.  Lucente V. Saye WB. " Site-specific Fascial Defects in the Diagnosis and Surgical Management of Enterocele." Society of Gynecologic Surgeons, Orlando, Florida.  March 1998**.**

**Miklos JR,** Kohli N, "Paravaginal Repair and Burch Colposuspension: A Laparoscopic Approach." (video presentation) Society Gynecologic Surgeons,
 Orlando, Florida.  March 1998.

**Miklos JR**, Kohli N.  "Paravaginal Repair and Burch Colposuspension:  A Laparoscopic Approach." (video presentation) American College Obstetrics & Gynecology, New Orleans, Louisiana.  May 1998.

**Miklos JR**. Live Telesurgery & Discussion.  "Laparoscopic Burch & Paravaginal Repair." First International Consultation on Incontinence, Monaco.  July 1, 1998.

.

Sze EHM, Kohli N, **Miklos J**, Karram MM. "Computer Tomographic Comparison of the Bony Pelvic Dimensions Between Women with and without Genital Prolapse." International Conference on the Pelvic Floor, Montreal, Quebec.  September 1998.

**Miklos JR,** Kohli N.  "Paravaginal Repair and Burch Colposuspension:  A Laparoscopic Approach." (video presentation)  American Association of Gynecologic Laparoscopy, Atlanta, Georgia.  November 1998.

**Miklos JR**, Lucente V, Kohli N, Saye WB.  "Laparoscopic Assisted Enterocele and Vaginal Vault Suspension."  American Association of Gynecologic Laparoscopy,
Atlanta, Georgia.   November 1998.

Kohli n, **Miklos JR**, Karram MM.  "Use of Cadaveric Tissue in the Treatment of Vaginal Wall Prolapse" (video presentation), 19th Annual Scientific Meeting of the American Urogynecologic Society.  Washington, D.C.  November 1998.

**Miklos JR**, Kohli N.  "Laparoscopic Burch Colposuspension and Paravaginal Repair" (video presentation), 29th Annual Meeting of the International Continence Society, Denver, Colorado.  August 1999.

**Miklos JR**, Kohli N. "Laparoscopic Vault Suspension and Enterocele Repair" (video presentation), 29th Annual Meeting of the International Continence Society,
Denver Colorado.  August 1999.

Kohli N, Goldwasser S, Lucente V, McKinney T, **Miklos JR**, Garley A, Karram MM. "Tension Free Vaginal Tape (TVT) for the Treatment of Stress Incontinence:  The Initial North American Experience," 29th Annual Meeting of the International Continence Society, Denver, Colorado.   August 1999.

Kohli N, Goldwasser S, Lucente V, McKinney T, **Miklos JR**, Garley A, and Karram MM.  "Tension Free Vaginal Tape (TVT) for the Treatment of Stress Incontinence:  The Initial North American Experience," 20th Annual Scientific Meeting of the American Urogynecologic Society, San Diego, California.  October 1999.
**Miklos JR**, Kohli N. "Laparoscopic Vault Suspension and Enterocele Repair" (video presentation), 20th Annual Scientific Meeting of the American Urogynecologic Society, San Diego, California.   October 1999.

**Miklos JR,** Kohli N.  "Laparoscopic Vault Suspension and Enterocele Repair."  American Association of Gynecologic Laparoscopist, Las Vegas Nevada.   October 1999.

**Miklos JR**, Kohli N.  "Laparoscopic Burch and Paravaginal Repair."  American Association of Gynecologic Laparoscopist, Las Vegas, Nevada.  October 1999.

**Miklos JR**, Kohli N.  "Laparoscopic Vault Suspension and Enterocele Repair."  Society Gynecologic Surgery, New Orleans, Louisiana.   March 2000.

Kohli N**, Miklos JR**.  "Tension Free Vaginal Tape (TVT)" (video presentation)
Society Gynecologic Surgery, New Orleans, Louisiana.    March 2000.

**Miklos JR**, Kohli N, "Laparoscopic Burch and Paravaginal Repair" (video presentation).  American College of Obstetrics and Gynecology, San Diego, California.  May 2000.

Speights SE, Moore RD, **Miklos JR**.  Laparoscopic Burch and Paravaginal Repair and incidence of lower urinary tract injury.  Am College of Obstet Gynecol., San Diego, California.  May 2000.

Moore RD, Speights, SE, **Miklos JR**. "Surgical Treatment of Stress Urinary Incontinence and Severe Pelvic Organ Relaxation in the Medically Compromised Elderly Patient Using Local Anesthesia." American College of Obstetrics and Gynecology, San Diego, California.   May 2000.

Kohli N, **Miklos JR**.  "Rectocele Repair:  Site Specific Defect Repair Augmented with Allogenic Dermal Graft" American Urogynecology Society, Hilton Head South Carolina. October 2000.

Moore RD, **Miklos JR**. "Colpocleisis and Pubovaginal Sling for the Medically Compromised Elderly Using Local Anesthesia." American Urogynecology Society, Hilton Head South Carolina. October 2000.

Kohli N, **Miklos JR**. "Rectocele Repair: Site Specific Defect Repair Augmented with Allogenic Dermal Graft." International Urogynecology Association Meeting, Rome, Italy. October 2000.

**Miklos JR**, Kohli N, "Rectocele Repair Utilizing an Allogenic Dermal Graft for Augmentation" (video presentation). International Urogynecology Association Meeting, Rome, Italy. October 2000.

Moore RD, **Miklos JR**. "Colpocleisis and Pubovaginal Sling for the Medically Compromised Elderly Using Local Anesthesia." International Urogynecology Association Meeting, Rome, Italy. October 2000.

Moore RD, **Miklos JR**. "Laparoscopic Burch Colposuspension for Recurrent Stress Urinary Incontinence Following Retropubic Continence Surgery." International Urogynecology Association Meeting, Rome, Italy. October 2000.

Moore RD, **Miklos JR**. "Laparoscopic Burch Colposuspension for Recurrent Stress Urinary Incontinence Following Retropubic Continence Surgery." American Association Gynecologic Laparoscopy, Orlando, Florida. November 2000.

Speights SE, Moore Rd, **Miklos JR**. "Laparoscopic Burch and Paravaginal Repair and Incidence of Lower Urinary Tract Injury." American Association Gynecologic Laparoscopy, Orlando, Florida. November 2000.

Kohli N, **Miklos JR**. "Tension Free Vaginal Tape (TVT)" (video presentation). American Association Gynecologic Laparoscopy, Orlando, Florida. November 2000.

Kohli N**, Miklos JR.** "Tension Free Vaginal Tape (TVT)" (video presentation) International Society of Gynecologic Endoscopy, Chicago, Illinois. March 2001.

**Miklos JR**, Kohli N. "Laparoscopic Burch and Paravaginal repair." (video presentation) International Society of Gynecologic Endoscopy, Chicago, Illinois. March 2001.

Sand PK, Appell R**, Miklos JR**, Dmochowski R, Albrecht D and the OBJECT STUDY GROUP. "Randomized Double-Blind Study to Compare Extended Release Oxybutynin and Tolterodine for Overactive Bladder." ACOG - American College of Obstetrics and Gynecology, 50th Annual Meeting, Chicago, Illinois. May 2001.

