John R. Miklos, M.D.

Page 1

IN THE DISTRICT COURT 103RD JUDICIAL DISTRICT
CAMERON COUNTY, TEXAS


SANDRA GARCIA,                    )
                                  )
                Plaintiff,        )    Cause No.
                                  )
        vs.                       ) 2013-DCL-3511-D
                                  )
RODOLFO J. WALSS, M.D.,           )
RODOLFO J. WALSS, M.D., P.A.,     )
JOHNSON & JOHNSON, INC. and       )
ETHICON, INC.,                    )
                                  )
                Defendants.       )
_____)

                    —  —  —

        Deposition of JOHN R. MIKLOS, M.D.,
taken on behalf of the Defendants, pursuant
to Notice and agreement of counsel, before
Judith L. Leitz Moran, Certified Court Reporter,
at Butler Snow LLP, 1170 Peachtree Street,
Suite 1900, Atlanta, Georgia, on the 6th day
of February 2015, commencing at the hour
of 9:15 a.m.

                    —  —  —

            GOLKOW TECHNOLOGIES, INC.
        877.370.3777 ph|917.951.5672 fax
               deps@golkow.com

John R. Miklos, M.D.

Page 104

1    ownership interest in?

2        **A**    Yes.

3        **Q**    And what are those?

4        **A**    RockHard Laboratories.

5        **Q**    Any others?

6        **A**    Not that I can think of right now.

7        **Q**    When did RockHard Laboratories cease to

8    exist?

9        **A**    In the last five or six months.

10        **Q**    Does it still exist as a corporate

11    entity?

12        **A**    Yes.

13        **Q**    But it stopped functioning in the last

14    six months?

15        **A**    Well, it's been renamed as Food, Drug &

16    Mass.

17        **Q**    Ah.  So whatever was going on in RockHard

18    Laboratories was merged into Food, Drug & Mass?

19        **A**    Yes.

20        **Q**    Where is that company organized under,

21    what state law?

22        **A**    I believe it's Delaware.

23        **Q**    And what work -- are you the sole owner

24    of that company?

25        **A**    No.

John R. Miklos, M.D.

Page 105

1    **Q**    Who else has an ownership interest in it?

2    **A**    Joshua Maurice and Jeff Remmel?

3    **Q**    I didn't hear Jeff's last name?

4    **A**    Remmel.

5    **Q**    R-E-M-M-E-L?

6    **A**    Yes.

7    **Q**    Where does Mr. Maurice live?

8    **A**    In Atlanta.

9    **Q**    He is a physician?

10    **A**    No.

11    **Q**    Does he have a business other than Food,

12  Drug & Mass?

13    **A**    No.  It looks like he will have that

14  business.  He's looking to buy the company from me.

15    **Q**    He's looking to buy a company?

16    **A**    He's looking to buy Food, Drug & Mass

17  from me so it can be his sole ownership.

18    **Q**    Okay.  And where does Jeff Remmel live?

19    **A**    Atlanta.

20    **Q**    And does he have a job or business other

21  than his ownership in Food, Drug & Mass?

22    **A**    Yes.

23    **Q**    What does he do?

24    **A**    He works for myself and Dr. Moore and

25  basically he's our CFO and our accountant.

John R. Miklos, M.D.

Page 106

1    **Q**    And our accountant?

2    **A**    Our accountant.

3    **Q**    I'm sorry, when he's turning the pages, I

4    just lose --

5            MR. LUNDQUIST:  Oh.

6            MS. SMITH:  It's not -- it's all right,

7    you can do it, but I just lose the ability to hear

8    his words.

9    BY MS. SMITH:

10    **Q**    All right.  And when did Food, Drug &

11    Mass when was it first incorporated?

12    **A**    I believe I answered that, was four to

13    five months ago.

14    **Q**    Okay.  You said that's when RockHard Labs

15    ceased to exist.  I didn't realize it was at the

16    same time.  And what work -- what is Food, Drug &

17    Mass, what is that company?

18    **A**    It's a company that puts products on the

19    shelves in food and drug stores.

20    **Q**    And what does the mass relate, what's

21    that word relate to?

22    **A**    Massive stores, massive -- I believe it

23    means massive box stores, like, Targets, et cetera.

24    **Q**    And what products currently are put on

25    the shelves through the company Food, Drug & Mass?

John R. Miklos, M.D.

Page 107

1      **A**     We currently have still RockHard Weekend.

2             Working with Dr. Berman, the sexologist

3      out of Chicago, and helping putting her products on

4      the shelf, as she's currently I think on the

5      shelves electronically with Wal-Mart and Target.

6      And looking to get them into the stores, Wal-Mart,

7      Target, Rite Aid, et cetera.

8             And we're currently looking -- we

9      actually have -- looking to put on the shelves, and

10     I believe we've already got them on some smaller

11     shelves, Silver Biotics.

12            Those are the three main products right

13     now.

14            Oh, and a natural lubricant for women

15     that -- I don't know if it's made to any shelves

16     yet.

17     **Q**     What's the name of it?

18     **A**     The name's escaping me right now.

19     **Q**     Any other products whether they're your

20     primary or not?

21     **A**     That's all I can think of right now.

22     **Q**     And did RockHard Laboratories have any

23     products other than those that you've just listed?

24     **A**     Yeah, they had Pandora, which was a

25     female excitement drug.  Or I'm sorry, not drug.

John R. Miklos, M.D.

Page 128

1    **A**    Yes.

2    **Q**    About the middle part, Mesh bladder sling

3    surgeries (sling surgery bladder) are considered

4    the Gold Standard for care -- of care for urinary

5    leakage.

6              Do you agree with that?

7    **A**    Yes.

8    **Q**    These include the TVT sling, the TOT

9    sling, and the newer Single-incision slings or

10   Mini-slings.

11             Do you agree with that?

12   **A**    Yes.

13   **Q**    Bladder sling complications are very low

14   and the FDA specifically did not include mesh

15   bladder slings in their recent safety notification.

16             Do you agree with that?

17   **A**    No, because it was included on their FDA

18   notification.

19   **Q**    Do you agree bladder sling complications

20   are very low?

21   **A**    In certain individual's hands and in

22   certain products, yes.

23   **Q**    And we're going to get to the FDA.  But

24   you're familiar with the 2008 and 2011

25   publications?

John R. Miklos, M.D.

Page 129

1    **A**    I'm familiar with them, yes.

2    **Q**    And did either of them advocate not to

3    use the mid-urethral slings used in synthetic mesh

4    for treatment of stress urinary incontinence?

5    **A**    No, they did not advocate not to use

6    them.

