John R. Miklos, M.D.

```
 1                UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF WEST VIRGINIA

 3                        AT CHARLESTON

 4

 5   IN RE: ETHICON, INC., PELVIC      MASTER FILE NO.

 6   REPAIR SYSTEM PRODUCTS            2:12-MD-02327

 7   LIABILITY LITIGATION              MDL 2327

 8

 9   THIS DOCUMENT RELATES TO THE      JOSEPH R. GOODWIN

10   FOLLOWING CASES IN WAVE 1 OF MDL  U.S. DISTRICT JUDGE

11   200:

12

13   ALFREDA LEE, et al., V. ETHICON, INC., et al.

14   CIVIL ACTION NO. 2:12-cv-01013

15

16   SUSAN THAMAN V. ETHICON, INC., et al.,

17   CIVIL ACTION NO. 2:12-cv-00279

18   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

19                       DEPOSITION OF

                       JOHN R. MIKLOS, MD

20

                         April 8, 2016

21                        10:52 a.m.

22                    3575 Piedmont Road, NE

                        Atlanta, Georgia

23

24                     Heather Brown, RPR

                     CCR-4759-4284-5258-1376

25
```

Page 10

1  doing, what I will call more minimally invasive procedures,
2  beginning in the 90s with regard to laparoscopic procedures; is
3  that true?
4      A.  Yes.  I would say that's true.
5      Q.  Can you tell me -- just give me an overview of what
6  your current practice is like.  Are you straight female pelvic
7  medicine or are you doing other things like, you know,
8  laparoscopic procedures, vaginal rejuvenation, whatever it is?
9      A.  Yes.  Well, I'm a urological gynecologist.  Which --
10 and I'm board certified in female pelvic medicine and
11 reconstructive surgery.  I did a two-year fellowship in that,
12 so that is my specialty, but I also did two years of minimally
13 invasive -- same concept -- reconstructive pelvic surgery.  On
14 top of that, I spent a couple months learning cosmetic vaginal
15 surgery.
16          So my practice is dedicated to the
17 reconstruction of female pelvises.  Dedicated to women, only
18 urogynecologic and gynecologic cosmetic surgical procedures.
19 So it's strictly dedicated to that, and it's been that way
20 since 1995.  No obstetrics, no routine OB/GYN, no pap smears --
21 maybe one or two pap smears a year.
22          Most patients are either referred to me -- they
23 find me, and they're not permanent patients.  They come usually
24 for an evaluation, diagnostic, treatment, if necessary, and
25 then hopefully they move on.

Page 11

1      Q.  Do you still do a fair amount of laparoscopic
2  procedures?
3      A.  Absolutely.
4      Q.  Would it be fair to say that the most influential
5  variable in outcomes is the skill set of the surgeon?
6      A.  Repeat the question, please.
7      Q.  Sure.  Would it be fair to say that the most
8  influential variable affecting patient outcomes following
9  surgery is the skill set of the surgeon?
10     A.  I've never looked at that scientifically, but I
11 believe that the skill of the surgeon plays one of the most
12 important roles, yes.
13     Q.  For instance, I know you are well-published and have
14 a good reputation -- a very good reputation in laparoscopic
15 surgical procedures.  There are other surgeons who have access
16 to those same laparoscopic trocars, you know OR set up, et
17 cetera, but who do not have results as good as yours as
18 published.  What would you attribute that to, if anything,
19 beyond the skill set of the surgeon?
20     A.  Oh, multiple things.  It's obviously education,
21 training, commonsense, pragmatism, logic doing surgery.  I can
22 even equate it back to just how I was raised.  But that being
23 said, it also requires that -- well, let me put it this way:  I
24 have the great fortune of operating all over the world, and
25 having the appropriate equipment is extremely important, too.

