IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL PLAINTIFFS LISTED IN EXHIBIT "A" | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS
AND TESTIMONY OF CHRISTINA PRAMUDJI, MD**

Plaintiffs respectfully request that the Court preclude defense expert Christina Pramudji, M.D., from giving opinions on: (1) the adequacy of Defendants' product warnings and IFUs; (2) whether Defendants' transvaginal mesh products are defectively designed; (3) the safety and efficacy of Defendants' products based on her own practice; and (4) whether or not the polypropylene mesh in the mesh products degrades beyond what she has personally observed in her own practice. The basis for Plaintiffs' motion is more fully set out in the accompanying Memorandum.

Dated: April 21, 2016

                                         Respectfully submitted,

                                         /s/ Thomas P. Cartmell
                                         Thomas P. Cartmell, Esq.
                                         Jeffrey M. Kuntz, Esq.
                                         Wagstaff & Cartmell LLP
                                         4740 Grand Avenue, Suite 300
                                         Kansas City, MO 64112
                                         Telephone:   (816) 701-1100
                                         Facsimile:    (816) 531-2372
                                         tcartmell@wcllp.com
                                         jkuntz@wcllp.com

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
Telephone:     (850) 202-1010
Facsimile:     (850) 916-7449
baylstock@awkolaw.com
rbaggett@awkolaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on April 21, 2016 using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/Thomas P. Cartmell
**Attorney for Plaintiffs**

## INDEX OF EXHIBITS

**Exhibit A:** List of cases on which Dr. Pramudji is designated

**Exhibit B:** Pramudji TVT & TVT-O Expert Report

**Exhibit C:** Gynemesh PS, Prolift & Prosmia Expert Report

**Exhibit D:** Pramudji March 24, 2016 Deposition

**Exhibit E:** Pramudji Sept. 17, 2014 Deposition

**Exhibit F:** Owens Sept. 12, 2012 Deposition

**Exhibit G:** Robinson March 14, 2012 Deposition

**Exhibit H:** O'Bryan May 18, 2012 Deposition

**Exhibit I:** Pramudji April 11, 2014 Deposition