# Exhibit I

Christina Pramudji, M.D.

```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    CHARLESTON DIVISION
 3    IN RE: ETHICON, INC.,
      PELVIC REPAIR SYSTEMS
 4    PRODUCTS LIABILITY LITIGATION     MDL NO. 2327

      _____
 5

      Jo Huskey and Allen
 6    Huskey,
 7            Plaintiffs,
      v.                          Case No. 2:12-cv-05201
 8
      Ethicon, Inc., et al.,
 9
              Defendants.
10
11
12
13
14              ORAL DEPOSITION OF
15           CHRISTINA PRAMUDJI, M.D.
16            Friday, April 11, 2014
17
18
19
20
21
22          GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph|917.591.5672 fax
24             deps@golkow.com
```

Golkow Technologies, Inc.                                Page 1

```
 1    the removal surgeries can be significantly
 2    more complicated than the original
 3    implantation surgery for the TVT-O, right?
 4              MR. SNELL:  Form.
 5         A.   It can be harder to find the
 6    sling if it's not a dyed sling.
 7    BY MS. KIRKPATRICK:
 8         Q.   And the removal surgery requires
 9    dissection of some of the pelvic tissue,
10    correct?
11         A.   Well, it requires dissecting
12    around the urethra, primarily.
13         Q.   And that can cause additional
14    scar tissue, correct, simply because you're
15    having more surgery in the same location?
16         A.   It could, yes.
17         Q.   Are there any other complications
18    that you think are risks that come from the
19    removal surgery itself?
20         A.   No.
21         Q.   So just the possibility of
22    additional scarring?
23         A.   Yes.
24         Q.   Okay.  We've been talking a lot
```

```
1    about kind of the procedure that's used here.
2    You're not a biomaterials expert, correct?
3         A.    Well, I know about the materials
4    that I use for surgery, so I would say that
5    I -- you know, I'm knowledgeable about what I
6    implant in patients.
7         Q.    Okay.  What's the Ethicon TVT-O
8    sling made of?
9         A.    Polypropylene.
10        Q.    Okay.  What's added to that
11   polypropylene?
12        A.    What's added to it?
13        Q.    Uh-huh.
14        A.    I don't know if anything's added
15   to it.
16        Q.    Do you know if there's any
17   antioxidants used in it?
18        A.    No, I don't know.
19        Q.    Do you know what its molecular
20   weight is?
21        A.    I've seen it before, but I don't
22   know off the top of my head.
23        Q.    Do you know whether it's been
24   oxidized before it's been placed into a
```

```
 1    woman's body?
 2        A.    No.
 3        Q.    Do you know anything about the
 4    process of oxidation of polypropylene?
 5        A.    No.
 6        Q.    And that's not the type of
 7    information -- you know that it's made of
 8    polypropylene, but you're not intending to
 9    offer opinions here concerning the chemical
10    processes that are involved with
11    polypropylene, correct?
12        A.    I don't know about the chemical
13    processes.
14        Q.    Okay.  So you would defer -- you
15    would defer to other experts who would be
16    biomaterials experts or who would be
17    specialists in polypropylene for that
18    particular type of information?
19              MR. SNELL:  Form.
20        A.    I know how it -- I focus on it
21    from the perspective of my patients.
22    BY MS. KIRKPATRICK:
23        Q.    Okay.  So you focus, though, on
24    how you believe the polypropylene sling
```

Christina Pramudji, M.D.

1  performs in your patients, both from an
2  efficacy standpoint, correct, and from
3  complications that you see?
4      A.   From my experience and from the
5  vast body of literature that's available on
6  polypropylene slings.
7      Q.   Okay.  But I guess I'm just
8  trying to figure out what the parameters of
9  your testimony are.  You're not going to come
10 in and you're not planning on holding
11 yourself out as an expert on polymers and
12 polypropylene and degradation or any of those
13 particular issues related to polypropylene,
14 are you?
15          MR. SNELL:  Form.  And I will say
16     she is.  I am putting her up on that, and
17     it is in her report.
18 BY MS. KIRKPATRICK:
19     Q.   Okay.  How does polypropylene
20 degrade?
21     A.   It doesn't degrade.
22     Q.   So your opinion, sitting here
23 today, that there is no way that any
24 polypropylene that exists in this world can

1  degrade?

2          MR. SNELL:  That's overbroad,
3     form.
4          Go ahead.
5     A.    That's a very broad question.
6  You know, from how it's used in the body in
7  sutures and in slings, it doesn't degrade;
8  that's why it's a permanent suture.  That's
9  why heart surgeons rely on it and cardiac
10 surgeons rely on it to sew up your aorta when
11 you have aortic surgery.
12         So if it degraded, it would not
13 be used in that application.  There's no
14 clinical degradation that occurs.
15 BY MS. KIRKPATRICK:
16    Q.    So you believe that there's no
17 evidence that exists, either in Ethicon's own
18 documents or in the literature, that supports
19 the theory that polypropylene sutures can
20 degrade --
21         MR. SNELL:  Form.
22         Go ahead.
23 BY MS. KIRKPATRICK:
24    Q.    -- in vivo?

Christina Pramudji, M.D.

1      MR. SNELL:  Form.

2      A.    I mean, I can't say that there's
3   nothing out there that they didn't do any
4   kind of manipulation to polypropylene or look
5   at it a certain way and found some
6   degradation there, but does it matter to
7   patients and to this case, no.
8   BY MS. KIRKPATRICK:
9      Q.    Has Mr. Snell or any of the
10  attorneys for Ethicon provided you with any
11  Ethicon documents reflecting degradation of
12  polypropylene sutures?
13     A.    I mean, I think I saw some
14  internal communication, I can't remember if
15  it was from Mr. Kountze or from Mr. Snell, I
16  don't remember, but I know that that is out
17  there, that that was something that the
18  engineers were talking about and Ethicon was
19  talking about.
20           But clinically, I'm telling you
21  it does not make a difference, and I don't
22  believe that there's degradation that occurs
23  that it makes any hill of beans' difference
24  for patients.

```
 1      Q.    Okay.  So let me just figure out
 2   what you are testifying about and what you're
 3   not testifying about.  You don't have a basis
 4   for saying whether polypropylene does or
 5   doesn't degrade.
 6            What you are here to offer your
 7   opinion on is that regardless of whether
 8   polypropylene degrades or doesn't degrade,
 9   there's no clinical significance to a
10   particular patient?
11      A.    I don't think it degrades.
12            MR. SNELL:  Hold on, hold on,
13      hold on.  Form.  That misstates, too.
14            Go ahead.
15      A.    I don't think it degrades and I
16   think there's other evidence that shows that
17   it doesn't degrade.
18   BY MS. KIRKPATRICK:
19      Q.    Have you asked Ethicon, in
20   reaching that opinion, to provide you with
21   all of the information that they have
22   concerning the potential degradation of
23   polypropylene sutures?
24      A.    No.
```