Jerry G. Blaivas, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA AT CHARLESTON
- - -

IN RE: ETHICON, INC.,      :Master File No.
PELVIC REPAIR SYSTEM       :2:12-MD-0237
PRODUCTS LIABILITY         :
LITIGATION                 :MDL No. 2327
-------------------------------------------
THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
THE CASES LISTED BELOW   :U.S. DISTRICT JUDGE
-------------------------------------------

Mullins, et al. V. Ethicon, Inc., et al.
2:12-cv-02952
Sprout, et al. V. Ethicon, Inc., et al.
2:12-cv-07924
Iquinto v. Ethicon, Inc., et al.
2:12-cv-09765
Daniel, et al. V. Ethicon, Inc., et al.
2:13-cv-02565
Dillon, et al. V. Ethicon, Inc., et al.
2:13-cv-02919
Webb, et al. V. Ethicon, Inc., et al.
2:13-cv-04517
Martinez v. Ethicon, Inc., et al.
2:13-cv-04730
McIntyre, et al. V. Ethicon, Inc., et al.
2:13-cv-07283
Oxley v. Ethicon, Inc., et al. 2:13-cv-10150
Atkins, et al. V. Ethicon, Inc., et al.
2:13-cv-11022
Garcia v. Ethicon, Inc., et al. 2:13-cv-14355
Lowe v. Ethicon, Inc., et al. 2:13-cv-14718
Dameron, et al. V. Ethicon, Inc., et al.
2:13-cv-14799

SEPTEMBER 17, 2015
JERRY G. BLAIVAS, M.D.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Jerry G. Blaivas, M.D.

---

Page 2

1  CAPTION CONTINUED:
2
3  Vanbuskirk, et al. V. Ethicon, Inc., et al.
   2:13-cv-16183
4  Mullens, et al. V. Ethicon, Inc., et al.
   2:13-cv-16564
5  Shears, et al. V. Ethicon, Inc., et al.
   2:13-cv-17012
6  Javins, et al. V. Ethicon, Inc., et al.
   2:13-cv-18479
7  Barr, et al. V. Ethicon, Inc., et al.
   2:13-cv-22606
8  Lambert v. Ethicon, Inc., et al.
   2:13-cv-24393
9  Cook v. Ethicon, Inc., et al. 2:13-cv-29260
   Stevens v. Ethicon, Inc., et al.
10 2:13-cv-29918
   Harmon v. Ethicon, Inc., et al. 2:13-cv-31818
11 Snodgrass v. Ethicon, Inc., et al.
   2:13-cv-31881
12 Miller v. Ethicon, Inc., et al. 2:13-cv-32627
   Matney, et al. V. Ethicon, Inc., et al.
13 2:14-cv-09195
   Jones, et al. V. Ethicon, Inc., et al.
14 2:14-cv-09517
   Humbert v. Ethicon, Inc., et al.
15 2:14-cv-10640
   Gillum, et al. V. Ethicon, Inc., et al.
16 2:14-cv-12756
   Whisner, et al. V. Ethicon, Inc., et al.
17 2:14-cv-13023
   Tomblin v. Ethicon, Inc., et al.
18 2:14-cv-14664
   Schepleng v. Ethicon, Inc., et al.
19 2:14-cv-16061
   Tyler, et al. V. Ethicon, Inc., et al.
20 2:14-cv-19110
   Kelly, et al. V. Ethicon, Inc., et al.
21 2:14-cv-22079
   Lundell v. Ethicon, Inc., et al.
22 2:14-cv-24911
   Cheshire, et al. V. Ethicon, Inc., et al.
23 2:14-cv-24
24

---

Page 3

1              - - -
          SEPTEMBER 17, 2015
2              - - -
3
4        Oral deposition of JERRY G.
5  BLAIVAS, M.D., taken pursuant to notice,
6  was held at the law offices of Drinker
7  Biddle and Reath, LLP, 1177 Avenue of the
8  Americas, 41st Floor, New York, New York
9  10036, commencing at 9:56 a.m., on the
10 above date, before Amanda Dee
11 Maslynsky-Miller, a Certified Realtime
12 Reporter and Notary Public in and for the
13 State of New York.
14
15
16
17
18
19
20
21
22
23
24

---

Page 4

1  APPEARANCES:
2
3  MOTLEY RICE LLC
   BY: FIDELMA L. FITZPATRICK, ESQUIRE
4  321 South Main Street, 2nd Floor
   Providence, Rhode Island 02903
5  (401) 457-7728
   Ffitzpatrick@motleyrice.com
6  Representing the Plaintiffs
7
   BUTLER SNOW, LLP
8  BY: NILS B. (BURT) SNELL, ESQUIRE
   500 Office Center Drive
9  Suite 400
   Fort Washington, Pennsylvania 19034
10 (267) 513-1885
   Burt.snell@butlersnow.com
11
   BUTLER SNOW, LLP
12 BY: PAUL S. ROSENBLATT, ESQUIRE
   The Pinnacle at Symphony Place
13 150 3rd Avenue South
   Suite 1600
14 Nashville, Tennessee 37201
   (615) 651-6700
15 Paul.rosenblatt@butlersnow.com
   Representing the Defendant
16
17
18
19
20
21
              - - -
22
23
24

---

Page 5

1              - - -
2          I N D E X
3              - - -
4
   Testimony of:  JERRY G. BLAIVAS, M.D.
5
6    By Mr. Snell            9
7
8          E X H I B I T S
9              - - -
10
11
   NO.      DESCRIPTION          PAGE
12
Blaivas-1   Notice of Deposition
13             of J. Blaivas    10
14 Blaivas-2   Culligan Paper   61
15 Blaivas-3   Vollebregt Paper  69
16 Blaivas-4   Article, Safety
               Considerations for
17             Synthetic Sling Surgery  74
18 Blaivas-5   Ogah Cochrane Review  95
19 Blaivas-6   Curriculum Vitae of
               J. Blaivas, M.D.   146
20
   Blaivas-7   Blaivas Billing Report  146
21
   Blaivas-8   Bhoyrul Article   148
22
   Blaivas-9   Reynolds Article   151
23
24

2 (Pages 2 to 5)

Jerry G. Blaivas, M.D.

Page 6

1                - - -
2           E X H I B I T S
3                - - -
4
     NO.      DESCRIPTION          PAGE
5
     Blaivas-10  Excerpt of Stress
6              Incontinence Guideline    153
7    Blaivas-11  Excerpt from Hernia Book   168
8    Blaivas-12  Serati 10-Year TVT Paper   174
9    Blaivas-13  Heinonen Paper          192
10   Blaivas-14  2014 Laurikainen Article,
             European Association of
11           Urology               200
12   Blaivas-15  Blaivas Pubovaginal Sling
             Paper               216
13
     Blaivas-16  2007 International Journal
14           of Urology Paper        218
15   Blaivas-17  2012 Shaw Paper       223
16   Blaivas-18  Osborn Paper          237
17   Blaivas-19  2010 European Urology
             Journal Review and
18           Meta-Analysis, Novara   263
19   Blaivas-20  Review and Meta-Analysis,
             Society of Gynecologic
20           Surgeons              279
21   Blaivas-21  Abbott Paper          312
22   Blaivas-22  Stress Urinary
             Incontinence AUA Monograph  345
23
24

Page 8

1                - - -
2          DEPOSITION SUPPORT INDEX
3                - - -
4
5    Direction to Witness Not to Answer
6    Page   Line  Page Line    Page Line
7    182    21
8
9
10   Request for Production of Documents
11   Page Line   Page Line    Page Line
12   None
13
14
15   Stipulations
16   Page Line   Page Line    Page Line
17   9     1
18
19
20   Question Marked
21   Page Line   Page Line    Page Line
22   None
23
24

Page 7

1                - - -
2           E X H I B I T S
3                - - -
4
     NO.      DESCRIPTION          PAGE
5
     Blaivas-23  American Urology
6              Association Position Paper  348
7    Blaivas-24  Expert Report of
             J. Blaivas             351
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 9

1                - - -
2         (It is hereby stipulated and
3     agreed by and among counsel that
4     sealing, filing and certification
5     are waived; and that all
6     objections, except as to the form
7     of the question, will be reserved
8     until the time of trial.)
9                - - -
10        JERRY G. BLAIVAS, M.D., after
11    having been duly sworn, was
12    examined and testified as follows:
13                - - -
14           EXAMINATION
15                - - -
16   BY MR. SNELL:
17        Q.   Good morning, Doctor.
18        A.   Oh, hi.
19        Q.   Could you please state your
20    full name for the record, please?
21        A.   Jerry G. Blaivas.
22        Q.   And you are a neurological
23    surgeon here practicing in New York City?
24        A.   I am.

3  (Pages 6 to 9)

Jerry G. Blaivas, M.D.

Page 10

1      Q.   You and I have met before.
2  I'll reintroduce myself on the record.
3  My name is Burt Snell.
4  You're aware that I represent Ethicon and
5  Johnson & Johnson in the mesh litigation?
6      A.   Correct.
7      Q.   And you understand we're
8  here today to take your -- strike that.
9          You understand we're here
10 today to take your deposition in a case
11 of -- it has multiple plaintiffs, the
12 first one is named Mullins, with regard
13 to the TVT retropubic device?
14     A.   I do.
15     Q.   And you know that the TVT
16 retropubic device is a device
17 manufactured by Ethicon, correct?
18     A.   Correct.
19     Q.   In front of you is
20 deposition Exhibit Number 1, which is
21 your notice of deposition.
22          - - -
23          (Whereupon, Exhibit
24     Blaivas-1, Notice of Deposition of

Page 11

1      J. Blaivas, was marked for
2      identification.)
3          - - -
4  BY MR. SNELL:
5      Q.   Have you seen that before?
6      A.   I have.
7      Q.   On the third page -- sorry.
8          Schedule A identifies
9  different documents and materials that we
10 requested that you bring to the
11 deposition.
12          Did you bring any materials
13 here today, sir?
14     A.   I did not.
15     Q.   I understand that you have
16 an updated C.V.?
17     A.   I believe so.  It's in
18 process.
19          MS. FITZPATRICK:  We will
20     be -- I'll get you that this
21     morning, but certainly before the
22     lunch break.
23          MR. SNELL:  We'll just make
24     a note, and we'll mark his C.V. as

Page 12

1  Exhibit Number 2, when it arrives.
2          MS. FITZPATRICK:  And also
3      just for the record, we have filed
4      objections to the notice and,
5      particularly, to the document
6      request in Schedule A.
7  BY MR. SNELL:
8      Q.   Why did you not bring any
9  materials with you to the deposition
10 today, Doctor?
11     A.   Well, the first two things I
12 didn't have, we didn't complete yet.  And
13 I was advised not to bring the remainder.
14     Q.   How many hours have you
15 spent on the Mullins case?
16     A.   By "the Mullins case," you
17 mean today's case, not as an individual?
18     Q.   Correct.  Today's case for
19 which you're giving a deposition.
20     A.   In total, approximately 20
21 hours.
22     Q.   And what is your rate?
23     A.   $750 an hour.
24     Q.   Is that for review and

Page 13

1  preparation of a report, as well as
2  sitting for a deposition?
3      A.   No.  There's a separate fee
4  for sitting for the deposition.
5      Q.   Can you just tell me your
6  fees quickly?
7      A.   $15,000 for a lawsuit, for
8  an entire day.  And $7,500 for half a
9  day.
10     Q.   And the $15,000 for a day,
11 that's for a full day's testimony?
12     A.   For the full day, yes.
13     Q.   Where do you currently work?
14     A.   My office -- well, I'm in
15 practice of urology.  And I have an
16 office on 77th Street in Manhattan, and I
17 work sometimes there, sometimes the
18 hospital, sometimes from home; different
19 places.
20     Q.   Are you affiliated with,
21 still, Weill Cornell?
22     A.   I am.
23     Q.   Are you on staff at Weill
24 Cornell or are you private in your

4 (Pages 10 to 13)

Jerry G. Blaivas, M.D.

Page 14

1  practice?
2      A.  I'm private.  I'm a clinical
3  professor of urology there.
4      Q.  Do you still perform your
5  stress urinary incontinence surgeries at
6  Weill Cornell?
7      A.  I do.
8      Q.  Do you perform any of your
9  stress urinary incontinence surgeries in
10  your office?
11      A.  Well, to the extent that
12  periurethral injections are considered a
13  stress incontinence operation, I would
14  say yes.
15      Q.  Do you consider periurethral
16  injections a stress urinary incontinence
17  operation?
18      A.  Technically, it is, yes.
19      Q.  Setting periurethral
20  injections aside, what are the stress
21  urinary incontinence surgeries that you
22  currently perform today?
23      A.  Essentially, autologous
24  slings.

Page 15

1      Q.  When you say "autologous
2  slings," is that the same thing as
3  autologous fascial slings?
4      A.  Yes.
5      Q.  Are there any other
6  descriptors in the literature, or in your
7  profession, that describes autologous
8  slings besides fascial, autologous
9  fascial slings?
10      A.  Yeah, there's a number.  I
11  would say the most complete one would be
12  autologous rectus fascial sling or
13  autologous fascial lattice sling; or some
14  people just use the word pubovaginal
15  sling.
16          I think those are the ones
17  that come to mind.  Fascial sling.
18      Q.  So today if we are
19  discussing autologous fascial pubovaginal
20  slings, we'll be discussing slings that
21  utilize the woman's own tissues; is that
22  correct?
23      A.  Correct.
24      Q.  And those are different than

Page 16

1  the midurethral slings like my client
2  makes, like the TVT, which are synthetic
3  slings, correct?
4      A.  Yes.  But, technically, a
5  synthetic sling could be used in the mid
6  urethra or proximate urethra and so could
7  an autologous sling.  So an autologous
8  sling could be used as a midurethral
9  sling.
10      Q.  The way you put in the
11  autologous slings, what location of the
12  urethra do you put them at?
13      A.  I put them at the bladder
14  neck.
15      Q.  Why do you put the
16  autologous sling at the bladder neck?
17      A.  Well, one, I think it makes
18  physiologic sense to put it there.
19          And, two, it's a tried and
20  true method and, certainly, you know,
21  historically the gold standard using that
22  technique.
23      Q.  To your knowledge, in the
24  urologic surgical community, what rate of

Page 17

1  urologists use autologous slings but
2  place it at the mid urethra?
3          MS. FITZPATRICK:  Objection
4      to form.
5          THE WITNESS:  Very few, but
6      some do.
7  BY MR. SNELL:
8      Q.  Do you know who -- which
9  those individuals would be?
10      A.  I don't remember, but I've
11  seen papers that talk about it.
12      Q.  So it would be correct that
13  you do not offer the Burch
14  colposuspension to patients?
15          MS. FITZPATRICK:  Objection.
16          THE WITNESS:  There might be
17      a rare circumstance where -- where
18      I might consider using one.  But I
19      don't -- it's not my first line.
20          And, in fact, I can't
21      remember the last time I did one.
22  BY MR. SNELL:
23      Q.  Were you trained on the
24  Burch colposuspension at some time in

5 (Pages 14 to 17)

Jerry G. Blaivas, M.D.

Page 18

1  your medical training or professional
2  career?
3      A.  Yes, I was.
4      Q.  By who?
5      A.  More precisely, I was
6  trained on the Marshall-Marchetti, which
7  is not quite a variant, but they're very
8  similar.  And in the course of doing
9  that, there was a time when I did, you
10  know, a number of Burches as well.
11      Q.  What is the last time you
12  did a Marshall-Marchetti-Krantz
13  colposuspension procedure?
14      A.  I'm going to guess in the
15  early '80s, 1980s.
16      Q.  And who was it who
17  introduced you to the
18  Marshall-Marchetti-Krantz procedure?
19      A.  A fellow by at that name of
20  Bob Spellman.  He was a urologist who
21  actually trained with Victor Marshall,
22  who was the developer of the procedure,
23  and -- during my residency training.
24      Q.  Is the

Page 19

1  Marshall-Marchetti-Krantz procedure done
2  commonly today?
3      A.  No.
4      Q.  What is the difference in
5  risk between a Marshall-Marchetti-Krantz
6  colposuspension and a Burch
7  colposuspension?
8      A.  In my judgment, I think the
9  Burch has a higher likelihood of injuring
10  the ureter.  And aside from that, I think
11  they're fairly comparable.
12          There are technical things,
13  like some people that, when they did a
14  Burch would use a nonabsorbable suture,
15  which really isn't the procedure itself
16  but the sutures they chose to use.  So
17  that, I think, posed an additional risk.
18      Q.  I have read that the -- can
19  I call it the MMK to make it easier on
20  her?
21      A.  Sure.
22      Q.  Is it correct, Doctor, that
23  the MMK is associated with a risk of
24  osteomyelitis?

Page 20

1      A.  Osteomyelitis and osteitis
2  pubis, yeah.  I think it's a small risk,
3  but yes.
4      Q.  And that can be a
5  significant complication in women?
6      A.  A rare one, yes.
7      Q.  Is the Burch associated with
8  a potential risk of osteomyelitis?
9      A.  I don't think so, but I
10  couldn't be sure.
11      Q.  In your report, you discuss
12  how you have taken GYNEMESH® and
13  fashioned it as a strip of mesh to treat
14  stress incontinence in certain
15  second-line or third-line cases, I take
16  it; is that correct?
17      A.  My recollection is that it
18  was soft PROLENE® mesh.  But I could
19  be -- it's possible that I've used
20  GYNEMESH® in the past.  I don't really
21  have an independent recollection of that.
22      Q.  Your report says that you
23  use a strip of GYNEMESH® in a Stamey
24  needle to put that mesh in?

Page 21

1      A.  The problem is, at the time
2  I did that, there was -- neither myself,
3  nor hardly any other urologist, or
4  anybody who was doing these surgeries,
5  had any idea that there was much of a
6  difference between the meshes.
7          So we would -- speaking for
8  myself, at least, and I'm sure my peers,
9  we would have used -- might have used the
10  commercial names for different meshes
11  synonymously; like, I wouldn't have, at
12  that time, made a distinction, in my
13  mind, between GYNEMESH® and soft PROLENE®
14  mesh.  It was literally we would have
15  used what was available at that hospital
16  at that time.
17      Q.  And do you still offer
18  mesh -- strike that.
19          Do you still offer -- strike
20  that.
21          The GYNEMESH® sling that you
22  fashioned, hand-fashioned, was that the
23  Ethicon mesh?
24      A.  I believe so.

6 (Pages 18 to 21)

Jerry G. Blaivas, M.D.

Page 22

1       Q.   And you understand the
2   Ethicon mesh is made of PROLENE®
3   polypropylene?
4       A.   I do.
5       Q.   And do you still offer
6   synthetic mesh slings to patients as a
7   second or third or fourth-line option?
8       A.   I discuss the risks and
9   benefits, and I do go through the
10  differences -- well, I already said that.
11           I discuss the risks and
12  benefits.  And in a rare patient, it's
13  possible that I might think that a mesh
14  is suitable for them.
15           And I'm talking now just
16  about, just about slings, not about
17  vaginal -- not about prolapse mesh.
18           And, overall, my opinion is
19  that the risks of synthetics far outweigh
20  the benefits.  There are highly selected
21  patients for whom that risk/benefit ratio
22  might be reversed.
23      Q.   You mentioned prolapse
24  transvaginal mesh or prolapse mesh.

Page 23

1           You do not currently do
2   pelvic organ prolapse surgery; is that
3   correct?
4       A.   No, I do.
5       Q.   Oh, you do.
6           Do you use any type of mesh
7   in your prolapse surgeries?
8       A.   I do not.
9       Q.   Do you do any abdominal
10  sacrocolpopexies?
11      A.   Rarely, but yes.  But I do
12  that with fascia, I don't do it with
13  synthetic mesh.
14      Q.   All right.  So I want to get
15  back and just really focus on stress
16  incontinence.
17           And when was the last time
18  you used the PROLENE® polypropylene mesh
19  for a sling in a patient?
20      A.   Some time in the early '90s.
21      Q.   And today when you counsel a
22  patient about the potential risk of the
23  PROLENE® polypropylene mesh, what risks
24  do you identify to her?

Page 24

1       A.   Well, what I do is I tell
2   the patients that they are -- I divide
3   them into those risks that would make
4   you -- are common enough and/or lifestyle
5   altering enough that would make you
6   consider not having the operation, and
7   those risks that are so rare and
8   inconsequential that it doesn't usually
9   come into the decision-making process.
10           And when I tell them what
11  the risks are, it's that I think there's
12  about somewhere between a minimum of a 15
13  to 20 percent -- say 15 percent negative
14  outcome from having a synthetic mesh
15  sling that would make you, in retrospect,
16  have wanted to not have had the surgery.
17  If you knew one of these complications
18  might have happened to you, you would
19  have said, this is a quality-of-life
20  issue and I don't want to do that.
21           And those risks are urethral
22  obstruction requiring surgery; erosion,
23  whether it requires surgery or not; pain;
24  recurrent stress incontinence; and the

Page 25

1   development of de novo overactive
2   bladders, frequency and urgency in
3   urination.  I think I left out one.
4           I may have left out one, but
5   I can't -- I don't remember right now.
6           Oh, dyspareunia, that's what
7   I left out, which, of course, is a form
8   of pain.
9       Q.   And what are the selected
10  patients for whom you would consider
11  offering a synthetic polypropylene sling
12  to?
13      A.   I would say a patient
14  with -- that has no likelihood of
15  engaging in or wanting to engage in sex,
16  who is obese or morbidly obese, and a
17  poor surgical risk.
18      Q.   And the patients -- strike
19  that.
20           In the selected patients for
21  whom you would offer a polypropylene
22  sling, do you have a preference as to the
23  material?
24      A.   No.  I would use, I would

7 (Pages 22 to 25)

Jerry G. Blaivas, M.D.

Page 26

1   really investigate it at the time and see
2   what I think the best product is.  And,
3   again, I haven't done one in probably
4   eight or nine years, at least, and I
5   would try to pick the one that I thought
6   had the least chance of having a
7   complication.
8          And I would use the shortest
9   sling that I thought was reasonable.  So
10  I would use a -- you know, ordinarily
11  with a fascial sling, it goes all the way
12  into the retropubic space, practically to
13  the fascia on either side, which is
14  roughly 18 centimeters long.  For a
15  synthetic sling, I would use one that's
16  maybe six or -- six or eight centimeters
17  long so that it didn't -- either didn't
18  go into the retropubic space or it didn't
19  go in very far.
20         And the reason is then it
21  would be quite easy -- it would be pretty
22  easy to take it out if I needed to.
23      Q.   Have you ever used any
24  synthetic mini-slings made of

Page 27

1   polypropylene?
2       A.   I've cut them myself to make
3   the -- I have not used any sling kits,
4   but I have done just what I said; I've
5   used what might be considered almost a
6   mini sling, just hand fashioned.
7       Q.   And were those
8   hand-fashioned slings polypropylene
9   slings?
10      A.   Yes.
11      Q.   Were they most likely
12  Ethicon branded polypropylene slings?
13      A.   Yes.
14         MS. FITZPATRICK:  Objection.
15  BY MR. SNELL:
16      Q.   Did you have any negative
17  outcomes with those hand-fashioned
18  Ethicon branded slings?
19      A.   I did.  I had a couple that
20  were -- that contracted and became -- it
21  became obstructive, and I had to excise
22  them.
23      Q.   How many of the Ethicon
24  slings that you put in became contracted?

Page 28

1       A.   I remember two.  But I
2   didn't put very many in.  So the
3   denominator wasn't very high.
4       Q.   Of those two slings that you
5   recall that were Ethicon branded that
6   became contracted, how many of them did
7   you surgically go in to fix?
8       A.   You mean after we cut them,
9   did we go back and do another sling?
10      Q.   I guess my question was, for
11  the two Ethicon slings that you put in
12  that you remember contracted, did you go
13  in and release those slings because of
14  the obstruction?
15      A.   Yes.  Yes.
16      Q.   And describe how you would
17  have released that sling.
18      A.   You mean the surgical
19  technique?
20      Q.   Yes.
21      A.   I don't do it this way
22  anymore, but I do remember what I did
23  then is I made an incision over the
24  sling.  I dissected between the sling and

Page 29

1   the urethra and created a plane.  And
2   then simply incised it in the middle by
3   dissecting it off the urethra and just --
4   that's all I did.  And it just sprung
5   open.
6       Q.   Okay.  Do you know if there
7   was -- strike that.
8          At what point after
9   implantation did this contraction occur
10  in these two patients?
11      A.   Within the first year.  I
12  can't remember exactly.  And it was past
13  the perioperative period, so I would say
14  somewhere between three and six -- three
15  and twelve months.
16      Q.   Do you recall whether these
17  two women remained continent after you
18  released the polypropylene Ethicon
19  branded sling?
20      A.   One -- neither one remained
21  continent, but neither -- neither one
22  remained continent, I remember that.
23      Q.   Did either one of them
24  require the placement of some other

8 (Pages 26 to 29)

Jerry G. Blaivas, M.D.

Page 30

1   stress urinary incontinence surgery after
2   you removed the sling?
3       A.   Well, neither one elected to
4   have another operation.  You never
5   require it, you elect it.
6       Q.   You have not published in
7   the literature on these two patients,
8   have you?
9       A.   No.
10      Q.   Have you calculated any
11  statistics on these two patients as
12  compared to the total number of patients
13  for whom you put in an Ethicon branded
14  polypropylene sling?
15      A.   Yeah, it was only about ten
16  patients so, I mean, it would be
17  probably -- in that case, maybe 20
18  percent.
19      Q.   Explain to me how you would
20  go about cutting the Ethicon branded mesh
21  in order to make it into a polypropylene
22  sling for stress urinary incontinence.
23      A.   Well, I wouldn't do that
24  now -- I wouldn't that the way I did it.

Page 31

1   But I just took a strip about 10
2   centimeters -- excuse me, 2 centimeters
3   wide and then just approximated how long
4   I wanted it and just cut a rectangle.
5       Q.   How wide of a strip of the
6   Ethicon branded poly mesh --
7       A.   2 centimeters, I said.
8       Q.   Would you just cut it with
9   surgical scissors?
10      A.   Yes.
11      Q.   You said you wouldn't do it
12  that way now.
13           What do you mean by that?
14      A.   I mean, I try -- actually, I
15  said that.  But I don't know what I meant
16  by that.
17           I mean, I know the potential
18  problems of cutting it, the potential
19  negative consequences of fraying and
20  things like that.  So -- I mean, if I was
21  going to use a synthetic sling, I suppose
22  there's no other way of doing it, that I
23  know of, other than cutting it.
24           So I guess I would do it

Page 32

1   that way again, if I was going to use it.
2       Q.   When you hand cut the
3   Ethicon branded slings, would you do that
4   in the operating suite?
5       A.   Yes.
6       Q.   Do you see any particles of
7   the mesh fall off when you hand cut the
8   mesh?
9       A.   I wouldn't -- I don't think
10  I would have noticed.
11      Q.   Did you see any particles of
12  the mesh get into the woman's body during
13  your surgical implantation?
14      A.   Again, I wouldn't have
15  noticed.  I wouldn't have thought -- at
16  the time, I didn't know some of the
17  things that I know now, so it would have
18  been a non-event for me then.
19      Q.   But do you recall any
20  particles being in the woman's vagina
21  when you were putting in the mesh?
22      A.   I don't recall.
23      Q.   Why would you cut the mesh
24  at a widths of 2 centimeters?

Page 33

1       A.   Because I would want a broad
2   enough base so that it wouldn't cut
3   through.  But that's about -- that's the
4   same width that I make the autologous
5   slings, so that's where I got the
6   guideline from.
7       Q.   Where would -- strike that.
8           Where at the urethra would
9   you place the synthetic Ethicon branded
10  sling?
11      A.   This -- for the synthetic, I
12  would place it at the mid urethra.
13      Q.   Why is that?
14      A.   Because that's what the data
15  showed -- I mean, oh -- that's what the
16  data showed -- excuse me.
17           That's the way the technique
18  was described, and I didn't see any
19  reason to modify it.
20           I'm sorry, were you asking
21  me about -- you were asking me about
22  then?  I haven't done any in, like I say,
23  a very long time.
24           Were you asking me how I did

Jerry G. Blaivas, M.D.

Page 34

1    it then or -- was that your question?
2        Q.   Yes.  When you would place
3    the Ethicon branded, you know, PROLENE®
4    polypropylene sling for stress urinary
5    incontinence, where at the mid urethra
6    would you place it?
7            MS. FITZPATRICK:  Objection.
8            THE WITNESS:  As I said, I
9    would place it in the mid urethra.
10   BY MR. SNELL:
11       Q.   What data did you rely upon
12   for the mid urethral placement of the
13   Ethicon branded sling at the mid urethra?
14           MS. FITZPATRICK:  Objection.
15   Are you talking about the mesh or
16   are you talking about a particular
17   sling?
18           MR. SNELL:  I'm talking
19   about the slings he's testified he
20   placed.
21           MS. FITZPATRICK:  I just
22   want to make sure we're clear
23   here.
24           THE WITNESS:  I haven't

Page 35

1        thought about this in a very long
2        time, and it occurred to me that I
3        misspoke just now.
4            In the few that I did, I did
5        not place them at the mid urethra,
6        I placed them at the bladder neck.
7    BY MR. SNELL:
8        Q.   So in the few PROLENE®
9    polypropylene slings that you placed at
10   the bladder neck, why would you have
11   chose that location?
12           MS. FITZPATRICK:  Objection
13   to form.  I just want to make sure
14   we're on the same page.
15           There's the slings that
16   Ethicon makes, the TVT --
17           MR. SNELL:  I know.  You're
18   making a speaking objection.
19   What's your point?
20           MS. FITZPATRICK:  I don't
21   understand what your question is.
22           Are you talking about those
23   or are you talking about where he
24   has testified that he has hand cut

Page 36

1        some of the PROLENE® mesh before
2    to place it?  I'm not sure what
3    you're talking about.
4    BY MR. SNELL:
5        Q.   Have you ever placed a TVT?
6        A.   No.
7        Q.   Every Ethicon branded
8    PROLENE® polypropylene sling you placed
9    were slings that you hand cut, correct?
10       A.   Correct.
11       Q.   And you hand cut them at a 2
12   centimeter wide strip, correct?
13       A.   Correct.
14       Q.   And those are the slings --
15   synthetic slings, that you've done,
16   correct?
17       A.   That's correct.
18       Q.   Okay.  And you testified
19   that you would place those -- strike
20   that.
21           You changed your testimony,
22   and you testified that you placed those
23   at the bladder neck, correct?
24           MS. FITZPATRICK:  Objection.

