Jerry G. Blaivas, M.D.

Page 306

1   computed based on your methodology, the
2   rate of pain with the autologous slings
3   was actually higher than the midurethral
4   sling; do you remember that?
5       A.   Leg pain?
6       Q.   You didn't break it down by
7   leg pain, you just wrote pain.
8       A.   Is whatever an answer?  I'll
9   just say whatever.
10      Q.   Bladder perforation, you see
11  pubovaginal had a 2.3 percent?
12      A.   Yes, I do.
13      Q.   Now, I understand -- didn't
14  you tell me earlier you never hit the
15  bladder with a pubovaginal sling?
16      A.   Twice.
17      Q.   Twice you did?
18      A.   In well over 2,000.
19      Q.   But, apparently, other folks
20  have a much higher incidence of hitting
21  the bladder doing a pubovaginal sling
22  than you, correct?
23      A.   According to this, yeah.
24          As I said, before I accept

Page 307

1   any of these things as valid, I would
2   want to read the studies.
3       Q.   That was based on 14
4   pubovaginal studies involving over a
5   thousand patients, correct?
6       A.   Yes.
7       Q.   Your knowledge of the SGS
8   and the way -- you're familiar with the
9   SGS, and they've come out with systematic
10  reviews over the years on different
11  topics pertaining to female pelvic
12  medicine?
13      A.   Yes.
14      Q.   And you found those reviews
15  to be reliable?
16      A.   I don't know.  I really
17  haven't paid that much attention to it.
18          But, you know, the data is
19  only reliable as the methodology for the
20  studies.  And I said repeatedly that, in
21  my judgment, the methodology for looking
22  at these complications is seriously
23  flawed and I'm not sure.  And these
24  are -- you know, I would just have to

Page 308

1   say.
2           MR. SNELL:  Let's take a
3   short break, because I do have to
4   use the restroom.
5              - - -
6          (Whereupon, a brief recess
7   was taken.)
8              - - -
9   BY MR. SNELL:
10      Q.   Doctor, in your report, you
11  talk about chronic mesh pain syndrome.
12          Is that a recognized
13  diagnostic code that's used in billing
14  and assessments?
15      A.   You know, I'm sorry, I don't
16  know.
17      Q.   Do you do any transobturator
18  type procedures in your practice?
19      A.   No, I don't.
20      Q.   Would you ever consider
21  performing a transobturator autologous
22  sling?
23      A.   No.
24      Q.   Why not?

Page 309

1       A.   I don't see any advantage to
2   it.  I mean, it's a -- I just don't see
3   any advantage.
4       Q.   Are there risks of operating
5   in the transobturator space that are
6   unique or different than operating in the
7   retropubic space?
8       A.   Sure.  All the neuropathies
9   and the thigh pains that we see.
10      Q.   Can dissecting through the
11  obturator space cause neuropathies?
12      A.   If anything, it's possible.
13      Q.   If you were going to do a
14  transobturator autologous sling, would
15  you anticipate there being a risk of
16  groin pain or thigh pain?
17      A.   It's totally hypothetical.
18  I wouldn't do it.
19      Q.   But knowing the space and
20  the area, the anatomy, would you
21  anticipate that there would be a risk of
22  groin and thigh pain?
23      A.   Well, only because of the
24  experience of the transobturator mesh, to

78 (Pages 306 to 309)

Jerry G. Blaivas, M.D.

Page 310

1 the extent that -- I mean, it's pretty
2 clear to me that the obturator nerve
3 doesn't have to be exactly where it's
4 supposed to be.
5         Again, it's a blind
6 procedure.
7     Q.   Do you believe that case
8 reports are among the lowest form of
9 medical evidence?
10    A.    Not for complications, I
11 don't.
12    Q.    Why is that?
13    A.    Because they exist.  If one
14 person -- if the complications -- to a
15 certain extent, I think they are one of
16 the highest forms; either case reports or
17 case series of complications, because
18 there's no other way to accrue them.
19    Q.    Case reports and case
20 series, though, don't tell you the
21 incidence or probability of the
22 complication, correct?
23    A.    Correct.
24    Q.    And, for example, in the

Page 311

1 Abbott study that you cite to, that was a
2 case series of patients who had
3 complications, correct?
4     A.    I need to see the paper
5 again.  It's been a long time.
6     Q.    You recall they went to
7 tertiary care center?
8     A.    This is the one from three
9 groups, Cincinnati?
10        MS. FITZPATRICK:  They'll
11    get it for you, if you don't
12    remember.
13        MR. SNELL:  I'm looking for
14    it.
15        THE WITNESS:  If I can't
16    answer a general question, I'll
17    tell you.
18 BY MR. SNELL:
19    Q.    Do you recall the Abbott
20 study, though, was a paper that reported
21 on a series of patients who had reported
22 mesh complications --
23    A.    I do.
24    Q.    -- who were evaluated at

Page 312

1 four U.S. tertiary referral centers?
2     A.   I do.
3     Q.   Let's mark that.
4         - - -
5         (Whereupon, Exhibit
6     Blaivas-21, Abbott Paper, was
7     marked for identification.)
8         - - -
9 BY MR. SNELL:
10    Q.    This is one of the papers
11 you cite to in your report?
12    A.    Right.
13    Q.    And the problem with a paper
14 like this is it doesn't allow one to
15 calculate the incidence or probability
16 of a complication, correct?
17    A.    Correct.
18        Well, I don't consider that
19 to be a problem.  But what you said is
20 factually correct.
21    Q.    This is, essentially, a
22 series of patients who reported
23 complications, and the paper reports on
24 how they were treated, correct?

Page 313

1     A.    Correct.
2     Q.    In fact, I think if you turn
3 back to the second-to-last page, it says,
4 where they're talking about limitations,
5 besides the fact it was retrospective, it
6 says, Perhaps most importantly, there is
7 no denominator for the total number of
8 patients who underwent an SUI or POP
9 procedure.  Thus, we can make no comments
10 about the rate at which such
11 complications occur.
12        You agree with that?
13    A.    I do.
14    Q.    And this looks at not only
15 the TVT sling mesh but the transvaginal
16 mesh as well, for prolapse, correct?
17    A.    Yes.
18    Q.    And you acknowledge that the
19 rates of potential complications with TVT
20 are lower than that with the transvaginal
21 prolapse mesh?
22    A.    Yes.
23    Q.    And what they state, if you
24 look at the preceding page, just -- where

79 (Pages 310 to 313)

Jerry G. Blaivas, M.D.

Page 314

1    it's got Table 4, it says, Additionally,
2    those women with complications after
3    sling-only procedure were treated more
4    often with --
5        A.  I'm sorry, where are you?
6        Q.  Let me just show you, that
7    way you can -- I don't want to lose time.
8    I'm kind of reading right there.
9        A.  Okay.
10       Q.  Are you with me?
11       A.  Where?
12       Q.  Additionally, those women --
13       A.  Yes.
14       Q.  Tell me when you're there.
15       A.  I'm there.
16       Q.  Okay.  This paper, they
17   reported that women with complications
18   after a sling-only procedure were treated
19   more often with medical treatment first
20   and rarely required surgical
21   re-intervention, correct?
22       A.  That's what it says, yes.
23       Q.  And that's consistent with
24   the literature, correct?

Page 315

1        A.  No, I'm not -- it's
2    consistent with the literature, but I
3    don't agree -- again, I'm familiar with
4    the methodology that came to those
5    conclusions and the follow-up is simply
6    too short to agree with their conclusion.
7            This is what the paper says.
8    It's not data, it's their comment.  And I
9    would take issue with it.
10       Q.  Well, their comment is based
11   on data because they did look at how
12   frequently the complication was treated
13   with medical intervention as opposed to
14   surgical intervention in the study,
15   right?
16       A.  Yes, but the follow-up was
17   too short to have any meaningful -- to
18   come to this conclusion.
19           There are other papers that
20   I read recently, I'm sorry, I can't cite,
21   and my own experiences, that many
22   patients who have been treated medically
23   are okay for six months or a year or two
24   years and then go on to have

Page 316

1    complications.  We've seen it over and
2    over and over again.
3            So I just don't agree with
4    that conclusion.
5        Q.  Can you give me an accurate
6    number as to the rate of the women who
7    are treated within the first year and
8    then have to have intervention later on
9    down the road?
10       A.  A sizable number.  I can't
11   give you the percent off the top of my
12   head.
13       Q.  Why would you cite to this
14   paper, the Abbott paper, then, if you're
15   disagreeing with the things they say
16   about the TVT slings?
17       A.  I didn't say I disagree with
18   the things they said.  I think the
19   overall data -- there's lots of things in
20   here that I think are important.  It
21   doesn't mean I have to agree with every
22   statement.
23       Q.  So some of their findings
24   were actually inconsistent with your

Page 317

1    opinions, but you still cited to the
2    paper, right?
3            MS. FITZPATRICK:  Objection.
4    Misstates the testimony.
5            THE WITNESS:  I would say
6    probably every paper has things
7    you agree with and you disagree
8    with.  You take the -- you know,
9    you take the good with the bad --
10   not is the good with the bad.
11           I mean, you -- there are
12   some things that have good science
13   to them.  I mean, for example, I
14   was looking for it and I can't
15   quite cite this, but in this
16   paper, there's data on what
17   percentage of patients went back
18   to their original doctor.  And my
19   recollection -- my recollection is
20   that only about half of the
21   patients -- I could be wrong, I
22   could be off by 50 percent, but a
23   significant percentage of the
24   patients did not go back to the

80 (Pages 314 to 317)

Jerry G. Blaivas, M.D.

Page 318

1    original doctor, probably never
2    even knew this happened. So data
3    like that is important.
4        And there were a number of
5    things that I did think were
6    important about -- about this
7    patient. I mean, for example, the
8    median number of surgeries per
9    patient was one. But 21 percent
10   of the patients required more
11   surgery for the same thing. So
12   one in -- so those kind of --
13       See, whenever there's a
14   positive statement, something
15   happened, you can be confident
16   that it happened. But if -- if
17   someone doesn't -- if someone
18   doesn't report a complication, it
19   doesn't mean there wasn't one.
20       But if someone reports it,
21   it happened. And that's the way
22   we get our information about
23   complications.
24   BY MR. SNELL:

Page 319

1        Q.   A couple of things I want to
2    follow up on.
3        First, you mentioned that
4    some of the patients didn't go back to
5    their doctors?
6        A.   Yes.
7        Q.   We know these are tertiary
8    care centers?
9        A.   Yes.
10       Q.   And you know -- do you know
11   what percent of the patients were
12   referred by their primary doctors to
13   their tertiary care center for treatment
14   of the mesh complications?
15       A.   I think it's in the paper.
16   But no, I don't know.
17       Q.   Do you know what percentage
18   of the tertiary centers actually
19   communicated back with the referring
20   doctors to tell them the outcomes and how
21   patients were doing?
22       A.   I don't. But that's exactly
23   the kind of stuff that you want to know.
24   Because that's -- let me leave it at

Page 320

1    that.
2        Q.   Well, when you see a patient
3    for a referral, or if you know who the
4    primary treating gynecologist or
5    urogynecologist is and you do a
6    procedure, don't you write that doctor
7    and say, here is what I did?
8        A.   I ask the patient for their
9    permission. I mean, because a lot of --
10   some of them don't want the doctor to
11   know, God knows. But I need their
12   permission to do that; unless the patient
13   was referred to me by the doctor.
14       But I can tell you, I can --
15   I mean, the overwhelming majority of
16   patients that I see are not referred by
17   the operating doctor. And to a large
18   extent, the operating doctor doesn't know
19   about it.
20       And the reason I know is,
21   because I usually ask -- I always ask the
22   patient if it's okay to communicate with
23   their primary -- with the doctor that did
24   the surgery.

Page 321

1        Q.   Are you aware of data to the
2    contrary, that shows that more than 50
3    percent of patients go back to their
4    primary doctors who did the implantation
5    of the mesh for treatment?
6        A.   I don't know -- I know a
7    significant number don't. But I don't
8    know -- I don't know the data well enough
9    to answer that question.
10       Well, actually, I know that
11   at least a third -- I read recently in
12   one study --
13       Q.   Go ahead. I'm listening.
14       A.   I know in one study that I
15   recently read, a third of the patients
16   never notified their operating surgeon.
17       Q.   A third, you said?
18       A.   Yes.
19       Q.   In this study, the average
20   number of interventions was one, correct?
21       A.   Yes.
22       Q.   So more likely than not,
23   once the patient has an intervention,
24   according to this study, she will not

81 (Pages 318 to 321)

Jerry G. Blaivas, M.D.

Page 322

1    need another one, correct?
2         A.   No.  That's what I was
3    saying before.  I mean, we've seen many
4    patients that have had -- had an
5    intervention and are okay for a couple of
6    years and then need another one.
7              I mean, that's my practice.
8    And I see that commonly.
9         Q.   I understand.  I understand
10   that that can occur.
11             But I'm talking about
12   probability.
13        A.   We specifically looked --
14   was that a question?  You did not ask a
15   question yet, I'm sorry.
16        Q.   My question was focused on
17   probability.
18             I will give you that
19   patients can go back for a second
20   reoperation.  I'm talking about
21   probability and what the actual data
22   showed.
23             In this study -- let me see,
24   I think it's reported in here.  For the

Page 323

1    sling cohort, less than half had to have
2    a second surgery.
3              Is that consistent with your
4    recollection of this study?
5         A.   Yes.  But the follow-up
6    was -- the follow-up for all of these
7    things is too short for there to be any
8    meaningful conclusion about whether or
9    not they needed another operation.
10        Q.   Well, based on the data,
11   though, it was more likely than not that
12   one surgery would suffice in this study
13   for the sling patients?
14        A.   I just -- I just said what
15   my opinion was.
16        Q.   In the sling procedure, it
17   said 23 percent had more than one
18   surgery.  So to that -- that, to you,
19   does not mean -- 23 percent of the women
20   who had these tertiary care center
21   treatments had to have more than one
22   surgery.
23             That does not mean, to you,
24   that it's more likely than not that a

Page 324

1    patient will need just one surgery?
2         A.   No, that's correct, it's not
3    clear to me.
4         Q.   Is it important to you to
5    know whether or not a patient you're
6    treating for mesh removal is involved in
7    litigation?
8         A.   No, not really.
9         Q.   Have you evaluated the
10   medical literature with regard to
11   potential bias by financial gain to
12   patients involved in litigation and how
13   they report their symptoms to doctors?
14             MS. FITZPATRICK:  Objection.
15             THE WITNESS:  No.
16   BY MR. SNELL:
17        Q.   Are you aware if there is
18   literature, though, on that topic?
19        A.   No.
20        Q.   Haven't you written in the
21   past that patients involved in litigation
22   have a financial incentive to make
23   claims?
24             MS. FITZPATRICK:  Objection.

Page 325

1              THE WITNESS:  I haven't
2         written that, no.
3    BY MR. SNELL:
4         Q.   You haven't?
5              In your opinion, does the
6    TVT adequately treat stress urinary
7    incontinence?
8              MS. FITZPATRICK:  Objection.
9              THE WITNESS:  In terms of
10        efficacy, yes.
11   BY MR. SNELL:
12        Q.   And in your opinion, I take
13   it you believe that the pubovaginal sling
14   also adequately treats stress
15   incontinence?
16        A.   Yes.
17        Q.   Apparently, over lunch, or
18   some time, you called someone to try to
19   get information about why papers were
20   left off of your review?
21        A.   I did.
22        Q.   Who did you call?
23        A.   My previous -- actually, one
24   of the authors of the paper, I think it

82 (Pages 322 to 325)

Jerry G. Blaivas, M.D.

Page 326

1   was Matt Benedon.  But he's a previous
2   research coordinator.
3       Q.   Where is he at now?
4       A.   He's still in New York, but
5   he doesn't work for me anymore.
6       Q.   And what did you ask Matt?
7       A.   Why those weren't there.
8       Q.   What did he say?
9       A.   That we used -- if the same
10  author wrote a previous paper using the
11  same cohort of patients, he only included
12  the one with the latest -- our
13  methodology was to only include the one
14  the latest date.
15          So, for example, one of the
16  papers we didn't -- I forget who the
17  first author was, but the senior author
18  was Nilsson, we did not include the
19  five-year paper, we included the
20  seventeen-year paper.  There was a series
21  of papers.
22          So there were three that --
23  that was one.
24          The Serati, or whatever that

Page 327

1   one was, the 2013 paper was -- the
2   five-year follow-up was published later
3   than the ten-year follow-up, because the
4   ten-year follow-up was just TVT --
5       Q.   Can I stop you right there?
6       A.   Yes.
7       Q.   First of all, the cohort of
8   patients in Nilsson's study that's been
9   reported out to 17 years, that I know you
10  cited, is not the same cohort of people
11  in the prospective randomized five-year
12  control trial; you and I know that,
13  right?
14      A.   They're different -- no,
15  they are different papers, right.
16      Q.   They are different cohorts
17  of patients, right?
18      A.   Let me see the paper.  Which
19  one are you talking about?
20      Q.   I'll take these one by one.
21  The first one you mentioned
22  with Nilsson, that's the Laurikainen
23  five-year RCT.
24          Where is your paper at?

Page 328

1       A.   We may -- let me see the
2   paper.
3           MS. FITZPATRICK:  This is my
4           copy of it.  I don't know what
5           number it is.
6   BY MR. SNELL:
7       Q.   You said one with Nilsson.
8   I think that's the one where Nilsson is
9   on.
10      A.   Give me one second.
11      Q.   Can I look over your
12  shoulder?  I can't find mine in that big
13  stack.
14          Yes, this is Nilsson, okay.
15      A.   You're correct about that.
16  But that's the explanation.  They thought
17  when the computer -- you know, the way we
18  did it, it pulled it up as the same
19  author, and they thought it was the same
20  cohort.
21      Q.   But it's clearly not,
22  correct?
23      A.   It's clearly not, correct.
24      Q.   And it should have been

Page 329

1   included, correct?
2       A.   Yes, it should have.
3       Q.   And Serati, those are two
4   different cohort of patients because the
5   ten-year study was TVT patients and the
6   five-year were TVT-O patients, correct?
7       A.   And TVT.  One of them had
8   TVT and TOT, I thought.
9           Well, let me see the two
10  papers, and we'll see.
11          MS. FITZPATRICK:  I've only
12          got one.  I think we only have one
13          marked, and I'm not sure what it
14          is.
15  BY MR. SNELL:
16      Q.   Do you have it in front of
17  you there, Doctor?
18      A.   I must.
19          MS. FITZPATRICK:  Is it
20          Number 12?  Here.  That's the only
21          one we have.  We don't have the
22          second one, I don't think, the
23          2013.
24          THE WITNESS:  I need to see

83 (Pages 326 to 329)

Jerry G. Blaivas, M.D.

Page 330

1    the other one, the one that --
2    this is what year? I need to see
3    the one that was printed -- what
4    year is this?
5         This is 2012. We need to
6    see the one from 2014. The same
7    author had a paper in 2014.
8         MS. FITZPATRICK: 2013.
9         THE WITNESS: 2013.
10   BY MR. SNELL:
11        Q.  But that was a group of
12   TVT-O patients that were only analyzed at
13   five years?
14        A.  Can I just see it?
15        Q.  I don't have it, but we have
16   it on the computer here.
17        A.  Let me see in the table --
18   hold on.
19        Let me just see in our
20   table. I'll be able to tell just by
21   looking in the table.
22        Q.  I think the simple thing is
23   this. I think you should be able to
24   agree with me that a ten-year group of

Page 331

1    women who got TVT implanted is not the
2    same group who had five-year follow-up
3    after a TVT-O implanted?
4         A.  Of course. But --
5         Q.  In your paper, you cited to
6    this five-year TVT-O paper, and I'll give
7    you that, it's in there, but the ten-year
8    TVT group was not in there?
9         A.  Just let me check one thing.
10        That's correct. And that
11   was -- that was just an error. But the
12   error was because it was the same author
13   with mesh slings. And our methodology
14   said that if it was -- they mistakenly
15   thought it was the same cohort.
16        Q.  Clearly, it's important to
17   capture ten-year TVT studies that are out
18   there in the published literature and
19   journals like European Urology, correct?
20        MS. FITZPATRICK: Objection.
21        THE WITNESS: Not to -- not
22   in a safety consideration for
23   synthetic sling study that is
24   already -- there's plenty of data

Page 332

1    on. This doesn't change the
2    conclusions one bit.
3    BY MR. SNELL:
4         Q.  I thought you said that
5    there is less long-term ten-year data on
6    TVT?
7         A.  Including this. I already
8    went through the fact that the
9    methodology to look at the kinds of
10   complications that we saw is not
11   sufficient. It didn't seek it out.
12        I mean, it didn't have a
13   way -- I mean, again, I agree that 8
14   percent is a great loss to follow up.
15   But the problem is, it's not so great --
16   it's great for efficacy. But it's not so
17   great looking for complication that
18   occurs in 1 or 2 percent of patients.
19        So if only one -- there's
20   only one patient, one or two patients
21   that had that complication, they were
22   more likely to be in the
23   loss-to-follow-up group according to --
24   or -- they were very likely to be, I

Page 333

1    couldn't say that they were more likely
2    to be.
3         They are at least one-third
4    more likely to be in that group because
5    we know at least one-third of the
6    patients don't go back to their original
7    doctors.
8         So that an 8 percent loss to
9    follow up, although extraordinarily
10   commendable for an efficacy study, is not
11   so commendable to look for something that
12   happens 1 or 2 percent of the time.
13        Q.  The problem with what you
14   just said, though, Doctor, is when you
15   said we know a third of the patients
16   don't go back to their doctors, we know
17   that in Serati, 92 percent of them went
18   back to their doctors, right?
19        MS. FITZPATRICK: Objection.
20        THE WITNESS: That's right.
21   But 8 percent did not.
22   BY MR. SNELL:
23        Q.  But 8 percent and a third is
24   a big difference, isn't it?

84 (Pages 330 to 333)

Jerry G. Blaivas, M.D.

Page 334

1        MS. FITZPATRICK: Objection.
2        THE WITNESS: Well, no, no.
3    I actually stand by what I said.
4    I don't think I need to say it
5    again.
6    BY MR. SNELL:
7        Q.   So in Serati's paper, where
8    only 8 percent didn't go back to the
9    doctor, why are you telling me that we
10   know a third of patients don't go back to
11   their doctor?
12       MS. FITZPATRICK: Objection.
13   Mischaracterizes his testimony.
14       THE WITNESS: The reason I
15   said that is there's a chance that
16   the -- let's say these -- I forget
17   the numbers now, but these were,
18   like, 60 patients or 70 patients.
19       So 60 patients, if one -- we
20   would not expect there to be more
21   than one, say, erosion out of
22   that.  That would be -- you know,
23   that would, or urethral -- say
24   obstruction that required -- say

Page 335

1    requiring surgery would be 1 or 2
2    percent.  Okay.
3        So there only -- in that 8
4    percent, the one patient could
5    have been the one patient who had
6    the complication, and that one
7    patient, it would be more likely
8    that that person would be in the
9    loss-to-follow-up group than in
10   the not loss-to-follow-up group.
11   BY MR. SNELL:
12       Q.   How is it that you can say
13   that that one patient is more likely in
14   the loss-to-follow-up group than the 92
15   percent of the patients who did return?
16       MS. FITZPATRICK: Objection.
17       THE WITNESS: I already
18   explained my rationale for that.
19   BY MR. SNELL:
20       Q.   I don't understand it.
21       It would seem to me that
22   sheer statistical 92 percent probability
23   that they would come back?
24       MS. FITZPATRICK: Objection.

Page 336

1    BY MR. SNELL:
2        Q.   I'm really trying to
3    understand your methodology and your
4    statement there.
5        MS. FITZPATRICK: Objection
6    to the form of the question.
7        THE WITNESS: I'll try to
8    say it again.
9        I didn't say they're more
10   likely to be in that group.  I
11   didn't say that they are more
12   likely to be in that group.  It's
13   just that I think that -- maybe I
14   did say that.  If I did, I
15   misspoke.
16       I said there's a chance that
17   they could be in the group.  And
18   since the complications we're
19   talking about are so uncommon,
20   okay, I don't think it's fair to
21   say that if a complication didn't
22   occur in the 92 percent of the
23   patients that were followed up,
24   that, therefore, it never

Page 337

1    occurred.  That's all I'm saying.
2    BY MR. SNELL:
3        Q.   Okay.  We can agree that in
4    Serati's paper, where 92 percent of the
5    patients did come back and they didn't
6    report any de novo dyspareunia and they
7    did not see any exposure, that's actually
8    a good thing for those patients who came
9    back and were able to be evaluated?
10       A.   I'm going to split it
11   between the dyspareunia and the erosion.
12       All the patients were
13   examined, so I'll give you that.
14       But the dyspareunia, if you
15   don't ask about it and you don't know if
16   the patient is sexually active, you can't
17   make a comment about dyspareunia, in my
18   judgment.  If they say they have
19   dyspareunia, you can make a comment.  If
20   you did not say specifically, do you have
21   sex and does it hurt, I don't think you
22   can say -- you can make a comment.
23       Q.   But when the authors report
24   there was no de novo dyspareunia, that

85 (Pages 334 to 337)

Jerry G. Blaivas, M.D.

Page 338

1   means they asked about it, they assessed
2   it, right?
3        A.   If that were the case, it
4   would be in the methods.  And if it
5   wasn't -- if they asked about it and did
6   not put it in the methods, then it's
7   their fault for not putting it in the
8   methods.  And if they didn't ask about
9   it, then they can't conclude it.
10       And I don't even like
11  talking about this because I think it's
12  very good paper.  I don't mean to malign
13  the authors at all.  This is an excellent
14  paper, but just not with respect -- they
15  did the best they could with this stuff.
16  But it's not good enough to satisfy me
17  that if the patients don't complain of
18  pain, they don't have it.
19       I haven't -- I made my
20  statement.
21       Q.   Regardless, that's a paper
22  that should have been in your review,
23  right?
24       A.   Yes.

Page 339

1        Q.   And you were about to --
2   were you about to give me some
3   justification for why the other paper
4   didn't show up in there?
5        A.   Which one was that?
6        Q.   Heinonen, 10.5 years,
7   follow-up, no long --
8        A.   Which one?
9        Q.   Heinonen, 10.5 years --
10       A.   I need to see it.
11       MS. FITZPATRICK:  This one.
12  BY MR. SNELL:
13       Q.   No late tissue reaction
14  exposure, where they did vaginal
15  examinations with speculum?
16       A.   This just missed the table,
17  it's in the paper.  This is referenced,
18  it's part of our data.  We just -- it
19  didn't get in the table.
20       Q.   In your paper, you reported
21  there were only 11.
22       That one obviously should
23  have been in there as well?
24       A.   Yeah.  But we did use it as

Page 340

1   data and we did use it for calculations.
2   It just didn't make -- it just didn't get
3   in that table.
4        Q.   So there is much more five
5   year long-term data in the literature
6   than what you put in that table, correct?
7        A.   Well, there are three.
8        Q.   Three that I showed you
9   today?
10       A.   Yes.
11       Q.   There could be 12 more?
12       MS. FITZPATRICK:  Objection.
13       THE WITNESS:  I don't know.
14  But if there are, let's not
15  discuss them today.
16  BY MR. SNELL:
17       Q.   Is part of your methodology
18  based on case series?
19       A.   Yes.
20       Q.   Do you give more weight to
21  case series than randomized control
22  trials or systematic reviews?
23       A.   I give weight to anything
24  that documents a complication.  I don't

Page 341

1   give weight to someone that doesn't
2   comment on -- you know, on complications.
3        So most of the studies,
4   many -- I would say -- I could say that
5   most of the studies don't even have
6   anything in their methodology to accrue
7   complications, other than -- than patient
8   reported.
9        So if the patient says --
10  said that it hurt, something hurts, they
11  would accept it.  But they don't -- if
12  they don't prompt for it, they don't
13  check for it, I don't give that any
14  credence at all.
15       Q.   Nilsson, 17-year paper?
16       A.   Yes.
17       Q.   Are you critical of the loss
18  to follow up in that paper as being
19  something outside the norm for a 17-year
20  data set or is that within the norm of
21  what you would expect at 17 years?
22       A.   Again, the loss to follow
23  up, I think, was acceptable for that
24  period of time.  But some of the stuff

86 (Pages 338 to 341)

Jerry G. Blaivas, M.D.

Page 342

1  they could have -- you know, loss to
2  follow up Alzheimer's disease, that was
3  one of the categories.  That does not
4  mean that the patient didn't have a mesh
5  erosion, it did not mean they didn't have
6  dyspareunia; it just means they have
7  Alzheimer's disease.
8          And the patients -- of
9  course the patients that died.  But I
10 would have wanted to see them -- and they
11 did not prompt for the kinds of
12 complications that we're talking about.
13     Q.   Did the majority of the mesh
14 complications occur in the first year?
15     A.   In that paper.
16     Q.   No, no.  In general?
17     A.   In general, yes.  I would
18 say the majority of reported
19 complications occurred in the first year.
20     Q.   Do you know who -- you know
21 Stuart Stanton?
22     A.   Sure.
23     Q.   He was one of the surgeons
24 who was highly involved in bringing about

Page 343

1  the Burch or at least reintroducing it,
2  correct?
3      A.   Yes.  Wait a minute.  Sorry.
4  I'm not sure I know what you're talking
5  about with the Burch.
6      Q.   He's over in England,
7  London?
8      A.   I know exactly who he is.
9  But, I mean, what was -- I didn't get
10 your comment about the Burch.
11     Q.   Let me withdraw my comment.
12         You know who Stuart Stanton
13 is?
14     A.   Yes.
15     Q.   A surgeon in London who has
16 published on the Burch colposuspension?
17     A.   Yes.
18     Q.   In a study where he looked
19 at the Burch ten to twenty-year
20 follow-up, the loss to follow up was
21 about 68 percent.
22         Is that an acceptable level
23 of loss to follow up, in your opinion,
24 for a study of ten to twenty years'

Page 344

1  duration?
2      A.   I mean, it's understandable.
3  I mean, when you say "acceptable,"
4  there's a difference between what's
5  practical and what's scientific -- it's
6  not scientifically acceptable.  But
7  practically, of course, it's acceptable.
8      Q.   When you say "practically
9  it's acceptable," you mean stuff happens?
10     A.   It's the best you can do,
11 yeah.
12         MR. SNELL:  Let's mark that.
13         - - -
14         (Whereupon, Exhibit
15     Blaivas-22, Stress Urinary
16     Incontinence AUA Monograph, was
17     marked for identification.)
18         - - -
19 BY MR. SNELL:
20     Q.   Doctor, I've given you a
21 stress urinary incontinence AUA
22 monograph.
23         You're familiar with this
24 document?

Page 345

1      A.   I am.
2      Q.   Do you actually use a stress
3  urinary incontinence monograph with your
4  patients who have incontinence?
5      A.   I do not.  You mean -- no, I
6  don't.
7      Q.   If you look at Page 10,
8  where they're talking about surgical
9  management, you see mesh and pelvic floor
10 surgery on the right?
11     A.   Yes.
12     Q.   Where they talk about the --
13 they refer to the AUA's October 2013
14 position statement on the use of mesh,
15 correct?
16     A.   Yes, they do.
17     Q.   And a little further down
18 where they're talking about
19 complications, the AUA, they report that
20 prolonged pain occurs in 1 percent?
21     A.   Yes.
22     Q.   You agree with that?
23     A.   No.
24         Sorry for laughing.

87 (Pages 342 to 345)

Jerry G. Blaivas, M.D.

Page 346

1    Q.   Well, that's very similar to
2  the 1.4 percent you reported in your
3  paper, correct, for retropubic slings, at
4  least?
5    A.   That's based on the flawed
6  literature we discussed.  We said that we
7  believe it's more like 4 percent, based
8  on the analysis that I described before.
9    Q.   But I'm only focused on the
10 retropubic TVT, not lumping in
11 transobturator slings.
12        That 1 percent reported in
13 this AUA monograph is consistent with the
14 1.4 percent you reported specifically for
15 the TVT and retropubic slings in your
16 paper, right?
17   A.   Yes.
18   Q.   And the vaginal exposure, 1
19 to 2 percent, is also consistent with
20 what was reported with regard to the
21 retropubic TVT in your paper?
22   A.   Yes.
23   Q.   And the erosion into the
24 urinary tract, less than .01 percent,

Page 347

1  that's consistent with what you found?
2    A.   No, it's not.  We found
3  about, I think it was .4 percent, just
4  for the record, which is --
5    Q.   .4 percent for erosion in
6  the bladder?
7    A.   This says bladder or
8  urethra.
9    Q.   Erosion into the urethra,
10 you would agree, is less than .01
11 percent?
12   A.   Probably around that.  It's
13 uncommon.
14        - - -
15        (Whereupon, Exhibit
16        Blaivas-23, American Urology
17        Association Position Paper, was
18        marked for identification.)
19        - - -
20 BY MR. SNELL:
21   Q.   Exhibit 23, this is the AUA
22 position statement --
23   A.   Okay.
24   Q.   -- on the use of vaginal

Page 348

1  mesh.  And this is the October 2013
2  revised statement.
3    Q.   Do you see that?
4    A.   Yes, I do.
5    Q.   AUA says, Extensive data
6  exists to support the use of synthetic
7  polypropylene mesh suburethral slings for
8  the treatment of female SUI with minimal
9  morbidity compared to alternative
10 surgeries.
11        Do you see that?
12   A.   I do.
13   Q.   You agree with that part of
14 the position statement?
15   A.   Do I agree what?
16   Q.   You agree with that part of
17 the position statement from the AUA?
18   A.   I agree it says that.  But,
19 no, I don't agree with that.  Again, I --
20 no, I don't agree with that.
21   Q.   Advantages include shorter
22 operative time, anesthetic need, reduced
23 surgical pain, reduced hospitalization
24 and reduced voiding dysfunction.

Page 349

1        I think we covered most of
2  those before, except we didn't get into
3  reduced surgical pain.
4        You would agree there is
5  reduced surgical pain with the TVT
6  compared to --
7    A.   You mean perioperative?
8  Yes.
9    Q.   Which is -- it's consistent
10 with having to strip off the woman's
11 tissue?
12   A.   Sure.
13   Q.   That can be very painful,
14 correct?
15   A.   I mean, it's like -- I would
16 say it's less so than most operations,
17 because we don't go into the abdominal
18 cavity.
19   Q.   And that would be a
20 benefit --
21        MR. SNELL:  I'm sorry?
22        MS. FITZPATRICK:  It's about
23 5:50, I want you to know.
24        MR. SNELL:  You have a hard

88 (Pages 346 to 349)

Jerry G. Blaivas, M.D.

Page 350

1    stop?
2         - - -
3         (Whereupon, a discussion off
4    the record occurred.)
5         - - -
6         MR. SNELL:  I will put on
7    objection on the record, because I
8    would have liked to complete this
9    deposition today.  I will ask that
10   there be obviously no
11   communication between you and the
12   witness, if we resume.  And I'm
13   not even sure if I'm willing to
14   resume.
15        MS. FITZPATRICK:  Well, I'm
16   going to have 15 minutes, so if
17   you don't want to come back for
18   it, we'll do a 15-minute follow-up
19   by phone.
20        MR. SNELL:  Those things
21   being said, you have a safe trip
22   to your meeting, Doctor.
23        THE WITNESS:  Okay.
24        - - -

Page 351

1         (Whereupon, Exhibit
2    Blaivas-24, Expert Report of J.
3    Blaivas, was marked for
4    identification.)
5         - - -
6         (Parties agreed to mark the
7    expert report as 24.)
8         - - -
9         (Whereupon, the deposition
10   concluded at 5:49 p.m.)
11        - - -
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 352

1              CERTIFICATE
2
3
4         I HEREBY CERTIFY that the
5    witness was duly sworn by me and that the
6    deposition is a true record of the
7    testimony given by the witness.
8
9
10
              Amanda Maslynsky-Miller
11            Certified Realtime Reporter
              Dated:  September 21, 2015
12
13
14
15
16
17            (The foregoing certification
18   of this transcript does not apply to any
19   reproduction of the same by any means,
20   unless under the direct control and/or
21   supervision of the certifying reporter.)
22
23
24

Page 353

1         INSTRUCTIONS TO WITNESS
2
3         Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8         After doing so, please sign
9    the errata sheet and date it.
10        You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14        It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24

Jerry G. Blaivas, M.D.

