Daniel Steven Elliott, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., | :Master File No. |
| PELVIC REPAIR SYSTEM | :2:12-MD-0237 |
| PRODUCTS LIABILITY | : |
| LITIGATION | :MDL No. 2327 |

---

| | |
|---|---|
| THIS DOCUMENT RELATES TO | :JOSEPH R. GOODWIN |
| THE CASES LISTED BELOW | :U.S. DISTRICT JUDGE |

---

| | |
|---|---|
| Mullins, et al. V. Ethicon, Inc., et al. | 2:12-cv-02952 |
| Sprout, et al. V. Ethicon, Inc., et al. | 2:12-cv-07924 |
| Iquinto v. Ethicon, Inc., et al. | 2:12-cv-09765 |
| Daniel, et al. V. Ethicon, Inc., et al. | 2:13-cv-02565 |
| Dillon, et al. V. Ethicon, Inc., et al. | 2:13-cv-02919 |
| Webb, et al. V. Ethicon, Inc., et al. | 2:13-cv-04517 |
| Martinez v. Ethicon, Inc., et al. | 2:13-cv-04730 |
| McIntyre, et al. V. Ethicon, Inc., et al. | 2:13-cv-07283 |
| Oxley v. Ethicon, Inc., et al. | 2:13-cv-10150 |
| Atkins, et al. V. Ethicon, Inc., et al. | 2:13-cv-11022 |
| Garcia v. Ethicon, Inc., et al. | 2:13-cv-14355 |
| Lowe v. Ethicon, Inc., et al. | 2:13-cv-14718 |
| Dameron, et al. V. Ethicon, Inc., et al. | 2:13-cv-14799 |
| Vanbuskirk, et al. V. Ethicon, Inc., et al. | 2:13-cv-16183 |

SEPTEMBER 26, 2015
DANIEL STEVEN ELLIOTT, M.D.

Daniel Steven Elliott, M.D.

1    sheets that pertain to the Sparc or Monarc

2    products?

3         **A.**    No, I have not.

4         **Q.**    Have you ever looked at the MSDS

5    sheets that pertain to the Coloplast sling

6    products?

7         **A.**    I have not.

8         **Q.**    Why not?

9         **A.**    Because I don't know how to find them.

10        **Q.**    Am I correct; you never used the TVT

11   retropubic device?

12        **A.**    Correct.  Correct.  You're right.

13        **Q.**    And when I say TVT retropubic, I mean

14   the original, still-on-the-market-today Ethicon

15   manufactured TVT retropubic device.

16        **A.**    Correct.  The bottom up.  They also

17   have a top-down.  But bottom line, I have not used

18   any Ethicon product for stress urinary

19   incontinence.

20        **Q.**    Okay.  So that makes it fast.  Great.

21             Before writing your report in this

22   case, did you review the order issued by the judge

23   regarding the design defect claim in Mullins, and

24   what the judge expected the parties to focus on in

25   this matter?

Golkow Technologies, Inc. - 1.877.370.DEPS

Daniel Steven Elliott, M.D.

Page 78

1    know of another one.  If that study says there's

2    only one bottom-up and it's the TVT, I can't

3    disagree with that.  I just don't know right now.

4         Q.    You certainly know that the TVT

5    retropubic device has been studied in more

6    randomized control trials than any other stress

7    urinary incontinence surgical device; correct?

8              MR. CARTMELL:  Object to the form.

9         A.    I have -- I have heard a lot of facts

10   like that.  I have never independently verified

11   that to be true, but I don't doubt its existence.

12        Q.    BY MR. SNELL:  It says the retropubic

13   bottom-to-top route also "incurred significantly

14   less voiding dysfunction and led to fewer bladder

15   perforations and vaginal tape erosions"; correct?

16        A.    That is what they state, yes.

17        Q.    And those would be benefits of using a

18   retropubic bottom-to-top route like the TVT

19   retropubic employs as compared to a top-to-bottom

20   route; correct?

21             MR. CARTMELL:  Object to the form.

22        A.    Well, correct except that Ethicon

23   makes a TVT-AA, which is top-to-bottom.  So based

24   upon what they're saying here, TVT-AA would be

25   included in the top-to-bottom.  So this would be

Golkow Technologies, Inc. - 1.877.370.DEPS