

# MATERIAL SAFETY DATA SHEET

## 1. CHEMICAL PRODUCT AND COMPANY INFORMATION

**Product Name:**         C4001 POLYPROPYLENE HOMOPOLYMER

**Manufacturer Information:**

Sunoco, Inc. (R&M)
Ten Penn Center
1801 Market Street
Philadelphia, Pennsylvania, 19103-1699

**Product Use:**

Blow molding,
Extrusion,
Profiles,

**Emergency Phone Numbers:**

Chemtrec                           (800) 424-9300
Sunoco Inc.                        (800) 964-8861

**Information:**

Product Safety Information         (610) 859-1120

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Component | CAS No. | Amount (Vol%) |
|---|---|---|
| 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 | 100 - 100 |

**EXPOSURE GUIDELINES (SEE SECTION 15 FOR ADDITIONAL EXPOSURE LIMITS)**

| CAS No. | Governing Body | Exposure Limits |
|---|---|---|
| | | |

## 3. HAZARDS IDENTIFICATION

- **EMERGENCY OVERVIEW**
  Caution! Low hazard for usual industrial or commercial handling. May cause respiratory tract irritation.

  **Hazards Ratings:**
  *Key: 0 = least, 1 = slight, 2 = moderate, 3 = high, 4 = extreme*

  |        | Health | Fire | Reactivity | PPI |
  |---|---|---|---|---|
  | NFPA | 1 | 1 | 0 | |
  | HMIS | 0 | 1 | 0 | X |

- **POTENTIAL HEALTH EFFECTS**

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                        ETH.MESH.02026591

- **PRE-EXISTING MEDICAL CONDITIONS**
  The following diseases or disorders may be aggravated by exposure to this product:  Respiratory system;  Skin;
- **INHALATION**
  At elevated temperatures may cause irritation to eyes and respiratory tract.
  - **LC50 (mg/l):** no data
  - **LC50 (mg/m3):** no data
  - **LC50 (ppm):** no data

- **SKIN**
  Contact with heated product may cause thermal burns.
  - **Draize Skin Score:** no data        other
  - **LD50 (mg/kg):** no data

- **EYES**
  Contact with product at elevated temperatures can result in thermal burns.  Slightly irritating but does not injure eye tissue.
- **INGESTION**
  No effects expected if product is ingested.
  - **LD50 (g/kg):** no data

## 4. FIRST AID MEASURES

- **INHALATION**
  Remove to fresh air.  If not breathing, give artificial respiration.  If breathing is difficult, give oxygen and continue to monitor.  Get medical attention.
- **SKIN**
  For hot product, immediately immerse in or flush the affected area with large amounts of cold water to dissipate heat.  Cover with clean cotton sheeting or gauze and get prompt medical attention.  No attempt should be made to remove material from skin or to remove contaminated clothing as the damaged flesh can be easily torn.
- **EYES**
  For contact with molten product, flush immediately with plenty of cool water for at least 15 minutes.  Get medical attention.
- **INGESTION**
  First aid not normally required.

## 5. FIRE FIGHTING MEASURES

- **EXTINGUISHING MEDIA**
  The following media may be used to extinguish a fire involving this material:  Water spray;  Carbon dioxide;  Dry chemical;
- **FIRE FIGHTING INSTRUCTIONS**
  The use of fresh air equipment such as Self Contained Breathing Apparatus (SCBA) or Supplied Air Respirators should be worn for fire fighting if exposure or potential exposure to products of combustion is expected.  Wear structural fire fighting gear.

### FLAMMABLE PROPERTIES

|  | Typical | Minimum | Maximum | Text Result | Units | Method |
|---|---|---|---|---|---|---|
| Flash Point |  |  |  | no data | F | N/A |
| Autoignition Temperature |  |  |  | no data | F | N/A |
| Lower Explosion Limit |  |  |  | no data | % | N/A |
| Upper Explosion Limit |  |  |  | no data | % | N/A |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                              ETH.MESH.02026592

## 6. ACCIDENTAL RELEASE MEASURES

Vacuum or sweep up material and place in a disposal container. Forms smooth, slippery surfaces on floors, posing an accident risk. Clean up spills immediately, observing precautions in Protective Equipment section.

