# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>WAVE 1 CASES ON ATTACHED EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF SHELBY THAMES.

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion, Plaintiffs respectfully request that the Court enter an order excluding, or limiting in the Court's discretion, the expert testimony proffered by Shelby Thames.

Dated: April 21, 2016

/s/ Edward A. Wallace
Edward A. Wallace
Mark R. Miller
Michael H. Bowman
Wexler Wallace
55 W. Monroe St. Ste. 3300
Chicago, IL 60603
Phone: (312) 346-2222
eaw@wexlerwallace.com
mrm@wexlerwallace.com
mhb@wexlerwallace.com

/s/Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

1

                              <u>/s/ D. Renee Baggett</u>  
                              Bryan F. Aylstock, Esq.  
                              Renee Baggett, Esq.  
                              Aylstock, Witkin, Kreis and Overholtz, PLC  
                              17 East Main Street, Suite 200  
                              Pensacola, Florida  32563  
                              (850) 202-1010  
                              (850) 916-7449 (fax)  
                              <u>rbaggett@awkolaw.com</u>  
                              <u>baylstock@awkolaw.com</u>

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

>By: /s/ Edward A. Wallace
Edward A. Wallace
Mark R. Miller
Michael H. Bowman
Wexler Wallace LLP
55 W. Monroe St. Ste. 3300
Chicago, IL 60603
Phone: (312) 346-2222
eaw@wexlerwallace.com
mrm@wexlerwallace.com
mhb@wexlerwallace.com
*Plaintiffs' Counsel*