**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM  PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** **MDL 2327** |
| **THIS DOCUMENT RELATES TO:** **Ethicon Wave 1 cases listed in Exhibit A** | **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

**PLAINTIFFS' MOTION TO EXCLUDE THE GENERAL CAUSATION**
**OPINIONS OF DEFENSE EXPERT MICHAEL P. WOODS, M.D.**

COME NOW Plaintiffs in the above-captioned Ethicon Wave 1 cases to respectfully request that this Court preclude Michael P. Woods, M.D., a proffered expert witness for the Defendants, from giving any opinions regarding the design of Defendants' TVT or TVT-O meshes, regarding the adequacy of the warnings for those products, or regarding complication rates that he claims to have developed in his practice.  Dr. Woods has been designated as an expert in all of the cases listed in the caption above.

The grounds for this motion are stated in the accompanying Memorandum in Support of Plaintiffs' Motion.

4818-0833-6934, v. 1

Dated: April 21, 2016

Respectfully submitted,


/s/ Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone:     (816) 701-1100
Facsimile:      (816) 531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com


/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
Telephone:     (850) 202-1010
Facsimile:      (850) 916-7449
baylstock@awkolaw.com
rbaggett@awkolaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on April 21, 2016, using the Court's

CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.


/s/Thomas P. Cartmell
**Attorney for Plaintiffs**

3

## INDEX OF EXHIBITS

**Exhibit A:** List of cases on which Dr. Woods is designated

**Exhibit B:** Woods TVT-O Deposition, March 31, 2016

**Exhibit C:** Woods Expert Report for Ethicon Wave 1 Cases

**Exhibit D:** Woods TVT Deposition, October 5, 2015

**Exhibit E:** Elbert Deposition, Dec. 23, 2014

**Exhibit F:** Owens Deposition, Sept. 13, 2014

4818-0833-6934, v. 1