# Exhibit B

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     CHARLESTON DIVISION
 3   IN RE: ETHICON, INC., PELVIC   :Master File No.
     REPAIR SYSTEM PRODUCTS         :2:12-MD-02327
 4   LIABILITY LITIGATION           :MDL No. 2327
 5   ----------------------------------------------------
     THIS DOCUMENT RELATES TO       :JOSEPH R. GOODWIN
 6   THE CASES LISTED BELOW         :U.S. DISTRICT JUDGE
     ----------------------------------------------------
 7
     Mary Holzerland                 2:12-cv-00875
 8
     Cheryl Lankston                 2:12-cv-00755
 9
     Denise Sacchetti                2:12-cv-01148
10
     Cherise and Marty Springer      2:12-cv-00997
11
     Bonnie Blake                    2:12-cv-00995
12
     Angela Morrison                 2:12-cv-00800
13
     Myndal Johnson                  2:12-cv-00498
14
     Mary and Kenneth Thurston       2:12-cv-00505
15
16        DEPOSITION OF MICHAEL P. WOODS, M.D., called for
17   examination, taken pursuant to the Federal Rules of
18   Civil Procedure of the United States District Courts
19   pertaining to the taking of depositions, taken before
20   SONDRA W. PETERSEN, RMR, CRR, CSR, Notary Public for
21   the State of Nebraska, at Embassy Suites Omaha
22   Downtown/Old Market, 555 South 10th Street, Omaha,
23   Nebraska, on March 31, 2016, at 9:37 a.m.
24                         § § §
25
```

Michael P. Woods, M.D.

```
 1                   A-P-P-E-A-R-A-N-C-E-S
 2
 3   FOR THE PLAINTIFFS:
 4   JEFFREY M. KUNTZ, ESQ.
     WAGSTAFF & CARTMELL, LLP
 5   4740 Grand Avenue, Suite 300
     Kansas City, Missouri 64112
 6   (816) 701-1100  FAX (816) 531-2372
     E-mail: jkuntz@wcllp.com
 7
 8
 9   FOR THE DEFENDANTS:
10   MICHELLE ATOR, ESQ.
     FRIDAY, ELDREDGE & CLARK, LLP
11   2000 Regions Center
     400 West Capitol Avenue
12   Little Rock, Arkansas 72201-3493
     (501) 376-2011  FAX (501) 376-2147
13   E-mail: mator@fec.net
14
15                       § § §
16
17
18
19
20
21
22
23
24
25
```

Michael P. Woods, M.D.

```
 1   and, when it was no longer available, the TVT
 2   Abbrevo.  I -- I use -- I'd probably say it's my
 3   primarily one that I would use.
 4   BY MR. KUNTZ:
 5       Q.   Okay.  What's the difference between the
 6   TVT Abbrevo and the TVT-O?
 7       A.   The TVT Abbrevo has a polypropylene suture,
 8   so when you pass it, it does not transverse all of
 9   the muscles and so it's a shorter length--I don't
10   remember the exact length of it to be honest with
11   you--and compared to the TVT-O where the mesh
12   material comes all of the way through the skin and
13   then is cut below the skin.
14       Q.   Do you know why Ethicon created the TVT
15   Abbrevo?
16       A.   I don't have the exact reasons behind that.
17   I was in on the development of the product with the
18   idea that some surgeons felt that it might have less
19   pain in the thigh or in the obturator area after the
20   procedure, but beyond the specific company documents,
21   I am uncertain.
22       Q.   Have you ever reviewed any internal
23   documents with respect to the inventor of the TVT-O
24   and problems with it, Dr. de Leval?
25       A.   I reviewed some of the internal documents
```

1  with Dr. de Leval with the idea that there may be
2  less pain associated with that passage, and so I have
3  read those documents.  I don't have them specifically
4  right in front of me, but, yes, I have.
5      Q.  Do you know when Ethicon first started
6  seeing problems with pain associated with the
7  implantation of the TVT-O that you were just
8  discussing?
9           MS. ATOR:  Object to form.
10          THE WITNESS:  The -- it depends on how
11  we would define pain.  I think we would have to
12  narrow it down.
13  BY MR. KUNTZ:
14      Q.  Okay.  Let's narrow it down.  What type of
15  pain are you talking about?
16      A.  Immediate postoperative pain.
17      Q.  And how long did that pain last in
18  documentations or reports that you've seen?
19      A.  Most of it resolves within one to two days.
20  Some can extend out further.  Most is gone by a year.
21      Q.  Okay.  You would agree, though, that the
22  TVT-O can cause long-term, chronic pain issues
23  related to the groin and thigh?
24          MS. ATOR:  Object to form.
25          THE WITNESS:  I believe that it would

Michael P. Woods, M.D.

```
 1        A.   When we were looking at the original
 2   report, the TVT included much of the systematic
 3   reviews in the higher-grade, when literature and all
 4   combined, and looked at these together, so there
 5   wasn't (sic) some changes there.
 6        Q.   Do you know what you added substantively to
 7   this report aside from just adding the word "TVT-O"
 8   after "TVT" in various places from your Mullins TVT
 9   report?
10        A.   When I was looking -- you know, I'm going
11   to go to -- again, with TVT-O and Page 59 I reference
12   Dr. de Leval and potential biases.  And then when you
13   look at most of the literature that was reported,
14   then there was tremendous cross lap -- crossover.
15        Q.   Do you know Dr. de Leval?
16        A.   I met him, I believe, once.  It might have
17   been twice, but personally, no, I don't.
18        Q.   Have you ever discussed with Dr. de Leval
19   his opinions about laser cut mesh?
20        A.   No, I have not.
21        Q.   Okay.  Have you ever reviewed any internal
22   documents that discuss Dr. de Leval's opinions about
23   laser cut mesh?
24        A.   I may have.  I don't recall off the top of
25   my head.
```