# Exhibit D

Michael P. Woods, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      CHARLESTON DIVISION
 3    IN RE: ETHICON, INC., PELVIC  :Master File No.
      REPAIR SYSTEM PRODUCTS        :2:12-MD-02327
 4    LIABILITY LITIGATION          :MDL No. 2327
 5    -----------------------------------------------------
      THIS DOCUMENT RELATES TO      :JOSEPH R. GOODWIN
 6    THE CASES LISTED BELOW        :U.S. DISTRICT JUDGE
      -----------------------------------------------------
 7    Mullins, et al. v.             2:12-cv-02952
      Ethicon, Inc., et al.
 8    Sprout, et al. v.              2:12-cv-07924
      Ethicon, Inc., et al.
 9    Iquinto v. Ethicon,            2:12-cv-09765
      Inc., et al.
10    Daniel, et al. v.              2:13-cv-02565
      Ethicon, Inc., et al.
11    Dillon, et al. v.              2:13-cv-02919
      Ethicon, Inc., et al.
12    Webb, et al. v.                2:13-cv-04517
      Ethicon, Inc., et al.
13    Martinez v. Ethicon,           2:13-cv-04730
      Inc., et al.
14    McIntyre, et al. v.            2:13-cv-07283
      Ethicon, Inc., et al.
15    Oxley v. Ethicon,              2:13-cv-10150
      Inc., et al.
16    Atkins, et al. v.              2:13-cv-11022
      Ethicon, Inc., et al.
17    Garcia v. Ethicon,             2:13-cv-14355
      Inc., et al.
18    Lowe v. Ethicon,               2:13-cv-14718
      Inc., et al.
19    Dameron, et al. v.             2:13-cv-14799
      Ethicon, Inc., et al.
20    Vanbuskir, et al. v.           2:13-cv-16183
      Ethicon, Inc., et al.
21
22                    OCTOBER 5, 2015
23                 MICHAEL P. WOODS, M.D.
24              GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph|917.591.5672 fax
25                 deps@golkow.com
```

```
 1   CAPTION CONTINUED:
 2   Mullens, et al. v.              2:13-cv-16564
     Ethicon, Inc., et al.
 3   Shears, et al. v.               2:13-cv-17012
     Ethicon, Inc., et al.
 4   Javins, et al. v.               2:13-cv-18479
     Ethicon, Inc., et al.
 5   Barr, et al. v.                 2:13-cv-22606
     Ethicon, Inc., et al.
 6   Lambert v. Ethicon,             2:13-cv-24393
     Inc., et al.
 7   Cook v. Ethicon, Inc.,          2:13-cv-29260
     et al.
 8   Stevens v. Ethicon,             2:13-cv-29918
     Inc., et al.
 9   Harmon v. Ethicon, Inc.,        2:13-cv-31818
     et al.
10   Snodgrass v. Ethicon,           2:13-cv-31881
     Inc., et al.
11   Miller v. Ethicon, Inc.,        2:13-cv-32627
     et al.
12   Matney, et al. v.               2:14-cv-09195
     Ethicon, Inc., et al.
13   Jones, et al. v.                2:14-cv-09517
     Ethicon, Inc., et al.
14   Humbert v. Ethicon,             2:14-cv-10640
     Inc., et al.
15   Gillum, et al. v.               2:14-cv-12756
     Ethicon, Inc., et al.
16   Whisner, et al. v.              2:14-cv-13023
     Ethicon, Inc., et al.
17   Tomblin v. Ethicon,             2:14-cv-14664
     Inc., et al.
18   Schepleng v. Ethicon,           2:14-cv-16061
     Inc., et al.
19   Tyler, et al. v.                2:14-cv-19110
     Ethicon, Inc., et al.
20   Kelly, et al. v.                2:14-cv-22079
     Ethicon, Inc., et al.
21   Lundell v. Ethicon,             2:14-cv-24911
     Inc., et al.
22   Cheshire, et al. v.             2:14-cv-24999
     Ethicon, Inc., et al.
23   Burgoyne, et al. v.             2:14-cv-28620
     Ethicon, Inc., et al.
24   Bennett, et al. v.              2:14-cv-29624
     Ethicon, Inc., et al.
25
```

Michael P. Woods, M.D.

