# EXHIBIT C

# Nicolette Horbach

## Reliance List
### in Addition to Materials Referenced in Report

## MDL Wave 1

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| Description |
| --- |
| (UITN) - Design of the Stress Incontinence Surgical Treatment Efficacy Trial (SISTEr) UROLOGY 66: 1213–1217, 2005 |
| 31st Annual IUGA Meeting, Athens Greece, 6-9 September 2006: Non-discussed Poster Presentations - A Retrospective Case Review of Neo Vaginal Reconstruction Surgeries, Int Urogynecol J (2006) 17 (Suppl. 2):S171–S359. |
| A Kao, YM Binik, A Kapuscinski, S Khalifé. "Dyspareunia in postmenopausal women: A critical review.", Pain Res Manage 2008;13(3):243-254. |
| AAGL practice report: practice guidelines for laparoscopic subtotal/supracervical hysterectomy (LSH), J Minim Invasive Gynecol, vol. 21(1) pp. 9-16. |
| Aaron LA, Buchwald D. A review of the evidence for overlap among unexplained clinical conditions. Ann Intern Med. 2001 May 1;134(9 Pt 2):868-81. |
| Aaron LA, Buchwald D. Chronic diffuse musculoskeletal pain, fibromyalgia and co-morbid unexplained clinical conditions. Best Pract Res Clin Rheumatol. 2003 Aug;17(4):563-74. |
| Aaron Leslie A, et al. "Overlapping Conditions Among Patients with Chronic Fatigue Syndrome, Fibromyalgia, and Temporomandibular Disorder", Arch Intern Med. 2000; 160:221-227. |
| Abbott JA, Jarvis SK, Lyons SD, Thomson A, Vancaille TG. Botulinum toxin type A for chronic pain and pelvic floor spasm in women: a randomized controlled trial. Obstet Gynecol. 2006 Oct;108(4):915-23. |
| Abbott S, et al. Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery: a multicenter study. Am J Obstet Gynecol 2014; 210(2): 163.e1-163.e8. |
| Abdel-Fattah Familusi, Ramsay, N'Dow. A Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG 2010;117:870–878. |
| Abdel-Fattah M, Barrington JW, Arunkalaivanan AS. Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study. Eur Urol 2004;46:629-35. |
| Abdel-fattah M, et al. (NHS Scotland) Primary and repeat surgical treatment for female pelvic organ prolapse and incontinence in parous women in the UK: a register linkage study. BMJ Open. 2011; 14(1): 2: e000206 |
| Abdel-Fattah M, et al. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU International (2006) 98, 594-598 |
| Abdel-Fattah M, et al. Lower urinary tract injuries after transobturator tape insertion by different routes: a large retrospective study. BJOG 2006;113:1377–1381. |
| Abdel-Fattah M, et al. Prospective Randomised Controlled Trial of Transobturator Tapes in management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. Euorpean Urology 62 (2012) 843-851 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX

Medical Literature

Abdel-fattah M, et al. Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG 2010;117:870-878.

Abdel-Fattah M, Familusi A, Ramsay I, N'Dow J. A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study): 3 years follow-up. Neurourol Urodyn 2011;30:825-826.

Abdel-fattah M. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: Short term outcomes. European Journal of Obstetrics & Gynecology and Reproductive Biology 149 (2010) 106-111

Abdel-fattah M. Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapsed. 2008 BJOG An International Journal of Obstetrics and Gynaecology pgs 22-30

Abdel-Fattah M. Single-Incision Mini-Slings versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontinence: A Meta-Analysis of Effectiveness and Complications. EUROPEAN UROLOGY 60 (2011) 468-480

Abdelmonem AM. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. Eur J Obstet Gynecol Reprod Biol. 2010 Aug;151(2):190-2.

Abdelwahab O, et al. Tension-free vaginal tape versus secure tension-free vaginal tape in treatment of female stress urinary incontinence. Curr Urol 2010; 4:93-98.

Abduljabbar H, et al. Comparison of the classic TVT and TVT Secur. Prime Research on Education ISSN: 2251-1253. Vol. 2(9), pp. 344-347, October 31st, 2012

Abed H. Incidence and Management of graft erosion, wound granulation, and dyspareunia following vaginal prolapsed repair with graft materials: a systematic review. Int. Urogynecol J 3.22.11

Abet E, Lehur PA, Wong M, Rigaud J, Darnis E, Meurette G. Sexual function and laparoscopic ventral rectopexy for complex rectocoele. Colorectal Dis. 2012 Oct;14(10):e721-6.

Abou-Elela A. Clinical Study: Outcome of Treatment of Anterior Vaginal Wall Prolapse and Stress Urinary Incontinence with Transobturator Tesion-Free Vaginal Mesh (Prolift) and Concomitant Tension-Free Vaginal Tape-Obturator, Adv Urol. 2009:341268

Achtari C, Dwyer PL. Sexual function and pelvic floor disorders. Best Pract Res Clin Obstet Gynaecol. 2005 Dec;19(6):993-1008; quiz 1005 Sep 26.

Adamiak A, Jankiewicz K, Miotła P, Rechberger T. Tape erosion--local process or general reaction of the organism. The erosion rate and localization of implanted polypropylene tape in female pelvis. Ginekol Pol. 2007 Mar;78(3):210-3.

Adams K, Osmundsen B, Gregory WT, "Does fibromyalgia influcence symptom bother from pelvic organ prolapse?", Int Urogynecol J (2013)

Adelowo A, et al. "The role of preoperative urodynamics in urogynecologic procedures", J Minim Invasive Gynecol, vol. 21(2) pp. 217-22.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Adhoute F, et al.  Use of transvaginal polypropylene mesh (Gynemesh) for the treatment of pelvic floor disorders in women.  Prospective study in 52 patients. Prog Urol 2004;14(2):196-196.

Adhoute F. Utilisation d'un treillis de Polyproylene (Gynemesh) par voie vaginale dans le traitement des troubles de la statique pelvienne de la femme: Etude prospective chez 52 patients, Progres en Urologic (2004), 14, 192-196

Adile B, Granese R, Lo Bue A, GuglioOtta G, Cardella AM, Adile C. [Pop 67, 3 yr fu] A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up. JCS 2003:Abstract 550.

Adjoussou SA, et al. [Functional symptoms prevalence and anatomo-functional associations on women with genital prolapse], Prog. Urol., 2014 vol. 24(8) pp. 511-7.

Agarwala N. A randomized comparison of two synthetic mid-urethral tension-free slings. UroToday International Journal, Vol 1, Iss 4, October 2008

Agarwala N. Laparoscopic sacral colpopexy with Gynemesh as graft material - Experience and results, J Minim Invasive Gynecol. 2007 Sep-Oct;14(5):577-83

Agarwala. A randomized comparison of two synthetic mid-urethral tension-free slings. 2008 UroToday International Journal / Vol 1 / Iss 4 / October

Aggarwal VR, et al. "The epidemiology of chronic syndromes that are frequently unexplained: do they have common associated factors?", International Journal of Epidemiology 2006;35:468–476.

Aghamir SMK, Mohseni MG, Arasteh S, "Intravesical Bacillus Calmette-Guerin for Treatment of Refractory Interstitial Cystitis", Urol J (Tehran). 2007;4:18-23.

Agostini A, et al. [Pop 12,280, 6 yr fu] Immediate Complications of Tension-Free Vaginal Tape (TVT): Results of a French Survey. European Journal of Obstetrics & Gynecology and Reproductive Biology 124 (2006) 237-239

Ahmad J, et al. "Fibromyalgia and chronic widespread pain in autoimmune thyroid disease." Clin. Rheumatol., 2014.

Ahn AH. Why does increased exercise decrease migraine? Curr Pain Headache Rep. 2013 Dec;17(12):379.

Aigmueller T, et al. Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol 2011; 205:1.e1-1.e5

Aigmueller. Reasons for dissatisfaction ten years after TVT Procedure. Int Urogynecol J (2014) 25:213-217.

Akl MN, Long JB, Giles DL, et al. Robotic- assisted sacrocolpopexy: technique and learning curve. Surg Endosc (2009)

Aksoy D, Solmaz V, Cevik B, Gencten Y, Erdemir F, Kurt SG. The evaluation of sexual dysfunction in male patients with migraine and tension type headache. J Headache Pain. 2013 May 29;14:46.

Akyol A, et al. "Additonal surgical risk factors and patient characteristics for mesh erosion after abdominal sacrocolpopexy", J. Obstet. Gynaecol. Res., 2014 col. 40(5) pp. 1368-74.

Alarab M, et al. "Expression of extracellular matrix-remodeling proteins is altered in vaginal tissue of premenopausal women with severe pelvic organ prolapse", Reprod Sci, 2014 vol. 21(6) pp. 704-15.

Albo M, et al. Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007;356:2143-55.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Albo, Richter, Kenton, Sirls, et al. (TOMUS 2 yr obj cure) Treatment Success of Retropubic and Transobturator Mid Urethral Slings at 24 Months. The Journal of Urology, Vol. 188, 2281-2287, December 2012.

Albo, Richter, Zimmern, Moalli, Sirls - Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007;356:2143-55

Albright TS, Garlich CL, Iglesia CB. Complications after laparoscopic burch with hernia mesh and surgical tacks. Obstet Gynecol. 2006 Sep;108(3 Pt 2):718-20.

Alcalay M, et al. Burch Colposuspension-A 10-20 year follow up. BJOG September 1995, Vol. 102, pp. 740-745

Alevizon Steven J, et al. "Sacrospinous Colpopexy: Management of Postoperative Pundendal Nerve Entrapment", Obstet Gynecol Vol. 83, No. 4 (Part 2) October 1996.

Alewijnse D, et al. Effectiveness of pelvic floor muscle exercise therapy supplemented with a health ed. program to promote long-term adherence Among Women with Urinary Incontinence. Neurourology and Urodynamics, 22:284-295 (2003)

Alizai PH, et al. "Biomechanical analyses of prosthetic mesh repair in a hiatal hernia model", J. Biomed. Mater. Res. Part B Appl. Biomater., 2014.

Almassinokiani F, Mehdizadeh A, Sariri E, Rezaei M, Almasi A, Akbari H, Pazooki A, Solaymani-Dodaran M, Asadollah S, Amirkhani J, Chaichian S, Vahdat M, Moosavi A, Ashouri M, Tamannaei Z. Effects of simvastatin in prevention of pain recurrences after surgery for endometriosis. Med Sci Monit. 2013 Jul 5;19:534-9.

Alnaif B, et al. "Bacterial vaginosis increases in pessary users", Int Urogynecol J Pelvic Floor Dysfunct, 2000 vol. 11(4) pp.219-22; discussion 222-3.

Alpay Z, Saed GM, Diamond MP. Postoperative adhesions: from formation to prevention. Semin Reprod Med. 2008 Jul;26(4):313-21.

Al-Shraim M. Granulomatous reaction to injectable hyaluronic acid (Restylane) diagnosed by fine needle biopsy. J Clin Pathol. 2007 September; 60(9): 1060–1061.

Altman D. Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic Organ Prolapse. NEJM May 12, 2011 pgs 1826 – 1836

Altman D. Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair. Obstetrics & Gynecology, 109 (2:1), 303-308

Altman D. Sexual dysfunction after trocar-guided transvaginal mesh repair of pelvic organ prolapse. Obstet Gynecol. 2009 Jan;113(1):127-33. doi: 10.1097/AOG.0b013e3181922362.

Altman Daniel. Short-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J (2007)

Alvarez J, Cvach K, Dwyer P. Complications in pelvic floor surgery. Minerva Ginecol. 2013 Feb;65(1):53-67.

Amaro - AUA Abs 1460 A prospective randomized trial of autologous fascial sling (AFS) versus tension-free vaginal tape (TVT) for treatment of stress urinary incontinence. The Journal of Urology Vol. 177, No. 4, Suppl. Tuesday, May 22, 2007.

Amaro JL, Yamamoto H, Kawano PR, Barros G, Gameiro MOO, Agostinho AD. Clinical and quality-of-life outcomes after autologous fascial sling and tension-free vaginal tape: a prospective randomized trial. Int Braz J Uro/ 2009;35:60-66; discussion 66-67.

Amat I Tardiu L, Martinez Franco E, Lailla Vicens JM. Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. Int Urogynecol J 2011 Jul;22(7):827-833.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

American College of Obstetricians and Gynecologists. Committee on Health Care for Underserved Women. Committee opinion no. 498: Adult manifestations of childhood sexual abuse. Obstet Gynecol. 2011 Aug;118(2 Pt 1):392-5.

Amid P. Classification of biomaterials and their complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21

Amid, P. Shrinkage: Fake or Fact (Ch. 19) 2004

Amid. Biomaterials for abdominal wall hernia surgery and principles of their applications. Langenbecks Arch Chir (1994) 379:168-171

Amital D, et al. "The Premenstrual Syndrome and Fibromyalgia - Similarities and Common Features", Clinic Rev Allerg Immunol (2010) 38:107-115.

Amr YM, Yousef AAA, "Evaluation of Efficacy of the Perioperative Administration of Venlafaxine or Gabapentin on Acute and Chronic Postmastectomy Pain", Clin J Pain 2010;26:381-385.

Amselem C, Puigdollers A, Azpiroz F, Sala C, Videla S, Fernández-Fraga X, Whorwell P, Malagelada JR. Constipation: a potential cause of pelvic floor damage? Neurogastroenterol Motil. 2010 Feb;22(2):150-3, e48.

Anand M, et al. "Vesicosacrofistulization after robotically assisted laparoscopic sacrocolpopexy", Female Pelvic Med Reconstr Surg, vol. 20(3) pp. 180-3.

Anderson R, Wise D, Sawyer T, Nathanson BH. Safety and effectiveness of an internal pelvic myofascial trigger point wand for urologic chronic pelvic pain syndrome. Clin J Pain. 2011 Nov-Dec;27(9):764-8.

Anderson RU, Sawyer T, Wise D, Morey A, Nathanson BH. Painful myofascial trigger points and pain sites in men with chronic prostatitis/chronic pelvic pain syndrome. J Urol. 2009 Dec;182(6):2753-8.

Anderson RU. Chronic Pelvic Pain Syndrome: Reduction of Medication Use After Pelvic Floor Physical Therapy with an Internal Myofascial Trigger Point Wand, Appl Psychophysiol Biofeedback. 2015 Mar;40(1):45-52

Anderson, Flynn. PD50-05 - Surgical management of ICS, IUGA class 1-4 transvaginal mesh (TVM) prolapse kit complications 8-year review of 82 patients from a single center, 2015

Anding R, et al. "Introducing a method of in vitro testing of different anchoring systems used for female incontinence and prolapse surgery." Biomed Res Int, 2013 vol. 2013 pp. 401417.

Ando Y, Nyhlin N, Suhr O, Holmgren G, Uchida K and Yamashita T. Oxidative stress is found in amyloid deposits in systemic amyloidosis. Biochemical Biophysical Research Communications, 232, 497-502 (1997). doi:10.1006/bbrc.1996.5997

Andonian S, Chen T, St-Denis B, Coreas J. Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. Eur Urol 2005;47:537-541.

Andonian S, St-Denis B, Lemieux MC, Coreas J. Prospective clinical trial comparing Obtape® and DUPS to TVT: one-year safety and efficacy results. Eur Uro/ 2007;52:245-251.

Andrada Hamer M, et al. "Familial predisposition to pelvic floor dysfunction: prolapse and incontinence surgery among family members and its relationship with age or parity in a Swedish population", Eur. J. Obstet. Gyencol. Reprod. Biol., 2013 vol. 170(2) pp. 559-62.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Andrews J, Yunker A, Reynolds WS, Likis FE, Sathe NA, Jerome RN, "Noncyclic Chronic Pelvic Pain Therapies for Women: Comparative Effectiveness", AHRQ Publicaton No. 11(12)-EHC088-EF. 2012.

Anger J.T., Severe cystocele:  optimizing results. (abstract)

Anger JT, et al. "Robotic compared with laparoscopic sacrocolpopexy: a randomized controlled trial", Obstet Gynecol, 2014 vol. 123(1) pp. 5-12.

Anger JT, et al. "Severe cystocele: optimizing results" Curr Urol Rep, 2007 vol. 8(5) pp. 394-8.

Anger JT, et al. "Short-term outcomes of vaginal mesh placement among female Medicare beneficiairies", Urology, 2014 vol. 83(4) pp. 768-73.

Anger JT, et al. "Women's experience with severe overactive bladder symptoms and treatment: insight revealed from patient focus groups", Neurourol. Urodyn., 2011 vol. 30(7) pp.1295-9.

Anger. Trends in the Surgical Management of Stress Urinary Incontinence among Female Medicare Beneficiaries. Urology. 2009 August ; 74(2): 283–287

Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Ural 2010;58 :671-677.

Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina (Kaunas). 2009;45(8):639-43.

Antosh DD, Gutman RE, Park AJ, Sokol AI, Peterson JL, Kingsberg SA, Iglesia CB. Vaginal dilators for prevention of dyspareunia after prolapse surgery: a randomized controlled trial. Obstet Gynecol. 13;121(6):1273-80.

Apte G, Nelson P, Brismée JM, Dedrick G, Justiz R 3rd, Sizer PS Jr. Chronic female pelvic pain--part 1: clinical pathoanatomy and examination of the pelvic region. Pain Pract. 2012 Feb;12(2):88-110.

Araco F, Gravante G, Sorge R, et al. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:917-926.

Arendt-Nielsen L, et al. "Sensitization in patients with painful knee osteoarthritis", Pain 149(2010)573-581.

Argirović R. [Posthysterectomy vault prolapse of vaginal walls: choice of operating procedure]. Srp Arh Celok Lek. 2012 Sep-Oct;140(9-10):666-72.

Arning K, Baron R, "Evaluation of Symptom Heterogeneity in Neuropathic Pain Using Assessments of Sensory Functions", Neurotherapeutics: J of the American Society for Experimental NeuroTherapeutics, Vol. 6, 738–748, October 2009

Arnold LD, et al. "Vulvodynia: Characteristics and Associations with Co-Morbidities and Quality of Life", Obstet Gynecol. 2006 March; 107(3):617-624.

Arsene E. Sacral colpopexy: long-term mesh complications requiring reoperation(s), Int Urogynecol J (2015) 26:353-358

Arunkalaivanan AS, Barrington JW. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:17-23; discussion 21-22.

Asnafi N, Basirat Z, Hajian-Tilaki KO. Outcomes of total versus subtotal abdominal hysterectomy. East Mediterr Health J. 2010 Feb;16(2):176-9.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Athanasiou (2014) - [Pop 124, 7 yr fu] Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J. 2013 Jul 27. [Epub ahead of print]

Athanasiou S, Grigoriadis T, Kalamara E, Sotiropoulou M, Antsaklis A. Mixed urodynamic incontinence: TVT or TVT-O? Int Urogynecol J 2009;20(Suppl 2):S218.

Athanasiou S. Grigoriadis T, Zacharakis D, Skampardonis N, Lourantou D, Antsaklis A. [Pop 124, 7 yr fu] Seven years of objective and sub-jective outcomes of transobturator (TVT-O) vaginal tape: why do tapes fail? Int Urogynecol J (2014) 25:219-225

Athanasiou S. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J (2014) 25:219–225

Athanasiou S. The vaginally assisted laparoscopic sacrocolpopexy: a pilot study, Int Urogynecol J (2013) 24:839-845

Aube M. Long term efficacy and patient satisfaction of pelvic organ prolapse reduction using trans-vaginal mesh. ABS 456 [2 pages]

Audebert A, Darai E, Bénifla JL, Yazbeck C, Déchaud H, Wattiez A, Crowe A, Pouly JL. [Postoperative abdominal adhesions and their prevention in gynaecological surgery: I. What should you know?]. Gynecol Obstet Fertil. 2012 Jun;40(6):365-70.

Avis Nancy E, et al. "Longitudinal Changes in Sexual Functioning as Women Transition through Menopause: Results from the Study of Women's Health Across the Nation (SWAN)", Menopause. 2009 ; 16(3): 442–452.

Azadi A. et al. "The anatomical outcome of robotic sacrocolpopexy for treatment of pelvic organ prolapse: a comparision of obese and non-obese patients", Surg Technol Int, 2014 vol. 24 pp. 249-52.

Azais H. Prolapse repair using the Elevate kit: prospective study on 70 patients, Int Urogynecol J (2012) 23: 1421-1428

Azar, Mahyar. Sexual function in women after surgery for pelvic organ prolapse. Int. Urogynecol J. (2008)

Baakdah H, Tulandi T. Adhesion in gynecology complication, cost, and prevention: a review. Surg Technol Int. 2005;14:185-90.

Bachmann G, Bouchard C, Hoppe D, Ranganath R, Altomare C, Vieweg A, Graepel J, Helzner E. Efficacy and safety of low-dose regimens of conjugated estrogens cream administered vaginally. Menopause. 2009 Jul-Aug;16(4):719-27.

Badlani et al. Letter to the Editor and Rely re: Post-Implantation Alterations of Polypropelene in the Human.

Baessler K, et al. "Pelvic organ prolapse surgery and bladder function", Int Urogynecol J, 2013 vol. 24(11) pp. 1843-52.

Baessler K. Do we need meshes in pelvic floor reconstruction?, World J Urol (2012) 30:479-486

Baggish K, Atlas of Pelvic Anatomy and Gynecologic Surgery, Third Edition

Baggish M, Karram M, "Atlas of Pelvic Anatomy and Gynecologic Surgery", Second Edition, 2006.

Bai SW, Sohn WH, Chung DJ, Park JH, Kim SK. Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence. Int J Gynaecol Obstet 2005;91:246-251.

Bajaj P, et al. "Osteoarthritis and its association with muscle hyperalgesia: an experimental controlled study", Pain 93(2001)107-114.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Baker PK. Musculoskeletal origins of chronic pelvic pain. Diagnosis and treatment. Obstet Gynecol Clin North Am. 1993 Dec;20(4):719-42. |
| Balchandra. [Pop 59, median 28 mo fu - product not named] Perioperative outcomes and prospective patient reported outcome measures for transvaginal mesh surgery, Arch Gynecol Obstet 2015 |
| Balgobin S, et al. "Estrogen alters remodeling of the vaginal wall after surgical injury in guinea pigs", Biol. Reprod., 2013 vol. 89(6) pp. 138. |
| Balgobin S, Good MM, Dillon SJ, Corton MM. Lowest colpopexy sacral fixation point alters vaginal axis and cul-de-sac depth. Am J Obstet Gynecol. 2013 Jun;208(6):488.e1-6. |
| Balmforth. Prospective Multicentre Observational Trial of Composite Polyglactin Polypropylene Mesh (2005) |
| Barber M. Defining Success After Surgery for Pelvic Organ Prolapse. Vol 114, No. 3, Sept 2009 Obstetrics & Gynecolog pgs 600 – 609 |
| Barber Matthew, et al. Apical Prolapse, Int Urogynecol J (2013) 24:1815-1833 |
| Barber MD, et al. "Epidemiology and outcome assessment of pelvic organ prolapse", Int Urogynecol J, 2013 vol. 24(11) pp. 1783-90. |
| Barber MD, et al. "Operations and pelvic muscle training in the management of apical support loss (OPTIMAL) trial: design and methods", Contemp Clin Trials, 2009 vol. 30(2) pp.178-89. |
| Barber MD, et al. Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse, The OPTIMAL Randomized Trial, JAMA 2014; 311(10): 1023-1034 |
| Barber MD, Kleeman S, Karram MM, et al. (TOT) [Pop 168, 24 mo fu] Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2008;111:611-621. |
| Barber MD, Visco AG, Weidner AC, et al. Bilateral uterosacral ligament vaginal vault suspension with site-specific endopelvic fascia defect repair for treatment of pelvic organ prolapse. Am J Obstet Gynecol 2000;183: 1402 |
| Barber MD, Weidner AC, Sokol Al, et al. Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2012;119:328-337. |
| Barber MD. Sexual function in women with urinary incontinence and pelvic organ prolapse, Obstet. Gynecol. 99(2):281-289 (2002) |
| Barber. Cleveland Clinic leads multicenter trial of single-incision 'mini-sling' for stress urinary incontinence.  The Cleveland Clinic Foundation 2011 Summer 2011 |
| Barboglio PG, et al. "Robotic sacrocolpopexy for the management of pelvic organ prolapse: a review of midterm surgical and quality of life outcomes", Female Pelvic Med Reconstr Surg, vol. 20(1) pp. 38-43. |
| Barbolt T.  Biology of polypropylene/polyglactin 910 grafts. Int Urogynecol J 2006;17:S26-S30. |
| Barbosa IC, Coutinho EM, Oladapo L, Noronha CF, Mota RL, Lopes AC, Lopes RC. An open-label study of subdermal implants of estradiol-only versus subdermal implants of estradiol plus nomegestrol acetate: effects on symptom control, lipid profile and tolerability. Gynecol Endocrinol. 2009 Apr;25(4):269-75. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Barry C, Lim YN, Muller R, et al. [Pop 187, 3 mo fu] [TOT] A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:171-178.

Barski D, et al. "Systematic review and classification of complications after anterior, posterior, apical, and total vaginal mesh implantation for prolapse repair.", Surg Technol Int. 2014 vol. 24 pp. 217-24.

Bartuzi A. Self-perceived qualityu of life after pelvic organ prolapse reconstructive mesh surgery: prospective study, Eur J Obstet Gynecol Reprod Biol. 2013 Jul;169(1):108-12

Bartuzi A. Transvaginal Prolift mesh surgery due to advanced pelvic organ prolapse does not impair femail sexual function: a prospective study, Eur J Obstet Gynecol Reprod Biol. 2012 Dec;165(2):295-8

Basson R, Brotto LA, Laan E, Redmond G, Utian WH. Assessment and management of women's sexual dysfunctions: problematic desire and arousal. J Sex Med. 2005 May;2(3):291-300.

Basson R. The recurrent pain and sexual sequelae of provoked vestibulodynia: a perpetuating cycle. J Sex Med. 2012 Aug;9(8):2077-92.

Basu M, Duckett J. A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. BJOG 2010;117:730-735.

Baumann M, Salvisberg C, Mueller M, Kuhn A. Sexual function after sacrospinous fixation for vaginal vault prolapse: bad or mad? Surg Endosc. 2009 May;23(5):1013-7.

Beck. The Fascia Lata Sling Procedure for Treating Recurrent Genuine Stress Incontinence of Urine. Obstet Gynecol 72: 699, 1988)

Beer M, Kuhn A. Surgical techniques for vault prolapse: a review of the literature. Eur J Obstet Gynecol Reprod Biol. 2005 Apr 1;119(2):144-55.

Bemelmans. Are slings now the gold standard treatment for the management of female urinary stress incontinence and if so which technique? Current Opinion In Urology 2003, 13:301-307

Benbouzid. Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and complications after a 4.5 years follow up. (2012)

Benedito de Castro E, et al. [Impact of sacrospinous vaginal vault suspension on the anterior compartment", Actas Urol Esp. 2010 Jan; 34(1): 106-10.

Benjamin-Pratt AR, Howard EM, "Management of chronic pelvic pain", Minerva Ginecol 2010;62:447-65

Benson AD, Kramer BA, Wayment RO, Schwartz BF. Supracervical robotic-assisted laparoscopic sacrocolpopexy for pelvic organ prolapse. JSLS. 2010 Oct-Dec;14(4):525-30.

Benson JT. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation. Vol. 175, Number 6, Am J Obstet Gynecol, Dec. 1996, pgs 1418 – 1422

Bent, Ostergard. GORE-TEX - Tissue reaction to expanded polytetrafluoroethylene suburethral sling for urinary incontinence: Clinical and histologic study. AM J OBSTET GYNECOL 1993;169:1198-204.

Bercik Richard S. "New techniques for correcting vaginal apical prolapse", April 15, 2005.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Bergeron S, Khalifé S, Glazer HI, Binik YM. Surgical and behavioral treatments for vestibulodynia: two-and-one-half year follow-up and predictors of outcome. Obstet Gynecol. 2008 Jan;111(1):159-66.

Bergman. [Pop 107 at 1 yr, 93 at 5 yr fu] Three surgical procedures for genuine stress incontinence. Five-year follow-up of a prospective randomized study. (1995)

Bernasconi F, et al.TVT SECUR System: Final results of a prospective, observational, multicentric study. Int Urogynecol J (2012) 23:93-98

Berrocal J, et al. (the TVM group) Conceptual advances in the surgical management of genital prolapse. J. Gynecol Obstet Biol Reprod. 2004;33:577-587

Bessou P, Perl E R, "Response of Cutaneous Sensory Units with Unmyelinated Fibers to Noxious Stimuli", C Fiber Nociceptors (1969) pp. 1025-1043.

Bestard MO, Poveda MR, Ibernon VM, Carrera PM and Grinyo BJM. Systemic AA amyloidosis induced by benign neoplasms. Nefrologia 2008, 28, 93-98.

Bezerra LRPS. Prevalence of unreported bowel symptoms in women with pelvic floor dysfunction and the impact on their quality of life, Int Urogunecol J (2014) 25: 927-933

Bezhenar [Pop 467. 7 yr] 7-Year old Clinical Experience of Treating women's urinary incontinence using suburethral slings, ICS Abs 768 (2013)

Bhattacharya S. Hysterectomy, endometrial ablation and Mirena for heavy mentrual bleeding: a systematic review of clinical effectiveness and cost-effectiveness analysis, Health Technol Assess. 2011 Apr;15(19):iii-xvi, 1-252

Bianchi AH, Jarmy-Di Bella ZI, Castro RA, Sartori MG, Girao MJ. Randomised trial ofTVT-O and TVT-S for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22(Suppl I):S62.

Bianchi-Ferraro A, et al. Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomized controlled trial. Int Urogynecol J (2012)

Bildircin D, et al. "Comparision of connective tissue components in the uterine ligaments between women with and without pelvic organ prolapse", Minerva Ginecol, 2014 vol. 66(2) pp. 201-8.

Bittner R. Early Postoperative and One Year Results of a Randomized Controlled Trial Comparing the Impact of Extralight Titanized Polypropylene Mesh and Traditional Heavyweight Polypropylene Mesh on Pain and Seroma Production in Laparoscopic Hernia Repair (TAPP), World J Surg (2011) 35:1791-1797

Bittner R. Lightweight mesh and noninvasive fixation: an effective concept for prevention of chronic pain with laparoscopic hernia repair (TAPP), Surg Endosc (2010) 24: 2958-2964

Bjelic-Radisic V, et al. "Vaginal prolapse surgery with transvaginal mesh: results of the Austrian registry", Int Urogynecol J, 2014.

Black. [review + Hilton editorial] The effectiveness of surgery for stress incontinence in women: a systematic review. British Journal of Urology (1996),78,497-510

Blandon. Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J (2009) 20:523 531

Bo K, Kvarstein B, Nygaard I. Lower urinary tract symptoms and pelvic floor muscle exercise adherence after 15 years. Obstet Gynecol 2005, 105(5 Pt 1):999-1005

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Bohm-Starke N, Brodda-Jansen G, Linder J, Danielsson I. The result of treatment on vestibular and general pain thresholds in women with provoked vestibulodynia. Clin J Pain. 2007 Sep;23(7):598-604.

Bontje HF, van de Pol G, van der Zaag-Loonen HJ, Spaans WA. Follow-up of mesh complications using the IUGA/ICS category-time-site coding classification. Int
Urogynecol J. 2014 Feb 11.

Borahay MA, et al. "Outcomes of robotic sacrocolpopexy using barbed delayed absorbable sutures", J Minim Invasive Gynecol, vol. 21(3) pp. 412-6.

Bordman Risa, et al. "Below the belt", Can Fam Physician 2006;52:1556-1562.

Borello-France, DF, et al. "Pelvic-floor muscle function in women with pelvic organ prolapse", Phys Ther, 2007 vol. 87(4) pp. 399-407.

Borg-Stein J. Cervical myofascial pain and headache. Curr Pain Headache Rep. 2002 Aug;6(4):324-30.

Borker SA, et al. "Study of menopausal symptoms, and perceptions about menopause among women at a rural community in Kerala." J Midlife Health, 2013 vol. 4(3) pp.182-7.

Borsook D. Surgically-Induced Neuropathic Pain (SNPP): Understanding the Perioperative Process, Ann Surg. 2013 March; 275(3): 403-412

Bortolini MA, Drutz HP, Lovatsis D, Alarab M. Vaginal delivery and pelvic floor dysfunction: current evidence and implications for future research. Int Urogynecol J. 2010 Aug;21(8):1025-30.

Boyles S. Dyspareunia and mesh erosion after vaginal mesh placement with a kit procedure. Obstetrics and Gynecology, 111(4), April 2008, 969-975

Boyles SH. Procedures for pelvic organ prolapse in the United State, 1979-1997. Am J Obstet Gynecol (2003) 188(1) p108-15

Bradford A, Meston C. Sexual outcomes and satisfaction with hysterectomy: influence of patient education. J Sex Med. 2007 Jan;4(1):106-14. Epub 2006 Nov 6.

Bradley CS, et al. "Obesity and outcomes after sacrocolpopexy", Am. J. Obstet. Gynecol., 2008 vol. 199(6) pp. 690.el-8.

Bradley CS, Kennedy CM, Nygaard IE. Pelvic floor symptoms and lifestyle factors in older women. J Womens Health (Larchmt). 2005 Mar;14(2):128-36.

Bradley CS, Zimmerman MB, Wang Q, Nygaard IE; Women's Health Initiative. Vaginal descent and pelvic floor symptoms in postmenopausal women: a longitudinal study. Obstet Gynecol. 2008 May;111(5):1148-53.

Bradley CS. Bowel symptoms in women 1 year after sacrocolpopexy. Am J. Obstet Gynecol (2007) 197(6) p 642.e1-8

Bradley CS. Presentation Number: 37 0, Vaginal Descent and Pelvic Floor Symptoms in Postmenopausal Women: A Longitudinal Study, Obstet Gynecol. 2008 May;111(5):1148-53

Bradley LA, et al. "Lessons from fibromyalgia: abnormal pain sensitivity in knee osteoarthritis", 2004 Osteoarthritic joint pain. Wiley, Chichester (Novartis Foundation Sympositum 260) p258-276.

Brandao S, et al. "Magnetic resonance imaging of the pelvic floor: from clinical to biomechanical imaging", Proc Inst Mech Eng H, 2013 vol. 227(12) pp. 1324-32.

Brandt CJ, et al. "Beneficial effects of hydrocortisone or spironolactone coating on foreign body response to mesh biomaterial in a mouse model", J Biomed Mater Res A, 2011 vol. 99(3) pp. 335-43.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Brauer M, Laan E, ter Kuile MM. Sexual arousal in women with superficial dyspareunia. Arch Sex Behav. 2006 Apr;35(2):191-200. Epub 2006 Apr 20.

Brauer M, ter Kuile MM, Janssen SA, Laan E. The effect of pain-related fear on sexual arousal in women with superficial dyspareunia. Eur J Pain. 2007 Oct;11(7):788-98. Epub 2007 Feb 15

Bravo I. Needleless Experience - Our Results, Int Urogynecol J (2009) 20 (Suppl 3): S241-491

Bringman S. et al.  Hernia repair:  the search for ideal meshes. Hernia 2010;14(1):81-87.

Brito. Comparison of the efficacy and safety of surgical procedures utilizing autologous fascial and transobturator slings in patients with stress urinary incontinence. (2013)

Bron C, Dommerholt J, "Etiology of Myofascial Trigger Points", Curr Pain Headache Rep (2012) 16:439-444.

Brubaker L, et al. "A randomized trial of colpopexy and urinary reduction efforts (CARE): design and methods", Control Clin Trials, 2003 vol. 24(5) pp. 629-42.

Brubaker L, et al. 5-year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. J Uro (2012) Vol. 187, 1324-1330

Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surger: Findings from the trial of midurethral slings (TOMUS) Study. AJOG (2011)

Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study. Am J Obstet Gynecol 2011; 205:498.e1-6.

Brubaker L. Abdominal sacrocolpopexy with Burch colposuspension to reduce urinary stress incontinence. N Engl J Med (2006) 354(15) p. 1557-66

Brubaker L. Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study. Am J Obstet Gynecol 2011;205:498.e1-6.

Brubaker L. Two-year outcomes after sacrocolpeopexy with and without burch to prevent stress urinary incontinence. Obstet Gynecol (2008) 112(1) p. 49-55

Brubaker, Richter, Zimmern. [Pop 482, 5 yr fu] 5-year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. J Uro (2012) Vol. 187, 1324-1330

Brubaker. [Pop 597, 24 mo fu] Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study.  (2011)

Brumovsky PR, Gebhart GF. Visceral organ cross-sensitization - an integrated perspective. Auton Neurosci. 2010 Feb 16;153(1-2):106-15.

Bryans. Marlex gauze hammock sling operation with Cooper's ligament attachment in the management of recurrent urinary stress incontinence. Am. J. Obstet. Gynecol. 133: 292, 1979.

Buchgreitz L, et al. "Frequency of headache is related to sensitization: A population study.", Pain 123(2006) 19-27.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Buchgreitz L, et al. "Increased pain sensitivity is not a risk factor but a consequence of frequent headache: A population-based follow-up study", Pain 137(2008)623-630.

Buchgreitz L, et al. "Increased prevalence of tension-type headache over a 12-year period is related to increased pain sensitivity. A population study.", Cephalalgia 2007;27:145-152.

Bugge C. Vaginal pessaries for pelvic organ prolapse and urinary incontinence: a multiprofessional survey of practice, Int Urogynecol J (2013) 24:1017-1024

Bukkapatnam R, et al. "Anterior vaginal wall surgery in elderly patients: outcomes and assessment", Urology, 2005 vol. 65(6) pp. 1104-8.

Bullones Rodríguez MÁ, Afari N, Buchwald DS; National Institute of Diabetes and Digestive and Kidney Diseases Working Group on Urological Chronic Pelvic
Pain. Evidence for overlap between urological and nonurological unexplained clinical conditions. J Urol. 2013 Jan;189(1 Suppl):S66-74.

Bump R. The standardization of terminology of female pelvic organ prolapse and pelvic floor dysfunction. Am J Obstet Gynecol 1996;175:10-7

Bump RC. The POP-Q system: two decades of progress and debate. Int Urogynecol J. 2014 Feb 7.

Burch JC. The Effects of Long-Term Estrogen Administration to Women Following Hysterectomy, Front Horm Res. 1975;3:208-14

Burger J. Long-term Follow-up of a Randomized Controlled Trial of Suture Versus Mesh Repair of Incisional Hernia. Ann Surg 2004;240: 578–585

Burgio KL, Nygaard IE, Richter HE, et al. Bladder symptoms 1 year after abdominal sacrocolpopexy with and without Burch colposuspension in women without preoperative stress incontinence symptoms. Am J Obstet Gynecol 2007;197:647.e1-647.e6.

Burgio, Richter. Patient satisfaction with stress incontinence surgery. (2010)

Burnstein R, et al. "An Association between Migraine and Cutaneous Allodynia", Ann Neurol 2000;47:614-624.

Burrows LJ, et al. "Pelvic symptoms in women with pelvic organ prolapse", Obste Gynecol, 2004 vol. 104(5 Pt 1) pp. 982-8.

Burrows LJ, et al. "Surgical procedures for urethral diverticula in women in the United States, 1979-1997", Int Urogynecol J Pelvic Floor Dystfunct, vol. 16(2) pp. 158-61.

Burstein R, et al. "The development of cutaneous allodynia during a migraine attack: Clinical evidence for the sequential recruitment of spinal and supraspinal nociceptive neurons in migraine." Brain (2000), 123, 1703-1709.

But I, Faganelj M. Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:857-861.

Butrick Charles W. "Chronic Pelvic Pain: How Many Surgeries Are Enough?", Clinical Obstetrics and Gynecology, Vol. 50, No. 2, 412-424, 2007.

Butrick Charles W. "Interstitial Cystitis and chronic Pelvic Pain: New Insights in Neuropathology, Diagnosis, and Treatment", Clinical Obstetrics and Gynecology, Vol. 46, No. 4, 811-823, 2003.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Butrick Charles W. "Pelvic Floor Hypertonic Disorders: Indentification and Management" Obstet Gynecol Clin N Am 36 (2009) 707-722. |
| Butrick CW. Chronic pelvic pain syndromes: clinical, urodynamic, and urothelial observations, Int Urogynecol J (2009) 20: 1047-1053 |
| Cakit BD, et al. Comorbidity of fibromyalgia and cervical myofascial pain syndrome. Clin Rheumatol (2010)29:405-411. |
| Calandre Elena P, et al. "Myofascial trigger points in cluster headache patients: a case series", Head & Face Medicine 2008, 4:32 doi:10.1186/1746-160X-4-32. |
| Calvo. [Pop 92, 1 yr fu] Our experience with mini tapes (TVT-Secur and MiniArc) in the surgery for stress urinary incontinence. Acta Urol Esp. 2008; 32(10): 1013-1018 |
| Cammu H, et al. Who will benefit from pelvic floor muscle training for stress urinary incontinence? American Journal of Obstetrics and Gynecology (2004) 191, 1152-7 |
| Cammu H, Van Nylen M, Blockeel C, Kaufman L, Amy JJ: Who will benefit from pelvic floor muscle training for stress urinary incontinence? Am J Obstet Gynecol 2004, 191(4):1152-1157 |
| Cammu. Dramatic increase (1997-2007) in the number of procedures for stress urinary incontinence in Belgium. Int Urogynecol J (2010) 21:1511–1515 |
| Campeau L, Tu LM, Lemieux MC, et al. A multicenter, prospective, randomized clinical trial comparing tension-free vaginal tape surgery and no treatment for the management of stress urinary incontinence in elderly women. Neurourol Urodyn 2007;26:990-994. |
| Capobianco G, Donolo E, Borghero G, Dessole F, Cherchi PL, Dessole S. Effects of intravaginal estriol and pelvic floor rehabilitation on urogenital aging in postmenopausal women. Arch Gynecol Obstet. 2012 Feb;285(2):397-403. |
| Caquant, F. Safety of Trans Vaginal Mesh procedure: Retrospective study of 684 patients. J. Obstet Gynaecol Res. Vol. 34, No. 4: 449-456 August 2008 |
| Carbone, Kavaler. Pubovaglnal sling using cadaveric fascia and bone anchors; Disappointing early results. (2001) |
| Carey M, Higgs P, Goh J, Lim J, Leong A, Krause H, Cornish A. Vaginal repairwith mesh versus colporrhaphy for prolapse: a randomised controlled trial. BJOG. 2009 Sep;116(10):1380-6. doi: 10.1111/j.1471-0528.2009.02254.x. Epub 2009 Jul 7. PubMed PMID: 19583714; PubMed Central PMCID: PMC2774153. |
| Carlson KJ. Outcomes of Hysterectomy, Clin Obstet Gynecol 1997, 40(4): 939-946 |
| Caruso S, Cicero C, Romano M, Lo Presti L, Ventura B, Malandrino C. Tadalafil 5 mg daily treatment for type 1 diabetic premenopausal women affected by sexual genital arousal disorder. J Sex Med. 2012 Aug;9(8):2057-65. |
| Caruso S, Rugolo S, Bandiera S, Mirabella D, Cavallaro A, Cianci A. Clitoral blood flow changes after surgery for stress urinary incontinence: pilot study on TVT Versus TOT procedures. Urology 2007;70:554- 557. |
| Casetlo-Branco C, et al. "Management of post-menopausal vaginal atrophy and atrophic vaginitis", Maturitas, 2005 vol. 52 supple 1 pp. S46-52 |
| Cavkaytar S. Effects of Horizontal vs. Vertical Vaginal Cuff Closure Techniques on Vagina Length After Vaginal Hysterectomy: A Prospective Randomized Study, J Minim Invasive Gynecol. 2014 Sep-Oct;21(5):884-7 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Ceci F, et al. "Multiorgan female pelvic prolapse: pelvic organ prolapse suspension (P.O.P.S.) stapled transanal rectale resction (S.T.A.R.R.): new surgical techniques and results", Ann Ital Chir, vol. 84(6) pp. 711-3.

Celebi. [Pop 563, 5 yrs fu] Results of the tension-free vaginal tape procedure for treatment of female stress urinary incontinence. A 5-year follow-up study. Arch Gynecol Obstet (2009) 279:463–467

Celik DB, et al. "Sexual function in women after urinary incontinence and/or pelvic organ prolapse surgery", J Clin Nurs, 2013.

Cervigni M, Natale F, La Penna C, et al. Surgical correction of stress urinary incontinence associated with pelvic organ prolapse: Trans-obturator approach (Monarc) versus retropubic approach (TVT). Neurourol Urodyn 2006;25:552.

Chacur M, et al. "Role of spinal microglia in myositis-induced central sensitisation: An immunohistochemical and behavioural study in rats", European Journal of Pain 13(2009)915-923.

Chai TC, Kenton K, Xu Y, Sirls L, Zyczynski H, Wilson TS, Rahn DD, Whitcomb EL, Hsu Y, Gormley EA. Effects of concomitant surgeries during midurethral slings (MUS) on postoperative complications, voiding dysfunction, continence outcomes, and urodynamic variables. Urology. 2012 Jun;79(6):1256-61.

Chai, Richter, Kenton, Zimmern, Zyczynski (UITN) - Complications in Women Undergoing Burch Colposuspension Versus Autologous Rectus Fascial Sling for Stress Urinary Incontinence. (2009)

Chaliha (1999) Complications of surgery for genuine stress incontinence

Chaliha, Stanton - Complications of surgery for genuine stress incontinence. British Journal ofObstefries and GYllaecology
December 1999, Vol 106, pp. 1238-1245

Chaliha. Complications of surgery for genuine stress incontinence. British Journal of Obstetrics and Gynecology, December 1999, Vol 106, pp. 1238-1245

Chan SS, Cheung RY, Yiu KW, Lee LL, Pang AW, Chung TK. Symptoms, quality of life, and factors affecting women's treatment decisions regarding pelvic organ prolapse. Int Urogynecol J. 2012 Aug;23(8):1027-33.

Chang FH, Lee CL, Soong Y. Use of Palmer's Point for Insertion of the Operative Laparoscope in Patients with Severe Pelvic Adhesions: Experience of Seventeen Cases. J Am Assoc Gynecol Laparosc 1994;1:S7

Chappell AS, et al. "Duloxetine, a centrally acting analgesic, in the treatment of patients with osteoarthritis knee pain: A 13-week, randomized, placebo-controlled trial", Pain 146(2009)253-260.

Chaturvedi S. Tran-vaginal total pelvic floor repair using customized prolene mesh: A safe and cost-effective approach for high-grade pelvic organ prolapse, Indian J Urol. 2012 Jan;28(1):21-7

Chedraui P, Hidalgo L, San Miguel G, Morocho N, Ross S. Red clover extract (MF11RCE) supplementation and postmenopausal vaginal and sexual health. Int J Gynaecol Obstet. 2006 Dec;95(3):296-7. Epub 2006 Sep 27.

Chen (Zhong) - [Pop 187] Comparison of three kinds of midurethral slings for surgical treatment of female stress urinary incontinence. Urologia 2010; 77 (1): 37-42

Chen G-D. Urinary Tract Dysfunction after Radical Hysterectomy for Cervical Cancer, Gynecol Oncol. 2002 May;85(2):292-7

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Chen HW, et al. Cost-effectiveness of percutaneous tibial nerve stimulation versus extended release tolterodine for overactive bladder. J Urol. 2012 Jan;187(1):178-84. doi: 10.1016/j.juro.2011.09.052. Epub 2011 Nov 17.

Chen HW, et al. Ischiorectal abscess and ischiorectal-vaginal fistula as delayed complications of posterior intravaginal slingplasty: a case report. J Reprod Med. 2009 Oct;54(10):645-8.

Chen HY, Chung YW, Lin WY, et al. 2008 Collagen type 3 alpha 1 polymorphism and risk of pelvic organ prolapse. Int J Gynecol Obstet;103 5558

Chen HY, et al. "Relationship between the expressions of mitofusin-2 and procollagen in uterosacral ligament fibroblasts of postmenopausal patients with pelvic organ prolapse", Eur. J. Obstet. Gynecol. Reprod. Biol., 2014 vol. 174 pp. 141-5.

Chen Y-S. Midterm prospective comparison of vaginal repair with mesh vs Prolilft system devices of prolapse, Eur J Obstet Gynecol Reprod Biol. 2012 Oct;164(2):221-6

Chene. [Pop 94, 5 yr fu] Long-term results of tension-free vaginal tape (TVT) for the treatment of female urinary stress incontinence. European Journal of Obstetrics & Gynecology and Reproductive Biology 134 (2007) 87–94

Cheng (2012) - [Pop 103, 5 yr fu] Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol 161:228-231

Cheng C, Rosamilia A, Healey M, "Diagnosis of interstitial cystitis/bladder pain syndrome in women with chronic pelvic pain: a prospective observational study", Int Urogynecol J (2012) 23:1361-1366.

Cheng D, Caigang L. Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol (2012) 161:228-231

Cheng. [Pop 103, 5 yr fu] Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. (2012)

Cheon C, et al. "Economics of pelvic organ prolapse surgery", Int Urogynecol J, 2013 vol. 24(11) pp. 1873-6.

Cheong Y, William Stones R. Chronic pelvic pain: aetiology and therapy. Best Pract Res Clin Obstet Gynaecol. 2006 Oct;20(5):695-711. Epub 2006 Jun 9.

Chermansky C. Complications of vaginal mesh surgery. Curr Opin Urol (2013)

Chesson R, et al. "Why complex pelvic organ prolapse should be repaired vaginally", Curr Opin Urol, 2013 vol. 23(4) pp. 312-6.

Chiarioni G, Asteria C, Whitehead WE. Chronic proctalgia and chronic pelvic pain syndromes: New etiologic insights and treatment options. World J Gastroenterol 2011; 17(40): 4447-4455.

Chmielewski L. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011, 205(1), pg. 69.e1-8

Cho. Nationwide Database of Surgical Treatment (2014)

Choe J, Kim J, Na Y, Lee J, Seo J. Comparative study of tension-free vaginal tape (TVT) and suprapubic arc (SPARC) sling procedure for female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:S68.

Cholhan H, et al. Dyspareunia association with paraurethral banding in the transobturator sling. Am J Obstet Gynecol 2010;202:481.e1-5.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Christensen. [Pop 169, median 7 yr fu] Long-term results of the Stamey bladder-neck suspension procedure and of the Burch Colposuspension. Scand J Urol Nephrol 31: 349- 353, 1997

Chryssikopoulos A. Indications and Results of Total Hysterectomy, Int Surg 1986; 71:188-194

Chughtai BI, et al. Midurethral Sling Is the Dominant Procedure for Female Stress Urinary Incontinence: Analysis of Case Logs from Certifying American Urologists. Urology. 2013 Oct 15.

Chung CP, Miskimins R, Kuehl TJ, Yandell PM, Shull BL. Permanent suture used in uterosacral ligament suspension offers better anatomical support than delayed absorbable suture. Int Urogynecol J. 2012 Feb;23(2):223-7.

Chung CP. Incidence and risk factors of postoperative urinary tract infection after utersacral ligament suspension, Int Urogynecol J (2012) 23:947-950

Chung CP. Lack of Preoperative Predictors of the Immediate Return of Postoperative Bladder Emptying After Uterosacral Ligament Suspension, South Med J. 2013 Apr;106(4):267-9

Chung CP. Recognition and Management of Nerve Entrapment Pain After Uterosacral Ligament Suspension, Obstet Gynecol. 2012 Aug;120(2 Pt 1):292-5

Chung KH, Liu SP, Lin HC, Chung SD. Bladder pain syndrome/interstitial cystitis is associated with anxiety disorder. Neurourol Urodyn. 2014 Jan;33(1):101-5.

Chung M, et al. "Early Identification of Interstitial Cystitis May Avoid Unnecessary Hysterectomy", JSLS (2009)13:350-357.

Chung M. Early Identification of Interstitial Cystitis May Avoid Unnecessary Hysterectomy. JSLS (2009)13:350–357

Chung MK. The Overlap of Interstitial Cystitis/ Painful Bladder Syndrome and Overactive Bladder, JSLS. 2010 Jan-Mar;14(1):83-90

Chung S-D. Bladder Pain Syndrome/Interstitial Cystitis Is Associated with Hyperthyroidism. (2013) PLoS ONE 8(8): e72284.

Chung. [Pop 91] Comparison of Laparoscopic Burch and Tension-Free Vaginal Tape in Treating Stress Urinary Incontinence in Obese Patients. JSLS (2002)6:17-21

Ciritsis A, et al. "Time-Dependant Changes of Magnetic Resonance Imaging-Visible Mesh Implants in Patients", Invest Radiol, 2014.

Claerhout F. Analysis of the learning process for laparoscopic sacraocolpopexy: identification of challenge steps, Int Urogynecol J (2014) 25:1185-1191

Claerhout F. Implementation of laparoscipic sacrocolpopexy - a single centre's experience, Int Urogynecol J (2009) 20:1119-1125

Claerhout F. Medium-Term Anatomic and Functional Results of Laparoscopic Sacrocolpopexy Beyond the Learning Curve. European Urology 55 (2009) 1459 – 1468

Clark, Edwards. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence (2003).

Clave. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants. Int Urogynecol J (2010) 21:261–270

Clemons J. Diagnosing Interstitial Cystitis in Women With Chronic Pelvic Pain. Obstetrics & Gynecology: August 2002 - Volume 100 - Issue 2 - p 337–341

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Clemons JL, et al. Impact of the 2011 FDA Transvaginal Mesh Safety Update on AUGS Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery. Female Pelvic Medicine & Reconstructive Surgery, Volume 19, Number 4, July/August 2013.

Clemons. Impact of the 2011 FDA Transvaginal Mesh Safety Update on AUGS Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery. (2013)

Coady D. Chronic sexual pain. A layered guide to evaluation. Contemporary Ob/Gyn, September 2015, pp. 18-28.

Cobb WS, Kercher KW, Heniford BT. The argument for lightweight polypropylene mesh in hernia repair. Surgical innovation. 2005 Mar;12(1):63-9. PubMed PMID: 15846448.

Cohen S. The incidence of mesh extrusion after vaginal incontinence and pelvic floor prolapse surgery, J Hosp Admin, 2014, 3(4): 76-81

Collinet P, et al. The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711–715

Collinet P. The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711–715

Collinet P. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors, Int Urogynecol J (2006) 17: 315-320

Collinet. The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711–715

Colombo M, Vitobello D, Bulletti C, Poggi C. [Pop 119] Randomized study to compare pereyra and TVT procedures for women with stress urinary incontinence and advanced urogenital prolapse. Urogynaecol Int J 2005;19:177-81.

Colson MH, Cour F. [Women's orgasmic disorders]. Prog Urol. 2013 Jul;23(9):586-93.

Comiter CV. Repair of Enterocele and Vault Prolapse: Transvaginal Culdosuspension, Tech Urol. 2001 Jun;7(2):146-51

Comiter CV. Transvaginal Culdosuspension: Technique and Results, Urology. 1999 Nov;54(5):819-22

Connell KA, et al. Diminished vaginal HOXA13 expression in women with pelvic organ prolapse. Menopause. 2009 May-Jun;16(3):529-33. doi: 10.1097/gme.0b013e31818fb0c2.

Connell KA, et al. HOXA11 is critical for development and maintenance of uterosacral ligaments and deficient in pelvic prolapse. J Clin Invest. 2008 Mar;118(3):1050-5. doi: 10.1172/JCI34193.

Connell KA, et al. HOXA11 promotes fibroblast proliferation and regulates p53 in uterosacral ligaments. Reprod Sci. 2009 Jul;16(7):694-700. doi: 10.1177/1933719109334260. Epub 2009 Apr 16.

Constantini E, et al. [ICS Abs 3] Prolonged follow-up shows continence deter. after trans-obturator tape: Results from a randomised controlled study. (2013)

Conze J, et al.  New Polymer for Intra-Abdominal Meshes-PVDF Copolymer. J Biomed Mater Res B Appl Biomater 2008;87(2):321-328.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Conze J, et al.  Polypropylene in the intra-abdominal position:  Influence of pore size and surface area. Hernia 2004;8(4):365-372. |
| Conze. Randomized clinical trial comparing lightweight composite mesh with polyester or polypropylene mesh for incisional hernia repair (2005) |
| Cooke L, et al. "Cutaneous Allodynia in Transformed Migraine Patients", Headache 2007;47:531-539. |
| Cooper K. Outcomes following hysterectomy or endometrial ablation for heavy menstrual bleeding: retrospective analysis of hospital episode statistics in Scotland, BJOG. 2011 Sep;118(10):1171-9 |
| Copeland W, et al. "Gynecologic amyloidosis", documentation of amyloid involvement of the female reproductive tract." Am J Obstet Gynecol 1985;153:555-6. |
| Copenhaven EH. Vaginal Hysterectomy, Am J Obst & Gynec 1962 July; 84(1): 123-128 |
| Cornu J. Midterm Prospective Evaluation of TVT-Secur Reveals High Failure Rate. EUROPEAN UROLOGY 58 (2010) 157 – 161 |
| Cosma S, et al. "Advnaced utero-vaginal prolapse and vaginal vault suspension: synthetic mesh vs native tissue repair", Arch. Gynecol. Obstet., 2014 vol. 289(5) pp. 1053-60. |
| Cosson M, Debodinance P, Boukerrou M, et al. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material? Int Urogynecol J (2003) 14: 169 178 |
| Cosson M. Trans-vaginal Mesh Technique for Treatment of Pelvic Organ Prolapse: 5 years of Prospective Follow-up. Abstract 56 (2010) |
| Cosson M. Vaginal, laparoscopic, or abdominal hysterectomies for benign disorders: immediate and early postoperative complications, Eur J Obstet Gynecol Reprod Biol. 2001 Oct;98(2):231-6 |
| Cosson, M. Prolift (Mesh Gynecare) for Pelvic Organ Prolapse Surgical Treatment using the TVM Group Technique: A Retrospective Study of 687 Patients ISC 2005, pgs. 590-591 |
| Costantini E, et al. [Pop 87, median 100 mos fu] Long-term efficacy of the trans-obturator and retropubic mid-urethral slings for stress urinary incontinence: update from a randomized clinical trial. World J Urol (2015) |
| Costigan M, et al. "Neuropathic Pain: A Maladaptive Response of the Nervous System to Damage", Annu Rev Neurosci. 2009; 32:1-32. |
| Coughlin SM, et al. "Better late than never? Impact of local analgesia timing on postoperative pain in laparoscopic surgery: a systematic review and metaanalysis", Surgical Endoscopy 2010;24(12):3167-3176. |
| Coulam CB. Vaginal hysterectomy: Is previous pelvic operation a contraindiction?, Am J Obstet Gynecol. 1973 May 15;116(2):252-60 |
| Cour F, Methorst C. [Women's arousal disorders]. Prog Urol. 2013 Jul;23(9):575-85. |
| Courtney CA, O'Hearn MA, Hornby TG. Neuromuscular function in painful knee osteoarthritis. Curr Pain Headache Rep. 2012 Dec;16(6):518-24. |
| Cox A, Herschorn S, Lee L. Surgical management of female SUI: Is there a gold standard? Nat. Rev. Urol. 10, 78-89 (2013. |
| Cox, A. Evaluation of current biologic meshes in pelvic organ prolapse repair (abstract) |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Crane AK, et al. "Outlet constipation 1 year after robotic sacrocolpopexy with and without concomitant posterior repair", South. Med. J. 2013 vol. 106(7) pp. 409-14.

Cresswell. [pop 118, mean 6.6 yrs fu] Long-term evaluation of tension-free vaginal tape (TVT) outcomes for a UK surgeon: Objective assessment and patient satisfaction questionnaires. British Journal of Medical and Surgical Urology (2008) 1, 58—62

Crosby EC, et al. "Symptom resolution after operative management of complications from transvaginal mesh", Obstet Gynecol, 2014 vol. 123(1) pp. 134-9.

Crosignani PG. Endometrial resection versus vaginal hysterectomy for menorrhagia: Long-term clinical and quality of life outcomes, Am J Obstet Gynecol. 1997 Jul;177(1):95-101

Crotty K, Bartram CI, Pitkin J, Cairns MC, Taylor PC, Dorey G, Chatoor D. Investigation of optimal cues to instruction for pelvic floor muscle contraction: a pilot study using 2D ultrasound imaging in pre-menopausal, nulliparous, continent women. Neurourol Urodyn. 2011 Nov;30(8):1620-6.

Cuadrado ML, et al. "Migrainous Corpalgia: body pain and allodynia associated with migraine attacks", Cephalalgia 2008;28:87-91.

Cuevas R. Prolift Like (PL) Surgery: A Management Option for Severe Pelvic Organ Prolapse (POP) in a Public Hospital in a Developing Country, Int Urogynecol J (2011) 22 (Suppl 2); S197-S1768

Culligan, P.J. Subjective and objective results 1 year after robotic sacrocolpopexy using a lightweight Y-mesh, Int Urogynecol J (2014) 25:731-735

Culligan, PJ, et al. "Subjective and objective results 1 year after robotic sacrocolpopexy using a lightweight Y-mesh", Int Urogynecol J, 2014 vol. 25(6) pp. 731-5.

Cummings M, Baldry P. Regional myofascial pain: diagnosis and management. Best Pract Res Clin Rheumatol. 2007 Apr;21(2):367-87.

Cundiff GW, Varner E, Visco AG, Zyczynski HM, Nager CW, Norton PA, Schaffer J, Brown MB, Brubaker L. Pelvic Floor Disorders Network. Am J Obstet Gynecol 2008; 199:e15

Cundiff, Geoffrey, Risk factors for mesh/suture erosion following sacral colpopexy. American Journal of Obstetrics & Gynecology (December 2008)

Curatolo M, et al. "Central Hypersensitivity in Chronic Pain after Whiplash Injury", The Clinical Journal of Pain 17:306-315 (2001).

Curtis M, et al. "Glass' Office Gynecology", 5th Edition, 1999.

da Silva GPOG, Nascimento AL, Michelazzo D, Alves Jr FF, Rocha MG, Ju'lio Rosa-e-Silva C, et al. "High prevalence of chronic pelvic pain in women in Ribeira˜o Preto, Brazil and direct association with abdominal surgery.", Clinics. 2011;66(8):1307-1312.

da Silveira, Simone dos Reis Brandao, Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment, Int Urogynecol J. 2015 Mar;26(3):335-42

DaCosta V, et al. "Total laparoscopic hysterectomy versus vaginal hysterectomy at the University Hospital of the West Indies: a 5-year retrospective study", West Indian Med J, 2012 vol. 61(9) pp. 865-9.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Daher A, et al. [Preliminary study on the feasibility of robot-assisted double mesh sacrocolpopexy in comparison to the laparoscopic approach], J Gynecol Obstet Biol Reprod (Paris), 2013 vol. 42(6) pp. 570-6.

Dahl J, et al. "An expert opinion on postoperative pain management, with special refernce to new developments", Expert Opin. Pharmacother, (2010)11(15):2459-2470.

Damoiseaux. IUGA Abs PP 01 Long-term follow-up (7 years) of a randomized controlled trial. Trocar guided mesh compared with conventional vaginal repair in recurrent pelvic organ prolapse, Int Urogynecol J (2015) 26 (suppl 1): S23-S174

Dancz CE, et al. "Comparison of the POP-Q examination, transvaginal ultrasound, and direct anatomic measurement of cervical length", Int Urogynecol J, 2014 vol. 25(4) pp. 457-64.

Dandolu. IUGA Abs PP 37 Mesh complications in U.S. after transvaginal mesh repair versus abdominal or laparoscopic sacrocolpopexy, Int Urogynecol J (2015) 26 (Suppl 1): S 23-S174

Daneshgari F, Kefer JC, Moore C, et al. Robotic abdominal sacrocolpopexy/ sacrouteropexy repair of advanced female pelvic organ prolapse (POP): utilizing POP-quantification-based staging and outcomes. BJU Int. 2007; 100 875

Daniels J, Gray R, Hills RK, Latthe P, Buckley L, Gupta J, Selman T, Adey E, Xiong T, Champaneria R, Lilford R, Khan KS; LUNA Trial Collaboration. Laparoscopic uterosacral nerve ablation for alleviating chronic pelvic pain: a randomized controlled trial. JAMA. 2009 Sep 2;302(9):955-61.

Darai E, et al. Functional Results After the Suburethral Sling Procedure for Urinary Stress Incontinence: A Prospective Randomized Multicentre Study Comparing the Retropubic and Transobturator Routes. EUROPEAN UROLOGY 51 (2007) 795-802

David-Montefiore E, Barranger E, Dubernard G, Nizard V, Antoine JM, Darai E. Functional results and quality-of-life after bilateral sacrospinous ligament fixation for genital prolapse, Eur. J. Obstet. Gynecol. Reprod. Biol. (2007) 132(2):209-213

Davila GW, et al. Pelvic floor dsyfunction management practice patterns: A survey of members of the International Urogynecology Association. Int Urogynecol J (2002) 13:319-325

Davis K, Kumar D. Pelvic floor dysfunction: a conceptual framework for collaborative patient-centred care. J Adv Nurs. 2003 Sep;43(6):555-68.

de Almeida FG, et al. "Magnetic resonance imaging in the diagnosis of pelvic floor disorders", Int Braz J Urol. Vol. 28(6) pp. 553-9.

de Boer TA, Salvatore S, Cardozo L, Chapple C, Kelleher C, van Kerrebroeck P, Kirby MG, Koelbl H, Espuna-Pons M, Milsom I, Tubaro A, Wagg A, Vierhout ME. Pelvic organ prolapse and overactive bladder. Neurourol Urodyn. 2010;29(1):30-9.

de Jonge P. The measurement of chronic pain and health-related quality of life following inguinal hernia repair: a reivew of the literature, Hernia 2008 Dec;12(6):561-9

de Landsheere L, et al. "Changes in elastin density in different locations of the vaginal wall in women with pelvic organ prolapse", Int Urogynecol J, 2014.

de Landsheere L. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up, Am J Obstet Gynecol. 2012 Jan;206(1):83.e1-7

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

de Leval - [Pop 102, 1 yr fu] New Surgical Technique for Treatment of Stress Urinary
Incontinence TVT-Obturator. New Developments. (2005)

de Leval J, Thomas A, Waltregny D. The original versus a modified inside-out transobturator
procedure: 1-year results of a prospective randomized trial. Int Urogynecol J 2011;22:145-156.

De Leval J. (TVT-O _inside-out_ treatise) [Pop 107, 1 mo fu] Novel SurgicalTechnique for
theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out.
European Urology 44 (2003) 724–730

de Oliveira L, Girao MJ, Sartori MG, Castro RA, Fonseca E. [Pop 85, med 14 mos fu] Abs 328 -
Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of
women with stress urinary incontinence. Int Urogynecol J 2007;18 (Suppl I):S180-S181.

De Souza A, Dwyer PL, Rosamilia A, Hiscock R, Lim YN, Murray C, Thomas E, Conway C,
Schierlitz L. Sexual function following retropubic TVT and transobturator Monarc sling in
women with intrinsic sphincter deficiency: a multicentre prospective study. Int Urogynecol J.
2012 Feb;23(2):153-8.

de Tayrac R, Droupy S, Calvanese L, and Fernandez H. A prospective randomized study
comparing TVT and transobturator suburethral tape (T.O.T.) for the surgical treatment of stress
incontinence. /CS 2003:Abstract 344.

De Tayrac R, et al. Cystocele repair by the vaginal route with a tension-free sub-bladder
prosthesis. J Gynecol Obstet Biol Reprod (Paris) 2002;31(6):597-599.

de Tayrac R. Cystocele Repair with a Fixation-Free Prosthetic Polypropylene Mesh.

De Tayrac Renaud, Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall
prolapse, The Journal of Reproductive Medicine

de Tayrac, et al, "Complications of pelvic organ prolapse surgery and methods of prevention",
Int Urogynecol J, 2013 vol. 24(11) pp. 1859-72.

de Tayrac, et al. Objective assessment of symptoms and informing patients of surgical risk, J
Med Liban, vol. 61(1) pp. 23-35.

de Tommaso M, et al. "Abnormal brain processing of cutaneous pain in migraine patients
during the attack", Neuroscience Letters 333(2002)29-32.

de Tommaso M, et al. "Fibromyalgia comorbidity in primary headaches", Cephalalgia
2009;29:453-464.

de Tommaso M, et al. "Heat pain thresholds and cerebral event-related potentials following
painful CO2 laser stimulation in chronic tension-type headache", Pain 104(2003)111-119.

De Vita D, Araco F, Gravante G, Sesti F, Piccione E. Vaginal reconstructive surgery for severe
pelvic organ prolapses: a 'uterine-sparing' technique using polypropylene prostheses. Eur J
Obstet Gynecol Reprod Biol. 2008 Aug;139(2):245-51.

De Wilde RL, Brölmann H, Koninckx PR, Lundorff P, Lower AM, Wattiez A, Mara M, Wallwiener
M; The Anti-Adhesions in Gynecology Expert Panel (ANGEL).
Prevention of adhesions in gynaecological surgery: the 2012 European field guideline. Gynecol
Surg. 2012 Nov;9(4):365-368.

Dean. (Updated 2010 Cochrane Rev) Laparoscopic colposuspension for urinary incontinence in
women (Review). (2006)

Dean. [Review] Laparoscopic colposuspension and tension-free vaginal tape. A systematic
review. BJOG 2006;113:1345–1353

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Debodinance - [Pop 256, 3 mo fu] Tension-free vaginal tape (TVT) in the treatment of urinary stress incontinence: 3 years experience involving 256 operations. European Journal of Obstetrics & Gynecology and Reproductive Biology 105 (2002) 49-58

Debodinance P. [Fr, Eng abs] Trans-obturator urethral sling for the surgical correction of female stress urinary incontinence: Ouside-in (Monarc) versus inside-out (TVT-O) are the two ways reassuring? European Journal of Obstetrics & Gynecology and Reproductive Biology 133 (2006) 232-238

Deer TR. Current and future trends in spinal cord stimulation for chronic pain. Curr Pain Headache Rep. 2001 Dec;5(6):503-9.

Deffieux X, Daher N, Mansoor A, Debodinance P, Muhlstein J, Fernandez H. Transobturator TVT-O versus retro pubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J 2010;21:1337-1345.

Deffieux X, Savary D, Letouzey V, Sentilhes L, Agostini A, Mares P, Pierre F. Prevention of the complications related to the use of prosthetic meshes in prolapse surgery: guidelines for clinical practice - literature review. J Gynecol Obstet Biol Reprod (Paris). 2011 Dec;40(8):827-50.

Deffieux X. Exposition prothetique apres mise en place d'une prothese par voie vaginale pour cure de cystocele, J Gynecol Obstet Biol Reprod 2006; 35: 678-684

Deffieux X. IVS Versus I-STOP in Infracoccygeal Sacropexy Procedure: A Comparative Study, J Min Invas Gynecol 15 (2008) S1-S159

DeLancey JOL. "Anatomic aspects of vaginal eversion after hysterectomy", Am J Obstet Gynecol 1992;166:1717.

Dell JR. Interstitial cystitis/painful bladder syndrome: appropriate diagnosis and management. J Womens Health (Larchmt). 2007 Oct;16(8):1181-7.

Delorme (online Dec. 2003) - Transobturator tape (Uratape). A new minimally invasive procedure to treat female urinary incontinence. (2004)

Demirci F, et al. Long-term results of Burch colposuspension. Gynecol Obstet Invest 2001; 51:243-247.

Demirci F, Ozdemir I, Somunkiran A, Doyran GD, Alhan A, Gul B. Abdominal sacrohysteropexy in young women with uterovaginal prolapse: results of 20 cases. J Reprod Med. 2006 Jul;51(7):539-43.

Demirci F. Perioperative Complications in Abdominal Sacrocolpopexy, Sacrospinous Ligament Fixation and Prolift Procedures, Balkan Med J 2014; 31: 158-63

Deng DY, et al. Correction of cystocele", BJU Int., 2005 vol. 96(4) pp.691-709.

Denis. Pelvic Organ Prolapse Treatment by the Vaginal Route Using a Vypro Composite Mesh: Preliminary Results About 106 Cases. (2004)

Dennerstein L, Alexander JL, Kotz K. (2003) The menopause and sexual functioning: a review of the population-based studies, Annu. Rev. Sex Res. 14:64-82

Dennerstein L, Leventhal Alexander J. Estradiol and sexual function in postmenopausal women: differential effects of mode of administration and dose. Menopause. 2006 Sep-Oct;13(5):721-3.

Deprest J, Zheng F, Konstantinovic M, Spelzini F, Claerhout F, Steensma A, et al. The biology behind fascial defects and the use of implants in pelvic organ prolapse repair. International urogynecology journal and pelvic floor dysfunction. 2006 Jun;17 Suppl 1:S16-25. PubMed PMID: 16738743.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Deprest J. Medium Term Outcome of Laparoscopic Sacrocolpopexy with Xenografts Compared to Synthetic Grafts, J Urol. 2009 Nov;182(5):2362-8 |
| Deprest J. The challenge of implementing laparoscopic sacrocolpopexy, Int Urogynecol J (2014) 25:1153-1160 |
| DeSouza. [case report] Adductor brevis myositis following transobturator tape procedure: a case report and review of the literature. Int Urogynecol J (2007) 18:817–820 |
| deTayrac R, et al. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602e8 |
| Detollenaere RJ, den Boon J, Stekelenburg J, Alhafidh AH, Hakvoort RA, Vierhout ME, van Eijndhoven HW. Treatment of uterine prolapse stage 2 or higher: a randomized multicenter trial comparing sacrospinous fixation with vaginal hysterectomy (SAVE U trial). BMC Womens Health. 2011 Feb 15;11:4. |
| Dhingra C. Urogynecological Causes of Pain and the Effect of Pain on Sexual Function in Women, Female Pelvic Med Reconstr Surg. 2012 Sep-Oct;18(5):259-67 |
| Dhital R. Improved quality of life after surgery for pelvic organ prolapse in Nepalese women, BMC Women's Health 2013, 13:22 |
| Di Marco DS, Chow GK, Gettman MT, et al. Robotic-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. Urology 2004;63:373 |
| Di Piazza. IUGA Abs. 430 Complications in short suburethral sling positioning. Int Urogynecol J (2009) 20 (Suppl 3):S241-S491. |
| Dick M-L. "Chronic pelvic pain in women: assessment and management", Fam. Physician Vol. 33, No. 12, December 2004. |
| Dicker RC. Complications of abdominal and vaginal hysterectomy among women of reproductive age in the United States: The Collaborative Review of Sterilization, Am J Obste Gyncol 1982 Dec; 144(7): 841-848 |
| Diers M, et al. "Pain Ratings and Somatosensory Evoked Responses to Repetitive Intramuscular and Intracutaneous Stimulation in Fibromyalgia Syndrome", J Clin Neurophysiol 2008;25:153-160. |
| Dietz H, et al. TVT vs Monarc: a comparative study. Int Urogynecol J (2006) 17: 566-569 |
| Dietz H. Does the tension-free vaginal tape stay where you put it? Am J Obstet Gynecol 2003; 188:950-3 (2003) |
| Dietz H. Pelvic floor ultrasound in prolapse: what's in it for the surgeon? Int Urogynecol J (2011) 22:1221-1232 |
| Dietz HP, et al. "The natural history of cystocele recurrence", Int Urogynecol J, 2014. |
| Dietz HP, Mann KP. What is clinically relevant prolapse? An attempt at defining cutoffs for the clinical assessment of pelvic organ descent. Int Urogynecol J. 2014 Feb 7. |
| Dietz HP, Shek KL, Daly O, Korda A, "Can levator avulsion be repaired sugically? A prospective surgical pilot study", Int Urogynecol J (2013) 24:1011-1015. |
| Dietz HP. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14: 239–243. |
| Dietz V, et al. "Functional outcome after sacrospinous hysteropexy for uterine descensus", Int Urogynecol J (2008) 19:747-752. |

Dietz V, et al. "Pelvic organ prolapse and sexual function", Int Urogynecol J, 2013 vol. 24(11) pp. 1853-7.

Dionisi B, Senatori R. Effect of transcutaneous electrical nerve stimulation on the postpartum dyspareunia treatment. J Obstet Gynaecol Res. 2011 Jul;37(7):750-3.

Direkvand-Moghadam A, Ghazanfari Z, Sayehmiri K. Predictive Factors for Pelvic Organ Prolapse (POP) in Iranian Women's: An Ordinal Logistic Approch. J Clin Diagn Res. 2014 Jan;8(1):96-9.

Dirks J, et al. "Mechanisms of Postoperative Pain: Clinical Indications for a Contribution of Central Neuronal Sensitization", Anesthesiology 2002;97:1591-6.

Diwadkar GB. Complication and Reoperation Rates After Apical Vaginal Prolpase Surgical Repair, Obstet Gynecol. 2009 Feb;113(2 Pt 1):367-73

Dmochowski, Blaivas. (AUA Guidelines) Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. J Uro, Vol. 183, 1906-1914, May 2010

Doğanay M, Aksakal O. Minimally invasive sacrospinous ligament suspension: perioperative morbidity and review of the literature. Arch Gynecol Obstet. 2013 Jun;287(6):1167-72.

Doggweiler-Wiygul R, Wiygul JP. Interstitial cystitis, pelvic pain, and the relationship to myofascial pain and dysfunction: a report on four patients. World J Urol. 2002 Nov;20(5):310-4. Epub 2002 Oct 8.

Doggweiler-Wiygul R. Urologic myofascial pain syndromes. Curr Pain Headache Rep. 2004 Dec;8(6):445-51.

Donnez O, Squifflet J, Leconte I, Jadoul P, Donnez J. Posthysterectomy pelvic adenomyotic masses observed in 8 cases out of a series of 1405 laparoscopic subtotal hysterectomies. J Minim Invasive Gynecol. 2007 Mar-Apr;14(2):156-60.

Dooley Y, et al. Urinary Incontinence Prevalence: Results from the National Health and Nutrition Examination Survey. (2008)

Doucette RC. Challenging generally accepted contraindications to vaginal hysterectomy, Am J Obstet Gynecol. 2001 Jun;184(7):1386-9

Doumerc N, Mouly P, Thanwerdas J, Vazzoler N, Khedis M, Huyghe E, Soulié M, Plante P. [Efficacy and safety of Pelvicol in the vaginal treatment of prolapse]. Prog Urol. 2006 Feb;16(1):58-61.

Doumouchtsis S. Long-term outcomes of modified high uterosacral liagament vault suspension (HUSLS) at vaginal hysterectomy, Int Urogynecol J (2011) 22:577-584

Doumouchtsis SK, Boama V, Gorti M, Tosson S, Fynes MM. Prospective evaluation of combined local bupivacaine and steroid injections for the management of chronic vaginal and perineal pain. Arch Gynecol Obstet. 2011 Sep;284(3):681-5.

Doumouchtsis SK, et al. "Urogential consequences in ageing women", Best Pract Res Clin Obstet Gynaecol, 2013 vol. 27(5) pp. 699-714.

Drahoradova P, Masata J, Martan A, Svabfk K.  ICS Abs. 278 -  Comparative development of quality of life between TVT and Burch colposuspension. (2004)

Driul L, Bertozzi S, Londero AP, Fruscalzo A, Rusalen A, Marchesoni D, Di Benedetto P. Risk factors for chronic pelvic pain in a cohort of primipara and secondipara at one year after delivery: association of chronic pelvic pain with autoimmune pathologies. Minerva Ginecol. 2011 Apr;63(2):181-7.

Dua A, Jha S, Farkas A, Radley S. The effect of prolapse repair on sexual function in women. J Sex Med. 2012 May;9(5):1459-65.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Duckett J, Baranowski J. [Review] Pain after suburethral sling insertion for urinary stress incontinence. Int Urogynecol J (2013) 24:195-201

Duckett. [Pop 450, 3-50 mo fu] Groin pain after a tension-free vaginal tape or similar suburethral sling: management strategies. 2005 BJU INTERNATIONAL  95. 95-97

Durante JA, Macintyre IG. Pudendal nerve entrapment in an Ironman athlete: a case report. J Can Chiropr Assoc. 2010 Dec;54(4):276-81.

Dwyer PL, et al. "Dyspareunia following vaginal surgery for prolapse using polypropylene mesh. RE: Paper by Milani et al.", Br J Obstet Gynaecol. 05;112(8):1164.

Dwyer. Carcinogenicity of implanted synthetic grafts and devices. (2014)

Dyrkorn. [Pop 5942] TVT compared with TVT-O and TOT: results from the Norwegian National Incontinence Registry. Int Urogynecol J (2010) 21:1321–1326

Earle DB and Mark LA. Prosthetic material in inguinal hernia repair: how do I choose? Surg Clin North Am, 2008. 88(1): p. 179-201.

Edwards P. Review of long-term adverse effects associated with the use of chemically-modified animal and nonanimal source hyaluronic acid dermal fillers. Clinical Interventions in Aging 2007:2(4) 509–519

Eilber KS, et al. "Alteration of collagen three-dimensional architecture in noncompliant human urinary bladder.", Adv. Exp. Med. Biol., 2003 vol. 539(Pt B) pp. 791-801.

Eilber KS, et al. "Outcomes of vaginal prolapse surgery among female Medicare beneficiaries: the role of apical support", Obstet Gynecol, 2013 vol. 122(5) pp. 981-7.

Eilber KS, et al. "Perineocele: symptom complex, description of anatomic defect, and surgical technique for repair.", Urology 2006 vol. 67(2) pp.265-8.

Einarsson JI, Cohen SL, Gobern JM, Sandberg EM, Hill-Lydecker CI, Wang K, Brown DN. Barbed versus standard suture: a randomized trial for laparoscopic vaginal cuff closure. J Minim Invasive Gynecol. 2013 Jul-Aug;20(4):492-8.

Ek M. Clinical efficacy of a trocar-guided mesh kit for repairing lateral defects, Int Urogynecol J. 2013 Feb;24(2):249-54

Ek Marion, et al. "Effects of Anterior Trocar Guided Transvaginal Mesh Surgery on Lower Urinary Tract Symptoms", Neurourol. Urodynam. 29:1419-1423, 2010.

El Saman AM, Fathalla MM, Nasr AM, Youssef MA. Laparoscopically assisted balloon vaginoplasty for management of vaginal aplasia. Int J Gynaecol Obstet. 2007 Aug;98(2):134-7

El-Barky E, El-Shazly A, El-Wahab OA, Kehinde EO, Al-Hunayan A, Al-Awadi KA. Tension free vaginal tape versus Burch colposuspension for treatment of female stress urinary incontinence. Int Ural Nephrol 2005;37:277-281.

Elena C, et al. [Pop 90] ISU Abs 5. - Can preoperative overactive bladder (OAB) symptoms influence TVT-O outcome? Neurourology and Urodynamics (2012)

El-Hefnawy AS, Wadie BS, El Mekresh M, Nabeeh A, Bazeed MA. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? Int Urogynecol J 2010;21:947-953.

Ellerkmann RM, McBride A. Management of obstructive voiding dysfunction. Drugs Today (Barc). 2003 Jul;39(7):513-40.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Elliott DS, Krambeck AE, Chow G. Long-term results of robotic assisted laparoscopic
sacrocolpopexy for the treatment of high grade vaginal vault prolapse. J Urol 2006;176:655

Ellis H, Moran BJ, Thompson JN, Parker MC, Wilson MS, Menzies D, McGuire A, Lower AM,
Hawthorn RJ, O'Brien F, Buchan S, Crowe AM. Adhesion-related hospital readmissions after
abdominal and pelvic surgery: a retrospective cohort study. Lancet. 1999 May
1;353(9163):1476-80.

Elmer C. Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse. OBSTETRICS &
GYNECOLOGY, VOL. 113, NO. 1, JANUARY 2009, 117-126

Elmer C., Risk Factors for Mesh Complications After Trocar Guided Transvaginal Mesh Kit
Repair of Anterior Vaginal Wall Prolapse, Neurourol Urodyn. 2012 Sep;31(7):1165-9

Elmer. Histological Inflammatory Response to Transvaginal Polypropylene Mesh for Pelvic
Reconstructive Surgery (2009)

Elneil S. Complex pelvic floor failure and associated problems. Best Pract Res Clin
Gastroenterol. 2009;23(4):555-73.

Elzevier H, et al. Female Sexual Function after Surgery for Stress Urinary Incontinence:
Transobturator Suburethral Tape vs. Tension-Free Vaginal Tape Obturator. J Sex Med
2008;5:400-406

Elzevier. [Pop 96, 1 yr fu] Sexual function after tension-free vaginal tape (TVT) for stress
incontinence: results of a mailed questionnaire. Int Urogynecol J (2004) 15: 313 318

Engeler DS, Baranowski AP, Dinis-Oliveira P, Elneil S, Hughes J, Messelink EJ, van Ophoven A,
Williams AC. The 2013 EAU guidelines on chronic pelvic pain:
is management of chronic pelvic pain a habit, a philosophy, or a science? 10 years of
development. Eur Urol. 2013 Sep;64(3):431-9.

Enhorning. Simultaneous recording of intravesical and intra-urethral pressure: A study on
urethral closure in normal and stress incontinent women. (1961)

Ergenoglu AM, et al. "Overactive bladder and its effects on sexual dysfunction among women",
Acta Obstet Gynecol Scand, 2013 vol. 92(10) pp. 1202-7.

Erickson DR. Identifying biomarkers for interstitial cystitis/bladder pain syndrome. J Urol. 2012
Jun;187(6):1958-9.

Erickson DR. Morgan KC, Ordille S, et al: Non-bladder related symptoms in patients with
interstitial cystitis. J. Urol 2001; 166:557.

Eriksen. Long-term effectiveness of the Burch colposuspension in female urinary stress
incontinence. Acta Obstet Gynecol Scand 1990; 69: 45 - 50

Ettinger B, Hait H, Reape KZ, Shu H. Measuring symptom relief in studies of vaginal and vulvar
atrophy: the most bothersome symptom approach. Menopause. 2008 Sep-Oct;15(5):885-9.

Evaluation of current synthetic mesh materials in pelvic organ prolapse repair (abstract)

Evans JM, et al. "Urinary tract injury at the time of laparoscopic and robotic surgery:
presentation and management", Female Pelvic Med Reconstr Surg, vol. 19(4) pp. 249-52.

Evans RJ, Stanford EJ. Current issues in the diagnosis of painful bladder syndrome/interstitial
cystitis. J Reprod Med. 2006 Mar;51(3 Suppl):241-52.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Falconer C, et al. Clinical Outcome and Changes in Connective Tissue Metabolism After Intravaginal Slingplasty in Stress Incontinent Women. Int Urogynecol J (1996) 7:133-137

Falconer C, Ulmsten U. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2): S19-S23

Fall M, Baranowski AP, Fowler CJ, Lepinard V, Malone-Lee JG, Messelink EJ,Oberpenning F, Osborne JL, Schumacher S; European Association of Urology. EAUguidelines on chronic pelvic pain. Eur Urol. 2004 Dec;46(6):681-9. PubMed PMID:15548433.

Fan X. Comparison of polypropylene mesh and procine-derived, cross-linked urinary bladder matrix materials implanted in the rabbit vagina and abdomen, Int Urogynecol J (2014) 25: 683-689

Farid M, Madbouly KM, Hussein A, Mahdy T, Moneim HA, Omar W. Randomized controlled trial between perineal and anal repairs of rectocele in obstructed defecation. World J Surg. 2010 Apr;34(4):822-9.

Farthmann J. Lower exposure rates of partially absorbable mesh compared to nonabsorbable mesh for cystocele treatment: 3-year follow-up of a prospective randomized trial, Int Urogynecol J (2013) 24: 749-758

Fatton B. Sexual outcome after pelvic organ prolapse surgery. Prog Urol. 2009 Dec;19(13):1037-59.

Fatton B. Transvaginal repair of genital prolapsed: preliminary results of a new tension –free vaginal mesh (Prolift technique) – a case series multicentric study. Int. Urogynecol J (2007) 743-752

Faubion SS, Shuster LT, Bharucha AE. Recognition and management of nonrelaxing pelvic floor dysfunction. Mayo Clin Proc. 2012 Feb;87(2):187-93.

Fauconnier A, Dubuisson JB, Foulot H, Deyrolles C, Sarrot F, Laveyssière MN, Jansé-Marec J, Bréart G. Mobile uterine retroversion is associated with dyspareunia and dysmenorrhea in an unselected population of women. Eur J Obstet Gynecol Reprod Biol. 2006 Aug;127(2):252-6. Epub 2006 Feb 21.

Fayyad AM, North C, Reid FM, Smith AR. Prospective study of anteriortransobturator mesh kit (Prolift™) for the management of recurrent anteriorvaginal wall prolapse. Int Urogynecol J. 2011 Feb;22(2):157-63. doi:10.1007/s00192-010-1260-8. Epub 2010 Sep 14. PubMed PMID: 20838987.

Feiner B, et al. Vaginal mesh contraction: definition, clinical presentation, and management. Obstet Gynecol, 2010. 115(2 Pt 1): p. 325-30.

Feiner B. A prospective comparison of two commercial mesh kits in the management of anterior vaingal prolapse, Int Urogynecol J (2012) 23: 279-283

Feiner B. Anterior vaginal mesh sacrospinous hysteropexy and posterior fascial plication for anterior compartment dominated uterovaginal prolapse, Int Urogynecol J (2010) 21:203-208

Feiner B. Efficacy and safety of transvaginal mesh kits in the treatment of prolapsed of the vaginal apex: a systematic review. 2008 The Authors Journal compilation BJOG an International Journal of Obstetrics and Gynaecology

Fenton BW, Brobeck L, Witten E, Von Gruenigen V. Chronic pelvic pain syndrome-related diagnoses in an outpatient office setting. Gynecol Obstet Invest. 2012;74(1):64-7.

Horbach, Nicolette – Materials List, updated 3.1.16.XLSX
Medical Literature

Fenton BW, Durner C, Fanning J. Frequency and distribution of multiple diagnoses in chronic pelvic pain related to previous abuse or drug-seeking behavior. Gynecol Obstet Invest. 2008;65(4):247-51.

Fenton BW, Grey SF, Armstrong A, McCarroll M, Von Gruenigen V. Latent profile analysis of pelvic floor muscle pain in patients with chronic pelvic pain. Minerva Ginecol. 2013 Feb;65(1):69-78.

Fenton BW, Grey SF, Reichenbach M, McCarroll M, Von Gruenigen V. Phenotyping chronic pelvic pain based on latent class modeling of physical examination. Pain Res Treat. 2013;2013:891301.

Fenton BW. Limbic associated pelvic pain: a hypothesis to explain the diagnostic relationships and features of patients with chronic pelvic pain. Med Hypotheses. 2007;69(2):282-6. Epub 2007 Feb 9.

Feola A. Deterioration in biomechanical properties of the vagina following implantation of a high-stiffness prolapse mesh, BJOG 2013 Jan;120(2):224-32

Fernandez-Carnero J, et al. "Widespread Mechanical Pain Hypersensitivity as Sign of Central Sensitization in Unilateral Epicondylalgia: A blinded, controlled study", Clin J Pain 2009;25:555-561.

Fernandez-de-las-Penas C, et al. "Bilateral Pressure Pain Sensitivity Mapping of the Temporalis Muscle in Chronic Tension-Type Headache", Headache 2008;48:1067-1075.

Fernandez-de-las-Penas C, et al. "Generalized neck-shoulder hyperalgesia in chronic tension-type headache and unilateral migraine assessed by pressure pain sensitivity topographical maps of the trapezius muscle", Cephalalgia 30(1)77-86.

Fernandez-de-las-Penas C, et al. "The Local and Referred pain from Myofascial Trigger Points in the Temporalis Muscle Contributes to Pain Profile in Chronic Tension-type Headache", Clin J Pain 2007;23:786-792.

Fernando RJ, Sultan AH, Kettle C, Radley S, Jones P, O'Brien PM. Repair techniques for obstetric anal sphincter injuries: a randomized controlled trial. Obstet Gynecol. 2006 Jun;107(6):1261-8.

Ferrari MM. Identifying the indications for laparoscopically assisted vaginal hysterectomy: a prospective, randomised comparison with abdominal hysterectomy in patients with symptomatic uterine fibroids, BJOG. 2000 May;107(5):620-5

Ferrero S, Abbamonte LH, Parisi M, Ragni N, Remorgida V. Dyspareunia and quality of sex life after laparoscopic excision of endometriosis and postoperative administration of triptorelin. Fertil Steril. 2007 Jan;87(1):227-9. Epub 2006 Nov 1.

Ferrero S, Ragni N, Remorgida V. Deep dyspareunia: causes, treatments, and results. Curr Opin Obstet Gynecol. 2008 Aug;20(4):394-9.

Fet NG, et al. "Reduction of activated macrophages after ischaemia-reperfusino injury diminishes oxidative stress and ameliorates renal damage", Nephrol. Dial. Transplant., 2012 vol. 27(8) pp. 3149-55.

Feyereisl J, Krofta L. Diagnosis and management in women with lower urinary tract symptoms (LUTS) after burch colposuspension. Ceska Gynekol. 2011 Dec;76(6):425-38.

Feyereisl. [Pop 87, 10 yr fu] Long-term results after Burch colposuspension. AM J OBSTET GYNECOL 1994;171:647-52.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Filatova E, et al. "Evidence of persistent central sensitization in chronic headaches: a multi-method study", J Headache Pain (2008) 9:295-300. |
| Filmar G, et al. "Laparoscopic uterosacral ligament suspension and sacral colpopexy: results and complications", Int Urogynecol J, 2014. |
| Fine P, et al. "Teaching and practicing of pelvic floor muscle exercises in primiparous women during pregnancy and the postpartum period." Am. J. Obstet. Gynecol., 2007 vol. 197(1) pp. 107.el-5. |
| Finnegan S. Clinical outcome of the first cases of the TVT secur in the UK: TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. (Abstract Only) |
| Fischerlehner G. TVT-Secur System: One Year experience (Abstract Only) |
| Fitzgerald MP, et al, "Randomized multicenter feasibility trial of myofascial physical therapy for the treatment of urological chronic pelvic pain syndromes. J Urol 2013;189:S75-S85. |
| Fitzgerald MP. Chronic pelvic pain. Curr Womens Health Rep. 2003 Aug;3(4):327-33. |
| Fitzgerald MP. Randomized Multicenter Clinical Trial of Myofascial Physical Therapy in Women with Interstitial Cystitis/ Painful Bladeer Syndrome (IC/PBS) and Pelvic Floor Tenderness, J Urol. 2012 June; 187(6): 2113-2118 |
| Fitzgerald, Brubaker. Failure of allograft suburethral slings. BJU International (1999), 84, 785–788 |
| Flood CG, et al.  Anterior Colporrhaphy Reinforced with Marlex Mesh for the Treatment of Cystoceles.  Int Urogynecol J  1998;9:200-204. |
| Fong. [Review] Mid-urethral synthetic slings for female stress urinary incontinence. 2010 BJU INTERNATIONAL 106, 596–608 |
| Fonseca AM, Bagnoli VR, Penteado SR, Paixão JS, Cavalcanti AL, Pinotti JA. Monophasic estrogen-progestogen therapy and sexuality in postmenopausal women. Clin Drug Investig. 2007;27(2):131-7. |
| Ford AA. Mid-urethral sling operations for stress urinary incontinence in women (Review) Cochrane Review (Full) 2015 |
| Ford AA. Mid-urethral sling operations for stress urinary incontinence in women (Review) Cochrane Review (Summary) 2015 |
| Forrest JB. Epidemiology and quality of life. J Reprod Med. 2006 Mar;51(3 Suppl):227-33. |
| Forst R, Ingenhorst A. Myofascial pain syndrome. Internist (Berl). 2005 Nov;46(11):1207-17. |
| Francis WJ, Jeffcoate TN. Dyspareunia following vaginal operations, J. Obstet. Gynaecol. Br. Commonw. (1961) 68:1-10 |
| Frankman EA. Bowel Symptoms and Quality of Life in Women with Pelvic Organ Prolapse, J Pelvic Med Surg 2009; 15: 211-216 |
| Freedman M, Kaunitz AM, Reape KZ, Hait H, Shu H. Twice-weekly synthetic conjugated estrogens vaginal cream for the treatment of vaginal atrophy. Menopause. 2009 Jul-Aug;16(4):735-41. |
| Freeman M, et al. "Chronic whiplash and central sensitization; an evaluation of the role of a myofascial trigger points in pain modulation", Journal of Brachial Plexus and Peripheral Nerve Injury 2009, 4:2. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Freeman R, Holmes D, Hillard T, Smith P, James M, Sultan A, Morley R, Yang Q, Abrams P. What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence--a multi-centre randomised controlled trial. Int Urogynecol J. 2011 Mar;22(3):279-86.

French L, Bhambore N. "Interstitial Cystitis / Painful Bladder Syndrome", Am Fam Physician. 2011;83(10):1175-1181.

Friedman M. TVT-O vs TVT-S: first randomized, prospective, comparative study of intraoperative complications, perioperative morbidity and one year postoperative results. J Pelvic Med Surg 2009;15:48.

Fritel X, et al. "Pelvic floor disorders 4 years after first delivery: a comparative study of restrictive versus systematic episiotomy", BJOG, Jan 2008; 115(2): 247-252.

Fuat D. Perioperative Complications in Vaginal Mesh Procedures Using Trocar in Pelvic Organ Prolapse Repair, J Obstet Gynaecol India. 2013 Oct;63(5):328-31

Fuentes AE. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVT-O) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2011;22(Suppl l):S60-S61.

Fultz N, et al. Burden of Stress Urinary Incontinence for Community-Dwelling Women. (2003)

Futyma K. Does a midurethral sling inserted at the time of pelvic organ prolapse mesh surgery increase the rate of de novo OAB? A prospective longitudinal study, Ginekol Pol. 2014 Sep;85(9):652-7

Gabriel B. Prolapse surgery in women of 80 years and older using the Prolift technique, Int Urogynecol J (2010) 21:1463-1470

Gad N. Outcome of Prolift mesh repair in treatment of pelvic organ prolapse and its effect on lower urinary tract symptoms: 5-year retrospective case study, J Obstet Gynaecol Res. 2013 Jan;39(1):243-9

Gagnon LO. Mid-term results of pelvic organ prolapse repair using a transvaginal mesh: the experience in Sherbooke, Quebec, Can Urol Assoc J. 2010 Jun;4(3):188-91

Galloway, Davies, Stephenson. The Complications of Colposuspension. British Journal of Urology (1987), 60, 142-124

Gamble TL, Botros SM, Beaumont JL, Goldberg RP, Miller JJ, Adeyanju O, Sand PK. Predictors of persistent detrusor overactivity after transvaginal sling procedures. Am J Obstet Gynecol. 2008 Dec;199(6):696.e1-7.

Gamble, Goldberg, Sand. [Pop 41] ICS Abs 243 TVT versus bladder neck sling in the treatment of low pressure urethra. (2010)

Ganatra AM, Rozet F, Sanchez-Salas R, Barret E, Galiano M, Cathelineau X, Vallancien G. The current status of laparoscopic sacrocolpopexy: a review. Eur Urol. 2009 May;55(5):1089-103.

Gandhi S, et al. TVT versus SPARC: comparison of outcomes for two midurethral tape prodecures. Int Urogynecol J (2006) 17: 125- 130

Gandhi Sanjay. A prospective randomized trial using solvent dehydrated fascia lata for the prevention of recurrent anterior vaginal wall prolapse.  American Journal of Obstetrics & Gynecology (2005)

Garcia SL, et al. "Complications of polypropylene mesh for the treatment of female pelvic floor disorders", Arch. Esp. Urol. 2011; 64(7):620-628.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Gardella B, Porru D, Ferdeghini F, Martinotti Gabellotti E, Nappi RE, Rovereto B, Spinillo A. Insight into urogynecologic features of women with interstitial cystitis/painful bladder syndrome. Eur Urol. 2008 Nov;54(5):1145-51.

Gast MJ, Freedman MA, Vieweg AJ, De Melo NR, Girão MJ, Zinaman MJ; Dyspareunia Study Group. A randomized study of low-dose conjugated estrogens on sexual function and quality of life in postmenopausal women. Menopause. 2009 Mar-Apr;16(2):247-56.

Ge HY, Arendt-Nielsen L. Latent myofascial trigger points. Curr Pain Headache Rep. 2011 Oct;15(5):386-92.

Geller EJ, Siddiqui NY, Wu JM, et al. 2008 Soft-term outcomes of robotic sacrocolpopexy compared with abdominal sacrocolpopexy. Obstet Gynecol ;112:1198

George A, Mattingly M, Woodman P, Hale D. Recurrence of prolapse aftertransvaginal mesh excision. Female Pelvic Med Reconstr Surg. 2013Jul-Aug;19(4):202-5. doi: 10.1097/SPV.0b013e31829098a5. PubMed PMID: 23797517.

George AK, et al. "The Impact of Neuropathic Pain in the Chronic Pelvic Pain Population", J of Urology (2012)

Gertz MA, et al. "Definition of Organ Involvment and Treatment Response in Immunoglobulin Light Chain Amyloidosis (AL): A Consensus Opinion from the 10th International Symposium on Amyloid and Amyloidosis", Am J of Hematology 79:319-328 (2005).

Gerullis H, et al. "Inflammatory Reaction as Determinant of Foreign Body Reaction is an Early and Susceptible Event after mesh Implantation", BioMed Research International Volume 2014, Article ID 510807, 6 pages.

Gerwin Robert D. "A review of myofascial pain and fibromyalgia - factors that promote their persistence", ACUPUNCTURE IN MEDICINE 2005;23(3):121-134.

Ghaleb A, Munir MA. Management of intractable chronic pelvic pain. J Ark Med Soc. 2005 Nov;102(5):138-41.

Ghaly A. Chronic pelvic pain: clinical dilemma or clinician's nightmare. Sex Transm Inf 2000;76:419–425

Ghezzi F, Cromi A, Uccella S, Bogani G, Serati M, Bolis P. Transumbilical versus transvaginal retrieval of surgical specimens at laparoscopy: a randomized trial. Am J Obstet Gynecol. 2012 Aug;207(2):112.e1-6.

Ghezzi F, et al. Influence of the type of anesthesia and hydrodissection on the complication rate after tension-free vaginal tape procedure. European Journal of Obstetrics & Gynecology and Reproductive Biology 118 (2005) 96–100

Ghezzi F. et al. [Pop 53, 6 mo fu] Impact of tension-free vaginal tape on sexual function: results of a prospective study. Int Urogynecol J (2005) 17: 54–59

Ghezzi. [Pop 35, 36 mo fu] Tension-free vaginal tape for the treatment of urodynamic stress incontinence with intrinsic sphincteric deficiency. (2006)

Ghoniem G, Hammett J. Female pelvic medicine and reconstructive surgery practice patterns: IUGA member survey. Int Urogynecol J (2015)

Giamberardino MA. Referred muscle pain/hyperalgesia and central sensitisation. J Rehabil Med. 2003 May;(41 Suppl):85-8.

Giberti C, Siracusano S, Gallo F, Cortese P, Ciciliato S. Transvaginal bone-anchored sling procedure: 4 years of follow-up on more than 200 consecutive patients. Urology. 2008 Aug;72(2):313-7; discussion 317.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Gilpin SA, et al. The pathogenesis of genitourinary prolapse and stress incontinence of urine. A histological and histochemical study. British JOIlmal of Obstetrics and Gynaecology January 1989, Vol. 96, pp. 15-23

Gilpin. The pathogenesis of genitourinary prolapse and stress incontinence of urine. A histological and histochemical study. British Journal of Obstetrics and Gyncaecology, January 1989, Vol. 96, pp. 15-23

Giuliano F, Droupy S. [Sexual side effects of pharmacological treatments]. Prog Urol. 2013 Jul;23(9):804-10.

Glatt AE, Zinner SH, McCormack WM. (1990) The prevalence of dyspareunia, Obstet. Gynecol. 75(3 Pt 1):433-436, 1990.

Glavind K and Shim Susy. Incidence and treatment of postoperative voiding dysfunction after the tension-free vaginal tape procedure. Int Urogynecol J 2015 26(110: 1657-60

Goetsch MF. Surgery combined with muscle therapy for dyspareunia from vulvar vestibulitis: an observational study. J Reprod Med. 2007 Jul;52(7):597-603.

Gold KP. Factors associated with exposure of transvaginally placed polypropylene mesh for pelvic organ prolapse, Int Urogynecol J (2012) 23:1461-1466

Goode PS, Burgio KL, Locher JL, Roth DL, Umlauf MG, Richter HE, Varner RE, Lloyd LK: Effect of behavioral training with or without pelvic floor electrical stimulation on stress incontinence in women: a randomized controlled trial. JAMA 2003, 90(3):345-352

Gordon A, Paneduro D, Pink L, Lawler V, Lay C. Evaluation of the frequency and the association of sexual pain and chronic headaches. Headache. 2014 Jan;54(1):109-15.

Gottrup H, et al. "Aftersensations in experimental and clinical hypersensitivity", Pain 103(2003)57-64.

Graff-Radford SB. Myofascial pain: diagnosis and management. Curr Pain Headache Rep. 2004 Dec;8(6):463-7.

Graff-Radford SB. Regional myofascial pain syndrome and headache: principles of diagnosis and management. Curr Pain Headache Rep. 2001 Aug;5(4):376-81.

Granese R, Adile B. Tension-free cystocele repair: an analysis after a follow-up of 24 months. Minerva Ginecol. 2007 Aug;59(4):369-76.

Graven-Nielsen T. & Arendt-Nielsen. "Assessment of mechanisms in localized and widespread musculoskeletal pain", L. Nat. Rev. Rheumatol. 6, 599-606 (2010);

Graziottin A. [Perception of chronic pelvic pain in women: predictors and clinical implications.]. Urologia. 2008 April-June;75(1):67-72.

Greer WJ, et al. Obesity and pelvic floor disorders: a systematic review. Obstet Gynecol. 2008 Aug;112(2 Pt 1):341-9

Grgić V. [Piriformis muscle syndrome: etiology, pathogenesis, clinical manifestations, diagnosis, differential diagnosis and therapy]. Lijec Vjesn. 2013 Jan-Feb;135(1-2):33-40.

Grossi DB, Chaves TC, Gonçalves MC, Moreira VC, Canonica AC, Florencio LL, Bordini CA, Speciali JG, Bigal ME. Pressure pain threshold in the craniocervical muscles of women with episodic and chronic migraine: a controlled study. Arq Neuropsiquiatr. 2011 Aug;69(4):607-12.

Groutz A, et al. [Pop 52, 10 yr fu] Ten-year subjective outcome results of the retropubic tension-free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol (2011) 18:726-729

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Groutz A, et al. [Pop 61, 5 yr fu] Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health, Volume 20, Number 10, 2011 1525-1528

Groutz A, et al. "Inside Out" Transobturator Tension-free Vaginal Tape for Management of Occult Stress Urinary Incontinence in Women Undergoing Pelvic Organ Prolapse Repair. 2010

Guerrero KL, Emery SJ, Wareham K, Ismail S, Watkins A, Lucas MG. [Pop 201, 1 yr fu] A randomised controlled trial comparing TVT, Pelvicol™ and autologous fascia I slings for the treatment of stress urinary incontinence in women. BJOG 2010;117:1493-1503.

Gupta P. Transvaginal Sacrospinous Ligament Fixation for Pelvic Organ Prolapse State III and State IV Uterovaginal and Vault Prolapse, Iran J Med Sci. 2015 Jan;40(1):58-62

Gupta. AUA Abs PD20-08 - The impact of comorbid chronic pain syndromes on sexual activity and dyspareunia after pelvic organ prolapse repair, 2015

Gürel H, Atar Gürel S. Dyspareunia, back pain and chronic pelvic pain: the importance of this pain complex in gynecological practice and its relation with grandmultiparity and pelvic relaxation. Gynecol Obstet Invest. 1999;48(2):119-22.

Gutman RE, et al., "Three-year outcomes of vaginal mesh for prolapse: a randomized controlled trial", Obstet Gynecol, 2013 vol. 122(4) pp. 770-7.

Gwilym S E, et al. "Psychophysical and Functional Imaging Evidence Supporting the Presence of Central Sensitization in a Cohort of Osteoarthritis Patients", Arthritis & Rheumatism, Vol. 61, No. 9, September 15, 2009, pp 1126-1234.

Gyang A, Hartman M, Lamvu G. Musculoskeletal causes of chronic pelvic pain: what a gynecologist should know. Obstet Gynecol. 2013 Mar;121(3):645-50.

Haase P, Skibsted L. (1988) Influence of operations for stress incontinence and/or genital descensus on sexual life, Acta Obstet. Gynecol. Scand. 67(7):659-661

Habib K. Uterus and extralevator abdominoperineal excision: a technique. Dis Colon Rectum. 2013 Sep;56(9):1102-4.

Hafizi L, et al. "The association between women's pelvic organ prolapse and joint hypermobility", J Pak Med Assoc, 2013 vol. 63(9) pp. 1152-6.

Halaska M, et al. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. American Journal of Obstetrics & Gynecology. October 2012; 301.e1-7.

Hamer MA, et al. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. Int Urogynecol J (2013) 24:223–229

Hamer MA, Larsson PG, Teleman P, Eten-Bergqvist C, Persson J. Short-term results of a prospective randomized evaluator blinded multicenter study comparing TVT and TVT-Secur. Int Uragynecol J Pelvic Floor Dysfunct 2011;22:781-787.

Hammoud A, Gago LA, Diamond MP. Adhesions in patients with chronic pelvic pain: a role for adhesiolysis? Fertil Steril. 2004 Dec;82(6):1483-91.

Han JY, et al. Effectiveness of retropubic tension-free vaginal tape and transobturator inside-out tape procedures in women with overactive bladder and stress urinary incontinence. Int Neurourol J. 2013 Sep;17(3):145-51

Han JY, et al. Efficacy of TVT-Secur and factors affecting cure of female stress urinary incontinence: 3-year follow-up. Int Urogynecol J (2012) 23:1721–1726

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Handa VL.  Sexual function before and after sacrocolpopexy for pelvic organ prolapse, Am. J. Obstet. Gynecol. 2007; 197(6):e1-629-e6

Handa, Ostergard - Banked Human Fascia Lata for the Suburethral Sling Procedure: A Preliminary Report. (1996)

Handa, VL, et al. "Pelvic organ support among primiparous women in the first year after childbirth", Int Urogynecol J Pelvic Floor Dysfunct, 2009 vol. 20(12) pp. 1407-11.

Hannestad. A community-based epidemiological survey of female urinary incontinence: The Norwegian EPINCONT Study. Journal of Clinical Epidemiology 53 (2000) 1150-1157

Hanno PM. Diagnosis and Treatment of Interstitial Cystitis/ Bladder Pain Syndrome: AUA Guideline Amendment, J Urol. 2015 May;193(5):1545-53

Hansen NL, et al. "First in-human magnetic resonance visualization of surgical mesh implants for inguinal hernia treatment", Invest Radiol, 2013 vol. 48(11) pp. 770-8.

Hardiman P, et al.  Cystocele repair using polypropylene mesh.  Br j Obstet Gynaecol 2000;107:825-826.

Hauser W. Fibromyalgia Syndrome, Dtsch Arztebl Int 2009; 106(23): 389-91

Heinonen P, et al. [Pop 191, mean 10.5 yrs fu] Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol 2012; 19:1003–1009

Heinonen PK, Nieminen K. Combined anterior vaginal wall mesh with sacrospinous ligament fixation or with posterior intravaginal slingplasty for uterovaginal or vaginal vault prolapse. Eur J Obstet Gynecol Reprod Biol. 2011 Aug;157(2):230-3.

Heinonen. [Pop 161, Median 7 yr fu] IUGA Abs OP 093 - Long-term outcome after transvaginal mesh repair of pelvic organ prolapse, Int Urogynecol J (2015) 26 (suppl 1): S23-S174

Hellberg D, et al. The very obese woman and the very old woman: tensionfree vaginal tape for the treatment of stress urinary incontinence. Int Urogynecol J (2007) 18:423–429

Henningsen P, Zipfel S, Herzog W. Management of functional somatic syndromes. Lancet. 2007 Mar 17;369(9565):946-55.

Herbenick D, Reece M, Hensel D, Sanders S, Jozkowski K, Fortenberry JD. Association of lubricant use with women's sexual pleasure, sexual satisfaction, and genital symptoms: a prospective daily diary study. J Sex Med. 2011 Jan;8(1):202-12.

Hershman EB, et al. Correction of chin-on-chest deformity in ankylosing spondylitis through a fracture site. A case report. Clin Orthop Relat Res. 1985 Dec;(201):201-4.

Hidalgo-Lozano A, et al. "Muscle trigger points and pressure pain hyperalgesia in the shoulder muscles in patients with unilateral shoulder impingement: a blinded, controlled study", Exp Brain Res (2010)202:915-925.

Hidlebaugh DA. Long-term Economic Evaluation of Resectoscopic Endometrial Ablation versus Hysterectomy for the Treatment of Menorrhagia, J Am Assoc Gynecol Laparosc. 1998 Nov;5(4):351-6

Higgs P, Goh J, Krause H, Sloane K, Carey M. (2005)  Abdominal sacral colpopexy: an independent prospective long-term follow-up study, Aust. N. Z. J. Obstet. Gynaecol. 45(5):430-434

Hiltunen R. Low-Weight Polypropylene Mesh for Anterior Vaginal Wall Prolapse. Vol. 110, No. 2, Part 2, August 2007 ACOG pgs 455 – 462 ETH-60188 – 60195

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Hindiyeh NA, Krusz JC, Cowan RP. Does exercise make migraines worse and tension type headaches better? Curr Pain Headache Rep. 2013 Dec;17(12):380. |
| Hinoul P, Ombelet WU, Burger MP, Roovers JP. A prospective study to evaluatethe anatomic and functional outcome of a transobturator mesh kit (proliftanterior) for symptomatic cystocele repair. J Minim Invasive Gynecol. 2008Sep-Oct;15(5):615-20. doi: 10.1016/j.jmig.2008.05.009. PubMed PMID: 18722974. |
| Hinoul P, Vervest HAM, den Boon J, et al. A randomized, controlled trial comparing an innovative single incision sling with an established transobturator sling to treat female stress urinary incontinence. J Ural 2011;185:1356-1362. |
| Hinoul P, Vervest HAM, Venema P, Den Boon J, Milani A, Roovers J. [119, 1 yr fu] IUGA Abs 166 - TVT obturator system versus TVT Secur: a randomized controlled trial, short term results. Int Uragynecol J Pelvic Floor Dysfunct 2009;20:S213. |
| Hinoul P. An anatomic comparison of the original versus a modified inside-out transobturator procedure. Int Urogynecol J (2011) 22:997–1004 |
| Hinoul P. Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J (2007) 18:1201–1206 |
| Hinoul P. Surgical management of urinary stress incontinence in women: A historical and clinical overview. European Journal of Obstetrics & Gynecology and Reproductive Biology 145 (2009) 219-225 |
| Hinoul, Waltregny, de Leval. [cadaver] (IUJ, not mtg abs) An anatomic comparison of the original versus a modified inside-out transobturator procedure. Int Urogynecol J (2011) 22:997–1004 |
| Hirai CA, et al. "Rectal mesh erosion after robotic sacrocolpopexy", Female Pelvic Med Reconstr Surg, vol. 19(5) pp. 298-300. |
| Hoffman D. Understanding multisymptom presentations in chronic pelvic pain: the inter-relationships between the viscera and myofascial pelvic floor dysfunction. Curr Pain Headache Rep. 2011 Oct;15(5):343-6. |
| Hogeweb JA, et al. "The Pain Threshold in Juvenile Chronic Arthritis", British Journal of Rheumatology 1195;34:61-67. |
| Holley RL, Varner RE, Gleason BP, Apffel LA, Scott S. (1996)  Sexual function after sacrospinous ligament fixation for vaginal vault prolapse, J. Reprod. Med. 41(5):355-358 |
| Holmgren C, et al. [Pop 463, 5.2 yr fu] Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence - A long-term follow-up. European Journal of Obstetrics & Gynecology and Reproductive Biology 132 (2007) 121-125 |
| Holmgren C. Quality of life after Tension-free Vaginal Tape surgery for female stress incontinence. Scandinavian Journal of Urology and Nephrology, 2006; 40: 131 /137 |
| Holmgren CG, et al. Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence. Obstetrics & Gynecology, Vol. 106, No. 1, July 2005, 38-43 |
| Holmgren. Quality of life after tension-free vaginal tape surgery for female stress incontinence. (2006) |
| Hong MK, et al. "High success rate and considerable adverse events of pelvic prolapse surgery with Prolift: a single center experience." Taiwan J Obstet Gynecol, 2013 vol. 52(3) pp. 389-94. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Horbach, Ostergard, Bent. A Suburethral Sling Procedure with Polytetrafluoroethylene for the treatment of Genuine stress incontinence in patients with low urethral closure pressure. (1988)

Hota L. TVT-Secur (Hammock) Versus TVT-Obturator: Randomized Trial of Suburethral Sling OperativeProcedures. Female Pelvic Medicin and Reconstructive Surgery (Jan/ Fed 2012) 18:1, p. 41-45

Hota LS, Hanaway KJ, Hacker MR, et al. TVT-secur (Hammock) versus TVT-obturator: a randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg 2010;16:S87.

Hou JC. Outcome of Transvaginal Mesh and Tape Removed for Pain Only, J Urol. 2014 Sep;192(3):856-60

Houwert RM, et al. TVT-O versus Monarc after a 2-4 year follow-up: a prospective comparativestudy. Int Urogynecol J (2009) 20: 1327-1333

Howard Fred M, et al. "Pelvic Pain: Diagnosis & Management", Philadephia, Lippincott Williams & Wilkins, 2000.

Howard Fred M. "Chronic Pelvic Pain", Am. College of Obstet & Gynecol (2003) 201:594-611.

Hsiao KC. Comparison of laparoscopic and abdominal sacrocolpopexy for the treatment of vaginal vault prolapse. J Endourol;21:926 (2007)

Hu. Costs of urinary incontinence and overactive bladder in the United States: A comparative study. UROLOGY 63: 461–465, 2004

Huang. High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. UROLOGY 58: 943-946, 2001

Hubayter Z, Simon JA. Testosterone therapy for sexual dysfunction in postmenopausal women. Climacteric. 2008 Jun;11(3):181-91.

Hudson CO, et al. "Complete transvaginal surgical management of multiple bladder calculi and obstructed uterine procidentia", Female Pelvic Med Reconstr Surg., vol. 20(1) pp. 59-61.

Huebner M, Hsu Y, Fenner DE. The use of graft materials in vaginal pelvic floor surgery. International journal of gynaecology and obstetrics: the official organ of the International Federation of Gynaecology and Obstetrics. 2006 Mar;92(3):279-88. PubMed PMID: 16426613.

Huffaker. Histologic response of porcine collagen-coated and uncoated polypropylene grafts in a rabbit vagina model (2008)

Huge V, Lauchart M, Forderreuther S, Kaufhold W, Valet M, et al. Interaction of Hyperalgesia and Sensory Loss in Complex Regional Pain Syndrome Type I (CRPS I). PLoS ONE 3(7): e2742 (2008).

Hung MJ, et al. "Changes in Sexual Function of Women with Refractory Interstitial Cystitis/Bladder Pain Syndrome after Intravesical Therapy with a Hyaluronic Acid Solution", J Sex Med, 2014.

Hunt FJ, et al. "Pelvic organ prolapse surgery in Western Australia: a population-based analysis of trends and peri-operative complications" Int Urogynecol J, 2013 vol. 24(12) pp. 2031-8.

Huseyin S, et al. "A Comparison of Gabapentin and Ketamine in Acute and Chronic Pain after Hysterectomy", Anesth Analg 2009;109:1645-50.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Hwang E, et al. Predictive factors that influence treatment outcomes of innovative single incision sling: comparing TVT-Secur to an established transobturator sling for female stress urinary incontinence. Int Urogynecol J (2012) 23:907–912 |
| Hwang E. Predictive factors that influence treatment outcomes of innovative single incision sling: comparing TVT-Secur to an established transobturator sling for female stress urinary incontinence. Int Urogynecol J (2012) 23:907–912 |
| Ifergane G, et al. "Prevalence of fibromyalgia syndrome in migraine patients", Cephalalgia 2006;26:451-456. |
| Ignjatovic I. Optimal primary minimally invasive treatment for patients with stress urinary incontinence and symptomatic pelvic organ prolapse: Tesnion free slings with colporrhaphy, or Prolift with the tension free midurethral sling?, Eur J Obstet Gynecol Reprod Biol. 2010 May;150(1):97-101 |
| Ignjatovic I. Simultaneous Correction of Anterior and Apical Vaginal Prolapse with Modified Placement of the Transobturator-Guided Mesh (Anterior Prolift) Set, Urol Int. 2011;87(1):14-8 |
| Iliev VN, et al. "Uterus preserving vaginal surgery versus vaginal hysterectomy for correction of female pelvic organ prolapse", Prilozi, 2014 col. 35(1) pp. 243-7. |
| Imamura M, et al. "Impact of Nervous System Hyperalgesia on Pain, Disability, and Quality of Life in Patients with Knee Osteoarthritis: A Controlled Analysis", Arthritis & Rheumatism, Vol. 59, No. 10, October 15, 2008, pp 1424-1431. |
| Imamura. Systematic review and economic modelling of the effectiveness and cost-effectiveness of non-surgical treatments for women with stress urinary incontinence. (2010) |
| Imudia AN, Kumar S, Saed GM, Diamond MP. Pathogenesis of Intra-abdominal and pelvic adhesion development. Semin Reprod Med. 2008 Jul;26(4):289-97. |
| Indraccolo U, Scutiero G, Matteo M, Greco P. Effectiveness of vaginal adelmidrol for treating pelvic visceral discomforts and anxiety: a prospective observational study. Minerva Ginecol. 2013 Aug;65(4):465-70. |
| Inmon WB. Pelvic Relaxation and Repair Including Prolapse of Vagina Followin Hysterectomy, South Med J. 1963 Jun;56:577-82 |
| Ip HYV, et al. "Predictors of Postoperative Pain and Analgesic Consumption", Anesthesiology 2009; 111:657-77. |
| Ishak WW, Bokarius A, Jeffrey JK, Davis MC, Bakhta Y. Disorders of orgasm in women: a literature review of etiology and current treatments. J Sex Med. 2010 Oct;7(10):3254-68. |
| Islam A, Hanif A, Ehsan A, Arif S, Niazi SK, Niazi AK. Morbidity from episiotomy. J Pak Med Assoc. 2013 Jun;63(6):696-701. |
| Issa W, Roumeguere Te, Bossche MV. [Chronic pelvic pain syndrome]. Rev Med Brux. 2013 Jan-Feb;34(1):29-37. |
| Jack GS, "Familial transmission of genitovaginal prolapse", Int Urogynecol J Pelvic Floor Dysfunct, 2006 vol. 17(5) pp. 498-501. |
| Jacquetin B, et al. Prospective Clinical Assessment of the Trans Vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse – One Year Results of 175 Patients, page 291 |
| Jacquetin B. Mesh retraction correlates with vaginal pain and overactive bladder symptoms after anterior vaginal mesh repair: comment on Rogowski et al. Int Urogynecol J. 2014 Feb 25. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Jacquetin B. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapsed: a 3-year prospective follow-up study. Int Urogynecol J (2010) 21:1455-1462, August 4, 2010

Jacquetin B. Transvaginal Mesh: A 5 year prospective follow-up study. Int Urogynecol J (2013)

Jaeger B. Are "cervicogenic" headaches due to myofascial pain and cervical spine dysfunction? Cephalalgia. 1989 Sep;9(3):157-64.

Jamieson, Steege. The Prevalence of Dysmenorrhea, Dyspareunia, Pelvic Pain, and Irratable Bowel Syndrome in Primary Care Practices. Obstet Gynecol 1996; 87: 55-8.

Jarmy-Di Bella ZI, Bianchi AM, Castro RA, Iwata M, Sartori MG, Girao MJ. Randomised trial ofTVT-O and TVT-S for the treatment of stress urinary incontinence. preliminary study. Int Uragynecol J 2009;20:S176-S7.

Jarrell J. Myofascial dysfunction in the pelvis. Curr Pain Headache Rep. 2004 Dec;8(6):452-6.

Jarrell JF, Vilos GA, Allaire C, Burgess S, Fortin C, Gerwin R, Lapensée L, Lea RH, Leyland NA, Martyn P, Shenassa H, Taenzer P, Abu-Rafea B; Chronic Pelvic Pain Working Group; Society of Obstetricians and Gynaecologists of Canada.Consensus guidelines for the management of chronic pelvic pain. J Obstet GynaecolCan. 2005 Sep;27(9):869-910. English, French. PubMed PMID: 19830953.

Jarvis. Ltr re Weiss. Erosion of buttress following bladder neck suspension. British Journal of Urology (1992), 70,695-698

Jarvis. Surgery for genuine stress incontinence. British Journal of Obstetrics and Gynaecology, May 1994, VoL 101, pp. 371-374

Jelovsek JE, Barber MD, Karram MM, Walters MD, Paraiso MFR. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008;115:219-225; discussion 225.

Jelovsek JE, et al. "A model for predicting the risk of de novo stress urinary incontinence in women undergoing pelvic organ prolapse surgery", Obstet Gynecol, 2014 col. 123(2 Pt 1) pp. 279-87.

Jeng CJ, Yang YC, Tzeng CR, Shen J, Wang LR. Sexual functioning after vaginal hysterectomy or transvaginal sacrospinous uterine suspension for uterine prolapse: a comparison. J Reprod Med. 2005 Sep;50(9):669-74.

Jensen, Rigmor. "Mechanisms of spontaneous tension-type headaches: an analysis of tenderness, pain thresholds and EMG", Pain 64(1995)251-256.

Jeppson PC. Hysterectomy for Pelvic Organ Prolapse: Indications and Techniques, Clin Obstet Gynecol. 2014 Mar;57(1):72-82

Jha. [Meta-analysis] Impact of incontinence surgery on sexual function. A systematic review and meta-analysis. J Sex Med 2012;9:34–43

Jha. Surgical Management of Stress Urinary Incontinence: A Questionnaire Based Survey. [IUGA] European Urology 47 (2005) 648–652

Jha. The impact of TVT on sexual function. Int Urogynecol J (2009) 20:165–169

Jia X, et al, Systematic review of the efficacy and safety of using mesh in surgery for uterine or vaginal vault prolapse. Int Urogynecol J, 2010. 21: p. 1413–1431.

Jiang G, et al. "Transvaginal mesh repair for pelvic organ prolapse", J. Obstet. Gynaecol. Res., 2014 vol. 40(4) pp. 1046-50.

Jo H. Efficacy and outcome of anterior vaginal wall repair using polypropylene mesh (Gynemesh), J Obstet Gynaecol Res. 2007 Oct;33(5):700-4

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Jongen VHWM, et al. "Uterine amyloidosis in menopause", British Journal of Obstet Gynaecol, March 1998, vol 105, pp. 362-364. |
| Jonsson-Funk M, et al. (published) Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors. Am J Obstet Gynecol. 2013 January; 208(1): 73.e1-73.e7. |
| Jonsson-Funk M. Trends in the Surgical Management of Stress Urinary Incontinence [United States]. Obstet Gynecol. 2012 April; 119 (4):845-851. |
| Joshi VM. Pectineal ligament suspension of prolapsed vaginal vault, Int J Gynaecol Obstet. 2013 Oct;123(1):29-32 |
| Journal of Pelvic Medicine & Surgery:  July/August 2008 July/August; 14(4): 217-345. |
| Journal of Pelvic Medicine & Surgery:  March/April 2008; 14(2): 87-132. |
| Juang C-M, Yu K-J, Chou P, et al. Efficacy analysis oftrans-obturator tension-free vaginal tape (TVT-O) plus modified Ingelman-Sundberg procedure versus TVT-O alone in the treatment of mixed urinary incontinence: a randomized study. Eur Ural 2007;51:1671-1678; discussion 1679. |
| Juhl GI, et al. "Central sensitization phenomena after third molar surgery: A quantitative sensory testing study", European Journal of Pain 12(2008)116-127. |
| Julian TM. Vaginal Hysterectomy: An Apparent Exception to Evidence-Based Decision Making, Obstet Gynecol. 2008 Apr;111(4):812-3 |
| Jung HC, Kim JY, Lim HS, et al. Three-year outcomes of the IRIS procedure for treatment of female stress urinary incontinence: comparison with TVT procedure. Eur Ural Suppl 2007;6:231. |
| Kaelin-Gambirasio I, et al. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BMC Women's Health 2009, 9:28 |
| Kahn M. Posterior colporrhaphy: its effects on bowel and sexual function. British Journal of Obstetrics and Gynaecology (1997); 104; 82-86 |
| Kalogera E, et al. "Enhanced recovery in gynecologic surgery", Obstet Gynecol, 2013 vol. 122(2 Pt 1) pp. 319-28. |
| Kao A, Binik YM, Kapuscinski A, Khalife S. Dyspareunia in postmenopausalwomen: a critical review. Pain Res Manag. 2008 May-Jun;13(3):243-54. Review.PubMed PMID: 18592062; PubMed Central PMCID: PMC2671314. |
| Kaplan. Comparison of fascial and vaginal wall slings in the management of intrinsic sphincter deficiency. (1996) |
| Karateke A, Haliloglu B, Cam C, Sakalli M. Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomized study. Australian NZ J Obstet Gynaecol 2009;49:99-105. |
| Karp, Barbara I., et al. "Migraine in women with chronic pelvic pain with and without endometriosis", Fertil Steril. 2011 March 1; 95(3): 895–899. |
| Karram B. Atlas of Pelvic Anatomy and Gynecologic Surgery |
| Karram M, Brown ET. Avoiding and Managing Complications of Synthetic Midurethral Slings. Curr Bladder Dysfunct Rep (2015) 10:64-70. |
| Karram M, et al. Complications and Untoward Effects of the Tension-Free Vaginal Tape Procedure. The American College of Obstetricians and Gynecologists (2003) Vol. 101, No. 5, Part 1 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Karram M, Goldwasser S, Kleeman S, et al. 2001 High uterosacral vaginal vault suspension with fascial reconstruction for vaginal repair of enterocele and vaginal vault prolapse. Am J Obstet Gynecol;185:1339.

Karram M. Surgery for posterior vaginal wall prolapse. Int Urogynecol J (2013) 24:1835:1841

Karram M. [OB Mgmt] When and how to place an autologous rectus fascia pubovaginal sling. OBG Management, 24:11, Nov. 2012

Karram M. Complications and Untoward Effects of the Tension-Free Vaginal Tape Procedure. The American College of Obstetricians and Gynecologists (2003) Vol. 101, No. 5, Part 1

Kartha GK, Kerr H, Shoskes DA. Clinical phenotyping of urologic pain patients. Curr Opin Urol. 2013 Nov;23(6):560-4.

Kaser Daniel J, et al. "Anatomic and fuctional outcomes of sacrocolpopexy with or without posterior colporrhaphy", Int Urogynecol J (2010) 23:1215-1220.

Kaser DJ. Anatomic and functional outcomes of sacrocolpopexy with or without posterior colpoffhaphy, Int Urogynecol J (2012) 23:1215-1220

Kasturi S. High uterosacral liagment vaginal vault suspension: comparison of absorbable vs. permanent suture for apical fixation, Int Urogynecol J (2012) 23: 941-945

Kasyan G. Mesh-related and intraoperative complications of pelvic organ prolapse repair, Cent European J Urol. 2014;67(3):296-301

Kato K, et al. "Chronic Widespread Pain and Its Comorbidities: A population based study", Arch Intern Med. 2006;166:1649-1654.

Katz A. "When sex hurts: menopause-related dyspareunia. Vaginal dryness and atrophy can be treated.", Am J Nurs. 07;107(7):34-6,39.

Katz J, et al. "Postoperative Morphine Use and Hyperalgesia are Reduced by Preoperative but Not Intraoperative Epidural Analgesia", Anesthesiology 2003;98:1449-60.

Kaufman, Y., Age and sexual activity are risk factors for mesh exposure following transvaginal mesh repair, Int Urogynecol J (2011) 22: 307-313

Kavvadias, Klinge. (TVT is gold) Ch 56 Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. ISBN 978-3-642-04552-3 Springer-Verlag Berlin Heidelberg New York

Keegan. Periurethral injection therapy for urinary incontinence in women (Review) (2007)

Kehlet H, Jensen TS, Woolf CJ. Persistent Postsurgical Pain: Risk Factors and Prevention. Lancet. 2006 May 13;367:1618-25

Kelly JL. The effect of hysterectomy on ano-rectal physiology, Int J Colorect Dis (1998) 13: 116-118

Kennelly MJ, Moore R, Nguyen JN, Lukban JC, Siegel S. Prospective evaluation of a single incision sling for stress urinary incontinence. J Urol. 2010 Aug;184(2):604-9.

Kenton K, Zyczynski H, Sirls LT, Richter HE, et al. (TOMUS published) 5-Year Longitudinal Followup after Retropubic and Transobturator Mid-urethral slings. The Journal of Urology, Vol. 193, 203-210, January 2015.

Kepenekci I, Keskinkilic B, Akinsu F, Cakir P, Elhan AH, Erkek AB, Kuzu MA. Prevalence of pelvic floor disorders in the female population and the impact of age, mode of delivery, and parity. Dis Colon Rectum. 2011 Jan;54(1):85-94.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Kerkhof MH, et al. "Changes in tissue composition of the vaginal wall of premenopausal women with prolapse", Am J Obstet Gynecol, 2014 vol. 210(2) pp. 168.el-9. |
| Khaja A, et al. "Is anatomical failure following anterior vaginal repair associated with weak native vaginal tissues? A biomechanical and immunohistochemical study", Int Urogynecol J, 2014 vol. 25(2) pp. 181-7. |
| Khan A. Comparative outcomes of open versus laparoscopic sacrocolpopexy among medicare beneficiaries, Int Urogynecol J (2013) 24:1883-1891 |
| Khan Z, et al. [Pop 162, 10 yr fu] Long-term follow-up of a multicentre randomised controlled trial comparing tension-free vaginal tape, xenograft and autologous fascial slings for the treatment of stress urinary incontinence in women BJU Int 2015: 115: 968-977 |
| Khan ZA, et al. "Effect of depression and anxiety on the success of pelvic floor muscle training for pelvic floor dysfunction", J Obstet Gynaecol, 2013 vol. 33(7) pp. 710-4. |
| Khandwala S, et al. Clinical Outcomes of an Observational Registry Utilizing a Trocar-Guided Mesh Repair of Vaginal Prolapse Using Partially Absorbable Mesh. 2011; ICS Abstract 571. |
| Khandwala S, et al. Experience with TVT-Secur sling for stress urinary incontinence: a 141-case analysis. Int Urogynecol J (2010) 21:767–772 |
| Khandwala S, et al. Transvaginal mesh surgery for pelvic organ prolapse - One-Year Outcomes Analysis, Female Pelvic Med Reconstr Surg. 2013 Mar-Apr;19(2):84-9 |
| Khandwala S. Transvaginal mesh surgery for pelvic organ prolapse - Prolift +M: a prospective clinical trial, Int Urogynecol J. 2011 Nov;22(11):1405-11 |
| Kigozi G, Watya S, Polis CB, Buwembo D, Kiggundu V, Wawer MJ, Serwadda D, Nalugoda F, Kiwanuka N, Bacon MC, Ssempijja V, Makumbi F, Gray RH. The effect of male circumcision on sexual satisfaction and function, results from a randomized trial of male circumcision for human immunodeficiency virus prevention, Rakai, Uganda. BJU Int. 2008 Jan;101(1):65-70. |
| Kim D, Jang HC. Randomized control study of Monarc® vs. tension-free vaginal tape obturator (TVT-O®) in the treatment of female urinary incontinence in: comparison of medium term cure rate. Int Uragynecol J 2010;21(Suppl I):S319-S20. |
| Kim JH, et al. "Diagnostic Effectiveness of Dynamic Colpocystoproctography in Women Planning for Combined Surgery with Urinary Incontinence and Pelvic Organ Prolapse", Gynecol. Obstet. Invest. 2014. |
| Kim JJ, Lee Y-S, Seo JT, et al. Comparison of the efficacy of TVT and TVT-O on the overactive bladder symptoms in women with stress urinary incontinence. J Ural Suppl 2009;181:560. |
| Kim JY, Jung HC, Moon KH, Park TC, Kim DY, Park CH. Comparisons of IRIS, TVT and SPARC procedure for stress urinary incontinence. Eur Ural Suppl 2004;3:80. |
| Kim, Jung Jun. [Pop 115, 12 mo fu] Randomized Comparative Study of the U-and H-type Approaches of the TVT-Secur Procedure for the Treatment of Female Stress Urinary Incontinence: One Year Follow-Up. Korean J Urol 2010;51:250-256 |
| Kim, SR, et al. "Changes in sexual function and comparison of questionaires following surgery for elvic organ prolapse", Yonsei Med. J., 2014 col. 55(1) pp. 170-7. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Kim-Fine S, et al. "Medium-term changes in vaginal accommodation and sexual function after vaginal reconstructive surgery", Female Pelvic Med Reconstr Surg, vol. 20(1) pp. 27-32.

Kindberg S, Stehouwer M, Hvidman L, Henriksen TB. Postpartum perineal repair performed by midwives: a randomised trial comparing two suture techniques leaving the skin unsutured. BJOG. 2008 Mar;115(4):472-9.

King A. Is there an association between polypropylene midurethral slings and malignancy. Urology 84: 789-792, 2014

Kinn. [Pop 153, 5 yr fu] Burch colposuspension for stress urinary incontinence. 5-year results in 153 women. Scand JUral Nephrol 29: 449-455, 1995

Kirby, AC, et al. "An update on the current and future demand for care of pelvic floor disorders in the United States", Am. J. Obstet. Gynecol., 2013 vol. 209(6) pp. 584.el-5.

Kitaj, M B, et al. "Pain Thresholds in Daily Transformed Migraine Versus Episodic Migraine Headache Patients", Headache 2005;45:992-998.

Kives S, Lefebvre G, Wolfman W, Leyland N, Allaire C, Awadalla A, Best C, Leroux N, Potestio F, Rittenberg D, Soucy R, Singh S. Supracervical hysterectomy. J Obstet Gynaecol Can. 2010 Jan;32(1):62-8.

Kjolhede - [Pop 21] Prediction of genital prolapse after Burch colposuspension. Acta Obstet Gynecol Scand I996; 75: 849-854

Kjolhede - [Pop 232, median 6 yr fu] Prognostic factors and long-term results of the Burch colposuspension. Acta Obstet Gynecol Scand 1994; 73: 642-647.

Kjolhede - Long term efficacy of Burch colposuspension: A 14-year follow-up study. Acta Obstet Gynecol Scand 2005: 84: 767–772

Kjolhede P. BURCH - Long-term Efficacy of Burch Colposuspension: A 14-year Follow-up Study. Acta Obstet Gynecol Scand 2005; 84: 767–772.

Klauschie JL. Surgical Treatment of Vaginal Vault Prolapse: A Historic Summary and Review of Outcomes, Female Pelvic Med Reconstr Surg. 2012 Jan-Feb;18(1):10-7

Klein MC, Gauthier RJ, Robbins JM, Kaczorowski J, Jorgensen SH, Franco ED, Johnson B, Waghorn K, Gelfand MM, Guralnick MS, et al. Relationship of episiotomy to perineal trauma and morbidity, sexual dysfunction, and pelvic floor relaxation. Am J Obstet Gynecol. 1994 Sep;171(3):591-8.

Klein-Patel ME. Synthetic Mesh Implantation Results in Increased Active MMP-2 and -9 in a Mouse Model, Reproductive Sci 2013 Mar, Suppl, 20(3), S-230

Klinge U, et al. Foreign Body Reaction to Meshes Used for the Repair of Abdominal Wall Hernias. Eur J Surg 1999;165:665-673.

Klinge U, et al. Functional and Morphological Evaluation of a Low-Weight, Monofilament Polypropylene Mesh for Hernia Repair. J Biomed Mater Res. 2002;63(2):129-136.

Klinge U, et al. Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model. Journal of Surgical Research 2002;103:208-214.

Klinge U, et al. PVDF as a new polymer for the construction of surgical meshes. Biomaterials 2002;23:3487-3493.

Klinge U, et al. "The ideal mesh?", Pathobiology, 2013 vol. 80(4) pp. 169-75.

Klinge U, et al. [Hernia surgery: minimization of complications by selection of the "correct mesh"]. Chirurg, 2014 vol. 85(2) pp. 105-11.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Klinge U, et al. Demands and Properties of the Alloplastic Implants for the Treatment of Stress Urinary Incontinence. Expert Rev. Med. Devices 4(3), 349–359 (2007) |
| Klinge U, et al., "Characterisation of the cellular infiltrate in the foreign body granuloma of textile meshes with its impact on collagen deposition.", Hernia, 2014. |
| Klinge U. Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. Hernia Repair Sequelae, Ch. 56, 440-444 |
| Klinge U. Demands and Properties of the Alloplastic Implants for the Treatment of Stress Urinary Incontinence. Expert Rev. Med. Devices 4(3), 349–359 (2007) |
| Klinge U. Modified classification of surgical meshes for hernia repair based on the analyses of 1,000 explanted meshes. Hernia, 2012 16(3), 251-8 |
| Klinge. Do multifilament alloplastic meshes increase the infection rate? Analysis of the Polymeric Surface, the Bacteria Adherence, and the In Vivo Consequences in a Rat Model. J Biomed Mater Res (Appl Biomater) 63: 765–771, 2002 |
| Klink CD, et al. "In vitro and in vivo charateristics of gentamicin-supplemented polyvinylidenfluoride mesh materials.", J Biomed Mater Res A, 2012 vol. 100(5) pp. 1195-202. |
| Klink CD, et al. "Tension of knotted surgical sutures shows tissue specific rapid loss in a rodent model.", BMC Surg, 2011 vol. 11 pp. 36. |
| Klink CD. Comparison of long-term biocompatibility of PVDF and PP meshes. J Invest Surg, 2011, 24(6), 292-9 |
| Klosterhalfen B, et al.  Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials 1998;19:2235-2246. |
| Klosterhalfen B, et al. "Retrieval study at 623 human mesh explants made of polypropylene - impact of mesh class and indication for mesh removal on tissue reaction", J. Biomed. Mater. Res. Part B Appl. Biomater., 2013 vol. 101(8) pp. 1393-9. |
| Klumpp D J, et al. "Summation model of pelvic pain in interstitial cystitis", www.nature.com/clinicalpractice doi:10.1038/ncpuro1203. |
| Ko PC, Lo TS. Delayed onset advanced pelvic organ prolapse after pelvic trauma in a nulliparous young female: case report. Int Urogynecol J. 2011 Jun;22(6):757-9. |
| Kobashi K, et al. Erosion of woven Polyester Pubovaginal Sling. J Urology, Vol. 162, 2070–2072, December 1999 |
| Kocjancic E, Costantini E, Frea B, et al. Tension free vaginal tape vs. trans obturator tape: is there any difference in the mixed incontinence patients? Results of a multicentre randomised trial. Eur Ural Suppl 2008;7:123. |
| Koelbl H, Halaska M, Ostermann S, Lautenschlaeger C, Petri E. Burch colposuspension and TVT: Perioperative results of a prospective randomized trial in patients with genuine stress incontinence. Neuraural Uradyn 2002;21:327. |
| Kohli N, Walsh PM, Roat TW, et al. 1998 Mesh erosion after abdominal sacrocolpopexy. Obstet Gynecol;92:999 |
| Kolle D, et al. Bleeding Complications With The Tension-Free Vaginal Tape Operation. American Journal of Obstetrics and Gynecology (2005) 193. 2045-9 |
| Komesu Y. Posterior Repair and Sexual Function. Am J Obstet Gynecol 2007; 197:101.e.1-101.e.6 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Kondo A, I so be Y, Kimura K, et al. [Pop 60, 24 mo fu] Efficacy, safety and hospital costs of tension-free vaginal tape and pubovaginal sling in the surgical treatment of stress incontinence. J Obstet Gynaecol Res 2006;32:539-544. |
| Kondo. [Pop 57, 2 yr fu] A randomised control trial of tension-free vaginal tape in comparison with pubovaginal sling in the treatment of stress incontinence. (2003) |
| Kongoasa N, et al. "Does prior vaginal prolapse surgery affect synthetic mesh erosion rates?", Obstet Gynecol, 2014 col. 123 Suppl 1 pp. 1S. |
| Konttinen YT, et al. "The Relation of Extraarticular Tenderness to Inflammatory Joint Disease and Personality in Patients with Rheumatoid Arthritis", J Rheumatol 1992;19:851-5. |
| Koo YJ, Kim DY, Kim JH, Kim YM, Kim YT, Nam JH. Vaginal cuff dehiscence after hysterectomy. Int J Gynaecol Obstet. 2013 Sep;122(3):248-52. |
| Korte JE, Baseman JB, Cagle MP, Herrera C, Piper JM, Holden AE, Perdue ST, Champion JD, Shain RN. Cervicitis and genitourinary symptoms in women culture positive for Mycoplasma genitalium. Am J Reprod Immunol. 2006 Apr;55(4):265-75. |
| Kossler W, et al. "Formation of translational risk score based on correlation coefficients as an alternative to Cox regression models for predicting outcome in patients with NSCLC.", Theor Biol Med Model, 2011 col. 8 pp. 28. |
| Kotarinos R. Myofascial pelvic pain. Curr Pain Headache Rep. 2012 Oct;16(5):433-8. |
| Kovac SR. Clincal opinion: Guidelines for hysterectomy, Am J Obstet Gynecol. 2004 Aug;191(2):635-40 |
| Kozal S. Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems, Can Urol Assoc J. 2014 Sep;8(9-10):E605-9 |
| Kraemer, NA, et al. "In vivo visualization of polymer-based mesh implants using conventional magnetic resonance imaging and positive-contrast susceptibility imaging", Invest Radiol, 2013 vol. 48(4) pp. 200-5. |
| Kramer BA, Whelan CM, PowellTM, et al. 2009 Robotic-assisted laparoscopic sacrocolpopexy as management for pelvic organ prolpase. J Endourol;23:655 |
| Krofta L, et al. TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. Int Urogynecol J (2010) 21:141–148 |
| Krofta L, et al. TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. Int Urogynecol J (2010) 21:779–785 |
| Krychman ML. Vaginal estrogens for the treatment of dyspareunia. J Sex Med. 2011 Mar;8(3):666-74. |
| Kudish BI and Iglesia CB. Posterior Wall Prolapse and Repair. Clinical Obstetrics and Gynecology, 2010. 53(1): p. 59-71. |
| Kudish BI. Effect of Weight Change on Natural History of Pelvic Organ Prolapse. Oral Paper Presentations, J Pelvic Medicine and Surgery, 14(4), July/August 2008 |
| Kuehnert N. In vivo MRI visualization of mesh shrinkage using surgical implants loaded with superparamagnetic iron oxides. Surg Endosc, 2012 26(6) 1468-75 |
| Kuhn A, Häusermann A, Brandner S, Herrmann G, Schmid C, Mueller MD. Sexual function after sacrocolpopexy. J Sex Med. 2010 Dec;7(12):4018-23. |
| Kulseng-Hanssen S. Follow-up of TVT Operations in 1,113 women with mixed urinary incontinence at 7 and 38 months. Int Urogynecol J (2008) 19:391–396 |
| Kurup V. Concern for Pain in the Pre-Operative Period - Is the Internet Being Used for Information by Patients?, Pain Pract. 2014 Feb;14(2):E69-75 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Kuuva, Nilsson. [Pop 129, 6 yr fu] Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women. Acta Obstetricia et Gynecologica. 2006; 85: 482 -487

Kuuva, Nilsson. [Pop 1455 2 mo fu] A nationwide analysis of complications associated with the tension-free (TVT) prodecure. Acta Obstet Gynecol Scand 2002; 81: 72–77

L. Brubaker, R. Bump, M. Fynes, et al. 2005 Surgery for Pelvic Organ Prolapse, In: Abrams P, Cardozo L, Khoury S et al. editors. Incontinence, Management. Third International Consultation on Incontinence. 2 Monaco: International Continence Society. 13711402 , chapter 21.

Labat JJ, Delavierre D, Sibert L, Rigaud J. [Symptomatic approach to chronic pudendal pain]. Prog Urol. 2010 Nov;20(12):922-9.

Labat JJ, Guerineau M, Delavierre D, Sibert L, Rigaud J. [Symptomatic approach to musculoskeletal dysfunction and chronic pelvic and perineal pain]. Prog Urol. 2010 Nov;20(12):982-9.

Labrie F, Archer DF, Bouchard C, Fortier M, Cusan L, Gomez JL, Girard G, Baron M, Ayotte N, Moreau M, Dubé R, Côté I, Labrie C, Lavoie L, Berger L, Gilbert L, Martel C, Balser J. Intravaginal dehydroepiandrosterone (prasterone), a highly efficient treatment of dyspareunia. Climacteric. 2011 Apr;14(2):282-8.

Labrie F, Martel C, Bérubé R, Côté I, Labrie C, Cusan L, Gomez JL. Intravaginal prasterone (DHEA) provides local action without clinically significant changes in serum concentrations of estrogens or androgens. J Steroid Biochem Mol Biol. 2013 Nov;138:359-67.

Labrie J, et al. Protocol for Physiotherapy Or TVT Randomised Efficacy Trial (PORTRET): a multicentre randomized controlled trial to assess the cost-effectiveness of the tension free vaginal tape versus pelvic floor muscle training in women with symptomatic moderate to severe stress urinary incontinence. BMC Womens Health. 2009;9:24

Labrie J. Surgery versus Physiotherapy for Stress Urinary Incontinence. N Engl J Med (2013) 369:12, 1124-33.

Lai HH, North CS, Andriole GL, Sayuk GS, Hong BA. Polysymptomatic, polysyndromic presentation of patients with urological chronic pelvic pain syndrome. J Urol. 2012 Jun;187(6):2106-12.

Lake Alfred Philips "Chronic Post-Surgical Pain: Prevention Remains Better than Cure.", The Internet Journal of Anesthesiology 2008: Vol. 15, No. 2.

Lakeman MM, et al. "The effects of prolapse surgery on vaginal wall sensibility, vaginal vasocongestion, and sexual function: A prospecitve single centre study", Neurourol. Urodyn., 2013.

Lam Van Ba O, et al. [Consequences of coeliocopic sacrocolopoxy on the sexuality of the couple], Prog. Urol., 2014 vol. 24(4) pp. 247-55.

Lamblin G, Van-Nieuwenhuyse A, Chabert P, Lebail-Carval K, Moret S, Mellier G. A randomized controlled trial comparing anatomical and functional outcome between vaginal colposuspension and transvaginal mesh. Int Urogynecol J. 2014 Feb 27.

Lamers BHC, van der Vaart CH. Medium-term efficacy of pelvic floor muscle training for female urinary incontinence in daily practice. Int Urogynecol J Pelvic Floor Dysfunct 2007, 18(3):301-307

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Lammerink E. Short-term outcome of TVT-Secur (Abstract Only)

Lamont J. Female sexual health consensus clinical guidelines. J Obstet Gynaecol Can. 2012 Aug;34(8):769-75.

Lamvu G.  Vaginal Apex Resection: A treatment option for vaginal apex pain. Obstet Gynecol 2004; 104:1340-6

Lane - Repair of posthysterectomy vaginal-vault prolapse. The Journal of Obstetrics and Gynaecology (1962) Vol. 20, No. 1. pp. 72-77.

Lange MM, Marijnen CA, Maas CP, Putter H, Rutten HJ, Stiggelbout AM, Meershoek-Klein Kranenbarg E, van de Velde CJ; Cooperative clinical investigators of the Dutch. Risk factors for sexual dysfunction after rectal cancer treatment. Eur J Cancer. 2009 Jun;45(9):1578-88.

Lantzsch T, Goepel C, Wolters M, et al. Sacrospinous ligament fixation for vaginal vault prolapse. Arch Gynecol Obstet. 2001;265:21-25

Lapitan M. (Cochrane Rev) Open retropubic colposuspension for urinary incontinence in women (Review). The Cochrane Collaboration (2012)

Larikan DC, et al. "Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy.", Eur. J. Obstet. Gynecol. Reprod. Biol. 11;157(1):120; author reply 120-1.

Larouche M. Outcomes of trocar-guided Gynemesh PS versus single-incision trocarless Polyform  transvaginal mesh procedures, Int Urogynecol J. 2015 Jan;26(1):71-7

Larson KA, et al. "Long-term patient satisfaction with michigan four-wall sacrospinous ligament suspension for prolapse", Obstet Gynecol, 2013 vol. 122(5) pp. 967-75.

Latthe P, Latthe M, Say L, Gülmezoglu M, Khan KS. WHO systematic review of prevalence of chronic pelvic pain: a neglected reproductive health morbidity. BMC Public Health. 2006 Jul 6;6:177.

Latthe PM, Foon R, Toozs-Hobson P. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. BJOG (2007) 114:522–531

Latthe PM, Singh P, Foon R, Toozs-Hobson P. [Meta-analysis] Two routes of transobturator tape procedures in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials.  BJUI (2009) 106 , 68-76

Lau HH. A prospective study of transobturator tape as treatment for stress urinary incontinence after transvaginal mesh repair, Int Urogynecol J. 2013 Oct;24(10):1639-44

Laumann. Sexual Dysfunction in the United States: Prevalence and Predictors. JAMA. 1999;281:537-544

Laurikainen E, et al. [Pop 267, 2 mo fu] Retropubic Compared With Transobturator Tape Placement in Treatment of Urinary Incontinence:  a randomized controlled trial. J Obstet Gynecol 2007;109:4-11

Laurikainen E, Takala T, Aukee P, et al. Retropubic TVT compared with transobturator TVT (TVT-O) in treatment of stress urinary incontinence: five-year results of a randomized trial. Neuraural Uradyn 2011;30:803-805.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Laurikainen E, Valpas A, Aukee P, Kivelä A, Rinne K, Takala T, Nilsson CG. [Pop 254, 5 yr fu] Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol (2014) 65:1109-1114 |
| Laurikainen E. TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. Obstet Gynecol 2007; 109:4-11 |
| Lavand'Homme P, et al. "The use of intraoperative epidural or spinal analgesia modulates postoperative hyperalgesia and reduces residual pain after major abdominal surgery", Acta Anesthesiologica Belgica, 2006, 57, N4. |
| Le NB, et al. "Surgical options for apical prolapse repair", Womens Health (Lond Engl), 2012 Vol. 8(5) pp. 557-66. |
| Learman LA. A Randomized Comparison of Total or Supracervical Hysterectomy: Surgical Complications and Clinical Outcomes, Obstet Gynecol. 2003 Sep;102(3):453-62 |
| Learman Lee A. "What is New in Chronic Pelvic Pain? Best Articles from the Past Year", Obstet Gynecol 2014;123:1104-5. |
| Lebret. (French, Eng abs at end) [Pop 100, mean 5 yr fu] Long-term results of isolated Burch colposuspension of the bladder neck in the treatment of female urinary stress incontinence. Progres en Urologie (1997), 7, 426-432. |
| Lee D, Dillon B, Lemack G, Gomelsky A, Zimmern P. Transvaginal mesh kits--how "serious" are the complications and are they reversible? Urology. 2013 Jan;81(1):43-8. |
| Lee EW, et al. Midurethral Slings for All Stress Incontinence A Urology Perspectiv. Urol Clin N Am 39 (2012) 299-310. |
| Lee K. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. Int Urogynecol J (2008) 19:577–582 |
| Lee K-S, Han DH, Choi YS, et al. A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year followup. J Ural 2007;177:214-218. |
| Lee Kyu-Sung, et al. A prospective multicenter randomized comparative study between the U- and H- type methods of the TVT Secur procedure for the treatment of female stress urinary incontinence: 1- year follow-up. European Urology (2010) 973-979. |
| Lee Kyu-Sung, et al. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. Int Uragynecol J Pelvic Floor Dysfunct 2008;19:577-582. |
| Lee M, et al. "Identifying Brain Activity Specifically Related to the Maintenance and Perceptual Consequence of Central Sensitization in Humans", J of Neuroscience, November 5, 2008; 28(45):11642-11649. |
| Lee U, Emerging concepts for pelvic organ prolapse surgery: What is cure? Curr Urol Rep. 2011 Feb;12(1):62-7. |
| Lee U, et al. "Emerging concepts for pelvic organ prolapse surgery: What is cure?" Curr Urol Rep. 2011 vol. 12(1) pp. 62-7. |
| Lee U, et al. "Words of Wisdom. Re: defining success after surgery for pelvic organ prolapse", Eur.Urol., 2010 vol. 58(4) pp. 633-4. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Lee YJ, Kim SR, Kim SK, Bai SW. The significance and factors related to bladder outlet obstruction in pelvic floor dysfunction in preoperative urodynamic studies: A retrospective cohort study. Obstet Gynecol Sci. 2014 Jan;57(1):59-65.

Lee YK, Chung HH, Kim JW, Park NH, Song YS, Kang SB. Vaginal pH-balanced gel for the control of atrophic vaginitis among breast cancer survivors: a randomized controlled trial. Obstet Gynecol. 2011 Apr;117(4):922-7.

Lee YS, Efficacy and Safety of "Tension-Free" Placement of Gynemesh PS for the Treatment of Anterior Vaginal Wall Prolapse, Int Neurourol J. 2010 Apr;14(1):34-42

Lee, Zimmern. Long-Term Outcomes of Autologous Pubovaginal Fascia Slings: Is there a difference between primary and secondary slings? (2013)

Lefebvre G, Allaire C, Jeffrey J, Vilos G, Arneja J, Birch C, Fortier M; Clinical Practice Gynaecology Committee and Executive Committeee and Council, Society of Obstetricians and Gynaecologists of Canada. SOGC clinical guidelines. Hysterectomy. J Obstet Gynaecol Can. 2002 Jan;24(1):37-61; quiz 74-6.

Lemack, Nager, Sirls, Zyczynski, (UITN) - Normal Preoperative Urodynamic Testing Does Not Predict Voiding Dysfunction After Burch Colposuspension Versus Pubovaginal Sling. (2008)

Lensen EJM. Comparison of two trocar-guided trans-vaginal mesh systems for repair of pelvic organ prolapse: a retrospective cohort study, Int Urogynecol J. 2013 Oct;24(10):1723-31

Lethaby, A., Total versus subtotal hysterectomy for benign gynaecological conditions (Review), The Cochrane Collaboration

Letouzey, V. Ultrasound evaluation of polypropylene mesh contraction at long term after vaginal surgery for cystocele repair. Int Urogynecol J (2009)

Leval J. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J (2011) 22:145–156

Levey KA., et al. Increased rates of chorioamnionitis with extra-amniotic saline infusion method of labor induction. Obstet Gynecol. 2004 Apr;103(4):724-8.

Levy Dan, et al. "Mast cell degranulation activates a pain pathway underlying migraine headache", Pain. 2007 July ; 130(1-2): 166–176.

Li B, Zhu L, Lang JH, Fan R, et al. [Pop 55, 7 yr fu] Long-term outcomes of the tension-free vaginal tape procedure for female stress urinary incontinence: 7-year follow-up in China. J Minim Invasive Gynecol. 2012 Mar-Apr;19(2):201-5.

Li H, et al. "Utilization and perioperative outcomes of robotic vaginal vault suspension compared to abdominal or vaginal approaches for pelvic organ prolapse", Can urol Assoc J, 2014 vol. 8(3-4) pp. 100-6.

Li M, et al. Laparoscopic Y-shaped polypropylene mesh for uterine and vaginal vault prolapse, Zhongguo Xiu Fu Chong Jian Wai Ke Za Zhi, 2013 vol. 27(9) pp. 1106-9.

Liang CC, et al. "Significance of bladder trabeculation in postmenopausal women with severe pelvic organ prolapse: clinical and urodynamic assessments", Menopause, 2013 vol. 20(8) pp. 813-7.

Liang R. Impact of prolapse meshes on the metabolism of vaginal extracellular matrix in Rhesus Macaque, Am J Obstet Gynecol. 2015 Feb;212(2):174.e1-7

Liang R. Vaginal degeneration following implantation of synthetic mesh with increase stiffness, BJOG 2013 Jan;120(2):233-43

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Liapis A, Bakas P, Christopoulos P, Giner M, Creatsas G. Tension-free vaginal tape for elderly women with stress urinary incontinence. Int J Gynaecol Obstet 2006;92:48-51.

Liapis A, Bakas P, Creatsas G. [Pop 115, 4 yr fu] Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow-up. Eur J Obstet Gynecol Reprod Biol (2010) 148:199-201

Liapis A, Bakas P, Creatsas G. [Pop 71] Burch colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. Eur Urol. 2002 Apr;41(4):469-473.

Liapis A, Bakas P, Creatsas G. Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Uragynecol J Pelvic Floor Dysfunct 2008;19:185-190.

Liapis A.  [Pop 65, 5 & 7 yr fu] Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J (2008) 19:1509–1512

Liapis A. Tension-Free Vaginal Tape versus Tension-Free Vaginal Tape Obturator in Women with Stress Urinary Incontinence. Gynecol Obstet Invest 2006;62:160-164

Lieng M. Long-Term Outcomes Following Laparoscopic and Abdominal Supracervical Hysterectomies, Obstet Gynecol Int. 2010;2010:989127

Lim J, et al. Short-term clinical and quality-of-life outcomes in women treated by the TVT-Secur procedure. Australian and New Zealand Journal of Obstetrics and Gynaecology 2010; 50: 168–172

Lim JL. Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. BJOG 2006;113:1315–1320.

Lim M, Sagar PM, Gonsalves S, Thekkinkattil D, Landon C. Surgical management of pelvic organ prolapse in females: functional outcome of mesh sacrocolpopexy and rectopexy as a combined procedure. Dis Colon Rectum. 2007 Sep;50(9):1412-21.

Lim YN, Muller R, Corstiaans A, Dietz HP, Barry C, Rane A. Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial. Australian NZ J Obstet Gynaecol 2005;45:52-59.

Lim YN. A Long Term Review of Posterior Vaginal Repair with Vypro 2 Mesh, Int Urogynecol J (2006) 17 (Suppl 2): S171-S359

Lim. [Pop 664] Do the Advantage slings work as well as the tension-free vaginal tapes? Int Urogynecol J (2010) 21:1157–1162

Lin AT, et al. In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar;173(3):894-7.

Lin L, et al. "Laparoscopic modified sacral hysteropexy: initial experience with an original surgical approach to uterovaginal prolapse", J Minim Invasive Gynecol, vol. 21(3) pp. 431-5.

Lin LL. Dyspareunia and chronic pelvic pain after polypropylene mesh augmentation for transvaginal repair of anterior vaginal wall prolapse. Int Urogynecol J (2007) 18:675-678

Linder BJ, Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J 2016. DOI 10.1007/s00192-016-2961=4

Ling FW, Slocumb JC. Use of trigger point injections in chronic pelvic pain. Obstet Gynecol Clin North Am. 1993 Dec;20(4):809-15.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Liu C. The Mechanical Properties and Deformation of Three Commonly Used Artificial Meshes, Int Urogynecol J (2009) 20(Suppl 3): S241-S491

Liu JP, Zheng F, Liu XC, Li X, Song JY and Sun XG. Chemical modification of transthyretin in familial amyloidotic polyneuropathy. Journal of Fourth Military Medical University (2008), 29, 883-885.

Lleberia J, et al. Surgical Treatment of Mixed Urinary Incontinence: effect of anterior colpoplasty. Int Urogynecol J (2011) 22:1025-1030

Lo TS, et al. "Long-Term outcomes of synthetic transobturator nonabsorable anterior mesh versus anterior colporrhaphy in symptomatic, advanced pelvic organ prolapse surgery", Int Urogynecol J, 2014 vol. 25(2) pp. 257-64.

Lo TS. [Pop 70, 3 yr fu] Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology 63: 671-675, 2004

Lo TS. Anterior-Apical Single Incision Mesh Surgery (SIMS): Surgical and Functional Outcomes at 1 Year, J Minim Invasive Gynecol. 2015 Jan;22(1):50-6

Lo TS. Combined anterior trans-obturator mesh and sacrospinous ligament fixation in women with severe prolapse - a case series of 30 months follow-up; Int Urogynecol J (2011) 22:299-306

Lo TS. Surgical outcomes of anterior trans-obturator mesh and vaginal sacrospinous ligament fixation for severe pelvic organ prolapse in overweight and obese Asian women, Int Urogynecol J (2013) 24:809-816

Long CY, Liu CM, Hsu SC, Wu CH, Wang CL, Tsai EM. A randomized comparative study of the effects of oral and topical estrogen therapy on the vaginal
vascularization and sexual function in hysterectomized postmenopausal women. Menopause. 2006 Sep-Oct;13(5):737-43.

Long CY. Comparison of clinical outcome and urodynamic findings using "Perigee and/or Apogee" versus "Prolift anterior and/or posterior" system devices for the treatment of pelvic organ prolapse, Int Urogynecol J (2011) 22:223-239

Long Lin A. In Vivo Tension Sustained By Fascial Sling in Pubovaginal Sling Surgery for Female Stress Urinary Incontinence. J urology (March 2005) Vol. 173, 894–897

Lonnee-Hoffman RA, et al. "Male sexual function and pelvic floor surgery of their female partner: A one-year follow-up study", Post Reprod Health, 2014.

Lonnee-Hoffman RA, et al. "What predicts improvement of sexual function after pelvic floor surgery? A follow-up study", Acta Obstet Gynecol Scand, 2013 vol. 92(11) pp. 1304-12.

Lopez JI, Holdridge A, Chalela J. Headache and vasculitis. Curr Pain Headache Rep. 2013 Mar;17(3):320.

Lord HE, Taylor JD, Finn JC, et al. A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and supra pubic urethral support sling for treating stress incontinence. BJU Int 2006;98:367-376.

Lose. [Pop 80, mean 26 mo fu] Voiding difficulties after colposuspension. Obstet Gynecol 69:33, 1987

Louis-Sylvestre C. Robotic-assisted laparoscopic sacrocolpopexy for stage III pelvic organ prolapse, Int Urogynecol J (2013) 24:731-733

Lowder JL. The role of apical vaginal support in the appearance of anterior and posterior vaginal prolapse. Obstet Gynecol (2008) 111(1) p 152-7

Lowman JK. Does the Prolift system cause dyspareunia?, Am. J. Obstet. Gynecol. 199(6):707-712 (2008)

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Lu YX, et al. [Long-term outcomes of the high vaginal uterosacral ligament suspension in treatment of the severe pelvic organ prolapse], Zhonghua Fu Chan Ke Za Zhi, 2013 vol. 48(8) pp. 564-9. |
| Luber. The definition, prevalence, and risk factors for stress urinary incontinence. (2004) |
| Lucas MG. EAU Guidelines on Surgical Treatment of Urinary Incontinence, Actas Urol Esp. 2013 Sep;37(8):459-72 |
| Lucas MG. EAU Guidelines on Surgical Treatment of Urinary Incontinence. Eur Urol. 2012; 62:1118-29 |
| Lucente V, et al. Medium-Term Clinical Outcomes Following Trocar-Guided Mesh Repair of Vaginal Prolapse Using Partially Absorbable Mesh. AUGS Abstract.  Submitted 4/5/2012) |
| Lucente V, et al. Outcome Evidence:  A Retrospective Series of Over 1000 Patients following transvaginal mesh surgery for pelvic organ prolapse. Female Pelvic Medicine & Reconstructive Surgery. September/October 2012; 18(8) Supplement 1: S78. (DEFT LT593.1) |
| Lucente V, Murphy M, van Raalte H. The key to preventing transvaginal mesh erosion: utilizing hydrodistention during  proper full-thickness dissection. Video presented at: 30th Annual Scientific Meeting of the American Urogynecologic Society; September 24-26, 2009; Hollywood, FL. |
| Lucente V. Gynecare Gynemesh PS a new Mesh for Pelvic Floor Repair Early Clinical Experience (2008) |
| Lucente V. Oral Poster 55 – A Clinical Assessment of Gynemesh PS for the repair of POP. Journal of Pelvic Medicine and Surgery (2004) Vol 10, S35 |
| Lucente VR, Cassidenti AP, Culligan PJ. The FDA and Mesh, what you should know as a Reconstructive Pelvic Surgeon. Final 02.9.2016 |
| Luck A. Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive posterior vaginal surgery. American Journal of Obstetrics and Gynecology (2005) 192, 1626–9 |
| Luijendijk R. A Comparison of Suture Repair with Mesh Repair for Incisional Hernia. NEJM 343(6): 392-8, 2000. |
| Lukacz, Nager. [Pop 54, 1 yr fu] The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J (2003) 14: 179–184 |
| Lukban JC. Single-incision apical and posterior mesh repair: 1-year prospective outcomes, Int Urogynecol J (2012) 23:1413-1419 |
| Lunardelli JL, et al., Polypropylene mesh vs. site-specific repair in the treatment of anterior vaginal wall prolapse: preliminary results of a randomized clinical trial. Rev Col Bras Cir, 2009. 36(3): p. 210-6. |
| Lundblad H, et al. "Prediction of persistent pain after total knee replacement for osteoarthritis", J Bone Joint Surg [Br] 2008;90-B:166-71. |
| Luo J, et al. "In vivo properties of uterine suspensory tissue in pelvic organ prolapse", J Biomech Eng, 2014 vol. 136(2). |
| Lykke R. Pelvic organ prolapse (POP) surgery among Danish women hysterectomized for benign conditions: age at hysterectomy, age at subsequent POP operation, and risk of POP after hysterectomy, Int Urogynecol J (2015) 26:527-532 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Lykke. The indication for hysterectomy as a risk factor for subsequent pelvic organ prolapse repair, Int Urogynecol J 2015

Maaita M. [Pop 57, 36 mo fu] Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU International (2002), 90, 540–543

Macleod M, Goyder K, Howarth L, Bahl R, Strachan B, Murphy DJ. Morbidity experienced by women before and after operative vaginal delivery: prospective cohort study nested within a two-centre randomised controlled trial of restrictive versus routine use of episiotomy. BJOG. 2013 Jul;120(8):1020-6.

Macneill C. Dyspareunia. Obstet. Gynecol. Clin. North Am. 06;33(4):565-77, viii.

Macrae WH. Chronic Post-Surgical Pain: 10 Years On. British Journal of Anaesthesia, doi:10.1093/bja/aen099

Mage P. Interposition of a synthetic mesh by vaginal approach in the cure of genital prolapse. J Gynecol Obstet Biol Reprod (Paris) 1999;28(8);825-9.

Magno-Azevedo V. Single Incision Slings: Is There a Role?. Curr Bladder Dysfunct Rep (2013) 8:19–24

Maguire T, et al. "The effect of vaginal closure technique on early post-operative pain following vaginal prolapse surgery: a feasibility pilot sutdy and qualitative assessment", Springerplus, 2014 vol. 3 pp. 1.

Maher C, Baessler K, Glazener CM, Adams EJ, Hagen S. Surgical management of pelvic organ prolapse in women. Cochrane Database Syst Rev. 2004 Oct18;(4):CD004014. Review. Update in: Cochrane Database Syst Rev.2007;(3):CD004014. PubMed PMID: 15495076.

Maher C, et al. "Surgical management of Pelvic Organ Prolapse in Women (Review)", The Cochrane Library 2010, Issue 8.

Maher C, et al. (full 141pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016)

Maher C, et al. (Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016)

Maher C, Feiner B, Baessler K, Adams EJ, Hagen S, Glazener CM. Surgical management of pelvic organ prolapse in women. Cochrane Database Syst Rev. 2010Apr 14;(4):CD004014. doi: 10.1002/14651858.CD004014.pub4. Review. Update in:Cochrane Database Syst Rev. 2013;4:CD004014. PubMed PMID: 20393938.

Maher C, Feiner B, Baessler K, Schmid C. Surgical management of pelvic organ prolapse in women. Cochrane Database Syst Rev. 2013 Apr 30;4:CD004014. doi:10.1002/14651858.CD004014.pub5. Review. PubMed PMID: 23633316.

Maher C, Qatawneh A, Baessler K, Croppe M, Schluter P. [Pop 82] Abs. 25 - Laparoscopic colposuspension or tension-free vaginal tape for recurrent stress urinary incontinence and/or intrinsic sphincter deficiency-a randomised controlled trial. Neurourol Urodyn 2004;23:433-434.

Maher C. Surgical management of pelvic organ prolapse in women:  the updated summary version Cochrane review. (abstract)

Maher C. Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurology and Urodynamics 27:3-12 (2008)

Maher CF. Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: a prospective randomized study, Am. J. Obstet. Gynecol. 190(1):20-26 (2004)

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Maher CF. Laparoscopic sacral colpopexy versus total vaginal mesh for vaginal vault prolapse: a randomized trial, Am J Obstet Gynecol. 2011 Apr;204(4):360.e1-7

Mahon J, et al. Summaries of the Safety/Adverse Effects of Vaginal Tapes/Slings/Meshes for Stress Urinary Incontinence and Prolapse, York Health Economics Consortium, November 2012

Maldonado PA, et al. Patient satisfaction following midurethral sling surgeries. Curr Opin Obstet Gynecol 2014, 26:404-408.

Mannella P, Palla G, Bellini M, Simoncini T. The female pelvic floor through midlife and aging. Maturitas. 2013 Nov;76(3):230-4.

Manodoro, S., Graft-related complications and biaxial tensiometry following experimental vaginal implantation of flat mesh of variable dimensions, BJOG. 2013 Jan;120(2):244-50

Manonai J, Chittacharoen A, Theppisai U, Theppisai H. Effect of Pueraria mirifica on vaginal health. Menopause. 2007 Sep-Oct;14(5):919-24.

Mansour Ali R, et al. "Brain white matter structural properties predict transition to chronic pain", PAIN (International Association for the Study of Pain) 154 (2013), 2160-2168.

Marcus-Braun N, Bourret A, von Theobald P. Persistent pelvic pain following transvaginal mesh surgery: a cause for mesh removal. Eur J Obstet Gynecol Reprod Biol. 2012 Jun;162(2):224-8.

Maresca T, et al. "Conditions, controversies and contradictions between Central Sensitivity Syndrome and Depressive Disorders", Vertex, vol. 24(111) pp.373-91.

Margulies R. Complications requiring reoperation following vaginal mesh kit procedures for prolapsed. Amer J of Obstet & Gynecol (Dec 2008)

Markland AD, et al. Prevalence and trends of urinary incontinence in adults in the United States, 2001 to 2008. (2011)

Marks BK. What is the Gold Standard for Posterior Vaginal Wall Prolapse Repair: Mesh or Native Tissue?, Curr Urol Rep (2012) 13:216-221

Martan A. TVT SECUR System - Tension-free Support of the Urethra in Women Suffering from Stress Urinary Incontinence - Technique and Initial Experience. Ces. Gynek. 72, 2007, C. 1 s.42-49

Martinez RC, Franceschini SA, Patta MC, Quintana SM, Candido RC, Ferreira JC, De Martinis EC, Reid G. Improved treatment of vulvovaginal candidiasis with fluconazole plus probiotic Lactobacillus rhamnosus GR-1 and Lactobacillus reuteri RC-14. Lett Appl Microbiol. 2009 Mar;48(3):269-74.

Masata J, Dundr P, Martan A. Actinomyces infection appearing five years after trocar-guided transvaginal mesh prolapse repair. Int Urogynecol J. 2014 Feb 11.

Masata J, et al. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT Secur systems in the treatment of stress urinary incontinent women –2-year follow-up. Int Urogynecol J (2012) 23:1403–1412

Masata J, Svabik K, Drahoradova P, et al. Randomized prospective trial of a comparison of the efficacy of TVT-O and TVT secur system in the treatment of stress urinary incontinent women - comparison of the long- and short-term results. Neurourol Urodyn 2011;30:805-806.

Mathevet P. Operative injuries during vaginal hysterectomy, Eur J Obstet Gynecol Reprod Biol. 2001 Jul;97(1):71-5

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Mathew N, et al., "Clinical recognition of allodynia in migraine", Neurology 2004;63:848-852.

Mathias, Steege. Chronic Pelvic Pain. Prevalence, Health-Related Quality of Life, and Economic Correlates. Obstet Gynecol 1996;87:321-7

Mathiesen O, et al. "Pregabalin and dexamethasone in combination with paracetamol for postoperative pain control after abdominal hyseterctomy. A randomized clinical trial", Acta Anaesthesiol Scand 2009;53:227-235.

Mattimore. AUA Abs FRII-07 The History of Pelvic Organ Prolapse from Antiquity to Present Day, 2015

Mazaro-Costa R, Andersen ML, Hachul H, Tufik S. Medicinal plants as alternative treatments for female sexual dysfunction: utopian vision or possible
treatment in climacteric women? J Sex Med. 2010 Nov;7(11):3695-714.

McAchran S. Robotic Abdominal Sacrocolpopexy, Chapter 9, 117-129

McClurg D, et al. "Pelvic floor muscle training as an adjunct to prolapse surgery: a randomized feasibility study", Int Urogynecol J, 2014.

McCracken G. Vaginal Hysterectomy: Dispelling the Myths, J Obstet Gynaecol Can. 2007 May;29(5):424-8

McDermott CD. Does Tension-Free Vaginal Tape Placement at the Time of the Prolift Colpopexy Affect Distal Anterior Vaginal Support?, Female Pelvic Med Reconstr Surg. 2010 Nov;16(6):353-7

McDermott CD. Sacral Colpopexy Versus Transvaginal Mesh Colpopexy in Obese Patients, J Obstet Gynaecol Can 2013; 35(5): 461-467

McDermott CD. Surgical Outcomes of Abdominal Versus Laparoscopic Sacral Colpopexy Related to Body Mass Index, J Obstet Gynaecol Can 2012; 34(1):47-56

McGregor. Evaulation of the carcinogenic Risks to humans associated with surgical implants and other foreign bodies - a report of an IARC Monographs Programme Meeting. European Journal of Cancer 36 (2000) 307-313

McLennan GP. Perioperative experience of pelvic organ prolapse repair with the Prolift and Elevate vaginal mesh procedures, Int Urogynecol J. 2013 Feb;24(2):287-94

McLennan M, et al. Bladder Perforation During Tension-Free Vaginal Tape Procedures: Abdominal versus Vaginal Approach. Female Pelvic Medicine & Reconstructive Surgery, Volume 18, Number 1, January/February 2012

McPherson K, Herbert A, Judge A, Clarke A, Bridgman S, Maresh M, Overton C. Psychosexual health 5 years after hysterectomy: population-based comparison with endometrial ablation for dysfunctional uterine bleeding. Health Expect. 2005 Sep;8(3):234-43.

McQuillan SK, Grover SR. Systematic review of sexual function and satisfaction following the management of vaginal agenesis. Int Urogynecol J. 2014 Feb 15.

Meltzer-Brody S, Leserman J. Psychiatric Comorbidity in Women with Chronic Pelvic Pain. CNS Spectr. 2011 Feb 1.

Menefee, S. Colporrhaphy Compared with Mesh or Graft-Reinforced Vaginal Paravaginal Repair for Anterior Vaginal Wall Prolapse. Vol. 118, No. 6, Dec. 2011 Obstet 7 Gynecol pgs 1337-1344

Mense S. [Pathophysiology of low back pain and the transition to the chronic state - experimental data and new concepts]. Schmerz. 2001 Dec;15(6):413-7.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Meschia M, et al. [Pop 95, 12 mo fu] Multicenter prospective trial of TVT Secur for the treatment of primary stress urinary incontinence. Urogynaecolgia International Journal Vol. 22n.2 - May-Aug. 2008 |
| Meschia M, et al. Tension-free vaginal tape: analysis of risk factors for failures. Int Urogynecol J (2007) 18:419–422 |
| Meschia M, et al., Porcine skin collagen implants to prevent anterior vaginal wall prolapse recurrence: a multicenter, randomized study. J Urol, 2007. 177(1): p. 192-5. |
| Meschia M, Pifarotti P, Baccichet R, et al. A multi center randomized comparison of tension-free vaginal tape (TVT) and trans-obturator in-out technique (TVT-O) for the treatment of stress urinary incontinence: one year results. Int Urogynecol J 2007;18(Suppl l):S2. |
| Meschia M, Pifarotti P, Bernasconi F, et al. Tension-free vaginal tape (TVT) and intravaginal slingplasty (IVS) for stress urinary incontinence: a multi center randomized trial. Am J Obstet Gynecol 2006;195:1338-1342. |
| Meschia M, Pifarotti P, Spennacchio M, Buonaguidi A, Gattei U, Somigliana E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gyneco/ 2004;190:609-6713. |
| Meschia M. Pelvicol implants for prevention of anterior vaginal wall prolapse:  Randomized multicenter Study.  The Journal of Urology (05/06) |
| Meschia M. TVT-Secur: A Minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial. Int Urogynecol J (2009) 20:313–317 |
| Meschia. [Pop 50, 24-26 mo fu] A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 609-13 |
| Meston CM, Hull E, Levin RJ, Sipski M. Disorders of orgasm in women. J Sex Med. 2004 Jul;1(1):66-8. |
| Mettu, JR, et al. "Evidence-based outcomes for mesh-based surgery for pelvic organ prolapse", Curr Opin Urol, 2014. |
| Migliari, R., et al.  Tension-Free Vaginal Mesh Repair for Anterior Vaginal Wall Prolapse. Eur Urol 2000;38:151-155. |
| Milani AL, et al. The use of mesh in vaginal prolapse. Ned Tijdschr Geneeskd, 2013 vol. 157(31) pp. A6324. |
| Milani AL, et al. Trocar-guided mesh repair of vagainal prolapse using partially absorbable mesh: 1 year outcomes. Am J Obstet Gynecol. 2011 Jan;204(1):74.e1-8 |
| Milani AL. Sexual Function Following Trocar-guided Mesh or Vaginal Native Tissue Repair in Recurrent Prolapse: A Randomized Controlled Trial, J Sex Med. 2011 Oct;8(10):2944-53 |
| Milani R, et al. "Iliococcygeus fixation or abdominal sacral colpopexy for the treatment of vaginal vault prolapse: a retrospective cohort study", Int Urogynecol J, 2014 vol. 25(2) pp. 279-84. |
| Miller D. Presentation Number: Paper 24, Prospective Clinical Assessment of the Trans Vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - 5 Year Results, Female Pelvic Med Reconstr Surg. 2011 May;17(3):139-43 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Miller D. Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse-5-year results, Female Pelvic Med. Reconstr. Surg. 17(3):139-143 (2011)

Mirosh M, Epp A. [Pop 30, 1 yr fu] ICS Abs 640 - TVT vs. Laparoscopic Burch Colposuspension for the Treatment of Stress Urinary Incontinence. (2006)

Mishell DR Jr. Chronic pelvic pain in women: focus on the bladder. J Reprod Med. 2004 Mar;49(3 Suppl):223-4.

Moalli P, et al. Tensile properties of file commonly use mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655 663

Moalli P, Nager C. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J 2014; 25(5): 573-6

Moen Matthews. SGS Oral Poster 5 - A comparison of midurethral sling versus burch urethropexy for treating urodynamic stress incontinence at the time of abdominal sacrocolpopexy. Journal of Pelvic Medicine & Surgery • Volume 15, Number 2, March/April 2009

Moen MD. Vaginal hysterectomy: past, present, and future, Int Urogynecol J (2014) 25: 1161-1165

Moldwin RM, et al., "Myofascial trigger points of the pelvic floor: associations with urological pain syndromes and treatment strategies including injection therapy." Curr Urol Rep. 2013 Oct; 14(5):409-17.

Monk BJ, Berman ML, Montz FJ. Adhesions after extensive gynecologic surgery: clinical significance, etiology, and prevention. Am J Obstet Gynecol. 1994 May;170(5 Pt 1):1396-403.

Montejo AL. [Sexual dysfunction with antidepressive agents. Effect of the change to amineptine in patients with sexual dysfunction secondary to SSRI]. Actas Esp Psiquiatr. 1999 Jan-Feb;27(1):23-34.

Montoya TI. Sensory neuropathy following suspension of the vaginal apex to the proximal uterosacral ligaments, Int Urogynecol J (2012) 23:1735-1740

Moore J, Kennedy S. Causes of chronic pelvic pain. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Jun;14(3):389-402.

Moore KH, Richmond DH, Sutherst JR, Imrie AH, Hutton JL. Crouching over the toilet seat: prevalence among British gynaecological outpatients and its effect upon micturition. Br J Obstet Gynaecol. 1991 Jun;98(6):569-72.

Moore RD, Beyer RD, Jacoby K, Freedman SJ, McCammon KA, Gambla MT. Prospective multicenter trial assessing type I, polypropylene mesh placed via transobturator route for the treatment of anterior vaginal prolapse with 2-year follow-up. Int Urogynecol J. 2010 May;21(5):545-52.

Moore, Miklos. ICS Abs 827- MiniArc single incision sling: 1 year follow-up on a new minimally invasive treatment for female SUI. (2009)

Moore, Miklos. IUGA Abs 298 - Single incision mini-sling. 1 year follow-up on a new minimally invasive treatment for female SUI. Int Urogynecol J (2009) 20 (Suppl 3): S241-S429

Moore, R. Vaginal Mesh Kits for Pelvic Organ Prolapse, Friend or Foe: A Comprehensive Review. The Scientific World Journal 2009; 9: 163-189

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Moore, RD, et al. "Evaluation of Sexual Function Outcomes in Women Undergoing Vaginal Rejuvenation/Vaginoplasty Procedures for Symptoms of Vaginal Laxity/Decreased Vaginal Sensation Utilizing Validated Sexual Function Questionaire (PISQ-12), Surg Technol Int, 2014 vol. 24 pp. 253-60.

Morano S, Mistrangelo E, Pastorino D, Lijoi D, Costantini S, Ragni N. A randomized comparison of suturing techniques for episiotomy and laceration repair
after spontaneous vaginal birth. J Minim Invasive Gynecol. 2006 Sep-Oct;13(5):457-62.

Morgan. A sling operation, using Marlex polypropylene mesh, for treatment of recurrent SUI. Amer. J. Obstet, Gynec. February 13, 1970.

Morgan. The Marlex sling operation for the treatment of recurrent stress urinary incontinence: A 16-year review (1985)

Morrisroe S, et al. "The use of mesh in vaginal prolapse repair: do the benefits justify the risks?", Curr Opin Urol, 2010 vol. 20(4) pp. 275-9.

Mostafa A, Agur W, Abdel-All M, et al. A multicentre randomised trial of single-incision mini-sling (Ajust) and tension-free vaginal tape-obturator (TVT-O ™) in management of female stress urinary incontinence. Neurourol Urodyn 2011;30:806-8.

Mourtialon P. Transischionanal trans-sacrospinous ligament rectocele repair with polypropylene mesh: a prospective study with assessment of rectoanal function, Int Urogynecol J (2013) 24:81-89

Mourtzinos A, et al. "Repair of vaginal vault prolapse and pelvic floor relaxation using polypropylene mesh", Curr. Opin. Obstet. Gynecol., 2006 vol. 18(5) pp.555-9.

Mourtzinos A. Repair of vaginal vault prolapse and pelvic floor relaxation using polypropylene mesh. (abstract)

Mukati M, et al. "A case of silicone mesh extrusion into the bladder associated with robotic sacrocolpopexy", Female Pelvic Med Reconstr Surg, vol. 19(4) pp. 247-8.

Muller N. Continence coach: pelvic floor pain syndrome in chronic pelvic pain. Ostomy Wound Manage. 2013 Feb;59(2):24.

Mundy. A Trial Comparing the Stamey Bladder Neck Suspension Procedure with Colposuspension for the Treatment of Stress Incontinence. British Journal of Urology (1983). 55, 687-690

Murina F, Bianco V, Radici G, Felice R, Di Martino M, Nicolini U. Transcutaneous electrical nerve stimulation to treat vestibulodynia: a randomised controlled trial. BJOG. 2008 Aug;115(9):1165-70.

Murina F, Graziottin A, Felice R, Radici G, Tognocchi C. Vestibulodynia: synergy between palmitoylethanolamide + transpolydatin and transcutaneous electrical nerve stimulation. J Low Genit Tract Dis. 2013 Apr;17(2):111-6.

Murina Filippo, et al. "The use of Amielle Vaginal Trainers as Adjuvant in the Treatment of Vestibulodynia: An Observational Multicentric Study", Medscape J Med. 2008; 10(1): 23.

Murphy M, et al. Outcome Incidence: A Retrospective Series of Over 1000 Patients Following Transvaginal Mesh Surgery for Pelvic Organ Prolapse. American Urogynecologic Society. 2012 (DEFT 197.1-8)

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Murphy M, et al. Time to rethink: an evidence-based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse, Int Urogynecol J. 2012 Jan;23(1):5-9

Murphy M. Vaginal Hysterectomy at the Time of Transvaginal Mesh Placement, Female Pelvic Med Reconstr Surg. 2010 Sep;16(5):272-7

Mustain WC, et al. "Abdominal versus perineal approach for treatment of rectal prolapse: comparable safety in a propensity-matched cohort", Am Surg, 2013 vol. 79(7) pp. 686-92.

Muzsnai. Retropubic vaginopexy for correction of urinary stress incontinence. Obstetrics & Gynecology, Vol. 59, No. 1 January 1982.

Nager CW, Kenton KS. A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. N Engl J Med 366; 21, May 2012

Nager CW. AUGS – Final Presidential Blog (2014)

Nager CW. Synthetic full-length midurethral slings remain the standard of care for SUI surgery. OBJ Management, November 2012, Vol. 24, No. 11

Nager, Lemack. Design of the Value of Urodynamic Evaluation (ValUE) Trial: A Non-Inferiority Randomized Trial of Preoperative Urodynamic Investigations. Contemp Clin Trials. 2009 November; 30(6): 531–539

Nager, Sirls, Kenton, Richter (UITN) - (VALUE) A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. N Engl J Med 366; 21, May 2012

Nappi RE, Kingsberg S, Maamari R, Simon J. The CLOSER (CLarifying Vaginal Atrophy's Impact On SEx and Relationships) survey: implications of vaginal discomfort in postmenopausal women and in male partners. J Sex Med. 2013 Sep;10(9):2232-41.

Nappi RE, Kokot-Kierepa M. Vaginal Health: Insights, Views & Attitudes (VIVA) - results from an international survey. Climacteric. 2012 Feb;15(1):36-44.

Natale F. High levator myorraphy versus uterosacral ligament suspension for vaginal vault fixation: a prospective, randomized study, Int Urogynecol J (2010) 21:515-522

National Guideline Clearinghouse, Guideline Summary NGC-6532, Pelvic Organ Prolapse, 2011.

Naumann G, Lobodasch K, Bettin S, Meyer P, Koelbl H. Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery. Int Urogynecol J 2006;17(Suppl 2):S94-S95.

Nechiporenko AN, et al. [Erosions of the vaginal, bladder and urethral mucosa after transvaginal correction of genital prolapse and stress urinary incontinence using synthetic materials], Urologiia.

Nelson P, Apte G, Justiz R 3rd, Brismeé JM, Dedrick G, Sizer PS Jr. Chronic female pelvic pain--part 2: differential diagnosis and management. Pain Pract. 2012 Feb;12(2):111-41.

Nerli RB, Kumar AG, Koura A, Prabha V, Alur SB. [Pop 36] (TOT) Transobturator vaginal tape in comparison to tensionfree vaginal tape: A prospective trial with a minimum 12 months follow-up. Indian J Urol 2009;25:321- 325.

Nesbitt-Hawes EM, Won H, Jarvis SK, Lyons SD, Vancaillie TG, Abbott JA. Improvement in pelvic pain with botulinum toxin type A - Single vs. repeat injections. Toxicon. 2013 Mar 1;63:83-7.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Neuman M. [Pop 100, 1 yr fu] Perioperative Complication and Early Follow-up with 100 TVT-Secur Procedures. Journal of Minimally Invasive Gynecology (2008) 15,480-484 |
| Neuman M. [Pop 100] TVT-SECUR. 100 teaching operations with a novel anti-incontinence procedure. Pelviperineology 2007; 26:121-123. |
| Neuman M. [Pop 162, 3 yr fu] Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence: Early Postoperative Pain and 3-Year Follow-up. Journal of Minimally Invasive Gynecology (2011) 18, 769-773 |
| Neuman M. [Pop 620 -8 yr fu TVT, 350-2yr fu TVT-O] IUGA Abs 081 - TVT and TVT-Obturator: Comparison of Two Operative Procedures. Int Urogynecol J (2006) 17 (Supp. 2) S101-152 |
| Neuman M. Post Tension-free Vaginal Tape Voiding Difficulties. Journal of Pelvic Medicine and Surgery, Volume 10, Number 1, January/February 2004 |
| Neuman M. Training TVT Secur: The first 100 Teaching Operations. Int Urogynecol J (2007) 18 (Suppl 1):S25–S105 |
| Neville CE, et al. "A preliminary report of musculoskeletal dysfunction in female chronic pelvic pain: a blinded study of examination findings. J Bodyw Mov Ther 2012;16:50-56. |
| Newman DK. Pelvic disorders in women: chronic pelvic pain and vulvodynia. Ostomy Wound Manage. 2000 Dec;46(12):48-54. |
| Nguyen J. Outcome after anterior vaginal prolapsed repair, A randomized controlled trial. Vol 111, No. 4, April 2008 Obstetrics & Gynecology pgs 891-898 |
| Nguyen JK. Current concepts in the diagnosis and surgical repair of anterior vaginal prolapse due to paravaginal defects. Obstet Gynecol Surv. 2001 Apr;56(4):239-46. |
| Nguyen JN. [Pop 4,142] Perioperative Complications and Reoperations After Incontinence and Prolapse Surgeries Using Prosthetic Implants, Obstet Gynecol. 2012 Mar;119(3):539-46 |
| Nguyen R, Veasley C, Smolenski D, "Latent Class analysis of comorbidity patterns among women with generalized and localized vulvodynia: preliminary findings", Journal of Pain Research 2013:6 303–309. |
| Nichols D. Sacrospinous fixation for massive eversion of the vagina. Am J Obstet Gynecol 1982; 142:901 |
| Nichols. The Mersilene Mesh Gauze-Hammock for Severe Urinary Stress Incontinence. The Journal of Obstetrics and Gynaecology (1973) Vol. 41, No. 1. pp. 88-93. |
| Nicita, Giulio.  A New Operation For Genitourinary Prolapse. The Journal of Urology 1998;160:741-745. |
| Nickel JC, et al. "Interstitial cystitis/painful bladder syndrome and associated medical conditions with an emphasis on irritable bowel syndrome, fibromyalgia and chronic fatigue syndrome.", J Urol, 2010 Oct; 184(4):1358-63. |
| Nickel JC, Tripp DA, Pontari M, Moldwin R, Mayer R, Carr LK, Doggweiler R, Yang CC, Mishra N, Nordling J. Psychosocial phenotyping in women with interstitial cystitis/painful bladder syndrome: a case control study. J Urol. 2010 Jan;183(1):167-72. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Nicolau-Toulouse, V., Does Bilateral Sacrospinous Fixation with Synthetic Mesh Recreate Nulliparous Pelvic Anatomy? An MRI Evaluation, Female Pelvic Med Reconstr Surg. 2014 Jul-Aug;20(4):222-7 |
| Niemczyk. [Pop 100, 2 mo fu] United States Experience with Tension-Free Vaginal Tape Procedure for Urinary Stress Incontinence: Assessment of Safety and Tolerability. Techniques in Urology Vol. 7, No. 4, pp. 261 - 265 |
| Nieminen K. Anatomic and functional assessment and risk factors of recurrent prolapse after vaginal sacrospinous fixation. Acta Obstet Gynecol Scand 2003; 82, 471-478 |
| Nieminen K. Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up. Sept 2010 Amer J of Obstet & Gynecol |
| Nieminen K. Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J (2008) 19:1611 – 1616 |
| Nilsson C. [Pop 80, 7 yr fu] Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004) 104, 1259-1262. |
| Nilsson C. Creating a gold standard surgical procedure. The development and implementation of TVT (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J 2015. DOI 10.1007/s00192-014-2616-2 |
| Nilsson C. The tension free Vaginal Tape Procedure for treatment of female urinary incontinence. Acta Obstet Gynecol Scand 1998; Supplement 16S; 77: J.I-37 |
| Nilsson CG, et al. [Pop 90, 5 yr fu] Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S5-S8. |
| Nilsson CG. [Pop 58, 17 yrs fu] Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J. 2013;24(8):1265-9 |
| Nilsson CG. [Pop 90, median 56 mo fu] Long-term Results of the Tension-free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence. Int Urogynecol J 2001 (Suppl 2): S5-S8 |
| Nilsson CG. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047 |
| Nilsson M, et al. (Swedish Registry) [Pop 3334, 12 mo fu] Female urinary incontinence: patient-reported outcomes 1 year after midurethral sling operations. Int Urogynecol J. 2012 Oct;23(10):1353-9. |
| Nohuz E, et al. "Effectiveness of Hyalobarrier and Seprafilm to prevent polypropylene mesh shrinkage: a macroscopic and histological experimental study", Int Urogynecol J, 2014. |
| North C, et al. A 2-year observational study to determine the efficacy of a novel single incision sling procedure (Minitape) for female stress urinary incontinence. BJOG 2010; 117:356-360. |
| Norton P. Collagen synthesis in women with Genital Prolapse or Stress Urinary Incontinence. (Abstract  only) 1992 |
| Nosti PA, Lowman JK, Zollinger TW, Hale DS, Woodman PJ. Risk of mesh erosion after abdominal sacral colpoperineopexy with concomitant hysterectomy. Am J Obstet Gynecol. 2009 Nov;201(5):541.e1-4. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX

Medical Literature

Novara G, Galfano A, Boscolo-Berto R, Secco S, Cavalleri S, Ficarra V, Artibani W. [meta-analysis] Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol. 2008 Feb;53(2):288-308.

Novara G. 2010 [meta-analysis] Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. Eur Urol. 2010 Aug;58(2):218-38

Novara G. Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. European Urology 2008; 53: 288-309

Novara. [review_meta-analysis] Tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials fo effectiveness. european uro l ogy 52 ( 2007) 663 679

Nygaard I, et al. "Physical activity in women planning sacrocolpopexy", Int Urogynecol J Pelvic Floor Dysfunct, 2007 vol. 18(a) pp. 33-7.

Nygaard I, et al. (Nager, PFDN) Prevalence of Symptomatic Pelvic Floor Disorders in US Women. JAMA 2008; 300(11):1311-1316.

Nygaard I, et al. Long-Term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse. JAMA. 2013;309(19):2016-2024.

Nygaard I, Kreder K, Mueller E, Brubaker L, Goode P, Visco A, Weber AM, Cundiff G, Wei J; Pelvic Floor Disorders Network. Does urethral competence affect
urodynamic voiding parameters in women with prolapse? Neurourol Urodyn. 2007;26(7):1030-5.

Nygaard IE, et al. "Lifetime physical activity and pelvic organ prolapse in middle-aged women", Am. J. Obstet. Gynecol., 2014 vol. 210(5) pp. 477.el-477.e12

Nygaard IE, McCreery R, Brubaker L, et al. Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol (2004) 104(4) p. 805-23

Obinata D, et al. "Lower urinary tract symptoms in female patients with pelvic organ prolapse: efficacy of pelvic floor reconstruction", Int. J. Urol., 2014 vol. 21(3) pp. 301-7.

Ogah J. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women (Review). 2009 The Cochrane Collaboration

Ogah J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women: A Short Version Cochrane Review. Neurourology and Urodynamics 30:284-291 (2011)

Oge T, et al. "The relationship between urogenital symptoms and climacteric complaints." Climacteric, 2013 vol. 16(6) pp. 646-52.

Okuda H. Improvement of Voiding Function by a Tension-Free Vaginal Mesh Procedure for Cystocele and the Necessity of a Second-Stage Transobturator Vaginal Tape Procedure.

Oliphant. Trends in Stress Urinary Incontinence Inpatient Procedures in the US, 1979-2004. Am J Obstet Gynecol 2009;200:521.e1-521.e6

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Oliveira LM et al. [Pop 85, med 14 mos fu] Abs 328 - Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. Int Urogynecol J 2006; 17 (Suppl 2): S171-S359

Oliveira R. [Pop 107, 15 mo fu] Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. BJU International (2008) 104, 225–228

Oliveira R. [Pop 90, 12 mo fu] Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT_Secur, and Mini-Arc: Results at 12-month Follow-up. EurUrol (2011),doi:10.1016/j.eururo.2011.01.018

Olsen A. Epidemiology of Surgically Managed Pelvic Organ Prolapse and Urinary Incontinence. Obstet Gynecol 1997;89:501-6.

Olsson I, Abrahamsson AK, Kroon UB. [Pop 147, 11.5 yrs fu] Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: a retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679-683

Olsson I. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. Int Urogynecol J 2010; 21:679-683

Osborn DJ. Obesity and female stress urinary incontinence. Urology. 2013 Oct;82(4):759-63

Ostergard Donald. Polypropylene Vaginal Mesh Grafts in Cynecology , Obstetrics & Gynecology (10/10)

Otto J, et al.  Large-pore PDS mesh compared to small-pore PG mesh. J invest Surg 2010;23(4):190-196.

Otto J, et al. "Elongation of textime pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates.", J Biomed Mater Res A, 2014 vol. 102(4) pp. 1079-84.

Otto J, et al. "First in vivo visualization of MRL-visible IPOM in a rabbit model", J. Biomed. Mater. Res. Part B Appl. Biomater., 2014.

Ozdegirmenci O, Kayikcioglu F, Haberal A. Prospective Randomized Study of Marsupialization versus Silver Nitrate Application in the Management of Bartholin Gland Cysts and Abscesses. J Minim Invasive Gynecol. 2009 Mar-Apr;16(2):149-52.

Ozel B, White T, Urwitz-Lane R, Minaglia S. (2005)  The impact of pelvic organ prolapse on sexual function in women with urinary incontinence, Int. Urogynecol. J. Pelvic Floor Dysfunct. 17(1):14-17

Ozog Y, et al. Persistence of polypropylene mesh anisotropy after implantation: an experimental study. BJOG 2011;118(10):1180-1185.

Ozog Y, et al. Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair. Int Urogynecol J 2011;22(9):1099-1108.

Packard RC. The relationship of neck injury and post-traumatic headache. Curr Pain Headache Rep. 2002 Aug;6(4):301-7.

Padilla-Fernández B, et al. Results of the surgical correction of urinary stress incontinence according to the type of transobturator tape utilized. Arch Ital Urol Androl. 2013;85:149-53.

Pagano R. Vulvar vestibulitis syndrome: an often unrecognized cause of dyspareunia. Aust N Z J Obstet Gynaecol. 99;39(1):79-83.

Paily V. Transvaginal Repair of Vault Prolapse with Full Length Polypropylene Mesh at Los Cost, Int Urogynecol J (2011) 22 (Suppl 2): S197-S1768

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX

Medical Literature

Paiva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-1055.

Pakbaz M, Mogren I, Löfgren M. Outcomes of vaginal hysterectomy for uterovaginal prolapse: a population-based, retrospective, cross-sectional study of patient perceptions of results including sexual activity, urinary symptoms, and provided care. BMC Womens Health. 2009 Apr 20;9:9.

Palomba S, Oppedisano R, Torella M, Falbo A, Maiorana A, Materazzo C,Tartaglia E, Tolino A, Mastrantonio P, Alio L, Colacurci N, Zullo F; SIMS Italian Group. [Pop 120, 64 mo fu] A randomized controlled trial comparing three vaginal kits of single-incision mini-slings for stress urinary incontinence: surgical data. Eur J Obstet Gynecol Reprod Biol. 2012 Jul;163(1):108-12.

Palomba S, Russo T, Falbo A, Manguso F, 'Alessandro P, Mattei A, Tolino A, Branconi F, Zupi E, Zullo F. Laparoscopic uterine nerve ablation versus vaginal uterosacral ligament resection in postmenopausal women with intractable midline chronic pelvic pain: a randomized study. Eur J Obstet Gynecol Reprod Biol. 2006 Nov;129(1):84-91. Epub 2006 Jan 25.

Palva K, Rinne K, Aukee P, et al. [Pop 267, 36 mo fu] A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J (2010) 21:1049 1055

Pandit L. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci 1997; 314 (4): 228-231

Papcun P. Long term follow-up of the patients with pelvic organ prolapse after the mesh implantation using strict indication criteria, Bratisl Lek Listy. 2014;115(5):287-91

Paraiso MF, Barber MD, Muir TW, Walters MD. Rectocele repair: a randomizedtrial of three surgical techniques including graft augmentation. Am J ObstetGynecol. 2006 Dec;195(6):1762-71. PubMed PMID: 17132479.

Paraiso MF, Walters MD, Karram MM, et al. [Pop 72, 2 yr fu] Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol. 2004 Dec;104(6):1249-58. PubMed PMID: 15572485.

Paraiso MFP, Walters MD, Rackley RR, et al. 2005 Laparoscopic and abdominal sacral colpopexy: A comparative cohort study. Am J Obstet Gynecol; 192:1752

Parazzini F, Mais V, Cipriani S, Busacca M, Venturini P; GISE. Determinants of adenomyosis in women who underwent hysterectomy for benign gynecological conditions: results from a prospective multicentric study in Italy. Eur J Obstet Gynecol Reprod Biol. 2009 Apr;143(2):103-6.

Parden AM, Richter HE, et al. [Pop 1316, median 36.4 mo fu] Incontinence outcomes in women undergoing primary and repeat midurethral sling procedures. Obstet Gynecol. 2013 February; 121(201):273-278.

Park YH. Laparoscopic Reconstructive Surgery is Superior to Vaginal Reconstruction in the Pelvic Organ Prolapse, Int J Med Sci. 2014; 11(11): 1082–1088

Parkes IL, et al. "Sacrocolpopexy for the Treatment of Vaginal Apical Prolapse: Evidence Based Surgery", J Minim Invasive Gynecol, 2014.

Parnell. Management of recurrent urinary stress incontinence by the Marshall-Marchetti-Krantz vesicourethropexy. The Journal of Urology, Vol. 132, pp 912-914, (1984)

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Parsons CL, "The role of a leaky epithelium and potassium in the generation of bladder symptoms in interstitial cystitis/overactive bladder, urethral syndrome, prostatitis and gynaecological chronic pelvic pain." BJU Int. 2011 Feb; 107(3):370-5.

Parsons CL, Dell J, Stanford EJ, Bullen M, Kahn BS, Willems JJ. The prevalence of interstitial cystitis in gynecologic patients with pelvic pain, as detected by intravesical potassium sensitivity. Am J Obstet Gynecol. 2002 Nov;187(5):1395-400.

Parsons CL. Diagnosing chronic pelvic pain of bladder origin. J Reprod Med. 2004 Mar;49(3 Suppl):235-42.

Patel BM. Anterior pelvic organ prolapse repair using synthetic mesh.

Patel. [Pop 150, median 8 mos] Is Burch or mid-urethral sling better with abdominal sacral colpopexy? Int Urogynecol J (2009) 20:787–790

Pauls RN, et al. "Impact of physical therapy on quality of life and function after vaginal reconstructive surgery", Female Pelvic Med Reconstr Surg, vol. 19(5) pp. 271-7.

Pauls RN, Silva WA, Rooney CM, Siddighi S, Kleeman SD, Dryfhout V, Karram MM. Sexual function after vaginal surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2007 Dec;197(6):622.e1-7.

Pauls, Karram. Practice Patterns of physician members of the [AUGS] regarding female sexual dysfunction: results of a national survey. Int Urogynecol J (2005) 16: 460–467

Pazmany E, et al. "Aspects of sexual self-schema in premeopausal women with dyspareunia: associations with pain, sexual function, and sexual distress." J Sex Med. 13;

Peeters E, et al. "Skin as marker for collagen type I/III ratio in abdominal wall fascia", Hernia, 2013.

Perkins CE, et al. The Role of Mid-urethral Slings in 2014: Analysis of the Impact of Litigation on Practice. Curr Bladder Dysfunct Rep (2015) 10:39-45.

Petros P, Ulmsten U. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephral Suppl. No. 153, 1993.

Petros P. Creating a gold standard device. Scientific discoveries leading to TVT and beyond (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J 2015. DOI 10.1007/s00192-015-2639-3

Petros P. Creating a gold standard surgical device: scientific discoveries leading to TVT and beyond. Int Urogynecol J (2015)

Petros. An integral theory of female urinary incontinence: Experimental and clinical considerations. Acta Obstet Gynecol Scand 1990; 69 Suppl 153: 7-31.

Petrou, Blaivas. Suprameatal Transvaginal Urethrolysis. (1999)

Petzke F, et al. "Increased pain sensitivity in fibromyalgia: effects of stimulus type and mode of presentation", Pain 105(2003)403-413.

Pfeiler G, Glatz C, Königsberg R, Geisendorfer T, Fink-Retter A, Kubista E, Singer CF, Seifert M. Vaginal estriol to overcome side-effects of aromatase inhibitors in breast cancer patients. Climacteric. 2011 Jun;14(3):339-44.

Philip PS, et al. "Prevalence of symptoms suggestive of reproductive tract infections/sexually transmitted infections in women in an urban area of Ludhiana.", Indian J Sex Transm Dis, 2013 vol. 34(2) pp. 83-8.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Phillips. [case report] Case report of tension-free vaginal tape-associated bowel obstruction and relationship to body habitus. Int Urogynecol J (2009) 20:367–368

Piassarolli VP, Hardy E, Andrade NF, Ferreira Nde O, Osis MJ. [Pelvic floor muscle training in female sexual dysfunctions]. Rev Bras Ginecol Obstet. 2010 May;32(5):234-40. Portuguese.

Pifarotti. [Pop 18, 1 yr fu] A randomized prospective comparison of TVT and endopelvic fascia plication in the treatment of occult stress urinary incontinence in patients with genital prolapse: preliminary data. Urogynaecologia International Journal Vol. 15, N. 1 Jan-Apr. 2001.

Pirtea L. Treatment of Complete Gential Prolapse by Sacrospinous Fixation, Anterior Mesh Repair and Conservation of the Uterus, Chirurgia (Bucur). 2014 Jan-Feb;109(1):139-41

Ploumidis A, et al. "Robot-assisted sacrocolpopexy for pelvic organ prolapse: surgical technique and outcomes at a single high-volume institution", Eur. Urol., 2014 vol. 65(1) pp. 138-45.

Pogatzki-Zahn EM. Acute pain mangement in patients with fibromyalgia and other diffuse chronic pain syndromes, Curr Opin Anaesthesiol. 2009 Oct;22(5):627-33

Polichetti. IUGA Abs. 557 SUS (suburethral support): a new technique for short suburethral sling application. Int Urogynecol J (2009) 20 (Suppl 3): S241-S429

Pollak J, Takacs P, Medina C. Complications of three sacrospinous ligament fixation techniques. Int J Gynaecol Obstet. 2007 Oct;99(1):18-22.

Popov I, Stoĭkov S, Boiadzhieva M, Khristova P. [Disorders in sexual function following hysterectomy]. Akush Ginekol (Sofiia). 1998;37(3):38-41.

Porena M, Costantini E, Frea B, et al. [Pop 148, mean 31 mo fu] Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial. Eur Urol 2007;52:1481-1491.

Practice Committee of the American Society for Reproductive Medicine. Control and prevention of peritoneal adhesions in gynecologic surgery. Fertil Steril. 2006 Nov;86(5 Suppl 1):S1-5.

Pradhan A, et al. [meta-analysis] Effectiveness of midurethral slings in recurrent stress urinary incontinence: A systematic review and meta-analysis. Int Urogynecol J (2012) 23:831-841.

Prather H, Spitznagle TM, Dugan SA. Recognizing and treating pelvic pain and pelvic floor dysfunction. Phys Med Rehabil Clin N Am. 2007 Aug;18(3):477-96, ix.

Prendergast SA, Weiss JM. Screening for musculoskeletal causes of pelvic pain. Clin Obstet Gynecol. 2003 Dec;46(4):773-82.

Prien-Larsen. [Pop 316, 5 yr fu] Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene. Int Urogynecol J (2009) 20:703–709

Pue LB, et al. "Strangulated small bowel 14 years after abdominal sacrocolpopexy", J Obstet Gynaecol Res, 2014 vol. 40(2) pp. 611-3.

Pulliam S. Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. Int Urogynecol J (2007) 18:1405 1408

Qatawneh A, Thekrallah F, Bata M, Al-Kazaleh F, Almustafa M, Abu-Kader I. Risk factors of surgical failure following sacrospinous colpopexy for the treatment of uterovaginal prolapse. Arch Gynecol Obstet. 2013 Jun;287(6):1159-65.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Qatawneh A. Transvaginal cystocele repair using tension-free polypropylene mesh at the time of sacrospinous colpopexy for advanced uterovaginal prolapse: a prospective randomised study, Gynecol Surg (2013) 10:79-85

Quemener J. Rate of re-interventions after transvaginal pelvic organ prolapse repair using partially absorbable mesh: 20 months median follow-up outcomes, Eur J Obstet Gynecol Reprod Biol. 2014 Apr;175:194-8

Quiroz-Guadarrama, CD, et al. [Vaginal evisceration. Report of a case and a literature review], Ginecol Obstet Mex, 2013 vol. 81(6) pp. 349-52.

Rachaneni S, et al. "Role of perioperative low dose vaginal oestrogens in improving the outcomes of pelvic organ prolapse surgery", Med Hypotheses, 2013 vol. 81(6) pp. 1015-6.

Rackow BW, Novi JM, Arya LA, Pfeifer SM. Interstitial cystitis is an etiology of chronic pelvic pain in young women. J Pediatr Adolesc Gynecol. 2009 Jun;22(3):181-5.

Rais-Bahrami S, et al. "Symptom profile variability of interstitial cystitis/painful bladder syndrome by age." BJU Int. 2012 May; 109(9):1356-9.

Ramanah R. Anorectal symptoms before and after laparoscopic sacrocolpopineopexy for pelvic organ prolapse, Int Urogynecol J (2012) 23:779-783

Rane A, et al. "Pearls and pitfalls of mesh surgery", J Obstet Gynaecol India, 2012 vol. 62(6) pp. 626-9.

Rane A, Iyer J. Posture and micturition: does it really matter how a woman sits on the toilet? Int Urogynecol J. 2013 Dec 18.

Ranzolin A, et al. "Association of Concomitant Fibromyalgia with Worse Disease Activity Score in 28 Joints, Health Assessment Questionaire, and Short Form 36 Scores in Patients with Rheumatoid Arthritis", Arthritis & Rheumatism, Vol. 61, No. 6, June 15, 2009, pp 794-800.

Rao A, Abbott J. Using botulinum toxin for pelvic indications in women. Aust N Z J Obstet Gynaecol. 2009 Aug;49(4):352-7.

Rardin C, et al. "Uterosacral Colopexy at the Time of Vaginal Hysterectomy", J Reprod Med. May 2009;54(5):273-280.

Ratner ES, Erekson EA, Minkin MJ, Foran-Tuller KA. Sexual satisfaction in the elderly female population: A special focus on women with gynecologic pathology. Maturitas. 2011 Nov;70(3):210-5.

Raz S, et al. "Female Urology" 3rd Edition, 2008.

Raz S, et al. "Words of wisdom. Re: Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse." Eur. Urol., 2012 vol. 61(2) pp. 426.

Rechberger T, Futyma K, Bartuzi A. Total Prolift System surgery for treatment posthysterectomy vaginal vault prolapse--do we treat both anatomy and function? Ginekol Pol. 2008 Dec;79(12):835-9.

Rechberger T, Rzezniczuk K, Skorupski P, et al. A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:432-436.

Rechberger T. FASCIAL SLINGS - Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol (1998) 1511-1514

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Rechberger T. Risk factors of pelvic organ prolapsed in women qualified to reconstructive surgery--the Polish multicenter study. Ginekol Pol. 2010 Nov;81(11):821-7.

Rechberger. (Polish_Eng abstract) The tissue reaction to polypropylene mono-et multifilamentous tape used in surgical techniques of stress urinary incontinence treatment. GIN. POL., 2003, 74,9

Rehman. [Cochrane Review] Traditional suburethral sling operations for urinary incontinence in women (Review). 2011

Reich. [7 yr fu] Long-term results of the tension-free vaginal tape procedure in an unselected group: a 7-year follow-up study. ROLOGY 78:774-777, 2011

Reid AC. The weight of chronic pelvic pain. J Obstet Gynaecol Can. 2004 Aug;26(8):707.

Reid RI. Site-specific prolapse surgery. II. Vaginal paravaginal repair augmented with either synthetic mesh or remodeling xenograft, Int Urogynecol J (2011) 22:601-609

Reisenauer C. Transobturator vaginal tape inside-out A minimally invasive treatment of stress urinary incontinence: Surgical procedure and anatomical conditions. European Journal of Obstetrics & Gynecology and Reproductive Biology 127 (2006) 123-129

Renaudie J, Brouziyne M, Priou G, Devoldère G, Marie G, de Tayrac R. [Safety and 12-month results on stage 3-4 cystocele repair by the vaginal route using a light-weight mesh]. Prog Urol. 2013 Apr;23(4):237-43.

Renganathan. A series of Advantage suburethral slings. 2011 The Cochrane Collaboration Journal of Obstetrics and Gynaecology, August 2011; 31: 521–523

Resende A, Oliveira R, Botelho F, Silva C, Dinis P, Cruz F. Mid-term follow-up of a randomized trial comparing TVT-O™, TVT-Secur™ and Mini-Arc™. Eur Ural Suppl 2011;10:244.

Reynolds WS. Immediate Effects of the Initial FDA Notification on the Use of Surgical Mesh for Pelvic Organ Prolapse Surgery in Medicine Beneficiaries, Neurourol Urodyn. 2013 Apr;32(4):330-5

Rezapour M, et al. [Pop 49, Mean 4 yr fu] Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S12-S14.

Rezapour M, Ulmsten U. [Pop 34, 4 yr fu] Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow Up. Int Urogynecol J (2001) (Suppl 2):S9-S11.

Rezapour M, Ulmsten U. [Pop 80, 4 yr fu] Tension-Free Vaginal Tape (TVT) in Women with Mixed Urinary Incontinence - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S15-S18.

Rhodes JC. Hysterectomy and Sexual Functioning, JAMA. 1999 Nov 24;282(20):1934-41

Richter HE, Alba ME, Zyczynski HM, et al. Retropubic versus transobturator midurethral slings for stress incontinence. N Eng J Med 2010;362:2066-2076.

Richter HE, et al. A trial of continence pessary compared with behavioral therapy vs. combined therapy for stress incontinence-a randomized controlled trial. Obstet Gynecol. 2010 March; 115(3): 609-617.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Richter HE. Lower urinary tract symptoms, quality of life and pelvic organ prolapse: irritative bladder and obstructive voiding symptoms in women planning to undergo abdominal sacrocolpopexy for advanced pelvic organ prolapse. J Urol (2007) 178(3 pt 1) p 965-9

Richter HE. The effect of age on short-term outcomes after abdominal surgery for pelvic organ prolapse. J Am Geriatr Soc (2007) 55(6) p. 857-63

Richter K. Long-term results following fixation of the vagina on the sacrospinous ligament by the vaginal route. Am J Obstet Gynecol; 151: 811 (1981)

Richter, Brubaker, Moalli, Boreham (UITN) - Factors associated with incontinence frequency in a surgical cohort of stress incontinent women. (2005)

Richter, Brubaker, Zimmern, Sirls (UITN) [Pop 482, 7 yr fu] Patient Related Factors Associates with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. J Uro, Vol. 188, 485-489, August 2012

Ridgeway B, et al. "Hysteropexy", Minerva Ginecologica Vol. 60, No. 6, 2008.

Ridgeway. Early experience with mesh excision for adverse outcomes after transvaginal mesh placement using prolapse kits (2008)

Rigaud J, Delavierre D, Sibert L, Labat JJ. Clinical interview and clinical examination of patients with chronic pelvic and perineal pain. Prog Urol. 2010 Nov;20(12):897-904.

Rinne, et al. [Pop 265, 12 mo fu] A randomized trial comparing TVT with TVT-O: 12-month results. Int Urogynecol J (2008) 19:1049 1054

Rinne, Nilsson. [Pop 42] Dynamic MRI confirms support of the mid-urethra by TVT and TVT-O surgery for stress incontinence. Nordic Federation of Societies of Obstetrics and Gynecology 90 (2011) 629–635

Riss P, Dwyer PL. The POP-Q classification system: looking back and looking forward. Int Urogynecol J. 2014 Feb 7.

Riva D, Sacca V, Tonta A, et al. [Pop 131, 1 yr fu] IUGA Abs. 060 - TVT versus TOT: a randomized study at 1 year follow-up. Int Urogynecol J 2006; 17 (Suppl 2): S57-S100

Roberts CA, et al. "Three-year outcomes of vaginal mesh for prolapse: a randomized controlled trial", Obstet Gynecol, 2014 vol. 123(3) pp. 664-5.

Robertson D, Lefebvre G, Leyland N, Wolfman W, Allaire C, Awadalla A, Best C, Contestabile E, Dunn S, Heywood M, Leroux N, Potestio F, Rittenberg D, Senikas V, Soucy R, Singh S; Society of Obstetricians and Gynaecologists of Canada. Adhesion prevention in gynaecological surgery. J Obstet Gynaecol Can. 2010 Jun;32(6):598-608.

Robinson BL, et al. "Robotic versus vaginal urogynecologic surgery: a retrospective cohort study of perioperative complications in elderly women", Female Pelvic Med Reconstr Surg, vol. 19(4) pp. 230-7.

Rocha CA, Sanchez TG. Myofascial trigger points: another way of modulating tinnitus. Prog Brain Res. 2007;166:209-14.

Rock JA. Te Linde's Operative Gynecology

Rodriguez LV, et al. "Discrepancy in patient and physician perception of patient's quality of life related to urinary symptoms", Urology, 2003 vol. 62(1) pp. 49-53.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Rodríguez MA, Afari N, Buchwald DS; National Institute of Diabetes andDigestive and Kidney Diseases Working Group on Urological Chronic Pelvic Pain.Evidence for overlap between urological and nonurological unexplained clinicalconditions. J Urol. 2009 Nov;182(5):2123-31. doi: 10.1016/j.juro.2009.07.036.Epub 2009 Sep 16. Review. PubMed PMID: 19758633; PubMed Central PMCID:PMC2957306.

Rodriguez MC. Assessment of sexuality after hysterectomy using the Female Sexual Function Index, J Obstet Gynaecol. 2012 Feb;32(2):180-4

Rodriguez, Maria Angeles Bullones, et al. "A Review of the Evidence for Overlap between Urological and Nonurological Unexplained Clinical Conditions", J Urol. 2009 November; 182(5):2123-2131.

Rodriguez, Maria Angeles Bullones, et al. "Evidence for Overlap Between Urological and Nonurological Unexplained Clinical Conditions", J Urol 2013;189:S66-S74.

Rodriquez LV. Polypropylene sling for the treatment of stress urinary incontinence.  (abstract)

Rodriquez LV. Transvaginal paravaginal repair of high-grade cystocele central and lateral defects with concomitant suburethral sling:  report of early results, outcomes, and patient satisfaction with a new technique.  (abstract)

Rogers GR. Sexual Function in Women with and without Urinary Incontinence and/or Pelvic Organ Prolapse. Int Urogynecol J (2001) 12:361–365

Rogers RG, et al. "Sexual function in women with pelvic floor disorders", Can Urol Assoc J, 2013 vol. 7(9-10 Suppl 4) pp. S199-S201.

Rogers. What's Best in the Treatment of Stress Urinary Incontinence? (2010) 10.1056/nejme1005367

Rogo-Gupta L, et al. "Long-Term Symptom Improvement and Overall Satisfaction after Prolapse and Incontinence Graft Removal", Female Pelvic Med Reconstr Surg 2013; 19: 352-355.

Rogo-Gupta L, et al. "Missed diagnosis of complete urethral transection after sling: the case for translabial ultrasound", Female Pevlic Med Reconstr Surg, vol. 18(1) pp. 60-2.

Rogo-Gupta L, et al. "Trends in surgical mesh use for pelvic organ prolapse from 2000 to 2010", Obstet Gynecol, 2012 col. 120(5) pp. 1105-15.

Rogo-Gupta L, et al. Trends in the Surgical Management of Stress Urinary Incontinence Among Female Medicare Beneficiaries, 2002-2007. Urology (2013)

Rogowski A, Baranowski W, Bienkowski P. Mesh retraction correlates with vaginal pain and overactive bladder symptoms after anterior vaginal mesh repair: reply to comment by Jacquetin. Int Urogynecol J. 2014 Feb 25.

Rohrnbauer B. Combined biaxial and uniaxial mechanical characterization or prosthetic meshes in a rabbit model, J Biomech. 2013 Jun 21;46(10):1626-32

Rolke R, et al. "Quantitative sensory testing in the German Research Network on Neuropathic Pain (DFNS): Standardized protocol and reference values", Pain 123(2006)231-243.

Romanzi LJ. Management of the urethral outlet in patients with severe prolapse. Curr Opin Urol. 2002 Jul;12(4):339-44.

Roos AM, et al. "The impact of pelvic floor surgery on female sexual function: a mixed quantitative and qualitative study", BJOG, 2014 vol. 121(1) pp. 92-100; discussion 101.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Rosati M, et al. "Efficacy of laparoscopic sacrocervicopexy for apical support of pelvic organ prolapse", JSLS, vol. 17(2) pp. 235-44.

Rosati M. A review on the role of laparoscopic sacrocervicopexy, Curr Opin Obstet Gynecol. 2014 Aug;26(4):281-9

Rosch R, et al. Vypro II Mesh in Hernia Repair: Impact of Polyglactin on Long-Term Incorporation in Rats. Eur Surg Res 2003;35(5):445-450.

Rosenbaum TY. Pelvic floor involvement in male and female sexual dysfunction and the role of pelvic floor rehabilitation in treatment: a literature review. J Sex Med. 2007 Jan;4(1):4-13.

Rosenblum N, et al. "Herpes zoster following sacral nerve stimulation for overactive bladder", J. Urol., 2003 vol. 169(2) pp. 619-20.

Ross JW, Preston M. Laparoscopic sacrocolpopexy for severe vaginal vault prolapse: five-year outcome. J Minim Invasive Gynecol 2005;12:221

Ross S, Robert M, Lier D, Eliasziw M, Jacobs P. Surgical management of stress urinary incontinence in women: safety, effectiveness and cost-utility of trans-obturator tape (TOT) versus tension-free vaginal tape (TVT) five years after a randomized surgical trial. BMC Women's Health 2011;11:34.

Rozet F, Mandron E, Arroyo C, et al. Laparoscopic sacral colpopexy approach for gentio-urinary prolapse: experience with 363 cases. Eur Urol 2005;47:230

Rubod C, et al. Biomechanical Properties of Human Pelvic Organs. Urology 2012;79(4):968.e17-e22.

Rudnicki M, Laurikainen E, Pogosean R, Kinne I, Jakobsson U, Teleman P. Anterior colporrhaphy compared with collagen-coated transvaginal mesh for anterior vaginal wall prolapse: a randomised controlled trial. BJOG 2013; DOI: 10.1111/1471-0528.12454.

Rutman, M.P., Repair of vaginal vault prolapse and pelvic floor relaxation using polypropylene mesh. (abstract)

Rygh LJ, Svendsen F, Fiskå A, Haugan F, Hole K, Tjølsen A. Long-term potentiation in spinal nociceptive systems--how acute pain may become chronic. Psychoneuroendocrinology. 2005 Nov;30(10):959-64.

Salamon CG, et al. "Sexual function before and 1 year after laparoscopic sacrocolpopexy", Female Pelvic Med Reconstr Surg, vol. 20(1) pp. 44-7.

Samour H. Minimally invasive cystocele repair technique using a polypropylene mesh introduced with the transobturator route, Arch Gynecol Obstet. 2015 Jan;291(1):79-84

Sand PK. Chronic pain syndromes of gynecologic origin. J Reprod Med. 2004 Mar;49(3 Suppl):230-4.

Sandkuhler Jurgen, "Understanding LTP in Pain Pathways", Molecular Pain 2007, 3:9.

Sandrini G, et al. "Asymmetrical reduction of the nociceptive flexion reflex threshold in cluster headache", Cephalalgia 2000;20:647-652.

Sanses T V D, Shahryarinejad A, Molden S, et al. Anatomic outcomes of vaginal mesh procedure (Prolift) compared with uterosacral ligament suspension and abdominal sacrocolpopexy for pelvic organ prolapse: a Fellow's Pelvic Research Network study. Am J Obstet Gynecol (2009)

Santanam N, et al. "Antioxidant supplementation reduces endometriosis-related pelvic pain in humans. Transl Res 2013;161:189-95.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Sarlos D, Brandner S, Kots L, et al. 2008 Laparoscopic sacrocolpopexy for uterine and post-hysterectomy prolapse: anatomical results, quality of life and perioperative outcome- a prospective study with 101 cases. Int Urogynecol J Pelvic Floor Dysfunct; 19:1415

Sarlos D, et al. Long-term follow-up of laparoscopic sacrocolpopexy. Int Urogynecol J. 2014 Sep;25(9):1207-12

Sarton J. Physical Therapy for Pelvic Pain: Understanding the Musculoskeletal Connection. The Female Patient VOL. 32 SEPTEMBER 2007

Sathe S. Migraine and neurogenetic disorders. Curr Pain Headache Rep. 2013 Sep;17(9):360.

Sato. AUA Abs PD50-03 Sexual function in female patients who underwent pelvic floor reconstruction with follow-up for a minimum of 5 years, 2015

Scheidbach H, et al.  In vivo studies comparing the biocompatibility of various polypropylene meshes and their handling properties during endoscopic total extraperitoneal (TEP) patchplasty. Surg Endosc 2004;18:211-220.

Scheiner D, Betschart C, Werder H, Fink D, Perucchini D. Retropubic TVT vs transobturator outside-in TOT and inside-out TVT-O: one-year results from our prospective randomized study. Neurourol Urodyn 2009;28:585-586.

Schierlitz L, Dwyer P, Rosamilia A, et al. A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans-obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISO): the three year follow up. Int Urogynecol J 2010;21(Suppl I):SI-S2.

Schierlitz L, et al. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (tvt) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2010;21(Suppl I):S2-S3.

Schimpf M. Sling surgery for stress urinary incontinence in women: A systematic review and metaanalysis. AJOG 2014

Schinkel C, Gaertner A, Zaspel J, Zedler S, Faist E, Schuermann M. Inflammatory mediators are altered in the acute phase of posttraumatic complex regional pain syndrome. Clin J Pain. 2006 Mar-Apr;22(3):235-9.

Schiotz H. [Pop 33, 10 yr fu] Ten-year follow-up after conservative treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:911-915

Schmidlin-Enderli K, Schuessler B. A new rectovaginal fascial plication technique for treatment of rectocele with obstructed defecation: a proof of concept study. Int Urogynecol J. 2013 Apr;24(4):613-9.

Schoenfeld M, et al. "Sexuality in German urogynecological patients and healthy controls: is there a difference with respect to the diagnosis?" Eur. J. Obstet. Gynecol. Reprod. Biol., 2013 vol. 170(2) pp. 567-70.

Schofield MJ. Self-reported long-term outcomes of hysterectomy, Br J Obstet Gynaecol. 1991 Nov;98(11):1129-36

Schraffordt Koops. [Pop 634, 2 yr fu] Quality of life before and after TVT, a prospective multicentre cohort study, results from the Netherlands TVT database. BJOG 2006; 113:26–29

Schraffordt Koops. Result of the tension-free vaginal tape in patients with concomitant prolapse surgery: a 2-year follow-up study. An analysis from the Netherlands TVT database. Int Urogynecol J (2007) 18:437–442

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Schraffordt. The effectiveness of tension-free vaginal tape (TVT) and quality of life measured in women with previous urogynecologic surgery: Analysis from The Netherlands TVT database. American Journal of Obstetrics and Gynecology (2006) 195~ 439-44

Schuettoff S. Visibility of the polypropylene tape after tension-free vaginal tape (TVT) procedure in women with stress urinary incontinence: comparison of introital ultrasound and magnetic resonance imaging *in vitro* and *in vivo*. Ultrasound Obstet Gynecol 2006; 27:687-692

Schur EA, et al. "Feeling Bad in More Ways than One: Comorbidity Patterns of Medically Unexplained and Psychiatric Conditions", Society of General Internal Medicine 2007;22:818-821.

Schvartzman R, Bertotto A, Schvartzman L, Wender MC. Pelvic Floor Muscle Activity, Quality of Life, and Sexual Function in Peri- and Recently Postmenopausal Women With and Without Dyspareunia: A Cross-Sectional Study. J Sex Marital Ther. 2013 Nov 26.

Schwartz RO. Complications of Laparoscopic Hysterectomy, Obstet Gyncol 1993 Jun; 81(6): 1022-1024

Schwertner A, et al. "Efficacy of melatonin in the treatment of endometriosis: a phase II, randomized, double-blind, placebo-controlled trial. Pain 2013;154:874-81.

Scialli AR. Evaluating chronic pelvic pain. A consensus recommendation. Pelvic Pain Expert Working Group. J Reprod Med. 1999 Nov;44(11):945-52.

Sebastin SJ. Complex regional pain syndrome, Indian J Plast Surg. 2011 May-Aug; 44(2): 298-307

Seklehner S, et al. A Meta-analysis of the performance of retropubic midurethral slings vs. transobturator midurethral slings. The Journal of Urology, Vol. 193, 909-915, March 2015.

Seo JH, Kim GN, Kim JY, et al. Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. Neurourol Urodyn 2011;30:832.

Serati M, Bauer R, Cornu JN, Cattoni E, Braga A, Siesto G, Lizée D, Haab F, Torella M, Salvatore S. [Pop 191, 5 yr fu] TVT-O for the treatment of pure urodynamic stress incontinence: efficacy, adverse effects, and prognostic factors at 5-year follow-up. Eur Urol (2013) 63:872-878

Serati M, et al. "Robot-assisted Sacrocolpopexy for Pelvic Organ Prolapse: A Systematic Review and Meta-analysis of Comparative Studies", Eur. Urol., 2014.

Serati M, Ghezzi F, Cattoni E, Braga A, Siesto G, Torella M, Cromi A, Vitobello D, Salvatore S. [Pop 58, but 10 yrs fu] Tension-free vaginal tape for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 10-year follow-up. Eur Urol (2012) 61:939-946

Serati. Surgical treatment for female stress urinary incontinence: what is the gold-standard procedure? Int Urogynecol J (2009) 20:619–621

Seth A, Teichman JM. Differences in the clinical presentation of interstitial cystitis/painful bladder syndrome in patients with or without sexual abuse history. J Urol. 2008 Nov;180(5):2029-33.

SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

SGS Papers. Does the Prolift System cause dyspareunia? Joye K. Lowman, et al. 2008 Amer J of Obstet and Gynecol

Shafik A, Doss SH. Pudendal canal: surgical anatomy and clinical implications. Am Surg. 1999 Feb;65(2):176-80.

Shah D, et al.  Short-Term Outcome Analysis of Total Pelvic Reconstruction with Mesh:  The Vaginal Approach. The Journal of Urology 2004;171:261-263.

Shah D, et al. (Sovrin) Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? UROLOGY 65: 270–274, 2005

Shah S. Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? UROLOGY 65: 270–274, 2005

Shah. Surgical management of lower urinary mesh perforation after mid-urethral polypropylene mesh sling: mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus fascia.  (2013)

Shahghaibi S. et al. "Effect of colporrhaphy on the Sexual Dysfunction of women with pelvic organ prolapsed", Pak J Med Sci, 2013 vol. 29(1) pp. 157-60.

Shao. [Pop 24, median 57 mo fu] Tension-free vaginal tape retropubic sling for recurrent stress urinary incontinence after Burch colposuspension failure. International Journal of Urology (2011) 18, 452-457

Sharifiaghdas F, Martazavi N. [Pop 100, mean 40 mos fu] Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. Med Princ Pract 2008;17:209–214

Sharp HT, Dodson MK, Langer KM, Doucette RC, Norton PA. The role of vaginal apex excision in the management of persistent posthysterectomy dyspareunia. Am J Obstet Gynecol. 2000 Dec;183(6):1385-8; discussion 1388-9.

Shek K. Perigee versus Anterior Prolift in the treatment of Cystocele. Int Urogynecol J. 2008; 19 (Suppl 1): S88-89

Shek KL, et al. "Anterior compartment mesh: a descriptive sutdy of mesh anchoring failure", Ultrasound Obstet Gynecol, 2013 vol. 42(6) pp. 699-704.

Shepherd JP. Effect of Suture Selection on the Rate of Suture or Mesh Erosion and Surgery Failure in Abdominal Sacrocolpopexy, Female Pelvic Med Reconstr Surg. 2010 Jul;16(4):229-33

Shepherd JP. Presentation Number: Poster 22, Ex Vivo Tensile Properties of Seven Vaginal Prolapse Meshes, Female Pelvic Med Reconstr Surg. 2010 Oct;16(5):Supp 2 S108

Sheth SS. Vaginal hysterectomy following previous cesarean section, Int J Gynaecol Obstet. 1995 Aug;50(2):165-9

Shin J.H., Abdominal Wall Nerve Injury During Laparoscopic Gynecologic Surgery: Incidence, Risk Factors, and Treatment Outcomes, J Minim Invasive Gynecol. 2012 Jul-Aug;19(4):448-53

Shin Y. [Pop 46, 2 yr fu] Efficacy and Safety of the TVT-Secur and Impact on Quality of Life in Women with Stress Urinary Incontinence: A 2-Year Follow-up. Korean J Urol 2011;52:335-339

Shippey S. Contemporary Approaches to Cystocele Repair: A Survey of AUGS Members. The Journal of Reproductive Medicine, 53:11 (Nov 2008).

Shlomo R. Female Urology. eBook edition. ASIN: B0040SYIXI

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Sho T. Retrospective study of tension-free vaginal mesh operation outcomes for prognosis improvement, J Obstet Gynaecol Res. 2014 Jun;40(6):1759-63

Shull BL, Bachofen C, Coates KW, Kuehl TJ. A transvaginal approach to repair of apical and other associated sites of pelvic organ prolapse with uterosacral ligaments. Am J Obstet Gynecol. 2000 Dec;183(6):1365-73; discussion 1373-4.PubMed PMID: 11120498.

Shulman LP. Chronic pelvic pain and the role of pain of bladder origin: changing the paradigm to improve clinical outcomes. Int J Fertil Womens Med. 2005 Mar-Apr;50(2):73-8.

Sibert L, Safsaf A, Rigaud J, Delavierre D, Labat JJ. [Pelvic sexual pain]. Prog Urol. 2010 Nov;20(12):967-72.

Siddiqui NY, et al. "Clinical challenges in the management of vaginal prolapse", Int J Womens Health, 2014 vol,. 6 pp. 83-94.

Siedhoff MT. Post-hysterectomy Dyspareunia, J Minim Invasive Gynecol. 2014 Jul-Aug;21(4):567-75

Silva G. High prevalence of chronic pelvic pain inwomen in Ribeirão Preto, Brazil and direct association with abdominal surgery.Clinics (Sao Paulo). 2011;66(8):1307-12. PubMed PMID: 21915476; PubMed CentralPMCID: PMC3161204.

Silva WA. Uterosacral ligament vault suspension: five-year outcomes. Obstet Gynecol. 2006Aug;108(2):255-63. PubMed PMID: 16880293.

Silvestre AC. Shrinkage evaluation of heavyweight and lightweight polypropylene meshes in inguinal hernia repair: a randomized controlled trial. Hernia (2011) 15:629-634

Singh S, et al. The management of lower urogenital changes in the menopause. Menopause Int., 2013 vol. 19(2) pp. 77-81.

Sirls LT, et al. Exploring predictors of mesh exposure after vaginal prolapse repair. Female Pelvic Med Reconstr Surg, vol. 19(4) pp. 206-9.

Sivaslioglu AA. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocoele. Int Urogynecol J (2008) 19:467-471

Skaff JM. Changing Mesh Material Would Change Inflammatory Response? Differences Between Polypropylene (Gynemesh) and Polyvinylidene Fluoride (Dynamesh) Mesh Implant in Rabbits Vaginal Wall.

Skoczylas L. Changes in prolapse surgery trends relative to FDA notifications regarding vaginal mesh. Int Urogynecol J.

Slack M, et al. A Trocar-Free Procedure for Vaginal Prolapse Repair Using Mesh and a Vaginal Support Device – An Observational Registry.  2011; ICS Abstract 560.

Smilen SW, Saini J, Wallach SJ, et al. The risk of cystocele after sacrospinous ligament fixation. Am J Obstet Gynecol. 1998;179:1465-1471.

Smith AL, et al. "Editorial comment on: Correction of erosion after suburethral sling insertion for stress incontinence: results and related sexual function." Eur.Urol., 2009 vol. 56(2) pp.377.

Smith AL, et al. "Misconceptions and miscommunication among aging women with overactive bladder symptoms", Urology, 2011 vol. 77(1) pp. 55-9.

Smith AL, et al. "The effects of acute and chronic psychological stress on bladder function in a rodent model", Urology, 2011 vol. 78(4) pp.967.el-7.

Smith H, et al. "Incidental uterine amyloidosis in a 91-year-old presenting with procidentia", J Obstet Gynecol, 1998, vol. 18, No. 3, 303

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Smith TA, et al. Pelvic organ prolapse: an overview", JAAPA, 2014 vol. 27(3) pp. 20-4.

Smitherman TA, Burch R, Sheikh H, Loder E. The prevalence, impact, and treatment of migraine and severe headaches in the United States: a review of
statistics from national surveillance studies. Headache. 2013 Mar;53(3):427-36.

Snyder TE, Krantz K.Abdominal-retroperitoneal sacral colpopexy for the correction of vaginal prolpase. Obstet Gynecol 1991; 77:944

Sobhgol SS, Charndabee SMA. Rate and related factors of dyspareunia in reproductive age women: a cross-sectional study, Int. J. Impot. Res. (2007) 19(1):88-94

Sokol AL, et al. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Am J Obstet Gynecol. 2012 Jan;206(1):86.e1-9. doi: 10.1016/j.ajog.2011.08.003. Epub 2011 Aug 11.

Sola V. [Pop 110, mean 8 mo fu] Third Generation Sub-Mid Urethral Mesh: Experience with 110 TVT-Secur. Arch. Esp. Urol. 2009; 62 (5): 376-388

Song. [Pop 306, 7 yr fu] The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. 2009 BJU INTERNATIONAL 104, 1113–1117

Soules K. Central Compartment and Apical Defect Repair Using Synthetic Mesh, Curr Urol Rep (2012) 13:322-230

Sözeri-Varma G, Kalkan-Oğuzhanoğlu N, Karadağ F, Ozdel O. The effect of hysterectomy and/or oophorectomy on sexual satisfaction. Climacteric. 2011 Apr;14(2):275-81.

Spahlinger DM, et al. "Relationship between intra-abdominal pressure and vaginal wall movements during Valsalva in women with and without pelvic organ prolapse: technique development and early observations", Int Urogynecol J, 2014.

Sridharan I, Ma Y, Kim T, Kobak W, Rotmensch J, Wang R. Structural and mechanical profiles of native collagen fibers in vaginal wall connective tissues. Biomaterials. 2012 Feb;33(5):1520-7.

Srikrishna S, Robinson D, "Can sex survive pelvic floor surgery?", Int Urogynecol J (2010) 21:1313-1319.

Srinivasan A, et al. "Myofascial Dysfunction Associated with Chronic Pelvic Floor Pain: Management Strategies", Current Pain and Headache Reports 2007, 11:3.59-364

Staack A, et al. "Translabial ultrasonography for evaluation of synthetic mesh in the vagina", Urology, 2014 vol. 83(1) pp. 68-74.

Staat M. et al. "New measurements to compare soft tissue anchoring systems in pelvic floor surgery", J. Biomed. Mater. Res. Part B Appl. Biomater., 2012 vol. 100(4) pp. 924-33.

Stanford EJ, Dell JR, Parsons CL. The emerging presence of interstitialcystitis in gynecologic patients with chronic pelvic pain. Urology. 2007 Apr;69(4Suppl):53-9. Review. PubMed PMID: 17462481.

Stanford EJ, Koziol J, Feng A. The prevalence of interstitial cystitis, endometriosis, adhesions, and vulvar pain in women with chronic pelvic pain. J Minim Invasive Gynecol. 2005 Jan-Feb;12(1):43-9.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Stanford EJ. Elevate anterior/apical: 12-month data showing safety and efficacy in surgical treatment of pelvic organ prolapse. Female Pelvic Med Reconstr Surg. 2013 Mar-Apr;19(2):79-83.

Stanford EJ. Traditional native tissue versus mesh-augmented pelvic organ prolapse repairs: providing and accurate interpretation of current literature, Int Urogynecol J (2012) 23:19-28

Stanford EJ. Traditional native tissues versus mesh-augmented pelvic organ prolapse repairs: providing an accurate interpretation of current literature.  (abstract)

Stanford, Paraiso. A Comprehensive Review of Suburethral Sling Procedure Complications. Journal of Minimally Invasive Gynecology (2008) IS, 132– 145 © 2008

Stanton. Stress Incontinence: Why and How Operations Work. Urologic Clinics of North America, Vol. 12, No. 2, May 1985.

Staud R, et al. "Cutaneous C-Fiber Pain Abnormalities of Fibromyalgia Patients are Specifically Related to Temporal Summation", Pain. 2008 October 15;139(2):315-323.

Staud R, et al. "Maintenance of windup of second pain requires less frequent stimulation in fibromyalgia patients compared to normal controls", Pain 110(2004)689-696.

Staud R, et al. "Ratings of experimental pain and pain-related negative affect predict clinical pain in patients with fibromyalgia syndrome", Pain 105(2003)215-222.

Staud R, et al. "Temporal summation of pain from mechanical stimulation of muscle tissue in normal controls and subjects with fibromyalgia syndrome", Pain 102(2003)87-95.

Stecco A, Gesi M, Stecco C, Stern R. Fascial components of the myofascial pain syndrome. Curr Pain Headache Rep. 2013 Aug;17(8):352.

Steege J, et al. Chronic Pelvic Pain: An Integrated Approach. N Engl J Med 1998;339:1252

Steege J. Chronic Pelvic Pain. Glass' Office Gynecology, 5th Edition pp. 311-334.

Steege J. Persistent or Chronic Pelvic Pain. Te Linde's Operative Gynecology, 8th Edition, Chapter 29, pp. 645-656.

Steege JF. Chronic Pelvic Pain: An Integrated Approach, Am Fam Physician. 1996 Nov 15;54(7):2187-8, 2193

Stepanian AA,et al. Risk of Mesh Extrusion and Other Mesh-Related Complications After Laparoscopic Sacral Colpopexy with or without Concurrent Laparoscopic-Assisted Vaginal Hysterectomy: Experience of 402 Patients, J Minim Invasive Gynecol. 2008 Mar-Apr;15(2):188-96

Sternschuss, Re: Post-Implantation Alterations of Polypropylene in the Human, J Urol 2012; 188: 27-32

Stojanovic MP. Stimulation methods for neuropathic pain control. Curr Pain Headache Rep. 2001 Apr;5(2):130-7.

Sturdee DW, Panay N; International Menopause Society Writing Group. Recommendations for the management of postmenopausal vaginal atrophy. Climacteric. 2010 Dec;13(6):509-22.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX

Medical Literature

Su TH, et al. Single-incision mesh repair versus traditional native tissue repair for pelvic organ prolapse: results of a cohort study, Int Urogynecol J. 2014 Jul;25(7):901-8

Su TH. Impact of Prolift procedure on bladder function and symptoms in women with pelvic organ prolapse, Int Urogynecol J (2011) 22:585-590

Suarez A. Psychoneuroimmunology of Psychological Stress and Atopic Dermatitis: Pathophysiologic and Therapeutic Updates. Acta Derm Venereol 2012; 92: 7–15

Summitt Bent Ostergard. Suburethral sling procedure for genuine stress incontinence and low urethral closure pressure. A continued experience. Int Urogynecol J (1992)3:18-21

Sun Z, et al. [Laparoscopic high uterosacral ligament suspension combined with cervical amputation in treatment of women severe uterine prolapsed at child-bearing period], Zhonghua Fu Chan Ke Za Zhi, 2014 vol. 49(3) pp. 167-71.

Sung HH, et al. Recent advances in robotic surgery in female urology. Int. J. Urol., 2013 vol. 20(12) pp. 1154-62.

Sung V. Graft Use in Transvaginal Pelvic Organ Prolapse Repair A Systematic Review. Vol. 112, No. 5, Nov. 2008 Obstetrics & Gynecol  pgs 1131 – 1142

Sung VW, et al. Changes in Bowel Symptoms 1 year after Rectocele Repair. Female Pelvic Medicine & Reconstructive Surgery. March/April 2012; 18(2) Supplement 1: S20. (DEFT LT764.1)

Sung VW, et al. Society of gynecologic surgeons systematic review group. Graft use in transvaginal pelvic organ prolapse and urinary incontinence. Obstet Gynecol, 2008. 112(5): p. 1131-1142.

Sung VW, Hampton BS. Epidemiology of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 2009 Sep;36(3):421-43.

Suskind AM, et al. Effectiveness of mesh compared with nonmesh sling surgery in Medicare beneficiaries. Obstet Gynecol. 2013 Sep;122(3):546-52.

Sutherland SE. Should asymptomatic anterior pelvic organ prolapse be corrected to treat irritative urinary symptoms? Curr Urol Rep. 2010 Sep;11(5):338-42.

Svabik K. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol. 2014 Apr;43(4):365-71

Svabik K. et al. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol 2014: 1-7. DOI: 10.1002/uog.13305.

Svabik K. Vaginal mesh shrinking--ultrasound assessment and quantification. Int Urogynecol J (2009)

Svenningsen R, et al. (Norwegian registry) [Pop 542, median 129 mo fu] Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-8

Svenningsen R. [Pop 810, 10 yr fu] Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourol. Urodynam, 2013 Wiley Periodicals.

Symmonds RE. Posthysterectomy enterocele and vaginal vault prolapse, Am J Obstet Gynecol. 1981 Aug 15;140(8):852-9

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Sze E, Miklos J, Patroll L, et al. Sacrospinous ligament fixation with transvaginal needle suspension for advanced pelvic organ prolapse and stress incontinence. Obstet Gynecol 1997; 98: 94

Takeyama M. Feasability of the Tension-Free Vaginal Mesh Procedure Using Soft Polypropylene Mesh (Gyunemesh PS) in Japan, Int Urogyncol J (2007) 18 (Suppl 1): S25-S105

Tamanini JT, et al. "Treatment of anterior vaginal wall prolapse with and without polypropylene mesh: a prospective, randomized and controlled trial - Part II", Int Braz J urol, vol. 39(4) pp. 531-41.

Tamussino K. (Austrian registry) [Pop 2543] Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. Am J Obstet Gynecol 2007;197:634.e1-634.e5.

Tamussino K. TVT vs. TVT-O for primary stress incontinence: a randomized clinical trial. Int Urogynecol J 2008;19(Suppl l):S20-S21.

Tamussino. (Austrian registry) [Pop 2795 - procedure-related cxs.] Tension-Free Vaginal Tape Operation: Results of the Austrian Registry. Obstet Gynecol, 98: 732–736, 2001

Tang X. [Pop 33, 12 mo fu] Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. Journal of Minimally Invasive Gynecology (2013) 20, 455–459

Tang X. Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. Journal of Minimally Invasive Gynecology (2013) 20, 455–459

Tantanasis T, Giannoulis C, Daniilidis A, Papathanasiou K, Loufopoulos A, Tzafettas J. Anterior vaginal wall reconstruction: anterior colporrhaphy reinforced with tension free vaginal tape underneath bladder base. Acta Obstet Gynecol Scand. 2008;87(4):464-8.

Tate A. The use of infection prevention practices in female pelvic medicine and reconstructive surgery. Curr (

Taylor MJ, Rudkin L, Bullemor-Day P, Lubin J, Chukwujekwu C, Hawton K. Strategies for managing sexual dysfunction induced by antidepressant medication. Cochrane Database Syst Rev. 2013 May 31;5:CD003382.

Taylor, Elizabeth. Amyloidosis of the uterine cervix presenting as postmenopausal bleeding. The American College of Obstetrics and Gynecology, 98;5,2 (2001) 966- 968

Tedeschi C, Benvenuti C; Research Group EG. Comparison of vaginal gel isoflavones versus no topical treatment in vaginal dystrophy: results of a preliminary prospective study. Gynecol Endocrinol. 2012 Aug;28(8):652-4.

Teleman, P, et al. "Relationship between the Pelvic Organ Prolapse Quantification system (POP-Q), the Pelvic Floor Impact Questionnaire (PFIQ-7), and the Pelvic Floor Distress Inventory (PFDI-20) before and after anterior vaginal wall prolapse surgery", Int Urogynecol J, 2014.

Tellez Martinez-Fornes M, Fernandez Perez C, Fouz Lopez C, Fernandez Lucas C, Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. Actas Ural Esp 2009;33: 1088-1096.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| ten Broek RP, Issa Y, van Santbrink EJ, Bouvy ND, Kruitwagen RF, Jeekel J, Bakkum EA, Rovers MM, van Goor H. Burden of adhesions in abdominal and pelvic surgery: systematic review and met-analysis. BMJ. 2013 Oct 3;347:f5588. |
| Teo R, Moran P, Mayne C, Tincello D. [Pop 127, 6 mo fu] Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011;185:1350-1355. |
| ter Kuile MM, Weijenborg PT. A cognitive-behavioral group program for women with vulvar vestibulitis syndrome (VVS): factors associated with treatment success. J Sex Marital Ther. 2006 May-Jun;32(3):199-213. |
| Thakar R. Review of current status of female sexual dysfunction evaluation in urogynecology. Int Urogynecol J Pelvic Floor Dysfunct. 2009 May;20 Suppl 1:S27-31. |
| Theoharides TC, Donelan J, Kandere-Grzybowska K, Konstantinidou A. The role of mast cells in migraine pathophysiology. Brain Res Brain Res Rev. 2005 Jul;49(1):65-76. |
| Thomas AZ. Long-term quality-of-life outcome after mesh sacrocolpopexy for vaginal vault prolapse, BJU Int. 2009 Dec;104(11):1676-9 |
| Thomas K, Shankar H. Targeting myofascial taut bands by ultrasound. Curr Pain Headache Rep. 2013 Jul;17(7):349. |
| Thunedborg. [Pop 36, 6-8 yr fu] Stress urinary incontinence and posterior bladder suspension defects. Acta Obstet Gynecol Scand 1990; 69: 55 - 59 |
| Thys SD, et al. "Four-defect repair in women with symptomatic anterior compartment prolapse: a large cohort study", Int Urogynecol J, 2014. |
| Tibaek S, et al. "Pelvic floor muscle function in women with pelvic floor dysfunction: a retrospective chart review, 1992-2008", Int Urogynecol J, 2014 vol. 25(5) pp. 663-9. |
| Tietjen G, et al. "Allodynia in Migraine: Association with Comorbid Pain Conditions", Headache 2009;49:1333-1344. |
| Timmons MC, Addison WA, Addison SB, et al. 1992 Abdominal sacral colpopexy in 163 women with post hysterectomy vaginal vault prolapse and enterocele. Evolution of operative techniques. J Reprod Med; 37: 323 |
| Tincello D. The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. The Journal of Urology, Vol. 186, 2310-2315, December 2011 |
| Tincello DG, Kenyon S, Slack M, et al. Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1). BJOG 2009;116:1809-1814. |
| Tirlapur SA, Kuhrt K, Chaliha C, Ball E, Meads C, Khan KS. The 'evil twin syndrome' in chronic pelvic pain: a systematic review of prevalence studies of bladder pain syndrome and endometriosis. Int J Surg. 013;11(3):233-7. |
| Toglia MR, Fagan MJ. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. Am J Obstet Gynecol. 2008;198:600.e1–600.e4. |
| Toglia, DeLancey. Anal incontinence and the obstetrician-gynecologist. Obstet Gynecol 1994;84:731-40 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Tommaselli G. (EurJObGynRB) Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol (2012) |
| Tommaselli G. [Pop 68, 2 yr fu] TVT-Secur for the treatment of female stress urinary incontinence: a 24-month follow-up retrospective study. Arch Gynecol Obstet (2012) 286:415-421. |
| Tommaselli G. [Pop 78, 12 mo fu] IUGA Abs. 0692 - Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence: a 12-months preliminary study. International Journal of Gynecology & Obstetrics 119S3 (2012) S261–S530 |
| Tommaselli G. Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence: a 12-months preliminary study. International Journal of Gynecology & Obstetrics 119S3 (2012) S261–S530 |
| Tommaselli G. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015) |
| Tommaselli G. Tension-Free Vaginal Tape-O and –Secur for the Treatment of Stress Urinary Incontinence: A Thirty-Six-Month Follow-up Single-blind, Double-arm, randomized study. Journal of Minimally Invasive Gynecology (2013) 20, 198–204 |
| Tommaselli GA, Di Carlo C, Gargano V, Formisano C, Scala M, Nappi C. [Pop 84, 12 mo fu] Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2010) 21:1211-1217 |
| Tommaselli. [Pop 48. 24 mo fu] IUGA,ICS Abs 791 - Single incision tension-free vaginal tape (TVT-Secur®) in the treatment of female stress urinary incontinence. (2010) |
| Tomoe H. Clinical Investigations, Questionnaire survey on female urinary frequency and incontinence, Int J Urology (2005) 12, 621-630 |
| Torresani C, et al. Chronic Urticaria is Usually Associated with Fibromyalgia Syndrome. Acta Derm Vernereol 2009;89:389-392. |
| Torresani C. Clinical Report: Chronic Urticaria is Usually Associated with Fibromyalgia Syndrome, Acta Derm Venereol 2009; 89: 389-392 |
| Trabuco EC, et al. A randomized comparison of incontinence procedures performed concomitantly with abdominal sacral colpopexy: the burch vesus mid-urethral sling trial. Int Urogynecol J (2014) 25 (Suppl 1); S1-S240 |
| Trabuco EC, et al. Medium-term comparison of continence rates after rectus fascia or midurethral sling placement.AJOG (2009). |
| Trabuco EC, et al. Midurethral Slings for the Treatment of Stress Urinary Incontinence: Long Term Follow up. Obstetrics & Gynecology: American College of Obstetricians and Gynecologists,  Vol. 123, No. 5 (Supplement), May 2014. |
| Trabulsi E, et al. "Preemptive Multimodal Pain Regimen Reduces Opioid Analgesia for Patients Undergoing Robotic-assisted Laparoscopic Radical Prostatectomy", Urology 76: 11 22- 11 24,20 10. |
| Transobturator and retropubic tape procedures in stress urinary incontinence:  a systematic review and meta-analysis of effectiveness and complications. (abstract) |
| Trehan AK, Sanaullah F. Laparoscopic posthysterectomy vaginal vault excision for chronic pelvic pain and deep dyspareunia. J Minim Invasive Gynecol. 2009 May-Jun;16(3):326-32. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Tripp DA, et al. Mapping of pain phenotypes in female patients with bladder pain syndrome/interstitial cystitis and controls. Eur Urol. 2012 Dec; 62(6):1188-94. |
| Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse: a randomized controlled trial. (abstract) |
| Trutnovsky G, et al. Pelvic floor dysfunction - does menopause duration matter? Maturitas, 2013 vol. 76(2) pp. 134-8. |
| Tseng LH, Wang AC, Lin Y-H, Li S-J, Ko Y-J. [Pop 62] Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:230-235. |
| Tseng, LH, et al. "Modern role of sacrospinous ligament fixation for pelvic organ prolapse surgery - a systemic review", Taiwan J Obstet Gynecol, 2013 vol. 52(3) pp. 311-7. |
| Tsirline VB, et al. Preoperative pain is the strongest predictor of postoperative pain and diminished quality of life after ventral hernia repair. Am Surg, 2013 vol. 79(8) pp.829-36. |
| Tu FF, et al. Musculoskeletal Causes of Chronic Pelvic Pain: A Systematic Review of Existing Therapies: Part II. CME Review Article 2005; Vol. 60, No. 7, 474-483. |
| Tu FF, et al. Prevalence of Pelvic Musculoskeletal Disorders in a Female Chronic Pelvic Pain Clinic. J Reproductive Medicine, (2006) Vol. 51, No. 3, 185-189. |
| Tu FF. Comparative measurement of pelvic floor pain sensitivity in chronic pelvic pain. Obstet Gynecol. 2007 Dec; 110(6):1244-8 |
| Tu FF. Physical therapy evaluation of patients with chronic pelvic pain: a controlled study. Am J Obstet Gynecol. 2008 Mar; 198(3):272.e1-7. |
| Tu FF. Vaginal Pressure-Pain Thresholds: Initial Validation and Reliability Assessment in Healthy Women. Clin J Pain. 2008 Jan; 24(1):45-50. |
| Tunn R. Changes in the MRI morphology of the stress continence control system after TVT (tension-free vaginal tape) insertion. European Journal of Obstetrics & Gynecology and Reproductive Biology 131 (2007) 209-213 |
| Tunn R. Sonomorphological evaluation of polypropylene mesh implants after vaginal mesh repair in women with cystocele or rectocele. Ultrasound Obstet Gynecol 2007; 29: 449-452 |
| Tunuguntla HS, Gousse AE. Female sexual dysfunction following vaginal surgery: a review. J Urol. 2006 Feb;175(2):439-46. |
| Tunuguntla HS, Gousse AE. Female sexual dysfunction following vaginalsurgery: myth or reality? Curr Urol Rep. 2004 Oct;5(5):403-11. Review. PubMedPMID: 15461920. |
| Turgal M. et al. "Anatomical and functinal assessment of anterior colporrhapy versus polypropylene mesh surgery in cystocele treatment", Eur. J. Obstet. Gynecol. Reprod. Biol., 2013 vol. 170(2) pp. 555-8. |
| Ubertazzi. [Pop 62, median 68 mos fu] IUGA Abs OP 122 Trans vaginal mesh (TVM) five years follow up. A retrospective study from Latam, Int Urogynecol J (2015) 26 (Suppl 1): S23-S174 |
| UITN Investigators. The Trial Of Mid-Urethral Slings (TOMUS): Design and Methodology. The Journal of Applied Research • Vol. 8, No. 1, 2008 |
| Ulmsten A. [Pop 50, 3 yr fu] A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. British Journal of Obstetrics and Gyneccology April 1999, Vol 106, pp. 345-350 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Ulmsten U, et al.  (TVT Treatise) [Pop 75, 2 yr fu] An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J (1996) 7:81-86.

Ulmsten U, et al. [Pop 131, 1 yr fu] A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J (1998) 9:210-213.

Ulmsten U, et al. Different biochemical composition of connective tissue in continent and stress incontinent women. Acta Obstet Gynecol Scand 66:455-457, 1987.

Ulmsten U, et al. Intravaginal Slingplasty (IVS) - an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence. Scand J Urol Nephrol 29: 75-82, 1995.

Ulmsten U. [Editorial on Nilsson] An Introduction to Tension Free Vaginal Tape (TVT) - A New Surgical Procedure for Treatment of Female Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S3-S4

Ulmsten U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe [A] 2001 - 40:269-273.

Ulrich D, et al. Influence of reproductive status on tissue composition and biomechancial properties of ovine vagina. PLoS ONE, 2014 vol. 9(4) pp. e93172.

Ulrich D, et al. The effect of vaginal pelvic organ prolapse surgery on sexual function. Neurourol. Urodyn., 2014.

Ulukent SC, et al. Prolene mesh migration into the rectum after sacral colpopexy presented with frozen pelvis. Int J Surg Case Rep, 2013 vol. 4(11) pp. 1004-6.

Umek Wolfgang H. et al. "Quantitative Analysis of Uterosacral Ligament Origin and Insertion Points by magnetic Resonance Imaging", Obstet Gynecol. Mar 2004; 103(3):447-461.

Umoh UE, Arya LA. Surgery in urogynecology. Minerva Med. 2012 Feb;103(1):23-36. Review.

Unger CA, Abbott S, Evans JM, Jallad K, Mishra K, Karram MM, Iglesia CB, Rardin CR, Barber MD. Outcomes following treatment for pelvic floor mesh
complications. Int Urogynecol J. 2013 Dec 7.

Unger CA, et al. [Pop 267] Indications and risk factors for midurethral sling revision. Int Urogynecol J (2015)

Usher. Use of Marlex Mesh in the repair of incisional hernias. (1958)

Ustun Y, Engin-Ustun Y, Gungor M, Tezcan S. [Pop 46, 18 mo fu] Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc 2003;10:386-389.

Uzoma A, Farag KA, "Vaginal Vault Prolapse", Obstet Gynecol Int. 2009; 2009:275621.

Uzoma A. Review Article: Vaginal Vault Prolapse, Obstet Gynecol Int. 2009;2009:275621

Vaiyapuri GR. Retrospective study of transobturator polypropylene mesh kit for the management of pelvic organ prolapse, Singapore Med J. 2012 Oct;53(10):664-70

Vakili B. The incidence of urinary tract injury during hysterectomy: A prospective analysis based on universal cystoscopy, Am J Obstet Gynecol. 2005 May;192(5):1599-604

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX

Medical Literature

Valentim-Lourenco A, Benoun M, Mascarenhas T, Cruz F, Moniz L. TORP - comparing the efficacy, execution and early complications ofTVT and TVT-O. Int Urogynecol J 2008;19:S17-S18.

Valpas A, Kivela A, Penttinen J, Kujansuu E, Haarala M, Nilsson C-G. [Pop 121, 1 yr fu - Ob Gyn] Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol 2004;104:42-49.

Valpas, A. Tension-free vaginal tape procedure and laparoscopic colposuspension in the treatment of stress urinary incontinence. Obstetrics and Gynecology 2004, 16:319-323

Valpas, Nilsson - [Pop 121, 5 yr fu] TVT versus laparoscopic mesh colposuspension: 5-year follow-up results of a randomized clinical trial. Int Urogynecol J (2014)

Van de Ven TJ. Causes and prevention of chronic postsurgical pain, Curr Opin Crit Care 2012, 18:366-371

van der Weiden RM, et al. "Dynamic magnetic resonance imaging before and 6 months after laparoscopic sacrocolpopexy", Int Urogynecol J, 2014 vol. 25(4) pp. 507-15.

van Geelen H. The long and winding road to urogynaecological subspecialisation. Int Urogynecol J. 2014 Jan 25.

van Geelen. [Pop 90, 5-7 yr fu] The clinical and urodynamic effects of anterior vaginal repair and Burch colposuspension. Am J Obstet Gynecol 1988;159:137-44.

Van Geluwe B, et al. Laparoscopy for pelvic floor disorders. Best Pract Res Clin Gastroenterol, 2014 vol. 28(1) pp.69-80.

van Raalte H. Short-Term Results of the Prolift Procedure in 350 Patients used in the Treatment of Pelvic Organ Prolapse, Int Urogynecol J (2007) 18 (Suppl 1): S25-S105

Vardy MD, et al. Anterior intravaginal slingplasty tunneller device for stress incontinence and posterior intravaginal slingplasty for apical vault prolapse: a 2-year prospective multicenter study. Am J Obstet Gynecol. 2007 Jul;197(1):104.e1-8.

Velemir, et al. Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study.  2010

Vervest. [Pop 703, 36 mo fu] The prevalence of voiding difficulty after TVT, its impact on quality of life, and related risk factors. Int Urogynecol J (2007) 18: 173–182

Vesna A, Neli B. Benefit and safety of 28-day transdermal estrogen regimen during vaginal hysterectomy (a controlled trial). Maturitas. 2006 Feb 20;53(3):282-98. Epub 2005 Jul 11.

Visco, et al. Robotic Gynecologic Surgery. Obstet Gynecol, December 2008, Vol. 112, Issue 6, pp 1369-1384.

Visser Eric J. Chronic Post-Surgical Pain: Epidemiology and Clinical Implications for Acute Pain Management. Acute Pain. Volume 8, Issue 2, June 2006, Pages 73-81

Vollebregt A, Fischer K, Gietelink D, van der Vaart CH. Primary surgical repair of anterior vaginal prolapse: a randomised trial comparing anatomical and functional outcome between anterior colporrhaphy and trocar-guided transobturator anterior mesh. BJOG. 2011 Nov;118(12):1518-27.

von Pechmann WS. A Pilot Study on Vaginally Assisted Laparoscopic Sacrocolpopexy for Patients with Uterovaginal Prolapse, Female Pelvic Med Reconstr Surg. 2011 May;17(3):115-9

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Voorham-van der Zalm PJ, Lycklama A Nijeholt GA, Elzevier HW, Putter H, Pelger RC. "Diagnostic investigation of the pelvic floor": a helpful tool in the approach in patients with complaints of micturition, defecation, and/or sexual dysfunction. J Sex Med. 2008 Apr;5(4):864-71.

Wadie BS, Edwan A, Nabeeh AM. [Pop 53, 6 mo fu] Autologous fascial sling vs polypropylene tape at short-term followup: a prospective randomized study. J Urol 2005;174:990-993.

Wadie BS, Mansour A, El-Hefnawy AS, Nabeeh A, Khair AA. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function. Int Urogynecol J 2010;21:1485- 1490.

Wai CY, et al. "Actinomyces associated with persistent vaginal granulation tissue", Infectious Diseases in Obstet Gynecol. March 2005; 13(1):53-55.

Wai, Sirls. (UITN TOMUS) Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. Obstet Gynecol 2013;121:1009–16

Wai. Surgical Treatment for Stress and Urge Urinary Incontinence. Obstet Gynecol Clin N Am 36 (2009) 509–519

Walid MS. Laparoscopic removal of infected mesh colposacropexy, Arch Gynecol Obstet (2009) 280:103-106

Wallner C, Maas CP, Dabhoiwala NF, Lamers WH, DeRuiter MC. Innervation of the pelvic floor muscles: a reappraisal for the levator ani nerve. Obstet Gynecol. 2006 Sep;108(3 Pt 1):529-34.

Walsh C. [Pop 1178, 12 mo fu] TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months. BJU International (2011), 108 , 652-657

Walters, Weber [OBMgmt] Which sling for which SUI patient? OBG Management, Vol 24, No. 5, May 2012

Waltregny, de Leval. [Pop 99, 1 yr fu] Inside Out Transobturator Vaginal tape for the treatment of female stress urinary incontinence: Interim results of a prospective study after a 1-year followup. J Urology Vol. 175, 2191-2195, June 2006

Waltregny, de Leval. New surgical technique for treatment of stress urinary incontinence TVT-ABBREVO from development to clinical experience. Surg Technol Int (2012) 22:149-157

Wang AC, Chen M-C. [Pop 90, median 22 mo fu] Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn. 2003;22(3):185-190.

Wang F, Song Y, Huang H. [Pop 140] Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281:279-286.

Wang F-M, Prospective study of transobturator mesh kit (Prolift) in pelvic reconstructive surgery with vaginal hysterectomy after 3 years' follow-up, Arch Gynecol Obstet. 2013 Aug;288(2):355-9

Wang W, Zhu L, Lang J. [Pop 300, 36 mo fu] Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009;104:113-116.

Wang Yi-jun. [Pop 102, 1 yr fu] Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2011) 22: 369-374

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Wang YQ. Effects and safety of gonadotrophin-releasing hormone agonist combined with estradiol patch and oral medroxyprogesterone acetate on endometriosis. Zhonghua Fu Chan Ke Za Zhi. 2009 Jul;44(7):504-8. |
| Wang.[Pop 503] Burch colposuspension vs. Stamey bladder neck suspension: A comparison of complications with special emphasis on detrusor instabiligy and voiding dysfunction. J Reprod Med 1996; 41:529-533 |
| Ward K, et al. (BMJ) [IRELAND] Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as a primary treatment for stress incontinence. bmj.com 2002;325:67 |
| Ward K. Prospective multicenter randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ (2002)325:67 |
| Ward KL, Hilton P; on behalf of the UK and Ireland TVT Trial Group. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115:226-233. |
| Ward RM, et al. "Genetic epidemiology of pelvic organ prolapse: a systematic revision", Am. J. Obstet. Gynecol., 2014. |
| Ward, Hilton. (BJOG) [Pop 344, 5 yr f_u IRELAND study] Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. (2007) |
| Ward, Renee, Vaginal paravaginal repair with ah AlloDerm graft:  Long-term outcomes, American Journal of Obstetrics & Gynecology (12/07) |
| Ward. (Am J OG) [Pop 344, 2 yr. fu IRELAND study] A Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up. American Journal of Obstetrics and Gynecology (2004) 190, 324-31 |
| Warren John W, et al. "Antecedent Nonbladder Syndromes in Case-Control Study of Interstitial Cystitis / Painful Bladder Syndrome", Urology 73:53-57, 2009. |
| Warren JW, Clauw DJ, Wesselmann U, Langenberg PW, Howard FM, Morozov V. Sexuality and reproductive risk factors for interstitial cystitis/painful bladder syndrome in women. Urology. 2011 Mar;77(3):570-5. |
| Warren JW, Langenberg P, Clauw DJ. The number of existing functional somatic syndromes (FSSs) is an important risk factor for new, different FSSs. J Psychosom Res. 2013 Jan;74(1):12-7. |
| Warren JW, Morozov V, Howard FM. "Could chronic pelvic pain be a functional somatic syndrome?" Am J Obstet Gynecol 2011;205:199.e1-5. |
| Warren JW, Wesselmann U, Morozov V, Langenberg PW. Numbers and types of nonbladder syndromes as risk factors for interstitial cystitis/painful bladder syndrome. Urology. 2011 Feb;77(2):313-9. |
| Waylonis GW, Heck W, "Fibromyalgia Syndrome. New Associations", Am J Phys Med Rehabil, 1992 Vol. 71(6) pp. 343-8 |
| Weber A. Which Sling for which SUI Patient? OBG Management (2012) 24:5, 28-40 |
| Weber AM, et al. "Basic science and translational research in female pelvic floor disorders: proceedings of an NIH-sponsored meeting", Neurourol. Urodyn., 2004 vol. 23(4) pp. 288-301. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Weber AM, Walters MD, Piedmonte MR. (2000)  Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence, Am. J. Obstet. Gynecol. 182(6):1610-1615

Weber AM, Walters MD, Schover LR, Mitchinson A. Vaginal anatomy and sexual function, Obstet. Gynecol. (1995) 86(6):946-949

Weber AM. Informed consent cannot be obtained for use of vaginal mesh. Am. J. Obstet Gynecol (2011) 204(3) p. e6

Weber AM. Pelvic Organ prolapse. Obstet Gynecol (2005) 106(3) p 615-34

Weber AM. Response to Wall and Brown: "Commercial pressures and professional ethics: troubling revisions to the recent ACOG Practice Bulletins on surgery for pelvic organ prolapse." Int Urogynecol J Pelvic Floor Dysfunct, (2009) 20(12) p. 1523

Weber MA. The Effects of Vaginal Prolapse Surgery Using Synthetic Mesh on Vaginal Wall Sensibility, Vaginal Vasocongestion, and Sexual Function: A Prospective Single-Center Study, J Sex Med. 2014 Jul;11(7):1848-55

Wei J. Outcomes following vaginal prolapse repair and mid-urethral sling (OPUS) trial--design and methods. Clin Trial (2009) 6(2) 162-71

Weinberger, Ostergard. Long-Term Clinical and Urodynamic Evaluation of the Polytetrafluoroethylene Suburethral Sling for Treatment of Genuine Stress Incontinence. Obstet Gynecol 1995;86:92-6

Welk B. Removal or revision of vaginal mesh used for the treatment of stress urinary incontinence. JAMA Supplemental Online Content 2015 http://archsurg.jamanetwork.com/

Welk B. Removal or revision of vaginal mesh used for the treatment of stress urinary incontinence. JAMA Surg 2015; 9:1-9

Welk BK, Teichman JM. Dyspareunia response in patients with interstitial cystitis treated with intravesical lidocaine, bicarbonate, and heparin. Urology. 08;71(1):67-70.

Wesselmann U. [Clinical characteristics and pathophysiology of pelvic pain in women]. Schmerz. 2002 Dec;16(6):467-75.

West SL, Vinikoor LC, Zolnoun D. A systematic review of the literature on female sexual dysfunction prevalence and predictors. Annu Rev Sex Res. 2004;15:40-172.

White SC. Comparison of Abdominal and Vaginal Hysterectomies: A Review of 600 Operations, Obstet Gynecol. 1971 Apr;37(4):530-7

Whitehead WE. Gastrointestinal complications following abdominal sacrocolpopexy for advanced pelvic organ prolapse. Am J Obstet Gynecol (2007) 197;1 P 78.e1-7

Whiteside M. Risk Factors for prolapsed recurrence after vaginal repair. Amer J Obstet and Gynecol 2004 191, 1533 – 8

Whitmore K, Siegel JF, Kellogg-Spadt S. Interstitial cystitis/painful bladder syndrome as a cause of sexual pain in women: a diagnosis to consider. J Sex Med. 2007 May;4(3):720-7.

Wiesinger B, et al. "Back pain in relation to musculoskeletal disorders in the jaw-face: A matched case-control study", Pain 131(2007)311-319.

Williamson ML. Sexual adjustment after hysterectomy. J Obstet GynecolNeonatal Nurs. 1992 Jan-Feb;21(1):42-7. PubMed PMID: 1564587.

Wilson. Annual direct cost of urinary incontinence. Obstet Gynecol 2001;98:398-406

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Winters Urology Care. A Conversation with Dr. Winters: Question About "Vaginal Mesh" for SUI Repair. (2014) |
| Wise CL, Dall BE. Minimally invasive sacroiliac arthrodesis: outcomes of a new technique. J Spinal Disord Tech. 2008 Dec;21(8):579-84. |
| Wiseman DM. Disorders of adhesions or adhesion-related disorder: monolithic entities or part of something bigger--CAPPS? Semin Reprod Med. 2008 Jul;26(4):356-68. |
| Witek A. Long-term impact of surgical repair for stress urinary incontinence on female sexual functions, distress and behaviours, Journal of Clinical Nursing, 22, 1591-1598 |
| Withagen M. [Pop 186 (Prolift 83), 1 yr fu] Trocar-Guided Mesh compared With Conventional Vaginal Repair in Recurrent Prolapse. Obstet Gynecol 2011;117:242–50 |
| Withagen M. Does trocar-guided tension-free vaginal mesh (Prolift) repair provoke prolapse of the unaffected compartments? Int Urogynecol J (2010) 21:271 278 |
| Withagen M. Risk Factors for Exposure, Pain, and Dyspareunia After Tension-Free Vaginal Mesh Procedure. Vol. 118, No. 3, Sept 2011 Obstet & Gynecol pgs 629-635 |
| Withagen MI, Milani AL, de Leeuw JW, Vierhout ME. Development of de novoprolapse in untreated vaginal compartments after prolapse repair with and withoutmesh: a secondary analysis of a randomised controlled trial. BJOG. 2012Feb;119(3):354-60. doi: 10.1111/j.1471-0528.2011.03231.x. PubMed PMID: 22239416. |
| Withagen MI. Laparoscopic sacrocolpopexy with bone anchor fixation: short-term anatomic and functional results, Int Urogynecol J (2012) 23: 481-486 |
| Witherby S. Topical testosterone for breast cancer patients with vaginal atrophy related to aromatase inhibitors: a phase I/II study. Oncologist. 2011;16(4):424-31. |
| Wolters JP, et al. "Satisfaction in patients undergoing concurrent pelvic floor surgery for stress urinary incontinence and pelvic organ prolapse", Female Pelvic Med Reconstr Surg, vol. 20(1) pp. 23-6. |
| Wong MJ. Uterosacral ligament vaginal vault suspension using delayed absorbable monofilament suture, Int Urogynecol J (2011) 22:1389-1394 |
| Wong V. A Comparison of two different mesh kit systems for anterior compartment prolapse repair, Aust N Z J Obstet Gynaecol. 2014 Jun;54(3):212-7 |
| Woodward AP. Outcomes of Revision Perineoplasty for Persistent Postpartum Dyspareunia, Female Pelvic Med Reconstr Surg. 2010 Mar;16(2):135-9 |
| Woolf Clifford J, et al. Preemptive Analgesia - Treating Postoperative Pain by Preventing the Establishment of Central Sensitization. Anesth Analg 1993;77:362-79. |
| Woolf Clifford J. Central sensitization: Implications for the diagnosis and treatment of pain. Pain 2011 March; 152(3 Suppl):S2-15. |
| Woolf Clifford J. Evidence for a central component of post-injury pain hypersensitivity. Nature Vol. 306, 15 December 1983, pp 686-688. |
| Woolf Clifford J. Pain: Moving from Symptom Control toward Mechanism-Specific Pharmacologic Management. Ann Intern Med. 2004;140:441-451. |
| Woolf. NIH-PA Author Manuscript. 2012 March 1. pp. 11-28. |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Medical Literature

Wren PA. Reliability of health-related quality-of-life measure 1 year after surgical procedures for pelvic floor disorders. Am J Obstet Gynecol (2005) 192(3) p. 780-8

Wu C-J, et al. The surgical trends and time-frame comparison of primary surgery for stress urinary incontinence, 2006-2010 vs 1997-2005: a population-based nation-wide follow-up descriptive study. Int Urogynecol J (2014) 25:1683-1691

Wu J. Forecasting the Prevalence of Pelvic Floor Disorders in U.S. women 2010 to 2050. Obstetrics and Gynecology, 114:6, Dec 2009.

Wu JM, et al. [Pop 907] Prevalence and incidence of urinary incontinence in a diverse population of women with noncancerous gynecologic conditions. Female Pelvic Med Reconstr Surg. 2010; 16(5):284-289.

Wu JM, et al. Predicting the number of women who will undergo incontinence and prolapse surgery, 2010 to 2050. Am J Obstet Gynecol 2011 September; 205(3):230.e1-230.e5

Wu JM, et al. Trends in inpatient urinary incontinence surgery in the USA, 1998-2007. Int Urogynecol J (2011) 22:1437-1443.

Wu L, Yi GW and Lei JX. (2000) 22 cases of preg-nancy with uterine fibroids. Journal of Fourth Military Medical University, 21, 310.

Wu, JM, et al. "Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery", Obstet Gynecol, 2014 col. 123(6) pp. 1201-6.

Wuest J, Merritt-Gray M, Ford-Gilboe M, Lent B, Varcoe C, Campbell JC. Chronic pain in women survivors of intimate partner violence. J Pain. 2008 Nov;9(11):1049-57.

Yakasai IA. Outcome of repeat surgery for genital prolapse using prolift-mesh, Ann Surg Innov Res. 2013 Mar 5;7(1):3

Yamada M, et al., "Localized amyloidosis", Virchows Archiv A Pathol Anat (1988) 413:265-268.

Yazdany T. Sacrospinous ligament fixation for pelvic organ prolapse in the era of vaginal mesh kits, Curr Opin Obstet Gynecol. 2011 Oct;23(5):391-5

Yazdany T. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture, Int Urogynecol J (2010) 21:813-818

Ybarra MAS. Etiology of post-uterosacral suspension neuropathies, Int Urogynecol J (2009) 20:1067-1071

Ye S. Quality of Life and Sexual Function of Patients Following Radical Hysterectomy and Vaginal Extension, J Sex Med 2014; 11: 1334-1342

Yesil A, et al. Mesh implantation for pelvic organ prolapse improves quality of life. Arch. Gynecol. Obstet., 2014 vol. 289(4) pp. 817-21.

Yuk JS, Jin CH, Yi KW, Kim T, Hur JY, Shin JH. Anterior transobturator polypropylene mesh in the correction of cystocele: 2-point method vs 4-point method. J Minim Invasive Gynecol. 2012 Nov-Dec;19(6):737-41.

Zabihi N, et al. "Bladder necrosis following hydrodistention in patients with interstitial cystitis", J. Urol., 2007 vol. 177(1) pp.149-52; discussion 152.

Zebede S, Smith AL, Lefevre R, Aguilar VC, Davila GW. Reattachment of the endopelvic fascia to the apex during anterior colporrhaphy: does the type of suture matter? Int Urogynecol J. 2013 Jan;24(1):141-5.

Zendell K, et al. "Lichen sclerosus with vaginal involvement; report of 2 cases and review of the literature", JAMA Dermatol, 2013 vol. 149(10) pp. 1199-202.

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Zervoudis S, Iatrakis G, Peitsidis P, Tsikouras P, Galazios G, Liberis V, Navrozoglou I, Ceauşu I, Badiu C. Tibolone vaginal versus per os administration in the management of post-menopausal symptoms. Rev Med Chir Soc Med Nat Iasi. 2009 Apr-Jun;113(2):471-7. |
| Zhang P, et al. Bladder Neck Incision for Female Bladder Neck Obstuction: Long-term Outcomes. Urology 83:7620767, 2014. |
| Zhang Y, Jiang M, Tong X-W, Fan B-Z, Li H-F, Chen X-L. The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-O procedure for the surgical treatment of female stress urinary incontinence. Taiwan J Obstet Gynecol 2011;50:318-321. |
| Zhang YH, et al. De novo symptoms and their impact on life quality in patients following transvaginal reconstructive pelvic surgery with polypropylene mesh. Clin Exp Obstet Gynecol, 2013 vol. 40(3) pp. 350-5. |
| Zhong C, Yuan C, Guang-hui D, et al. Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence. Urologia 2010;77:37-42. |
| Zhu L, Lang J, Hai N, Wong F. [Pop 56, mean of 27.6 mo fu] Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. Int J Gynaecol Obstet 2007;99:14-17. |
| Zimmermann R. Surgical Outcome After Laparoscopic Sacrocolpopexy for Pelvic Organ Prolapse Evaluated with Dynamic MRI of the Pelvic Floor. |
| Zoorob D. Management of Mesh Complications and Vaginal Constriction: A urogynecology Perspective. Urol Clin N Am 2012; 39: 413-418. |
| Zucchi A, Costantini E, Mearini L, Fioretti F, Bini V, Porena M. Female sexual dysfunction in urogenital prolapse surgery: colposacropexy vs. hysterocolposacropexy. J Sex Med. 2008 Jan;5(1):139-45. |
| Zullo MA, Plotti F, Calcagno M, et al. One-year follow-up of tension-free vaginal tape (TVT) and Transobturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. Eur Urol 2007;51:1376-1382; discussion 1383-1384. |
| Zyczynski H. [Pop 597, 2 yr fu] Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol. 2012 Nov;207(5):421.e1-6. Urinary Incontinence Treatment Network |

Horbach, Nicolette – Materials List, updated 3.1.16.XLSX
Production Materials

| Document Description [Bates Range] |
| --- |
| 01/28/98 Letter from FDA re: K974098 TVT System [ETH.MESH.371496-594] |
| 05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT Physician Training Policy [ETH.MESH.7393700] |
| 09/07/2009 Safety review: TVT and TVT-O procedures [ETH.MESH.1751069-94] |
| 10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture |
| 10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| 11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11] |
| 12/15/2003, Gynecare Final Report # 03*0740, TVT Obturator System [ETH.MESH.222852-63] |
| 13 Week PSM study on Contracture and Integration in Swine Models [ETH.MESH.00514908-21] |
| 1998 TVT Slide Deck [ETH.MESH.05795537-99] |
| 2000 June TVT Surgeons Resource Monograph |
| 2001 slides from Parisi binder [ETH.MESH.05795421-508] |
| 2002 Dr. Miklos Minimizing and Managing TVT Complications [ETH.MESH.00397674].pdf |
| 2002 TVT Advanced Users Forum Presentation [ETH.MESH.08156958] |
| 2003 - TVT Support for Incontinence General Prof Ed Deck [ETH.MESH.00373310-88] |
| 2005 - 2006 Gynecare Prolift Pelvic Floor Repair Systems [ETH.MESH.00484929] |
| 2006 - TVT-O Summit Presentation by Raders and Lucente [ETH.MESH.00993273] |
| 2006 Apr 19 - Laser Cut Mesh for Gynecare TVT- CER Laser Cut Mesh [ETH.MESH.00167104 -10] |
| 2006 Mar 3 Flatow memo - CPC-2006-0165 Performance evaluation of TVT PROLENE blue Mesh_ Elongation Properties of Mechanical Cut verses Laser Cut |
| 2007 & 2008 - Gynecare Prolift Pelvic Floor Repair Systems [ETH.MESH. 00484929] |
| 2008 - TVT Family of Products [ETH.MESH.00369995] |
| 2009 - The Science of What's Left Behind [ETH.MESH.03751819] |
| 2010 - TVT Exact Prof Ed [ETH.MESH.00295355] |
| 2012 - ETH.MESH.08117473 - TVT-Exact Updated Prof Ed Slide Deck w Production Cover |
| 2013 - Clinical Expertise TVT Prof Ed Slide Deck [ETH.MESH.10281860] |
| 7/5/90 letter from FDA to Henning re Reclassification of Nonabsorbable Polypropylene Suture |
| 91-day Tissue Integration PowerPoint [ETH.MESH.02319001] |
| Anatomic Overview of Prolift Anterior and Posterior Procedure DVD [ETH.MES.PM.000001] |
| Anatomy Videos [ETH.MESH.PM.000006] |
| Anatomy Videos [ETH.MESH.PM.000009] |
| Anatomy Videos [ETH.MESH.PM.000057] |
| Anatomy Videos [ETH.MESH.PM.000068] |
| Anatomy Videos [ETH.MESH.PM.000088] |
| Anatomy Videos [ETH.MESH.PM.000089] |
| Anatomy Videos [ETH.MESH.PM.000090] |
| Anatomy Videos [ETH.MESH.PM.000134] |
| Anatomy Videos [ETH.MESH.PM.000151] |
| Anatomy Videos [ETH.MESH.PM.000154] |
| Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1> [ETH.MESH.07351297] |
| Better guidance and support for NHS surgeons on vaginal tape and mesh implants, DOH, 11.22.12 |
| Biocompatibility Risk Assessment for Gynecare Prolift Total Pelvice Floor Repair System dated 1.19.05 [ETH.MESH.01310817 – 10829] |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Production Materials

| |
|---|
| Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65] |
| Clinical Expert Report [ETH.MESH.1784823-28] |
| Clinical Expert Report [ETH.MESH.222899-909] |
| Clinical Expert Report Gynecare Prolift Pelvic Floor Repair System dated 7.2.10 [ETH.MESH.01075187 – 75215] |
| Clinical Study Report Evaluation of the TVM technique for treatment of genital prolapse Protocol Number 2003-016 [ETH.MESH.00372564 – 372568] |
| Clinical Study Report Evaluation of the TVM technique for treatment of genital prolapse Protocol Number CT-TVM-001-03 [ETH.MESH.00991195 – 991257] |
| Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006 [ETH.MESH.01320351-67] |
| Dati, S. Prolift vs. Avaulta for Transvaginal repair of Severe pelvic prolapse. ETH-03227-03228 |
| de Leval, J. (2003) Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out (Manuscript Draft) [ETH.MESH.262089-123] |
| Email from Arnaud re: Transient Leg Pain with Mulberry [ETH.MESH.3911390-1] |
| Email from Dan Smith re: Draft report translated by "Babel fish" http://babelfish.altavista.com/tr [ETH.MESH.865069-72] |
| Email from Dan Smith re: NG TVT-O NDP – Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny [ETH.MESH.2293715-6] |
| Email from Hinoul re: South Africa, TVTO sheaths getting stuck upon removal [ETH.MESH.1210987-95] |
| Email from O'Bryan re: GYNECARE TVT Obturator System – FDA [ETH.MESH.6882641-2] |
| Email from O'Bryan re: ifu [ETH.MESH.3364663-66] |
| Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) |
| Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 |
| Email from Weisberg re: IFU update [ETH.MESH.3365250-1] |
| Email fromWeisberg re: Mulberry [ETH.MESH.6886410-11] |
| Email re: Important Laser cut mesh update [ETH.MESH.1809056-58] |
| Email re: Laser Cut TVT [ETH.MESH.6859834-35] |
| Email re: Mesh Fraying Dr. EBERHARD letter [ETH.MESH.7692905-7] |
| Email re: OR Agenda Tunn [ETH.MESH.3922926-28] |
| Email re: Performance Evaluation of TVT Prolene Blue Mesh [ETH.MESH.6696411-19] |
| Email re: TVT Laser Cut Mesh [ETH.MESH.525573] |
| Email re: TVT Laser Mesh info [ETH.MESH.442825-26] |
| Email re: TVT Meeting with Agency [ETH.MESH.524746-48] |
| ETH.MESH.00295355 |
| ETH.MESH.00369995 |
| ETH.MESH.00373310-88 |
| ETH.MESH.00397674 |
| ETH.MESH.00442129 |
| ETH.MESH.00584811-13 |
| ETH.MESH.00993273 |
| ETH.MESH.01320328-33 |
| ETH.MESH.01320351-67 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Production Materials

| ETH.MESH.02248778 - Mechanical vs Machine Cut (Laser.Ultrasonic) Mesh Particle loss less than 2 percent for both |
|---|
| ETH.MESH.02340471-503 |
| ETH.MESH.02614610-624 |
| ETH.MESH.03427878-945 |
| ETH.MESH.03458123-38 |
| ETH.MESH.03459088-104 |
| ETH.MESH.03751819 |
| ETH.MESH.03905968-975 |
| ETH.MESH.03905976-991 |
| ETH.MESH.03905992-6000 |
| ETH.MESH.03906037-052 |
| ETH.MESH.03932912-14 |
| ETH.MESH.04939001 |
| ETH.MESH.05222673-705 |
| ETH.MESH.052235354-85 |
| ETH.MESH.05795421-508 |
| ETH.MESH.05795537-99 |
| ETH.MESH.06087471-2 |
| ETH.MESH.06087513-4 |
| ETH.MESH.07246690-719 |
| ETH.MESH.07351297 |
| ETH.MESH.08003231-46 |
| ETH.MESH.08003247-62 |
| ETH.MESH.08003263-78 |
| ETH.MESH.08003279-94 |
| ETH.MESH.08107354 |
| ETH.MESH.08117473 |
| ETH.MESH.08156958 |
| ETH.MESH.09744840-45 |
| ETH.MESH.09744848-55 |
| ETH.MESH.09744858-63 |
| ETH.MESH.10220659 |
| ETH.MESH.10281860-874 |
| ETH.MESH.1210987-95 |
| ETH.MESH.1222075-79 |
| ETH.MESH.161953-54 |
| ETH.MESH.1751069-94 |
| ETH.MESH.1784779-82 |
| ETH.MESH.1784823-28 |
| ETH.MESH.1809056-58 |
| ETH.MESH.1809080-81 |
| ETH.MESH.1815660-64 |
| ETH.MESH.222852-63 |
| ETH.MESH.222899-909 |
| ETH.MESH.2236604-09 |
| ETH.MESH.223779-84 |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Production Materials

| |
|---|
| ETH.MESH.2293715-6 |
| ETH.MESH.2340504-33 |
| ETH.MESH.2340902-8 |
| ETH.MESH.262089-123 |
| ETH.MESH.3364663-66 |
| ETH.MESH.3365250-1 |
| ETH.MESH.341006-11 |
| ETH.MESH.3427878-83 |
| ETH.MESH.371496-594 |
| ETH.MESH.3922926-28 |
| ETH.MESH.3932909-11 |
| ETH.MESH.3934952-67 |
| ETH.MESH.4048515-20 |
| ETH.MESH.4384126-65 |
| ETH.MESH.442825-26 |
| ETH.MESH.524746-48 |
| ETH.MESH.525573 |
| ETH.MESH.5315252-65 |
| ETH.MESH.658177-658198 |
| ETH.MESH.6696411-19 |
| ETH.MESH.6859834-35 |
| ETH.MESH.6878438-39 |
| ETH.MESH.6882641-2 |
| ETH.MESH.6886410-11 |
| ETH.MESH.7393700 |
| ETH.MESH.7692905-7 |
| ETH.MESH.8003295-301 |
| ETH.MESH.8003303-17 |
| ETH.MESH.823793-806 |
| ETH.MESH.865069-72 |
| ETH.MESH.PM.000006 |
| ETH.MESH.PM.000009 |
| ETH.MESH.PM.000057 |
| ETH.MESH.PM.000068 |
| ETH.MESH.PM.000088 |
| ETH.MESH.PM.000089 |
| ETH.MESH.PM.000090 |
| ETH.MESH.PM.000134 |
| ETH.MESH.PM.000151 |
| ETH.MESH.PM.000154 |
| Ethicon Final Report, PSE Accession No. 00-0035 An Exploratory 91-day Tissue Reaction Study of Polypropylene-Based Surgical Mesh in Rats (PSE Acc. No. 00-0035) dated 7.11.01 [ETH.MESH.03354675] |
| Ethicon Memo: Risk Assessment for Laser Cutting of D'art Gynemesh PS Implants [ETH.MESH.01993598] |
| Ethicon Report, Seven Year Data For Ten Year Prolene11 Study: ERF 85-219 [ETH.MESH.05453719-27] |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Production Materials

| |
|---|
| FDA posting FDA Safety Communication: Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse issued 7.13.11 |
| FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence issued 10.20.08;  Information on Surgical Mesh for Pelvic Organ Prolapse and Stress Urinary Incontinence posted by FDA dated 10.23.08 at bottom; Information on Surgical Mesh for Hernia Repairs posted by FDA dated 10.23.08  [ETH.MESH.02105765-02105771] |
| FDA Statement (2013) Considerations about Surgical Mesh for SUI |
| Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.5315252-65] |
| Gynecare Prolift Pelvic Floor Repair System Physician Learner Profile [ETH.MESH.04181761-2] |
| Gynecare Prolift Pelvic Floor Repair System Total, Anterior and Posterior Pelvic Floor Repair Surgical Technique [ETH-07252 – ETH-7281] |
| Gynecare Prolift Pelvic Floor Repair Systems Procedure DVD [ETH.MES.PM.000032] |
| Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician |
| Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician [ETH.MESH.10220659] |
| Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides [ETH.MESH.08107354] |
| Gynemesh PS IFU [ETH.MESH.02342194-217] |
| Gynemesh PS IFU [ETH.MESH.02342218-49] |
| Gynemesh PS IFU [ETH.MESH.02342250-77] |
| Gynemesh PS IFU [ETH.MESH.02342278-90] |
| History of TVT  [ETH.MESH.03932912-14] |
| History of TVT-O [ETH.MESH.3932909-11] |
| KOL Interview [ETH.MESH.4048515-20] |
| Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT |
| Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT [ETH.MESH.04939001] |
| Letter to Bryan Lisa from Mark M. Melkerson with FDA stamped 5.15.08 re: K071512 Gynecare Prolift with attached 510(k) K071512 [ETH-01363 – 01365] |
| Letter to EWHU Field Sales Force from Price St. Hilaire dated 10.23.06 re: criteria for surgeons being trained for Gynecare Prolift [ETH.MESH.00483252] |
| Letter to Gregory Jones from Celia M. Witten with FDA dated 1.8.02 regarding K013718 Trade name Gynemesh Prolene Soft Nonabsorbable Synthetic Surgical Mesh for Pelvic Floor Repair [ETH.MESH.00031324 – 31325] |
| Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79] |
| London Brown & Gene Kammerer |
| Manuscript Draft: (de Leval) Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out [ETH.MESH.262089-123] |
| Marketing Analysis that Ethicon conducted by interviewing surgeons to get feedback on Prolift [ETH-59475-508] |
| Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Production Materials

| |
|---|
| Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81] |
| Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis [ETH.MESH.1784779-82] |
| Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39] |
| Memo to Customer from Sean M. O'Bryan dated 2.8.05 regarding Gynecare Prolift [ETH.MESH.00031323] |
| Memo to Hospital Materials Managers & or Directors from Gynecare Worldwide Ethicon dated 10.10.02 regarding Gynecare Gynemesh*PS [ETH-18415] |
| Memo to Jennifer Paine, et al from Renee Selman dated 1.16.08 regarding Project Lightning Status ETH.MESH.00081288 – 81289 |
| Mesh Structure Table [ETH.MESH.02212840-42] |
| Patient Brochure [ETH.MESH.03905968-ETH.MESH.03905975] |
| Patient Brochure [ETH.MESH.03905976-ETH.MESH.03905991] |
| Patient Brochure [ETH.MESH.03905992-ETH.MESH.03906000] |
| Patient Brochure [ETH.MESH.03906037-ETH.MESH.03906052] |
| Patient Brochure ETH.MESH.00144270-78 |
| Patient Brochure ETH.MESH.00160615-25 |
| Patient Brochure ETH.MESH.00658421-29 |
| Patient Brochure Pelvic Organ Prolapse, "Get the Facts, Be Informed, Make Your Best Decision." [ETH-00254 – 00261] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17] |
| Patient Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09] |
| Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) [ETH.MESH.01320328-33] |
| Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 [ETH.MESH.02614610-624] |
| PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison |
| PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison London Brown & Gene Kammerer [ETH.MESH.00442129] |
| Profession Education Slide Decks: Prolift [ETH.MESH.03806415] |
| Profession Education Slide Decks: Prolift [ETH-10505 to ETH-10596] |
| Profession Education Slide Decks: Prolift+M [ETH.MESH.02097898] |
| Project Mulberry, Preliminary Clinical Diligence Report [ETH.MESH.1815660-64] |
| Prolene Mesh IFU [ETH.MESH.02342102] |
| Prolene Mesh IFU [ETH.MESH.02342152-54] |
| Prolene Soft IFU [ETH.MESH.02342094-96] |
| Prolene Soft IFU [ETH.MESH.02342097] |
| Prolene Soft IFU [ETH.MESH.02342101] |
| Prolift +M IFU [ETH.MESH.01595614-753] |
| Prolift +M IFU [ETH.MESH.02341954-2093] |
| Prolift +M IFU [ETH.MESH.02615519-658] |
| Prolift +M Patient Brochure [ETH.MESH.03906001-ETH.MESH.03906020] |
| Prolift IFU [ETH.MESH.02001398-473] |
| Prolift IFU [ETH.MESH.02341454-1521] |
| Prolift IFU [ETH.MESH.02341522-89] |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX

Production Materials

| |
|---|
| Prolift IFU [ETH.MESH.02341658-1733] |
| Prolift IFU [ETH.MESH.02341734-809] |
| Prolift IFU [ETH-00295 – 00300] |
| Prolift IFU [ETH-10285-10290] |
| Prolift IFU [ETH-10977-10983] |
| Prolift Professional Education Videos [ETH.MESH.PM.000001] |
| Prolift Professional Education Videos [ETH.MESH.PM.000007] |
| Prolift Professional Education Videos [ETH.MESH.PM.000014] |
| Prolift Professional Education Videos [ETH.MESH.PM.000015] |
| Prolift Professional Education Videos [ETH.MESH.PM.000019] |
| Prolift Professional Education Videos [ETH.MESH.PM.000027] |
| Prolift Professional Education Videos [ETH.MESH.PM.000032] |
| Prolift Professional Education Videos [ETH.MESH.PM.000033] |
| Prolift Professional Education Videos [ETH.MESH.PM.000037] |
| Prolift Professional Education Videos [ETH.MESH.PM.000038] |
| Prolift Professional Education Videos [ETH.MESH.PM.000039] |
| Prolift Professional Education Videos [ETH.MESH.PM.000058] |
| Prolift Professional Education Videos [ETH.MESH.PM.000065] |
| Prolift Professional Education Videos [ETH.MESH.PM.000075] |
| Prolift Professional Education Videos [ETH.MESH.PM.000076] |
| Prolift Professional Education Videos [ETH.MESH.PM.000078] |
| Prolift Professional Education Videos [ETH.MESH.PM.000190] |
| Prolift Professional Education Videos [ETH.MESH.PM.000192] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.00020763] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.00020764] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.00093526-44] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.00093991] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.02232773-801] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.02232854-74] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.02233126-187] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.02233290] |
| Prolift+M Professional Education Slide Decks [ETH.MESH.08117625-26] |
| Prolift+M Professional Education Videos [ETH.MESH.PM.000034] |
| Prolift+M Professional Education Videos [ETH.MESH.PM.000048] |
| Prolift+M Professional Education Videos [ETH.MESH.PM.000092] |
| Prolift+M Professional Education Videos [ETH.MESH.PM.000145] |
| Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 [ETH.MESH.223779-84] |
| Study Report. A systematic review of patient-years of experience in prospective randomized controlled trials (RCTs) in incontinence. May 8, 2012. [ETH.MESH.07246690-719] |
| Summary of Safety and Effectiveness submitted by Bryan Lisa for Gynecare Prolift and Prolift +M [ETH-02005 – ETH-02006] |
| Surgeon's Resource Monograph [ETH.MESH.03460813-84] |
| Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198] |
| Tension-Free Vaginal Obturator Tape (TVOT) – April 30, 2003 – Meeting Report [ETH.MESH.3934952-67] |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Production Materials

| |
|---|
| The History of TVT [ETH.MESH.03932912-14] |
| Transobturator Vaginal Tape Inside-Out (TVT-O): From Development to Clinical Experience [ETH.MESH.823793-806] |
| TVT Brochure [ETH.MESH.08003279-94] |
| TVT Brochure Submission Form [ETH.MESH.00161991-93] |
| TVT IFU [ETH.MESH.02340306-69] |
| TVT IFU [ETH.MESH.02340471-503] |
| TVT IFU [ETH.MESH.02340504-67] |
| TVT IFU [ETH.MESH.03427878-946] |
| TVT IFU [ETH.MESH.05222673-705] |
| TVT IFU [ETH.MESH.05225354-85] |
| TVT IFU [ETH.MESH.2340504-33] |
| TVT IFU [ETH.MESH.3427878-83] |
| TVT O IFU [ETH.MESH.2340902-8] |
| TVT Obturator Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09] |
| TVT Patient Brochure [ETH.MESH.01613143-46] |
| TVT Patient Brochure [ETH.MESH.03458123-38] |
| TVT Patient Brochure [ETH.MESH.03459088-104] |
| TVT Patient Brochure [ETH.MESH.08003173-80] |
| TVT Patient Brochure [ETH.MESH.08003181-96] |
| TVT Patient Brochure [ETH.MESH.08003197-212] |
| TVT Patient Brochure [ETH.MESH.08003215-30] |
| TVT Patient Brochure [ETH.MESH.08003231-46] |
| TVT Patient Brochure [ETH.MESH.08003247-62] |
| TVT Patient Brochure [ETH.MESH.08003263-78] |
| TVT Patient Brochure [ETH.MESH.08003279-94] |
| TVT Patient Brochure [ETH.MESH.19804279-86] |
| TVT Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198] |
| TVT Surgeons Resource Monograph - June 2000 [ETH.MESH.10027307-28] |
| TVT-E IFU [ETH.MESH.05799233-316] |
| TVT-O (Reproducible Vaginal Approach) (TVTO-384-10-8-12)Production 36_000124_4580875_d [ETH.MESH.02330766] |
| TVT-O IFU [ETH.MESH.00860239-310] |
| TVT-O IFU [ETH.MESH.02340756-828] |
| TVT-O IFU [ETH.MESH.02340829-901] |
| TVT-O IFU [ETH.MESH.02340902-73] |
| TVT-O IFU [ETH.MESH.02340974-1046] |
| TVT-R Profession Education Slide Decks |
| Vaginal mesh for pelvic organ prolapsed, MHRA, 11.22.12 |
| Waltregny (2006) Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup [ETH.MESH.3939167-71] |
| |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Company Witness Depositions

**Deponent [Date of Deposition]**
Arnaud, Axel [11.15.12] [11.16.12]
Barbolt, Thomas [8.14.13] [8.15.13]
Gauld, Judi [9.5.12] [9.6.12]
Hinoul, Piet [6.26.13] [6.27.13] [9.18.12] [9.19.12]
Kammerer, Gene [10.17.12]
Lucente, Vincent [11.2.12]
Robinson, David [8.23.12]
Shen, Jessica [9.21.12]
Weisberg, Martin [5.24.12]
Weber, Anne [11.5.12]
Raz, Shlomo [7.25.12] (Trial Deposition)

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Other Materials

| Publically Available |
|---|
| 2001 PowerPoint of 91 day Tissue Integration Study |
| 2009 AUA Guideline for the Surgical Management of Female Stress Urinary I |
| 2010 AUA Update of Guideline on the Surgical Management of Female Stress Urinary I |
| 2011 AUA Foundation - Stress Urinary Incontinence Monograph |
| 2011 ICS Fact Sheet on Stress Urinary Incontinence |
| 2011-Nov. AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary I |
| 2012 AUA SUI – Guideline for the surgical management of female stress urinary incontinence: 2009 update. |
| 2012 Update AUA SUI Guidelines- Appendices A11 and A16 (re Complications) |
| 2012 Update of AUA SUI Guidelines- Appendices A11 and A16 (re Complications) |
| 2013 AUA Position Statement on the Use of Vaginal mesh for the Surgical Treatment of Stress Urinary Incontinence |
| 2013 AUA SUI Patient Guide: 1 in 3 women experience Stress Urinary Incontinence |
| 2013 AUGS Position Statement on Restriction of Surgical Options for Pelvic Floo |
| 2013 FDA Condsierations about surgical mesh for SUI |
| 2013 ICS Factsheets - SUI - p13 Midurethral sling the choice |
| 2013 March - AUGS Position Statement on Restrictions of Surgical Options for PFD FINAL |
| 2013 Revised AUA Position Statement on the Use of Vaginal mesh for the Surgical Treatment of Stress Urinary Incontinence. |
| 2013 Sept. NICE Guideline - Urinary Incontinence: The management of urinary incontinence in women. Issued September 2013. |
| 2014 ACOG/AUGS Committee Opinion No 603 - Evaluation of uncomplicated SUI in women before surgical treatment. 2014 |
| 2014 AUGS FAQ by Providers MUS |
| 2014 AUGS-SUFU MUS Position Statement APPROVED |
| 2014 IUGA Position Statement regarding MUS for SUI |
| 2014 Jan - AUGS-SUFU MUS Position Statement APPROVED 1 3 2014 |
| 2014 July - IUGA Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence |
| 2014 June - Joint ACOG-AUGS Position Statement on uncomplicated Stress Urinary Incontinence - CO 603 |
| 2014 Mar 12 - AUGS SUFU Provider FAQs MUS for SUI |
| 2015 ACOG Practice Bulletin Summary – November 2015 – No. 155 – Urinary incontinence in women. |
| 2015 ACOG Practice Bulletin Summary of 155 - Urinary Incontinence in Women (replaces 63 from June 2005) |
| 2015 ACOG, AUGS Practice Bulletin – November 2015 – No. 155 – Urinary incontinence in women. |
| 2015 ACOG, AUGS Practice Bulletin 155 (replaces 63 from 2005) Urinary Incontinence in Women |
| 5/18/83 "Dear Doctor: letter and reply correspondence. (1983) |
| ACOG - "ACOG Practice Bulletin: Clinical Management Guidelines for Obsterician-Gynecologists" {Number 51} |
| ACOG - "ACOG Practice Bulletin: Clinical Management Guidelines for Obsterician-Gynecologists" {Number 63} |
| ACOG - "ACOG Technical Bulletin: Urinary Incontinence" (Number 213) |
| ACOG (The American College of Obstetricians and Gynecologists) - "Frequently Asked Questions: Surgery for Stress Urinary Incontinence" (FAQ166) |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Other Materials

| |
|---|
| ACOG (The American College of Obstetricians and Gynecologists) - "Frequently Asked Questions: Urinary Incontinence" (FAQ081) |
| ACOG Committee Opinion Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse, Number 513, 12/2011, Vol. 118, No. 6 pgs 1459 – 1464 |
| ACOG Practice Bulletin 63 (Obstet Gyn) Clinical Mgmt Guidelines for Ob-Gyns. Urinary Incontinence in Women. (2005) |
| ACOG Practice Bulletin, Number 63, June 2005 |
| AJOG, Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up |
| Altman Disclosure – Form for Disclosure of Potential Conflicts of Interest SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks |
| An Investigational Study of Swine Models to Evaluate Mesh Contraction and Tissue Integration Over a 13 Week Period |
| AUA (American Urologic Association) - "A Patient's Guide - 1 in 3 Women experience Stress Urinary Incontinence" |
| AUA (American Urological Association) - "A Monograph from the AUA Foundation: Stress Urinary Incontinence" |
| AUA (American Urological Association) - "AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence" October 2013 |
| AUA Foundation (2011) Stress Urinary Incontinence Monograph |
| AUA Guideline for the Surgical Management of Femal Stress Urinary Incontinence: 2009 Update |
| AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence |
| AUA-SUI Pocket Guide for Physicians |
| AUGS (2013) Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders |
| AUGS (American Urogynecologic Society)  - "Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders" |
| AUGS (American Urogynecologic Society) & SUFU (Society of Urodynamics, Female Felvic Medicine and Urogenital Reconstruction) - "Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence" |
| AUGS 2013 Guidelines for Privileging and Credentialing Physicians for Sacrocolpopexy and Pelvic Organ Prolapse. |
| AUGS 29th Annual Scientific Meeting, Meeting Program. Sept 3-6, 2008 |
| AUGS Abstracts (2008) |
| AUGS Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence, published 01/03/2014 |
| AUGS SUFU Provider FAQs – Midurethral slings for stress urinary incontinence. 19. 2014 March 12 |
| AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87) |
| BAUS (The British Association of Urological Surgeons) - "Synthetic Vaginal Tapes for Stress Incontinence" |
| EAU (European Association of Urology) - "EAU Guidelines on Surgical Treatment of Urinary Incontinence" |
| FDA - "Considerations about Surgical Mesh for SUI" |
| FDA - Device Labeling Guidance  March 1991 |
| FDA 2013 Mar - Considerations about Surgical Mesh for SUI |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Other Materials

| |
|---|
| FDA 24 Hour Summary |
| FDA Device Labeling Guidance #G91-1 (blue book memo) |
| FDA Executive Summary |
| FDA Presentation - FDA Perspective on Surgical Mesh for Stress Urinary Incontinence (SUI).  (Nancy Pressly) |
| FDA Public Health Notification - 2008 Oct. 20 |
| FDA Public Health Notification - 2011 July 11 |
| FDA Urogynecologic Surgical Mesh: Update on the Safety and Effectiveness of Transvaginal Placement for Pelvic Organ Prolapse |
| Gynecare Gynemesh PS a new Mesh for Pelvic Floor Repair Early Clinical Experience dated 2003 (8 pgs) |
| http___www.voicesforpfd - AUGS Patient Information: Mesh Information for Patients with Pelivic Floor Disorders |
| ICS (International Continence Society) - "ICS Fact Sheets: A Background to Urinary and Faecal Incontinence" |
| IUGA (International Urogynecological Association) - "Stress Urinary Incontinence: A Guide for Women" |
| IUGA/ ICS AN INTERNATIONAL UROGYNECOLOGICAL ASSOCIATION (IUGA)/ INTERNATIONAL CONTINENCE SOCIETY (ICS) JOINT ERMINOLOGY AND CLASSIFICATION OF THE COMPLICATIONS RELATED DIRECTLY TO THE INSERTION OF PROSTHESES (MESHES, IMPLANTS, TAPES) & GRAFTS IN FEMALE PELVIC FLOOR SURGERY |
| NICE - Urinary Incontinence: The Management of Urinary Incontinence in Women (Issued September 2013) |
| NICE (National Institute for Health and Care Excellence) - "Urinary incontinence: The management of urinary incontinence in women" (clinical guideline 171) |
| OBG Management Best Options, techniques, and coding tips for Pelvic Prolapse Repair. Supplement to OBG Management. September 2007 |
| Physician's Desk Reference, 66th Edition (2012). SYNTHROID. Pg. 550-555 |
| SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks |
| SOGC CLINICAL PRACTICE GUIDELINES. Consensus Guidelines for the Management of Chronic Pelvic Pain. No164, Part one of two, August 2005 |
| Summary of TVT-O Long-Term Studies |
| Update AUA (2012) -SUI Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update - Appendices A11 and A16 (re Complications) |
| Urinary Incontinence in Women. ACOG Practice Bulletin, Nmumber 63, June 2005. Obstet Gynecol 2005; 105:1533-45 |
| Yamamoto, T. Amyloidosis in the skin. Department of Dermatology, Fukushima Medical University. Japan |

| Other |
|---|
| AMS Expert - Wall, Lewis [3/12/2013] deposition |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX
Other Materials

| |
|---|
| 24 hour summary |
| August 25, 2011 Public Citizen's Petition |
| Cook Comments |
| Cook Medical Presentation |
| FDA Executive Summary |
| Lerner Medical Presentation |
| POP Briefing Summation |
| POP Presentation AdvaMed |
| Presentation: New techniques for correcting vaginal apical prolapse: Abdominal sacral colpopexy is still the "gold standard" for this complicated problem. But early results with two minimally invasive procedures show promise for safely managing prolapse. April 15, 2005, Richard Bercik |
| Pressley POP FDA Presentations |
| September 8 and 9, 2011 Agenda |
| September 8 and 9, 2011 Hearing Transcript |
| September 8 and 9, 2011 Panel Questions |
| September 8 and 9, 2011 Roster |
| September 8-9, 2011 FDA AdComm Materials |
| Depositions transcript of Bruce Rosenzweig, MD (Mullins) |
| Depositions transcript of Daniel Elliott, MD (Mullins) |
| Expert report of Bruce Rosenzweig and materials cited in report (Mullins) |
| Expert report of Daniel Elliott and materials cited in report (Mullins) |
| Ulatowski TVT West Virginia MDL Report (Mullins) |
| |

Horbach, Nicolette - Materials List, updated 3.1.16.XLSX

Wave 1 MDL 200

| Expert Reports |
| --- |
| Iakovlev, Vladimir (General) - 1.29.2016 |
| Margolis, Michael Thomas (TVT General) - 2.1.2016 |