# EXHIBIT D

*In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*
USDC So. District of West Virginia at Charleston
Master File No. 2:12-MD-02327

# HORBACH TVT GENERAL REPORT & SOURCES

A. Horbach's General Report re TVT, 02/25/2016

B. Reliance List

C. Sources

1. ACOG and AUGs 2015 Bulletin
2. Aigmueller 2011
3. AUA Position Statement 2011
4. AUA SUI Guidelines 2012
5. AUGs and SUFU Position Statement 2014
6. Barber 2015
7. Birolini 2013
8. Clave 2010
9. Demirci 2001
10. Denis 2004
11. Dmochowski 2010
12. Falconer 2001
13. FDA Position Statement 2013
14. Ford 2015
15. Groutz 2011
16. Heinonen 2012
17. Hou 2014
18. ICS Fact Sheets 2013
19. Kjolhede 1996
20. Kjolhede 2005
21. Kwon 2012
22. Lapitan 2012
23. Laurikainen 2014
24. Lemack 2000
25. Lim 2007
26. Linder 2016
27. Mazouni 2004
28. Milani 2012
29. Moalli 2014
30. Nguyen 2012
31. NICE Guideline 2013
32. Novara 2007
33. Novara 2008
34. Novara 2010
35. Ogah 2011
36. Okulu 2013
37. Olsson 2010

38. Schimpf 2014
39. Serati 2012
40. Shah 2005
41. Svenningsen 2013
42. Tommaselli 2015
43. Unger 2015
44. Wang 2008
45. Weber 2000
46. Welk 2015
47. Woodruff 2008
48. Zyczynski 2012