# EXHIBIT H

# CURRICULUM VITAE

## Nicolette Sigrid Horbach, M.D., FACOG

**PERSONAL DATA**

**Office Address:** Mid-Atlantic Urogynecology and Pelvic Surgery Associates, P.C.
3289 Woodburn Road, Suite 130
Annandale, VA 22003
~~(703) 698-7100~~ 571-389-7140

**Home Address:** 11624 Lake Potomac Drive
Potomac, Maryland 20854
(301) 299-8378

nhorbach@aol.com

**Date of Birth:** July 30, 1956

**Place of Birth:** Seattle, Washington

**EDUCATION**

**Post-graduate:** Certificate in Medical Services Management
Carey School of Business
Johns Hopkins University
Baltimore, Maryland
2011-2012

**Fellowship:** Gynecologic-Urology, Laser and Pelvic Surgery
University of California, Irvine
Women's and Memorial Hospital
Long Beach, California
1986-1987

**Internship/Residency:** Obstetrics and Gynecology
Department of Obstetrics, Gynecology and Reproductive Sciences
University of California, San Francisco Hospitals
San Francisco, California
1982-1986

**Medical School:** Washington University School of Medicine
St. Louis, Missouri
Doctorate of Medicine – 1982

**Undergraduate:** Wellesley College
Wellesley, Massachusetts
Bachelor of Science, Biology,
Magna Cum Laude – 1978
Phi Beta Kappa – 1978

1


EXHIBIT 1
Dr. Horbach

## PROFESSIONAL APPOINTMENTS

**2007-present**  **Clinical Professor**
Department of Obstetrics and Gynecology
George Washington University Medical Center
Washington, D.C.

**2006-present**  **Fellowship Program Director**
Inova Fairfax Hospital Clinical Site
Female Pelvic Medicine and Reconstructive Surgery
National Capital Consortium
Bethesda, MD

**1996-present**  **Physician Partner**
Mid-Atlantic Pelvic Surgery Associates, P.C.
3289 Woodburn Road, Suite 320
Annandale, VA 22003

**1996-2007**  **Associate Clinical Professor**
Department of Obstetrics and Gynecology
George Washington University Medical Center
Washington, D.C.

**1995-1996**  **Associate Professor with Tenure**
**Director, Division of Gynecology, Urogynecology and Reconstructive Pelvic Surgery**
**Co-Director, Center for Pelvic Floor Dysfunction**
Department of Obstetrics and Gynecology
George Washington University Medical Center
Washington, D.C.

**1990-1995**  **Assistant Professor**
**Director, Division of Gynecology and Urogynecology**
**Co-Director, Center for Pelvic Floor Dysfunction**
Department of Obstetrics and Gynecology
George Washington University Medical Center
Washington, D.C.

**1987-1990**  **Assistant Professor**
**Director, Division of Urogynecology**
Department of Obstetrics, Gynecology and Reproductive Sciences
University of California, San Francisco School of Medicine
San Francisco, California

**1986-1987**  **Clinical Instructor**
Department of Obstetrics and Gynecology
University of California, Irvine Medical Center
Orange, California

2

## HOSPITAL PRIVILEGES

- Inova Fairfax Hospital, Fairfax, VA
- Suburban Hospital, Bethesda, MD
- Shady Grove Adventist Hospital, Rockville, MD

## AWARDS

- Annual Resident Faculty Teaching Award
    Department of Obstetrics and Gynecology
    George Washington University Medical Center – 1993, 1998, 2006
- Council on Resident Education in Obstetrics and Gynecology
    National Faculty Award for Excellence in Residency Teaching – 1994
- Annual Resident Clinical Teaching Award
    Department of Obstetrics, Gynecology and Reproductive Sciences
    University of California, San Francisco, School of Medicine – 1989
- Top Doctor, US News and World Report- 2011, 2012
- Top Doctor, Castle Connolly- 2011, 2012
- Top 400 Doctors in America for Women
    Good Housekeeping Magazine- 1997
- Top Doctors, Washingtonian Magazine- 2005, 2008, 2010, 2011, 2012
- Top Doctors, Northern Virginia Magazine- 2009, 2010
- Brookings Award for Medical Student Excellence in Obstetrics and Gynecology-1982

## GRANTS

- "Duloxetine in Women with Mixed Urinary Incontinence"
    Eli Lilly
    Principal Investigator – 2003-6, $208,000
- "Effect of Duloxetine on Valsalva Leak Point Pressure and Quantitative Rhabdosphincter Electromyography Measures in Women With Stress Urinary Incontinence"
    Eli Lilly Boehringer Ingelheim
    Principal Investigator- 2005-6, $48,500
- "A Multi-center Evaluation of the Bladder Neck Support Prosthesis in Females with Genuine Stress Urinary Incontinence and Mixed Urinary Incontinence
    Johnson & Johnson Medical, Inc
    Principal Investigator – 1993-4, $69,500
- "Phase III Clinical Trial of the Freestyle Miniguard Incontinence Device"
    Advanced Surgical Intervention
    Principal Investigator – 1992-4, $ 17,500
- "Terodiline in the Treatment of Urge Incontinence in Elderly Women"
    Forrest Laboratories
    Principal Investigator – 1990, $ 12,700
- "Incidence and Clinical Characteristics of Patients with Low Urethral Pressure and Genuine Stress Incontinence"
    University of California, San Francisco
    Affirmative Action Faculty Development Award
    Principal Investigator – 1987, $13,500

