IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 1 PLAINTIFFS LISTED ON EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DR. CYNTHIA BERGMANN

Plaintiffs hereby seek to exclude certain expert testimony proffered by Defendant Ethicon's expert Cynthia Bergmann, M.D. basis of speculation unsubstantiated by evidence, insufficient training, knowledge and skill, lack of use of reliable methodology, for reasons more fully set forth in the accompanying Memorandum of Law.

Dated: April 21, 2016         Respectfully Submitted,

By:    *s/Fred Thompson III*
Fred Thompson, III
Breanne V. Cope
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
bcope@motleyrice.com
fthompson@motleyrice.com

Jonathan D. Orent
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903

1

Phone: (401) 457-7700
Fax: (401) 457-7708
jorent@motleyrice.com
ffitzpatrick@motleyrice.com

Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

        By:    *s/Fred Thompson III*
                Fred Thompson III
                Motley Rice LLC
                28 Bridgeside Blvd.
                Mount Pleasant, SC 29464
                Phone: (843) 216-9000
                Fax: (843) 216-9450
                fthompson@motleyrice.com