**EXHIBIT B**

NAME: Cynthia A. Bergmann, M.D.

Canterbury Women's Health Care, Inc.



EDUCATION

1. Brookfield Central High School (1968—1971) Brookfield, WI

   Activities: Debate Team, Forensics Team (President; Vice President), Latin Club (President; Secretary), Yearbook, Concert Band, Marching Band, Pep Band

   Honors: National Honor Society, National Merit Scholar Science Fair 1st Place, National Forensics League (Ruby Level), multiple speaking and instrumental awards

2. St. Olaf College (1971—1975) Northfield, Minnesota

   Degree: B.A. Magna Cum Laude
   Majors: Chemistry, Biology, Latin, and Ancient Studies
   Activities: Debate, Forensics, Viking Band, French Horn Club, Lab Assistant in Anatomy & Physiology, Cell Biology, Organic Chemistry, Physical Chemistry, Latin secretary

   Honors: Falk & Bowman Scholarship, Eta Sigma Phi (Classics Society President), Pi Kappa Delta (Forensics Society-Secretary, Vice President), National Oratory Contest —— 2nd Place

3. Medical College Of Wisconsin (1975—1979) Milwaukee, WI
   Degree: M.D.
   Activities: ANSA, ANWA, and Vestry of St. Andrew's Church

   Research:
   1. "Recurrence Rates of Neural Tube Defects", Dept. of Genetics & Pediatric Neurology
   2. "Maternal Infant Bonding", Dept. of Child Psych.

   Awards: National Health Service Corps Scholarship Public Health Service Research Award (1976), Heritage Bank Research Award (1977), Dyke Neurology Award

   Publication: see attached (genetics paper)

INTERSHIP RESIDENCY I

University of Minnesota--University Hospital (1979—1980) Minneapolis, Minnesota

Specialty: Obstetric & Gynecology

## RESIDENCY II

Tulane University Medical School with rotations at Charity Hospital at New Orleans

Huey P. Long Memorial Hospital, Pineville, LA

Lallie Kemp Charity Hospital, Independence, LA (1980—1981)

Tulane Medical Center

## RESIDENCY III

Kaiser Foundation Hospital (March 1983-March 1985) Oakland, CA

1965 CREOG In-service Exam: 97th percentile overall

## OTHER PROFESSIONAL EXPERIENCE

Associate Director of Fresno County Dept. of Health Family Planning Clinic (Jan 1982-March 1983)

Specialty Clinics: Dyplasia, Infertility, Sexual Counseling, and Adolescent Gynecology
Care for Incarcerated Obstetrical Patients

Grants obtained: California Maternal-Child Health Dept. Grant for Perinatal Care

Private Practice: 1985 to Present

Licensure: Louisiana via FLEX exam (1980)
California via National Board Exam (1981)

Certification: American Board of Ob/Gyn (February 1987)
ACGE Certification in Operative Hysteroscopy and Operative Laparoscopy
Suburethral Sling
Pelvic Reconstruction
DaVinci Robotic

UCSF Family Practice Program Clinical Instructor – 1995 to 2002

## PROFESSIONAL ORGANIZATIONS

ACOG Fellow, SRM, AAGL, SLS, CMA, Fresno
Madera Medical Society, Diplomat of the National Board
Of Medical Examiners

## PROFESSIONAL ACTIVITIES

Fresno-Madera Medical Society
    Public Health Committee - 1986-1988
    Professional Relations Committee - 1987-1988
    Membership committee — 1987—1988, Chair 1997-1998
    CHE Committee—1993 -1995
    Finance Committee- 1993 - 1998
    Legislative Committee - 1988-Present
    Executive Committee-1993
    Alternate Delegate - CMA - 1990-1993, 2008
    Delegate – CMA – 1993 to 2002, 2009
    Delegate YPS - 1991-1993
    Chair Fresno-Madera Medical Society YPS - 1991-94
    Secretary—Treasurer-Fresno-Madera Medical Society 1993
    Executive Search Committee, 1994
    Vice President 1994
    President Elect 1995, 2008
    President 1996, 2009
    Immediate Past President 1996, 2010
    MRAC 2003, 2005 – present
    Board of Directors – ad hoc member 2006
    Norcap Rep 2007-present

Fresno Community Hospital
    1986-1990    Ob/Gyn QA
    1967—1990    Advisory Committee
    1988—1989    Tissue & Transfusion
    1989—1991    Cancer Committee

St. Agnes Medical Center
    1987-1988    Ob/Gyn QA
    1988—1990    Medical Records
    1990—1991    Tissue & Transfusion
    1995 Surgical Committee
    1988 Judicial Review Committee

Valley Children's Hospital
    1988—2000 Amnio Advisory Board

Fresno Surgery Center
    2000 - Special Medical Review Committee
    2003 – Credentials Committee

Planned Parenthood of Central California
    1988—1993 – Medical Advisory Board

California Medical Association
    Maternal, Perinatal, Child, and Adolescent Health Advisory Committee 1988-91
    Ad Hoc Committee on Crack Cocaine 1991
    TAC 903—92
    CHA Delegate to AMA—YPS 1992—1993
        Delegation Chair 1992-1993
    CMA YPS Executive Board 1992- 1994
    Chair CMA YPS 1993-1994
    Immediate Past Chair 1994-1995
    Member, Delegation Chairs 1994
    Vice Chair, President's Forum 1995-1996
    Chair, President's Forum, 1996-1997
    Member, Task Force on Future of Organized Medicine, 1997

Reference Committee E member 1993-1995
Committee on Evolving Trends 1993-1994
Member, Re-engineering Task Force 2000-2001

Fresno-Madera Women Physicians Association

Vice President 1989—1990

President 1991-1992

American Medical Association

Alternate Delegate 1996 to 2000

Chair Cal Committee C (Medical Education) 1997-2000

Member, Reference Committee E 1997

Fresno Ob/Gyn Society - Secretary/Treasurer - 1989-1990

Central California Oncology Program Board Member    1989—94

Pharmaceutical Speakers Bureaus

Berlex
Eli Lilly
Pharmacia & Upjohn
Proctor and Gamble
Rhone-Poulenc
Solvay
Warner-Chilcott
Glaxo-Smith-Kline

Trainer

Gynecare Gynemesh

Bass Lake Women's Conference 2001 – Keynote Speaker
"Women's Health through the Ages"

Other

Co-Editor American Hanoverian Stallion Book 1992-1994

Editor, American Hanoverian Stallion Book 1995

American Hanoverian Society

Board Member 1993-1997

Vice-President, AHS – 1995

Bylaws and Grievances Committee, 1993-95

Breeding Technology 1995

Publications, Research, Editorial, and Promotions Committee 1992-93, 97.

Chair, 1994-6.

Executive Search Committee, 1995.

San Joaquin Valley Rose Society

President 2005

Vice-President 2004

Secretary 2003

Rose Show Chair 2002-2005

LECTURES

Gynecologic Embryology
Premenstrual Syndrome/PMDD
Gynecology & Human Sexual Function
Menopause
Infertility
Endometriosis
Laser Therapy
Vaginitis
Teen Pregnancy
Gynecologic Endoscopy
Osteoporosis
Female Incontinence
Hazards of Hysteroscopy
Hysterectomy