# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR EXPERT REPORTS AND TESTIMONY OF DR. BRUCE ROSENZWEIG

Comes now, the Plaintiffs, and hereby designate Dr. Rosenzweig's prior expert reports, attached hereto as Exhibits 1-5[1], as his general expert reports to be used at the discretion of the individual plaintiffs in the cases designated in Wave 1, Wave 2, and any future waves of Ethicon cases designated by the Court.

Dated: December 15, 2015                    Respectfully submitted,

/s/  D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

---

[1] Exhibit 1, Report from *Mullins*, 8/24/15; Exhibit 2, Report from *Carlino*, 6/9/14; Exhibit 3, Report from *Lewis*, 10/14/13; Exhibit 4, Report from *Huskey*, 2/21/14; Exhibit 5, Report from *Ramirez*, 4/24/15.

1

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2015, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

3