Bruce A. Rosenzweig

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,      :Master File No.
PELVIC REPAIR SYSTEM       :2:12-MD-0237
PRODUCTS LIABILITY         :
LITIGATION                 :MDL No. 2327
------------------------------------------------
THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
THE CASES LISTED BELOW   :U.S. DISTRICT JUDGE
------------------------------------------------

| | |
|---|---|
| Mullins, et al. V. Ethicon, Inc., et al. | 2:12-cv-02952 |
| Sprout, et al. V. Ethicon, Inc., et al. | 2:12-cv-07924 |
| Iquinto v. Ethicon, Inc., et al. | 2:12-cv-09765 |
| Daniel, et al. V. Ethicon, Inc., et al. | 2:13-cv-02565 |
| Dillon, et al. V. Ethicon, Inc., et al. | 2:13-cv-02919 |
| Webb, et al. V. Ethicon, Inc., et al. | 2:13-cv-04517 |
| Martinez v. Ethicon, Inc., et al. | 2:13-cv-04730 |
| McIntyre, et al. V. Ethicon, Inc., et al. | 2:13-cv-07283 |
| Oxley v. Ethicon, Inc., et al. | 2:13-cv-10150 |
| Atkins, et al. V. Ethicon, Inc., et al. | 2:13-cv-11022 |
| Garcia v. Ethicon, Inc., et al. | 2:13-cv-14355 |
| Lowe v. Ethicon, Inc., et al. | 2:13-cv-14718 |
| Dameron, et al. V. Ethicon, Inc., et al. | 2:13-cv-14799 |
| Vanbuskirk, et al. V. Ethicon, Inc., et al. | 2:13-cv-16183 |

SEPTEMBER 22, 2015
BRUCE A. ROSENZWEIG, M.D.

Bruce A. Rosenzweig

```
 1      CAPTION CONTINUED:
 2      Mullens, et al. V.              2:13-cv-16564
 3      Ethicon, Inc., et al.
        Shears, et al. V.              2:13-cv-17012
 4      Ethicon, Inc., et al.
        Javins, et al. V.             2:13-cv-18479
 5      Ethicon, Inc., et al.
        Barr, et al. V.               2:13-cv-22606
 6      Ethicon, Inc., et al.
        Lambert v. Ethicon,           2:13-cv-24393
 7      Inc., et al.
        Cook v. Ethicon, Inc.         2:13-cv-29260
 8      Stevens v. Ethicon,           2:13-cv-29918
        Inc., et al.
 9      Harmon v. Ethicon, Inc.       2:13-cv-31818
        Snodgrass v. Ethicon,         2:13-cv-31881
10      Inc., et al.
        Miller v. Ethicon, Inc.       2:13-cv-32627
11      Matney, et al. V.             2:14-cv-09195
        Ethicon, Inc., et al.
12      Jones, et al. V.              2:14-cv-09517
        Ethicon, Inc., et al.
13      Humbert v. Ethicon,           2:14-cv-10640
        Inc., et al.
14      Gillum, et al. V.             2:14-cv-12756
        Ethicon, Inc., et al.
15      Whisner, et al. V.            2:14-cv-13023
        Ethicon, Inc., et al.
16      Tomblin v. Ethicon,           2:14-cv-14664
        Inc., et al.
17      Schepleng v. Ethicon,         2:14-cv-16061
        Inc., et al.
18      Tyler, et al. V.              2:14-cv-19110
        Ethicon, Inc., et al.
19      Kelly, et al. V.              2:14-cv-22079
        Ethicon, Inc., et al.
20      Lundell v. Ethicon,           2:14-cv-24911
        Inc., et al.
21      Cheshire, et al. V.           2:14-cv-24999
        Ethicon, Inc., et al.
22      Burgoyne, et al., V.          2:14-cv-28620
        Ethicon, Inc., et al.
23      Bennett, et al., V.           2:14-cv-29624
24      Ethicon, Inc., et al.
```

Bruce A. Rosenzweig

1                        —   —   —

                    SEPTEMBER 22, 2015

2                        —   —   —

3

4           The deposition of BRUCE A. ROSENZWEIG,

5    M.D., called for examination, taken pursuant

6    to the Federal Rules of Civil Procedure of the

7    United States District Courts pertaining to the

8    taking of depositions, taken before JULIANA F.

9    ZAJICEK, CSR No. 84-2604, a Certified Shorthand

10   Reporter of said State of Illinois, at the offices

11   of Wexler Wallace LLP, Suite 3300, 55 West Monroe

12   Street, Chicago, Illinois, on September 22, 2015,

13   at 10:05 a.m.

14

15

16

17

18

19

20

21

22

23

24

Bruce A. Rosenzweig

Page 10

1                    (WHEREUPON, the witness was duly

2                    sworn.)

3                    BRUCE A. ROSENZWEIG, M.D.,

4      called as a witness herein, having been first duly

5      sworn, was examined and testified as follows:

6                         EXAMINATION

7      BY MR. SNELL:

8          Q.    Good morning, Dr. Rosenzweig.  How are you

9      doing?

10         A.    Good morning, sir.  Just fine.  Thank you.

11         Q.    I'm here to take your deposition in the

12     Mullins case which is a multi-plaintiff case currently

13     pending in the Ethicon MDL.

14                    You are aware of that, right, Doctor?

15         A.    Yes.

16                    (WHEREUPON, a certain document was

17                    marked Rosenzweig Deposition Exhibit

18                    No. 1, for identification, as of

19                    09/22/2015.)

20     BY MR. SNELL:

21         Q.    And I've handed you Exhibit No. 1 which I

22     will represent to be your Notice of Deposition.

23                    Have you seen this document before, sir?

24         A.    Yes, I have.

Bruce A. Rosenzweig

1    **Q.**    Okay. So which one were you talking

2    about?

3    **A.**    I was talking about the an Lynette study,

4    but if you want to talk about the Okulu study, yes,

5    that was Ultrapro versus GYNEMESH PS for a sling and

6    there were fewer erosions in the -- with the sling

7    made of Ultrapro.

