Bruce A. Rosenzweig, M.D.

Page 1

CAUSE NO. DC-14-04220

```
CAROL CAVNESS,              *   IN THE DISTRICT COURT
                            *
            Plaintiff,      *
                            *
    vs.                     *   95th JUDICIAL DISTRICT
                            *
TERESA KOWALCZYK, M.D.,     *
BAYLOR HEALTHCARE SYSTEM,   *
JOHNSON & JOHNSON and       *
ETHICON, INC.,              *   DALLAS COUNTY, TEXAS
                            *
            Defendants.     *
```

The oral deposition of BRUCE A. ROSENZWEIG, M.D., taken before Pauline M. Vargo, an Illinois Certified Shorthand Reporter, C.S.R. No. 84-1573, at the offices of Wexler Wallace, LLP, 55 West Monroe Street, Suite 3300, Chicago, Illinois, on July 13, 2015, commencing at 8:22 a.m.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
Deps@golkow.com

Bruce A. Rosenzweig, M.D.

Page 2

```
 1                A P P E A R A N C E S
 2   PRESENT ON BEHALF OF THE PLAINTIFF:
 3         MATTHEWS & ASSOCIATES
           2905 Sackett Street
 4         Houston, Texas   77098
           713.522.5250
 5         BY:  DAVID P. MATTHEWS, ESQ.
                dmatthews@thematthewslawfirm.com
 6
 7         FREESE & GOSS, PLLC
           3031 Allen Street, Suite 200
 8         Dallas, Texas 75204
           214.761.6610
 9         BY:  RICHARD FREESE, ESQ.
                rich@freeseandgoss.com
10              TIMOTHY GOSS, ESQ (Via Teleconference)
                tim@freeseandgoss.com
11
12         WAGSTAFF & CARTMELL
           4740 Grand Avenue, Suite 300
13         Kansas City, Missouri 64112-225
           816.701.1100
14         BY:  NATE JONES, ESQ.
                njones@wcllp.com
15
16
     PRESENT ON BEHALF OF DEFENDANTS
17   ETHICON, INC., and JOHNSON & JOHNSON:
18         BUTLER SNOW, LLP
           One Federal Place, Suite 1000
19         1819 5th Avenue North
           Birmingham, Alabama   35203
20         205.297.2215
           BY:  HELEN KATHRYN DOWNS, ESQ.
21              helenkathryn.downs@butlersnow.com
22
           BUTLER SNOW, LLP
23         500 Office Center Drive
           Fort Washington, Pennsylvania   19034
24         267.513.1885
           BY:  NILS B. (BURT) SNELL, ESQ.
25              burt.snell@butlersnow.com
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Bruce A. Rosenzweig, M.D.

Page 3

1 PRESENT ON BEHALF OF DEFENDANT
  TERESA KOWALCZYK, M.D.
2
          THEIBAUD REMINGTON THORNTON BAILEY, LLP
3         Two Energy Square
          4849 Greenville Avenue, Suite 1150
4         Dallas, Texas  75206
          972.386.6664
5         BY:  PHILIPA M. REMINGTON, ESQ.
               premington@trtblaw.com
6              (Via Teleconference)
7
8 REPORTED BY:
9         PAULINE M. VARGO, RPR, CRR
          Illinois CSR No. 84-1573.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Bruce A. Rosenzweig, M.D.

Page 4

```
 1                      I N D E X
 2                 Monday, July 13, 2015
 3   WITNESS                              EXAMINATION
 4   BRUCE A. ROSENZWEIG, M.D.
 5       By Mr. Snell......................Page 6
 6       By Ms. Remington..................Page 261
 7       By Mr. Freese.....................Page 263
 8
 9       Afternoon Session Commenced.......Page 122
10
11
12
13
14                    E X H I B I T S
15   ROSENZWEIG EXHIBIT                    MARKED FOR ID
16   Exhibit 1    Cross Notice of Videotaped Oral    6
                  Deposition of Dr. Bruce A.
17                Rosenzweig and Duces Tecum
                  10 Pages
18
     Exhibit 2    "Testimonial History of Bruce      7
19                Alan Rosenzweig, M.D., 2009 to
                  Present"
20                6 Pages
21   Exhibit 3    Thumb Drive Produced by            7
                  Dr. Rosenzweig
22                [Retained by Johnson &
                  Johnson/Ethicon Counsel.
23                Reference Page 264]
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Bruce A. Rosenzweig, M.D.

