Bruce A. Rosenzweig, M.D.

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
|   | FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA | |
| 2 | CHARLESTON DIVISION | |
| 3 | | |
|   | IN RE: ETHICON, INC., ) | |
| 4 | PELVIC REPAIR SYSTEM ) | |
|   | PRODUCTS LIABILITY ) | Master File No. |
| 5 | LITIGATION ) | 2:12-MD-02327 |
|   | -------------------------- ) | |
| 6 | THIS DOCUMENT RELATES TO: ) | MDL 2327 |
|   | ) | |
| 7 | TONYA AND GARY EDWARDS vs. ) | JOSEPH R. GOODWIN |
|   | ETHICON, INC., ET AL. ) | |
| 8 | ) | U.S. DISTRICT |
|   | Case No. 2:12-cv-09972 ) | JUDGE |
| 9 | ) | |
|   | and ) | |
| 10 | ) | |
|   | JO HUSKEY AND ALLEN HUSKEY ) | |
| 11 | vs. ETHICON, INC., ET AL. ) | |
|   | ) | |
| 12 | Case No. 2:12-CV-05201 ) | |
| 13 | | |
| 14 | The deposition of BRUCE A. ROSENZWEIG, M.D., | |
| 15 | called by the Defendants for examination, taken | |
| 16 | pursuant to the Federal Rules of Civil Procedure of | |
| 17 | the United States District Courts pertaining to the | |
| 18 | taking of depositions, taken before CORINNE T. | |
| 19 | MARUT, C.S.R. No. 84-1968, Registered Professional | |
| 20 | Reporter and a Certified Shorthand Reporter of the | |
| 21 | State of Illinois, at the offices of Wexler Wallace | |
| 22 | LLP, Suite 3300, 55 West Monroe Street, Chicago, | |
| 23 | Illinois, on March 24, 2014, commencing at 9:40 | |
| 24 | a.m. | |
| 25 | | |

Bruce A. Rosenzweig, M.D.

```
 1    APPEARANCES:
 2       ON BEHALF OF THE PLAINTIFFS:
 3          REILLY POZNER LLP
             1900 Sixteenth Street, Suite 1700
 4           Denver, Colorado  80202
             303-893-6100
 5           BY:  JOSEPH ZONIES, ESQ.
                  jzonies@rplaw.com
 6                GREGORY BENTLEY, ESQ.
                  gbentley@rplaw.com
 7
 8           MOTLEY RICE LLC
             321 South Main Street
 9           Providence, Rhode Island  02903
             401-457-7700
10           BY:  FIDELMA L. FITZPATRICK, ESQ.
                  ffitzpatrick@motleyrice.com
11
12           MOTLEY RICE LLC
             28 Bridgeside Boulevard
13           Mt. Pleasant, South Carolina  29464
             843-216-9000
14           BY:  MARGARET M. THOMPSON, M.D., J.D.
                  mmthompson@motleyrice.com
15
16           WEXLER WALLACE LLP
             55 West Monroe Street, Suite 3300
17           Chicago, Illinois  60603
             312-346-2222
18           BY:  EDWARD A. WALLACE, ESQ.
                  eaw@wexlerwallace.com
19                COREY G. RAINES, ESQ.
                  cgr@wexlerwallace.com
20
21           MUELLER LAW LLC
             404 West 7th Street
22           Austin, Texas  78701
             512-478-1236
23           BY:  CHRISTINA L. LEWIS, ESQ.
                  Tina.Lewis@muellerlaw.com
24                 (via telephonic communication)
25
```

Bruce A. Rosenzweig, M.D.

```
 1   APPEARANCES (Continued):
 2     ON BEHALF OF DEFENDANTS:
 3        BUTLER SNOW LLC
          500 Office Center Drive, Suite 400
 4        Fort Washington, Pennsylvania  19034
          267-513-1885
 5        BY:  NILS B. (BURT) SNELL, ESQ.
               burt.snell@butlersnow.com
 6
 7        BUTLER SNOW LLC
          1020 Highland Colony Parkway, Suite 1400
 8        Ridgeland, Mississippi  39157
          601-948-5711
 9        BY:  PAUL S. ROSENBLATT, ESQ.
               paul.rosenblatt@butlersnow.com
10
11
12
13   REPORTED BY:   CORINNE T. MARUT, C.S.R. No. 84-1968
14
15
16
17
18
19
20
21
22
23
24
25
```

