# Exhibit A

**EXHIBIT A**

**THIS DOCUMENT RELATES TO PLAINTIFFS:**

*Marty Babcock v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01052

*Kathleen Wolfe v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00335