# Exhibit C

## EXHIBIT A

## Curriculum Vitae

# NICOLE BETH FLEISCHMANN, MD

Address:	Westchester Urological Associates
	170 Maple Avenue
	White Plains, NY 10601

Education and Training:

| | | |
|---|---|---|
| | College | University of Michigan
Ann Arbor, Michigan
1988-1992
Bachelor of Arts |
| | Medical School | SUNY Downstate Medical Center
Brooklyn, New York
1993-1997
Doctor of Medicine |
| | Surgery Resident | Albert Einstein College of Medicine
Montefiore Medical Center
Bronx, NY
1997-1999 |
| | Urology Resident | Albert Einstein College of Medicine
Montefiore Medical Center
Bronx, NY |
| | Research Experience | Fellow Female Urology and Voiding Dysfunction
Director: Victor Nitti, MD
NYU School of Medicine
New York, NY
2003-2004 |

Certification (Exams passed)

USMLE Step 1: 1994
USMLE Step 2: 1997
USMLE Step 3: 1998
ABU exam part 1 (written): 2003
ABU exam part 2 (oral): February 2006

ABU exam **Subspecialty Certification Female Pelvic Medicine and Reconstructive Surgery:  June 2013**

Employment:

| | |
|---|---|
| 2011 – Present | Chief of Urology<br>White Plains Hospital Center |
| 2009 - Present | Fellowship Director<br>Division of Female Pelvic Medicine and Reconstructive Surgery<br>Albert Einstein College of Medicine |
| 2008 - Present | Assistant Clinical Professor, Obstetrics and Gynecology,<br>Albert Einstein College of Medicine |
| 2005 - Present | Assistant Clinical Professor, Urology,<br>Albert Einstein College of Medicine |
| 2005 - Present | Attending Urologist,<br>White Plains Hospital Center |
| 2004 - 2005 | Director: Female Urology and Voiding Dysfunction<br>Mount Sinai School of Medicine |

Honors and Awards:

| | | |
|---|---|---|
| | Residency: | Winner, third prize<br>Ferdinand C. Valentine Essay Contest<br>New York Academy of Medicine,<br>2002 |
| | | Winner, first prize<br>Chief Residents' Debate,<br>New York Section, AUA,<br>2003 |
| | Medical School: | *Summa cum Laude 1997* |
| | | Alpha Omega Alpha Society |
| | | Secretary and Treasurer<br>AOA: SUNY Downstate, 1996-7 |

|  |  |
|---|---|
|  | Janet M. Glasgow Memorial Achievement Citation: Highest Academic Achievement American Medical Women's Association |
|  | Pathology Honors Society |
| Undergraduate: | *Cum Laude* |
|  | University of Michigan Highest Honors in Psychology |
|  | Walter B. Pillsbury Prize: Most Distinguished Undergraduate Research Dissertation in Psychology |

Research Experience:

    1999-2000                         Albert Einstein College of Medicine,
                                            Laboratory for Urologic Research
                                            Murine models of urinary obstruction
                                            Effect of estrogen deprivation on bladder function

Publications:

    Fleischmann, N., Christ, G., Sclafani, T., Melman, A., The Effect of Ovariectomy and Long-Term Estrogen Replacement on Bladder Structure and Function in the Rat, J Urology, 2002; 168 (3): 1265 – 1268.

    Fleischmann, N., Flisser, A.J., Blaivas, J.G., Panagopoulos, G., Sphincteric Urinary Incontinence: Relationship of Vesical Leak Point Pressure, Urethral Hypermobility and Severity of Incontinence. J Urology, 2003; 169 (3): 999 – 1002.

    Fleischmann, N, Nitti, VW. The Diagnosis, Treatment and Management of Geriatric Incontinence. Issues in Incontinence.  Spring/Summer 2004 p 5 - 11

    Fleischmann NB, Nitti VW. Pelvic Floor Reconstruction: State-of-the-Art and Beyond. Urol Clin North Am. 2004; 31(4): 757-67.

    Fleischmann NB, Nitti VW. Vaginal Approach to Postsurgical Bladder Outlet Obstruction.  In: Zimmern PE et al., eds. Vaginal Surgery for Incontinence and Prolapse. London: Springer-Verlag 209 – 220.

    Fleischmann NB, Nitti VW. Voiding Dysfunction and Urinary Retention. In: Walters MD and Karram M eds. Urogynecology and Reconstructive Pelvic Surgery. Philadelphia: Elsevier, 2007, 390 - 401

Sandhu, KS, LaCombe, JA, Fleischmann, NB, Greston, WM, Lazarou, G, Mikhail, MS. Gross and Microscopic Hematuria: Guidelines for Obstetricians and Gynecologists. Obstet Gynecol Surv, 2009; 64(1): 39-49

Lectures/Presentations:

| | |
|---|---|
| 2001 | Annual AUA Meeting<br>Moderated Poster Session: "The Effect of Ovariectomy and Long-term Estrogen Replacement on Bladder Structure and Function". |
| 2004 | Annual Society of Urodynamics and Female Urology Meeting<br>Podium Session: Male Perineal Sling – Predictors of Success<br>Moderated Poster Session: Diagnostic Criteria for Female Bladder Outlet Obstruction |
| 2004 | Annual AUA Meeting<br>Podium Session: Diagnostic Criteria for Female Bladder Outlet Obstruction |

Memberships:

| | |
|---|---|
| 1999 – Present | American Urologic Association |
| 1999-- Present | New York Section, American Urological Association |
| 2004 – Present | Society for Urodynamics and Female Urology (SUFU) |