# Exhibit D

Nicole Fleischmann, M.D.

```
 1            IN THE SUPERIOR COURT OF NEW JERSEY

 2              LAW DIVISION - BERGEN COUNTY

 3                    CIVIL ACTION

 4                    -   -   -

 5   KATHRYN E. CORBET and    : DOCKET NO. BER-L-14589-14 MCL

     ERIC R. CORBET           :

 6          Plaintiffs,       :

            v.                :

 7   ETHICON, INC., ETHICON   : MASTER DOCKET NO.

     WOMEN'S HEALTH AND UROLGY,  : BER-L-11575-14

 8   a Division of Ethicon,   :

     Inc., GYNECARE, JOHNSON &    :

 9   JOHNSON, AND JOHN DOES 1-20 :

            Defendants.       :

10

11                    -   -   -

12              NOVEMBER 24, 2015

13                    -   -   -

14

15          Videotape deposition of NICOLE

16   FLEISCHMANN, M.D., taken pursuant to notice, was

17   held at the law offices of Riker Danzig Scherer

18   Hyland & Perretti, LLP, 500 Fifth Avenue, 49th

19   Floor, New York, New York 10110, commencing at 9:34

20   a.m., on the above date, before Amanda Dee

21   Maslynsky-Miller, a Certified Realtime Reporter and

22   Notary Public in and for the State of New York.

23                    -   -   -

24              GOLKOW TECHNOLOGIES, INC.

           877.370.3377 ph|917.591.5672 fax

25                deps@golkow.com
```

Nicole Fleischmann, M.D.

```
1   standards for warnings?

2       A.      I don't understand the question.

3               MS. KABBASH:  Objection.

4   BY MR. SLATER:

5       Q.      Did you consult any published

6   standards for what information is supposed to be

7   provided in a medical device warning like for the

8   TVTTM Retropubic?

9       A.      No.

10              MS. KABBASH:  Objection.

11  BY MR. SLATER:

12      Q.      Did you review testimony by witnesses

13  from Ethicon who are responsible for making sure the

14  warnings are adequate, to see what standards they

15  applied, in their industry, in determining what

16  should be warned of?  Did you look at those

17  standards?

18      A.      I never looked at any testimony from

19  Ethicon, no.

20      Q.      Did you look at any internal

21  documents from Ethicon, where they set out the

22  standards or the criteria that they applied in

23  determining what information needed to be in a

24  warning such as for the TVTTM Retropubic?

25      A.      I don't believe I have, no.
```

Nicole Fleischmann, M.D.

```
 1          Q.        When you offer your opinions as to

 2   the adequacy of the warnings, are you essentially

 3   advising us what you believe would be adequate for

 4   you in your medical practice, with your basic --

 5   with your level of experience and what you're

 6   familiar with?

 7          A.        Exactly, yes.

 8          Q.        There was some reference in your

 9   report to the patient brochure or whether or not a

10   patient brochure was shown to Ms. -- Mrs. Corbet,

11   right?  You talked about that a little?

12          A.        Yes.

13          Q.        As you sit here now, am I accurate

14   you don't know which patient brochure she actually

15   saw?

16          A.        I can't say exactly.  But I know the

17   brochure that was out at the time of her -- of her

18   care.

19          Q.        The patient brochure that was out

20   during the time that she had her surgery in 2011, do

21   you know if that's the patient brochure that she was

22   shown during her deposition?

23          A.        That's the one that she felt was

24   familiar to her, in her deposition.

25          Q.        This is my question -- rephrase.
```

Nicole Fleischmann, M.D.

1   InterStim®  to Mrs. Corbet and say, I think you

2   should have this put in your body?

3           A.      Yes, he did.

4           Q.      When was that?

5           A.      It was after she had had surgery with

6   him.

7           Q.      Do you have any knowledge as to the

8   agreement between Ethicon and Professor Olmstead and

9   his company?  Do you know any of the details of that

10  interaction?

11          A.      I've seen some of the records of that

12  interaction.

13          Q.      Are they listed in your report?

14          A.      Yes -- no, they are listed in my --

15  yeah, in my exhibit.

16          Q.      Did you discuss that issue at all in

17  your report?

