# Exhibit P

```
 1              UNITED STATES DISTRICT COURT

 2    SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON

 3    ------------------------------------------------------------

 4    IN RE:  ETHICON, INC., PELVIC      Master File No.

 5    REPAIR SYSTEM PRODUCTS                 2:12-MD-02327

 6    LITIGATION                               MDL 2327

 7                                         U.S. DISTRICT JUDGE

 8                                         JOSEPH R. GOODWIN

 9    ------------------------------------------------------------

      THIS DOCUMENT RELATES TO THE FOLLOWING
10    CASES IN WAVE 1 OF MDL 200:

11    MARTY BABCOCK,

                  Plaintiff,
12       -against-                       Case No. 2:12-01052

13    ETHICON, INC., ET AL.,

14                Defendants.

15    ------------------------------------------------------------

16

17           VIDEOTAPED SWORN TESTIMONY conducted of

18    NICOLE FLEISCHMANN, M.D., pursuant to Notice, on the

19    23rd day of March 2016, at RIKER, DANZIG, SCHERER,

20    HYLAND, PERRETTI, LLP, 500 Fifth Avenue, New York, New

21    York, commencing at 9:00 a.m.; before DANA N.

22    SREBRENICK, a Certified Court Reporter, a Registered

23    Realtime Reporter and Notary Public within and for the

24    State of New York.

25
```

1  saying while urgency is not in the adverse reactions,

2  urgency is a symptom of lower urinary tract obstruction.

3      Q    All right.  And so we agree --

4      A    Yeah.

5      Q    So we agree that urgency is not listed as an

6  adverse reaction in the IFU, correct?

7           MS. KABBASH:  Objection.

8      A    While the word "urgency" is not listed under

9  adverse reactions, it's an understanding that lower

10 urinary tract obstruction -- urinary tract obstruction

11 can cause urgency.

12 BY MS. O'DELL:

13     Q    But Ms. Babcock did not have an obstruction of

14 her lower urinary tract, true?

15     A    No, she didn't.

16     Q    Right.

17          Let me ask you to look at that while we're

18 here.  There's no listing of dyspareunia in the adverse

19 reactions portion of the IFU; is there?

20     A    No, there's not.

21     Q    The IFU does not include pain as an adverse

22 reaction either, does it?

23     A    Not specifically the word "pain," no.

24     Q    Urge incontinent -- excuse me, urge

25 incontinence is not included in the adverse reaction

```
 1   section of the IFU, true?
 2            MS. KABBASH:  Objection.
 3       A    The word "urge incontinence" is not.
 4   BY MS. O'DELL:
 5       Q    Frequency is not included in the adverse
 6   reaction sections of the IFU, true?
 7            MS. KABBASH:  Objection.
 8       A    The word "frequency" is not, yes.
 9       Q    Do you consider an adverse event that occurs
10   11 percent of the time to be rare?
11       A    No.
12            MS. KABBASH:  Objection.
13            How long have we been going?
14            THE VIDEOGRAPHER:  One hour and seven minutes.
15            MS. O'DELL:  Doctor, if you'd like to take a
16   break, you're welcome to do that.
17            THE WITNESS:  Would anybody like that?
18            MS. KABBASH:  No, probably take a break before
19   the two hours is up.
20            THE WITNESS:  I'm okay.  I can keep going.
21            MS. O'DELL:  Well, why don't we go -- if we're
22   going to take a break, let's go ahead and do that now.
23            MS. KABBASH:  You want to do that?
24            MS. O'DELL:  Yes.
25            THE VIDEOGRAPHER:  This marks the end of tape
```

Nicole Fleischmann, M.D.

```
 1   overactive bladder is reported approximately 11.6
 2   percent of the time in patients who were implanted with
 3   a retropubic sling?
 4       A    I'm looking for where it states that.
 5       Q    If you -- oh, I'm sorry -- it's on page 5.
 6       A    Are we --  on the table.
 7            MS. O'DELL:  Excuse me, Dana.
 8       A    I apologize.  Okay.
 9   BY MS. O'DELL:
10       Q    So, Doctor --
11       A    Okay.  So yes, I'm seeing where it says it
12   now, yes.
13       Q    Would you disagree with that percentage?
14       A    No, not necessarily.
15       Q    And I think that we've established that a
16   complication rate of 11 percent in your mind would not
17   be a rare complication, true?
18            MS. KABBASH:  Objection.
19       A    Right.
20       Q    True?
21       A    It's true.
22       Q    You probably still have it close at hand, but
23   I asked you earlier about the IFU that was in effect at
24   the time that Ms. Babcock was implanted with a TVT, and
25   I believe we established that dyspareunia was not listed
```

Nicole Fleischmann, M.D.

```
 1   as an adverse reaction in the IFU; do you remember that?

 2        A    Yes.

 3             MS. KABBASH:  Objection.

 4   BY MS. O'DELL:

 5        Q    And you state on page 26 of -- of your report,

 6   if you'll turn to 26 at the top of the page.

 7             MS. KABBASH:  You're talking about the Babcock

 8   report, right?  Or the Babcock-specific report?

 9             MS. O'DELL:  Oh, yeah, yeah -- I'm not going

10   to ask questions about the general report.

11             MS. KABBASH:  Okay.

12             MS. O'DELL:  I understand.

13        Q    So page 26, do you see at the top of the

14   page --

15        A    Yes.

16        Q    -- first line.

17        A    Uh-huh.

18        Q    "The TVT IFU adequately warns of the risk of

19   dyspareunia."

20        A    Uh-huh.

21        Q    What do you base that statement on?

22        A    Well, because it warns about mesh exposure,

23   which is really the main cause of dyspareunia, and if --

24   if there's going to be dyspareunia with the TVT, it's

25   usually in association with the mesh exposure.
```

```
 1      Q    And so is it your opinion that nerve-related
 2   pain is -- let me strike that and start again.
 3           Okay, let me just make sure I'm straight.
 4   You're saying the IFU adequately warns of dyspareunia
 5   because it mentions exposure?
 6      A    Yes.
 7      Q    Anything else?
 8      A    No.
 9      Q    Dr. Fleischmann, at the bottom of the page,
10   you go through a number of statements that relate to
11   pain with intercourse related to posterior repairs,
12   posterior colporrhaphies.
13           What relevance do those statements have to
14   your opinions in the Babcock matter?
15      A    Well, she had a perineorrhaphy.
16      Q    And you're putting that -- that perineoplasty
17   in the same category -- or is in your mind the
18   perineoplasty the same category as a posterior
19   colporrhaphy?
20      A    No, they're two different operations.  I do
21   talk about perineorrhaphy or perineoplasty.  That's the
22   same term, really.  They are two different operations.
23   A posterior repair is slightly a deeper repair than a
24   perineorrhaphy.
25      Q    I have never done one, but I understand that.
```