# Exhibit F

Denise M. Elser, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      CHARLESTON DIVISION
 3   IN RE:  ETHICON, INC.,    :  Master File No.
     PELVIC REPAIR SYSTEM      :  2:12-MD-02327
 4   PRODUCTS LIABILITY        :  MDL 2327
     LITIGATION                :  JOSEPH R. GOODWIN
 5                             :  U.S. DISTRICT JUDGE
     _____:_____
 6                             :
     THIS DOCUMENT RELATES TO  :
 7                             :
     TONYA and GARY EDWARDS,   :   Case No.
 8                             :   2:12-CV-099972
              Plaintiffs       :
 9                             :
              vs.              :
10                             :
     ETHICON, INC., et al.     :
11                             :
              Defendants       :
12   _____:_____
                               :
13   JO HUSKEY and ALLEN       :   Case No.
     HUSKEY,                   :   2:12-CV-05201
14                             :
              Plaintiffs       :
15                             :
              vs.              :
16                             :
     ETHICON, INC., et al.     :
17                             :
              Defendants       :
18
19          The deposition of DENISE M. ELSER, M.D., taken
20   pursuant to the Federal Rules of Civil Procedure of the
21   United States District Courts pertaining to the taking of
22   depositions, taken before LISA H. BREITER, Certified
23   Shorthand Reporter of the State of Illinois, at Yorktown
24   Westin Hotel, 70 Yorktown Shopping Center, Boardroom,
25   Lombard, Illinois, on April 24, 2014, at 9:15 a.m.
```

```
 1   available page, the Piet Hinoul.
 2       Q    Okay.  So none of the e-mails in the
 3   production materials, correct?
 4       A    Correct.
 5       Q    Okay.  And I forgot to ask you, but all of
 6   these materials that were sent to you were chosen by
 7   defense counsel, correct?
 8       A    On this list, yes.
 9       Q    In other words, you didn't ask for any of
10   this?  This is what they decided to give to you,
11   correct?
12       A    Correct.
13       Q    Have you asked for any other internal
14   materials?
15       A    No.
16       Q    Okay.  Do you know what a clinical expert
17   report is?
18       A    No.
19       Q    Do you know what a design failure modes
20   effects analysis is?
21       A    No.
22       Q    Did you review any of the 510(k) documents?
23       A    No.
24       Q    Did you review any Abbrevo documents?
25       A    Internal documents?
```