# Exhibit G

```
 1                    - - -

 2

 3   IN RE:                   :SUPERIOR COURT OF

     PELVIC MESH/GYNECARE     :NEW JERSEY

 4   LITIGATION               :LAW DIVISION -

                              :ATLANTIC COUNTY

 5                            :

                              :MASTER CASE 6341-10

 6                            :

                              :CASE NO. 291 CT

 7

     CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF

 8                  CONFIDENTIALITY

                         - - -

 9

                 September 13, 2012

10

                         - - -

11

12        Volume II of the transcript of the

13   Deposition of CHARLOTTE OWENS, M.D., called for

14   Videotaped Examination in the above-captioned

15   matter, said deposition taken pursuant to

16   Superior Court Rules of Practice and Procedure,

17   by and before JoRita B. Meyer, a Certified

18   Realtime Reporter, Registered Merit Reporter,

19   and Certified Court Reporter for the State of

20   Georgia, at the offices of Troutman Sanders,

21   600 Peachtree Street Northeast, Atlanta,

22   Georgia, commencing at 9:11 a.m.

23                    - - -

24        GOLKOW TECHNOLOGIES, INC.

         877.370.3377 ph|917.951.5672 fax

25           deps@golkow.com
```

Confidential - Subject to Stipulation and Oder of Confidentiality

1          A.    Correct.

2          Q.    And it says the potential effect of

3     that is damage to the cannula and the potential

4     hazard what could occur would be tissue damage,

5     correct?

6          A.    Correct.

7          Q.    And the potential harm that could

8     result here is described as bleeding, correct?

9          A.    Correct.

10          Q.    And you understood that through your

11     review of this -- rephrase.

12                And you understood that it was

13     required that you capture all of the different

14     failure modes, all the things that could go

15     wrong in the procedure, even if the doctor was

16     properly trained and following the proper

17     procedure, and the effects of those failure

18     modes, the hazards that could occur, and the

19     resulting harms, and you were supposed to

20     capture all of them, correct?

21          A.    Yes, all that we could conceive of,

22     yes.

23          Q.    Now, one of the things that could

24     happen is during the passage of the guides, is

25     the pudendal nerve could be injured, correct?

Confidential - Subject to Stipulation and Oder of Confidentiality

1           specifically mentioned in the document.

2      BY MR. SLATER:

3           Q.   And therefore, none of them are

4      specifically scored, correct?

5           A.   They would have been included in

6      things other than the terms that you mentioned.

7           Q.   As the document appears and as it was

8      specifically and carefully written by quality

9      engineering, with your approval, those items do

10     not appear and are not specifically scored,

11     correct?

12          A.   Those items are not specifically

13     mentioned, no.

14          Q.   All right.  Now let's look at the

15     dFMEA, which is Exhibit 629.  You understood

16     the purpose of the dFMEA, correct?

17          A.   Yes.

18          Q.   That's the Design Failure Modes and

19     Effects Analysis, correct?

20          A.   Yes.

21          Q.   And what was the purpose of this

22     analysis?

23          A.   To review the potential risk

24     associated with the design of the product.

25          Q.   And when you say "associated with the

Confidential - Subject to Stipulation and Oder of Confidentiality

1    design of the product," that means that when

2    the product is in a woman's body and the

3    product was manufactured completely consistent

4    with the specifications, these are the things

5    that could go wrong and harm a patient,

6    correct?

7         A.   Correct.

8         Q.   Let's look now at this dFMEA, and

9    let's look at page -- looking at the Bates

10   number 03573, the actual chart and grid.

11            And it indicates that you were one of

12   the individuals who provided input as medical

13   director, correct?

14        A.   Yes.

15        Q.   And again, as with the aFMEA, you had

16   to sign off on the dFMEA in order for this gate

17   to be surpassed so the product could move

18   closer to Product Release Authorization and to

19   be marketed to be put in women's bodies,

20   correct?

21        A.   Correct.

22        Q.   And what this does is, in the chart,

23   is the different components of the PROLIFT kit

24   are each evaluated in terms of what harms they

25   could cause if they were to fail, correct?