# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO PLAINTIFFS:<br><br>Joy Essman<br>Case No. 2:12-cv-00277<br><br>Christine Wiltgen<br>Case No. 2:12-cv-01216<br><br>Shirley Walker<br>Case No. 2:12-cv-00873<br><br>Julie Wroble<br>2:12-cv-00883<br><br>Nancy Jo Williams<br>Case No. 2:12-cv-00511 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE GENERAL OPINION TESTIMONY OF DR. GREGORY T. BALES, M.D.

PLEASE TAKE NOTICE that on _____, or as soon thereafter as the motion may be heard in the above entitled Court located at Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400, Charleston, West Virginia 25301, Plaintiffs, will and do move this Court for an order granting their request to exclude or limit the testimony of Gregory T. Bales, M.D., ("Dr. Bales") in the above-captioned matters. Plaintiffs seek to exclude the testimony of Dr. Bales as set forth in full in the Memorandum in Support of Plaintiffs' Motion to Exclude the Testimony of [Dr. Bales] ("Memorandum") filed contemporaneously with this Motion, along with the exhibits attached thereto.

1

This motion will be made and is based on this Notice of Motion and Motion, the Memorandum, and upon such other matters as may properly come before the Court at the hearing hereof.

Date: April 21, 2016.

By: /s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
*Co-Lead Counsel MDL 2325*

/s/ Amy Eskin
Amy Eskin
Levin Simes
353 Sacramento Street, Ste. #2000
San Francisco, CA 94111
Phone: (415) 426-3000
Fax: (415) 426-3001
aeskin@levinsimes.com
*Co-Lead Counsel MDL 2325*

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and
Overholtz, PLC
17 East Main Street, Suite
200 Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com

Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq. Wagstaff &
Cartmell LLP 4740 Grand Avenue,
Suite 300 Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com
