# EXHIBIT B

Gregory Bales, M.D.

```
 1                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      AT CHARLESTON
 3    ----------------------------)
                                   )
 4    IN RE:  ETHICON, INC.,       )
      PELVIC REPAIR SYSTEM         ) MDL No. 2327
 5    PRODUCTS LIABILITY           )
      LITIGATION                   ) JOSEPH R. GOODWIN
 6                                 ) U.S. DISTRICT JUDGE
      ----------------------------)
 7                                 )
      THIS DOCUMENT RELATES TO     )
 8    PLAINTIFFS:                  )
                                   )
 9    Joy Essman                   )
      Case No. 2:12-cv-00277       )
10                                 )
      Christine Wiltgen            )
11    Case No. 2:12-cv-01216       )
                                   )
12    Shirley Walker               )
      Case No. 2:12-cv-00873       )
13                                 )
      Julie Wroble                 )
14    Case No. 2:12-cv-00883       )
                                   )
15    Nancy Jo Williams            )
      Case No. 2:12-cv-00511       )
16                                 )
      ----------------------------)
17
18
19            The deposition of GREGORY BALES, M.D.
20    taken before Pauline M. Vargo, an Illinois
21    Certified Shorthand Reporter, C.S.R. No. 84-1573,
22    at the law offices of Drinker, Biddle & Reath,
23    191 North Wacker Drive, Suite 3700, Chicago,
24    Illinois, on April 1, 2016, at 8:02 a.m.
```

Gregory Bales, M.D.

1              MR. MORIARTY:  Objection.

2        A.     Yes, I believe my opinions are

3   objective.  They are opinions to my best ability to

4   give an opinion based on my own training and to my

5   best degree of medical certainty, if you will.

6        Q.     And are your opinions unbiased?

7              MR. MORIARTY:  Objection.  Go ahead.

8        A.     I think my opinions are unbiased.

9        Q.     When you prepared -- did you prepare the

10   report yourself?

11        A.     I did.

12        Q.     And how did you decide what to include

13   and what not to include in your report?

14              MR. MORIARTY:  Objection.  Go ahead.

15        A.     Well, as you can guess, you know, there

16   is a voluminous amount of information that can go

17   into a report like this and there is, you know,

18   years and years of documents, scientific papers,

19   research articles, journal articles and abstracts,

20   et cetera.  So, you sort of pick and choose and you

21   try to get a broad array of Level 1 evidence that

22   reflects good science.  That's what I try to

23   include.

24        Q.     Did you receive materials from defense

Gregory Bales, M.D.

1   BY MS. THOMPSON:

2       Q.      This is an e-mail exchange about Prolift

3   Users Forum from 2006.  Did you participate in the

4   Chicago Prolift Users Forum, to your memory?

5       A.      Yeah, again, I apologize, my memory

6   fails me on some of these things, but this was ten

7   years ago.  If it says I was at a forum one

8   evening, then I guess I was, if my name is on this.

9   But as I said, I really, I apologize, I can't

10  remember ten years ago being part of this.

11      Q.      When did you start using Prolift?

12      A.      Probably about 2006, would be my best

13  guess.  I think it came online end of 2005.

14      Q.      And if you did participate in this

15  forum, that would be something that you would

16  expect to be paid for by Ethicon, right?

17              MR. MORIARTY:   Objection.

18      A.      No, not necessarily.  I mean, sometimes

19  you participate in things because you wanted to get

20  an opportunity to listen to other of your

21  colleagues and other experts, and so I wouldn't

22  necessarily expect to be paid, although oftentimes

23  if you participate in things like this you would be

24  paid.

Gregory Bales, M.D.

```
 1              Gynemesh, a piece of mesh used
 2    transvaginally.
 3                   MR. MORIARTY:  You mean Gynemesh PS?
 4                   MS. THOMPSON:  Gynemesh PS.
 5         A.    Are you asking me if I'm going to offer
 6    opinions or you would like opinions?
 7         Q.    No.  Do you intend to offer opinions on
 8    Gynemesh PS?
 9         A.    I think I'm here to answer your
10    questions today, which I will do to the best of my
11    ability; and I'm certainly happy to answer and
12    offer opinions on Gynemesh PS, which I'm familiar
13    with.
14         Q.    The Prolift devices?
15         A.    Correct.
16         Q.    Prolift+M?
17         A.    Correct.
18         Q.    Prosima?
19         A.    I've never used Prosima.  I won't be
20    able to tell you very much about Prosima.  I'm
21    familiar with it, but never personally had any
22    experience using it myself.
23         Q.    And I didn't notice any opinions
24    regarding Prosima in your report, so can we assume
```

Gregory Bales, M.D.

1    that you will not be offering opinions on the

2    Prosima device?

3        A.    I won't, especially if you don't ask

4    anything more about it, so why don't you cross it

5    out.

6        Q.    Thanks.  I will cross it out.

7        A.    Perfect.

8        Q.    So with the products that we just

9    mentioned, is it your opinion generally that each

10   of these products is safe and effective?

11       A.    That would be my opinion.

12       Q.    And is it your opinion generally that

13   each of these products offer advantages over native

14   tissue repairs?

15       A.    Well, they may offer some advantages,

16   and I think we would have to clarify more

17   specifically what we are talking about.  I think

18   that's a little bit too broad for me to just say I

19   agree.

20       Q.    And it was meant as a broad question.

21   Obviously there will be specific instances, but in

22   general, do the products offer advantages in your

23   opinion over native tissue repairs?

24       A.    I think for certain things they offer

Gregory Bales, M.D.

1    breakdown would be probably 50 percent anterior

2    Prolift, probably 45 percent total Prolift and a

3    very smaller -- a much smaller percentage,

4    5 percent or less of the posterior Prolift.

5         Q.    Have you published any peer-reviewed

6    articles regarding using vaginal mesh for prolapse

7    repairs?

8         A.    Yes.

9         Q.    What are those articles?

10             MR. MORIARTY:   Objection.

11        A.    Again, I mean, I think my CV -- do we

12   have my CV here?  I would have to show you.  I

13   don't remember the exact citation.

