# EXHIBIT C

Gregory T. Bales, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON
 2
 3      --------------------------   ) Master File No.
        IN RE:  ETHICON, INC.,       ) 2:12-MD-02327
 4      PELVIC REPAIR SYSTEM         )
        PRODUCTS LIABILITY           ) MDL 2327
 5      LITIGATION                   )
        --------------------------   )
                                     ) JOSEPH R. GOODWIN
 6      THIS DOCUMENT RELATES TO     ) U.S. DISTRICT JUDGE
        PLAINTIFFS:                  )
 7                                   )
                                     )
        Joy Essman                   )
 8      Case No. 2:12-cv-00277       )
                                     )
 9      Christine Wiltgen            )
        Case No. 2:12-cv-01216       )
10                                   )
        Shirley Walker               )
11      Case No. 2:12-cv-00873       )
                                     )
12      Julie Wroble                 )
        Case No. 2:12-cv-00883       )
13                                   )
        Nancy Jo Williams            )
14      Case No. 2:12-cv-00511       )
                                     )
15      --------------------------   )
16
17
                        GENERAL DEPOSITION OF
18
                        GREGORY BALES, M.D.
19
                           April 2, 2016
20
                         Chicago, Illinois
21
22
23
24
```

Golkow Technologies, Inc.                                    Page 1

1  marked as Exhibit 2 yesterday, but I didn't -- I
2  did not bring copies again.
3       MR. MORIARTY: I have my copy that he can use,
4  but we can't mark it because it has some notes on
5  it.
6       MS. THOMPSON: We will just -- can we have
7  Exhibit 2 -- both the Notice and the report, which
8  were Exhibits 1 and 2 yesterday, included in this
9  deposition?
10                (WHEREUPON, certain documents were
11                marked Bales Deposition Exhibit
12                No. 1, Notice to Take Deposition
13                of Gregory T. Bales, M.D., and
14                No. 2, Defense Expert General
15                Reports of Gregory Bales, M.D.)
16  BY MS. THOMPSON:
17       Q.  Let's first talk about your experience
18  the treatment, the surgical treatment of stress
19  urinary incontinence. What procedures do you
20  currently perform surgically to treat stress
21  urinary incontinence?
22       A.  So, primarily three, three separate
23  procedures. One being the retropubic or classic
24  TVT, the TVT device that goes behind the pubic

1  bone.  I also do TVT-Obturator slings.  And we can
2  talk later if you like about how I differentiate
3  who gets what.
4           So, I do those two synthetic slings,
5  both the retropubic and an obturator, and
6  increasingly I do more autologous slings.  So,
7  that's autologous fascial slings.  And we can talk
8  again further about why I -- how I differentiate
9  between all three of those.
10          But those are the three primary slings I
11 use.
12     Q.   Dr. Bales, when you refer to
13 TVT-Retropubic, are you using TVT in a generic
14 sense or are you referring to the Gynecare TVT
15 device?
16     A.   So, at my primary institution, the
17 University of Chicago, we have the Ethicon product
18 line, the TVTs.  So, when I say TVT, I meant in
19 this case that I actually use Ethicon's TVT.
20          As you mentioned, sometimes that can be
21 more generic and any type of synthetic sling could
22 be called TVT or an obturator sling.
23          I do have privileges at an outside
24 hospital in Munster, Indiana where I go and they

1    Q.    And how many autologous slings over the
2    course of your career?
3    A.    Well, when I first started, obviously,
4    we didn't have any synthetic slings. So, for the
5    first I guess four years of my career we only did
6    autologous fascial slings and now increasingly we
7    are doing more. I would guess 300, 3 to 400 maybe.
8    Q.    And currently what percentage of your
9    slings, what percentage of your surgical treatments
10   for stress incontinence fall into those three
11   categories, retropubic, TVT-O and autologous,
12   approximately?
13   A.    What percentage?
14   Q.    What percentage in each category
15   currently?
16   A.    Currently.
17   Q.    Roughly.
18   A.    I would say probably a third, a third, a
19   third would be reasonable, a reasonable estimate.
20   Q.    And as far as tracking outcomes and
21   complications, would it -- for your sling
22   treatments, would that be similar to what we
23   discussed yesterday, that the residents may be
24   tracking a certain complication that they are

1  term, importance?

2  A.  I would guess that, yes, I guess I would
3  say they are similar because not any one
4  complication occurs with such great frequency or
5  tends to be so impactful that I think I would make
6  it more important than the other two.

7  Q.  And when you're talking about the pain
8  discomfort that can occur in the inner thigh, that
9  can be transient or that can be chronic, correct?

10 A.  Yeah, I suppose.

11 Q.  And transient pain in the groin or thigh
12 has been reported in the literature to be as high
13 as 26%.  Are you aware of that?

14 A.  Transient you said?

15 Q.  Right.

16 A.  Yeah, I think transient, in my
17 experience, can be even a little bit higher than
18 that.

