# EXHIBIT D

# GREGORY T. BALES, M.D.

The University of Chicago
Department of Surgery
Section of Urology



Web page: http://surgery.bsd.uchicago.edu/bales.htm

## ACADEMIC APPOINTMENTS
1995     Instructor of Clinical Surgery, Dept. of Surgery, Section of Urology University of Chicago Hospitals, Louis A. Weiss Memorial
1995-1998     Adjunct Instructor of Urology Northwestern Memorial Hospital
1996-2004     Assistant Professor of Surgery/Urology, University of Chicago
2004-2014     Associate Professor of Surgery/Urology, University of Chicago
2014-     Professor of Surgery/Urology, University of Chicago

## HOSPITAL AFFILIATIONS/ STAFF PRIVILEGES

2000-     Munster Community Hospital, Munster, IN
2000-2001     Broadway Methodist Hospital, Merrillville, IN
2000-2001     St. Anthony's Hospital, Crown Point, IN
2000-2001     St. Mary's Hospital, Hobart, IN

## ACADEMIC TRAINING
1982-1986     B.A. Biochemistry, Cornell University, Ithaca, NY
1986-1990     M.D Tufts University School of Medicine, Boston, MS
1990-1991     Intern in General Surgery, University of Chicago Hospital, Chicago, IL
1991-1993     Junior Resident in Urology, University of Chicago Hospital, Chicago, IL
1993-1995     Senior and Chief Resident in Urology, University of Chicago Hospital, Chicago, IL
1996     Fellowship in Female and Reconstructive Urologic Surgery, University Hospital of Wales, Cardiff, Wales, UK

## BOARD CERTIFICATION and LICENSURE
1996     Physician License #036090610, State of Illinois
2000     Physician License #01052755A, State of Indiana
1998     American Board of Urology
2013     American Board of Urology-Female Pelvic Medicine and Reconstructive Surgery



EXHIBIT
4
Bales (Wieble)

**SCHOLARSHIP**

(a)      Peer-reviewed publications in the primary literature:

1.  **Bales GT**, Fellner SK, Chodak GW, Rukstalis DB. 1994. Laparoscopic bilateral nephrectomy for renin-mediated hypertension.  Urology 43(6): 874-877.
2.  **Bales GT**, Chodak GW.  1994.  Cryosurgery for stage T3 prostate cancer. Letter to the Editor.  Urology 44(5): 789.
3.  **Bales GT**, Lyon ES, Gerber GS. 1995. Conservative management of transitional cell carcinoma of the kidney and ureter.  Diagnostic and Therapeutic Endoscopy 1: 121-123.
4.  **Bales GT**, Lyon ES, Gerber GS. 1995. Technique for percutaneous nephrostomy tract tamponade. Infections in Urology 8(3):  84-85.
5.  **Bales GT**, Lyon ES, Gerber GS, Conservative management of transitional cell carcinoma of the kidney and ureter.1995.  Diagnostic and Therapeutic Endoscopy. 1 (3): 121-3.
6.  **Bales GT**, Jarrard DF, Gerber GS. 1995. Ureteroscopic endopyelotomy in an ectopic kidney. Urology 46: 104-106.
7.  **Bales GT**, Strauss FH, Gerber GS. 1995. Crohn's disease and urinary bladder mass. Diagnostic and Therapeutic Endoscopy. (1): 233-236.
8.  **Bales GT**, Williams M, Sinner M, Chodak GW. 1995. Short-term outcomes after cryosurgical ablation of the prostate in men with recurrent prostatic carcinoma after radiation therapy.  Urology 46:  676-680.
9.  **Bales GT, Chodak** GW**.** 1996. A controlled trial of bicalutamide versus castration in patients with advanced prostate cancer. Urology. 47(1A Suppl):38-43; discussion 48-53.
10. **Bales GT**, Gerber GS.  1996. Ureteroscopic endopyelotomy for the treatment of ureteropelvic junction (UPJ) obstruction.  Afr J of Urol 2(1): 7-10.
11. Gerber GS, **Bales GT**, Gornik HL, Haraf DJ, Chodak GW, Rukstalis DB. 1996. Treatment of prostate cancer using external beam radiotherapy after laparoscopic pelvic lymph node dissection.  Br J Urol 77:  870-875.
12. Gerber GS, Jahoda A, **Bales GT**, Albala DM.  1996. Transurethral vaporization of the prostate in the treatment of bladder outlet obstruction at two university hospitals.  Techniques in Urology Spring 3(1):25-29.
13. **Bales GT**, Gerber GS, Rukstalis DB. 1997. Laparoscopic post-chemotherapy retroperitoneal dissection of residual mass. Br J Urol 80:  349-350.
14. Gerber GS, Goldfischer ER, Karrison TG, **Bales GT**.  1997. Serum creatinine measurements in men with lower urinary tract symptoms secondary to benign prostatic hyperplasia.  Urology 49:  697-702.
15. Fulford SC, Sutton C, **Bales GT**, Hickling M, Stephenson TP. 1997. The fate of the "modern" artificial urinary sphincter with a follow-up of more than 10 years.  Br J Urol 79(5): 713-716.
16. Steinberg GD, **Bales GT**, Brendler CB.  1998. An analysis of watchful waiting in clinically localized prostate cancer. J.Urol. 159: (5) 1431-1436.

17. Barrington, JW, Fulford S, **Bales GT**, Stephenson TP.  1998. The modified rectus fascial sling for the treatment of genuine stress incontinence.  J Obs and Gyn 18 (No 1.) 61-62.

18. Gerber GS, Zagaja GP, **Bales GT**, Chodak GW, Contreras BA.  1998. Saw palmetto (Serenoa repens) in men with lower urinary tract symptoms: effect on urodynamic parameters and voiding symptoms.  Urology 51: (6):1003-1007.

19. **Bales GT**, Patel RV, Kuznetsov DD.  1999. A comparison of collagen versus artificial urinary sphincter using a validated symptom severity index.  J Urol 161(4S) Supplement: 310.

20. **Bales GT,** Flynn RJ, Kynaston HG, Gerber GS. 1999. Role of Mini-transurethral resection of the prostate to detect prostate cancer in men undergoing surgical intervention for benign prostatic hyperplasia.  J Urol 161(4S) Supplement: 303.

21. **Bales GT**, Christiano AP, Kirsh EJ, Gerber GS.  1999. Phytotherapeutic agents in the treatment of lower urinary tract symptoms:  a demographic analysis of awareness and use at the University of Chicago.  Urology 54: 86 – 89.

22. Christiano AP, Hollowell CMP, Kim H, Kim J, Patel R, **Bales GT**, Gerber GS. 2000. Double-blind randomized comparison of single-dose ciprofloxacin versus intravenous cefazolin in patients undergoing outpatient endourologic surgery.  Urology 55 (1).

23. Hollowell CM, Patel RV, **Bales GT**, Gerber GS. 2000 Internet and postal survey of endourologic practice patterns among American urologists.  J Urol 163:1779-1782.

24. Kuznetsov DD, Kim HL, Patel RV, Steinberg GD, **Bales GT**. 2000 Comparison of artificial urinary sphincter and collagen for the treatment of post-prostatectomy incontinence.  Urology 56: 600-603.

25. **Bales GT**, Gerber GS, Minor TX, Mhoon DA, McFarland JM, Kim HL, Brendler CB. 2000. Effect of preoperative biofeedback/pelvic floor training on continence in men undergoing radical prostatectomy.  Urology 56:627-630.

26. Kim HL, Hollowell CMP, Patel RV, **Bales GT**, Clayman RV, Gerber GS. 2000. Use of new technology in endourology and laparoscopy by American urologists; Internet and postal survey.  Urology 56: 760-765.

27. **Bales GT**, Flynn TJ, Kynaston HG, Golash A, Hart A, Kim HL, Gerber GS.  2000. Role of transurethral biopsy sampling of the prostate to diagnose prostate cancer in men undergoing surgical intervention for benign prostatic hyperplasia. Techniques in Urology 6:201-204.

28. Kim HL, Gerber GS, Patel RV, Hollowell CMP, **Bales GT.** 2001. Practice patterns in the treatment of female urinary incontinence:  a postal and internet survey. Urology 57: 45-48.

29. Kim HL, LaBarbera MC, Patel RV, Cromie WJ, **Bales GT**. 2001. Comparison of the durability of cadaveric and autologous fascia using an in vivo model.  Urology 58: 800-804.

30. Kim HL, Kim JC, Benson DA, **Bales GT**, Gerber GS. 2001. Results of treatment with tamsulosin in men with acute urinary retention.  Techniques in Urology. 7(4):256-60.

31. O'Connor RC, Kuznetsov DD, Patel RV, Galocy RM, Steinberg GD, **Bales GT**. 2001. Artificial urinary sphincter placement in men following cystectomy with orthotopic ileal neobladder:  continence, complications and quality of life.  Urology 59(4): 542-545.

