# EXHIBIT K

# INTERNATIONAL STANDARD

## ISO 10993-13

First edition
1998-11-15

# Biological evaluation of medical devices —

## Part 13:
Identification and quantification of degradation products from polymeric medical devices

*Évaluation biologique des dispositifs médicaux —*

*Partie 13: Identification et quantification de produits de dégradation de dispositifs médicaux à base de polymères*



Reference number
ISO 10993-13:1998(E)

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

ISO 10993-13:1998(E)

## Contents

1 Scope .................................................................................................... 1

2 Normative references ........................................................................... 1

3 Definitions ............................................................................................. 2

4 Degradation test methods .................................................................... 2

4.1 General procedures ............................................................................ 2

4.2 Accelerated degradation test .............................................................. 5

4.3 Real-time degradation test .................................................................. 5

5 Test procedures .................................................................................... 6

5.1 Initial material characterization ........................................................... 7

5.2 Accelerated degradation test .............................................................. 7

5.3 Real-time degradation test .................................................................. 8

6 Test report ............................................................................................. 9

Annex A   Analytical methods ................................................................. 10

© ISO 1998

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from the publisher.

International Organization for Standardization
Case postale 56 • CH-1211 Genève 20 • Switzerland
Internet   iso@iso.ch
Printed in Switzerland

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

© ISO                                                                    ISO 10993-13:1998(E)

# Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

International Standard ISO 10993-13 was prepared by Technical Committee ISO/TC 194, *Biological evaluation of medical devices*.

ISO 10993 consists of the following parts, under the general title *Biological evaluation of medical devices*:

— Part 1: Evaluation and testing

— Part 2: Animal welfare requirements

— Part 3: Tests for genotoxicity, carcinogenicity and reproductive toxicity

— Part 4: Selection of tests for interactions with blood

— Part 5: Tests for cytotoxicity: in vitro methods

— Part 6: Tests for local effects after implantation

— Part 7: Ethylene oxide sterilization residuals

— Part 9: Framework for the identification and quantification of potential degradation products

— Part 10: Tests for irritation and sensitization

— Part 11: Tests for systemic toxicity

— Part 12: Sample preparation and reference materials

— Part 13: Identification and quantification of degradation products from polymeric medical devices

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

Case 2:12-md-02327 Document 2058-12 Filed 04/21/16 Page 5 of 19 PageID #: 42142

ISO 10993-13:1998(E) © ISO

— *Part 14: Identification and quantification of degradation products from ceramics*

— *Part 15: Identification and quantification of degradation products from metals and alloys*

— *Part 16: Toxicokinetic study design for degradation products and leachables*

Annex A of this part of ISO 10993 is for information only.

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

© ISO                                                                 ISO 10993-13:1998(E)

# Introduction

This part of ISO 10993 was developed from ISO/TR 10993-9. Degradation products covered by this standard are formed primarily by chemical bond scission due to hydrolytic and/or oxidative processes in an aqueous environment. It is recognized that additional biological factors, such as enzymes, other proteins and cellular activity, can alter the rate and nature of degradation.

It should be kept in mind that a polymeric device may contain residuals and leachables such as monomers, oligomers, solvents, catalysts, additives, fillers and processing aids. These components which, if present, may interfere with the identification and quantification of the degradation products, need to be considered and accounted for. It should be recognized that residual monomers may generate the same degradation products as the polymer itself.

The identified and quantified degradation products form the basis for biological evaluation in accordance with ISO 10993-1, for risk assessment in accordance with ISO 14538 and, if appropriate, for toxicokinetic studies in accordance with ISO 10993-16.

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

INTERNATIONAL STANDARD © ISO  ISO 10993-13:1998(E)

# Biological evaluation of medical devices —

## Part 13:
Identification and quantification of degradation products from polymeric medical devices

## 1 Scope

This part of ISO 10993 provides guidance on general requirements for the design of tests for identifying and quantifying degradation products from finished polymeric medical devices ready for clinical use.

This part of ISO 10993 describes two test methods to generate degradation products, an accelerated degradation test as a screening method and a real-time degradation test. For materials which are intended to polymerize *in situ*, the set or cured polymer is used for testing. The data generated are used in the biological evaluation of the polymer.

This part of ISO 10993 considers only those degradation products generated by a chemical alteration of the finished polymeric device. It is not applicable to degradation of the device induced during its intended use by mechanical stress, wear or electromagnetic radiation.

The biological activity of the debris and soluble degradation products is not addressed in this part of ISO 10993, but should be evaluated according to the principles of ISO 10993-1 and ISO 14538.

