# EXHIBIT Q

020626

OR98-010
CP1998SEF001
Appendix I

ETHICON, INC.

OCT 0 1 2002

R&D - CENTRAL FILE

# CONCEPT DEVICE DESIGN SAFETY ASSESSMENT (DDSA) APPROVAL PAGE

| DESIGN SAFETY ASSESSMENT | REVISION: 1 |
|---|---|
| | REVISION DATE: 6/6/02 |
| Product Name: | GYNEMESH* PROLENE Soft Mesh |
| Product Code: | GPSL |
| RMC: | N/A |
| Project Leader: | Maggie D'Aversa |
| ASSOCIATE NAME | |

## ANALYSIS TEAM

| | |
|---|---|
| Development Engineer/Scientist: | Elbert Katrin |
| Manufacturing/Technical Services | Irene Lee |
| Engineer: | Maritza Molina |
| Quality Assurance Engineer: | Enilma Miller |
| Regulatory Affairs: | Sean O'Bryan |
| Other: | Richard Isenberg |
| | Paul Parisi          7-31-02 |
| | Cyrus Guidry        7.31.02 |

## DISPOSITION/APPROVAL:

I deem this analysis to be true and a complete reflection of facts as known at the time of this analysis. I find this device design to be safe for use: (Check one:) _____ :Yes; _____ :No.

_____
Maggie D'Aversa    Katrin Elbert
Development Engineer/Scientist

I deem this analysis to be true and a complete reflection of facts as known at the time of this analysis. I find this device design to be safe for use: (Check one:) _____ :Yes; _____ :No.

_____
Irene Lee/ Maritza Molina
Manufacturing Engineer

I deem this analysis to be true and a complete reflection of facts as known at the time of this analysis. I find this device design to be safe for use: (Check one:) ✓ :Yes; _____ :No.

_____
Enilma Miller
Quality Assurance Engineer

I deem this analysis to be true and a complete reflection of facts as known at the time of this analysis. I find this device design to be safe for use: (Check one:) ✓ :Yes; _____ :No.

_____
Sean O'Bryan
Regulatory Affairs

**Medical Director:** _____

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220303

OP050-010
CP1998SEF001
Appendix II

2

DEVICE DESIGN SAFETY ASSESSMENT (DDSA) SUMMARY REPORT
(Revision 1

**DEVICE:** (*Provide a description of the overall device system*) **A non-absorbable polypropylene mesh, manufactured out**

**PROLENE\* monofilament fiber. The product is used for tissue reinforcement and long –lasting of the pelvic floor in vaginal**

**wall prolapse where surgical treatment is intended, either as mechanical support or bridging material for the fascial defect.**

**SCOPE of the DESIGN SAFETY ASSESSMENT:** (*Define the scope of this risk assessment*)

This risk assessment was completed on (*check one*):  __X__ Device  _____ Subsystem  _____ Component

**This DDSA is applicable to the GYNEMESH\* PROLENE Soft mesh product and will identify any hazards associated**

**with this new product offering.**

*Define the intended use of the reviewed item:*

**GYNEMESH™ PROLENE Soft Mesh is used for tissue reinforcement and long –lasting stabilization of fascial structures of the**

**pelvic floor in vaginal wall prolapse where surgical treatment is intended, either as mechanical support or bridging material for**

**the fascial defect.**

*Briefly, describe the revision to the device or sub-system that preceded a revision to the DDSA:*