Rardin C, Lucente V**, Miklos JR**, Heit M, Rosenblatt PL, Kohli N. "Take down of Tension Free Vaginal Tape (TVT) for the Treatment of Refractory Postoperative Voiding Dysfunction." 22nd Annual Meeting of the American Urogynecologic Society, Chicago, Illinois. October 2001.

**Miklos JR**, Kohli N, Moore RD. "Complete Posterior Vaginal Wall Reconstruction: Laparoscopic Approach to Rectocele, Enterocele, and Vaginal Vault Prolapse Using Dermal Graft Augmentation" (video presentation). 22nd Annual Meeting of American Urogynecology Society, Chicago, Illinois. October 2001.

Moore RD, **Miklos JR.** "Laparoscopic Identification of Suture Failure in Failed Anti- Incontinence Surgical Procedures." 22nd Annual Meeting of American Urogynecology Society, Chicago, Illinois. October 2001.

Sand PK, **Miklos JR**, Albrecht D. "Central Nervous System Adverse Events with Anticholinergic Medication for the Overactive Bladder." 22nd Annual Meeting of American Urogynecology Society, Chicago, Illinois. October 2001.

Sand PK, **Miklos JR**. "Randomized, Double-Blind Study of Extended Release Obutynin and Tolterodine for Overactive Bladder in Female Patients." 22nd Annual Meeting of American Urogynecology Society, Chicago, Illinois. October 2001.

**Miklos JR**, Kohli N, Moore RD. "Complete Posterior Vaginal Wall Reconstruction: Laparoscopic Approach to Rectocele, Enterocele and Vaginal Vault Prolapse Using Dermal Graft Augmentation"

.

(video presentation), 30th Annual Meeting of the American Association of Gynecologic Laparoscopists, San Francisco, California.  November 2001.

**Mikos JR**, Moore RD, Kohli N.  "Laparoscopic Identification of the Site of Failure of Previous Suture Materials used in Patients with Failed Retropubic Continence Surgery." 30th Annual Meeting of the American Association of Gynecologic Laparoscopists, San Francisco, California.   November 2001.

**Miklos JR**, Kohli N, Moore RD.  "Accuracy of Preoperative Assessment of Paravaginal Defects:  A Correlation with Intraoperative Findings."  30th Annual Meeting of the American Association of Gynecologic Laparoscopists, San Francisco, California. November 2001.

Rardin C, Lucente V, **Miklos JR**, Heit M, Rosenblatt PL, Kohli N.  "Release of Tension Free Vaginal Tape (TVT) for the Treatment of Refractory Postoperative Voiding Dysfunction."  26th Annual meeting of the International Urogynecology Association,  Melbourne, Australia.  December 2001.

**Mikos JR**, Kohli N, Moore RD.  "Complete Posterior Vaginal Wall Reconstruction: Laparoscopic Approach to Rectocele, Enterocele and Vaginal Vault Prolapse Using Dermal Graft Augmentation" (video presentation).  26th Annual Meeting of the International Gynecology Association, Melbourne, Australia. December 2001.

**Miklos JR**, Moore RD, Kohli N.  "Laparoscopic Identification of the Site of Failure of Previous Suture Materials used in Patients with Failed Retropubic Continence Surgery."  26th Annual Meeting of the International Urogynecology Association Melbourne, Australia.  December 2001.

**Miklos JR**, Kohli N, Moore RD.  "Accuracy of Preoperative Assessment of Paravaginal Defects:  A Correlation with Intraoperative Findings."  26th Annual meeting of the International Urogynecology Association, Melbourne, Australia.  December 2001.

Walton B, Kohli N, Rosenblatt PL, **Miklos JR**.  "Urethral Hypermobility Following Tension Free Transvaginal Tape:  A Longitudinal Study of Clinical Outcomes." 26th Annual meeting of the International Urogynecology Association, Melbourne, Australia.  December 2001.

Sand PK, **Miklos JR**, Albrecht D.  "Central Nervous System Adverse Events with Anticholinergic Medication for the Overactive Bladder."  26th Annual Meeting of the International Urogynecology Association, Melbourne, Australia.  December 2001.

**Miklos JR**, Kell SH.  "FDA Spontaneous Reports of Central Nervous System Adverse Events with Ditropan AL and Detro for Overactive Bladder." 26th Annual Meeting of the International Urogynecology Association, Melbourne, Australia.  December 2001.

**Miklos JR,** Sand PK, Albrect D. "Randomized, Double-Blind Study of Extended Release Oxybutynin and Tolterodine for Overactive Bladder in Female Patients."  26th Annual Meeting of the International Urogynecology Association, Melbourne, Australia. December 2001.

Goldberg RP, Culligan PJ, **Miklos JR**, Kodur S, Kwon C, Sand PK.  "The Tensile Strength of Cooper's Ligaments Suturing:  Comparison of Open Abdominal, Laparoscopic and Transvaginal Techniques." 26th Annual Meeting of the International Urogynecology Association, Melbourne, Australia.  December 2001.

Liu, CY, McKinney, T, **Miklos, JR**, 'Laparoscopic Treatment of Incontinence & Pelvic Floor Reconstruction."   (Post-graduate Course)  World Congress of Gynecological Endoscopy, Dubrovnik, Croatia. , May 12, 2002.

**Miklos, JR**, Kohli, N, Moore, RD.  "Accuracy of Preoperative Assessment of Paravaginal Defects:  A Correlation with Intraoperative Findings."  2002 Scientific Meetings, Society of Gynecologic Surgeons, San Antonio, Texas.  March 2002.

Zinner N, Dmochowski R, **Miklos, JR**, Norton P, Yalcin I, Bump R.  "Duloxetine versus Placebo in the treatment of Stress urinary Incontinence (SUI)."  ICS Meeting, Heidelberg, Germany.  2002.

Moore RD, Kohli, N, **Miklos JR**.  "Colpocleisis and Tension-Free Vaginal Tape (TVT) Sling for Severe Uterine and/or Vaginal Prolapse and Stress Urinary Incontinence Using Local Anesthesia." (video

presentation) International Urogynecological Association Annual Meeting, IUGA 2002, Prague.  August 2002.

**Miklos, JR**, Moore, RD, Kohli, N, et al.  "Posterior Repair with Dermal Graft Augmentation."  (video presentation) International Urogynecological Association Annual Meeting, IUGA 2002, Prague.  August 2002.

Rardin, CR, Kohli, N, **Miklos, JR**, et al.  "Tension-Free Vaginal Tape for the Treatment of Intrinsic Sphincter Deficiency With or Without Urethral Hypermobility."  (video presentation)  International Urogynecological Association Annual Meeting, IUGA 2002, Prague.  August 2002.

Walton, B, Kohli, N, **Miklos, JR**, et al.  "Laparoscopic Burch Versus Tension-Free Vaginal Tape (TVT): A Comparative Cost-Analysis for Minimally-Invasive Treatment of Stress Urinary Incontinence."  (video presentation)  International Urogynecological Association Annual Meeting, IUGA 2002, Prague.  August 2002.

Moore, RD, Kohli, N, **Miklos, JR**.  "Laparoscopic Uterosacral Colpoperineopexy Utilizing Dermal Graft for Vaginal Vault Prolapse**.**"  International Urogynecological Association Annual Meeting, IUGA 2002, Prague.  August 2002.