7    **Q**    The FDA as well as the American

8    Urogynecology Society and the Society of Female

9    Urology have all stated that complications for mesh

10   bladder sling are minimal.

11          Do you agree with that?

12   **A**    Yes.

13   **Q**    They are safe and effective and

14   considered a Gold Standard treatment for female

15   urinary leakage.

16          Do you agree with that?

17   **A**    Yes.

18   **Q**    And what does Gold Standard treatment

19   mean?

20   **A**    It's considered one of the premier

21   choices for surgical efficacy with hopefully

22   minimal complications.

23   **Q**    Are you familiar with the term "Prolene

24   polypropylene mesh"?

25   **A**    Yes.

John R. Miklos, M.D.

Page 147

1    probably -- you're correct, have not.

2        **Q**    All right.  So that would be a true

3    statement as of --

4        **A**    That would be a true statement.

5        **Q**    -- 2011?

6        **A**    Yes.

7        **Q**    All right.

8        **A**    Okay, I think the rest I agree with.

9        **Q**    All right.  What do you -- and, again, as

10   of 2011, what percentages would you have put in

11   Bullet Point 3 as opposed to what is there?

12           It states, have been reported to be

13   successful in approximately -- oh, excuse me --

14   Mesh sling surgeries for SUI have been reported to

15   be successful in approximately 70 to 80 percent of

16   the women at one year, based on women's reports and

17   physical exams.

18           You said you disagreed with the

19   percentage?

20       **A**    Yes.

21       **Q**    And what percentage do you think was

22   accurate in 2011?

23           MR. LUNDQUIST:  Object to form.

24       **A**    At one-year follow-up, I believe 90

25   percent is the correct answer --

John R. Miklos, M.D.

Page 148

1    BY MS. SMITH:

2         **Q**     Okay.

3         **A**     -- in skilled surgeon's hands.

4         **Q**     Okay.  All right.  And then in the last

5    paragraph, just to make sure I understand, you

6    agree with everything in it except two things.

7              One is, you do not believe vaginal

8    scarring has ever been reported or is a

9    complication that can occur following a non-mesh

10   surgical repair for SUI; is that true?

11        **A**     It is true if we're talking about the

12   other Gold Standard being a Burch procedure.  I

13   don't know what other surgical procedures they're

14   talking about.  There's over 300 operations for

15   stress incontinence.

16        **Q**     Okay.  Can vaginal scarring be a

17   complication following a non-mesh surgical repair

18   for SUI?

19        **A**     I don't know how, no.

20        **Q**     And you're not limiting it only to

21   Burch --

22        **A**     Well, I don't --

23        **Q**     -- is that correct?

24        **A**     -- I don't know all the other surgical

25   procedures that are out there.  And if they're

John R. Miklos, M.D.

Page 178

1    **A**    No, I think that's it.

2    **Q**    Do you agree it's a judgment call by the

3    treating surgeon based on his or her own training

4    and experience as to whether to use a surgical mesh

5    for treatment of stress urinary incontinence from

6    the transobturator approach, the retropubic

7    approach or the use of a mini-sling?

8    **A**    Yes, it is.

9    **Q**    And Doctor, I want to show you another

10   page from your current website marked as

11   Exhibit 17.

12           (Miklos Deposition Exhibit 17 marked.)

13   BY MS. SMITH:

14   **Q**    And ask first if you can identify that as

15   being from your website, your current website?

16   **A**    Yes, it is.

17   **Q**    All right.  We'll take a minute and let

18   you review it and then I want to know if there is

19   any part of it with which you disagree as you sit

20   here today?

21   **A**    (Witness reviews document.)

22           Yes, okay.

23   **Q**    Is there any part of Exhibit 17 with

24   which you disagree as you sit here today?

25   **A**    Yes.

John R. Miklos, M.D.

Page 179

1    **Q**    What?

2    **A**    There are two main types of mini-slings,

3    Bullet Point 1, Secur made by Gynecare whose cure

4    rate average in the 60 to 70 percent range.

5    **Q**    You disagree with that?

6    **A**    Yes.

7    **Q**    Okay.  First off -- well, sitting here

8    today, what is wrong with that sentence?

9    **A**    What's wrong with that sentence is that

10   the many, many studies show cure rates much lower

11   than that.

12   **Q**    Okay.  Some studies show them higher than

13   that, correct?

14   **A**    But --

15   **Q**    I mean, correct?

16   **A**    -- with very, very short-term follow-up.

17   **Q**    Is the answer yes or no to my question?

18   **A**    Yes.

19   **Q**    Okay.  So --

20   **A**    With very short-term follow-up.

21   **Q**    Do you know when you wrote this?

22   **A**    I didn't write this.

23   **Q**    Do you know who wrote it in your group?

24   **A**    Yes, it looks like Dr. Moore.

25   **Q**    Because his name appears first in the

John R. Miklos, M.D.

Page 184

1    **Q**    Go ahead.

2    **A**    (Witness reviews document.)

3           Okay.

4    **Q**    Anything else you disagreed with in

5    Exhibit 17?

6    **A**    No.

7           (Miklos Deposition Exhibit 18 marked.)

8    BY MS. SMITH:

9    **Q**    I want to hand you Exhibit 18.  Is that

10   the study you were just referring to under -- on

11   the right-hand side, Presentation Number: 111 P.

12   **A**    Yes.

13   **Q**    Okay.  And under Conclusions, were the

14   conclusions that the TVT-Secur results of this

15   study suggested it to be as efficacious as its

16   predecessors?

17   **A**    That's what the conclusion states and I

18   disagree.

19   **Q**    Were you part of this?

20   **A**    I was part of the study, yes.

21   **Q**    Did you write the abstract?

22   **A**    I did not.

23   **Q**    Did you read it back at the time it was

24   written?

25   **A**    I don't believe I did.

John R. Miklos, M.D.

Page 185

1    **Q**    You don't think you ever saw it before

2    today?

3    **A**    No, I've seen it before today.

4    **Q**    Did you ever write anyone to say you

5    disagreed with that?

6    **A**    No, I made my opinion very vocal that I

7    disagree with the use of the TVT-Secur to

8    Dr. Lucente.

9    **Q**    Did you ever -- this is published in the

10   Journal of Pelvic Medicine & Surgery, correct?

11   **A**    Yes.

12   **Q**    Did you ever write to the journal to say

13   you disagreed with that statement?

14   **A**    No, be -- this, no, I did not.

15   **Q**    Okay.

16   **A**    This is not submitted to Journal of

17   Pelvic Medicine & Surgery.  What this abstract is,

18   is what was being presented at a meeting somewhere

19   and then they put this into their journal.  You see

20   the Presentation Number: 111 P?  I didn't know this

21   was being presented somewhere.