Page 12

1          So it's a combination of things; skills,
2  training, education, knowledge, and good equipment, and the
3  appropriate patients, too.  It's a lot -- you'll have better
4  success usually in patients that are maybe healthier, not --
5  have a lower body mass index --
6      Q.  Right.
7      A.  -- and not as many previous surgeries.
8      Q.  Okay.  Can you tell, me what's your current treatment
9  modalities you use for the surgical treatment of female stress
10 urinary incontinence?
11     A.  Sure.  If I'm going to isolate it a little bit,
12 because it changes and it is a dynamic situation, currently I
13 use primarily three different modalities:  Laparoscopic Burch;
14 Johnson & Johnson Gynecare TVT Exact, or the retropubic sling;
15 and a minimally invasive single-incision sling on occasion --
16 which is made by Coloplast -- it's called an Altis, A-l-t-i-s.
17 And the general makeup has changed dramatically over the last
18 three years.  Dr. Moore, my partner, has recently gone through
19 our cases with one of our research assistants and found that we
20 were approximately 75 to 80 percent synthetic slings three
21 years ago and currently, last year, we were at 77 percent
22 Laparoscopic Burch again.
23     Q.  Okay.  The Coloplast Altis, I'm not familiar with
24 that sling.  I know you had done, in the past, the MINI ARC,
25 true?

Page 13

1      A.  Yes, MINI ARC.
2      Q.  Coloplast Altis, is that a polypropylene sling or is
3  it made of some other material?
4      A.  Polypropylene.
5      Q.  Is that a Type One macroporous polypropylene mesh,
6  monofilament?
7      A.  Yes.
8      Q.  When you do your Lap Burch, do you use permanent
9  sutures?
10     A.  Yes.
11     Q.  What type?
12     A.  Cortex.
13     Q.  How many?
14     A.  I do a Tanaga Modification, and that's four sutures.
15     Q.  The Coloplast Altis, of those three procedures, is
16 that the one you do the least by volume?
17     A.  Yes.
18     Q.  Are there certain patient cohorts or categories you
19 reserve that Mini-Sling for or stay away from?  Such that,
20 obviously I'm not going to do that on a recurrent patient or an
21 ISD patient?
22     A.  Very good.  I tend to shy away if they have -- the
23 word Intrinsic Sphincter Deficiency or ISD, depending on who
24 you talked to, encompasses -- it can encompass every patient.
25 Urologists will tell you every patient has some ISD, it's a

Page 26

1 technique?
2    A. Can you repeat the question?
3    Q. Sure.
4    A. You mean from me or was the company?
5    Q. No, no, no. Really, I'm talking about you and your
6 art, your field.
7    A. Oh, I see.
8    Q. In your art, in your field, did you -- was there a
9 movement by surgeons in general towards more and more minimally
10 invasive procedures to treat these conditions, such that there
11 was a trans -- a retropubic approach, then it moved to the
12 transobturator, and then it ultimately went to Mini-Slings?
13    A. I think historically and retrospectively that's
14 pretty self-evident. And, yeah, I think most companies were
15 attempting that with the idea that TVT, transobturator, now
16 single-incision slings, and even at the same -- simultaneously
17 open incisions versus transvaginal and laparoscopic for
18 prolapse and -- yeah, that was the attempt. The balance is
19 success, morbidity, and are they equally effective and less
20 morbid than the predecessor, or are they more effective and
21 less morbid? You can't have same effect -- efficaciousness and
22 have the same morbidity and expect it to be a great operation,
23 because you're not achieving anything other than it's a smaller
24 incision.
25    Q. Right. Did it make sense to you to go towards a more

Page 27

1 minimally invasive insertion technique by way of Mini-Sling
2 approach based upon your experience and knowledge of your art
3 over two decades?
4    A. The concept made sense. Thus, the reason that I did
5 28 TVT-Securs.
6    Q. Twenty-eight?
7    A. Yeah. But that was also based on trusting people
8 that I knew, my contemporaries, my colleagues, and some of
9 these people are the leaders in the world that we communicate
10 just -- Michele Cosson, Vince Lucente, Dennis Miller, so these
11 are people that we talk to routinely. And when Vince told me,
12 John, I'm getting great results, I mean, I had nothing else to
13 believe but he was getting great results. And the concept is
14 right; smaller incision, if I can get the same results, what's
15 the downside for the patient? And that was the goal.
16    Q. Okay. Obviously, by reading your report, you're of
17 the opinion that overall, the TVT-Secur is not as effective as
18 the TVT retropubic device or the TVT-O full-length slings; is
19 that a fair statement?
20    A. That's an absolutely fair statement, and I think
21 that's proven from day one. Including Dr. Lucente, who does 77
22 patients, I do 28, we combine our data, he has a 68.5 percent
23 cure rate, I have a 79 percent cure rate at good ol' 6 weeks,
24 which is nothing in the world of surgery. At that point,
25 realizing a TVT is 90 to 95 percent successful at one year and