Page 37

1            THE WITNESS:  Correct.
2    BY MR. SNELL:
3        Q.   Why would you place them at
4    the bladder neck?
5        A.   Because I believe there's a
6    learning curve for everything that you
7    do.  And even that little change from the
8    mid urethra to the bladder neck, I didn't
9    think it was necessary to subject the
10   patient to a new learning curve for that
11   part of the operation.
12           Because the autologous
13   slings had been so successful, that I
14   thought it best to -- to mimic exactly
15   that same operation but using the
16   synthetic sling because of other
17   concerns.
18       Q.   When you made the decision
19   to place the PROLENE® polypropylene
20   slings at the bladder neck, were you
21   relying on any data in the medical
22   literature for that determination?
23       A.   Yeah, I was relying on my
24   own published experience, published

10 (Pages 34 to 37)

Jerry G. Blaivas, M.D.

Page 38

1    experience of others with the results of
2    doing slings at the bladder neck.
3         Q.   Did any of that literature
4    concern the placement of synthetic mesh
5    slings at the bladder neck?
6         A.   It did not.  But the
7    literature, at the time -- excuse me.
8              The IFU and everything about
9    PROLENE® mesh from Ethicon stated, over
10   and over again, that it was inert, stayed
11   the same, essentially did not change once
12   it was in the body.  So I had no reason
13   to believe that it would behave, at least
14   at the time, any differently than
15   autologous mesh.
16        Q.   When you hand cut the
17   PROLENE® polypropylene mesh slings, did
18   you look at the IFU before using those
19   slings?
20        A.   No, I didn't.
21        Q.   Did you only use a Stamey
22   needle in carrying out the placement of
23   the PROLENE® polypropylene slings that
24   you used for stress urinary incontinence?

Page 39

1         A.   Yes.
2         Q.   How did you tension --
3    strike that.
4              Did you tension the PROLENE®
5    polypropylene slings that you placed for
6    stress urinary incontinence?
7         A.   I made a special effort to
8    make it very, very loose.
9         Q.   How did you do that?
10        A.   I passed the sling and then
11   I would pull up on it, pull up on both
12   ends of the suture to confirm that it was
13   in the position that I wanted to.  Then I
14   put -- then I put an instrument, a
15   right-angle clamp, or something, and
16   pulled it down so that there is plenty of
17   space -- not that there was space, but so
18   that it was loose.
19             And then I tied the sutures
20   together above, with visual confirmation
21   that there was no contact at all between
22   the -- between the sling and the urethra.
23             And, generally, I would be
24   able to get a finger -- well, my goal was

Page 40

1    to be able to get about a fingerbreadth
2    between the sling and the urethra, which
3    is actually much looser than what is
4    described for the synthetic slings
5    nowadays.
6         Q.   What type of sutures would
7    you use to tie the --
8         A.   PROLENE®.
9         Q.   And what -- when you fashion
10   your autologous slings, did you ever use
11   PROLENE® sutures?
12        A.   In the early years, I did.
13   I'd say until about probably some time
14   around 2000, I just changed to a delayed
15   nonabsorbable.
16        Q.   Why did you make the change
17   from the PROLENE® to the delayed
18   absorbable sutures around 2000 for your
19   autologous slings?
20        A.   Because I just didn't -- I
21   didn't see the need for a permanent
22   suture.
23        Q.   When you were -- strike
24   that.

Page 41

1              Who originally trained you
2    on the performance of an autologous sling
3    for stress incontinence?
4         A.   Well, nobody actually
5    trained me, except at the extent,
6    possibly, of McGuire.  I mean, I went and
7    visited McGuire, I think, in about 1980
8    or 1981, when he was still at Yale, and I
9    watched him do a couple of slings.  But
10   that was the extent.  They weren't being
11   done for practical purposes before he
12   reintroduced it and I picked it up.
13        Q.   I guess my question is,
14   then, why did you use permanent PROLENE®
15   sutures for your autologous fascial
16   slings before 2000?
17        A.   I suppose out of ignorance,
18   but a community-wide ignorance, of the
19   necessary of using permanent sutures.  We
20   just thought that -- we didn't think
21   about it very much, but the supposition
22   was that you needed a permanent suture to
23   make -- maintain the integrity of the
24   strength of the sling.

11 (Pages 38 to 41)

Jerry G. Blaivas, M.D.

Page 42

1        And then at some point, I
2   just realized that that just wasn't true.
3   And then you do have -- the problem is,
4   occasionally, a person would get a stitch
5   abscess or, in a skinny person, the
6   PROLENE® can stick into the wound.
7        So just minor reasons, I
8   mean, I -- but that answers your
9   question.
10       Q.   In the occasions where you
11  did an MMK or a Burch, what type of
12  suture would you use in those procedures?
13       A.   It's been a long time, but I
14  never used a permanent suture, so it
15  would have been -- it probably would have
16  been like a chromic catgut.
17       Q.   Did you have any
18  complications in your patients for whom
19  you put the PROLENE® sutures in for your
20  autologous slings for which you
21  attributed that complication to the
22  PROLENE® suture?
23       A.   Aside from a rare -- maybe a
24  rare stitch abscess that was a minor

Page 43

1   problem, the answer would be no.
2        Q.   How many autologous fascial
3   slings did you place using PROLENE®
4   sutures?
5        A.   I'm going to guess -- I
6   mean, estimate maybe 1,500.
7        Q.   And what year was it that
8   you actually began doing the autologous
9   fascial sling?
10       A.   1981 or 1982.
11       Q.   Is it correct that you found
12  the PROLENE® sutures that you used in
13  your autologous fascial slings to be
14  biocompatible in your patients?
15       A.   Yes.
16       I'm sorry.  I think I know
17  what you mean, but what exactly did you
18  mean by "biocompatible"?
19       Q.   How about this:  How do you
20  define "biocompatible"?
21       A.   I think in two ways -- one
22  way -- well, I don't know.  I haven't
23  looked in the dictionary.
24       But in this kind of

Page 44

1   conversation, there's a biocompatibility
2   that when you put it in the body, does
3   the body accept it in a clinical sense
4   and do no harm in a clinical sense.  And
5   for individual PROLENE® sutures like
6   that, I would say the answer is yes, it's
7   biocompatible.
8        But in a histopathologic
9   sense, does the -- does the single strand
10  of PROLENE® mesh incite an inflammatory
11  reaction and serve as a foreign body to
12  which the immune mechanisms of the body
13  would try to reject, I would say, to a
14  certain extent, that is true.
15       Q.   So with regard to the
16  clinical outcomes with your use of
17  PROLENE® sutures in roughly 1,500
18  patients for your autologous slings, you
19  found that material to be biocompatible,
20  correct?
21       A.   Clinically, yes.
22       Q.   When you say "clinically,"
23  what do you mean by that?
24       A.   By comparison, clinically,

Page 45

1   the vaginal and sling mesh is not
2   clinically compatible because it causes
3   an inflammatory reaction, probably --
4   well, because it causes an inflammatory
5   and has clinical consequences.
6        MR. SNELL:  Move to strike
7   as nonresponsive.
8   BY MR. SNELL:
9        Q.   What do you mean by
10  "clinically biocompatible" when you were
11  discussing the PROLENE® suture?
12       MS. FITZPATRICK:  Asked and
13  answered.
14       THE WITNESS:  I already
15  answered that.
16  BY MR. SNELL:
17       Q.   No, you answered something
18  about mesh.  I was asking about the
19  suture.
20       A.   If you want to read it back,
21  two questions ago, you asked me --
22       MS. FITZPATRICK:  Asked and
23  answered.
24       Go ahead.

12 (Pages 42 to 45)

Jerry G. Blaivas, M.D.

1      MR. SNELL: Can you read it
2  back?
3      (Whereupon, the court
4  reporter read the following part
5  of the record:
6      "Question: When you say
7  'clinically,' what do you mean by
8  that?
9      "Answer: By comparison,
10  clinically, the vaginal and sling
11  mesh is not clinically compatible
12  because it causes an inflammatory
13  reaction, probably -- well,
14  because it causes an inflammatory
15  and has clinical consequences.")
16      MR. SNELL: Note my
17  objection when you said "by
18  comparison." That was the basis
19  of my objection.
20      THE WITNESS: The same
21  question -- you started this
22  series two questions ago, you
23  asked me, how do you define
24  clinical, and I said two ways.

1  BY MR. SNELL:
2      Q.  I know when I asked you to
3  define biocompatible, you said there's
4  two types, clinically and
5  histopathologically.
6      And what I was getting to
7  was, okay, I want to ask you, what do you
8  mean by the "clinically" and what do you
9  mean by "histopathologically"?
10      A.  I did answer that question.
11  I'm positive.
12          - - -
13      (Whereupon, a discussion off
14  the record was held.)
15          - - -
16  BY MR. SNELL:
17      Q.  So, Doctor, we were off the
18  record and we read your testimony when I
19  asked you what is a biocompatible, and
20  you stand by the answer you gave?
21      A.  I do.
22      Q.  Okay. Is it correct,
23  Doctor, that there can be inflammation
24  and a foreign body reaction seen

1  histopathologically but for which it does
2  not manifest in clinically significant
3  complications in a woman?
4      A.  Yes, there can be.
5      Actually, I'm going to
6  qualify that. Yes, there can be over the
7  period of time that we've observed
8  patients.
9      So it -- for example, a
10  person may not have any consequences
11  for -- there may be no consequences of
12  this clinical inflammation for a decade
13  or more, and then there may be clinical
14  consequences from the same inflammation
15  getting worse.
16      Q.  I'm correct, you're not a
17  pathologist?
18      A.  That's correct.
19      Q.  What is the correlation --
20  strike that.
21      Have you seen any -- strike
22  that.
23      What is the correlation, if
24  any, between histopathologic findings of

1  inflammation and the rate at which those
2  women have clinical symptoms from the
3  inflammation?
4      A.  It's impossible to answer
5  that question because there's no
6  denominator. So I can't tell you the
7  incidence.
8      But I can tell you that when
9  we remove mesh from patients, for
10  whatever reason, and subject it to
11  pathologic examination, in virtually 100
12  percent, there's chronic inflammation,
13  and in many instances, acute
14  inflammation.
15      Q.  Are you relying -- strike
16  that.
17      What's your methodology for
18  that statement, that there's 100
19  percent --
20      A.  I said near 100 percent.
21      MS. FITZPATRICK: Objection.
22      THE WITNESS: A number of
23  papers that we've cited in this --
24  in my report, in our mesh review

13 (Pages 46 to 49)

Jerry G. Blaivas, M.D.

Page 50

1     article, and in personal
2     experience, going over almost 100
3     slides from 100 patients,
4     pathologic slides, with Dr.
5     Iakovlev.
6  BY MR. SNELL:
7     Q.   Dr. Iakovlev is a
8  pathologist?
9     A.   A pathologist, yes.
10    Q.   Does -- Dr. Iakovlev, did he
11 review the slides that are in your
12 article?
13    A.   Yes, he wrote that section.
14    Q.   Did you rely upon Dr.
15 Iakovlev's knowledge and experience as a
16 pathologist in allowing what he wrote to
17 go into that article?
18         MS. FITZPATRICK:  Objection.
19         THE WITNESS:  In part.  But
20    I also vetted it with some
21    pathologists that I discussed it
22    with independently and had them
23    read the section.
24         And I actually tried to

Page 51

1     get -- well, yeah, I'll just leave
2     it at that.  I vetted it with
3     other pathologists.
4  BY MR. SNELL:
5     Q.   What other pathologists did
6  you vet Dr. Iakovlev's section on?
7     A.   I'm not going to answer
8  that.
9     Q.   Why not?  I mean --
10         MS. FITZPATRICK:  Objection.
11         THE WITNESS:  Because it was
12    not in an official capacity, and I
13    prefer not to mention their names.
14 BY MR. SNELL:
15    Q.   Did you give those other
16 pathologists the slides so they could
17 look at the slides?
18         MS. FITZPATRICK:  Objection.
19         THE WITNESS:  No.  I looked
20    at the -- we looked at the
21    photomicrographs that he took --
22    that he provided me with, and we
23    talked about the methodology and
24    things like that.

Page 52

1         So I got kind of an internal
2  review of that.
3         And I'd like to remind you
4  that the article itself was peer
5  reviewed by a very stringent
6  journal and accepted for
7  publication.
8         And Dr. Iakovlev's other
9  article -- other article dealing
10 with this has been published in
11 peer-reviewed publications.
12 BY MR. SNELL:
13    Q.   Do you know if any of the
14 reviewers in the peer-review process
15 looked at the actual slides of these
16 patients?
17    A.   I don't believe they were
18 provided the slides, nor did they ask.  I
19 think that would be very unusual -- I've
20 not ever seen anybody ask for the slides.
21         And, actually, I was an
22 editor of a journal, and no one -- I just
23 don't think it's done.
24    Q.   Have you ever been an editor

Page 53

1  of a pathology journal?
2     A.   No.  But the journal I
3  edited did have pathology slides in it
4  from time to time -- pathology papers in
5  it from time to time.
6     Q.   Why did you decide to review
7  Dr. Iakovlev's analyses and review of
8  the pathology with other pathologists?
9     A.   Because I'm the senior
10 editor of this paper, and I wanted to do
11 my own, if you will, peer review to
12 satisfy myself that the science was good.
13    Q.   But you will not identify
14 those pathologists?
15    A.   No.
16    Q.   Did you make any recordings
17 of your conversations with these
18 pathologists?
19    A.   No.
20    Q.   Did you make any notes with
21 regard to your conversations with these
22 pathologists?
23    A.   No.  This was more in the
24 nature of explaining things to me.  And I

14 (Pages 50 to 53)

Jerry G. Blaivas, M.D.

Page 54

1    actually sat down with them and, you
2    know, made sure that we were using
3    appropriate stains and techniques and
4    things like that.
5         I wanted to be sure that the
6    methodology he was using was acceptable
7    methodology and that the examples of
8    pathology that he was showing were,
9    indeed, representative.
10        Q.   Do you consider yourself an
11   expert in pathology?
12        MS. FITZPATRICK:  Objection.
13        THE WITNESS:  I do not.
14   BY MR. SNELL:
15        Q.   On how many occasions did
16   you speak with these pathologists?
17        A.   Probably four or five.
18        Q.   When you placed the PROLENE®
19   polypropylene slings in women for stress
20   urinary incontinence, did you place the
21   sling through the vagina?
22        MS. FITZPATRICK:  Objection.
23   Form.
24        THE WITNESS:  I mean, you

Page 55

1    have to.  I'm not sure I
2    understand the question.  They all
3    get placed through the vagina.
4         MR. SNELL:  When are we
5    going to have his C.V.?
6         MS. FITZPATRICK:  I'm
7    waiting for it.  I should have it,
8    hopefully.
9    BY MR. SNELL:
10        Q.   In your report, you talk
11   about meetings that you had with Dr.
12   Petros?
13        A.   Oh, yes.
14        Q.   When you met with Dr.
15   Petros, were you aware of whether or not
16   he had looked at using alternative
17   materials for the slings like GORE-TEX®
18   or Mersilene?
19        A.   No, I don't -- I don't
20   really remember any particular
21   conversations with him about the mesh
22   itself.  It was more about the concept --
23   the concept and technique of placing it
24   and the physiology and pathophysiology.

Page 56

1         There were no discussions
2    about mesh characteristics and things
3    like that.
4         Q.   Did you discuss what's
5    commonly referred to as the Integral
6    Theory?
7         A.   Yes.
8         Q.   Did you discuss the
9    investigations or any analyses that Dr.
10   Petros had done in formulating the
11   Integral Theory?
12        A.   Yeah, I think we discussed a
13   lot of the physiology and pathology.  We
14   did not -- I did not review papers and
15   data with him.
16        It was more about how --
17   trying to understand the way the pelvis
18   works and the way -- and the interaction
19   between the support structures of the
20   urethra and sphincter and the support
21   structures of the rest of the vaginal
22   contents.
23        Q.   Do you believe that the
24   Integral Theory is correct?

Page 57

1         A.   I shudder to say this in
2    public, after all my conversations with
3    him and reading it, I still don't
4    understand what the Integral Theory is.
5         And I'm serious.  I don't
6    mean that in any disparaging way.
7         Q.   I believe Dr. Petros gave
8    the Ulf Ulmsten lecture last year in
9    Washington, D.C.
10        My question to you is, did
11   you attend that meeting?
12        A.   I did not.
13        Q.   When is the last time you
14   saw or spoke to Dr. Petros?
15        A.   Oh, my.  I guess ten or
16   fifteen years ago.
17        Q.   So, in your opinion -- let
18   me ask you a question or two.
19        It says, The Gynecare TVT
20   should not have been designed for
21   placement in a surgically contaminated
22   field.
23        And you cite to a paper by
24   Culligan, Bacterial County Counts During

15 (Pages 54 to 57)

Jerry G. Blaivas, M.D.

Page 58

1  Vaginal Surgery.
2       What's your methodology for
3  that statement?
4       MS. FITZPATRICK: Objection.
5       THE WITNESS: I think you're
6  taking it out of context. I do
7  remember that the caveat was
8  without proper -- I'm
9  paraphrasing -- without proper
10  studies to show that it's safe.
11  BY MR. SNELL:
12      Q.   Is there a difference
13  between contamination and infection of
14  the mesh?
15      MS. FITZPATRICK: Objection.
16      THE WITNESS: The short
17  answer is yes. But I think it's
18  more complicated.
19      Contamination leads to --
20  contamination isn't infection, but
21  without -- but contamination is a
22  prerequisite, to a certain extent,
23  of getting an infection. If
24  there's no bacteria in the wound,

Page 59

1  you can't get an infection.
2       But if there is
3  contamination, it doesn't mean
4  that everybody will get an
5  infection.
6  BY MR. SNELL:
7       Q.   How do you define
8  "contamination"?
9       A.   It's the presence of
10  bacteria where there shouldn't -- in
11  what's supposed to be a sterile wound.
12      Q.   The vagina has normal
13  occurring bacterial flora, right?
14      A.   Yes.
15      Q.   Do you define contamination
16  by the level of bacterial count?
17      MS. FITZPATRICK: Objection.
18      THE WITNESS: Well, it's not
19  how I define contamination, it's
20  what the experts in infectious --
21  in wound care -- in surgical --
22  I'm trying to think of the proper
23  word -- surgical sterilization of
24  an operative site define it.

Page 60

1       And my understanding is that
2  30 -- you know, well, I know for
3  sure that it's -- the wound is
4  supposed to be sterile. And I'm
5  sure there's a certain level --
6  there may be a certain level of
7  bacteria that they still consider
8  sterile.
9       But by their own definition,
10  the vagina cannot be sterilized
11  completely for an operation,
12  whereas the abdominal cavity can
13  be, for example. So the
14  consequences -- well, I think that
15  answers the question.
16  BY MR. SNELL:
17      Q.   Do you consider yourself an
18  expert in infectious disease?
19      MS. FITZPATRICK: Objection.
20      THE WITNESS: No, I do not.
21  BY MR. SNELL:
22      Q.   I want to hand you the
23  Culligan paper you cited in your report.
24      MR. SNELL: She's going to

Page 61

1  hand it to you.
2       - - -
3       (Whereupon, Exhibit
4  Blaivas-2, Culligan Paper, was
5  marked for identification.)
6       - - -
7  BY MR. SNELL:
8       Q.   You recognize this as the
9  paper you cited?
10      A.   I do.
11      Q.   So here contamination was
12  defined as greater than or equal to 5,000
13  Colony-forming units per ML.
14      A.   Uh-huh.
15      Q.   If you look at the results,
16  you will see there were various surgeries
17  done in connection with this paper?
18      A.   Can you refer -- in the
19  results section?
20      Q.   Results section, first
21  paragraph, very bottom two lines.
22      And that, 23 tension-free
23  vaginal tape suburethral slings took
24  place --

16 (Pages 58 to 61)

Jerry G. Blaivas, M.D.

1      A.   I'm sorry, can you tell me
2   where you are?
3      Q.   Do you see that 23
4   tension-free vaginal tape suburethral
5   slings were placed?
6      A.   Yes.
7      Q.   And there were other
8   operations done concomitantly.
9           Do you see that?
10     A.   I do.
11     Q.   You understand that none of
12  these patients developed any infections?
13     A.   I see no -- nothing in here
14  that says how long the patients were
15  followed.  I've seen mesh infections ten
16  years after surgery.  I don't think you
17  can conclude anything on the basis of not
18  even mentioning the follow-up, the length
19  of follow-up, whether the patients were
20  infected or not.
21          MR. SNELL:  Move to strike
22      as nonresponsive.
23          MS. FITZPATRICK:  Objection
24      to that.

1   BY MR. SNELL:
2      Q.   My question was simple and
3   it wasn't about follow up.
4           It was, you're aware that
5   none of these patients developed
6   infections?
7      A.   I would categorically say
8   that I am not aware that none of them got
9   infections.
10     Q.   There can be infections with
11  non-mesh stress incontinence surgeries
12  like the Burch, correct?
13     A.   Yes.
14     Q.   There can be infections with
15  autologous fascial sling surgeries,
16  correct?
17          MS. FITZPATRICK:  Objection.
18          THE WITNESS:  Yes.
19          I will say they are very
20      different kinds of infections,
21      though.  But, yes.
22  BY MR. SNELL:
23     Q.   And how do those infections
24  occur in the non-mesh stress incontinence

1   surgeries?
2      A.   Presumably by contamination.
3   But I'm not aware, ever, of there being a
4   contamination -- an infection of a
5   pubovaginal sling.  All the infections in
6   slings have been superficial wound
7   infections or sometimes deep wound
8   infections.
9           But almost never is there an
10  infection of the sling itself.
11     Q.   When the fascia lata is
12  stripped from a woman to make an
13  autologous sling, can there be an
14  infection at that secondary surgical
15  site?
16     A.   Sure.
17     Q.   What's the rate of infection
18  at secondary surgical sites for fascia
19  lata harvest?
20     A.   I have no independent
21  knowledge.  It's not something I ever
22  researched.  I don't do that operation.
23     Q.   What is the rate of nerve
24  injury following fascia lata harvesting?

1      A.   Injury to the -- I don't
2   know.
3      Q.   What's the rate of
4   postoperative pain following fascia lata
5   harvesting?
6      A.   I don't know.
7      Q.   What's the rate of wound
8   complications following an autologous
9   rectus fascia sling placement?
10          MS. FITZPATRICK:  Objection
11      to this line of questioning.
12          THE WITNESS:  At most, I
13      would say the low single digit
14      percents.
15  BY MR. SNELL:
16     Q.   So less than ten percent?
17     A.   Oh, yes.
18     Q.   And where do those wound
19  complications occur in the autologous
20  rectus fascia sling placement?
21     A.   I would say almost
22  exclusively in the superficial abdominal
23  wound or rarely in the -- very rarely in
24  the retropubic -- in the retropubic

Jerry G. Blaivas, M.D.

Page 66

1  space.
2      Q.   Am I correct that you need
3  to do both a suprapubic incision as well
4  as vaginal incision in order to carry out
5  a pubovaginal sling?
6      A.   Yes.
7      Q.   Can there be wound
8  complications to the vaginal incision
9  following the autologous fascial sling?
10     A.   I mean, honestly, I can't
11 ever remember seeing one in over 2,000.
12 I mean, I suppose there can be, but
13 they're not common.  They're very rare.
14         MR. SNELL:  Let's take a
15     break.  We've been going for about
16     an hour and five or ten.
17         - - -
18     (Whereupon, a brief recess
19     was taken.)
20         - - -
21 BY MR. SNELL:
22     Q.   Earlier, Doctor, you, in the
23 context of my question about what risk
24 would you discuss with your patients with

Page 67

1  regard to placing a PROLENE®
2  polypropylene sling for stress
3  incontinence, you identified two
4  categories, those that can significantly
5  affect lifestyle and then you said, and
6  then those that are rare and
7  inconsequential and do not really come
8  into the decision process.
9         Do you recall giving that
10 testimony?
11         MS. FITZPATRICK:  Objection.
12         THE WITNESS:  I do.
13 BY MR. SNELL:
14     Q.   My question for you is, what
15 are those rare and inconsequential
16 potential complications you were
17 referring to?
18     A.   Death, for one.  I mean, I
19 tell people -- unless I think there's --
20 unless I think there's a risk of death
21 that should be considered, and I -- you
22 know, if it was a 1 in 100 or 1 in 200,
23 that's a risk that should be considered.
24 So I would say death.

Page 68

1         And, again, when I give
2  patients informed consent, I'm talking
3  about when I'm the surgeon.  So I tell
4  them it's theoretically possible to
5  develop a fistula and it's theoretically
6  possible to develop a urethral
7  obstruction and, I guess, a complication
8  from the anesthesia; I mean, if it's
9  spinal you can -- rarely a person can get
10 an abscess or something or even be
11 paralyzed.
12         But I tell them that those
13 things happen so rarely that if it were
14 me, I wouldn't take them into
15 consideration in making a decision for or
16 against the surgery.
17     Q.   Another study you cited on
18 the infection issue, I'll give it to you,
19 it's the Vollebregt paper.
20         - - -
21     (Whereupon, Exhibit
22     Blaivas-3, Vollebregt Paper, was
23     marked for identification.)
24         - - -

Page 69

1  BY MR. SNELL:
2      Q.   What was your methodology in
3  selecting this paper?
4      A.   I didn't use a methodology,
5  per se, other than a literature search
6  about -- I was prompted by the Culligan
7  article, which -- and I just looked to
8  see if there was -- I don't remember if
9  this was -- it could have been cited by
10 him, but I just would have asked my
11 assistant to do a search and find these
12 other articles that look at bacterial
13 contamination of wounds and things.
14     Q.   Who is your assistant who
15 would have done these searches for you?
16     A.   Oh, God.  I mean, honestly,
17 there are so many I couldn't -- I
18 couldn't tell you.  Because at the -- we
19 were doing -- we have a lot of different
20 research projects going on, and one of
21 them was on infections, not necessarily
22 mesh infections but just infections.  And
23 I had, you know, had them doing a huge
24 literature search.

18 (Pages 66 to 69)

Jerry G. Blaivas, M.D.

Page 70

1    And what they might have
2 done is they might have been searching
3 something else and come across stuff like
4 this.
5    Q.   I take it you weren't there
6 when they were doing these searches?
7    A.   No.
8    Q.   You don't know the precise
9 methodology these assistants used in
10 caring out the research?
11    A.   I don't think there is --
12    MS. FITZPATRICK: Objection
13 to the term "methodology."
14    THE WITNESS: I'm quite sure
15 there isn't a precise methodology.
16 This was sort of a casual -- a
17 casual request.
18 BY MR. SNELL:
19    Q.   You'll see on the first page
20 of this paper -- this was a paper about
21 prolapse implanted mesh, you understand
22 that?
23    A.   Yes.
24    Q.   Not stress incontinence

Page 71

1 slings, correct?
2    A.   Uh-huh.
3    Q.   Is that a yes?
4    A.   Yes.
5    Q.   On the very first page, on
6 the right column in this paper you cited
7 on infection, it says, Currently, the
8 so-called type 1 macroporous monofilament
9 polypropylene mesh shows the lowest risk
10 of infection and erosion and is,
11 therefore, widely used.
12    Did I read that correctly?
13    A.   I'm sorry, where is it?
14 Yes, I just saw it -- no, I didn't.
15 Where are you?
16    Q.   On the first page.
17    A.   I see where it says that,
18 yes.
19    Q.   And it also says, The use of
20 tension-free Type 1 polypropylene tapes
21 in incontinent surgery has been shown not
22 to be associated with a significant risk
23 of mesh-related infections.
24    Do you see that in this

Page 72

1 paper you cited?
2    A.   Yes, I see it.
3    Q.   And you agree with that
4 statement?
5    A.   No, I agree that that's what
6 the paper says.  I agree that you read it
7 correctly.
8    Q.   Of the polypropylene
9 midurethral slings, is it your
10 understanding that the TVT has been
11 studied the most of all of those slings?
12    A.   I know it was when that
13 last -- that question came up.  But I
14 haven't at looked at it specifically
15 since.
16    I mean, it's in my -- I'm
17 sure part of it is in the mesh review
18 article that we did, but I didn't look at
19 it -- I haven't looked at the data with
20 that in mind, so I really have no comment
21 on it.
22    Q.   You mentioned the mesh
23 review article.
24    And that's the one, Safety

Page 73

1 Considerations for Synthetic Sling
2 Surgery?
3    A.   Yes.
4    Q.   Do you have a copy of that?
5    A.   Not with me.
6    MR. SNELL: Here, I'll give
7 you a copy.
8    MS. FITZPATRICK: Do you
9 have another copy of that?
10    MR. SNELL: I don't think I
11 do, unless Paul does.
12 BY MR. SNELL:
13    Q.   Go to Page 5 of this
14 article.
15    And you're a -- you call it
16 a senior author on this paper?
17    A.   Yes.
18    By Page 5, you -- there's
19 page numbers at the bottom.
20    Q.   Yes, sir.
21    MS. FITZPATRICK: Have you
22 marked this as an exhibit?
23    MR. SNELL: Let's go ahead
24 and mark this as an exhibit.

19 (Pages 70 to 73)

Jerry G. Blaivas, M.D.

Page 74

1            - - -
2        (Whereupon, Exhibit
3    Blaivas-4, Article, Safety
4    Considerations for Synthetic Sling
5    Surgery, was marked for
6    identification.)
7            - - -
8    BY MR. SNELL:
9        Q.   So, Doctor, you're at Page
10   5?
11       A.   I am.
12       Q.   And in your review paper,
13   you wrote -- and I'm on Page 5 at the top
14   paragraph.
15           MS. FITZPATRICK:  When you
16   say Page 5, I start at 481.
17           THE WITNESS:  That's what
18   I'm saying, these are actually
19   numbered 1, 2, 3, 4, 5 and this,
20   for whatever reason, is completely
21   different page numbering.
22           I'm the same as you.
23           MS. FITZPATRICK:  My 485 is
24   your Page 5.  Good enough.