Page 354

```
1          - - - - - -
             E R R A T A
2          - - - - - -
3    PAGE  LINE  CHANGE/REASON
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
```

Page 356

```
1          LAWYER'S NOTES
2    PAGE  LINE
3    ____  ____  _____
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
```

Page 355

```
1        ACKNOWLEDGMENT OF DEPONENT
2
3          I,_____, do
     hereby certify that I have read the
     foregoing pages,  1 - 349, and that the
4    same is a correct transcription of the
     answers given by me to the questions
5    therein propounded, except for the
     corrections or changes in form or
6    substance, if any, noted in the attached
     Errata Sheet.
7
8    _____
     JERRY BLAIVAS, M.D.,        DATE
9
10
     Subscribed and sworn
11   to before me this
     _____ day of _____, 20____.
12
     My commission expires:_____
13
14   _____
     Notary Public
15
16
17
18
19
20
21
22
23
24
```

**A**

**a16** 154:4,7,19
 155:15 293:22
 294:4,10,14,17
**abandoned**
 219:19
**abbott** 6:21
 311:1,19 312:6
 316:14
**abbreviated**
 123:9
**abdomen** 149:8
**abdominal** 23:9
 60:12 65:22
 167:18 349:17
**able** 39:24 40:1
 188:15 189:1
 193:4 226:11
 227:5 232:22
 330:20,23
 337:9
**abscess** 42:5,24
 68:10
**absolute** 226:23
**absorbable**
 40:18
**abstract** 120:1
 228:7 252:21
**accept** 44:3
 195:11 208:18
 262:10 275:11
 293:4 299:10
 306:24 341:11
**acceptable** 54:6
 86:3 239:2
 240:1 341:23
 343:22 344:3,6
 344:7,9
**accepted** 52:6
 219:3,5
**accompanied**
 92:7
**accomplish**
 92:24
**accomplishes**
 93:3

**account** 195:6,7
**accounted**
 269:12
**accrue** 310:18
 341:6
**accruing** 255:4
**accurate** 257:8
 264:15 289:15
 316:5 353:20
**accurately** 274:2
**achieve** 215:1
**acknowledge**
 230:17 276:11
 279:20 280:24
 281:6 285:17
 285:23 286:13
 313:18
**acknowledged**
 278:1
**acknowledgm...**
 355:1
**acquire** 195:2
**acquired** 195:3
**action** 93:24
**active** 205:23
 337:16
**activity** 258:20
**actual** 52:15
 84:20,22 138:1
 201:13 209:14
 227:1 251:11
 261:4 322:21
**acute** 49:13
**ad** 257:24
 258:16
**add** 83:23 121:2
**added** 271:6
**additional** 19:17
 134:10,12
**additionally**
 314:1,12
**addresses**
 157:14 158:8
**adds** 199:23
**adequate** 145:6
 198:22 203:4

**adequately** 97:7
 325:6,14
**adjacent** 132:24
 133:9
**adjective** 297:14
**advantage**
 280:20 309:1,3
**advantageous**
 169:19
**advantages**
 348:21
**adverse** 112:6
 194:7,13,14
 195:3 290:3
 292:3
**adversity** 248:15
**advice** 298:21
**advised** 12:13
**affect** 67:5
**affiliated** 13:20
**age** 209:4,8
 212:16 216:3
 247:5,6,7
**ago** 45:21 46:22
 57:16 83:21
 179:23 190:5
**agree** 72:3,5,6
 96:17 102:21
 103:15,21
 111:10 115:23
 170:20 171:11
 172:7,13
 177:20 179:5
 180:17 201:23
 205:13 206:12
 210:20 214:12
 244:17 245:5
 253:12 261:2
 276:11 278:6
 288:2 304:4
 313:12 315:3,6
 316:3,21 317:7
 330:24 332:13
 337:3 345:22
 347:10 348:13
 348:15,16,18

 348:19,20
 349:4
**agreed** 9:3 83:14
 193:18 207:18
 351:6
**ahead** 45:24
 73:23 129:13
 145:10 176:21
 321:13
**al** 1:8,8,9,9,10
 1:11,11,12,12
 1:13,13,14,15
 1:15,16,17,17
 1:18,18,19,19
 2:3,3,4,4,5,5,6
 2:6,7,7,8,9,9
 2:10,11,12,12
 2:12,13,13,14
 2:15,15,16,16
 2:17,18,19,19
 2:20,20,21,22
 2:22 263:4
**alike** 101:23
**allotted** 239:10
**allow** 122:3,3
 126:8 239:9
 312:14
**allowing** 50:16
**alluded** 91:16,16
 133:3 265:4
 266:5
**altering** 24:5
**alternative**
 55:16 348:9
**alzheimers**
 342:2,7
**amalgamation**
 156:16
**amanda** 3:10
 352:10
**amend** 224:5
**american** 7:5
 77:18 78:10,18
 79:2 98:10
 347:16
**americas** 3:8

**amid** 126:2,15
 141:3 172:16
 172:24
**amount** 80:24
**amounts** 283:24
**ampersand**
 163:9,18
**ams** 258:13
**analyses** 53:7
 56:9
**analysis** 77:17
 99:4,7 100:8
 140:11 242:14
 258:6 276:21
 278:10 287:17
 346:8
**analyze** 243:14
**analyzed** 289:6
 330:12
**anatomic** 147:6
**anatomy** 309:20
**anchored**
 104:17
**anchors** 163:24
 294:1,9,20
 295:1
**andahalf** 92:20
**anesthesia** 68:8
**anesthetic**
 348:22
**annual** 283:8
**answer** 8:5 43:1
 44:6 46:9
 47:10,20 49:4
 51:7 58:17
 76:4 97:3,6
 99:14 103:20
 104:6 105:20
 105:24 106:16
 106:17 129:14
 176:16 182:22
 187:7 188:9,12
 197:19,21
 198:10 205:12
 215:15,16
 216:1 223:15

224:5,13 234:2
240:8,10 241:1
241:3,9,12,13
242:4 243:24
252:12 253:1
273:9 275:5
289:20 290:11
306:8 311:16
321:9
answered 45:13
45:15,17,23
94:6 138:23
190:15 205:11
240:13,22
252:18 253:8
253:10
answers 42:8
60:15 355:4
anticipate
309:15,21
anybody 21:4
52:20 161:24
273:10
anymore 28:22
326:5
apologize 171:3
apparently
300:8 306:19
325:17
appeal 80:8
appear 102:7
appearances 4:1
appeared
272:21
appendix 154:4
154:19 155:14
294:14,17
apples 105:10
246:1
application
96:15
applies 92:14
apply 352:18
approach 81:18
99:4,7,11
131:24,24

132:14 135:22
135:23 136:5
appropriate
54:3 105:12
353:6
approximate
172:8
approximated
31:3
approximately
12:20
april 284:24
area 245:11
309:20
arent 84:2 259:8
argue 299:24
argument 278:7
arm 205:4,4
arrives 12:1
art 181:10 183:8
183:20 219:3
artery 132:8
article 5:16,21
5:22 6:10 50:1
50:12,17 52:4
52:9,9 69:7
72:18,23 73:14
74:3 111:4
114:8 115:18
117:8,16 118:7
120:11 122:10
146:7 147:24
150:20 151:1
191:16,19,20
200:8,21 208:8
231:24 242:1
256:22 275:24
276:15 283:4
283:18
articles 69:12
146:6 223:13
259:22
ascertain 76:1
85:5 100:9
232:23 233:21
aside 14:20

19:10 42:23
144:18
asked 45:12,21
45:22 46:23
47:2,19 69:10
83:15 98:4
100:5 138:4
170:15 189:23
190:11,15
195:18 205:10
215:24 230:5
232:7 240:13
240:22 253:8
255:12,14
265:6 298:16
338:1,5
asking 33:20,21
33:24 45:18
111:7 127:21
138:6,9 181:15
182:3 216:8
243:13 298:20
asks 205:20
aspect 207:14
208:17
aspects 128:12
208:14 234:11
234:13
assess 84:5
98:20 137:13
140:6 180:15
198:4
assessed 91:4
121:24 158:13
175:18 184:24
185:8 189:1
195:14 197:13
296:24 338:1
assessing 255:18
283:24
assessment
98:23 184:3
assessments
308:14
assistant 69:11
69:14

assistants 70:9
associated 19:23
20:7 71:22
association 6:10
7:6 200:8,16
347:17
associations
98:10
assuming
121:21
asterisk 163:10
atkins 1:17
atrophy 246:22
247:10
attached 353:12
355:6
attempt 76:1
199:10 233:21
attempted 100:8
attend 57:11
attendant 93:4
133:18
attention 276:2
279:17 286:6
307:17
attorney 353:16
attributed 42:21
aua 6:22 98:15
98:19 99:1,16
104:7 105:22
153:19 160:24
162:17,22
191:11 263:11
293:5 294:7
298:20 305:24
344:16,21
345:19 346:13
347:21 348:5
348:17
auas 153:24
345:13
audience 262:7
august 116:11
201:9,20
author 73:16
106:7,7 257:21

326:10,17,17
328:19 330:7
331:12
authors 83:14
85:2 99:3
193:15 196:19
238:22 244:21
284:2 325:24
337:23 338:13
autologous
14:23 15:1,3,7
15:8,12,13,19
16:7,7,11,16
17:1 33:4
37:12 38:15
40:10,19 41:2
41:15 42:20
43:2,8,13
44:18 63:15
64:13 65:8,19
66:9 78:21
79:3,17 80:15
82:2,10 88:6
89:7,16 90:2,8
90:12 91:5
93:19 94:2
97:22 104:17
105:3,7,16
106:2,11
129:19 136:21
151:4 173:23
176:2 211:18
214:1,19
215:10 217:15
218:9,23
221:18 222:12
222:20 231:9
265:7 266:13
267:6 268:1
271:13 273:6
273:15 280:5
280:11,14
281:1 290:16
293:24 294:9
294:19,24
306:2 308:21

Jerry G. Blaivas, M.D.

309:14
**available** 21:15
  136:6 142:9
  153:23 224:13
**avenue** 3:7 4:13
**average** 175:20
  209:8 257:19
  321:19
**avoidance**
  230:21
**avoiding** 128:8
**aware** 10:4
  55:15 63:4,8
  64:3 84:4,7
  87:13 90:11
  109:7 142:7
  144:10,22
  149:13 152:19
  157:6,14,18
  158:7 167:13
  168:23 169:23
  176:4,5 189:5
  211:20 214:7
  272:8,16
  284:20 321:1
  324:17

**B**
**b** 4:8 5:9 6:2 7:2
**back** 23:15 28:9
  45:20 46:2
  86:14 87:2
  113:13 145:21
  155:12 160:15
  164:2,9 166:22
  167:7 186:16
  189:1 194:18
  202:10 228:17
  251:24 254:2
  272:8 275:5,17
  286:8 287:19
  293:22 294:4
  295:6 302:13
  313:3 317:17
  317:24 319:4
  319:19 321:3

322:19 333:6
  333:16,18
  334:8,10
  335:23 337:5,9
  350:17
**background**
  170:23 209:3
  212:7
**bacteria** 58:24
  59:10 60:7
**bacterial** 57:24
  59:13,16 69:12
  126:8
**bad** 107:4
  248:24 275:1
  317:9,10
**badly** 251:6,7
**ballpark** 119:9
  172:5 296:19
**barber** 181:5
**bard** 258:13
**barr** 2:7
**base** 33:2 179:23
**based** 83:3
  104:19 128:3
  158:15 159:20
  178:11 184:9
  184:11 209:20
  234:9,10
  263:14 276:8
  288:9 289:15
  296:20 301:1
  306:1 307:3
  315:10 323:10
  340:18 346:5,7
**baseline** 212:2
**basic** 167:18
**basically** 94:19
  238:8 265:14
  276:24 292:20
**basis** 46:18
  62:17 176:22
**bearing** 233:18
**began** 43:8
**beginning**
  225:17 228:8

235:2
**behave** 38:13
**believable**
  259:14
**believe** 11:17
  21:24 37:5
  38:13 52:17
  56:23 57:7
  78:24 80:14
  82:4 93:8 94:9
  96:19 105:11
  128:6 159:9
  165:11 170:2
  170:22 173:21
  186:12 213:22
  214:22 215:3,9
  217:3 253:18
  258:22 259:2
  261:15 262:15
  269:7 274:16
  280:21 283:16
  300:12 301:13
  310:7 325:13
  346:7
**believes** 159:21
**belong** 282:7
**benedon** 326:1
**benefit** 22:21
  91:12 125:6
  140:16 141:14
  213:11 214:13
  231:1,6 267:21
  279:21 349:20
**benefits** 22:9,12
  22:20 91:10,13
  91:15,23
**best** 26:2 37:14
  98:1,2 178:5
  178:20,21,21
  213:8 214:6
  241:9 290:21
  338:15 344:10
**better** 86:16
  138:12 142:5
  142:19 172:20
  269:3 270:1

272:1 275:7
  277:18 285:19
  288:12,21
  289:9
**beyond** 101:3
  129:11 260:4
  271:16
**bhoyrul** 5:21
  147:11,24
  148:17,19
**bias** 261:3,4,5,5
  261:6,9,19,21
  274:19,22
  324:11
**biased** 178:15
  259:1 261:14
  262:12
**biddle** 3:7
**big** 132:20 134:1
  134:1 328:12
  333:24
**billah** 85:1
**billed** 80:13
**billing** 5:20
  146:10,19
  308:13
**biocompatibil...**
  44:1
**biocompatible**
  43:14,18,20
  44:7,19 45:10
  47:3,19
**bit** 332:2
**bladder** 16:13
  16:16 35:6,10
  36:23 37:4,8
  37:20 38:2,5
  105:16 122:15
  122:17 128:8
  129:23,24
  130:13,18,20
  131:9,11 132:3
  132:7 139:3
  151:13 152:12
  152:20 153:5
  154:21 155:3

156:1,22 157:7
  157:12,17
  158:2 163:22
  163:24 169:20
  180:12 207:8
  210:15 214:2
  229:8 233:7
  234:14,14,19
  234:20 235:5
  235:17,20
  236:2,9,16
  239:5 244:2
  245:24 246:6
  246:13,14
  301:21 306:10
  306:15,21
  347:6,7
**bladders** 25:2
**blaivas** 1:21 3:5
  5:4,13,19,20
  6:12 7:7 9:10
  9:21 11:1
  145:17 146:10
  216:14 351:3
  355:8
**blaivas1** 5:12
  10:24
**blaivas10** 6:5
  153:11
**blaivas11** 6:7
  168:2
**blaivas12** 6:8
  174:15
**blaivas13** 6:9
  192:4
**blaivas14** 6:10
  200:7
**blaivas15** 6:12
  216:14
**blaivas16** 6:13
  217:24
**blaivas17** 6:15
  223:7
**blaivas18** 6:16
  237:11
**blaivas19** 6:17

262:18
blaivas2 5:14
   61:4
blaivas20 6:19
   279:8
blaivas21 6:21
   312:6
blaivas22 6:22
   344:15
blaivas23 7:5
   347:16
blaivas24 7:7
   351:2
blaivas3 5:15
   68:22
blaivas4 5:16
   74:3
blaivas5 5:18
   95:2
blaivas6 5:19
   145:16
blaivas7 5:20
   146:10
blaivas8 5:21
   147:24
blaivas9 5:22
   150:20
blanket 261:12
bleeding 299:17
bless 213:6
blind 152:8
   310:5
blinded 130:16
   152:5
blindly 151:23
   152:2,4
blunt 134:1
board 100:1
   257:24 258:16
bob 18:20
body 32:12
   38:12 44:2,3
   44:11,12 47:24
   81:11 100:9
   161:17
bone 104:18

163:24 293:24
   294:9,20 295:1
book 6:7 168:3,8
   174:6
bottom 61:21
   73:19 122:14
   122:16 123:1
   136:11 138:11
   138:12 140:16
   164:12 224:21
   230:10 283:7
   284:9 285:7
   303:14
bottomsup
   131:23,24
bottomtotop
   137:14,18
   138:15 139:1
   140:7,11
bottomup
   135:23
bowel 75:4,15
   75:22 229:8,18
   229:18
box 114:22
   115:9
branded 27:12
   27:18 28:5
   29:19 30:13,20
   31:6 32:3 33:9
   34:3,13 36:7
break 11:22
   66:15 107:12
   145:10,22,22
   223:1 258:9
   302:11 305:7
   306:6 308:3
bridge 159:10
brief 66:18
   107:14 192:18
   223:3 308:6
bring 11:10,12
   12:8,13
bringing 342:24
broad 33:1
broke 154:14

270:9
brought 194:18
bunch 83:13
burch 17:13,24
   19:6,9,14 20:7
   42:11 63:12
   78:13 79:16
   82:15,20,21
   149:15,20,24
   150:5,14
   152:13,14,21
   154:22 155:2
   156:5 160:16
   164:3,6,9,19
   165:4,13 166:1
   166:4,13 189:5
   189:22,23,24
   190:2 211:18
   211:21 215:2
   290:5 291:21
   302:7 343:1,5
   343:10,16,19
burches 18:10
burt 4:8,10 10:3
   102:12 122:12
   147:13 181:23
   182:8
butler 4:7,11
butlersnow 4:10
   4:15

─────────
C
─────────
c 11:16,24 55:5
   57:9 145:23
   146:1 167:20
calculate 226:11
   227:6 254:15
   312:15
calculated 30:10
   118:13,19
   119:16 226:16
   226:19 228:6
   228:13,14,20
   239:18
calculation
   235:24 236:7

249:24
calculations
   119:6 226:5
   229:13 250:12
   250:21 340:1
call 19:19 73:15
   83:7 98:15
   163:8 325:22
called 325:18
callous 97:14
calls 100:3
candidates
   178:5,21
cant 17:20 25:5
   29:12 49:6
   59:1 66:10
   97:3 115:16
   176:11 189:12
   207:9 220:10
   238:2 239:14
   239:17 240:18
   259:2 264:21
   270:2 277:17
   277:17 278:22
   281:21 289:13
   298:19 311:15
   315:20 316:10
   317:14 328:12
   337:16 338:9
capacity 51:12
caption 2:1
capture 271:21
   331:17
captured 190:13
   283:17
capturing 272:1
care 59:21 182:8
   208:11 267:11
   275:13 311:7
   319:8,13
   323:20
career 18:2
   150:8 258:18
   301:12
carefully 353:4
cares 275:13

caring 70:10
carried 219:22
carry 66:4
   218:23
carrying 38:22
case 10:10 12:15
   12:16,17,18
   30:17 77:17
   146:19 271:3,4
   274:5 310:7,16
   310:17,19,19
   311:2 338:3
   340:18,21
cases 1:7 20:15
   156:21 221:10
   270:18 274:5
casual 70:16,17
categorically
   63:7 273:9
categories 67:4
   342:3
category 294:20
   302:8
catgut 42:16
causal 245:2
cause 81:11
   131:2 233:2
   267:8 309:11
caused 232:23
   235:11
causes 45:2,4
   46:12,14 267:1
   267:4,5,8,22
caveat 58:7
   156:7 179:4
   188:16 227:14
   253:9,10
caveats 304:10
cavity 60:12
   349:18
center 4:8 311:7
   319:13 323:20
centers 312:1
   319:8,18
centimeter
   36:12

centimeters
26:14,16 31:2
31:2,7 32:24
151:19
century 100:17
certain 20:14
44:14 58:22
60:5,6 85:20
128:11 158:1
190:3 212:3
214:14 310:15
certainly 11:21
16:20 175:24
177:11 262:6
288:1
certainty 106:17
certificate 352:1
certification 9:4
352:17
certified 3:11
352:11
certify 352:4
355:3
certifying 77:18
352:21
chance 26:6
160:8 239:5
243:1 334:15
336:16
chances 82:5
133:8 139:17
186:23 187:23
change 37:7
38:11 40:16
128:10,11,20
132:18 138:5
140:19,22
183:14 332:1
354:3
changed 36:21
40:14 127:10
127:18 128:5
208:7 282:13
changes 353:11
355:5
chapter 168:9

174:6
characteristics
56:2 233:17,17
267:13
characterize
97:20 199:1,4
charleston 1:2
check 113:7
135:6 168:18
236:4 331:9
341:13
checking 193:21
238:20
cheshire 2:22
chief 97:12
choice 224:1
230:13
choose 224:14
265:21
chose 19:16
35:11
chromic 42:16
chronic 49:12
128:17 195:9
195:13 308:11
cincinnati 311:9
circumspect
184:15
circumstance
17:17
circumstances
296:9
citation 94:10
95:6 232:3,4
citations 75:11
127:5 241:24
283:18
cite 57:23 78:1
94:21 103:13
106:18 107:6
109:11 110:6
110:11 124:13
137:10 147:10
193:24 242:18
311:1 312:11
315:20 316:13

317:15
cited 49:23
60:23 61:9
68:17 69:9
71:6 72:1
95:13 131:4
136:24 138:13
139:14,23
140:5,13 141:5
143:1,5 148:13
157:15 167:9
172:1 232:5,10
288:5 317:1
327:10 331:5
cites 172:23
citing 139:15
174:7 207:17
city 9:23
claim 187:19,21
claims 100:3
324:23
clamp 39:15
classic 173:3
classify 94:19
clear 34:22
110:8 266:9
310:2 324:3
clearly 245:6
246:8 270:9
328:21,23
331:16
client 16:1
clinical 14:2
44:3,4,16 45:5
46:15,24 48:12
48:13 49:2
86:11,23 87:8
101:2 116:7
135:11,15
206:10 272:19
clinically 44:21
44:22,24 45:2
45:10 46:7,10
46:11 47:4,8
48:2
close 119:5

133:10 147:5
166:16 244:18
cochrane 5:18
94:11,16,17
95:2,7,8,12
96:7 97:16
101:24 102:24
136:23 137:9
138:13 142:24
143:4 257:9
code 308:13
cody 95:9 97:17
cohort 96:22
175:22 217:17
219:23 236:23
237:1,16,21
238:16 254:19
256:12 323:1
326:11 327:7
327:10 328:20
329:4 331:15
cohorts 327:16
colleague 216:7
colleagues
220:24
colonyforming
61:13
color 115:9
168:17
colposuspension
17:14,24 18:13
19:6,7 78:13
79:16 82:16
152:13,21
155:2 156:6
164:4,20 165:5
166:5,13 189:6
215:3 343:16
colposuspensi...
164:10
column 71:6
75:9 155:15
164:16 212:19
213:3 255:9
com 1:24 4:5,10
4:15

combination
235:14
combined 75:5
75:14,23
combining
104:1
come 15:17 24:9
67:7 70:3
112:18 113:13
158:24 161:13
161:21 179:2
182:8 215:20
255:11 265:8
275:11 307:9
315:18 335:23
337:5 350:17
comes 255:6
coming 97:11
287:19 302:13
commencing 3:9
commendable
333:10,11
comment 72:20
159:1 300:1
315:8,10
337:17,19,22
341:2 343:10
343:11
comments 313:9
commercial
21:10
commission
355:12
committee 162:2
common 24:4
66:13 97:9
152:6 208:21
209:2,13 210:5
233:9
commonly 19:2
56:5 222:17,23
270:3 322:8
communicate
320:22
communicated
319:19

Jerry G. Blaivas, M.D.

Page 362

| | | | | |
|---|---|---|---|---|
| communication 350:11 | completed 79:12 | 228:23 229:17 | 238:22 239:4 | 284:3 |
| community 16:24 | completely 60:11 74:20 | 229:23 236:24 | 288:16 351:10 | conflicted 262:2 262:5 |
| communitywide 41:18 | 130:17 181:20 197:21 | 237:1 265:13 267:2 268:8,9 | concludes 247:13 | confounding 245:7,15 |
| comparable 19:11 82:3,7 | complicated 58:18 | 271:2,7 273:14 273:24 274:4,6 | conclusion 99:22 104:19 | connection 61:17 98:9,14 |
| 93:18 105:13 106:14 156:4 | complication 20:5 26:7 | 274:8 277:2 278:11 280:1 | 118:10 125:22 228:11 229:16 | 98:18 112:24 connotation |
| 211:17 | 42:21 68:7 | 280:10,15 | 251:10,19 | 81:4 |
| comparative 140:11 | 118:20 140:6 142:17,21 | 290:3 298:3 299:17 300:13 | 252:7 278:24 315:6,18 316:4 | consent 68:2 consequence |
| comparator 238:3,8 239:13 | 144:17 154:20 157:2 172:3 | 302:17 307:22 310:10,14,17 | 323:8 conclusions | 119:21 153:4,6 200:1 225:20 |
| compare 138:6 144:15 221:21 | 195:8 208:20 226:20 237:22 | 311:3,22 312:23 313:11 | 99:15 102:21 120:20 122:5 | 268:6 consequences |
| 238:2 246:5 | 247:24 248:2 | 313:19 314:2 314:17 316:1 | 125:14 141:22 145:7 158:11 | 31:19 45:5 46:15 48:10,11 |
| compared 30:12 79:13 83:21 | 265:20 266:2 267:19 268:17 | 318:23 319:14 332:10 336:18 | 158:24 161:14 161:22 184:13 | 48:14 60:14 122:7 155:5 |
| 88:6 120:23 126:24 137:14 | 268:21 270:23 270:24 271:4 | 341:2,7 342:12 342:14,19 | 229:14 252:20 279:5 315:5 | 156:8 268:7 consider 14:15 |
| 143:10 144:7 172:24 236:24 | 271:11 298:15 302:4 305:11 | 345:19 comport 300:4 | 332:2 conclusively | 17:18 24:6 25:10 54:10 |
| 238:17 279:19 285:20 286:2 | 305:16 310:22 312:16 315:12 | compositions 101:18 | 245:1 concomitant | 60:7,17 75:19 76:24 86:6,17 |
| 286:17 288:22 293:19 348:9 | 318:18 332:17 332:21 335:6 | computed 306:1 computer 84:23 | 154:11 concomitantly | 178:19 207:13 226:2 266:23 |
| 349:6 comparing | 336:21 340:24 complications | 328:17 330:16 concept 55:22 | 62:8 conditions 89:22 | 280:19 290:1 308:20 312:18 |
| 81:24 104:24 105:10 106:10 | 24:17 42:18 48:3 65:8,19 | 55:23 96:17 219:19 | 281:3 conduct 183:14 | considerably 227:1 |
| 142:15 239:15 246:1 265:15 | 66:8 67:16 81:12 105:17 | concern 38:4 120:7,15,19 | conducted 183:9 confidence | consideration 68:15 79:24 |
| 265:23 266:3 277:6 | 121:5,6,10,14 121:24 122:7 | 121:15 168:24 171:13 | 276:19 confident 162:1 | 81:7 184:4 225:21,23 |
| comparison 44:24 46:9,18 | 132:10 136:13 153:24 154:8 | concerned 199:23 | 228:19 274:9 318:15 | 331:22 considerations |
| 231:9 266:8 compatible 45:2 | 157:11 158:5 158:19 180:9 | concerning 167:14 218:7 | confirm 39:12 confirmation | 5:16 73:1 74:4 147:8 |
| 46:11 complain 275:3 | 180:10,14 185:8 195:7 | concerns 37:17 129:3 | 39:20 confirmed | considered 14:12 27:5 |
| 338:17 complete 12:12 | 199:20 200:1 202:6 203:19 | conclude 62:17 239:9 246:4 | 231:14 conflict 257:22 | 67:21,23 89:21 123:8,19 203:4 |
| 15:11 241:3 350:8 | 205:18 206:19 207:15 225:6 | 253:19 338:9 concluded | 258:3 259:11 259:12 261:16 | considering 84:10 190:7 |
| | 225:18 226:24 | 141:18 193:15 | 261:17,18 | |

229:7
consistent 89:10
144:4 159:22
163:20 171:17
173:5 190:19
191:10 225:3
265:24 266:1
287:17 292:16
292:24 304:6
305:1 314:23
315:2 323:3
346:13,19
347:1 349:9
consultant
257:24
consultants
258:16
consulting
258:24
contact 39:21
contaminated
57:21
contamination
58:13,19,20,21
59:3,8,15,19
61:11 64:2,4
69:13
contemporane...
104:22,23
177:1 181:10
183:7
contents 56:22
context 58:6
66:23 80:23
199:18
continent 29:17
29:21,22 221:5
221:7,13
264:23
continue 129:5
227:21
continued 2:1
continues
303:23
contracted
27:20,24 28:6

28:12
contraction 29:9
124:24 128:18
140:21 144:13
contradictions
277:15
contradictory
276:18 278:19
279:4
contrary 321:2
contributed
245:9
control 91:4
96:9,20 136:14
139:24 140:3
200:14 205:8
256:11 257:12
276:9 284:23
285:18,24
286:14 288:11
289:7 290:1,2
290:14 291:19
291:20 300:17
327:12 340:21
352:20
controlled
263:15
conversation
44:1
conversations
53:17,21 55:21
57:2
conversely
226:3
convincing
290:22
cook 2:9
coordinator
326:2
copy 73:4,7,9
110:6,14
112:19 113:10
117:9,11
145:24 147:14
328:4
cornell 13:21,24

14:6
correct 10:6,17
10:18 12:18
15:22,23 16:3
17:12 19:22
20:16 23:3
36:9,10,12,13
36:16,17,23
37:1 43:11
44:20 47:22
48:16,18 56:24
63:12,16 66:2
71:1 75:7,12
77:4,23 81:20
81:21 82:17
88:4 92:9
93:11,12 98:12
99:20,21
104:18 106:20
106:22,23
107:21 108:8,9
109:3 111:11
111:12 115:5
116:4,5,8,9,12
116:16,17,22
117:1,18,23
118:24 123:14
123:15 124:6,7
124:10,11,14
125:2,3,16
126:6,12,13
127:2,6 137:15
137:19,22
138:17 139:4
139:24 140:12
140:17,18
141:9 143:2,7
144:1 145:2
146:21 149:24
150:5 152:13
154:12,22,24
155:22 156:2,6
158:14,20
159:8 160:1,2
160:19 161:1

163:24 164:7
164:17,21
165:1,9 172:17
173:7 175:1,10
175:17 176:3,8
177:7,9,10,12
177:15 178:1
179:13 180:24
181:7,8,12
183:4,21
187:14 188:21
189:3,4 190:22
191:12,14,20
191:24 192:20
192:24 193:1,4
193:13,17
194:7 195:5
196:10,15
200:21 201:11
201:24 202:7
202:23 203:19
203:24 204:11
204:15,23
205:5 206:6,22
209:5 210:24
211:14,24
212:9,21,24
214:16 217:2
217:12 218:9
218:21 219:10
219:11 224:12
225:15 226:6
226:11 227:3,9
227:10 228:20
229:22 230:18
231:4,16
233:12,19
236:2,9 237:22
238:13 239:19
242:8 244:7,16
244:19,20
245:12 248:15
248:16,19,20
248:24 249:19
250:1 251:21
252:9,13

253:16 254:19
254:20 255:21
266:14,20
273:16,17,19
274:2 278:5,8
278:17 282:22
283:24 286:3
286:18 289:16
291:22 295:3
295:21 296:5
296:21,24
301:3,6,23
302:5,18 303:2
303:11,17
304:2,15,16,18
304:23 305:3
305:12,17,18
305:21 306:22
307:5 310:22
310:23 311:3
312:16,17,20
312:24 313:1
313:16 314:21
314:24 321:20
322:1 324:2
328:15,22,23
329:1,6 331:10
331:19 340:6
343:2 345:15
346:3 349:14
355:4
corrections
353:5,7 355:5
correctly 71:12
72:7 185:16
276:21
correlation
48:19,23
couldnt 20:10
69:17,18 101:7
121:7 140:3
190:5 212:16
333:1
counsel 9:3
23:21
count 59:16

counting 202:15
counts 57:24
county 57:24
couple 27:19
    41:9 119:6
    129:21 130:1
    146:6 155:9
    192:10 279:15
    319:1 322:5
course 18:8 25:7
    149:21 151:17
    181:2 185:4
    205:2 219:1
    261:21 331:4
    342:9 344:7
court 1:1 46:3
    87:4 252:2
    286:10 353:20
covered 264:1
    349:1
created 29:1
credence 341:14
credentials
    77:19
criteria 85:21,24
    108:12 111:24
    114:19 115:10
    201:7
critical 208:16
    243:4,6,11
    341:17
critically 180:4
    186:19
criticism 206:24
critique 207:11
    208:23
crunched
    288:10
culligan 5:14
    57:24 60:23
    61:4 69:6
cure 143:10,14
    177:24 204:2,8
    263:22 285:10
    285:20 286:1
    286:16 287:5

288:13,21
    289:9
cured 213:4
current 101:9
    105:11 106:1,3
    145:24 146:2
    179:17,20,23
    180:2,20,23
    183:20
currently 13:13
    14:22 23:1
    71:7 123:7
curriculum 5:19
    145:16
curve 37:6,10
cut 27:2 28:8
    31:4,8 32:2,7
    32:23 33:2
    35:24 36:9,11
    38:16 220:2,15
    220:19
cutoff 201:18
cutting 30:20
    31:18,23
    220:12
cystoscopy
    156:24 157:8

──────── D ────────
d 1:21 3:5 5:2,4
    5:19 9:10 57:9
    145:17 355:8
damage 132:23
    133:7 166:12
damaged 129:22
dameron 1:19
dangerously
    147:5
daniel 1:11
data 33:14,16
    34:11 37:21
    56:15 72:19
    103:10,14
    116:7 141:21
    154:15 157:19
    159:14,20

160:12,24
    161:20,21
    163:19 186:22
    209:21 211:21
    222:7 226:7,22
    231:15 255:4
    258:8 259:2
    260:21 271:21
    283:24 287:16
    289:16 291:4
    292:5 302:2,14
    307:18 315:8
    315:11 316:19
    317:16 318:2
    321:1,8 322:21
    323:10 331:24
    332:5 339:18
    340:1,5 341:20
    348:5
database 273:16
date 3:10 201:18
    326:14 353:9
    355:8
dated 352:11
dates 201:1
day 13:8,9,10,12
    355:11
days 13:11
    105:6 222:8
    272:14 353:16
de 25:1 102:18
    180:11 189:2
    207:8 210:21
    211:2,5,12
    212:20 337:6
    337:24
deal 76:18
    298:17,21
dealing 52:9
death 67:18,20
    67:24 272:3,4
    272:6,15
decade 48:12
    86:21 89:8
    230:11
decadelong

86:22 87:8,18
    87:24
decades 183:3
decide 53:6 76:3
    171:5 228:10
    259:6,13
decided 239:1
    255:20
decision 37:18
    67:8 68:15
    225:24
decisionmaking
    24:9
decreased
    124:21 231:5
dee 3:10
deemed 353:19
deep 64:7
deeper 133:19
    134:13
default 100:19
defecatory
    179:11
defendant 4:15
define 43:20
    46:23 47:3
    59:7,15,19,24
    152:23 220:8,9
    254:3
defined 61:12
    178:8 253:15
definitely 283:3
    287:20
definition 60:9
    179:18,20
definitions
    179:24
degree 178:18
    215:12 233:22
delayed 40:14
    40:17
demonstrate
    135:17 140:15
demonstrating
    125:21
denominator

28:3 49:6
    120:23 156:17
    270:21 271:8
    313:7
denote 159:13
density 124:21
deny 288:15
depends 96:23
    96:24 233:4
deponent 355:1
deposing 224:7
    224:8 353:16
deposition 3:4
    5:12 8:2 10:10
    10:20,21,24
    11:11 12:9,19
    13:2,4 216:22
    350:9 351:9
    352:6 353:3,13
    353:17,19
deps 1:24
describe 28:16
    218:20
described 33:18
    40:4 346:8
describes 15:7
description 5:11
    6:4 7:4
descriptors 15:6
design 127:10
    127:19 128:11
    128:20 140:20
    140:23 148:24
    234:24 235:2,6
    235:7,15
designated
    159:19 284:17
designed 57:20
    124:18 128:1
    128:16
desirable 91:24
    92:3,21
detail 103:20
    104:5 281:9
    289:19
determination

Jerry G. Blaivas, M.D.