## 7. HANDLING AND STORAGE

- **HANDLING**
  Avoid breathing vapors from heated material. Follow all MSDS/label precautions even after container is emptied because it may retain product residue.
- **STORAGE**
  Store in a cool dry place.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

Consult With a Health and Safety Professional for Specific Selections

- **ENGINEERING CONTROLS**
  Local exhaust ventilation may be necessary to control any air contaminants to within their TLVs during the use of this product. General dilution ventilation may assist with the reduction of air contaminant concentrations.
- **PERSONAL PROTECTION**

    - **EYE PROTECTION**
      Splash proof chemical goggles are recommended to protect against the splash of product. Full-face shield is recommended to protect against splash of hot product.
    - **GLOVES or HAND PROTECTION**
      Wear insulated impervious protective gear to protect against the splash of hot product.
    - **RESPIRATORY PROTECTION**
      Half-mask air purifying respirator with combination organic vapor and HEPA filter cartridges is acceptable for exposures to ten (10) times the exposure limit. Full-face air purifying respirator with combination organic vapor and HEPA filter cartridges is acceptable for exposures to fifty (50) times the exposure limit.
    - **OTHER**
      Facilities storing or utilizing this material should be equipped with an eyewash facility and a safety shower.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

| Physical Property | Typical | Units | Text Result | Reference |
|---|---|---|---|---|
| Appearance | | other | White pellets | |
| Boiling Point | | F | no data | |
| Bulk Density | | lb/gal | no data | |
| Melting Point | | F | 160 - 170 deg C | |
| Molecular Weight | | other | no data | |
| Octanol/Water Coefficient | | other | no data | |
| pH | | other | no data | |
| Specific Gravity | | other | 0.90 - 0.91 | |
| Solubility In Water | | wt % | Negligible | |
| Odor | | other | Odorless | |
| Odor Threshold | | other | no data | |
| Vapor Pressure | | psia | Negligible | |
| Viscosity (F) | | other | no data | |
| Viscosity (C) | | other | no data | |

R000000C4001, C4001 POLYPROPYLENE HOMOPOLYMER 3
04/13/05

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                    ETH.MESH.02026593

| % Volatile | | wt % | no data | |

## 10. STABILITY AND REACTIVITY

- **STABILITY**
  Stable
- **CONDITIONS TO AVOID**
  none known
- **INCOMPATIBILITY**
  The following materials are incompatible with this product:  Strong oxidizers such as chlorine, peroxides, chromates, nitric acid, perchlorates, concentrated oxygen, sodium hypochlorite, calcium hypochlorite and permanganates.  Chlorine;  Nitric acid;
- **HAZARDOUS DECOMPOSITION PRODUCTS**
  Combustion may produce carbon monoxide, carbon dioxide and other asphyxiants.
- **HAZARDOUS POLYMERIZATION**
  Will not occur

## 11. ECOLOGICAL INFORMATION
No data available

## 12. DISPOSAL CONSIDERATIONS
Follow federal, state and local regulations.  Contract to authorized disposal service.

## 13. TRANSPORT INFORMATION

| Governing Body | Mode | Proper Shipping Name | | |
|---|---|---|---|---|
| DOT | Ground | Not Regulated | | |

| Governing Body | Mode | Hazard Class | UN/NA No. | Label |
|---|---|---|---|---|
| DOT | Ground | N/A | N/A | |

## 14. REGULATORY INFORMATION

| Regulatory List | Component | CAS No. |
|---|---|---|
| Inventory - Australia (AICS) | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - Canada - Domestic Substances List | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - China | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - Japan - (ENCS) | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - Korea - Existing and Evaluated | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - Philippines Inventory (PICCS) | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - TSCA - Sect. 8(b) Inventory | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |

Title III Classifications Sections 311,312:

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.02026594

- Acute: **NO**
- Chronic: **NO**
- Fire: **NO**
- Reactivity: **NO**
- Sudden Release of Pressure: **NO**

## 15. OTHER INFORMATION

Follow all MSDS/label precautions even after container is emptied because it may retain product residue. COMPONENT TOXICITY: Polypropylene has been tested in laboratory rats by subcutaneous implantation of discs or powder. Local sarcomas were induced at the site of implantation. No epidemiological studies or case reports suggest any serious chronic health hazards from long-term exposure to polypropylene decomposition products below the irritation level (OARC, 19, 128).

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                     ETH.MESH.02026595