```
 1   BY MR. KUNTZ:
 2       Q.   You can -- and you're going to say that
 3   over and over again, I know that, and Burt can ask
 4   you those questions, but just answer my question for
 5   now.  Okay?
 6       A.   I'm aware of the internal documents.
 7       Q.   Okay.  So the answer -- your answer is,
 8   yes, Ethicon knew of all of the risks that you listed
 9   out for me prior to the launch of the TVT?
10            MR. SNELL:  Objection:  Misstates,
11   totally misstates.  He said he's aware of the
12   documents, but he did not consider that.  You're
13   misstating his testimony.
14   BY MR. KUNTZ:
15       Q.   Okay.  So you did not consider the Ethicon
16   internal documents when forming your opinions that
17   you're here to talk about today?
18       A.   Absolutely not.
19       Q.   Okay.  So you don't rely on any Ethicon
20   internal design documents in forming or giving your
21   opinions today?
22       A.   I am looking at the evidence-based data
23   that's available.
24       Q.   I think you just said, "Absolutely not."
25   Did you rely on any Ethicon design internal documents
```

Michael P. Woods, M.D.

```
 1   in forming and rendering your opinions that you're
 2   talking about today?
 3        A.   No.
 4        Q.   How many -- when I talk about TVT
 5   Retropubic, I'm talking about the Ethicon product.
 6        A.   Yes.
 7        Q.   Okay.  Do you understand that?
 8        A.   Yes.
 9        Q.   Okay.  How many TVT Retropubic devices have
10   you placed in your career?
11        A.   Retropubic?  A couple thousand.
12        Q.   Okay.  2,000?
13        A.   I would say plus or minus 500, yes.
14        Q.   Okay.  Do you keep track of that number?
15        A.   I do not actively keep track of it anymore.
16        Q.   Okay.  When did you stop keeping track of
17   it?
18        A.   I'm still using Retropubic TVT, but I would
19   say probably around 2007.
20        Q.   Okay.  So you kept track of how many TVT
21   Retropubic devices you used up until 2007, correct?
22        A.   2007 or 2008.
23        Q.   Okay.  Where is that list?
24        A.   I don't have it here.
25        Q.   Okay.  But you do have it, right?  We can
```

 1   do you do with warnings with those three groups?
 2        A.   Actually, looking on the safety design for,
 3   say, obstetrical units and these kind of things.
 4        Q.   Okay.  What do you mean safety design?  For
 5   the actual unit at the hospital?
 6        A.   Yes.
 7        Q.   Okay.  So you work with warnings for, like,
 8   beds in hallways?
 9        A.   Well, what I do is looking at hospital
10   design or team design for patient safety, is a better
11   way to describe it.
12        Q.   You're not an expert on warnings related to
13   medical devices, correct?
14        A.   No, I would not call myself an expert.
15        Q.   Okay.  I mean, you don't know what risk
16   information a medical device company needs to put
17   inside an IFU, do you?
18             MR. SNELL:  Objection, form.
19             THE WITNESS:  I believe that the FDA
20   has very specific guidelines.
21   BY MR. KUNTZ:
22        Q.   Okay.  You don't know what those are as we
23   sit here today?
24        A.   No, I do not.
25        Q.   Okay.  You've never looked at them, have

```
 1   you?
 2        A.   Not the guidelines from the FDA, no.
 3        Q.   You've never drafted an IFU for a medical
 4   device?
 5        A.   No.
 6        Q.   You've never worked on warnings for a
 7   medical device?
 8        A.   Not that I recall, no.
 9        Q.   Okay.  You have never worked on warnings
10   for a prescription drug?
11        A.   No.
12        Q.   You're not a biomedical engineer?
13        A.   No, I am not.
14        Q.   You would agree you're not an expert on the
15   design of medical devices?
16             MR. SNELL:  Form.
17             THE WITNESS:  I have worked on medical
18   devices that have been patented, as a consultant.
19   BY MR. KUNTZ:
20        Q.   Have you ever designed a medical device?
21        A.   Actually, I worked on the design of the
22   LigaSure Extend clamp for vaginal hysterectomy.
23        Q.   Okay.  Who manufactured that product?
24        A.   Valleylab.
25        Q.   What was your role in the design of that
```