3

## RESEARCH INTEREST

- Epidemiologic Risk Factors for Incontinence and Prolapse in Middle-aged, Perimemopausal and Postmenopausal Women
- Effects of Aging and Hormonal Deficiency on Tissues of the Lower Urinary Tract
- The Effect of Childbirth on the Pelvic Floor

## BOARD CERTIFICATION

- Diplomate National Board of Medical Examiners – 1983
- Diplomate American Board of Obstetrics and Gynecology Board Certified – 1988
  Recertified – 1998, 2009, 2010, 2011, 2012

## PROFESSIONAL SERVICE

### American Board of Obstetrics and Gynecology

| | |
|---|---|
| • Member, Board of Directors | 2004-2007 |
| • Member, Subspecialty Division Committee | 2004-2007 |
| • Member, Maintenance of Certification Exam Committee | 2004-2007 |
| • Member, Credentials Committee | 2005-2007 |
| • Member, Oral Examination Committee | 2005-2007 |
| • Chairman, Committee on Female Pelvic Medicine and Reconstructive Pelvic Surgery Fellowship Accreditation | 2004-2007 |
| • Founding Member, Committee on Female Pelvic Medicine and Reconstructive Pelvic Surgery Fellowship Accreditation | 1994-2003 |
| • Oral Board Examiner | 1995-2009 |
| • Presenter and Panel Moderator, Surgical Treatment Conference on Pelvic Floor Dysfunction – An Initiative for Curriculum Enhancement in Residency Education | 1992 |

### American Urogynecologic Society

| | |
|---|---|
| • President | 1999-2000 |
| • President Elect | 1998-1999 |
| • Vice President | 1997-1998 |
| • Secretary-Treasurer | 1994-1997 |
| • Chairman, Public Relations Committee | 1988-1993 |
| • Chairman, Government Relations Committee | 1997-2002 |
| • Member, Executive Board | 1988-2002 |
| • Member, Scientific Program Committee | 1994-2000 |
| • Member, Public Relations Committee | 1988-1993 |
| • Member, Education Committee | 1988-1993 |
| • Leadership Development Mentor | 2012-present |
| • AUGS Lobbyist to NIA, NIDDK, NICHD | 1997-1999 |
| • AUGS Representative, Testimony before Medicare RUC- Use of Pelvic Floor Electrical Stimulation in the Treatment of Urinary Incontinence | 2000 |

4

- AUGS Representative, Testimony before HCFA-
  Use of Electrical Stimulation for Urinary Incontinence    2000
- AUGS Representative, Testimony before Unites States
  Congressional Health Care Appropriations Committee    2001
- AUGS Representative, Liaison Committee in Obstetrics
  and Gynecology    2000-2004

### American College of Obstetricians and Gynecologists

- Author, Technical Bulletin on Urinary Incontinence    1995
- Author, PRECIS, IV, Urogynecology    1994
- Course Director, ACOG Postgraduate Course, Update in
  Urogynecology    1994
- Member, PROLOG Gynecology Task Force, Third Edition    1992-1993
- Course Director, ACOG 120 Postgraduate Course Annual
  Clinical Meeting, Diagnostic and Operative Urogynecology    1992-1995
- Commentator, ACOG Film Festival    1993
- Liaison to American Board of Obstetrics and Gynecology
  Conference on Pelvic Floor Dysfunction – An Initiative for
  Curriculum Enhancement in Residency Education    1992
- Consultant for Agency on Health Care Policy Research
  Proposal-Clinical Guidelines for Urinary Incontinence    1991
- Discussant, ACOG Update, Evaluation and Treatment of the
  Incontinent Woman    1991

### National Institutes of Health – NIDDK
- Member, NICHD Special Study Section for Pelvic Floor
  Treatment Network    2011
- Member, Multidisciplinary Taskforce for Advancing Research
  in Urinary Incontinence    1994

### Council on Resident Education in Obstetrics and Gynecology
- Course Preceptor, "Teaching Basic Urogynecology to
  Residents- A Hands-On Educational Experience"    1992-96

### American Medical Association
- Consultant, Diagnostic and Therapeutic Technology
  Assessment Program    1992-1997

### Help For Incontinent People (HIP)
- Member, Task Force, Guidelines for Multi-disciplinary
  Continence Clinic Development – A National Model    1994