8    **Q.**    So the study you were referencing was

9    which one?

10   **A.**    It's the Lynette, part of the Milani

11   papers.

12   **Q.**    Is that identified in your report?

13   **A.**    Is that on this reliance list?  No, not

14   that I'm aware of.

15   **Q.**    The Okulu study which is the one that I

16   thought you were talking about, that's the one that

17   looked at Vypro, Ultrapro and Prolene Soft, right?

18   **A.**    Right, and you and I have had a discussion

19   about why Vypro has significant --

20   **Q.**    So I don't have to ask you that again.

21   **A.**    Excellent.

22   **Q.**    But we can agree that in Okulu they did

23   not use the TVT retropubic device, correct?

24   **A.**    That is correct.

Bruce A. Rosenzweig

Page 115

1      Q.      They didn't use sheaths, correct?

2      A.      That is correct.

3      Q.      They didn't place it tension-free,

4   correct?

5      A.      If you have the Okulu study, I'd -- to

6   look at, I can answer that question about tension.

7      Q.      Do you recall they tied the sutures off up

8   top in the Okulu study in the way that they performed

9   that placement?

10     A.      Just by tying the sutures that doesn't

11  mean that it was placed under tension.

12     Q.      Let's give him the study just so we are

13  clear.

14                     (WHEREUPON, a certain document was

15                      marked Rosenzweig Deposition Exhibit

16                      No. 4, for identification, as of

17                      09/22/2015.)

18  BY MR. SNELL:

19     Q.      So on page 219 of Exhibit 4, the Okulu

20  study, they report on their operative technique,

21  correct?

22     A.      That is correct.

23     Q.      And there are a lot of differences between

24  that technique and the TVT retropubic technique,

Bruce A. Rosenzweig

Page 116

1    correct?

2        **A.**    That is correct, but it does not say that

3    they placed it under tension.

4        **Q.**    Including, let's see, they made an

5    A-shaped incision -- inverted A-shaped incision to the

6    interior vaginal wall, correct?

7        **A.**    That is correct.

8        **Q.**    You don't do that with the TVT, correct?

9        **A.**    That is correct.

10       **Q.**    And then they made some patch that was 3

11   by 4 centimeters in most patients, correct?

12       **A.**    That is correct.

13       **Q.**    And that is not done with the TVT,

14   correct?

15       **A.**    That is correct.

16       **Q.**    And if we look down, it talks about all of

17   the different tools and Kishner needles, prolene

18   sutures that were used, correct?

19       **A.**    Yes.

20       **Q.**    What are Kishner needles and how do they

21   compare to Stamey needles that I've heard of?

22       **A.**    I have not used a Kishner needle, but I

23   would assume that it was similar to a Stamey needle.

24       **Q.**    It says, "After confirmation that the

Bruce A. Rosenzweig

Page 117

1    bladder and urethra were normal, the prolene sutures

2    were ligated crosswise in the suprapubic region,"

3    correct?

4         A.    That is correct.

5         Q.    What does that mean?

6         A.    That the sutures were tied to one another.

7         Q.    Up top in the -- above the rectus fascia?

8         A.    That is correct.

9         Q.    "Special attention was paid not to create

10   much tension on the mesh material."

11              Do you see that?

12        A.    That is correct.

13        Q.    Do you know what methodology they would

14   have used to not create much tension on the mesh

15   material when they utilized the tying off of the

16   prolene sutures?

17        A.    It was probably the similar methodology

18   used to avoid tension with the TVT.

19        Q.    Dr. Blaivas testified that when he does

20   his autologous slings, he'll put a single finger

21   breadth and tie the sutures over top.

22              Do you recall seeing that?

23        A.    Yes.

24        Q.    Is that how -- withdrawn.  I think you and

Bruce A. Rosenzweig

Page 154

1      **A.**     We can go to page 4 and 5 where in general

2   my expert opinions can be summarized as following.

3      **Q.**     So we have numbered paragraphs with

4   letters A, B, C, D, E, F on page 4, carrying over G,

5   H, I, J page 5, correct?

6      **A.**     That is correct.

7      **Q.**     And that's a summary of your opinions?

8      **A.**     That is correct.

9      **Q.**     In your opinion should Ethicon's TVT

10   retropubic device be significantly changed or modified

11   in its design?

12      MR. CARTMELL:  Object to the form.

13   BY MR. SNELL:

14      **Q.**     And if you have such an opinion, tell me

15   how it should be changed?

16      **A.**     The use of a -- and we are talking about

17   an embodiment of something that is currently available

18   on the market, right?

19      **Q.**     No.

20      **A.**     So the design should be a device that uses

21   a partially absorbable mesh with -- such as Ultrapro

22   which has been shown to have less stiffness, large

23   enough pore size, light enough weight to decrease the

24   risk of the -- long-term risks of the procedure to a

Bruce A. Rosenzweig

Page 155

1    level where the risk/benefit analysis is not

2    significantly skewed to the risk.

3        **Q.**    How many studies are there that you are

4    aware of that analyzed the TVT retropubic device with

5    the meshes currently in it?

6        **A.**    How many studies are there?

7        **Q.**    Yes, sir.

8        **A.**    There are a lot.

9        **Q.**    How many randomized control trials are

10   there for the TVT retropubic device using the prolene

11   polypropylene mesh?

12       **A.**    High quality, long term?

13       **Q.**    No, no, altogether.

14       **A.**    Altogether, over 100.

15       **Q.**    Okay.  And now, so how many of those TVT

16   retropubic device randomized control trials do you

17   believe are high quality?

18       **A.**    If you look at the assessment of the

19   literature that's out there, the majority are of a

20   moderate quality to low quality.  They are short-term

21   studies.  They have a low number of subjects in each

22   of the groups.  They are looking mostly at efficacy.