Page 174

1    polypropylene as Gynemesh PS, right?
2        A.    Yes.
3        Q.    But there is a Monocryl filament that
4    dissolves over time?
5        A.    Yes.
6        Q.    Do you believe that Ultrapro is
7    defective?
8        A.    We've had a very vibrant discussion in
9    the past about that Ultrapro is less stiff, less
10   dense, larger pore.  There does not seem to be the
11   same consequence on tissue as with a stiffer,
12   heavier weight, smaller pore mesh.
13             I would like to see more data on
14   Ultrapro to determine if it has been engineered
15   down to a point where there is a low enough
16   stiffness, a large enough pore size, a low enough
17   weight that the risk/benefit ratio is acceptable.
18       Q.    I guess my question is, do you believe
19   that Ultrapro is defective?
20       A.    I have not opined on that.
21       Q.    Do you opine that the Prolene
22   polypropylene is defective in that it can degrade
23   and it is cytotoxic?
24       A.    It is my opinion that polypropylene
25   degrades, contracts, deforms, it is cytotoxic, yes.

Bruce A. Rosenzweig, M.D.

Page 195

1  that could influence these findings such that while
2  you may see something in a baboon you may not see
3  it in a woman?
4     A.    That I can't answer.
5     Q.    Relying on anything else other than the
6  Moalli baboon studies for your extrapolation
7  between cytotoxicity and erosions?
8     A.    Well, the Moalli studies showed cell
9  death. Erosion is a consequence of cell death.
10            So, that's one of the few basic science
11 studies that we have that look at this in a -- on a
12 cellular level, if you will, to be able to
13 correlate a clinical finding with the basic science
14 mechanism, the cellular mechanism by which it is
15 happening.
16    Q.    Are you aware of any studies that report
17 for Prosima or Gynemesh PS in women that
18 complications were deemed to be due to
19 cytotoxicity?
20    A.    Not that I recall.
21    Q.    When surgeons -- if there is -- strike
22 that.
23            When there is a wound complication with
24 a native tissue repair that's using a permanent
25 suture and let's say there is a suture erosion or a

Bruce A. Rosenzweig, M.D.

Page 196

1   suture granuloma, will surgeons opt to treat that
2   at times with estrogen cream?
3       A.   That could be treated with estrogen
4   cream.
5       Q.   I've seen in the literature where some
6   surgeons treat mesh exposures if they are small and
7   different factors involved with -- conservatively
8   with estrogen cream.  I'm sure you have read that
9   too, right?
10      A.   That is correct.
11      Q.   What is it that the estrogen cream does,
12  whether it's a suture or the mesh, with regard to
13  the vaginal tissue?
14      A.   Estrogen does several things.  It
15  thickens the vaginal mucosa.  It increases vaginal
16  blood flow.  It improves collagen functioning.  And
17  there is one other, but improving blood flow and
18  thickening the epithelium.  So, the thought process
19  is as the epithelium thickens, it is going to move
20  over the area where the vagina has died, the
21  vaginal epithelium has died.
22      Q.   Do you believe that the science and
23  literature is at a point where -- let me back up.
24           So, you mention different things like
25  cytotoxicity, stiffness, pore size.  Is science in

Bruce A. Rosenzweig, M.D.

Page 197

1  a position that allows you to apportion or say for
2  a particular patient's mesh exposure which of those
3  factors it was due to?
4      A.   Whether it was due to the stiffness,
5  whether it was due to mesh contraction, whether it
6  was due to mesh degradation, whether it was due to
7  infection, whether it was due to the cytotoxicity
8  of the mesh, science can look at those things.
9           Obviously the best way to know what is
10 going on with the mesh is by looking at the explant
11 and seeing what happened to that explant and then
12 associate it with what the findings were.
13     Q.   So if you look at the explant and you
14 see apoptosis, then would you conclude that cell
15 death played a role?
16     A.   Well, you are going -- the mesh -- if
17 you have tissue associated with the mesh, then you
18 would be able to look and see if you saw cell death
19 associated with that tissue on that mesh or you
20 would have to take tissue surrounding the mesh.
21     Q.   So I take it you believe that the
22 Gynemesh PS also degrades, or do you not have that
23 opinion?
24     A.   Yes, it degrades.
25     Q.   Does the Prolene mesh in Ultrapro

Bruce A. Rosenzweig, M.D.

Page 198

1  degrade?
2     A.    Yes.
3     Q.    What is your analysis of the
4  benefit-to-risk profile with regard to the use of
5  Ultrapro for pelvic organ prolapse?
6     A.    What is -- can you repeat that again?
7     Q.    Sure.  What is your analysis with regard
8  to the benefit-to-risk profile of using Ultrapro
9  for pelvic organ prolapse?  Transvaginally; I'm not
10 talking abdominally.
11    A.    Sure.  I don't think that's complete.  I
12 don't think we have enough information.  I don't
13 think it has been studied long enough.
14    Q.    Do you know to what degree the Prolene
15 mesh in Ultrapro degrades as compared to the amount
16 of degradation that occurs in your opinion to
17 Gynemesh PS?
18    A.    We do know from several studies that
19 lighter weight mesh has been shown to have less
20 degradation than heavier weight mesh, but the
21 comparison directly with Gynemesh PS and Ultrapro,
22 there isn't enough information beside lighter
23 weight mesh degrades less than heavier weight mesh
24 or might degrade more slowly than heavier weight
25 mesh.  Any more specific information I don't have.