Bruce A. Rosenzweig, M.D.

```
                    I N D E X
BRUCE A. ROSENZWEIG, M.D.              EXAMINATION
     BY MR. SNELL.....................   5
     BY MS. FITZPATRICK............... 264
     BY MR. SNELL..................... 277


                   E X H I B I T

ROSENZWEIG DEPOSITION EXHIBIT              MARKED FOR ID

  No. 1      Notice of Deposition                5

  No. 2      Rule 26 Expert Report of Bruce      5
             Rosenzweig, M.D.
  No. 3      article by Kjølhede,               80
             "Long-term efficacy of Burch
             colposuspension: A 14-year
             follow-up study"

  No. 4      article by Demirici,               98
             "Long-Term Results of Burch
             Colposuspension"

  No. 5      binder with medical literature    149

             ***Retained by counsel for
             Defendants and is not attached
             hereto***

  No. 6      article by Serati, et al.,        186
             "TVT-O for the Treatment of
             Pure Urodynamic Stress
             Incontinence," etc.
  No. 7      AUGS/SUFU paper, "Position        193
             Statement on Mesh Midurethral
             Slings for Stress Urinary
             Incontinence"

  No. 8      Jo Huskey medical records         289

             ***Retained by counsel for
             Defendants and is not attached
             hereto***
```

Bruce A. Rosenzweig, M.D.

```
 1        MR. SNELL:  Let's go back on the record.
 2   BY MR. SNELL:
 3        Q.   When you utilized the mesh in the TVT
 4   and TVT-O devices, can you just tell me what year
 5   span are we looking at?
 6        A.   I think I testified in my first
 7   deposition I started using the TVT Retropubic in
 8   2003 and stopped using the TVT family of products
 9   in 2006 to 2007.
10        Q.   So, obviously, you would have used the
11   mechanical cut TVT mesh, correct?
12        A.   That is correct.
13        Q.   And did you use the laser cut TVT mesh
14   as well?
15        A.   As I testified in West Virginia, the
16   laser cut mesh most likely came out after I stopped
17   using the mesh.
18        Q.   Have you done any investigation, gone
19   back and looked at your hospital's records to see
20   if they at any point in time in 2006 or 2007 had
21   the laser cut TVT-O mesh?
22        A.   No, I have not.
23        Q.   Is it possible that you may have used
24   the laser cut mesh in the TVT devices, it's just
25   you don't essentially know as you sit here today?
```

Bruce A. Rosenzweig, M.D.

1  MR. ZONIES: Object to the form.
2  BY THE WITNESS:
3      A.   I don't essentially know.
4  BY MR. SNELL:
5      Q.   When you wanted to do a TVT-O procedure
6  in your hospital, how would you make sure that you
7  had the TVT-O there?
8      A.   From my understanding of the purchasing
9  is that they purchased a block number. I can't
10 tell you how much that block number was.
11     Q.   Were there any times when you wanted to
12 do a TVT-O procedure but the hospital didn't have
13 it in its inventory?
14     A.   Not that I recall.
15     Q.   Did you ever have that happen with any
16 other devices? What I mean is you intended to go
17 in and use a certain medical device but your
18 hospital didn't have it on inventory so you had to
19 revert to something else?
20     A.   I would say that that is a likelihood
21 that that's probably happened.
22     Q.   Has that happened with regard to
23 surgical tools like if you wanted to use a certain
24 type of Metzenbaum scissor but it wasn't on the
25 tray and it wasn't there in the OR, would you shut

Bruce A. Rosenzweig, M.D.

1  down the surgery to go find the specific type of
2  Metzenbaum scissors or would you proceed with what
3  you had on hand?
4      A.    It all depends on how mission critical
5  that device was.
6      Q.    Did you have a standard surgical list
7  that you utilize so that when you were going to do
8  a particular surgery they knew what instruments you
9  wanted in the surgical room?
10     A.    Something like a preference card?
11     Q.    A preference card or a standing orders
12 list.
13     A.    We had preference cards.
14     Q.    You had a preference card for the TVT-O
15 procedure?
16     A.    I don't recall.
17     Q.    Did you have a preference card for the
18 TVT Retropubic procedure?
19     A.    I don't recall.
20     Q.    Did you have any TVT-O patients who you
21 believed any complication they had after was due to
22 laser versus mechanically cut mesh?
23     A.    I don't think I can answer that
24 question.
25     Q.    When you would be doing the TVT-O