18          A.      No.

19          Q.      Have you been involved in clinical

20  studies?

21          A.      No.  I mean, clinical trials?  No.

22          Q.      You've never --

23          A.      Clinical studies?  Yes.  But not

24  clinical trials.

25          Q.      What's your distinction between a

Nicole Fleischmann, M.D.

1   your opinions?

2          A.      Yes.

3          Q.      Do you consider yourself to be an

4   expert with regard to the material science of the

5   mesh material in the TVTTM Retropubic?

6          A.      I'm not a materials expert, but I'm

7   very familiar with the mesh, as I use it on a daily

8   basis.

9          Q.      Have you ever studied, from a

10  material science perspective, the mesh?

11         A.      No, but it's my medium that I work

12  with.

13                 MR. SLATER:  Move to strike from

14  "but" forward on both of those answers, the last

15  two.

16  BY MR. SLATER:

17         Q.      Have you ever participated in a study

18  of the mesh material from a histopathologic

19  standpoint, under a microscope?

20         A.      No.

21         Q.      With regard to the histopathology of

22  the mesh material, do you defer to those people who

23  are pathologists who study that?

24         A.      Yes.  But I'm not as interested in

25  the histopathology of what's going on with the mesh.

Nicole Fleischmann, M.D.

1   I'm more interested in the clinical outcomes of the

2   mesh, because I am a clinician.

3                   MR. SLATER:  Move to strike from

4   "but" forward.

5   BY MR. SLATER:

6        Q.     Do you know -- rephrase.

7               The Nilsson studies are set forth in

8   your list here.

9               Do you know where those patients came

10  from?

11       A.     The original Nilsson patients?

12       Q.     The Nilsson patients --

13       A.     Scandinavia.

14       Q.     The Nilsson patients that he studied

15  and kept having these serial reports on?

16       A.     Right.  They were Scandinavian.

17       Q.     Were those patients that are studied

18  in the Nilsson study, were they studied in any other

19  studies?

20       A.     It was the same patients that were

21  being studied in multiple studies going forward.  We

22  have 5-year data, 7-year data, 11-year data, 17-year

23  data on those same group of patients.

24       Q.     This is my question:  The patients

25  who are -- who are discussed in Nilsson's serial

Nicole Fleischmann, M.D.

```
 1          A.      Which pathologist is this?

 2          Q.      Whoever looked at the pathology that

 3   was taken from the surgery by Dr. Smith.

 4                  That's what the hospital pathologist

 5   saw, right?

 6          A.      The hospital pathology?  Do I have

 7   that report?  I know that's in my --

 8                  MS. KABBASH:  It's in your --

 9   BY MR. SLATER:

10          Q.      On Page 14 of your report --

11          A.      Okay.

12          Q.      -- it says, The pathology report

13   references skin and fibroadipose tissue with mesh

14   and associated foreign body giant cell reaction and

15   chronic inflammation.

16          A.      Right.  Okay.  Exactly.

17          Q.      That's what was found by the

18   pathologist at Penn, right?

19          A.      Right.

20          Q.      And that's consistent with a chronic

21   foreign body reaction and a chronic inflammatory

22   response, correct?

23          A.      Okay.

24          Q.      Is that correct?

25          A.      That's correct.
```

1    You keep saying, I mentioned urgency more than

2    frequency; and what I keep saying is, you didn't

3    mention frequency in your report as a condition Mrs.

4    Corbet had preoperatively; is that true?

5         A.    It's probably true that I didn't say

6    the word "frequency."

7         Q.    In your report, you talked about the

8    extent to which complaints by Mrs. Corbet were

9    either made or documented, with various positions as

10   she went through her care after the mesh was

11   removed, right?

12        A.    Yes.

13        Q.    As you sit here now, am I correct,

14   you're not disputing that Mrs. Corbet has had

15   dyspareunia from after the surgery by Dr. Smith up

16   to the present?  You're not disputing that, are you?

17        A.    No.

18        Q.    The pelvic hematoma that she had,

19   that likely resulted from the TVT procedure, right?

20        A.    It's possible that that's what caused

21   it, yes.