14        Q.    Did you bring your CV?

15        A.    I don't think I have a copy of my CV.

16             MR. MORIARTY:   We produced it with the

17             report and reliance list.

18   BY MS. THOMPSON:

19        Q.    Okay.  And do you treat mesh

20   complications in your practice?

21        A.    Absolutely.  More complications than I

22   care to.

23        Q.    What are the most common mesh

24   complications that you treat in your practice?

Gregory Bales, M.D.

1    certainly seen pictures of the histologic

2    presentations, and yes, I'm sure I have been in our

3    pathology department at least a couple times and

4    looked at some of these things.  But, you know, it

5    will be very difficult for me to describe the

6    histologic appearance.

7        Q.    So you would not consider yourself an

8    expert in pathology?

9        A.    I'm very knowledgeable about pathology,

10   but I'm certainly not an expert and be able to

11   describe the specific pathologic features that a

12   pathologist, a board-certified pathologist would be

13   able to do.

14       Q.    Are you an expert in regulatory affairs?

15       A.    That's such a broad thing, what

16   regulatory affairs are, that again I guess I can't

17   say I'm any kind of expert in regulatory affairs.

18   I'm not sure even what that means.

19       Q.    How about industry standards for

20   warnings?

21            MR. MORIARTY:  Objection, form.

22       A.    So, an expert in industry, you are

23   asking me if I'm an expert in industry standards of

24   warnings.

Gregory Bales, M.D.

```
 1              So, again, I'm not -- I'm not aware of

 2    what those standards may be, so I guess I'm not an

 3    expert in it.

 4         Q.    We are going to go through your report.

 5    I'm going to ask you some questions about some of

 6    your opinions contained in the report.  If you want

 7    to follow along, you are welcome to.

 8              On Page 3 --

 9         A.    Can I just -- let me make sure I'm just

10    working off the same copy.  You said you gave it

11    that.  Was that Exhibit 2?  Was it Exhibit 2?

12         Q.    Exhibit 2, correct.

13         A.    Can I have it just to make sure?  Go

14    ahead.  Thank you.

15         Q.    At the bottom of Page 3 you start out

16    talking about sacrocolpopexy and then you also talk

17    about uterosacral ligament suspensions and

18    sacrospinous ligament fixations.  Do you perform

19    either of those procedures?

20         A.    Yes.

21         Q.    When was the last time you performed

22    either one and which one?

23         A.    A long time ago, a number of years ago,

24    five years ago.
```

Gregory Bales, M.D.

1    then say but I want to get started using it.   So

2    that's why, again, it is hard for me to interpret

3    this.

4        Q.    Was there any efficacy data when you

5    began using that Prolift device in 2006?

6        A.    There is never -- any new procedure we

7    do, there is never any real good efficacy data on

8    any new procedure.

9        Q.    I want to go over some of the literature

10   on the colporrhaphy and the efficacy, and I'm

11   using -- I'm going to start with the Weber article

12   that you cited in your report; and you are aware,

13   Dr. Bales, that the Weber article from 2001 was

14   re-analyzed with modern definitions of prolapse and

15   success by Chmielewski, correct?

16       A.    Yes.

17       Q.    I'm curious why you cited the 2001 Weber

18   article rather than the 2011.

19       A.    So, I guess if that's a question, again,

20   it's impossible to cite every article that's out

21   there, so I picked certain ones.

22            MS. THOMPSON:   And if you could mark

23       this as Exhibit No. 8.   I just have two copies

24       of this, sorry.

Gregory Bales, M.D.

```
 1              (Bales Exhibit 8 was marked for

 2                   identification.)

 3   BY MS. THOMPSON:

 4        Q.    Are you familiar with this paper,

 5   Dr. Bales?

 6        A.    Yes.

 7        Q.    And let's just go to the conclusions,

 8   and could you read the last paragraph for us.

 9        A.    Would you like me to read the entire

10   last paragraph?

11        Q.    Um-hmm?

12        A.    Starting "In conclusion"?

13        Q.    Um-hmm.

14        A.    "In conclusion, this study provides

15   further evidence that success after prolapse

16   surgery depends heavily on the criteria that are

17   used to define treatment success.  In the

18   frequently cited study by Weber, et al., when

19   strict anatomic criteria were used, success was

20   low.  However, when contemporary, clinically

21   relevant criteria for success were used, treatment

22   success was considerably better, with only 11

23   percent of subjects experiencing anatomic

24   recurrence beyond the hymen, 5 percent of subjects
```

Gregory Bales, M.D.

1    experiencing symptomatic recurrence, and no

2    subjects requiring surgery for recurrence or

3    complications at one year.

4                "Given this and the excellent safety

5    profile of traditional vaginal prolapse surgery,

6    we conclude that anterior colporrhaphy that is

7    performed in conjunction with other native tissue

8    repairs is appropriate as a primary treatment of

9    symptomatic anterior vaginal prolapse."

10        Q.    And my question is, why did you cite the

11   Weber paper in 2001 when this paper is more recent

12   and more authoritative?

13                MR. MORIARTY:  Objection, form and

14        asked and answered.  Go ahead.

15        Q.    Well, let me just say, is your -- is

16   your -- the reason that you didn't use this paper

17   is you just can't cite everything?  I think that

18   was your answer before.  Is that it --

19        A.    Yeah --

20        Q.    -- why you chose the old paper?

21        A.    Yeah, I apologize.  I chose -- I tried

22   to choose a appropriate synopsis of a variety of

23   different things.  I'm sure there are other papers

24   that I missed that might be more current or what

Gregory Bales, M.D.

1   have you.  But again, there is a lot of literature

2   that's out there.  I had to cite certain things.

3        Q.     And you will certainly agree with me

4   that a 5 percent symptomatic recurrence and no

5   subjects requiring additional surgery is very

6   different from the recurrence of 30 percent or more

7   that you cite in your paper, right?

8        A.     So you are asking if 30 is different

9   than 5, and the answer is yes, 30 is different than

10  5.

11       Q.     And you believe that you reported

12  objectively on the success rates with colporrhaphy?