19    Most patients after a surgical procedure
20 will experience for a short period of time, as you
21 know, transient discomfort related to the surgery
22 itself.  But, yes, so I agree with that.

23 Q.  When you are talking about the
24 relatively low incidence of neuromuscular problems

1  committed malpractice or done something
2  inappropriate, no.
3      Q.   Okay.  And exposure I suppose would be
4  similar to what we discussed with the
5  TVT-Retropubic, correct?
6      A.   Yes.  There would be no difference for
7  that complication.
8      Q.   Although I think you would agree with me
9  that with the TVT-O there is a higher risk of
10 perforating the vagina, as we call, buttonholing
11 the vagina with a transobturator sling than there
12 is with a retropubic or do you disagree with that?
13     A.   Well, I -- some people report that.  I
14 think, again, it gets back to, you know, being
15 careful with your surgical approach.
16          As you mentioned, with the obturator
17 approach, the trocars are going more laterally and
18 so the sulcus sort of on each side of the vagina,
19 that comes into play a little bit and so if you're
20 not careful, you can -- yes, you can create a
21 buttonhole.
22          I think you really -- most surgeons, if
23 they are experienced and are paying particular
24 attention to that, as they should be, that really

```
1    shouldn't occur very much.  But, yes, it's been
2    reported and can and does occur.
3         Q.   And with the third, the neuromuscular
4    complications, is that a combination of those three
5    factors as well?
6              Why don't we -- when we talk about the
7    TVT or TVT-O, when I ask about it, unless I specify
8    otherwise, I'm talking about the mesh device itself
9    as well as the procedure to place the mesh because
10   would you agree with me they go hand in hand?
11        A.   I think they do go hand in hand.
12        Q.   Okay.  So, part of it would just be
13   where you're going with the space that you're
14   working in in the surgery and part of it would be
15   the mesh itself, correct?
16        A.   I agree completely.
17        Q.   Okay.  So, with the neuromuscular
18   complications, are those -- would that also be a
19   combination of factors or can you separate out
20   which of those three it is?
21        A.   Yes.  In fact, you I think articulated
22   it better than I might, actually.
23             I think that, fortunately, first, just
24   to digress a moment, they occur fortunately very
```

Gregory T. Bales, M.D.

1 infrequently.

2 But when patients do have some
3 persistent pain in that location, near the
4 obturator foramen or in the inner thigh area, I
5 think it probably is a combination of having
6 performed the surgery, actually violated that space
7 and placed something in that location and perhaps
8 just the product itself, having a sling material in
9 that location adjacent to those nerves and muscles.
10 And in a very, fortunately, a very small number of
11 patients they sort of have some ongoing feelings
12 and sensation in that location.
13     Q.    And you mentioned that you would have
14 reservations about placing the TVT-O in a young,
15 athletic, slender woman. That certainly wouldn't
16 be the patient's fault if a complication develops
17 with an obturator sling placed in that particular
18 individual.
19 And I'm not talking about just you, your
20 experience, I'm talking about surgeons in general.
21 That wouldn't be something that you could blame the
22 patient for, right?
23     A.    Yes, I don't think you'd blame the
24 patient if she has pain after that procedure. And

1      MR. MORIARTY: Objection; form. Go ahead.

2      I am more bothered about it because it's

3 not a report that he intends to offer and is not in

4 his report. I'm sorry. It's not an opinion he

5 intends to offer and it's not in his report.

6      MS. THOMPSON: You're right and it was really

7 my curiosity.

8 BY MS. THOMPSON:

9      Q.    So, you don't have to answer that

10 question if you're not going to offer any opinions

11 regarding that.

12     A.    Okay.

13     Q.    And maybe we could talk about that at

14 another time.

15     MR. MORIARTY: But in all fairness this is a

16 TVT deposition.

17     MS. THOMPSON: It's a sling deposition.

18     MR. MORIARTY: Right.

19     MS. THOMPSON: I could have --

20     MR. MORIARTY: Stress urinary incontinence

21 treatment deposition.

22     MS. THOMPSON: I could have narrowed it to

23 mesh devices for stress incontinence, but I'm going

24 to withdraw that question regardless.

1  well researched by Dr. Blaivas and his colleagues,
2  for example, 397 citations in the paper?
3       A.   Yeah, I mean, it's a review paper.  They
4  are compiling a list of other publications.
5            We discussed this yesterday.  You have
6  to include -- you try to be as comprehensive as you
7  can.  But obviously it's not 100 percent
8  comprehensive.  There is obviously some literature
9  that's missing.  You can't cite every single paper.
10           But it looks like, as you just
11  mentioned, 390 publications.
12      Q.   Going to page 13, under "Pain," the
13  first sentence under "Pain," "Pain is the most
14  poorly studied complication of SMUS surgery.  We
15  found only a few studies that included prospective
16  data collection and/or validated questionnaires
17  assessing pain."
18           Would you agree with Dr. Blaivas that
19  pain is the most poorly studied complication?