32. O'Connor RC, Laven BA, **Bales GT**, Gerber GS. 2002. Nonsurgical management of benign prostatic hyperplasia in men with bladder calculi.  Urology 60(2):  288-291.

33. **Bales GT**, Kuznetsov DD, Kim HL, and Gottlieb LJ. 2002.  Urethral substitution using an intestinal free flap:  a novel approach.  J Urol 168: 182-4.

34. Alsikafi NF, O'Connor RC, Kuznetsov DD, Dachman AH, **Bales GT**, Gerber GS. 2002. Prospective evaluation of ureteral stent durability in patients with chronic ureteral obstruction.  Urology 59(6):  847-850.

35. Gottlieb LJ, Kuznetsov DP, Alizadeh K, **Bales GT** . 2002. Urethral Reconstruction with a Jejunal Free Tissue Transfer.  J Reconstructive Microsurgery 18(3):  219.

36. Gottlieb LJ, Kuznetsov D, **Bales GT**, Alizadeh K. 2002. Urethral Substitution Using an Intestinal Free Flap:  Report of a Novel Approach.  J Reconstructive Microsurgery. 18(6):563-564.

37. O'Connor RC, Laven BA, **Bales GT**, Gerber GS. 2002. Nonsurgical management of benign prostatic hyperplasia in men with bladder calculi. Urology.  Aug; 60(2):288-91.

38. O'Connor RC, **Bales GT**, Avila D, Gerber GS. 2003.  Variability of the International Prostate Symptom Score in Men with Lower Urinary Tract Symptoms.  Scand J Urol Nephrol 37(1): 35 – 37.

39. O'Connor RC, Gerber GS, Avila D, Chen AA, **Bales GT**. 2003. Comparison of Outcomes After Single or Double-Cuff Artificial Urinary Sphincter Insertion.  Urology 62(4): 723-726.

40. Rapp DE, Lucioni A, Katz EE, O'Connnor RC, Gerber GS, **Bales GT**. 2004.  Use of Botulinum-A Toxin for the Treatment of Refractory Overactive Bladder Symptoms: An Initial Experience.  Urology 63(6): 1071-1075.

41. Laven B, Rapp DE, Avila D, O'Connor RC, **Bales GT**. 2005.  Necrotic Pancreatic Graft Causing Acute Urinary Retention.  Urol Int 74: 278.

42. Rapp DE, Cohn A, Laven B, Gottlieb LJ, Lyon MB, **Bales GT**. 2005.  Use of Tissue Expansion for Scrotal Sac Reconstruction Following Scrotal Skin Loss.  Urology 65: 1216-1218.

43. Partridge J, Wille MA, Gottlieb LJ, Katz EE, Rapp DE, **Bales GT**. 2005. Salvage of end-stage erectile dysfunction using vascularized fibula as autologous implant. Urology 66(1):188-92.

44. Rapp DE, Lyon MB, **Bales GT**, Cook SP. 2005. A role for the P2X receptor in urinary tract physiology and in the pathophysiology of urinary dysfunction. Eur Urol 48(2):303-8.

45. Rapp DE, Turk KW, **Bales GT**, Cook SP. 2006. Botulinum toxin type A inhibits calcitonin gene-related peptide release from isolated rat bladder.  J Urol. 175(3 Pt 1):1138-42.

46. O'Connor RC, Nanigian DK, Lyon MB, Ellison LM, **Bales GT**, Stone AR. 2006. Early outcomes of mid-urethral slings for female stress urinary incontinence stratified by valsalva leak point pressure.  Neurourol. Urodyn. 25(7):685-8.

47. Lucioni AL, Rapp DE, Gong EM, Fedunok P, **Bales GT**. 2006. Intravesical botulinum type A toxin injection in patients with overactive bladder:  trigone versus trigone-sparing injection.  Canadian Journal of Urology 13(5):3291-95.

48. Lucioni AL, Rapp DE, Gong EM, Fedunok P, **Bales GT**. 2007. Diagnosis and Management of Periurethral Cysts.  Urologia Internationalis.

49. Rapp D, Lucioni AL, **Bales GT**. 2007. Botulinum Toxin Injection:  A review of injection principles and protocols. International Braz J Urol.

50.  Rapp DE, Reynolds WS, Lucioni A, **Bales GT**. 2007. Surgical Technique using AdVance ™ sling placement in the treatment of post-prostatectomy urinary Incontinence. Int. Braz J Urol. 33 (2) 231-7.

51. Reynolds WS, Patel R, Msezane L, Lucioni A, Rapp De, **Bales GT**. 2007.  Current Use of Artificial Urinary Sphincters in the United States. J Urol. 178 (2) 578-83.

52. O'Connor RC, Lyon MB, Guralnick ML, **Bales GT**. 2008. Long-Term follow-up of single versus double cuff artificial urinary sphincter insertion for post-prostatectomy stress urinary incontinence.  Urology. 71 (1): 90-3

53. Lucioni A., Rapp DE. Gong EM, Reynolds WS., Fedunok PA, **Bales GT**. 2008.The surgical technique on early postoperative complications of the Gynecare Prolift pelvic floor repair system. Can J Urol. 15(2):4004-8.

54. Lucioni A., Reynolds WS, Rapp DE, Katz M, **Bales GT**. 2008. The use of botulinum toxin for treatment of lower urinary tract symptoms, Minerva Urol Nefrol. 60 (2):93-103.

55. Lucioni A, **Bales GT**, Lotan TL, McGehee DS, Cook SP, Rapp DE. 2008. Botulinum Toxin type A inhibits sensory neuropeptide release in rat bladder models of Acute injury and chronic inflammation. BJU Int., 101 (3) 366-70.

56. Reynolds WS, **Bales GT**. 2008. Re: Results of Sacral Neuromodulation Therapy for Urinary Voiding Dysfunction: Outcomes of a Prospective, Worldwide Clinical Study, P.E. Van Kerrebroeck, A.C. Van Voskuilen, J.P., J Urol., 179 (6) 2483-2484.

57. Reynolds WS, Gottlieb LJ, Lucioni A, Rapp DE, Song DH, **Bales GT**. 2008. Vesicovaginal Fistula Repair with Rectus Abdominus Myofascial Interposition Flap. J Urol. 71 (6): 119-123.

58. Large MC, Gottlieb LJ, Wille MA, Dewolfe M, **Bales GT**. 2009. Novel Technique for Proximal Anchoring of Penile Prostheses in Female-to- Male Transsexual. Urology. 74 (2) : 419-21

59. Wiltz AL, Reynolds WS, Jayram G, Fedunok PA, **Bales GT**. 2009. Management of Vaginal Synthetic Graft Extrusion following Surgery for Stress Urinary Incontinence and Prolapse. Current Urology. 3:82-86.

60. Reynolds, WS, Kit Chang L, Kaufman, MR, Karram M, Dmochowski RR, **Bales GT**. 2012. Obturator Foramen Dissection For Excision of Symptomatic Transobturator Mesh, J Urol. 187 (5) : 1680-4

61. **Bales GT**. 2012.  "Dementia and The Overactive Bladder", Journal of Current Bladder Dysfunction Reports, Editor-in-Chief, Dr. Jaspreet Sandhu, Section:

Overactive Bladder, Section Editor, Adam Klausner, M.D., published by Springer. Volume 8, Issue 1.

62. Williams, JTB, Yiuka L, **Bales GT**, Steinberg GDS, DuBeau C. 2013. "Incidence, Risk Factors, and Complications of Postoperative Delirium in Elderly Patients Undergoing Radical Cystectomy", Oncology, J Urol. 81:123-9

63. Blaschke E, **Bales GT**, Thomas S. 2014. "Postoperative Imaging of Phalloplasties and Their Complications, American Journal Roentgenology,203:323-328

64. **Bales GT**. 2014. "Reconstructive Bladder Surgery", Current Opinions in Urology, 4th quarter Editon

65. **Bales,GT** 2014. "Long-Term Enterocystoplasty Follow-UP: Metabolic and Neoplastic Concernns, Current Bladder Dysfunction Reports, Vol 9, Issue 4

66. **Bales,GT** 2014. "Patient Selection, Operative Technique, and Comtemporary Outcomes of Continent Catheterizable Diversion: the Indiana Pouch, Vol 9, Issue 4

67. **Bales,GT** 2014. "Robotic: Approaches to Augmentaion Cystoplasty: Ready for Prime Time?, Vol 9, Issue 4

68. **Bales,GT** 2014. "Long-Term Complications of the Irradiated Bladder: a Review,Vol 9, Issue 4

(b)    Non-peer-reviewed publications:

1. **Bales GT** and Gerber GS. 1995 Screening for the early detection of carcinoma of the prostate.  Principles and Practice of Oncology Updates Volume 9, 10: 1-8.