Because of the wide range of polymeric materials used in medical devices, no specific analytical techniques are identified or given preference. No specific requirements for acceptable levels of degradation products are provided in this part of ISO 10993.

## 2 Normative references

The following standards contain provisions which, through reference in this text, constitute provisions of this part of ISO 10993. At the time of publication, the editions indicated were valid. All standards are subject to revision, and parties to agreements based on this part of ISO 10993 are encouraged to investigate the possibility of applying the most recent editions of the standards indicated below. Members of IEC and ISO maintain registers of currently valid International Standards.

ISO 3696:1987, *Water for analytical laboratory use — Specification and test methods.*

ISO 10993-1:1997, *Biological evaluation of medical devices — Part 1: Evaluation and testing.*

ISO 10993-9:—[1)], *Biological evaluation of medical devices — Part 9: Framework for identification and quantification of potential degradation products.*

ISO 10993-12:1996, *Biological evaluation of medical devices — Part 12: Sample preparation and reference materials.*

---

[1)] To be published.

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

ISO 10993-13:1998(E) © ISO

ISO 10993-16:1997, *Biological evaluation of medical devices — Part 16: Toxicokinetic study design for degradation products and leachables.*

ISO 13781:1997, *Poly(L-lactide) resins and fabricated forms for surgical implants — In vitro degradation testing.*

ISO 14538:—[1] *Biological evaluation of medical devices — Establishment of permissible limits for sterilization and process residues using health-based risk assessment.*

## 3 Definitions

For the purposes of this part of ISO 10993, the definitions given in ISO 10993-1, ISO 10993-9, ISO 13781 and the following definitions apply.

### 3.1 residual monomer
unreacted chemical compound(s) used to build the polymeric chains and still present in the final polymeric material

### 3.2 degradation product
chemical compound derived from the breakdown of the polymeric material, including any compound produced by consecutive chemical reactions

### 3.3 polymeric material
materials consisting of long-chain and/or crosslinked molecules composed of units called monomers

### 3.4 hydrolytic degradation
scission of chemical bonds in a polymer by the attack of water

NOTE  The water may have a neutral, acidic or alkaline pH value and may contain additional chemical compounds or ions.

### 3.5 oxidative degradation
scission of chemical bonds in a polymer by the attack of oxidizing agent(s)

### 3.6 debris
particulate material produced by the degradation of a polymeric material

## 4 Degradation test methods

### 4.1 General procedures

#### 4.1.1 Test design

In accordance with ISO 10993-9, degradation tests shall be used to generate, identify and/or quantify degradation products. If degradation is observed in an accelerated test, identification and quantification of the degradation products may provide sufficient information for risk analysis. Where this information is insufficient or absent, real time testing shall be performed. The sequence of steps which shall be followed is described in detail in this part of ISO 10993.

NOTE  The accelerated degradation test may be used as a screening test. If no degradation is observed in the accelerated test, no real-time degradation test should be necessary.

#### 4.1.2 Sample preparation

When not specifically addressed by the selected method(s), the general aspects of sample preparation shall be in accordance with ISO 10993-12.

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

© ISO                                                                                                              ISO 10993-13:1998(E)

### 4.1.3 Initial material characterization

The analytical methods used for the initial material characterization shall be appropriate for the polymeric material under investigation. The analytical techniques used shall be reported and justified.

Annex A of this part of ISO 10993 presents a list of analytical methods and their application range for the characterization of polymeric materials.

### 4.1.4 Reagents and apparatus

#### 4.1.4.1 Test solutions

All test solution(s) used shall be described and justified in the test report.

##### 4.1.4.1.1 Reagents for hydrolytic degradation

For hydrolytic degradation the following solutions are suggested:

a) water for analytical laboratory use, grade 2, in accordance with ISO 3696;

b) buffer, e.g. in accordance with ISO 13781.

##### 4.1.4.1.2 Reagents for oxidative degradation

For oxidative degradation the following solutions are suggested:

a) water and hydrogen peroxide, e.g. 3 % hydrogen peroxide solution, Pharmacopoeia grade;

b) Fenton's reagent [mixture of dilute hydrogen peroxide solution and iron(II) salts, e.g. 100 µmol $Fe^{2+}$ and 1 mmol $H_2O_2$].

These oxidative solutions may not be stable at elevated temperatures or for a prolonged time. Therefore the oxidative capacity shall be maintained in an appropriate range.

This stability range shall be specified, justified and reported.