**Initial version of DDSA.**

**Revision 1  Final DDSA document**

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220304

OP650-???
CP1998SEF001
Appendix II

3

| ACTIVITY | YES/NO/NA | FILE REFERENCE | COMMENT |
|---|---|---|---|
| All qualitative and quantitative characteristics that could affect safety have been listed including their defined limits. | YES | D&D Plan & Material | |
| The intended use of the device is clearly defined, including: Indications/Contraindications and intended use The intended user, his required skill and training Interaction of device with the patient as user: The operational, transport, cleaning and storage environments have been considered: | YES | Re: GYNEMESH Product Insert | |
| Long term use of equivalent product has been considered from both the positive and negative perspective. Clinical/Scientific reports, both internal and published: Device failure reports: | YES | Re: Clinical and Scientific reports | Raw Materials and Indications for device similar to the Soft PROLENE mesh |
| The contact conditions and timing with the patient have been considered. | YES. | Re: Clinical and Scientific reports | Raw Materials and Indications for device similar to the Soft PROLENE mesh |
| Materials and components used for fabrication and manufacture have been considered. Chemical nature, quantitative formulation, additives, processing aids, monomers, catalysts, residues: Concentration, availability, toxicity: Biodegradation aging and corrosion: Previous use of this material, and long term effectiveness in equivalent application can be demonstrated: Appropriate biocompatability testing to EN 30993: | YES | Ref: Soft PROLENE Mesh Biocompatibility Strategy | Raw materials are chemically unchanged – The Soft PROLENE Resins utilized in clear and blue pigmented sutures have been utilized in the fabrication of this mesh. |
| The sterility of the device and its potential reuse, number of resterilizations possible and sterilization method, device storage, shelf-life, and disposal have been considered. | YES | Product Insert – Warnings section & 1) Sterilization 2) Storage Stability Strategy | Raw materials are chemically unchanged – Soft PROLENE Resin Do not re-sterilizer this product |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220305

OP650-000
CP1998SEF00I
Appendix II

4

| ACTIVITY | YES/NO/NA | FILE REFERENCE | COMMENT |
|---|---|---|---|
| The accuracy and precision of measurement parameters executed by the device and their interpretation has been considered. | N/A | N/A | |
| The need for routine maintenance or calibration of the device, and the method of provision has been considered. | N/A. | N/A | |
| Interactions with other devices or drugs, and any potential problems have been considered. | YES | N/A | Raw material is chemically unchanged. |
| Delayed or long term use of the device, ergonomic and accumulative effects have been considered | YES | N/A | |
| A Device Specification exists. | YES | N/A | |
| A PBOM has been defined. | YES | N/A | |
| A requirement or finished goods specification is available. | YES | N/A | |
| Manufacturing and Material specifications are available. | YES | N/A | |
| Surgical technique, labels, warnings and other instructions for use (cleaning, sterilization, use, maintenance, and disposal) are available. | YES | Product Insert | See package Insert |
| Device marketing brochures, or other sales literature, have been considered. | YES | Indications&Claims Defined | Sales Literature |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220306

OP000-010
CP2000SEF002
Appendix III

## QUALITATIVE & QUANTITATIVE CHARACTERISTICS WORKSHEET

5

| CHARACTERISTIC | ISSUE | RESPONSE | | | COMMENT |
|---|---|---|---|---|---|
| | | N/A | YES | | |
| 1 Intended Use | 1) Is special training of the intended user needed? | X | | | If yes, please attach training plan |
| | 2) Does use of the device impose any ergonomic factors or effects? | X | | | If yes, please attach plan. |
| | 3) Are there any environmental factors that could influence safety/function of the device? | X | | | If yes, please define the limits. |
| | 4) Can the patient control or influence the use of the device? | X | | | If yes, please define the training plan for the user. |
| | 5) Is device safety/functionality compromised based upon the patient (such as elderly, diabetic, handicapped, or other)? | X | | | If yes, please define the nature of the compromise and the limits. |
| 2 Patient Contact | 6) Does device use utilize surface contact to the patient? | | X | | Permanent prosthetic implant. |
| | 7) Does device use utilize invasive contact with the patient? | | X | | Permanent prosthetic implant. |
| | 8) Does device use require implantation? | | X | | Permanent prosthetic implant. |
| 3 Materials | 9) Define the materials utilized in the construction of the device. **Highlight** those materials that will involve direct patient contact | | X | | Prolene - Polypropylene (blue pigmented and clear). The processes utilized in the manufacture of the material are unchanged relative to Soft PROLENE mesh. |
| | 10) Have the materials been tested for toxicity and biocompatibility? | | X | | Ref: DHF of Soft PROLENE Biocompatibility section from T. Barbolt. |
| | 11) Have the materials been tested for carcinogenicity, teratology, and mutagenicity (as appropriate)? | | X | | Ref: DHF Soft PROLENE Mesh |
| | 12) Is the strength of load-bearing materials sufficient for the intended use? | | X | | Ref: Clinical Literature search |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220307