Kohli, N, **Miklos, JR**.  "Posterior Vaginal Wall Reconstruction using Pelvicol Dermal Graft."  (video presentation)  International Urogynecological Association Annual Meeting, IUGA 2002, Prague.  August 2002.

Hart, SR, **Miklos, JR**, Kohli, N, et al.  "Incidence of Concomitant Reconstructive Pelvic Surgical Procedures Performed in Women who are Surgically Treated for Stress Urinary Incontinence."  International Urogynecological Association Annual Meeting, IUGA 2002, Prague.  August 2002.

Culligan, PJ, Murphy, M, Goldbert, R, Graham, CA, Moore, RD, Hainer, M, Heit, H, **Miklos, JR**.  "Tensile Strength and Safety of Uterosacral Ligament Suturing: A Comparison of the Vaginal and Laparoscopic Approaches."  (oral poster) 23rd Annual Scientific Meeting, The American Urogynecologic Society, San Francisco, California. October 17, 2002.

Norton, PA, **Miklos,** JR, Dmochowski, RR, Zinner, NR, Yalcin, I., Bump, RC, et al.  "Mixed Stress Urinary Incontinence (SUI) and Overactive Bladder (OAB) Symptoms:  Observations on Symptom Severity and Response to Duloxetine."  (oral poster) 23rd Annual Scientific Meeting, The American Urogynecologic Society, San Francisco, California.  October 17, 2002.

Simmons, V, Kohli, N, Mattox, F, **Miklos, JR**, et al. "Use of Incontinence Causing Medications in Patients with Primary Complaints of Urinary Incontinence:  An Age Stratified Analysis."  (oral poster) 23rd Annual Scientific Meeting, The American Urogynecologic Society, San Francisco, California.  October 17, 2002.

Walton, B, Kohli, N, **Miklos, JR**, Rosenblatt, P, Strohsmitter.  "Laparoscopic Burch Versus Tension-Free Vaginal Tape."  (plenary session) 31st Annual Meeting, Global Congress of Gynecologic Endoscopy, Miami, Florida.  November 2002.

Moore, R, Kohli, N, **Miklos, JR**.  "Laparoscopic Uterosacral Colpoperineopexy Utilizing Dermal Graft for Vaginal Vault Prolapse."  (plenary session) 31st Annual Meeting, Global Congress of Gynecologic Endoscopy, Miami, Florida.  November 2002.

Moore, R, **Miklos, JR**.  "Laparoscopic Approach to Cystocele, Anterior Enterocele, and Vaginal Vault Prolapse Using Porcine Dermal Graft Augmentation."  31st Annual Meeting, Global Congress of Gynecologic Endoscopy, Miami, Florida.  November 2002.

Moore, R, Kohli, N, **Miklos, JR**.  "Laparoscopic Uterosacral Colpoperineopexy Using Dermal Graft for Vaginal Vault Prolapse."  31st Annual Meeting, Global Congress of Gynecologic Endoscopy, Miami, Florida.  November 2002.

Moore, **Miklos, JR**.  "Colpocleisis and TVT Pubovaginal Sling for Severe Uterine and Vaginal Prolapse

and Stress Urinary Incontinence Using Local Anesthesia." (video presentation). 31st Annual Meeting, Global Congress of Gynecologic Endoscopy, Miami, Florida. November 2002.

Rardin, CR, Kohli, N, Miklos, **JR**, Rosenblatt, PL, Moore, RD, Strohsnitter, WC. "Tension-Free Vaginal Tape for the Treatment of Intrinsic Sphincter Deficiency with or without Urethral Hypermobility," 51st Annual Clinical Meeting, the American College of Obstetricians and Gynecologists, New Orleans, Louisiana. April 2003.

Moore, R, **Miklos, JR**. "Site Specific Rectocele with Dermal Graft Augmentation." 51st Annual Clinical Meeting. ACOG, New Orleans, Louisiana. April 2003

Kohli N, **Miklos, JR**, Moore RD. "Laparoscopic Vesicovaginal Fistula" video presentation, 2004 AUGS/SGS Joint Scientific Meeting, San Diego, California

Moore RD, **Miklos JR**, Kohli N. "Posterior repair with Pelvicol dermal graft augmentation" 28th Annual Mtg of the Int. Urogyn Assoc, Buenos Aires, Argentina, Oct 2003 (Abst) Int Urogyn J 2003; 14(1):S2.

Moore RD, **Miklos JR**, Kohli N. "Complete reconstruction of the anterior vaginal wall with Pelvicol Porcine Dermal Graft" 28th Annual Mtg of the Int. Urogyn Assoc, Buenos Aires, Argentina, Oct 2003 (Abst) Int Urogyn J 2003; 14(1):S89

Moore RD, **Miklos JR,** Kohli N. "Posterior repair with perforated dermal graft." 28th Annual Mtg of the Int. Urogyn Assoc, Buenos Aires, Argentina, Oct 2003 (Abst) Int Urogyn J 2003; 14(1):S106

**Miklos JR**, Moore RD, Kohli N. "Laparoscopic Vesicovaginal fistula repair." 28th Annual Mtg of the Int. Urogyn Assoc, Buenos Aires, Argentina, Oct 2003 (Abst) Int Urogyn J 2003; 14(1):S147

Moore Rd, **Miklos JR,** "Clinical use of Intergel Anti-Adhesive Barrier following Laparoscopic Enterolysis." 32nd Annual Mtg of the Am Assoc Byn Laparoscop, Las Vegas, NV, Nov. 2003, (Abst) J Am Assoc Gyn Lap 2003; 10(3):S65

Moore RD, **Miklos JR, Kohli** N, "Laparoscopic Y-Mesh Sacralcoplopexy for Vaginal Vault Prolapse". International UroGynecological Association & International Continence Society Joint Meeting, August 2004, Paris France

Moore RD, **Miklos JR**, Knoll LD, et al. "Preliminary procedural and safety data from the United States clinical study on the Monarc TOT sling." Int Urogyn Assoc & Int Continence Society Joint Mtg, August 2004, Paris, France.

Moore RD, **Miklos JR, Kohli** N. "Posterior repair with dermal graft: A comparison of Porcine and human grafts." 2004 Joint Mtg of the Am Urogyn Assoc and Soc Gyn Surgeons, San Diego, CA, July 2004 (Abst) J Pelvic Med and Surg 2004; 10(1):S15.

Moore RD, **Miklos JR, Kohli** N, "Posterior Repair with Dermal Graft: Comparison of Porcine and Human Grafts." International UroGynecological Association & International Continence Society Joint Meeting, August 2004, Paris France

Moore S, Moore R, **Miklos J**, Mattox F. "Perisurgical smoking cessation and reduction of post operative complications." 2004 Joint Mtg of the Am Urogyn Assoc and Soc Gyn Surgeons, San Diego, CA July 2004, (Abst) J Pelvic Med and Surg 2004; 10(1):S59

Rajan S, Kohli N, Flesh G, Moore R, **Miklos J**. "A review of outcomes following the use of Polypropylene mesh for the repair of advanced pelvic organ prolapse." 2004 Joint Mtg of the Am Urogyn Assoc and Soc Gyn Surgeons, San Diego, CA July 2004, (Abst) J Pelvic Med and Surg 2004; 10(1):S64.