22          MS. SMITH:  Move to strike as

23   nonresponsive.

24   BY MS. SMITH:

25          **Q**    It was published in the Journal of Pelvic

John R. Miklos, M.D.

Page 192

1    **Q**    All right.  The mesh, just talking about
2    the mesh, is that -- that's used in TVT-Secur, was
3    that the same mesh that you had been using since
4    the original TVT slings -- since you started using
5    them in the late '90s?
6    **A**    It's the same mesh, but it's cut with a
7    laser versus mechanically cut which changes the
8    properties of the mesh.
9    **Q**    Oh, have you seen the studies on that?
10   **A**    No, I have not.
11   **Q**    So do you have any basis to say it
12   changes the properties?
13   **A**    Well, the internal documents of Gynecare
14   that states that using a laser will actually
15   decrease fraying.
16   **Q**    Uh-huh.
17   **A**    And they haven't done any studies on
18   that.
19   **Q**    Have you seen any of the studies that
20   were done, not emails, but actual studies?  I
21   didn't see them in your documents, and I could have
22   missed it.  But have you seen any of the studies on
23   laser cut mesh versus mechanical cut?
24   **A**    No.
25   **Q**    You don't have any problem with laser cut

John R. Miklos, M.D.

Page 193

1   mesh, do you?

2        **A**     I don't know.

3        **Q**     Okay.

4        **A**     Because it hasn't been utilized enough to

5   study.

6        **Q**     Okay.  It hasn't been utilized enough to

7   study, is that what you said?

8        **A**     Yeah, in the sling format.

9        **Q**     So you have no opinion one way or the

10  other on laser cut versus mechanical cut mesh?

11       **A**     I have an opinion that if we're going to

12  make an issue out of it, that we need to look at

13  the literature over it.

14       **Q**     I don't want to make an issue out of it.

15  Are you making an issue out of it?

16       **A**     I'm just telling you what I feel.

17       **Q**     Well --

18       **A**     You asked me a question.

19       **Q**     I know.

20       **A**     I answered the question.

21       **Q**     You don't have any scientific basis to

22  say that the laser cut mesh is any different as it

23  reacts in the human body as compared to the

24  mechanical cut mesh?

25       **A**     No, you're correct.

John R. Miklos, M.D.

Page 195

1      **Q**     Okay.

2      **A**     That I said from the beginning, the mesh

3   used for the mini-sling, I don't agree with that

4   statement, it's the same mesh we've been using for

5   10 years now on a suburethral sling.  It works well

6   for laymen, but it doesn't necessarily mean it's

7   the exact same mesh.

8      **Q**     All right.  Do you agree that the

9   polypropylene -- the Prolene polypropylene mesh is

10  the best tolerated material to date with the least

11  amount of complications?

12     **A**     Yes, I do agree.

13     **Q**     Do you agree that issue -- that as to the

14  Prolene polypropylene mesh issues such as infection

15  or rejection of the material are very, very rare?

16     **A**     Yes, in a skilled surgeon's hands.

17     **Q**     Do you agree with the Prolene

18  polypropylene mesh that tissue ingrowth occurs

19  rapidly?

20     **A**     Yes.

21     **Q**     Going back to the first page of Exhibit

22  19, the one you're on.  Very first paragraph.

23  Would the words used in that paragraph apply

24  equally to TVT-Secur?

25     **A**     No.

John R. Miklos, M.D.

Page 196

1    **Q**    Which words would not?

2    **A**    This decreases the risk of injury,

3    however the sling is still able to go in the same

4    position, i.e., mid-urethra in a tension-free

5    manner.

6    **Q**    Okay.  What word do you -- word or words

7    do you disagree with?

8    **A**    No. 1, it's not tension free.

9    **Q**    All right.  Anything else?

10   **A**    Yes.  We're talking -- the actual

11   procedure of the TVT-Secur did not set like a

12   mini-sling does for a -- or the MiniArc sling.

13   **Q**    All right.  Well, let me ask it this way.

14   Is there only one small incision needed in the

15   vagina with the TVT-Secur?

16   **A**    Yes.

17   **Q**    Is it true that no incisions are needed

18   in the groins or the abdomen and no needles are

19   needed to pass through the abdomen or groins --

20   **A**    Yes.

21   **Q**    -- with the TVT-Secur?

22   **A**    Yes.

23   **Q**    Is it true with the TVT-Secur that having

24   only one small incision decreases the risk of

25   injury?

John R. Miklos, M.D.

Page 197

1      **A**    Yes.

2      **Q**    Is it true that the sling with the

3    TVT-Secur is able to go in the same position

4    mid-urethra?

5      **A**    Yes, same position mid-urethrally, but

6    not anchored laterally in the same position.

7           MS. SMITH:  Move to strike as

8    nonresponsive after "yes."

9    BY MS. SMITH:

10     **Q**    Is it true that since there is no need

11   for needle passage through the groins or abdomen,

12   the procedure can very easily be done under local

13   anesthesia in an outpatient setting or even in a

14   procedure room setting in as little as 10 minutes

15   in relation to the TVT-Secur?

16     **A**    No.

17     **Q**    Okay.  What's not true about that?

18     **A**    No. 1, the delivery -- the delivery

19   system, the needle tip of the MiniArc, that is

20   true.  For the TVT-Secur, it's a razor sharp blade

21   that has been noted to create more bleeding than

22   other types of suburethral -- or mini incision

23   slings.

24     **Q**    All right.  We're going to come to that,

25   I promise you.

Case 2:12-md-02327  Document 2032-4  Filed 04/21/16  Page 19 of 42 PageID #: 34977

John R. Miklos, M.D.

Page 199

1    skilled hands and a skilled surgeon.

2        **Q**    Okay.  All right.  Do you also have a

3    blog where you -- that you consider part of your

4    advertising?

5        **A**    No.

6        **Q**    Do you participate in any blog to your

7    knowledge?

8        **A**    I haven't participated in a blog for

9    probably 8, 10 years that I know of.

10       **Q**    Okay.  Do you agree that degradation of

11   mesh is a biocompatibility risk?

12              MR. LUNDQUIST:  Form.

13       **A**    I don't believe that I'm prepared to talk

14   about biodegradability here today.  I'm not an

15   expert in biodegradation.

16   BY MS. SMITH:

17       **Q**    All right.  Do you believe inflammation

18   is a biocompatibility risk or would it -- is that

19   outside your area of expertise?

20       **A**    No, inflammation is a biocompatibility

21   risk.