Page 28

1 I'm getting an 80 percent cure rate at 6 weeks -- that cure
2 rate never gets better, it only goes down -- I had to stop
3 because it wasn't the right thing for my patients. It wasn't
4 beneficial, it wasn't efficacious, and it wasn't the right
5 thing to do. Now, Vince still believed -- and it's his right
6 to believe what he wants and he's a good surgeon -- he told me,
7 he said nope, John, I'm telling you it's a great operation. So
8 he continued down that path.
9    Q. So you've obviously read studies on the TVT-Secur
10 reporting its clinical effectiveness and safety in women for
11 the treatment of stress incontinence, true?
12    A. Yes.
13    Q. And there are studies that report satisfactory
14 efficacy with TVT-Secur, even level one data, correct?
15    A. Yes, but they're few and far between. There's not a
16 ton of studies that say that the cure rate is over 90 percent.
17 I mean, we can sit there and basically say, study number one,
18 Mauro Cervigni and Bursconi, 24 months out, 89.5 percent cure
19 rate. Okay, that's a decent study. I know Mauro Cervigni,
20 I've operated with him in Rome. I like him, he's a good guy,
21 he's pretty honest. Not a bad study.
22       Study number 2, we can then look at the Neuman
23 study. I don't know Dr. Neuman from Israel, but he has a 91
24 percent cure rate at three years out, so those are your two
25 best at this point. Except for Luo, who's from China.

Page 29

1       Now, Luo and his multi-prospective randomized
2 chemical trial of three different studies, he has a 100 percent
3 cure rate, 99.5 percent cure rate, 98.5 percent cure rate. I'm
4 not saying it's not possible, but it gives me a little angst
5 when anybody has a 100 percent cure rate on an operation 12
6 months out of surgery. I mean, it's a little hard to believe
7 for me. So we still have a couple other studies in the 80 to
8 90 percent range and that would be -- that I'm aware of and
9 that is Kim from Korea, who sits out at 88 and 89 percent using
10 the UNH technique and then you also have Kandawalla, who has an
11 84 percent cure rate at 14 months out.
12       Now, the majority of these studies are still not
13 in the ballpark of the TVT and we're talking about five
14 studies, there may be others. What's important is the longest
15 term studies, Tomaselli at five years out, shows a cure rate of
16 TVT-Secur sitting down the 67 percent range and then Masada
17 study, five years out. Those are the two longest studies that
18 I can remember right now and they're sitting out at 65 percent
19 cure rate. And then when you do the prospective randomized
20 chemical trials, you do the metaanalysis, you do the Cochrane
21 Reviews, you have somebody like Navarre and Steven Jeffries
22 from South Africa looking at all these studies, specifically
23 the randomized chemical trials pulling out the TVT-Securs and
24 saying overall, the mass majority of the highest form of
25 scientific evaluation, that the TVT-Secur is not as effective

Page 30

1  as the TVT-O, inside-out or the TVT -- TOT -- or a TVT-O
2  inside-out, TOT outside-in, and the retropubic slings.
3    So, again, you're always going to have studies
4  that show great cure rates. What I find hard to believe is
5  that I'm sitting with Vince Lucente, who's the leader in the
6  world, in the world, and his cure rates are 69 percent after 77
7  patients --
8    Q. Right.
9    A. I mean, this is somebody well respected and was the
10 number one leader, the key opinion leader, with maybe the
11 exception of Carl Gustav Nilsson from Finland and Walter
12 Artibani from Verona, Italy, and even those two guys stopped
13 doing the procedure. I've never figured out the reason why,
14 even though they were the first to do the studies in their
15 respective country, because I don't find it in the internal
16 documents, but it sure is crazy -- then we go over to
17 Australia, I know Malcolm Frazer, I know Bruce Farnsworth, I
18 know Marcus Carey, there again Bruce Farnsworth -- I'm sorry,
19 Malcolm Frazer is getting a cure rate of 35 percent. There's a
20 problem with the procedure.
21    In maybe a few doctor's hands they can get
22 decent surgery, decent cure rates, but for the mass majority
23 based on the literature, based on the internal documentation,
24 based on depositions, based on the prospective randomized
25 chemical trials, based on the metaanalysis, Cochrane Reviews,