Page 75

1        Thanks.
2    BY MR. SNELL:
3        Q.   It says, We estimate that
4    bowel perforation and serious infections
5    have a combined incidence of about 0.1
6    percent.
7            Correct?
8        A.   Where are you now?
9        Q.   Page 5, top right column.
10       A.   Yes.
11       Q.   And then there are citations
12   to papers numbered 117 to 134, correct?
13       A.   Yes.
14       Q.   And the combined estimated
15   rate of bowel perforation and serious
16   infection, you were referring to
17   synthetic midurethral slings?
18       A.   Yes.
19       Q.   Do you consider a serious
20   infection rate of -- strike that.
21           When you wrote that "we
22   estimate that bowel perforation and
23   serious infections have a combined
24   incidence of about 0.1 percent," did you

Page 76

1    attempt to ascertain what was the rate
2    specific to serious infection?
3        A.   No.  But we decide -- no.
4    But I think that -- no, is the answer to
5    your question.
6        Q.   And when you say "serious
7    infection," what do you mean by that?
8        A.   Really, we were talking
9    about life-threatening sepsis or
10   infections that require -- retropubic
11   infections that are either life
12   threatening or require multiple
13   operations to remove.
14           Some of them were, like,
15   thigh infections -- just for example,
16   thigh infections after transobturator
17   slings were used that required three,
18   four, five operations to deal with the
19   infection and remove the mesh.
20           So these were the most
21   serious infections, is what this was
22   talking about.
23       Q.   0.1 percent, you would
24   consider that rare?

Page 77

1        A.   Yes.
2        Q.   The thigh infection you
3    mentioned with the transobturator slings,
4    is it correct that the retropubic sling,
5    like a TVT, has a lower risk of thigh
6    infection than transobturators?
7        A.   I would say it has no risk
8    of thigh infection, or just about no
9    risk.
10           But, also, there were
11   serious kinds of infections.  Again,
12   life-threatening sepsis are the kinds of
13   things we were talking about, not just --
14   yeah, that's what we were talking about.
15       Q.   On the first page, top
16   right, where it says, Furthermore, an
17   analysis of 7,200 case logs submitted by
18   American urologists for their certifying
19   credentials in 2013, 83 percent of
20   operations performed for incontinence in
21   women were midurethral sling
22   implantations.
23           Is that correct?
24       A.   That's what it says, yes.

20 (Pages 74 to 77)

Jerry G. Blaivas, M.D.

Page 78

1    Q.   Why did you cite to that
2  paper?
3    A.   Why?
4    Q.   Yes.
5    A.   Because it gave some sense
6  of how often midurethral slings --
7  synthetic midurethral slings are done in
8  the U.S.
9    Q.   Is it your understanding
10  that American urologists use more
11  synthetic midurethral slings for the
12  treatment of stress incontinence than the
13  Burch colposuspension?
14    MS. FITZPATRICK:  Objection.
15    THE WITNESS:  Yes.
16  BY MR. SNELL:
17    Q.   Is it your understanding
18  that American urologists use synthetic
19  midurethral slings, like TVT, to treat
20  stress urinary incontinence more often
21  than the autologous pubovaginal slings?
22    A.   Yes.
23    Q.   Is that still true today?
24    A.   I believe so.

Page 79

1    Q.   Do you know the percentage
2  of American urologists who, like you, use
3  the autologous fascial sling as their
4  primary stress incontinence surgery?
5    A.   I do not.
6    MS. FITZPATRICK:  Objection.
7  BY MR. SNELL:
8    Q.   A little further down on
9  that page, it says, Midurethral sling
10  implantation is a minimally invasive,
11  easy to perform procedure that is usually
12  completed in under half an hour, and
13  compared to traditional native tissue
14  repairs enables a much faster recovery,
15  with less postoperative morbidity than
16  either the Burch colposuspension or
17  autologous fascial slings.
18    Do you see that, that you
19  wrote?
20    A.   Yes.  That was perioperative
21  morbidity.  Yes.
22    Q.   And when you wrote that
23  sentence, you were including the TVT
24  Ethicon sling in that consideration?

Page 80

1    A.   Yes.
2    Q.   When you state that the TVT
3  is "minimally invasive," what do you mean
4  by that?
5    A.   Well, you left out the -- I
6  don't know if you left it out, but its
7  predicated by, in theory.  It starts
8  with, The appeal of such procedures is
9  obvious in theory.
10    And I was -- the sentences
11  that you read related to the theory.  So
12  I don't think it's minimally invasive.
13  But that's what it's billed as.
14    Q.   So do you believe that
15  autologous sling is minimally invasive?
16    A.   I do not.
17    Q.   When you use the term
18  "minimally invasive," what do you mean by
19  that?
20    A.   The implication of minimally
21  invasive is that it's -- that it doesn't
22  require a lot of surgery and that it's
23  safe, and that -- the whole context is
24  that it takes a shorter amount of time,

Page 81

1  smaller incision and safe.
2    And the -- and easy to do.
3  And that's what the -- to me, that's what
4  the connotation of minimally invasive is.
5    And I don't think it's that,
6  in taking those things into
7  consideration, that it's minimally
8  invasive; although it does use a smaller
9  incision, it can be done quickly.
10    But I think the potential
11  invasion of the body, when it can cause
12  major complications, makes it not so
13  minimally invasive.
14    Q.   You write --
15    A.   Excuse me, potentially not
16  so minimally invasive.
17    Q.   You write, The effectiveness
18  of this approach remains unchallenged,
19  though.
20    Correct?
21    A.   Correct.
22    Q.   What did you mean by that?
23    A.   I mean, I think the
24  efficacy, every study comparing

21 (Pages 78 to 81)

Jerry G. Blaivas, M.D.

Page 82

1    midurethral -- midurethral slings to the
2    gold standard of at least autologous
3    sling shows comparable efficacy.  And I
4    do believe that that is true, that the
5    chances of a successful outcome with
6    respect to improvement in stress
7    incontinence is comparable.
8         Q.    You write, Numerous trials
9    have shown midurethral slings to be as
10   effective as the autologous fascial
11   sling.
12        And that's what you were
13   just referring to?
14        A.    Yes.
15        Q.    And you also say, And Burch
16   colposuspension.
17        Correct?
18        A.    Yes.
19        Q.    Is that an opinion you hold?
20        A.    No.  I think the Burch -- my
21   own opinion is that the Burch is not
22   as -- is not as effective an operation as
23   the other two.  But it's not -- the
24   peer-review literature does not reflect

Page 83

1    that.
2         Q.    And you say that -- that
3    this is based on moderate and/or high
4    quality of evidence?
5         A.    Yeah.  I think the quality
6    of evidence for efficacy is -- I wouldn't
7    call it high quality, but I think it's
8    much improved over what it used to be.
9         Q.    Well, here you wrote that
10   the quality of evidence was moderate
11   and/or high.
12        Why did you use those terms?
13        A.    Well, this is a bunch of
14   authors here and we agreed on the
15   terminology.  You asked my opinion, and
16   my opinion, I would have been happier
17   with moderate.
18        There is some -- there are
19   some high quality papers and, overall,
20   the quality of the evidence today
21   compared to 20 years ago is much
22   improved.
23        What's lacking, I might add,
24   is that the follow-up is inadequate.

Page 84

1         Q.    What do you mean by that?
2         A.    There aren't good long-term
3    follow ups for these, in my judgment.
4         Q.    You're aware that there are
5    numerous studies that assess TVT at five
6    years or more duration?
7         A.    I'm not.  I'm aware of five
8    studies that -- five studies that go --
9    six studies that go more than five years.
10   And considering that millions of these
11   operations have been done, I don't think
12   a total of -- I think there are -- we
13   found eleven studies of five years or
14   more.  That's hardly numerous studies of
15   long duration.
16        Q.    Who did the search that only
17   came up with these eleven studies of five
18   years of duration or more?
19        MS. FITZPATRICK:  Objection.
20        THE WITNESS:  The actual
21   search was -- the people that did
22   the search were -- the actual
23   search, I mean, the computer
24   search, were Gabe Mekel, Mike

Page 85

1    Stern, Billah and Kola, the middle
2    authors.
3    BY MR. SNELL:
4         Q.    And do you know what
5    methodology they used to try to ascertain
6    how many long-term TVT studies there
7    were?
8         MS. FITZPATRICK:  Objection.
9         THE WITNESS:  We didn't
10   use --
11        MS. FITZPATRICK:  -- to the
12   term "methodology."
13        THE WITNESS:  -- methodology
14   to determine that.  We used
15   methodology to find the studies.
16   Then we found the studies,
17   excluded -- I mean, the
18   methodology is all in the paper.
19        We found a large number of
20   studies.  They had to meet certain
21   criteria for inclusion.
22        And then we had the -- we
23   found the ones that met the
24   criteria for inclusion.  And then

22 (Pages 82 to 85)

Jerry G. Blaivas, M.D.

Page 86

1    we -- and then, thereafter, we
2    narrowed them down to what we
3    thought were acceptable studies,
4    and we came up with those 11.
5    BY MR. SNELL:
6        Q.   Do you consider five years
7    duration or more a long-term study?
8            MS. FITZPATRICK: Objection.
9    BY MR. SNELL:
10       Q.   In the field of stress
11   urinary incontinence clinical literature?
12       A.   No, I don't.  Say that
13   again.  I may have misheard you.  Please
14   repeat the question or read it back.
15       Q.   Let me ask you this, I'll
16   ask it a better way.
17           What do you consider a
18   long-term study that's looking at a
19   stress urinary incontinence surgery?
20       A.   I would want to see about a
21   decade.
22       Q.   How many decade-long
23   prospective clinical studies are there on
24   the pubovaginal sling?

Page 87

1            MS. FITZPATRICK: Can you
2    read that question back?
3                - - -
4            (Whereupon, the court
5    reporter read the following part
6    of the record:
7            "Question:  How many
8    decade-long prospective clinical
9    studies are there on the
10   pubovaginal sling?")
11               - - -
12           MS. FITZPATRICK: Objection.
13           THE WITNESS:  I'm not aware
14   that there are any.  I don't know.
15   BY MR. SNELL:
16       Q.   How many ten-year -- strike
17   that.
18           How many decade-long studies
19   are there that evaluate the pubovaginal
20   sling retrospectively?
21           MS. FITZPATRICK: Objection.
22           THE WITNESS:  I mean, I can
23   make this pretty quick.  I don't
24   think there are any decade-long

Page 88

1    studies, and if there are, there
2    are very, very few.
3    BY MR. SNELL:
4        Q.   Would it be correct that
5    there are more long-term studies for TVT
6    as compared to the pubovaginal autologous
7    sling?
8            MS. FITZPATRICK: Objection
9    to the use of the term
10   "long-term."
11           THE WITNESS:  I am not sure.
12   But there's few -- there are so
13   few of both, from my perspective,
14   to be pretty meaningless.
15           I mean, these are quality --
16   stress incontinence is a
17   quality-of-life operation.  It's
18   done in people mostly in their
19   early 50s who are expected to live
20   to -- nowadays to, probably, 100.
21   And to say that a five-year study
22   is long-term, to me, is not
23   rational.
24           I mean, you -- if you're

Page 89

1    having an operation, you'd want to
2    know that it was going to last
3    more than five years, or at least
4    know how long it's going to last.
5    BY MR. SNELL:
6        Q.   The pubovaginal sling,
7    autologous, has been around since
8    around the first decade of the 1900s, as
9    I understand it.
10           Is that consistent with your
11   knowledge?
12       A.   1900s?  No, no.
13       Q.   1907?
14       A.   No.  That was a very
15   primitive form.  I mean, to -- to preempt
16   your question, I think autologous sling
17   sort of gained momentum in the mid to
18   late 1990s.
19           I mean, before that, it was
20   done almost exclusively for people who
21   were considered hopeless failures of
22   other conditions.
23       Q.   Do you have an understanding
24   or knowledge as to why there are no ten

23 (Pages 86 to 89)

Jerry G. Blaivas, M.D.

Page 90

1    year or more duration studies for the
2    autologous fascial sling?
3         A.    Yeah.  I think prospective
4    studies are really, really hard and
5    expensive to do.  I mean, I think it's a
6    generic problem for anything.  I'm they're
7    very, very hard to do.  No more difficult
8    for the autologous than for the synthetic
9    slings, but.
10        Q.    What is the longest term
11   follow up that you're aware of in the
12   medical literature for the autologous
13   fascial sling?
14        A.    I don't know about the
15   literature, but I have personal follow up
16   of 27 years, a patient that I followed.
17              I think in the literature,
18   if I'm not mistaken, but I could be
19   mistaken, one of my papers has a -- is 15
20   or 20 -- maybe 15-plus year follow up.
21              But, again, it's not on --
22   not a series of 15, but people that were
23   followed that long.  I think -- I don't
24   know, I think -- I don't know of any

Page 91

1    papers that have a minimum follow up of
2    ten years.
3         Q.    Do you know how many
4    randomized control trials have assessed
5    the pubovaginal sling, autologous
6    pubovaginal sling at a duration of five
7    years or more?
8         A.    I don't think there are any.
9         Q.    What are the potential
10   benefits with using a TVT?
11        A.    I missed that one word.
12   What benefit?
13        Q.    The potential benefits from
14   using a TVT.
15        A.    The potential benefits are
16   what I alluded to -- what we alluded to
17   in the paper; that it can be done in a
18   short time with a negligible-sized
19   incision with a -- let me just read it --
20   with a faster recovery and less
21   perioperative morbidity.
22              Those are the theoretic
23   benefits.
24        Q.    Is it desirable to surgeons

Page 92

1    to have shorter operative times?
2         A.    Yes.
3         Q.    Is it desirable for the
4    potential risk to the patient to have a
5    shorter operative time?
6         A.    Only if the shorter
7    operative time is accompanied by other
8    safety features.
9         Q.    Is it correct that the
10   longer a patient is undergoing an
11   operation, there is an increased risk to
12   that patient?
13        A.    In a general way.  But I
14   don't think that applies very much to
15   these operations, because neither -- none
16   of them take a very long time.
17              But, as a general rule, yes.
18   But I don't know that the difference
19   between a half hour and an hour
20   and-a-half makes any difference.
21        Q.    Is it desirable to surgeons
22   doing stress incontinence surgery to use
23   the smallest incision as possible to
24   accomplish the job?

Page 93

1              MS. FITZPATRICK:  Objection.
2              THE WITNESS:  Yes, if it
3    accomplishes the job without
4    increased attendant risks because
5    it is small.
6    BY MR. SNELL:
7         Q.    Earlier, you testified, and
8    you, I believe, wrote this in your
9    report, that you recognize that the
10   efficacy of, like, the TVT is on par with
11   the pubovaginal sling, correct?
12        A.    Correct.
13        Q.    How does the TVT work as
14   well as a pubovaginal sling?
15        A.    I'm not sure I understand
16   the question.
17        Q.    How is it that the TVT
18   works, it has the comparable same
19   efficacy as the autologous pubovaginal
20   sling?
21              MS. FITZPATRICK:  Objection
22   to form.
23              THE WITNESS:  Because it's a
24   very similar mechanism of action,

24 (Pages 90 to 93)

Jerry G. Blaivas, M.D.

Page 94

1    it's just replacing the sling
2    with -- the autologous sling with
3    synthetic.
4          So -- I'm not sure I
5    understand your question.  Unless
6    I just answered it.
7  BY MR. SNELL:
8        Q.    You did.
9          I believe in this paper, the
10   citation we were just looking at, Number
11   8 is Ogah -- Ogah Cochrane review.
12         That's a paper you've read?
13       A.    Yes, I have.
14       Q.    What level of evidence is
15   an -- what level of evidence is a
16   Cochrane review?
17       A.    Well, a Cochrane -- I need
18   to see the paper to remind me.  But,
19   basically, they classify --
20       Q.    Actually, I have the one you
21   cite.  I'm sorry, I didn't mean to talk
22   over you.  Let's mark this, so you can
23   have it.
24              - - -

Page 95

1          (Whereupon, Exhibit
2      Blaivas-5, Ogah Cochrane Review,
3      was marked for identification.)
4              - - -
5  BY MR. SNELL:
6        Q.    So Citation Number 8 in your
7    paper is this Cochrane review, the short
8    version Cochrane review from 2011 by
9    Ogah, Cody and Rogerson?
10       A.    Yes.
11       Q.    So what level of evidence is
12   a Cochrane review, such as the Ogah paper
13   you cited?
14       A.    I'm looking to try to see.
15         This states that they did --
16   they reviewed 62 trials and that the
17   quality of evidence was moderate for most
18   trials.
19       Q.    Have you heard of the Oxford
20   Levels of Evidence Pyramid?
21       A.    I'm not familiar with the
22   particulars.
23       Q.    Well, do you know what the
24   levels of evidence are as it pertains to

Page 96

1    the medical literature?
2        A.    Only in a very, very general
3    way.  I don't -- I mean --
4        Q.    Do you understand systematic
5    reviews --
6        A.    Again, in a general way.
7        Q.    -- and Cochrane reviews to
8    be a higher level of evidence than
9    individual randomized control trials or
10   not?
11       A.    I understand that they're
12   perceived that way, but I personally find
13   sort of intellectual and methodological
14   flaws in the reasoning.  The practical
15   application of those things.
16         So I understand it in
17   concept, but I don't agree with all of
18   them.
19       Q.    Do you believe that
20   randomized control trials are, in
21   general, a higher level of evidence than
22   retrospective cohort studies?
23       A.    I think it depends upon the
24   level of the -- it depends on the metrics

Page 97

1    of the outcome tools.
2          So as a general rule, I
3    can't answer that question because you
4    can have a very, very high quality
5    randomized trial, but the outcome
6    measures may not be sufficient to answer
7    the questions adequately.
8          And I think -- I'm not
9    nitpicking, I think that's a common
10   problem in the medical literature.  This
11   is coming from someone that was the
12   editor in chief of a major journal for 25
13   years or so.  So it's not a -- it's not a
14   callous statement.
15       Q.    Have you read the most
16   recent Cochrane review that came out this
17   summer by Cody?
18       A.    I don't know if I did or
19   not.
20       Q.    How would you characterize
21   the overall quality of evidence for
22   autologous pubovaginal slings?
23         MS. FITZPATRICK:  Objection.
24         THE WITNESS:  I would say

25 (Pages 94 to 97)

Page 98

1    moderate to poor at best, or poor
2    to moderate at best.  I think
3    there are some studies -- well,
4    you asked me in general.  In
5    general, I would say poor.
6  BY MR. SNELL:
7        Q.    You were one of the members
8    who was involved in evaluating the
9    medical literature in connection with the
10   American Urological Association's most
11   recent stress incontinence guidelines,
12   correct?
13       A.    I was.
14       Q.    And in connection with the
15   formulation of the -- can I call them AUA
16   guidelines?
17       A.    Sure.
18       Q.    In connection with the
19   formulation of the AUA guidelines, did
20   you assess the overall quality of the
21   medical literature?
22       A.    We did.
23       Q.    In the assessment of the
24   overall quality of the medical literature

Page 99

1    for the AUA guidelines that you
2    participated in, did you and the other
3    authors of that guideline take an
4    evidence-based approach to your analysis?
5        A.    We did.
6        Q.    And what is taking an
7    evidence-based approach to an analysis of
8    stress urinary incontinence surgeries?
9        A.    Well, we needed to -- the
10   mandate we were given was to use an
11   evidence-based approach which had
12   specific guidelines and requirements for
13   each of the things that we did.  So the
14   short answer is yes.
15       Q.    And one of the conclusions
16   of the AUA stress incontinence guidelines
17   that you participated in was that the
18   polypropylene midurethral slings, like
19   TVT, were a suitable surgical option for
20   stress urinary incontinence, correct?
21       A.    That's correct.
22             But another conclusion was
23   that the quality of evidence, overall,
24   was very poor.

Page 100

1        Q.    And that's across the board?
2        A.    Yes.  I'm sorry to say.  But
3    it calls into question all of the claims.
4        Q.    Have you ever -- I don't
5    know if I asked you this question
6    specifically.  I don't think I did.
7             Have you ever done an
8    analysis by which you have attempted to
9    ascertain the number and body of
10   literature on, specifically, the TVT
11   Ethicon retropubic device?
12       A.    Separately?
13       Q.    Yes, sir.
14       A.    No.
15             Although, in fairness,
16   particularly in the early part of the
17   century, for a long time, for part of
18   that, the TVT was the only retropubic
19   device.  So, by default, you know, most
20   of the studies would have been on that.
21       Q.    For the retropubic sub --
22   strike that.
23             For the retropubic
24   midurethral slings, it's your

Page 101

1    understanding that if you look at the
2    volume of published clinical studies on
3    TVT, it is far beyond that published on
4    other retropubic slings that use
5    polypropylene?
6        A.    You know, that's my general
7    impression, but I couldn't get more
8    specific than that.  And within the more
9    current literature, I don't even know if
10   that's true.  I just didn't separate it
11   out in my mind like that.
12       Q.    Do you view all midurethral
13   slings as being the same in your mind?
14       A.    No, not at all.  I mean, I
15   think they have particular -- you know,
16   there are different ergonomics of trocar
17   passing that is different, sling
18   compositions and -- yeah.  I mean, just
19   those two things alone, I think, are very
20   important.
21             But, I should say, there's
22   enough in general that they are more
23   alike than they are dissimilar.
24       Q.    And the Ogah Cochrane review

26 (Pages 98 to 101)

Jerry G. Blaivas, M.D.

Page 102

1  you were just looking at the results --
2      A.  Uh-huh.
3      Q.  -- where you talked about
4  the quality of evidence.
5          The next sentence says,
6  Minimally invasive synthetic suburethral
7  sling operations appear to be as
8  effective as traditional suburethral
9  slings.
10         Do you see that?
11         MS. FITZPATRICK:  Sorry,
12     where are you again, Burt?
13         THE WITNESS:  Yes, I do.
14         MS. FITZPATRICK:  Okay.
15  BY MR. SNELL:
16     Q.  But with shorter operating
17  time and less postoperative voiding
18  dysfunction and de novo urgency symptoms.
19         Do you see that?
20     A.  That's what it says.  I
21  don't agree with those conclusions, but
22  that's what it says.
23     Q.  And the methodology used in
24  the Cochrane review, they found eight

Page 103

1  trials that met their methodology, do you
2  understand that, on that point?
3      A.  Yes.
4      Q.  Do you disagree that in
5  those eight trials that the synthetic
6  midurethral sling showed less
7  postoperative voiding dysfunction than
8  the traditional suburethral sling?
9      A.  I mean, I'd need to see the
10  data more.  But if you look at -- just,
11  for example, if -- I'm just reading
12  something here.
13         I mean, they cite -- I'd
14  have to see the data.  I don't know.
15         But I don't agree with those
16  findings, no matter -- let me just look
17  at this for a second.
18         I'm going to retract my
19  statement.  I'd have to look at this in
20  more detail to answer your question.
21         I agree with the first part,
22  that they're just as effective.  I
23  don't -- and the less postoperative
24  voiding dysfunction, I mean, I think this

Page 104

1  is combining transobturator with
2  retropubic slings, the sentence you just
3  read.
4          So I'd really need to look
5  in more detail about it, to determine
6  whether or not -- what my answer is.
7      Q.  In your AUA guidelines for
8  stress urinary incontinence, you found
9  less voiding dysfunction and urge
10  symptoms --
11     A.  I think that was --
12     Q.  Let me just get the question
13  out.
14     A.  Yes.
15     Q.  -- with the midurethral
16  slings than you did with the traditional
17  autologous slings that were not anchored
18  to the bone, correct?
19     A.  That conclusion was based on
20  historical studies versus modern studies.
21         So the difference is there
22  weren't any contemporaneous -- there were
23  few contemporaneous studies in there.  So
24  they were comparing the way we do

Page 105

1  midurethral slings now, which is with
2  tension free, with the way they did
3  autologous slings in the '80s -- in the
4  '80s and '90s, which was not tension
5  free.  There were many surgeons who
6  thought, in those days, that an
7  autologous sling needed to be placed with
8  tension.
9          So I think, to me, it was
10  comparing apples and oranges.  So I
11  don't -- and the -- I believe the current
12  studies that used appropriate and
13  comparable techniques would find that
14  there's probably no difference.  In fact,
15  in my judgment, I think properly done
16  autologous studies of the bladder neck
17  actually have less of those complications
18  than midurethral slings.  But few people
19  do the surgery that way.
20     Q.  But the answer to my
21  question is, yes, that was a finding in
22  the AUA guidelines?
23     A.  Yes, I said that.  I did
24  answer that.

27 (Pages 102 to 105)

Jerry G. Blaivas, M.D.

Page 106

1    Q.   And when you mention current
2  studies on the autologous fascial sling,
3  what current studies are you referring
4  to?
5    A.   I mean, there was just a
6  study by -- I don't remember who the
7  primary author was, the first author was.
8  But there was a study by Roger
9  Dmochowski's group.  There's a study by
10  Eric Rovner comparing synthetic slings
11  to -- synthetic slings to autologous
12  fascia slings.
13    And my recollection is that
14  the findings were comparable.  But I
15  would really -- I would need to see those
16  papers to answer your question.  I mean,
17  to answer with certainty.
18    Q.   You didn't cite to Dr.
19  Dmochowski's paper or Eric Rovner's paper
20  in your expert report, correct?
21    A.   No.
22    Q.   I'm not correct?
23    A.   Correct, yes.
24    Q.   Oh, thank you.

Page 107

1    A.   I thought you said you
2  didn't.  Oh, okay.
3    Q.   Let's just -- we have a
4  double negative and that's my bad.
5    How about we make it this
6  way:  Did you cite to either Dr.
7  Dmochowski's paper or Dr. Rovner's paper
8  in your expert report?
9    A.   I did not.
10    Q.   Thank you.
11    MR. SNELL:  Let's take a
12  break.
13    - - -
14    (Whereupon, a brief recess
15  was taken.)
16    - - -
17  BY MR. SNELL:
18    Q.   In your paper that was
19  published this year on midurethral
20  slings, we were discussing the long-term
21  studies that were found, correct?
22    A.   Yes.
23    Q.   Table 1 says, Long-term
24  follow-up duration of more than five

Page 108

1  years, studies --
2    A.   Yes.
3    Q.   -- of midurethral slings
4  effectiveness.
5    Do you see that?
6    A.   Yes, I do.
7    Q.   So there are 11 studies
8  mentioned here in Table 1, correct?
9    A.   Correct.
10    Q.   Were there more than 11
11  studies found that fulfilled these
12  criteria of a follow-up duration of five
13  years or more but for some reason did not
14  make it into Table 1?
15    MS. FITZPATRICK:  Objection.
16    THE WITNESS:  I honestly
17  don't know.  I don't think so, but
18  I don't know for sure.  I could
19  find out.
20  BY MR. SNELL:
21    Q.   The sixth paper down is a
22  paper by Serati, 2013.
23    A.   Yes.
24    Q.   It looks like that involved

Page 109

1  transobturator slings.
2    Do you see that?
3    A.   Correct.
4    Q.   And that had a duration of
5  follow up of 60 months?
6    A.   Yes.
7    Q.   Were you aware that there's
8  a paper by Serati on the TVT retropubic
9  device with a follow up of greater than
10  ten years using very similar methodology
11  to this paper that you cite regarding
12  transobturator slings?
13    MS. FITZPATRICK:  Objection
14  to form.
15    THE WITNESS:  No.
16  BY MR. SNELL:
17    Q.   That's a paper you've never
18  read?
19    MS. FITZPATRICK:  Objection
20  to form.
21    Can you identify the paper
22  specifically for him?
23    MR. SNELL:  Yes.
24  BY MR. SNELL:

28 (Pages 106 to 109)

Jerry G. Blaivas, M.D.

Page 110

1    Q.   The ten-year plus Serati
2  paper on the TVT retropubic device, is
3  that a study you've read?
4    A.   No.
5        MS. FITZPATRICK:  Do you
6    have a copy of it?  Or a cite to
7    it or something like that so we
8    have a clear record of what we're
9    talking about?
10       MR. SNELL:  I'm sure we can
11   get a cite.
12       THE WITNESS:  Or the year it
13   was published?
14       MS. FITZPATRICK:  Or a copy
15   of the paper, too.
16       MR. SNELL:  I'm not going to
17   ask him about something he hasn't
18   read, so --
19       MS. FITZPATRICK:  I just
20   want to make sure that you're both
21   talking about the same thing.  So
22   he needs to see what the paper is
23   and say, yes, I've read it or no,
24   I haven't.

Page 111

1        THE WITNESS:  Can you repeat
2    that?
3        MS. FITZPATRICK:  I said I
4    want him to show you the article
5    so you can say yes, I've read it
6    or no, I haven't, instead of just
7    asking.
8  BY MR. SNELL:
9    Q.   In Table 1, there is no
10 ten-year TVT study, we can agree on that,
11 correct, by Serati at all?
12   A.   Correct.
13   Q.   And you don't know whether
14 whoever did the searches came across it
15 and purposely did not put it in there for
16 some reason or another?
17       MS. FITZPATRICK:  Objection.
18       THE WITNESS:  It is -- I
19   would think that's highly, highly
20   unlikely that they came across it
21   and didn't include it.
22       I mean, I don't know, it
23   might have not met our search
24   criteria.  I don't know.

Page 112

1  BY MR. SNELL:
2    Q.   Doctor, I don't have a
3  printout, but I'll show it to you.
4  Tension-free Vaginal Tape for the
5  Treatment of Urodynamic Dynamic Stress
6  Incontinence:  Efficacy and Adverse
7  Effects at 10-Year Follow Up, published
8  in the European Urology Journal, Volume
9  61, 2012.
10       Have you read that study?
11   A.   Can I see it?
12       MS. FITZPATRICK:  Can we get
13   a printout of that?
14       MR. ROSENBLATT:  Yes.
15       MS. FITZPATRICK:  That would
16   be great.  Thanks.
17 BY MR. SNELL:
18   Q.   Can I come look over your
19 shoulder, because I don't have a copy
20 either?
21   A.   Sure.
22       Do you know why it's doing
23 that?
24   Q.   I think the connection is

Page 113

1  very slow.
2    A.   Oh, you're getting this off
3  the --
4    Q.   Yes.  It's off the Internet.
5    A.   This is what I want to see.
6        No, I don't remember seeing
7  that.  And I want to just check one thing
8  here.
9        MR. SNELL:  Do you have a
10   copy of this paper, Paul?
11       MR. ROSENBLATT:  No.  I can
12   get one made.
13       MR. SNELL:  We'll come back
14   to that, Doctor.
15       THE WITNESS:  Okay.
16 BY MR. SNELL:
17   Q.   As far as you recall, you
18 don't remember reading that ten-year
19 paper by Serati at all?
20   A.   No.  Which doesn't mean I
21 haven't seen it.  And I may have it -- I
22 may have seen it.
23   Q.   If you'd go to Page 4.
24   A.   May I just take one second?