37:22
**determine** 85:14
  104:5 186:3
**develop** 68:5,6
  212:4,21 269:9
**developed** 62:12
  63:5 219:8
  229:5
**developer** 18:22
**development**
  25:1
**device** 10:13,16
  10:16 100:11
  100:19 109:9
  110:2 127:9
  169:13 179:9
  273:21
**diabetes** 247:1
  247:11
**diagnostic**
  308:13
**diameter** 124:22
  126:4 141:20
**dictates** 161:17
**dictionary** 43:23
**didnt** 12:12,12
  26:17,17,18
  28:2 32:16
  33:18 37:8
  38:20 40:20,21
  41:20 69:4
  71:14 72:18
  85:9 94:21
  101:10 106:18
  107:2 111:21
  117:3 120:17
  140:5,15
  142:14 144:14
  144:15 159:13
  174:23 183:12
  187:20 190:9
  191:18 193:23
  195:15 200:20
  215:20 217:21
  218:17 229:12
  230:3 236:22

236:24 238:7
  253:20 254:6
  260:11 265:8
  271:16 274:11
  279:3 286:5
  288:2 289:24
  305:7 306:6,13
  316:17 319:4
  326:16 332:11
  332:12 334:8
  336:9,11,21
  337:5 338:8
  339:4,19 340:2
  340:2 342:4,5
  343:9 349:2
**die** 177:11
**died** 187:10
  272:11,14,18
  273:2,10,12
  342:9
**differ** 169:18
**difference** 19:4
  21:6 58:12
  92:18,20
  104:21 105:14
  135:5 139:20
  144:21,21
  261:3,22
  270:10 333:24
  344:4
**differences**
  22:10 119:20
  139:11,11
  144:18,20
  218:18
**different** 11:9
  13:18 15:24
  21:10 63:20
  69:19 74:21
  101:16,17
  119:6 122:13
  123:2 135:8
  156:8 163:18
  164:15 170:15
  183:3 197:10
  220:5,6 228:6

228:18,22,23
  233:15 248:14
  248:15 251:20
  252:7 253:22
  291:22 294:15
  296:20 299:8
  307:10 309:6
  327:14,15,16
  329:4
**differently**
  38:14 228:15
  228:21 298:10
**difficult** 90:7
  269:8
**difficulties**
  185:14
**difficulty** 219:9
**digit** 65:13
  172:9 299:12
**dillon** 1:12
**direct** 151:7,16
  151:18 155:1
  245:2 352:20
**direction** 8:5
  139:7
**disabling** 207:14
  208:13,13
**disagree** 103:4
  170:9 171:7
  173:13,16
  231:18 232:8
  232:12 247:14
  288:8 302:21
  302:22 316:17
  317:7
**disagreeing**
  316:15
**disagreement**
  172:10 247:23
  248:1,4
**disagrees** 247:22
**discharge**
  222:14
**disclosed** 259:5
**discover** 197:9
**discrepancy**

119:23
**discuss** 20:11
  22:8,11 56:4,8
  66:24 340:15
**discussed** 50:21
  56:12 203:19
  231:9 235:1
  346:6
**discussing** 15:19
  15:20 45:11
  107:20 151:3
**discussion** 47:13
  114:4 148:9
  185:10 202:18
  203:12 204:19
  216:10 350:3
**discussions** 56:1
  161:11
**disease** 60:18
  342:2,7
**disparaging**
  57:6
**dissect** 130:9
  133:14
**dissected** 28:24
  151:12
**dissecting** 29:3
  309:10
**dissection** 130:8
  133:18,19
  134:13,24
  135:13,18
**dissimilar**
  101:23
**distinction**
  21:12 270:16
**district** 1:1,1,7
**divide** 24:2
**dmochowskis**
  106:9,19 107:7
**doctor** 9:17
  12:10 19:22
  47:17,23 66:22
  74:9 112:2
  113:14 137:7
  145:21 148:4

148:17 151:1
  153:16 154:24
  155:14 159:11
  163:17 166:24
  174:20 175:8
  182:19 183:2
  185:9 186:17
  192:20 200:13
  201:6 211:24
  214:12 216:19
  218:5 223:1
  224:17 241:14
  247:12 248:10
  275:15 302:11
  308:10 317:18
  318:1 320:6,10
  320:13,17,18
  320:23 329:17
  333:14 334:9
  334:11 344:20
  350:22
**doctors** 149:14
  319:5,12,20
  321:4 324:13
  333:7,16,18
**document** 1:6
  12:5 146:15
  153:23 161:5
  168:14 344:24
**documented**
  126:22 143:12
  234:18
**documenting**
  121:13
**documents** 8:10
  11:9 168:21
  340:24
**doesnt** 24:8 59:3
  80:21 113:20
  135:9 141:20
  146:5,6 148:19
  166:16 174:3
  180:15 185:22
  186:2 220:14
  229:16 241:6
  247:5 250:8,9

269:24 275:12
305:10 310:3
312:14 316:21
318:17,18,19
320:18 326:5
332:1 341:1
**doing** 18:8 21:4
31:22 38:2
43:8 69:19,23
70:6 92:22
112:22 125:18
129:7 130:16
133:18,23,23
133:24 134:12
139:6 149:20
150:3 179:8
181:17 182:4,5
199:17 222:20
251:5 265:15
265:18 298:9
300:11 306:21
319:21 353:8
**dont** 17:10,19
20:9,20 23:12
24:20 25:5
28:21 31:15
32:9,22 35:20
43:22 52:17,23
55:19,19 57:3
57:5 62:16
64:22 65:1,6
69:8 70:8,11
73:10 80:6,12
81:5 84:11
86:12 87:14,23
90:14,23,24
91:8 92:14,18
96:3,17 97:18
100:4,6 101:9
102:21 103:14
103:15,23
105:11 106:6
108:17,17,18
111:13,22,24
112:2,19 113:6
113:18 119:11

119:21 120:18
125:23 128:23
132:6 133:21
133:21 134:5
135:2,20 136:7
138:7 144:19
148:17 149:12
152:16 159:16
161:24 162:12
162:13 165:14
165:14,21
166:15 167:17
167:17,21
168:16 170:2
170:22 171:2,4
171:7 173:20
179:2 180:5
182:7,22
188:11 189:13
189:17 190:17
191:2 195:16
195:22 196:23
201:12,16,17
202:1,13,15
205:12 208:11
214:22 215:6
216:1 217:3,4
217:6,19 220:8
220:9,10,16
222:23 223:17
225:20 226:1
232:1,1 238:21
240:3 242:2,12
242:20 247:17
252:17 256:10
256:14 257:5,8
260:16,23
262:4,14
263:15 264:20
265:2 267:20
268:14 269:15
270:6 271:1,20
272:22 273:8
273:13 274:16
274:20 275:7,9
275:16,19

276:23 282:10
283:13,16
288:15 297:13
298:6 299:3
300:16,19
302:19 303:3
303:18 307:16
308:15,19
309:1,2 310:11
310:20 311:11
312:18 314:7
315:3 316:3
319:16,22
320:6,10 321:6
321:7,7,8
328:4 329:21
329:22 330:15
333:6,16 334:4
334:10 335:20
336:20 337:15
337:15,21
338:10,12,17
338:18 340:13
340:24 341:5
341:11,12,12
341:13 345:6
348:19,20
349:17 350:17
**double** 107:4
163:12
**doubt** 273:10
**downfalls**
266:17
**downside**
266:23
**dr** 50:4,7,10,14
51:6 52:8 53:7
55:11,14 56:9
57:7,14 106:18
107:6,7 167:10
167:13 169:9
169:23 170:9
171:10 172:13
173:13,16
**drinker** 3:6
**drive** 4:8

**due** 154:12
**duke** 265:6,8
**duly** 9:11 352:5
**durability**
231:13
**duration** 84:6
84:15,18 86:7
90:1 91:6
107:24 108:12
109:4 116:24
117:20 120:10
125:13 260:6
344:1
**dynamic** 112:5
177:24
**dysfunction**
102:18 103:7
103:24 104:9
139:2 159:5,24
160:8 162:4
165:4,12 166:2
210:6 294:13
295:2 348:24
**dyspareunia**
25:6 162:10
189:2 190:21
190:24 191:3,4
191:13,23
196:4 197:6
205:21 206:2
207:2,16,24
208:9 209:2,12
274:13 275:2
292:10,14,21
293:2,16
295:13,17
337:6,11,14,17
337:19,24
342:6

─────────
**E**
─────────
**e** 5:2,9 6:2 7:2
354:1
**earlier** 66:22
93:7 136:24
144:5 174:11

190:12 201:6
204:18 206:21
216:22 223:12
283:5 306:14
**early** 18:15
23:20 40:12
88:19 100:16
209:10 258:17
**easier** 19:19
**easy** 26:21,22
79:11 81:2
132:22 268:7
**eat** 145:10
**edited** 53:3
115:14 297:24
**editor** 52:22,24
53:10 97:12
**editors** 114:20
**effective** 82:10
82:22 102:8
103:22 137:21
138:16 193:16
193:19
**effectiveness**
81:17 108:4
**effects** 112:7
**efficacy** 81:24
82:3 83:6
93:10,19 112:6
169:18 180:8
188:13 199:19
202:6 203:18
203:21 207:18
231:8 257:3
266:1 278:2
325:10 332:16
333:10
**effort** 39:7
218:17
**eight** 26:4,16
102:24 103:5
201:10 217:11
**either** 26:13,17
29:23 76:11
79:16 107:6
112:20 161:8

162:9,10
169:12 173:18
188:5 192:24
193:24 217:20
222:4 256:11
257:23 283:18
310:16
**elaborate**
268:13
**elect** 30:5
**elected** 30:3
159:23
**electronics**
238:10
**eleven** 84:13,17
**elicit** 196:13
**elicited** 196:20
**eliminate** 131:1
**embarrassed**
208:11
**emphasize**
226:22
**enables** 79:14
**endpoints** 207:2
**ends** 39:12
**engage** 25:15
**engaging** 25:15
**england** 343:6
**english** 284:22
**enormous**
167:20
**entire** 13:8
272:4,7 294:16
**entirely** 152:3
263:14
**entitled** 262:8
**epidemiologic**
212:7
**equal** 61:12
**equipment**
128:23
**equivalent**
134:22
**ergonomics**
101:16
**eric** 106:10,19

**erosion** 24:22
71:10 119:17
122:15,17
126:23 128:18
131:3,8 134:18
140:21 144:7
157:17 163:22
171:15 172:8
172:19 203:9
204:21 206:5,9
206:17 224:23
235:17,20
236:2,9,16
243:2 246:15
295:14,19,23
296:1,10
298:18,22
299:6 334:21
337:11 342:5
346:23 347:5,9
**erosions** 139:3,5
143:20 208:20
234:19,20
267:4
**errata** 353:6,9
353:12,15
355:6
**error** 331:11,12
**especially**
271:24 275:4
**esquire** 4:3,8,12
**essentially** 14:23
38:11 312:21
**estimate** 43:6
75:3,22 159:20
**estimated** 75:14
163:19
**estimates** 159:21
**estimation**
130:19
**et** 1:8,8,9,9,10
1:11,11,12,12
1:13,13,14,15
1:15,16,17,17
1:18,18,19,19
2:3,3,4,4,5,5,6

2:6,7,7,8,9,9
2:10,11,12,12
2:12,13,13,14
2:15,15,16,16
2:17,18,19,19
2:20,20,21,22
2:22 263:3
**ethicon** 1:4,8,9
1:10,11,12,13
1:14,15,16,17
1:18,18,19 2:3
2:4,5,6,7,8,9,9
2:10,11,12,12
2:13,14,15,16
2:17,18,19,20
2:21,22 10:4
10:17 21:23
22:2 27:12,18
27:23 28:5,11
29:18 30:13,20
31:6 32:3 33:9
34:3,13 35:16
36:7 38:9
79:24 100:11
192:14 256:15
256:16 257:16
258:13
**ethicons** 127:9
**european** 6:10
6:17 112:8
116:19 200:8
200:15 203:3
262:18 263:4
331:19
**evaluate** 87:19
135:13 174:12
179:9
**evaluated**
138:11 193:5
311:24 324:9
337:9
**evaluating** 98:8
184:1
**evaluation**
144:15
**event** 263:18

301:5
**events** 194:7,14
195:3 290:3
292:3 297:19
**eventually** 197:1
**everybody** 59:4
265:16 266:4
266:11
**evidence** 83:4,6
83:10,20 94:14
94:15 95:11,17
95:20,24 96:8
96:21 97:21
99:23 102:4
276:17 310:9
**evidencebased**
99:4,7,11
**exact** 161:7
185:2 201:17
251:13
**exactly** 29:12
37:14 43:17
133:24 265:17
310:3 319:22
343:8
**exaggeration**
130:7
**exam** 194:22
196:13,22
206:10,11
**examination**
9:14 49:11
**examinations**
339:15
**examined** 9:12
337:13
**example** 48:9
60:13 76:15
103:11 167:9
186:4 208:8
229:16 272:3
310:24 317:13
318:7 326:15
**examples** 54:7
**exams** 196:6,10
**excellent** 203:2

232:6 338:13
**exceptionably**
301:2
**exceptionally**
301:15
**exceptions**
129:22
**excerpt** 6:5,7
153:11 168:2,7
**excise** 27:21
220:16,19,23
**excision** 229:4,5
**exclude** 178:16
179:6
**excluded** 85:17
178:6 179:16
**exclusively**
65:22 89:20
**excuse** 31:2
33:16 38:7
81:15 139:19
143:14 244:13
290:15
**exhibit** 10:20,23
12:1 61:3
68:21 73:22,24
74:2 95:1
137:6,8 145:15
145:23 146:9
146:14 147:23
150:19 153:10
153:17 167:3,5
167:23 168:1,7
174:14,21
175:9 192:3,12
200:6 216:13
217:23 223:6
224:19 230:1
237:10 262:17
262:24 279:7
281:14 312:5
344:14 347:15
347:21 351:1
**exist** 274:11
310:13
**exists** 348:6

**expect** 208:1,3
334:20 341:21
**expected** 88:19
175:20 193:12
**expensive** 90:5
**experience**
37:24 38:1
50:2,15 159:22
163:20 208:6
217:15 245:8
264:6 270:4
278:14 280:7
300:4 309:24
**experienced**
205:3 210:22
211:13 221:9
**experiences**
315:21
**expert** 7:7 54:11
60:18 106:20
107:8 147:16
261:24 351:2,7
**expertise** 170:6
**experts** 59:20
**expires** 355:12
**explain** 30:19
**explained**
335:18
**explaining**
53:24
**explains** 240:6
**explanation**
201:17 223:16
223:24 224:10
328:16
**explored** 206:10
**expose** 166:15
**exposure** 142:10
172:16 173:1
225:7,14 226:5
232:20,23
233:3,10,12
238:11 246:18
255:14 268:21
269:1 295:9,14
295:23 296:12

296:13 297:3
299:6 337:7
339:14 346:18
**exposures**
232:16 233:5
233:15,23
234:16 297:7
**expressed**
243:10
**extensive** 348:5
**extent** 14:11
41:5,10 44:14
58:22 261:19
310:1,15
320:18
**extra** 130:7
147:19
**extraordinarily**
333:9
**extrusion**
163:23 203:9
206:9 224:23

**F**
**facilitates**
123:24
**fact** 17:20
105:14 133:4
159:17 161:12
178:23 187:8
213:22 258:22
261:23 268:2
275:11 290:14
313:2,5 332:8
**factor** 246:15
247:7
**factors** 232:24
233:1,15 245:9
246:18 247:1,3
**facts** 280:22
**factually** 312:20
**fail** 353:18
**failure** 118:21
226:21
**failures** 89:21
**fair** 182:9,11,15

216:3 254:8
263:17 265:1
271:14 272:10
336:20
**fairly** 19:11
146:2
**fairness** 100:15
**fall** 32:7 294:21
**familiar** 95:21
198:15 263:6
286:22 307:8
315:3 344:23
**famous** 272:18
**far** 22:19 26:19
101:3 113:17
195:20 199:22
247:22 258:3
302:2
**fascia** 23:12
26:13 64:11,18
64:24 65:4,9
65:20 106:12
151:19,21,22
218:9 222:21
**fascial** 15:3,8,9
15:12,13,17,19
26:11 41:15
43:2,9,13
63:15 66:9
79:3,17 82:10
90:2,13 106:2
129:19 151:5
173:23 271:14
290:16 293:24
294:9,19 295:1
**fashion** 40:9
130:17
**fashioned** 20:13
21:22 27:6
**faster** 79:14
91:20
**fathom** 299:15
**fault** 338:7
**favored** 285:10
287:6
**favoring** 288:2

**fax** 1:23
**fda** 273:15
**features** 92:8
**fee** 13:3
**feel** 223:20
262:4
**fees** 13:6
**fellow** 18:19
**female** 238:10
282:5 307:11
348:8
**females** 230:14
**fewer** 143:20
**ffitzpatrick** 4:5
**fiber** 124:22
**fibroblasts**
124:2
**fidelma** 4:3
**field** 57:22 86:10
181:11 183:8
203:5 222:19
282:4
**fifteen** 57:16
**figure** 121:18
141:1 188:5
199:11 289:24
290:9 291:11
291:12,13
**file** 1:4
**filed** 12:3
**filing** 9:4
**final** 185:13
**financial** 324:11
324:22
**find** 69:11 85:15
96:12 105:13
108:19 115:16
119:14 120:16
121:7 125:18
165:18 190:17
207:9 223:12
231:20 239:12
243:16 260:11
260:13,24
328:12
**finding** 105:21

288:20
**findings** 48:24
103:16 106:14
225:4 316:23
**fine** 143:18
145:8 179:19
224:3 291:8
**finger** 39:24
130:11 133:23
134:4,23 135:7
135:9 151:20
**fingerbreadth**
40:1
**first** 10:12 12:11
17:19 29:11
61:20 70:19
71:5,16 77:15
89:8 103:21
106:7 183:2
213:23 224:21
230:5 231:23
240:2 314:19
316:7 319:3
326:17 327:7
327:21 342:14
342:19
**fistula** 68:5
267:9
**fistulas** 229:8
**fitzpatrick** 4:3
11:19 12:2
17:3,15 27:14
34:7,14,21
35:12,20 36:24
45:12,23 49:21
50:18 51:10,18
54:12,22 55:6
58:4,15 59:17
60:19 62:23
63:17 65:10
67:11 70:12
73:8,21 74:15
74:23 78:14
79:6 84:19
85:8,11 86:8
87:1,12,21

88:8 93:1,21
97:23 102:11
102:14 108:15
109:13,19
110:5,14,19
111:3,17
112:12,15
114:16 117:6
117:24 118:16
120:12 122:1
122:11,19
129:9,15 137:3
141:7,11,23
142:1,12
147:13,18
155:18 160:20
161:2 162:23
170:12 171:19
173:8 175:3
176:9 181:1,13
181:19 182:1,7
182:12,16,21
183:22 185:5
187:17 189:10
190:14,23
196:16 197:18
198:6,19
199:15 205:15
206:20 207:3
209:6 216:4
223:10,22
224:4,9 226:12
227:7,11,15
232:11 239:20
240:12,21
241:1,8,12
243:8 244:8,11
247:15 248:17
248:21 249:1
250:2,4 251:23
255:22 256:19
257:17 260:7
262:3,13
266:21 276:12
281:5 289:17
291:7 293:12

311:10 317:3
324:14,24
325:8 328:3
329:11,19
330:8 331:20
333:19 334:1
334:12 335:16
335:24 336:5
339:11 340:12
349:22 350:15
**five** 54:17 66:16
76:18 84:5,7,8
84:9,13,17
86:6 89:3 91:6
107:24 108:12
120:21 130:8
206:19 210:21
211:6 212:1,12
217:17 290:15
330:13 340:4
**fiveyear** 88:21
117:17 190:8
200:14 204:22
205:8 210:23
211:14,17
215:21 326:19
327:2,11,23
329:6 331:2,6
**fiveyears** 117:20
120:9
**fix** 28:7 268:7
269:5,8
**flawed** 128:2
236:12 250:7
288:7 307:23
346:5
**flaws** 96:14
184:5
**flip** 303:23
**floor** 3:8 4:4
345:9
**flora** 59:13
**focus** 23:15
224:20 270:7
**focused** 253:3
277:23 322:16

346:9
**folks** 306:19
**follow** 63:3 84:3
90:11,15,20
91:1 109:5,9
112:7 151:2
175:16,21
176:7,14 177:2
177:15,17,19
178:16 185:19
186:18,21
187:3,6,9
188:7,18 189:7
189:8,20 193:3
202:23 285:1
319:2 332:14
333:9 341:18
341:22 342:2
343:20,23
**followed** 62:15
90:16,23 186:8
336:23
**following** 46:4
64:24 65:4,8
66:9 87:5
150:13 154:22
233:24 252:3
286:11 294:13
**follows** 9:12
**followup** 62:18
62:19 83:24
107:24 108:12
117:1 125:13
176:12 188:20
191:9 192:14
194:14,19
204:22 210:24
211:14,17
217:1,10,12,16
315:5,16 323:5
323:6 327:2,3
327:4 331:2
339:7 343:20
350:18
**forced** 161:15
161:16

**ford** 257:11
**foregoing**
352:17 355:3
**foreign** 44:11
47:24
**forget** 161:7
189:16 326:16
334:16
**form** 9:6 17:4
25:7 35:13
54:23 89:15
93:22 109:14
109:20 250:5
260:8 310:8
336:6 355:5
**forms** 310:16
**formulate** 299:4
**formulating**
56:10 153:19
263:11
**formulation**
98:15,19
**fort** 4:9
**forth** 228:17
**found** 43:11
44:19 84:13
85:16,19,23
102:24 104:8
107:21 108:11
118:2 137:17
143:1,5 158:1
177:22 217:9
289:8 307:14
347:1,2
**four** 54:17 76:18
246:8 287:9
290:15 312:1
**fourth** 194:17
203:12 204:19
**fourthline** 22:7
**fraying** 31:19
**free** 105:2,5
116:2
**frequency** 25:2
264:12
**frequently**

274:13 315:12
**fresh** 276:14
**front** 10:19
194:9 329:16
**fulfilled** 108:11
**full** 9:20 13:11
13:12 241:3
287:6
**fulllength** 287:3
287:12
**fully** 197:20
**function** 197:14
198:4
**further** 79:8
126:17 187:9
187:11 245:10
287:1 345:17
**furthermore**
77:16 229:3
**future** 183:15

---

**G**

**g** 1:21 3:4 5:4
9:10,21
**gabe** 84:24
**gain** 324:11
**gained** 89:17
**garcia** 1:18
**general** 92:13,17
96:2,6,21 97:2
98:4,5 101:6
101:22 129:3,3
195:19 209:22
212:13 214:5
220:21,22
264:24 279:15
300:12 311:16
342:16,17
**generally** 39:23
**generated**
240:19
**generic** 90:6
174:4 213:20
259:10
**getting** 47:6
48:15 58:23

113:2 186:5
261:24
**gillum** 2:15
**give** 51:15 68:1
68:18 73:6
192:10 193:20
212:16 225:5
237:18 241:2,9
275:18 276:1
316:5,11
322:18 328:10
331:6 337:13
339:2 340:20
340:23 341:1
341:13
**given** 99:10
174:2 298:2
344:20 352:7
355:4
**gives** 228:8
**giving** 12:19
67:9 224:10
**go** 22:9 26:18,19
28:7,9,12
30:20 45:24
50:17 73:13,23
84:8,9 113:23
114:1,12
129:13 145:10
154:3,3 155:8
160:15 176:20
192:9 195:10
202:9,13
203:11 213:14
228:24 249:10
275:17 278:22
291:24 293:22
295:15 315:24
317:24 319:4
321:3,13
322:19 333:6
333:16 334:8
334:10 349:17
**goal** 39:24
**god** 69:16 213:6
320:11

**goes** 26:11 133:1
157:7 186:16
231:12
**going** 18:14
31:21 32:1
43:5 48:5 50:2
51:7 55:5
60:24 66:15
69:20 89:2,4
103:18 110:16
114:14 117:7
117:10 120:5
129:10 134:5
138:11,12
140:16 148:7
150:16 153:1
154:6 166:22
175:4 190:16
192:9,10 197:3
197:3 199:10
209:18 230:7
240:14 246:9
265:22 268:17
268:21 269:3
272:8 291:5
297:20 299:23
303:14 309:13
337:10 350:16
**gold** 16:21 82:2
169:10,24
170:10 171:6
173:14,17,21
173:22
**golkow** 1:23,24
**good** 9:17 53:12
74:24 84:2
121:8 161:10
177:19 178:14
186:20,21
198:18,24
199:5,6 203:1
203:4,24
205:14,17
208:15 211:23
213:10 214:18
215:13 297:14

317:9,10,12
337:8 338:12
338:16
**goodwin** 1:6
**goretex** 55:17
**gotten** 151:15
170:24
**gradually**
212:15 230:12
**great** 112:16
122:20 136:3
332:14,15,16
332:17
**greater** 61:12
109:9 123:12
123:19 217:18
249:6,17,23
253:15 254:1
254:11,17,23
277:11,12,13
**groin** 305:19
309:16,22
**gross** 236:11
**grossly** 251:3
272:24
**group** 106:9
160:6,14
161:23 178:4
184:16,20
203:22 204:9
204:11 236:17
236:18 238:1,3
238:8 249:5,17
253:12 259:16
282:4 284:17
330:11,24
331:2,8 332:23
333:4 335:9,10
335:14 336:10
336:12,17
**groups** 246:9
311:9
**guess** 18:14
28:10 31:24
41:13 43:5
57:15 68:7

276:3
**guideline** 6:6
33:6 99:3
153:12,18
161:5 294:8
**guidelines** 98:11
98:16,19 99:1
99:12,16 104:7
105:22 115:15
154:1 160:24
164:6 191:12
263:12,14
293:6 305:24
**gut** 283:13
**guys** 305:24
**gynecare** 57:19
147:4
**gynecologic** 6:19
194:22 196:6
196:10,13,22
279:10 281:16
282:3 283:22
**gynecologist**
320:4
**gynecologists**
149:14 282:9
298:13
**gynemesh** 20:12
20:20,23 21:13
21:21

---

**H**

**h** 5:9 6:2 7:2
**hadnt** 129:6
217:20
**half** 13:8 79:12
92:19 178:17
317:20 323:1
**hand** 27:6 32:2
32:7 35:24
36:9,11 38:16
60:22 61:1
**handed** 153:16
192:12 262:24
**handfashioned**
21:22 27:8,17

**handing** 200:13
**hands** 215:13
264:20,24
300:14
**handy** 293:6,10
**hansen** 208:7
**happen** 68:13
187:20 225:19
**happened** 24:18
162:13 188:6
318:2,15,16,21
**happens** 225:21
298:22,24
333:12 344:9
**happier** 83:16
**happy** 129:4
**hard** 90:4,7
349:24
**harm** 44:4
267:23
**harmon** 2:10
**harvest** 64:19
151:21 231:2
**harvesting**
64:24 65:5
230:22
**hasnt** 110:17
136:17 273:4
**hate** 252:16
**havent** 26:3
33:22 34:24
43:22 72:14,19
110:24 111:6
113:21 117:2
175:23 281:8
288:18 301:11
307:17 324:20
325:1,4 338:19
**hazard** 134:6,7
**hazardous** 147:8
**hazards** 134:10
**head** 316:12
**health** 246:21
282:5
**hear** 286:5
**heard** 95:19

Jerry G. Blaivas, M.D.

297:10,11
**hearing** 298:5
**heinonen** 6:9
192:4,13 339:6
339:9
**held** 3:6 47:14
**hematoma**
299:18,24
**hemorrhage**
300:17
**hernia** 6:7 125:7
167:11 168:2,8
169:1
**hes** 34:19 170:7
257:23 326:1,4
343:6
**hey** 300:17
**hi** 9:18
**high** 28:3 83:3,7
83:11,19 97:4
142:17,21
144:17 171:14
171:23,23
172:19 178:24
180:11 221:24
265:19 267:18
268:4 280:6
299:23
**higher** 19:9 96:8
96:21 126:22
134:18 143:3,9
144:7 162:11
164:23 227:2
228:8 271:10
271:10 276:7
278:17 280:12
280:14 281:2
300:13 302:3
302:16 304:8
305:10,15,22
306:3,20
**highest** 299:19
301:22 303:2
310:16
**highly** 22:20
111:19,19

178:3 184:16
184:19 342:24
**histopathologic**
44:8 48:24
**histopathologi...**
47:5,9 48:1
**historical**
104:20
**historically**
16:21
**hit** 306:14
**hitting** 148:15
306:20
**hold** 82:19
171:15 175:3
330:18
**home** 13:18
**honest** 297:9
**honestly** 66:10
69:16 108:16
145:3 215:6
228:16 271:19
274:18
**hope** 132:5
276:22
**hopefully** 55:8
**hopeless** 89:21
**hospital** 13:18
21:15 194:23
195:10
**hospitalization**
348:23
**hour** 12:23
66:16 79:12
92:19,19
**hours** 12:14,21
**huge** 69:23
**human** 116:7,23
**humbert** 2:14
**hundreds**
168:21 242:1
275:19
**hurt** 337:21
341:10
**hurts** 210:11
341:10

**hypothetical**
120:6 280:13
309:17
**hypothetically**
121:22

## I

**iakovlev** 50:5,7
50:10
**iakovlevs** 50:15
51:6 52:8 53:7
**id** 40:13 52:3
103:9,13,19
104:4 114:23
129:2 168:18
170:5 202:11
215:7 217:7
228:13,24
237:4 240:3
248:11 299:24
**idea** 21:5 117:14
176:6,13 199:7
205:7 215:20
297:14
**identification**
11:2 61:5
68:23 74:6
95:3 145:18
146:11 148:1
150:21 153:13
168:4 174:17
192:5 200:10
216:16 218:2
223:8 237:12
262:21 279:11
312:7 344:17
347:18 351:4
**identified** 67:3
192:23
**identifies** 11:8
**identify** 23:24
53:13 109:21
240:18
**ifu** 38:8,18
**ignorance** 41:17
41:18

**ii** 126:2,15,18
144:6,19
**iii** 144:6,19
172:16,24
**iiis** 172:21
**iis** 172:20
**iliac** 132:8
**ill** 10:2 11:20
51:1 68:18
73:6 86:15
112:3 159:10
195:16 218:13
223:19 254:14
257:4 258:9
276:3 281:24
284:6 297:15
299:3 306:8
311:16 327:20
330:20 331:6
336:7 337:13
**im** 13:14 14:2,2
18:14 21:8
22:15 33:20
34:18 36:2
43:5,16 47:11
48:5,16 51:7
53:9 55:1,6
57:5 58:8
59:22 60:4
62:1 64:3 68:2
68:3 70:14
71:13 72:16
74:13,18,22
84:7,7 87:13
90:18 93:15
94:4,21 95:14
95:21 97:8
100:2 103:11
103:18 106:22
110:10,16
117:10 118:8
118:14 119:4
120:2,5 127:14
128:21 129:4,9
136:15 137:11
138:4,9 143:18

147:11,20
148:7 150:16
154:6 155:11
157:3,13,18
158:22 161:24
171:3,8 175:2
175:4 176:5
181:24 182:14
182:18 184:20
186:4,5 190:2
192:9,10
193:21 199:22
200:13,22,24
204:5,7 206:12
208:16 209:11
209:14,24
211:20 214:7
214:11 216:8
224:7,8,9,11
228:18 229:15
230:8 232:17
233:4 234:15
235:19 236:5
237:23 238:1,4
238:19 240:14
243:13,20,21
243:22 246:20
247:9 249:9
255:9 257:1
260:15 261:6
262:6 272:8
273:11 274:9
275:21,22
276:22 277:23
278:22 283:2,4
283:14 284:10
286:4,21 291:5
293:14 294:2
297:20 299:23
300:3 303:13
305:6 307:23
308:15 311:13
314:5,8,15
315:1,3,20
321:13 322:11
322:15,20

329:13 336:2
337:1,10 343:4
346:9 349:21
350:12,13,15
**immediately**
219:12
**immune** 44:12
**impact** 197:13
**impactful** 195:8
**impeded** 126:11
**imperative**
353:14
**implantation**
29:9 32:13
79:10 127:15
234:22 321:4
**implantations**
77:22
**implanted** 70:21
331:1,3
**implanting**
186:15
**implants** 168:10
**implication**
80:20
**important**
101:20 163:1
186:19 208:4
237:6 247:9
316:20 318:3,6
324:4 331:16
**importantly**
245:21 313:6
**impossible** 49:4
245:1
**impression**
101:7
**impressive**
303:8
**improve** 215:11
**improved** 83:8
83:22 136:2
141:16
**improvement**
82:6 136:3
213:24 214:15

286:1,15
**improves** 215:4
**inaccurate**
165:13
**inadequate**
83:24
**incentive** 324:22
**incidence** 49:7
75:5,24 122:6
126:23 144:7
162:3,5,11
199:24 216:2
224:22 250:14
251:11 293:16
306:20 310:21
312:15
**incise** 221:1,3
**incised** 29:2
**incision** 28:23
66:3,4,8 81:1,9
91:19 92:23
134:17,20,23
135:3 220:13
**incite** 44:10
**include** 111:21
120:10 178:10
186:2 188:3
190:10 191:18
222:8 224:1
228:11,22,23
229:12,17
271:23 326:13
326:18 348:21
**included** 114:9
175:14 190:8
199:2,8 205:9
223:14 253:17
256:1 257:11
257:13 272:14
292:5 326:11
326:19 329:1
**includes** 229:23
252:23
**including** 79:23
126:18 206:11
270:19 332:7

**inclusion** 85:21
85:24
**inconceivable**
135:4 298:15
**inconsequential**
24:8 67:7,15
**inconsistent**
160:10,12
191:19 292:17
293:1 316:24
**incontinence** 6:6
6:22 14:5,9,13
14:16,21 20:14
23:16 24:24
30:1,22 34:5
38:24 39:6
41:3 54:20
63:11,24 67:3
70:24 77:20
78:12,20 79:4
82:7 86:11,19
88:16 92:22
98:11 99:8,16
99:20 104:8
112:6 125:21
144:24 149:17
150:9 152:7
153:12,18
154:1 164:5
168:10 169:7
170:6 172:23
175:22 181:11
191:11 197:14
203:17 204:14
209:5,19 210:1
210:22 211:3,6
211:13 212:3,4
212:8,20,24
213:17 229:6
230:14 263:12
263:13 264:13
264:14 269:6,7
294:8 325:7,15
344:16,21
345:3,4
**incontinent**

71:21 170:4
264:22
**incorrect** 128:4
277:17
**increase** 131:7,7
139:16 157:16
238:23 239:4
278:13
**increased** 92:11
93:4 243:1,17
244:3,7
**increases** 212:15
216:3
**incredulous**
297:23
**incurred** 139:1
**indecipherable**
181:21 182:23
**independent**
20:21 64:20
115:21 125:23
136:8 152:17
241:21 242:3
**independently**
50:22
**index** 8:2
**indian** 231:21
**indicate** 163:8
**indicated** 163:17
**individual** 12:17
44:5 96:9
218:22 286:23
**individuals** 17:9
**industry** 257:20
258:1,11,23
**inert** 38:10
**infected** 62:20
**infection** 58:13
58:20,23 59:1
59:5 64:4,10
64:14,17 68:18
71:7,10 75:16
75:20 76:2,7
76:19 77:2,6,8
124:4 126:10
**infections** 62:12

62:15 63:6,9
63:10,14,20,23
64:5,7,8 69:21
69:22,22 71:23
75:4,23 76:10
76:11,15,16,21
77:11 264:18
**infectious** 59:20
60:18
**infiltration**
124:1 126:8,10
**infinitesimally**
120:22
**inflammation**
47:23 48:12,14
49:1,3,12,14
128:17 140:20
145:1
**inflammatory**
44:10 45:3,4
46:12,14
235:10
**information**
115:17 195:2
224:12 260:14
260:18 318:22
325:19
**informed** 68:2
**infrequently**
225:19
**ingrowth** 124:3
126:11
**inguinal** 125:7
**inherent** 274:19
**initial** 171:13
**injections** 14:12
14:16,20
**injure** 166:7
**injured** 301:8
**injuries** 149:1,3
154:11,15,16
169:20 245:3
**injuring** 19:9
133:9
**injury** 64:24
65:1 149:19,22

150:13 154:21
155:3,5 156:1
163:22 165:20
165:24 166:4
229:18 239:6
244:23 300:22
301:15
**instances** 49:13
130:24
**instructions**
353:1
**instrument**
39:14 128:8
130:14 134:2,4
151:8
**insufficient**
158:23
**insufflation**
150:3
**integral** 56:5,11
56:24 57:4
**integrity** 41:23
121:17 184:8
**intellectual**
96:13
**intention** 124:23
**interacted**
298:12
**interaction**
56:18
**interest** 257:22
258:4 259:11
259:12 261:17
261:17,18
284:4
**interesting**
201:5
**interference**
154:11
**intermittent**
221:19 222:2
**internal** 52:1
**international**
6:13 198:14
217:24 218:6
238:24

**internet** 113:4
**interpret** 225:10
**interpretation**
119:22
**intervention**
315:13,14
316:8 321:23
322:5
**interventions**
321:20
**intraoperatively**
157:8
**introduced**
18:17
**invasion** 81:11
**invasive** 79:10
80:3,12,15,18
80:21 81:4,8
81:13,16 102:6
**investigate** 26:1
**investigations**
56:9
**investigator**
122:5
**investigators**
208:1
**involve** 125:12
**involved** 98:8
108:24 155:6
160:6,13 324:6
324:12,21
342:24
**involving** 307:4
**iquinto** 1:10
**island** 4:4
**isnt** 19:15 58:20
70:15 134:20
154:24 156:15
187:6 197:8
257:2 275:22
278:20 333:24
**issue** 24:20
68:18 157:14
283:19 315:9
**iv** 126:18 144:6
144:19

**ive** 17:10 20:19
27:2,4 52:19
62:15 110:23
111:5 129:19
129:22 130:22
140:13 146:4
152:1 153:16
160:13 168:15
168:16,17
192:12 199:16
210:8 211:22
221:14 231:17
231:24 241:16
243:9 253:9
258:15,16
262:24 263:8
275:19 281:19
287:23 297:9
297:10 298:1,1
298:11,12
300:5,15,19
301:10,11
329:11 344:20
**ivs** 172:21

**J**

**j** 5:13,19 7:7
11:1 145:16
351:2
**january** 200:16
201:15 238:12
238:13 283:12
**japanese** 265:9
**javins** 2:6
**jerry** 1:21 3:4
5:4 9:10,21
223:11 227:15
355:8
**job** 92:24 93:3
**johnson** 10:5,5
**jones** 2:13
**joseph** 1:6
**journal** 6:13,17
52:6,22 53:1,2
97:12 112:8
115:15 116:19

198:14,16,18
198:22 203:5
218:1,6 231:20
231:21 232:2,7
238:24 239:2
241:5 262:19
263:5 265:10
297:24
**journals** 331:19
**judge** 1:7
**judgment** 19:8
84:3 105:15
131:2 132:12
142:22 145:7
219:18 248:7
265:11 267:17
307:21 337:18
**justification**
339:3

**K**

**keep** 172:4
270:15
**keeping** 222:7
**kelly** 2:20
**kind** 43:24 52:1
160:3 180:13
210:7,9 246:10
266:4 274:19
314:8 318:12
319:23
**kinds** 63:20
77:11,12
208:21 274:8
332:9 342:11
**kit** 127:15,16
**kits** 27:3
**klinge** 167:10
169:9,24
170:10 171:10
172:13 173:17
**klinges** 167:14
173:14
**knew** 24:17
184:9 265:21
271:23 318:2

**knitted** 123:5
124:8
**know** 10:15
16:20 17:8
18:10 26:10
29:6 31:15,17
31:23 32:16,17
34:3 35:17
43:16,22 47:2
52:13 54:2
60:2,2 65:2,6
67:22 69:23
70:8 72:12
79:1 80:6 85:4
87:14 89:2,4
90:14,24,24
91:3 92:18
95:23 97:18
100:5,19 101:6
101:9,15
103:14 108:17
108:18 111:13
111:22,24
112:22 119:11
129:20 131:19
131:23 132:21
135:20 136:4,9
148:17 150:12
152:24 154:6
162:12,13
163:13 165:14
165:21 167:16
167:17,17,21
168:16 178:11
179:9 181:21
184:11 185:7
187:3,23
189:13 190:11
190:12,17
193:23 196:1
196:12 201:9
201:17 205:12
209:11 210:10
212:6,11
213:12 216:1
217:4,6,21

218:13 220:11
220:16 222:16
222:18,23
223:17 224:6
247:1 248:5
256:7,14
259:18,21
260:3,9 266:10
269:19 271:24
272:19,20,22
273:8 275:6,16
279:16 282:5
283:2 287:20
287:23 292:1
298:6 299:11
303:3,5 307:16
307:18,24
308:15,16
317:8 319:7,10
319:10,16,17
319:23 320:3
320:11,18,20
321:6,6,8,8,10
321:14 324:5
327:9,12 328:4
328:17 333:5
333:15,16
334:10,22
337:15 340:13
341:2 342:1,20
342:20 343:4,8
343:12 349:23
**knowing** 309:19
**knowledge**
16:23 50:15
64:21 89:11,24
136:16 179:24
180:3 183:8
186:15 307:7
**known** 212:23
270:18
**knows** 248:23
320:11
**kola** 85:1
———————
**L**

**l** 4:3
**lacking** 83:23
**ladies** 216:24
**lady** 272:11
**lambert** 2:8
**lamented** 161:12
**language** 284:23
**laparoscopic**
149:3,6,10,15
149:20,24
150:4,8,14
**large** 85:19
123:12 126:7
153:23 270:1
283:24 320:17
**larger** 123:22
124:22 134:12
134:17,20
135:18 141:19
188:3,4,8,8
**lasting** 253:15
254:4,10,22
269:18 270:11
303:9,15 304:5
304:12
**lata** 64:11,19,24
65:4 151:21
**late** 89:18
339:13
**lateonset** 194:6
**latest** 146:4
326:12,14
**lattice** 15:13
**laughing** 345:24
**laurikainen**
6:10 200:7,15
327:22
**law** 3:6
**lawsuit** 13:7
**lawyers** 262:1
262:11 356:1
**lead** 136:11
171:14 179:10
233:2
**leads** 58:19
268:4,9

**learning** 37:6,10
**leave** 51:1
319:24
**lecture** 57:8
258:19
**lectured** 298:11
300:15
**lectures** 298:2
**left** 25:3,4,7 80:5
80:6 122:22
199:12,13
201:14 325:20
**leg** 306:5,7
**legend** 159:17
**length** 62:18
287:6
**lesser** 277:20
**level** 59:16 60:5
60:6 94:14,15
95:11 96:8,21
96:24 151:13
209:15 343:22
**levels** 95:20,24
248:15
**liability** 1:5
**life** 76:11 195:19
**lifestyle** 24:4
67:5
**lifestylealtering**
280:10
**lifethreatening**
76:9 77:12
229:19
**lighter** 125:19
141:19
**lightweight**
124:18
**liked** 350:8
**likelihood** 19:9
25:14 124:4
131:8 157:16
278:13
**limitations**
244:23 273:22
313:4
**limited** 116:7

125:13
**line** 8:6,6,6,11
8:11,11,16,16
8:16,21,21,21
17:19 65:11
129:10 354:3
356:2
**lines** 61:21
287:9
**link** 245:2
**list** 127:5 168:19
175:11 283:18
287:22
**listed** 1:7
**listening** 321:13
**literally** 21:14
**literature** 15:6
30:7 37:22
38:3,7 69:5,24
82:24 86:11
90:12,15,17
96:1 97:10
98:9,21,24
100:10 101:9
121:12 138:10
142:15 152:11
153:3 156:20
157:19,24
162:8 174:8,9
175:19 208:7
209:23 210:3
212:13 213:8
213:13 214:8
217:5 221:2,23
226:24 239:23
250:8,20,23
255:24 256:1
270:17,19,21
271:3,9 272:5
272:7 273:5,23
274:10,14
281:7 284:19
292:18 293:20
304:7,18 305:2
314:24 315:2
324:10,18