```
 1   medical device?
 2       A.   Looking at the length of the clamp and what
 3   I felt would be effective for deep pelvises.  Also,
 4   they consulted me on the development of the LigaSure
 5   Precise, which was a small clamp for ENT.
 6       Q.   Okay.  Do you have a patent on medical
 7   devices?
 8       A.   No, I do not.
 9       Q.   When was this -- when was this device
10   created?
11       A.   The LigaSure Extend?
12       Q.   Yes.
13       A.   I don't know the exact date.  It's been on
14   the market for quite a while.  It had to be the early
15   2000s.
16       Q.   Okay.
17       A.   It might -- might have been even the late
18   1990s, but somewhere in that category.  The Precise,
19   I'm not sure when it came out.
20       Q.   What standards do manufacturers have to
21   follow in designing medical devices?
22       A.   That it -- they state that what it does is
23   actually what it does, but beyond that, I don't have
24   a tremendous amount of knowledge.
25       Q.   Do you know what government standards they
```

1    study, and it was either late 1990s or early 2000s.

2        Q.   Okay.  So you ran a study for them after

3    the product was designed?

4        A.   No.  I had done using another device that

5    was shorter on a vaginal hysterectomy randomized

6    study.

7        Q.   Do you know what a company research is

8    before a product is designed or released?

9             MR. SNELL:  Form, vague, overbroad,

10   incomplete hypothetical.

11   BY MR. KUNTZ:

12       Q.   You can answer.

13       A.   I have vague ideas, but I -- I have no

14   solid regulatory aspect at all.

15       Q.   Okay.

16       A.   I'm usually asked, you know, such as with

17   my work with Ethicon is, "What is your opinion on

18   this?"  I worked on a couple of the other -- the

19   other, like with TVT Secur, and then looking at some

20   of the evolution ones, but as in the regulation, that

21   is something that's not what I would -- I've got

22   other things to be worried about.

23       Q.   You wouldn't consider yourself an expert in

24   that area?

25       A.   Pardon me?

1    Q.   You're not an expert in that area, correct?

2              MR. SNELL:  Form, "that area."

3              THE WITNESS:  I feel that I do not

4    have the knowledge base.  I may have a very vague

5    knowledge base but not the level that would be

6    required in manufacturing.

7    BY MR. KUNTZ:

8    Q.   Tell me how a medical device company goes

9    about designing a medical device.

10             MR. SNELL: Objection:  Form,

11   overbroad.

12             THE WITNESS:  I feel that in the

13   device they get an idea, and they do benchtop work,

14   and then it evolves through; and I would say I'm more

15   at the end of that process.

16   BY MR. KUNTZ:

17   Q.   Okay.  What experts are involved?

18   A.   It would depend on what type of device.

19   Q.   What about an SUI device?

20   A.   I believe that with that you would have to

21   have your mechanical engineers, you would have to

22   have your safety individuals, you would have to have

23   consulting with medical personnel, "Is this even a

24   real option to be looking at?"

25   Q.   What's a design history file?

Michael P. Woods, M.D.