### Berlex Laboratories
- Member, Berlex Foundation Board of Trustees    1999-2005

### Contemporary OB/GYN
- Member, Editorial Board    2005-2008

5

**Editorial Reviewer**
- Female Pelvic Medicine and Reconstructive Medicine      2010-present
- International Urogynecology Journal                     1989-2010
- Obstetrics and Gynecology                               1990-present
- American Journal of Obstetrics and Gynecology           1990-present
- Journal of Reproductive Medicine                        1991-1996

**Eli Lilly & Company**
- Member, National Advisory Panel on Duloxetine           2001-2005
- Program Chairman, Pri-Med Postgraduate Conference       2002-2003

**Pfizer Company**
- Member, Consultant Panel on Lasofoxifen                 2008

## UNIVERSITY / HOSPITAL SERVICE

**Inova Fairfax Hospital**
- Member, Obstetrics and Gynecology Chairman Search Committee     2010
- Member, Obstetrics and Gynecology Chairman's Advisory Committee     2002-2003

**George Washington University**
- Search Committee, Urology Chairman                      1995-1996
- Operating Room Committee                                1995-1996
- University Faculty Senate Committee on Appointments, Salary and Promotion Policies     1994-1996
- Special Task Force for Department of Obstetrics and Gynecology Strategic Planning     1994-1995
- Chairman, Search Committee Obstetrics and Gynecology Generalist Faculty     1993-1994
- Search Committee, Director GWU Health Plan              1994
- Committee on Physician Reporting                        1992-1994
- Committee on Computer Order Entry                       1992-1994

**University of California, San Francisco**
- Residency Review Committee                              1988-1990

**San Francisco General Hospital**
- Tissue Committee                                        1987-1990
- Committee on Interdisciplinary Practice                 1988-1990
- Laser Safety Committee                                  1989-1990

## SOCIETY MEMBERSHIP

- Fellow, American College of Obstetrics and Gynecology
- American Urogynecologic Society
- Society for Gynecologic Surgeons

6

## NATIONAL PRESS

- Quoted in Prevention Magazine, Glamour Magazine, Cosmopolitan, Parents Magazine, YM Magazine, OB/GYN News, Surgery News

## PEER REVIEW AND INVITED PUBLICATIONS

1. Feig LA, Bellve A, <u>Erickson NH</u>, et al: Sertoli cells contain a mitogenic polypeptide. PNAS 77:4774, 1980.

2. Schneider SB, <u>Erickson NH</u>, Gebel HM, et al: Cutaneous anergy and marrow suppression as complications of gastric surgery for morbid obesity. Surg 94:109, 1983.

3. <u>Horbach NS</u>, Blanco JS, Ostergard DR, et al: A suburethral sling procedure for the treatment of genuine stress incontinence in patients with low urethral closure pressure. Obstet Gynecol 71: 648, 1988.

4. Cornell JS, Bent AE, Ostergard DR and <u>Horbach NS</u>: A prospective study utilizing transdermal scopolamine in the treatment of detrusor instability. Urology 35 (1):96-7, 1989.

5. <u>Horbach NS</u>: Problems in the clinical diagnosis of stress urinary incontinence. J Reprod Med 35:751-7, 1990.

6. <u>Horbach NS</u>. Genuine Stress Incontinence: What is the best surgical approach? Contemp Obstet Gynecol 37:53, 1992.

7. Tabara SO, <u>Horbach NS</u>, Sidawy MK. The one slide papanicoala smear – Is it the answer to reducing the cytology workload. Am J Clin Path 98:356, 1992.

8. <u>Horbach NS</u>. Surgical Management –Vaginal Approach. The American Board of Obstetrics and Gynecology: An initiative for curriculum enhancement in residency education in pelvic floor dysfunction, November 1992, pp39-44.

9. Smith McCune KK, <u>Horbach NS</u>, Dattel B. Clinical correlates of human papillomavirus disease in a pediatric population referred for evaluation of sexual abuse. Adoles and Ped Gynecol 6:20, 1993.

10. Tabara SO, <u>Horbach NS</u>, Sidawy MK. The adequacy of the one-slide cervical smear in the detection of squamous intra-epithelial lesion. Am J Clin Path 101:647-50, 1994.

11. <u>Horbach NS</u>. Urogynecology. Precis V. American College of Obstetricians and Gynecologists, pp234-245, 1994.

12. Horbach NS. Ostergard DR. Predicting intrinsic urethral dysfunction in women with genuine stress incontinence and low pressure urethra. Obstet Gynecol 84, 188-92, 1994.