23   Safety is not a primary endpoint for any of the

24   long-term studies that I have seen.  They are all

Bruce A. Rosenzweig

Page 174

1    believed that the design of TVT should have used a

2    partially absorbable mesh like Ultrapro, correct?

3        **A.**    That's an embodiment, yes.

4        **Q.**    And what clinical studies in women for the

5    application of stress incontinence, if any, are you

6    relying on for that statement?

7        **A.**    We have the Okulu study which used

8    Ultrapro and showed to have a higher success rate,

9    lower complication rate, than a stiffer, smaller pore,

10   heavier weight mesh.  You -- the -- work from the

11   Moalli group, there were multiple studies on mesh

12   stiffness showing the complications associated with a

13   stiffer mesh.  There are more complications associated

14   with a heavier weight mesh.  There are more

15   complications associated with a smaller pore mesh.

16   So, if you design a mesh that is lighter weight,

17   larger pore, less stiff, smaller filament size, you

18   will have fewer complications and have a better

19   risk/benefit ratio.

20       **Q.**    How many randomized control trials are you

21   aware of that have evaluated Ultrapro and the intended

22   use of stress urinary incontinence?

23       **A.**    There is the Okulu study.

24       **Q.**    So one study?

Bruce A. Rosenzweig

Page 175

1      **A.**     That is correct.

2      **Q.**     And that's the Okulu study we discussed

3      earlier today?

4      **A.**     That is correct.

5      **Q.**     That was in 2003?

6      **A.**     Yes.

7      **Q.**     So for your statement that the lighter

8      weight, larger pore mesh should have been used, you

9      can cite to a single clinical study in women with the

10     application of stress urinary incontinence, the Okulu

11     study?

12         MR. CARTMELL:  Object to the form.

13     BY THE WITNESS:

14     **A.**     Well, there are other studies showing the

15     why you would move to a -- in a pelvic floor

16     application to a larger pore, lighter weight, smaller

17     filament, less stiff mesh.

18     BY MR. SNELL:

19     **Q.**     But the larger pore, lighter weight, less

20     stiff theory that you are talking about has only been

21     tested in one study you can point me to for the

22     application of stress urinary incontinence?

23         MR. CARTMELL:  Object to the form.

24     BY MR. SNELL:

Bruce A. Rosenzweig

Page 176

1        **Q.**     Correct?

2        **A.**     Specifically for stress urinary

3    incontinence, yes, but for -- but to show why that is,

4    there are multiple studies that show why it's

5    advantageous in the pelvic floor to have a larger

6    pore, lighter weight, less stiff mesh because of

7    processes that lead to cell death, that lead to smooth

8    muscle dysfunction, that lead to more erosions, that

9    lead to more complications.

10       **Q.**    The Moalli papers you are referring to are

11   not in women who received Ultrapro and who received

12   Ultrapro for stress urinary incontinence and were

13   followed over one or more years, correct?

14       **A.**    The multiple studies by the Moalli group

15   that looks at the stiffness of mesh and the

16   consequence of stiffness of mesh are in an animal

17   model.  There is basic science research that shows the

18   difference between the stiffness of mesh.  There are

19   multiple other clinical studies that show the decrease

20   in complications associated with a lighter weight,

21   larger pore mesh compared to a medium weight, smaller

22   pore mesh.

23       **Q.**    And just so I'm clear, all of the Moalli

24   papers you cited are animal model papers?

Golkow Technologies, Inc. - 1.877.370.DEPS

Bruce A. Rosenzweig

Page 177

1      A.      That is correct, the half a dozen or more

2   are animal model papers, yes.

3      Q.      Chimpanzees, rabbits, any specific

4   species, monkeys?

5      A.      No.  They are upper level primates.

6      Q.      In the hierarchy of evidence, where do

7   animal studies fit in compared to prospective

8   randomized control trials in women or prospective

9   observational cohorts or retrospective or prospective

10  epidemiologic observational studies or case series in

11  women?

12     A.      If you are looking at a risk and you are

13  trying to answer what is the mechanism behind the

14  risk, then using an animal model is the most

15  appropriate way to find that.

16     Q.      There can be differences in findings for

17  animals across the species, correct?

18     A.      Yes, but the use of an upper level primate

19  would be the closest to looking at the basic science

20  in a female.

21     Q.      What is the basis for that statement?

22     A.      It's -- they are the closest species to us

23  as far as our genetic makeup, our bipedal mobility, so

24  that if you are -- you know, if you are going to use

Bruce A. Rosenzweig

Page 178

1    an animal model, using an upper level primate would be

2    the closest model that we have to using it in humans.

3         **Q.**    You mentioned other studies utilizing the

4    lighter weight, larger pore mesh.  I take it you were

5    referring to prolapse or hernia studies?

6         **A.**    Well, all of the slings that --

7    midurethral slings that are currently on the market,

8    just like the SPARC that we were talking about before,

9    SPARC just like the TVT retropubic is a heavy weight,

10   small pore stiff mesh.  So, therefore, because there

11   is a slight difference in the erosion rate between

12   SPARC and TVT, it is still a heavy weight, stiff,

13   small-pore mesh just like the TVT and, therefore, will

14   have the same defect of a heavy weight, small pore,

15   stiff mesh as the TVT.

16        **Q.**    Now, I thought you have testified under

17   oath before that the laser cut form of cutting the TVT

18   mesh leads to a stiffer mesh?

19        **A.**    No.  It in- -- well, it does increase the

20   stiffness of an already stiff heavyweight mesh.

21        **Q.**    And you've also testified that a laser cut

22   TVT mesh has a higher risk of exposure, correct?

23        **A.**    The laser cut TVT compared to the

24   mechanical cut TVT does have a higher rate of

Bruce A. Rosenzweig

Page 179

1    exposure.

2        **Q.**    And you're familiar with prolapse studies

3    using Ultrapro mesh that found exposure rates of

4    upwards of 14 to 15 percent, correct?