22        Q.    Based on the location of where it was

23   found on the MRI and the CT guided percutaneous

24   drainage, it's in the proximity -- direct proximity

25   to the TVT arm, isn't it?

Nicole Fleischmann, M.D.

```
 1         A.      It's in the retropubic space where

 2   the TVT would have traversed.

 3         Q.      It's actually in the left part of

 4   that space adjacent to the where the arm was,

 5   correct?

 6         A.      Right.

 7         Q.      The same arm that eroded, correct?

 8         A.      It was on the same side as the -- as

 9   the exposure.

10         Q.      It's actually adjacent to that spot,

11   right?

12         A.      It's on the same side as the -- the

13   hematoma and the exposure were both on her left

14   side.  Whether they are correlated or connected or

15   not, I cannot say.

16         Q.      Based on the description of the size

17   and location of the hematoma, it likely was adjacent

18   to and touching the mesh, right?

19         A.      Possibly, yeah.

20         Q.      Based on the location and size of the

21   hematoma, as described on the diagnostic studies,

22   the mesh and the placement of the mesh likely caused

23   that hematoma to form, correct?

24         A.      The procedure --

25                 MS. KABBASH:  Objection.
```

Nicole Fleischmann, M.D.

```
 1              THE WITNESS:  -- of doing a

 2  retropubic sling can cause a hematoma.  So that

 3  procedure itself could have caused the hematoma,

 4  yes.

 5  BY MR. SLATER:

 6       Q.      Most likely, that's the cause, right?

 7       A.      The procedure of doing the retropubic

 8  sling, sure, could have caused a hematoma.

 9       Q.      Well, most likely that is the cause,

10  right?

11       A.      Moth likely.

12       Q.      And they only retropubic sling she

13  had placed was the TVTTM Retropubic, right?

14       A.      That's right.  That's the procedure

15  that she had performed to treat her stress

16  incontinence.

17       Q.      In your report, you talk about

18  treating -- and this is on Page 29 of your

19  case-specific report we've marked as Exhibit-5.

20       A.      Case specific.

21       Q.      Page 29, Exhibit-5.  I just want to

22  ask you about something.

23       A.      Sure.

24       Q.      You talk about patients having mesh

25  exposure and complaining of dyspareunia, and then
```

Nicole Fleischmann, M.D.

```
 1   as being beyond the scope.

 2              MR. SLATER:  And I'm not going to

 3   stop asking it.

 4              MS. KABBASH:  It's your time.

 5   BY MR. SLATER:

 6        Q.    Do you consider yourself to be an

 7   expert with regard to the technical terminology of

 8   heavyweight and lightweight mesh, in terms of what

 9   is heavyweight and what is lightweight?

10        A.    An expert?

11        Q.    Yes.

12        A.    I'm not a medical materials expert,

13   so no.

14                   -  -  -

15              (Whereupon, Exhibit Fleischmann-8,

16   December 2007 E-mails, was marked for

17   identification.)

18                   -  -  -

19   BY MR. SLATER:

20        Q.    I've handed you what I've marked as

21   Exhibit-8, which is a couple e-mails from December

22   2007.

23              Do you see the bottom e-mail is an

24   e-mail from Jeff Potkul to you?

25        A.    Yes.
```

Nicole Fleischmann, M.D.

```
 1   bridging fibrosis is?

 2        A.     Yes, I've been told that scar plating

 3   and fibrosis is.

 4        Q.     You've been told what it is by who?

 5        A.     Through my reading.

 6        Q.     Well, where did you read that?

 7        A.     In the medical literature.

 8        Q.     In connection with your work to get

 9   ready to be an expert in this case, is that when you

10   learned what scar plating and bridging fibrosis was?

11        A.     No, I've heard that term well before

12   I became an expert.

13        Q.     What is scar plating and bridging

14   fibrosis?

15        A.     It has to do with the fibrotic

16   reaction that happens when -- mostly when pore sizes

17   are too small and the bridge happens over the pores

18   where the tissue doesn't infiltrate.

19        Q.     Do you agree that scar plating and

20   bridging fibrosis can cause adverse reactions?

21        A.     I don't know that it has a clinical

22   significance.

23        Q.     Do you agree that the clinical

24   manifestation of scar plating and bridging fibrosis

25   can include contraction, pain, erosion, extrusion
```

Nicole Fleischmann, M.D.