13       A.     Yes.  I think this paper, actually, this

14  later information actually is somewhat of an

15  anomaly; and I think most -- most papers and again,

16  there is, you know, lots of data and lots of

17  studies that aren't cited here, would suggest that

18  the number is higher than 5 percent.  And again,

19  there is going to be a variety based on the paper.

20       Q.     Okay.  Well, let's go to one of the

21  other papers that you cited and Fed Ex'd.  I

22  thought this one was apparently really important,

23  and I just have two copies of this one, I'm sorry

24  to say.

Gregory Bales, M.D.

```
1              We will mark that as the next exhibit,
2    9, and you are familiar with this paper because you
3    cite it in your paper, in your report, right?
4         A.    Yeah.   Peter --
5              MR. MORIARTY:   It's so big you can
6         hardly miss it.
7              MS. THOMPSON:   The first paper was
8         that -- I have two of these that are large
9         size.   The first one was from Duke.   I thought
10        they just thought it was from Duke that it was
11        important.
12             THE WITNESS:   These guys work with us.
13        They are part of the University of Chicago
14        now, Peter Sand and Roger Goldberg and Janet
15        Tomezsko.
16                  (Bales Exhibit 9 was marked for
17                       identification.)
18   BY MS. THOMPSON:
19        Q.    I actually want to turn your attention
20   to that discussion of this paper --
21        A.    Okay.
22        Q.    -- by Dr. Shull.   Do you know Dr. Shull?
23        A.    I don't.
24        Q.    Have you seen Dr. Shull cited in Ethicon
```

Gregory Bales, M.D.

1    documents frequently?

2        A.    I think I'm familiar with that name.   He

3    is not a urologist; he is a urogynecologist.   I

4    think I have seen the name.

5        Q.    And have you looked at his comment

6    regarding Dr. Sand's paper, you will see that, I'm

7    going to read to you from the comment, "They knew

8    from their own experience as well as the experience

9    of other surgeons that the use of nonabsorbable

10   mesh is associated with an unacceptably high rate

11   of complications.  This is not surprising when one

12   considers operating in a clean-contaminated field,

13   the vagina."

14           And this paper used an absorbable mesh,

15   correct, not polypropylene?

16           MR. MORIARTY:  Objection, form.  Go

17       ahead.

18       A.    Yeah, I guess I'm just -- you just

19   read --

20       Q.    Did this paper use absorbable mesh?

21       A.    Yes, correct.

22       Q.    Okay.  And did Dr. Shull describe --

23   well, I'm going to read you something.  Tell me if

24   this is what the paper states.  "In our most recent

Gregory Bales, M.D.

1    series of over 300 women" --

2              MR. MORIARTY:  I'm sorry.  Can you

3        please tell us what you are reading from?

4              MS. THOMPSON:  Several factors are

5        related to long-term outcome.

6              MR. MORIARTY:  We need to know where

7        you are reading from.

8              MS. THOMPSON:  I'm telling you.  In

9        the comments section it says several factors

10       are related to long-term outcome, and I'm

11       reading from number one.

12   BY MS. THOMPSON:

13       Q.    "In our most recent series of greater

14   than 300 women in whom we specifically repaired the

15   transverse portion of the pubocervical fascia,

16   along with other defects, the rate of anterior

17   compartment persistence or recurrence was 7 percent

18   for prolapse halfway to the hymen and 2 percent for

19   prolapse to the hymen.  We used no mesh."

20             You will agree with me that a success

21   rate of 7 percent halfway to the hymen and 2

22   percent for prolapse to the hymen with a native

23   tissue repair is significantly less than the 30

24   percent that you cited in your expert report,

Gregory Bales, M.D.

1  correct?

2          MR. MORIARTY:  Objection, form.

3      A.    I think 30 percent is a more accurate

4  representation of what the experience is nationwide

5  for sure, as you just read.

6          Dr. Shull is a very accomplished

7  urogynecologist who I don't know personally, but

8  he is citing his own work, and he obviously gets

9  excellent results with his native tissue repair.

10         I'm not sure how long these patients

11  were followed, but he cites 7 percent in his

12  experience, and 7 percent is a lower number than

13  30 percent.

14         MS. THOMPSON:  I've just handed

15      another paper.  Would you mark this as Exhibit

16      No. 9.

17         MR. MORIARTY:  10.

18         (Bales Exhibit 10 was marked for

19             identification.)

20  BY MS. THOMPSON:

21      Q.    Dr. Bales, are you familiar with

22  Exhibit 10, a paper by Funk and Visco?

23      A.    Yes.

24      Q.    And this paper looked at 27,809 anterior

Gregory Bales, M.D.

1    prolapse surgeries.  The 5-year risk of surgery for

2    recurrent prolapse was similar between vaginal mesh

3    and native tissue groups with 10.4 percent

4    recurrent with mesh and 9.3 recurrent with native

5    tissue.  You will agree that those numbers are

6    significantly less than the 30 percent that you

7    cited in your expert report, correct?

8         A.    Yes.

9         Q.    And that there was -- in this paper of

10   27,000-plus patients, there was no difference

11   between mesh and native tissue repairs, correct?

12        A.    Yes, it looks like they are, right,

13   essentially similar.

14             MS. THOMPSON:  And Exhibit No. 11.

15             (Bales Exhibit 11 was marked for

16                  identification.)

17   BY MS. THOMPSON:

18        Q.    Are you familiar with this paper by

19   Dr. Oversand?

20        A.    Yes.

21        Q.    And Dr. Oversand had a satisfaction rate

22   of 94 percent of patients with native tissue

23   anterior repairs and a 5-year reoperation rate of

24   2.6 percent in one group and 8.9 percent in the

Gregory Bales, M.D.

1    other group and concluded that POP surgery using

2    native tissue repair entails low reoperation rates

3    with excellent subjective and objective results and

4    should be the primary -- should be the first choice

5    in treating primary POP providing use of adequate

6    surgical technique as was published in 2013.

7           That's certainly different from what you

8    cited in your expert report, correct?

9           MR. MORIARTY:  Objection, form.

10    A.    Again, the numbers are lower in this

11    paper in terms of the recurrence rates, yes.