20      MR. MORIARTY:  Objection; form.  Go ahead.
21  BY THE WITNESS:
22      A.   I would agree that pain is a poorly
23  studied complication.  I guess I'm not sure it's
24  the most poorly studied, but I would agree that

1  it's poorly studied, in part because pain is very
2  difficult to study, not I think on the part of the
3  investigators. I think it's just very difficult
4  sometimes to measure pain.
5  BY MS. THOMPSON:
6      Q.   And I think you actually mentioned that
7  earlier when we were talking about the
8  complications of each device.
9           On the next page, Dr. Blaivas states,
10 "Chronic disabling pain is one of the most common
11 indications for mesh removal particularly in
12 patients fitted with TOT slings."
13          And I think by that he means
14 transobturator slings generally speaking, would you
15 agree?
16          First of all, would you agree that
17 that's what he means by TVT and TVT-O would be one
18 of the TVT slings?
19     A.   I would agree with that.
20     Q.   Would you also agree with that
21 statement?
22     MR. MORIARTY: Objection. Go ahead.
23 BY MS. THOMPSON:
24     Q.   That chronic disabling pain is one of

```
 1   the most common indications for mesh removal.
 2        MR. MORIARTY:  Objection.  Go ahead.
 3   BY THE WITNESS:
 4        A.    I would agree that pain is one of the
 5   common indications for mesh removal.  Again, I
 6   personally don't know if it's the most common or --
 7   but sure.
 8   BY MS. THOMPSON:
 9        Q.    I think he says one of the most common.
10        A.    I would agree with that.
11        Q.    Let's go to the section beginning on
12   page 15, "Tissue responses to mesh," and I'm happy
13   to give you a little time with each of these
14   questions if you actually want to review that
15   section because I don't expect you to have this
16   memorized.
17        A.    You are a very fair questioner.
18        MR. MORIARTY:  It's a good time for a break
19   anyway.
20        MS. THOMPSON:  It's a good time for a break.
21        MR. MORIARTY:  Do you want him to review in
22   that time?
23        MS. THOMPSON:  Yes.  And I am still I think
24   well on schedule to finish before 11:00.
```

1  when he says outcomes are often suboptimal, I'm not
2  I guess quite sure how to characterize that
3  "often."
4           So, I would just make that clarification
5  or that comment on that series.
6           I would agree with the fact that later
7  on it says, "Patients who underwent surgery for
8  urethral obstruction had the highest success
9  rates." That's very definitive typically, right,
10 because there is an obstructive process and if you
11 release the obstruction the problem is solved. So,
12 I would agree that that leads to very high success
13 rates.
14          And last comment I would make is "Pain
15 is the least successful." Pain is so
16 multifactorial, it can be very difficult to treat
17 pain. So, I would agree that that can be very
18 challenging.
19     Q.   Now, let's go to where you thought we
20 were going to start, the "Tissue responses to
21 mesh."
22          Is there anything in the paragraph
23 titled "Inflammatory Reactions" that you disagree
24 with or do you feel like you're qualified to opine

1     So, I think -- I mean, I guess it may.
2  But they listed "Tetention" separately on bullet
3  point No. 6, "Urinary tract obstruction."
4     Now, we are up to No. 9, "Pain with
5  intercourse which in some patients may not
6  resolve." That looks like it was not discussed or
7  at least cited in the IFU from the earlier one.
8  So, that's a new bullet point, which is not
9  included in the earlier one.
10    I guess regarding our understanding of
11 pain with intercourse and such, I think that was
12 sort of understood or at least on the part of
13 doctors who do a lot of vaginal surgery.
14    "Neuromuscular problems including pain
15 in the groin and thigh." The earlier IFU, this may
16 have reflected TVT, not TVT-O. So, maybe now the
17 later IFU they are including some of the issues
18 regarding the groin and thigh pain which, again,
19 are more unique to the TVT-O.
20    I apologize. I don't remember exactly
21 when the TVT-O was introduced. I want to say
22 2002-2003. Do we know? I don't remember. I don't
23 know if Matt -- nobody knows.
24    MR. MORIARTY: That was before 2015.

1           "Revision surgeries may be necessary."
2    Again, that's sort of understood.  It's not spelled
3    out in the earlier one.  But, right, if there is
4    problems, you may have to address them.
5           And, finally, "Prolene mesh may need to
6    be removed in part or in whole."  So, I guess
7    that's actually probably reasonable to have in
8    there as an adverse reaction and it's not in there
9    in the earlier IFU.
10       Q.    And would surgeons have generally known
11   that significant dissection may be required to
12   remove the device?
13       A.    I think anybody putting it in would
14   recognize that if it needs to be revised or removed
15   in some way, it would require dissection.
16       Q.    And then the following list of "Other
17   Adverse Reactions."  Are there any there that would
18   have been new after 2004?
19       MR. MORIARTY:  Objection.  Do you mean
20   discovered after 2004?
21       MS. THOMPSON:  Discovered after 2004.
22       MR. MORIARTY:  Thank you.
23   BY THE WITNESS:
24       A.    No, not really.