2. **Bales GT**, Reed CL, Eggener S. 2011. Global Volunteers, Medicine on the Midway, p. 22-28.

(c)    Book Chapters

1. **Bales GT** and Gerber GS. 1994. Screening for cancer of the prostate, in Prostate Cancer, NA Dawson, MD and NJ Vogelzang, MD (eds.), Wiley-Liss Inc., New York, NY.

2. **Bales GT** and Gerber GS. 1995. Screening for the early detection of carcinoma of the prostate. Principles & Practice of Oncology Updates. 9(6).

3. **Bales GT**, Kim H and Steinberg GD. 1996. Surgical therapy for locally advanced bladder cancer. Seminars in Oncology. 23(5).

4. **Bales GT** and Gerber GS. 1999. Urologic complications in pregnancy. In Complications of Pregnancy, 5th Edition. Edited by WR Cohen and VR Parisi, Williams and Wilkins, Baltimore, MD.

5. Laumann A, Zimmerman J and **Bales GT**. 2001. Peyronie's Disease in eMedicine. www.eMedicine.com. Edited by TL Barrett.

6. **Bales GT**, Fedunok PA. 2005. Urodynamics. PIER, a website-based resource for physician information and education.  http://pier.acponline.org/index.html.

7. Rapp DE and **Bales GT**: 2007. Urological Applications, in Therapeutic Uses of Botox, 1st Ed.  Edited by G. Cooper Humana Press Inc., Totowa, NJ.

8.  **Bales GT** and Fedunok PA. 2007.  Midurethral Slings, in Current Clinical Urology: Female Urology:  A Practical Clinical Guide.  Edited by H. Goldman and S.P. Vasavada Humana Press Inc., Totowa, NJ.

9.  O'Connor RC, Vincent J, and **Bales GT**. 2013. Urologic complications of Pregnancy. Complications of pregnancy, WR Cohen and P August (Eds). People's Medical Publishing House, Beijing, China.

10. **Bales GT**, Chung D, and Ballert K. 2013. Pelvic Organ Prolapse in Older Adults. Geriatric Urology. Edited by Tomas Griebling. Copyright Holder Springer Science and Business Media, New York, NY.

11. **Bales GT,** Pariser JJ, Cohen AJ, Rosen AM, "Artificial Urinary Sphincter-Patient Selection and Surgical Technique." Urinary Dysfunction in Prostate Cancer: A management Guide. Editor: Sandhu JS. Springer. Amer. Urol. Soc.


(d)   <u>Clinical trials that are ongoing and unpublished</u>

1.  Clinical efficacy and tolerability/safety of Tolterodine prolonged release capsules and Tolterodine immediate release tablets vs. placebo.  A randomized, double-blind, placebo controlled multinational study in patients with symptoms of overactive bladder. Role: PI.  Status: Complete

2.  A Multicenter, Double-Blind, Placebo-Controlled Study of 20 mg, Twice Daily Trospium Chloride for 12 Weeks Followed by a 9 Month Open-Label Treatment Phase in Patients with Overactive Bladder.  Indevus (formerly Interneuron). Role: PI.  Status: Complete

3.  Prospective Evaluation of Botulinum Toxin Type-A Intra-detrusor Injections in the Treatment of Overactive Bladder", Funding:  Allergan, Inc. Role: PI.  Status: Complete

4.  Factors Affecting Post-Cystectomy Delirium in Older Patients: A Pilot Study, Funding: The Hartford – American Geriatrics Society. Role: PI.  Status: Complete

5.  A comparison of Tolterodine versus Tolterodine and Estring in patients with symptoms of urinary urgency and mixed incontinence.  Pharmacia & Upjohn. Role: PI.  Status: Complete

6.  Phase III randomized study of single adjunctive instillation of intravesical AD 32 (N-Trifluoroacetyladriarnycin-14-valerate) versus no adjunctive therapy immediately following transurethral resection in patients with multiple superficial ($T_a/T_1$) bladder tumors.  Anthra Pharmaceuticals, Inc..  Role: PI.  Status: Complete

7.  A study to determine the minimum perceptible difference for each of five quality of life questionnaires for patients with benign prostatic hyperplasia.  Glaxo Wellcome, Inc. Role: PI.  Status: Complete

8.  Phase III randomized, double-blind study of DFMO vs placebo in low grade superficial bladder cancer.  Ilex Oncology Inc. Role: PI.  Status: Complete

9.  Duloxetine versus placebo in the relief of stress incontinence.  Eli Lilly.  Role: PI. Status: Complete

10. A double-blind, randomized comparison of oral Cipro vs. intravenous Cefazolin in patients undergoing routine outpatient endourologic surgery.  Bayer, Inc. Role: PI. Status: Complete

11. A comparative Phase II trial of intravesical Mitroxantrone (Novantrone®) versus no chemotherapy in $T_aG_1$ or $G_2$ superficial bladder cancer.  Immunex. Role: PI. Status: Complete

12. A randomized, double-blind trial to test the efficacy of saw palmetto in men with benign prostatic hyperplasia (BPH).  (no support) Role: PI.  Status: Complete.

13. Evaluation of the combined use of MUSE® (alprostadil) plus ACTIS® (venous flow controller) in men with an unsuccessful response to MUSE® therapy alone.  Vivus, Inc. Role: PI.  Status: Complete

14. Dose-ranging study of intravesical administration of recombinant human Interleukin-12 (rhIL-12) in patients with recurrent superficial transitional cell carcinoma of the bladder.  Genetics Institute. Role: PI.  Status: Complete

15. A Prospective, Multi-Center Prostate Cancer Individual Signature Evaluation Trial (precise) in Patients Undergoing Scheduled Prostate Biopsy. Role: PI.  Status: Complete

16. Abbott PSA Research Fund, Confounding Factors in the Use of Serum Prostate Specific Antigen Levels in men with benign prostatic hyperplasia".  Role: PI. Status: Complete

17. Virtue Male Sling Fixation Study, Funding: Coloplast. Role: PI.  Status: In progress

18. NOAB Low Dose Botox MS Study, Funding: Allergan. Role: PI.  Status: In progress

19. Pad Weight Test IRB12-1472-Determine the reproducibility and reliability of the 24 hour pad weight test in male patients after Prostatectomy in determining degree/severity of stress urinary incontinence-Internally Funded. Role: PI.  Status: In progress

(e)   Published Abstracts

1. Rukstalis DB, **Bales GT**, Gerber GS, Chodak GW. 1993. Radical perineal prostatectomy as monotherapy for localized prostatic cancer.  J Urol 149(5): 380A.

2. **Bales GT**, Williams M, Chodak GW. 1994. Initial outcomes with cryosurgery in prostate cancer patients having failed radiation therapy J Urol 151(5): 436A.

3. Gerber GS, **Bales GT**, Haraf DJ, Chodak GW, Gornik H, Rukstalis DB. 1994. Results of external beam radiotherapy following laparoscopic pelvic lymphadenectomy in men with prostate cancer.  J Endourology 8: S85.

4. Rukstalis DB, **Bales GT**, Gerber GS, Chodak GW. 1995. Cancer control by radical perineal prostatectomy without concomitant pelvic lymphadenectomy.  J Urol 153(4): 254A.

5. **Bales GT**, Chodak GW, Palmer JS, Klitzke AK, Rukstalis DB. 1995. Morbidity of radical perineal prostatectomy.  J Urol 153(4): 253A.

6. Gerber GS, **Bales GT**, Haraf DJ, Gornik HK, Chodak GW, Rukstalis DB. 1995.Prostate cancer treatment using external beam radiotherapy following laparoscopic pelvic lymph node dissection.  J Urol 153(4): 354A

7. **Bales GT**, Gerber GS. 1995. Ureteroscopic endopyelotomy for treating ureteropelvic junction (UPJ) obstruction. J Endourology 9(1): S98.

8. **Bales GT**, Lyon ES, Gerber GS. 1995 Transurethral electrovaporization of the prostate: a continuing experience. J Endourology 9(1): S128.

9. **Bales GT**, Brendler CB. 1996. Modifications in surgical technique to improve urinary continence following radical prostatectomy. J Urol 155(5): 987A.

10. **Bales GT**, Sinner MD, Kim JH, Chodak GW. 1996. Impact of intermittent androgen deprivation on quality of life (QOL). J Urol 155(5): 1069A.

11. Kynaston HG, German KA, **Bales GT**. 1996. Fulford SCV, Stephenson TP. The "urolume" for detrusor-sphincter dyssynergia--do the longer term results justify its continued use? Br J Urol 77, Suppl. 1: 25.

12. Fulford SCV, Hughes J, **Bales GT**. 1996. Datta S, Hickling M, Stephenson TP. The fates of the "modern" artificial urinary sphincter with follow up of more than ten years. Br J Urol 77, Suppl. 1: 3.