##### 4.1.4.1.3 Other test solutions

Other test solutions for a specific polymer or a specific application site may be chosen.

NOTE   If a biological assay of the debris or the degradation solution is to be made, then the use of antibacterial or antifungal additives will interfere with these assays and it may be necessary to maintain a sterile environment for the duration of the real-time degradation test.

#### 4.1.4.2 Container

Depending on the test solution, chemical grade glassware, polytetrafluoroethylene or polypropylene containers in an enclosed system shall be used. Controls shall be used in order to assess contaminants from the container. Evidence shall be provided that containers do not interfere with the analysis.

#### 4.1.4.3 Balance

The balance used to determine mass loss shall be capable of weighing the initial sample mass with the precision required. For materials designed to be resorbed, a precision of 1 % is appropriate, for materials designed to resist degradation, a precision of at least 0,1 % shall be used. The accuracy of the balance for resorbable polymers shall be 0,1 %, and for stable polymers 0,01 %, of the total sample mass.

The precision and standard deviation of the method of the determination of mass loss shall be stated in the test report.

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

ISO 10993-13:1998(E) © ISO

#### 4.1.4.4 Drying apparatus

Any apparatus capable of drying the test samples to constant mass without contamination or loss of volatile degradation products shall be used.

The apparatus shall be described and defined in the test report.

#### 4.1.4.5 Vacuum source

Any apparatus capable of producing a sufficient vacuum (< 500 Pa) in the drying apparatus is appropriate.

The apparatus shall be described and defined in the test report.

#### 4.1.4.6 Separation apparatus

Any apparatus capable of separating the debris produced during the degradation study shall be used. This may involve an inert filter, a temperature-controlled centrifuge or a combination thereof.

The apparatus shall be described and defined in the test report.

### 4.1.5 Number of test samples

At least three test samples shall be used for each test period. These should be the finished product itself or representative samples thereof. A separate container shall be used for each sample. One blank shall be used for each test period.

NOTE  If a valid statistical analysis is required, more samples at each test period should be used.

### 4.1.6 Shape and size of test samples

It must be appreciated that the size and the shape of the specimen are critical for the generation of relevant amounts of degradation products. If a part of the finished device is used as the test sample, then surfaces which are normally not in contact with the biological environment should be avoided or minimized.

The size, shape and surface area of the sample should be chosen in such a way that equilibrium with the degradation solution and a constant mass for the determination of the mass balance can be reached in an acceptable time.

NOTE 1  Under certain circumstances it may be necessary to fabricate a test sample using the same processing, cleaning and sterilization methods as are used in the fabrication of the device.

NOTE 2  With resorbable polymers, equilibrium with the degradation solution may not be reached.

### 4.1.7 Mass/volume ratio

The ratio of the mass of the test sample to the volume of the test solution should be at least 1:10. The samples shall be fully immersed in the test solution.

The choice of the ratio used shall be reported and justified in the test report.

NOTE  The ratio 1:10 was chosen for practical reasons. When using this ratio, however, it should be considered that the release of degradation products may interfere with the progress of degradation itself and may influence the rate of the degradation and the equilibrium of the degradation reaction(s).

### 4.1.8 Sample pretreatment

To set up the mass balance, the sample shall be dried to a constant mass. If the device contains volatile components, an appropriate drying method shall be selected.

In this case, the drying method and the conditions shall be stated and justified in the test report.

**4**
Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

© ISO                                                                                                  ISO 10993-13:1998(E)

### 4.1.9 pH

If the pH of the test solution is relevant, the pH shall be maintained in an appropriate range. The pH chosen shall be appropriate to the site of intended use (e.g. the acidic stomach). Changes in the pH induced by physiological phenomena, e.g. during an inflammatory response, shall be considered.

The pH shall be reported and justified in the test report.

NOTE 1   Elevated temperatures can change the pH value.

NOTE 2   It should be recognized that if the pH value is not maintained in the appropriate range, the degradation products generated may or may not be the same as those that occur under biological conditions.

### 4.1.10   Determination of the mass balance

When the sample is removed from the test solution, the sample shall be rinsed with adequate quantities of analytical grade water. The rinse water and any debris loosened by the rinse water shall be added to the test solution. The sample and the debris eventually obtained from the separation apparatus shall be dried to a constant mass. Then the mass balance shall be determined.

### 4.1.11   Final material characterization

The material shall be characterized using the same methods as used in the initial material characterization.

## 4.2   Accelerated degradation test

### 4.2.1   Temperature

Choose a temperature greater than 37 °C and below the melting or softening range of the polymer. When appropriate, 70 °C ±1 °C shall be used.