OP000-010
CP2000SEF002
Appendix III

## QUALITATIVE & QUANTITATIVE CHARACTERISTICS WORKSHEET

6

| CHARACTERISTIC | ISSUE | RESPONSE | | | COMMENT |
|---|---|---|---|---|---|
| | | N/A | YES | | |
| 4 Energy | 13) Is energy delivered to and/or extracted from the patient? | X | | | If no, proceed to the next section. |
| | 14) Describe the type of energy transferred. | | | | |
| | 15) Is the energy output is controlled, in terms of quality, quantity, and time-function | | | | |
| 5 Substances | 16) Are substances delivered to and/or extracted from the patient? | X | | | |
| | 17) Is the device absorbable? | X | | | If yes, please attach a listing of all by-products produced during the devices in-situ degradation |
| | 18) If the device is absorbable, have all of the materials identified above been tested for biocompatability at the appropriate concentrations? | X | | | If yes, please identify the location of appropriate reports. |
| | 19) Is the transfer rate (delivery/extraction) of substances controlled? | X | | | If yes, please describe how the transfer rate is controlled. |
| | 20) What is the maximum/minimum substance transfer rate? | | | | |
| 6 Biological Materials | 21) Are biological materials processed by the device for subsequent re-use? | X | | | If not, proceed to the next section. |
| | 22) Is the device disposable? | | | | |
| | 23) Are those components contacting biological materials cleanable and sterilizable? | | | | |
| | 24) Are those components contacting biological materials compatible? | | | | |
| 7 Sterility - Supplied Sterile | 25) Is the device supplied sterile? | | X | | If not, please proceed to the next section. |
| | 26) Identify the method of sterilization | | | | Ethylene Oxide - Cycle "J". DHF:Soft PROLENE Mesh |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220308

CP000-010
CP2000SEF002
Appendix III

## QUALITATIVE & QUANTITATIVE CHARACTERISTICS WORKSHEET

7

| CHARACTERISTIC | ISSUE | RESPONSE | | | COMMENT |
|---|---|---|---|---|---|
| | | N/A | YES | | |
| | 27) Is the sterilization method compatible with the materials? | | X | | No change to existing Material. |
| | 28) Are the materials stable after sterilization? | | X | | No change to existing materials. |
| | 29) Is the device design sterilizable? | | X | | No change to existing materials. |
| | 30) Is the package designed to provide for sterilization of the device? | | X | | Packaging is Tyvek Copolymer with paper folder. |
| | 31) Has the shelf life of the system been determined? | | X | | No change to existing materials – DHF: Soft PROLENE Storage Stability |
| | 32) Is the device re-usable? | X | | | If not, please proceed to the next section. |
| | 33) Are there limitations to the number of re-use cycles? | | | | |
| | 34) Are there restrictions to sterilization methods utilized by the user of the device? | | | | |
| 8 Sterility - Supplied Non-Sterile | 35) Is the device to be disinfected by the user? | X | | | If not, please proceed to the next section. |
| | 36) Is the method of disinfected and cycle parameters defined? | | | | |
| | 37) Is the packaging of the product during sterilization specified? | | | | |
| | 38) Does sterilization validation data exist for the recommended sterilization cycle? | | | | |
| | 39) Were other methods of sterilization examined? | | | | |
| 8 Sterility - Supplied Non-Sterile | 40) Has the shelf life of the system been determined? | X | | | If yes, please specify location of reports. |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220309