**Miklos JR**, Moore RD, Kohli N. "Laparoscopic Vesicovaginal Fistula Repair"(Video). AAGL 33rd Annual Mtg, San Fran, CA, Nov 2004. (Abst) J Am Assoc Gyn Laparosc 2004; 11(3)S94.

Moore RD, Kohli, N; **Miklos J**; Karram M; Davila, GW, et al, "Monarc Transobturator Sling for the Treatment of Stress Urinary Incontinence: Interim Results of a US Multi-center Prospective

Study on 112 Patients", 30th Ann. Mtg. Int. Urogyn. Assoc., (IUGA), Copenhagen, August 2005, and Amer. Urogyn. Soc. 26th Ann. Scientific Mtg. (AUGS), Atlanta, GA, September 2005.

Moore RD, **Miklos, J**, Kohli, N, Mattox, TF, et al, "Transobturator (TOT) sub urethral sling: early US data on safety and efficacy.", 30th Ann. Mtg. Int. Urogyn. Assoc., (IUGA) Copenhagen, August 2005, and Amer. Urogyn. Society 26th Ann. Scientific Mtg. (AUGS), Atlanta, GA, September 2005.

**Miklos, JR,** Moore, RD, "Cystocele repair utilizing anterior wall mesh graft placed via double trans-obturator approach (Perigree System), 30th Ann. Mtg. Int. Urogyn. Assoc., (IUGA), Copenhagen, August 2005 and Intl. Continence Soc. 35th Ann. Mtg. (ICS), Montreal, Canada, August 2005.

Sand P, **Miklos J**, Goldberg R, et al., "How much does overactive bladder impact interest in sexual intimacy? Baseline results from the Matrix Study", Intl. Continence Soc. 35th Ann. Mtg. (ICS), Montreal, Canada, August 2005.

Moore RD; **Miklos JR**; Mattox TF, Roberts LS; "Monarc vs Caldera transobturtor (TOT) sub urethral slings: Is there a difference?", 30th Ann. Mtg. Intl. Urogyn. Assoc., (IUGA), Copenhagen, August 2005 and Intl. Continence Soc. 35th Ann. Mtg. (ICS), Montreal, Canada, August 2005.

**Miklos, JR,** Moore, RD, Kohli, N; "Vaginal repair of Cystocele with mesh graft via double Transobturator route (Perigee System)", 30th Ann. Mtg. of the Intl. Urogyn. Assoc. (IUGA), Copenhagen, August 2005 (Video)

**Miklos, JR**. "Effectiveness of 4% icodextrin in a pivotal adhesion reduction trial in the USA", 61st Annual Meeting of the American Society for Reproductive Medicine (ASRM), Montreal, Quebec, Canada, October 2005.

**Miklos, JR**. "Hydroflotation as a means to reduce post-surgical adhesions: results of a pivotal adhesion reduction trail in the USA", 61st Annual Meeting of the American Society for Reproductive Medicine (ASRM), Montreal, Quebec, Canada, October 2005.

**Miklos, JR**. "American Fertility Society score as a measure of the effectiveness of 4% icodextrin in a pivotal adhesion reduction trial in the USA", 61st Annual Meeting of the American Society for Reproductive Medicine (ASRM), Montreal, Quebec, Canada, October 2005.

**Miklos, JR**. "Safety and tolerability of 4% icodextrin in a pivotal adhesion reduction trial in the USA", 61st Annual Meeting of the American Society for Reproductive Medicine (ASRM), Montreal, Quebec, Canada, October 2005.

Moore, RD, **Miklos, JR,** "Laparoscopic Sacro-Uteropexy and Anterior Vaginal Wall Mesh Via Transobturator Approach for Recurrent Cystocele, Anterior Enterocele and Uterine Prolapse", Video, 31st Annual IUGA Meeting, Athens, Greece, Sept 2006 (Int Urogyn J (2006) 17 (Suppl. 2):S165)

Moore, RD, **Miklos, JR**, Kohli, N, **"**Laparoscopic Vesicovaginal Fistula Repair**",** Video presentation, Annual IUGA Meeting, Athens, Greece, September 2006 (Int Urogynecol J (2006) 17 (Suppl. 2):S170

Rajan, S, Moore, R, **Miklos, J,** et al, "Transobturator Sling for the Treatment of Recurrent Stress Incontinence", Annual IUGA Meeting, Athens, Greece, September 2006 (Int Urogynecol J (2006) 17 (Suppl. 2):S250
Moore, RD, Jacquetin, B, **Miklos, J,** et al, "A Combined Analysis of the Safety and Efficacy of the Monarc Transobturator Hammock at 12 Months Follow-up in Two Prospective Studies in Nine Countries with 272 Patients", Annual IUGA Meeting, Athens, Greece, September 2006 (Int Urogyn J (2006) 17 (Suppl. 2):S259

Moore, RD, **Miklos, JR**, "Cystocele Repair Utilizing Anterior Wall Mesh Graft Placed Via Double Trans-obturator Approach (Perigee System), Annual IUGA Meeting, Athens, Greece, September 2006 (Int Urogynecol J (2006) 17 (Suppl. 2):S298

Roberts, L, **Miklos, J,** Moore, R, Mattox, F, "Monarc vs Caldera Transobturator (TOT) Sub Urethral Slings: A Comparison of Two Procedures for Female Stress Urinary Incontinence", IUJ, Vol. 17, Oct 2006 Suppl. 3:461

Moore, R.D., **Miklos, J.R**., Davilla, G.W., et al, The Monarc Transobturator Sling: Combined Analysis of 1 Year Follow-up in 9 Countries with 262 Patients, presented at the 27th Annual AUGS Scientific Meeting, Palm Springs, CA, October 2006 (IUJ, Vol. 17, Suppl. 3)

Moore, R.D**., Miklos, J.R**.  Cystocele Repair Utilizing Anterior Wall Mesh Graft Placed Via Double Trans-Obturator Approach, presented at the 27th Annual AUGS Scientific Meeting, Palm Springs, CA, October 2006 (IUJ, Vol. 17, Suppl. 3:454)

 Moore, RD, **Miklos, JR**, Beyer, RB, et al, Prospective, Multi-Center Trial Evaluating the Perigee System with Polypropylene Mesh for Cystocele Repair, Int. Urogynecol. Journal, (2007) 18 (Suppl 1):S068

Moore, RD, **Miklos, JR**, Simopoulos, A, Patient Indications for Labia Minora Laser Reduction Surgery, presented at the 32nd Annual Mtg. Intrl. Urogyn. Assoc., Cancun, Mexico, June 2007, Int. Urogynecology Journal, (2007) 18 (Suppl 1):S297

Moore, RD**, Miklos, JR**, Stepanian, AA, Risk of Mesh Erosion After Laparoscopic Sacral Colpopexy With or Without Concurrent Hysterectomy: Analysis of 419 Patients, presented at the 32nd Annual Mtg. Intl. Urogyn. Assoc., Cancun, Mexico, June 2007 (Intl. Urogynecology Journal, (2007) 18 (Supply 1):S250

Moore, RD, **Miklos, JR**, Beyer, RB, Prospective, multi-center trial evaluating the Perigee System with polypropylene mesh for cystocele repair, presented  at the 32nd Annual Mtg. Intl. Urogyn. Assoc., Cancun, Mexico, June 2007 (Intl. Urogynecology Journal, (2007) 18 (Suppl 1):S068

Moore, RD, Beyer, R, **Miklos, J,** et al, "Prospective, Multi-Center Trial Evaluating the Perigee System with Polypropylene Mesh for Cystocele Repair: Etrogenicity and Outcomes", AUGS 28th ASM, 2007, Journal of Pelvic Medicine & Surgery, Volume 13, No. 5, 2007:(61)255-256.