22       **Q**    Okay.  Do you believe that contraction of

23   the mesh is a biocompatibility risk?

24       **A**    Yes, it is.

25       **Q**    Do you believe scar tissue formation is a

John R. Miklos, M.D.

Page 200

1   biocompatibility risk?

2        **A**    I would like to redact my statements.

3   Each of these can be a risk, yes, not necessarily

4   are a risk.

5        **Q**    All right.  Do you believe that scar

6   tissue formation can be a biocompatibility risk?

7        **A**    Yes.

8        **Q**    Do you believe that erosion or extrusion

9   can be a biocompatibility risk?

10       **A**    Yes.

11       **Q**    Do you believe infection can be a

12   biocompatibility risk?

13       **A**    Yes.

14       **Q**    Do you have any other cases currently

15   where you're involved as an expert witness other

16   than the ones we discussed concerning mesh

17   products?

18       **A**    Repeat the question.  Are you asking more

19   mesh cases or --

20       **Q**    No.

21       **A**    I'm sorry.

22       **Q**    Do you have any other cases currently

23   where you're acting as an expert witness other than

24   the mesh cases that we discussed previously, like,

25   medical malpractice cases?

John R. Miklos, M.D.

Page 204

1   remember asking for it.

2       **Q**     Do you know what role he played in this

3   case?

4       **A**     Yeah, it was more -- yeah, he saw

5   Ms. Garcia for complaints of -- sounds like pain in

6   her vagina.  And --

7       **Q**     Well, without details going through that,

8   just -- you know he's a treating physician?

9       **A**     Yes.

10      **Q**     And do you know he's the doctor she's

11  most currently seeing from the records you

12  reviewed?

13      **A**     Yes, I saw that in her depo.

14      **Q**     Do you think his opinions as to her

15  current state would have any significance to you?

16             MR. LUNDQUIST:  Object to form.

17      **A**     It certainly might.

18  BY MS. SMITH:

19      **Q**     We discussed earlier that the FDA

20  publication from 2008 made the statement that,

21  Physicians should obtain specialized training for

22  each mesh placement technique they use and be aware

23  of its risk.  Do you recall that?

24      **A**     Yes.

25      **Q**     Do you agree with that?

John R. Miklos, M.D.

Page 208

1    since your fellowship, correct?

2         **A**    Yes.

3         **Q**    And you've gone to training on many, if

4    not all of them, before you used them?

5         **A**    Yes.

6         **Q**    All right.  For the most part or maybe

7    entirely, Doctor, do companies like Ethicon that

8    sell surgical mesh for treatment of SUI sell

9    directly to hospitals or surgery centers?

10        **A**    Yes, I believe so.

11        **Q**    And the same is probably true for many

12   medical devices, correct?

13        **A**    Yes.

14        **Q**    Are you familiar with the credentialing

15   committees at hospitals?

16        **A**    Yes.  At my hospital.

17        **Q**    You've never been involved on the

18   credentialing committee; is that correct?

19        **A**    That's correct.

20        **Q**    But do you agree one of their jobs is to

21   make sure the doctors on staff are competent and

22   qualified to perform the surgical procedures that

23   they request to be able to perform?

24             MR. LUNDQUIST:  Object to form.

25        **A**    Can you repeat the question?

John R. Miklos, M.D.

Page 209

1   BY MS. SMITH:

2       **Q**     Do you believe -- do you agree that one

3   of the jobs of the credentialing committees at

4   hospitals or surgery centers is to make sure the

5   doctors are competent and qualified to perform the

6   surgical procedures that they're seeking privileges

7   for?

8               MR. LUNDQUIST:  Form.

9       **A**     I agree that's their job, but I -- from

10  my experience, it's not well enforced.

11  BY MS. SMITH:

12      **Q**     Okay.  Do you agree it's the

13  responsibility of the credentialing committee to

14  not give privileges to perform surgical procedures

15  unless the doctor can demonstrate by training or

16  experience that he or she is competent to perform

17  that procedure?

18              MR. LUNDQUIST:  Object to form.

19      **A**     Yes, I do agree.

20  BY MS. SMITH:

21      **Q**     And Doctor, do you agree it's ultimately

22  the individual physician's responsibility to make

23  sure they're competent and qualified to perform a

24  surgical procedure before they undertake to do so?

25      **A**     Yes.

John R. Miklos, M.D.

Page 210

1    **Q**    Do you acknowledge that medical device
2    companies like Ethicon are not involved in the
3    hospital credentialing process?
4              MR. LUNDQUIST:  Object to form.
5    **A**    Yes, they're not involved with the
6    hospital credentialing.
7    BY MS. SMITH:
8    **Q**    Do you acknowledge that Ethicon and
9    similar medical device companies cannot tell
10   hospitals which doctors they should give what
11   privileges to?
12             MR. LUNDQUIST:  Object to form.
13   **A**    I'm sorry, repeat the question one more
14   time.
15   BY MS. SMITH:
16   **Q**    Do you acknowledge that medical device
17   companies like Ethicon, it is not their
18   responsibility or duty to tell hospitals how to
19   give privileges to physicians?
20             MR. LUNDQUIST:  Object to form.
21   **A**    I agree that it's not the responsibility
22   to tell the hospital, but I also believe that they
23   may have a certain responsibility to choose and
24   train physicians that are of quality.
25

John R. Miklos, M.D.

Page 211

1    BY MS. SMITH:

2        **Q**    Okay.  Do you have any reason whatsoever

3    to believe Dr. Walss was not a quality physician?

4        **A**    I do not.

5        **Q**    Do you have any reason to believe he was

6    not properly and adequately trained on the use of

7    TVT-Secur?

8        **A**    I do not.

9        **Q**    You have no reason to doubt that?

10       **A**    No reason to doubt that.

11       **Q**    Now, are you aware of any requirement

12   from any regulatory agency, the state or federal

13   government, the FDA, anything that says a medical

14   device company like Ethicon has a duty to train

15   doctors on the use of their product?

16              MR. LUNDQUIST:  Object to form.

17       **A**    I am not familiar -- no, I am not

18   familiar with any regulatory from FDA that says the

19   companies must train the doctor.

20   BY MS. SMITH:

21       **Q**    Do you acknowledge that Ethicon and

22   medical device companies similar to Ethicon do

23   undertake to offer courses and abilities for

24   preceptorships to demonstrate to doctors how to

25   surgically implant their products like surgical

John R. Miklos, M.D.

Page 241

1   BY MS. SMITH:

2        **Q**    You acknowledge the FDA looked at it

3   differently than you?

4             MR. LUNDQUIST:  Object to form.

5        **A**    Yes.