Page 31

1  it's not there.
2    Q. You mentioned a paper by Tomaselli, and I think
3  that's the one you were referencing.
4    A. Yeah. Wait a second. Is this the 2015 or the 2011?
5    Q. This is the '15. You mentioned a five-year follow
6  up.
7    A. Yeah.
8    Q. So I was just making sure you had that.
9    A. Yeah. 2015, five-year.
10   Q. So in this study, this was one where statistically
11 there wasn't a difference in the efficacy between the
12 full-length and the TVT-Secur?
13   A. You are absolutely right. Statistically, it was not
14 different and I believe it was 65 versus 82, let me just see
15 where it is here. With objective cure rate, 82 versus 68.
16 Absolutely statistical analysis, it is not statistically
17 significant, but he makes sure that he well mentions that it's
18 the downward trend. It's lower-end. What's really amazing, if
19 you look at the long-term follow-up studies, if you hit five
20 years, both of them are in the 60 percent range. Most studies
21 for TVT retropubic, you hit five years, it's 83, 84, 85 and
22 above. So I'm not saying -- and I think even Tomaselli is sort
23 of hitting on here, saying it's not significant but, boy, it's
24 not what we expected. It's a good study.
25   Q. Yeah. So there are surgeons, though, who got good

Page 32

1  results with TVT-Secur, correct?
2    A. Yeah. What's interesting --
3    Q. Is that a yes?
4    A. Yes.
5    Q. Okay.
6    A. What's interesting, though, they're not the surgeons
7  that I would think that would be getting the great results
8  because they're not the true key opinion leaders and the
9  leaders throughout the world. How is it it's fly-by-nights,
10 they wouldn't like that, but they're not the people that led
11 the way or the true pioneers or the true pioneers of minimally
12 invasive surgery and sling surgeries?
13   Q. Well, you mentioned about this surgeon, Luo, I think
14 in Korea?
15   A. No. Not Luo, Kim.
16   Q. Kim, sorry. Oh, Kim.
17      Dr. Kim who has success rates, I think you
18 mentioned of around 100 percent --
19   A. No, no. Luo, L-u-o, in China.
20   Q. Okay. Luo in China. All right. So I was --
21   A. I don't know if that's how you pronounce it, but it's
22 L-u-o.
23   Q. You're fine. So Luo, let me rephrase. So you
24 mentioned the surgeon Luo, a surgeon in China who reported very
25 good rates with TVT-Secur, right?

Page 33

1    A. Yeah, that's what he reported.
2    Q. Have you ever operated with Dr. Luo?
3    A. No, I have not.
4    Q. So other than just the fact that his rates are
5  basically almost 100 percent or 100 percent, you don't have
6  any, I would say, personal or first-hand knowledge as to that
7  surgeon producing false data?
8    A. Absolutely not. And he may truly have a 100 percent
9  cure rate. But it's hard for me to believe that a company like
10 Johnson & Johnson, Gynecare, Ethicon would promote a product
11 that they didn't have any studies before they released it.
12 This stuff came out later and this is a study that's much later
13 than when they released their product, and their key opinion
14 leaders can't get that type of result. I'm not saying Dr. Luo
15 can't get that result, but I'm saying it's the few and far
16 between that can.
17   Q. Who is the professor in Italy who had good results?
18 Who was the first study that you mentioned?
19   A. Mauro Cervigni
20   Q. How do you spell that?
21   A. C-e-r-v-i-g-n-i, I believe. And actually it was
22 his -- he's the senior author, it's a last name on the list.
23 The first name would be Bersconi, B-e-r-s-c-o-n-i, I believe.
24   Q. Are they good surgeons according to your knowledge of
25 them or reputation?