29 (Pages 110 to 113)

Jerry G. Blaivas, M.D.

Page 114

1    Q.   Let's go off the record,
2    then.
3              - - -
4         (Whereupon, a discussion off
5    the record occurred.)
6              - - -
7         THE WITNESS:  In the Nature
8    review article, we originally
9    included the methodology by which
10   we selected and rejected papers
11   and in the -- sorry.
12        I just -- we can go off the
13   record now.  They moved it.
14        What I was going to say is
15   that --
16        MS. FITZPATRICK:  This
17   should be on the record.
18        THE WITNESS:  I was looking
19   for the search criteria, and the
20   editors took it out of the method
21   section.  And I just realized they
22   put it in a box on the side.  So
23   I'd like to refresh my memory and
24   look at it.

Page 115

1    BY MR. SNELL:
2         Q.   You're looking at the last
3    page of --
4         A.   Page 21.
5         Q.   Correct.
6              The last page of the paper,
7    before the references?
8         A.   Yes.
9         Q.   Under the color box that
10   says, Review criteria?
11        A.   Yes.
12             We're on the record?
13        Q.   Yes.  We're on the record.
14        A.   Unfortunately, they edited,
15   because of their journal guidelines, to
16   the point where I can't find the
17   information that I need to see whether or
18   not I would have seen that article or
19   rejected it or not.
20             So I will not have an
21   independent recollection of whether I saw
22   it or not.
23        Q.   Just so we can agree,
24   though, it says, This says a search was

Page 116

1    done and they used terms, TVT
2    tension-free vaginal tape, tension free
3    vaginal sling.
4         Correct?
5         A.   Correct.
6         Q.   And the search was done,
7    limited to human patients, clinical data,
8    correct?
9         A.   Correct.
10        Q.   And this review was done in
11   August 2014?
12        A.   Correct.
13        Q.   And we just looked at the
14   Serati ten-year TVT study, and in the
15   title, it talks about tension-free
16   vaginal tape, correct?
17        A.   Correct.
18        Q.   And it was published in a
19   well-respected European urology journal
20   in 2012.
21             We saw that, right?
22        A.   Correct.
23        Q.   And it was in human women
24   with ten years or more duration of

Page 117

1    follow-up, correct?
2         A.   Well, I haven't seen -- I
3    saw the title.  I didn't read the -- look
4    at the paper.  But in the title it says
5    ten years, yes.
6         MS. FITZPATRICK:  If you're
7    going to ask him questions about
8    the article specifically, can we
9    get a copy?
10        MR. SNELL:  I'm going to get
11   a copy.
12   BY MR. SNELL:
13        Q.   But as you sit here, you
14   have no idea, then, why that paper did
15   not make it into the table that you
16   reported in your article of long-term
17   five-year studies?
18        A.   That's correct.
19        Q.   And there very well could be
20   other studies of five-years duration, or
21   more, with the TVT that, for reasons
22   unbeknownst to you, do not show up in
23   that table, correct?
24        MS. FITZPATRICK:  Objection.

Jerry G. Blaivas, M.D.

Page 118

1    Misstates the testimony.
2        THE WITNESS: Since we found
3    one, it's possible there's
4    another, sure.
5    BY MR. SNELL:
6    Q.   Right above where you were
7    looking in your article --
8    A.   I'm sorry, on Page -- the
9    last page?
10   Q.   Page 21 in your conclusion
11   section.
12   A.   Yes.
13   Q.   It says, We calculated --
14   I'm right here.
15   A.   I see where you are.
16       MS. FITZPATRICK: Can I see?
17   Where are you?
18   BY MR. SNELL:
19   Q.   We calculated the overall
20   risk of a serious complication or
21   surgical failure to be 12.5 percent.
22   A.   Yes.
23   Q.   That's what you wrote in the
24   paper, correct?

Page 119

1    A.   Yes.
2    Q.   Do you stand by that number
3    today?
4    A.   I'm not -- I stand by a
5    number close to that. We did the
6    calculations a couple of different ways,
7    and I would say it's somewhere between
8    12.5 and 15 percent, as a minimum. So
9    that's in the same ballpark.
10       I noticed, in my review,
11   that they -- I don't know if it was a
12   typo or what, but one of the numbers was
13   off by a percentage. And let me just see
14   if I can find it.
15       It says -- the 5.6 percent,
16   we have calculated the minimum risk for
17   revision surgeries for erosion and
18   obstruction alone was 5.6 percent. I
19   think it was 4-point something.
20       These are small differences
21   that don't have a consequence in the
22   overall interpretation, but there's a
23   discrepancy between that number and a
24   number in the -- in the result section

Page 120

1    and in the abstract that I think may have
2    been a typo, but I'm not sure.
3        So I stand by the 12.5 to 15
4    percent as a minimum.
5    Q.   I'm going to ask you a
6    hypothetical.
7        Would it concern you if
8    there were more than ten other TVT
9    retropubic studies with five-years
10   duration or more that you did not include
11   in that table in your review article?
12       MS. FITZPATRICK: Objection.
13       THE WITNESS: I would want
14   to see them. But it -- it would
15   concern me in terms of trying to
16   find out why our methodology
17   didn't pick them up.
18       But I don't think it would
19   concern me with respect to the
20   overall conclusions simply because
21   five more or ten, more or less, is
22   just infinitesimally a small
23   number compared to a denominator
24   of millions and millions --

Page 121

1    millions of patients that have had
2    slings. So if you add another 500
3    or 1,000 patients with almost
4    uniformly poor metrics in looking
5    at complications, this paper is
6    about complications, virtually --
7    we couldn't find any paper that
8    had a good metric for
9    prospectively looking at
10   complications.
11       So I find that, in my own
12   opinion, the literature is so poor
13   with respect to documenting
14   complications that it would not
15   concern me if we missed another
16   ten papers, except for my own --
17   the integrity of our own research
18   process and wanting to figure out
19   why.
20   BY MR. SNELL:
21   Q.   You're assuming that those
22   ten or more papers, hypothetically that
23   you would have missed, would not have
24   methodologically assessed complications?

31 (Pages 118 to 121)

Jerry G. Blaivas, M.D.

Page 122

1     MS. FITZPATRICK:  Objection.
2     THE WITNESS:  In a rigorous
3  enough way to allow me -- to allow
4  a scientific observer or
5  investigator to make conclusions
6  about the incidence and
7  consequences of complications.
8  BY MR. SNELL:
9     Q.   Turn to Page 11 of your
10  review article.
11     MS. FITZPATRICK:  Can I see
12  what it looks like, Burt, because
13  I have the different numbering.
14     MR. SNELL:  The very bottom
15  says, Mesh erosion in the bladder.
16  The bottom right says, Mesh
17  erosion in the bladder.
18     THE WITNESS:  Yes.
19     MS. FITZPATRICK:  Okay,
20  great.  Thanks.
21  BY MR. SNELL:
22     Q.   Over the left side.
23     A.   Of the same page?
24     Q.   Same page.  Towards the

Page 123

1  bottom where you're talking about
2  different types of mesh.
3     Do you see that?
4     A.   I do.
5     Q.   You wrote, Type I (knitted
6  monofilament and macroporous
7  polypropylene mesh) is currently
8  considered to be the optimal SMUS -- and
9  that's midurethral sling abbreviated?
10     A.   Yes.
11     Q.   -- mesh material owing to
12  its large pore size greater than 75
13  microns.
14     Correct?
15     A.   Correct.
16     Q.   A mesh with a pore size of
17  75 microns or -- strike that.
18     A mesh with a pore size of
19  greater than 75 microns is considered
20  macroporous?
21     A.   It is.  But some people
22  think it should be larger than that now.
23  But, yes.
24     Q.   And it says, It facilitates

Page 124

1  infiltration of macrophages and
2  fibroblasts, promotes neovascularity and
3  tissue ingrowth, and minimizes the
4  likelihood of infection.
5     That's what you wrote,
6  correct?
7     A.   Correct.
8     Q.   And the TVT is a knitted
9  monofilament macroporous polypropylene
10  mesh, correct?
11     A.   Correct.
12     Q.   And in the next -- and
13  actually you cite to PROLENE® in your
14  paragraph there, correct?
15     A.   Yes.
16     Q.   And in the next paragraph,
17  you talk about how several manufacturers
18  have designed lightweight meshes.
19     Do you see that?
20     A.   Yes.
21     Q.   Of decreased density with
22  smaller fiber diameter and larger pores
23  with the intention of
24  preventing stiffness, contraction and

Page 125

1  mesh shrinkage.
2     You wrote that, correct?
3     A.   Correct.
4     Q.   And then you went on to
5  state, Several published studies purport
6  some benefit of these new materials in
7  patients requiring inguinal hernia
8  repair.
9     Do you see that?
10     A.   Yes.
11     Q.   However, all of the studies
12  involve small numbers of patients with
13  limited follow-up duration, thus
14  precluding any meaningful conclusions.
15     That's what you wrote,
16  correct?
17     A.   Yes.
18     Q.   And did you find, in doing
19  any searches, the use of these lighter
20  weight meshes used in women with stress
21  urinary incontinence demonstrating any
22  type of meaningful conclusion?
23     A.   I don't have an independent
24  recollection of that.

32 (Pages 122 to 125)

Jerry G. Blaivas, M.D.

Page 126

1    Q.    At the top of the next page,
2  it says, Amid Type II mesh (monofilament
3  and microporous) has pores less than 10
4  microns in diameter.
5        Right?
6    A.    Correct.
7    Q.    And it says, That are large
8  enough to allow bacterial infiltration
9  but too small for macrophage
10  infiltration, thus infection is more
11  probable and tissue ingrowth is impeded.
12        Correct?
13    A.    Correct.
14    Q.    That's one of the potential
15  risks of using an Amid Type II mesh?
16    A.    Yes.
17    Q.    And a little further down,
18  you say, Type II to IV meshes, including
19  PTFE mesh, silicone-coated polyethylene
20  or polyester and nonknitted, nonwoven
21  mesh such as ObTape and Uratape have been
22  documented to have a much higher
23  incidence of erosion, 16 to 25 percent,
24  compared with that of Type I meshes (zero

Page 127

1  to 10 percent.)
2        Correct?
3    A.    Yes.
4    Q.    And that's -- and then you
5  list numerous citations after that,
6  correct?
7    A.    I do, or we do.
8    Q.    In your opinion, should
9  Ethicon's TVT device be significantly
10  changed or modified in its design?
11    A.    Yes, I -- let me think about
12  that for a second.
13        Yeah.  I would say yes.
14  When I say yes, I'm talking about the
15  mesh and the kit, and the implantation
16  kit.
17    Q.    And how should it be
18  significantly changed or modified in
19  design?
20    A.    Well, I have -- I mean,
21  these are personal -- you're asking a
22  personal opinion now.
23        And my personal opinion is
24  that the -- to start with, the technique

Page 128

1  of passage, the way they are designed for
2  passing the trocar is seriously flawed
3  and based on a theory that is just
4  incorrect.  And I think that the surgical
5  technique can and should be changed in a
6  way that I believe would make it much
7  safer, in terms of passage of the
8  instrument and avoiding the bladder and
9  urethra.
10        So I would change the trocar
11  design.  And I would change the, certain
12  aspects of the recommended surgical
13  technique.  And the two things together,
14  I think, could make it much safer.
15        And, yes, I think the mesh
16  should be designed in a way that reduces
17  the possibility of chronic inflammation
18  and erosion and scar contraction.
19    Q.    With regard to the trocar
20  design, what would you change about it?
21    A.    I'm not sure this is the
22  proper venue for me to be redesigning
23  their equipment.  I mean, I don't think I
24  can say in words very succinctly what

Page 129

1  needs to be done.
2        I'd need to -- I told you
3  the general things, the general concerns
4  that I have about it.  I mean, I'm happy
5  to if you want me to continue, but
6  without a -- it would be -- I hadn't ever
7  thought about doing this in public.  But,
8  I mean, this is my opinion.
9        MS. FITZPATRICK:  And I'm
10      going to object to this whole line
11      of questioning as beyond the
12      scope.
13        But go ahead, if you'd like.
14        THE WITNESS:  Do I answer?
15        MS. FITZPATRICK:  Yeah.
16        MR. SNELL:  Yes.
17        THE WITNESS:  So I think
18  that the technique that I use for
19  the autologous fascial sling, I've
20  done over -- you know, well over
21  2,000.  And with a couple of
22  exceptions, I've never damaged the
23  bladder or urethra, never
24  perforated the bladder or urethra,

33 (Pages 126 to 129)

Jerry G. Blaivas, M.D.

Page 130

1  except for a couple of patients
2  that had multiple, multiple
3  operations of synthetic slings in
4  the same place.
5      And the reason is, to start
6  with, the technique requires,
7  without exaggeration, an extra
8  maybe five minutes of dissection.
9  And if you dissect into the
10  retropubic space and put your
11  finger in the retropubic space
12  protecting the -- protecting the
13  bladder and urethra, then you can
14  pass the instrument from above
15  instead of through the vagina and
16  you're not doing it in a blinded
17  fashion and you would completely
18  protect the bladder and urethra.
19  And in my estimation, you should
20  almost never get into the bladder
21  or urethra.
22      And, again, I've never done
23  it, and it's never been -- except
24  for these, I think, two instances.

Page 131

1  So that would eliminate a major
2  cause, in my judgment, of
3  subsequent erosion.
4      I cited a paper in there,
5  again, by -- I think this was by
6  Osborn, where there's a 26-fold
7  increase, 26-fold increase in the
8  likelihood of subsequent erosion
9  into the vagina or the bladder in
10  patients who have had a
11  perforation of the bladder or
12  urethra at the time of the
13  original surgery.
14      And, again, in my opinion
15  this is 100 percent, or
16  practically 100 percent
17  preventable. So that's the
18  surgical technique, which is part
19  of the -- you know, part of the
20  procedure.
21      The second thing is, it
22  makes little sense to me to use
23  this, you know, bottoms-up
24  approach. The bottoms-up approach

Page 132

1  that they use with the trocar
2  passage precludes any protection
3  of the bladder or urethra.
4      You just have to, for
5  practical purposes, hope that you
6  don't put the trocar into the
7  bladder, the urethra or, even
8  worse, the iliac artery of the
9  obturator, all of which -- every
10  one of those complications has
11  occurred.
12      And, in my judgment,
13  virtually never occurs, not once,
14  if you use the top-down approach.
15  I think it's not physically
16  possible.
17      So that's the second point
18  that I would change.
19      And the third point is that
20  the trocar itself is too big, too
21  thick and too pointed. You know,
22  that trocar gets -- it's very easy
23  to do significant damage to the
24  adjacent structures if the trocar

Page 133

1  goes in the wrong place.
2      So if you use a much smaller
3  trocar -- I mean, I alluded to the
4  fact before that I use a Stamey
5  needle, which is very thin and
6  very unlikely to do any major
7  damage. And if you pass it from
8  above to below, the chances of
9  injuring any adjacent organ is as
10  close to zero as you can get.
11      That's it.
12  BY MR. SNELL:
13      Q.  With regard to your
14  statement that you would dissect more
15  into the retropubic space --
16      A.  Yes.
17      Q.  -- what are the risks
18  attendant with doing more dissection and
19  deeper dissection into the retropubic
20  space?
21      A.  I don't think -- I don't
22  think there's any. I mean, you're
23  doing -- you're doing with your finger
24  exactly the same thing that you're doing

34 (Pages 130 to 133)

Jerry G. Blaivas, M.D.

Page 134

1  with a big blunt -- a big sharp
2  instrument.
3         So whether you do it with
4  your finger or an instrument, you are
5  still going into the same place. I don't
6  think there's any more hazard. I think
7  there's less hazard.
8         That might not have been
9  your question. Was the question the
10  hazards or additional risks?
11     Q.   Yeah, what's the -- are
12  there additional risks by doing a larger
13  dissection deeper into the retropubic
14  space?
15     A.   I think there are less
16  risks.
17     Q.   Does a larger incision have
18  a higher risk of erosion?
19     A.   Yes, it probably does. But
20  this isn't a larger incision.
21     Q.   Are you saying the TVT
22  trocar is equivalent in size to your
23  finger, and the incision -- strike
24  that -- the dissection you would make up

Page 135

1  into the retropubic space?
2     A.   Yeah, I don't -- we're
3  talking about such a small incision that
4  it's inconceivable to me that it would
5  make much difference.
6         I would have to check my
7  finger against the size of the trocar,
8  but it's not very different. And my
9  finger doesn't have a point at the end of
10  it.
11     Q.   Are there any clinical
12  studies using midurethral slings that
13  evaluate whether less dissection --
14  strike that.
15         Are there any clinical
16  studies in midurethral slings that
17  demonstrate that there is less risk when
18  you do a larger dissection into the
19  retropubic space?
20     A.   I don't know.
21     Q.   You mentioned the -- you
22  would prefer to do a top-down approach as
23  opposed to a bottom-up approach?
24     A.   Well, yeah. Your specific

Page 136

1  question was, how do I think it could be
2  improved. And I think that would be a
3  great improvement.
4     Q.   Do you know whether or not a
5  top-down approach for TVT was ever
6  offered or made available to surgeons?
7     A.   I think -- no, I don't have
8  an independent recollection.
9     Q.   Do you know whether your
10  opinion that proceeding from the top down
11  as opposed to bottom up would lead to
12  less risk of urethral perforation and
13  other complications been has tested in
14  any randomized control trials?
15     A.   The technique that I'm
16  talking about has not, to my knowledge,
17  been done for this, so it hasn't been
18  tested.
19         But it's been done thousands
20  of times by me and other people that do
21  autologous slings.
22     Q.   Do you have that Ogah
23  Cochrane review that we were looking at
24  earlier that you cited in your review

Page 137

1  paper?
2     A.   Yes.
3         MS. FITZPATRICK: Which one
4  is this?
5  BY MR. SNELL:
6     Q.   What exhibit is that,
7  Doctor, the number?
8     A.   Exhibit 5.
9     Q.   You see this Ogah Cochrane
10  review you cite to? I just want to show
11  you where I'm at.
12     A.   Yes.
13     Q.   They did assess a
14  bottom-to-top route compared with a
15  top-to-bottom route, correct?
16     A.   Yes.
17     Q.   And they found the
18  bottom-to-top route -- and that's the TVT
19  retropubic route, correct?
20     A.   Yes.
21     Q.   -- was more effective than a
22  top-to-bottom route, correct?
23     A.   That's what it says.
24         But if you look at the -- I

35 (Pages 134 to 137)

Jerry G. Blaivas, M.D.

Page 138

1   mean, the actual relative risk was so
2   negligible, number one.
3            Number two, this is not the
4   technique I'm talking about.  You asked
5   me what I recommended as a change, and
6   then you're asking me to compare that to
7   another technique which I don't
8   recommend.
9        Q.   What I'm asking you is, with
10  regard to the medical literature that's
11  evaluated, whether going bottom to top is
12  better or worse than going top to bottom,
13  the Ogah Cochrane review that you cited
14  to in your review paper says that the
15  retropubic bottom-to-top route used by
16  TVT was more effective than the
17  top-to-bottom, correct?
18       A.   It does say this, but it's
19  also quite minimal.  I mean, a relative
20  risk of 1.1 is practically the same.  It
21  may have statistical significance, but
22  it's underwhelming.
23            So I answered your question.
24       Q.   And the retropubic TVT

Page 139

1   bottom-to-top route also incurred
2   significantly less voiding dysfunction,
3   bladder perforations and tape erosions
4   than the top-to-bottom route, correct?
5        A.   Yeah, the tape erosions make
6   sense, because you're doing it under
7   direction vision.  But the rest of the
8   stuff is, again, relative risk, again, of
9   1.1.
10            I mean -- and these
11  differences -- I mean, the differences,
12  even though they may be statistically
13  significant, are very unimpressive.  I
14  cited a 26-fold risk for perforation.
15  They're citing a 1. -- so if you
16  perforate, there's a 26-fold increase in
17  the chances of perforation.  And here
18  they're saying if you use one versus
19  another, there is a 10 percent -- excuse
20  me, a 1 percent difference versus 26
21  percent.
22            So it's --
23       Q.   The study you cited was not
24  a randomized control trial, correct?

Page 140

1        A.   No.  It was a real-life
2   study of who -- how could you -- you
3   couldn't have a randomized control trial
4   for that.
5        Q.   That study you cited didn't
6   assess complication rates for
7   bottom-to-top midurethral slings versus
8   top-to-bottom midurethral slings?
9        A.   It did not.
10       Q.   But what Ogah did was a
11  comparative analysis of bottom-to-top and
12  top-to-bottom, correct?
13       A.   Yes.  And I've already cited
14  my objections to it.
15       Q.   And they didn't demonstrate
16  any benefit from going top to bottom,
17  correct?
18       A.   Correct.
19       Q.   You said you would change
20  the mesh design to reduce inflammation,
21  erosion and scar contraction.
22            What would you change the
23  design to?
24       A.   I have -- that's for them to

Page 141

1   figure out.
2        Q.   We just looked at your
3   review paper that said that Amid Type I
4   macroporous polypropylene mesh, and you
5   cited the PROLENE®, is the preferred
6   material --
7            MS. FITZPATRICK:  Objection.
8   BY MR. SNELL:
9        Q.   -- correct, in your review
10  paper?
11            MS. FITZPATRICK:  Objection.
12            THE WITNESS:  I said that.
13            And it was also my opinion
14       that the risk/benefit ratio using
15       that is unacceptable.  So that
16       needs to be improved.
17  BY MR. SNELL:
18       Q.   And you also concluded that
19  using lighter weight, larger pore,
20  smaller diameter pores and meshes doesn't
21  have enough data, thus precluding any
22  meaningful conclusions, right?
23            MS. FITZPATRICK:  Objection.
24            THE WITNESS:  Again --

36 (Pages 138 to 141)

Jerry G. Blaivas, M.D.

Page 142

1     MS. FITZPATRICK: --
2  mischaracterization.
3     THE WITNESS: -- that's what
4  I just said. Yes, they need to do
5  better.
6  BY MR. SNELL:
7     Q.    Are you aware of a synthetic
8  midurethral sling, let's start with
9  retropubic, that's available that has a
10 lower rate of mesh exposure than the TVT
11 retropubic?
12    MS. FITZPATRICK: Objection.
13    THE WITNESS: Unfortunately,
14 I just didn't look at the
15 literature comparing TVTs to other
16 products. They are all -- they
17 all have too high a complication
18 rate.
19    And whether one is better
20 than the other, it's still too
21 high a complication rate in my
22 judgment.
23 BY MR. SNELL:
24    Q.    In the Cochrane review that

Page 143

1  you cited, they found that monofilament
2  tapes, like TVT, correct, had
3  significantly higher -- strike that.
4     In the Cochrane review you
5  cited, they found that monofilament
6  tapes -- and TVT is a monofilament tape,
7  correct?
8     A.    Correct.
9     Q.    -- had significantly higher
10 objective cure rates compared to
11 multifilament tapes, correct?
12    A.    That's been well documented,
13 yes.
14    Excuse me, cure rates, you
15 said?
16    Q.    Yes.
17    A.    If that's what it says,
18 fine, I'm okay with that.
19    Q.    And, also, the monofilament
20 tapes, like TVT, had fewer tape erosions,
21 correct?
22    A.    Yes.
23    Q.    There was a 1.3 percent with
24 the monofilament tapes versus 6 percent

Page 144

1  with the multifilament tapes, correct?
2     A.    Yes.
3     Q.    And that's actually
4  consistent with what you wrote on Page 11
5  that we were looking at earlier, where
6  the Type II, III, IV meshes had a much
7  higher incidence of erosion compared to
8  Type I meshes, right?
9     A.    Yes.
10    Q.    Are you aware of any
11 synthetic midurethral sling mesh on the
12 market that has a lower rate of scar
13 contraction than the TVT?
14    A.    As I said, I didn't do a --
15 I didn't compare, in my evaluation, the
16 TVT to others because I think the
17 complication rate is high enough for all
18 of them that the differences are -- aside
19 from the Types II, III and IV, I don't
20 think that the differences are enough of
21 a difference to make a difference.
22    Q.    So you wouldn't be aware of
23 any synthetic mesh for stress
24 incontinence that's on the market that

Page 145

1  has a lower rate of inflammation than the
2  TVT mesh, correct?
3     A.    I mean, quite honestly, even
4  if there was, the methodology is -- I
5  mean, I reviewed all the stuff. The
6  methodology is not adequate to make those
7  conclusions, in my judgment.
8     Q.    That's fine.
9     MR. SNELL: Let's take a
10 break. Let's go ahead and eat.
11    - - -
12    (Whereupon, a luncheon
13 recess was taken.)
14    - - -
15    (Whereupon, Exhibit
16 Blaivas-6, Curriculum Vitae of J.
17 Blaivas, M..D., was marked for
18 identification.)
19    - - -
20 BY MR. SNELL:
21    Q.    Doctor, we're back from our
22 lunch break. And during the break I
23 marked as Exhibit 6 your C.V.
24    Is that a current copy of

37 (Pages 142 to 145)

Jerry G. Blaivas, M.D.

Page 146

1  your C.V.?
2       A.   I mean, it's fairly current.
3  I mean, I have not seen -- this is the
4  latest one I've seen.
5            I notice it doesn't have the
6  last couple of articles.  It doesn't have
7  the mesh view article in it.
8               - - -
9            (Whereupon, Exhibit
10       Blaivas-7, Blaivas Billing Report,
11       was marked for identification.)
12              - - -
13  BY MR. SNELL:
14       Q.   I marked as Exhibit 7 a
15  document.
16            Can you tell us what that
17  is?
18       A.   Yes, that's my -- that's my
19  billing report for this case.
20       Q.   And it shows $22,500,
21  correct?
22       A.   Yes.
23       Q.   And have you done any work
24  after September 16th, 2015, up until

Page 147

1  before this morning when you showed up?
2       A.   No.
3       Q.   In your report on Page 10,
4  you say that, The Gynecare TVT normally
5  passes dangerously close to vital
6  structures.  The anatomic and positional
7  variations render trocar passage more
8  hazardous than theoretical considerations
9  would suggest.
10            And you cite to a paper by
11  Bhoyrul -- I'm terrible with pronouncing
12  that.
13            MS. FITZPATRICK:  Burt, have
14       you -- is there a copy of this
15       that's marked for the record, the
16       expert report?
17            MR. SNELL:  No.
18            MS. FITZPATRICK:  Do we have
19       one?  Do you have an extra one?
20            MR. SNELL:  I'm sure we have
21       some over here, actually.
22              - - -
23            (Whereupon, Exhibit
24       Blaivas-8, Bhoyrul Article, was

Page 148

1       marked for identification.)
2               - - -
3  BY MR. SNELL:
4       Q.   Are you ready, Doctor?
5       A.   I just need one second.
6  Maybe off the record for one second, and
7  then I'm going to turn this off.
8               - - -
9            (Whereupon, a discussion off
10       the record occurred.)
11              - - -
12  BY MR. SNELL:
13       Q.   So this is a study you cited
14  about the -- pertaining to the TVT trocar
15  and its risk of hitting structures.
16            As I read this study,
17  Doctor, by Bhoyrul, and I don't know if
18  that's how you pronounce it, it's
19  B-H-O-Y-R-U-L, this study doesn't seem to
20  be about TVT to me.
21            Does this study pertain to
22  TVT?
23       A.   No.  It pertains to whether
24  or not a trocar's design protects against

Page 149

1  injuries.
2       Q.   Well, these are trocar
3  injuries from laparoscopic surgery,
4  right?
5       A.   Yes.
6       Q.   In laparoscopic surgery,
7  you're actually taking the trocars and
8  putting them into the abdomen, right?
9       A.   Yes.
10       Q.   Do you do any laparoscopic
11  procedures using trocars?
12       A.   I don't, no.
13       Q.   You are aware that some
14  doctors, most likely gynecologists, use
15  laparoscopic Burch procedures as a
16  potential option to treat stress
17  incontinence?
18       A.   I am.
19       Q.   And is trocar injury a risk
20  with doing the laparoscopic Burch?
21       A.   Of course.
22       Q.   There's a risk of injury
23  with the trocar itself during a
24  laparoscopic Burch, correct?

38 (Pages 146 to 149)

Jerry G. Blaivas, M.D.

Page 150

1      A.   Yes.
2      Q.   And there's also a risk of
3   doing the insufflation with a Veress
4   needle during a laparoscopic procedure
5   like the Burch, correct?
6      A.   Yes.
7      Q.   Have you ever done a
8   laparoscopic procedure in your career?
9   For stress incontinence, let's make it
10  specific.
11     A.   No.
12     Q.   Do you know what the rates
13  are of trocar injury following
14  laparoscopic Burch?
15     A.   I do not.
16        MR. SNELL:  I'm going to
17  mark another paper, Reynolds.
18          - - -
19        (Whereupon, Exhibit
20  Blaivas-9, Reynolds Article, was
21  marked for identification.)
22          - - -
23  BY MR. SNELL:
24     Q.   Before we get into that

Page 151

1   article, Doctor -- actually, I want to
2   follow up on what we were just
3   discussing.
4        When you do your autologous
5   fascial sling, is there any point during
6   your procedure where you do not have
7   direct visualization during the passage
8   of any surgical instrument?
9      A.   Yes.  There's a -- yes,
10  there is.
11     Q.   When does that occur?
12     A.   After you've dissected past
13  to about the level of the bladder neck
14  and then when you perforate -- once
15  you've gotten into the retropubic space,
16  you no longer have direct visualization.
17        And then, of course, there's
18  no direct visualization for about maybe 2
19  centimeters between the rectus fascia and
20  your finger in the retropubic space.
21     Q.   When you harvest fascia lata
22  and you use a tool like a fascia
23  stripper, is that done blindly for some
24  part of that procedure as well?