331:18 340:5
346:6
**litigation** 1:5
10:5 262:12
324:7,12,21
**little** 37:7 79:8
126:17 131:22
153:4,5 186:5
225:19 248:1
267:22 287:1
305:4 345:17
**live** 88:19
**llc** 4:3
**llp** 3:7 4:7,11
**location** 16:11
35:11
**logic** 277:16
**logs** 77:17
**london** 343:7,15
**long** 26:14,17
31:3 33:23
35:1 42:13
62:14 84:15
89:4 90:23
92:16 100:17
177:6 190:4
222:11 238:1
260:24 281:19
311:5 339:7
**longer** 92:10
151:16 304:13
**longest** 90:10
**longterm** 84:2
85:6 86:7,18
88:5,10,22
107:20,23
117:16 157:10
158:4 172:2
190:22 192:19
192:23 194:1
215:21 231:15
332:5 340:5
**look** 38:18 51:17
61:15 69:12
72:18 101:1
103:10,16,19

104:4 112:18
114:24 117:3
137:24 142:14
159:12 163:6
165:24 167:6
171:11 180:4
184:7 185:8
188:2 192:16
194:16 195:16
202:3 203:8
204:17 207:1
212:18 213:2
217:7 219:21
235:22 236:23
237:15 243:14
243:21 255:6
257:9 265:7
269:12 271:1
277:8 282:1
285:7 289:23
291:11,13,17
293:23 295:5,5
297:16,20
300:1,22 302:3
313:24 315:11
328:11 332:9
333:11 345:7
**looked** 43:23
51:19,20 52:15
55:16 69:7
72:14,19
116:13 141:2
153:2 162:9
195:15 201:7
203:17 210:3
237:3 256:24
260:10 263:10
263:20 281:6
287:2 290:2
291:18,20
295:13,17
299:5 305:23
322:13 343:18
**looking** 86:18
94:10 95:14
102:1 114:18

115:2 118:7
121:4,9 136:23
144:5 155:13
158:17 164:3
176:23 182:2
194:10 201:12
204:5 211:10
229:15 230:1
232:15,19
237:23 238:1,4
265:7 287:10
291:13 293:9
293:15 294:7
302:14 307:21
311:13 317:14
330:21 332:17
**looks** 108:24
122:12 193:7
207:12 236:13
283:6 313:14
**loose** 39:8,18
**looser** 40:3
**lose** 314:7
**loss** 175:15,20
176:7,13 177:2
177:15,17
186:18,21
187:3 188:6,17
189:7,19 193:3
202:23 332:14
333:8 341:17
341:22 342:1
343:20,23
**losstofollowup**
332:23 335:9
335:10,14
**lost** 187:5,8
**lot** 56:13 69:19
80:22 210:8
226:7 255:6
275:9 320:9
**lots** 176:23
294:15 316:19
**low** 65:13
171:23 208:19
209:9 224:24

225:10,11,15
225:16 226:2
290:18 293:19
299:11 301:2
301:15
**lowe** 1:18
**lower** 77:5
142:10 144:12
145:1 156:10
156:11,12
169:19 172:15
173:10 264:6
264:10,18
278:14 279:18
280:3,17 305:4
313:20
**lowest** 71:9
211:22 300:7
310:8
**lumped** 251:19
252:6
**lumping** 233:5
247:9 252:23
346:10
**lunch** 11:22
145:22 325:17
**luncheon** 145:12
**lundell** 2:21

**M**

**m** 1:21 3:5,9 5:4
5:19 9:10
145:17 351:10
355:8
**macrophage**
126:9
**macrophages**
124:1
**macroporous**
71:8 123:6,20
124:9 141:4
171:16 172:14
**magnitude**
251:15
**main** 4:4 207:11
**maintain** 41:23

**major** 81:12
97:12 131:1
133:6
**majority** 168:24
256:3 257:12
257:15 320:15
342:13,18
**making** 35:18
68:15 187:19
187:21 225:24
270:15
**malign** 338:12
**management**
345:9
**managing**
230:13
**mandate** 99:10
**manhattan**
13:16
**manifest** 48:2
**manner** 198:5
**manufactured**
10:17
**manufacturers**
124:17 258:14
**mark** 11:24
73:24 94:22
150:17 153:8
166:23 167:22
237:8 312:3
344:12 351:6
**marked** 8:20
11:1 61:5
68:23 73:22
74:5 95:3
145:17,23
146:11,14
147:15 148:1
150:21 153:12
168:3 174:16
174:20 192:5
200:9 216:15
218:2 223:8
237:12 262:20
279:10 281:14
312:7 329:13

344:17 347:18
351:3
**market** 144:12
144:24
**marshall** 18:21
**marshallmarc...**
18:6
**marshallmarc...**
18:12,18 19:1
19:5
**martinez** 1:14
**maslynskymill...**
3:11 352:10
**master** 1:4
**material** 25:23
44:19 123:11
141:6 170:23
230:12 233:1
233:17
**materials** 11:9
11:12 12:9
55:17 125:6
230:11
**math** 193:6
303:8
**matney** 2:12
**matt** 181:5
326:1,6
**matter** 103:16
184:6 222:8
241:6
**maude** 273:15
**maximum** 222:5
**mcguire** 41:6,7
**mcintyre** 1:15
**mdl** 1:5
**mean** 12:17 28:8
28:18 30:16
31:13,14,17,20
33:15 41:6
42:8 43:6,17
43:18 44:23
45:9 46:7 47:8
47:9 51:9
54:24 57:6
59:3 66:10,12

67:18 68:8
69:16 72:16
76:7 80:3,18
81:22,23 84:1
84:23 85:17
87:22 88:15,24
89:15,19 90:5
94:21 96:3
101:14,18
103:9,13,24
106:5,16
111:22 113:20
127:20 128:23
129:4,8 133:3
133:22 138:1
138:19 139:10
139:11 145:3,5
146:2,3 157:20
163:14 167:19
168:20 171:21
174:3 176:16
184:2 194:10
196:24 197:15
198:8 213:7
214:20 217:7
217:11,16
218:15 220:6
222:4,6,10
225:11 228:16
234:8,13
246:19 247:2
252:14 261:7,8
261:20 271:18
271:19,20
272:2,6 274:18
275:2 288:6,18
290:17,20,22
293:18 296:18
297:24 298:11
309:2 310:1
316:21 317:11
317:13 318:7
318:19 320:9
320:15 322:3,7
323:19,23
332:12,13

338:12 342:4,5
343:9 344:2,3
344:9 345:5
349:7,15
**meaningful**
125:14,22
141:22 158:9
315:17 323:8
**meaningless**
88:14
**means** 178:19
249:21 338:1
342:6 352:19
**meant** 31:15
220:11,17
274:24
**measure** 196:8
205:19 275:14
**measures** 97:6
**mechanism**
93:24 194:13
197:8 244:3
255:3 273:20
**mechanisms**
44:12
**median** 318:8
**medical** 18:1
37:21 90:12
96:1 97:10
98:9,21,24
138:10 273:23
274:14 310:9
314:19 315:13
324:10
**medically**
315:22
**medicine** 275:8
307:12
**meet** 85:20
**meeting** 57:11
283:8 350:22
**meetings** 55:11
**mekel** 84:24
**member** 153:19
162:16,20,21
**members** 98:7

**membership**
163:4
**memory** 114:23
**mention** 51:13
106:1 271:15
**mentioned**
22:23 72:22
77:3 108:8
135:21 185:7
210:13 255:2
255:17 289:1
319:3 327:21
**mentioning**
62:18
**mersilene** 55:18
**mesh** 10:5 20:13
20:18,24 21:14
21:18,23 22:2
22:6,13,17,24
22:24 23:6,13
23:18,23 24:14
30:20 31:6
32:7,8,12,21
32:23 34:15
36:1 38:4,9,15
38:17 44:10
45:1,18 46:11
49:9,24 55:21
56:2 58:14
62:15 69:22
70:21 71:9
72:17,22 76:19
122:15,16
123:2,7,11,16
123:18 124:10
125:1 126:2,15
126:19,21
127:15 128:15
140:20 141:4
142:10 144:11
144:23 145:2
146:7 167:15
169:1 171:13
172:15,16,24
186:6,14
187:22,24

210:2 225:7,14
226:4 232:16
232:20 233:3
233:10,12,14
233:23 235:10
235:11 236:2,9
236:17 238:11
243:2 245:3
246:18 255:14
258:14 262:11
267:4 268:8,21
269:1,9 298:21
308:11 309:24
311:22 313:15
313:16,21
319:14 321:5
324:6 331:13
342:4,13 345:9
345:14 348:1,7
**meshes** 21:6,10
124:18 125:20
126:18,24
141:20 144:6,8
167:11 169:6
172:17
**meshia** 172:23
**meshrelated**
71:23
**messed** 191:6
**met** 10:1 55:14
85:23 103:1
111:23
**metaanalyses**
231:14
**metaanalysis**
6:18,19 262:19
263:3,9,19
276:5 279:9
281:15 282:22
283:21 285:9
287:4
**method** 16:20
114:20 219:13
**methodologic**
184:5
**methodological**

96:13
**methodologic...**
121:24 283:1
283:23 288:6
**methodologies**
158:23
**methodology**
49:17 51:23
54:6,7 58:2
69:2,4 70:9,13
70:15 85:5,12
85:13,15,18
102:23 103:1
109:10 114:9
120:16 145:4,6
158:10 159:2
184:24 186:2
187:6 195:17
196:23 205:19
207:12 208:24
218:19 219:12
236:13 239:17
240:18 256:17
256:20,22
270:18 281:10
288:10 306:1
307:19,21
315:4 326:13
331:13 332:9
336:3 340:17
341:6
**methods** 164:16
186:2 194:11
194:12,17
197:9 202:12
203:8 206:8
220:10 238:5
338:4,6,8
**metric** 121:8
**metrics** 96:24
121:4
**microns** 123:13
123:17,19
126:4
**microporous**
126:3

Jerry G. Blaivas, M.D.

mid 16:5 17:2
33:12 34:5,9
34:12,13 35:5
37:8 89:17
155:16 219:20
middle 29:2
85:1 155:15
midline 155:10
midurethral
16:1,8 72:9
75:17 77:21
78:6,7,11,19
79:9 82:1,1,9
99:18 100:24
101:12 103:6
104:15 105:1
105:18 107:19
108:3 123:9
135:12,16
140:7,8 142:8
144:11 156:18
158:13 159:7
160:1,9 162:6
164:24 165:8
224:23 251:20
252:8,24
263:20 264:19
276:8 277:24
281:2 285:9,10
285:14,20,21
286:2,16 287:3
287:13 288:3
288:12,22
289:8,10 290:4
291:21 306:3
mike 84:24
miller 2:12
millions 84:10
120:24,24
121:1
mimic 37:14
mind 15:17
21:13 72:20
101:11,13
252:17 276:14
276:16

mine 328:12
mini 27:6 287:2
302:9 303:18
minimal 138:19
348:8
minimally 79:10
80:3,12,15,18
80:20 81:4,7
81:13,16 102:6
minimizes 124:3
minimum 24:12
91:1 119:8,16
120:4 226:7,16
226:23 227:23
284:24
minislings 26:24
ministress
203:16
minor 42:7,24
minute 155:19
218:14 343:3
minutes 130:8
350:16
mischaracteri...
142:2
mischaracteri...
334:13
misheard 86:13
mislead 181:22
misleading
182:19
misrepresent
284:8
missed 91:11
121:15,23
217:21 339:16
misspoke 35:3
336:15
misstates 118:1
161:3 170:13
171:20 206:21
226:13 227:11
227:16 317:4
mistaken 90:18
90:19
mistakenly

331:14
ml 61:13
mmk 19:19,23
42:11
moderate 83:3
83:10,17 95:17
98:1,2
modern 104:20
modified 127:10
127:18
modify 33:19
moment 193:21
203:14
momentum
89:17
money 258:10
258:23 261:13
261:24 262:10
monofilament
71:8 123:6
124:9 126:2
143:1,5,6,19
143:24 172:14
monograph 6:22
344:16,22
345:3 346:13
month 272:11
months 29:15
109:5 201:10
201:20 222:5
254:24 259:20
259:20 285:1
315:23
morbidity 79:15
79:21 91:21
348:9
morbidly 25:16
morning 9:17
11:21 147:1
motley 4:3
motleyrice 4:5
move 45:6 62:21
177:9 182:24
240:15 291:6
moved 114:13
mullens 2:4

mullins 1:8
10:12 12:15,16
multifilament
143:11 144:1
multiple 10:11
76:12 130:2,2
mutually 279:3

─────────
N
─────────

n 5:2
name 9:20 10:3
18:19 189:12
named 10:12
names 21:10
51:13 284:13
narrowed 86:2
nashville 4:14
native 79:13
nature 53:24
114:7 191:15
191:18 236:12
275:24
near 49:20
244:18
nearly 213:23
necessarily
69:21 181:16
279:22
necessary 37:9
41:19 186:7
223:21 353:4
neck 16:14,16
35:6,10 36:23
37:4,8,20 38:2
38:5 105:16
151:13 163:24
235:3
need 40:21 66:2
94:17 103:9
104:4 106:15
115:17 129:2
142:4 148:5
185:21 188:7
188:11 197:20
203:14 235:22
241:2,13

281:24 289:18
296:9 300:20
311:4 320:11
322:1,6 324:1
329:24 330:2,5
334:4 339:10
348:22
needed 26:22
41:22 99:9
105:7 161:19
221:18 323:9
needle 20:24
38:22 133:5
150:4
needs 110:22
129:1 141:16
224:4 259:4
negative 24:13
27:16 31:19
107:4 229:10
negligible 138:2
155:5
negligiblesized
91:18
neither 21:2
29:20,21,21
30:3 92:15
199:21
neovascularity
124:2
nerve 64:23
310:2
net 275:17
network 259:24
neurological
9:22
neuropathies
309:8,11
never 30:4 42:14
64:9 109:17
129:22,23
130:20,22,23
132:13 152:1
160:18,23
186:16 208:14
258:15,17,18

258:19 267:4,5
267:5,7 272:21
273:18 297:10
297:11 298:5
299:10 306:14
318:1 321:16
336:24
**new** 3:8,8,13
9:23 37:10
125:6 182:24
326:4
**nice** 302:10
**nicely** 286:5
**nih** 259:23
**nils** 4:8
**nilsson** 326:18
327:22 328:7,8
328:14 341:15
**nilssons** 327:8
**nine** 26:4
**nitpick** 180:5
252:16
**nitpicking** 97:9
**nonabsorbable**
19:14 40:15
**noncomplicati...**
238:16
**nonevent** 32:18
**nonknitted**
126:20
**nonmesh** 63:11
63:24
**nonrandomized**
290:2 291:20
**nonresponsive**
45:7 62:22
**nonwoven**
126:20
**norm** 341:19,20
**normal** 59:12
178:10,11,19
**normally** 147:4
**norway** 189:17
**notary** 3:12
355:14
**note** 11:24 46:16

**noted** 353:11
355:6
**notes** 53:20
356:1
**notice** 3:5 5:12
10:21,24 12:4
146:5 255:5
**noticed** 32:10,15
119:10
**notified** 321:16
**novara** 6:18
262:20 263:3
263:18 276:5
**novo** 25:1
102:18 180:11
189:2 207:8
210:21 211:2,5
211:12 212:20
337:6,24
**nowadays** 40:5
88:20
**number** 10:20
12:1 15:10
18:10 30:12
49:22 85:19
94:10 95:6
100:9 119:2,5
119:23,24
120:23 137:7
138:2,3 153:17
167:4,5,10
171:24 188:4
212:17 218:18
225:9 226:9,10
226:16 227:5
227:24 228:2,9
228:18 233:18
237:15 241:17
245:18,20
246:9,23
247:19,20
248:11 251:13
254:18 255:8
263:1 270:1
281:18 287:24
290:17 296:16

313:7 316:6,10
318:4,8 321:7
321:20 328:5
329:20
**numbered** 74:19
75:12
**numbering**
74:21 122:13
**numbers** 73:19
119:12 125:12
165:11 228:19
245:14,15
253:13 255:7
290:17 299:22
334:17
**numerator**
270:22 271:7
**numerous** 82:8
84:5,14 127:5
156:16

___

**O**

**obese** 25:16,16
**object** 129:10
175:5
**objection** 17:3
17:15 27:14
34:7,14 35:12
35:18 36:24
46:17,19 49:21
50:18 51:10,18
54:12,22 58:4
58:15 59:17
60:19 62:23
63:17 65:10
67:11 70:12
78:14 79:6
84:19 85:8
86:8 87:12,21
88:8 93:1,21
97:23 108:15
109:13,19
111:17 117:24
120:12 122:1
141:7,11,23
142:12 160:20

161:2 162:23
170:12 171:19
172:1 173:8
176:9 181:1,13
181:18 182:21
183:22,23
185:5 187:17
189:10 190:14
190:23 196:16
197:18,19
198:6,19
199:15 205:15
206:20 207:3
209:6 216:4
226:12 227:7
227:16 232:11
239:20 240:12
240:21 243:8
244:8,11
247:15 248:17
248:21 249:1
250:2,4 255:22
256:19 257:17
260:7 262:3,13
266:21 276:12
281:5 288:5
289:17 291:7
317:3 324:14
324:24 325:8
331:20 333:19
334:1,12
335:16,24
336:5 340:12
350:7
**objections** 9:6
12:4 140:14
182:5,6 227:18
**objective** 143:10
177:23 204:2,8
287:5
**observation**
209:20
**observed** 48:7
**observer** 122:4
**obstruction**
24:22 28:14

68:7 119:18
255:7 267:10
334:24
**obstructive**
27:21
**obtape** 126:21
**obturator** 132:9
293:17 303:19
309:11 310:2
**obvious** 80:9
**obviously**
239:13 268:16
339:22 350:10
**occasionally**
42:4
**occasions** 42:10
54:15
**occur** 29:9 63:24
65:19 151:11
152:20 271:17
280:2 297:8
298:4 313:11
322:10 336:22
342:14
**occurred** 35:2
114:5 132:11
148:10 162:14
202:19 216:11
249:18 337:1
342:19 350:4
**occurring** 59:13
**occurs** 132:13
181:5 225:22
270:20 332:18
345:20
**october** 345:13
348:1
**oddities** 247:4
**odds** 238:2
239:14,18
240:19 242:17
243:17 244:3
**offer** 17:13
21:17,19 22:5
25:21
**offered** 136:6

offering 25:11
office 4:8 13:14
  13:16 14:10
offices 3:6
official 51:12
ogah 5:18 94:11
  94:11 95:2,9
  95:12 101:24
  136:22 137:9
  138:13 140:10
oh 9:18 23:5
  25:6 33:15
  55:13 57:15
  65:17 69:16
  106:24 107:2
  113:2 305:6
okay 29:6 36:18
  47:7,22 102:14
  107:2 113:15
  122:19 143:18
  154:4 164:13
  167:2 169:5
  180:7,20 193:7
  193:22 194:10
  201:22 203:15
  206:12 223:22
  230:7 234:4
  239:23,24
  247:18 250:10
  250:12 265:18
  270:21 272:3
  272:20 277:11
  282:12 285:12
  291:16 292:4
  294:6 295:14
  303:24 305:5,8
  314:9,16
  315:23 320:22
  322:5 328:14
  335:2 336:20
  337:3 347:23
  350:23
old 271:24
older 156:11
  209:13 247:7
once 38:11

132:13 151:14
205:18 321:23
ones 15:16 85:23
  192:10 198:8,9
  199:13 221:14
  247:9 253:17
  255:12,13
  259:23
onethird 229:3
  257:19,20
  258:2 333:3,5
online 201:15
open 29:5
  166:14
operated 269:2
operating 32:4
  102:16 295:18
  295:24 309:4,6
  320:17,18
  321:16
operation 14:13
  14:17 24:6
  30:4 37:11,15
  60:11 64:22
  82:22 88:17
  89:1 92:11
  186:24 187:5
  195:4 265:15
  265:24 266:4
  266:24 269:5
  277:1,7 323:9
operations 62:8
  76:13,18 77:20
  84:11 92:15
  102:7 130:3
  213:22 214:24
  268:10 280:5
  349:16
operative 59:24
  92:1,5,7
  348:22
opinion 22:18
  57:17 82:19,21
  83:15,16
  121:12 127:8
  127:22,23

129:8 131:14
136:10 141:13
165:15 215:7
225:12 232:2
234:9,23
235:16 243:10
262:8 264:16
265:19 268:3
281:4 293:1
299:4 301:18
323:15 325:5
325:12 343:23
opinions 259:1
  317:1
opportunity
  174:12
opposed 135:23
  136:11 315:13
optimal 123:8
option 22:7
  99:19 149:16
oral 3:4
oranges 105:10
  246:2
order 30:21 66:4
  187:2 246:4
  251:14 254:15
  295:16 303:14
ordinarily 26:10
organ 23:2
  133:9 178:7,9
  255:15
organization
  163:2
organizing
  161:17
original 131:13
  234:22 239:7
  275:3 317:18
  318:1 333:6
  353:15
originally 41:1
  114:8
osborn 6:16
  131:6 157:15
  236:19,22

237:11,16,20
osteitis 20:1
osteomyelitis
  19:24 20:1,8
ought 257:7
outcome 24:14
  82:5 97:1,5
  229:10 277:18
  280:16
outcomes 27:17
  44:16 213:8
  277:20 280:18
  319:20
outlook 185:3
outside 341:19
outweigh 22:19
overactive 25:1
  180:12 207:7,8
  210:15 214:2
  229:8 301:21
overall 22:18
  83:19 97:21
  98:20,24 99:23
  118:19 119:22
  120:20 221:22
  226:20 228:12
  229:9 236:23
  299:6 304:6
  316:19
oversight 160:4
overwhelming
  256:3 320:15
overwhelmingly
  234:24
owing 123:11
oxford 95:19
oxley 1:16

─────────
**P**
p 244:15,18
  351:10
page 5:11 6:4
  7:4 8:6,6,6,11
  8:11,11,16,16
  8:16,21,21,21
  11:7 35:14

70:19 71:5,16
73:13,18,19
74:9,13,16,21
74:24 75:9
77:15 79:9
113:23 115:3,4
115:6 118:8,9
118:10 122:9
122:23,24
126:1 144:4
147:3 157:22
163:7,16 164:8
167:7 168:9
185:9 202:10
202:10 203:12
204:20 224:21
230:2,6,8
244:22 291:15
293:22 300:21
303:21 313:3
313:24 345:7
354:3 356:2
pages 155:9,12
  164:3 294:15
  355:3
paid 257:23
  307:17
pain 24:23 25:8
  65:4 158:14
  159:24 160:9
  162:5,11 164:4
  164:21 165:12
  166:1 195:9,13
  196:4,8 197:5
  197:13 205:20
  205:20 206:1
  207:2,15,21,23
  208:9 209:18
  210:5 249:6,11
  249:17,23
  250:10,15
  251:3,9,12
  253:15,18,20
  253:21 254:1,4
  254:4,10,17,22
  255:11,12,18

Jerry G. Blaivas, M.D.

255:18 259:15
259:17 260:4,6
264:14 267:7
269:9,18,22,23
269:24 270:11
271:16 274:13
275:2,8 294:12
294:24 305:19
306:2,5,7,7
308:11 309:16
309:16,22
338:18 345:20
348:23 349:3,5
**painful** 196:14
196:21 205:11
349:13
**pains** 309:9
**panel** 159:21
161:4
**paper** 5:14,15
6:8,9,12,14,15
6:16,21 7:6
53:10 57:23
60:23 61:4,9
61:17 68:19,22
69:3 70:20,20
71:6 72:1,6
73:16 74:12
78:2 85:18
91:17 94:9,12
94:18 95:7,12
106:19,19
107:7,7,18
108:21,22
109:8,11,17,21
110:2,15,22
113:10,19
115:6 117:4,14
118:24 121:5,7
131:4 137:1
138:14 141:3
141:10 147:10
150:17 160:11
161:20 166:22
166:23 167:3,6
171:13,18

173:6 174:2,10
174:16,21
175:9,12,13
180:4 184:6,8
184:11,12
192:4,13,22
193:24 198:13
208:19 216:15
217:9 218:1,6
223:7 224:19
225:4 226:8,19
228:3,8,14,17
229:1 232:4,5
232:9,16 236:4
236:20,22
237:4,11,16
239:3 240:4,19
241:16 249:5
249:14 251:1
251:11 253:20
255:20 260:12
263:7 265:5,9
269:16 279:1
281:13 283:17
287:21 289:19
301:13 302:11
311:4,20 312:6
312:13,23
314:16 315:7
316:14,14
317:2,6,16
319:15 325:24
326:10,19,20
327:1,18,24
328:2 330:7
331:5,6 334:7
337:4 338:12
338:14,21
339:3,17,20
341:15,18
342:15 346:3
346:16,21
347:17
**papers** 17:11
49:23 53:4
56:14 75:12

83:19 90:19
91:1 106:16
114:10 121:16
121:22 174:23
199:22 203:17
207:17 216:20
222:10 254:7
255:2 256:4,7
258:2 260:12
275:23 281:17
281:20 286:23
297:16 299:4
300:1 312:10
315:19 325:19
326:16,21
327:15 329:10
**par** 93:10
**paragraph**
61:21 74:14
124:14,16
171:11 194:17
276:16
**paralyzed** 68:11
**paraphrasing**
58:9
**part** 37:11 46:4
50:19 72:17
87:5 100:16,17
103:21 131:18
131:19 151:24
152:4,5 161:11
208:10 210:9
231:19 233:10
252:3 286:11
287:18 339:18
340:17 348:13
348:16
**partial** 259:19
**participate**
272:19
**participated**
99:2,17
**particles** 32:6,11
32:20
**particular** 34:16
55:20 101:15

153:3 181:14
190:20 203:22
208:19 251:3
256:9
**particularly**
12:5 100:16
153:22 173:19
179:7 210:8
260:10 299:17
**particulars**
95:22 260:17
286:22
**parties** 351:6
**parts** 152:9
**pass** 130:14
133:7 235:3
**passage** 128:1,7
132:2 147:7
151:7 157:6
242:8,11,15,23
242:24 243:5
243:15 244:6
**passed** 39:10
**passes** 147:5
**passing** 101:17
128:2
**pathologic** 49:11
50:4
**pathologist**
48:17 50:8,9
50:16
**pathologists**
50:21 51:3,5
51:16 53:8,14
53:18,22 54:16
**pathology** 53:1
53:3,4,8 54:8
54:11 56:13
**pathophysiolo...**
55:24
**patient** 22:12
23:19,22 25:13
37:10 90:16
92:4,10,12
157:2 186:16
187:4 188:18

196:14,21
197:7 232:24
233:16 246:17
248:9 270:20
275:15 318:7,9
320:2,8,12,22
321:23 324:1,5
332:20 335:4,5
335:7,13
337:16 341:7,9
342:4
**patients** 17:14
22:6,21 24:2
25:10,18,20
29:10 30:7,11
30:12,16 42:18
43:14 44:18
48:8 49:9 50:3
52:16 62:12,14
62:19 63:5
66:24 68:2
116:7 121:1,3
125:7,12 130:1
131:10 177:11
178:4,6,10,17
178:22 179:15
184:17,20
185:15 186:7
186:11,12,13
187:8,10 188:4
188:9,12,24
189:3 193:4
194:6 195:12
206:18 207:23
208:5,8 209:20
210:1 212:14
213:15 217:6
217:10,17
219:7 221:13
221:17 222:13
222:20 229:4
236:1,8,16
237:21 238:10
246:9 248:14
253:24 254:19
255:8,13

| | | | | |
|---|---|---|---|---|
| 259:18 260:5 | **pennsylvania** | 212:3,19 213:3 | **percentage** 79:1 | **perioperative** |
| 270:23,24 | 4:9 | 213:24 219:7 | 119:13 214:14 | 29:13 79:20 |
| 271:2,8,15 | **people** 15:14 | 221:17 225:8 | 248:8 260:5 | 91:21 273:12 |
| 272:17,17 | 19:13 67:19 | 225:14,22 | 317:17,23 | 349:7 |
| 273:2 274:7,23 | 84:21 88:18 | 226:4,21 227:6 | 319:17 | **periurethral** |
| 275:11,18 | 89:20 90:22 | 228:1,4,12 | **percents** 65:14 | 14:12,15,19 |
| 290:17 291:2 | 105:18 123:21 | 229:11 232:20 | 172:9 | **permanent** |
| 296:23 298:14 | 136:20 177:9 | 233:11 235:18 | **perception** | 40:21 41:14,19 |
| 303:5 307:5 | 181:6 208:11 | 235:21,23 | 261:18 | 41:22 42:14 |
| 311:2,21 | 209:13 213:23 | 236:1,8,15 | **perforate** | **permission** |
| 312:22 313:8 | 214:1 220:5 | 242:22 248:6 | 139:16 151:14 | 320:9,12 |
| 315:22 317:17 | 222:6,6 262:7 | 249:7,11,18,22 | **perforated** | **persistent** 219:8 |
| 317:21,24 | 267:15,21 | 250:16 251:15 | 129:24 | **person** 42:4,5 |
| 318:10 319:4 | 275:1,2,20 | 251:16 252:19 | **perforating** | 48:10 68:9 |
| 319:11,21 | 284:18 298:4 | 253:5,14,23 | 239:5 | 225:22 247:21 |
| 320:16 321:3 | 300:10,11,16 | 254:9,16,21 | **perforation** 75:4 | 259:1,13 272:2 |
| 321:15 322:4 | 327:10 | 259:16 260:3 | 75:15,22 | 310:14 335:8 |
| 322:19 323:13 | **perceived** 96:12 | 269:17 270:7 | 131:11 136:12 | **personal** 50:1 |
| 324:12,21 | **percent** 24:13 | 283:15 292:13 | 139:14,17 | 90:15 127:21 |
| 326:11 327:8 | 24:13 30:18 | 292:20,21 | 152:20 156:22 | 127:22,23 |
| 327:17 329:4,5 | 49:12,19,20 | 294:12,12,24 | 157:12 158:3,6 | 270:4 |
| 329:6 330:12 | 65:16 75:6,24 | 295:2,21 296:4 | 234:15,21 | **personally** 96:12 |
| 332:18,20 | 76:23 77:19 | 296:13,19 | 238:12 242:19 | 220:20,23 |
| 333:6,15 | 118:21 119:8 | 297:4 298:23 | 242:20,24 | 260:10 272:16 |
| 334:10,18,18 | 119:15,18 | 299:7,9,12,13 | 244:1 245:3 | 272:20,21 |
| 334:19 335:15 | 120:4 126:23 | 299:14,15,20 | 246:13,14 | 301:11 |
| 336:23 337:5,8 | 127:1 131:15 | 299:20 301:3 | 306:10 | **perspective** |
| 337:12 338:17 | 131:16 139:19 | 301:16,23 | **perforations** | 88:13 |
| 342:8,9 345:4 | 139:20,21 | 303:10,11,16 | 139:3 152:12 | **pertain** 148:21 |
| **paul** 4:12,15 | 143:23,24 | 303:17 304:1,2 | 153:5 229:9 | **pertained** |
| 73:11 113:10 | 154:21 156:2 | 304:14,14,22 | 235:5,8,13 | 180:19 |
| **paying** 276:2 | 158:2,3,14 | 304:22 305:20 | 245:23,24 | **pertaining** |
| 286:6 | 159:7 160:8 | 305:20 306:11 | 246:6,7 | 148:14 209:21 |
| **peer** 52:4 53:11 | 162:4,12 164:6 | 316:11 317:22 | **perform** 14:4,8 | 307:11 |
| 174:6 239:21 | 164:21 165:4 | 318:9 319:11 | 14:22 79:11 | **pertains** 95:24 |
| **peerreview** | 166:3 172:4,6 | 321:3 323:17 | **performance** | 148:23 |
| 52:14 82:24 | 173:1,2,10 | 323:19 332:14 | 41:2 | **pertinent** 236:19 |
| 239:3 | 175:15 177:4 | 332:18 333:8 | **performed** | **petros** 55:12,15 |
| **peerreviewed** | 177:17 178:1 | 333:12,17,21 | 77:20 152:8 | 56:10 57:7,14 |
| 52:11 239:22 | 186:13,20 | 333:23 334:8 | **performing** | **ph** 1:23 |
| **peers** 21:8 262:6 | 187:1 188:1,17 | 335:2,4,15,22 | 308:21 | **phone** 350:19 |
| **pelvic** 1:4 23:2 | 189:9,19 193:3 | 336:22 337:4 | **period** 29:13 | **photomicrogr...** |
| 178:6,8 196:4 | 193:8 194:6 | 343:21 345:20 | 48:7 177:6 | 51:21 |
| 255:15 282:5 | 202:23 204:9 | 346:2,7,12,14 | 185:1 210:5 | **phrasing** 214:20 |
| 307:11 345:9 | 204:11 210:23 | 346:19,24 | 222:3 259:19 | **physically** |
| **pelvis** 56:17 | 211:2,5,13 | 347:3,5,11 | 273:12 341:24 | 132:15 |

Jerry G. Blaivas, M.D.

Page 382

physiologic
16:18
physiology
55:24 56:13
pick 26:5 120:17
picked 41:12
219:13
pile 293:11
pinnacle 4:12
place 4:12 17:2
33:9,12 34:2,6
34:9 35:5 36:2
36:19 37:3,19
43:3 54:20
61:24 130:4
133:1 134:5
placed 34:20
35:6,9 36:5,8
36:22 39:5
54:18 55:3
62:5 105:7
155:7
placement 29:24
34:12 38:4,22
57:21 65:9,20
places 13:19
163:18
placing 55:23
67:1
plaintiffs 4:6
10:11 262:1,11
plane 29:1
planet 265:17
play 182:9
played 233:22
playing 182:10
please 9:19,20
86:13 194:8
197:23 353:3,8
plenty 39:16
331:24
plucking 275:22
plus 110:1
point 29:8 35:19
42:1 103:2
115:16 132:17

132:19 135:9
151:5 157:20
159:12 178:3
185:19 239:17
246:12,16
250:24 255:16
259:12 272:23
276:1
pointed 132:21
poly 31:6
polyester 126:20
polyethylene
126:19
polypropylene
22:3 23:18,23
25:11,21 27:1
27:8,12 29:18
30:14,21 34:4
35:9 36:8
37:19 38:17,23
39:5 54:19
67:2 71:9,20
72:8 99:18
101:5 123:7
124:9 141:4
171:16 172:15
348:7
poor 25:17 98:1
98:1,5 99:24
121:4,12 161:8
199:1
pop 313:8
popularity
230:20
population
265:1
pore 123:12,16
123:18 141:19
pores 124:22
126:3 141:20
portion 152:7
220:23 221:12
posed 19:17
position 7:6
39:13 345:14
347:17,22

348:14,17
positional 147:6
positive 47:11
318:14
possibilities
179:12 187:14
187:16
possibility
128:17
possible 20:19
22:13 68:4,6
92:23 118:3
132:16 178:5
309:12
possibly 41:6
190:5 264:14
postoperative
65:4 79:15
102:17 103:7
103:23
potential 20:8
23:22 31:17,18
67:16 81:10
91:9,13,15
92:4 126:14
149:16 233:1
245:7 261:3,9
261:20 313:19
324:11
potentially
81:15
power 188:1
practical 41:11
96:14 132:5
256:2 258:21
265:16 266:24
267:3 280:8
344:5
practically
26:12 131:16
138:20 344:7,8
practice 13:15
14:1 308:18
322:7
practiced 298:1
practicing 9:23

pre2000 273:23
preceding
313:24
precise 70:8,15
precisely 18:5
precludes 132:2
precluding
125:14 141:21
predicated 80:7
predict 219:14
265:12
preempt 89:15
preexisting
213:16 214:15
215:4,11
prefer 51:13
135:22 171:22
225:9 247:18
preference
25:22
preferred 141:5
preoperative
213:5
preparation
13:1
prerequisite
58:22
presence 59:9
present 169:10
244:24
presented 283:8
presumably
64:2
pretty 26:21
87:23 88:14
177:19 192:18
200:22,24
203:1 209:8,9
266:1 283:6
310:1
preventable
131:17
preventing
124:24
previous 325:23
326:1,10

previously
241:16
primarily 235:6
235:9
primary 79:4
106:7 230:12
319:12 320:4
320:23 321:4
primitive 89:15
printed 330:3
printout 112:3
112:13
prior 224:5,13
private 13:24
14:2
probability
310:21 312:15
322:12,17,21
335:22
probable 126:11
probably 26:3
30:17 40:13
42:15 45:3
46:13 54:17
88:20 105:14
134:19 170:7
176:24 177:2
179:22 208:3
215:16 246:19
246:20 275:7
281:19 298:2
300:15 317:6
318:1 347:12
problem 21:1
42:3 43:1 90:6
97:10 153:3
185:24 186:9
208:10 235:1,6
235:9 245:17
288:24 312:13
312:19 332:15
333:13
problems 31:18
179:11,11,12
205:3 268:5
procedure 18:13

18:18,22 19:1
19:15 79:11
131:20 150:4,8
151:6,24 152:8
156:23 166:14
176:8 218:12
218:24 266:11
266:17 273:3,3
310:6 313:9
314:3,18 320:6
323:16
**procedures**
42:12 80:8
149:11,15
169:17 215:15
218:8 308:18
**proceeding**
136:10
**process** 11:18
24:9 52:14
67:8 121:18
210:10
**product** 26:2
**production** 8:10
**products** 1:5
142:16
**profession** 15:7
**professional**
18:1 258:24
**professor** 14:3
**progression**
212:8
**projects** 69:20
**prolapse** 22:17
22:23,24 23:2
23:7 70:21
154:9,12,16,16
154:20 168:11
178:7,9,12,18
179:7,10,16,17
179:18 181:5
255:15 293:23
294:5 313:16
313:21
**prolene** 20:18
21:13 22:2

23:18,23 34:3
35:8 36:1,8
37:19 38:9,17
38:23 39:4
40:8,11,17
41:14 42:6,19
42:22 43:3,12
44:5,10,17
45:11 54:18
67:1 124:13
141:5
**prolonged**
221:18 345:20
**promotes** 124:2
**promotional**
258:20
**prompt** 341:12
342:11
**prompted** 69:6
185:24 186:1
**pronounce**
148:18
**pronouncing**
147:11
**proper** 58:8,9
59:22 128:22
**properly** 105:15
215:14,16
**propounded**
355:5
**prospective**
86:23 87:8
90:3 256:13
327:11
**prospectively**
121:9
**protect** 130:18
**protecting**
130:12,12
**protection** 132:2
**protects** 148:24
**protrusion**
204:22 206:6
206:18
**provided** 51:22
52:18

**providence** 4:4
**provides** 163:2
**providing**
258:24
**province** 248:9
**proximate** 16:6
**ptfe** 126:19
**pubis** 20:2
**public** 13:2 57:2
129:7 163:3
355:14
**publication** 52:7
201:13
**publications**
52:11 167:14
168:24 271:12
**published** 30:6
37:24,24 52:10
101:2,3 107:19
110:13 112:7
116:18 125:5
159:20 160:18
160:23 161:21
175:9 198:13
200:15 201:10
201:15,21
208:6 217:5,14
241:5 256:8
257:10 263:4
283:11 327:2
331:18 343:16
**pubovaginal**
6:12 15:14,19
64:5 66:5
78:21 86:24
87:10,19 88:6
89:6 91:5,6
93:11,14,19
97:22 176:2
184:23 211:18
215:10 216:14
216:20 217:16
218:7,24
263:21 264:5
264:17 266:13
273:1 274:1,7