```
 1      A.   I -- again, I -- I would suspect, by that
 2   name, that it is the life -- the evolution of a
 3   device.
 4      Q.   Okay.  Did you review the design history
 5   file for the TVT Retropubic?
 6      A.   I reviewed over -- I don't recall
 7   specifically on that.  When Ulmsten was first coming
 8   out with this, with the integral theory, I found it
 9   to be a real challenge to my dogma, for one, but in
10   looking at how he talked about using the various
11   suburethral components, I did look at that.
12      Q.   Okay.  Do you know, one way or another, if
13   you reviewed the design history file for the TVT, as
14   we sit here right now?
15      A.   I did not.  I do not have a bundle that
16   says that's what it is, no.
17      Q.   Okay.  Do you know what MedScan is?
18      A.   I've heard of it.  I'm not exactly -- I
19   believe that is -- I will say it would be pure
20   conjecture on --
21      Q.   Do you know what Preventia is?  Have you
22   ever heard of Preventia?
23      A.   No.  Actually, I might have heard -- the
24   name sounds, but...
25      Q.   What's a failure modes and effects
```

Michael P. Woods, M.D.

1  analysis?

2      A.  I'm not sure.

3      Q.  So safe to -- it's accurate to say you're
4  not sure what the purpose of a failure modes and
5  effects analysis is because you don't know what it
6  is?

7      A.  Correct.

8      Q.  Do you know -- do you recall, as you sit
9  here now, if you reviewed any of the failure modes
10 and effects analysis involved in this case?

11     A.  If I did, it would have been very briefly.

12     Q.  Do you know if warnings for a product are
13 part of the failure modes analysis?

14     A.  If I don't know exactly what the failure
15 modes analysis is, I can't say that.

16     Q.  Do you know what a DDSA is?

17     A.  That name rings a bell.  I'm trying --

18     Q.  So you don't know, as we sit here right
19 now, or you don't recall?

20     A.  Don't -- do not recall.

21     Q.  What is ISO testing?

22     A.  ISO testing is a standardized testing that
23 is used -- it's International Standards -- I want to
24 say Organization.  I remember this some from my ICON
25 days.

1  something that I'm just starting to do.  Also,
2  assessing is the quality of life or when I see them
3  for their immediate post-op check, which is usually
4  at about four weeks, I'm assessing:  Is the tissue
5  healed, is it tender, are they happy with the
6  results, making sure that they're not in retention,
7  and I always ask them, "Is your life better?"
8      Q.  Okay.  And what -- from a patient
9  satisfaction standpoint, what is the success rate for
10 TVT?
11     A.  In my own hands, it's probably about 95,
12 96 percent.
13     Q.  What about in the literature?
14     A.  The literature is variable but in the upper
15 80s to low 90s.
16     Q.  Have you seen studies that put it below?
17     A.  Yes, there are studies out there, but when
18 you look at the randomized controlled studies or the
19 meta-analysis or such Cochrane reviews or such as the
20 SGS, they're in the 80 range.
21     Q.  Do you use any synthetic mesh for prolapse
22 repair?
23     A.  I do for sacrocolpopexy, and recently I did
24 have a patient that I used a vaginal approach, that I
25 cut because there was a very large defect on one side

1    Q.   So this is a mental list?

2    A.   Yes.

3    Q.   So you don't have any list anywhere where

4 you have exact numbers written down on a spreadsheet

5 or piece of paper --

6    A.   No.

7    Q.   -- for the amount you've implanted?

8    A.   No.

9    Q.   Okay.  For the amount you've done

10 reoperations on?

11   A.   No.

12   Q.   Okay.

13   A.   I mean, there would probably be some

14 billing records, or something, somewhere where we

15 could look, but...

16   Q.   So you could maybe find that number if you

17 looked for it?

18   A.   Actually, I'm no longer using that billing

19 service and so I'm not sure I could find it using the

20 billing.

21   Q.   And does that go for your erosion rate,

22 too; that's a guesstimate, that's not something you

23 keep hard numbers on?

24   A.   No, I don't keep hard numbers on.

25   Q.   Okay.  So you don't keep hard numbers on

Michael P. Woods, M.D.

1  the type of operations you do, correct?

2           MR. SNELL:  Objection, misstates.

3           THE WITNESS:  Correct.

4           MR. SNELL:  Did you say types?

5           MR. KUNTZ:  Yeah.

6           MR. SNELL:  That's a misstatement.

7  Object, form.

8  BY MR. KUNTZ:

9       Q.   Do you keep numbers anywhere besides your

10 head of any operations you do?

11      A.   Yes.

12      Q.   Where?

13      A.   They would be in billing records and

14 things, but I don't have those available to me.

15      Q.   Can you get those?

16      A.   I do not know if I can get those.

17      Q.   Okay.  And when you looked and you put

18 numbers in your expert report of 1 percent erosion

19 rate, 2 to 3 reoperation rate, that's all coming from

20 your head, correct?

21      A.   My data closely reflects the data that's

22 out there, yes.

23      Q.   That wasn't my question.  All of those

24 numbers in your report came from your mental

25 estimates as opposed to looking at any hard data or

```
 1   numbers to make those determinations; is that
 2   accurate?
 3        A.   I would say that that is reasonably
 4   accurate.
 5        Q.   Have you ever removed or revised mesh
 6   because of pain?
 7        A.   I talked about the one earlier where this
 8   was a urologist that sent a patient in that had an
 9   ilioinguinal nerve pain that responded to a block.
10   And then I excised that part above the fascia.
11        Q.   Do you believe TVT Exact is the gold
12   standard?
13        A.   I do not believe that the randomized
14   control studies are going to suggest a gold standard
15   for anything but Retropubic, whether it's TVT or TVT
16   Exact.
17        Q.   Okay.  Do you think the mechanical cut mesh
18   is the gold standard or the laser cut mesh?
19        A.   I believe that the data shows in the long
20   term that mechanical cut was the gold standard.  But
21   the change, and as we've talked about earlier, is do
22   the studies delineate whether it's laser cut or
23   mechanically cut, and that I -- that I cannot expound
24   upon.
25        Q.   Is the AMS MiniArc the gold standard?
```

```
 1                MR. KUNTZ:  Objection.
 2                THE WITNESS:  I kept a running mental
 3   log.
 4   BY MR. SNELL:
 5       Q.   Just like you would have kept a running
 6   mental log of how many Burches or autologous slings
 7   you did --
 8       A.   Yes.
 9       Q.   -- before that?
10       A.   Yes.
11       Q.   The fact that you didn't write down the
12   exact number you did in a certain month or year, does
13   that make your estimate unreliable with regard to the
14   number of TVT Retropubic devices that you have used
15   in your career?
16                MR. KUNTZ:  Objection.
17                THE WITNESS:  No.  I think that it's a
18   ballpark figure that is probably fairly close.
19   BY MR. SNELL:
20       Q.   Such that there is no doubt in your mind
21   whatsoever that you -- do you believe you have
22   extensively used the TVT Retropubic device to treat
23   stress incontinence in women?
24       A.   Yes.
25       Q.   For your complication rates, did you follow
```