13. Horbach NS. Urinary Incontinence. Technical Bulletin. American College of Obstetricians and Gynecologists, 1995.

14. Horbach NS. Choosing the appropriate surgery for genuine stress incontinence. Op Tech Gynecol Surg 2:1-4, 1997.

15. Chen AH, Horbach NS. Abdominal Retropubic Urethropexy Procedures. Op Tech Gynecol Surg 2:23-30, 1997.

16. Brubaker L, Harris TA, Gleason D, Newman D, North B, Horbach NS, et al. External urethral barrier for urinary stress incontinence: a multicenter trial. Obstet Gynecol 93: 932-7, 1999.

17. Davila GW, Neal D, Horbach NS, Peacher J, Doughtie JD, Karram MM. A bladder neck support prosthesis for women with stress and mixed incontinence. Obstet Gynecol 93:938-42, 1999.

18. Armitage KB, Bologna RA, Horbach NS, Whitmore KE. Managing recurrent urinary tract infections. Patient Care 33:38-69, 1999.

19. Horbach NS. The effect of stress urinary incontinence on quality of life. Advanced Studies in Medicine, Johns Hopkins University. 3:S1066-8, 2003

20. Horbach NS. New horizons in stress urinary incontinence treatment. Advanced Studies in Medicine, Johns Hopkins University. 4(3C):S225-31. 2004.

21. Horbach NS, Chukta DS. Asking questions, offering answers: women with stress incontinence. Accelmed Newletter Series. 2004.

22. Bent AE, Gousse A, Hendrix SL, Klutke CG, Monga A, Yuen CK, Muram D, Yalcin I, Bump RC, Horbach NS. Duloxetine compared with placebo for the treatment of women with mixed urinary incontinence. Neurourology and Urodynamics 27:212 – 221, 2008

23. Aungst MJ, Friedman EB, von Pechmann WS, Horbach NS, Welgoss JA. De novo stress incontinence and pelvic muscle symptoms after transvaginal mesh repair. Am J Obsetr Gynecol 201:73-7, 2009

24. Warner WB, Vora S, Hurtado EA, Welgoss JA, Horbach NS, von Pechmann WS. Effect of operative technique on mesh exposure in laparoscopic sacrocolpopexy. Female Pelvic Med Reconstr Surg 18(2):113-7, 2012

25. Massengill J, Baker, T, von Pechmann W, <u>Horbach, N</u>, Hurtado, E. Commonalities of genitourinary fistulas after cerclage placement. Female Pelvic Med Reconstruc Surg (in press).

26. <u>Horbach NS</u>. Pelvic Organ Support defects in women with stress incontinence (manuscript in preparation).

## BOOKS

1. Protocols in Office Gynecologic Surgery. Darney PD, <u>Horbach NS</u>, and Korn A., Blackwell Scientific, Cambridge, MA, 1996.

2. Operative Techniques in Gynecologic Surgery. <u>Horbach NS</u>, guest editor, Volume 2, 1997.

## CHAPTERS

1. <u>Horbach NS</u>. "Vaginal Bleeding in the Pediatric Patient" in Pediatric Emergency Medicine: A Clinician's Reference, edited by M. Grossman and R. Dieckmann, Fourth edition, J.B. Lippincott Co., Philadelphia, 1991.

2. <u>Horbach NS</u>. "Suburethral Sling Procedures" in Urogynecology and Urodynamics, edited by D.R. Ostergard and A.E. Bent, Third edition, Williams & Wilkins, Baltimore, 1991.

3. <u>Horbach NS</u>. "Urogynecology" in Office Gynecology, edited by R.H. Glass, Third edition, Williams and Wilkins, Baltimore, pp 163-168, 1993.

4. <u>Horbach NS</u>. "Clinical Laboratory Evaluation of Urologic Problems in Gynecology" edited by G. Willett, First edition, Blackwell Scientific Publications Inc., Cambridge MA, pp 110-112, 1994.

5. <u>Horbach NS</u>. "First-line tests" in The Female Pelvic Floor – Disorders of Function and Support, edited by Saclarides TT and Brubaker LT, FA Davis Publishers, Philadelphia, 1996.

6. <u>Horbach NS</u>. "Urogynecology – General Principles and Diagnosis" in Protocols for Office Gynecological Surgery, Darney PD, <u>Horbach NS</u>, and Korn A, Blackwell Scientific, Cambridge, MA, pp 293-319, 1996.

7. <u>Horbach NS</u>. "Urodynamics" in Protocols for Office Gynecological Surgery, Darney PD, <u>Horbach NS</u>, and Korn A, Blackwell Scientific, Cambridge, MA pp 320-358, 1996.

8. <u>Horbach NS</u>. "Office Treatment of Urologic Dysfunction" in Protocols for Office Gynecological Surgery, Darney PD, <u>Horbach NS</u>, and Korn A, Blackwell Scientific, Cambridge, MA pp 359-387, 1996.

9. Horbach NS. "Laser Treatment of Lower Genital Tract Disease" in Protocols for Office Gynecological Surgery, Darney PD, Horbach NS, and Korn A, Blackwell Scientific, Cambridge, MA pp 425-448, 1996.