5        **A.**    When Ultrapro --

6        **Q.**    That's a yes or no.  Are you aware of

7    those studies or no?

8        MR. CARTMELL:  Let him answer and then you

9    can --

10       MR. SNELL:  No, no, no.  I'm going to ask

11   because this is going to the judge.

12   BY MR. SNELL:

13       **Q.**    I'm going to ask you for a yes or no and

14   then you can explain all you want to.  I'm just

15   saying, you're aware?

16       **A.**    I'm aware of a Milani study that showed a

17   10 percent risk of erosion with Ultrapro.

18       **Q.**    Are you aware that when they reported the

19   median term outcomes that the rate of exposure was

20   greater than 14 percent in that same cohort using

21   Ultrapro for a different application?

22       **A.**    That is correct.

23       **Q.**    Okay.

24       **A.**    However, when head-to-head Ultrapro with

Bruce A. Rosenzweig

Page 180

1    GYNEMESH PS, there were half of the erosions with

2    Ultrapro.

3        MR. SNELL:  Let's take a break.  I think we are

4    moving things along here.

5                    (WHEREUPON, a recess was had

6                    from 3:15 to 3:33 p.m.)

7    BY THE WITNESS:

8        A.    Before we get started, I think I might not

9    have completely understood your question about the

10   design and, you know, obviously what I would design

11   out are the things that I've outlined in my report,

12   the roping, fraying, curling, degradation, contraction

13   of the mesh.

14            Now, obviously the best way to do that is

15   with the alternatives that I've been describing, the

16   Burch procedure, the pubovaginal sling procedure.  If

17   it was a -- I mean, I used Ultrapro as an example

18   since that is an example that is on the market.

19   Obviously in order to justify the use of a

20   polypropylene-based product like Ultrapro, there would

21   have to be a significant amount of research to be able

22   to make sure that the amount of polypropylene that's

23   leftover in Ultrapro, it is large -- a lighter weight,

24   larger pore, smaller filament size is "biocompatible"

Bruce A. Rosenzweig

Page 181

1    with tissue.

2             If you look at a single suture of

3    polypropylene, that is probably below the minimal

4    amount of polypropylene that is biocompatible with the

5    body, just like when you look at flu vaccines, a flu

6    vaccine has heavy metals in it, such as mercury and

7    others.  There is a minimal amount of -- of things

8    like heavy metals and other toxic substances that is

9    still biocompatible, even though at higher levels it

10   becomes bioincompatible.

11            And, so, therefore, there would need to be

12   a significant amount of research to look at the --

13   whether the amount of polypropylene in Ultrapro is

14   still at the level of biocompatibility.  The research

15   does seem to show that it is, as we've talked about

16   before in other depositions, but that would also need

17   to have, you know, a significant amount of research to

18   be able to say if that is the case.

19   BY MR. SNELL:

20       Q.    Well, you and I both know from looking at

21   the literature that there can be exposures and

22   dyspareunia with the Ultrapro mesh followed in women

23   implanted with that mesh for pelvic floor indications,

24   specifically pelvic organ prolapse, right?

Bruce A. Rosenzweig

Page 182

1      **A.**      That is correct.

2      **Q.**      And what is the minimum amount of prolene

3   polypropylene that is biocompatible?

4      **A.**      Well, again, we know that heavyweight,

5   small pore, large filament mesh that curls, degrades,

6   ropes, frays is not biocompatible.  A single suture of

7   polypropylene is biocompatible.  So there is in

8   between that a level of polypropylene that would be

9   minimal enough to be biocompatible.

10      **Q.**      So my question is:

11           What is the minimal amount of prolene

12   polypropylene that is biocompatible?  And if you know

13   that, what is the methodology by which you have -- you

14   can identify for me that minimum amount?

15      **A.**      Well, the methodology would be the

16   risk/benefit analysis that shows the least amount of

17   risk for the benefit.  From what I see with Ultrapro,

18   the studies that look at the stiffness of Ultrapro,

19   that look at the percentage of complications being

20   half of that of the next category of weight would show

21   me that Ultrapro comports with that biocompatibility.

22      **Q.**      So the Ultrapro mesh regardless of its

23   size to you is biocompatible, correct?

24      **A.**      The -- irregardless of the size?

Bruce A. Rosenzweig

1     **Q.**    Yes.

2     **A.**    Of the amount of mesh?

3     **Q.**    Yes.

4          MR. CARTMELL:  Objection.

5     BY THE WITNESS:

6          **A.**    Well, we are talking about using it as a

7     sling.

8     BY MR. SNELL:

9          **Q.**    No, no, no.  My question was:

10              What is the minimum amount of prolene

11    polypropylene that is biocompatible?

12         **A.**    As a sling.

13         **Q.**    No, no.

14              I want to know what's the minimum amount

15    of prolene polypropylene that is biocompatible in the

16    body?

17         MR. CARTMELL:  Well, he is testifying about

18    slings.

19         MR. SNELL:  Hold on.  Don't do a speaking

20    objection.

21    BY MR. SNELL:

22         **Q.**    Because I'm asking that because you said

23    two things.  You said we have essentially two ends of

24    the spectrum.  A single polypropylene suture, yes, I

Bruce A. Rosenzweig

Page 184

1    believe that's biocompatible.  The mesh, and you keep

2    talking about heavyweight, large pore, small pore

3    mesh, no, that's not.  I want to know where is it

4    that -- what is the minimum amount of prolene

5    polypropylene that is biocompatible?

6        **A.**    For a sling?

7        **Q.**    No.  This is in the body in general

8    because you've now raised two different spectrum.

9    Because the sling doesn't use the prolene suture by

10   itself, right?

11       **A.**    That is correct.  You have a --

12       **Q.**    And then for the other end --

13       **A.**    -- you have hundreds of yards of

14   polypropylene.

15       **Q.**    The other end of the spectrum, you were

16   referring to prolapse or hernia mesh or some other

17   application, right?

18       **A.**    I was looking at that as a sling

19   application.