1    and exposure?

2         A.      I can't agree with that, no.

3         Q.      So if Ethicon says that, you disagree

4    with Ethicon?

5              MS. KABBASH:  Objection.

6              THE WITNESS:  I don't know what

7    Ethicon says about that.  I'm just telling you that

8    I don't see how that's related to anything clinical.

9    BY MR. SLATER:

10        Q.      Here is my question:  If Ethicon

11   believes that scar plating and bridging fibrosis can

12   be associated with adverse events and that the

13   clinical manifestation would be contraction, pain,

14   erosion, extrusion and exposure, you would disagree

15   with that?

16             MS. KABBASH:  Objection.

17   BY MR. SLATER:

18        Q.      Is that what you're saying?

19        A.      I'm saying I would need to see more

20   of the documentation before I respond yes or no to

21   that.

22        Q.      So as you sit here now, you don't

23   know whether or not scar plating and bridging

24   fibrosis can be associated with adverse events and

25   that the clinical manifestation would be

Nicole Fleischmann, M.D.

```
 1    contraction, pain, erosion, extrusion and exposure?

 2         A.     Exactly --

 3                MS. KABBASH:  Objection.

 4                THE WITNESS:  -- because you're

 5    talking about something that's happening on a

 6    cellular level, and I don't know how that relates to

 7    a clinical outcome.

 8    BY MR. SLATER:

 9         Q.     And you've never studied that

10    question, correct?

11         A.     I read about it, but I don't see the

12    correlation in my practice or in any of the medical

13    literature that I've reviewed.

14         Q.     This is my question:  Have you

15    actually ever studied that question to try to form

16    an opinion on that question?

17         A.     My opinion is that there's no

18    clinical significance to any kind of scarification

19    that might happen.  That is a known process that

20    happens with mesh and one which we actually rely

21    upon.

22         Q.     Is it your testimony that scar

23    plating and bridging fibrosis is something that you

24    rely upon in the use of the mesh?

25         A.     No, scar.  Scar.  Fibrosis.  That's
```

Nicole Fleischmann, M.D.

```
1    the natural reaction of the body to mesh.

2         Q.      I'm asking about scar plating and

3    bridging fibrosis.  So let me be very clear.

4              Have you ever studied the question of

5    whether or not scar plating and bridging fibrosis

6    can be associated with adverse events, the clinical

7    manifestation of which would be contraction, pain,

8    erosion, extrusion and exposure?  Have you ever

9    looked at that question to form an opinion?

10        A.      I haven't --

11             MS. KABBASH:  Objection.

12             THE WITNESS:  I haven't studied that

13   question.  I can tell you, I don't see scar plating

14   or bridging fibrosis clinically in my patients.

15   BY MR. SLATER:

16        Q.      Scar plating and bridging fibrosis is

17   something that would be determined by someone

18   specifically looking for it on a

19   histopathological --

20        A.      Exactly.  That's my point.

21        Q.      So that's not something you look for,

22   right?

23        A.      I can't look for.  It's not something

24   I can see clinically.

25        Q.      If you wanted to, you could have the
```

Nicole Fleischmann, M.D.

1    explanted mesh from your patients studied, right?

2         A.      Sure.

3         Q.      You've never done that, right?

4         A.      Well, if I had explanted mesh, it

5    would be sent for pathology, sure.

6         Q.      Have you ever had explanted mesh from

7    your patients studied, on a histopathological basis,

8    to determine whether there was scar plating or

9    bridging fibrosis?

10        A.      Not that I've ordered.  It might have

11   happened, but I've never ordered that.

12        Q.      So just to be very clear so we can

13   move on, but I just want to be clear.

14               Am I correct that you have never

15   studied the question of whether scar plating and

16   bridging fibrosis can cause adverse events, the

17   clinical manifestation of which would be

18   contraction, pain, erosion, extrusion and exposure?

19   Am I correct you have not studied that specific

20   question?

21        A.      I've never studied that on a

22   histopathological level.

23        Q.      Did you read Dr. Klinge's report

24   about that subject?