12           MS. THOMPSON:  And Exhibit No. 12.

13           (Bales Exhibit 12 was marked for

14                identification.)

15    BY MS. THOMPSON:

16    Q.    Are you familiar with this paper,

17    Dr. Bales?

18    A.    Yes.

19    Q.    And this is the three-year followup on

20    Dr. Iglesia's original Prolift study, correct?

21    A.    Yes.  I'm just trying to see if they are

22    all Prolift people, to make sure on the methods.

23           Yes, okay.

24    Q.    And you are aware that this study was

Gregory Bales, M.D.

1    halted prematurely because of 15.6 percent mesh

2    erosion rate which exceeded their predetermined

3    limit, correct?

4        A.    Yes, it is prematurely halted.

5        Q.    And -- but they continued to follow the

6    patients for efficacy, correct?

7              And these authors concluded that there

8    was no difference in three-year cure rates when

9    comparing patients undergoing traditional vaginal

10   prolapse surgery without mesh with those undergoing

11   vaginal colpopexy repair with mesh, correct?

12       A.    Right.  You can read their conclusion.

13   They saw no difference.

14       Q.    And this paper wasn't included in your

15   expert report, was it?

16       A.    I don't think so.

17       Q.    And it is still your opinion that

18   colporrhaphy has a recurrence of over 30 percent

19   and that mesh repairs are preferable?

20             MR. MORIARTY:  Objection, form.

21       A.    It's my opinion that, yeah, anterior

22   recurrence rates are as high as 30 percent.

23       Q.    Or you said 30 percent or more, not as

24   high as 30 percent.

Gregory Bales, M.D.

1     A.     As high as 30 percent or more than 30

2  percent.

3     Q.     So your opinion is the recurrence, high

4  rates of recurrence of 30 percent or more with

5  colporrhaphy?

6     A.     Yes.  If you follow patients long

7  enough, yes, I believe that's an accurate

8  statement, even though there is certainly papers

9  that we can tease out of the literature, as we are

10  doing, that show the recurrence rate is lower.

11     Q.     But you didn't mention any of those

12  articles in your expert report, correct?

13     A.     The bibliography on the expert report,

14  as you've stated now several times, did not include

15  every single paper in the literature.

16     Q.     And I'm actually using many of your

17  papers that you just took the information that was

18  favorable to your opinions, correct?

19     A.     I appreciate that very much, counsel.

20     Q.     Correct?

21     A.     Correct.

22          MS. THOMPSON:  Another big one,

23  Exhibit 13.

24          (Bales Exhibit 13 was marked for

Gregory Bales, M.D.

```
 1          hour and a half.  Ready for a break?

 2                    MS. THOMPSON:  Sure, take a break.

 3                    (Recess taken, 9:32 - 9:41 a.m.)

 4                    MS. THOMPSON:  Back on.

 5     BY MS. THOMPSON:

 6          Q.    I had asked earlier, Dr. Bales, your

 7     opinion that the only unique risk is mesh exposure

 8     and erosion, and for that opinion you cited the

 9     Abed paper from 2011, correct?

10          A.    I did.

11                    MS. THOMPSON:  And we will mark this

12          as Exhibit 15.

13                    (Bales Exhibit 15 was marked for

14                       identification.)

15     BY MS. THOMPSON:

16          Q.    And this paper is titled "Incidence and

17     management of graft erosion, wound granulation and

18     dyspareunia following vaginal prolapse repair with

19     graft materials: a systematic review."

20                    Why did you not include the dyspareunia

21     that's discussed in this paper when you cited it as

22     your support for the only unique risk with Prolift

23     or Gynemesh PS is mesh exposure and erosion?

24          A.    Well, that sentence is as stated.  I'm
```

Gregory Bales, M.D.

1    just discussing the unique risk associated with

2    having the mesh, and you know, in other areas we

3    talk about dyspareunia rates and the first

4    paragraph discusses dyspareunia rates and such.

5    So, I didn't include every part of this paper.

6         Q.    Does this paper state that the only

7    unique risk with Prolift or Gynemesh PS is exposure

8    and erosion?

9         A.    I don't know if that exact verbiage is

10   used in this paper.  I would have to refresh my

11   memory.

12        Q.    Well, obviously it wouldn't because it

13   discusses graft erosion, wound granulation and

14   dyspareunia following prolapse with graft

15   materials, right?

16        A.    Right, and my point in writing my report

17   is that those other type complications can be seen

18   with or without the presence of mesh, which is one

19   of the reasons.  Again, we describe the unique risk

20   being the presence of the mesh and the exposure and

21   the erosion, so I guess just to clarify that.

22        Q.    But you have already said that the

23   rates, the incidence, the severity, the permanence

24   and responsiveness to treatment are all important

Gregory Bales, M.D.

1    when you are talking about adverse events or

2    complications, right?

3        A.    Yes, it's all important.

4        Q.    And at least in this review, the

5    dyspareunia rate associated with graft materials

6    was 9.1 percent, correct?

7        A.    That's correct.

8        Q.    We were talking also about Jacquetin,

9    who is an Ethicon consultant, and I will represent

10   to you that he is a patent holder on Prolift.

11               MR. MORIARTY:  Is this one for me or

12       is this the only one?

13               MS. THOMPSON:  Some of these I just

14       have two copies of, I apologize.

15               MR. MORIARTY:  Are you marking it?

16               MS. THOMPSON:  Yeah, I will go ahead

17       and mark it.

18               THE WITNESS:  So I guess we are up to

19       16.

20                  (Bales Exhibit 16 was marked for

21                     identification.)

22   BY MS. THOMPSON:

23        Q.    Are you familiar with this paper,

24   Doctor --

Gregory Bales, M.D.

1        A.      Yes.

2        Q.      -- Bales?  And actually, which did I

3   give you?

4        A.      You have too many papers.

5        Q.      I do.  I actually meant to give you a

6   different one, but we will go ahead and talk about

7   this one.  This is a paper, the 2013 --

8        A.      2009.

9        Q.      This is the 2010 Jacquetin paper, the

10  three-year followup.