13. Fulford SCV, Carter K, Barrington J, Davies G, **Bales GT**. 1996 Stephenson TP. The preliminary results of detrusor myomectomy for detrusor instability and hyperreflexia. Br J Urol 77, Suppl. 1: 12.

14. **Bales GT**, Fulford SCV, Flynn RJ, Stephenson TP. 1997. Combined abdominoplasty with pubovaginal sling: Initial experience with fourteen patients. J Urol 157(4): 997A.

15. Gerber GS, **Bales GT**, Chodak GW, Contreras BA. 1997. Serenoa repens (saw palmetto) in men with benign prostatic hyperplasia (BPH): Effects on voiding symptoms, urodynamic parameters and serum prostate specific antigen (PSA). J Urol 157(4): 1291A.

16. Flynn RJ, Fulford SCV, Sutton C, **Bales GT**, Hickling M, Stephenson TP. 1997. The fate of the "modern" artificial urinary sphincter with a follow-up of more than ten years. J Urol 157(4): 1561A.

17. Gerber GS, **Bales GT**, Kirsh E, Christiano AC. 1998. Medical botanicals in the treatment of lower urinary tract symptoms (LUTS): a demographic analysis of awareness and use at the University of Chicago. J Urol. 159 supp: 334.

18. Beck TP, **Bales GT**. 1998. The prevalence and impact of incontinence in nulliparous women. National Medical Association annual scientific assembly, New Orleans, LA.

19. **Bales GT**, Flynn RJ, Kynaston HG, Gerber GS. 1999. Role of mini-transurethral resection of the prostate to detect prostate cancer in men undergoing surgical intervention for benign prostatic hyperplasia. J Urol ; 161: supp: 303.

20. **Bales GT**, Patel RV, Kuznetsov DD. 1999. A comparison of Collagen versus artificial urinary sphincter using a validated symptom severity index. J Urol. 161 supp: 310.

21. O'Connor RC, **Bales GT**, Gerber GS. 2000. Reliability of the international prostate symptom score (I-PSS) in men with lower urinary tract symptoms (LUTS). J Urol; 163(6) supp: 250.

22. RC, O'Connor Kuznetsov DD, Patel RV, Galocy RM, Steinberg GD, **Bales GT**. 2001. Artificial Urinary Sphincter Placement in Men Following Cystectomy with Orthotopic

Ileal Neobladder: Continence, Complications, and Quality of Life, AUA North Central Section Meeting in Cancun Mexico, Poster #11.

23. O'Connor RC, Laven BA, **Bales GT**, and Gerber GS. 2001 The presence of bladder calculi is not an absolute indication for transurethral resection of the prostate.  J Urol.

24. **Bales GT**, Kuznetsov DD, Kim HL, Gottlieb LJ. 2002. Urethral Substitution Using an Intestinal Free Flap:  A Novel Approach.  J Urol. 168(1); 182-184.

25. Rapp DE, Katz EE, O'Connor RC, **Bales GT**. 2003. Initial Experience with intravesical Botulinum Toxin Injection in patients with Overactive Bladder. American Urological Association meeting, North Central Section. Vancouver, BC.

26. Katz EE, Lyon MB, Rapp DE, Zagaja GP, **Bales GT**, Steinberg GD. 2004 Outcomes and complications for women undergoing continent urinary diversion: a comparison of orthotopic diversion and Indiana pouch. J Urol. 171: 664A.

27. Lucioni A, **Bales GT**, Turk KW, Lotan T, Cook SP, Rapp DE. 2006. Botulinum Toxin Type A Inhibits Substance P Release in Inflammatory Rat Bladder Model. J Urol. 175(4) supp: 92.

28. O'Connor RC, Nanigian DK, Lyon MB, Ellison LM, **Bales GT**, Stone AR. 2006. Early Outcomes of Mid-Urethral Slings for Female Stress Urinary incontinence Stratified by Valsalva Leak.  J Urol. 175(4) supp: 111.

29. O'Connor RC, Lyon MB, Guralnick ML, **Bales GT**. 2006. Long-term Follow-up of Single Versus Double Cuff Prostatectomy Stress Urinary incontinence. J Urol. 175(4) supp: 116.

30. Lucioni A, Rapp DE, Gong EM, McGehee DS, **Bales GT**. 2006. Botulinum Toxin Type A Inhibits the Release of Calcitonin Gene-Related Peptide in an Acute Inflammatory Rat Bladder Model.  J Urol.175 (4) supp: 410.

31. Lucioni A, Rapp DE, and Chuang MS, Gong EM, Orvieto MA, **Bales GT**. 2006. Transvaginal Repair of Vaginal Vault Prolapse: Gynecare Prolift System.  J Urol. 175(4) supp: 541.

32. **Bales GT.** 2013. Postoperative Imaging of Phalloplasties and their Complications, electronic exhibit, 113th Annual Mtg. of the ARRS, Washington D.C.

33. O'Connor RC, Strum R, Stone A, Dangle P, **Bales GT**, Guralnick M. 2013. Comparison of clinical Outcomes Between "Ideal" and "non-ideal" transobturator male sling patients for treatment of postprostatectomy stress urinary incontinence. 15403 Medical College of Wisconsin, University of California Davis, University of Chicago, ICS, Barcelona.

34. Cohn J, Large M, Richards, Steinberg G, and **Bales GT**: 2013. Complication rates associated with cystectomy as part of urinary reconstruction for refractory complex benign urologic disease, Moderated Poster, March 1, SUFU Meeting, Las Vegas, NV

35. Richards K, Cohn J, Large M, **Bales GT,** Smith N, Steinberg GD. 2014. Urinary Diversion: The Impact of Length of Ureteral Resection on Benign Uretero-Intestinal Stricture Rate in Ileal Conduit or Ileal Neobladder Urinary Diversion Following Cystectomy. Urologic Oncology

36. Malik R, Vandenboom T, **Bales GT**, Mueller E, Akl A, Voronov R, Havey M, Muriuki A, Patwardhan R. 2014. Close Encounters-the Sacral Needle Depth at the Sacral

Promontory: A Randomized Comparison of Surgeon Training and Surgical Approach, Poster Presentation, July 22-26, American Urogynecologic Society 35th Annual Scientific Meeting, Washington DC

37   Pariser JJ, Malik RD, Gottlieb LJ, **Bales GT**: 2014. "Penile Prosthesis Insertion After Radical Forearm Free Flap Neoplallus" 20th Annual Society of Sexual Medine Meeting, Nov. 2014. Miami, FL. (unmoderated poster)

38   Pariser JJ, Cohn JA, Gottlieb LJ, **Bales GT**:"Buccal Mucosal Graft Urethroplasty of the Treatment of Urethral Stricture in the Neophallus" 20th Annual Society of Sexual Medicine Meeting. Nov. 2014. Miami, FL. (unmoderated poster)

39   Malik RD, Volsky J, Cohn JA, Chang C, Anderson L, Randall B, Chung DE, **Bales GT**:" A Modern Comparison of Urodynamic Findings in Nondiabetic Versus Diabetic Females", Annual SUFU Meeting, Feb. 2015, Scottsdale, AZ (podium Presentation)

40   Malik, RD, Pariser JJ, Pearce SM, Chung DE, **Bales GT**: "National Trends in Patient Male Urinary Incontinence Surgery in the United States", Annual SUFU Meeting, Feb. 2015, Scottsdale, AZ (podium presentation)

(f)   Manuscripts submitted:

1.   Gerber GS and **Bales GT**.  Retrograde endoureterotomy in the management of an anastomotic ureteral stricture in an orthotopic neobladder.  J Urol.
2.   **Bales GT**, Zagaja G and Grant T.  Renocolic fistula.  Urology.
3.   Kennelly MJ, McCammon KA, Knoll LD, Jones LA, **Bales GT**, Herschorn S, Roberts B, Boone TB, and Webster GD,Two-Year Follow-up Results in a Multi-Center, Prospective Trial of the AdVance Male Sling System for the Treatment of Post-Prostatectomy Stress Urinary Incontinence, J Urol.
4.   **Bales GT**, Malik R. "Assessing Variability of the 24 hour Pad Weight Test in Men with Post-Prostatectomy incontinence". International Braz J Urol.

(g) Non-Traditional Items

2012   Men's Health Magazine online publication, Men's Health.Com, "Do you need ED Drugs?"
2012   Dematologic Manifestations of Peyronie Disease, Contributor, Medscape.com Article.

## FUNDING

Current

1.   Coloplast Virtue Male Sling Fixation Study. PI: G. Bales. My role: site principal investigator. Total direct costs: $22,068. Annual salary recovery or effort: <1%. Project period: 11/20/2012-end of study.