The temperature chosen shall be reported and justified in the test report.

NOTE   Higher temperatures may lead to side reactions which may not occur at lower temperatures.

### 4.2.2   Test periods

For devices whose intended use is longer than 30 days, test periods of 2 and 60 days shall be used. For devices whose intended use is less than 30 days, test periods of 2 and 7 days shall be used. Additional test periods may be chosen depending on the polymer under investigation or the intended use of the device.

The test periods shall be reported and justified.

NOTE   For devices made from resorbable polymers, this test period may last until the device has lost its integrity (as defined for the individual material).

## 4.3   Real-time degradation test

### 4.3.1   Temperature

Carry out the test at 37 °C ± 1 °C.

### 4.3.2   Test period

For devices whose intended use is longer than 30 days, test periods of 1 month, 3 months, 6 months and 12 months shall be used. For devices whose intended use is less than 30 days, four alternative test periods shall be used, including 30 days. Additional test periods may be chosen depending on the polymer under investigation or the intended use of the device.

The test periods shall be reported and justified.

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

ISO 10993-13:1998(E) © ISO

NOTE   For devices made from resorbable polymers, this test period may last until the device has lost its integrity (as defined for the individual material).

## 5 Test procedures

The steps to be followed are described in the flowchart in table1.

NOTE   For evaluation of **crosslinked polymer systems,** the decision for further action will be based on the mass balance calculation and a measurement of the density of crosslinking instead of molecular mass/molecular mass distribution determination.

Table 1



Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

© ISO                                                                                                    ISO 10993-13:1998(E)

## 5.1 Initial material characterization

The initial material characterization shall address the bulk polymer and the residuals and additives present in the final device. Because of the difficulties of retrospective analysis, this information is best obtained from the supplier or manufacturer of the material. It is important to fully characterize the purity of the polymer and the additives used in its formulation.

## 5.2 Accelerated degradation test

### 5.2.1 Measurement of initial mass

Dry the test sample to constant mass. Determine the mass of the test sample.

### 5.2.2 Separation of sample, debris and solution

#### 5.2.2.1 Separation by filtering

Dry a filter under vacuum at room temperature to constant mass. Determine the mass of the filter. Separate sample with possible debris from the degradation solution by means of the weighed filter. If necessary, vacuum or pressure filtering can be used. Wash the contents of the filter three times with analytical grade water.

#### 5.2.2.2 Separation by centrifuging

Determine the mass of a dry and clean centrifuge tube. Transfer the degradation test sample solution into the centrifuge tube and close the tube prior to separation. Spin the tube in the centrifuge to obtain a firm debris pellet. Carefully decant the supernatant solution into a container. Resuspend the pellet in analytical grade water and spin again. Decant the supernatant solution again and add this solution to the container. Repeat this procedure two more times.

### 5.2.3 Analysis

#### 5.2.3.1 Determination of mass balance

Dry the filter and its contents or the centrifuge tube and its contents under vacuum at room temperature to a constant mass. Determine the mass of the filter and its contents or the centrifuge tube and its contents. Determine the mass loss of the sample.

#### 5.2.3.2 Sample and debris characterization

The molecular mass and the molecular mass distribution are determined by appropriate methods (see also annex A).

### 5.2.4 Evaluation (see table 1)

#### 5.2.4.1 Case 1 (No/No)

No change in mass balance and molecular mass/distribution:

No degradation has been observed. The test is terminated; no real-time degradation test is necessary.

NOTE  Under some circumstances, it may be necessary to confirm this result by further investigations in line with ISO 10993-9.

#### 5.2.4.2 Case 2 (No/Yes)

No change in mass balance, but molecular mass/distribution has changed:

Check the bulk sample/debris for degradation products. Proceed with real-time degradation test, if necessary (see 4.1).

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

7

ISO 10993-13:1998(E) © ISO

#### 5.2.4.3 Case 3 (Yes/No)

Change in mass balance, but no change in molecular mass/distribution:

Polymer is not degraded, fluid phase contains leachables which shall be assessed according to ISO 10993-1. Proceed with real-time degradation test, if necessary (see 4.1).

#### 5.2.4.4 Case 4 (Yes/Yes)

Change in mass balance and change in molecular mass/distribution:

Identify and quantify leachables and polymer degradation products from the fluid phase and check the bulk sample and debris for degradation products. Proceed with real-time degradation test, if necessary (see 4.1).

### 5.3 Real-time degradation test

#### 5.3.1 Measurement of initial mass

Dry the test sample to constant mass. Determine the mass of the test sample.