OP000-010
CP2000SEF002
Appendix III

## QUALITATIVE & QUANTITATIVE CHARACTERISTICS WORKSHEET

8

| CHARACTERISTIC | ISSUE | N/A | YES | COMMENT |
|---|---|---|---|---|
| 9 Environment | 41) Is the device intended to modify the patient environment? | X | | If not, please proceed to the next section. |
| | 42) What is the effect of temperature on the system performance? | | | |
| | 43) What is the effect of humidity on the system performance? | | | |
| | 44) What is the effect of atmospheric gas concentration on system performance? | | | |
| | 45) What is the effect of pressure on system performance? | | | |
| 10 Measurements | 46) Does the device make measurements? | X | | If not, please proceed to the next section. |
| | 47) Is there interference of the desired parameter with other possible measurements? | | | |
| | 48) Is the accuracy of the measurement known at point of use? | | | |
| | 49) Is the precision of the measurement known? | | | |
| 11 Interpretive | 50) Are conclusions presented by the device based upon measurements, input, or acquired data? | X | | If yes, please specify location of software validation reports. |
| 12 Interactions | 51) Is the device intended to control or interact with other devices or drugs? | X | | If not, please proceed to the next section |
| | 52) If the device is used with other devices or drugs, is there a potential interaction? | | | |
| | 53) Does the interaction render any safety or functional changes to the device? | | | |
| | 54) Does the interaction render any safety or functional changes to the other device? | | | |
| 13 Extraneous Unwanted Energy or Substances | 55) Are there any unwanted outputs of energy or substances? | X | | If not, please proceed to the next section |

The RESPONSE column header spans N/A and YES.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220310

OF800-010
CP2000SEF002
Appendix III

## QUALITATIVE & QUANTITATIVE CHARACTERISTICS WORKSHEET

9

| CHARACTERISTIC | ISSUE | RESPONSE | | COMMENT |
|---|---|---|---|---|
| | | N/A | YES | |
| | 56) Does noise affect the device output? | | | |
| | 57) Does vibration affect the device output? | | | |
| | 58) Does heat affect the device output? | | | |
| | 59) Does ionizing radiation affect the device output? | | | |
| | 60) Does non-ionizing radiation affect the device output? | | | |
| | 61) Does UV/visible/IR radiation affect the device output? | | | |
| | 62) Do leakage currents affect the device output? | | | |
| | 63) Do electric/magnetic fields affect the device output? | | | |
| | 64) Do contact temperatures affect the device output? | | | |
| | 65) Does discharge of chemicals affect the device output? | | | |
| | 66) Does discharge of waste products affect the device output? | | | |
| | 67) Does discharge of body fluids affect the device's output? | | | |
| 14 Environmental Influences | 68) Is the device susceptible to environmental influences? | X | | If not, please proceed to the next section. |
| | 69) Do shipping temperatures affect device safety or functionality? | | | |
| | 70) Does storage temperatures, humidity, or light affect device safety or functionality? | | | |
| | 71) Does spillage on the device affect safety or functionality? | | | |
| | 72) Do fluctuations in the power affect the device output or safety? | | | |
| | 73) Does variation in the operating temperature, humidity, or light affect the device output or safety? | | | |
| | 74) Does variation in the operating humidity affect the device output of safety? | | | |
| 15 Accessories | 75) Are there essential consumables or accessories associated with the device? | X | | If yes, please state the limits. |
| 16 Preventative Maintenance | 76) Is preventative maintenance necessary? | X | | If not, please proceed to the next section |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220311

O1000-010
CP2000SEF002
Appendix III

## QUALITATIVE & QUANTITATIVE CHARACTERISTICS WORKSHEET

10

| CHARACTERISTIC | ISSUE | RESPONSE | | | COMMENT |
|---|---|---|---|---|---|
| | | N/A | YES | | |
| | 77) Can the operator perform preventative maintenance? | | | | |
| | 78) Is a specialist needed to perform preventative maintenance? | | | | |
| 17 Calibration | 79) Is calibration necessary? | X | | | If not, please proceed to the next section |
| | 80) Can the operator calibrate the device? | | | | |
| | 81) Is an external calibration of the device needed? | | | | |
| | 82) Is the calibration frequency defined? | | | | |
| 18 Software | 83) Does the device contain software? | X | | | If not, please proceed to the next section |
| | 84) Can the operator access the software code? | | | | |
| | 85) Are there means to prevent the operator from modifying the code? | | | | |
| 19 Shelf-life | 86) Does the device have a restricted shelf life? | | X | | 5 years – No change to existing materials – DHF: Storage Stability Committee |
| | 87) Does the package contain an indicator for stability? | X | | | |
| 20 Long-term Effects | 88) Are there any delayed or long-term user effects? | X | | | |
| | ADD ADDITIONAL CHARACTERISTICS, AS NEEDED | | | | |
| | | | | | |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220312