Moore, RD, **Miklos, JR**, Alexander D, "Transobturator Cystocele repair with Mesh in Conjunction with Laparoscopic Uterine Suspension (Sacrohysteropexy)", AAGL 36[th,] J Min Invasive Gyn 2007 Nov; 14(6):427.

Moore RD, Beyer R, **Miklos JR**, Jacoby K, et al, Prospective, Multi-center Trial Evaluating the Perigee System with Polypropylene Mesh for Cystocele Repair:  Estrogenicity and Outcomes", AAGL 36th, J Min Invasive Gyn 2007 Nov;14(6):204.

Moore RD, Erickson T, **Miklos, JR**, et al,  "Retrospective Review of Early Experience Using the AMS MiniArc Single Incision Sling System to Treat Stress Urinary Incontinence in Women  – Intraoperative Experience", AAGL 36th, J Min Invasive Gyn 2007 Nov;14(6):357.

Stepanian AA, Moore R, Mattox T, Miklos JR, "Risk of Mesh Extrusion after Laparoscopic Sacral Colpopexy with or without Concurrent Laparoscopic Assisted Vaginal Hysterectomy", AAGL 36th Annual Scientific Mtg., Washington DC, Nov. 2007 (J Min Invasive Gyn 2008;(15):188-196)

Elser, D, Mitchell G, **Miklos J**R, et al, Efficacy of Nonsurgical Transurethral Collagen Denaturation for Stress Urinary Incontinence: 18-Month Results of a 3-Year Trial, IUGA 34th, Lago di Como Italy, June 2009, (Surg Technol Int. (2009) 20 (Suppl 2)):S178

Moore RD, Mitchell G, **Miklos JR**, Novel Single Incision Vaginal Approach to Treat Cystocele and Vault Prolapse Through an Anterior Approach with an Anterior Wall Mesh Anchored Apically to the Sacrospinous Ligaments (Anterior Elevate System), AAGL 39th Annual Mtg., Las Vegas, NV, Nov. 2010, (J Min Invasive Gyn 2010 (Vol. 17, Issue 6, Supplement, Page S115)

**Miklos JR**, Moore RD, Laparoscopic Non-O'Connor Transperitoneal Vesicovaginal Fistula Repair in 41 Patients: A Descriptive Technique and Feasibility Study, AUGS 34th Annual Scientific Mtg., Las Vegas, NV, Oct. 2012, J. Female Pelvic Med. & Surg., Vol. 19, No. 5,Suppl. Sept/Oct. 2012(170):S169-170

Moore RD, **Miklos JR**, Mitchell GK, Laparoscopic Sacral Colpopexy: Analysis of the Operative Times in a High-Volume Laparoscopic Pelvic Reconstructive Practice, AUGS 34th Annual Scientific Mtg., Las Vegas, NV, Oct. 2012, J. Female Pelvic Med. & Surg., Vol. 19, No. 5, Suppl. Sept/Oct. 2012(186):S176

**Miklos JR**, Moore RD, Video Presentation: "A Novel Technique of Laparoscopic Vesical Vaginal Fistula Repair: Not an O'Connor Modification," AUGS 34th Annual Scientific Mtg., Las Vegas, NV, Oct. 2012, J. Female Pelvic Med. & Surg., Vol. 19, No. 5, Suppl. Sept/Oct. 2012(Video 6):S185

Chinthakanan O, **Miklos JR**, Moore RD, "Laparoscopic Mesh Sacrohysteropexy with Concurrent Laparoscopic Myomectomy for Multiple Fibroids," AUGS 34th Annual Scientific Mtg., Las Vegas, NV, Oct. 2012, J. Female Pelvic Med. & Surg., Vol. 19, No. 5, Suppl. Sept/Oct. 2012(Video Poster 14):S188

**Miklos JR**, Moore RD, Mitchell, GK, "Laparoscopic Transperitoneal Extravesical Vesicovaginal Fistula Repair in 41 Patients: Technique and Feasibility Study," IUGA 38th Ann. Mtg., Dublin, Ireland, May 2013, Int Urogyn J (2013) 24 (Suppl 1)):S42

**Miklos JR**, Chinthakanan O, Moore RD, et al., "The IUGA/ICS Classification of Synthetic Mesh Complications in Female Pelvic Floor Reconstructive Surgery: A Multicenter Study," AUGS/IUGA Scientific Meeting, Washington DC, July 2014

**Miklos JR**, Moore RD, Chinthakanan O: "Obturator Neuralgia a Rare Complication of TVT Sling: Complete Resolution After Laparoscopic TVT Removal," 43rd AAGL Global Congress, Vancouver, BC, Nov 2014, J Min Invasive Gyn 21(2014) S7

Moore RD, **Miklos JR**, Chinthakanan O: "Modified Laparoscopic Davydov Neovagina Procedure in a Patient with a Surgically Shortened Vagina," 43rd AAGL Global Congress, Vancouver, BC, Nov 2014, J Min Invasive Gyn 21(2014) S31

Chinthakanan O, **Miklos JR**, Moore RD, Mitchell GK, Favor S, Karp DR, Northington GM, Nogueiras GM, Davila GW: "Indication and Surgical Treatment of Midurethral Sling Complications: A Multicenter Study," 43rd AAGL Global Congress, Vancouver, BC, Nov 2014, J Min Invasive Gyn 21(2014) S52, AUGS/IUGA Scientific Meeting, Washington DC, July 2014

**Miklos JR**, Moore RD, Chinthakanan O: "The 26-Minute Sacral Colpopexy: Do We Really Need Robotic Technology?," 43rd AAGL Global Congress, Vancouver, BC, Nov 2014, J Min Invasive Gyn 21(2014) S56

Chinthakanan O, **Miklos JR**, Moore RD, Mitchell GK, Favor S, Karp Dr, Northington GM, Nogueiras GM, Davila GW: "Mesh Removal Following Sling/Mesh Placement: A Multicenter Study," 43rd AAGL Global Congress, Vancouver, BC, Nov 2014, J Min Invasive Gyn 21(2014) S211, AUGS/IUGA Scientific Meeting, Washington DC, July 2014

**Miklos JR**, Chinthakanan O, Moore RD, Mitchell GK Favor S, Karp DR, Northington GM, Nogueiras GM: "The IUGA/ICS Classification of Synthetic Mesh Complications in Female Pelvic Floor Reconstructive Surgery: A Multicenter Study," 43rd AAGL Global Congress, Vancouver, BC, Nov 2014, J Min Invasive Gyn 21(2014) S213, AUGS/IUGA Scientific Meeting, Washington DC, July 2014

**Miklos JR**, Moore RD, Chinthakanan O: "Failed Mesh Sacral Colpopexy Resulting in Recurrent Uterine Prolapse Treated Successfully with laparoscopic Sacral Colpohysteropexy," 43rd AAGL Global Congress, Vancouver, BC, Nov 2014, J Min Invasive Gyn 21(2014) S220

**Miklos JR**, Moore RD, Chinthakanan O: "Chronic Pelvic Pain & Stress Urinary Incontinence Resolution after Laparoscopic TVT Removal & Burch/Paravaginal Repair," 43rd AAGL Global Congress, Vancouver, BC, Nov 2014, J Min Invasive Gyn 21(2014) S229

Moore RD, **Miklos JR**, Chinthakanan O: Overall Patient Satisfaction Scores, Including Sexual Function, Following Labiaplasty Surgery: A Prospective Study Comparing Women with a History Of Prior

.