6   BY MS. SMITH:

7        **Q**    And accepted that the TVT-O and TVT-R

8   were predicate devices?

9        **A**    Yes.

10       **Q**    Are you an expert in FDA regulations?

11       **A**    I am not an expert in FDA regulations,

12  but I -- knowing more than the average layman about

13  a 510(k), I'm an expert at least knowing that when

14  it's submitted that you really need to clarify what

15  you -- what the predicate device is and how it's

16  similar or not similar to the device.

17       **Q**    Well, the FDA as far as you know was

18  familiar with the TVT-O and TVT-R --

19       **A**    Yeah, but they weren't familiar with the

20  TVT-Secur.

21       **Q**    -- is that correct?

22       **A**    Yes.

23       **Q**    And they were familiar with the TVT-O and

24  TVT-R at the time the 510(k) application was made

25  on TVT-Secur?

John R. Miklos, M.D.

Page 246

1     **Q**     You're also not an expert on law, are
2  you?
3     **A**     No, I don't know more than the average
4  person.
5     **Q**     All right.  You recognize there are
6  individuals with expertise based on their training
7  and experience in biomaterials, correct?
8     **A**     Repeat the question.
9     **Q**     You do recognize there are individuals
10  who have more expertise than you on biomaterials
11  based on their education and experience?
12     **A**     Yes, but not in the application -- there
13  are people -- but I believe I have great expertise
14  in the application of the biomaterial to the human
15  body, specifically in women and pelvic floor
16  dysfunction.
17          Just because you're an engineer and you
18  understand biomaterials, it doesn't mean that you
19  understand the application to the human body.
20          MR. LUNDQUIST:  Move to strike after the
21  word "yes."
22  BY MS. SMITH:
23     **Q**     Do you have any training in biomaterial
24  medical device design?
25     **A**     Have I been trained, no.

John R. Miklos, M.D.

Page 247

1      **Q**     Or in medical device development?

2      **A**     No training, no.

3      **Q**     Have you been involved in any bench

4    research on polypropylene mesh?

5      **A**     No.

6      **Q**     Do you have any training or education in

7    polymer chemistry?

8      **A**     No.

9      **Q**     Is misbranding a safety risk for medical

10   devices?

11     **A**     Repeat the question.

12     **Q**     Is misbranding a safety risk for medical

13   devices?

14             MR. LUNDQUIST:  Object to form.

15     **A**     Please define "misbranding."

16   BY MS. SMITH:

17     **Q**     If you don't have a -- do you have a

18   definition for it?

19     **A**     No.  I'm hoping you have a working

20   definition because you asked the question.

21     **Q**     The way this works is I ask questions.

22   If I ask a question and you don't understand what

23   the word means, you just say you don't know because

24   you don't understand that word.  I can't -- I'm not

25   -- I can't answer your questions.

John R. Miklos, M.D.

Page 276

1        **A**     She really hasn't been evaluated recently
2    from her deposition.
3        **Q**     All right, I'm going to get to that in
4    just a moment.
5             But would it be fair to say the mesh that
6    might -- that was involved in coming -- when the
7    suture line broke down and the mesh fibers
8    Dr. Walss saw, that could have happened regardless
9    of the type of medical or the type of mesh device
10   used?
11            MR. LUNDQUIST:  Object to form.
12   BY MS. SMITH:
13       **Q**     I mean, that occurs --
14       **A**     Yes.
15       **Q**     Okay.
16       **A**     But with qualification.  We now know
17   after a Cochrane review, which is the biggest
18   series of review of randomized clinical trials of
19   single-incision meshes, that the TVT-Secur has a
20   greater erosion rate than just about any other
21   sling out there.
22            MS. SMITH:  Move to strike as
23   nonresponsive after "yes."
24   BY MS. SMITH:
25       **Q**     When you have a breakdown at the suture

Page 278

1  risk of mesh erosion through the vaginal epithelial

2  based on the Cochrane review by Jeffrey Sanders,

3  based on the Hota study, and based by internal

4  documents that we've seen in -- with discussions of

5  surgeons from Australia, Germany and Finland.

6          MS. SMITH:  Move to strike after "yes" as

7  nonresponsive.

8  BY MS. SMITH:

9      **Q**    Have you ever read about or heard or

10 experienced an occasion where mesh extruded through

11 a suture line when you were using a TVT-R or when a

12 TVT-R product was being used?

13         MR. LUNDQUIST:  Form.

14     **A**    Have I ever read or seen --

15 BY MS. SMITH:

16     **Q**    Or -- correct?

17     **A**    Yes.

18     **Q**    Same true with the AMS product?

19         MR. LUNDQUIST:  Form.

20     **A**    Yes.

21 BY MS. SMITH:

22     **Q**    And when you say there's a greater risk

23 when it's the TVT-Secur, can you quantify that

24 risk?

25     **A**    It is -- the risk is statistically

John R. Miklos, M.D.

Page 279

1  significant, but I can't give it a quantification.

2  I've seen risk rates of where in one study it was

3  19 percent versus 0 percent for a TVT-O.

4      **Q**    One study?

5      **A**    Right.  And then, again, Jeffrey Sanders,

6  who did the Cochrane review, which is the biggest

7  review of 310 studies, 3258 patients, and reviewing

8  all of the randomized clinical trials, they pulled

9  out all the single-incision sling papers, which

10  there are only five, four of which were

11  single-incision slings by TVT-Secur.

12          And it was statistically significant that

13  it had a lower cure rate of efficacy and a higher

14  rate of extrusion, a higher rate of erosion, and a

15  higher rate of blood loss.

16          MS. SMITH:  Move to strike after your

17  initial response as being nonresponsive.

18  BY MS. SMITH:

19      **Q**    My question to you is, can you give a

20  percentage based on two randomized studies?

21          MR. LUNDQUIST:  Object to form.

22      **A**    That's not two randomized studies, first

23  of all.

24  BY MS. SMITH:

25      **Q**    Okay.  Can you give a percentage based on

John R. Miklos, M.D.

Page 280

1  any type of scientific study?  Do you have a

2  percentage as you sit here today other than to say

3  it's more?

4          MR. LUNDQUIST:  Object to form.

5      **A**    It's more based on the best reviews out

6  there, which is the Cochrane review which reviews

7  all the literature.  I do not have a specific

8  number.

9          MS. SMITH:  Okay.  Move to strike as

10  nonresponsive.

11  BY MS. SMITH:

12      **Q**    Based on everything you've read, can you

13  give me any percentage of what the risk is

14  different compared -- comparing TVT-Secur, TVT-O

15  and TVT-R?