Page 46

1    A. That was the Masada, I believe.
2    Q. Do you know offhand, was that an individual study or
3 a systematic review or --
4    A. Gosh, I believe it was a systematic review. We can
5 look it up, though. Do you have a copy here?
6    Q. I don't think I have the Masada to be honest with
7 you. I don't want to get you bogged down because I only have
8 limited time.
9    A. Okay.
10    Q. But if Masada is the one you're relying on, that's
11 fine. I'll go figure it out. I'll find it.
12    A. Also looking at the Cochrane Review by Steven
13 Jeffries and his team where basically they say at the end
14 there's an increased rate of --
15    Q. Did you look to see whether that was statistically
16 significant?
17    A. No.
18    Q. And numerically how much of a different rate?
19    A. Yeah, that's one of the problems. The incidents of
20 these complications are so low and most studies actually didn't
21 look at the difference and one of the down sides of this study,
22 and this is from years of experience looking at the erosion
23 rate --
24    Q. Right.
25    A. -- is the erosion rate, from my perspective, my

Page 47

1 experience, my knowledge, my expertise in taking out over 800
2 to 1,000 pieces of mesh, is that it goes undiagnosed. Because
3 even if you look at Piet Hinoul's study, they talk about
4 adverse events. But in the primary, secondary endpoint, it
5 doesn't say we're going to look for mesh extrusion, it doesn't
6 say that. You gotta delineate, not just an adverse event. So
7 often when people are getting examined -- a lot of these times
8 when you're examining a patient, it's not just visualization,
9 it's palpation.
10    Q. Right.
11    A. Because of the ruga of the vagina, the waves, a lot
12 of times you don't see it. Every patient that I took out who
13 had mesh extrusion, had a previous surgeon that told them
14 there's nothing wrong with you. So it is dramatically and
15 drastically underreported.
16    Q. Was that number 7, Doc?
17    A. Yes, it is.
18    Q. You would agree that there are numerous studies
19 including high level randomized control trials that do not show
20 a statistically significant increased risk of mesh extrusion or
21 exposure with the TVT-Secur, correct?
22    A. Yes, I do agree. But also, I want to state that most
23 studies actually didn't clarify to the primary, secondary
24 endpoint in their study. It's an incidental finding. And
25 number 2, it goes undiagnosed over and over again. I know that

Page 48

1 personally from my practice and having the largest paper in the
2 world on removing mesh.
3    Q. So this is a paper I assume you're familiar with.
4 This is the SGS, who did their systematic review and
5 metaanalysis on the various surgical options to treat
6 incontinence. Are you familiar with this paper?
7    A. It's been a while since I've read this.
8    Q. I just have a couple questions. Let's -- do you put
9 more weight into systematic reviews and metaanalysis than an
10 individual RCT? I'll ask you -- this is where I'm going --
11    A. Yeah.
12    Q. I'm sure you've heard Doctors of the Oxford Levels
13 Evidence Pyramid.
14    A. Yes.
15    Q. Something you were probably taught in -- actually I
16 saw you did an undergrad in the sciences so you probably knew
17 about this even in your college sciences.
18    A. Probably not.
19    Q. Okay. What number are we up to?
20    A. This is 8.
21    Q. Okay. So this is the Oxford Levels of Evidence and
22 you see at the top they have systematic reviews. Metaanalysis
23 has a higher quality of evidence before individual RCTs and
24 things of that nature.
25       (Whereupon Exhibit Miklos 8 was marked for

Page 49

1       identification.)
2    A. Yes.
3    Q. Is that something you agree or disagree with?
4    A. Generally, I agree with it.
5    Q. Okay.
6    A. I mean, I'm sure there's always exceptions to the
7 rules and you have to take in your own personal experiences and
8 your own education and knowledge but, generally, I agree with
9 it. Generally.
10    Q. Yeah. For the application -- that's not the right
11 word. Obviously, you're always going to bring into bear your
12 personal experience, knowledge, and training, correct?
13    A. Yeah. It's a little more complicated than that,
14 though, sometimes. You can tell me laparoscopic
15 sacrocolpopexies are not efficient, but you haven't been in my
16 OR. And that's not being arrogant, it's being honest. And
17 people will look at me, and they'll say, just like the Neuman
18 study or something, well, your cure rates are a little higher
19 than most or your experience, you have less complications so I
20 can't fully -- but this is the general, I would say, with the
21 quality of evidence, I agree the metaanalysis sits at the top.
22    Q. Individual opinion is anecdotal according to the
23 levels of evidence, true?
24    A. Yes.
25    Q. If you look at Table 1, it's got all the different