Page 152

1      A.   I've never done that; but,
2   yes, it's done blindly.
3        Well, no, it's not entirely
4   blindly, no, I -- you -- part of it is
5   blinded and part of it is not.
6      Q.   Is it common, in stress
7   incontinence surgeries, to have a portion
8   of the procedure that is performed blind?
9      A.   Those small parts I just
10  said, yes.
11     Q.   You have seen literature
12  that reports bladder perforations during
13  the Burch colposuspension, correct?
14     A.   During the Burch?
15     Q.   Yes.
16     A.   Yeah, I don't have
17  independent recollection that -- it's not
18  something that I researched.
19     Q.   But you are aware that
20  bladder perforation does occur with the
21  Burch colposuspension?
22     A.   Rarely, yes.
23     Q.   How would you define "rare"?
24     A.   You know, I have -- I am

Page 153

1   going to retract that.
2        I have not looked at the
3   literature about that particular problem,
4   because it's of little consequence;
5   bladder perforations are of little
6   consequence unless you're using a
7   synthetic.
8        MR. SNELL:  Let's mark this.
9          - - -
10        (Whereupon, Exhibit
11  Blaivas-10, Excerpt of Stress
12  Incontinence Guideline, was marked
13  for identification.)
14          - - -
15  BY MR. SNELL:
16     Q.   Doctor, I've handed you
17  Exhibit Number 10.  And this is from the
18  Stress Incontinence Guideline that you
19  were a member of formulating for AUA.
20        You recognize this?
21     A.   I do.
22     Q.   This, particularly, is from
23  the very large document available in the
24  AUA's website regarding complications

39 (Pages 150 to 153)

Jerry G. Blaivas, M.D.

Page 154

1  from the stress incontinence guidelines.
2      A.   Yes.
3      Q.   And if we go and -- let's go
4  to Appendix A16, okay?
5      A.   Yes.
6      Q.   And you know why I'm going
7  to A16, right?
8      A.   Complications without
9  prolapse, yes.
10     Q.   So we're not having an
11 interference with concomitant injuries
12 due to a prolapse surgery, correct?
13     A.   Yes.
14     Q.   And that's why you broke it
15 out of the data showing injuries with
16 prolapse and injuries without prolapse,
17 right?
18     A.   Yes.
19     Q.   And Appendix A16,
20 complication rates, no prolapse, you all
21 reported a 6 percent bladder injury rate
22 following the Burch suspension, correct?
23     A.   Yes.
24     Q.   So isn't it correct, Doctor,

Page 155

1  that even with direct visualization
2  during a Burch colposuspension, there can
3  be injury to the bladder?
4      A.   Yes.  But as I said, the
5  consequences of the injury are negligible
6  when there's no synthetic involved.
7      Q.   When a TVT sling is placed,
8  let's go to -- you have to turn over a
9  couple of pages to, Slings synthetic at
10 the midline.
11         I'm sorry, let me rephrase
12 that.  Three pages back from where we
13 were just looking.
14         So, Doctor, still Appendix
15 A16, Slings.  The middle column being,
16 Synthetic at mid urethra?
17     A.   Yes.
18         MS. FITZPATRICK:  Wait a
19 minute.
20 BY MR. SNELL:
21     Q.   And that would be TVT,
22 correct?
23     A.   Yes.
24     Q.   And there the rate of

Page 156

1  bladder injury was also reported at 6
2  percent, correct?
3      A.   Yes.
4      Q.   So that was comparable to
5  what we saw with the Burch
6  colposuspension, correct?
7      A.   With the caveat that the
8  consequences are different, yes.
9          And, also, for what it's
10 worth, this is a much lower -- this is an
11 older study and it's a much lower rate
12 than -- it's a lower rate than subsequent
13 studies.
14     Q.   Well, what this study --
15 actually, this isn't a single study, this
16 is an amalgamation of numerous studies,
17 because you see the denominator for the
18 midurethral slings was 1,925, right?
19     A.   Yes.
20     Q.   And you've read literature
21 that shows that, in many cases, if there
22 is a bladder perforation during a
23 procedure in the TVT and it's recognized
24 via cystoscopy, that the trocar can be

Page 157

1  withdrawn and then re-passed without
2  complication to the patient?
3      A.   I'm sorry, what was the
4  question?
5      Q.   How about this:  You are
6  aware that if a trocar from a TVT passage
7  goes into the bladder and is recognized
8  intraoperatively with the cystoscopy,
9  that it can be withdrawn, repositioned,
10 and many women do not have long-term
11 complications or sequelae from that
12 bladder perforation?
13     A.   The only study that I'm
14 aware of that addresses that issue is the
15 one I cited before by Osborn, which shows
16 a 26-fold increase in the likelihood of
17 bladder -- of subsequent erosion.
18         So I'm not aware of any
19 literature with data saying that -- I
20 mean, with the -- yeah, I made my point.
21     Q.   Just so we're on the same
22 page and I understand.
23         You have not done any
24 searches of the literature where you have

40 (Pages 154 to 157)

Jerry G. Blaivas, M.D.

Page 158

1    found studies that reported on a certain
2    percent of women who had a bladder
3    perforation with the TVT, what percent of
4    those did not have long-term
5    complications or sequelae from that
6    perforation?
7        A.   I am not aware of a single
8    study that addresses that question in a
9    meaningful way, let's put it that way, in
10   a way that -- whose methodology would
11   support those conclusions.
12       Q.   For the synthetic
13   midurethral slings, you all assessed the
14   rate of pain was 1 percent, correct?
15       A.   Based -- where are you now?
16       Q.   In the same table we were
17   looking at.
18       A.   Yeah.
19       Q.   Suggested complications,
20   correct?
21       A.   That was two studies, and
22   there was -- I'm quite sure there was --
23   there was insufficient methodologies to
24   come to those conclusions.

Page 159

1        We did not comment on the
2    quality of the methodology, just the
3    reports themselves.
4        Q.   And then below that, there's
5    sexual dysfunction.
6        And that rate was zero
7    percent with the synthetic midurethral
8    sling, correct?
9        A.   Yeah.  If you believe that
10   one, I'll sell you a bridge.  But, yes.
11       Q.   And, actually, Doctor, on
12   that point, if you look down below there,
13   you all didn't denote with any type of
14   symbol that that data were not reliable,
15   did you?
16       A.   No, I don't see that we did.
17       Q.   In fact, in the legend,
18   there is a symbol where you could have
19   designated that, where it says, Although
20   this estimate is based on published data,
21   the panel believes the estimates are not
22   consistent with their experience.
23       No one elected to put that
24   symbol next to pain or sexual dysfunction

Page 160

1    for the midurethral sling, correct?
2        A.   That is correct.  But I
3    think that at the very -- to be kind, it
4    was an oversight.
5        There is no way that the
6    group that I was involved with would say
7    that the -- that there is zero and 1
8    percent chance of sexual dysfunction
9    and/or pain after a midurethral sling.
10       That's inconsistent -- even
11   though that's what the paper says, that
12   is inconsistent with any data or anything
13   I've ever been involved with, with this
14   group.
15       Q.   If you go back to the
16   Burch -- so that's what you're saying
17   now.
18       You've never published that,
19   correct, that there is --
20       MS. FITZPATRICK:  Objection.
21   BY MR. SNELL:
22       Q.   Strike that.
23       You've never published that
24   these data in the AUA guidelines are now

Page 161

1    unreliable, correct?
2        MS. FITZPATRICK:  Objection.
3    Misstates the testimony.
4        THE WITNESS:  The panel --
5    the guideline document itself said
6    that the quality of the studies
7    was -- I forget the exact wording,
8    either poor or -- said that the
9    quality of the studies was not
10   good, that it was -- and being
11   part of the discussions, we
12   lamented the fact that there were
13   so few studies to make -- to come
14   to any reasonable conclusions.
15       And we were forced, by
16   the -- we were forced, by the
17   dictates of the organizing body
18   that put this together, they told
19   us that we needed to rely on the
20   data that was -- that the paper --
21   that is -- the published data to come
22   to our conclusions.
23       And that's what the group
24   did.  I don't think anybody -- I'm

41 (Pages 158 to 161)

Jerry G. Blaivas, M.D.

Page 162

1    confident that nobody on that
2    committee would say that there is
3    a zero incidence of sexual
4    dysfunction and a 1 percent
5    incidence of pain after
6    midurethral sling.
7        Every single study in the
8    literature that I ever reviewed
9    that looked at any -- either
10   sexual -- either dyspareunia or
11   pain has an incidence higher than
12   1 percent.  So I don't know how
13   this happened -- I don't know how
14   this occurred.
15   BY MR. SNELL:
16       Q.   Are you still a member of
17   the AUA?
18       A.   I am.
19       Q.   Why?
20       A.   Why am I a member?
21       Q.   Why are you still a member
22   of the AUA?
23       MS. FITZPATRICK:  Objection.
24       THE WITNESS:  Because I

Page 163

1    think it's an important
2    organization and it provides
3    valuable services to the public
4    and its membership.
5    BY MR. SNELL:
6        Q.   Well, if you look at the
7    page before that, you'll see that you all
8    did indicate -- what do you call that an
9    ampersand?
10       MR. ROSENBLATT:  Asterisk.
11       MR. SNELL:  No, like a
12   double S.
13       THE WITNESS:  I know what
14   you mean.
15   BY MR. SNELL:
16       Q.   Do you see the page before
17   that, Doctor, you all indicated, in two
18   different places with that ampersand,
19   that the data estimated were not
20   consistent with their experience.
21       Do you see that?  For
22   bladder injury as well as vaginal erosion
23   extrusion for synthetic slings at the
24   bladder neck with bone anchors, correct?

Page 164

1        A.   I see that.
2        Q.   And if we turn back two
3    pages, we were looking at the Burch
4    colposuspension, the rate of pain you all
5    reported in the stress incontinence
6    guidelines for the Burch was 6 percent,
7    correct?
8        A.   Which page are you on?
9        Q.   Back where we were, Burch
10   colposuspensions, Table 16.
11       A.   And where?
12       Q.   It's at the bottom.
13       A.   Okay.
14       Q.   And the way these tables
15   read is, there's different surgical
16   methods that have their own column,
17   correct?
18       A.   Yes.
19       Q.   And for the Burch
20   colposuspension, you all reported that
21   the rate of pain was 6 percent, correct?
22       A.   Yes.
23       Q.   And that was higher than
24   what you reported for the midurethral

Page 165

1    sling, correct?
2        A.   Yes.
3        Q.   You reported that sexual
4    dysfunction was 3 percent with the Burch
5    colposuspension?
6        A.   Yes.
7        Q.   And that was less than what
8    you reported for the midurethral sling,
9    correct?
10       A.   Yes.
11       Q.   Do you believe these numbers
12   for pain and sexual dysfunction with the
13   Burch are now somehow inaccurate?
14       A.   I don't know.  I don't have
15   an opinion about that.  It's not
16   something I reviewed.
17       Q.   Where did you all -- I was
18   trying to find it.
19       Where did you report, in
20   these tables, ureteral injury?
21       A.   I don't know if they're
22   there.
23       Q.   I see it.  So ureteral
24   injury, let's look right above where we

42 (Pages 162 to 165)

Page 166

1  were at for the Burch for pain and sexual
2  dysfunction.
3      You all reported a 1 percent
4  rate of ureteral injury for the Burch
5  colposuspension?
6      A.   Yes.
7      Q.   How does one injure the
8  ureter during -- strike that.
9          Is that the urethra or the
10  ureter?
11      A.   Ureter.
12      Q.   How does one damage the
13  ureter during a Burch colposuspension
14  when it's an open visualized procedure?
15      A.   Because you don't expose it
16  and it's very close by.  It doesn't
17  surprise me at all.
18      Q.   Really?
19      A.   Yes.
20      Q.   When we were -- let me put
21  this down.
22          Going back to your paper,
23  your review paper -- what did we mark
24  that as, Doctor?

Page 167

1      A.   4.
2      Q.   4.  Okay.
3          In your paper, Exhibit
4  Number 4 -- strike that.
5          In Exhibit Number 4, your
6  review paper from this year, look at the
7  references towards the back on Page 28.
8      A.   Yes.
9      Q.   For example, you cited to
10  Dr. Klinge at Number 342 regarding the
11  reaction of meshes used in hernia repair.
12      A.   Yes.
13      Q.   Are you aware of Dr.
14  Klinge's publications concerning TVT
15  mesh?
16      A.   You know, he has -- I
17  don't -- I don't know if he has -- I know
18  he did mostly abdominal and more basic
19  science stuff.  I mean, he has an
20  enormous C.V. on this stuff.  I just
21  don't know if he did or not, TVT.
22      MR. SNELL:  Let's mark this
23      as an exhibit.
24          - - -

Page 168

1      (Whereupon, Exhibit
2  Blaivas-11, Excerpt from Hernia
3  Book, was marked for
4  identification.)
5          - - -
6  BY MR. SNELL:
7      Q.   So Exhibit 11 is an excerpt
8  from a hernia book.  And you see, if we
9  turn to the page, Chapter 56 is about
10  implants for stress incontinence and
11  prolapse.
12      A.   Yes.
13      Q.   Have you ever seen this
14  document?
15      A.   I've seen so many of his
16  that I don't know if I've seen this or
17  not.  I've not seen it in color, most of
18  them -- I'd have to check my reference
19  list.
20          I mean, he has, I think,
21  hundreds of documents with similar
22  titles.
23      Q.   You're aware that the vast,
24  vast majority of his publications concern

Page 169

1  hernia mesh?
2      A.   Yes.
3      Q.   This is one where he writes
4  about the TVT?
5      A.   Okay.
6      Q.   You see under meshes and
7  stress urinary incontinence?
8      A.   Yes.
9      Q.   All right.  Dr. Klinge
10  writes, At present, the gold standard in
11  SUI surgery is the suburethral sling
12  using either the tension-free vaginal
13  tape, TVT -- and that's the device we're
14  talking about here today, right?
15      A.   Yes.
16      Q.   -- or the transobturator
17  tape.  The two procedures do not seem to
18  differ in efficacy, with TOT being
19  advantageous because of a lower rate of
20  bladder injuries.
21          Do you see that?
22      A.   I do.
23      Q.   Were you aware that Dr.
24  Klinge had referred to TVT as the gold

43 (Pages 166 to 169)

Jerry G. Blaivas, M.D.

Page 170

1  standard --
2      A.  I don't believe --
3      Q.  -- for the treatment stress
4  incontinent surgery?
5      A.  I'd be surprised if he has
6  any expertise in stress incontinence
7  surgery, and he's probably just quoting
8  something he read.
9      Q.  So you disagree with Dr.
10  Klinge, who says that TVT is the gold
11  standard in SUI surgery?
12      MS. FITZPATRICK: Objection.
13  Misstates the testimony.
14      THE WITNESS: I think that's
15  different than what you asked me
16  about.
17      You said if -- whether or
18  not I thought he thought that it
19  was.
20      I quite agree that he wrote
21  this down, but I -- but that -- I
22  don't believe that this is -- I
23  think this is background material
24  that he would have gotten from

Page 171

1  someplace else.
2      I don't think he has any --
3  and I apologize to him if I'm
4  wrong, but I don't think he has
5  any standing to decide for himself
6  what's a gold standard or not.
7      I don't disagree -- so
8  that's all I'm saying.
9  BY MR. SNELL:
10      Q.  Well, you and Dr. Klinge
11  agree, if you look at the next paragraph,
12  right, because we saw this in your review
13  paper, The initial concern that if mesh
14  is used might lead to high rates of
15  erosion did not hold true when
16  macroporous polypropylene was used.
17      That's consistent with what
18  we went over in your review paper, right?
19      MS. FITZPATRICK: Objection.
20  Misstates the testimony.
21      THE WITNESS: Well, I mean,
22  I prefer not to use the words
23  "high" or "low." It says high
24  rates, he gave a number. And I

Page 172

1  already cited my objection about
2  long-term trials with respect to
3  complication rates.
4      And 1.7 percent is keep --
5  in the same ballpark that we
6  quoted, the 1.7 and 3.1 percent
7  respectively. So we agree on an
8  approximate rate of erosion, that
9  it's in the single digit percents.
10  There's no disagreement about
11  that.
12  BY MR. SNELL:
13      Q.  You agree with Dr. Klinge
14  that the macroporous monofilament Type I
15  polypropylene mesh has a lower rate of
16  mesh exposure than the Amid Type III
17  meshes, correct?
18      A.  They all have an
19  unacceptable high erosion rate, and the
20  Type Is are better than the Type IIs,
21  IIIs and IVs.
22      Q.  You see down below where he
23  cites to study on incontinence by Meshia,
24  where they compared Amid Type III mesh

Page 173

1  that had a 9 percent exposure rate to
2  zero percent in that study for the
3  classic TVT Type I?
4      A.  I do.
5      Q.  And that's consistent with
6  what you wrote in your review paper,
7  correct?
8      MS. FITZPATRICK: Objection.
9      THE WITNESS: Well, zero
10  percent is the lower end of what
11  we wrote. But, yes.
12  BY MR. SNELL:
13      Q.  Do you disagree with Dr.
14  Klinge's statement that the gold
15  standard -- strike that.
16      Do you disagree with Dr.
17  Klinge that the gold standard in SUI
18  surgery is the suburethral sling, either
19  the TVT -- particularly the TVT?
20      A.  No, that's -- I don't
21  believe it's the gold standard. I think
22  it's a gold standard, along with the
23  autologous rectus fascial sling.
24      Q.  Having read this, does this

44 (Pages 170 to 173)

Jerry G. Blaivas, M.D.

Page 174

1   refresh your recollection whether you
2   were ever given this paper?
3       A.  It doesn't, because, I mean,
4   this is such a generic statement, that
5   I -- I may well have read it.  And --
6   it's a book chapter, it's not a peer
7   review, and it's just citing other
8   literature and very selected other
9   literature.
10      Q.  I got the Serati paper we
11  were talking about earlier.  I wanted you
12  to have an opportunity to evaluate that.
13           - - -
14          (Whereupon, Exhibit
15          Blaivas-12, Serati 10-Year TVT
16          Paper, was marked for
17          identification.)
18           - - -
19  BY MR. SNELL:
20      Q.  So, Doctor, we marked the
21  Serati 10-year TVT paper as Exhibit 12.
22          And this is one of the
23  papers that didn't show up in your
24  review?

Page 175

1       A.  Correct.
2           THE WITNESS:  I'm sorry?
3           MS. FITZPATRICK:  Hold on.
4       When you say "review," I'm going
5       to object to that question when
6       you use the term "review."
7   BY MR. SNELL:
8       Q.  Doctor, this is a review
9   paper that you published, Exhibit 4,
10  correct?
11      A.  It is on my reliance list,
12  but it is not on -- in that paper.
13      Q.  And this is a paper where
14  they included 63 women, and after ten
15  years, there was an 8 percent loss to
16  follow up?
17      A.  Correct.
18      Q.  Have you assessed the
19  literature as -- to see what is the
20  average or expected rate of loss to
21  follow up in a stress urinary
22  incontinence surgery cohort at ten years?
23      A.  I haven't studied it, but I
24  certainly have a sense of it.

Page 176

1       Q.  You've already told me that
2   for the pubovaginal autologous sling,
3   there are no ten-year studies, correct,
4   that you're aware of?
5       A.  Not that I'm aware of.
6       Q.  So you have no idea what
7   loss to follow up would be with that
8   procedure ten years or more, correct?
9           MS. FITZPATRICK:  Objection.
10          THE WITNESS:  No.  I --
11      well, you can't have a -- if there
12      was a ten-year follow-up, I do
13      have an idea of what the loss to
14      follow up would be.
15          But -- for what it's worth.
16      I mean, in answer to your
17      question, if there was one, I do
18      have a sense of what it would be.
19  BY MR. SNELL:
20      Q.  All right.  So tell me -- go
21  ahead and tell me what you think it would
22  be and what's the basis for that?
23      A.  Just from looking at lots of
24  other studies.  It probably -- if it's a

Page 177

1   contemporaneous ten-year study, we
2   probably would have a loss to follow up
3   in the -- I would say, in the 15 to 30 or
4   more percent.
5       Q.  That's because over ten
6   years, that's a long period of time,
7   correct?
8       A.  Yes.
9       Q.  People can move, correct?
10      A.  Correct.
11      Q.  Certainly, patients can die,
12  correct?
13      A.  Yep.
14      Q.  There are many reasons for
15  loss to follow up, correct?
16      A.  Yes.
17      Q.  But 8 percent loss to follow
18  up in a ten-year study regarding TVT is
19  actually pretty good follow up, you would
20  agree with that?
21      A.  Yes, I would.
22      Q.  And what they found was that
23  the ten-year subjective/objective in
24  urodynamic dynamic cure rates were all

45 (Pages 174 to 177)

Jerry G. Blaivas, M.D.

Page 178

1  around 90 to 93 percent correct?
2      A.   They did.  But I should
3  point out that it was a very, very highly
4  select group of patients.  These were the
5  best possible candidates; 91 of 141
6  patients were excluded because of pelvic
7  organ prolapse.
8          But they defined pelvic
9  organ prolapse for this study in a way
10 that would include many normal patients
11 based on what we now know is normal for
12 prolapse.
13         So this is -- I think this
14 is a very good but very -- but very
15 biased study in its selection of who to
16 follow up.  So to exclude well more than
17 half of the patients because they had a
18 degree of prolapse which other studies --
19 which we now consider to be normal means
20 that you're selecting the very best of
21 the best of the best candidates, and
22 you're saying the patients that are most
23 likely to succeed do, in fact, have a
24 high success rate.

Page 179

1          Having said that, because I
2  don't want to -- this to come across
3  wrong, I think this is a very well done
4  study, with that caveat.
5      Q.   And we can agree that there
6  are reasons why you would want to exclude
7  women with prolapse when -- particularly
8  when you're doing a ten-year study to
9  evaluate a device, because you know that
10 prolapse, over time, can lead to urinary
11 problems, defecatory problems and sexual
12 problems; those are possibilities,
13 correct?
14     A.   Yes.  But what I said is
15 that many of the patients in the study
16 that they excluded for prolapse did not
17 have prolapse according to our current
18 definition of prolapse.
19     Q.   That's fine.  According to
20 the current definition.
21         But you -- when you do a
22 study that was done probably 15 years
23 ago, you base it upon the current state
24 of knowledge and definitions at that

Page 180

1  time, right?
2      A.   Well, the current state of
3  knowledge is what we have now.  And then
4  we critically look at the paper.
5          I don't want to nitpick
6  about this.  I think this is a well done
7  study, okay?  But I do think that if
8  you're talking about efficacy and
9  complications, there's virtually nothing
10 in here, zero, about complications, other
11 than a rather high rate of de novo
12 overactive bladder.
13         But the kind of
14 complications that we were talking about
15 in our review, this doesn't even assess
16 them at all.
17     Q.   Let's see if we can agree on
18 something, because I think we do.  And it
19 pertained to my use of the word
20 "current," okay?
21         When a study is done, at the
22 time it's done, it's done according to
23 then current thinking, state-of-the-art
24 standards, correct?

Page 181

1          MS. FITZPATRICK:  Objection.
2          THE WITNESS:  Of course.
3  BY MR. SNELL:
4      Q.   Not a re-definition of
5  prolapse that occurs by Matt Barber and
6  other people 12 years down the road,
7  correct?
8      A.   Correct.
9      Q.   When studies are done, they
10 are done contemporaneous with the art in
11 the field of stress incontinence,
12 correct?
13         MS. FITZPATRICK:  Objection.
14 Is there a particular study or are
15 you asking him to -- whether all
16 studies are necessarily --
17         MR. SNELL:  You're doing a
18 speaking objection.
19         MS. FITZPATRICK:  The
20 question is completely
21 indecipherable.  And you know
22 you're trying to mislead here,
23 Burt.
24         MR. SNELL:  No, I'm not.

46 (Pages 178 to 181)

Jerry G. Blaivas, M.D.

Page 182

1    MS. FITZPATRICK: Just tell
2  him what you're looking for.
3    Are you asking him --
4    MR. SNELL: You're doing
5  speaking objections. Stop doing
6  speaking objections.
7    MS. FITZPATRICK: I don't
8  care what you think, Burt. Come
9  on, play fair.
10    MR. SNELL: I am playing
11  fair.
12    MS. FITZPATRICK: No, you're
13  not.
14    MR. SNELL: I think I'm very
15  fair.
16    MS. FITZPATRICK: No, you're
17  not.
18    MR. SNELL: I'm not
19  misleading the doctor at all.
20  You're wasting my time.
21    MS. FITZPATRICK: Objection.
22  Don't answer the question, it's an
23  indecipherable question. Ask a
24  new question or move on.

Page 183

1  BY MR. SNELL:
2    Q.  First of all, Doctor, you've
3  done studies over a different decades of
4  time, correct?
5    A.  I have.
6    Q.  And when you did a study,
7  you did it contemporaneous with the state
8  of the art and the knowledge in the field
9  at the time you conducted the study,
10  right?
11    A.  I did.
12    Q.  You didn't try to say, 12
13  years down the road something might
14  change, so let me conduct my study
15  according to some future standard, did
16  you?
17    A.  No.
18    Q.  So you understood, when I
19  was talking about what was state of the
20  art, at a current time a study was done,
21  correct?
22    MS. FITZPATRICK: Objection.
23  He cannot -- objection.
24    THE WITNESS: I understand.

Page 184

1  But we're evaluating it today.
2  We're not -- I mean, I already
3  said, the assessment today has to
4  take into consideration
5  methodologic flaws. And we do
6  that in every paper, no matter --
7  we look for the scientific
8  integrity of the paper.
9    Based on what they knew
10  then, this was a very well done
11  paper. Based on what we know now,
12  it's also a very well done paper,
13  except for the conclusions, I
14  think, are -- we have to be
15  somewhat circumspect, because it's
16  a highly selected group of
17  patients.
18    The results stand for
19  themselves in a highly select
20  group of patients. That's all I'm
21  saying.
22  BY MR. SNELL:
23    Q.  If the pubovaginal sling was
24  assessed under the same methodology at

Page 185

1  the same time period by the same
2  surgeons, would you have the exact same
3  outlook on the study?
4    A.  Of course.
5    MS. FITZPATRICK: Objection.
6  BY MR. SNELL:
7    Q.  You mentioned, you know,
8  complications weren't assessed. But look
9  at Page 942, Doctor. Right above the
10  discussion section.
11    Do you see that?
12    A.  Yes.
13    Q.  It says, During the final
14  visit, voiding difficulties were reported
15  in two patients.
16    Did I read that correctly?
17    A.  Yes.
18    Q.  All right. And this is the
19  point I want to follow up on.
20    This study actually does
21  report on the need for tape release or
22  resection, doesn't it?
23    A.  Yes. But this is the
24  problem, it's done -- it's a prompted --

47 (Pages 182 to 185)

Jerry G. Blaivas, M.D.

Page 186

1    it's prompted.  It's not -- the
2    methodology doesn't include methods to
3    determine whether or not any -- for
4    example, whether or not -- whether -- I'm
5    sorry, I'm getting a little tired --
6    whether or not a mesh revision was
7    necessary; it just said of those patients
8    that we followed, it wasn't.
9           The problem is, for all of
10   these studies, is that in at least a
11   third of the patients, at least a third
12   of the patients, and I believe it's more
13   like 50 to 75 percent of the patients,
14   who do undergo mesh revisions, the
15   implanting surgeon has no knowledge of
16   that, the patient never goes back to the
17   doctor.
18          So the loss to follow up
19   becomes critically important, even the 8
20   percent, I think, is as good -- is as
21   good a loss to follow up as you can see.
22   But since we're only surmising, our data
23   would suggest that the chances of
24   having -- of requiring another operation

Page 187

1    are only -- are way less than 8 percent.
2           So in order to -- and since
3    we know that the loss to follow up is
4    more likely -- that a patient who has an
5    operation is more likely to be lost to
6    follow up, there simply isn't methodology
7    in this study to answer the question
8    whether, in fact, the patients lost to
9    follow up did require further surgery,
10   even the patients that died could have
11   required further surgery.
12          And that's --
13       Q.   There are always
14   possibilities, correct?
15       A.   There are always
16   possibilities --
17          MS. FITZPATRICK:  Objection.
18          THE WITNESS:  -- but when
19   you're making a claim that
20   something didn't happen -- if
21   you're making a claim that nobody
22   required mesh revision and you
23   know that the chances of requiring
24   mesh revision are, say, 4 or 5

Page 188

1    percent, if you power a study to
2    look at that, you'd have to
3    include a much larger -- much,
4    much larger number of patients and
5    you'd have to figure out either
6    what happened to the loss of
7    follow up or you'd need a much
8    larger, much, much larger study
9    than 63 patients to answer that
10   question.
11          You don't need that many
12   patients to answer a question
13   about efficacy.
14   BY MR. SNELL:
15       Q.   Well, what they were able to
16   report says, with the caveat, and they
17   reported that there was 8 percent loss to
18   follow up, No patient required tape
19   release or section during the ten-year
20   follow-up.
21          Correct?
22       A.   That's what they reported,
23   yes.
24       Q.   And in the patients who came

Page 189

1    back and were able to be assessed, it
2    says there was no de novo dyspareunia in
3    those 58 patients, correct?
4        A.   Correct.
5        Q.   Are you aware of any Burch
6    colposuspension studies that have ten
7    years or more follow up that have a loss
8    to follow up rate that's less than 10
9    percent?
10          MS. FITZPATRICK:  Objection.
11          THE WITNESS:  I actually am.
12   I can't remember the name now, and
13   I don't know if we reviewed it.
14   There, actually, surprisingly,
15   were two or three Scandinavian
16   studies.  I forget if they were
17   Norway or -- I don't remember
18   where.  But they actually had 100
19   percent, they had no loss to
20   follow up after ten years.
21   BY MR. SNELL:
22       Q.   Is this with Burch or TVT?
23       A.   Burch.  You asked about
24   Burch.

48 (Pages 186 to 189)

Jerry G. Blaivas, M.D.

Page 190

1    Q.  Yes.
2    A.  Yes, this was Burch.  I'm
3  quite certain about that, because I was
4  shocked to see it.  But it was so long
5  ago that I read it, I couldn't possibly
6  tell you when.
7    Q.  Considering that you
8  included the five-year TVT-O study by
9  Serati in that table but you didn't
10  include this ten-year TVT study, as you
11  sit here now, I know I asked you this
12  earlier, but do you know why that was not
13  captured?
14      MS. FITZPATRICK:  Objection.
15    Asked and answered.
16      THE WITNESS:  I am going to
17    find out.  I don't know why.
18  BY MR. SNELL:
19    Q.  This study is consistent
20  with your review, in particular with
21  regard to the rate of dyspareunia
22  long-term with TVT, correct?
23      MS. FITZPATRICK:  Objection.
24      THE WITNESS:  A dyspareunia

Page 191

1    rate of zero?  No.  It's not -- we
2    don't have -- not a zero
3    dyspareunia rate.  It's no
4    dyspareunia.
5  BY MR. SNELL:
6    Q.  Right.  Maybe I messed the
7  question up.
8      Actually, this study by
9  Serati, the ten-year follow-up, is
10  actually consistent with what you wrote
11  in the AUA stress incontinence
12  guidelines, correct, with regard to
13  dyspareunia rates?
14    A.  That's correct, yes.  I
15  thought you were referring to our Nature
16  article.
17    Q.  And this study by Serati,
18  that you didn't include in the Nature
19  article, is inconsistent with what you
20  wrote in your review article, correct?
21    A.  In what way?
22    Q.  Because it reports zero
23  dyspareunia and you say there's more,
24  correct?