276:6 277:19
277:24 278:15
278:16 279:20
285:8 286:2,17
288:3,13,23
289:10 290:5
292:12,22
293:3 295:19
296:3,8 297:2
297:8 298:9,24
299:18 300:9
300:11 301:1,9
301:22 302:4
302:17 303:1
303:11,16
304:2,7,14,22
305:11,16,19
306:11,15,21
307:4 325:13
**pull** 39:11,11
**pulled** 39:16
328:18
**purport** 125:5
**purported** 247:3
**purpose** 200:2,3
**purposely**
111:15
**purposes** 41:11
132:5 256:2
258:21 265:16
267:1,3 280:8
**pursuant** 3:5
**put** 16:10,12,13
16:15,18 20:24
27:24 28:2,11
30:13 39:14,14
42:19 44:2
111:15 114:22
130:10 132:6
158:9 159:23
161:18 166:20
338:6 340:6
350:6
**putting** 32:21
149:8 338:7
**pyramid** 95:20

**Q**

**qualify** 48:6
**quality** 83:4,5,7
83:10,19,20
88:15 95:17
97:4,21 98:20
98:24 99:23
102:4 159:2
161:6,9 195:19
**qualityoflife**
24:19 88:17
**question** 8:20
9:7 28:10 34:1
35:21 41:13
42:9 46:6,21
47:10 49:5
55:2 57:10,18
60:15 63:2
66:23 67:14
72:13 76:5
86:14 87:2,7
89:16 93:16
94:5 97:3
100:3,5 103:20
104:12 105:21
106:16 134:9,9
136:1 138:23
157:4 158:8
175:5 176:17
181:20 182:22
182:23,24
187:7 188:10
188:12 191:7
197:16,22,24
198:11 211:11
214:21 215:24
217:8 221:20
224:14 236:6
240:8,11,11
241:2 242:5,13
242:21 244:1
249:9 250:5
251:24 252:5
252:16 275:5
281:24 286:13
289:20 290:12

291:10,17
292:19,23
298:17 302:13
311:16 321:9
322:14,15,16
336:6
**questioning**
65:11 129:11
223:12 224:2
**questionnaire**
195:23
**questionnaires**
195:22 196:1,2
196:3 197:11
197:12 198:3
**questions** 45:21
46:22 97:7
117:7 216:8
279:16 355:4
**quick** 87:23
289:24
**quickly** 13:6
81:9
**quite** 18:7 26:21
70:14 138:19
145:3 158:22
170:20 190:3
228:16 268:14
271:19 274:18
286:4 297:9
317:15
**quoted** 172:6
226:7 265:9
**quoting** 170:7

---

**R**

**r** 1:6 354:1,1
**randomized**
91:4 96:9,20
97:5 136:14
139:24 140:3
200:14 202:5
205:8 256:11
257:11 263:10
263:15 276:9
284:23 285:18

285:24 286:14
288:11 289:7
290:1,13
291:19 292:6
327:11 340:21
**range** 193:11
217:10 305:8
**rare** 17:17 20:6
22:12 24:7
42:23,24 66:13
67:6,15 76:24
152:23 229:17
**rarely** 23:11
65:23,23 68:9
68:13 152:22
314:20
**rate** 12:22 16:24
49:1 64:17,23
65:3,7 75:15
75:20 76:1
142:10,18,21
144:12,17
145:1 154:21
155:24 156:11
156:12 158:14
159:6 164:4,21
166:4 169:19
172:8,15,19
173:1 175:20
178:24 180:11
189:8 190:21
191:1,3 204:2
204:8 208:20
209:14 211:16
212:8,11
221:21 226:23
227:1 232:20
233:23 235:17
235:20 247:24
248:2 265:20
267:19 270:10
271:11 276:7
278:17 279:19
280:3,4,4,13
280:14,17,24
292:13,21

293:2 294:12
294:13,24
295:2 296:4,5
296:12 297:3
299:6 301:14
301:22 303:2
304:8,21
305:15 306:2
313:10 316:6
**rates** 140:6
143:10,14
150:12 154:20
171:14,24
172:3 177:24
191:13 211:22
263:22 266:3
292:3 299:19
300:7,13 302:4
305:11 313:19
**ratio** 22:21
141:14 238:3
239:14,18
240:20 242:17
243:17 244:3
**rational** 88:23
**rationale** 335:18
**rct** 327:23
**rcts** 257:15
**reached** 223:11
**reaction** 44:11
45:3 46:13
47:24 167:11
204:21 206:5
206:17 235:10
339:13
**read** 19:18
45:20 46:1,4
47:18 50:23
71:12 72:6
80:11 86:14
87:2,5 91:19
94:12 97:15
104:3 109:18
110:3,18,23
111:5 112:10
117:3 148:16

156:20 164:15
170:8 173:24
174:5 185:16
190:5 202:12
231:24 238:5,7
238:17 240:2,4
251:24 252:3
261:15 263:8
281:13,18,19
283:3 286:7,11
287:23 305:2
307:2 315:20
321:11,15
353:3 355:3
**reader** 259:5,6
**reading** 57:3
103:11 113:18
239:7,12 255:9
314:8
**ready** 148:4
224:17
**realization**
275:12
**realized** 42:2
114:21
**reallife** 140:1
**really** 19:15
20:20 23:15
26:1 55:20
67:7 72:20
76:8 90:4,4
104:4 106:15
166:18 208:16
274:20,21,24
288:4 289:23
307:16 324:8
336:2
**realtime** 3:11
352:11
**reason** 26:20
33:19 38:12
49:10 74:20
108:13 111:16
130:5 320:20
334:14 353:5
354:3

**reasonable** 26:9
161:14
**reasonably**
229:22
**reasoning** 96:14
**reasons** 42:7
117:21 177:14
179:6 233:2
302:20
**reath** 3:7
**recall** 28:5 29:16
32:19,22 67:9
113:17 260:21
311:6,19
**receipt** 353:17
**received** 261:13
**recess** 66:18
107:14 145:13
223:3 308:6
**recognize** 61:8
93:9 153:20
198:8,10
284:12
**recognized**
156:23 157:7
219:3,4 283:23
308:12
**recognizing**
264:21
**recollection**
20:17,21
106:13 115:21
125:24 136:8
152:17 174:1
241:21 242:3
317:19,19
323:4
**recommend**
138:8 285:13
287:12
**recommended**
128:12 138:5
**record** 9:20 10:2
12:3 46:5
47:14,18 87:6
110:8 114:1,5

114:13,17
115:12,13
147:15 148:6
148:10 202:14
202:19 216:11
223:23 227:19
252:4 253:20
266:10 286:12
347:4 350:4,7
352:6
**recordings**
53:16
**records** 194:24
**recovery** 79:14
91:20
**rectangle** 31:4
**rectus** 15:12
65:9,20 151:19
173:23 218:9
**recurrent** 24:24
229:6
**recurring** 269:6
**redefinition**
181:4
**redesigning**
128:22
**reduce** 140:20
**reduced** 348:22
348:23,24
349:3,5
**reduces** 128:16
**reduction**
213:18
**refer** 61:18
345:13
**reference**
168:18 297:18
**referenced**
232:21 339:17
**references** 115:7
167:7
**referencing**
236:19
**referral** 312:1
320:3
**referred** 56:5

169:24 238:11
275:24 319:12
320:13,16
**referring** 67:17
75:16 82:13
106:3 191:15
209:24 264:4
266:13 319:19
**reflect** 82:24
250:21
**reflected** 208:2
**refractory** 229:7
249:5,11,17,23
250:10,15
251:12 254:1,4
254:10,17,22
259:15 260:4
267:7 269:22
269:22,23
**refresh** 114:23
174:1
**regard** 10:12
44:15 53:21
67:1 128:19
133:13 138:10
190:21 191:12
226:1 304:5
324:10 346:20
**regarding**
109:11 153:24
167:10 177:18
**regardless**
338:21
**reintervention**
314:21
**reintroduce**
10:2
**reintroduced**
41:12
**reintroducing**
343:1
**reject** 44:13
**rejected** 114:10
115:19
**related** 80:11
230:20

**relates** 1:6
261:16
**relative** 138:1
138:19 139:8
**release** 28:13
185:21 188:19
**released** 28:17
29:18
**relevant** 256:4
**reliable** 159:14
231:21 239:18
240:19 307:15
307:19
**reliably** 206:16
226:11 227:6
**reliance** 175:11
287:22
**rely** 34:11 50:14
161:19
**relying** 37:21,23
49:15
**remain** 221:5,7
**remainder**
12:13
**remained** 29:17
29:20,22
221:13
**remains** 81:18
**remember** 17:10
17:21 25:5
28:1,12,22
29:12,22 55:20
58:7 66:11
69:8 106:6
113:6,18
189:12,17
201:3 225:17
260:16 270:14
281:21 287:23
288:1 306:4
311:12
**remind** 52:3
94:18
**removal** 324:6
**remove** 49:9
76:13,19

**removed** 30:2
221:11
**render** 147:7
**reoperation**
276:7 278:17
279:19 280:3
281:1 322:20
**repair** 1:4 125:8
167:11
**repairs** 79:14
**repassed** 157:1
**repeat** 86:14
111:1
**repeatedly**
226:8 231:18
307:20
**rephrase** 155:11
197:24 198:1
**replacing** 94:1
**replicate** 288:19
289:5
**report** 5:20 7:7
13:1 20:11,22
49:24 55:10
60:23 93:9
106:20 107:8
146:10,19
147:3,16
165:19 185:21
188:16 196:20
202:8 206:4
207:10 208:9
209:18 210:17
213:23 219:6
225:14 235:18
235:21 252:20
259:3 273:14
274:5,13
278:11 285:19
285:24 286:15
286:21 292:2
308:10 312:11
318:18 324:13
337:6,23
345:19 351:2,7
**reported** 117:16

154:21 156:1
158:1 164:5,20
164:24 165:3,8
166:3 185:14
188:17,22
194:3,5 195:13
202:6 203:18
207:21,23
216:24 217:9
219:17 225:5
226:24 228:3,5
244:22 249:4
249:16 250:13
253:4,13
255:20 260:22
263:19 269:20
270:17 271:1,9
272:4,7 273:4
274:1,10 276:6
284:3 292:13
292:21 294:11
294:23 311:20
311:21 312:22
314:17 322:24
327:9 339:20
341:8 342:18
346:2,12,14,20
**reporter** 3:12
46:4 87:5
252:3 286:11
352:11,21
**reporting** 221:3
251:9 269:17
289:15 296:7
**reports** 152:12
159:3 191:22
206:17 213:3
221:17 250:7
250:19,22
251:2 271:3
301:14 310:8
310:16,19
312:23 318:20
**repositioned**
157:9
**represent** 10:4

respectively 172:7 299:20
representative 54:9 214:9
representing 4:6 4:15
reproduction 352:19
request 8:10 12:6 70:17
requested 11:10
require 29:24 30:5 76:10,12 80:22 187:9 269:4
required 76:17 187:11,22 188:18 245:11 314:20 318:10 334:24
requirements 99:12
requires 24:23 130:6
requiring 24:22 125:7 186:24 187:23 335:1
research 69:20 70:10 121:17 215:4 245:10 326:2
researched 64:22 152:18
researching 256:23
resection 185:22
reserved 9:7
residency 18:23
resolution 254:24 259:19
respect 82:6 120:19 121:13 172:2 251:2,8 282:6 338:14
respected 282:4
respectfully 291:6

respectively 172:7 299:20
response 196:14 196:21
responsive 241:7
rest 56:21 139:7 195:11
restate 198:1
restroom 308:4
result 119:24 242:16 245:10 275:18 287:11
results 38:1 61:15,19,20 102:1 184:18 194:22 204:6 214:6 215:1 261:13 267:17 268:11 285:6 287:10 302:23
resume 350:12 350:14
retention 219:8 221:4 268:5 303:9,15 304:5 304:8,12,21
retract 103:18 153:1 257:4
retropubic 10:13,16 26:12 26:18 65:24,24 76:10 77:4 100:11,18,21 100:23 101:4 104:2 109:8 110:2 120:9 130:10,11 133:15,19 134:13 135:1 135:19 137:19 138:15,24 142:9,11 151:15,20 214:7 225:7,13 232:17,21

242:7,10,15 243:4,15 244:5 253:5,11,24 270:8,12 295:20 296:4 296:13 300:24 302:6 303:19 303:22 304:21 305:5,20,22 309:7 346:3,10 346:15,21
retropubics 214:9 253:14
retrospect 24:15
retrospective 96:22 244:24 256:12 313:5
retrospectively 87:20
return 295:18 295:24 296:9 304:20 335:15 353:15
reversed 22:22
review 5:18 6:17 6:19 12:24 49:24 50:11 52:2 53:6,7,11 56:14 72:17,23 74:12 94:11,16 95:2,7,8,12 97:16 101:24 102:24 114:8 115:10 116:10 119:10 120:11 122:10 136:23 136:24 137:10 138:13,14 141:3,9 142:24 143:4 166:23 167:6 171:12 171:18 173:6 174:7,24 175:4 175:6,8 180:15 190:20 191:20 192:24 199:3

199:18 200:4 200:21 201:1,7 201:8 205:9 213:12 225:4 232:4,5,7,10 234:3,10 249:13 257:10 262:19 263:3 269:16 275:24 279:8 281:15 282:21 283:17 283:21 284:18 288:9 289:19 295:7 302:15 325:20 338:22
reviewed 52:5 95:16 145:5 162:8 165:16 189:13 194:23 239:22 241:15 241:17 258:3 260:13 276:14 283:14 284:22
reviewers 52:14
reviewing 251:6 302:2
reviews 96:5,7 228:18 307:10 307:14 340:22
revised 348:2
revision 119:17 186:6 187:22 187:24
revisions 186:14
reynolds 5:22 150:17,20
rhode 4:4
rice 4:3
ridiculously 293:19
right 23:14 25:5 59:13 71:6 75:9 77:16 116:21 118:6 118:14 122:16 126:5 141:22

144:8 149:4,8 154:7,17 156:18 165:24 169:9,14 171:12,18 176:20 180:1 183:10 185:9 185:18 191:6 193:7 194:21 194:21 203:12 204:19 207:9 210:17 211:9 213:3 227:4 231:10,21 233:14 241:22 242:4 243:23 249:15 253:6 254:14 256:23 267:14 268:5 270:12 288:14 294:21 296:17 300:23 312:12 314:8 315:15 317:2 327:5,13 327:15,17 333:18,20 338:2,23 345:10 346:16
rightangle 39:15
rigorous 122:2 283:1
risk 19:5,17,23 20:2,8 22:21 23:22 25:17 66:23 67:20,23 71:9,22 77:5,7 77:9 92:4,11 118:20 119:16 134:18 135:17 136:12 138:1 138:20 139:8 139:14 141:14 148:15 149:19 149:22 150:2 212:23 226:20 228:12 229:7

229:10 243:17
244:7 246:15
246:17,24
247:3,6 248:15
249:22 295:10
302:16 309:15
309:21
**risks** 22:8,11,19
23:23 24:3,7
24:11,21 93:4
126:15 133:17
134:10,12,16
309:4
**road** 181:6
183:13 316:9
**roger** 106:8
**rogerson** 95:9
**room** 295:18,24
**rosenblatt** 4:12
4:15 112:14
113:11 163:10
294:16
**roughly** 26:14
44:17
**route** 137:14,15
137:18,19,22
138:15 139:1,4
243:4
**rovner** 106:10
**rovners** 106:19
107:7
**rule** 92:17 97:2

────────
**S**
────────
**s** 1:7 4:12 5:9
6:2 7:2 78:8
163:12 312:1
**sacrocolpopex...**
23:10
**safe** 58:10 80:23
81:1 193:16,20
247:12,14,18
248:6,8,12
350:21
**safer** 128:7,14
**safety** 5:16

72:24 74:3
92:8 231:13,19
232:13 331:22
**salient** 246:12
**sat** 54:1
**satisfaction**
204:10
**satisfactory**
280:16,19
**satisfied** 239:8
241:18
**satisfy** 53:12
338:16
**saw** 57:14 71:14
115:21 116:21
117:3 156:5
171:12 203:7
211:10 283:10
332:10
**saying** 74:18
134:21 139:18
157:19 160:16
171:8 178:22
184:21 214:11
214:21 224:11
245:13 268:15
268:19,24
322:3 337:1
**says** 20:22 57:19
62:14 71:7,17
71:19 72:6
75:3 77:16,24
79:9 102:5,20
102:22 107:23
115:10,24,24
117:4 118:13
119:15 122:15
122:16 123:24
126:2,7 137:23
138:14 143:17
159:19 160:11
170:10 171:23
185:13 188:16
189:2 195:1
200:24 201:14
204:20 205:1

224:22 230:10
231:17 235:23
244:23 264:3
275:16 276:17
277:5 281:7
283:7,13 295:4
296:6,11 313:3
313:6 314:1,22
315:7 341:9
347:7 348:5,18
**scandinavian**
189:15
**scar** 128:18
140:21 144:12
**scarring** 246:22
247:10
**schedule** 11:8
12:6
**schepleng** 2:18
**science** 53:12
167:19 317:12
**scientific** 122:4
184:7 239:8
241:19 251:7,8
344:5
**scientifically**
344:6
**scissors** 31:9
**scope** 129:12
273:24
**score** 197:3,4,5
197:6
**scrutiny** 239:8
241:19
**se** 69:5
**sealing** 9:4
**search** 69:5,11
69:24 84:16,21
84:22,23,24
111:23 114:19
115:24 116:6
201:19 255:24
256:1
**searches** 69:15
70:6 111:14
125:19 157:24

**searching** 70:2
**second** 22:7
103:17 113:24
127:12 131:21
132:17 148:5,6
225:5 230:2,8
237:18 269:4
291:15 322:19
323:2 328:10
329:22
**secondary** 64:14
64:18 230:21
231:2
**secondline** 20:15
**secondtolast**
313:3
**section** 50:13,23
51:6 61:19,20
114:21 118:11
119:24 185:10
188:19 203:13
204:18 251:6
**see** 26:1 32:6,11
33:18 40:21
61:16 62:3,9
62:13 69:8
70:19 71:17,24
72:2 79:18
86:20 94:18
95:14 102:10
102:19 103:9
103:14 106:15
108:5 109:2
110:22 112:11
113:5 115:17
118:15,16
119:13 120:14
122:11 123:3
124:19 125:9
137:9 156:17
159:16 163:7
163:16,21
164:1 165:23
168:8 169:6,21
172:22 175:19
180:17 185:11

186:21 190:4
192:15 193:9
194:12,16
195:15,16,21
195:22 196:5
196:23 197:9
200:17 201:12
202:1 210:19
218:8 220:4,6
225:1 228:14
229:2 230:15
230:23 233:8
237:4 238:7
243:22 245:4
246:5 247:22
263:23 264:8
269:15 275:17
278:22 281:9
281:24 284:5
284:10 285:2
285:15 287:7
287:14 290:6,8
292:8,10 294:2
295:9 296:14
297:5 299:3,16
299:21 300:21
302:11 303:18
305:6 306:10
309:1,2,9
311:4 318:13
320:2,16 322:8
322:23 327:18
328:1 329:9,10
329:24 330:2,6
330:14,17,19
337:7 339:10
342:10 345:9
348:3,11
**seeing** 66:11
113:6 201:3
**seek** 250:8
332:11
**seen** 11:5 17:11
47:24 48:21
52:20 62:15
113:21,22

115:18 117:2
146:3,4 152:11
168:13,15,16
168:17 201:2
210:9 211:22
217:20 221:2
275:19 287:16
287:20 301:10
301:11 304:17
316:1 322:3
**select** 178:4
184:19
**selected** 22:20
25:9,20 114:10
174:8 184:16
238:9
**selecting** 69:3
178:20 213:7
**selection** 178:15
**selfcatheteriza...**
221:19 222:2
222:14
**selfserving**
271:20
**sell** 159:10
**senior** 53:9
73:16 326:17
**sense** 16:18 44:3
44:4,9,7 78:5
131:22 139:6
175:24 176:18
220:14 247:5
**sentence** 79:23
102:5 104:2
240:5 277:19
**sentences** 80:10
**separate** 13:3
101:10 246:3
**separately**
100:12
**sepsis** 76:9
77:12 229:19
**september** 1:21
3:1 146:24
352:11
**sequelae** 157:11

158:5
**serati** 6:8 108:22
109:8 110:1
111:11 113:19
116:14 174:10
174:15,21
190:9 191:9,17
326:24 329:3
333:17
**seratis** 334:7
337:4
**series** 46:22
90:22 216:23
237:2 271:1,4
272:22 274:6
310:17,20
311:2,21
312:22 326:20
340:18,21
**serious** 57:5
75:4,15,19,23
76:2,6,21
77:11 118:20
226:20 267:2
267:18 274:3
**seriously** 128:2
307:22
**serve** 44:11
**services** 163:3
**serving** 261:23
**set** 341:20
**setting** 14:19
**seventeenyear**
326:20
**severe** 219:9
**severity** 281:3
**sex** 25:15 337:21
**sexual** 159:5,24
160:8 162:3,10
165:3,12 166:1
179:11 197:14
198:4 210:6
294:13 295:2
**sexually** 205:22
337:16
**sgs** 282:7 283:8

284:16 295:6
302:15 307:7,9
**sharp** 134:1
**shaw** 6:15 223:7
224:20
**shears** 2:5
**sheer** 335:22
**sheet** 353:7,9,12
353:15 355:6
**shes** 60:24
**shocked** 190:4
**short** 58:16
91:18 95:7
99:14 308:3
315:6,17 323:7
**shorter** 80:24
92:1,5,6
102:16 348:21
**shortest** 26:8
**shoulder** 112:19
328:12
**shouldnt** 59:10
**show** 58:10
111:4 112:3
117:22 137:10
174:23 200:20
207:17 244:6
245:19 246:10
247:6 288:19
297:21 302:16
314:6 339:4
**showed** 33:15,16
103:6 147:1
287:4 322:22
340:8
**showing** 54:8
154:15
**shown** 71:21
82:9 247:7
**shows** 71:9 82:3
146:20 156:21
157:15 204:13
321:2
**shrinkage** 125:1
**shudder** 57:1
**side** 26:13

114:22 122:22
**sign** 204:20
353:8
**significance**
138:21 245:20
246:11
**significant** 20:5
48:2 71:22
132:23 139:13
225:16 242:11
242:16,17
243:16 244:7
244:19 246:20
278:13 303:4
317:23 321:7
**significantly**
67:4 127:9,18
139:2 143:3,9
285:19
**signing** 353:10
**siliconecoated**
126:19
**similar** 18:8
93:24 109:10
168:21 231:8
263:10,21
278:2 346:1
**simple** 63:2
241:10 330:22
**simply** 29:2
120:20 187:6
222:11 250:22
315:5
**single** 44:9
65:13 156:15
158:7 162:7
172:9 270:20
299:11
**singledigit**
296:19
**sir** 11:13 73:20
100:13
**sit** 117:13
190:11 239:16
240:3,17 260:2
289:13

**site** 59:24 64:15
230:22 231:3
**sites** 64:18
**sitting** 13:2,4
**six** 26:16,16
29:14 84:9
249:6,23
253:16 254:1,5
254:11,17,23
254:24 259:17
260:4 269:19
270:11 271:16
303:10,16
304:5,13
315:23
**sixth** 108:21
**sizable** 316:10
**size** 123:12,16
123:18 134:22
135:7
**skinny** 42:5
**sky** 275:23
**slides** 50:3,4,11
51:16,17 52:15
52:18,20 53:3
**slightly** 228:15
264:5,17
**sling** 5:17 6:12
15:12,13,15,17
16:5,7,8,9,16
21:21 23:19
24:15 25:11,22
26:9,11,15
27:3,6 28:9,17
28:24,24 29:19
30:2,14,22
31:21 33:10
34:4,13,17
36:8 37:16
39:10,22 40:2
41:2,24 43:9
45:1 46:10
54:21 63:15
64:5,10,13
65:9,20 66:5,9
67:2 73:1 74:4

| | | | | |
|---|---|---|---|---|
| 77:4,21 79:3,9 | 306:4,15,21 | 263:20,21 | 61:7 62:21 | 206:23 207:20 |
| 79:24 80:15 | 308:22 309:14 | 264:5,17 265:8 | 63:1,22 65:15 | 209:16 216:6 |
| 82:3,11 86:24 | 313:15 323:1 | 268:1 271:14 | 66:14,21 67:13 | 216:18 218:4 |
| 87:10,20 88:7 | 323:13,16 | 272:5 273:1,6 | 69:1 70:18 | 222:24 223:19 |
| 89:6,7,16 90:2 | 325:13 331:23 | 274:1,7,8 | 73:6,10,12,23 | 224:3,7,16 |
| 90:13 91:5,6 | **slingonly** 314:3 | 277:19 280:5 | 74:8 75:2 | 226:17 227:8 |
| 93:11,14,20 | 314:18 | 280:11,15,18 | 78:16 79:7 | 227:20 232:14 |
| 94:1,2 101:17 | **slings** 14:24 15:2 | 281:1,2 285:8 | 85:3 86:5,9 | 237:8,14 240:7 |
| 102:7 103:6,8 | 15:3,8,9,20,20 | 285:9 287:2,3 | 87:15 88:3 | 240:14,16,23 |
| 105:7 106:2 | 16:1,3,11 17:1 | 287:6 288:3,4 | 89:5 93:6 94:7 | 241:4,10 242:6 |
| 116:3 123:9 | 22:6,16 27:8,9 | 288:12,13 | 95:5 98:6 | 243:12 244:14 |
| 129:19 142:8 | 27:12,18,24 | 289:8 290:4,16 | 102:15 107:11 | 248:13,18,22 |
| 144:11 151:5 | 28:4,11,13 | 293:24 296:8 | 107:17 108:20 | 249:3 251:17 |
| 155:7 159:8 | 32:3 33:5 | 297:8 298:9 | 109:16,23,24 | 252:11 256:6 |
| 160:1,9 162:6 | 34:19 35:9,15 | 299:19 306:2 | 110:10,16 | 257:6 258:5 |
| 165:1,8 169:11 | 36:9,14,15 | 316:16 331:13 | 111:8 112:1,17 | 260:20 262:9 |
| 173:18,23 | 37:13,20 38:2 | 346:3,11,15 | 113:9,13,16 | 262:23 267:24 |
| 176:2 184:23 | 38:5,17,19,23 | 348:7 | 115:1 117:10 | 277:22 279:13 |
| 211:19 213:21 | 39:5 40:4,10 | **slow** 113:1 | 117:12 118:5 | 281:12 286:7 |
| 214:1,8,19 | 40:19 41:9,16 | **small** 20:2 93:5 | 118:18 121:20 | 286:24 289:21 |
| 215:10 216:15 | 42:20 43:3,13 | 119:20 120:22 | 122:8,14,21 | 291:5,8,9 |
| 216:20 217:16 | 44:18 54:19 | 125:12 126:9 | 129:16 133:12 | 293:13,21 |
| 218:8,24 220:2 | 55:17 61:23 | 135:3 152:9 | 137:5 141:8,17 | 294:18 308:2,9 |
| 220:12,13,15 | 62:5 64:6 71:1 | 236:17 244:24 | 142:6,23 145:9 | 311:13,18 |
| 220:16,18,19 | 72:9,11 75:17 | 245:14,18 | 145:20 146:13 | 312:9 318:24 |
| 221:18 224:24 | 76:17 77:3 | 246:10 | 147:17,20 | 324:16 325:3 |
| 225:13 253:11 | 78:6,7,11,19 | **smaller** 81:1,8 | 148:3,12 | 325:11 328:6 |
| 264:19,22 | 78:21 79:17 | 124:22 133:2 | 150:16,23 | 329:15 330:10 |
| 266:14 267:7 | 82:1,9 90:9 | 141:20 | 153:8,15 | 332:3 333:22 |
| 273:15 276:7,8 | 97:22 99:18 | **smallest** 92:23 | 155:20 160:21 | 334:6 335:11 |
| 277:24 278:15 | 100:24 101:4 | **smokers** 248:19 | 162:15 163:5 | 335:19 336:1 |
| 278:16 279:20 | 101:13 102:9 | **smoking** 248:24 | 163:11,15 | 337:2 339:12 |
| 285:11,14,20 | 104:2,16,17 | **smus** 123:8 | 167:22 168:6 | 340:16 344:12 |
| 285:21 286:2,3 | 105:1,3,18 | **snell** 4:8,10 5:6 | 171:9 172:12 | 344:19 347:20 |
| 286:17,18 | 106:10,11,12 | 9:16 10:3 11:4 | 173:12 174:19 | 349:21,24 |
| 287:13 288:22 | 107:20 108:3 | 11:23 12:7 | 175:7 176:19 | 350:6,20 |
| 289:10,11 | 109:1,12 121:2 | 17:7,22 27:15 | 181:3,17,24 | **snodgrass** 2:11 |
| 291:21 292:12 | 130:3 135:12 | 34:10,18 35:7 | 182:4,10,14,18 | **snow** 4:7,11 |
| 292:22 293:17 | 135:16 136:21 | 35:17 36:4 | 183:1 184:22 | **socalled** 71:8 |
| 295:1,19,20 | 140:7,8 155:9 | 37:2 45:6,8,16 | 185:6 188:14 | **society** 6:19 |
| 296:3 297:2 | 155:15 156:18 | 46:1,16 47:1 | 189:21 190:18 | 279:9 281:16 |
| 299:1 300:11 | 158:13 163:23 | 47:16 50:6 | 191:5 192:7 | 282:3 283:22 |
| 301:9 302:5,9 | 222:13 225:7 | 51:4,14 52:12 | 196:18 198:2 | **soft** 20:18 21:13 |
| 302:17 303:17 | 231:10 232:21 | 54:14 55:4,9 | 198:12,23 | **somebody** 224:8 |
| 303:19 304:7 | 251:20 252:8 | 58:11 59:6 | 200:12 202:13 | **someplace** 171:1 |
| 305:12,17 | 252:24 253:5 | 60:16,21,24 | 202:21 206:3 | **somewhat** |

184:15
**sorry** 11:7 33:20
43:16 62:1
71:13 94:21
100:2 102:11
114:11 118:8
155:11 157:3
175:2 186:5
213:14 230:8
232:17 233:4
234:15 235:19
236:3,6 237:24
243:20,21
249:9 257:2
260:16 276:22
278:22 283:2
286:4 305:6
308:15 314:5
315:20 322:15
343:3 345:24
349:21
**sort** 70:16 89:17
96:13
**sounds** 214:21
**south** 4:4,13
**southern** 1:1
**space** 26:12,18
39:17,17 66:1
130:10,11
133:15,20
134:14 135:1
135:19 151:15
151:20 309:5,7
309:11,19
353:6
**speak** 54:16
**speaker** 257:23
**speaking** 21:7
35:18 181:18
182:5,6
**special** 39:7
**specific** 76:2
99:12 101:8
135:24 150:10
212:16 214:17
214:19,22

253:13 254:12
257:2,3 258:7
302:12
**specifically**
72:14 100:6,10
109:22 117:8
196:3 209:24
226:15 270:8
322:13 337:20
346:14
**speculum**
206:11 339:15
**spellman** 18:20
**spend** 238:21
239:11
**spent** 12:15
**sphincter** 56:20
**spinal** 68:9
**split** 337:10
**spoke** 57:14
**sponsored**
256:15,16
257:16,20
259:23
**sprout** 1:9
**sprung** 29:4
**stack** 328:13
**staff** 13:23
**stains** 54:3
**stamey** 20:23
38:21 133:4
**stand** 47:20
119:2,4 120:3
184:18 334:3
**standard** 16:21
82:2 169:10
170:1,11 171:6
173:15,17,21
173:22 183:15
**standards**
180:24
**standing** 171:5
**stanton** 342:21
343:12
**start** 74:16
127:24 130:5

142:8
**started** 46:21
199:17
**starts** 80:7
**state** 3:13 9:19
80:2 125:5
179:23 180:2
183:7,19
222:11 245:1
313:23 353:5
**stated** 38:9
226:3
**statement** 49:18
58:3 72:4
97:14 103:19
133:14 173:14
174:4 197:11
206:13 213:20
214:5 232:9
256:18 259:10
261:12 264:16
265:1 268:12
277:4,5 316:22
318:14 336:4
338:20 345:14
347:22 348:2
348:14,17
**statements**
245:16 253:22
276:18 279:4
297:23
**stateoftheart**
180:23
**states** 1:1 95:15
201:8
**statistical**
138:21 245:16
245:20 246:11
247:4 335:22
**statistically**
139:12 242:11
242:16 243:16
244:6,19
278:12 303:4
**statistics** 30:11
**stayed** 38:10

**sterile** 59:11
60:4,8
**sterilization**
59:23
**sterilized** 60:10
**stern** 85:1
**stevens** 2:9
**stick** 42:6
295:15
**sticks** 276:15
**stiffness** 124:24
**stipulated** 9:2
**stipulations**
8:15
**stitch** 42:4,24
**stop** 182:5 327:5
350:1
**stopped** 258:18
**storage** 264:6,10
264:18 278:14
**straightforward**
267:11
**strand** 44:9
**street** 4:4 13:16
298:19
**strength** 41:24
**stress** 6:5,22
14:5,9,13,16
14:20 20:14
23:15 24:24
30:1,22 34:4
38:24 39:6
41:3 54:19
63:11,24 67:2
70:24 78:12,20
79:4 82:6
86:10,19 88:16
92:22 98:11
99:8,16,20
104:8 112:5
125:20 144:23
149:16 150:9
152:6 153:11
153:18 154:1
164:5 168:10
169:7 170:3,6

175:21 181:11
191:11 194:23
204:14 209:4
209:19 210:1
212:2 229:6
230:13 263:12
263:13 264:13
269:6,7 294:8
325:6,14
344:15,21
345:2
**strike** 10:8
21:18,19 25:18
29:7 33:7
36:19 39:3
40:23 45:6
48:20,21 49:15
62:21 75:20
87:16 100:22
123:17 134:23
135:14 143:3
160:22 166:8
167:4 173:15
194:4 206:14
207:21 232:17
234:5 240:15
254:2,13 291:6
**stringent** 52:5
**strip** 20:13,23
31:1,5 36:12
349:10
**stripped** 64:12
**stripper** 151:23
**strong** 234:23
**structures** 56:19
56:21 132:24
147:6 148:15
**stuart** 342:21
343:12
**studied** 72:11
175:23
**studies** 58:10
84:5,8,8,9,13
84:14,17 85:6
85:15,16,20
86:3,23 87:9

87:18 88:1,5
90:1,4 96:22
98:3 100:20
101:2 104:20
104:20,23
105:12,16
106:2,3 107:21
108:1,7,11
117:17,20
120:9 125:5,11
135:12,16
156:13,16
158:1,21 161:6
161:9,13 176:3
176:24 178:18
181:9,16 183:3
186:10 189:6
189:16 194:1
197:1 199:6,12
208:22 247:6
255:17,19
256:12 292:7
293:20 296:7
296:21 297:3
297:18,21,22
307:2,4,20
331:17 341:3,5
**study** 68:17
81:24 86:7,18
88:21 106:6,8
106:9 110:3
111:10 112:10
116:14 139:23
140:2,5 148:13
148:16,19,21
156:11,14,15
157:13 158:8
162:7 172:23
173:2 177:1,18
178:9,15 179:4
179:8,15,22
180:7,21
181:14 183:6,9
183:14,20
185:3,20 187:7
188:1,8 190:8

190:10,19
191:8,17
192:19,23
193:2 198:24
199:1,2,5
200:19 202:22
203:7 205:2,14
205:17 206:14
206:16 207:1
207:24 208:2
208:15,17
210:18 213:9
213:10 215:19
219:6 221:16
237:20 238:18
242:17 244:24
247:13,14
251:8 259:3
260:17 272:5
289:23 301:1
311:1,20
315:14 321:12
321:14,19,24
322:23 323:4
323:12 327:8
329:5 331:23
333:10 343:18
343:24
**stuff** 70:3 139:8
145:5 167:19
167:20 195:20
197:2 236:13
255:6 269:13
281:21 319:23
338:15 341:24
344:9
**sub** 100:21
**subject** 37:9
49:10 353:10
**subjective**
177:23 204:10
285:10,19
286:1,16 287:5
288:13,21
289:9
**submitted** 77:17

**subscribed**
355:10
**subsequent**
131:3,8 156:12
157:17 243:2
246:15
**substance** 355:6
**suburethral**
61:23 62:4
102:6,8 103:8
169:11 173:18
221:12 348:7
**succeed** 178:23
**success** 178:24
280:3,4
**successful** 37:13
82:5
**succinctly**
128:24
**suffice** 323:12
**sufficient** 97:6
332:11
**sufu** 282:15
298:20
**suggest** 147:9
186:23
**suggested**
158:19
**sui** 169:11
170:11 173:17
313:8 348:8
**suitable** 22:14
99:19
**suite** 4:9,13 32:4
**summary**
250:14
**summer** 97:17
**sung** 284:13
**superficial** 64:6
65:22
**supervision**
352:21
**support** 8:2
56:19,20
158:11 270:5
281:11 348:6

**supports** 214:3
**suppose** 31:21
41:17 66:12
219:5 286:21
**supposed** 59:11
60:4 310:4
**supposition**
41:21
**suprapubic** 66:3
**sure** 19:21 20:10
21:8 34:22
35:13 36:2
54:2,5 55:1
60:3,5 64:16
70:14 72:17
88:11 93:15
94:4 98:17
108:18 110:10
110:20 112:21
118:4 120:2
128:21 147:20
158:22 192:17
200:22,24
209:14 246:20
261:7 273:11
280:7 281:21
283:4,15
303:20 307:23
309:8 329:13
342:22 343:4
349:12 350:13
**surgeon** 9:23
68:3 186:15
245:8 275:3,12
275:17 321:16
343:15
**surgeons** 6:20
91:24 92:21
105:5 136:6
185:2 215:14
218:21 222:1
222:20 264:24
268:2 272:18
273:13 274:12
279:10 281:16
282:3 283:22

298:9 342:23
**surgeries** 14:5,9
14:21 21:4
23:7 61:16
63:11,15 64:1
99:8 119:17
152:7 210:7
212:24 219:21
264:22 291:22
318:8 348:10
**surgery** 5:17
23:2 24:16,22
24:23 30:1
58:1 62:16
68:16 71:21
73:2 74:5 79:4
80:22 86:19
92:22 105:19
131:13 149:3,6
154:12 169:11
170:4,7,11
173:18 175:22
187:9,11
203:17 209:5
210:2,11 219:9
219:15 229:5
265:21 268:22
272:12,18
273:11 318:11
320:24 323:2
323:12,18,22
324:1 335:1
345:10
**surgical** 16:24
25:17 28:18
31:9 32:13
59:21,23 64:14
64:18 99:19
118:21 128:4
128:12 131:18
151:8 164:15
226:21 231:5
232:24 233:16
233:22 235:3
235:14 266:2
314:20 315:14