10. Horbach NS. "Office Vulvar and Vaginal Surgery" in Protocols for Office Gynecological Surgery, Darney PD, Horbach NS, and Korn A, Blackwell Scientific, Cambridge, MA pp 449-469, 1996.

11. Chen A, Horbach NS. "Anorectal Incontinence: Diagnosis and Therapy" in Advances in Obstetrics and Gynecology, edited by Rock JA and Gant NF, Mosby, Chicago, IL, 1996.

12. Horbach NS. "Suburethral Sling Procedures" in Urogynecology and Urodynamics, edited by Ostergard DR and Bent AE, Fourth Edition, Williams and Wilkins, Baltimore, pp 569-580, 1996.

13. Horbach NS. "Urogynecology" in Glass's Office Gynecology, edited by Curtis M. and Hopkins M. Williams and Wilkins, Baltimore, pp389-416, 1999.

14. Chen A, Horbach NS. "Suburethral Sling Procedures" in Urogynecology, edited by Lentz, GM, Oxford University Press, New York, NY pp 175-190, 2000.

15. Kubic K, Horbach NS. "Suburthral Sling Procedures and Treatment of Complicated Stress Incontinence" in Urogynecology and Pelvic Floor Dysfunction, edited by Bent AE, Ostergard DR, Cundiff GW, Swift SE, Fifth Edition, Lippincott Williams & Williams, Philadelphia, PA, pp 469-494, 2003.

## ABSTRACTS

1. Sertoli cells contain a mitogenic factor, Feig LA, Bellve A, Horbach NS, Klagsbrun M: J Cell Biol 83:220a, 1979.

2. Preliminary report: Gore-tex sling procedure for the treatment of genuine stress incontinence in patients with low urethral closure pressures. Horbach NS, Blanco JS, Ostergard DR, Ben AE, Cornella JL: American College of Obstetricians and Gynecologists, 1987.

3. The low pressure urethra: clinical and urodynamic characteristics. Horbach NS, Bent AE, Ostergard DR, Cornella JL: American College of Obstetricians and Gynecologists, District VIII and IX, 1987.

4. A new suburethral sling procedure for the treatment of genuine stress incontinence in patients with low urethral closure pressure. Horbach NS, Blanco JS, Ostergard DR, Bent AE, Cornella JL: American Urogynecologic Society, 1987.

5. The low pressure urethra: clinical and urodynamic characteristics. Horbach NS, Bent AE, Ostergard DR, Cornella JL: American Urogynecologic Society, 1987.

6. Complications of suprapubic catheter drainage. Horbach NS, Bent AE, Ostergard DR, Cornella JL: American College of Obstetricians and Gynecologists, 1988.

7. A comparison of retropubic urethropexy and suburethral sling procedure for the treatment of low pressure urethra and genuine stress incontinence. Horbach NS, Bent AE, Cornella JL, Ostergard DR: American Urogynecologic Society, 1989.

8. Predicting low urethral pressure patients with stress urinary incontinence. Horbach NS, Bent AE, Ostergard DR, Green JR, Cornella JL: American Urogynecologic Society, 1989.

9. Complications of Needle Suspension Procedures for Genuine Stress Incontinence. Horbach NS: American Urogynecologic Society, 1990.

10. Low Pressure Urethra. Horbach NS: District IV Meeting, American College of Obstetricians and Gynecologists, 1990.

11. Women's knowledge of urinary incontinence. Horbach NS, Urso PJ: American Urogynecologic Society, 1992.

12. The perceived psychological impact of urinary incontinence. Horbach NS, Urso PJ: American Urogynecologic Society, 1992.

13. Women's factual knowledge of urinary incontinence. Horbach NS: International Continence Society, 1993.

14. The perceived psychosocial impact of urinary incontinence. Horbach NS: International Continence Society, 1993.

15. Kegel Exercises: Who knows what. Horbach NS: American Urogynecology Society, 1993.

16. The role of screening urinalysis and culture in the evaluation urinary incontinence. Lieberman D, Horbach NS: American Urogynecologic Society, 1993.

17. External urethral barrier for urinary stress incontinence. Harris T, Gleason D, Norton P, Horbach NS, et al: International Continence Society, Prague, Czechoslovakia, 1994.

18. External urethral barrier for urinary stress incontinence. Harris T, Gleason D, Norton P, Horbach NS, et al: American Urogynecologic Society, Toronto, Canada, 1994.

19. Use of the bladder neck support prosthesis in women with stress and mixed incontinence: A multicenter trial. Davila GW, Neal D, Horbach NS, Peacher F, Doughtie JD, Karram M, Appell R, Scotti R: American Urogynecologic Society, Toronto, Canada, 1994.