20       **Q.**    Okay.  Fine.

21            So between the spectrum then, can you tell

22   me, what is the minimum amount of prolene

23   polypropylene that's biocompatible?

24       **A.**    Somewhere at the level of Ultrapro or less

Bruce A. Rosenzweig

Page 185

1    as a sling.

2        Q.    And so what clinical studies in women

3    allow you to make that statement for the application

4    of stress incontinence besides the Okulu that we've

5    already talked about?

6        A.    And all of the other research about

7    Ultrapro as a -- being implanted in both the female

8    pelvis and in animal models.

9        Q.    There is no randomized control trials

10   comparing TVT to Ultrapro in the application of TVT's

11   treatment of stress incontinence, right?

12       A.    That is correct.

13       Q.    You've never used Ultrapro as a sling to

14   treat stress incontinence?

15       A.    That is correct.

16       Q.    There are no long-term studies utilizing

17   Ultrapro in women to treat stress urinary

18   incontinence, correct?

19       A.    Long-term, the Okulu study I think it was

20   three years.

21       Q.    So I would be correct that there are no

22   long-term studies utilizing Ultrapro in the treatment

23   of stress urinary incontinence, correct?

24       A.    That is correct.

Bruce A. Rosenzweig

Page 198

1    you testified actually to a California jury that a

2    stiffer laser cut mesh can lead to more retention.

3              Do you recall that?

4         A.    If that's what I stated, yes.

5         Q.    That's an opinion you hold, correct?

6         A.    If that's what I stated, yes.

7         Q.    Can you say to a reasonable degree of

8    medical certainty that laser cut mesh is safer than

9    mechanically cut for the application of stress urinary

10   incontinence treatment?

11        A.    Mechanical cut mesh ropes, frays, curls,

12   has particle loss associated with it.  It twists.  It

13   has sharp edges.  Laser cut mesh is stiffer than

14   mechanical cut mesh but it also contracts, degrades,

15   undergoes a chronic foreign body reaction, chronic

16   inflammation.  They both have different harms that are

17   caused by the cutting process.

18        MR. SNELL:  I'm going to have to move to strike.

19              Can you read back my question?

20   BY MR. SNELL:

21        Q.    And if you can answer it yes or no and

22   then explain.

23                   (WHEREUPON, the record was read

24                    by the reporter as requested.)

Bruce A. Rosenzweig

Page 199

1    BY THE WITNESS:

2         **A.**    It is safer because it does not rope,

3    fray, curl and have particle loss.

4    BY MR. SNELL:

5         **Q.**    And what's your methodology for that

6    statement?

7         **A.**    The methodology for that statement is my

8    clinical experience with mechanical cut mesh, the

9    materials that I've reviewed in this litigation,

10   internal documents, the documents that discuss the

11   decrease in the roping, fraying, curling associated

12   with laser cut mesh that was documented in the

13   internal documents that I reviewed.

14        **Q.**    What clinical studies in women for the

15   application of stress urinary incontinence show that

16   laser cut mesh is safer than mechanically cut mesh?

17        **A.**    As far as roping, fraying, curling?

18        **Q.**    So maybe my question wasn't clear.

19             What clinical studies in women for the

20   application of stress urinary incontinence show that

21   the laser cut mesh is safer than the mechanically cut

22   mesh in TVT?

23        **A.**    As it relates to roping, fraying, curling

24   and particle loss?

Bruce A. Rosenzweig

Page 200

1      **Q.**     At all.  Because roping, fraying, curling,

2    particle loss are not complications, are they?

3      **A.**     No.  They cause erosion, pain and

4    dyspareunia.

5      **Q.**     Right.  And you already told me before

6    laser cut mesh has a higher risk of erosion than

7    mechanical cut mesh, right?

8      **A.**     Because it is stiffer, yes.

9      **Q.**     Right.  So that leaves pain and

10   dyspareunia, correct?

11     MR. CARTMELL:  Object to form.

12   BY THE WITNESS:

13     **A.**     Well, mechanical cut mesh causes erosion

14   for a different reason than laser cut mesh.

15   BY MR. SNELL:

16     **Q.**     Right.  So what studies in women show that

17   the mechanical cut mesh has a higher rate of erosion

18   than the laser cut?

19     **A.**     When laser cut is compared to the

20   mechanical cut mesh in the Hinoul, H-i-n-o-u-l, TVT

21   study, there was a higher rate of erosion than the

22   laser cut mesh.

23     **Q.**     So my question was:

24          What studies in women for the stress

Bruce A. Rosenzweig

Page 201

1    incontinence application showed that mechanically cut

2    mesh leads to more erosions than laser cut mesh?

3         **A.**    The only study that directly compared

4    laser cut mesh with mechanical cut mesh showed a

5    higher rate of erosion in the laser cut mesh.

6         **Q.**    Okay.  What clinical studies in women for

7    the application of stress incontinence show a

8    statistically significant higher rate of pain seen

9    with the mechanically cut mesh compared to the laser

10   cut TVT mesh?

11        MR. CARTMELL:  Can you restate that?  I

12   apologize.

13        MR. SNELL:  I'm going to have her read it back

14   because I think it's a good question.

15                  (WHEREUPON, the record was read

16                   by the reporter as requested.)

17   BY THE WITNESS:

18        **A.**    Besides the one study that I referenced,

19   there are no known direct comparisons between laser

20   cut mesh and mechanical cut mesh that looks at safety

21   outcomes.

22   BY MR. SNELL:

23        **Q.**    What one study are you referencing?

24        **A.**    The Hinoul study in the Journal of

Bruce A. Rosenzweig

Page 202

1    Urology.

2        **Q.**    The Hinoul study did not show mechanically

3    cut TVT mesh had a higher rate of pain than the laser

4    cut mesh, correct?

5        **A.**    Well, you were looking at an obturator

6    sling versus a mini-sling, and so there would be --

7    there was higher pain associated with the obturator

8    sling, which was the mechanical cut mesh.