25        A.      I have, at some point, perused Dr.

Nicole Fleischmann, M.D.

```
1    Klinge's report.  But I don't -- I can't quote from

2    it.

3         Q.      Did you read any of the published

4    literature on that question?

5         A.      There's not much published literature

6    on that question.  It's pretty minimal.

7         Q.      So is the answer you haven't?

8         A.      What's out there, I have reviewed.

9    And I don't give much credence to it.

10        Q.      Do you know if Ethicon gives credence

11   to that literature?

12        A.      I'm not part of Ethicon, so I can't

13   say what Ethicon does.

14        Q.      When Ethicon talks about the

15   complications and the risks from the TVTTM

16   Retropubic device, do you think Ethicon knows what

17   it's talking about?

18                MS. KABBASH:  Objection.

19                THE WITNESS:  In some ways.  But

20   Ethicon is not the one that's putting the slings in.

21   We are.  We are the ones that see the outcomes and

22   the clinical outcomes.

23   BY MR. SLATER:

24        Q.      Do you know Peeten Wolf?

25        A.      Not personally.
```

Nicole Fleischmann, M.D.

```
 1    be extremely rare.

 2                   MR. SLATER:  Move to strike from

 3    "but" forward.

 4    BY MR. SLATER:

 5         Q.      Turn to Page 26 of your report, if

 6    you could.

 7                   You talk during your report -- in

 8    your report, about degradation of mesh.  Have you

 9    ever studied the question of whether or not the mesh

10    in the TVTTM Retropubic degrades on any level,

11    whether a macro level or a micro level?

12         A.      I've read the literature about

13    degradation.  I find it's pretty scant.

14         Q.      Have you ever looked at Ethicon's

15    internal documents regarding degradation of PROLENE®

16    mesh?

17         A.      I've reviewed some of them in

18    preparation for this deposition, yes.

19         Q.      Did the people who showed you Ethicon

20    documents show you any of the internal documents

21    that show that degradation of PROLENE® mesh occurs?

22    Did you see those documents?

23         A.      I didn't find anywhere that there was

24    degradation of mesh that had occurred.

25         Q.      So whatever you were provided from
```

Nicole Fleischmann, M.D.

```
 1   Ethicon's documents, you weren't provided those

 2   documents, were you?

 3              MS. KABBASH:  Objection.

 4              THE WITNESS:  I think if those

 5   documents had existed, they might have provided them

 6   to me.

 7   BY MR. SLATER:

 8        Q.     Meaning you would expect you would

 9   have been given them, if they existed, right?

10        A.     Yes.

11        Q.     I have a question about the TVT

12   EXACT®® -- rephrase.

13              With the TVT EXACT®®®, it's the same

14   mesh, the same size mesh as with the TVTTM

15   Retropubic, and you said the difference is just the

16   insertion with the trocars, and it's inserted a

17   little bit differently?

18        A.     Well, it depends.  I think the TVT

19   EXACT®®® is more the laser cut mesh, whereas the

20   retropubic TVT that I was using years ago was a

21   mechanical cut mesh.

22        Q.     The mesh in the TVT EXACT®®® is laser

23   cut?

24        A.     I think so, yes.

25        Q.     The TVTTM Retropubic mesh that you
```

Nicole Fleischmann, M.D.

```
 1   not in relation to the sling.
 2        Q.     You're not -- you're not offering
 3   opinions -- rephrase.
 4               You're not proposing to offer expert
 5   opinions regarding cytotoxicity in this case, are
 6   you?
 7        A.     I'm not a histopathologist, so no.
 8               MR. SLATER:  I don't have any other
 9   questions.
10                    -   -   -
11               (Whereupon, a discussion off the
12   record occurred.)
13                    -   -   -
14               VIDEO TECHNICIAN:  The time is 2:04
15   p.m.  Going off the record.
16                    -   -   -
17               (Whereupon, a discussion off the
18   record occurred.)
19                    -   -   -
20               VIDEO TECHNICIAN:  The time is 2:08
21   p.m.  We are back on the record.
22                    -   -   -
23                    EXAMINATION
24                    -   -   -
25   BY MS. KABBASH:
```