11              And you will agree with me, in this

12  paper the anatomical failure rate was 20 percent at

13  three years, correct, in the results section?

14       A.      Correct.  You are reading right from the

15  paper.

16       Q.      Yep.  And Dr. Jacquetin found that,

17  listing results of the abstract summary, correct,

18  listed that or stated that a significant number of

19  patients, 41 percent, ceased sexual activity by

20  three years, correct?

21       A.      That's what his results were.

22       Q.      And that de novo dyspareunia was

23  reported by 8.8 percent, correct?

24       A.      Correct.

Gregory Bales, M.D.

1      Q.    And that would be consistent also with

2   the paper we just looked at previously, at the Abed

3   paper, correct?

4                MR. MORIARTY:  Objection.  Are you

5        just talking about the dyspareunia rate?

6                MS. THOMPSON:  Just the dyspareunia.

7        Sorry.

8      A.    Yes.

9      Q.    If we go to the Jacquetin 2013 paper --

10  we will mark this one too, 17.  I think you are

11  familiar with this one because it is cited in your

12  expert report, correct?

13     A.    Correct.

14                (Bales Exhibit 17 was marked for

15                    identification.)

16  BY MS. THOMPSON:

17     Q.    And this Jacquetin paper with the

18  followup of the TVM, total transvaginal mesh

19  series, this is the one that your chart was derived

20  from, correct?

21     A.    Yes.

22     Q.    And in this paper, in the results

23  section of the abstract, Dr. Jacquetin reports 16

24  percent with mesh exposure for which 8 resections

Gregory Bales, M.D.

1    needed to be performed, 7 exposures still ongoing

2    at the 5-year endpoint, all asymptomatic, correct?

3    I'm reading that correctly?

4         A.    You are reading that correctly, yes.

5         Q.    And only 33 out of 61, 54 percent,

6    sexually active patients at baseline remained so at

7    5 years in his study, correct?

8         A.    That's correct.

9         Q.    And de novo dyspareunia was reported by

10   10 percent, correct?

11        A.    That's correct.

12        Q.    And you are aware that Jacquetin also

13   published a paper based on the experience titled

14   "Complications of Vaginal Mesh"?

15        A.    Do you have it?  Did you want to go over

16   it?

17        Q.    I need a helper.

18        A.    Maybe this young fella.

19             MS. THOMPSON:  It is just a short

20        paper.  I do have one additional copy, and we

21        will mark that as Exhibit 18.

22             (Bales Exhibit 18 was marked for

23             identification.)

24

Gregory Bales, M.D.

1      Q.     And he lists retractions, correct?

2      A.     That's correct.  We are reading, yes,

3  those are the three things.

4      Q.     And he describes the average shrinking

5  of 25 to 30 percent in experimental surgery, and it

6  may reach 40 percent of the initial surface of the

7  implant in patients after surgery.

8              MR. MORIARTY:  Is that a question?

9      Q.     And therefore, many surgeons will use

10  large implants to cover defects and anticipate

11  scarring, shrinkage and puckering.  Is that what

12  Dr. Jacquetin describes in this paper?

13              MR. MORIARTY:  Objection, form.

14      Q.     Did I read it correctly?

15      A.     I think that bullet point you read

16  exactly, so that's what he has written here, yeah.

17      Q.     And we will talk about your opinions on

18  shrinkage in a minute, but at least Dr. Jacquetin

19  listed that retraction as a complication of the

20  mesh devices he studied, correct?

21      A.     Sure, and you left out -- right, and he

22  describes on a rat's abdominal wall and then he is

23  guesstimating based -- he says it may reach

24  40 percent on patients.  So, it sounds like at

Gregory Bales, M.D.

1    least on the experimental side it's on the rat's

2    abdominal wall, but you read the rest of the

3    sentence accurately.

4         Q.    So, you think when he says -- sorry.

5    So, you think when he says, therefore, many

6    surgeons will use large implants to cover defects

7    and anticipate scarring, shrinkage and puckering he

8    is talking about rat surgeons?

9              MR. MORIARTY:  Objection, form.

10             MS. THOMPSON:  Well, I'm just asking

11        if that's what he meant, what he said.

12             MR. MORIARTY:  You asked him if you

13        read that exactly, and you didn't.  You

14        skipped the part about the rats, so he was

15        just pointing out what you skipped.

16             MS. THOMPSON:  I don't think I did.

17             MR. MORIARTY:  That's why I objected

18        to form.  You skipped the part about the rats.

19             MS. THOMPSON:  Well, I didn't intend

20        to skip.

21   BY MS. THOMPSON:

22        Q.    You don't think the second sentence is

23   applying to rats, do you, Dr. Bales?

24        A.    Well, the second sentence specifically

Gregory Bales, M.D.

1    says patients; the first sentence definitely says

2    rats.  So, I guess that was the only clarification.

3          Q.    So you think the 40 percent would refer

4    to patients, human patients, right?

5          A.    Well, again, I mean, he is not citing

6    any specific study here.  It sounds like he is

7    surmising it may reach.  I don't --

8          Q.    But he is talking about humans, right?

9          A.    He says in patients, so I would assume

10   that means patients.

11         Q.    And when he says many surgeons will use

12   large implants to cover defect and anticipate

13   scarring, shrinking and puckering, he is talking

14   about human patients also; agree?

15         A.    I suspect, although again, it's a very

16   general statement, and I'm not sure which surgeons

17   he is referring to or anything, how large.  I mean,

18   it's just kind of a very general statement.  I

19   imagine he is referring to surgeons operating on

20   humans.  I don't want to over-infer.

21         Q.    Okay.  I want appreciate that.

22                  (Mr. Jake Plattenberger entered the

23                  deposition proceedings.)

24                  MR. MORIARTY:  Can we help you?

Gregory Bales, M.D.

1    thorough physical exam.  There is no urologic cause

2    for dyspareunia.  I mean, bladder pain and

3    dyspareunia are slightly distinct, right, so

4    dyspareunia --

5         Q.    Or postoperative urologic surgery?

6         A.    Correct.

7         Q.    So, your opinion that the quality of

8    dyspareunia and vaginal pain that occurs after mesh

9    surgery is no different from that that can occur

10   with other prolapse surgery?