**HONORS, PRIZES, AND AWARDS**

2003    Castle Connolly Top Doctors 10 years in a row
2011    Chicago Magazine: Selected as one of Top Doctors for Women in
        Urology, Specializing in incontinence, Neurogenic bladder, pelvic organ
        prolapse repair, reconstructive urology surgery, and urethral strictures
2012    AUA: selected to review and select Abstracts for 2012 AUA, Atlanta, GA
2012    CUS: invited to participate as judge at the Huggins Resident Essay
        Contest on Jan. 11, 2012
2014    Chicago Magazine: Selected as one of Top Doctors for Women in
        Urology, Specializing in incontinence, Neurogenic bladder, pelvic organ
        prolapse repair, reconstructive urology surgery, and urethral strictures

**INVITED SPEAKING**

1995    Research Seminar, "Casodex (50 mg) as monotherapy for advanced prostate
        cancer", Casodex Investigator's Meeting, Boston, MA
1995    Invited Speaker, US Too prostate cancer support group, "What's new in prostate
        cancer-AUA 1995 update", Chicago, IL
1995    Invited Speaker, "New therapies for treating urinary incontinence", The Breakers
        Community, Chicago, IL
1995    Invited Speaker, "Prostate Cancer Overview", Upjohn Pharmaceuticals,
        Kalamazoo, MI
1995    Invited Speaker, "The treatment of female incontinence", Wellderly Care Lecture
        Series, Chicago, IL
1995    Plenary Lecture, "Prostate disease update", Blue Cross/Blue Shield TEC
        conference, Chicago, IL
1995    Research Seminar, Correlations of the AUA symptom index with urinary
        symptoms and continence in patients following radical prostatectomy, Charles
        Huggins Research Conference, Chicago, IL
1995    Research Seminar, Results of ND: YAG contact tip laser visual internal
        urethrotomy for the treatment of urethral strictures, Charles Huggins research
        Conference, Chicago, IL
1996    Invited Speaker, Louis A. Weiss Memorial Hospital C.M.E. Lecture, "Urinary
        incontinence and voiding dysfunction", Chicago, IL
1996    Invited Speaker, Chicago Marriot, University of Chicago Educational Seminar,
        "Female urinary incontinence-etiology and prevention", Chicago, IL
1997    Invited Speaker, Wisconsin Urological Society, "Meta-analysis of Finasteride-
        outcomes and indications for use", Corporate mini-group, Kohler, WI
1997    Invited Speaker, General Surgery Grand Rounds, University of Chicago Hospital,
        "The Penis:  the good, the bad, and the ugly", Chicago, IL
1998    Invited Speaker, Grand Rounds, Department of Obstetrics and Gynecology,
        University of Chicago.  "Urologic Complications of Gynecological Surgery",
        Chicago, IL

1998  Invited Speaker, "New Perspectives in Erectile Dysfunction, including Viagra",
LaGrange Memorial Hospital, LaGrange, IL

1999  Research Seminar, Chicago Urological Society, "Complications/Failures of Anti-
Incontinence Surgery: Causes and Prevention", Chicago, IL

1999  Invited Speaker, Merck Educational Program, "Phytotherapy in the Treatment of
BPH: expensive Placebo or Effective Therapy", Toledo, OH

1999  Invited Speaker, Illinois Academy of Family Physicians, "Sexual Dysfunction
Issues in Men and Women", Oak Brook, IL

2000  Research Seminar, Urology 2000, "Choosing a Minimally Invasive Procedure",
Miami, FL

2000  Invited Speaker, Grand Rounds, Department of Medicine, University of Chicago,
"Update of treatments for female urinary incontinence."  Choosing a Minimally
Invasive Procedure", Chicago, IL

2002  Invited Speaker, Grand Rounds, University of Illinois at Chicago, "Controversies
regarding the management of urethral stricture disease", Chicago, IL

2002  Invited Speaker, Ortho-McNeil Pharmaceutical Ditropan XL Speakers' Bureau
Program, Detrol CONTROL Panel Program, "The Overactive Bladder", DesPlaines,
IL

2002  Invited Speaker, Ortho-McNeil Pharmaceutical Ditropan XL Speakers' Bureau
Program Detrol CONTROL Panel Program, Panel participant, Pharmacia, Ft.
Wayne, IN

2002  Invited Speaker, State of the Art Lecture Series on the Overactive Bladder,
Pharmacia, "Profile of the Ideal Muscarinic Receptor Antagonist", Kohler, WI

2002  Invited Speaker, State of the Art Lecture Series on the Overactive
Bladder, Pharmacia, "Profile of the Ideal Muscarinic Receptor
Antagonist", Chicago, IL

2002  Invited Speaker, Ortho-McNeil Pharmaceutical Ditropan XL Speakers'
Bureau Program, Detrol CONTROL Consultant Panel Program, LaFayette,
Indiana. Panel Participant, LaFayette, IN

2003  Visiting Professorship, Holy Cross Hospital, CME lecture on
"Urinary Incontinence", Chicago, IL

2003  Invited Speaker, State of the Art Lecture Series on the Overactive Bladder,
Pharmacia, Valparaiso, IN

2003  Invited Speaker, "The Neurogenic Bladder", American Medical Systems, Chicago,
IL

2003  Invited Speaker, State of the Art Lecture Series on the Overactive Bladder,
Pharmacia Kokomo, IN

2003  Invited Speaker, "New Approaches in Treating Incontinence", Community
Hospital, Munster, IN

2003  Invited Speaker, "New Pharmacologic Therapy for Overactive Bladder", Watson
Pharmaceuticals, Inc., Green Bay, WI

2003  Invited Speaker, "Oxytrol® (oxybutynin transdermal system):  An Evolution in
the Treatment of Overactive Bladder", Watson Pharmaceuticals, Inc., Glen Ellyn,
IL

2003   Invited Speaker, "New Pharmacologic Therapy for Overactive Bladder", Watson Pharmaceuticals, Inc., Milwaukee, WI

2003   Invited Speaker, "Oxytrol® (oxybutynin transdermal system) in the Treatment of Overactive Bladder: Clinical Implications for Physicians", Watson Pharmaceuticals, Inc., Springfield, MS

2003   Invited Speaker, "Treating Overactive Bladder:  The Use of Oxytrol® (oxybutynin transdermal system) in Clinical Practice", Watson Pharmaceuticals, Inc., Lexington, KY

2003   Invited Speaker, "New Pharmacologic Therapy for Overactive Bladder", Watson Pharmaceuticals, Inc., Haubstadt, IN

2003   Invited Speaker, "Treatment of Overactive Bladder", Pfizer, Inc., Milwaukee, WI

2003   Invited Speaker, "Treatment of Overactive Bladder", Pfizer, Inc, Veterans Administration Hospital Grand Grounds, Milwaukee, WI

2003   Invited Speaker, "Treatment of Overactive Bladder", Pfizer, Inc., Burlington Clinic, Burlington, WI

2003   Invited Speaker, "Surgical Options for the Neurogenic Bladder",  Schwab Rehabilitation Center, Chicago, IL

2004   Invited Speaker, "New Treatments for the Overactive Bladder", Advocate Trinity Hospital, Chicago, IL

2004   Invited Speaker, "Recent Advances in the Treatment of the Overactive Bladder", Pfizer Inc., Madison, WI

2004   Invited Speaker, "Recent Advances in the Treatment of the Overactive Bladder", Pfizer Inc., Beloit Clinic, Madison, WI

2004   Invited Speaking, "The Overactive Bladder", Gottlieb Memorial Hospital, Melrose Park, IL

2004   Invited Speaking,  "Update on Male Incontinence Treatments", Congress Hotel, Chicago, IL

2006   Invited Speaking, "New Procedures for Incontinence", Cancer Resource Center at Community Cancer Resource Center at Community Hospital, Munster, IN

2007   Invited Speaking, "Update on BPH", Geriatric Grand Rounds, Department of Medicine, University of Chicago, Chicago, IL

2008   Research Seminar, "Treatment of Male Voiding, Dysfunction, OAB, and Incontinence", Chicago Men's Health Symposium, Chicago, IL

2008   Invited Speaking, "Male Incontinence", Women's and Men's Health Symposium, Center for Visual and Performing Arts, Munster, IN

2008   Invited Speaking, Diagnostic Tips: "Why OAB Matters?" and "Achieving continence with acceptable tolerability", Pri-Med Update Meeting, Atlanta, GA

2009   Invited Speaking, "Neuro-Urology: Management and Causes of Neurogenic Bladder", University of Chicago, Chicago, IL

2009   Invited Speaking, "Treatment of OAB," Procter & Gamble Pharmaceuticals and Novartis Pharmaceuticals Speaker Presentation, Munster, IN

2010   Plenary Lecture, Urinary Incontinence: "Urology Update for Primary Care Physicians", Chicago Medical Society's 2010 Midwest Clinical Conference and Technology Summit, Lombard, IL