#### 5.3.2 Separation of sample, debris and solution

##### 5.3.2.1 Separation by filtering

Dry a filter under vacuum at room temperature to constant mass. Determine the mass of the filter. Separate sample with possible debris from the degradation solution by means of the weighed filter. If necessary, vacuum or pressure filtering can be used. Wash the contents of the filter three times with analytical grade water.

##### 5.3.2.2 Separation by centrifuging

Determine the mass of a clean dry centrifuge tube. Transfer the degradation test sample solution into the centrifuge tube and close the tube prior to separation. Spin the tube in the centrifuge to obtain a firm debris pellet. Carefully decant the supernatant solution into a container. Resuspend the pellet in analytical grade water and spin again. Decant the supernatant solution again and add this solution to the container. Repeat this procedure two more times.

#### 5.3.3 Analysis

##### 5.3.3.1 Determination of mass balance

Dry the filter and its contents or the centrifuge tube and its contents under vacuum at room temperature to a constant mass. Determine the mass of the filter and its contents or the centrifuge tube and its contents. Determine the mass loss of the sample.

##### 5.3.3.2 Sample and debris characterization

The molecular mass and the molecular mass distribution are determined by appropriate methods (see also annex A).

#### 5.3.4 Evaluation (see table 1)

##### 5.3.4.1 Case 1 (No/No)

No change in mass balance and molecular mass/distribution:

No degradation has been observed. The test is terminated.

NOTE  Under some circumstances, it may be necessary to confirm this result by further investigations in line with ISO 10993-9.

##### 5.3.4.2 Case 2 (No/Yes)

No change in mass balance, but molecular mass/distribution has changed:

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

© ISO ISO 10993-13:1998(E)

Check the bulk sample/debris for degradation products.

### 5.3.4.3 Case 3 (Yes/No)

Change in mass balance, but no change in molecular mass/distribution:

Polymer is not degraded, fluid phase contains leachables which shall be assessed according to ISO 10993-1.

### 5.3.4.4 Case 4 (Yes/Yes)

Change in mass balance and change in molecular mass/distribution:

Identify and quantify leachables and polymer degradation products from the fluid phase and check the bulk sample and debris for degradation products.

## 6 Test report

The test report shall include the following information:

a) description of the test material, batch or lot number, dimensions and number of samples tested;

b) test solution and conditions;

c) detailed description and justification of the test methods used, including (where appropriate) specificity, sensitivity, detection and quantification limits;

d) method used to determine mass loss, including precision and standard deviation;

e) mass/volume ratio of sample, shape of sample;

f) sample pretreatment and drying method;

g) selected pH;

h) test temperature;

i) test periods;

j) test results:

  1) mass balance,

  2) molecular mass/distribution (crosslink density),

  3) results of tests run on the solution, debris and/or bulk polymer,

  4) identified degradation products,

  5) rationale for final decision;

k) conclusions.

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

ISO 10993-13:1998(E) © ISO

# Annex A
(informative)

# Analytical methods

The following analytical methods are suggested for the characterization of the polymeric material, if appropriate:

a) solution viscometry (molecular mass average, branching);

b) swellability (crosslink density);

c) rheology (melting range, melt viscosity, thermal stability, molecular mass distribution);

d) chromatographic methods (e.g. gas and/or high performance liquid chromatography for residual monomers, additives and leachables; size exclusion/gel permeation chromatography for molecular mass averages and changes in molecular mass distribution);

e) spectroscopic methods (e.g. ultraviolet spectroscopy, infrared spectroscopy, nuclear magnetic resonance, mass spectroscopy for identity, composition, distributions; atomic absorption spectroscopy for catalyst content, heavy metals);

f) thermal analysis (e.g. differential scanning calorimetry for glass transition, melting range or softening point, blends).

Because a finished medical device may contain several materials from several sources, an intensive literature study and the request of reliable analytical data from the suppliers is strongly recommended to minimize the analytical work.

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC

ISO 10993-13:1998(E) © ISO

**ICS 11.100**

Descriptors: medical equipment, medical devices, polymers, plastics products, tests, biological tests, determination, deterioration.

Price based on 10 pages

Copyright International Organization for Standardization
Provided by IHS under license with ISO
No reproduction or networking permitted without license from IHS

Order Number: 02065112
Sold to:BLAKE CASSELS AND GRAYDON LLP [539839101259] - LEANNE.GRILLI@BLAKES.COM,
Not for Resale,2015-07-14 17:34:33 UTC