OP600-010
CP2000SEF002
Appendix III

## QUALITATIVE & QUANTITATIVE CHARACTERISTICS WORKSHEET

11

| CHARACTERISTIC | ISSUE | RESPONSE | | | COMMENT |
|---|---|---|---|---|---|
| | | N/A | YES | | |
| | | | | | |
| | | | | | |
| | | | | | |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220313

OP650-010
CP2001SEF004
Appendix IV

12

### USE RELATED HAZARDS

| Place an "X" in the box appropriate for the device being evaluated. | RESPONSE | | ACTION |
|---|---|---|---|
| **ISSUE** | NO | YES | |
| 1) Have safety or efficacy issues occurred in the use of predicate, or other similar, devices? | X | | |
| 2) Could the user incorrectly setup the device that may potentially result in a safety or efficacy event? | X | | |
| 3) Identify the critical steps in setting up and operating the device. Can these functions be performed adequately by all of the intended users? | | X | See note * |
| 4) Does this device replace an existing device for the same medical procedure or indication for use? | | X | If yes, continue to #5; if no, continue to #7 |
| 5) Does the device visually resemble the existing device? | | X | If yes, continue to #6; if no, continue to #7 |
| 6) Will the device operate as intended if it is operated in the manner utilized for the existing device? | | X | If yes, continue to #7; if no, explain ramifications. |
| 7) Is the user likely to use the device in a manner other than that described in the Instructions for Use? | X | | If yes, explain ramifications |
| 8) Is special training needed for the safe and effective use of the device? | X | | If yes, provide plan for accomplishing this training |
| 9) If storage and maintenance requirements are not followed, could use of the device result in an unsafe or ineffective use? | X | | If yes, provide plan to mitigate the event. |
| 10) Is safe and effective use of the device complex? Under high stress conditions, could the user become confused such that the device results in an unsafe condition? | X | | If yes, provide plan to mitigate the event |
| 11) Are the auditory and visual alarms appropriate for all users and use environments? | X | | Device is an implant and does not have alarms. |
| 12) If necessary device accessories are expired, damaged, missing, or different from those recommended, could use of the device result in an unsafe or ineffective treatment? | X | | No accessories required for use. |
| 13) Is safe operation of the device resistant to "typical" handling? | | X | If no, provide plan to mitigate the event |
| 14) Could device safety be affected if power is lost or disconnected (inadvertently or purposefully); if its battery is damaged, missing or dead? | X | | N/A |
| 15) Is the status of the device's connection to the patient apparent where necessary? | | | Device is an implant and does not connect to the patient for |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.00220314

OP650-010
CP2001SEF004
Appendix IV

13
**USE RELATED HAZARDS**

| *Place an "X" in the box appropriate for the device being evaluated.* | RESPONSE | | ACTION |
|---|---|---|---|
| **ISSUE** | **NO** | **YES** | |
| | | | feedback/monitoring |

*The surgeon will apply it in the appropriate area by means of sutures, staples, or other appropriate surgical means.

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00220315

OP650-010
Version # I
Appendix IX

14

## CONTROL PLAN

| LINE NUMBER | HAZARD | SEVERITY of HARM | PROBABILITY of HAZARD | RISK LEVEL | FAULT CLASS | COMMENT | REFERENCES |
|---|---|---|---|---|---|---|---|
| 1 | Loss of Mechanical Integrity – Intraoperative | 3 | 2 | III | C | Clinical study design will assess this parameter | Ref.: Clinical Literature search |
| 2 | Loss of Mechanical Integrity – postoperative | 3 | 1 | II | C | Clinical study design will assess this parameter | Ref.: Clinical Literature search |
| 3 | Fraying | 1 | 2 | I | C | | |
| 4 | Tear during material handling | 1 | 2 | I | C | Clinical study design will assess this parameter | |
| | Tear during implantation(interference with instrument used during procedure) | 1 | 2 | I | C | Clinical study design will assess this parameter | |
| | Tear after implanted | 1 | 2 | I | C | Clinical study design will assess this parameter | |
| 5 | Suture Pull out | 2 | 2 | II | M | Clinical study design will assess this parameter | |
| 6 | Erosion | 3 | 2 | III | C | Clinical follow up will assess this parameter | Ref.: Clinical Literature search |
| 7 | Sharp edges | 1 | 2 | I | S | | |
| 11 | | | | | | | |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00220316