Cosmetic Surgery to Those with None, 40th Annual IUGA Meeting, Nice, France, June 2015, Int Urogyn J (2015) 26 (Suppl 1)):S109

**Miklos JR**, Moore RD, Chinthakanan O: The 26-Minute Laparoscopic Sacral Colpopexy: Do We Really Need Robotic Technology (Video Presentation), 40th Annual IUGA Meeting, Nice, France, June 2015, Int Urogyn J (2015) 26 (Suppl 1)):S170

**PRESENTATIONS/**
**LECTURES:**

03/92 - "Antibiotics and Preterm Labor."  Prenatal Horizon Nursing Obstetric Meeting, Philadelphia, Pennsylvania.

03/93 - "Evaluating the Pelvic Mass."  Ground Rounds, Hahnemann University Hospital, Philadelphia, Pennsylvania.

05/93 - "Laser Skinning Vulvectomy and High Grade VIN."  The 7th World Congress of Cervical Pathology and Colposcopy, Chicago, Illinois.

10/93 - "Female Pelvic Anatomy."  Postgraduate CME, Good Samaritan Hospital, Cincinnati, Ohio.

11/93 - "Nonsurgical Management of Stress Urinary Incontinence."  Postgraduate CME, Good Samaritan Hospital, Cincinnati, Ohio.

01/94 - "Chronic Pelvic Pain: Diagnosis and Management."  Postgraduate CME, Good Samaritan Hospital, Cincinnati, Ohio.

03/94 - "The Surgical Management of Genuine Stress Incontinence."  Postgraduate CME, Good Samaritan Hospital, Cincinnati, Ohio.

05/94 - "Office Evaluation of Urinary Incontinence."  Postgraduate CME, Good Samaritan Hospital, Cincinnati, Ohio.

07/94 -"Vulvar Vestibular Syndrome."  Postgraduate CME, Good Samaritan Hospital, Cincinnati, Ohio.

09/94 -"Severe Pelvic Organ Relaxation –Surgical Treatment."  Grand Rounds, Georgia Baptist Medical Center, Atlanta, Georgia.

12/94 -"Surgical Management of Enteroceles and Massive Vaginal Eversion."  Grand Rounds, Good Samaritan Hospital, Cincinnati, Ohio.

01/95 -"Diagnosis and Repair:  Urethral Diverticulum."  Grand Rounds, Good Samaritan Hospital, Cincinnati, Ohio.

04/95 - "Postoperative Complications of Burch Urethral Colopopexy "  Postgraduate CME, Good Samaritan Hospital, Cincinnati, Ohio.

05/95 -"Surgical Management of Stress Urinary Incontinence."  Grand Rounds, Staten Island University Hospital, Staten Island, New York.

09/95 - "Urinary Incontinence - The Basic Evolution." Grand Rounds, Parkway Medical Center, Lithia Springs, Georgia.

10/95 - "Surgical Management of Stress Urinary Incontinence."  Grand Rounds, Medical College of Georgia, Athens, Georgia.

11/95 - "Surgical Management of Stress Urinary Incontinence."  Grand Rounds, Georgia Baptist Medical Center, Atlanta, Georgia.

11/95 - "Nonsurgical Management of Urinary Stress Incontinence."

.

Postgraduate CME, Southern Urological Nursing Association, Atlanta, Georgia.

11/95 - "Surgical management of Stress Urinary Incontinence:  An Objective Analysis." Grand Rounds, Georgia Baptist Medical Center, Atlanta, Georgia.

01/96 - "Surgical Management of Stress Urinary Incontinence: An Objective Analysis." Grand Rounds, Mercer Medical College, Macon, Georgia.

02/96 - "Surgical management of Stress Urinary Incontinence."  Grand Rounds, Parkway Medical Center, Macon, Georgia.

05/96 - "Laparoscopic Paravaginal Repair."  Urogynecology and Reconstructive Surgery Conference, Omnia Research, Hilton Head, South Carolina.

10/96 - "Laproscopic Retropubic Anatomy and Burch Urethropexy."  American Urogynecology Society, Postgraduate Course, New Orleans, Louisiana.

10/96 - "Surgical Pelvic Anatomy."  Board Review Course, Olser Institute, Atlanta, Georgia.

12/96 - "Laparoscopic Approach to Urethra and Bladder Suspension." Grand Rounds, Northshore Medical Center, Long Island, New York.

03/97 - "Collagen Injections for Intrinsic Sphincter Dysfunction."  ACOG Cystourethroscopy Course, Baltimore, Maryland.

06/97 - "Site Specific Defect in the Etiology of Pelvic Organ Prolapse." Grand Rounds, Lehigh Valley Medical Center, Allentown, Pennsylvania.

10/97 - "Surgical Pelvic Anatomy." Medical Review Board Course, Osler Institute, Atlanta, Georgia.

10/97 - "Urinary Incontinence" Medical Board Review Course, Osler Institute, Atlanta, Georgia.

10/97 - "Anterior Vaginal Wall Relaxation and Surgical Repair: A Laparoscopic Approach." Grand Rounds, Medical College of Georgia, Augusta, Georgia.

05/98 - "Pelvic Reconstruction: A Video Perspective."   Boston Scientific. New Orleans, Louisiana.

06/98 - "Site Specific Vaginal Reconstruction." Boston Scientific, Atlanta, Georgia.

07/98 - "Pelvic Floor Support and Reconstruction" Medical College of Georgia, St. Simons Island, Georgia.

09/98 - "Advanced Workshop on Gynecologic Laparoscopic Anatomy and Surgery on Unembalmed Female Cadavers" American Association of Gynecologic Laparoscopists, University of Louisville, Louisville, Kentucky.

11/98 - "Pelvic Floor Reconstruction." International Congress of Gynecologic Endoscopy.  AAGL 27th Annual Meeting, Atlanta, Georgia.

04/99 - "Laparoscopic Pelvic Reconstruction." US Surgical Training For Urogynecology Fellows, Norwalk, Connecticut.

04/99 - "Innovations In Therapy In the Treatment of Urine Incontinence." Ground Rounds, University of South Florida, Tampa, Florida.

.

05/99 - "Laparoscopic Urogynecology." Grand Rounds, Stamford
       Hospital, Stamford, Connecticut.

06/99 - "Laparoscopic Macro & Micro Suturing and Telesurgery."  Ethicon
       Endosurgery, Ethicon Institute, Cincinnati, Ohio.

07/99 - "TVT – Tension Free Vaginal Tape."  Stanford University, Palo Alto, California.

08/99 - "Advanced Workshop on Gynecologic Laparoscopic Anatomy
       and Surgery, University of Louisville, Louisville, Kentucky.

10/99 - "Abdominal Sacral Colpopesy: An Abdominal Approach to
       Vaginal Vault Prolapse."  University of Sydney, Sydney, Australia.