16          MR. LUNDQUIST:  Object to form.

17      **A**    No.

18          MR. LUNDQUIST:  Why don't we take a

19  five-minute break and we can go into the home

20  stretch here.

21          MS. SMITH:  All right, if you -- yes, we

22  can.  Please don't make it 15 again.

23          MR. LUNDQUIST:  Might be 10, but it

24  definitely won't be 15.

25          MS. SMITH:  Oh, please not 10, we've got

John R. Miklos, M.D.

Page 290

1   nonresponsive.

2   BY MS. SMITH:

3       Q     Do you agree a competent doctor can

4   correctly place the inserter and ultimately remove

5   it without it sliding back out as you've described

6   it?

7             MR. LUNDQUIST:  Object to form.

8       A     What sliding back out?

9   BY MS. SMITH:

10      Q     I thought you said the inserter device

11  slides back out?

12      A     The inserting device does and it pulls

13  the sling with it.

14      Q     Okay.  Can you answer my question?

15      A     What percentage of -- I mean, the

16  question is based on what percentage at the time.

17      Q     No, that wasn't my question.

18      A     A competent doctor -- they haven't proven

19  to me they did it competently enough to get good

20  results, so no.

21      Q     And that again is not my question.

22      A     No.

23      Q     Do you agree there might exist on the

24  planet earth a competent physician who can use the

25  insertion device for TVT-Secur in such a way that

John R. Miklos, M.D.

Page 291

1    it doesn't slide back out?

2            MR. LUNDQUIST:  Object to form.

3    BY MS. SMITH:

4        **Q**    When you're not intending to pull it out?

5            MR. LUNDQUIST:  Form.

6        **A**    There's probably somebody on the face of

7    the earth, yes.

8    BY MS. SMITH:

9        **Q**    All right.  Do you have any proof

10   whatsoever in this case that Dr. Walss had any

11   problem at all with the insertion device sliding

12   back out?

13       **A**    No.

14       **Q**    You acknowledge there was no undue

15   bleeding, correct?

16       **A**    Correct.

17       **Q**    And you acknowledge there's no nerve

18   damage, correct?

19           MR. LUNDQUIST:  Object to form.

20       **A**    No.

21   BY MS. SMITH:

22       **Q**    Do you have any proof whatsoever there is

23   any nerve damage in this case?

24       **A**    I know that she's suffering still with

25   twinges and muscular pain.

John R. Miklos, M.D.

Page 296

1     **Q**     Is it your testimony a surgeon inserting

2     a TVT-Secur has to use this stylet combination?

3     **A**     No.

4     **Q**     Was it even used in this case?

5     **A**     I don't know.

6     **Q**     So you have no proof or no evidence

7     whatsoever that there was any issue with the

8     structure that Dr. Walss had in this case; is that

9     correct?

10            MR. LUNDQUIST:  Object to form.

11     **A**     That's correct, I'm just basing it on the

12     fact that that's how the device was taught.

13     BY MS. SMITH:

14     **Q**     You're saying there might be some doctor

15     somewhere at some time that had that problem, but

16     you can't say it was an issue in any regard with

17     Dr. Walss in his treatment of Ms. Garcia?

18            MR. LUNDQUIST:  Object to form.

19     **A**     Yes.

20     BY MS. SMITH:

21     **Q**     All right.  And then I think your last

22     criticism of the design was the Ethisorb fleece

23     caps, correct?

24     **A**     Yes.

25     **Q**     All right.  Now, you acknowledge that the

John R. Miklos, M.D.

Page 297

1   Ethisorb -- I stumble over that every time -- is

2   absorbable?

3            MR. LUNDQUIST:  Object to form.

4       **A**    Yes.

5   BY MS. SMITH:

6       **Q**    So the only issue you would have, if any,

7   is whether it helped with fixation, an efficacy

8   issue, correct?

9       **A**    Correct.

10      **Q**    So there wasn't anything dangerous about

11  the Ethisorb fleece; fair enough?

12      **A**    Not dangerous, but decreases -- if it

13  doesn't fixate appropriately, it's going to

14  decrease your efficacy.

15      **Q**    All right.

16      **A**    And potentially lead to increased mesh

17  erosion because you have buckling of the sling.

18           MS. SMITH:  All right.  Move to strike as

19  nonresponsive.

20  BY MS. SMITH:

21      **Q**    You agree there's nothing dangerous about

22  the Ethisorb ends as they exist in the body?

23      **A**    Not that I'm aware of.

24      **Q**    All right.  So your issue with them is

25  they may not at times help at all with fixation of

John R. Miklos, M.D.

Page 298

1   the ends of the mesh in the fibroconnective tissue?

2           MR. LUNDQUIST:  Object to form.

3       **A**    Correct, it's never been studied.

4   BY MS. SMITH:

5       **Q**    Okay.  So you can't say they don't work,

6   you can only say there's not a study that shows

7   they do work --

8           MR. LUNDQUIST:  Object to form.

9   BY MS. SMITH:

10      **Q**    -- fair enough?

11      **A**    Yes, Ethicon did not do a study that

12  showed that it works.

13      **Q**    All right.  But is my question correct?

14  You can --

15      **A**    I said yes.

16      **Q**    Okay.  You know from reviewing all of the

17  records and depositions you were provided that, and

18  we're going to take this in stages, but at least up

19  to Dr. Doctor's procedure, Ms. Garcia did not have

20  recurrent stress urinary incontinence, true?

21          MR. LUNDQUIST:  Object to form.

22      **A**    Repeat the question, but I just want to

23  also mention you never touched the releasing

24  device.

25  BY MS. SMITH:

John R. Miklos, M.D.

Page 342

1   even see it in the internal memos from some of the
2   European leaders that say, listen, you can't send
3   somebody to training that doesn't do cystoscopy.
4          So sometimes the individuals were not
5   even qualified from a surgical perspective to
6   really be trained on this type of surgical
7   procedure.
8          And this surgical procedure is so much
9   harder to learn than the TVT and the TVT-O.  It's
10  really reserved for the elite of the elite if
11  you're going to do TVT-Secur.
12  BY MR. LUNDQUIST:
13      Q    So, in your opinion -- it would be your
14  opinion that the Ethicon -- it would be your
15  opinion that Dr. Walss should have continued to
16  implant the TVT-O and not the TVT-S?
17          MS. SMITH:  Object to form.
18          MR. McTAGGART:  Object to form.
19      A    I think that Dr. Walss should have stuck
20  to a surgical procedure that has a higher cure rate
21  because at that time it was well-known in 2012 that
22  the cure rate of the TVT-O was much better than a
23  TVT-Secur.
24  BY MR. LUNDQUIST:
25      Q    But you don't --

John R. Miklos, M.D.