Page 54

1  agree obviously that it wasn't defective in some surgeons
2  hands, true?
3      A.  No.  I won't agree to that.  Defective design entails
4  that you're not going to get -- defective design to me means
5  that your risk outweighs the benefit with the product that's in
6  your hands.  I personally used it on a cadaver and on the first
7  cadaver I used it on, I knew it was defective.  Number 1, the
8  razor blade, exactly what it is, the insertion tip, is
9  unprecedented.  I have been around in courses, in operating
10 rooms, and have used all other types -- many other types -- of
11 TVTs, TOTs,TVT-Os and they're all the same.  They're long,
12 narrow tubes that are cylindrical, cylindrical with a conical
13 tip usually.  Now all of a sudden, you have a new device that
14 has a razor blade on it and you're asked to make a 1 centimeter
15 incision and you're delivered this razor blade device that cuts
16 through tissue, including urethra potentially, bladder
17 potentially, and periurethral tissue.
18          Not only is it unprecedented and it destroys
19 tissue and increases -- we know with that type of trauma it's
20 going to increase scar tissue.  Now, the actual release of the
21 device, the releasing mechanism was horrendous and this is
22 documented in the internal documents.  It was said that day in
23 the operating room on the cadaver.  Vince Lucente agreed with
24 me.  He said, yeah, they need to redo it, but there's secrets
25 of doing it.  You gotta jiggle it.  If you jiggle it -- and we

Page 55

1  see this even -- Hinoul even says it.  Hinoul was their
2  employee and he's writing this stuff in his paper.  He's saying
3  well, yeah, it could dislodge.  Yeah, you jiggle it, you're
4  dislodging the insertion tip.
5      Q.  Right.
6      A.  That's the next problem, the insertion tip has never
7  been proven.  Then you have this polysorb which is vicryl -- is
8  poly-p-dioxanone, basically it's an absorbable material that
9  has never been utilized before in the pelvic floor.
10         And finally, the device itself, when you get
11 that device it was unlike any other device.  When you got a
12 TVT, they gave you everything you needed almost.  Everything
13 that you can use to apply the mesh.  This, you actually had to
14 attach a straight hemostat to it or a needle driver.
15     Q.  Needle driver.
16     A.  Which was ridiculous because people were actually --
17 you can't control the trajectory of where this needle tip is
18 going and then trying to get the release and insert and stay.
19 And then the last thing is because you're pushing it in, you're
20 not pulling it through like the TVT or TOT or the Abbrevo, you
21 have difficulty adjusting the tension because you're just
22 pushing.  How tight is tight?  So it's a completely defective
23 design.
24     Q.  So it's your opinion that it's defective because of
25 those attributes, but we can agree that even with those

Page 56

1  attributes to which you find objectionable or defective,
2  surgeons still can get good results with TVT-Secur as evidenced
3  by peer reviewed public literature you are aware of, correct?
4      A.  Absolutely.  You can kill a rabbit with a stone, too,
5  but not too many people can do it.
6          I mean, the bottom line is when you produce a
7  product, you need a product that is reproducible -- gives you
8  reproducible efficacious results with minimal morbidity that
9  you can put in your surgeons' hands.  Here we see a product
10 that was not -- they couldn't reproduce the results.  So
11 there's some people that can do it, but this is not to the
12 benefit of the patient.  If we go and look at J & J's credo,
13 which I haven't looked at in a while, patient care and the
14 responsibility to the patient is first and foremost.  This
15 is -- I've got to be honest with you, honestly, if this is your
16 mom, you wouldn't give her a TVT-Secur.  You would not.
17     Q.  So you're aware that they received complaints from
18 some surgeons on Secur and they did various investigations and
19 did -- came out with key technical points on TVT-Secur?
20     A.  Yes.  They received some complaints from some
21 surgeons, yes.
22     Q.  I mean it's in the Quality Board minutes that you've
23 looked at and that I've looked at, correct?
24     A.  The problem is -- here's what's amazing to me:  I
25 never knew -- I was a leader for TVT, I never knew there was a