Page 192

1    A.  Yes.
2        - - -
3      (Whereupon, Exhibit
4    Blaivas-13, Heinonen Paper, was
5    marked for identification.)
6        - - -
7  BY MR. SNELL:
8    Q.  I have another one for you.
9  I'm not going to go through all of the
10  ones, but I'm going to give you a couple
11  of them.
12      I've handed you Exhibit 13.
13  This is a paper by Heinonen.  This is a
14  10.5 year follow-up with Ethicon TVT.
15      Do you see that?
16    A.  Let me just take a look.
17    Q.  Sure.  And I think we can be
18  pretty brief about this one.
19      This is a long-term study on
20  TVT, correct, Doctor?
21    A.  Yes.
22    Q.  This paper was not
23  identified in that long-term study table
24  either in your review, correct?

Page 193

1    A.  That's correct.
2    Q.  In this study, there was
3  about 28 percent loss to follow up,
4  correct?  138 of 191 patients were able
5  to be evaluated?
6    A.  If you did the math, that
7  looks about right.  Okay.
8    Q.  They say 72 percent.
9      Do you see that?
10    A.  I do.
11    Q.  So that's within that range
12  of what's to be expected at ten years,
13  correct?
14    A.  Yes.
15    Q.  And these authors concluded
16  that the TVT was effective and safe even
17  after ten years, correct?
18    A.  Yes.  We've agreed that it's
19  effective.
20      The safe, just give me a
21  moment, I'm checking.
22      Okay.
23    Q.  Do you know why you didn't
24  cite to this paper either in your table

49 (Pages 190 to 193)

Jerry G. Blaivas, M.D.

Page 194

1  of long-term TVT studies?
2       A.  I do not.
3       Q.  They reported three --
4  strike that.
5           They reported three
6  patients, 2.3 percent, had late-onset
7  adverse events, correct?
8       A.  Where is that, please?
9       Q.  It's in the very front.
10      A.  Okay.  I mean, I was looking
11  in the methods, and there's nothing in
12  the methods that I can see about
13  adverse -- about any mechanism to
14  follow-up for adverse events.  So let me
15  just --
16      Q.  Well, you see, if you look
17  under the methods, the fourth paragraph
18  above, when they brought these women back
19  in for this 10.5 year follow-up visit --
20      A.  Where are you now?
21      Q.  Right here.  Right above
22  results.  They did a gynecologic exam, a
23  stress test, they reviewed the hospital
24  records.

Page 195

1           And it says, This was done
2  to acquire information on later
3  acquired...adverse events after the TVT
4  operation.
5           Correct?
6       A.  Yes, that would account for
7  some complications.  It would not account
8  for the most impactful complication,
9  which is chronic pain.  You wouldn't,
10  likely, go to the hospital for that.
11          But I accept the rest of it.
12      Q.  Well, none of these patients
13  reported chronic pain when they were
14  assessed at 10.5 years, did they?
15      A.  I didn't see -- I looked,
16  and I'll look again, but I don't see
17  anything in the methodology where they
18  were asked about that.
19          General quality of life and
20  the stuff that -- this was all -- so far
21  as I can see, was -- all of these were
22  questionnaires.  I don't see anything
23  that wasn't a questionnaire.
24          And there are no

Page 196

1  questionnaires -- I know most of these
2  questionnaires, most of these
3  questionnaires would ask specifically
4  about dyspareunia or pelvic pain.
5       Q.  Did you see that they did
6  gynecologic exams?
7       A.  Yes, but that's not --
8  that's not a measure of pain.
9       Q.  Well, during -- you do
10  gynecologic exams, correct?
11      A.  Yes.
12      Q.  And you know that when you
13  do a gynecologic exam, you can elicit a
14  painful response from the patient,
15  correct?
16          MS. FITZPATRICK:  Objection.
17          THE WITNESS:  Yes.
18  BY MR. SNELL:
19      Q.  Do these authors, at 10.5
20  years, report that they elicited any type
21  of painful response from any patient
22  during their gynecologic exam?
23      A.  I don't see any methodology
24  that would ask for that.  I mean, the way

Page 197

1  all these studies are done, eventually
2  this stuff becomes a table, and the table
3  is going to be a score and there's going
4  to be a score for each of the symptoms.
5  And unless there's a score for pain or a
6  score for dyspareunia, even if the
7  patient had it and even if they told
8  someone, there isn't a mechanism that I
9  can see in the methods to discover that.
10      Q.  So the different
11  questionnaires, it's your statement that
12  none of those questionnaires would have
13  assessed pain or the impact of
14  incontinence on sexual function?
15      A.  Even if -- I mean --
16      Q.  It's a yes-or-no question.
17      A.  What's that?
18          MS. FITZPATRICK:  Objection.
19  Objection.  You can answer it any
20  way you need to, to fully,
21  completely and truthfully answer
22  the question.
23          THE WITNESS:  Please
24  rephrase the question.  Not

Jerry G. Blaivas, M.D.

Page 198

1    rephrase, just restate it.
2  BY MR. SNELL:
3    Q.   Do any of the questionnaires
4  that they used assess sexual function in
5  any manner?
6         MS. FITZPATRICK: Objection.
7         THE WITNESS: None of the
8    ones that I recognize do. I mean,
9    it's -- none of the ones that I
10   recognize do, is the answer to the
11   question.
12 BY MR. SNELL:
13   Q.   This paper was published in
14 the International Journal of Urology.
15        Are you familiar with that
16 journal?
17   A.   Yeah. Yes, I am.
18   Q.   Is that a good journal?
19        MS. FITZPATRICK: Objection.
20        THE WITNESS: I think
21   it's -- yeah, I think it's an
22   adequate journal.
23 BY MR. SNELL:
24   Q.   Is this a good study or a

Page 199

1  poor study? How would you characterize
2  this study that wasn't included in the
3  table of your review?
4    A.   I would characterize this as
5  a very good study. Both of these are
6  very good studies.
7    Q.   Do you have any idea why
8  this wasn't included?
9    A.   I do not.
10   Q.   Are you going to attempt to
11 try to figure out why these ten-plus year
12 TVT studies were left out of the table
13 and which other ones may have been left
14 out, too?
15        MS. FITZPATRICK: Objection.
16        THE WITNESS: I've already
17   started doing that.
18        But, in context, this review
19   is not about efficacy, it's about
20   complications. So there
21   wouldn't -- this -- neither of
22   these papers, as far as I'm
23   concerned, adds very much to our
24   understanding of the incidence and

Page 200

1    consequence of complications.
2         That was the purpose of --
3    that was the purpose of the
4    review.
5              - - -
6         (Whereupon, Exhibit
7    Blaivas-14, 2014 Laurikainen
8    Article, European Association of
9    Urology, was marked for
10   identification.)
11             - - -
12 BY MR. SNELL:
13   Q.   Doctor, I'm handing you a
14 five-year randomized control trial by
15 Laurikainen, published in the European
16 Association of Urology, January 2014.
17        Do you see that?
18   A.   I do.
19   Q.   This is another study that
20 didn't show up in that table in your
21 review article, correct?
22   A.   Yeah, my -- I'm pretty sure
23 that this one is after our -- even though
24 it says 2014, I'm pretty sure this was

Page 201

1  after our review dates.
2         And this one I have seen,
3  though. This one, I do remember seeing
4  this one before.
5    Q.   It's interesting that you
6  say that, because, Doctor, earlier we
7  looked at the review criteria, and it
8  states that the systematic review was
9  done in August 2014, which is, you know,
10 eight months after this was published,
11 correct?
12   A.   I was looking, I don't see
13 the actual publication.
14   Q.   It says on the left,
15 Published online, January 30, 2014.
16   A.   Then I don't have an
17 explanation. I don't know what the exact
18 date of our cutoff was.
19   Q.   But the search was done,
20 actually, in August 2014, which is months
21 after this was published?
22   A.   Okay.
23   Q.   We can agree to that,
24 correct?

51 (Pages 198 to 201)

Jerry G. Blaivas, M.D.

Page 202

1   A.   I don't -- let me see.
2   Q.   I wouldn't --
3   A.   Let me just take a look.
4       Yes.
5   Q.   And this randomized trial
6 reported on efficacy and complications,
7 correct?
8   A.   Yes, it did report on it.
9   Q.   And if you'd go to the very
10 back, last page, Page 5.
11   A.   If I might, I just -- I'd
12 like to just read the methods again.
13       MR. SNELL:  Why don't we go
14       off the record, then, because I
15       don't want this counting against
16       my time.
17          - - -
18       (Whereupon, a discussion off
19       the record occurred.)
20          - - -
21 BY MR. SNELL:
22   Q.   So this study only has a 5
23 percent loss to follow up, correct?
24   A.   Yes.

Page 203

1   Q.   And that's pretty good?
2   A.   That's excellent.
3   Q.   European Urology, is that
4 a -- considered a good or an adequate
5 journal in your field?
6   A.   Yes.
7   Q.   And this study, you saw in
8 the methods that they did look for tape
9 erosion, extrusion?
10   A.   Yes.
11   Q.   And if you'd go to the
12 fourth page, right above the discussion
13 section.
14   A.   I need just one moment here.
15       Okay.
16   Q.   Typical mini-stress
17 incontinence surgery papers, they looked
18 at and reported on efficacy, and then
19 they discussed complications, correct?
20   A.   Yes.
21   Q.   And the efficacy for the TVT
22 group in particular --
23   A.   Yes.
24   Q.   -- was good, correct?

Page 204

1   A.   Where is that?
2   Q.   Objective cure rate was
3 84.7 --
4   A.   Where are you?
5   Q.   I'm actually looking at
6 the -- in the results.
7   A.   I'm with you.
8   Q.   Objective cure rate at 5
9 years in the TVT group was 84.7 percent
10 and subjective treatment satisfaction was
11 94.2 percent in the TVT group, correct?
12   A.   Yes.
13   Q.   And that shows the utility
14 of TVT treating stress incontinence,
15 correct?
16   A.   Yes.
17   Q.   And if you look at the
18 section where we were talking earlier,
19 right above discussion, on the fourth
20 page, it says, No woman had any sign of
21 tissue reaction, erosion or tape
22 protrusion at their five-year follow-up.
23       Correct?
24   A.   Yes.

Page 205

1   Q.   And it says, During the
2 course of the study, two women
3 experienced tape problems, both were in
4 the TVT-O arm, transobturator arm.
5       Correct?
6   A.   Yes.
7   Q.   Do you have any idea why
8 this five-year randomized control trial
9 on TVT was not included in your review?
10   A.   I think you already asked
11 me, and I answered it.  It's painful for
12 me to answer it again.  I don't know.
13   Q.   You would agree this is a
14 good study?
15       MS. FITZPATRICK:  Objection.
16       THE WITNESS:  I think it's a
17       good study for everything except,
18       once again, complications.
19       There's no measure or methodology
20       that asks about pain or -- pain or
21       dyspareunia.  There's nothing
22       about how many were sexually
23       active, whether before and after,
24       and there's nothing -- and there's

52 (Pages 202 to 205)

Jerry G. Blaivas, M.D.

Page 206

1    no -- nothing about pain and
2    nothing about dyspareunia.
3  BY MR. SNELL:
4    Q.   Well, they did report on
5  tissue reaction, erosion and tape
6  protrusion, correct?
7    A.   They did.
8    Q.   And in the methods, they
9  talk about how tape extrusion and erosion
10  was explored through clinical exam,
11  including speculum exam in the --
12    A.   I agree with that.  I'm okay
13  with that statement.
14    Q.   So this is a study -- strike
15  that.
16      So this study reliably
17  reports no tissue reaction, erosion or
18  tape protrusion in the TVT patients for
19  those complications at five years?
20      MS. FITZPATRICK:  Objection.
21  Misstates earlier testimony.
22      THE WITNESS:  Correct.
23  BY MR. SNELL:
24    Q.   Your criticism is that, in

Page 207

1  your view, this study did not look for
2  the pain and dyspareunia endpoints?
3      MS. FITZPATRICK:  Objection.
4      THE WITNESS:  Yes.  And
5  there also was a -- I thought
6  there was something about -- there
7  was something about overactive --
8  de novo overactive bladder.  I
9  can't find it right now.  But they
10  did report on that, yes.
11      The main critique is that
12  there is no methodology that looks
13  at what I consider to be the most
14  disabling aspect of the
15  complications, which is pain and
16  dyspareunia.  And the -- all these
17  papers you're citing show the
18  efficacy that we've already agreed
19  to.
20  BY MR. SNELL:
21    Q.   If pain reported -- strike
22  that.
23      If patients reported pain or
24  dyspareunia in this study to

Page 208

1  investigators, would you expect it to be
2  reflected in the study?
3    A.   I would expect probably yes.
4  But the more important thing is that many
5  patients, and this has been our
6  experience and this in the published
7  literature in the Hansen Changed Woman
8  article, for example, many patients with
9  pain and dyspareunia do not report it.
10  They think it's part of the problem or
11  people don't care or they're embarrassed.
12      So some of the most
13  disabling -- some of the most disabling
14  aspects of this may never get into an
15  otherwise very good study.
16      I'm not really critical of
17  any other aspect of this study.  I think
18  it is well done, and I accept the -- in
19  this particular paper, the low
20  complication rate for erosions and the
21  kinds of things that are more common in
22  some of the other studies.
23      So my only critique for this
24  one is that there's no methodology for

Page 209

1  those few things.
2    Q.   The dyspareunia is common in
3  the background of women who are of the
4  age who usually undergo stress
5  incontinence surgery, correct?
6      MS. FITZPATRICK:  Objection.
7      THE WITNESS:  Well, it --
8  the average age is pretty -- is
9  actually pretty low.  It's in the
10  early 50s.
11      And I'm not -- you know, I
12  think dyspareunia is much more
13  common as people get older.  So
14  I'm not sure what the actual rate
15  is at that level.
16  BY MR. SNELL:
17    Q.   When you say some women who
18  have pain are not going to report it, is
19  that unique to stress incontinence
20  patients or is that an observation based
21  on data pertaining to just women in
22  general?
23    A.   Well, the literature that
24  I'm referring to is specifically the

53 (Pages 206 to 209)

Jerry G. Blaivas, M.D.

Page 210

1 stress incontinence patients who have
2 undergone mesh surgery. But -- and I
3 have not looked at the other literature.
4         But, no -- but I do think
5 it's common, period. I think that pain
6 and sexual dysfunction, even when it's
7 after these kind of surgeries,
8 particularly a lot of the women who I've
9 seen, have just thought it's kind of part
10 of the process, you know, that they had
11 surgery and it hurts and there's nothing
12 you can do about it.
13         Q. I think you mentioned the
14 urge --
15         A. Overactive bladder symptoms,
16 yeah.
17         Q. Right. They did report on
18 that in this study.
19         You see --
20         A. Yeah, I agree.
21         Q. -- at five years, de novo
22 urgency incontinence was experienced in
23 28 percent of the women at five-year
24 follow-up, correct?

Page 211

1         A. Yes.
2         Q. 2.8 percent de novo urge
3 incontinence --
4         A. 2 what?
5         Q. 2.8 percent de novo urge
6 incontinence at five years, how does
7 that --
8         A. Where is that?
9         Q. Right there where you were
10 looking at. I think that's what you saw.
11         A. And what was your question?
12         Q. There was de novo urgency
13 incontinence experienced by 2.8 percent
14 of women at five-year follow-up, correct?
15         A. Yes.
16         Q. And how is that rate
17 comparable to five-year follow-up women
18 after Burch or autologous pubovaginal
19 sling?
20         A. Well, I'm not that aware of
21 the data from Burch, but it's one of the
22 lowest rates I've seen. That's very
23 good.
24         Q. Is it correct, Doctor, that

Page 212

1 over time, five years, ten years, in
2 women who have baseline stress
3 incontinence, a certain percent of them
4 will develop urge incontinence?
5         A. Yes.
6         Q. Do you know -- and so that
7 would be the background epidemiologic
8 rate of progression of urge incontinence,
9 correct?
10         A. Yes.
11         Q. Do you know what that rate
12 is at five years or ten years in the
13 literature, in general, for these
14 patients?
15         A. Yeah, it gradually increases
16 with age. I couldn't give you a specific
17 number.
18         Q. If you look over to the next
19 column, there were about 3 percent of
20 women who had de novo urge incontinence
21 develop, correct?
22         A. Yes.
23         Q. And that's a known risk with
24 all incontinence surgeries, correct?

Page 213

1         A. Yes.
2         Q. If you look over on the
3 right column, it reports that 84 percent
4 of the women were cured who had
5 preoperative urgency symptoms.
6         A. God bless, yes, these are
7 very -- I mean, you're selecting one of
8 the best outcomes in the literature. And
9 I think the study is well done. This is
10 a good study.
11         Q. So that's a benefit of TVT,
12 and you know that from your review of the
13 literature, that --
14         A. No -- go on, sorry.
15         Q. -- that even patients who
16 have preexisting urgency symptoms or urge
17 incontinence, some of them, after TVT,
18 will have a reduction in their urge
19 symptoms?
20         A. That's a generic statement
21 for any -- for any of the sling
22 operations. In fact, I believe we were
23 one of the first people to report nearly
24 a 90 percent improvement, after

54 (Pages 210 to 213)

Jerry G. Blaivas, M.D.

Page 214

1  autologous sling, in people with
2  overactive bladder symptoms. So this
3  supports that.
4        But, again, when you -- you
5  made the general statement about TVT, and
6  this is one of the best results in the
7  TVT that I'm aware of in the retropubic
8  sling literature. So this is hardly
9  representative of all the retropubics
10 that are done.
11       Q.  Well, what I'm saying,
12 Doctor, and I think we can agree on it,
13 is that it is a benefit, a utility to TVT
14 that a certain percentage of women will
15 have improvement in their preexisting
16 urgency symptoms, correct?
17       A.  Well, not specific to TVT.
18 It's -- for any -- it's just as good for
19 autologous sling. It's not specific -- I
20 mean, the way you're phrasing the
21 question, it sounds like you're saying
22 it's specific to TVT, and I don't believe
23 that.
24       TVT is one of the operations

Page 215

1  that can achieve these results.
2        Q.  With the Burch
3  colposuspension, do you believe it
4  improves preexisting urgency as much as
5  TVT does?
6        A.  Honestly, I just don't have
7  an opinion about that. I'd have to
8  research that.
9        Q.  Do you believe that TVT and
10 the autologous pubovaginal sling both
11 improve preexisting urgency to the same
12 degree?
13       A.  I think in the hands of good
14 surgeons -- in the -- with properly done
15 procedures, I think the answer --
16 properly done, the answer is probably
17 yes -- is yes.
18       Q.  And so now we've gone
19 through this study.
20       Any idea how it didn't come
21 to make it into your five-year long-term
22 table?
23       A.  This is the third time you
24 asked me the same question. I still

Page 216

1  don't know the answer, no.
2        Q.  The incidence of urgency
3  increases with age, fair?
4        MS. FITZPATRICK:  Objection.
5        THE WITNESS:  Yes.
6  BY MR. SNELL:
7        Q.  My colleague over here
8  thinks that I'm not asking you questions.
9             - - -
10       (Whereupon, a discussion off
11 the record occurred.)
12            - - -
13       (Whereupon, Exhibit
14 Blaivas-15, Blaivas Pubovaginal
15 Sling Paper, was marked for
16 identification.)
17            - - -
18 BY MR. SNELL:
19       Q.  So, Doctor, this is one of
20 your papers on the pubovaginal sling?
21       A.  Yes.
22       Q.  Earlier in the deposition,
23 you testified that in your series that
24 you had reported on, some of the ladies

Page 217

1  had more than ten-year follow-up,
2  correct?
3        A.  In my -- I don't believe I
4  said it in -- I don't know if I said it
5  in the -- my published literature, but I
6  have many patients that -- I don't know.
7  I mean, I'd have to look.
8        Q.  My question was this:  This
9  is a paper I found where you reported on
10 some patients and the follow-up range
11 from was one to eight years, but the mean
12 follow-up was 3.5 years, correct?
13       A.  Yes.
14       Q.  Have you published on your
15 experience with the autologous
16 pubovaginal sling with a mean follow-up
17 in your cohort of patients of five years
18 or greater?
19       A.  I don't think so.
20       Q.  I hadn't seen it either, but
21 I didn't know if I had missed it.
22            - - -
23       (Whereupon, Exhibit
24 Blaivas-16, 2007 International

55 (Pages 214 to 217)

Jerry G. Blaivas, M.D.

Page 218

1    Journal of Urology Paper, was
2    marked for identification.)
3         - - -
4    BY MR. SNELL:
5    Q.   Doctor, this is another
6    paper out of the International Journal of
7    Urology, 2007, concerning pubovaginal
8    sling procedures, do you see that?  With
9    autologous rectus fascia, correct?
10   A.   I do, yes.
11   Q.   And that's the same type of
12   procedure you do?
13   A.   I'll let you know in a
14   minute.
15        No, this is not -- I mean,
16   this is not a -- this is one of those
17   that didn't make an effort to -- they say
18   they -- there are a number of differences
19   between the methodology that they
20   describe and what I do.
21   Q.   Is it correct that surgeons
22   can have their own individual variations
23   in the way they carry out an autologous
24   pubovaginal sling procedure?

Page 219

1    A.   Of course.
2    Q.   And that's just understood
3    and recognized and accepted in the art?
4    A.   It's recognized, yeah.  I
5    suppose accepted, yes.
6    Q.   In this study, they report
7    on 10 percent, three of the patients
8    developed persistent urinary retention or
9    severe voiding difficulty after surgery
10   and they underwent urethrolysis, correct?
11   A.   Correct.  And the
12   methodology -- that's why I immediately
13   picked up on their method, I would
14   predict that from the way they did the
15   surgery.
16        This is -- to me, even
17   though this is reported in 2007, in my
18   judgment, it was -- the technique is one
19   that -- the concept is one we abandoned
20   in the mid 1980s.
21   Q.   All these surgeries look
22   like they were carried out between 1998
23   and 2005 in this cohort of women?
24   A.   Yes.

Page 220

1    Q.   And urethrolysis is where
2    you cut the sling?
3    A.   No.  Well, actually, let me
4    see what they -- again, unfortunately,
5    people use different -- the same words to
6    mean different things.  So let me see if
7    they say.
8        No, they don't define --
9    they don't define any of their -- the
10   methods for this, so I can't -- I don't
11   know what they meant by urethrolysis.
12        Cutting the sling, I would
13   have used the term sling incision.  And
14   it doesn't make sense to do urethrolysis
15   if the sling is too tight.  You cut or
16   excise the sling.  I don't know what they
17   meant.
18   Q.   If a TVT sling is too tight,
19   do you cut or excise the sling?
20   A.   Me personally or --
21   Q.   In general.
22   A.   There is no in general.  I
23   personally excise the portion underneath
24   the urethra.  Many of my colleagues will

Page 221

1    just incise it.
2    Q.   You've seen literature
3    reporting that after you incise a TVT in
4    a woman who has retention, that she can
5    remain continent?
6    A.   That she what?
7    Q.   Can remain continent?
8    A.   Yes.
9    Q.   Have you experienced that in
10   cases that you've done yourself, where
11   you've gone in and removed the
12   suburethral portion of a TVT, that some
13   patients remained continent?
14   A.   I would say in the ones I've
15   done, most have.
16   Q.   And in this study, it
17   reports 28 percent of the patients with
18   the autologous sling needed prolonged
19   intermittent self-catheterization.
20        My question to you is, how
21   does that rate compare with your
22   understanding as to the overall
23   literature?
24   A.   28 is very high.

56 (Pages 218 to 221)

Jerry G. Blaivas, M.D.

Page 222

1    Q.    When surgeons talk about
2  intermittent self-catheterization, what
3  time period are they talking about?
4    A.    Either -- I mean, I would
5  say a maximum of three months.  But, I
6  mean, most people -- even -- most people,
7  if they are keeping that data, would
8  include even if it's a matter of days or
9  weeks or something.
10    I mean, some of the papers
11  simply state how long it was for.
12    Q.    When you do your autologous
13  slings, do you teach your patients
14  self-catheterization before discharge?
15    A.    I do not.
16    Q.    Do you know if that's
17  commonly done --
18    A.    I know --
19    Q.    -- in the field in
20  patients -- in surgeons doing autologous
21  fascia?
22    A.    There are many that do.  I
23  don't know if it's commonly done.
24    MR. SNELL:  Do you want to

Page 223

1  take a break, Doctor?
2    - - -
3    (Whereupon, a brief recess
4  was taken.)
5    - - -
6    (Whereupon, Exhibit
7  Blaivas-17, 2012 Shaw Paper, was
8  marked for identification.)
9    - - -
10    MS. FITZPATRICK:  Also,
11  Jerry had reached out, per your
12  earlier questioning, to find out
13  why some of these articles weren't
14  included in that table and does
15  have an answer for that, or at
16  least an explanation from his -- I
17  don't even know who it's from.
18    So if you want to ask him.
19    MR. SNELL:  I'll let you do
20  that, if you feel like it's
21  necessary.
22    MS. FITZPATRICK:  Okay.  But
23  it's on the record that there is
24  an explanation for that.  And it's

Page 224

1  your choice not to include that in
2  your questioning.
3    MR. SNELL:  That's fine.
4    MS. FITZPATRICK:  He needs
5  to amend his prior answer, because
6  he does now know.
7    MR. SNELL:  I'm not deposing
8  somebody else, I'm deposing him.
9    MS. FITZPATRICK:  I'm not
10  giving you the explanation.  All
11  I'm saying is, he wants to
12  correct -- he has the information
13  available to answer a prior
14  question, should you choose to ask
15  him or not.
16  BY MR. SNELL:
17    Q.    Are you ready, Doctor?
18    A.    Uh-huh.
19    Q.    So Exhibit 17 is a paper by
20  Shaw, 2012.  And I want to focus on the
21  first page down at the bottom.
22    It says, The incidence of
23  extrusion and erosion with midurethral
24  sling is low.

Page 225

1    Do you see that?
2    A.    I do.
3    Q.    Is that consistent with the
4  findings in your review paper, where you
5  reported at Table -- give me a second
6  here -- Table 3, complications of
7  retropubic slings, that mesh exposure,
8  total, was 2.2 percent?
9    A.    Well, I prefer a number to a
10  low, but you can interpret whether 2.1 is
11  low.  I mean --
12    Q.    In your opinion, for the
13  retropubic sling, Table 3, where you
14  report 2.2 percent mesh exposure, that's
15  low, correct?
16    A.    It's low but significant.
17    Remember, in the beginning,
18  I said there are those complications that
19  happen so infrequently or of little
20  consequence that you don't take them into
21  consideration.  Anything that happens 2.1
22  percent occurs often enough that a person
23  should take that into consideration when
24  making a decision.

57 (Pages 222 to 225)

Jerry G. Blaivas, M.D.

Page 226

1        So in that regard, I don't
2   consider it low.
3        Q.   Stated conversely, 97.8
4   percent of the women do not have a mesh
5   exposure, according to your calculations?
6        A.   That's correct.  Well, these
7   are minimum data.  We quoted a lot.  We
8   said that repeatedly in the paper, that
9   this is the least number.
10       Q.   This is the number that you
11  were reliably able to calculate, correct?
12            MS. FITZPATRICK:  Objection.
13       Misstates the testimony.
14            THE WITNESS:  I said -- very
15       specifically, I said it's the
16       minimum number that we calculated.
17  BY MR. SNELL:
18       Q.   What you said, at the very
19  end of the paper is, We calculated the
20  overall risk of a serious complication or
21  surgical failure to be 12.5 percent.  We
22  emphasize, though, that these data
23  represent the absolute minimum rate of
24  complications reported in the literature.

Page 227

1   The actual rate might be considerably
2   higher.
3            Correct?
4        A.   Right.
5        Q.   So the number you were able
6   to reliably calculate was 12.5 percent --
7            MS. FITZPATRICK:  Objection.
8   BY MR. SNELL:
9        Q.   -- correct?
10       A.   Correct.
11            MS. FITZPATRICK:  Misstates
12       the testimony.
13            THE WITNESS:  Also with the
14       caveat --
15            MS. FITZPATRICK:  Jerry, let
16       me -- objection.  Misstates the
17       testimony.
18            Let me get my objections on
19       the record.
20  BY MR. SNELL:
21       Q.   Continue.
22       A.   What I testified to before
23  is somewhere between -- the minimum
24  number is somewhere between 12.5 and 15

Page 228

1   percent.
2        Q.   And that number wasn't
3   reported in this paper, though; it was
4   12.5 percent?
5        A.   No, it's reported in -- we
6   calculated it a few different ways.  And
7   in the abstract, which is at the
8   beginning of the paper, it gives a higher
9   number.
10       Q.   Why did you decide to
11  include, in the conclusion, that the
12  overall risk was 12.5 percent?
13       A.   We calculated -- I'd have to
14  see the paper.  But we calculated it
15  slightly differently.
16            And I mean, quite honestly,
17  the paper went back and forth for a
18  number of different reviews.  And I'm not
19  confident that the -- both numbers are
20  correct, they're just calculated
21  differently.
22            They include different --
23  they include different complications, and
24  I'd have to go through -- let me get the

Page 229

1   paper out.
2            See, here I say,
3   Furthermore, at least one-third of the
4   patients undergoing excision --
5   undergoing excision surgery developed
6   recurrent stress incontinence.
7   Considering the risk of refractory
8   overactive bladder, fistulas and bowel
9   perforations, among others, the overall
10  risk of the negative outcome is about 15
11  percent.
12            I didn't include all of
13  those things in the calculations in the
14  conclusions.
15            I'm just looking -- so, for
16  example, in this conclusion, it doesn't
17  include the other rare complications like
18  bowel -- like bowel injury and
19  life-threatening sepsis and things like
20  that.
21            So there -- they are both
22  reasonably -- they are both correct, but
23  they -- one includes more complications
24  than the other.