345:8 348:23
349:3,5
**surgically** 28:7
57:21 269:2
**surmising**
186:22
**surprise** 166:17
**surprised** 170:5
299:12,14
**surprisingly**
189:14
**suspect** 279:1
**suspension**
154:22
**suture** 19:14
39:12 40:22
41:22 42:12,14
42:22 45:11,19
**sutures** 19:16
39:19 40:6,11
40:18 41:15,19
42:19 43:4,12
44:5,17
**sworn** 9:11
352:5 355:10
**symbol** 159:14
159:18,24
**symphony** 4:12
**symptoms** 49:2
102:18 104:10
197:4 210:15
213:5,16,19
214:2,16 264:7
264:11 278:15
324:13
**syndrome**
308:11
**synonymously**
21:11
**synthesis** 276:17
**synthetic** 5:17
16:2,5 22:6
23:13 24:14
25:11 26:15,24
31:21 33:9,11
36:15 37:16

38:4 40:4 73:1
74:4 75:17
78:7,11,18
90:8 94:3
102:6 103:5
106:10,11
130:3 142:7
144:11,23
153:7 155:6,9
155:16 158:12
159:7 163:23
230:11 274:6
280:17 331:23
348:6
**synthetics** 22:19
**system** 1:4
238:10
**systematic** 96:4
201:8 263:2
281:15 282:2
282:21 283:21
284:17 288:9
295:6 302:15
307:9 340:22
**systematically**
284:18,22

— T —

**t** 5:9 6:2 7:2
354:1
**table** 107:23
108:8,14 111:9
117:15,23
120:11 158:16
164:10 190:9
192:23 193:24
197:2,2 199:3
199:12 200:20
215:22 223:14
225:5,6,13
232:16,21
243:14,18
249:13 253:5
253:13 270:13
270:15,16
290:7 291:14

291:24 293:17
294:3,8 295:6
298:23 299:5,9
303:23 305:24
314:1 330:17
330:20,21
339:16,19
340:3,6
**tables** 164:14
165:20 269:12
293:8
**tainted** 259:7
**take** 10:8,10
20:15 26:22
66:14 68:14
70:5 92:16
99:3 107:11
113:24 145:9
184:4 192:16
202:3 223:1
225:20,23
247:20 260:24
267:11 272:3
275:8 276:23
281:23 282:1
284:6 308:2
315:9 317:8,9
325:12 327:20
**taken** 3:5 20:12
66:19 107:15
145:13 223:4
258:10 308:7
**takes** 80:24
**talk** 17:11 55:10
94:21 124:17
206:9 222:1
290:13 308:11
345:12
**talked** 51:23
102:3 265:5
266:11 298:3
302:23
**talking** 22:15
34:15,16,18
35:22,23 36:3
68:2 76:8,22

77:13,14 110:9
110:21 123:1
127:14 135:3
136:16 138:4
169:14 174:11
180:8,14
183:19 204:18
222:3 233:6
234:15 243:22
257:13 267:6
291:1 295:22
313:4 322:11
322:20 327:19
336:19 338:11
342:12 343:4
345:8,18
**talks** 116:15
**tape** 61:23 62:4
112:4 116:2,16
139:3,5 143:6
143:20 169:13
169:17 185:21
188:18 203:8
204:21 205:3
206:5,9,18
**tapes** 71:20
143:2,6,11,20
143:24 144:1
**teach** 222:13
**technical** 19:12
234:11,12
**technically**
14:18 16:4
**technique** 16:22
28:19 33:17
55:23 127:24
128:5,13
129:18 130:6
131:18 136:15
138:4,7 219:18
232:24 233:16
233:22 235:3,7
235:15 244:4
265:11,12
266:2
**techniques** 54:3

105:13
**technologies**
1:23
**tell** 13:5 24:1,10
49:6,8 62:1
67:19 68:3,12
69:18 146:16
176:20,21
182:1 190:6
257:14,18
270:2 275:19
306:14 310:20
311:17 314:14
319:20 320:14
330:20
**telling** 241:4
334:9
**tells** 275:15
**ten** 30:15 57:15
62:15 65:16
66:16 89:24
91:2 109:10
116:24 117:5
120:8,21
121:16,22
175:14,22
176:8 177:5
189:6,20
193:12,17
212:1,12 297:2
297:18 343:19
343:24
**tennessee** 4:14
**tenplus** 199:11
**tension** 39:2,4
105:2,4,8
116:2
**tensionfree**
61:22 62:4
71:20 112:4
116:2,15
169:12
**tenyear** 87:16
110:1 111:10
113:18 116:14
176:3,12 177:1

177:18,23
179:8 188:19
190:10 191:9
217:1 327:3,4
329:5 330:24
331:7,17 332:5
**term** 70:13
80:17 85:12
88:9 90:10
175:6 220:13
247:18 256:20
**terminology**
83:15
**terms** 83:12
116:1 120:15
128:7 325:9
**terrible** 147:11
**terribly** 248:24
250:7
**tertiary** 311:7
312:1 319:7,13
319:18 323:20
**test** 194:23
**tested** 136:13,18
**testified** 9:12
34:19 35:24
36:18,22 93:7
216:23 227:22
**testimony** 5:4
13:11 36:21
47:18 67:10
118:1 161:3
170:13 171:20
206:21 226:13
227:12,17
317:4 334:13
352:7
**text** 269:13
**thank** 106:24
107:10
**thanks** 75:1
112:16 122:20
**thats** 13:11 25:6
26:15 29:4
33:3,3,5,14,15
33:17 36:17

48:18 67:23
72:5,24 74:17
77:14,24 80:13
81:3,3 82:12
84:14 86:18
94:12 97:9
99:21 100:1
101:6,10
102:20,22
107:4 109:17
111:19 117:18
118:23 119:9
123:9 124:5
125:15 126:14
127:4 131:17
132:17 133:11
137:18,23
138:10 140:24
142:3,9 143:12
143:17 144:3
144:24 145:8
146:18,18
147:15 148:18
154:14 160:10
160:11,16
161:23 169:13
170:14 171:8
171:17 173:5
173:20 177:5,6
179:19 184:20
187:12 188:22
189:8 191:14
193:1,11 196:7
196:8 203:1,2
211:10,22
212:23 213:11
213:20 218:11
219:2,12
222:16 224:3
225:14 226:6
231:1,6 235:5
235:13,16,23
236:5,11,17,18
237:5 238:4,19
241:6 242:4
245:13 246:16

249:8 251:18
252:5 254:6,20
261:20 263:17
266:7 269:2
278:19 280:22
282:3,17,18
283:19,22
287:17 288:15
291:8 292:2
295:4 296:6,11
297:17 299:8
303:3,13 304:6
305:1 308:13
314:22,23
318:21 319:22
319:24 322:2,7
324:2 327:8,22
328:8,16
329:20 331:10
333:20 337:1,7
338:21 346:1,5
347:1
**theoretic** 91:22
**theoretical**
147:8
**theoretically**
68:4,5
**theory** 56:6,11
56:24 57:4
80:7,9,11
128:3
**theres** 13:3
15:10 24:11
31:22 35:15
37:5 44:1 47:3
49:5,12,18
58:24 60:5
67:19,20 73:18
88:12 101:21
105:14 106:9
109:7 118:3
119:22 131:6
133:22 134:6,7
139:16 149:22
150:2 151:9,17
155:6 159:4

164:15 172:10
180:9 191:23
194:11 197:3,5
205:19,21,24
205:24 208:24
210:11 234:1,2
234:21 239:4,6
242:1 246:24
248:1 258:1
261:6,21
270:10 271:19
272:6 273:13
273:20 275:23
280:12 290:23
310:18 316:19
317:16 318:13
331:24 332:19
334:15 336:16
344:4
**theyll** 311:10
**theyre** 18:7
19:11 66:13,13
90:6 96:11
103:22 139:15
139:18 165:21
208:11 228:20
264:4 288:6
313:4 327:14
336:9 345:8,18
**theyve** 307:9
**thick** 132:21
**thigh** 76:15,16
77:2,5,8 309:9
309:16,22
**thin** 133:5
**thing** 15:2
110:21 113:7
131:21 133:24
208:4 236:4
272:13 289:22
299:2 302:10
318:11 330:22
331:9 337:8
**things** 12:11
19:12 31:20
32:17 51:24

53:24 54:4
56:2 68:13
69:13 77:13
81:6 96:15
99:13 101:19
128:13 129:3
208:21 209:1
220:6 229:13
229:19 272:2
272:24 275:13
275:14 290:24
302:19 307:1
316:15,18,19
317:6,12 318:5
319:1 323:7
350:20
**think** 15:16
16:17 19:8,10
19:17 20:2,9
22:13 24:11
25:3 26:2 32:9
37:9 41:7,20
43:16,21 52:19
52:23 56:12
58:5,17 59:22
60:14 62:16
67:19,20 70:11
73:10 76:4
80:12 81:5,10
81:23 82:20
83:5,7 84:11
84:12 87:24
89:16 90:3,5
90:17,23,24
91:8 92:14
96:23 97:8,9
98:2 100:6
101:15,19
103:24 104:11
105:9,15
108:17 111:19
112:24 119:19
120:1,18
121:11 123:22
127:11 128:4
128:14,15,23

Jerry G. Blaivas, M.D.

| | | | | |
|---|---|---|---|---|
| 129:17 130:24 | 334:4 336:13 | 23:17,20 26:1 | 119:3 169:14 | 103:8 104:16 |
| 131:5 132:15 | 336:20 337:21 | 32:16 33:23 | 184:1,3 239:11 | **trained** 17:23 |
| 133:21,22 | 338:11 341:23 | 35:2 38:7,14 | 239:16 240:17 | 18:6,21 41:1,5 |
| 134:6,6,15 | 347:3 349:1 | 40:13 42:13 | 257:14 260:2 | **training** 18:1,23 |
| 136:1,2,7 | **thinking** 180:23 | 48:7 53:4,4,5,5 | 340:9,15 350:9 | **transcript** |
| 144:16,20 | **thinks** 216:8 | 57:13 80:24 | **todays** 12:17,18 | 352:18 353:17 |
| 160:3 161:24 | **third** 11:7 22:7 | 91:18 92:5,7 | **told** 129:2 | 353:19 |
| 163:1 168:20 | 132:19 186:11 | 92:16 100:17 | 161:18 176:1 | **transcription** |
| 170:14,23 | 186:11 215:23 | 102:17 131:12 | 197:7 297:11 | 355:4 |
| 171:2,4 173:21 | 321:11,15,17 | 177:6 179:10 | 300:6 | **transfusion** |
| 176:21 178:13 | 333:15,23 | 180:1,22 | **tom** 284:13 | 299:18 |
| 179:3 180:6,7 | 334:10 | 182:20 183:4,9 | **tomblin** 2:17 | **transobturator** |
| 180:18 182:8 | **thirdline** 20:15 | 183:20 185:1 | **tool** 151:22 | 76:16 77:3 |
| 182:14 184:14 | **thirty** 353:16 | 202:16 212:1 | **tools** 97:1 | 104:1 109:1,12 |
| 186:20 192:17 | **thought** 26:5,9 | 215:23 222:3 | **top** 74:13 75:9 | 169:16 205:4 |
| 198:20,21 | 32:15 35:1 | 231:5 234:22 | 77:15 126:1 | 270:12 302:8 |
| 205:10,16 | 37:14 41:20 | 238:22 239:7 | 136:10 138:11 | 308:17,21 |
| 208:10,17 | 86:3 105:6 | 239:10,11 | 138:12 140:16 | 309:5,14,24 |
| 209:12 210:4,5 | 107:1 129:7 | 240:2 241:20 | 299:16 316:11 | 346:11 |
| 210:13 211:10 | 170:18,18 | 259:19 260:6 | **topdown** 132:14 | **transobturators** |
| 213:9 214:12 | 191:15 207:5 | 261:1 267:16 | 135:22 136:5 | 77:6 |
| 215:13,15 | 210:9 239:23 | 272:1 275:10 | **topic** 256:5 | **transvaginal** |
| 217:19 232:6 | 239:24 240:1 | 276:23 281:19 | 324:18 | 22:24 313:15 |
| 235:5,9,13 | 261:10 328:16 | 286:5 298:24 | **topics** 307:11 | 313:20 |
| 236:10 237:7 | 328:19 329:8 | 311:5 314:7 | **toptobottom** | **treat** 20:13 |
| 246:19,23 | 331:15 332:4 | 325:18 333:12 | 137:15,22 | 78:19 149:16 |
| 247:1,4,8,11 | **thousand** | 341:24 348:22 | 138:17 139:4 | 325:6 |
| 252:18 253:21 | 281:20 307:5 | **times** 92:1 | 140:8,12 | **treated** 312:24 |
| 257:7,7,8 259:4 | **thousands** | 136:20 234:20 | **tot** 169:18 | 314:3,18 |
| 259:7,10 261:5 | 136:19 290:23 | 241:18 281:18 | 245:22 246:6,7 | 315:12,22 |
| 261:6 263:16 | 290:23,24 | 287:24 | 329:8 | 316:7 |
| 265:2 267:20 | 298:2,12,12 | **tired** 186:5 | **total** 12:20 | **treating** 204:14 |
| 267:21 274:3 | **threatening** | **tissue** 79:13 | 30:12 84:12 | 320:4 324:6 |
| 274:19,21,21 | 76:12 | 124:3 126:11 | 225:8 254:12 | **treatment** 78:12 |
| 274:23 275:1 | **three** 29:14,14 | 204:21 206:5 | 259:18 291:1 | 112:5 170:3 |
| 280:22 281:10 | 76:17 155:12 | 206:17 339:13 | 313:7 | 204:10 269:23 |
| 282:8,10 284:2 | 189:15 194:3,5 | 349:11 | **totality** 277:9 | 269:24 314:19 |
| 288:6,17 | 219:7 222:5 | **tissues** 15:21 | **totally** 272:12 | 319:13 321:5 |
| 297:22 298:5 | 311:8 326:22 | **title** 116:15 | 272:13 309:17 | 348:8 |
| 299:2 310:15 | 340:7,8 | 117:3,4 | **tots** 245:19 | **treatments** |
| 313:2 316:18 | **tie** 40:7 | **titles** 168:22 | **track** 274:12 | 323:21 |
| 316:20 318:5 | **tied** 39:19 | **today** 10:8,10 | **tract** 264:7,11 | **treats** 325:14 |
| 319:15 322:24 | **tight** 220:15,18 | 11:13 12:10 | 264:18 278:14 | **trial** 9:8 97:5 |
| 325:24 328:8 | **time** 9:8 17:21 | 14:22 15:18 | 346:24 | 139:24 140:3 |
| 329:12,22 | 17:24 18:9,11 | 19:2 23:21 | **traditional** | 200:14 202:5 |
| 330:22,23 | 21:1,12,16 | 78:23 83:20 | 79:13 102:8 | 205:8 263:10 |

327:12
**trials** 82:8 91:4
95:16,18 96:9
96:20 103:1,5
136:14 172:2
256:12 257:4
257:12 263:15
272:20 276:9
284:23 285:18
285:24 286:15
288:11 289:7
290:1,3,14
291:19,20
292:6 340:22
**tried** 16:19
50:24 288:19
**trip** 350:21
**trocar** 101:16
128:2,10,19
132:1,6,20,22
132:24 133:3
134:22 135:7
147:7 148:14
149:2,19,23
150:13 156:24
157:6 235:2,7
239:6 242:8,11
242:15 243:15
244:5,22 245:3
**trocars** 148:24
149:7,11 243:5
245:23
**true** 16:20 42:2
44:14 78:23
82:4 101:10
171:15 273:24
297:17 352:6
**trust** 261:14
**truthfully**
197:21
**try** 26:5 31:14
44:13 85:5
95:14 183:12
199:11 271:21
289:4,5,12
325:18 336:7

**trying** 56:17
59:22 120:15
165:18 181:22
336:2
**turn** 122:9 148:7
155:8 164:2
168:9 313:2
**turned** 277:14
**tvt** 6:8 10:13,15
16:2 35:16
36:5 57:19
72:10 77:5
78:19 79:23
80:2 84:5 85:6
88:5 91:10,14
93:10,13,17
99:19 100:10
100:18 101:3
109:8 110:2
111:10 116:1
116:14 117:21
120:8 124:8
127:9 134:21
136:5 137:18
138:16,24
142:10 143:2,6
143:20 144:13
144:16 145:2
147:4 148:14
148:20,22
155:7,21
156:23 157:6
158:3 167:14
167:21 169:4
169:13,24
170:10 173:3
173:19,19
174:15,21
177:18 189:22
190:10,22
192:14,20
193:16 194:1
195:3 199:12
203:21 204:9
204:11,14
205:9 206:18

213:11,17
214:5,7,13,17
214:22,24
215:5,9 220:18
221:3,12 231:1
231:13 232:22
233:10,15,24
242:7,15
245:22,24
246:7,8 247:13
249:5,17 253:3
253:4,24
254:10,16,22
256:8 257:2,13
258:7 259:16
267:2,12
268:16,20
269:1,18 270:8
279:19,21
280:2 281:4
287:4,6 295:20
296:4,13 299:7
301:14 302:3,7
302:16 303:10
303:16 304:1,9
304:13 305:10
305:15 313:15
313:19 316:16
325:6 327:4
329:5,7,8
331:1,8,17
332:6 346:10
346:15,21
349:5
**tvto** 190:8 205:4
329:6 330:12
331:3,6
**tvts** 142:15
245:19 270:3,3
**twelve** 29:15
**twenty** 343:24
**twentyyear**
343:19
**twice** 306:16,17
**two** 12:11 16:19
28:1,4,11

29:10,17 30:7
30:11 43:21
45:21 46:22,24
47:4 57:18
61:21 67:3
82:23 101:19
128:13 130:24
138:3 158:21
163:17 164:2
169:17 185:15
189:15 205:2
245:15 247:8
271:5 295:12
315:23 329:3,9
332:20
**tyler** 2:19
**type** 23:6 40:6
42:11 71:8,20
123:5 125:22
126:2,15,18,24
141:3 144:6,8
159:13 172:14
172:16,20,20
172:24 173:3
196:20 218:11
308:18
**types** 47:4 123:2
144:19 297:7
**typical** 203:16
**typo** 119:12
120:2

———————
**U**
**u** 1:7 78:8 312:1
**uhhuh** 61:14
71:2 102:2
224:18 285:3
301:7
**ulf** 57:8
**ulmsten** 57:8
**ultimately** 266:8
**unacceptable**
141:15 172:19
**unacceptably**
265:19 267:18
268:4

**unbeknownst**
117:22
**unchallenged**
81:18
**uncommon**
336:19 347:13
**unconvincing**
291:4
**underestimati...**
236:11
**undergo** 186:14
209:4
**undergoing**
92:10 229:4,5
**undergone**
210:2
**underneath**
220:23
**underreported**
251:4 272:24
**understand** 10:7
10:9 11:15
22:1 35:21
55:2 56:17
57:4 62:11
70:21 89:9
93:15 94:5
96:4,11,16
103:2 157:22
183:24 242:12
242:20 243:3
268:14 284:16
306:13 322:9,9
335:20 336:3
**understandable**
344:2
**understanding**
60:1 72:10
78:9,17 89:23
101:1 199:24
221:22 292:17
300:6
**understood**
183:18 219:2
**underwent**
219:10 313:8

underwhelming
138:22
unfair 266:8
unfortunately
115:14 142:13
220:4
uniformly 121:4
unimpressive
139:13
unique 209:19
309:6
united 1:1
units 61:13
unknown 245:8
unrelated
272:12,13
unreliable 161:1
unsafe 248:12
unsatisfactory
268:11
unusual 52:19
updated 11:16
263:2
ups 84:3
uratape 126:21
ureter 19:10
166:8,10,11,13
301:9
ureteral 165:20
165:23 166:4
300:22 301:15
urethra 16:6,6
16:12 17:2
29:1,3 33:8,12
34:5,9,13 35:5
37:8 39:22
40:2 56:20
128:9 129:23
129:24 130:13
130:18,21
131:12 132:3,7
155:16 166:9
220:24 233:7
245:24 347:8,9
urethral 24:21
34:12 68:6

136:12 235:12
255:7 267:10
334:23
urethrolysis
219:10 220:1
220:11,14
urge 104:9
210:14 211:2,5
212:4,8,20
213:16,18
264:13
urgency 25:2
102:18 210:22
211:12 213:5
213:16 214:16
215:4,11 216:2
264:13 301:21
303:1
urinary 6:22
14:5,9,16,21
30:1,22 34:4
38:24 39:6
54:20 78:20
86:11,19 99:8
99:20 104:8
125:21 169:7
175:21 179:10
219:8 230:13
264:7,11,12,18
268:4 278:14
304:20 325:6
344:15,21
345:3 346:24
urination 25:3
urodynamic
112:5 177:24
urogynecologist
320:5
urologic 16:24
urological 98:10
urologist 18:20
21:3
urologists 17:1
77:18 78:10,18
79:2 282:16
298:13

urology 6:11,14
6:17 7:5 13:15
14:3 112:8
116:19 198:14
200:9,16 203:3
218:1,7 231:22
238:11 239:1
262:18 263:5
265:10 331:19
347:16
use 15:14 17:1
19:14,16 20:23
23:6 25:24
26:8,10,15
31:21 32:1
38:21 40:7,10
41:14 42:12
44:16 69:4
71:19 78:10,18
79:2 80:17
81:8 83:12
85:10 88:9
92:22 99:10
101:4 125:19
129:18 131:22
132:1,14 133:2
133:4 139:18
149:14 151:22
171:22 175:6
180:19 220:5
261:1 308:4
339:24 340:1
345:2,14
347:24 348:6
usually 24:8
79:11 209:4
320:21
utility 204:13
214:13
utilize 15:21
utilizes 242:7

**V**

v 1:8,9,10,11,12
1:13,14,15,16
1:17,18,18,19

2:3,4,5,6,7,8,9
2:9,10,11,12
2:12,13,14,15
2:16,17,18,19
2:20,21,22
11:16,24 55:5
145:23 146:1
167:20
vagina 32:20
54:21 55:3
59:12 60:10
130:15 131:9
233:6 239:6
244:2 246:7,14
vaginal 22:17
45:1 46:10
56:21 58:1
61:23 62:4
66:4,8 112:4
116:2,3,16
163:22 169:12
233:11,14,23
235:4,8 245:23
246:21,22
247:10 339:14
346:18 347:24
valid 307:1
valuable 163:3
value 244:15,18
vanbuskirk 2:3
vanderbilt 238:9
variables 245:7
305:10,14
variant 18:7
variations 147:7
218:22
various 61:16
231:14 278:11
vast 168:23,24
257:12
venue 128:22
veress 150:3
version 95:8
283:5
versus 104:20
139:18,20

140:7 143:24
245:19 246:6,8
263:20 277:24
285:8 287:3
290:18,18,19
303:5,5
vet 51:6
vetted 50:20
51:2
victor 18:21
view 101:12
146:7 207:1
virginia 1:2
virtually 49:11
121:6 132:13
180:9
vision 139:7
visit 185:14
194:19
visited 41:7
visual 39:20
visualization
151:7,16,18
155:1
visualized
166:14
vitae 5:19
145:16
vital 147:5
vivian 284:13
voiding 102:17
103:7,24 104:9
139:2 185:14
219:9 268:5
305:9,13
348:24
vollebregt 5:15
68:19,22
volume 101:2
112:8 273:24

**W**

wait 155:18
343:3
waiting 55:7
waived 9:5

Jerry G. Blaivas, M.D.

| | | | | |
|---|---|---|---|---|
| walk 298:19 | 86:16 92:13 | 116:19 | 50:19 51:11,19 | 334:2,14 |
| wall 246:21 | 96:3,6,12 | went 41:6 125:4 | 54:13,24 58:5 | 335:17 336:7 |
| want 23:14 | 104:24 105:2 | 171:18 228:17 | 58:16 59:18 | 340:13 350:12 |
| 24:20 33:1 | 105:19 107:6 | 263:11 278:21 | 60:20 63:18 | 350:23 352:5,7 |
| 34:22 35:13 | 122:3 128:1,6 | 279:2 282:20 | 65:12 67:12 | 353:1 |
| 45:20 47:7 | 128:16 158:9,9 | 305:14 311:6 | 70:14 74:17 | woman 48:3 |
| 60:22 86:20 | 158:10 160:5 | 317:17 332:8 | 78:15 84:20 | 64:12 204:20 |
| 89:1 110:20 | 164:14 178:9 | 333:17 | 85:9,13 87:13 | 208:7 221:4 |
| 111:4 113:5,7 | 187:1 191:21 | west 1:2 | 87:22 88:11 | 268:16,20 |
| 120:13 129:5 | 196:24 197:20 | weve 48:7 49:23 | 93:2,23 97:24 | 269:1 |
| 137:10 151:1 | 214:20 218:23 | 66:15 193:18 | 102:13 108:16 | womans 15:21 |
| 179:2,6 180:5 | 219:14 234:1,2 | 207:18 215:18 | 109:15 110:12 | 32:12,20 |
| 185:19 202:15 | 234:4,6 241:2 | 258:2 264:1 | 111:1,18 | 349:10 |
| 222:24 223:18 | 241:13 246:10 | 298:3 302:2,14 | 113:15 114:7 | women 20:5 |
| 224:20 238:21 | 250:12,18 | 316:1 322:3 | 114:18 118:2 | 29:17 49:2 |
| 249:10 257:5 | 255:18 263:11 | whats 35:19 | 120:13 122:2 | 54:19 77:21 |
| 261:1 266:5,12 | 265:17,18 | 49:17 56:4 | 122:18 129:14 | 116:23 125:20 |
| 268:3 270:6,7 | 266:5,12,17,19 | 58:2 59:11 | 129:17 141:12 | 157:10 158:2 |
| 276:23 279:15 | 266:19 267:15 | 64:17 65:3,7 | 141:24 142:3 | 175:14 179:7 |
| 289:23 297:21 | 267:16,22 | 83:23 134:11 | 142:13 161:4 | 194:18 205:2 |
| 307:2 314:7 | 268:3 280:22 | 171:6 176:22 | 162:24 163:13 | 209:3,17,21 |
| 319:1,23 | 283:1,23 | 193:12 197:17 | 170:14 171:21 | 210:8,23 |
| 320:10 349:23 | 288:10 289:14 | 249:8 256:17 | 173:9 175:2 | 211:14,17 |
| 350:17 | 307:8 310:18 | 344:4,5 | 176:10 181:2 | 212:2,20 213:4 |
| wanted 24:16 | 314:7 318:21 | whatsoever | 183:24 187:18 | 214:14 219:23 |
| 31:4 39:13 | 328:17 332:13 | 278:7 | 189:11 190:16 | 226:4 236:23 |
| 53:10 54:5 | ways 43:21 | wheeler 284:13 | 190:24 196:17 | 237:17 249:18 |
| 174:11 342:10 | 46:24 119:6 | whichever | 197:23 198:7 | 249:22 253:14 |
| wanting 25:15 | 228:6 | 266:12 | 198:20 199:16 | 254:10,12,16 |
| 121:18 | webb 1:13 | whisner 2:16 | 205:16 206:22 | 254:18,22 |
| wants 224:11 | website 153:24 | wide 31:3,5 | 207:4 209:7 | 259:16 260:3 |
| washington 4:9 | weeks 222:9 | 36:12 | 216:5 226:14 | 269:17,21 |
| 57:9 | 249:6,18,24 | widely 71:11 | 227:13 232:12 | 276:1 296:8 |
| wasnt 28:3 42:2 | 253:16 254:1,5 | width 33:4 | 239:21 241:15 | 314:2,12,17 |
| 63:3 186:8 | 254:11,17,23 | widths 32:24 | 243:9 244:9,12 | 316:6 323:19 |
| 195:23 199:2,8 | 259:17 260:4 | willing 261:11 | 247:16 249:2 | 331:1 |
| 228:2 284:20 | 269:19 270:11 | 350:13 | 250:3,6 255:23 | word 15:14 |
| 286:6 318:19 | 271:16 303:10 | wish 271:18 | 256:21 257:18 | 59:23 91:11 |
| 338:5 | 303:16 304:6 | withdraw | 260:9 262:4,14 | 180:19 284:6 |
| wasting 182:20 | 304:13 | 343:11 | 266:22 276:13 | wording 161:7 |
| watched 41:9 | weight 125:20 | withdrawn | 281:6 286:20 | words 128:24 |
| way 16:10 26:11 | 141:19 340:20 | 157:1,9 | 289:18 293:14 | 171:22 220:5 |
| 28:21 30:24 | 340:23 341:1 | witness 8:5 17:5 | 311:15 317:5 | 269:14 |
| 31:12,22 32:1 | weill 13:21,23 | 17:16 34:8,24 | 324:15 325:1,9 | work 13:13,17 |
| 33:17 43:22 | 14:6 | 37:1 45:14 | 329:24 330:9 | 93:13 146:23 |
| 56:17,18 57:6 | wellrespected | 46:20 49:22 | 331:21 333:20 | 326:5 |

works 56:18
  93:18
world 264:23
  272:5,7 300:8
worldwide
  298:14
worry 275:7
worse 48:15
  132:8 138:12
  281:4
worth 156:10
  176:15
wouldnt 21:11
  30:23,24 31:11
  32:9,14,15
  33:2 68:14
  83:6 144:22
  195:9 199:21
  202:2 259:9
  260:24 279:23
  284:8 299:12
  299:13 309:18
wound 42:6
  58:24 59:11,21
  60:3 64:6,7
  65:7,18,23
  66:7
wounds 69:13
write 81:14,17
  82:8 320:6
writes 169:3,10
written 271:13
  324:20 325:2
wrong 133:1
  171:4 179:3
  251:13 288:20
  300:18 317:21
wrote 50:13,16
  74:13 75:21
  79:19,22 83:9
  93:8 118:23
  123:5 124:5
  125:2,15 144:4
  170:20 173:6
  173:11 191:10
  191:20 277:10

306:7 326:10

_____

X

x 5:2,9 6:2 7:2

_____

Y

yale 41:8
yeah 15:10 20:2
  30:15 37:23
  51:1 56:12
  77:14 83:5
  90:3 101:18
  127:13 129:15
  134:11 135:2
  135:24 139:5
  152:16 157:20
  158:18 159:9
  198:17,21
  200:22 210:16
  210:20 212:15
  219:4 234:8
  252:22 283:13
  306:23 339:24
  344:11
year 29:11 43:7
  57:8 90:1,20
  107:19 110:12
  167:6 192:14
  194:19 199:11
  257:10 315:23
  316:7 330:2,4
  340:5 342:14
  342:19
years 26:4 40:12
  57:16 62:16
  83:21 84:6,9
  84:13,18 86:6
  89:3 90:16
  91:2,7 97:13
  108:1,13
  109:10 116:24
  117:5 175:15
  175:22 176:8
  177:6 179:22
  181:6 183:13
  189:7,20

193:12,17
195:14 196:20
204:9 206:19
210:21 211:6
212:1,1,12,12
217:11,12,17
231:15 272:9
297:10 298:1
300:16 307:10
315:24 322:6
327:9 330:13
339:6,9 341:21
343:24
yep 177:13
  301:24
yesorno 197:16
york 3:8,8,13
  9:23 326:4
youd 89:1
  113:23 129:13
  188:2,5,7
  202:9 203:11
  246:3,4,5
  291:24 303:7
  304:4
youll 70:19
  163:7
younger 247:6
youre 10:4
  12:19 35:17
  36:3 48:16
  58:5 63:4
  73:15 74:9
  84:4 88:24
  90:11 110:20
  113:2 115:2
  117:6 121:21
  123:1 127:21
  130:16 133:22
  133:23,24
  138:6 139:6
  149:7 153:6
  160:16 168:23
  176:4 178:20
  178:22 179:8
  180:8 181:17

181:22 182:2,4
182:12,16,20
187:19,21
207:17 213:7
214:20,21
230:7 236:18
261:23 263:6
265:14,15,23
266:3 267:14
268:15 269:17
292:1 307:8
314:14 316:14
324:5 328:15
343:4 344:23
youve 36:15
  94:12 109:17
  110:3 151:12
  151:15 156:20
  160:18,23
  176:1 183:2
  221:2,10,11
  271:13 273:18
  278:4 304:17

_____

Z

zero 126:24
  133:10 159:6
  160:7 162:3
  173:2,9 180:10
  191:1,2,22
  280:9 300:24

_____

0

0 75:5,24 76:23
  235:18,21
  236:15 301:2
000 13:7,10
  61:12 66:11
  121:3 129:21
  255:8,8,9,13
  255:15,15
  296:23 306:18
01 346:24
  347:10
02903 4:4
03 238:12

_____

1

1 8:17 10:20
  43:6 44:17
  67:22,22 71:8
  71:20 74:19
  75:5,24 76:23
  107:23 108:8
  108:14 111:9
  121:3 138:20
  138:20 139:9,9
  139:15,20
  143:23 156:18
  158:14 160:7
  162:4,12 166:3
  172:4,6,6
  225:10,21
  249:6,10,18
  251:15,15
  252:19 253:4
  253:23 254:9
  254:16,21
  259:16 260:3
  270:7 289:24
  290:7,9 291:11
  291:12,13
  292:20,21
  295:19,20
  296:3,4,13
  298:4,14 299:9
  299:19 301:16
  303:10,16,22
  304:1,21
  305:20 332:18
  333:12 335:1
  345:20 346:2
  346:12,14,18
  355:3
10 5:13 31:1
  126:3 127:1
  139:19 147:3
  153:17 189:8
  192:14 194:19
  195:14 196:19
  219:7 269:17
  294:12,23
  339:6,9 345:7

| | | | | |
|---|---|---|---|---|
| **100** 49:11,18,20 | **13cv22606** 2:7 | **18** 26:14 237:15 | 30:17 83:21 | **25** 97:12 126:23 |
| 50:2,3 67:22 | **13cv24393** 2:8 | **182** 8:7 | 90:20 281:14 | 298:1 |
| 88:20 131:15 | **13cv29260** 2:9 | **19** 263:1 | 290:18 298:4 | **26** 139:20 |
| 131:16 189:18 | **13cv29918** 2:10 | **1900s** 89:8,12 | 298:14,23 | 234:20 |
| 242:22 283:15 | **13cv31818** 2:10 | **19034** 4:9 | 355:11 | **263** 6:18 |
| **10036** 3:9 | **13cv31881** 2:11 | **1907** 89:13 | **200** 6:11 67:22 | **267** 4:10 |
| **10year** 6:8 112:7 | **13cv32627** 2:12 | **191** 193:4 | 77:17 254:13 | **26fold** 131:6,7 |
| 174:15,21 | **14** 307:3 | **192** 6:9 | **2000** 40:14,18 | 139:14,16 |
| **11** 86:4 108:7,10 | **141** 178:5 | **1980** 41:7 | 41:16 | 157:16 238:23 |
| 122:9 144:4 | **146** 5:19,20 | **1980s** 18:15 | **2005** 219:23 | 239:4 243:1 |
| 168:7 231:15 | **148** 5:21 | 219:20 274:14 | **2007** 6:13 | **27** 90:16 |
| 339:21 | **14cv09195** 2:13 | **1981** 41:8 43:10 | 217:24 218:7 | **279** 6:20 |
| **117** 75:12 | **14cv09517** 2:14 | **1982** 43:10 | 219:17 | **28** 167:7 193:3 |
| **1177** 3:7 | **14cv10640** 2:15 | **1990** 284:24 | **2010** 6:17 | 210:23 221:17 |
| **12** 118:21 119:8 | **14cv12756** 2:16 | **1990s** 89:18 | 262:18 263:4 | 221:24 290:18 |
| 120:3 174:21 | **14cv13023** 2:17 | 274:15 | **2011** 95:8 | **29** 296:20 |
| 181:6 183:12 | **14cv14664** 2:18 | **1998** 219:22 | **2012** 6:15 112:9 | **2nd** 4:4 |
| 226:21 227:6 | **14cv16061** 2:19 | | 116:20 223:7 | |
| 227:24 228:4 | **14cv19110** 2:20 | **2** | 224:20 330:5 | **3** |
| 228:12 259:20 | **14cv22079** 2:21 | **2** 1:4,9,10,11,12 | **2013** 77:19 | **3** 74:19 143:23 |
| 285:1 303:11 | **14cv24** 2:23 | 1:13,14,15,16 | 108:22 283:9 | 165:4 172:6 |
| 303:17 304:2 | **14cv24911** 2:22 | 1:16,17,18,18 | 284:24 327:1 | 194:6 212:19 |
| 329:20 340:11 | **15** 13:7,10 24:12 | 1:19 2:3,4,5,6 | 329:23 330:8,9 | 217:12 225:6 |
| **12cv02952** 1:9 | 24:13 90:19,22 | 2:7,8,9,10,10 | 345:13 348:1 | 225:13 232:22 |
| **12cv07924** 1:10 | 119:8 120:3 | 2:11,12,13,14 | **2014** 6:10 | 243:14,18 |
| **12cv09765** 1:11 | 177:3 179:22 | 2:15,16,17,18 | 116:11 200:7 | 249:13 253:6 |
| **12md0237** 1:4 | 227:24 229:10 | 2:19,20,21,22 | 200:16,24 | 253:13 291:24 |
| **12th** 238:13 | 350:16 | 2:23 12:1 31:2 | 201:9,15,20 | 299:5,13 |
| **13** 192:12 | **150** 4:13 291:1 | 31:7 32:24 | 283:3,12 330:6 | 303:10,16,22 |
| 255:15 | **151** 5:22 | 36:11 66:11 | 330:7 | 304:1,22 |
| **134** 75:12 | **153** 6:6 | 74:19 129:21 | **2015** 1:21 3:1 | 305:20 306:11 |
| **138** 193:4 | **15minute** | 151:18 194:6 | 146:24 352:11 | **30** 60:2 177:3 |
| **13cv02565** 1:12 | 350:18 | 204:11 211:2,4 | **21** 8:7 115:4 | 201:15 272:14 |
| **13cv02919** 1:13 | **15plus** 90:20 | 211:5,13 225:8 | 118:10 290:18 | 353:16 |
| **13cv04517** 1:14 | **16** 126:23 | 225:8,10,14,14 | 290:18 318:9 | **312** 6:21 |
| **13cv04730** 1:15 | 164:10 255:8 | 225:21 232:20 | 352:11 | **321** 4:4 |
| **13cv07283** 1:16 | 293:16 | 232:20 233:11 | **216** 6:12 | **328** 254:19 |
| **13cv10150** 1:16 | **1600** 4:13 | 233:11 249:21 | **218** 6:14 | **3377** 1:23 |
| **13cv11022** 1:17 | **168** 6:7 | 253:14 254:19 | **22** 146:20 | **342** 167:10 |
| **13cv14355** 1:18 | **16th** 146:24 | 255:13 299:7,7 | **223** 6:15 | **345** 6:22 |
| **13cv14718** 1:18 | **17** 1:21 3:1 | 299:14,20,20 | **23** 61:22 62:3 | **348** 7:6 |
| **13cv14799** 1:19 | 224:19 230:1,4 | 304:13,21 | 323:17,19 | **349** 355:3 |
| **13cv16183** 2:3 | 327:9 341:21 | 306:11,18 | 347:21 | **351** 7:7 |
| **13cv16564** 2:4 | **174** 6:8 | 332:18 333:12 | **2327** 1:5 | **370** 1:23 |
| **13cv17012** 2:5 | **17year** 341:15 | 335:1 346:19 | **237** 6:16 | **37201** 4:14 |
| **13cv18479** 2:6 | 341:19 | **20** 12:20 24:13 | **24** 259:20 351:7 | **374** 303:6 |

Jerry G. Blaivas, M.D.

| | | | |
|---|---|---|---|
| **39th** 283:8 | 299:15 304:14 | **75** 123:12,17,19 | **942** 185:9 |
| **3rd** 4:13 | 305:20 339:6,9 | 186:13 | **95** 5:18 |
| | 349:23 351:10 | **750** 12:23 | **97** 226:3 |
| **4** | **50** 186:13 | **77** 237:16 | **98** 249:21 |
| **4** 74:19 113:23 | 290:19 317:22 | **77th** 13:16 | 253:14 |
| 167:1,2,4,5 | 321:2 349:23 | **79** 290:18 | **99** 235:24 236:7 |
| 175:9 187:24 | **500** 4:8 13:8 | | 292:13,19 |
| 235:18,21,23 | 43:6 44:17 | **8** | |
| 236:15 250:16 | 121:2 146:20 | **8** 94:11 95:6 | |
| 251:15 252:19 | **50s** 88:19 209:10 | 175:15 177:17 | |
| 270:7 296:13 | **5131885** 4:10 | 186:19 187:1 | |
| 297:3 299:9,13 | **55** 303:5 | 188:17 211:2,5 | |
| 314:1 346:2,7 | **56** 3:9 168:9 | 211:13 226:3 | |
| 346:14 347:3,5 | **567** 301:5 | 249:6,10,18 | |
| **40** 297:10 | **5672** 1:23 | 253:4,23 254:9 | |
| 300:16 | **58** 189:3 | 254:16,21 | |
| **400** 4:9 241:23 | **591** 1:23 | 255:9,15 | |
| **401** 4:5 | | 259:16 260:3 | |
| **40plus** 272:8 | **6** | 294:12 295:2 | |
| **41st** 3:8 | **6** 119:15,18 | 301:22 303:4 | |
| **42** 254:12,18 | 143:24 145:23 | 332:13 333:8 | |
| **4577728** 4:5 | 154:21 156:1 | 333:21,23 | |
| **48** 297:19 | 164:6,21 | 334:8 335:3 | |
| **481** 74:16 | 235:24 236:7 | **80s** 18:15 105:3 | |
| **485** 74:23 | 249:17 255:8 | 105:4 | |
| **49** 351:10 | 295:19 296:3 | **81** 301:2 | |
| **4point** 119:19 | 301:22 303:4 | **83** 77:19 | |
| **4pointsomethi...** | **60** 109:5 334:18 | **84** 204:3,9 213:3 | |
| 269:21 | 334:19 | **877** 1:23 | |
| | **61** 5:14 112:9 | | |
| **5** | **615** 4:14 | **9** | |
| **5** 61:12 73:13,18 | **62** 95:16 | **9** 3:9 5:6 8:17 | |
| 74:10,13,16,19 | **63** 175:14 188:9 | 173:1 244:15 | |
| 74:24 75:9 | **6516700** 4:14 | 244:18 295:20 | |
| 118:21 119:8 | **68** 343:21 | 296:4 299:19 | |
| 119:15,18 | **69** 5:15 | **90** 178:1 213:24 | |
| 120:3 137:8 | | **900** 255:10 | |
| 187:24 192:14 | **7** | **90s** 23:20 105:4 | |
| 194:19 195:14 | **7** 13:8 77:17 | **91** 178:5 | |
| 196:19 202:10 | 146:14 172:4,6 | **917** 1:23 | |
| 202:22 204:8 | 204:3,9 255:10 | **92** 333:17 | |
| 217:12 226:21 | 304:13,14 | 335:14,22 | |
| 227:6,24 228:4 | **70** 257:11 | 336:22 337:4 | |
| 228:12 231:15 | 334:18 | **925** 156:18 | |
| 232:16 248:5 | **72** 193:8 | **93** 178:1 | |
| 296:23 297:3 | **74** 5:17 | **94** 204:11 | |

Jerry G. Blaivas, M.D.