20. Improving visualization during retropubic and vaginal surgery. <u>Horbach NS</u>: American Urogynecologic Society, Seattle, WA, 1995.

21. Associated defects of pelvic floor support in women with stress incontinence. <u>Horbach NS</u> and Giegerl E: American Urogynecologic Society, Seattle, WA, 1995.

22. Duloxetine compared with placebo for the treatment of women with mixed urinary incontinence. Bent AE, Gousse A, Hendrix SL, Klutke CG, Monga A, Yuen CK, Muram D, Yalcin I, Bump RC, <u>Horbach NS</u>: American Urogynecologic Society, 2007.

**23.** De novo stress incontinence and pelvic muscle symptoms after transvaginal mesh repair. Aungst MJ, Friedman EB, von Pechmann WS, <u>Horbach NS</u>, Welgoss JA: American Urogynecologic Society, 2008.

## INVITED PRESENTATIONS

1. CO2 Laser Therapy. Techno-Gynecology; Beckman Laser Institute and Medical Center, University of California, Irvine, 1986.

2. Pathophysiology of Stress Incontinence; University of California, Irvine, California, OB/GYN Grand Rounds, 1987.

3. Stress Incontinence; Women's and Memorial Hospital, Long Beach, California, OB/GYN Grand Rounds, 1987.

4. Memorial Reider Laser Symposium in Gynecology, Women's and Memorial Hospital, Long Beach, California, 1987.

5. Management of Stress Urinary Incontinence; University of California, San Francisco, Comprehensive Review Course and Annual Postgraduate Course, San Francisco, California, 1987.

6. Preoperative Evaluation of Urinary Incontinence; Children's Hospital, San Francisco, California, Ob/Gyn Grand Rounds, 1987.

7. Management of Stress Urinary Incontinence; University of California, San Francisco, Ob/Gyn Grand Rounds, 1988.

8. Diagnosis and Management of Urinary Incontinence; Alta Bates Hospital, Berkeley, California, Ob/Gyn Grand Rounds, 1988.

9. Current Management of Genuine Stress Incontinence; University of California, San Francisco, Comprehensive Review and Annual Postgraduate Course, San Francisco, California, 1988.

10. Diagnosis and Treatment of Common Problems in Urogynecology; Special Interest Group, American College of Obstetricians and Gynecologists National Meeting, 1988.

11. Diagnosis and Management of Stress Incontinence; Indications and Techniques of Cystourethroscopy; Annual Postgraduate Course, American Uro-Gynecologic Society, 1988.

12. Problems in Urogynecology; American College of Obstetricians and Gynecologists, Postgraduate Course, Hawaii, 1989.

13. Seminar on Urinary Incontinence; Annual Meeting, Wisconsin Junior Fellow, American College of Obstetricians and Gynecologists, 1989.

14. Update on Stress Incontinence; University of California, San Francisco, Comprehensive Review and Annual Postgraduate Course, San Francisco, California, 1989.

15. Urogynecology; American College of Obstetricians and Gynecologists, Postgraduate Course, New Orleans, Louisiana, 1990.

16. Urinary Retention and Voiding Dysfunction; University of California, San Francisco, Ob/Gyn Grand Rounds, 1990.

17. Benign Diseases of the Vulva; Planned Parenthood Review Course, San Francisco, California, 1990.

18. Urinary Incontinence; Urinary Retention; Osler Institute Obstetrics and Gynecology Review Course, San Francisco, California, 1990.

19. Update on Urogynecology; George Washington University, Obstetrics and Gynecology Grand Rounds, 1990.

20. Seminar in Urogynecology; Santa Clara Valley Medical Center, California, 1990.

21. Essentials of Urodynamics; American Uro-Gynecology Postgraduate Course, Tampa, Florida, 1990.

22. Urogynecology; American College of Obstetricians and Gynecologists, Annual Clinical Meeting Postgraduate Course, San Francisco, 1990.

23. Advanced Urogynecology; American College of Obstetricians and Gynecologists, Annual Clinical Meeting Postgraduate Course, New Orleans, 1991.

24. Urogynecology; 14th Annual Graffagnino-Collins Memorial Lecture, Woman's Hospital, Baton Rouge, Louisiana, 1991.

25. Urogynecology; American College of Obstetricians and Gynecologists, Postgraduate Course, St. Thomas, Virgin Islands, 1991.

26. Pathophysiology of Stress Incontinence; Grand Rounds, Holy Cross Hospital, Maryland, 1991.

27. Surgical Management of Incontinence; Grand Rounds, Inova Fairfax Hospital, Fairfax, Virginia, 1991.

28. Approaches to Urinary Incontinence; Grand Rounds, Rush Presbyterian Hospital, Chicago, Illinois, 1991.

29. Female Urology and Urogynecology; Postgraduate Course, Scottsdale, Arizona, 1992.

30. Management of Pelvic Relaxation; Grand Rounds, Fairfax Hospital, Fairfax, Virginia, 1992.

31. Detrusor Instability; Grand Rounds University of Colorado, Denver, Colorado, 1992.

32. Diagnostic and Operative Urogynecology; American College of Obstetricians and Gynecologists, Las Vegas, Nevada, 1992.