9        **Q.**    Let me restate.

10        The Hinoul study that you referenced as

11    the only study that you are aware of is a

12    transobturator versus TVT-Secur mini-sling randomized

13    trial, right?

14        **A.**    That is correct.

15        **Q.**    Okay.  So for the application of the TVT

16    retropubic device, am I correct that you are not aware

17    of any randomized control trials in women looking at

18    stress urinary incontinence that show a statistically

19    significant higher rate of pain for the mechanically

20    cut TVT compared to a laser cut TVT?

21        **A.**    That is correct, and the reason for that

22    is it was not studied in women.  Doctors were told

23    that mechanical cut mesh and laser cut mesh were the

24    same.  There were no clinical studies to show whether

Bruce A. Rosenzweig

Page 203

1   or not mechanical cut mesh versus laser cut mesh was

2   safer in a randomized control trial.

3       Q.   Have you seen in any of the professional

4   organization statements and guidelines and

5   meta-analyses that they have reported that mechanical

6   cut TVT mesh has statistically significant higher

7   rates of pain than the laser cut TVT mesh?

8       A.   As we know from the internal documents,

9   most doctors don't know whether they are getting

10  mechanical cut mesh or laser cut mesh.  Most doctors

11  don't even know that there is a difference between

12  mechanical -- that there is a mechanical cut mesh

13  versus laser cut mesh.

14      MR. SNELL:  Move to strike his answer to my

15  question.

16  BY MR. SNELL:

17      Q.    Is the answer to my question no?

18      MR. CARTMELL:  What was your question again?

19      MR. SNELL:  You have to read it back.   I'm

20  sorry, Madam Court Reporter.

21                  (WHEREUPON, the record was read

22                   by the reporter as requested.)

23      MR. CARTMELL:  Object to the form.  I think you

24  are insinuating that's in the statements and that's

Bruce A. Rosenzweig

Page 204

1    nowhere to be found in any statement.

2    BY MR. SNELL:

3        Q.    My question is:

4             Have you seen that, whether that's in

5    those statements?

6        A.    No, for the reason that I have stated.

7        Q.    Are you aware of any randomized control

8    trials in women that report that the mechanically cut

9    TVT retropubic mesh has a statistically significant

10   higher rate of dyspareunia compared to laser cut TVT

11   retropubic mesh?

12       A.    No, for the reasons that I stated earlier.

13       Q.    Are you aware of any clinical studies

14   suggesting an increase rate of pain with sex

15   attributable to laser cut mesh?

16       A.    Yes.

17       Q.    Which studies are those?

18       A.    Those are the Neumann studies.

19       Q.    What does that study report with regard to

20   the laser cut mesh?

21       A.    It's a TVT-Secur, TVT-Obturator study that

22   showed 9 percent dyspareunia with laser cut mesh.

23   Secur compared to the TVT and the Neumann states that

24   the laser cutting leading to stiffness of the mesh

Bruce A. Rosenzweig

Page 251

1    degradation of the mesh.

2                My question to you is:

3                Have any of those complications been

4    reported to be due to degradation in any prospective

5    study in women undergoing treatment for stress urinary

6    incontinence?

7        **A.**    Have the studies on treatment for

8    complications of stress urinary incontinence stated

9    that there is degradation of the -- of the mesh?

10       **Q.**    I think you are changing my question

11   around.

12       **A.**    Well, I was asking for clarification --

13       **Q.**    Okay.  Fair enough.

14       **A.**    -- because I didn't understand it.

15       **Q.**    That's fair.

16       **A.**    Which is why when I repeated it back it

17   became even more convoluted, so.

18       **Q.**    You threw me off there.  Let me see if I

19   can rephrase it.  Thank you for that.

20               So you've testified, and I'm not going to

21   rehash it, that you believe that degradation can lead

22   to certain complications.  I think one of them is

23   erosion or exposure.

24               My question is this:

Bruce A. Rosenzweig

Page 252

1        Are you relying on any prospective studies

2    in women undergoing TVT implantation for stress

3    incontinence that report that the complication was due

4    to degradation of the mesh?

5        **A.**    Wang 2004.

6        **Q.**    Say it again?

7        **A.**    Wang 2004, American Journal of Obstetrics

8    and Gynecology.  Recurrent erosions were associated

9    with mesh degradation, fragmentation of the mesh, and

10   Dr. Wang concluded that this needed to be looked at on

11   a prospective basis.

12       **Q.**    And was Wang 2004 reported or cited in

13   your --

14       MR. CARTMELL:  Yes, and you've gone through it

15   with him before in prior depositions.

16   BY THE WITNESS:

17       **A.**    Yes, we have gone through this before in

18   prior depositions.

19   BY MR. SNELL:

20       **Q.**    So this is the only study you can cite to

21   for the proposition that in women with clinical

22   follow-up with TVT used for the application of stress

23   incontinence that degradation leads to complications?

24       **A.**    You said prospectively.  This was a

Bruce A. Rosenzweig

Page 253

1    prospective study, yes.

2        **Q.**    Okay.  Correct me if I'm wrong, but in

3    that study they did not do a multivariate analysis of

4    patient factors and surgeon factors in the assessment

5    of which factors after assessment were statistically

6    significantly associated with the 2.4 percent rate of

7    defective vaginal healing?

8        MR. CARTMELL:  I'm going to give you a little

9    bit of leeway here, that question, but you have gone

10   through this study more than once with this doctor.

11   Judge Eifert has been very clear that you are not

12   supposed to be duplicative in your questioning of

13   these experts.  You've done it a bunch already today,

14   so I'm shutting it down after that question.

15   BY THE WITNESS:

16       **A.**    May I see the study to see if that is

17   specifically described?

18   BY MR. SNELL:

19       **Q.**    Sure.

20                    (WHEREUPON, a certain document was

21                    marked Rosenzweig Deposition Exhibit

22                    No. 14, for identification, as of

23                    09/22/2015.)