11        A.    Yes.  It may not be any different at

12   all.

13        Q.    And you are ignoring the dozens of

14   articles that would say something differently,

15   correct?

16             MR. MORIARTY:  Objection, form.  Go

17        ahead.  It's argumentative.

18        A.    I'm not sure they say anything a whole

19   lot differently.  There is papers that cite pain

20   and dyspareunia after any type of vaginal surgeries

21   and stuff; and certainly among those, as you stated

22   earlier, are papers now looking at experiences with

23   vaginal mesh procedures.

24        Q.    Can you cite any paper that would

Gregory Bales, M.D.

```
 1    support your opinion that the pain associated with
 2    vaginal mesh is no different -- and we are
 3    considering all the factors, not that just that it
 4    occurs.  Can you cite any paper that says that pain
 5    that occurs after mesh procedure is no different
 6    from that occurring with any other native tissue
 7    repairs?
 8         A.    I'm not sure there has been a
 9    comparative study, so I can't say that.
10         Q.    It doesn't even have to be a comparative
11    study.  Has anybody offered an opinion that the
12    mesh pain after mesh surgery is no different when
13    you consider all the factors that we have talked
14    about, the native tissue repairs?
15              MR. MORIARTY:  Objection.  Go ahead.
16         A.    So, if I see a patient who has vaginal
17    pain and fibromyalgias and says she can't get near
18    her husband and she is on the verge of divorce and
19    she is coming to see me because she was told I'm a
20    pelvic floor reconstructive guy and what can I
21    offer her and that woman has never had vaginal mesh
22    surgery, any surgery, and she has horrific
23    dyspareunia that's affecting her marriage, that
24    woman's dyspareunia is no different than a patient
```

Gregory Bales, M.D.

1           "The authors conclude that the

2      risk/benefit profile means that transvaginal mesh

3      has limited utility in primary surgery.  While it

4      is possible that in women with higher risk of

5      recurrence the benefits may outweigh the risk,

6      there is currently no evidence to support this

7      position."

8           Did I read that correctly?

9      A.    You read it perfectly.

10     Q.    And in the last paragraph, "In 2011,

11     many transvaginal permanent meshes were voluntarily

12     withdrawn from the market and the newer lightweight

13     transvaginal permanent meshes still available had

14     not been evaluated within an RCT.  In the meantime,

15     these newer transvaginal meshes should be utilized

16     under the discretion of the ethics committee."

17          Did I read that correctly?

18     A.    Yes.  You read it fine.

19     Q.    In 2016 the authors of the Cochrane

20     study, with Prolift having been on the market for

21     11 years and Gynemesh on the market for 16 years,

22     are stating that these meshes should only be

23     utilized under the discretion of an ethics

24     committee, correct?

Gregory Bales, M.D.

```
1    BY MS. THOMPSON:
2         Q.    Are you familiar with this paper titled
3    "Vaginal Mesh Contraction, Definition, Clinical
4    Presentation and Management"?
5         A.    Yes.
6         Q.    And one of the two authors of this paper
7    is also the author of the Cochrane reviews that you
8    cited in your paper as well?
9         A.    Maher.
10        Q.    Maher.  Is it your opinion that vaginal
11   mesh contraction is not unique to vaginal mesh
12   devices?
13        A.    It is not -- say that again.
14        Q.    You've given the opinion that the only
15   complication unique to vaginal mesh devices is
16   exposure and erosion, and I'm asking you is vaginal
17   mesh contraction not unique to vaginal mesh
18   devices?
19        A.    I guess anything having to do with the
20   mesh itself is unique to the mesh.  We could argue
21   about the extent of contracture, if you will.  But
22   if the mesh changes at all, it's only going to
23   change if the mesh is present.  So, again, I'm not
24   sure that's a complication, but it's a behavior of
```

Gregory Bales, M.D.

1     the mesh.  Maybe that's more accurate.

2          Q.     Vaginal mesh contraction characterized

3     by severe vaginal pain, aggravated by movement,

4     dyspareunia in all sexually active women and focal

5     tenderness over contracted portions of the mesh on

6     vaginal examination, commonly involving the lateral

7     fixation arms, you have a question about whether

8     that's a complication or not?

9          A.     I don't have a question.  If the pain

10    exists, I have a question how much is specifically

11    due to contracture, which is what you were just

12    talking about.

13         Q.     Well, these authors are reporting

14    vaginal mesh contraction.  Do you question their

15    report?

16         A.     I mean, their report is their report.

17         Q.     And it certainly wasn't included in your

18    expert report, was it?

19         A.     It was not.

20         Q.     Vaginal mesh contraction characterized

21    by severe vaginal pain, dyspareunia in all women

22    and focal tenderness over contraction.  In fact,

23    you say it's not even established that mesh

24    contracts to any clinical significant degree;

Gregory Bales, M.D.

```
1    correct?

2         A.    That's what I said.

3         Q.    You certainly consider vaginal mesh

4    contraction a significant clinical condition,

5    correct?

6                MR. MORIARTY:  Objection.  Go ahead.

7         A.    I guess that we can argue about how much

8    and how relevant contracture, how much it occurs,

9    how well it's measured, and if that truly is

10   clinically significant.  Certainly these authors

11   feel that they felt some of the pain that they are

12   seeing is related to contracture.

13        Q.    And you are aware that there are dozens,

14   literally, of articles describing mesh contracture

15   and the clinical symptoms, primarily pain,

16   associated with it, correct?

17        A.    I'm aware that both those things exist,

18   and I'm certainly aware that mesh contractures

19   occur, just like mesh contractures occur in

20   inguinal hernias and ventral hernia and whatever,

21   yes.

22        Q.    Okay.  We are talking about vaginal mesh

23   contractions, right?

24        A.    Yes, and I'm aware that they contract a
```

Gregory Bales, M.D.

```
1        A.    I'm not convinced that in all those

2   patients it's simply -- it's as simple as saying a

3   little contraction occurred, and that's what's

4   causing all the pain.  I think that it's not very

5   well defined.  That's my opinion.

6        Q.    Okay.  The one paper you did out of the

7   literally dozens of papers that discussed this,

8   including the FDA, as a clinically significant

9   condition that is unique to mesh, the one paper you

10  selected to include in your expert report is Dietz.

11  My question is --

12       A.    So you are happy with this one, that I

13  included this one?

14       Q.    Oh, let's talk about this one.

15       A.    Okay.  Please.

16       Q.    Did you find this paper on your own or

17  were --

18            MR. MORIARTY:  Is this marked?

19            MS. THOMPSON:  Let's mark that as the

20       exhibit next.

21            (Bales Exhibit 24 was marked for

22            identification.)

23  BY MS. THOMPSON:

24       Q.    My question, first of all, is this a
```

Gregory Bales, M.D.