2010   Invited Speaking, Female Urology, Community Hospital, Munster, IN
2010   Invited Speaking, Managing Male Incontinence, Community Hospital Auditorium, Munster, IN
2010   Invited Speaking, Men's Health Insiders: The Testosterone Connection, White Residence, Chicago, IL
2010   Research Seminar, Women's Health Annual Visit Chicago Symposium, Overactive Bladder: A Case-Based Approach to Successful Strategies in Evaluation and Treatment, Chicago, IL
2011   Invited Speaking, Botox, Allergan Presentation, Buffalo, NY
2012   Invited Speaking, Men's Health Insiders: Repeat Presentation: The Testosterone Connection, Chicago Racquet Club, Chicago, IL
2012   Invited Speaking, Ureteral Resection and Reconstruction, Techniques and Results, 3rd Annual Controversies in Colon and Rectal Cancer Treatment, Chicago, IL
2012   Visiting Professorship, Preserving Vitality in the Aging Male: Myth vs. Reality, Urology Grand Rounds, Medical College of Wisconsin, Milwaukee, WI
2013   Moderator, Panel-SUI Male and Female Moderato, Minneapolis Urological Society, Annual Spring Seminar, Windows on Minnesota-IDS Tower, Minn, MN,
2013   Visiting Professorship, "How I Manage Geriatric Pelvic Organ Prolapse", UT Southwestern, Dallas TX
2013   Visiting Professorship, "Over and underactive bladder activity in older adults: what now? UT Southwestern, Dallas, TX


**INVITED, ELECTED, OR APPOINTED EXTRAMURAL SERVICE**

1999-2000    Executive Committee, Chicago Urologic Society
2003-2013    Executive Committee, Chicago Urologic Society
2001- 2002   Surgical Quality Assurance Committee.  St. Mary's Hospital
2006-2007    Treasurer, Chicago Urological Society
2007-2008    Vice President, Chicago Urological Society
2008-2009    President Chicago Urological Society
2009         The Pelvic Floor Advisory Board: sponsored by Ethicon, Women's Health and Urology
2010         Geriatric Liason, Society of University Urologists
2011-        Male Health Task Force-American Urological Association
2011-        OR Utilization Metric Committee at Community Hospital
2011         Treasurer, Illinois Urological Society
2012         Society of Urodynamics and Female Urology Practice Standards Committee
2012-        Treasurer, Geriatric Urological Society
2012-2013    President, Illinois Urological Society

## PROFESSIONAL SOCIETIES

Elected or Invited Membership

American Urological Association
Chicago Urological Society
Society of University Urologists
Genitourinary Reconstructive Society
Society of Urodynamics and Female Urology
Illinois State Urological Society
Illinois Urological Society
Geriatric Urological Society

## EDUCATION

Pritzker School of Medicine
(a) Didactic
 N/A

(b) Clinical
| | |
|---|---|
| 2013 | Clinical Skills 2 Physical Diagnosis course for second year medical students |
| 2015 | Pritzker Longitudinal Program serving as an M! Longitudinal Program Preceptor |

Graduate medical education

(a) Didactic
| | |
|---|---|
| 1996-2001 | Physical Diagnosis Course: Male Genitalia/Rectal Small Group Session, University of Chicago. |
| 2000 | Ambulatory Block Lecture Series and Workshops, University of Chicago |
| 2001-2003 | Urology programs-Teaching physicians the technique of TVT sling placement.  Sponsored by Gynecare, Didactic and operating room sessions designed to educate physicians on TVT sling procedure |
| 2003 | Monarc.  Conducted training workshop on slings, at Embassy Suites, Chicago, IL |
| 2004 | Robert Wood Johnson Health Economics Symposium, Medical Enhancements:  Who Should Pay for Them and Why?  Treatments for Erectile Dysfunction, discussion with public health officials concerning therapy for impotence, presented at the University of Chicago Gleacher Center, Chicago, IL. |
| 2005 | Preceptor – provided instruction for sling and Prolift procedures.  Ethicon Cadaver Lab, Cincinnati, OH |
| 2006 | Preceptor for instructing urologists for the Ethicon Prolift procedure. Memorial Medical Center, Springfield, IL |

| | |
|---|---|
| 2006 | Preceptor – provided instruction for the GYNECARE TVT SECUR procedure. Ethicon Cadaver Lab, St. Peter's University Hospital, New Brunswick, NJ |
| 2008 | Management of Post-OP Urinary Incontinence, 2008 Robotic Prostatectomy: Expert Panel Review Course, University of Chicago, Graduate School of Business (GSB), Chicago, IL |
| 2010 | Abstract Review Team Member for the AUA's 2010 Abstract Review Process. Reviewed and graded abstracts submitted for the AUA's Annual Meeting, San Francisco, CA |
| 2010 | Instructional course for Residents doing male and female incontinence procedures Ethicon, AMS, and Coloplast Cadaver Lab, St. Petersburg, FL |
| 2010 | AdVance Male Sling System Workshop, Rush University Medical Center, Chicago, IL, April 10, 2010 |
| 2010 | Hands on Cadaver Lab and Urodynamics Simulation for 2010 SUFU Course in Female Urology, Northwestern Memorial Hospital, Chicago, IL |
| 2010 | Recurrent UTI, SUFU Course in Female Urology and Voiding Dysfunction, Chicago, IL |
| 2010 | Genitourinary Reconstruction (Urethral Diverticula, Vesicovaginal Fistulae, Urethral Reconstruction, SUFU Course in Female Urology and Voiding Dysfunction, Chicago, IL |
| 2011 | Post Graduate Course on Post Prostatectomy Incontinence, AUA, Washington D.C |
| 2011 | Educational Course-Challenges in the Evaluation and Management of Post-prostatectomy Incontinence in 21st Century, 2011 AUA Annual Meeting, Washington D.C. |
| 2011 | Ethicon Women's Health and Urology, Cadaver Lab, Anatomical Cadaver, Rosemont, IL |
| 2011 | Coloplast Sales Meeting, Educating sales force on Post Prostatectomy Incontinence, St. Louis, MO |
| 2011 | Management of post-prostatectomy incontinence and ED, Urology Fellow Didactics, University of Chicago, Chicago, IL |
| 2010 | Office of Education Course – "Challenges in the Evaluation and Management of Post-prostatectomy Incontinence in 21st Century", Annual AUA Meeting, Atlanta, GA |
| 2012 | Abstract Review Team Member for the AUA's 2012 Abstract Review Process. Reviewed and graded abstracts submitted for the AUA's 2012 Annual Meeting, Atlanta, GA |
| 2011 | AUA Quiz Bowl Questions, AUA Meeting, Atlanta GA |
| 2012 | Management of post-prostatectomy incontinence and ED, Urology Fellow Diadactics, University of Chicago, Chicago IL |
| 2013 | SUFU Course in Female Urology and Voiding Dysfunction, Resident Preceptorship Program, Evaluation and Management of Urinary Incontinence, Panelist: Live surgery Videos and Panel Discussion and Speaker: Complications of Urinary Incontinence Surgery and How to Manage Them, Chicago, IL |

| 2013 | SUFU Course in Female Urology and Voiding Dysfunction, Resident Preceptorship Program, Evaluation and Management of Urinary Incontinence, Title: Live Surgery Videos and Panel Discussion:  Urinary Incontinence Surgery, Chicago, IL |
| 2013 | SUFU Course in Female Urology and Voiding Dysfunction, Resident Preceptorship Program, Evaluation and Management of Urinary Incontinence, Title: Complications of Urinary Incontinence Surgery and How to Manage Them, Chicago, IL |
| 2013 | Management of post-prostatectomy incontinence and ED, Urology Fellow Diadactics, University of Chicago, Chicago IL |
| 2014 | Teaching Course Post-Prostatectomy Incontinence, Annual AUA Meeting, Orlando, FL |
| 2014 | Organized CUS meeting on pelvic floor reconstructive surgery, April CUS Meeting |

Graduate Medical Education (Other)

| 2000 | Urology conference – "Urology 2000 Addressing Controversies in Patient Care" –Conducted workshop on evaluating and treating women with stress urinary incontinence. Miami, FL |
| 2001 | Ethicon-Preceptor for instructing gynecologists and urologists on technique of tension-free vaginal tape. Rush-Presbyterian Hospital, Chicago, IL |
| 2001 | Co-preceptor with John Mulcahy, M.D.-course on educating urologists on technique of double-cuff artificial sphincter insertion.  American Medical Systems, Indiana University, Indianapolis, IN |
| 2015 | Case Study: Best Practices For Fully Integrating Male Continence Therapies Into A successful Urology Practice. Practice Benchmarking Male Continence Case Study, American Medical Systems |

(b) Clinical

| 1996-2000 | I work with residents and students in the outpatient clinic, seeing patients and in the operating room performing urologic surgery on a daily basis. |
| 2001- | I work with residents and students in the outpatient clinic, seeing patients and in the operating room performing urologic surgery on a daily basis. |

Clinical trainees:

Residents

| 1995 | Jae Kim, Presently in Private Practice with Associated Urology Specialists, Chicago Ridge, IL |

| 1999 | Traci Beck, Presently in Private Practice with Advocate Medical Group, Chicago, IL |
| 2003 | Nejd Alsikafi, Presently Associate Professor at Loyola University, Chicago, IL |
| 2003 | Dimitri Kuznetsov, Presently in Private Practice in Port Townsend, WA |
| 2004 | Corey O'Connor, Presently is an Associate Professor at The Medical College of Wisconsin |
| 2004 | Erin Katz, Presently in Private Practice with Largo Medical Center, Largo, FL |
| 2006 | David Rapp, Presently in Private Practice with Virginia Urology in Richmond, VA |
| 2008 | Alvaro Lucioni, Presently at Virginia Mason Medical Center, Federal Way, WA |
| 2009 | William Stuart Reynolds, MD, Presently at Vanderbilt University, Nashville, TN |
| 2010 | Aimee Wiltz, Presently in Private Practice with Urology Clinics of North Texas, Garland, TX |
| 2014 | Olufenwa Famakinwa, MD, Fellowship with Dr. Steven Siegel at Minnesota Metro Urology, Minneapolis, MN |

## Continuing Medical Education

| 1993 | Rukstalis DB, **Bales GT**, Gerber GS and Chodak GW.  Radical perineal prostatectomy as monotherapy for localized prostatic cancer.  Presented at American Urological Association Meeting, San Antonio, TX |
| 1993 | **Bales GT** and Chodak GW.  Cryosurgery of the prostate in men with prostatic carcinoma.  Presented at North Central Section of the American Urological Association Meeting, Milwaukee, WI |
| 1994 | **Bales GT**, Williams M and Chodak GW.  Initial outcomes with cryosurgery in prostate cancer patients having failed radiation therapy.  Presented at American Urological Association Meeting, San Francisco, CA |
| 1994 | Gerber GS, **Bales GT**, Haraf DJ, Chodak GW, Gornik H and Rukstalis DB.  Results of external beam radiotherapy following laparoscopic pelvic lymphadenectomy in men with prostate cancer.  Presented at the World Congress of Endourology Meeting, St. Louis, MO |
| 1995 | "Watchful waiting-A reasonable option or dangerous gamble", Chicago Urological Society, Chicago, IL |
| 1995 | Rukstalis DB, **Bales GT**, Gerber GS, Chodak GW.  Cancer control by radical perineal prostatectomy without concomitant pelvic lymphadenectomy.  Presented at American Urological Association Meeting, Las Vegas, NV |
| 1995 | **Bales GT**, Chodak GW, Palmer JS, Klitzke AK and Rukstalis DB.  Morbidity of radical perineal prostatectomy.  Presented at American Urological Association Meeting, Las Vegas, NV |
| 1995 | Gerber GS, **Bales GT**, Haraf DJ, Gornik HK, Chodak GW and Rukstalis DB.  Prostate cancer treatment using external beam radiotherapy following laparoscopic pelvic lymph node dissection.  Presented at American Urological Association Meeting, Las Vegas, NV |

1995        **Bales GT** and Gerber GS.  Urethropelvic junction obstruction treated with ureteroscopic endopyelotomy.  Presented at North Central Section of the American Urological Association Meeting, Minneapolis, MN

1995        Rutchik SD, **Bales GT** and Gerber GS.  Transurethral vaporization and ablation of the prostate:  initial experience.  Presented at North Central Section of the American Urological Association Meeting, Minneapolis, MN

1995        **Bales GT**, Lyon ES and Gerber GS.  Transurethral vaporization of the prostate:  a continuing experience.  Presented at the World Congress of Endourology Meeting, Jerusalem, Israel

1995        **Bales GT** and Gerber GS.  Ureteroscopic endopyelotomy for treating ureteropelvic junction (UPJ) obstruction.  Presented at the World Congress of Endourology Meeting, Jerusalem, Israel

1996        Fulford SCV, Carter K, Barrington J, Davies G, **Bales GT** and Stephenson TP.  The preliminary results of detrusor myomectomy for detrusor instability and hyperreflexia.  Presented at the Welsh Urological Society Meeting, Porth Rhondda, Wales

1996        Fulford SCV, Hughes J, **Bales GT**, Datta S, Hickling M, and Stephenson TP.  The fate of the "modern" artificial urinary sphincter with follow up of more than ten years.  Presented at the Welsh Urological Society Meeting, Porth Rhondda, Wales

1996        **Bales GT** and Brendler CB.  Modifications in surgical technique to improve urinary continence following radical prostatectomy.  Presented at the American Urological Association Meeting, Orlando, FL

1996        **Bales GT**, Sinner MD, Kim JH and Chodak GW.  Impact of intermittent androgen deprivation on quality of life (QOL).  Presented at the American Urological Association Meeting, Orlando, FL

1996        **Bales GT**, Ziprin P, Wheeler G, Davies G and Stephenson TP.  The long-term follow-up of urethroplasty for non-traumatic urethral strictures.  Presented at the British Association of Urologic Surgeons Meeting, Edinburgh, Scotland

1996        "Zebras-lesions of the female urethra", Chicago Urological Society, Chicago, IL

1997        "TURP is best", Chicago Urological Society, Chicago, IL

1997        **Bales GT**, Fulford SCV,  Flynn RJ and Stephenson TP.  Combined abdominoplasty with pubovaginal sling:  Initial experience with fourteen patients.  Presented at the American Urological Association Meeting, New Orleans, LA

1998        Gerber GS, **Bales GT,** Kirsh EJ and Christiano AP.  Medicinal botanicals in the treatment of lower urinary tract symptoms (LUTS): A demographic analysis of awareness and use at the University of Chicago.  Presented at the American Urological Association Meeting, San Diego, CA

1998        Newmark G and **Bales GT**:  Evaluation of the female urethra:  A new technique of using transvaginal ultrasound.  Presented at the Society of Uroradiology, Bermuda

| | |
|---|---|
| 1999 | **Bales GT,** Flynn RJ, Kynaston HG and Gerber GS. Role of mini-transurethral resection of the prostate to detect prostate cancer in men undergoing surgical intervention for benign prostatic hyperplasia. Presented at the American Urological Association Meeting, Dallas, Texas |
| 1999 | **Bales GT**, Patel RV and Kuznetsov D.D. A comparison of collagen versus artificial urinary sphincter using a validated symptom severity index. Presented at the American Urological Association Meeting, Dallas, TX |
| 1999 | "Complications/Failures of Anti-Incontinence Surgery: Causes and Prevention", Chicago Urological Society, Chicago, IL |
| 2000 | O'Connor RC, **Bales GT** and Gerber GS: Reliability of the international prostate symptom score (I-PSS) in men with lower urinary tract symptoms. American Urological Association Meeting, Atlanta, GA |
| 2001 | "Managing urethral stricture disease with urethroplasty", Chicago Urological Society, Chicago, IL |
| 2001 | "Treatment options for therapy of erectile dysfunction following treatment of prostate cancer", Chicago Urological Society, Chicago, IL |
| 2001 | Male reconstructive surgery. Organized afternoon program (topics and speakers), moderated session, Chicago Urological Society, Chicago, IL |
| 2002 | O'Connor RC, Kuznetsov DD, Patel RV, Galocy RM, Steinberg GD and **Bales GT**: Artificial urinary sphincter placement in men following cystectomy with orthotopic ileal neobladder: Continence, complications and quality of life. American Urological Association Meeting, North Central Section, Chicago, IL |
| 2002 | O'Connor RC, Alsikafi NF, Kuznetsov DD, Dachman AH, **Bales GT** and Gerber GS: Prospective evaluation of ureteral stent durability in patients with chronic ureteral obstruction. Annual Charles B. Huggins Chicago Urological Society Resident Essay Contest, Chicago, IL |
| 2003 | **Bales GT** and Katz EE: Outcomes of minimally invasive midurethral slings (TVT) for the treatment of genuine stress and mixed urinary incontinence. American Urological Association Meeting, North Central Section, Vancouver, BC |
| 2003 | **Bales GT** and Rapp DE: Initial experience with intravesical botulinum toxin injection in patients with overactive bladder. American Urological Association Meeting, North Central Section, Vancouver, BC |
| 2003 | Moderator for the Urinary Incontinence/Bladder Dysfunction session. American Urological Association Meeting, North Central Section, Vancouver, BC |
| 2003 | Panel presenter for Management of Vault Prolapse General Session. American Urological Association Meeting, North Central Section, Vancouver, BC |
| 2003 | "Medical Management of Overactive Bladder and Urinary Incontinence." Chicago Urological Society, Chicago, IL |
| 2004 | Panel presenter for Female Urology – The Best Sling. American Urological Association Meeting, North Central Section, Palm Beach, FL |

2004    **Bales GT**, Siami PF, Guan Z, and Wang JT: Efficacy and safety of tolterodine in male patients with overactive bladder and urge urinary incontinence. AUA Meeting, North Central Section, Chicago, IL

2004    "Update on Penile Prostheses", Chicago Urological Society, Chicago, IL

2005    "Medical Management of Overactive Bladder and Urinary Incontinence". Chicago Urological Society, Chicago, IL

2006    Panel on update-female urethral slings, AUA Mtg., North Central Section, Coronado, CA

2007    GU Reconstruction. Complications in Urethroplasty- Staged Repairs. National SUFU Mtg., San Diego, CA

2007    "Surgical Treatment of Peyronie's Disease", Chicago Urological Society, Chicago, IL

2008    Moderator for the Primary Care Update in Urology, American Urological Association Meeting, Chicago, IL

2008    Moderator, The Dropped Bladder, SUFU Annual Meeting at American Urological Association, Chicago, IL

2008    Urologic Resident Geriatric Education, Meeting and Poster Presentation, The AGS/ John A. Hartford Foundation Project, American Geriatrics Society, Geriatrics Education for Specialty Residents, Washington D.C.