10/99 - "Anterior Vaginal Wall Reconstruction:  A Site Specific Approach."
       University of Sydney, Sydney, Australia.
10/99 - "Laparoscopic Approach to Anterior Vaginal Wall Reconstruction."
       University of Sydney, Sydney, Australia.

10/99 - "Laparoscopic Approach to Vaginal Vault Prolapse and
       Enterocele Repair."  University of Sydney, Sydney, Australia.

10/99 - "Anatomy of Vaginal Wall Support."  University of Sydney,
       Sydney, Australia.

11/99 - "Pitfalls and Pearls of Laparoscopic Surgery:  Laparoscopic
       Anatomy for the Gynecologist."  AAGL Postgraduate Course,
       20th Annual Meeting.  Las Vegas, Nevada.

11/99 - "Pitfalls and Pearls of Laparoscopic Surgery:  Laparoscopic
       Approach to Reconstructive Pelvic Surgery.  AAGL Postgraduate
       Course, 20th Annual Meeting, Las Vegas, Nevada.

11/99 - "Anatomy of Vaginal Wall Support."  Baptist Medical Center, Jacksonville, Florida.

11/99 - "Laparoscopic Approach to Anterior Vaginal Wall
       Reconstruction."  Baptist Medical Center, Jacksonville, Florida.

11/99 - "Laparoscopic Approach to Vaginal Vault Suspension and
       Enterocele Repair."  Baptist Medical Center, Jacksonville, Florida.

12/99 - "Tension Free Vaginal Tape Sling Procedure."  Savannah, Georgia.

03/00 - "Procedures for the Millenium - Laparoscopic Anterior Vaginal Wall Reconstruction." Milwaukee,
       Wisconsin.

03/00 - "Procedures for the Millenium - Laparoscopic Vault Suspension and Enterocele Repairs."
       Milwaukee, Wisconsin.

03/00 - "Procedures for the Millenium - Tension Free Vaginal Tape Sling Procedure." Milwaukee,
       Wisconsin.

05/00 - "Laparoscopic Approach to Vaginal Wall Reconstruction." Moderating panel at the Society
       Urodynamics and Female Urology, Atlanta, Georgia.

06/00 - "Laparoscopic Anterior Vaginal Wall Reconstruction."  University of Moscow, Moscow Russia.

06/00 - "TVT – Tension Free Vaginal Tape Pubovaginal Sling."  University of Moscow, Moscow Russia.

.

06/00 - "Rectocele Repair Utilizing Cadaveric Dermal Graft Augmentation."  University of Moscow, Moscow Russia.

07/00 - "Laparoscopic Reconstruction of the Anterior Vaginal Wall." International College of Surgeons, Boston, Massachusetts.

08/00 - "Laparoscopic Anatomy and Pelvic Floor Reconstruction." American Association of Gynecologic Lapararoscopy, Louisville, Kentucky.

09/00 - "Surgical Management of Pelvic Floor Relaxation."  Atlanta Operating Room Nurses, Atlanta, Georgia.

10/00 - "TVT Tension Free Vaginal Tape Sling Procedure."   Society of Reconstructive Pelvic Surgeons, St. Louis, Missouri.

10/00 - "Laparoscopic Burch and Paravaginal Repair."  Society of Reconstructive Pelvic Surgeons, St. Louis, Missouri.

11/00 - "Pitfalls and Pearls of Laparoscopic Surgery.  Laparoscopic Pelvic Anatomy - Isolating & Protecting the Ureter." 29th Annual Meeting, American Association of Gynecologic Laparoscopy, Orlando, Florida.

11/00 - "Pitfalls and Pearls of Laparoscopic Surgery.  Laparoscopic Pelvic Reconstructive Surgery." 29th Annual Meeting, American Association of Gynecologic Laparoscopy, Orlando, Florida.

11/00 - "Laparoscopic Reproductive Surgery – Addressing Prolapse in the Fertile Female.  Anatomy of Prolapse – How to Address it Without Resorting to Hysterectomy." 29th Annual Meeting, American Association of Gynecologic Laparoscopy, Orlando, Florida.

11/00 - "Laparoscopic vs. Vaginal Approach for Pelvic Floor Reconstruction." 29th Annual Meeting, American Association of Gynecologic Laparoscopy, Orlando, Florida.

12/00 - "Structural Anatomy: Vaginal Vault Support" Society of  Laproendoscopic Surgery (SLS), Annual Meeting, Miami, Florida.

12/00 - "Anterior Vaginal Wall, Apex and Posterior Structal Anatomy. Postgraduate Course - Society of Laparoendoscopic Surgery (SLS), Annual Meeting, Miami, Florida.

12/00 - "Anterior Vaginal Wall Prolapse, Laparoscopic Approach to Burch and Paravaginal Repair."  Postgraduate Course - Society of Laparoendoscopic Surgery (SLS), Annual Meeting, Miami, Florida.

12/00 - "Posterior and Apical Prolapse:  A Laparoscopic Approach to Vault and Enterocele Repair."  Postgraduate Course - Society of Laparoendoscopic Surgery (SLS), Annual Meeting, Miami, Florida.

12/00 - "TVT - Tension Free Transvaginal Tape:  An Alternative Minimally Invasive Approach to Stress Urinary Incontinence."  Postgraduate Course - Society of Laparoendoscopic Surgery (SLS), Annual Meeting, Miami, Florida.

12/00 - "Pelvic Floor Hernias:  Laparoscopic Approach to Paravaginal and Sciatic Hernia Repair."   Postgraduate Course - Society of Laparoendoscopic Surgery (SLS) Annual Meeting, Miami, Florida.

02/01 - "TVT Tension Free Vaginal Tape:  An Alternative to Traditional Incontinence Surgery."  Society of Laparoendoscopic Surgery (SLS), Miami, Florida

02/01 -"Laparoscopic Burch and Paravaginal Repair." Society of Laparoendoscopic Surgery (SLS), Miami, Florida.

02/01 - "Vaginal Support Anatomy.  An Anatomical Look at the Anterior and Posterior Vaginal Wall."  Society of Laparoendoscopic Surgery (SLS), Miami, Florida

03/01 - "Laparoscopic Reconstruction of the Anterior and Posterior Vaginal Wall.  Grand Rounds, University of Maryland, Baltimore, Maryland

03/01 - "Urogynecology- Laparoscopic Approach to Apical Vault Suspension and Enterocele Repair."  International Society of Gynecologic Endoscopy (ISGE), Chicago, Illinois.

03/01 - "Urogynecology- Anterior Vaginal Wall Reconstruction: A Laparoscopic Approach."  International Society of Gynecologic Endoscopy (ISGE), Chicago, Illinois.

03/01 - "Urogynecology- TVT Tension Free Transvaginal Tape:  An Alternative to Traditional Incontinence Surgery."   International Society of Gynecologic Endoscopy (ISGE), Chicago, Illinois.

05/01 - "Anterior Vaginal Wall Reconstruction-A Laparoscopic Approach."  Grand Rounds, University of Akron, Akron, Ohio.

05/01 - "An Alternative Approach to Stress Urinary Incontinence: TVT Tension Free Transvaginal Tape."  Grand Rounds, University of Akron, Akron, Ohio.