Page 346

```
 1              C E R T I F I C A T E

 2    STATE OF GEORGIA:

 3    COUNTY OF FULTON:

 4

 5            I hereby certify that the

 6         foregoing transcript was taken down, as

 7         stated in the caption, and the questions

 8         and answers thereto were reduced to

 9         typewriting under my direction; that the

10         foregoing Pages 1 through 345 represent a

11         true and correct transcript of the

12         evidence given upon said hearing, and I

13         further certify that I am not of kin or

14         counsel to the parties in the case; am not

15         in the regular employ of counsel for any

16         of said parties; nor am I in anywise

17         interested in the result of said case.

18         The witness did reserve the right

19         to read and sign the transcript.

20             This, the 12th day of February 2015.

21

22

23

24         _____

25         Judith L. Leitz Moran, CCR-B-2312
```

- Events / Public Relations
- Clinical Research Trials

# Mini Sling for Stress Urinary Incontinence Treatment



The mini sling is a essentially a miniature sling delivered through a single incision site via the vagina. Most other slings require either two or three incisions.  Both the **TVT** and **TOT** slings requires three incision sites,  an incision in the vagina and two smaller exit incisions in the pubic area or the groins bilaterally.   The mini sling was produced in an attempt  to maintain cure rates yet minimize pain, blood loss, and voiding dysfunction post operatively.

There are two main types of **mini slings** are in circulation today:

- Secure made by Gynecare whose cure rates average in the 60-70% range

- MiniARC – made by American Medical System (AMS) whose cure rates are 90%.



© Miklos/Moore



EXHIBIT: 17
NAME: Miklos
DATE: 2-10-2015
J Leitz Moran

## Single Incision Mini-Sling: The next step in Minimally Invasive Treatment For SUI

Dr. Moore was the first surgeons in the United States to place the Mini-Arc mini-sling **(click here to view press release)**.

The **mini-sling procedure** utilizes the same concepts of the tension-free tape mid-urethral slings, however only one incision is needed and the procedure can be completed in as little as 5-10 minutes under local anesthesia!! The procedure was initially released in September of 2006 by Gynecare with a procedure called the TVT-Secure and Dr. Miklos and Moore were some of the first surgeons to evaluate and study the procedure. They liked the concept of a single incision sling, however were not enthused by the engineering and design of the Secure sling. In early 2007, with development input from Dr. Moore and Miklos, American Medical Systems made several improvements to the procedure and in April, Dr Moore was the first surgeon in the United States to place the Mini-Arc mini-sling (click here to view press release). Dr. Moore's and Miklos' center in Atlanta, because of their reputation of being world leader's in treatment for SUI, was chosen as the lead center in the USA to evaluate and study the Mini-Arc procedure. Dr. Moore was chosen as principal investigator, leading 5 centers in the USA and the world, to study and present the initial results in the USA, which have been excellent and very exciting! Since 2007, the results have continued to be impressive and it has become a mainstay in treatment  in female SUI. Once again, Dr. Moore and Miklos were in the lead of bringing new technology to the field of female urology that has now become a procedure that has been adopted world-wide.

Dr. Moore, along with Dr. Miklos, in 2009, were the first in the world to publish longer term follow-up on patients that underwent the Mini-arc sling in the Journal of Surgical Technology (click here to view paper). They found a cure rate of over 90% at one year, which is consistent with other slings such as the TVT and the TOT sling and minimal risks of any complications.  Dr. Moore is also co-author of the largest multi-center trial completed to date in the world on the mini-arc mini sling which was just published in the Journal of Urology in August of 2010. Consistent with their first paper, the multicenter trial (centers from all over the world were involved in this trial, along with Dr. Moore and Miklos' Center) showed an objective cure rate of over 90% with very low risk of voiding dysfunction (i.e. obstruction), pain, infection or other complications. Average hospital stay was less than 3 hours and return to normal activity was very rapid.  Dr. Ty Erikson presented a study at the American College of Ob/Gyn that showed that almost 70% of women did not take ANY pain medication after having the procedure completed... another indication of how minimally invasive the procedure is.



© Miklos/Moore

As stated by the American Urologic Association consensus statement in 2001, there are only 2 procedures that are proven to have effective long-term cure rates for the treatment of stress urinary incontinence (SUI). These procedures are the abdominal Burch Colposuspension (or MMK) and the sling procedure that is completed vaginally. However, in the past, the sling procedure was far from standardized. There have been multiple different descriptions using different materials for the sling (fascia from the patient, cadaveric fascia or dermis from humans or animals, synthetics, etc), different anchoring points, and different methods to adjust the tension of the sling. In many cases patients had to undergo general anesthesia, were in the hospital for several days, required a catheter to drain the bladder coming out of the abdomen (because it took so long to void on their own) and many patients suffered high rates of voiding dysfunction following these slings.

However the introduction of the tension-free vaginal tape procedures to the United States in the late 90's revolutionized the treatment of SUI. It introduced a standardized sling procedure that could be completed safely in 20 minutes under local anesthesia, utilizing 3 very small incisions with minimal dissection, a cough test for individual tension patient adjustment and excellent cure rates. Over 1 million of these procedures have been completed worldwide. This procedure was called the TVT sling and since several other types of similar slings have been developed to try to improve on its safety.

## Single Incision Mini- Sling- New, Safer Approach

Despite its relative safety, the original tension free vaginal tape procedures require the blind passage of needles through 2 small incisions in the abdomen just above the pubic bone.  The retropubic space that the needle has to pass through to get to these abdominal incisions is also a very vascular space with venous plexuses and the potential for injury to large blood vessels in the pelvis. Secondary to this and the areas that the needle has to pass to place the mesh tape, there is potential for complications such as injury to the bladder, intestines, or nerves in the pelvis and/or abdomen. All of these injuries have been reported in the literature. Secondary to this, physicians in Europe began investigating to find a safer approach to place the mesh tape sling.

| | | |
|---|---|---|
| **Mini Sling**<br>**Surgical Technique**<br>**Synopsis** | **Mini Sling**<br>**Results and Complications** | **Mini Sling**<br>**Surgical Video** |

Call Now for a Confidential Consultation with Susie • Atlanta: (770) 475-4499 • Beverly Hills: (310) 776-7588

2/3/2015

*Journal of Pelvic Medicine & Surgery* • Volume 13, Number 5, September/October 2007

**Conclusions:** In this review, a transobturator sling utilizing a heavyweight hernia mesh was demonstrated to be effective for SUI with a self-reported cure/improvement rate of 94.9% at 22.6 months. However, 8.5% of patients experienced symptomatic mesh complications, considerably higher than most porous monofilament slings. Other issues such as de novo OAB and groin pain related to this iteration of a TO sling are raised. With the widespread use of sling "kits", the prospect for more cost effective solutions is attractive particularly in resource poor areas but warrants further investigation for the optimal sling mesh and delivery route, with attention to safety and sexual function.