Page 57

1  place I could complain to in the United States.  I used
2  TVT-Secur, nobody ever took my complaints.  So why is it that
3  only some people got to complain and I never got to complain?
4      Q.  Are you telling me you weren't aware that you could
5  make complaints to Ethicon or the FDA under the Maude Database
6  for untoward outcomes you deemed to be potentially from a
7  device?
8      A.  I did not know, and I was a preceptor for Gynecare,
9  that you could actually make a complaint -- I mean, I knew I
10 could complain to the rep or the next time I saw him at a
11 meeting, but I didn't know that you actually wrote it out and
12 logged it out.  I swear to God, I didn't know.  It blows my
13 mind because if I'm a leader in their field at the time TVT and
14 potentially TVT-Secur -- if I would have liked the product, if
15 I would have believed in it and I had good success, I would
16 have been a preceptor for it.  I never knew that I could
17 complain.  I just quit -- stopped using it at that point.
18     Q.  You saw that they came out with these key technical
19 points to try to make sure surgeons were using the correct
20 pathways, using the correct insertion techniques, dealing with
21 fixation and proper removal --
22     A.  Yeah, I've seen this --
23     Q.  -- without having the device back back out on you?
24     A.  Yeah.  I never understood when this was produced
25 because I never saw a copy of this, so --

Page 58

1  Q. This was produced in 2007. You're familiar with the
2  TVT-Secur DVD-ROMs that used to be out?
3  A. Yes.
4  Q. It starts with the presentation of the hand and
5  there's a Secur in it and there's the IFU, hammock video, U
6  video. There's various different files and animations that one
7  could see and this was one of the files for both the U and the
8  hammock approach. I'll represent to you, this was in the DVD I
9  pulled down the other night from May 2007.
10  A. Okay.
11  Q. Honest.
12  A. I believe you.
13  Q. It was cleared and approved by, internally, in I
14  think March -- late March of 2007. That's another
15  representation I'll make to you.
16  A. Okay.
17       MR. MATTHEWS: By Ethicon?
18       MR. SNELL: By Ethicon, exactly. A copy review
19  is what that --
20       MR. MATTHEWS: When you start throwing words
21  around like cleared and approved --
22       MR. SNELL: Right.
23       MR. MATTHEWS: -- you know my antenna goes up.
24       MR. SNELL: That's fine.
25  A. What I don't understand --

Page 59

1  Q. (By Mr. Snell) Well, my question is, have you
2  reviewed this document forming your opinions?
3  A. No, I haven't. If I have, I don't recall it, and I
4  started reviewing the documents back in October, a lot of this
5  stuff. So, is there a specific area? I just don't remember
6  this specifically.
7  Q. Okay. I was going to ask you about it if you had
8  reviewed it but if you haven't, then I'm not going to waste
9  your time because we've only got a couple more minutes.
10  A. Okay.
11  Q. How about this: Hypothetically, if Ethicon put this
12  out to surgeons, key technical points trying to help them
13  understand proper placement, fixation, you know, withdrawal of
14  the device so it doesn't back out and get loose, was that
15  something you would approve of as being a good step towards
16  mitigating a problem that they've seen?
17  A. I think it's the first step. But if this was so darn
18  important, why didn't they change your IFU? You have Dave
19  Robbins saying the most important part of this surgical
20  technique is that everybody should adhere to the IFU. He makes
21  that statement in the internal documents. And then you have
22  Ramy Mahmoud who sits there and says, who's the ex-CMO of
23  Ethicon, he's sitting there saying the same thing, the training
24  is so important. And Mark Gill saying the same thing, that
25  we're having problems with our training. If it were so

Page 60

1  important, they should have retrained everybody. But we saw
2  that they didn't retrain people because there was cost
3  constraints.
4       If they really believed in patient care, and if
5  they really believed in the quality of surgery for the
6  patient -- I still can't get why Vince Lucente, here's your
7  leader in the world and he can't get these great cure rates.
8  And he came up with all different ideas. Where's his malleable
9  device? I remember him talking to me about this at the SGS
10  meeting, he goes well you gotta put a malleable. I said
11  where's this in IFU? Where's the literature -- where is it
12  from the company saying we should use the malleable device?
13  Well, it's my trick and technique. If it was so important,
14  then why wasn't it general common knowledge.
15       Listen, when there's a bad drug on the market,
16  I get a letter in the mail. I don't even use these drugs and I
17  get letters in the mail. I never remember getting anything
18  that told me how from a mailer and I saw nothing in internal
19  review because I was very interested, did Gynecare ever send
20  out to their surgeons or all surgeons this change of technique.
21  Q. So based on the investigation you did -- I want to
22  make sure I understand this. It's your understanding that
23  Ethicon did not invest in retraining surgeons after these
24  issues arose with regard to TVT and its efficacy or the device
25  backing out?