58 (Pages 226 to 229)

Jerry G. Blaivas, M.D.

Page 230

1     Q.   Exhibit 17, we were looking
2  at, on the second page --
3     A.   We didn't get to anything
4  yet on 17.
5     Q.   I asked you about the first
6  page.
7     A.   Okay.  Now, you're going to
8  the second page.  I'm sorry.
9     Q.   Yes.
10         At the bottom it says, Over
11  the last decade, synthetic materials have
12  gradually become the primary material of
13  choice for managing stress urinary
14  incontinence in females.
15         Do you see that?
16     A.   I do.
17     Q.   And you acknowledge that,
18  correct?
19     A.   I do.
20     Q.   Their popularity is related
21  to the avoidance of a secondary
22  harvesting site.
23         Do you see that?
24     A.   Yes.

Page 231

1     Q.   And that's a benefit of TVT,
2  not having to have a secondary harvest
3  site?
4     A.   Correct.
5     Q.   Decreased surgical time,
6  that's a benefit as well?
7     A.   Yes.
8     Q.   And similar efficacy, we
9  discussed in comparison to autologous
10  slings, right?
11     A.   Yes.
12     Q.   It goes on to say, The
13  safety and durability of TVT has been
14  confirmed by various meta-analyses and
15  long-term, up to 11.5 years, data.
16         Correct?
17     A.   It says that.  But as I've
18  said repeatedly, I disagree with the
19  safety part.
20     Q.   This is a journal you find
21  reliable, right, the Indian Journal of
22  Urology?
23     A.   This is actually the first
24  article I've ever read from it.  But --

Page 232

1  so I don't have -- I don't have an
2  opinion about the journal.
3     Q.   Well, this is a citation,
4  this is a citation in your review paper.
5  This is cited in your review paper.
6     A.   I think this is an excellent
7  review.  You asked me about the journal.
8     Q.   So you disagree with this
9  statement made in this paper that was
10  cited in your review?
11         MS. FITZPATRICK:  Objection.
12         THE WITNESS:  I disagree
13  about the safety.
14  BY MR. SNELL:
15     Q.   When we were looking at the
16  mesh exposures in your paper on Table 5
17  for the retropubic -- I'm sorry, strike
18  that.
19         When we were looking at the
20  mesh exposure rate of 2.2 percent and the
21  retropubic slings, as referenced in Table
22  3, such as TVT, were you able to
23  ascertain whether the exposure was caused
24  by surgical technique, patient factors,

Page 233

1  material factors or other potential
2  reasons that could cause or lead to a
3  mesh exposure?
4     A.   I'm sorry, it depends where.
5  Are you lumping all the exposures
6  together or are you talking about vagina,
7  bladder, urethra?
8     Q.   Let's see here.
9         Let's -- so the most common
10  mesh exposure for TVT that would be part
11  of this 2.2 percent would be a vaginal
12  mesh exposure, correct?
13     A.   Yes.
14     Q.   All right.  For vaginal mesh
15  exposures with a TVT, different factors
16  like surgical technique, patient
17  characteristics, material characteristics
18  can have a bearing on that number,
19  correct?
20     A.   Yes.
21     Q.   Did you attempt to ascertain
22  to what degree surgical technique played
23  into the rate of vaginal mesh exposures
24  following TVT?

59 (Pages 230 to 233)

Jerry G. Blaivas, M.D.

Page 234

1    A.   There's no way to do that.
2  The answer is no, there's no way to do
3  that in a review.
4    Q.   Okay.  Is there a way to
5  do -- strike that.
6        Is there a way to do that,
7  though?
8    A.   Well, I mean, yeah, I have
9  an opinion about that, but it's not based
10 on the review.  It's just based on the
11 technical aspects.
12   Q.   When you say "the technical
13 aspects," what do you mean?
14   A.   Well, a bladder -- a bladder
15 perforation -- I'm sorry, are we talking
16 about exposures?
17   Q.   Yes.
18   A.   It's been well documented
19 that bladder erosions, if you will, or --
20 bladder erosions are 26 times more likely
21 with -- if there's a perforation at the
22 time of the original implantation.
23        And it is my strong opinion
24 that that is overwhelmingly a design

Page 235

1  problem that I discussed in the
2  beginning, the design of the trocar and
3  the surgical neck technique to pass it.
4        For vaginal -- so for
5  bladder perforations, I think that's a
6  design problem, primarily -- with the
7  trocar and the design of the technique.
8        For vaginal perforations, I
9  think it's primarily a problem of the
10 mesh itself, the inflammatory reaction
11 caused by the mesh.
12        And for urethral
13 perforations, I think that's mostly --
14 it's mostly a combination of surgical
15 technique and the design.
16        So that's my opinion.
17   Q.   The bladder erosion rate
18 that you report is 0.4 percent?
19   A.   I'm sorry?
20   Q.   The bladder erosion rate you
21 report is 0.4 percent?
22   A.   I need to just look at --
23 that's what it says, .4 percent.
24   Q.   So by your calculation, 99.6

Page 236

1  percent of patients will not have a
2  bladder erosion of the mesh, correct?
3    A.   Sorry to do this, but I just
4  have to check one thing in the paper.
5        That's what the -- I'm
6  sorry, what was the question?
7    Q.   By your calculation, 99.6
8  percent of patients will not have a
9  bladder erosion of the mesh, correct?
10   A.   Yes.  Again, but I think
11 that that's a gross underestimation
12 because of the flawed nature of the
13 methodology that looks at this stuff.
14 But, yes.
15   Q.   And for the 0.4 percent of
16 the patients who have a bladder erosion
17 of the mesh, in that small group, that's
18 the one -- that's the group that you're
19 referencing as pertinent to the Osborn
20 paper?
21   A.   Yes.
22   Q.   And the Osborn paper didn't
23 look at a cohort of women overall who
24 didn't have complications compared to a

Page 237

1  cohort who did have complications, it was
2  a series?
3    A.   No, they looked at -- they
4  did -- I'd have to see that paper.  Do
5  you have that?  Because that's an
6  important --
7    Q.   I think I have it.
8        MR. SNELL:  Let's mark that.
9           - - -
10        (Whereupon, Exhibit
11 Blaivas-18, Osborn Paper, was
12 marked for identification.)
13           - - -
14 BY MR. SNELL:
15   Q.   Look at Number 18, it's the
16 Osborn paper.  This is a cohort of 77
17 women --
18   A.   Give me just one second
19 here.
20   Q.   The Osborn study was a
21 cohort of patients who had had a
22 complication, correct?
23   A.   I'm looking.
24        Sorry, it's taking me so

60 (Pages 234 to 237)

Jerry G. Blaivas, M.D.

Page 238

1  long.  I'm looking for the group they
2  compare it to.  You can't have an odds
3  ratio without having a comparator group.
4  And that's why I'm looking in the
5  methods.  It's been a while since I read
6  this.
7      Q.   As I read it, I didn't see a
8  comparator group.  They basically
9  selected, out of the Vanderbilt
10  electronics system, all female patients
11  referred to urology for mesh exposure and
12  perforation between January '03 and
13  January 12th, correct?
14      A.   Yes.
15      Q.   So there was no
16  non-complication cohort that they
17  compared them against, at least as I read
18  the study.
19      A.   That's what I'm just
20  checking.
21          I don't want to spend my
22  more time on this.  The authors concluded
23  that there was a 26-fold increase.  This
24  is the same International Journal of

Page 239

1  Urology that we decided before was an
2  acceptable journal.
3          So in a peer-review paper,
4  they concluded there's a 26-fold increase
5  chance of perforating the bladder or the
6  vagina if there's a trocar injury at the
7  time.  My original reading of this
8  satisfied the scientific scrutiny to
9  allow me to conclude that.
10          But in the time allotted
11  today, I would have to spend more time
12  reading it to find it.  Because there has
13  to be a comparator, obviously, or you
14  can't make an odds ratio without
15  comparing it to something.
16      Q.   As you sit here today, you
17  can't point to the methodology by which a
18  reliable odds ratio can be calculated,
19  correct?
20          MS. FITZPATRICK:  Objection.
21          THE WITNESS:  It was peer
22      reviewed.  The peer-reviewed
23      literature thought it was okay,
24      and I thought it was okay when --

Page 240

1      I thought it was acceptable when I
2      read it the first time.  And I
3      just don't -- I'd have to sit down
4      and read the whole paper.
5          There may be one sentence in
6      there that explains it.
7  BY MR. SNELL:
8      Q.   Is the answer to my question
9  no?
10      A.   The answer to your
11  question -- what is the question?
12          MS. FITZPATRICK:  Objection.
13      Asked and answered.
14          MR. SNELL:  I'm going to
15      move to strike.
16  BY MR. SNELL:
17      Q.   As you sit here today, you
18  can't identify the methodology by which
19  this paper generated a reliable odds
20  ratio?
21          MS. FITZPATRICK:  Objection.
22      Asked and answered.
23  BY MR. SNELL:
24      Q.   Yes or no?

Page 241

1          MS. FITZPATRICK:  Answer the
2      question any way you need to give
3      a full and complete answer.
4          MR. SNELL:  Telling me what
5      journal it was published in
6      doesn't matter.  That's not
7      responsive.
8          MS. FITZPATRICK:  It's the
9      best answer that he can give.
10          MR. SNELL:  It's a simple
11      yes or no.
12          MS. FITZPATRICK:  You answer
13      the way you need to answer,
14      Doctor.
15          THE WITNESS:  I reviewed
16      this paper previously, and I've
17      actually -- I reviewed it a number
18      of times before, and it satisfied
19      my scientific scrutiny at the
20      time.  I do not have an
21      independent recollection of what
22      that was right now.
23          And I -- there are over 400
24      citations in -- just in this one

61 (Pages 238 to 241)

Jerry G. Blaivas, M.D.

Page 242

1    article, and there's hundreds of
2    others.  I don't have an
3    independent recollection of it
4    right now.  That's my answer to
5    the question.
6  BY MR. SNELL:
7    Q.    TVT utilizes a retropubic
8  trocar passage, correct?
9    A.    Yes.
10   Q.    And was the retropubic
11 trocar passage statistically significant?
12   A.    I don't understand the
13 question.
14   Q.    Did the analysis of a
15 retropubic trocar passage, like TVT,
16 result in a significant statistically
17 significant odds ratio in this study you
18 cite to?
19   A.    The perforation -- it was
20 the perforation -- I don't understand the
21 question.
22        They all had -- 100 percent
23 of them had a passage.  And if, during
24 the passage, there was a perforation,

Page 244

1    the question, it was the perforation of
2    the bladder or the vagina that had the
3    increased odds ratio, not the mechanism,
4    not the technique.
5    Q.    The retropubic trocar
6  passage did not show a statistically
7  significant increased risk, correct?
8          MS. FITZPATRICK:  Objection.
9          THE WITNESS:  No, it did
10 not.
11         MS. FITZPATRICK:  Objection.
12         THE WITNESS:  Yes, it did
13 not, excuse me.
14 BY MR. SNELL:
15   Q.    The P value was .9?
16   A.    Correct.
17   Q.    And you and I can agree that
18 a P value of .9 is nowhere near close to
19 being statistically significant, correct?
20   A.    Correct.
21   Q.    And what these authors also
22 reported, same page, about the trocar
23 injury is, it says, The limitations of
24 this present small retrospective study

Page 243

1    there was a 26-fold increased chance of
2    having a subsequent mesh erosion.
3    Q.    Well, I understand you to be
4  critical of the route, the retropubic
5  passage of the trocars.
6          Are you not critical of
7  that?
8          MS. FITZPATRICK:  Objection.
9          THE WITNESS:  I've already
10         expressed an opinion that I am
11         critical of that.
12 BY MR. SNELL:
13   Q.    So what I'm asking you is,
14 if you look at Table 3, they analyze
15 retropubic trocar passage and they did
16 not find a statistically significant odds
17 increased odds ratio risk?
18   A.    Table 3 you said?
19   Q.    Yes.
20   A.    I'm sorry, were these not
21 all -- I'm sorry, I have to look at that.
22   Q.    Do you see what I'm talking
23 about, right?
24   A.    Let me just -- in answer to

Page 245

1    make it impossible to conclusively state
2    there is a direct causal link between
3    trocar injuries and mesh perforation.
4          Do you see that?
5    A.    I agree with that, yes.
6    Q.    Clearly, there are many
7  potential confounding variables, such as
8  surgeon experience and many unknown
9  factors that might have contributed to
10 this result.  Further research in this
11 area is required.
12         Correct?
13   A.    Yes.  But all that's saying
14 is they were too small numbers to make --
15 the numbers -- these are two confounding
16 statistical -- or statements.
17         The problem is that there
18 were -- the number was too small, there
19 weren't enough TOTs versus TVTs to show a
20 statistical significance, number one.
21         But, more importantly, it's
22 more likely that the TVT -- the TOT
23 trocars were vaginal perforations and the
24 TVT were bladder or urethra perforations,

62 (Pages 242 to 245)

Jerry G. Blaivas, M.D.

Page 246

1   so it's almost like comparing apples and
2   oranges.
3         So you'd have to separate
4   out -- in order to conclude, you'd have
5   to see -- you'd have to compare
6   perforations of the bladder, TOT, versus
7   TVT, and perforations of the vagina, TOT
8   versus TVT.  And it's clearly, with four
9   groups, this number of patients is going
10  to be way too small to show any kind of
11  statistical significance.
12        But the salient point is
13  that perforation of the bladder --
14  perforation of the bladder or vagina is a
15  risk factor for subsequent erosion.  And
16  that's the point that I made.
17        Q.   What are the patient risk
18  factors for a mesh exposure?
19        A.   I mean, I think probably the
20  most significant is probably, I'm sure is
21  the health of the vaginal wall, if you
22  will.  So scarring and vaginal atrophy is
23  number one, I would think.
24        Then there's other risk

Page 247

1   factors like, you know, I think diabetes.
2         I mean, the other -- all of
3   the other purported risk factors, I
4   think, are just statistical oddities.  It
5   doesn't make sense that age -- some
6   studies show that younger age is a risk
7   factor, others have shown that older age.
8         But I think the two
9   important ones are, I'm lumping together,
10  vaginal scarring and atrophy.  And I
11  think I said diabetes.
12        Q.   Is it safe to say, Doctor,
13  that any study that concludes that TVT is
14  safe is a study you disagree with?
15        MS. FITZPATRICK:  Objection.
16        THE WITNESS:  No.  What I
17  would say is that I don't like the
18  term "safe," okay.  I prefer a
19  number.
20        And if you take a number,
21  one person -- like, nobody
22  disagrees -- so far as I can see,
23  there is no disagreement about
24  what the complication rate is, or

Page 248

1   there's very little disagreement
2   about what the complication rate
3   is.
4         What the disagreement is
5   about is whether, you know, 5
6   percent is safe.  And it seems to
7   me that the judgment as to whether
8   a percentage is safe should be the
9   province of the patient, mostly,
10  not the doctor.
11        So I'd rather have a number
12  than safe or unsafe.
13  BY MR. SNELL:
14        Q.   And different patients have
15  different risk adversity levels, correct?
16        A.   Correct.
17        MS. FITZPATRICK:  Objection.
18  BY MR. SNELL:
19        Q.   Some are smokers, correct?
20        A.   Correct.
21        MS. FITZPATRICK:  Objection.
22  BY MR. SNELL:
23        Q.   And everyone knows that
24  smoking is terribly bad for you, correct?

Page 249

1         MS. FITZPATRICK:  Objection.
2         THE WITNESS:  Yes.
3   BY MR. SNELL:
4         Q.   When you reported that in
5   the TVT group, in your paper, refractory
6   pain greater than six weeks was 1.8
7   percent --
8         A.   That's in the -- what's the
9   question, I'm sorry?
10        Q.   So I want to go to that 1.8
11  percent for refractory pain.
12        A.   Where are you now?
13        Q.   Still Table 3 of your review
14  paper.
15        A.   All right.
16        Q.   So you reported that in the
17  TVT group, refractory pain greater than 6
18  weeks occurred in 1.8 percent of women,
19  correct?
20        A.   Yes.
21        Q.   So that means that 98.2
22  percent of women would not have the risk
23  of refractory pain greater than six
24  weeks, according to your calculation,

63 (Pages 246 to 249)

Jerry G. Blaivas, M.D.

Page 250

1    correct?
2         MS. FITZPATRICK:  Objection.
3         THE WITNESS:  These are --
4         MS. FITZPATRICK:  Objection
5    to the form of that question.
6         THE WITNESS:  These are
7    reports of a terribly flawed
8    literature that doesn't seek --
9    that doesn't even ask about
10   refractory pain, okay?
11        And so when we did our
12   calculations another way, okay,
13   which is what we reported in the
14   summary, the incidence of
15   refractory pain was something like
16   4 percent.
17        Because then we did it
18   another way, and we took all
19   the -- these are the reports in
20   the literature.  These do not
21   reflect our calculations.  These
22   are simply taking all the reports
23   in the literature, which we -- and
24   we make the point over and over

Page 251

1    again in the paper that those
2    reports, when -- with respect to
3    pain in particular are grossly
4    underreported.
5         So all we're doing is -- in
6    this section, reviewing a badly
7    done scientific -- badly done
8    scientific study with respect to
9    pain and we're reporting that.
10        But our conclusion in this
11   paper is that the actual incidence
12   of refractory pain is more like, I
13   may get the exact number wrong,
14   but something on the order of
15   magnitude of 4 percent, not 1.1
16   percent, or whatever.
17   BY MR. SNELL:
18        Q.   Well, that's because you
19   lumped, in your conclusion, all of the
20   different midurethral slings together,
21   correct?
22        A.   Yes, we did.
23        MS. FITZPATRICK:  Can you
24   read back that question?

Page 252

1         - - -
2         (Whereupon, the court
3    reporter read the following part
4    of the record:
5         "Question:  Well, that's
6    because you lumped, in your
7    conclusion, all of the different
8    midurethral slings together,
9    correct?")
10        - - -
11   BY MR. SNELL:
12        Q.   And your answer is yes,
13   correct?
14        A.   Yes.  Well, I mean, let's
15   not be -- when you say -- we did -- I
16   hate when I nitpick.  Ask the question
17   again, if you don't mind.
18        Q.   I think you answered it.
19        The 4.1 percent that you
20   report in the conclusions of the
21   abstract --
22        A.   Yeah.
23        Q.   -- includes your lumping
24   together of all midurethral slings?

Page 253

1         A.   Yes.  The answer to that is
2    yes.
3         Q.   And I am focused on TVT.
4         TVT, you reported 1.8
5    percent in the retropubic slings, Table
6    3, right?
7         A.   With the -- you already
8    asked me that, and I answered it with the
9    caveat that the -- well, I've already
10   answered it and gave you my caveat.
11        Q.   So in the retropubic sling
12   group, we can agree that according to the
13   numbers you reported in Table 3, specific
14   to retropubics, 98.2 percent of women did
15   not have pain defined as lasting greater
16   than six weeks, correct?
17        A.   No.  We included the ones
18   that did have pain.  And I do not believe
19   you can conclude that if it did not -- if
20   they didn't record pain in the paper that
21   they did not have pain.  I think those
22   are different statements.
23        Q.   For the 1.8 percent of the
24   retropubic TVT patients who had

64 (Pages 250 to 253)

Jerry G. Blaivas, M.D.

Page 254

1  refractory pain greater than six weeks --
2  strike that. Let me back up.
3      Why did you define
4  refractory pain as pain lasting more than
5  six weeks?
6      A.  We didn't. That's what the
7  papers did.
8      Q.  Fair enough.
9      Of the 1.8 percent of the
10 TVT women who had refractory pain lasting
11 greater than six weeks -- and just so
12 we're specific, that total, 42 women out
13 of 200 -- strike that.
14     I'll get this right.
15     In order to calculate the
16 1.8 percent of women with TVT who had
17 refractory pain greater than six weeks,
18 that number of women was 42 out of a
19 cohort of 2,328 patients, correct?
20     A.  That's correct.
21     Q.  Of that 1.8 percent of the
22 TVT women who had refractory pain lasting
23 greater than six weeks, how many of them
24 had resolution at six months?

Page 255

1      A.  Almost none of the -- almost
2  none of the papers even mentioned that,
3  nor did they have any mechanism for
4  accruing that data.
5      And, if you notice, when it
6  comes to -- for a lot of this stuff, look
7  at the numbers. The urethral obstruction
8  the number of patients is 16,000, 6,000,
9  8,000, I'm just reading down the column,
10 7,900.
11     When you come to pain, the
12 ones that are even asked about pain, are
13 only 2,000 patients; whereas the ones
14 that even asked about mesh exposure was
15 8,000, pelvic organ prolapse, 13,000.
16     So this makes my point that
17 few of the studies were -- even mentioned
18 pain, even had a way of assessing pain.
19     Q.  Few of the studies that you
20 decided would be reported in this paper,
21 correct?
22     MS. FITZPATRICK: Objection.
23     THE WITNESS: We did a
24 literature search, and the

Page 256

1  literature search included, I
2  would say, for practical purposes,
3  the overwhelming majority of
4  papers that are relevant to this
5  topic.
6  BY MR. SNELL:
7      Q.  Do you know how many papers
8  there have been published on TVT in
9  particular --
10     A.  No, I don't.
11     Q.  -- either randomized control
12 trials, cohort studies, retrospective,
13 prospective?
14     A.  I don't. But I know almost
15 all of them are sponsored by Ethicon, or
16 most of them were sponsored by Ethicon.
17     Q.  What's your methodology for
18 that statement?
19     MS. FITZPATRICK: Objection
20 to the term "methodology."
21     THE WITNESS: The
22 methodology is an article we are
23 researching right now, where we
24 have looked at just that.

Page 257

1      We are taking all -- I'm
2  sorry, this isn't specific to TVT,
3  but it is specific to efficacy
4  trials. I'll retract that. I
5  don't want to -- if I can.
6  BY MR. SNELL:
7      Q.  I think you ought to,
8  because I don't think it's accurate.
9      If you look at the Cochrane
10 review that was just published this year
11 by Ford that included over 70 randomized
12 control trials, the vast majority of
13 which included TVT, that we're talking
14 about here today, can you tell me that
15 the majority of those RCTs that were
16 sponsored by Ethicon?
17     MS. FITZPATRICK: Objection.
18     THE WITNESS: I can tell
19 you, on average, one-third are
20 sponsored by industry, one-third
21 of -- have at least one author who
22 has a conflict of interest because
23 he's either a paid speaker or a
24 consultant or an ad board for

65 (Pages 254 to 257)

Jerry G. Blaivas, M.D.

Page 258

1    industry, and then there's only
2    one-third of the papers that we've
3    reviewed so far have no conflict
4    of interest.
5  BY MR. SNELL:
6        Q.   Have you done that analysis
7  specific to TVT?
8        A.   No.  But we have that data.
9  I'll break it down for you.
10        Q.   Have you ever taken money
11  from industry?
12        A.   Not --
13        Q.   From Ethicon, Bard, AMS, any
14  manufacturers of the mesh?
15        A.   I've never -- I have been
16  consultants to them on an ad board.  I've
17  never -- except for very, very early in
18  my career, and then I stopped, I never
19  gave a lecture, I never did -- had
20  anything to do with promotional activity.
21  So for practical purposes, no.
22        Q.   Do you believe that the fact
23  that someone gets money from industry for
24  consulting, providing professional

Page 259

1  opinions, that that person is biased such
2  that you can't believe the data they
3  report in a study?
4        A.   Not -- I think that needs to
5  be disclosed, and it's for the reader
6  to -- it's for the reader to decide.  And
7  I think there are some that are tainted
8  and some that aren't.
9            But I wouldn't make a
10  generic statement.  But I think the
11  conflict of interest is there.  And the
12  whole point of conflict of interest is
13  for each person to decide for themselves
14  how believable it is.
15        Q.   In that refractory pain
16  group of 1.8 percent of the TVT women who
17  had pain at more than six weeks, do you
18  know how many of those patients had total
19  or partial resolution at any time period,
20  like 12 months, 24 months or --
21        A.   I know there are a few --
22  there were a few articles, mostly the
23  ones that were done by the NIH sponsored
24  network, that actually did have some of

Page 260

1  that in it; most of them did not.
2        Q.   As you sit here today, do
3  you know, of the 1.8 percent of women who
4  had refractory pain beyond six weeks,
5  what percentage of those patients had
6  that pain for any duration of time?
7            MS. FITZPATRICK:  Objection
8    to form.
9            THE WITNESS:  I do know that
10    I personally, particularly, looked
11    to find that, and I didn't -- and
12    the paper -- in the papers that I
13    reviewed, I could not find that
14    information.
15            Except for in one -- I'm
16    sorry, I don't remember the
17    particulars.  There was one study
18    that had some information about
19    that.
20  BY MR. SNELL:
21        Q.   Do you recall those data,
22  what they reported?
23        A.   I don't.  But I could -- it
24  wouldn't take me long to find it, if you

Page 261

1  want to use your time for me to do that.
2        Q.   You agree there is a
3  difference between potential bias and
4  actual bias?
5        A.   No, I think bias is bias.
6  No, I think there's bias.  And I'm not
7  sure what you mean by that.
8            What do you mean by
9  "potential bias"?
10        Q.   Well, I thought you said
11  before that you were not willing to make
12  a blanket statement that just because
13  someone received money that their results
14  were biased such that you could not trust
15  and believe what you read?
16        A.   That relates to conflict of
17  interest.  So a conflict of interest -- a
18  conflict of interest is a perception that
19  there might be bias.  So to that extent,
20  if that's what you mean by potential
21  bias, then, of course, there's a
22  difference.
23        Q.   The fact that you're serving
24  as an expert and getting money from

66 (Pages 258 to 261)

Jerry G. Blaivas, M.D.

Page 262

1    plaintiffs' lawyers, does that make you
2    conflicted?
3         MS. FITZPATRICK: Objection.
4         THE WITNESS: I don't feel
5    conflicted, but it's not for me to
6    say. I'm certainly -- my peers,
7    people in the audience, each are
8    entitled to their own opinion.
9    BY MR. SNELL:
10        Q.   Because you accept money
11   from the plaintiffs' lawyers in the mesh
12   litigation, are you biased?
13        MS. FITZPATRICK: Objection.
14        THE WITNESS: I don't
15   believe I am.
16             - - -
17        (Whereupon, Exhibit
18   Blaivas-19, 2010 European Urology
19   Journal Review and Meta-Analysis,
20   Novara, was marked for
21   identification.)
22             - - -
23   BY MR. SNELL:
24        Q.   I've handed you Exhibit

Page 263

1    Number 19.
2         This is updated systematic
3    review and meta-analysis by Novara, et
4    al., published 2010 in the European
5    Urology Journal.
6         You're familiar with this
7    paper?
8         A.   I am. Well, I've read it.
9         Q.   In this meta-analysis, they
10   looked for a randomized trial similar to
11   the way the AUA went about formulating
12   their stress incontinence guidelines?
13        A.   The stress incontinence
14   guidelines were not based entirely on
15   randomized controlled trials, I don't
16   think.
17        Q.   That's fair.
18        In any event, in this Novara
19   meta-analysis, they reported that when
20   you looked at midurethral slings versus
21   pubovaginal slings, there were similar
22   cure rates.
23        Do you see that?
24        A.   Yes.

Page 264

1         Q.   And we've already covered
2    that.
3         And it says, Although the
4    latter -- and they're referring to the
5    pubovaginal slings -- were slightly more
6    likely to experience storage lower
7    urinary tract symptoms.
8         Do you see that?
9         A.   I do.
10        Q.   What are storage lower
11   urinary tract symptoms?
12        A.   It can be urinary frequency,
13   urgency, urge incontinence, stress
14   incontinence, possibly pain.
15        Q.   Is that an accurate
16   statement, in your opinion, that
17   pubovaginal slings have slightly more
18   storage lower urinary tract infections
19   than a midurethral sling?
20        A.   Not in my hands, they don't.
21        Q.   Recognizing that you can't
22   do all the incontinent sling surgeries in
23   this continent or the world, in other
24   surgeons' hands in the general

Page 265

1    population, is that a fair statement?
2         A.   I don't think it is.
3         Q.   Why not?
4         A.   Because as I alluded to when
5    I -- when we talked about the paper that
6    came out of Duke that you asked me to
7    look at, before looking at autologous
8    slings -- it didn't come out of Duke, it
9    quoted -- the paper in the Japanese
10   Journal of Urology, and I said, well,
11   that technique, in my judgment, would --
12   with that technique, I would predict they
13   would have more complications.
14        So what you're basically
15   doing is, you're comparing an operation
16   that, for practical purposes, everybody
17   on the planet does exactly the same way,
18   okay? And doing it that way, they have,
19   in my opinion, an unacceptably high
20   complication rate that would make them
21   not choose the surgery if they knew they
22   were going to have it.
23        So you're comparing an
24   operation that is very consistent in both

67 (Pages 262 to 265)

Jerry G. Blaivas, M.D.