Page 357

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,       :Master File No.

PELVIC REPAIR SYSTEM        :2:12-MD-0237
PRODUCTS LIABILITY          :
LITIGATION                  :MDL No. 2327
---------------------------------------------
THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
THE CASES LISTED BELOW   :U.S. DISTRICT JUDGE
---------------------------------------------
Mullins, et al. V.          2:12-cv-02952
Ethicon, Inc., et al.
Sprout, et al. V.           2:12-cv-07924
Ethicon, Inc., et al.
Iquinto v. Ethicon,         2:12-cv-09765
Inc., et al.
Daniel, et al. V.           2:13-cv-02565
Ethicon, Inc., et al.
Dillon, et al. V.           2:13-cv-02919
Ethicon, Inc., et al.
Webb, et al. V.             2:13-cv-04517
Ethicon, Inc., et al.
Martinez v. Ethicon,        2:13-cv-04730
Inc., et al.
McIntyre, et al. V.         2:13-cv-07283
Ethicon, Inc., et al.
Oxley v. Ethicon,           2:13-cv-10150
Inc., et al.
Atkins, et al. V.           2:13-cv-11022
Ethicon, Inc., et al.
Garcia v. Ethicon,          2:13-cv-14355
Inc., et al.
Lowe v. Ethicon,            2:13-cv-14718
Inc., et al.
Dameron, et al. V.          2:13-cv-14799
Ethicon, Inc., et al.

Vanbuskirk, et al. V.       2:13-cv-16183
Ethicon, Inc., et al.


SEPTEMBER 24, 2015
CONTINUED DEPOSITION OF JERRY G. BLAIVAS, M.D.

Jerry G. Blaivas, M.D.

Page 358

1   CAPTION CONTINUED:
2   Mullens, et al. V.        2:13-cv-16564
3   Ethicon, Inc., et al.
    Shears, et al. V.       2:13-cv-17012
4   Ethicon, Inc., et al.
    Javins, et al. V.      2:13-cv-18479
5   Ethicon, Inc., et al.
    Barr, et al. V.       2:13-cv-22606
6   Ethicon, Inc., et al.
    Lambert v. Ethicon,     2:13-cv-24393
7   Inc., et al.
    Cook v. Ethicon, Inc.    2:13-cv-29260
8   Stevens v. Ethicon,     2:13-cv-29918
    Inc., et al.
9   Harmon v. Ethicon, Inc.  2:13-cv-31818
    Snodgrass v. Ethicon,    2:13-cv-31881
10  Inc., et al.
    Miller v. Ethicon, Inc.   2:13-cv-32627
11  Matney, et al. V.      2:14-cv-09195
    Ethicon, Inc., et al.
12  Jones, et al. V.       2:14-cv-09517
    Ethicon, Inc., et al.
13  Humbert v. Ethicon,     2:14-cv-10640
    Inc., et al.
14  Gillum, et al. V.      2:14-cv-12756
    Ethicon, Inc., et al.
15  Whisner, et al. V.     2:14-cv-13023
    Ethicon, Inc., et al.
16  Tomblin v. Ethicon,     2:14-cv-14664
    Inc., et al.
17  Schepleng v. Ethicon,    2:14-cv-16061
    Inc., et al.
18  Tyler, et al. V.       2:14-cv-19110
    Ethicon, Inc., et al.
19  Kelly, et al. V.      2:14-cv-22079
    Ethicon, Inc., et al.
20  Lundell v. Ethicon,     2:14-cv-24911
    Inc., et al.
21  Cheshire, et al. V.     2:14-cv-24999
    Ethicon, Inc., et al.
22  Burgoyne, et al., V.    2:14-cv-28620
    Ethicon, Inc., et al.
23  Bennett, et al., V.    2:14-cv-29624
24  Ethicon, Inc., et al.

Page 360

1   A P P E A R A N C E S :
2
    MOTLEY RICE LLC
3   BY:  FIDELMA L. FITZPATRICK, ESQ.
    321 South Main Street, 2nd Floor
4   Providence, Rhode Island  02903
    (401) 457-7728
5   Ffitzpatrick@motleyrice.com
    Counsel for the Plaintiffs
6
7   BUTLER SNOW, LLP
    BY:  NILS B. (BURT) SNELL, ESQ.
8   500 Office Center Drive, Suite 400
    Fort Washington, Pennsylvania  19034
9   (267) 513-1885
    Burt.snell@butlersnow.com
10  Counsel for the Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 359

1    Continued transcript oF JERRY G. BLAIVAS,
2   M.D., called for Oral Examination in the
3   above-captioned matter, said deposition taken by and
4   before SILVIA P. WAGE, a Certified Shorthand
5   Reporter, Certified Realtime Reporter, Registered
6   Professional Reporter, and Notary Public for the
7   States of New Jersey, New York, Pennsylvania and
8   Delaware, at the offices of URO CENTER, 445 East
9   77th Street, New York, New York, on Thursday,
10  September 24, 2015, commencing at 2:48 p.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 361

1            I N D E X
2   WITNESS: JERRY G. BLAIVAS, M.D.        PAGE
3   CONTINUED EXAMINATION BY MR. SNELL     363/415
                                              /428
4   EXAMINATION MS. FITZPATRICK         386/426
5
6          E X H I B I T S
7   EXHIBIT NO.     DESCRIPTION        PAGE
8   Blaivas 25  Long-term outcomes of TVT and   367
                IVS operations for treatment
                of female stress urinary
9               incontinence: Monofilament vs.
                Multifilament polypropylene
10              tape authored by Jens
                Christian Prien-Larsen and
11              Lars Hemmingsen
12  Blaivas 26  Long-term Results of the     373
                Tension-free Vaginal Tape
13              Procedure in an Unselected
                Group: A 7-year Follow-up
14              Study authored by Andreas
                Reich, Frauke Kohorst, Rolf
15              Krelenberg and Felix Flock
    Blaivas 27  Long-term efficacy of       380
16              tension-free vaginal tape in
                the management of stress
17              urinary incontinence in women:
                Efficacy at 5- and 7-year
18              follow-up by A. Lispis, P.
                Baskas and G. Creatsas
19
20
21
22
23
24

2 (Pages 358 to 361)

Jerry G. Blaivas, M.D.

Page 362

1                    - - -
2          DEPOSITION SUPPORT INDEX
3                    - - -
4
5    Direction to Witness Not to Answer
6    Page Line   Page Line   Page Line   Page Line
7    None
8
9
10   Request for Production of Documents
11   Page Line   Page Line   Page Line   Page Line
12   None
13
14
15   Stipulations
16   Page Line   Page Line   Page Line   Page Line
17   None
18
19
20   Motion to Strike
21   Page Line   Page Line   Page Line   Page Line
22   371 5      375 11     375 16     376 14
23   385 9      394 4      406 12     407 6
24   425 22

Page 363

1    J E R R Y  G.  B L A I V A S, M.D.,
2         Uro Center, 445 East 77th Street, New York,
3         New York, after having been duly sworn, was
4         examined and testified as follows:
5    CONTINUED EXAMINATION BY MR. SNELL:
6         Q.    Dr. Blaivas, I'm going to be brief.
7    I'm Burt Snell. We're just picking up on your
8    deposition.
9         Have you done any work since the time of
10   your deposition I took from you on Friday, looking
11   at any materials, talked to Plaintiffs' counsel?
12        A.    I haven't talked to Plaintiffs'
13   counsel. I did some work -- I mean, I did some more
14   reading of stuff that was already -- I just reread
15   some of the stuff that was already on the reliance
16   list.
17        Q.    Let me ask you this.
18        A.    Excuse me just one second. I'm just
19   trying to turn my phone off and I can't seem to do
20   it while we're talking.
21             MR. SNELL: Let's go off the record.
22        (There is a discussion off the record.)
23             MR. SNELL: Okay. Back on.
24        Q.    I saw from your website and I think

Page 364

1    your CV that you're involved with some companies.
2         A.    Yes.
3         Q.    What types of development or products
4    are you working on?
5         A.    My overwhelming effort is a
6    company that I founded called SomeTelligence and
7    we're working on -- we're working on a new method of
8    facilitating communications between doctors and
9    patients that allows most of the history to be
10   obtained for the patient and doctor by the patient
11   on the cell phone and then that gets translated into
12   an outcome score that serves as the first step in
13   diagnosis and then it's useful for following
14   patients for treatment and clinical research.
15        Q.    Have you invented anything?
16        A.    Yeah. Yes.
17        Q.    What?
18        A.    I invented a device for measuring
19   urethral mobility -- simultaneously measuring
20   urethral mobility and leak point pressure as an
21   objective measure of the severity of incontinence --
22        Q.    Did you sell --
23        A.    -- stress incontinence.
24        Q.    Did you sell that device to anyone?

Page 365

1         A.    Yeah. It was actually -- it was
2    produced for a short time by a company called -- I'm
3    trying to remember the name. I'm drawing a blank on
4    the name of the company. But they were then
5    subsequently sold by AMS and they never did anything
6    with it. It just sort of got buried.
7             Influence was the company. Influence was
8    the name of the company.
9         Q.    Were you paid anything for your
10   invention?
11        A.    I had stock options, yeah.
12        Q.    Did you find that reasonable, that
13   you were paid for your invention via stock options?
14        A.    Sure.
15        Q.    Would you describe yourself as
16   entrepreneurial?
17        A.    Not really. I'm not motivated by
18   business and financial things, you know. So I don't
19   consider myself "entrepreneurial."
20        Q.    Let me pick up partly where we left
21   off. We were talking about the AUA guidelines and
22   the monograph and then the updated position
23   statement and we had marked that.
24             You're aware that there are position

3 (Pages 362 to 365)

Jerry G. Blaivas, M.D.

Page 366

1  statements and guidelines by AUG, SUFU, IUGA and
2  other entities involved in women's public health?
3      A.   I am.
4      Q.   And some of those guidelines speak to
5  the utility of the TVT retropubic device?
6      A.   I'm aware of that, yes.
7      Q.   Is it that you disagree at all with
8  those statements and guidelines with regard to TVT's
9  utility?
10          MS. FITZPATRICK:  Objection.
11     A.   I don't understand what you mean by
12  "utility."
13     Q.   The usefulness of the device.
14          MS. FITZPATRICK:  Objection.
15     A.   I disagree with the safety aspect of
16  it. I don't disagree with the efficacy aspect.
17     Q.   Okay.  And you remember at the last
18  deposition I showed you some longer-term TVT studies
19  that hadn't been considered by you in your review?
20     A.   Yes.  But it turns out that some of
21  them had been.  They just weren't included in the
22  table but, yes.
23          MR. SNELL:  Give me some exhibits.
24     Q.   I want to show you some others.  I

Page 367

1  want to do these quickly because I don't have a lot
2  of time.
3          (Deposition Exhibit Blaivas 25, Long-term
4  outcomes of TVT and IVS operations for treatment of
5  female stress urinary incontinence: Monofilament vs.
6  Multifilament polypropylene tape authored by Jens
7  Christian Prien-Larsen and Lars Hemmingsen, was
8  marked for identification.)
9      Q.   First one, Exhibit 25, Doctor, the
10  6.5-year study in the International Urogynecology
11  Journal.
12          You're familiar with that journal, right?
13     A.   I am.
14     Q.   This study by Prien-Larsen was not
15  included in your table in your review.
16          Have you reviewed this paper?
17     A.   Study by whom?
18     Q.   Prien-Larsen.  I may not be
19  pronouncing the name right.
20     A.   Oh, okay.
21          MS. FITZPATRICK:  Do we have a copy
22  of his "Nature" article, too, so he can look at it?
23          MR. SNELL:  Do you have a copy of it?
24          MS. FITZPATRICK:  I've got an

Page 368

1  electronic copy of it.
2          THE WITNESS:  I, actually, think
3  there is one on my desk.
4          MS. FITZPATRICK:  Maybe it's
5  conveniently --
6          MR. SNELL:  Well, let's take a break
7  and go off the record.
8          (Recess taken 2:53 to 2:54 p.m.)
9      Q.   So, Dr. Blaivas, I've given you my
10  copy of your review article that we had previously
11  marked as Exhibit 4, correct?
12     A.   Correct.
13     Q.   And, if you look at Table 1, it has
14  the five-year plus studies.
15          This paper that I've handed you by
16  Prien-Larsen was not included, correct?
17     A.   It wasn't included in the table.  But
18  I don't know if it was included in our analysis
19  because this table related to effectiveness studies
20  and we may have had different criteria for including
21  those in the table.
22     Q.   Okay.  And what you'll see in this
23  paper is they have looked at not only effectiveness
24  but safety of TVT compared to IVS in this paper,

Page 369

1  right?
2      A.   Let me...
3      Q.   If you look in the result section.
4      A.   No, I want to look at something else
5  first in the methods section.
6          MR. SNELL:  Then go off the record.
7          (Recess taken 2:55 to 2:56 p.m.)
8          MR. SNELL:  Back on the record.
9      Q.   This study we're looking at by
10  Prien-Larsen, L-a-r-s-e-n, looked at not only
11  efficacy but also safety, correct?
12     A.   I don't see anything about safety.
13     Q.   Okay.
14     A.   There's one -- go on.
15     Q.   I'll show you.
16          So, for efficacy, they compared TVT to IVS
17  and, for example, at the last follow-up there was
18  94 percent objective cure with TVT and 80 percent
19  with IVS with TVT being statistically significantly
20  better, correct?
21     A.   If that's what it says.  I don't --
22     Q.   Can I direct your attention to the
23  front, just so you and I are on the same page?
24     A.   Uh-huh.

4 (Pages 366 to 369)

Jerry G. Blaivas, M.D.

Page 370

1      Q.    I would not misrepresent some data to
2   you.
3      A.    No.
4      Q.    Is that okay?
5      A.    Yeah, I agree.
6      Q.    A P-value of less than .03 is
7   statistically significant, correct?
8      A.    Yes.
9      Q.    Okay.  And there was a significant
10  decline in subjective cure that was seen in the IVS
11  cohort, correct?
12     A.    Correct.
13     Q.    Vaginal erosions were tracked in the
14  study as well, right?
15     A.    Yes.  Well, it -- it wasn't tracked.
16  It says that it was defined as -- it doesn't
17  actually say how they determined that.
18     Q.    You see they say that vaginal
19  erosions were found in 11.8 percent of women in the
20  IVS group and none in the TVT group, correct?
21     A.    Yes.
22     Q.    And under the results follow-up,
23  you'll see the median follow-up in this study was
24  78 months, correct?

Page 371

1      A.    Let me just see.  I just want to
2   check one thing out.
3           Yeah, I'm not finding the numbers lost to
4   follow-up.
5           MR. SNELL:  [MOTION] Move to strike.
6      Q.    You see my question was, Doctor --
7   and I have very limited time -- the median length of
8   follow-up in the TVT group was 78 months, correct?
9      A.    Yes.
10     Q.    Alright.  And you'll see, actually,
11  all of Page 706, they have a whole section on the
12  treatment of these vaginal erosions.
13     A.    Yes.
14     Q.    And that flows all the way over to
15  the next page, Table 5, where they identify all the
16  different presenting symptoms in women with vaginal
17  erosions, correct?
18     A.    Yes.
19     Q.    Including how treatment was necessary
20  or not in the women who had the vaginal erosions,
21  correct?
22     A.    Yes.
23     Q.    And, just to reiterate, and all of
24  these patients with erosions were in the IVS group,

Page 372

1   correct?
2      A.    Yes.
3      Q.    And the IVS mesh is not a Type 1
4   macroporous monofilament polypropylene mesh,
5   correct?
6      A.    The which?
7      Q.    The IVS mesh is not a Type 1
8   monofilament --
9      A.    No, it's not.
10          (There is a discussion off the record.)
11     A.    Excuse me.  It's not.  It's not.
12     Q.    Just so we have a clear record now,
13  the IVS where there was over an 11 percent rate of
14  vaginal exposure seen is not a Type 1 macroporous
15  monofilament polypropylene mesh like TVT retropubic,
16  correct?
17     A.    Correct.
18     Q.    Alright.  And do you have any idea
19  why this paper wasn't cited in your review?
20          MS. FITZPATRICK:  Objection.
21     A.    I assume it was likely an exclusion
22  criteria based on our very detailed methodology.  I
23  don't know.
24     Q.    You don't know that as you sit here

Page 373

1   today?
2      A.    No.
3           (Deposition Exhibit Blaivas 26, Long-term
4   Results of the Tension-free Vaginal Tape Procedure
5   in an Unselected Group: A 7-year Follow-up Study
6   authored by Andreas Reich, Frauke Kohorst, Rolf
7   Krelenberg and Felix Flock, was marked for
8   identification.)
9      Q.    Exhibit 26, you see this is long-term
10  results of the TVT procedure in an unselected group
11  of patients, seven-year follow-up, correct?
12     A.    Let me look at it.  I mean, I'm
13  seeing this for the first time.
14     Q.    Fair enough.  Let me ask you this.
15          This is, actually, published in the Journal
16  of Urology, correct?
17     A.    Yes.
18     Q.    That's a journal you get, right?
19     A.    Yes, I get it.
20     Q.    Is that the journal to my left here
21  on the bookcase?
22     A.    It is.
23     Q.    Okay.  Fair enough.
24          MR. SNELL:  Go off the record.

5 (Pages 370 to 373)

Jerry G. Blaivas, M.D.

Page 374

1    Q.    Can you look at it.
2    A.    Okay.
3        (There is a discussion off the record.)
4    Q.    So this was a study where the median
5    follow-up time was 102 months, correct?
6    A.    Yes.
7    Q.    So that's what about nine years?
8    A.    Uh-huh.
9    Q.    Is that a yes?
10   A.    Yes.
11   Q.    And they looked at cure rates as well
12   as complications, correct?
13   A.    I'll have to look at that and see.
14   Q.    In the results section, it says the
15   objective cure rate was 89.8 percent and then they
16   go on and talk about subjective cures and
17   improvements.  Do you see that?
18   A.    Yes.
19   Q.    This study, also, stated no late
20   onset ever.
21       So events of the surgery were found in the
22   results section, correct?
23   A.    Yes.
24   Q.    And, if we look at your Table 1, this

Page 375

1    long-term TVT study was not included either,
2    correct?
3        MS. FITZPATRICK:  Objection.  This is
4    misrepresenting completely what's in this article.
5    A.    It's --
6        MS. FITZPATRICK:  I'm objecting to
7    that question.
8        MR. SNELL:  That's fine.
9        MS. FITZPATRICK:  Because --
10       MR. SNELL:  No, no.
11       [MOTION] Move to strike attorney comment.
12   You have a form.
13       MS. FITZPATRICK:  I'm not going to
14   move to strike it.  This is complete
15   misrepresentation.
16       MR. SNELL:  [MOTION] Move to strike.
17       MS. FITZPATRICK:  I'm going to put my
18   objection on the record.
19       MR. SNELL:  That's fine.  Then just
20   say your objection, form.  You're wasting my time.
21   I have limited time.  Quit burning my time with your
22   talking.
23       MS. FITZPATRICK:  This is a
24   misrepresentation.

Page 376

1        MR. SNELL:  Allot her time to her.
2    Go ahead.
3        MS. FITZPATRICK:  This is a
4    misrepresentation by Mr. Snell of this article.
5    And, quite frankly, at this point, it's an
6    intentional misrepresentation.
7        This article is cited for the safety
8    propositions that Dr. Blaivas has in this article.
9    The fact that it is not in Table 1 should be the
10   question --
11       MR. SNELL:  Move to strike --
12       MS. FITZPATRICK:  -- not that it is
13   not cited in the article.
14       MR. SNELL:  [MOTION] move to strike
15   attorney testimony.
16       MS. FITZPATRICK:  Objection to the
17   motion to strike.
18   Q.    Dr. Blaivas --
19       MS. FITZPATRICK:  And objection to
20   attorney misrepresentation of something that I hope,
21   certainly, doesn't see the light of day in court
22   pleadings.
23       MR. SNELL:  You know, if you want to
24   get in the chair, get in the chair.  I can depose

Page 377

1    you.
2        MS. FITZPATRICK:  Sure.  I'm happy,
3    go right ahead.
4    Q.    Dr. Blaivas --
5        MS. FITZPATRICK:  -- after me.
6        MR. SNELL:  I'm sure.
7    Q.    So back to what I read to you, right.
8    The results say, no late onset adverse effects of
9    the surgery were found, correct?
10   A.    Yes, that's what it says.
11   Q.    This study was not referenced in your
12   Table 1 of long-term TVT studies, correct?
13       MS. FITZPATRICK:  Objection.  Table 1
14   is effectiveness and what you're referring to is
15   safety.  Stop misrepresenting, Burt.
16       MR. SNELL:  Did you just hear me say
17   what the objective cure rate?  This does --
18   Q.    Doctor --
19       MS. FITZPATRICK:  Did you just -- can
20   you read back his question?
21   Q.    Doctor, look, let's make sure that
22   we're one same page.
23       MR. SNELL:  You're wasting my time.
24       MS. FITZPATRICK:  Burt, you're

6 (Pages 374 to 377)

Jerry G. Blaivas, M.D.

Page 378

1  misrepresenting.
2      Q.   Doctor, this is -- I withdraw my
3  question.
4        Did this study assess efficacy of the TVT?
5      A.   It is --
6          MS. FITZPATRICK: Objection.
7      A.   It is efficacy, yes.
8      Q.   And this study is not in Table 1 of
9  your review, correct?
10     A.   That is correct.
11     Q.   Fair enough.
12        Now, if we look at -- you know what, can I
13  see...
14     A.   Are you looking for this?
15     Q.   I just want to make sure I didn't say
16  something.
17        So it's not in Table 1, correct?
18     A.   Correct.
19     Q.   And this study published in Urology
20  -- is that a well-regarded journal by you?
21     A.   It is.
22     Q.   (Continuing.) Found no tape exposures
23  or tape extrusions, correct?
24     A.   That's what they said in the article,

Page 379

1  right.
2      Q.   They also said that at the point of
3  follow-up 29 women were sexually active, correct?
4      A.   I'm sorry?
5      Q.   At the state of follow-up, 29 women
6  were sexually active?  I'm right about --
7      A.   Out of 108, yes.
8      Q.   Yes.  And no woman suffered under
9  dyspareunia, correct?
10     A.   It says that, but there is no methods
11  -- there's no method to say how they determined
12  that.
13     Q.   And they also state no further late
14  adverse effects such as chronic pain or recurrent
15  lower urinary tract infection were found, correct?
16     A.   Correct.  But, again, that's not in
17  method.  So I don't know how they can conclude
18  it in their results.
19     Q.   Does the Journal of Urology have a
20  poor peer review process?
21     A.   I think so.  I think they -- yes, I
22  think it does.  This isn't the Journal of Urology.
23  This is --
24     Q.   Urology.

Page 380

1      A.   -- Urology.  I think -- I wouldn't
2  want to single out the Journal of Urology.  I think
3  that when it comes to results, I think -- excuse me.
4  When it is comes to complications, I think they're
5  all poor.
6      Q.   But you don't have any firsthand
7  knowledge about what the authors did with regard to
8  their assessment of dyspareunia or chronic pain?
9      A.   Well, of course not.  That's supposed
10  to be in the methods section.
11     Q.   I'm just saying.
12        So you don't have firsthand personal
13  knowledge that these authors did not assess
14  dyspareunia or chronic pain?
15         MS. FITZPATRICK: Objection.
16     A.   That's right.  It did not.
17         MR. SNELL:  Next study is Lispis.
18  Let's mark this as Exhibit 27.
19        (Deposition Exhibit Blaivas 27, Long-term
20  efficacy of tension-free vaginal tape in the
21  management of stress urinary incontinence in women:
22  Efficacy at 5- and 7-year follow-up by A. Lispis, P.
23  Baskas and G. Creatsas, was marked for
24  identification.)

Page 381

1      Q.   And looking back at the paper that we
2  just referenced, Doctor, by Reich in Urology, do you
3  have any idea why that was not included in Table 1?
4      A.   I already said I had inclusion and
5  exclusion criteria, No. 1.  No. 2, because it's not
6  in the table doesn't mean it isn't in our
7  references, in the nearly 400 references.  So I have
8  to cross-check to see whether it was included or
9  not.
10     Q.   As you sit here, you don't know why
11  it wasn't included in Table 1?
12     A.   I don't know if it wasn't included.
13  That's what I said.
14     Q.   Okay.  What exhibit is that, Doc, 20?
15     A.   Twenty-seven.
16     Q.   Twenty-seven.
17        Exhibit 27 is a paper with seven-year
18  follow-up in TVT by Dr. Lipis, L-i-p-i-s, and some
19  others.  And I just want to check and we can check
20  together.
21     A.   Yes.
22        (There is a discussion off the record.)
23     Q.   And this was a paper that wasn't
24  referenced in Table 1 of your review, correct?

7 (Pages 378 to 381)

Jerry G. Blaivas, M.D.

Page 382

1    A.    That's correct.
2    Q.    Okay.  And if we look at this paper
3  -- let me ask you.
4        As you sit here, do you know why this paper
5  was not referenced?
6    A.    No.  The same answer I gave for the
7  other ones.  We'd have to see if it met our
8  inclusion and/or exclusion criteria.
9    Q.    It did report on efficacy, right, if
10  we look at Table 3, they report on both objective
11  and subjective cures?
12    A.    I'm sorry?  I didn't understand the
13  question.
14    Q.    This paper, seven-year follow-up by
15  Dr. Lipis and others, did assess efficacy of TVT --
16    A.    Yes.
17    Q.    -- in both five and seven years,
18  correct?
19    A.    Correct.
20    Q.    And those data are in Tables 2 and 3,
21  correct?
22    A.    Yes, yes.
23    Q.    Three being the seven years.
24    A.    Yes.

Page 383

1    Q.    And they, also, reported on
2  complications as well, correct?  If you look at the
3  bottom of Page 1510, right column, they said that
4  they had one case of the TVT tape erosion.
5    A.    Again, I'd have to look at the
6  methods to see if there's any method that -- I'm
7  looking at it quickly -- for detecting it.  And I
8  don't see anything.  I mean, I looked quickly, but I
9  don't see any methodology to allow us to understand
10  how they came to the conclusion who had a
11  complication and who didn't.
12    Q.    Well, when you do a vaginal exam, if
13  you see a mesh exposure, you document it, right?
14        MS. FITZPATRICK:  Objection.
15    A.    If the patient -- yes, you do.  But
16  if the patient doesn't complain of any symptoms, you
17  may do a very cursory exam or they can have many
18  other complications that wouldn't be apparent on
19  examination.
20    Q.    Well, whatever methodology they use,
21  they reported that they found an exposure and they
22  actually treat it by incising the sling, correct?
23    A.    Correct.
24    Q.    And you're not saying that -- are you

Page 384

1  saying that that didn't occur?
2    A.    No, I'm not saying it didn't occur.
3  What I am saying is that in order to determine
4  whether or not someone has a complication or whether
5  all patients have a complication, you have to have a
6  methodology like asking a whole bunch of questions,
7  for example, about complications or giving them a
8  questionnaire to fill out and only by doing that can
9  you determine what the denominator is.
10    Q.    And you don't know the methodology by
11  which they did that in this case?
12    A.    No.  I would expect to see it in the
13  paper.
14    Q.    And they note that the rest of the
15  patients had no evidence of tape erosion at the
16  seven-year follow-up, correct?
17    A.    Right.
18    Q.    So these are -- this is three
19  different studies we've looked at that weren't
20  included in Table 1, correct, of your review?
21    A.    They weren't included in Table 1 for
22  efficacy, correct.
23    Q.    You don't know why they weren't
24  included, right?

Page 385

1    A.    I would have to check the inclusion
2  and exclusion criteria to see why they...
3    Q.    And -- fair enough.
4        And none of these three additional studies
5  reported late-term dyspareunia or tape exposure or
6  erosion, correct?
7    A.    Nor did they have methodology to
8  assess it, except for a pelvic exam.
9        MR. SNELL:  [MOTION] Move to strike.
10    Q.    Can you answer my question?
11        MS. FITZPATRICK:  Objection, the
12  answer will stand.  It's been asked and answered.
13  Let's move on.
14        MR. SNELL:  No.
15    Q.    I want a yes or no --
16        MS. FITZPATRICK:  No.
17    Q.    -- then you can put your caveats in.
18        MS. FITZPATRICK:  You answer whatever
19  way you have to to give a full and complete answer.
20  It doesn't have to be a yes or no.
21        THE WITNESS:  I believe I did.
22        MR. SNELL:  Read it back.
23        THE WITNESS:  What's my answer?
24        MR. SNELL:  Read it back.

8 (Pages 382 to 385)

Jerry G. Blaivas, M.D.

Page 386

1    (Whereupon, the answer is read back as
2  follows:
3    "Answer:  Nor did they have methodology to
4  assess it, except for a pelvic exam.")
5    A.    And that's my answer.  If you want me
6  to say, no, I can say, no, nor --
7    Q.    That's fine.
8    A.    -- did any of them have methodology
9  to answer the question.
10   Q.    Yes, that's what I'm looking for, a
11 responsive answer.  And I'm more than happy to --
12        MS. FITZPATRICK:  Objection to the
13 attorney comment.
14   Q.    I'm more than happy for you to give
15 your caveat or whatever else.  I'm not trying to
16 stop you from doing that.
17        This judge in this litigation has said a
18 witness will be responsive, but they can give their
19 caveat or whatever.  So I'm giving you that.  I'd
20 just like an answer.  And I thank you.
21        MS. FITZPATRICK:  You can answer any
22 way you need to answer.
23        MR. SNELL:  Pass the witness.
24 EXAMINATION BY MS. FITZPATRICK:

Page 387

1    Q.    Dr. Blaivas, I just have a few
2  questions for you now.
3        You testified that you're not a pathologist,
4  correct?
5    A.    Correct.
6    Q.    Now, does that mean that you don't
7  perform any pathology analysis in human tissue,
8  correct?
9        MR. SNELL:  Objection, leading.
10   A.    I don't perform them, no, correct.
11   Q.    Do you as a physician order pathology
12 review by pathologists on samples that you have
13 removed from patients?
14   A.    I do.
15   Q.    And you just don't personally perform
16 the analysis on explanted transvaginal mesh,
17 correct?
18   A.    To a certain -- part of it I,
19 actually, do because I exam it and part of the
20 pathologic exam is to touch and feel it after it
21 comes out.  And I do that in every case and I
22 communicate that to the pathologist.  But I'm sad to
23 say they don't always keep -- include it in their
24 report.

Page 388

1    Q.    Okay.  And, as part of your education
2  and training and experience as a urologic surgeon,
3  you send specimens to pathology for review, correct?
4    A.    I do.
5    Q.    And that includes explanted
6  transvaginal mesh that you remove from your
7  patients, correct?
8    A.    Yes.
9    Q.    And that's a removal that is done by
10 you as a physician and not in connection with
11 litigation, correct?
12        MR. SNELL:  Objection, lacks
13 foundation and is leading.
14        Go ahead.
15   A.    Yes.
16   Q.    And you regularly rely on pathology
17 reports generated by pathologists in connection with
18 your work as a urologist, correct?
19   A.    I do.
20   Q.    Okay.  Do you have training and
21 experience as a urologic surgeon relating to
22 pathology -- strike that.
23        Do you have training and experience as a
24 urologic surgeon relating pathology reports to

Page 389

1  clinical complications in women?
2        MR. SNELL:  Objection, vague.
3        Go ahead.
4    A.    I do.
5    Q.    And have you relied on this
6  experience in connection with your report in this
7  case?
8        MR. SNELL:  Objection, leading, lacks
9  foundation, lacks methodology.
10        Go ahead.
11   A.    I do.
12   Q.    Have you relied --
13        MS. FITZPATRICK:  Burt, go back to
14 law school if you think that's leading.
15   Q.    Have you relied on your experience in
16 this regard in connection with your report in this
17 case, Dr. Blaivas?
18        MR. SNELL:  Same objections.
19   A.    I do but with an explanation.  I very
20 frequently, in fact, almost routinely question the
21 pathologist about the pathology reports because they
22 routinely don't do all of the things that I think
23 should be done as part.  So I often, you know,
24 discuss it with them and sometimes ask them to not

9 (Pages 386 to 389)

Jerry G. Blaivas, M.D.

Page 390

1   -- well, to give me a revised report based on things
2   that they didn't include in the original report. I
3   don't ask them to change, you know, their findings.
4   But not infrequently -- for example, many times they
5   don't even look at the tissue under the microscope.
6   And so the report will just come back, you know, tan
7   tissue without any microscopic diagnosis. So, when
8   that happens, I'll ask them if they would look at it
9   under the microscope and render their opinion about
10  that.
11      Q.    Okay. In addition to your experience
12  in treating patients and reviewing their pathology
13  reports, as you've just described, are you also
14  familiar with medical and scientific literature
15  concerning pathology examination of explanted
16  transvaginal meshes?
17      A.    Yes.
18          MR. SNELL: Leading.
19      Go ahead.
20      Q.    And do you -- have you authored any
21  peer review articles that deal with pathology of
22  explanted transvaginal meshes?
23      A.    I have.
24      Q.    And when was that published?

Page 391

1       A.    Well, it's the nature of the review
2   article that we alluded to before in 2015. And we
3   had an abstract and it was published -- myself and
4   Dr. Yacoub had an abstract published in 2014 in the
5   ICS, in Your Urology or in Uro Dynamics that we have
6   not completed the manuscript on that yet.
7       Q.    And have you also authored peer
8   review articles that deal with the correlation
9   between clinical complications and pathology review
10  of explanted transvaginal meshes?
11          MR. SNELL: Objection, leading.
12      A.    Yes.
13      Q.    And are those the same articles that
14  you just mentioned?
15      A.    They are.
16      Q.    Okay. Do you need to be a
17  pathologist or pathology expert to offer the
18  opinions that you have offered in this case?
19      A.    Of --
20          MR. SNELL: Objection, lacks
21  foundation -- hold on -- lacks foundation, leading.
22      A.    Of course not.
23      Q.    Why not?
24          MR. SNELL: Same objections.