33. Urinary Tract Infections Complicating Pregnancy; Surgical Correction of Genuine Stress Incontinence. Grand Rounds, Temple University, Philadelphia, PA, 1993.

34. Urogynecology, Postgraduate Course for University of Massachusetts, Crested Butte, CO, 1993.

35. Common Urogynecologic Problems. Third Annual Perinatal Nursing Conference, University of Maryland, College Park, MD, 1993.

36. Stress Incontinence. Grand Rounds, Reston Hospital, Reston, VA, 1993.

37. Urologic Disorders in Women of All Ages. Association of Women's Health Obstetric & Neonatal Nurses Meeting, Fairfax, VA, 1993.

38. Pap Smears/Dysfunctional Uterine Bleeding. G.W. University Family Practice Review Course, Washington, D.C., 1993.

39. Diagnostic and Operative Urogynecology. American College of Obstetricians and Gynecologist, Washington, D.C., 1993.

40. Advanced Conventional Surgery, Urogynecology and Operative Hysteroscopy, Washington, D.C., 1994.

41. Fifth Annual Controversies in the Healthcare of Women Symposium, Washington, D.C., 1994.

42. Diagnostic and Operative Urogynecology, American College of Obstetricians and Gynecologists, Orlando, FL, 1994.

43. Visiting Professor, Department of OB/GYN Resident Research Day, Lehigh Valley Medical Center, 1994.

44. Abnormal Pap Smears, Dysfunctional Uterine Bleeding STD's and Contraception, GWU Family Practice Review Course, Washington, D.C., 1994.

45. Urodynamics Postgraduate Course, American Uro-gynecologic Society Annual Meeting, Toronto, Canada, September, 1994.

46. A Defect-Oriented Approach to Pelvic Relaxation and Surgery for Stress Urinary Incontinence, Choosing the Appropriate Operation at the Annual Frank R. Lock Symposium, Bowman Gray School of Medicine, October, 1994.

47. Office Work-up of Female Urinary Incontinence; Non-Drug Therapy for Urinary Incontinence; and Abdominal Urethropexies at the Edward Cantor Symposium on Urinary Incontinence, Cedars Sinai Medical Center, Los Angeles, CA, October, 1994.

48. Office Work-up of Female Urinary Incontinence; Pharmacologic Management of Urinary Incontinence; and Retropubic and Needle Procedures at the University of Rochester, Rochester, NY, October, 1994.

49. Office Evaluation of Lower Urinary Tract Dysfunction and Choosing the Best Surgical Approach for Genuine Stress Incontinence at New England OB/GYN Society Annual Meeting, Boston, MA, November, 1994.

50. Course Director, Urogynecology, ACOG Postgraduate Course, Chicago, IL, November, 1994.

51. Techniques for Cystourethroscopy and Practical Urodynamics – How to Interpret Results, Washington, D.C., 1995.

52. Clinical Evaluation of Urinary Incontinence and Standard Surgical Procedures for Stress Incontinence, Symposiums for the OB/GYN Society of Maryland, Baltimore, 1995.

53. Urodynamic Evaluation of Incontinence Patient and Suburethral Sling Procedures, Mayo Clinic Post-graduate Course on Urogynecology and the Female Pelvic Floor, Phoenix, 1995.

54. 120 ACOG Postgraduate Course: Office Evaluation of Lower Urinary Tract Abnormalities; Vaginal Surgery for GSI; Surgical Choices—Putting it All Together; Clinical Case Management Seminar, 1995.

55. George Washington University Medical Center Family Practice Board Review Course: Dysfunctional Uterine Bleeding; Abnormal Pap Smears; Contraception and Pelvic Infections, 1995.

56. Practical Office Evaluation of Incontinence; Postoperative Complications of Surgery for Urinary Incontinence; and Clinical Case Studies. American College of Obstetricians and Gynecologists, District IV Meeting, Bermuda, 1995.

57. Childbirth and the Pelvic Floor, Thomas Jefferson University Grand Rounds, Philadelphia, Pennsylvania, 1995.

58. Nonsurgical Management of Incontinence; Office and Urodynamic Evaluation of Incontinence; Washington, D.C., 1996.

59. Seminars in Urogynecology, Kaiser, Hospital, San Francisco, CA, 1996.

60. Abdominal Surgery for Stress Incontinence, American College of Obstetricians and Gynecologists Scientific session, Annual Clinical Meeting, Las Vegas, Nevada, 1997.