24   BY THE WITNESS:

Golkow Technologies, Inc. - 1.877.370.DEPS

Bruce A. Rosenzweig

Page 254

1      **A.**     The answer to that question is no.

2   BY MR. SNELL:

3      **Q.**     There was no --

4      **A.**     But if I can explain, Dr. Wang, as we have

5   talked about before, was part of the initial 510(k)

6   submission, his data.  He is one of the largest users

7   of slings.  So I would doubt that surgeon factor would

8   be a significant cause of the erosions in this case.

9      **Q.**     Well, mesh erosions can happen to

10  experienced skilled surgeons, certainly, right?

11     **A.**     That is correct because of the

12  characteristics of the mesh.

13     **Q.**     And his 2.4 percent rate is not outside of

14  the overall body of literature, correct?

15     **A.**     This is the recurrent erosions, not the

16  simple-to-treat erosions.

17     MR. SNELL:  Move to strike.

18  BY MR. SNELL:

19     **Q.**     This 2.4 percent is not outside the

20  overall medical literature reporting on mesh

21  exposures, correct?

22     MR. CARTMELL:  Objection; asked and answered.

23  BY THE WITNESS:

24     **A.**     For recurrent erosions, no.

Bruce A. Rosenzweig

Page 255

1    BY MR. SNELL:

2        Q.    And this study does not tell us what was

3    the percentage of degradation, if any, that occurred?

4        A.    In the patients with defective healing,

5    the inflammatory process was accompanied by pronounced

6    peri-filamentous fibrosis and foreign body reaction.

7    The histology showed mesh filaments were fragmented

8    and surrounded by palisading histiocytes.

9        MR. SNELL:  Objection; move to strike.

10   BY MR. SNELL:

11       Q.    So this study does not tell us the

12   percentage of mesh degradation, correct?

13       A.    It does not give a specific number, no.

14       Q.    It does not tell us the total volume of

15   mesh degradation in this 2.4 percent of women,

16   correct?

17       A.    Correct.

18       Q.    It does not compare and tell us what the

19   histologic findings were in the 700-plus women who did

20   not a mesh exposure, did it?

21       A.    The histologic findings?

22       Q.    Yes.

23       A.    No.

24       Q.    Because you don't do histologic findings

Bruce A. Rosenzweig

1    in women who don't have exposure and don't have

2    complications, do you?

3        **A.**    We reviewed a paper earlier that did, but

4    in the majority of cases, no.

5        **Q.**    Are there any clinical studies assessing

6    TVT in women with stress urinary incontinence that

7    reports that cytotoxicity of the mesh is a cause of

8    their -- any reported complications?

9        **A.**    Erosion is a sign of cytotoxicity.

10       MR. SNELL:  Move to strike.

11   BY MR. SNELL:

12       **Q.**    You are telling me stuff I already know

13   you've told me before.  I'm trying to be respectful

14   with Tom over hear screaming at me.

15       MR. CARTMELL:  You've asked that question you

16   just asked too.

17       MR. SNELL:  I haven't asked that question.

18       MR. CARTMELL:  Yes, you have.

19       MR. SNELL:  Read back my question, please.

20                  (WHEREUPON, the record was read

21                   by the reporter as requested.)

22       MR. CARTMELL:  Objection; asked and answered.

23   If you need to tell him again, tell him again.

24   BY THE WITNESS:

Bruce A. Rosenzweig

Page 257

1    **A.**    Erosion is a sign of cytotoxicity.

2    MR. SNELL:  I'll move to strike again.

3  BY MR. SNELL:

4    **Q.**   I'm asking you for clinical studies, all

5  right.  Are there clinical studies -- I'm not asking

6  you what your opinion is about whether erosion is a

7  sign of cytotoxicity or not.

8              So can you not --

9    MR. SNELL:  Can you reread my question one more

10  time.

11              (WHEREUPON, the record was read

12                by the reporter as requested.)

13  BY THE WITNESS:

14    **A.**    No.

15  BY MR. SNELL:

16    **Q.**    You earlier stated that erosion is a sign

17  of cytotoxicity in your opinion.  Just so I'm clear,

18  were you referring to mesh exposure or the erosion of

19  the mesh into the bladder or urethra?

20    **A.**    Either one.  And the scientific studies

21  that show that are the Moalli papers on apoptosis and

22  cell death associated with heavyweight mesh.

23    **Q.**    Those are not papers in women though,

24  right?

Bruce A. Rosenzweig

Page 258

1       **A.**      That is correct.

2       **Q.**      I'm trying to think of a way to ask this

3    question.

4                   If a woman -- if a woman has a mesh

5    erosion or mesh exposure -- strike that.

6                   Let's say there was a study and an

7    analysis done and it reported a 2.2 percent rate of

8    vaginal mesh exposure, okay.

9                   You are with me so far?

10      **A.**      Yes, sir.

11      **Q.**      And numbers similar to that that

12   Dr. Blaivas reported in Table 3 of his 2015 review

13   article for retropubic slings, okay?

14      **A.**      Which is probably an underestimate of the

15   total number of erosions, but go ahead.

16      **Q.**      So if we extrapolate that out, let's say

17   that will be 22 women out of 1,000 women, correct?

18      **A.**      That have been followed up to find their

19   erosion, yes.

20      **Q.**      So here is my question.  So if we take

21   those 22 women, is there a scientifically reliable

22   study or studies in women who have received the mesh

23   that would allow one to say which of those 22 women

24   had the erosion or exposure because of cytotoxicity or

Bruce A. Rosenzweig

Page 259

1    was it due to some other reason?

2              Do you understand my question?

3         **A.**    Yes.  It could be due to degradation, it

4    could be due to mesh contraction, chronic foreign body

5    reaction, chronic inflammation or cytotoxicity.  For

6    me to sit around and say what percentage would be

7    cytotoxicity, what percentage would be degradation,

8    that is impossible to do.  We know all of those

9    mechanisms can lead to mesh erosion or mesh exposure,

10   however we want to describe that.