1    paper you found on your own literature search, or

2    was this something that was furnished to you by

3    defense counsel?

4        A.    I don't recall.  I think I found it on

5    my own.

6        Q.    And this is the one you chose out of

7    dozens, if not hundreds, of articles that discuss

8    mesh shrinkage, contraction, retraction and the

9    clinical significance, correct?

10            MR. MORIARTY:  Objection, form.

11       A.    This is one that's cited in my Herrera

12   report.

13       Q.    Let's look at this report from 2011.

14   You are aware that Dr. Dietz is a consultant for

15   mesh manufacturers, correct?

16       A.    Yes.  Well, I'm just reading it.

17   Actually, I didn't remember that, but I'm reading

18   underneath on the first page here.  It says he has

19   acted as a consultant for various vendors, so yes,

20   I guess he is.

21       Q.    And Dr. Dietz used translabial

22   ultrasound in this study, correct?

23       A.    Correct.

24       Q.    Wouldn't that transvaginal ultrasound be

Gregory Bales, M.D.

1    more accurate in assessing mesh in the pelvic

2    floor?

3        A.    You know, I don't do translabial

4    ultrasounds, so I'm not sure how well it penetrates

5    to be able to assess it.  I'm assuming that whether

6    it is translabial or transvaginal, they were able

7    to get dimensions, but I don't know enough about

8    translabial ultrasound.

9        Q.    Aren't most of the papers that you've

10   seen or have you seen any looking at ultrasound to

11   assess mesh shrinkage using transvaginal

12   ultrasound?

13       A.    Yes.  Loyola has published some papers

14   here in Chicago, Dr. Mueller.  So, yes, I'm aware

15   of that technique, and there has been some reports

16   on that.

17       Q.    And Dr. Dietz did the first scan in his

18   paper at a minimum of three months, so the first

19   scan was done three months following the placement

20   of the surgery -- the placement of the mesh,

21   correct?

22       A.    It looks like the study design, it was

23   between 3 and 52 months.

24       Q.    And it's true that folding, wrinkling,

Gregory Bales, M.D.

```
 1    Systems product.  This isn't even an Ethicon
 2    product.  Sure, I would believe this.  They
 3    describe that.  I guess they measured it, and it's
 4    5 by 3.7 centimeters.
 5         Q.    Well, you chose the paper about Perigee,
 6    not me, right?
 7              MR. MORIARTY:  Objection,
 8         argumentative.  What does that have to do with
 9         anything?
10              MS. THOMPSON:  Well, he was
11         questioning that it wasn't even an Ethicon
12         product, and I was just bringing to his
13         attention that he was the one that picked a
14         non-Ethicon paper when there were other
15         Ethicon papers he could have chosen.
16              MR. MORIARTY:  I thought you were
17         asking about the dimensions of the Perigee.
18              MS. THOMPSON:  I am.
19    BY MS. THOMPSON:
20         Q.    Now, if you go to the chart on Page e3
21    giving the dimensions, the lower mesh margin.
22         A.    Table 1 or Table 2?
23         Q.    Table 1.  And the mesh link, those
24    measurements are significantly different, smaller
```

Gregory Bales, M.D.

1    a few minutes to read over their methods.  I'm

2    happy to do that.

3         Q.     It's only a four-page paper, right?

4         A.     You are the one who says we don't have

5    time.  I have plenty of time.

6         Q.     Let's go ahead and look at some

7    shrinkage information on Ethicon products.  Okay?

8         A.     Okay.

9                MS. THOMPSON:  We will mark this as

10        25.

11                        (Bales Exhibit 25 was marked for

12                          identification.)

13   BY MS. THOMPSON:

14        Q.     And I'm looking specifically at the

15   abstract 157 by the authors Letouzey and De Tayrac,

16   among others.  Are you aware that these authors are

17   part of the TVM group in France?

18        A.     Yeah.  I think I recognize the

19   Levaillant.  I'm not perhaps pronouncing that, the

20   Levaillant name.

21        Q.     And this study actually used Gynemesh,

22   correct?

23        A.     Yes.

24        Q.     And it was placed under the bladder in a

Gregory Bales, M.D.

1    tension-free procedure, correct?

2         A.    Correct.

3         Q.    And the results of this study showed

4    that ultrasound evaluation reconstruction has been

5    shown to -- a typo -- has been showed a mean

6    contraction of 30 percent, 65 percent, 85 percent

7    at a mean followup of 3 years, 6 years and 8 years

8    respectively, correct?  Did I read that correctly?

9         A.    Yes.

10        Q.    85 percent at 8 years is certainly not

11   any clinically significant degree, as you stated in

12   your report, is it?

13        A.    Well, you know, it is interesting.  If

14   we read just a little further, there was no

15   significant correlation between mesh position and

16   clinical outcomes.  So actually, it seems to

17   indicate by their results that while it's

18   contracted, it hasn't affected outcomes.  So, I

19   guess it's not clinically significant if you

20   believe this one abstract.

21        Q.    Did the mesh shrink in this abstract by

22   Dr. Tayrac?

23        A.    Well, according to the ultrasound

24   measurements, you just stated the numbers,

Gregory Bales, M.D.

1    30 percent, 65 percent, et cetera.

2                    MS. THOMPSON:  We will mark this as

3         Exhibit 26.

4                    (Bales Exhibit 26 was marked for

5                        identification.)