2008    **Bales GT**, Sujeet S. Acharya, Catherine E. DuBeau, Urology Resident Geriatric Education (URGE): A Model for Resident Training in Geriatric Urology, AUA Annual Meeting, Orlando, FL

2008    Female Urology: Controversies and Consensus-A Case Based Approach, AUA annual meeting, Orlando, FL

2009    Moderator for the Enablex National Satellite Broadcast Local Faculty Teleconference, Chicago, IL

2009    Bales GT, Reynolds WS, Fedunok PA, An outpatient approach to vaginal pelvic organ prolapse repair. Poster presentation, SUFU Winter Mtg., Las Vegas, NV

2009    American College of Surgeons 95th Annual Clinical Congress Speaker Presentation: Use of Botox for Bladder Overactivity, Chicago, IL

2009    Panel presenter for 2009 Annual Clinical Congress, Advances in the Treatment of Urinary Incontinence, Chicago, IL

2010    Recurrent UTI, SUFU Course in Female Urology and Voiding Dysfunction, Fairmont Hotel, Chicago, IL

2010    Moderator for Neurogenic Bladder Podium Session, SUFU 2010 Winter Meeting, St. Petersburg, FL

2010    Breakout Session for Urinary Incontinence and Sexual Health in Older Adults, SUFU 2010 Winter Meeting, St. Petersburg, FL

2011    Moderated Poster, Urodynamics, Incontinence, and Female Urology: Incontinence- Evaluation & Therapy I, Annual AUA Mtg., Washington D.C

2011    Coloplast Sponsored Symposium on Post Prostatectomy Incontinence Truths and Myths, Annual SUFU Mtg., Phoenix, AZ

| | |
|---|---|
| 2011 | Management of Stress Incontinence and Pelvic Organ Prolapse in Elderly Women: Non-Surgical and Surgical Approaches, Annual SUFU Mtg., Phoenix AZ |
| 2012 | Geriatric Breakout Session, Annual SUFU Mtg., New Orleans, LA |
| 2012 | "Plenary II", Point Counterpoint Management of Pelvic Organ Prolapse in Elderly Women, Annual AUA Mtg., Atlanta, GA |
| 2012 | Intravesical Use of Botulinum Toxin A, Chicago Urological Society, Chicago, IL |
| 2012 | What are the Indications and Role for Male Sling Placement in Men with Post-prostatectomy Incontinence? Chicago Urological Society, Chicago, IL |
| 2012 | Complications of Mesh for Incontinence and prolapse, Chicago Urological Society, Chicago, IL |
| 2012 | Moderated Poster, Benign Prostatic Hyperplasia: Surgical Therapy and New Technology III, Annual AUA Mtg., World Congress Ctr., Atlanta, GA |
| 2012 | Moderator for Urinary Incontinence/Neurourology Podium, North Central Section 86th Annual Meeting, Chicago, IL |
| 2012 | The Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) Specialty Program Panelist, World Congress Center, AUA Annual Mtg., Atlanta, GA |
| 2013 | Breakout Session: Director of Session in Geriatrics, SUFU 2014 Meeting, Las Vegas, NV |
| 2013 | Moderator for Benign prostatic Hyperplasia: Medical and Hormonal Therapy, AUA Annual Mtg. San Diego, CA |
| 2013 | "Challenges in the Evaluation and Management of Post-Prostatectomy Incontinence, AUA Annual Mtg., San Diego, CA |
| 2013 | "Assessing Variability of the 24-Hour Pad Weight Test in Men with Post-Prostatectomy Incontinence", IUS 2013 Annual Meeting, Springfield, IL |
| 2013 | "The Evolving Management of Postprostatectomy Incontinence, IUS Annual Meeting, Springfield, IL |
| 2014 | "Practical Approach to Post-Prostatectomy Incontinence: are Slings Ready for Prime Time? 27th Annual Aspen Urological Conference, Aspen CO |
| 2014 | "Straightforward Reproducible Techniques for Ureteroplasty, 27th Annual Aspen Urological Conference, Aspen, CO |
| 2014 | "Pelvis Organ Prolapse in the Robotic Era, 27th Annual Aspen Urological Conference, Aspen, CO |
| 2014 | "On botulinum toxin A for the Refractory OAB Patient-27[th] Annual Aspen Urological Conference, Aspen, CO |
| 2014 | Breakout Session: Geriatric Urology, SUFU 2014 Winter Meeting, Miami, FL |
| 2014 | Introduction to Afternoon Reconstructive Session, April 2014 Chicago Urological Society Meeting, Chicago, IL |
| 2014 | Poster Presentation: A Modern Comparison of Urodynamic Findings in Non-Diabetic Versus Diabetic Females, May Annual 2014 AUA Meeting, Orlando, FL |

| | |
|---|---|
| 2014 | "Botulinum Toxin for OAB", September 2014 NCS Annual Meeting, Chicago, IL |
| 2014 | Penis/Urethra/Testis/Trauma/Transplant Posium Session, Moderator, 2014 NCS Annual Meeting, Chicago, IL |
| 2015 | Female Urology-Refresher update on Autologous Slings with Surgical Video, Chicago Urological Society February Meeting, Chicago, IL |
| 2015 | Geriatrics Society Lecture: Assessing Surgical Risk in The Elderly: What Is 'Frailty' and How Should It Impact Your Surgical Practice, SUFU Annual Winter Meeting, Scottsdale, AZ |

**CLINICAL**

| | |
|---|---|
| 1996- | Two days per week in Operating Room for 8 or more hrs. per day. |
| 1996- | Two days per week in clinic for 8hrs. or more. |
| 1996- | Approx. eight weekends per year on call. |
| 2001- | Director of Female and Pelvic Reconstruction |


**Service**

**University of Chicago**
Committee Membership
| | |
|---|---|
| 2001- | Surgery Quality Improvement Committee |
| 2010- | Men's Health Task Force |

Leadership:

Other:
| | |
|---|---|
| 1996-2000 | Attend weekly Grand Rounds |
| 2001- | Attend weekly Grand Rounds |

**Extramural (not indicated above)**

| | |
|---|---|
| 2001 | A.C.T.I.O.N.  Advanced Care and Treatments in Oncology WYIN-TV 56 Co-host-evaluation, treatment and reconstruction in oncology patients, Chicago, IL |
| 2001 | The Times, Health and Fitness, "Dry Idea-Minor Surgery Corrects Stress Incontinence", Hammond, IN |
| 2003 | Healthbeat.  Botox Injections for the Bladder, WLS-TV 7 health segment, Chicago, IL |
| 2003 | Interview on Botox.  CBS-TV, Channel 2 news. Chicago, IL |

| | |
|---|---|
| 2003 | The New York Times.  "Wrinkles Gone?  New Uses Studied for Botox", Health Section, Wall Street Journal. "Lilly's Cymbalta is Clouded by FDA Test Request". |
| 2006 | Chicago Sun Times Article, "Man Severs Own Penis, throws it at officers". |
| 2006 | Today's Chicago Woman, "Expert Q and A", |
| 2007 | Geezerjock, "Masters athletes raising awareness of prostate cancer". |
| 2007- | Journal Reviewer for Urology |
| 2008 | "November is National Diabetes Awareness Month", Erectile Dysfunction and Diabetes, Northwest Indiana Times |
| 2008- | Journal Reviewer for Journal of Urology |
| 2009 | Urologic Surgical Mission to the Democratic Republic of the Congo, Panzi Hospital, Director Denis Mukwege, East Kivu Province, Performing reconstructive surgery on woman who suffered from incontinence and fistulas while also instructing physicians on how to perform sling surgeries. |
| 2010 | Feature story on Urinary Incontinence, Newsfront Magazine, The University of Chicago Medical Center publication, Feature story on Urinary Incontinence. |
| 2010- | Journal Reviewer for Neurourology and Urodynamics |