08/01 - "New Innovation in Anterior Vaginal Wall Reconstruction."   Resident Research Day, Milwaukee, Wisconsin.

08/01 - "Innovations in the Treatment of Stress Urinary Incontinence."  Resident Research Day, Milwaukee, Wisconsin.

11/01 - "Surgical and Norsurgical Therapy for Prolapse in the Elderly and Physiologically Fragile."  American Association of Gynecologic Laparoscopy, Postgraduate Course, San Francisco, California.

11/01 - "Posterior Repair Utilizing Dermal Graft Augmentation of a Site Specific Repair." American Association of Gynecologic Laparoscopy, Postgraduate Course, San Francisco, California.

04/02 -   "Enterocele Repair."  Congress of Gynecological Endoscopy and Innovative Surgery, Pelvic Floor Repair Workshop, Berlin, Germany.

05/02 - "Advanced Workshop on Gynecologic Laparoscopic Anatomy and Surgery on Unembalmed Female Cadavers" American Association of Gynecologic Laparoscopists, University of Louisville, Louisville, Kentucky.

05/02 -"Laparoscopic (Burch & Paravaginal Repair) Anterior Vaginal Wall Reconstruction."  The American College of Obstetricians and Gynecologists (ACOG), Alabama Section, San Destin, Florida.

05/02 – "TVT Sling-The Greatest Advancement in the Treatment of Stress Urinary Incontinence in 40 Years." The American College of Obstetricians and Gynecologists (ACOG), Alabama Section, San Destin, Florida.

05/02 – "Posterior Repair – Site Specific Repair and Augmentation Utilizing Dermal Grafts."   The American College of Obstetricians and Gynecologists (ACOG), Alabama Section, San Destin, Florida.

11/02 - "Pelvic Floor Disease" European Society for Gynecological Endoscopy (ESGE) Expert Meeting, Barcelona, Spain.

.

01/03 – "Vaginal Prolapse & Urinary Incontinence – Surgical Techniques & Outcome" International Society in Gyneacological Endoscopy (ISGE) – 4th International Meeting, Leuven, Belgium.

03/03 - Gynecologic Endoscopic Surgery Training Course - Annual Society of Gynecological Surgeons (SGS) Meeting in Anaheim, California

05/03 - "Posterior Vaginal Wall Reconstruction with Dermal Graft Augmentation." Grand Rounds, Sacred Heart Hospital, Pensacola, Fl.

06/03 – "Advances in Urogynecology Reconstructive Pelvic Surgery" Northwestern University, Chicago, Illinois

07/03 – "Interstim…A New State of the Art Procedure for Incontinence," Northside Hospital, Atlanta, Georgia

11/03 – "The Vaginal Approach to Pelvic Prolapse" Annual Symposium-Update in OB/GYN, Winthrop University Hospital

06/04 – "TOT and other sling operations: modern approaches to correction of stress uterine incontinence" XVII International Congress, Moscow

07/04—"IVS Tunneller Device Physician Training Course" 2004 AUGS/SGS Joint Scientific Meeting, San Diego, California

07/04 - Round Table Session Leader 2004 AUGS/SGS Joint Scientific Meeting, San Diego, California

08/04 – "Surgical Repair of Rectocele", "Laparoscopic Repair of POP." International Urogynecological Association & International Continence Society Joint Meeting, August 2004, Paris France

09/04 - "Site Specific Defect Repair for Pelvic Prolapse," "Laparoscopic Pelvic Floor Reconstruction" Clinical Advances in Obstetrics and Gynecology, Harvard Medical School, September 2004, Boston Massachusetts

11/04   "Appraisal of Minimally Invasive Surgical Techniques for Female Urinary Incontinence," Global Congress of Gynecologic Endoscopy, AAGL 33rd Annual Meeting, November 2004, San Francisco, CA

11/04   "Urogynecological Surgery for the Gynecologist," Global Congress of Gynecologic Endoscopy, AAGL 33rd Annual Meeting, November 2004, San Francisco, CA

11/04   "The Role of Mesh in Repair of Pelvic Prolapse," Panel Discussion, AAGL 33rd Annual Meeting, November 2004, San Francisco, CA

10/05   "Laparoscopic Suturing: Extracorporeal and Intracorporeal Knot-Tying", ASRM 61st Annual Meeting, Montreal, Quebec, Canada, October 2005.

05/07   "Appraisal of Great Materials in GSUI" and "Towards an Optimized Mesh for Pelvic Floor Reconstruction", Pelvicology Course, Lisbon, Portugal, May 2007

06/07   "Laparoscopic Urogynecology & Pelvic Reconstructive Surgery", IUGA 32nd Annual Mtg., Cancun, Mexico, June 2007

09/07   Invasive Urogyn Course, Chairman, University Hospital, Dubai, UAE, September 2007

11/07   "Stress Urinary Incontinence", Co-chair, AAGL 36th Annual Scientific Mtg., Washington, D.C., November 2007

06/08    "Laparoscopy Sacralcolpopexy & Mesh Complications",  XXI International
         Congress, Advanced Technologies for the Diagnosis and Treatment of
         Gynecologic Diseases, Moscow, Russia, June 2008

08/08    "Correction of Anterior Vaginal Compartment by Video Laparoscopy" and
         "Corrective Approaches in Promontosacrofixation: Advantages and
         Disadvantages in the Different Ways of Access", International Symposium
         Actualization in Gynecology, Sao Paulo, Brazil, August 2008

01/10    "Labiaplasty of the Labia Minora: Patient Indications for Pursuing Surgery",
         Program Chairman, Amer. Academy Cosmetic Surgery Ann. Scientific Meeting            ,
         Orlando, FL, January 2010

02/10    Co-chairman and Keynote Speaker, International Course on Laparoscopic Urogynecology, Dubai
         United Arab Emirates, Rashid Hospital, February 2010

07/14    Post Graduate Course "Minimally-Invasive Sacrocolpopexy: Maximizing Efficiency and
         Minimizing Complications/Laparoscopic and Robotic Sacrocolpopexy: Tips, Tricks and Video
         Clips"  Faculty: Catherine Mathews MD, Marie Paraiso MD, John R Miklos MD, Jan Deprest
         MD.  IUGA/AUGS Meeting, Washington DC, July 2014

07/14    Post Graduate Course "Mesh Related Pain: The Why and How to Treat It" – Laparoscopic and
         vaginal removal of vaginal mesh.  Facutly: Charles Butrick MD, Dennis Miller MD and John R
         Miklos MD.  IUGA/AUGS Meeting, Washington DC, July 2014

01/15    "Surgical Complications Associated with Slings for Treatment of SUI", 8th Annual World Congress
         of the ISCG, New Orleans, LA, January 2015

07/15    "Cosmetic Contouring Based on Aesthetic Proportions" and "Patient Expectation Post Cosmetic
         Vulvar Surgery," The Aesthetic Show 2015, Las Vegas, NV

10/15    AAGL Urogynecology SIG Workshop "Laparoscopic Approaches to Fistula Repair" and
         "Laparoscopic Mesh Removal," AUGS 36th Annual Scientfic Meeting, Seattle, WA October 2015

11/15    Post Graduate course "Laparoscopic Sacrocolpopexy and Fistula Repairs," 44th AAGL Global
         Congress on Minimally Invasive Gynecology, Las Vegas, NV, November 2015