---

**Presentation Number: 110 P**

**Medium-Term Subjective and Objective Outcomes of the Suberuthral Cooper's Ligament Sling**

R. V. Ross, T. Duong, and R. Adam *Emory University Hospital, Atlanta, GA*

**Objectives:** This study evaluates the suburethral sling with attachment to Cooper's ligament to determine medium-term success rates by postoperative subjective and objective criteria.

**Materials and Methods:** A total of 50 patients were selected based on CPT codes for sling operations SUI and ISD. Seven had an abdominal sling with attachment to Cooper's ligament and 41 had a transvaginal suburethral sling with attachment to Cooper's ligament utilizing the Capio CL device (BS, Boston, MA). All available demographic, preoperative and postoperative clinical data were abstracted. Patients were asked to fill out a questionnaire that included the short versions of the Urogenital Distress Inventory (UDI-6) and the Incontinence Impact Questionnaire (IIQ-7). They were also requested to present for a physical examination and/or urodynamics. The student T-test was used to compare continuous variables while the McNemar test was used to compare dichotomous variables.

**Results:** Twenty-seven patients (58%) responded, 27 with vaginal and 2 with abdominal procedures. The mean age was 65.1 ± 9.4, with a mean parity of 2.8 ± 1.5 and a mean BMI of 27.8 ± 7.4. The mean valsalva leak point pressure (VLPP) at maximum cystometric capacity (MCC) was 59.3 ± 26.8. The mean follow up was 23 months (range 1 to 58 months). Nineteen patients filled out UDI-6 and IIQ-7 evaluations and had preand postoperative urodynamics. Eight patients had UDI-6 and IIQ-7 measurements in conjunction with a supine cough stress test. The remaining 21 charts of those who did not respond were reviewed and postoperative supine cough stress test results were recorded.

Subjectively, a mean preoperative UDI-6 value of 7.6 ± 3.4 and an IIQ-7 value of 6.1 ± 4.6 were both significantly lower than the postoperative values of 5.0 ± 3.8 and 2.1 ± 3.3 ($P = 0.01$ and $P = 0.001$). Objectively, a cough stress test was performed on all patients with 74% having a negative result. Of those patients who had urodynamics, 56% did not have urodynamic SUI. Several of the urodynamic parameters were unchanged after surgery including maximal urethral closure pressure, functional urethral length and presence of abnormal voiding mechanisms. While the VLPP at 200 mL was significantly lower in the prevs postoperative group (67.0 ± 36.6 versus 93.9 ± 17.0, $P = 0.04$), the difference at the MCC was not significant (59.1 ± 30.8 versus 68.8 ± 35.3, $P = 0.6$). The MCC was higher in the prevs postoperative groups (527.6 ± 201.7 versus 396.7 ± 182.4 mL, $P = 0.046$). Postoperatively, patients were more likely to have detrusor overactivity incontinence, 10% versus 17% ($P = 0.002$). In our study, 94% would recommend the procedure to a friend.

**Conclusion:** In our study of suburethral slings anchored to Cooper's ligament for ISD, significant subjective improvements were demonstrated. Objective data showed a 74% success rate in patients who had a supine cough stress test. Using urodynamics, the success rates dropped to 56%. This study suggests that when attached to Cooper's ligament, the suburethral sling may improve functional outcomes in women with SUI.

---

**Presentation Number: 111 P**

**Multicenter Short Term Assessment of Patients Undergoing the Tension Free Vaginal Tape-Secur System for the Surgical Treatment of Female Stress Urinary Incontinence**

S. M. Saltz,* G. Mitchell,† R. Haff,‡ K. Forster,† R. Moore,† J. Miklos,† and V. R. Lucente,§ *Institute of Female Pelvic Medicine & Reconstructive Surgery and St. Luke's Hospital & Health Network, Allentown, PA; †Atlanta Center of Laparoscopic Urogynecology, Alpharetta, GA; ‡St. Luke's Hospital & Health Network, Bethlehem, PA; §Institute of Female Pelvic Medicine & Reconstructive Surgery, Allentown, PA

**Objectives:** The purpose of this study was to describe the short-term efficacy and peri-operative outcome associated with use of the new TVT-Secur pubovaginal sling for the treatment of stress urinary incontinence (SUI).

**Methods:** A retrospective chart review of 105 patients from 2 separate institutions with at least 6 week follow-up was performed. All patients had the procedure performed under local/regional anesthesia with sedation. A cough test or crede maneuver was used for setting the tape in most cases with empirical setting used in the minority. Operative data collected included OR time and estimated blood loss. Postoperative data collected included pain, voiding dysfunction, SUI, and OAB symptoms as well as subjective improvement.

**Results:** A total of 105 patients underwent correction with TVT-Secur. The average age was 60 years (±13.7) with a BMI of 29.7 (±6.0) and parity of 2.6 (±1.3). 62 patients (59.0%) underwent concomitant prolapse surgery at the time of sling placement. The mean OR time for TVT-Secur placement alone was 26.8 (±9.8) minutes and mean EBL was 51.3 (±41.0) ml. In total, 55 patients (52.4%) received the "U" placement while 50 (47.6%) received the "hammock" placement. Of these, 75 (71.4%) displayed no postoperative SUI, 30 (28.6%) patients had persistent SUI, of which 20 (66.7%) were significantly improved compared with preop and did not desire further treatment. There were 10 (9.5%) true failures in which the patients experienced persistent SUI with a desire for further correction. New postoperative voiding dysfunction was recorded in 7 patients (6.7%) with 3 patients undergoing sling revision. Only 1 patient (0.95%) complained of pain at 6 weeks after a "U" placement which has since resolved. Compared with the overall cure rate, the last 25 patients demonstrated a higher cure rate of 80%, suggesting a surgical learning curve. There have been no mesh exposures.

**Conclusions:** Preliminary results of the TVT-Secur procedure suggest it to be as efficacious as its predecessors, the midurethral retropubic and transobturator pubovaginal slings, for the surgical treatment of SUI. There is a real surgical learning curve as demonstrated by the improvement in outcomes realized over time. The greatest clinical value offered by the new TVT-Secur is a significant decrease in postoperative pain as compared with the traditional retropubic and transobturator slings.

© 2007 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.