Page 61

1  A. There were minor issues where they would -- they sent
2  to the engineer like -- I mean if it was a major issue, they
3  wanted to send Dan Smith, the engineer that actually produced
4  TVT-Secur, they sent him to Germany to train the doctors, which
5  is sort of inappropriate. You're an engineer, you don't really
6  do the surgery on live patients, and you better not be. Then
7  they offered to send him to Australia, which was nice of them,
8  but by then they'd already taken it off of the regulatory list,
9  they put a block on it. So I don't ever remember anybody ever
10  coming back to me and saying hey, let's retrain you and let's
11  show you how it's done. One cadaver lab and boom, you're on
12  your way. I never even got to go to somebody's operating room.
13  Q. Did anyone ever turn you down for training at Ethicon
14  or did you ask for training and they wouldn't allow you to do
15  it?
16  A. No, because I didn't know at the time that this
17  existed.
18  Q. Oh, no. I'm saying was there ever an occasion where
19  you wanted to be retrained on something and you expressed that
20  to someone at Ethicon and they said no?
21  A. No, because that's the 28 cases -- when I get an 80
22  percent cure rate, and Vince, the leader in the world, gets a
23  69 percent, I can't possibly believe that you guys -- he's the
24  leader, he's the man. He taught Australia. I mean, the only
25  person above him would have been Carl Gustav from Finland and

Page 66

1  (Pursuant to Rule 30(e) of the Federal Rules
2  Of Civil Procedure and/or O.C.G.A. 9-11-30(e),
3  Signature of the witness has been reserved.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 67

1  STATE OF GEORGIA:
2  COUNTY OF GWINNETT:
3
4     I hereby certify that the foregoing transcript was
5  reported, as stated in the caption, and the questions and
6  answers thereto were reduced to typewriting under my direction;
7  that the foregoing pages represent a true, complete and correct
8  transcript of the evidence given upon said hearing, and I
9  further certify that I am not of kin or counsel to the parties
10 in the case; am not in the employ of counsel for any of said
11 parties; nor am I in any way interested in the result of said
12 case.
13
14           _____
                Heather Brown, RPR
15             CCR 4756-4284-5258-1376
16
17
18
19
20
21
22
23
24
25

Page 68

1            DISCLOSURE OF NO CONTRACT
2
3     I, Heather N. Brown, Certified Court Reporter, do hereby
4  disclose, pursuant to Article 10.B. of the Rules and
5  Regulations of the Board of Court Reporting of the Judicial
6  Council of Georgia, that I am a Georgia Certified Court
7  Reporter; I was contacted by the party taking the deposition to
8  provide court reporting services for this deposition; I will
9  not be taking this deposition under any contract that is
10 prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7.C. of
11 the Rules and Regulations of the Board; and I am not
12 disqualified for a relationship of interest under O.C.G.A.
13 9-11-28(c).
14
15    There is no contract to provide reporting services between
16 myself or any person with whom I have a principal and agency
17 relationship nor any attorney at law in this action, party to
18 this action, party having a financial interest in this action,
19 or agent for an attorney at law in this action, party to this
20 action, or party having a financial interest in this action.
21 Any and all financial arrangements beyond my usual and
22 customary rates have been disclosed and offered to all parties.
23
24
25

Page 69

1      - - - - - -
             E R R A T A
2      - - - - - -
3
4  PAGE  LINE  CHANGE
5  ____  ____  _____
6       REASON: _____
7  ____  ____  _____
8       REASON: _____
9  ____  ____  _____
10      REASON: _____
11 ____  ____  _____
12      REASON: _____
13 ____  ____  _____
14      REASON: _____
15 ____  ____  _____
16      REASON: _____
17 ____  ____  _____
18      REASON: _____
19 ____  ____  _____
20      REASON: _____
21 ____  ____  _____
22      REASON: _____
23 ____  ____  _____
24      REASON: _____
25