Page 266

1  its -- pretty consistent in its efficacy,
2  surgical technique and the complication
3  rates; you're comparing that to an
4  operation where kind of everybody does it
5  whatever way they want, as you alluded to
6  before.
7          And so, to me, that's an
8  ultimately unfair comparison.
9      Q.   Just so we're clear on the
10  record, too, I know you were -- when you
11  talked about a procedure that everybody
12  does whichever way they want, you were
13  referring the autologous pubovaginal
14  sling, correct?
15      A.   Yes.
16      Q.   And that is actually one of
17  the downfalls of the way that procedure
18  can be done, in that it can be done any
19  which way and it is done that way,
20  correct?
21      MS. FITZPATRICK:  Objection.
22      THE WITNESS:  If you
23  consider a downside to do an
24  operation that, for practical

Page 267

1  purposes, causes none of the
2  serious complications that the TVT
3  does, for practical purposes,
4  never causes mesh erosions,
5  never -- almost never causes --
6  we're talking about the autologous
7  sling -- refractory pain, never
8  causes any, if it does cause -- if
9  there is a fistula, if there is a
10  urethral obstruction, it's very
11  straightforward to take care of.
12  The TVT has none of those
13  characteristics.
14      You're right, it's done the
15  same way by most people all the
16  time.  But that same way, in my
17  judgment, results in an
18  unacceptably high serious
19  complication rate.
20      So I don't think it's -- I
21  think it's a benefit to let people
22  do it in a way that causes little
23  or no harm.
24  BY MR. SNELL:

Page 268

1      Q.   In the autologous slings,
2  the fact that surgeons can do it any
3  which way they want to, in your opinion,
4  leads to unacceptably high urinary
5  voiding and retention problems, right?
6      A.   The consequence of that is
7  very easy to fix.  The consequences are
8  the same complications with mesh
9  complications, it leads to at least one
10  or more operations, and often with
11  unsatisfactory results.
12      Q.   The statement you just made,
13  can you elaborate on that?  Because I
14  don't quite understand what you said.
15      You're not saying,
16  obviously, that every woman with a TVT is
17  going to have a complication?
18      A.   No.
19      Q.   Are you saying that every
20  woman who has a TVT who has a
21  complication like mesh exposure is going
22  to have to have a surgery?
23      A.   Most.
24      Q.   Are you saying that every

Page 269

1  woman who has TVT who has a mesh exposure
2  that's surgically operated on is not
3  going to get better?
4      A.   Many will require a second
5  operation to fix -- many of them will
6  have recurring stress incontinence.  And
7  then that stress incontinence, I believe,
8  is more difficult to fix because of the
9  mesh.  And many of them will develop pain
10  afterwards.
11      And that will not be
12  accounted for in the tables that look at
13  that stuff.  It's all in the text.
14      Q.   When you say these words
15  like many, many, many, I don't see
16  anywhere in your review paper where
17  you're reporting 10 percent of women with
18  TVT are having pain lasting more than,
19  you know, six weeks.
20      A.   I said we reported that
21  4-point-something of women have
22  refractory pain that -- by refractory
23  pain, refractory treatment, they have the
24  pain, they have treatment that doesn't

Page 270

1  get better.  And that a large number of
2  those, I can't tell you how many, are
3  TVTs, because TVTs were the most commonly
4  done.  And my own personal experience
5  would support that.
6      Q.  I don't want to get into the
7  4.1 percent, because I want to focus on,
8  specifically, the retropubic, the TVT,
9  because you broke it out and, clearly,
10  there's a difference in the rate of this
11  pain lasting more than six weeks between
12  retropubic and transobturator, right?
13      A.  In the table, yes.
14          And, again -- but remember
15  the table is -- I keep making the
16  distinction between the table, which is
17  the reported literature, and then our
18  methodology took all the known cases in
19  the literature, including -- so every
20  single patient that occurs in the
21  literature, okay, is the denominator.
22          The numerator are all the
23  patients with the complication in the --
24  all the patients with the complication in

Page 271

1  the reported series that don't look at
2  complications and all the patients in the
3  literature that -- the case reports and
4  case series with the complication.
5          So if there were two -- so
6  we added all those together, took the
7  numerator as all the complications and
8  the denominator as all the patients
9  reported in the literature, and that gave
10  us a much higher -- that gave us a higher
11  complication rate.
12      Q.  In your own publications
13  that you've written about autologous
14  fascial slings, is it fair to say if you
15  did not mention that your patients had
16  pain beyond six weeks, that it didn't
17  occur?
18      A.  No.  I mean, I wish it were.
19  There's some -- I mean, quite honestly, I
20  don't mean to be self-serving, but we did
21  try to capture all the data.
22          So if someone did say -- if
23  we knew about it, we would include it.
24  But we -- you know, especially in the old

Page 272

1  time, we were no better in capturing
2  these things.  So if a person -- I mean,
3  take, for example, death, okay?  I have
4  the only death reported in the entire
5  world literature in a study of slings.
6  So, I mean there's only one death
7  reported in the entire world literature,
8  that I'm aware of, going back 40-plus
9  years.
10          And just to be fair, that
11  was a lady that died one month after
12  surgery of a totally unrelated -- of a
13  totally unrelated thing.  But because she
14  died within the 30 days, we included it
15  as a death.
16          I am personally aware of
17  patients that had -- of patients that
18  died after surgery with famous surgeons
19  that I know participate in clinical
20  trials, okay, personally, I know it
21  personally.  They never appeared in any
22  series.  I don't know why.
23          So my point is, all of these
24  things are just grossly underreported.

Page 273

1      Q.  For pubovaginal slings, have
2  there been patients who have died during
3  the procedure, after the procedure, but
4  it hasn't been reported in the
5  literature?
6      A.  For autologous slings?
7      Q.  Yes.
8      A.  I don't know.  But I would
9  say almost categorically the answer has
10  to be yes.  I doubt if anybody ever died
11  during surgery.  But I'm sure that
12  someone died in the perioperative period.
13      Q.  There's -- surgeons don't
14  report their complications with an
15  autologous sling to the FDA MAUDE
16  database, correct?
17      A.  Correct.
18      Q.  You've never done that,
19  correct?
20      A.  There's no mechanism for
21  that.  It's not a device.
22      Q.  And because of limitations
23  in the medical literature pre-2000, the
24  true scope and volume of complications

69 (Pages 270 to 273)

Jerry G. Blaivas, M.D.

Page 274

1  with pubovaginal slings was not reported
2  accurately, correct?
3      A.   I think the serious
4  complications would have been.  We
5  report, all these cases -- all these case
6  series of complications after synthetic
7  slings, if patients with pubovaginal
8  slings had those kinds of complications,
9  I'm confident they would have been
10  reported in the literature.  They just
11  didn't exist.
12      Q.   Did surgeons track and
13  report pain and dyspareunia frequently in
14  the medical literature from the 1980s and
15  1990s?
16      A.   I don't believe so.
17      Q.   Why is that?
18      A.   I mean, quite honestly, I
19  think it's kind of an inherent bias that
20  we all have, that you don't really -- I
21  think it's just really a -- I think it's
22  just a bias.
23          I think that the patients
24  that -- I really meant what I said

Page 275

1  before.  I think people with this bad
2  pain and people with dyspareunia, I mean,
3  if they complain to the original surgeon,
4  more likely than not, especially in
5  answer to your question back then, they
6  would say, well, you know, it will
7  probably get better, don't worry about it
8  or take this pain medicine.
9          We don't have a lot to do
10  about it.  And then over time, the
11  patients just come to accept the fact,
12  the realization that the surgeon doesn't
13  care much about those things.  He cares
14  more about things he can measure.  And
15  then the patient tells some other doctor
16  about it, and says, I don't know if I can
17  go back and see the surgeon.  And the net
18  result is the patients just give up and
19  don't even tell -- I've seen hundreds of
20  people like that.
21          And I'm not just -- this
22  isn't something I'm plucking out of the
23  sky.  There's -- some of papers we
24  referred to in our Nature review article

Page 276

1  make the same point.  Women just give up.
2  Nobody is paying attention, so they say,
3  well, I guess I'll just have to get used
4  to this.
5      Q.   In the Novara meta-analysis,
6  they also reported that the pubovaginal
7  sling had a higher reoperation rate than
8  the midurethral sling, based on the
9  randomized control trials.
10          Is that something you
11  acknowledge and agree with?
12          MS. FITZPATRICK:  Objection.
13          THE WITNESS:  This is not
14  fresh in mind.  When I reviewed
15  this article, what sticks out in
16  my mind is in this paragraph where
17  it says evidence synthesis, the
18  statements are contradictory.
19          I do not have any confidence
20  that they -- that they did the
21  analysis correctly.
22          And, I'm sorry, I hope you
23  don't want me to take the time
24  now, but we can.  But basically,

Page 277

1  they say, well, this operation had
2  more complications than this and
3  less than this, and they make one
4  statement; and then they make
5  another statement that says
6  something else comparing one
7  operation to another one.
8          But when you look at them in
9  their totality -- what I actually
10  did, I actually wrote them out.
11  And I said, okay, this is greater
12  than this and this is greater than
13  that and this is greater than
14  that.  And it turned out that
15  there were contradictions.
16          It was -- the logic was
17  incorrect.  You can't -- you can't
18  have a better outcome in
19  pubovaginal slings in one sentence
20  and lesser outcomes in another,
21  but it did.
22  BY MR. SNELL:
23      Q.   I'm focused on the
24  midurethral sling versus pubovaginal.

70 (Pages 274 to 277)

Jerry G. Blaivas, M.D.

Page 278

1      It acknowledged that the
2  efficacy was similar?
3      A.   Yes.
4      Q.   And you've said that before,
5  correct?
6      A.   I agree.
7      Q.   No argument whatsoever about
8  that, correct?
9      A.   None.
10      Q.   And in the analysis of all
11  the various complications, they report
12  that there was a statistically
13  significant increase in the likelihood to
14  experience storage lower urinary tract
15  symptoms with the pubovaginal sling, and
16  then the pubovaginal sling also had a
17  higher reoperation rate, correct?
18      A.   Yes.
19      Q.   That's not contradictory?
20      A.   No, it isn't.
21      But when I went through --
22  see -- I'm sorry, I can't go through it
23  now.
24      But my conclusion from this

Page 279

1  paper was that it was suspect, because
2  it -- when I went through it, it
3  didn't -- they were mutually
4  contradictory statements in here in the
5  conclusions.
6          - - -
7      (Whereupon, Exhibit
8      Blaivas-20, Review and
9      Meta-Analysis, Society of
10      Gynecologic Surgeons, was marked
11      for identification.)
12          - - -
13  BY MR. SNELL:
14      Q.   Before we get into that, I
15  want to ask you just a couple of general
16  questions.  Let me know when I have your
17  attention.
18      If there was a lower
19  reoperation rate with TVT compared to a
20  pubovaginal sling, you would acknowledge
21  that would be a benefit to TVT?
22      A.   Not necessarily -- no, I
23  wouldn't, actually.
24      Q.   Why not?

Page 280

1      A.   Because the complications
2  that occur with the TVT, even if it's a
3  lower rate of reoperation, the success
4  rate after -- the success rate of
5  operations on autologous slings is very,
6  very, very high in my -- in my
7  experience, for sure.
8      And for practical purposes,
9  there are no -- like, none, zero,
10  lifestyle-altering complications after
11  autologous slings.
12      So if there's a higher
13  rate -- if, and this is hypothetical, if
14  there was a higher rate after autologous
15  slings but all of the complications
16  were -- had a satisfactory outcome and
17  there was a lower rate for synthetic
18  slings but many of the outcomes were not
19  satisfactory, I would not consider that
20  an advantage.
21      And that, I believe, what
22  the facts -- and that's the way I think
23  it is.
24      Q.   Do you acknowledge the rate

Page 281

1  of reoperation with autologous slings is
2  higher than midurethral slings, it's just
3  the severity of those conditions is
4  worse, in your opinion, with the TVT?
5      MS. FITZPATRICK:  Objection.
6      THE WITNESS:  I acknowledge
7      that the literature says that.
8      And I haven't looked at it in
9      enough detail to see whether or
10      not I think the methodology would
11      support it.
12  BY MR. SNELL:
13      Q.   Have you read this paper
14  that we marked as Exhibit 20, it's a
15  systematic review and meta-analysis by
16  the Society of Gynecologic Surgeons?
17      A.   This is one of the papers I
18  read a number of times, but it's -- it's
19  been a long time and I've read probably
20  over a thousand papers by now on this
21  stuff, and so I can't remember for sure
22  which is which.
23      Let me just take a -- ask
24  your question, and I'll see if I need to

71 (Pages 278 to 281)

Jerry G. Blaivas, M.D.

Page 282

1    take a look.
2        Q.   The systematic -- the
3    Society of Gynecologic Surgeons, that's a
4    well respected group within the field of
5    the female, you know, pelvic health?
6        A.   I respect them, yes.
7        Q.   Did you ever belong to SGS?
8        A.   No, I think it's only for
9    gynecologists.
10       Q.   I don't think so.
11       A.   It always used to be.
12       Q.   Okay.
13       A.   Maybe it's changed now,
14   but --
15       Q.   SUFU, is that only for
16   urologists?
17       A.   No, that's for --
18       Q.   That's both?
19       A.   Yes.
20       Q.   In this, they went through
21   and did a systematic review and
22   meta-analysis, correct?
23       A.   Yes.
24       Q.   And that is a

Page 283

1    methodologically rigorous way of --
2        A.   You know what, I'm sorry,
3    this is 2014.  I definitely read an
4    article like this.  I'm not sure if there
5    was an earlier version than this, because
6    it looks pretty recent.
7        Q.   It says at the bottom it was
8    presented at the 39th annual SGS meeting
9    in 2013.
10       A.   That, I saw.
11       Q.   And it was published in
12   2014, in January.
13       A.   Yeah, I don't -- my gut says
14   this is the one I reviewed, but I'm not
15   100 percent sure.
16       Q.   Well, I don't believe that
17   this paper was captured in your review
18   article either, in the list of citations.
19   But that's a whole other issue.
20           Let me ask you this:  So a
21   systematic review of meta-analysis by the
22   Society of Gynecologic Surgeons, that's a
23   methodologically recognized way of
24   assessing large amounts of data, correct?

Page 284

1        A.   Yes.
2        Q.   And I think the authors
3    reported that they had no conflict of
4    interest in this.
5            Do you see that?
6        A.   Well, I'll take your word
7    for it.
8        Q.   I wouldn't misrepresent.
9    It's down at the bottom.
10           Do you see where I'm at?
11       A.   Yes.
12       Q.   Do you recognize any of
13   those names, Vivian Sung, Tom Wheeler?
14       A.   A few of them, but most of
15   them, no.
16       Q.   Do you understand that SGS
17   has a systematic -- a designated group of
18   people who are to systematically review
19   the literature?
20       A.   No, I wasn't aware of that.
21       Q.   What they did is they
22   systematically reviewed the English
23   language randomized control trials from
24   1990 through April 2013, with a minimum

Page 285

1    of 12 months follow up.
2            Do you see that?
3        A.   Uh-huh.
4        Q.   Is that a yes?
5        A.   Yes.
6        Q.   In their results, they
7    say -- if you look at the very bottom
8    here, for pubovaginal slings versus
9    midurethral slings, meta-analysis of
10   subjective cure favored the midurethral
11   sling.
12       A.   Okay.
13       Q.   Therefore, we recommend
14   midurethral sling.
15           Do you see that?
16       A.   Yes.
17       Q.   You will acknowledge that
18   there are randomized control trials that
19   report a significantly better subjective
20   cure for midurethral sling compared to
21   midurethral sling?
22       A.   Say that again.
23       Q.   You acknowledge that there
24   are randomized control trials that report

72 (Pages 282 to 285)

Jerry G. Blaivas, M.D.

Page 286

1  an improvement in subjective cure for
2  midurethral sling compared to pubovaginal
3  sling, correct?
4       A.   I'm sorry, you said it quite
5  nicely this time, but I didn't hear it,
6  not because I wasn't paying attention.
7       MR. SNELL:  Can you read it
8  back?
9         - - -
10      (Whereupon, the court
11  reporter read the following part
12  of the record:
13  "Question:  You acknowledge
14  that there are randomized control
15  trials that report an improvement
16  in subjective cure for midurethral
17  sling compared to pubovaginal
18  sling, correct?")
19        - - -
20      THE WITNESS:  Well, if they
21  report it, I suppose they do.  I'm
22  not familiar with the particulars
23  of the individual papers, though.
24  BY MR. SNELL:

Page 287

1       Q.   A little further down, they
2  actually looked at, also, mini slings
3  versus full-length midurethral slings
4  like TVT.  And the meta-analysis showed
5  objective and subjective cure, both
6  favored the full length slings, like TVT.
7       Do you see that?
8       A.   Where is that?
9       Q.   It's the last four lines of
10  the results that we were just looking at.
11      And as a result they say,
12  Therefore, we recommend the full-length
13  midurethral sling.
14      Do you see that?
15      A.   Yes.
16      Q.   And have you seen data
17  that's consistent with their analysis?
18      A.   With that part, yes.
19      This is coming back to me.
20  I definitely -- I have seen this.  I know
21  it's -- if it's not in our paper, it's in
22  the reliance list.  So this is --
23  remember, I said -- I know I've read this
24  a number of times.

Page 288

1       And I remember, I certainly
2  didn't agree with favoring the
3  midurethral slings over pubovaginal
4  slings.  And it's the same -- it's really
5  the same objection I cited before.  I
6  mean, I think they're methodologically
7  flawed.
8       Q.   Well, you would not disagree
9  that, based on their systematic review,
10  methodology, the way they crunched the
11  randomized control trials, that the
12  midurethral slings had a better
13  subjective cure than pubovaginal slings,
14  right?
15      A.   I don't deny that that's
16  what they concluded.
17      Q.   Well, I think this is -- let
18  me ask you this:  I mean, you haven't
19  tried to replicate what they did, to show
20  that they were wrong in their finding
21  that there was better subjective cure
22  with midurethral sling compared to
23  pubovaginal, have you?
24      A.   No.  The problem is, as I

Page 289

1  mentioned before --
2       Q.   Did you do that, yes or no;
3  then you can --
4       A.   Did I try to do what?
5       Q.   Did you try to replicate
6  what they did, where they analyzed the
7  randomized control trials for the
8  midurethral slings and found that
9  subjective cure was better for
10  midurethral sling than the pubovaginal
11  sling?
12      A.   I did not try to do that.
13      Q.   So you can't sit here and
14  say, one way or the other, that their
15  reporting is not accurate based on the
16  data, correct?
17      MS. FITZPATRICK:  Objection.
18      THE WITNESS:  I would need
19  to review the paper in more detail
20  to answer that question.
21  BY MR. SNELL:
22      Q.   One thing that they did in
23  this study, if you want to look really
24  quick at Figure 1, they didn't just

73 (Pages 286 to 289)

Jerry G. Blaivas, M.D.

Page 290

1  consider the randomized control trials,
2  they also looked at nonrandomized control
3  trials for adverse events, complications;
4  not just for midurethral slings but for
5  pubovaginal and Burch.
6       Do you see that?
7       A.  This is Table 1?  Let me
8  see.
9       Q.  Figure 1.
10      A.  Well, let me just --
11      Q.  Can I get an answer to my
12 question?
13      A.  They talk about randomized
14 control trials, but, in fact, there are
15 only four of -- excuse me, five of
16 autologous fascial slings.  And the
17 numbers -- I mean, the number of patients
18 is low, 21 versus 20, 28 versus 21, 79
19 versus 50.
20      I mean, these are just
21 not -- it's the best you can do, but they
22 are hardly convincing to me.  I mean,
23 there's thousands and thousands and
24 thousands of these things done, and we're

Page 291

1  talking about a total of, like, 150
2  patients or something.
3       This is just -- it's
4  unconvincing data to me.
5       MR. SNELL:  I'm going to
6  respectfully move to strike.
7       MS. FITZPATRICK:  Objection.
8       MR. SNELL:  That's fine.
9  BY MR. SNELL:
10      Q.  My question was just this:
11 If you look at Figure 1 --
12      A.  Figure 1 is which?  Let me
13 look at Figure 1.  I was looking at the
14 table.
15      Q.  It's on the second page.
16      A.  Okay.
17      Q.  My question was, if you look
18 at what they did, they looked at not only
19 randomized control trials, but they also
20 looked at nonrandomized control trials
21 for the Burch, midurethral sling and all
22 the different surgeries, correct?
23      A.  Yes, they did.
24      Q.  If you'd go to Table 3.  Let

Page 292

1  me know when you're there.
2       That's when they report on
3  rates of adverse events?
4       A.  Okay.
5       Q.  And they included data from
6  not just the randomized trials but also
7  other studies.
8       Do you see that?
9       A.  Yes.
10      Q.  You see for dyspareunia --
11      A.  Yes.
12      Q.  -- pubovaginal sling was
13 reported to have a .99 percent rate of
14 dyspareunia?
15      A.  Yes.
16      Q.  Is that consistent or
17 inconsistent with your understanding of
18 the literature?
19      A.  The question is .99 --
20      Q.  Basically, 1 percent.  They
21 reported a 1 percent rate of dyspareunia
22 with pubovaginal sling?
23      A.  And the question is?
24      Q.  Is that consistent or

Page 293

1  inconsistent with your opinion as to what
2  the rate of dyspareunia is after
3  pubovaginal --
4       A.  I would accept that.
5       Q.  Do you have the AUA
6  guidelines handy?
7       A.  What?
8       Q.  The tables we were just
9  looking at before.
10      A.  I would not say handy, but
11 it's in my pile here.
12      MS. FITZPATRICK:  This one?
13      MR. SNELL:  Yes.
14      THE WITNESS:  While I'm
15 looking for it, though, it has a
16 .16 incidence of dyspareunia for
17 obturator sling in the same table,
18 which is -- I mean, to me, which
19 is ridiculously low compared to
20 other studies in the literature.
21 BY MR. SNELL:
22      Q.  Let's go back to Page A16
23 with the no prolapse.  Let's look at
24 autologous fascial slings without bone

74 (Pages 290 to 293)

Jerry G. Blaivas, M.D.

Page 294

1    anchors.
2         Do you see where I'm at?
3         A.   Which table?
4         Q.   A16 in the back, no
5    prolapse.
6         A.   Okay.
7         Q.   So we're looking at the AUA
8    stress incontinence guideline table,
9    autologous fascial without bone anchors,
10   A16.
11        You all actually reported a
12   10 percent rate of pain and an 8 percent
13   rate of sexual dysfunction following --
14        A.   Where is this?  Appendix A16
15   has lots of different pages.
16        MR. ROSENBLATT:  The entire
17        appendix is A16.
18   BY MR. SNELL:
19        Q.   So autologous fascial
20   without bone anchors is the category that
21   would fall into what you do, right?
22        A.   Yes.
23        Q.   And you all reported a 10
24   percent rate of pain with the autologous

Page 295

1    fascial sling without bone anchors and an
2    8 percent rate of sexual dysfunction,
3    correct?
4         A.   That's what it says here.
5         Q.   If you look at the -- look
6    back at the table with the SGS systematic
7    review.
8         A.   Yes.
9         Q.   You see with the exposure
10   risk --
11        A.   Where is that?
12        Q.   Two down.
13        So we looked at dyspareunia?
14        A.   For erosion exposure, okay.
15        Q.   Let's just stick -- let's go
16   in order.
17        We looked at dyspareunia.
18        For return to operating room
19   for erosion, pubovaginal sling had 1.6;
20   retropubic sling, like TVT, had 1.9
21   percent, correct?
22        A.   No.  Are you talking about
23   exposure or erosion?
24        Q.   Return to the operating room

Page 296

1    for erosion.
2         A.   Yes.
3         Q.   Pubovaginal sling had a 1.6
4    rate, retropubic TVT had 1.9 percent
5    rate, correct?
6         A.   That's what it says there.
7         Q.   There are studies reporting
8    that women who have pubovaginal slings do
9    need to, in some circumstances, return to
10   the OR for erosion?
11        A.   That's what it says here.
12        Q.   For exposure, the rate of
13   retropubic TVT exposure was 1.4 percent.
14        Do you see that?
15        A.   I do.
16        Q.   Does that number seem about
17   right to you?
18        A.   I mean, it's in the
19   ballpark, single-digit percent.
20        Q.   It's based on 29 different
21   studies, correct?
22        A.   Yes.
23        Q.   Over 5,000 patients
24   assessed, correct?

Page 297

1         A.   Yes.
2         Q.   Pubovaginal sling, ten
3    studies, the rate of exposure was 5.4
4    percent.
5         Do you see that?
6         A.   Yes, I do.
7         Q.   And what types of exposures
8    occur with pubovaginal slings?
9         A.   To be quite honest, I've
10   never heard of one.  In 40 years, I've
11   never heard of one.  Nobody has ever told
12   me they had one.
13        I have no -- I don't have a
14   good adjective for this -- I have no idea
15   where that came from, and I'll have to
16   look at the papers.
17        And, if that's true --
18        Q.   They reference ten studies,
19   48 events.
20        A.   I'm going to look at those
21   studies.  You want to show me those
22   studies?  I think that both of those
23   statements are -- it's just incredulous.
24        I mean, I edited a journal

75 (Pages 294 to 297)

Jerry G. Blaivas, M.D.

Page 298

1  for 25 years.  I've practiced this.  I've
2  given, probably, thousands of lectures,
3  we've talked about complications.  And
4  for something to occur in 1 of 20 people
5  and me never hearing of it, I think is --
6  I just don't even know what to say about
7  that.
8      Q.    Could it be because of
9  surgeons doing pubovaginal slings
10  differently than you do, though?
11      A.   I've lectured -- I mean,
12  I've interacted with thousands, thousands
13  of urologists and gynecologists
14  worldwide.  If 1 out of 20 patients had
15  this complication, it's inconceivable to
16  me that no one would have ever asked a
17  question, how do you deal with an
18  erosion.
19          I can't walk down the street
20  at the AUA or SUFU without someone asking
21  my advice about how to deal with a mesh
22  erosion.  It's just -- which happens,
23  according to this table, 20 percent of
24  the time it happens with a pubovaginal

Page 299

1  sling.
2          The only thing I can think
3  of -- I don't even -- I'll just see the
4  papers and formulate an opinion.
5      Q.    In your Table 3, we looked
6  at your overall rate of exposure erosion
7  was 2.2 percent for the TVT.
8          That's not much different
9  than the 1.4 percent for this table?
10      A.   I accept it.  I never said
11  it's more than, you know, low single
12  digit percent.  I wouldn't be surprised
13  if it's 3 to 4 percent.  I wouldn't be
14  surprised if it's 2 percent.  But I
15  cannot fathom 5 percent.
16      Q.    You see up at the top, for
17  bleeding complications, particularly the
18  transfusion and hematoma, pubovaginal
19  slings have the highest rates, 1.9
20  percent and 2.2 percent respectively.
21          Do you see that?
22      A.   I have to say, these numbers
23  seem high to me.  But I'm not going to
24  argue with a -- to hematoma or a -- I'd

Page 300

1  have to look at these papers to comment
2  on it.
3          To say the least, I'm --
4  that does not comport with any experience
5  I've had.
6      Q.    Understanding -- you told me
7  you have some of the lowest rates,
8  apparently, in the world with
9  pubovaginal.
10          But other people -- other
11  people out there doing pubovaginal sling,
12  do you believe that they, in general,
13  have higher rates of complications than
14  in your hands?
15      A.   Probably.  But I've lectured
16  on this for 40 years.  People don't say,
17  hey, how do you control hemorrhage?  It's
18  just -- to me, something is wrong with
19  this.  I've already said it.  I don't
20  need to say it again.
21      Q.    On the next page, you see
22  where -- let's look at ureteral injury,
23  right?
24          Retropubic was zero and that

Page 301

1  was based on one study; pubovaginal was
2  exceptionally low, too, with 0.81
3  percent, correct?
4      A.   Yes.
5      Q.    One event out of 567,
6  correct?
7      A.   Uh-huh.
8      Q.    Have you ever injured the
9  ureter during pubovaginal sling?
10      A.   No.  I've seen one -- I
11  haven't personally, and I've seen one in
12  my career.
13      Q.    I believe your paper
14  reports that the rate with the TVT of
15  ureteral injury is exceptionally low,
16  below 1 percent as well?
17      A.   Yes.
18      Q.    Is that your opinion as
19  well?
20      A.   Yes.
21      Q.    Overactive bladder urgency,
22  pubovaginal had the highest rate, 8.6
23  percent, correct?
24      A.   Yep.

76 (Pages 298 to 301)

Jerry G. Blaivas, M.D.

Page 302

1      Q.   So at least according to
2  these data we've been reviewing so far,
3  TVT does not look to have higher
4  complication rates than pubovaginal
5  sling, correct?
6      A.   Retropubic here is what?
7      Q.   TVT.  Burch has its own
8  category, so does the transobturator and
9  mini sling.
10          The nice thing about this
11 paper, Doctor, is you see they break it
12 out, actually, specific.
13          Coming back to my question,
14 the data we've been looking at in this
15 systematic review by the SGS does not
16 show the TVT to have a higher risk of
17 complications than the pubovaginal sling,
18 correct?
19      A.   These things don't say that.
20 But, again, the reasons I
21 said before, I disagree with the -- I
22 disagree with the -- some of these
23 results.  Whatever, I already talked
24 about it.

Page 303

1      Q.   So urgency, pubovaginal,
2  again, had the highest rate, correct?
3      A.   I don't know if that's
4  statistically significant, but 8.6
5  versus -- you know, 55 patients versus
6  374.
7          You'd have to just do the
8  math, but it's not very impressive.
9      Q.   Retention lasting less than
10 six weeks; so the TVT was 3.1 percent and
11 the pubovaginal was 12 percent, correct?
12      A.   Where is that?
13      Q.   That's the next -- I'm just
14 going in order, the very bottom here.
15          Retention lasting less than
16 six weeks, TVT, 3.1 percent, pubovaginal
17 sling, 12 percent, correct?
18      A.   I don't -- I just see mini
19 sling, retropubic and obturator.
20      Q.   Let me just make sure we're
21 on the same page.
22          Retropubic here, 3.1.  If
23 you flip over, the table continues.
24      A.   Okay.

Page 304

1      Q.   So TVT, 3.1 percent,
2  pubovaginal, 12 percent, correct?
3      A.   Yes.
4      Q.   And you'd agree that with
5  regard to retention lasting less than six
6  weeks, that's consistent with the overall
7  literature that the pubovaginal sling
8  does have a higher rate of retention than
9  TVT?
10      A.   With the caveats I said
11 before, yes.
12      Q.   And for retention lasting
13 longer than six weeks, the TVT was 2.7
14 percent, pubovaginal was 7.5 percent,
15 correct?
16      A.   Correct.
17      Q.   And you've seen that in the
18 literature as well, correct?
19      A.   Yes.
20      Q.   Return to the OR for urinary
21 retention, retropubic rate was 1.2
22 percent and pubovaginal was 3 percent,
23 correct?
24      A.   Yes.

Page 305

1      Q.   And that's consistent with
2  what you read in the literature as well,
3  correct?
4      A.   It's a little lower for
5  retropubic than I -- but, okay.
6          Oh, I see, I'm sorry, I
7  didn't break it down.  It's in the same
8  range.  It's okay.
9      Q.   So for all those voiding
10 variables, the TVT doesn't have higher
11 complication rates than the pubovaginal
12 sling, correct?
13      A.   For the voiding?
14      Q.   Variables we just went
15 through, TVT does not have a higher rate
16 of complication than the pubovaginal
17 sling, correct?
18      A.   Correct.
19      Q.   Groin pain, pubovaginal is
20 .3 percent, retropubic, 1.5 percent,
21 correct?
22      A.   Retropubic was higher, yes.
23      Q.   Now, when we looked at your
24 AUA guidelines, the table you guys

Golkow Technologies, Inc. - 1.877.370.DEPS