Page 392

1       A.    Because it's part of what I do.
2          MS. FITZPATRICK: Okay. We're going
3   to take the objections and they're going to count
4   towards whatever time he has left. So, to the
5   extent that someone is going to object to why not as
6   a leading question, that is nothing more than
7   harassing and a complete abuse of the system.
8          MR. SNELL: No, it's not. My
9   original objection stood. You asked a follow-up one
10  and it's only natural that I re-assert it.
11          MS. FITZPATRICK: No, it's not.
12          MR. SNELL: Go ahead.
13      A.    I have forgotten the question.
14      Q.    Why don't you have to be a
15  pathologist or pathology expert to offer the
16  opinions that you have offered in this case?
17          MR. SNELL: Same objection,
18  foundation also.
19      A.    Because my opinions are based on --
20  they're simply based on pathology and the patient's
21  clinical course. I mean, I don't know how to
22  explain it in more detail than that.
23      Q.    And is that something you routinely
24  do as a physician in treatment of women who had

Page 393

1   pelvic mesh implants?
2       A.    Absolutely.
3       Q.    Now, you were also asked whether you
4   were an infectious disease specialist. Do you
5   recall that?
6       A.    I do.
7       Q.    Do you believe that you need to be an
8   infectious disease specialist to offer the opinions
9   that you have offered in this case?
10          MR. SNELL: Objection.
11      A.    No, I do not.
12      Q.    Why not?
13      A.    Because infectious disease
14  specialists for practical purpose is never or almost
15  never see the kind of infections that we see related
16  to this. I see much more myself than any single
17  infectious disease doctor would see.
18      Q.    And do you regularly work --
19          MR. SNELL: I'm going to move --
20      Q.    -- to develop --
21      (There is a discussion off the record.)
22      Q.    Do you regularly work with women who
23  have developed infections secondary to the presence
24  of mesh, transvaginal polypropylene mesh, in this

Jerry G. Blaivas, M.D.

Page 394

1  office?
2      A.    I --
3           MR. SNELL:  Hold on.
4           [MOTION] Objection.  I'm going to move to
5  strike the last answer as totally speculative.
6      Go ahead.
7      Q.    And have you treated those women?
8      A.    I'm sorry.  I forgot the question
9  now, again.
10     Q.    That's exactly what he's trying to
11  do, Dr. Blaivas.  So just pay attention to me and
12  not to Mr. Snell, who is trying to throw you off
13  your game here.
14          In fact, in your training, education and
15  experience as a urologic surgeon, do you regularly
16  work with women who have developed infections
17  secondary to the presence of mesh, polypropylene
18  transvaginal mesh, in the office?
19          MR. SNELL:  Objection, lacks
20  foundation.
21     A.    I do.
22     Q.    And have you treated those women?
23     A.    I have.
24     Q.    And have you managed their clinical

Page 395

1  complications?
2      A.    I have.
3      Q.    Does that include women who have been
4  implanted with the TVT device?
5      A.    It has.
6      Q.    And when we were discussing pathology
7  before, have you as a urologist who actually treats
8  women look at the clinical complications of women
9  who have a TVT device that has been explanted and
10  related that to the pathology that you have received
11  and report on?
12     A.    Yes, I have.
13     Q.    Okay.  Now, you were also asked a few
14  different questions about the warnings that you give
15  patients when you implant polypropylene mesh made by
16  Ethicon, correct?
17     A.    Correct.
18     Q.    And Mr. Snell liked to use the term
19  "sling" when he was asking you those questions.  Do
20  you recall that at all?
21          MR. SNELL:  Objection, misstates.
22     Go ahead.
23     A.    I do.
24     Q.    And I want to clarify.

Page 396

1          Were you referring to the TVT device, the
2  TVT mesh and the trocars, the entire kit, when you
3  were answering Mr. Snell's questions concerning
4  implanting polypropylene mesh made by Ethicon?
5      A.    No, I was not.
6      Q.    Okay.  And when is the last time you,
7  actually, implanted any kind of polypropylene mesh
8  made by Ethicon?
9      A.    You know, I've been asked this a
10  number of times before and I gave my best estimate
11  as in the mid 200s and I -- but I don't have any
12  specific recollection.
13     Q.    Is it safe to say it's been about ten
14  years?
15     A.    Yes.
16          MR. SNELL:  Objection, objection,
17  vague.
18     Q.    Now, when you were --
19          MR. SNELL:  The witness just answered
20  he doesn't know.  It's speculation.
21     Q.    When you were referring to the slings
22  that Mr. Snell kept referring to, you weren't
23  referring to the TVT made by Ethicon, correct?
24          MR. SNELL:  Objection --

Page 397

1      A.    Right.
2          MR. SNELL:  -- misstates testimony.
3      Q.    Were you referring to any other sling
4  kit that was made by Ethicon?
5      A.    No.
6      Q.    Were you referring to the TVT-O
7  device that was made by Ethicon?
8      A.    No.
9      Q.    Were you referring to the Secure
10  device that was made by Ethicon?
11     A.    No.
12     Q.    Were you referring to the TVT Abbrevo
13  device that was made by Ethicon?
14     A.    No.
15     Q.    Do you believe that there is a
16  different risk profile for the hand-cut mesh that
17  you implanted more than a decade ago and the TVT
18  Ethicon device that you've offered your expert
19  opinion on in this case?
20          MR. SNELL:  Objection, beyond the
21  scope.
22     A.    I do.
23     Q.    And do those require different
24  surgical techniques?

11 (Pages 394 to 397)

Jerry G. Blaivas, M.D.

Page 398

1     A.    Yes.
2     Q.    Okay.  Now, you were also asked a
3  number of questions by Mr. Snell about the
4  methodology for selecting articles in your report.
5  Do you recall that?
6     A.    Yes, I do.
7     Q.    In fact, we've heard a lot about it
8  today.  I want to ask you, specifically, something
9  else.
10     What was the methodology that you used in
11  developing the opinions that you hold in your expert
12  report that was produced in this case as opposed to
13  the "Nature" article?
14     A.    The methodology --
15        MR. SNELL:  Objection, asked and
16  answered.
17        Go ahead.
18     A.    The methodology was -- first, my own
19  personal experience with mesh, with mesh
20  complications and with my firsthand knowledge of
21  what my peers and the medical community at large
22  that I interact with, what their opinions were and
23  what they knew about the potential of mesh to cause
24  complications and what they knew about the science

Page 399

1  behind the theories that led to the use of mesh and
2  their knowledge of the complications that had
3  occurred in the past and were occurring during the
4  present, whenever that was.
5     So the first part of my answer is my own
6  personal experience with all of these things.  The
7  second part is my review of the medical literature
8  and tempered with a third part is my rather unique
9  awareness of the medical literature because I was
10  editor and chief for so many years of the major
11  journal that dealt with these kinds of things.  And
12  I was also either on the editorial board or a
13  reviewer for the other medical journals that dealt
14  with this.  So I had a perspective of all of the
15  quality of the studies that were submitted for peer
16  review and the methodology and I think it gave me a
17  unique perspective on understanding the differences
18  between the methodology that they use for
19  complications versus the methodology they use for
20  safety -- excuse me, for efficacy.
21     Q.    And, in fact, Table 1 that Mr. Snell
22  asked you about in your "Nature" article, does that
23  concern safety or does that concern efficacy?
24     A.    That concerns safety.  And it was

Page 400

1  only there -- we only --
2     Q.    Can you take a look at the table
3  again --
4        MR. SNELL:  Don't interrupt the
5  witness.
6     (There is a discussion off the record.)
7        THE WITNESS:  May I?
8        MR. SNELL:  Of course.  Oh, I'm
9  sorry.
10     A.    Yes, efficacy.
11     Q.    Okay.
12     A.    Isn't that what -- I'm sorry.  I
13  thought that's what I said.
14     Q.    That's okay.
15     A.    Yeah.
16     Q.    Now, in the literature review that
17  you have performed for your expert report that
18  you've offered here, did you include more articles
19  that are referenced in your "Nature" article?
20        MR. SNELL:  Objection, lacks
21  foundation.
22        THE WITNESS:  I'm sorry, can you read
23  that back.
24     (Whereupon, the question is read back as

Page 401

1  follows:
2     "Question:  Now, in the literature review
3  that you have performed for your expert report that
4  you've offered here, did you include more articles
5  that are referenced in your 'Nature' article?")
6        MR. SNELL:  Same objection.
7     Q.    That are referenced in your "Nature"
8  article.
9     A.    I'm sorry, for the literature -- I'm
10  sorry, I don't understand.
11     Q.    Let me try again, if you're not
12  understanding.
13     You have cited certain articles in your
14  "Nature" article, correct?
15     A.    Yes.
16     Q.    And I think it numbers somewhere in
17  the 300s; is that about right?
18     A.    Yes.
19     Q.    Okay.  And you, also, have provided a
20  reliance list in this case in connection with your
21  expert report, correct?
22     A.    Correct.
23     Q.    Do you know whether it included more
24  articles than you cited in your "Nature" article?

12 (Pages 398 to 401)

Jerry G. Blaivas, M.D.

Page 402

1      A.    I think it included less.
2      Q.    And your reliance list itself -- do
3  you have your expert report in front of you?
4      A.    I do not.
5           MS. FITZPATRICK:  Do you have a copy
6  of the exhibit?
7           MR. SNELL:  No, I don't have that
8  one.
9      A.    It's on my desk someplace.
10     Q.    We'll wait.
11          (There is a discussion off the record.)
12     Q.    Well, let me ask you this, Doctor,
13  just to cut through it.
14          You provided a reliance list in connection
15  with the articles that you reviewed in this report,
16  correct?
17     A.    I did.
18     Q.    And is that an accurate
19  representation of the number of articles that you
20  have reviewed specific to your report in this TVT
21  case?
22          MR. SNELL:  Objection, lacks
23  foundation.
24     A.    Yes, it was -- is.

Page 403

1      Q.    Okay.  And that was something that
2  you personally reviewed and you personally approved
3  prior to submitting it --
4      A.    Yes.
5      Q.    -- correct?
6          And the articles that Mr. Snell has provided
7  to you that he says are not on Table 1 of your
8  "Nature" article, if those are included in your
9  reliance list for the report that you offered in
10  this case, would that be accurate to say that you
11  have looked at those articles and considered them in
12  connection with these opinions?
13          MR. SNELL:  Objection, requires
14  speculation.
15     A.    Yes, it would.
16     Q.    Okay.  Now, you also talked about the
17  quality of literature on pubovaginal slings.  Do you
18  recall that?
19     A.    I do.
20     Q.    And I believe you said that the
21  quality of that literature was "poor."  Do you
22  remember saying that?
23     A.    Yes.
24     Q.    Okay.  Is there sufficient evidence

Page 404

1  in your opinion in the literature to base the
2  opinions that you've offered here on the safety and
3  efficacy of the pubovaginal sling?
4          MR. SNELL:  Objection, vague.  The
5  witness has already testified.
6          THE WITNESS:  I'm sorry, read that
7  back again.
8          (Whereupon, the question is read back as
9  follows:
10          "Question:  Is there sufficient evidence in
11  your opinion in the literature to base the opinions
12  that you've offered here on the safety and efficacy
13  of the pubovaginal sling?")
14          MR. SNELL:  Objection, vague,
15  overbroad.
16          Go ahead.
17     A.    Okay.  For the safety -- excuse me.
18          For the efficacy, yes, and -- but my opinion
19  for safety is based not only on the medical
20  literature, which I've already said I think when it
21  comes to safety is poor, but my review of what's not
22  in the literature.  So I suppose in a sense that's a
23  review of the literature.  So I'm going to say, yes,
24  it is based on the medical literature.

Page 405

1      Q.    Okay.  Do you rely on anything else
2  besides the published literature concerning your
3  opinions on the safety and efficacy of the
4  pubovaginal sling as set forth in your report?
5          MR. SNELL:  Objection, vague, asked
6  and answered.
7      A.    Very very much so.  And, in
8  particular, for the last 20 years I've been running
9  -- I've been either co-chairman or chairman or
10  faculty member of courses that where in -- in which
11  we always have sessions on complications.  And we
12  have whole sessions on complications of mesh slings.
13  There's always, you know, half a day or, at least,
14  an hour or two on mesh sling complications.  We
15  don't have -- this is even going back 25 years ago.
16  We never had -- we never had such discussions of
17  complications for autologous slings.
18          And, again, Burch's just weren't done that
19  much in the environment that I was in.  It would be
20  restricted to autologous slings.  There just wasn't
21  concern about it.  The complications from autologous
22  slings where the sling was too tight or not and
23  caused obstruction, which could be relatively easily
24  fixed by cutting the sling, or it caused de novo

13 (Pages 402 to 405)

Jerry G. Blaivas, M.D.

Page 406

1   overactive bladder symptoms.  But there were never
2   whole sections of seminars devoted to pelvic pain or
3   pain after slings.  It just didn't exist.  So -- and
4   it doesn't exist in the literature other than in a
5   few, in my judgment, poorly done studies.  So all
6   that led me to believe that complications after mesh
7   slings are serious and serious problems that occur
8   often enough to capture the attention of both
9   academics and doctors in practice.  Whereas
10  complications from autologous slings were pretty
11  much limited to those two complications that I said.
12      MR. SNELL:  [MOTION] I'm going to
13  move to strike as nonresponsive.  Also, move to
14  strike speculative, speculative testimony about
15  there was no concern of others -- no concern by
16  others.  I'm just making my record.
17      MS. FITZPATRICK:  Would you also just
18  put on the record why you believe you can move to
19  strike a deposition answer, Burt?  Can you give us
20  the chapter and verse?
21      MR. SNELL:  Because the witness
22  should answer a question responsively whether I
23  asked it or you asked it.
24      MS. FITZPATRICK:  He did answer

Page 407

1   responsively.
2      So I object to Mr. Snell's meaningless
3   motion to strike.
4      Q.   Let's move onto a little bit of what
5   Mr. Snell -- what I like to call the smoke and
6   mirrors of his deposition practice here.
7      MR. SNELL:  [MOTION] I move to strike
8   attorney comment.  That's not even a proper
9   question.
10     Q.   The article that you drafted in
11  "Nature," can you read the title of that into the
12  record, please.
13     A.   "Safety Considerations for Synthetic
14  Sling Surgery."
15     Q.   And is it fair to say the primary
16  thrust of the article that you published with your
17  colleagues for "Nature" dealt with safety issues
18  concerning the polypropylene midurethral sling like
19  the TVT?
20     A.   Yes.
21     Q.   Okay.  And Mr. Snell only asked you
22  about a single table, that is, Table 1, in that
23  article, correct?
24     MR. SNELL:  Objection.  Actually,

Page 408

1   that misstates my questioning.
2      A.   I don't remember if that's the only
3   thing he asked me about.
4      Q.   Did he primarily ask you about what
5   was and what was not included in Table 1, which is
6   the table that concerns efficacy, and not safety?
7      MR. SNELL:  I'm going to object.
8   That misstates my questioning.
9      A.   I do remember that being a main
10  thrust, yes.
11     Q.   So let's talk a little bit about some
12  of those.  For example, Mr. Snell asked you today
13  whether an article called, "The Long-Term Outcomes
14  of TVT and IVS Operations for Treatment of Female
15  Stress Urinary Incontinence:  Monofilament Versus
16  Multifilament Polypropylene Tape" -- do you recall
17  that?
18     A.   I do.
19     Q.   And he asked you whether that had
20  been included in Table 1 -- it's, actually,
21  Exhibit 25 -- that had been included in Table 1
22  concerning efficacy, correct?
23     A.   Correct.
24     Q.   What he didn't ask you, which I think

Page 409

1   is more pertinent is, did you cite this in Footnote
2   212 of your article concerning the safety and rely
3   on this concerning safety conclusions you reached
4   about the midurethral polypropylene study?
5      MR. SNELL:  Objection, leading,
6   argumentative.
7      A.   Yes, I did.
8      Q.   And, in fact, did you cite this
9   article in connection with your opinions and
10  recitation concerning both erosions and fistulas
11  caused by polypropylene slings in women?
12     A.   I did.
13     Q.   The second one that Mr. Snell asked
14  you about today was Exhibit No. 26, which was
15  "Long-Term Results of the Tension-Free Vaginal Tape
16  Procedure in an Unselected Group:  A Seven-Year
17  Follow-Up Study," correct?
18     A.   Yes.
19     Q.   Okay.  And Mr. Snell, again, asked
20  you why that wasn't included in the efficacy table,
21  correct?
22     A.   Correct.
23     Q.   He didn't ask you whether it was
24  included in your -- the main thrust of your article,

14 (Pages 406 to 409)

Jerry G. Blaivas, M.D.

Page 410

1    which was the safety concerns that were raised by
2    polypropylene midurethra slings, did he?
3         MR. SNELL: Objection, leading.
4         A.    He did not.
5         Q.    Okay.  And if you look at Footnote
6    No. 227 in your "Nature" article, did you, in fact,
7    rely on and cite this particular article identified
8    by Mr. Snell in part of your safety analysis?
9         A.    I did.
10        Q.    No. 27 is an article entitled,
11   "Long-Term Efficacy of Tension-Free Vaginal Tape in
12   the Management of Stress Urinary Incontinence in
13   Women Efficacy at 5 and 7-year follow-up."  Do you
14   see that?
15        A.    I do.
16        Q.    And, once again, Mr. Snell asked you
17   why this was not included in Table No. 1 concerning
18   efficacy, correct?
19        A.    Correct.
20     (There is a discussion off the record.)
21        Q.    He did not ask you whether this
22   particular article was cited in your "Nature" review
23   concerning the safety aspects of polypropylene
24   midurethral slings, did he?

Page 411

1         A.    He did not.
2         Q.    And, in fact, at Footnote No. 74, you
3    cite to this very article in connection with your
4    analysis of the safety of polypropylene midurethral
5    slings, correct?
6         A.    Yes.
7         Q.    And, in fact, you looked at this
8    article in connection with your opinions on
9    bacterial cystitis, perforations, voiding
10   dysfunction and urethral obstructions, correct?
11        A.    Yes.
12        MR. SNELL: Leading.
13     Go ahead.
14        Q.    There was also a discussion of Dr.
15   Serati's article last week.  Do you recall that?
16        A.    Not specifically, no.
17        Q.    Do you know whether you relied on Dr.
18   Serati's article in your "Nature" review?
19        A.    I don't know how to spell his name.
20        Q.    S-e-r-a-t-i.
21        A.    I do remember that now, yes.  I mean,
22   I remember reading it.
23        Q.    And if you look at Footnote No. 18,
24   which refers to Dr. Serati's article, is it fair to

Page 412

1    say that you relied on the article concerning the
2    TVT-O for the treatment of stress urinary
3    incontinence in your review article?
4         A.    Yes, I did.
5         Q.    Now, there was also a lot of
6    discussion about why certain articles were included
7    and excluded from Table 1 concerning efficacy.
8         The fact that they were not contained in
9    exhibit or Table 1 concerning efficacy does not mean
10   that you and your colleagues didn't consider them
11   for your safety analysis, does it?
12        MR. SNELL: Objection, calls for
13   speculation.
14        A.    No, to the contrary.  We cited it and
15   did consider it for safety.
16        Q.    Okay.  And, with respect to Table 1,
17   am I correct that you only included the most recent
18   published article from a particular cohort and not
19   all of the interim studies?
20        MR. SNELL: Actually, leading,
21   objection.
22        A.    Yes.
23        Q.    And, for example, is it correct you
24   only included Dr. Nilsson's 2013 paper, correct?

Page 413

1         A.    That's correct.
2         Q.    But you knew that there were earlier
3    papers that came out from his cohort, correct?
4         MR. SNELL: Objection, leading.
5      Go ahead.
6         A.    Yes.  And my recollection is we even
7    discussed those in the paper itself.
8         Q.    Right.  And you discussed those in
9    connection with the safety considerations, correct?
10        A.    Yes.
11        Q.    But you only included the last paper
12   in the efficacy considerations, correct?
13        A.    Yes.
14        MR. SNELL: Objection, leading.
15     Go ahead.
16        Q.    Despite the fact that some of those
17   papers came out more than five years after the
18   cohort was commenced, correct?
19        MR. SNELL: Objection, leading.
20        A.    Yes.
21        Q.    And was that because they were
22   reporting on the safety cohort of women that were
23   already discussed in the 2013 article?
24        A.    Yes.

15 (Pages 410 to 413)

Jerry G. Blaivas, M.D.

Page 414

1    Q.    Okay.  Now, Mr. Snell asked you a
2    number of hypothetical questions about additional 10
3    studies or 12 studies that purportedly may not have
4    been included in Table 1.
5         He didn't identify all of those articles for
6    you, correct?
7    A.    Correct.
8    Q.    And, in the absence of the
9    identification of those articles, you can't
10   determine which articles, specifically, he's
11   referring to, correct?
12   A.    Correct.
13   Q.    And you can't determine whether these
14   hypothetical -- why these hypothetical -- let me...
15        You can't determine whether these
16   hypothetical articles even exist, correct?
17   A.    Correct.
18   Q.    And you can't determine if they
19   exist, why they were not included in the table in
20   the absence of him identifying those, correct?
21   A.    Yes.
22   Q.    Now, did you consider and read more
23   articles than you actually cited in your "Nature"
24   review article?

Page 415

1         MR. SNELL:  Objection, vague.
2    A.    For -- for what?  I don't understand
3    the question.
4    Q.    Fair enough.  That was a bad
5    question.
6         In your work dealing with women who have
7    pelvic mesh complications, writing articles,
8    reviewing articles for journals and in your work in
9    preparing your expert reports in this case, have you
10   considered more articles than are actually cited
11   just in the "Nature" article itself?
12   A.    I have.
13   Q.    That's all that I have.
14        MR. SNELL:  Alright.  I just have a
15   few follow-up.  And let's stop to take a break.  I
16   want to find something in here real quick.
17        (Recess taken 3:39 to 3:42 p.m.)
18   EXAMINATION BY MR. SNELL:
19   Q.    Doctor, a follow-up on some of the
20   questions you were asked, some questions about
21   pathology.
22        Am I correct that you're not credentialed
23   here at your hospital to read and interpret
24   pathology slides that --

Page 416

1         MS. FITZPATRICK:  Objection.
2    Q.    -- provide --
3    A.    That's correct.
4         MS. FITZPATRICK:  Objection, asked
5    and answered.
6    Q.    And you don't write pathology
7    reports?
8         MS. FITZPATRICK:  Objection, asked
9    and answered.
10   A.    That's correct.
11   Q.    And you have not published the
12   findings of pathology reports for your patients,
13   correct?
14        MS. FITZPATRICK:  Objection.
15   A.    That's correct.
16   Q.    Meaning, you haven't written an
17   article submitted to peer review as to the pathology
18   findings of your patients, correct?
19        MS. FITZPATRICK:  Objection.
20   A.    Correct.
21   Q.    You haven't done that for your
22   pubovaginal sling patients, correct?
23   A.    Correct.
24   Q.    And you haven't done that for

Page 417

1    midurethral sling patients, correct?
2    A.    Correct.
3         MS. FITZPATRICK:  Objection, vague.
4    Q.    You mentioned that you were an editor
5    of a journal and that you believe had some bearing
6    on your opinions.
7         Remind me of what journal that was?  Was
8    that the Journal of Neurourology and Voiding
9    Dysfunction?
10   A.    And Uro --
11        MS. FITZPATRICK:  Objection.
12   A.    It's called Neurourology and Uro
13   Dynamics.
14   Q.    Let me back up one minute.
15        What journal did you refer to to which you
16   were an editor?
17   A.    Neurourology and Uro Dynamics.
18   Q.    So you would have reviewed studies
19   submitted to that -- strike that.
20        You would have reviewed articles submitted
21   to that journal?
22        MS. FITZPATRICK:  Objection, lacks
23   timeframe, lacks a foundation.
24   A.    Yes, to that journal and also I

16 (Pages 414 to 417)

Jerry G. Blaivas, M.D.

Page 418

1    mentioned many other journals as well.
2        Q.    When you were the editor of that
3    particular journal, did you review all of the
4    articles submitted to it?
5            MS. FITZPATRICK:  Objection, lacks
6    foundation.
7        A.    I reviewed all of the abstracts and
8    then depending upon the abstracts, I would make a
9    judgment on whether or not I wanted to review the
10   paper in detail.  I was -- I was never a reviewer
11   for an article unless I was asked to be by one of
12   the editors.  But I reviewed -- so I wasn't an
13   official reviewer, but I reviewed, I mean, virtually
14   all the articles on mesh because that was an
15   interest of mine and I had final say over
16   publication.  So anytime there was a discrepancy,
17   then I would review the article.
18       Q.    Is it your contention that every
19   article that came out of that journal while you were
20   editor is methodologically sound?
21       A.    I don't --
22           MS. FITZPATRICK:  Objection.
23       A.    No.  It's not my contention at all.
24       Q.    Mistakes could have been made during

Page 419

1    the editorial process while you were editor of that
2    journal, right?
3            MS. FITZPATRICK:  Objection, beyond
4    the scope, lacks a foundation, hypothetical.
5        A.    "Mistakes" are always possible.  But
6    the problems -- the "mistakes" are possible, but
7    more often than not if a paper reported on efficacy
8    -- if the primary objective of the paper was to
9    report on efficacy and that was acceptable, then we
10   -- in general, they wouldn't reject the article
11   because of that and they would let the complication
12   part stand because the complications they do report
13   are valuable contributions to the literature.  If we
14   didn't do that, then there would be no complications
15   reported to the literature and that would be even
16   worse.  I don't consider those "mistakes."  I
17   consider those, you know, prudent and practical
18   compromises that editorial staff has to take.
19       Q.    So complications being reported in
20   the literature, is that a beneficial thing in your
21   opinion?
22           MS. FITZPATRICK:  Objection,
23   hypothetical, lacks -- hang on -- hypothetical,
24   lacks foundation, beyond the scope of his expert

Page 420

1    opinion in this case.
2        A.    Reporting complications is always
3    valuable, but it doesn't give you a handle on what
4    the incidence of the complications are or the
5    likelihood of someone developing a complication.
6        Q.    So, you know Ed McGuire, right?
7        A.    I do.
8        Q.    Have you read some of his articles on
9    autologous pubovaginal slings?
10       A.    I have.
11       Q.    Have you seen they actually had sling
12   exposures -- strike that -- sling erosions with the
13   autologous pubovaginal sling, right?
14       A.    I'm not aware of that.
15       Q.    Okay.
16       A.    It doesn't mean it didn't happen.
17       Q.    Fair enough.
18       The Journal of Neurourology, why did they
19   ask you to step down as editor at the meeting in
20   Italy?
21           MS. FITZPATRICK:  Objection, lacks
22   foundation, hypothetical, assumes facts not in
23   evidence.
24           MR. SNELL:  It's not hypothetical.

Page 421

1            MS. FITZPATRICK:  You've got no
2    foundation.
3        A.    I'm not aware that they asked me to
4    step down at the meeting in Italy.
5        Q.    Okay.  Did they ask you to step down
6    as editor of that journal?
7        A.    Who is -- I don't know who you mean
8    by "they."
9        Q.    Was there a vote of confidence on you
10   in your role as editor of that journal?
11       A.    I'm not aware of that.
12       Q.    And it's your contention -- were you
13   asked to step down as editor of that journal?
14       A.    By whom?
15       Q.    By anyone.
16       A.    There were people -- like anybody
17   else, there were people that would like to see me
18   not be editor.  But I think you can say that about
19   anybody in a public position.
20       Q.    But you did step down from that
21   journal, correct?
22       A.    After 20 something years, yes.
23       Q.    And it was following a vote at a
24   meeting in Italy; is that correct or not?

17 (Pages 418 to 421)

Jerry G. Blaivas, M.D.

Page 422

1      MS. FITZPATRICK:  Objection, asked
2  and answered, hypothetical, assumes facts not in
3  evidence.  This has already been responded to by Dr.
4  Blaivas and this is pure harassment at this point.
5      A.    You know what, I'm not aware of that.
6  I mean...
7      Q.    Okay.  That's fair enough.
8      When you were editor of that journal, did
9  you review the minutes of meetings coming out of
10  board meetings and other committee meetings?
11      A.    Board meetings of whom?
12      Q.    Of members of the journal, the
13  editorial staff.
14      A.    Of course.
15      MS. FITZPATRICK:  Hang on.  Give me a
16  chance.
17      THE WITNESS:  Okay.
18      MS. FITZPATRICK:  Objection, beyond
19  the scope, irrelevant to what it is we're discussing
20  here, hypothetical.
21      (There is a discussion off the record.)
22      MR. SNELL:  I'm just going to be
23  quick.
24      Q.    Plaintiffs' counsel asked you some

Page 423

1  questions about the review and she seems to
2  insinuate that I didn't ask you about anything other
3  than Table 1, the long-term.
4      But, Doctor, actually, you and I discussed
5  quite a bit Table 3, "Complications of Retropubic
6  Slings," didn't we?
7      A.    Yes, we did.
8      Q.    And that's where you reported the
9  less than 1 percent rate of women who had pain
10  lasting six weeks or more with the TVT, right?
11      A.    I didn't report that.  I read what
12  other reportedly constructed studies have shown.
13      Q.    That's what you wrote down in your
14  paper, though, correct?
15      A.    We -- yes, I just answered that.
16      Q.    Okay.  And you and I discussed
17  vaginal exposures, too, that you reviewed, right?
18      A.    Yes.
19      Q.    And you were asked questions about
20  infection and you and I also discussed and you wrote
21  in your review that the rate of serious infection in
22  combination with bowel perforations was less than
23  what, Doctor?  It's highlighted on the right side.
24      A.    Of about 0.1 percent.

Page 424

1      Q.    Do you recall us having a discussion
2  about that during my initial questioning?
3      A.    I did, I do.
4      Q.    Okay.  Can I see that back really
5  quick?
6      A.    Its yours.
7      Q.    Well, we're sharing it.
8      Plaintiffs' counsel just showed you the
9  Footnote 18 by Serati, TVT-O five-year follow-up.
10  Do you recall that?
11      A.    I do.
12      Q.    Do you recall that the article,
13  actually, showed you was the ten-year TVT retropubic
14  follow-up, correct?
15      A.    I don't recall it independently, but
16  I'll accept it from a...
17      Q.    And we'll stop.  I think I might be
18  done.
19      You mentioned that sometimes and then very
20  frequently you would ask for a revised pathology
21  report to be issued concerning one of your patients.
22  Do you recall giving that testimony?
23      A.    Yes.
24      Q.    In what percentages of your cases do

Page 425

1  you ask for revised pathology reports?
2      A.    I would say in most cases I have a
3  question for them.  It doesn't always relate to
4  asking them to revise it.  But, I mean, the problem
5  is they don't -- you know, they don't routinely do
6  things that would be useful -- would be useful for,
7  basically, for our research because we're not, you
8  know, they're looking -- they look at the pathology
9  differently than we do.  I mean, in fairness, I
10  don't think anybody is doing anything wrong.  I
11  think their goal of looking at pathology is to make
12  sure that there's not cancer or, in fact, we're
13  giving them a proper specimen.  And our goal is to
14  try to understand better about the physiology and
15  pathophysiology of all these things.  But it really
16  doesn't necessarily -- it doesn't change how we
17  treat the patient.  It changes how we understand how
18  they got there.
19      Q.    Yeah.
20      A.    So they don't -- it's just a
21  different frame of reference.
22      MR. SNELL:  [MOTION] I'm going to,
23  very respectfully, move to strike as nonresponsive.
24      MS. FITZPATRICK:  I'm going to object

18 (Pages 422 to 425)

Jerry G. Blaivas, M.D.

Page 426

1   to the motion to strike.
2          MR. SNELL:  Can you reread the
3   question to the Doctor.
4          Q.     And I'm focused on what is the
5   percent.  But I'll let Madam court reporter read it
6   back.
7          (Whereupon, the question is read back as
8   follows:
9          "Question:  In what percentages of your
10  cases, do you ask for revised pathology reports?")
11         A.     I don't have independent knowledge,
12  but I would say less than half but more than
13  single-digit percents.  I just couldn't estimate
14  better than that.
15         Q.     Okay.  Okay.  I'm done.  Thank you.
16         MS. FITZPATRICK:  I have one question
17  based on that, maybe two.
18  EXAMINATION BY MS. FITZPATRICK:
19         Q.     Dr. Blaivas, have you personally ever
20  seen a woman who had an erosion with a pubovaginal
21  or an autologous sling?
22         A.     No.
23         Q.     Have you talked to your colleagues
24  about any problems that they have had with erosion

Page 427

1   caused by pubovaginal or autologous slings?
2          A.     Never.
3          Q.     Do you believe that an erosion is a
4   common complication or even a rare complication of
5   pubovaginal or autologous sling?
6          MR. SNELL:  Objection.
7          A.     No, I do not.
8          Q.     Okay.  And why not?
9          A.     I answered part of it before.
10  Because, you know, we -- over the years we probably
11  -- I would say I have lectured before just in small
12  groups I would say, at least, 5,000 different
13  urologists and gynecologists, which is, you know, by
14  today's numbers half of all urologists in the
15  country and it never once came up.  And we get
16  questions about -- we get questions about mesh
17  fistulas, which by my own account is less than 1
18  percent.  So people, actually, ask me, well, how do
19  you manage mesh fistulas?
20         It's inconceivable to me that if this was a
21  common problem, not one person ever would have asked
22  me about an erosion and it was never ever not once
23  brought up in any of our meetings.  I've never seen
24  it ever once presented at any of our national or

Page 428

1   international meetings.  And every one of them has
2   something about mesh complications and mesh erosion
3   so...
4          Q.     Okay.  That's all that I have.
5          MR. SNELL:  I'm going to follow up on
6   that.
7   EXAMINATION BY MR. SNELL:
8          Q.     Well, I showed you in your own AUA
9   guidelines Table A16 revised 2012 where you and a
10  whole bunch of other urologists reported autologous
11  fascia without bone anchors.
12         So that's a non-synthetic procedure, right?
13         A.     Yes.
14         Q.     And you reported, "erosion extrusion
15  1 percent," and below that it says, "erosion
16  extrusion into the urethral-bladder 2 percent."
17         So it has been reported even by you,
18  correct?
19         A.     I don't believe any of the people --
20  this was -- yes, it's been reported.  But I don't
21  believe that any of us acknowledged that it happens
22  with that frequency.
23         The problem is I alluded to before is that
24  we were constrained by the AUA -- overall AUA

Page 429

1   guidelines panel -- by the overall guidelines panel
2   committee on a certain methodology to, you know, in
3   our reporting.  So, if these things were reported in
4   the literature, we couldn't say that they -- we
5   couldn't ignore it.
6          But thanks to your questioning from last
7   time, I had the opportunity to go back and read some
8   of the papers that actually alluded to this.  And
9   what I found was that many of the studies that used
10  -- many of the reported studies about autologous
11  slings eroding or perforating used a methodology --
12  a flawed methodology that I've been critical of with
13  -- that the TVT introduced.  And that is blind
14  passage of trocars to pass the instruments to put
15  the sling in place.  So what I believe happened is
16  the newer studies using autologous slings utilized a
17  flawed technique introduced by the TVT and,
18  therefore, suffered some of the same complications
19  that the TVT -- that the TVT had.  When you compare
20  -- when you look at the studies that used what we
21  call full-length autologous slings, in using the
22  technique, for example, that I described, I don't
23  believe there is a single case report in the world
24  literature about that.  And even if there was, as I

19 (Pages 426 to 429)

Jerry G. Blaivas, M.D.

Page 430

1    already mentioned, it's extraordinarily rare and of
2    little consequence and even if every one of these --
3    I don't believe they were, but even if every one of
4    these reported complications was a legitimate
5    complication of an autologous sling, even if that
6    were the case, the repercussions are almost nothing.
7    All you -- compared to a mesh sling. So the net
8    effect is what I already testified to a moment ago.
9    So I'm not going to repeat it.
10       Q.   Well, Doctor, I think you just said
11   that the blind passage of instruments or trocars was
12   introduced by TVT.
13        You and I both know that surgeons were
14   passing blindly surgical instruments to put in
15   autologous pubovaginal sling long before TVT, right?
16       MS. FITZPATRICK: Objection,
17   mischaracterizes and misstates the testimony.
18       A.   Not -- well, there's a difference --
19       Q.   Can you answer my question yes or no?
20       A.   Not since -- to my knowledge, the
21   overwhelming majority -- I can't say never. But the
22   overwhelming majority of autologous slings were done
23   by the technique that was described either by Dr.
24   McGuire or myself. And neither of us used trocars

Page 431

1    and things like that. We used -- the dissection was
2    done with our finger -- the way -- I've already
3    testified to the way it was done. So now the Roz
4    (phonetic) technique did -- the Roz (phonetic)
5    technique not for slings but the Roz (phonetic)
6    technique for -- I'm trying to -- that he used for
7    his repair -- for his incontinence operations, that
8    did use a small trocar and that did have that
9    complication sometimes. But that's not the
10   technique for autologous slings.
11       Q.   You were using needles blindly for
12   your autologous pubovaginal slings long before TVT,
13   right?
14       A.   I never --
15       MS. FITZPATRICK: Objection,
16   mischaracterizes the testimony.
17       A.   The answer is, no, I don't believe I
18   ever used one.
19       Q.   What instrument did you use? I
20   thought you told me you used Stamey needle --
21       A.   No.
22       Q.   -- or some other type of needle to
23   pass your sling to go down and pull it back up.
24       A.   Okay.

Page 432

1         MS. FITZPATRICK: Objection,
2    mischaracterizes the testimony.
3        A.   I understand the question.
4         I used Stamey needle only for the synthetic
5    sling when I temporarily bought into the idea that
6    this might be a good technique. I never once ever
7    used anything other than something called a long
8    Debakey clamp, which is not a trocar, which does not
9    have a point. That's the only instrument I've ever
10   used for an autologous sling.
11       Q.   You said you read some of these
12   papers on autologous slings. What are the names of
13   those papers that you read?
14       A.   I don't have an independent
15   recollection of it right new.
16       MS. FITZPATRICK: Objection.
17       Can we check the time?
18       Q.   How many of them did you read?
19       A.   Five.
20       MS. FITZPATRICK: Let's take a minute
21   to check the time.
22       (There is a discussion off the record.)
23       A.   I want to correct my last answer. I
24   think I said five at the end. I didn't mean -- I do

Page 433

1    have a recollection. I read all of the references
2    relating to erosions that were referenced in the
3    Schimpf article that you brought to my attention
4    last time. But I don't remember right now the
5    individual papers.
6        Q.   Did you go back and read all the
7    articles cited in the AUA paper?
8        A.   No, but I did review some of them.
9        Q.   You mentioned that you do a
10   full-length autologous sling. When you say,
11   "full-length," what do you mean by that?
12       A.   It means that it's long enough --
13   there isn't a specified length, but it's long enough
14   to go from well into the retropubic space on one
15   side and around to the other side. And, usually, it
16   goes to just underneath the rectus fascia on one
17   side to just underneath the rectus fascia on the
18   other side.
19       Q.   Is there an average length? Are we
20   talking 10 centimeters, 20 centimeters?
21       A.   Yeah, I would say -- I would say
22   average maybe 10 or 12.
23       Q.   Okay.
24       A.   It depends on how big the person is.

20 (Pages 430 to 433)