61. The Best Surgery for Stress Incontinence, Advanced Gynecologic Surgery, Washington, D.C., 1997.

62. How to Manage Urogenital Symptoms. The North American Menopause Society, Boston, Massachusetts, 1997.

63. Evaluation of Urinary Incontinence; Nonsurgical Management of Incontinence; Surgical Management of Incontinence. Southwestern Gynecologic Assembly, Dallas, Texas, 1997.

64. Evaluation and Management of Urinary Incontinence, Fairfax County Medical Society, Fairfax, Virginia, 1997.

65. Urogynecology, Urology and the Future, Society of University Urologists, Chicago, Illinois, 1997.

66. A Defect Oriented Approach to the Diagnosis and Management of Pelvic Relaxation; Evaluation and Treatment of Recurrent Incontinence; Childbirth and Pelvic Floor Dysfunction, Update on OB/GYN, University of Utah, Salt Lake City, Utah, 1998.

67. The Basic Work-up of Stress Incontinence; Contemporary Treatment of Detrusor Instability; Advanced Gynecologic Surgery, Washington, DC 1999.

68. Pathophysiology of Stress Incontinence; Retropubic Operations for Genuine Stress Incontinence; Sling Surgery: Materials and Procedures; Why Incontinence Surgery Fails; Postoperative Complications at Surgical Management of Stress Incontinence, San Diego, California, 1999.

69. Moderator, ABOG and ABU Conference on Fellowship Training in Female Pelvic Medicine and Reconstructive Surgery, Chicago, Illinois, 1999.

70. Pelvic Organ Prolapse- New Approaches to Treatment, Milwaukee Gynecologic Society, Milwaukee, Wisconsin, 1999.

71. Office Evaluation of Lower Urinary Tract Dysfunction; Choosing the Best Surgical Approach for Stress Incontinence, New England Obstetrics and Gynecologic Society, North Haven, Connecticut, 1999.

69. Intrinsic Sphincter Deficiency- what is it and what to do about it; Surgery for Stress Incontinence and Prolapse; Why surgery fails?; A Defect Oriented Approach to Pelvic Organ Prolapse. Eighteenth Annual Kaiser Permanante OB/ GYN Conference, Hawaii, 2000.

70. Evaluation and Treatment of Urinary Incontinence. Ambulatory OB/GYN Nursing, Washington D.C., 2000.

71. To Cut or Not to Cut? Childbirth and Pelvic Floor Disorders, San Francisco Obstetrics and Gynecologic Society, San Francisco, California, 2000.

72. Current concepts in pelvic anatomy and support; The Pre- and Post-partum bladder; Cystocele repair; Vaginal vault prolapse- vaginal repair. Update in Gynecologic Urology in St. Thomas, 2001.

73. Bladder Disorders: Hidden Challenges, Unmet Needs, Dallas, Texas, 2001.

74. Defect Oriented Approach to Pelvic Organ Prolapse; Childbirth and the Pelvic Floor, Management of Urinary Incontinence After Failed Surgery, University of Colorado Post-graduate Course, Vail, Colorado, 2001.

75. Surgery Failed- What Do You Do Now?, Dallas Obstetrics and Gynecologic Society, Dallas, Texas, 2001.

76. Taking Control Over Stress Urinary Incontinence: The NeuroUrology Connection, Baltimore, Maryland, Dallas, Texas, and New York, New York, 2002.

77. Breakthrough Treatment Options for Stress Urinary Incontinence, Washington D.C., Chicago, Illinois, and Dallas, Texas, 2003-2004.

78. Breakthrough Insights into Old Diseases. American College of Obstetricians and Gynecologists. Philadelphia, May 2004.

79. Tutorial for Fellowship Program Directors in FPMRS, Society of Urodynamics and Female Urology Annual Meeting, Grand Bahamas Island, Bahamas, 2006.

80. Visiting Professor, Resident Research Day, Department of Obstetrics and Gynecology, Northwestern University, Chicago, 2006.

81. Childbirth and the Pelvic Floor, Northwestern University Alumni Day Visiting Professor Lecture, Chicago, Illinois, 2006.

82. Avoiding Childbirth Injuries to the Pelvic Floor, Visiting Professor, Morton A. Schiffer Resident Research Day, Stamford Hospital, Stamford, Connecticut, 2006.

83. How to Start a FPMRS Fellowship Training Program, Roundtable Discussion, Society of Gynecologic Surgeons, Tucson, Arizona, 2006.

84. Current Status of Subspecialty Certification in FPMRS, American Uro-Gynecologic Society, Hollywood, Florida, 2007.

85. Update on ABOG/ABU FPMRS Subspecialty Certification, Society of Gynecologic Surgeons, Savannah, Georgia, 2007.

86. Fellowship Program Directors' Tutorial, American Uro-Gynecologic Society, Chicago, Illinois, 2008.

87. Stress Incontinence and Pelvic Organ Prolapse: What You Should Know, Inova Fairfax Hospital, Fairfax, Virginia, 2009.