11        **Q.**    But as you sit here, you can't say which

12   of those particular mechanisms, you call it

13   degradation, contraction, inflammation, cytotoxicity,

14   produce an exposure in a particular woman?

15        MR. CARTMELL:  Object to the form.

16   BY THE WITNESS:

17        **A.**    Also I would add roping and fraying along

18   with that.

19   BY MR. SNELL:

20        **Q.**    So roping and fraying.  You can't say for

21   all of those mechanisms which one leads to a mesh

22   exposure in a particular woman, correct?

23        MR. CARTMELL:  Object.  Are you asking -- for

24   clarification, are you asking about in a study or are

Bruce A. Rosenzweig

Page 260

1    you asking about --

2        MR. SNELL:  You are giving a speaking objection,

3    Tom.  Knock it off.

4        MR. CARTMELL:  No.  I need to know what you are

5    talking about.

6        MR. SNELL:  Knock it off.

7        MR. CARTMELL:  It makes no sense.  You were

8    talking about a study, you were saying hypothetically

9    there is 2.2 percent rate.  If you are asking him in a

10   particular patient that's in front of him or he's

11   treating, can he figure that out, or are you asking

12   him in a study by looking at a paper?  That's what --

13   it's vague and ambiguous, it lacks foundation, it

14   calls for speculation until you tell him that.

15   BY MR. SNELL:

16       Q.    You have identified different potential

17   mechanisms by which you believe exposures can occur,

18   namely, degradation, contraction, chronic

19   inflammation, cytotoxicity, roping and curling?

20       A.    And fraying.

21       Q.    And fraying.  So we've got seven, right?

22       A.    Yes.

23       Q.    Can you say which of those mechanisms

24   caused an exposure in a particular woman?

Bruce A. Rosenzweig

Page 261

1      **A.**      In a particular woman, no.

2      **Q.**      Can you say which of those mechanisms

3      caused an exposure in a group of 20 women who had

4      exposures?

5      **A.**      If I had the mesh under a microscope where

6      we could see that there was roping, fraying, curling,

7      particle loss, degradation, contraction and

8      deformation, then any one of those would have caused

9      that.

10     **Q.**      So you would need the mesh to be assessed

11     under a microscope?

12     **A.**      To know the exact mechanism, it would be

13     very helpful to see what the microscopic findings

14     were.

15     **Q.**      Because -- and are you saying a scanning

16     electron microscope or just the regular pathology

17     microscope?

18     **A.**      The SEM would be able to tell you if there

19     is degradation.  The lower power microscope can show

20     you if there is roping, fraying, curling and

21     contraction of the mesh.

22     **Q.**      Well, the SEM shows the surface

23     irregularities on the mesh, correct?

24     **A.**      No.  It shows breaking of the mesh,

Bruce A. Rosenzweig

Page 286

1    BY MR. SNELL:

2        Q.    Have you analyzed the literature and seen

3    any studies or do you know of data that reports on the

4    percentage of surgeons in the urogynecology or

5    gynecology field who rely upon an Instructions for

6    Use?

7        A.    Have I seen it published in a -- in an

8    article about the number of doctors that rely on

9    Instructions for Use?

10       Q.    Yes, the percentage of doctors, you know,

11   who rely or do not rely on the Instructions for Use?

12   And the reason I'm asking is you were involved in the

13   Lewis case, you know Dr. Boreham said, "I don't rely

14   on the IFU," right?

15       MR. CARTMELL:  Object to the form.

16   BY THE WITNESS:

17       A.    If I recall, that's what she testified to.

18   BY MR. SNELL:

19       Q.    Okay.  Fair enough.  So that's where my

20   question is coming from.

21            Have you seen actually any, you know,

22   data, any literature that's been peer reviewed or any

23   surveys put out by AUGS, AUA, SUFU or anybody else who

24   you would recognize as having an authoritative voice

Bruce A. Rosenzweig

Page 287

1    in the field of female pelvic medicine who have

2    presented that data that says, Okay, this is the

3    percentage of surgeons doing TVT retropubic or

4    synthetic midurethral slings who rely on IFUs?

5        **A.**    I don't think that study has been done.

6        **Q.**    And have you seen or are you aware of any

7    similar studies that report on how surgeons interpret

8    the adequacy of IFUs for stress incontinence devices?

9        **A.**    I have not seen any studies like that.

10       MR. SNELL:  Okay.  That's all I have.  Thank

11   you.

12                    EXAMINATION

13   BY MR. CARTMELL:

14       **Q.**    I have a few follow-ups, Doctor.

15              You were just asked about your opinion

16   that's in your report related to tensioning of the

17   device.

18              Do you recall that?

19       **A.**    Yes.

20       **Q.**    Now, your opinion in this case, and it's

21   in your report, is that the TVT retropubic at issue in

22   this case is defective, correct?

23       MR. SNELL:  Objection; leading.

24   BY THE WITNESS:

Bruce A. Rosenzweig

Page 303

1    know, don't speculate.

2    BY THE WITNESS:

3        **A.**    I will not speculate on all of the other

4    IFUs.

5    BY MR. SNELL:

6        **Q.**    You don't know as you sit here today,

7    correct?

8        **A.**    I know about the ones that I've described

9    before.

10       **Q.**    Can you just answer my question yes or no?

11   I'm literally looking for an honest answer.  Can you

12   as you sit here today tell me that other

13   manufacturers' stress incontinence IFUs report

14   frequency, severity, treatability and longevity for

15   complications associated with their stress

16   incontinence devices, yes or no?  That's all I want no

17   know.

18       **A.**    Each individual complication?

19       **Q.**    Yes, sir.

20       **A.**    The ones I have seen, no.

21   MR. CARTMELL:  You are now going beyond the

22   scope of my cross with questions like that which is

23   not allowed, so I'm about to shut you down.

24   MR. SNELL:  No, no.  He went into frequency,