6    BY MS. THOMPSON:

7         Q.    Did you look at any Ethicon documents

8    regarding mesh shrinkage and the clinical

9    significance?

10        A.    Yes, I looked at some documents.

11        Q.    Did you look at this document that I

12   just marked as Exhibit 26 that says, "Mesh

13   shrinkage:  How to assess, how to prevent, how to

14   manage?" by authors Velemir, Fatton and Jacquetin,

15   also part of the TVM investigating group on

16   Gynemesh and Prolift?  Have you seen this document?

17        A.    I may have.

18        Q.    Go ahead and look through it, if you

19   would like, and let me know when you are ready.

20        A.    Well, I don't know what to be ready for,

21   so I'm not sure if I'm ready.

22        Q.    I want to ask you some questions, but I

23   will direct you to the right place.

24        A.    When you don't know what to expect, it

Gregory Bales, M.D.

 1    is hard to know if you are ready.

 2         Q.    Fair enough.  And this entire document,

 3    it looks like it was a workshop, is postoperative

 4    specific complications following transvaginal mesh

 5    repair of pelvic organ prolapse, etiology,

 6    prevention and management; and the entire -- I

 7    don't know how many pages it is but it's long -- is

 8    about mesh shrinkage, correct?

 9         A.    I don't know.  I didn't have time to go

10    through every single page just now.

11         Q.    Well, the title is "Mesh Shrinkage," so

12    you can probably assume that the document is about

13    mesh shrinkage, right?

14              MR. MORIARTY:  Your question was

15         whether every page of the thing was about mesh

16         shrinkage, so don't get frustrated by his

17         answer when he hasn't assessed because I'm

18         looking at the third page and it isn't about

19         shrinkage.  So, I understand your frustration,

20         but if your question is going to be that

21         way...

22    BY MS. THOMPSON:

23         Q.    Okay.  Let's just go through several of

24    these pages.  All right.  It gives a definition of

Gregory Bales, M.D.

1    mesh shrinkage on page -- the second page,

2    reduction of the mesh area after tissue

3    incorporation, correct?

4         A.    That's what it lists as the definition.

5         Q.    And it also says it's often associated

6    with mesh thickening and folding, correct?

7         A.    That's the third bullet point there,

8    yes, often associated with mesh thickening and

9    folding.

10        Q.    Would you disagree that mesh shrinkage

11   is often associated with mesh thickening and

12   folding?

13        A.    That hasn't been my experience.

14        Q.    So you would disagree with Ethicon that

15   mesh shrinkage is often associated with mesh

16   thickening and folding?

17             MR. MORIARTY:   Objection, objection to

18        form.

19        Q.    You can answer.

20        A.    It hasn't been my experience that I have

21   seen in my own patients a lot of mesh thickening

22   and folding, so I don't know who I'm disagreeing

23   with, but you asked me what my opinion is, and I

24   haven't seen that.

Gregory Bales, M.D.

1      Q.      Would you agree that mesh shrinkage is a

2  phenomenon experienced by abdominal surgeons?

3      A.      When using mesh for what procedures?  So

4  use mesh for ventral hernias, for instance, or what

5  specifically?

6      Q.      I'm just reading.  Do you agree with the

7  statement from Drs. Velemir, Fatton and Jacquetin

8  of the TVM group in France investigating Gynemesh

9  and Prolift that mesh shrinkage is a phenomenon

10  experienced by abdominal surgeons?

11      A.      Well, I guess I don't disagree, I don't

12  agree.  I'm not sure what they are referring to

13  there, so I don't want to just --

14      Q.      So you can't answer that question?

15      A.      Again, let me finish.  As a blanket

16  statement I just want to say I agree.  I'm just not

17  sure what they are referring to.

18      Q.      And do you agree with the statement that

19  mesh shrinkage is a phenomenon which has become a

20  rising concern in urogynecology since the

21  widespread use of vaginal mesh?

22      A.      I think it's a concern for

23  urogynecologists, urologists.  Anybody who is using

24  vaginal mesh, it would be a concern.

Gregory Bales, M.D.

1    statement is "Mesh shrinkage may be associated

2    with," bullet points, "stiffness/tenderness at

3    vaginal examination."  Would you agree with that?

4              MR. MORIARTY:  Objection, form.  Go

5       ahead.

6       Q.   Would you agree with mesh shrinkage may

7    be associated with stiffness and tenderness at

8    vaginal examination?

9              MR. MORIARTY:  Same objection.

10      A.   I guess I would agree.  May be

11   associated, I guess I could agree with that

12   statement.

13      Q.   Would you agree that mesh shrinkage may

14   be associated with discomfort, pain during

15   intercourse?

16              MR. MORIARTY:  Same objection.

17      A.   I guess I would just underscore again

18   that I don't know how easy it is to determine

19   whether mesh shrinkage is what's causing discomfort

20   and pain after intercourse, so that's why.  So, I

21   guess may, may be associated, sure.  I guess I

22   could on balance say that's okay.

23      Q.   And you certainly agree that there are

24   many papers where the authors are able to make the

Gregory Bales, M.D.

1    connection between the shrinkage, retraction,

2    contraction and pain; you just are not able to,

3    correct?

4                    MR. MORIARTY:  Objection, form.  Go

5        ahead.

6        A.    Yes, I'm not able to.

7        Q.    Do you agree with the statement mesh

8    shrinkage may be associated with pelvic pain?

9                    MR. MORIARTY:  Same objection.

10       A.    I think it was the same thing we said

11   before.  There is -- when patients have pain,

12   specifically the mesh being possibly shrinking or

13   is shrinking, is that the cause of the pain, I

14   guess it can be hard to say.  So, that's my only

15   concerning about making that blanket statement.

16       Q.    Do you agree or disagree with the

17   statement mesh shrinkage may be associated with

18   urinary or defecatory dysfunctions?

19                   MR. MORIARTY:  Same objection.

20       A.    I -- yeah, I guess I'm not sure if the

21   mesh -- yeah, I guess I'm not prepared to say mesh

22   shrinkage causes urinary or defecatory dysfunction,

23   so no.

24       Q.    Do you disagree or agree with the