# EXHIBIT R

07016

614                         STONE AND OTHERS                         Ann Surg • May 19

TABLE 5. *Management of Defects Due to Necrotizing Infection*

| | Number of Patients | Wound Sepsis/Necrosis | Peritoneal Sepsis | Bowel Fistula | Died of Complications | Died of Other Cause |
|---|---|---|---|---|---|---|
| Primary closure | 2 | 2 | 2 | — | 2 | — |
| Gauze pack | 8 | 3 | 2 | 1 | 1 | — |
| Pedicled flap | 2 | 2 | 2 | 1 | 2 | — |
| Mesh prosthesis | 112 | 34 | 17 | 7 | 24 | 2 |
| Total patients | 124 | 41 | 23 | 9 | 29 | 2 |

Primary closure of the abdominal defect, under tension in nine patients was followed by wound sepsis in all nine, peritonitis in four, bowel fistula in three, and death due to one or some combination of these complications in eight patients (89%) (Table 8). Six small wounds were successfully managed without complication by insertion of a gauze pack. Another three patients survived despite local wound necrosis when pedicled flaps were mobilized for closure. When a mesh prosthesis was used to bridge the gap in 11 patients, wound sepsis developed in three and there was one death due to this complication. Exclusive of the three patients who died in the immediate postoperative period as a result of hemorrhagic shock, the nine deaths caused by wound sepsis and/or intestinal fistula gave an overall mortality rate of 28% as a direct consequence of complications arising from wound management.

Fulminating wound sepsis and severe peritonitis were major factors in the disruption of gastrointestinal suture lines. Dehiscence of a small bowel repair or anastomosis occurred in four (15%) of the 27 patients requiring such. By contrast, only two of seven primarily established large bowel suture lines failed. All seven of the gastric and/or duodenal repairs remained intact.

*En Bloc Resection*

Eleven patients had major abdominal wall defects created by wide en bloc excision. Carcinoma of the colon was the responsible lesion in five patients, abdominal wall sarcomas in four patients, and a teratoma and recurrent nephroblastoma in one patient each.

Both of the patients managed by primary closure of the abdominal wound under excessive tension developed wound necrosis and infections (Table 9). In one, this progressed to peritonitis, bowel fistulization, septicemia, and death. There were no fatalities as the result of wound complications in the remaining nine patients, although five of the seven treated by primary closure with a pedicled flap had significant wound sepsis and/or necrosis.

*Wound Management*

Without exception, primary closure of the abdominal wall under tension preceeded serious problems with wound necrosis and infection in each of the 13 patients thus treated (Table 10). The mortality rate was 85% on this basis alone. However, for small defects, that is, those with a diameter of less than 8 cm, gauze packing prevented evisceration and gave an acceptably low incidence of major wound complications in 15 patients. Pedicled flaps, on the other hand, did allow the wound to be closed initially without excessive tension, yet significant infection and/or necrosis of the wound occurred in ten of the 12 patients treated in this manner. Insertion of a fascial prosthesis of synthetic mesh was reserved for the larger and more massively contaminated defects as well as for patients with established sepsis that had reached an advanced stage. Still, wound infection recurred or developed in only 37, (30%) of the 124 patients, while a specific wound complication, such as more generalized sepsis or intestinal fistula led to death in 25 (20%) of the patients.

TABLE 6. *Mode of Injury*

| | Number of Patients | Died | Mortality Rate (Per Cent) |
|---|---|---|---|
| Shotgun blast | 21 | 9 | 43 |
| Impalement | 5 | 1 | 20 |
| High velocity missile | 3 | 1 | 33 |
| Boxcar wheel | 3 | 1 | 33 |
| Total cases | 32 | 12 | 38 |

TABLE 7. *One Hundred and One Associated Injuries in 32 Patients*

| Type of Injury | Number of Patients |
|---|---|
| Gastrointestinal | 30 |
| Urinary | 14 |
| Major vascular | 13 |
| Hepatobiliary | 11 |
| Spleen | 3 |
| Pancreas | 2 |
| Skeleton | 11 |
| Lung | 5 |
| Miscellaneous | 12 |
| None | 1 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                         ETH.MESH.06398865

07017

TABLE 8. *Management of Defects Due to Trauma*

| | Number of Patients | Wound Sepsis/Necrosis | Peritoneal Sepsis | Bowel Fistula | Died of Complications | Died of Other Causes |
|---|---|---|---|---|---|---|
| Primary closure | 9 | 9 | 4 | 3 | 8 | — |
| Gauze pack | 6 | — | — | — | — | — |
| Pedicled flap | 3 | 3 | — | — | — | — |
| Mesh prosthesis | 11 | 3 | 2 | — | 1 | — |
| Operative death | 3 | — | — | — | — | 3 |
| Total patients | 32 | 15 | 6 | 3 | 9 | 3 |

Complications of the abdominal wound did play a significant role in determining eventual survival, in that the mortality rate was 60% if wound sepsis and/or necrosis, peritonitis, or bowel fistula developed, but the mortality rate in the absence of such was only 3%, *i.e.*, three deaths of 99 patients (Table 11). Peritonitis carried the least risk to life of these three patients, *i.e.*, 23% as compared with 49% and 46% for wound infection and bowel fistula, respectively.

Of the various synthetic meshes used, the author's experience was limited to Marlex[6] in 23 and prolene in 101 (Table 12). Marlex had twice the incidence of postoperative wound sepsis, almost six times as many associated bowel fistulas, and less than one-third as many successful skin graft takes for cover. Even more striking was the fact that Prolene[3] mesh could be retained permanently once skin closure had been obtained in 21 patients, or one-third of the 63 patients where such had been planned. By contrast, Marlex mesh required removal in all but two patients in whom it had been inserted. Finally, ease of removal was dramatically different between the pliable, smooth Prolene fabric and the stiff, textured Marlex mesh.

## Deaths

Three of the 45 deaths occurred in the immediate postoperative phase as a result of profound hemorrhagic shock (Table 13). Three other deaths were unrelated to mode of wound care. However, 39 deaths were directly due to some complication of abdominal wound management. Sepsis accounted for 33 deaths, while intestinal fistula was primarily responsible for death in the remaining six patients.

## Discussion

Major defects in abdominal wall substance pose three basic problems.[4,9,16] First, there has been varying depth and extent of abdominal wall infection,[5,9,10,16] injury,[5,5-7,9,11,13] or tumor infiltration[4,5,15-17] which now requires radical excision. At this stage, no thought of subsequent closure should ever influence the surgeon to be less thorough in his debridement or to accept less than adequate tumor resection. Patient survival must always be the paramount consideration.

Secondly, the intra-abdominal visceral disease or injury must also be appropriately managed. If inflammation is intense, contamination by bowel contents has been significant, or polymicrobial peritonitis has become well established, primary intestinal repair or anastomosis takes on an added risk. No longer does the presence of a proximal intestinal vent bode the catastrophe it once was held to represent, as intravenous total parenteral nutrition can now provide all of the necessary foodstuffs both for sustaining life and for healing wounds. Even the most tenuous electrolyte balance can now be maintained.

Because of difficulty in the control of intestinal efflux from loop constructed enterostomies and colostomies, a primarily matured end-stoma is preferred. Sterile enterostomy bags can then be fitted immediately to the abdominal wall before the patient leaves the operating room. In this way, such proximal vents are easily isolated and thereby will avoid the disastrous consequences of a bowel fistula located in the depths of an infected wound.

Finally, when necrotizing infection or multiple organ system trauma is responsible for the abdominal wall

TABLE 9. *Management of Defects Due to En Bloc Resections*

| | Number of Patients | Wound Sepsis/Necrosis | Peritoneal Sepsis | Bowel Fistula | Died of Complications | Died of Other Causes |
|---|---|---|---|---|---|---|
| Primary closure | 2 | 2 | 1 | 1 | 1 | — |
| Gauze pack | 1 | — | — | — | — | — |
| Pedicled flap | 7 | 5 | — | — | — | 1 |
| Mesh prosthesis | 1 | — | — | — | — | — |
| Total patients | 11 | 7 | 1 | 1 | 1 | 1 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.06398866

07018

616                                 STONE AND OTHERS                          Ann Surg • May 1981

TABLE 10. *Complications of Wound Management/Death Due to Complications*

| | Number of Patients | Wound Sepsis/Necrosis | Peritoneal Sepsis | Bowel Fistula | Died of Complications | Mortality Rate (Per Cent) |
|---|---|---|---|---|---|---|
| Primary closure | 13 | 13 | 7 | 4 | 11 | 85 |
| Gauze pack · | 15 | 3 | 2 | 1 | 1 | 7 |
| Pedicled flap | 12 | 10 | 2 | 1 | 2 | 17 |
| Fascial prosthesis | 124 | 37 | 19 | 7 | 25 | 20 |
| Operative death | 3 | — | — | — | — | |
| Total patients | 167 | 63 | 30 | 13 | 39 | 23 |

defect, intensive supportive care of associated disease states, such as diabetic ketoacidosis and end-stage renal failure, demand at least an equal therapeutic effort. Often, a team of specialists from many disciplines of medicine may be required. Nevertheless, the surgeon must remain the primary physician in charge, for it is wound management and wound complications which exert the greatest influence on patient outcome.

Closure of the abdominal wall under excessive tension has regularly *failed* because of subsequent tissue disruption and serious wound infection.[5,9] In fact, fatalities are more often the result of choosing this method to gain closure than any other factor.[9] The pedicled flap does eliminate tension,[9,16,17] yet a less than ideal blood supply as well as greater exposure of subcutaneous surface to significant polymicrobial contamination will lead to an unacceptably high rate of wound complications and even to an occasional septic death.

Use of a gauze pack for such closure has appeared to provide a reliable alternative.[9] If the wound is small, the pack itself can prevent abdominal evisceration. However, in cases where there is too great a gap between the abdominal side walls, insertion of a sheet of synthetic mesh to bridge the defect will maintain visceral position within the abdomen proper.[2,6,7,9,11-15] The same technique of gauze dressing is still used, but now it is placed directly on top of the synthetic mesh. Accordingly, daily dressing changes are required, just as before, until the wound has developed granulations on bowel surface, as well as on incision side walls, thus indicating adhesions will avert evisceration and a

wound bed acceptable for skin grafting has been achieved.

In selection of a fascial substitute, certain fabric characteristics appear to be crucial.[1,9,13,15] The substance should be: 1) pliable so as to preclude erosion into major structures, 2) inert, thereby avoiding a greater inflammatory response, 3) porous so as to allow free drainage of exudate, and 4) fiber resilience sufficient to maintain mesh integrity and thus to offer some potential for permanence. Marlex is stiff and exhibits fiber fatigue, while sheets of Silastic are not porous.[1,15] To date, Prolene mesh has appeared to be the only fabric that meets all of these criteria.[9,15]

Final restoration of abdominal wall structure should never be attempted until all intestinal vents have been closed.[9] At a subsequent operation, the skin-covered scar which bridges the fascial defect is excised, another fascial prosthesis is inserted (preferably Prolene mesh), and skin with soft tissue is brought in as

TABLE 12. *Comparison of Synthetic Meshes*

| | MARLEX | PROLENE |
|---|---|---|
| Patients | 23 | 101 |
| Wound sepsis | 12 | 25 |
| Intestinal fistula | 4 | 3 |
| Skin grafted | 15 | 29 |
| Acceptable take (>80%) | 3 | 21 |
| Planned mesh retention | 19 | 63 |
| Erosion into bowel/skin | 3 | 1 |
| Late removal | 17 | 42 |
| Difficult removal | 16 | 7 |

TABLE 11. *Complications of Wound Management*

| | Number of Patients | Died | Mortality Rate (Per Cent) |
|---|---|---|---|
| Wound sepsis/necrosis | 63 | 31* | 49 |
| Peritoneal sepsis | 30 | 7* | 23 |
| Bowel fistula | 13 | 6 | 46 |
| Total patients | 65 | 39 | 60 |

* Five patients died of both wound and peritoneal sepsis.

TABLE 13. *Cause of the 45 Deaths*

| Cause of Death | Number of Patients |
|---|---|
| Wound/peritoneal sepsis | 33 |
| Intestinal fistula | 6 |
| Hemorrhagic shock | 3 |
| Cerebral thrombosis | 1 |
| Pulmonary embolism | 1 |
| Alcoholic hepatitis | 1 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398867

07019

a pedicled subcutaneous flap or as a formal myocutaneous flap to provide surface closure.[8] The donor area from which the flap has been rotated is closed at the same time by application of a split-thickness skin graft.

### References

1. Adler RH, Firme CN. Use of pliable synthetic mesh in the repair of hernias and tissue defects. Surg Gynecol Obstet 1959; 108:199.

2. Eng K, Casson P, Berman IR, et al: Clostridial myonecrosis of the abdominal wall—resection and prosthetic replacement. Am J Surg 1973; 125:367.

3. Fitzgerald JB, Quast DC, Beall AC Jr, et al. Surgical experience with 103 truncal shotgun wounds. J Trauma 1965; 5:72.

4. Hershey FB, Butcher HR. Repair of defects after partial resection of the abdominal wall. Am J Surg 1964; 107:586.

5. Lesnick GN, Davids AM. Repair of surgical abdominal wall defect with pedicled muscle flap. Ann Surg 1953; 137:569.

6. Mansberger AR, Jr. Kang JS, Beebe HG, et al. Repair of massive acute abdominal wall defects. J Trauma 1973; 13:766.

7. Markgraf WH. Abdominal wound dehiscence—a technique for repair with marlex mesh. Ann Surg 1972; 105:728.

8. Mathes SJ, Nahai F. Clinical Atlas of Muscle and Musculocutaneous Flaps. St. Louis, C. V. Mosby. 1979.

9. Mathes SJ, Stone HH. Acute traumatic losses of abdominal wall substance. J Trauma 1975; 15:386.

10. Morgan A, Morain W, Erakles A. Gas gangrene of the abdominal wall—Management after extensive debridement. Ann Surg 1971; 173:617.

11. Pokorny WJ, Thal AP. A method for primary closure of large contaminated abdominal wall defects. J Trauma 1973; 13:542.

12. Schmitt HJ, Grinnan GLB. Use of marlex mesh in infected abdominal war wound. Am J Surg 1967; 113:825.

13. Stone HH, Hester TR, Jr. Management of complicated omphaloceles. Am Surg 1971; 37:224.

14. Stone HH, Martin JD Jr. Synergistic necrotizing cellulitis. Ann Surg 1972; 175:702.

15. Usher FC, Wallace SA. Tissue reaction to plastics—a comparison of nylon, orlon, dacron, teflon, and marlex. Arch Surg 1958; 76:997.

### DISCUSSION

DR. J. DAVID RICHARDSON (Louisville, Kentucky): In Louisville over the past five years we have treated over 40 patients with similar problems. We have had 31 patients survive.

(slide) The slide indicates the degree of infection seen in our 31 patients in whom we could not achieve fascial closure and subsequently placed polypropylene mesh. Basically, it parallels the experience that Dr. Stone presented. We excluded our tumor patients, and, as you can see, 29 out of 31 patients had contaminated wounds, 27 of the 31 patients had significant abdominal abscesses, and 23 had extensive fasciitis, prohibiting primary closure.

In terms of the immediate results, no patients eviscerated. There were no patients who actually required reoperation for fasciitis alone, if their initial operation was adequate. However, 23 patients did require at least one intra-abdominal operation, or repeat intra-abdominal operation, for persisting sepsis. And, again, the use of synthetic mesh allowed reoperations to be done with maintenance of at least a degree of abdominal wall integrity.

(slide) We have used primarily Marlex mesh, and have had significant late problems in patients in whom the mesh could not be completely removed with subsequent primary fascial closure. In nine patients in whom we did split-thickness skin grafting over the mesh, even when there appeared to be a very good granulation bed, all have had extrusion, three have had fistulas—one died as a result of fistula. Similarly, for patients in whom we tried to let the would heal by secondary intention, there was a fairly significant rate of continuing wound problems. We have now had four patients in whom we have done elective full-thickness coverage, using musculocutaneous flaps, and it appears in that small experience that this is the way to go.

(slide) This is a patient who had a shotgun wound with a 9 cm defect, massive contamination by bowel and bladder injury. We closed the wound with Marlex to restore abdominal wall integrity after repairing intra-abdominal lesions. The bladder injury was closed with a suprapubic tube and brought directly through the mesh, since that appeared to be the most convenient way to drain the patient.

(slide) This shows, after the bladder has healed, the suprapubic cystostomy is removed and the patient has a good granulating bed. The patient still needs some type of synthetic coverage to provide abdominal wall integrity. (slide) Is this particular case, we chose a myocutaneous flap. Rather than grafting that bed, we chose a myocutaneous flap even though the bed appeared adequate for grafting based on the lateral circumflex femoral artery. The patient healed well, as have our other four patients in which this has been done.

This is done electively, after contamination has been controlled, and it does seem to yield better long-term results.

I think the point that Dr. Stone made, that we would emphasize, in a fairly large experience in a five-year period, is that even in the face of significant contamination this synthetic material is well tolerated, but there are significant wound problems that must be dealt with at a later date.

DR. ROBERT M. MILES (Memphis, Tennessee): Dr. Stone has addressed a problem which few people write about, probably because their results are so poor. Even in Dr. Stone's hands, with the infectious types—that is, the necrotizing cellulitis and sepsis—the mortality rate was around 60%.

Although the use of fascial prostheses brought this down to about 20%, with the synthetic meshes the incidence of wound sepsis was still fairly high. With Marlex it was 50%; with Prolene, about 25%. A number of these developed fistulae, and necessitated eventual removal of the mesh.

In such cases, we have used a method for many years which is so simple I hesitate to mention it before this group, but, other things equal, it works most of the time. It's based on the principles of, first, containing the viscera, and, second, permitting adequate drainage. Assuming the source of infection is controlled, and adequate nutrition is maintained, granulation tissue will develop, wound contraction will occur, and grafting will be possible, with final repair of the defect at a later date.

(slide) This is a diagram of the method. The defect is covered with a simple sheet of polyethylene plastic and filled with gauze fluffs or cotton balls. Several abdominal pads are placed over this and the whole dressing is secured with a Velcro-lined binder wrapped around the whole torso, fairly tightly.

This is the principle of the Mikulicz pack, which we've all used for the perineal defect of an abdominoperineal resection. It permits drainage by capillary attraction and at the same time it contains the viscera and does not stick to them. This is changed every day or two, permitting the access of air into the wound, which I think is very helpful.

We had such a case recently. The patient had a gunshot wound which severely traumatized his transverse colon, which had to be resected. A proximal end colostomy was performed and the distal end was closed and dropped back. He also had a through-and-through wound of the duodenum, which was repaired.

Around the ninth day after operation, he developed a necrotizing cellulitis, which was opened and drained. Following this multiple

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398868

07020

debridements were necessitated, leaving a defect of approximately 25 × 14 cm. You can see, his transverse colon is gone. This is the stomach; this is the small intestine.

(slide) This shows the defect about one week after we started this procedure. You can see, his transverse colon is gone. This is the stomach; this is the small intestine.

(slide) This is the binder used to cover the dressing.

(slide) And twelve days later nice granulations have formed. The wound has contracted, so it's much smaller than it was originally.

(slide) This was grafted on the thirtieth day after operation, and a definitive repair will be done later.

I'd like to ask Dr. Stone one question. Is it possible by sewing in the prosthesis that free drainage is prohibited, with the subsequent development or the persistence of sepsis? And is it possible that the mesh, becoming occluded, keeps the air from getting to the wound, and could that play a part also?

DR. BOYD W. HAYNES, JR. (Richmond, Virginia): I simply would like to add a few comments out of our experience, which agrees, basically, but offers a different perspective. First, when presented with a wound of the abdominal wall that cannot be closed because of infection or dehiscence, the primary objective should be placement of a mesh (Marlex, Prolene) in order to prevent evisceration and to facilitate primary wound healing.

(slide) This can be best and most simply achieved by putting the mesh in, having it granulate, and then covering it with a split graft. The objective is not a permanent mesh, but a temporary mesh, which then will be, at the proper time, removed, in order to provide the necessary wound treatment to provide a solid abdominal wall.

This patient will exemplify such ideas. You see the stoma—and Dr. Stone speaks of stomas. These are widely separated, and therefore pose a problem in eventual closure. But here is the basic wound, which had a wide dehiscence, with a Marlex mesh under it, and a split graft over the top.

Once the graft healed, the patient was discharged and followed over a long period of time, looking for the development of wound maturity, so that the eventual removal of this graft and the mesh could be carried out, and closure of the wound obtained.

This can be done, as I think all of you are aware, with extensive wounds of the abdomen, extending lateral to the rectal sheath, provided good, soft wounds are obtained before the final closure is attempted.

In some instances, closure of the colostomy was impossible prior to the definitive closure of the wound. If the colon is well prepared, even though the central transverse colon may be missing one can combine primary closure of the colon with primary repair of the abdominal wall.

I think these are important concept: which simply add to what Dr. Stone has demonstrated for us.

DR. H. HARLAN STONE (Closing discussion): With respect to the experience that Dr. Richardson cited, noting that 23 out of 24 of their patients had intraperitoneal sepsis, the mesh sometimes can be put to good use. These patients can be turned prone, and oftentimes they may spontaneously drain intra-abdominal loculations through the mesh. Frequently, though, it does require reo. ration, and if the mesh is in place and the adhesions have not for ed to any great depth, one can merely cut into the mesh, drain the infection, and then sew the mesh back up with a running suture of Prolen It makes the whole procedure fairly simple.

The myocutaneous flap is probably the only flap to consider for use in these infected wounds. Dr. Jurkiewicz and his people have been most helpful in aiding us in the reconstruction of the abdominal wall of these patients. We prefer the tensor fascia lata flap particularly for the lower abdomen. It has really been a lifesaver in many patients.

Dr. Miles, we have had a little difficulty in maintaining t wel within the abdomen when we have used a binder. It has been an especially great problem for the larger defect.

The mesh has provided excellent drainage of infection through its interstices. With solid sheets, we found that there would be poor to no drainage. With mesh, good drainage can be assured for up to seven days. Beyond that, patients vary as to when the intraperitoneal adhesions become too solid.

Dr. Haynes, we have tried to carry out colostomy closure before doing definitive repair, if such was later required. However, there are cases, as you point out, where this is impossible. For example, with twin stomas, there may be one in the right flank and one in the left flank. With a midabdominal defect, there is no way the tube can be brought together without reconstruction of the abdominal wall at the same time.

I want to stress, though, that we have found that it is most important to use Prolene rather than Marlex. Marlex creates many problems, while Prolene has been so much easier to work with.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                         ETH.MESH.06398869

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398870

Reprinted from ANNALS OF SURGERY, Vol.
201, No. 6, June 1985 Copyright, © 1985, by
J. B. Lippincott Company.

Printed in U.S.A.

07021

# Comparison of Prosthetic Materials for Abdominal Wall Reconstruction in the Presence of Contamination and Infection

GREGORY L. BROWN, M.D., J DAVID RICHARDSON, M.D., MARK A. MALANGONI, M.D.,
GORDON R. TOBIN, M.D., DOUGLAS ACKERMAN, M.D., HIRAM C. POLK, JR., M.D.

Abdominal wall defects resulting from trauma, invasive infection, or hernia present a difficult problem for the surgeon. In order to study the problems associated with the prosthetic materials used for abdominal wall reconstruction, an animal model was used to simulate abdominal wall defects in the presence of peritonitis and invasive infection. One hundred guinea pigs were repaired with either polytetrafluoroethylene (PTFE) or polypropylene mesh (PPM). Our experiments included intraoperative contamination with *Staphylococcus aureus*. We found significantly fewer organisms (p < 0.05) adherent to the PTFE than to the PPM when antibiotics were administered after surgery, as well as when no antibiotics were given. In the presence of peritonitis, we found no real difference in numbers of intraperitoneal bacteria present whether PTFE or PPM was used. In all instances, the PTFE patches produced fewer adhesions and were more easily removed. From these experiments, it appears that PTFE may be associated with fewer problems than PPM in the presence of contamination and infection.

From the Department of Surgery, Price Institute of Surgical Research, and the Department of Pathology, University of Louisville School of Medicine, Louisville, Kentucky

noted certain characteristics that caused difficulties in the presence of infection.[8] Since then, microporous polytetrafluoroethylene (PTFE), or Gore-Tex[8], has gained widespread use as a vascular prosthetic material[9] and has demonstrated satisfactory tissue acceptance, ingrowth, and strength. In our present study, we compared PTFE to PPM for abdominal wall replacement in the presence of graded bacterial contamination.

One goal of this study was to compare the number of bacteria found on both PTFE and PPM after intraoperative contamination, similar to what might occur during elective ventral hernia repair. In a second series of experiments, we performed abdominal wall replacement in the presence of peritonitis. The bacterial concentration of intraabdominal fluid was obtained in an effort to determine if PTFE decreased peritoneal drainage in comparison to PPM in the presence of peritonitis, as has been suggested by others.[10] Qualitative assessments were made as to the degree of adhesion formation produced by each prosthetic material.

S YNTHETIC MATERIALS have been used to replace and to reinforce the abdominal wall for many years.[1,2] The necessary chemical and physical properties of an abdominal wall prosthesis include: (1) hypoallergenicity; (2) a lack of proven carcinogenicity and inflammatory response; (3) the ability to withstand sterilization; (4) the ability to not be modified by body fluids; (5) the ability to not induce a foreign body response; and (6) adequate strength.[3,4] Many materials have been compared on the basis of strength[5] and histologic tissue response;[6] however, few investigators have studied the properties of different prosthetic materials in the presence of bacterial contamination or overt infection.

The most widely used material for abdominal wall replacement and reinforcement during hernia repair is polypropylene mesh (PPM) or Merlex[®].[7] In 1976, we undertook a clinical study of polypropylene mesh and

## Materials and Methods

### Experimental Bacterial Contamination

Adult female Hartley guinea pigs, weighing 350–400 grams, were anesthetized with ketamine (37.5 mg/kg) and xylozine (5 mg/kg) administered intramuscularly. Using sterile technique, a 4-cm midline skin incision was made to the linea alba, and the surrounding subcutaneous tissues were dissected free from the abdominal wall. A 2-cm[2] full-thickness segment of midabdominal wall was excised. The defect was repaired by suturing a 2-cm[2] patch of prosthetic material to the abdominal wall margins with 4-0 running polypropylene suture placed 4 mm from the edge of the defect. Forty animals

Presented at the 96th Annual Meeting of the Southern Surgical Association, December 3–5, 1984, Palm Beach, Florida.

Reprint requests: Dr. G. L. Brown, Department of Surgery, Ambulatory Care Building, University of Louisville, Louisville, KY 40292.

Submitted for publication: December 21, 1984.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398871

706            BROWN AND OTHERS         07022     Ann. Surg. • June 1985

TABLE 1. *Adhesion Formation Indices for 4 Groups*

| Group | PTFE*† | PPM*† | n |
|---|---|---|---|
| Group A (contamination without antibiotics) | 1.8 ± 0.1 | 3.9 ± 0.1 | 20 |
| Group B (contamination with postoperative antibiotics) | 1.2 ± 0.2 | 3.1 ± 0.2 | 20 |
| Group C (contamination with preoperative antibiotics) | 1.4 ± 0.2 | 3.2 ± 0.3 | 20 |
| Group D (peritonitis) | 1.5 ± 0.2 | 3.8 ± 0.1 | 16 |
| Controls | 1.0 | 3.0 | 20 |

\* Each value of adhesion index is determined from the average of the qualitative numerical grade assigned to each animal within the individual groups at the time of patch removal (±SD). 1 = no adhesions; 2 = minimal adhesions; 3 = moderate adhesions; 4 = dense adhesions.
† p < 0.05. τ = 1.06 = Kendall's rank coefficient.

had abdominal wall reconstruction with polypropylene mesh (Marlex), and 40 animals had abdominal wall reconstruction with polytetrafluoroethylene soft tissue patch (Gore-Tex).

Prior to skin closure, 30 animals that were repaired with PPM and 30 animals that were repaired with PTFE received an injection of $10^8$ *Staphylococcus aureus* in 0.5 ml phosphate buffered saline (PBS) on the surface of the prosthetic patch. The skin was closed over the patch with 4-0 interrupted dermalon sutures. The remaining 10 animals that were repaired with PTFE and the remaining 10 animals that were repaired with PPM received no bacterial challenge and served as noninfected controls.

The animals were housed individually, fed laboratory chow (Purina[a] #5025) and given water *ad libitum*. On the fifth day after surgery, the animals were sacrificed with an intracardiac injection of 1 ml of T61 Euthanasia Solution (Hoechst Pharmaceuticals, Somerville, NJ). The patches were immediately removed under sterile conditions and placed in a glass mortar containing 5 ml of PBS. The patches were homogenized for 5 minutes, and the homogenate was serially diluted, plated on nutrient agar, and incubated overnight at 37 C. The bacterial counts obtained were expressed as the logarithm of the number of organisms per square centimeter of prosthetic patch.

At the time of sacrifice, all wounds were examined for qualitative assessment of adhesion formation by a

TABLE 2. *Quantitative Bacterial Cultures from Group D for Peritoneal Fluid and Prosthetic Material*

| | PTFE* | PPM* |
|---|---|---|
| Peritoneal fluid log$_{10}$ organisms/ml | 6.0 ± 0.4 | 6.3 ± 0.5 |
| Prosthetic patch log$_{10}$ organisms/cm$^2$ | 5.7 ± 0.6 | 6.1 ± 0.5 |

\* Each value is determined from the average of the individual counts for each animal (N = 16) (±SD).

classification of four grades: grade 1, no adhesions present; grade 2, minimal adhesions requiring very little blunt dissection; grade 3, moderate adhesions requiring aggressive dissection; and grade 4, dense adhesions requiring meticulous sharp dissection to free the prosthetic graft from the abdominal viscera. Each animal received a numerical assessment at autopsy for the degree of adhesion formation, and these values were subsequently averaged within each group with a resultant adhesion index for each group (Table 1).

The animals were placed in one of four groups; each group contained 20 guinea pigs, of which 10 were reconstructed with PTFE and 10 with PPM. Group A animals were contaminated with *Staphylococcus aureus* and received no antibiotics. Group B animals were contaminated with *S. aureus* and treated with an antibiotic (gentamicin, 8 mg/kg) administered intramuscularly 24 hours after implantation and every 12 hours thereafter until sacrifice. Group C animals were contaminated and given a single dose of antibiotic (gentamicin, 8 mg/kg) 1 hour prior to implantation. The remaining 20 animals were not contaminated and served as noninfected controls for the assessment of adhesion formation. Sensitivity of the *S. aureus* to gentamicin was confirmed by Bauer-Kirby disc diffusion techniques.

*Experimental Peritonitis*

Group D consisted of 20 animals that were injected intraperitoneally with $10^3$ *Streptococcus faecalis*, $10^4$ *Escherichia coli*, and $10^5$ *Bacteroides fragilis* in 2 ml of 2.5% sterilized fecal solution. Forty-eight hours after injection, in the presence of fibrinopurulent peritonitis, the animals underwent abdominal wall excision and reconstruction as previously described for groups A, B, and C. Ten animals were repaired with PPM and 10 animals with PTFE. These animals received no antibiotics.

Five days after implantation, the animals were sacrificed and quantitative bacterial cultures performed on the peritoneal fluid and the respective patches. We chose this sampling period based on our observations in a pilot set of experiments, in which a high incidence of wound dehiscence and graft extrusion was observed after 5 days, producing spurious bacteriologic data. This pilot study was not included in our present study. The number of organisms within the peritoneal fluid was expressed as the logarithm of organisms per milliliter, and the bacterial counts from the prosthetic patched were expressed as the logarithm of organisms per square centimeter of prosthetic patch (Table 2). In groups A, B, C, and D, full-thickness, cross-sectional samples of intact graft or mesh were taken for histologic sampling from each animal.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY      ETH.MESH.06398872

## Results

### Experimental Bacterial Contamination

There was very little qualitative difference in the appearance of the incisional wounds between those animals implanted with PTFE and those implanted with PPM in groups A, B, and C during the 5-day postoperative period. All wounds became erythematous and indurated, and a similar proportion of wounds in each group spontaneously drained purulent material.

At autopsy, all wounds had fibrinopurulent encasement of the prosthetic patch and frank pus between the patch and abdominal skin closure. In groups A, B, and C, the PTFE patches were significantly easier to remove than the PPM patches. The underlying viscera were consistently adherent to the PPM patches with grade 4 adhesions occurring in group A (Fig. 1). The adhesions surrounding the PTFE patches could easily be lysed with gentle blunt dissection. The adhesions attached to the PPM patches frequently required sharp dissection for removal. By creating an adhesion index from qualitative assessment at the time of patch removal, it was possible to show a significant difference between the PTFE and PPM groups (p < 0.05; τ = 1.06 Kendall's rank coefficient) (Table 1). The wounds in the control group were similarly examined and fewer adhesions were found than in the infected groups. Even in the absence of infection, the PPM patches were much more adherent than the PTFE patches (Table 1). There was no bacterial growth found in the control patches. Comparison of the bacterial counts between the PTFE and PPM patches was statistically different in group A (Fig. 2). The PTFE patches contained 100-fold fewer organisms per centimeter squared than did the PPM patches (p < 0.05 Student's paired t test). In group B, the overall counts were less than in group A. The PTFE patches in group B contained significantly fewer organisms per square centimeter than did the PPM prosthetic group (p < 0.05 Student's paired t test) (Fig. 2). In group C, there was no statistical difference between the bacterial counts for the two types of prosthetic patch. The $\log_{10}$ organisms per square centimeter for PTFE and PPM were $5.8 \pm 0.6$ and $6.4 \pm 0.9$, respectively.

Histologic sampling revealed very little difference between animals reconstructed with PTFE and those reconstructed with PPM in groups A, B, and C. All specimens showed an acute inflammatory response with a large amount of purulent exudate.

### Experimental Peritonitis

Animals in group D exhibited a generalized purulent peritonitis at 48 hours after injection of bacteria-fecal solutions. Bacterial cultures revealed all three of the



FIG. 1. PPM removed from an animal in group A at 5 days after implantation (top). PTFE removed from an animal in group A at 5 days after implantation (bottom).

inoculated organisms to be present. Fibrinous exudates were present on the viscera along with serosanguinous peritoneal fluid at the time of abdominal wall excision and reconstruction.

No subjective differences were noted in the skin surrounding the incision between animals repaired with PTFE and animals repaired with PPM. All wounds had less surrounding erythema and induration than those in groups A, B, or C. Two animals from the PTFE group and two animals from the PPM group died after the reconstructions. Death appeared to be related to sepsis as the animals had ruffled coats and crusting of both eyes prior to death.

At autopsy, the adhesions were significantly reduced in those animals implanted with PTFE. As in groups A, B, and C, the removal of PPM required sharp dissection,

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.06398873



EXPERIMENTAL CONTAMINATION
(S. AUREUS $10^8$)

FIG. 2. Quantitative bacterial counts of the two different prostheses at 5 days after contamination.

whereas PTFE simply peeled out once the surrounding suture was cut (Table 1).

The amount of peritoneal fluid present at autopsy was similar for both prosthetic groups, varying from 0.15 ml to 0.2 ml. There were no significant differences between bacterial counts of the peritoneal fluid and the prosthetic patches for the two groups (Table 2).

Histologic sampling revealed very little difference between the two prosthetic materials. All specimens showed an acute inflammatory response with a large amount of purulent exudate present.

## Discussion

Very little information is available regarding specific properties of prosthetic materials for abdominal wall reinforcement in the presence of infection. It was the purpose of this experiment to compare PPM and PTFE in two situations of simulated specific clinical problems.

The study was designed to simulate contamination as it might occur while using these prosthetic materials for

elective abdominal wall reinforcement (i.e., herniorrhaphy). We chose S. aureus as the infecting organism because it is frequently associated with intraoperative contamination. Elek et al.[11] showed that, when foreign materials are present, fewer organisms are required to produce a clinical infection. The foreign material acts as an adjuvant by decreasing the number of bacteria necessary to produce an infection. Some materials seem to be more effective than others when used as adjuvants in infection.

In the first portion of this experiment, PTFE prostheses in groups A and B grew significantly fewer organisms after contamination than did the PPM patches. When antibiotics were administered after contamination, the overall total bacterial counts in each group were reduced; however, the PTFE prostheses continued to contain statistically fewer organisms. Surprisingly, when antibiotics were administered prior to contamination (group C), there was not as large a difference between bacterial counts for the two prosthetic materials. Although the PTFE patches continued to contain fewer organisms, the difference was not statistically significant, and the overall counts were greater than group B. Our experiments did not indicate that the "decisive period," as described by Miles.[12] affected our outcome. From our data, postoperative antibiotics produced lower bacterial concentrations per square centimeter than did a single preoperative dose, which suggests that postoperative, in addition to preoperative, antibiotics are indicated for abdominal wall reconstruction if contamination occurs.

It may be that PTFE is more resistant to the production of a clinical infection if contamination occurs intraoperatively. This seems to be a logical assumption since, in the absence of antibiotics or with antibiotics administered after contamination, the PTFE patches consistently had 100-fold fewer organisms per square centimeter than did the PPM patches (Fig. 2). Bacterial adherence is a complex phenomenon involving stereospecific interaction between bacterial ligands and receptor sites on the foreign body surface.[13] The magnitude of adherence is related to the type of bacteria and foreign body involved in the interaction.[14] Therefore, because of the microporous structure (30 μ) of PTFE and its decreased wetting properties, compared to the macroporous surface of PPM, PTFE may serve as a less hospitable nidus for bacterial adherence than does PPM.

Marlex (PPM) gained widespread use in clinical situations during the Vietnam War.[15] However, there have been long-term complications associated with PPM that include fistula formation, draining sinuses, and mesh extrusion.[8,16,17] A commonly ascribed basis for using PPM for acute abdominal wall reconstruction is that it

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398874

Vol. 201 · No. 6

ABDOMINAL WALL RECONSTRUCTION

07025<sub>709</sub>

may, by virtue of its porosity, allow macromolecular substances to drain from the infected peritoneal cavity. The use of a microporous material, such as PTFE, in this clinical setting has been questioned because of possible inhibition of peritoneal drainage. However, there is evidence that the peritoneal cavity is sealed and becomes impermeable to drainage within 12 hours even when PPM is used.[18] This fact supports the finding by others[19] that it is impossible to drain the entire peritoneal cavity in diffuse peritonitis. Because of this, we created an animal model to simulate abdominal wall defects in the presence of peritonitis or invasive infection. In our study, animals reconstructed with PTFE in the presence of peritonitis had the same mortality and intra-abdominal bacterial concentrations as did animals reconstructed with PPM (Table 2). As there was no statistical difference between bacterial counts and mortality, we concluded that PPM does not promote greater peritoneal drainage.

The bacterial counts obtained from the patches in the peritonitis model were similar, with the PTFE values slightly less than the PPM counts: there was no statistical difference (Table 2). This is somewhat at odds with the previous finding from the contamination model but may be due to a difference in adherence properties associated with gram-negative organisms compared to *S. aureus*.

The fact that PTFE reconstruction did not enhance mortality or increase intra-abdominal bacterial counts associated with peritonitis is an important finding in that it does not preclude the use of PTFE for abdominal wall replacement associated with invasive sepsis. This finding, along with significantly fewer adhesions produced by PTFE (Table 1), suggests PTFE may be as useful as, if not more useful than, PPM for acute abdominal wall reconstruction secondary to infection and traumatic abdominal wall loss.

The lack of differences in histologic findings between the prosthetic groups may be related to the short sampling time (5 days) and the presence of infection. Others[20] ave shown a much more desmoplastic response to PM than to PTFE; however, these studies performed histologic sampling several weeks after implantation and in the absence of sepsis.

In conclusion, PTFE produced less bacterial adherence in an intraoperative contamination model and created fewer adhesions in control wounds, contaminated wounds, and peritonitis. In addition, PTFE does not

appear to worsen the course of peritonitis when used as an abdominal wall prosthesis. From these experiments, it appears PTFE may be preferred to PPM in certain clinical situations; however, well-controlled clinical trials are required before the long and generally favorable experience with PPM can be discounted.

## References

1. Ogilvie WH. The late complications of abdominal war wounds. Lancet 1940; 2:253–256.
2. Usher FC, Fries JG, Oschner JL, Tuttle UD. Marlex mesh—a new plastic mesh for replacing tissue defects. Arch Surg 1959; 78:138–145.
3. Cumberland VH. A preliminary report on the use of prefabricated nylon weave in the repair of ventral hernia. Med J Aust 1952; 1:143–144.
4. Scales JT. Discussion on metals and synthetic materials in relation to tissues. Tissue reactions to synthetic materials. Proc Roy Soc Med 1953; 46:647–652.
5. Jenkins SC, Klamer TW, Parteka JJ, Condon RE. A comparison of prosthetic materials used to repair abdominal wall defects. Surgery 1983; 94:392–398.
6. Lamb JP, Vitale T, Kaminski DL. Comparative evaluation of synthetic meshes used for abdominal wall replacement in femoral-distal reconstruction. Surgery 1982; 92:921–930.
7. Calne RY. Repair of bilateral hernia with mersilene mesh behind rectus abdominus. Arch Surg 1974; 109:532–536.
8. Voyles CR, Richardson JD, Bland KI, et al. Emergency abdominal wall reconstruction with polypropylene mesh. Ann Surg 1981; 194:219–223.
9. Bergman JJ, Veith F, Bernard VM, et al. Randomization of autogenous vein and PTFE grafts in femoral distal reconstruction. Surgery 1982; 92:921–930.
10. Gons RA. Ogilvie's method applied to infected wound disruption. Arch Surg 1980; 115:1103–1107.
11. Elek SD, Conen PE. The virulence of *Staphylococcus pyogenes* for man: a study of the problem of wound infection. Br J Exp Pathol 1957; 38:573–579.
12. Miles AA. Nonspecific defense reactions in bacterial infections. Ann NY Acad Sci 1956; 66:356–369.
13. Franson TR, Sheth NK, Rose HD, Sohnle PG. Scanning electron microscopy of bacteria adherent to intravascular catheters. J Clin Microbiol 1984; 20:500–505.
14. Sugarman B. *In vitro* adherence of bacteria to prosthetic vascular grafts. Infection 1982; 10:2–11.
15. Schmitt HJ Jr, Grinnan GLB. Use of Marlex mesh in infected abdominal war wound. Am J Surg 1967; 113:825–828.
16. Mathes SJ, Stone HH. Acute traumatic losses of abdominal wall substance. J Trauma 1975; 15:386–390.
17. Stone HH, Fabian TC, Turkleson ML, Turkleson ML, Jurkiewicz MJ. Management of acute full-thickness losses of the abdominal wall. Ann Surg 1981; 193:612–618.
18. Boyd WC. Use of Marlex mesh in acute loss of the abdominal wall due to infection. Surg Gynecol Obstet 1977; 144:251–252.
19. Haller JA, Shaker IJ, Donahoo JS, et al. Peritoneal drainage versus non-drainage for generalized peritonitis from ruptured appendix in children. Ann Surg 1973; 177:595–599.
20. Elliott MP, Juler GL. Comparison of MARLEX mesh and microporous TEFLON sheets when used for hernia repair in the experimental animal. Am J Surg 1979; 137:342–344.

## Discussion

DR. MARK M. RAVITCH (Pittsburgh, Pennsylvania): I have three or four options. I can discuss the paper presented in the abstract; I can discuss the paper that was given so deftly and smoothly on this platform; or I can discuss the manuscript. As has already been suggested, no one of these bears any relationship to the others, and I can give my own paper.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398875

There are a number of interesting things about it. To begin with, my principal reason for rising is because I have many, many times said there is no justification for using foreign materials to repair ventral hernias. I think that is an extreme position. I do think that natural materials—fascia lata, for instance—are better. The plastic surgeons have been swinging ever huge muscle masses with skin on them. I think that is very good. But there is a large field of usefulness for the foreign materials and, as Dr. Polk has said, the astonishing thing is that they can become infected, and one can have healing occur in spite of this. When those little bits of bumps turn up in the Marlex, coming through granulations, you can excise those little bumps and, if you are lucky, the rest of the Marlex will stay down, it is extraordinary how well they can do.

As for the relative virtues of the two materials, as I understood it from Dr. Polk, one of the great virtues of GoreTex[a] was that when you became disappointed with it, it was easy to take out. This reminds me of Dr. Dean Warren's prime advantage in his variety of portacaval decompression operation, about which we will hear for most of the rest of the afternoon. I am sure, and that is that if you are disappointed with it, it is so easy to take down.

I think that there is room for these materials, and I think there is need for study, and I plan to use GoreTex the next time I have a guinea pig with a hernia.

I would like to ask Dr. Polk whether the number of bacteria still on the prosthesis is an appropriate end point, or whether he does not need to talk about ultimate healing of the abdominal wall.

I have enjoyed this paper. It has been a privilege and a pleasure to discuss it, and I hope Dr. Polk feels the same way about that.

DR. RONALD COY JONES (Dallas, Texas). Dr. Brown and Dr. Polk have developed a rather simple animal model that will allow evaluation of these types of material prior to evaluating them in the human. For a long time we have had a need for such materials. I see its use in two clinical settings: one is in the patient who has sustained a shotgun wound, as was demonstrated in the first slide, and the other is in the patient who has a serious necrozing infection with loss of the fascia and muscle of the abdominal wall.

Salvage of skin by use of parallel incisions sometimes allows coverage of the prosthetic material. Often we tend to debride the overlying skin down to infection, and fail to realize that we could have made parallel incisions and saved skin which would prevent the necessity of skin grafting.

I would like to ask three or four questions of Drs. Polk and Brown. One concerns the concept of the decisive period of antibiotic administration. I believe their findings are contrary to those Dr. Burke presented several years ago. He demonstrated that if the antibiotic is not administered within a period of 3 to 4 hours following contamination, there is no difference in the inflammatory response when compared to antibiotic use. This is somewhat contrary to what was reported in this experiment. Burke's model used penicillin-sensitive *Staphylococcus* injected into the dermis of guinea pigs, and I think the peritonitis model which Dr. Polk has developed is somewhat different. Is this a comparable animal model in the presence of a foreign body?

The second question is if they know whether or not granulation tissue will form on this material; because if the skin is removed, then you would like to be able to skin graft.

Thirdly, I would like a comment about whether or not there was seroma formation beneath the skin when the skin is closed over the mesh. Does the material have to be removed?

There is no question that small bowel fistulas occur with Marlex[a], and it extrudes from the skin. I would assume that the GoreTex[a] would be preferable, because if you do have to remove it, it would certainly be easier than having to remove the Marlex, which usually has to be removed within a period of 5 to 7 days.

DR. H. HARLAN STONE (Baltimore, Maryland). Several years ago, I presented to this Society our experience with 167 patients who had acutely lost their abdominal wall in full thickness. (Slide) Of these 167 patients, major complications involving the abdominal wall wound,

the peritoneal cavity, or a bowel fistula occurred in 65 patients. The morality rate was quite significant for each of these individual complications. Thus, I believe that this study is quite timely as it addresses the issues of infection as well as synthetic mesh left in the wound.

As Doctor Polk mentioned, they "tolerate" me as a visiting professor at the University of Louisville about every 3 or 4 years. It is usually prompted whenever Doctor Polk attempts a hernia repair. This is a patient in whom he did a groin herniorrhaphy. It is her third or fourth postoperative day. I do not know how many of you have had the urgent request to serve as an emergency visiting professor. I had the misfortune to be the emergency visiting professor at the University of Louisville that particular year. I was impressed by the not too considerable amount of necrosis still present in the wound. This patient ended up with a hernia being repaired with mesh. I am certain that is what prompted the present study.

Survival of these patients is absolutely dependent upon radical, aggressive surgery and replacement of the resultant defect with some form of mesh to prevent bowel protrusion.

(Slide) Unfortunately, when one makes suggestions at the University of Louisville, only a small amount of what is said ever reaches the ears of the chief. There is quite a difference between Marlex[a] and prolene mesh. They are both polypropylene, but one is exceedingly stiff, creates considerable difficulty at removal, and is very prone to cause bowel fistula. That is why we abandoned the use of Marlex. Our results were unacceptable, just as they have demonstrated in these guinea pigs. Prolene, on the other hand, has a smooth fiber, is more easily removed, is pliable, and seldom causes bowel erosion.

Finally, I want to congratulate Doctor Brown for his hard work in the laboratory, and Doctor Polk for his usual outstanding presentation of someone else's material.

DR. WILLIAM D. JOHNSTON (Nashville, Tennessee). I rise to ask one question, which is related to an interest that I have had in this subject, electively as well as in trauma and in infections. I was with Dr. Gene Bricker while he was working on the development of an absorbable mesh to use electively in radical pelvic surgery to immediately create a pelvic floor and for the purpose of use in infected wounds and post-irradiated wound problems with or without infection. He had difficulty convincing any of the suture companies to undertake the project because they did not feel that it would be profitable.

This fall a Vicryl Mesh[a] appeared on the market. I have used it only once, 3 months ago, which is too short a period of time to know how successful it was in this one case. But I raise this question because Vicryl Mesh is not recommended as the sole replacement of a defect. It is recommended as an additional support to other tissues used to repair a defect.

My question is twofold: (1) Have you used this yet and, if so, what has been your experience with it? and (2) If you have not used it, what are your thoughts about using this absorbable mesh in these horribly infected cases with the plan of using a permanent mesh later, if necessary, for a late hernia?

DR. PAUL H. JORDAN, JR. (Houston, Texas). These are indeed very difficult problems, and I am sure that almost everybody will have their own way of handling these kinds of wounds. I would just like to suggest one possibility that worked well for me. Marlex[a] with a sheet of silastic on one side was used. This provides strength for the abdominal wound and the silastic prevents adhesions between the intestines and the Marlex.

DR. GREGORY L. BROWN (Closing discussion). I would like to thank our discussants for their insightful and thoughtful comments, which I will try to answer.

First of all, Dr. Jones, we did see seroma formation in some of the animals, but there was no real difference that we could distinguish between the two prosthetic groups. As far as how well PTFE supports granulation tissue, there is unpublished data for noninfected wounds, which I suppose could be extrapolated to our experimental model.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**      ETH.MESH.06398876

Case 2:12-md-02327 Document 2058-20 Filed 04/21/16 Page 13 of 55 PageID #: 42359

which shows PTFE supports granulation tissue. Again, that is very tenuous data.

I cannot really answer whether GoreTex* has to be removed immediately in the presence of infection. As far as I know, this is the first in vivo study of the use of the GoreTex soft-tissue patch in the presence of infection. Obviously, there have been a limited number of clinical trials using GoreTex on elective herniorrhaphies, but as far as in acute situations, especially with contamination, I do not know what the answer to that will be, and I think the conclusion will have to await clinical trials.

Very interestingly—and this was a surprise to us—the prophylactic antibiotics in the contamination model did not, microbiologically, behave as well as did those patches that received postoperative antibiotics. The only postulate that I can, at least theoretically, explain this with is in relation to the work of some 30 years ago by Miles, Miles, and Burke. That study was not performed in the presence of a large foreign body, and because of the size of this foreign body relative to the animal, the decisive period as we know it or think of it, may not be valid. If intraoperative contamination does occur, especially in an elective situation, with preoperative antibiotics on board, it may be reasonable to consider giving a full 5-day course of postoperative antibiotics, based on what we have shown here. I have no clinical data to back that up.

Dr. Ravitch, I want to thank you for your comments. I think that your suggestion about the end point being complete healing is a very good one. Our 5 days were not chosen arbitrarily. We did a series of pilot experiments and found that following the animals longer than 5 days produced a high incidence of wound dehiscence and graft extrusion, which resulted in exclusion of those animals from the study.

Dr. Stone, I want to thank you for your comments concerning your prudence, was that of all prosthetic materials there are probably more know, in the past decade we have seen very good results using GoreTex as a vascular prosthesis. In addition, there is very little data using PTFE in this experimental or clinical situation.

Dr. Johnston, we personally do not have any experience with Vicryl*. However, there have been experiments performed that revealed decreased bursting strengths of abdominal reconstruction of wounds and, as to the question you raised, the adhesion indices were higher with that material.

With the materials being so similar in these experiments, cost may be a factor, and though we do not have detailed information about it, PTFE may be more expensive than PPM. I would like to take this opportunity to thank the Association for allowing us to present this paper.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.06398877

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.06398878

07028

# Polypropylene Mesh Closure of Infected Abdominal Wounds

JON W. JONES, M.D.,
GREGORY J. JURKOVICH, M.D., F.A.C.S.

From the Department of Surgery, University of
South Alabama, Mobile, Alabama

The management of extensive abdominal tissue loss in the presence of intraabdominal infection or wound dehiscence challenges the surgeon's ingenuity in wound care. Radical debridement and primary fascial closure may be impossible due to tissue loss or extensive bowel edema. The use of a synthetic mesh to bridge the fascial defect and maintain the integrity of the abdominal cavity may initially appear to be an attractive alternative to simply leaving the viscera exposed. However, this report and review of the literature document the frequent complications and high morbidity associated with this technique. An overall complication rate approaching 80% can be anticipated if polypropylene mesh is used in this emergency situation. Two modifications of wound care appear to markedly diminish the incidence of serious complications. Covering the mesh with full-thickness skin or muscle flaps in the early postoperative period, or removing the mesh at the earliest time conducive to fascial closure (within 2 weeks) reduced the overall complication rate from 55% to 15% in this review. However, it is often impossible to predict which patients will be amenable to early mesh removal, and full-thickness coverage of a persistantly infected wound is usually doomed to failure. Despite the occasional usefulness of these modifications, this review suggests that polypropylene mesh in the emergency setting has an unacceptably high complication rate, and alternative methods of wound care in these complex situations should be considered.

T HE CLOSURE OF LARGE infected abdominal wall defects after traumatic tissue loss or necrotizing fasciitis is a complex surgical problem. The primary goal in the management of these complex wounds is patient survival, with eventual restoration of the boundaries of the abdominal cavity. However, debridement and primary fascial closure is often impossible without unacceptable tissue tension. As a result, a number of elaborate wound care techniques have been suggested, including rotational myocutaneous flaps, leaving the wound open to close by secondary intention, and bridging the fascial defect with synthetic mesh.[1-5] Each of these methods have inherent problems and limitations. The risk of rotational flap death in the presence of a wound infection is prohibitively high.[6] If the wound is left open and granulation tissue is allowed to form, the complications of bowel fistula, fluid, and electrolyte shifts, prolonged hospitalization, and difficult nursing care can be anticipated.[7,8] An absorbable synthetic mesh (polyglactin 910) has been suggested for these wounds, but experience with its use is currently very limited.[9]

Polypropylene mesh (Marlex, PPM) has been proven safe and effective in the closure of clean, elective hernias. Its use has subsequently been extrapolated to patients with large infected abdominal wounds.[6-10] The perceived advantages of PPM in this situation are its ease of use, ready availability, inherent strength, and relative nonreactivity. This purpose of this article is to review our institution's experience with polypropylene mesh (PPM, Marlex) in the closure of infected or dehisced midline abdominal incisions following an intraabdominal catastrophy and to present a review of the available literature concerning PPM use in this situation.

### Materials and Methods

Over a 3-year period, five patients were identified in whom PPM was used to close the abdomen following celiotomy for intra-abdominal sepsis. The medical records were reviewed for demographic data, underlying medical illness, and details of wound management.

Reprint requests to Jon W. Jones, M.D., Department of Surgery, University of South Alabama, 2451 Fillingim Street, Mobile, AL 36617.

Presented at the 56th Annual Assembly of the Southeastern Surgical Congress January 31 to February 3, 1988.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398879

Operative indications and the rationale for PPM use were recorded. The technical aspects of the surgery were noted including mesh size, location, and suture technique. The postoperative dressing regime was noted. The postoperative course was reviewed for complications, specifically skin or tissue loss, bowel fistula, intra-abdominal or subfascial abscess, dehiscence, and need for reoperation. The time to eventual wound closure was noted, as was length of hospital stay and mortality.

The study group consisted of four women and one man, ranging in age from 20 to 71 years (mean, 45 yrs). Two patients were morbidly obese. All patients had undergone at least two previous celiotomies prior to PPM placement. The first abdominal exploration was for blunt trauma (2), perforated cecal diverticulum (1), gastroplasty (1), or hemorrhagic pancreatitis (1). The second operation was for drainage of intra-abdominal abscess in all cases. Subsequent operations were for continued abdominal sepsis or wound dehiscence. Polypropylene mesh was placed at the third operation in four patients and at the fourth operation in one patient. Primary abdominal wall closure was impossible in all patients due to bowel edema and abdominal wall tissue loss. .

### Results

The average amount of PPM placed was 200 cm². Mesh was secured with 0-prolene in a horizontal mattress fashion in all patients. The skin was never closed, and all wounds were packed open with saline soaked gauze, changed every 6–8 hours. Complications directly related to PPM placement occurred in four (80%) patients: a small bowel fistula developed in four patients,

and a wound dehiscence also occurred in one (Table 1). Three of these four patients eventually recovered, and one died. One patient (20%) had a relatively uncomplicated recovery following PPM placement, with granulation tissue rapidly forming and split-thickness skin graft coverage successfully performed 3 weeks after PPM placement.

All four patients with complications of PPM placement eventually required removal of the mesh. Two of these patients sustained significant weight loss allowing mesh removal and primary fascial closure after bowel fistula had been operatively repaired. One patient with a bowel fistula and wound dehiscence underwent fistula repair, PPM removal, and wound closure with rectus rotational flaps. The fourth patient underwent mesh removal and fistula repair but eventually died of multisystem organ failure.

The average length of hospital stay was 4 months, ranging from 45 days to 6 months. Complications occurred between 14 and 487 days following PPM placement. Bowel function was slow to return after PPM placement, but a regular diet was tolerated 2 weeks postoperatively in 80% of the patients. One patient was maintained on total parenteral nutrition for 6 months prior to her death from multi-system organ failure. All four survivors eventually returned to their previous life-styles.

### Discussion

The use of polypropylene mesh after wound dehiscence or fascial debridement arose out of favorable reports of PPM use in the elective repair of abdominal wall defects and the lack of an attractive alternative. The

TABLE 1. *A Summary of 14 Reports on the Use of Polypropylene Mesh in the Emergency Setting: Complictions and Deaths*

| Authors (Ref. No.) | Patients (#) | Complications (% of all Patients) | | | Deaths (%) |
|---|---|---|---|---|---|
| | | Fistula | Hernia | Extrusion | |
| Fitzgerald et al.[11] | 1 | 0 | 0 | 0 | 0 |
| Schmitt et al.[14,15] | 3 | 0 | 0 | 0 | 0 |
| Markgraf[16] | 3 | 0 | 0 | 0 | 0 |
| Eng et al.[17] | 1 | 0 | 0 | 0 | 0 |
| Pokornoy/Thal[18] | 1 | 0 | 0 | 0 | 0 |
| Mathes/Stone[10] | 11 | 0 | 2 (18%) | 0 | 2 (18%) |
| Gilsdorf/Shea[19] | 6 | 0 | 2 (33%) | 1 (17%) | 2 (33%) |
| Long et al.[20] | 2 | 1 (50%) | 0 | 0 | 0 |
| Voyles et al.[21] | 31 | 4 (13%) | 7 (23%) | 14 (45%) | 7 (23%) |
| Kendrick et al.[22] | 13 | 0 | 2 (15%) | 0 | 5 (38%) |
| Wouters et al.[23] | 20 | 4 (20%) | 0 | 0 | 4 (20%) |
| Hedderich et al.[11] | 10 | 2 (20%) | 8 (80%) | 0 | 2 (20%) |
| Chan/Esufali[24] | 21 | 14 (67%) | 5 (24%) | 0 | 6 (29%) |
| Jones/Jurkovich | 5 | 4 (80%) | 0 | 0 | 1 (20%) |
| **Totals** | **128** | **29 (23%)** | **26 (20%)** | **15 (12%)** | **29 (23%)** |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398880

TABLE 2. *A Summary of 14 Reports on the Use of Polypropylene Mesh in the Emergency Setting: Eventual Method of Wound Closure*

| Authors (Ref. No.) | Patients (#) | Eventual Wound Closure (% of Total) | | | |
|---|---|---|---|---|---|
| | | Primary Fascia | Spl-Thick Skin Graft | Secondary Intention | Full-Thick Skin Graft |
| Fitzgerald et al.[13] | 1* | 0 | 0 | 0 | 0 |
| Schmitt et al.[14,15] | 3 | 0 | 3 (100%) | 0 | 0 |
| Markgraf[16] | 3 | 2 (66%) | 0 | 0 | 0 (33%) |
| Eng et al.[17] | 1 | 0 | 1 (100%) | 0 | 0 |
| Pokornoy/Thal[18] | 1 | 0 | 0 | 0 | 1 (100%) |
| Mathes/Stone[10] | 11* | 0 | 5 (45%) | 0 | 4 (36%) |
| Gilsdorf/Shea[19] | 6* | 1 (16%) | 0 | 2 (33%) | 2 (33%) |
| Long et al.[20] | 2 | 0 | 2 (100%) | 0 | 0 |
| Voyles et al.[21] | 31* | 6 (19%) | 9 (29%) | 6 (19%) | 3 (10%) |
| Kendrick et al.[22] | 13 | 0 | 0 | 0 | 5 (38%) |
| Wouters et al.[23] | 20 | 15 (75%) | 5 (25%) | 0 | 0 |
| Hedderich et al.[11] | 10* | 0 | 3 (30%) | 5 (50%) | 0 |
| Chan/Esufali[24] | 21* | 7 (33%) | 5 (24%) | 3 (14%) | 1 (20%) |
| Jones/Jurkovich | 5 | 2 (40%) | 1 (20%) | 0 | 0 |
| Totals | 128 | 36 (28%) | 34 (27%) | 16 (12%) | 17 (13%) |

*Reports with incomplete data regarding type of eventual wound closure.

first animal studies of PPM were reported in 1958 by Usher and Wallace.[11] A comparison of tissue reactivity to orlon, dacron, nylon, teflon, and polypropylene was performed by placing pellets of these materials intraperitoneally in dogs. Polypropylene mesh and teflon were essentially nonreactive, as judged by lack of adhesions and foreign body reaction on histologic examination. A follow-up study compared PPM and teflon in the repair of large tissue defects in an animal model.[12] Teflon mesh induced less fibrous infiltration and tissue bonding when compared with the polypropylene mesh.

Usher reported the clinical use of PPM in the repair of ventral and inguinal hernias in 541 cases.[13,14] The reported 5-year recurrence rate for these incisional and inguinal hernias was 10.9 per cent and 5.9 per cent, respectively. The ventral hernia group had a 15 per cent complication rate with six of 358 patients requiring PPM removal for infection. The inguinal hernia group had a complication rate of 4.3 percent, but none required removal of PPM for infection.

The excellent experience with PPM in the elective repair of large tissue defects prompted Schmitt et al. to use PPM in three Vietnam War soldiers who underwent emergency reoperation to close large, infected abdominal wounds, the first report of PPM use in this setting.[15,16] These three patients developed no complications during the short 30-day follow-up period. The civilian use of PPM in the emergency setting was first reported by Fitzgerald et al. in 1964.[17] The patient in this case was a victim of a shotgun blast to the abdomen with a large wall defect. Markgraf used PPM to repair abdominal wall defects in three patients with postoperative sepsis and extensive fascial debridement.[18] These

patients did well postoperatively, but two required PPM removal within 10 months. The largest study of emergency use of PPM is from Louisville by Voyles et al. in which 31 patients had PPM placed for large abdominal wall tissue defects.[19] This group of patients generally were quite ill, as judged by the overall mortality of 23 per cent and a complications rate of 81 per cent. The most common complications were mesh extrusion, hernia formation, and enteric fistulization.

A total of 14 studies have reported on the results of 128 patients in whom PPM was placed following intraabdominal sepsis, necrotizing fasciitis, wound dehiscence or traumatic tissue loss.[15-29] A summary of these reports of PPM use in the emergency setting are compiled in Tables 1 and 2. The overall complication rate seen with PPM use in the emergency setting is 55 per cent. The results reported in the current series (80% overall complication rate) corroborate these findings.

Several general observations about the use of PPM in the emergency setting can be made from the data summarized in these reports. Mesh extrusion occurred most commonly (44%) in patients with wounds healed by secondary intention. Mesh extrusion did not occur in wounds covered with full-thickness skin or muscle flaps. Ventral hernias occurred in all patients who underwent mesh removal without primary fascial closure. Enteric fistulization was the most common complication, present in 23 per cent of the patients summarized by these reports. The incidence of fistulization appears to be influenced by the type of coverage used over the mesh. Split-thickness skin grafting directly over granulating PPM resulted in a fistulization rate of 45 per cent. Healing by secondary intention had a fistulization rate

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY     ETH.MESH.06398881

of 14 per cent. This complication was eliminated entirely by covering the exposed mesh with full-thickness skin or a muscle flap.[19,28,29]

In general, smaller wounds that could be covered with full-thickness skin had fewer complications.[19,23,24] Polypropylene mesh can often be removed and primary fascial closure accomplished in the early postoperative period. Early mesh removal and fascial closure dramatically diminishes the incidence of complications.[18,19,22,23,27-29] Mortality is generally due to the primary disease process, not the complications of PPM use. However, specific morbidity (bowel fistula, mesh extrusion, lengthy hospital course) can be attributed to the use of PPM.

## REFERENCES

1. Lesnick GJ, David AM. Repair of surgical abdominal wall defect with a pedicled musculofascial flap. Ann Surg 1953;137: 569–72.

2. Hershey FB, Butcher HR. Repair of defects after partial resection of the abdominal wall. Am J Surg 1964;107:586–90.

3. Mladick RA, Pickrell KL, Royer JR, et al. Skin graft reconstruction of a massive full thickness abdominal wall defect. Plastic Reconst Surg 1969;43:587–90.

4. Mansberger AR, Kang JS, Beebe HG, et al. Repair of massive acute abdominal wall defects. J Trauma 1973;13:766–74.

5. Wilson JSP, Rayner CRW. The repair of large full-thickness post-excisional defects of the abdominal wall. Br J Plast Surg 1974;27:117–24.

6. Boyd WC. Use of marlex mesh in acute loss of the abdominal wall due to infection. Surg Gynecol Obstet 1977;144:251–52.

7. Harrison JH. A teflon weave for replacing tissue defects. Surg Gynecol Obstet 1957;584–90.

8. Wolstenholme JT. Use of commericial dacron fabric in the repair of inguinal hernias and abdominal wall defects. Arch Surg 1957;73:1004–8.

9. Koontz AR. Tantalum gauze in the presence of infection: Clinical experience. Am Surg 1953;19:403–41.

10. Mathes SJ, Stone HH. Acute traumatic losses of abdominal wall substance. J Trauma 1975;15:386–91.

11. Hedderich GS, Wexler MJ, McLean APH, et al. The septic abdomen: Open management with marlex mesh and a zipper. Surgery 1986;99:399–407.

12. Jenkins S, Klamer TW, Parteka JJ, et al. A comparison of prosthetic material used to repair abdominal wall defects. Surgery 1983;94:392–98.

13. Fitzgerald JB, Quast DC, Beall AC, et al. Surgical experience with 103 truncal shotgun wounds. J Trauma 1965;5:72–84.

14. Schmitt HJ, Grinnan GL. Use of marlex mesh in infected abdominal war wound. Am J Surg 1967;113:825–28.

15. Schmitt HJ, Patterson LT, Armstrong RG. Reoperative surgery of abdominal war wounds. Ann Surg 1967;165:173–81.

16. Markgraf WH. Abdominal wound dehiscence. Arch Surg 1972;105:728–32.

17. Eng K, Casson P, Berman IR, et al. Clostridial myonecrosis of the abdominal wall. Am J Surg 1973;125:367–71.

18. Pokornoy WJ, Thal AP. A method for primary closure of large contaminated abdominal wall defects. J Trauma 1973;13: 542–47.

19. Gilsdorf RB, Shea MM. Repair of massive septic abdominal wall defects with marlex mesh. Am J Surg 1975;130:634–38.

20. Long WB, Howatson A, Gill W. Marlex mesh in gas gangrene. J Trauma 1976;16:948–53.

21. Voyles CR, Richardson JD, Bland KI, et al. Emergency abdominal wall reconstruction with polypropylene mesh. Ann Surg 1981;194:219–23.

22. Kendrick JH, Casali RE, Lang NP, et al. The complicated septic abdominal wound. Arch Surg 1982;117:464–68.

23. Wouters DB, Krom RAF, Slooff MJH, et al. The use of marlex mesh in patients with generalized peritonitis and multiple organ system failure. Surg Gynecol Obstet 1983;156:609–13.

24. Chan STF, Esufali ST. Extended indications for polypropylene mesh closure of the abdominal wall. Br J Surg 1986; 73:3–6.

25. Usher FC, Wallace SA. Tissue reaction to plastics. Arch Surg 1958;76:997–99.

26. Usher FC, Gannon JP. Marlex mesh, a new plastic mesh for replacing tissue defects. Arch Surg 1959;78:131–37.

27. Usher FC. A new technique for repairing large abdominal wall defects. Arch Surg 1961;82:870–77.

28. Usher FC. Hernia repair with marlex mesh. Arch Surg 1962;84:325–28.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.06398882

07032

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.06398883**

07032

<1>
Unique Identifier
  93177896
Authors
  Goonetilleke GC.
Institution
  Base Hospital, Gampaha.
Title
  Synthetic mesh in the repair of incisional hernia. [Review]   ◄—
Source
  Ceylon Medical Journal. 37(3):87-9, 1992 Sep.
MeSH Subject Headings
  Abdominal Muscles/su [Surgery]
  Adult
  Aged
  Aged, 80 and over
  Female
  Follow-Up Studies
  Hernia, Ventral/ep [Epidemiology]
  *Hernia, Ventral/su [Surgery]
  Human
  Male
  Middle Age
  Polypropylenes
  Postoperative Complications/ep [Epidemiology]
  *Postoperative Complications/su [Surgery]
  Recurrence
  Reoperation
  *Surgical Mesh
Abstract
  A series of 30 incisional hernia repairs with knitted monofilament
  polypropylene is presented. The recurrence rate was 3.3% (one patient). No
  patch has sloughed or required removal. There was one postoperative death.
  Synthetic mesh allows defects of any size to be repaired without tension
  with a low recurrence rate. [References: 11]
Registry Numbers
  0 (Polypropylenes).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398884

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.06398885**

07033

HERNIA SURGERY                                    0039–6109/93 $0.00 + .20

# INCISIONAL HERNIA

Thomas A. Santora, MD, and Joel J. Roslyn, MD, FACS

Incisional hernias are unique in that they are the only abdominal wall hernias that are considered to be iatrogenic. Incisional hernia continues to be one of the more common complications of abdominal surgical procedures and is a significant source of morbidity and loss of time from productive employment. Many of these patients will alter their lifestyles so as not to exacerbate their abdominal wall hernia. This change may reduce or even eliminate the potential for gainful employment. In this context, the economic impact of this disorder is incalculable. Moreover, the exact incidence of incisional hernias has not been well defined, although a number of reports in the literature suggest that the incidence is probably between 2% and 11%.[16, 18, 21, 23, 25, 31, 40, 44] A number of predisposing factors have been identified that may be related to specific patient characteristics, an underlying pathologic process, or iatrogenic factors. From the surgeon's perspective, repair of incisional hernias is a commonly performed procedure.

The purpose of this article is to review our current understanding of the factors that predispose to incisional hernias in order to facilitate their prevention. We also describe the various surgical techniques that are available for their repair and highlight certain features of the unusual or more complicated hernias.

## CLINICAL PRESENTATION

By definition, an incisional hernia represents a breakdown or loss of continuity of a fascial closure. This event typically is manifested from the patient's perspective by a bulge in an abdominal wall closure that is detected either visually or by direct palpation. Maneuvers that increase the intra-abdominal pressure, such as coughing, lifting the head or legs, or assuming the erect posture, typically make an incisional hernia more apparent. Most patients with small, uncomplicated incisional hernias will be asymptomatic or

From the Department of Surgery, Medical College of Pennsylvania, Philadelphia, Pennsylvania

SURGICAL CLINICS OF NORTH AMERICA

VOLUME 73 · NUMBER 3 · JUNE 1993                        557 – 570

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398886

07034

have only minor or intermittent complaints. Occasionally, patients with large hernias experience difficulty in bending, discomfort, even persistent abdominal pain, or intermittent intestinal obstruction, typically in the setting of adhesions to the hernia sac as opposed to incarceration of bowel at the level of the fascia. As with other hernias, incarceration or strangulation is much more common if the neck of the hernia defect is narrow.

The presence of an incisional hernia typically is readily apparent on clinical examination. However, in certain cases, ultrasonography, CT, or both[9, 27, 52] have been utilized to distinguish hernia defects from other abdominal wall processes that may present as mass lesions or be the source of pain syndromes.

Experience has suggested that incisional hernias can be noted either early after the index operation or many years subsequently. Numerous studies indicate that the majority of incisional hernias occur within the first postoperative year; however, most of these studies have limited follow-up and may therefore underestimate late hernia occurrence.[3, 6, 22, 33, 41] In a 10-year prospective trial involving 337 patients, Mudge and Hughes[31] showed that of the 62 patients who developed an incisional hernia, 56% did so after the first postoperative year, and 35% manifested their hernia after 5 years.

The explanation for fascial weakening and ultimately hernia formation in an apparently well-healed wound is not readily apparent. Urshel and coworkers[46] state that in vitro preparations have shown that fascia under stress has increased synthesis of DNA and protein by fibroblasts and that this may continue for a long period of time. Those authors postulate that interruption of this process at a time remote from the apparent healing of the wound may lead to fascial weakness. Pollock and Evans[33] reported their prospective experience with 149 patients, the results of which indicated that early fascial separation may be predictive of subsequent incisional hernia. At the initial operation, metal clips were placed on either side of the fascia to mark the apposition, and an abdominal radiograph was obtained 30 days later. Of the 18 patients who ultimately developed hernias in the 43-month follow-up, 17 (94%) had demonstrable separation of the clips by more than 12 mm on their 1-month films. In contrast, only 1 of the remaining 131 patients, who had clip separation of less than 12 mm, ultimately developed a hernia. While this is an interesting study, the clinical usefulness of the information to the practicing surgeon remains to be defined.

Although data are hard to find, clinical experience suggests that most patients undergoing repair of incisional hernias do so only after the hernia has become of significant size or has been a source of important symptoms. The reasons for the delayed repair of so many incisional hernias probably derive from patient, as well as physician, attitudes. Recent data suggest that the timing of repair is often related to the severity of the patient's symptoms.[34] It also has been suggested that the timing of the repair and the associated delay often reported relate to the surgeon's knowledge of the recurrence rate for incisional hernias, which has been reported to be between 20% and 46%.[15, 22, 31, 35, 49]

Delays in repair can have clinical significance. In a retrospective study of 206 patients undergoing incisional hernia repairs, Read and Yonder[35] reported that the indication for repair in 17% of the patients was management of incarceration or strangulation. In a review of 3107 incisional hernia repairs, Heydorn and Velanovich[17] reported that the mortality rate was appreciably higher in patients undergoing repair of complicated hernias (1.1%) than in those individuals undergoing elective repair (0.3%).

Over the last several years, a number of new techniques for hernia repair

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398887

07035

:casionally, patients with large
fort, even persistent abdominal
ially in the setting of adhesions
bowel at the level of the fascia.
ation is much more common if

y is readily apparent on clinical
onography, CT, or both[9, 27, 32]
ts from other abdominal wall
 the source of pain syndromes.
rnias can be noted either early
sequently. Numerous studies
ccur within the first postoper-
ve limited follow-up and may
[4, 22, 33, 41] In a 10-year prospective
' showed that of the 62 patients
so after the first postoperative
.a---

t          ately hernia formation in
eadily apparent. Urshel and
shown that fascia under stress
' fibroblasts and that this may
ors postulate that interruption
ent healing of the wound may
ported their prospectiv· expe-
' indicated that early ascial
isional hernia. At the nitial
de of the fascia to m '· the
obtained 30 days later. .., the
n the 43-month follow-up, 17
by more than 12 mm o. heir
ing 131 patients, who had clip
oped a hernia. While this is an
 information to the practicing

xperience suggests that most
do so only after the hernia has
rce of important symptoms.
y incisional hernias probably
titues. Recent data suggest
s      · y of the patient's symp-
1b       the repair and the associ-
s knowledge of the recurrence
orted to be between 20% and·

ce. In a retrospective study of
· Read and Yonder[26] reported
tients was management of
3107 incisional hernia repairs.
nortality rate was appreciably
icated hernias (1.1%) than in
%).

w techniques for hernia repair

have been introduced. A growing experience with these innovative techniques
suggests that the rate of recurrence after repair of an incisional hernia may in
fact be reduced. The recognition of these data may prompt surgeons to repair
incisional hernias at an earlier date, prior to the onset of severe symptoms.

## PREDISPOSING FACTORS

A number of patient-related factors correlate with the propensity to develop
incisional hernias. These factors include obesity, older age, abdominal disten-
tion, postoperative pulmonary complications, male gender, and the presence
of jaundice.[5, 16, 32] In addition, a number of specific factors that relate to the
performance of the index operation have been noted to influence the likelihood
of hernia development. These include wound infection, the type of incision
and closure technique, and the type of suture material.

### Wound Infection

Numerous authors have suggested that the most common factor respon-
sible for the development of incision hernia is a postoperative wound infection.[2,
16, 36, 33] In a study of 1129 abdominal procedures, Bucknall and colleagues[5]
reported that the index operation had been complicated by a postoperative
wound infection in 48% of the patients who subsequently developed an
incisional hernia. In this study, the presence of a postoperative wound infection
was associated with a fivefold increase in the risk of development of a hernia
(23%) compared with patients with uninfected wounds (4.5%). Similar findings
had been reported earlier by Blomstedt and Welin-Berger.[3] Although most
surgeons believe that prevention of a wound infection will in fact reduce the
development of incisional hernias, this hypothesis has not been truly tested.

### Incision Type and Closure Technique

Specific anatomic considerations suggest that transverse abdominal inci-
sions should have less risk of a postoperative incisional hernia. The fascial
fibers of the anterior abdominal wall lie in a transverse orientation. Therefore,
a vertical incision would divide them, and suture closure of such vertical
wounds would, in fact, place the suture material between the fibers. Contraction
of the abdominal wall would cause laterally directed tension on the closure and
might cause the suture material to cut through by separation of the transversely
oriented fibers. In contrast, a transverse incision opens the fascia along the
fibers such that suture closure places the suture material around fascial fibers.
On contraction, the fibers are apposed, and the suture material would realize
minimal laterally directed tension (Fig. 1). It is not surprising, therefore, that
numerous studies suggest that incisional hernia is more common after midline
as opposed to transverse incisions.[3, 6, 25, 44] It should be noted, however, that
these studies are uncontrolled for disease process, and so one must be cautious
in such interpretations. Furthermore, as has been pointed out by Ellis and
coworkers,[13] the midline incision is the most versatile and is frequently used in
urgent cases of hemorrhage, trauma, or abdominal sepsis. These conditions
may have a greater influence on the development of incisional hernia than the
type of incision used. This view is underscored by a prospective trial involving

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398888

07036



**Figure 1.** Comparison of the vertical and the transverse incisions. *A*, The resting state. *B*, During abdominal wall muscular contraction, laterally directed tension is created at each wound. Note the transverse incision is coapted during this process, whereas the vertical incision is challenged. This can result in suture pull-through.

non-urgent abdominal procedures, performed by Ellis and coworkers,[14] which did not demonstrate any significant difference in the rate of hernia formation in patients undergoing midline, paramedian, or transverse incisions.

Other concerns related to the type of abdominal wall closure have to do with the use of continuous versus interrupted sutures (Fig. 2) and mass versus individual layer closure. Once again, although such arguments might be intuitively attractive, randomized studies have failed to demonstrate that any of these factors significantly alters the incidence of postoperative incisional hernia (Table 1).

## Suture Material

Selection of suture material for abdominal wall closure is largely based on the individual surgeon's preference and experience. In a study reported in



**Figure 2.** Comparison of the tension created by the two different suture techniques. *A*, In the interrupted technique, the tension is different at each suture. This may lead to fascial necrosis if tied too tight or poor approximation if tied loosely. *B*, The continuous technique disperses the suture tension along the length of the wound. The potential disadvantage of this technique is that the closure is reliant upon the integrity of this length of suture.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398889

07037



incisions. A, The resting state.
rected tension is created at each
is process, whereas the vertical
h

Ellis and coworkers,[14] which
the rate of hernia formation
ansverse incisions.
inal wall closure have to do
ures (Fig. 2) and mass versus
such arguments might be
d to demonstrate that any
of postoperative incisional

closure is largely based on
.e. In a study reported in



2. Comparison of the tension
by the two different suture tech-
A, In the interrupted technique,
sion is different at each suture.
y lead to fascial necrosis if tied
d or poor approximation if tied
B, The continuous technique
es the suture tension along the
of the wound. The potential dis-
ge of this technique is that the
is reliant upon the integrity of this
f suture.

**Table 1. INCIDENCE OF HERNIA ACCORDING TO CLOSURE TECHNIQUES**

| Source | No. of Patients | Suture Material | Closure Method | Percent Hernia |
|---|---|---|---|---|
| Schoetz et al[40] | 186 | PDS | Cont, mass | 3 |
| Lamont & Ellis[22] | 699 | Nylon | Cont, mass | 6 |
| Kendall et al[21] | 108 | Chromic & PDS | Layered | 6.5 |
| | 104 | PDS | Mass | 6.7 |
| Rubio[34] | 1697 | Polyester, Prolene | Layered | 0.1 |
| McNeill & Surgerman[28] | 54 | No. 28 wire | Int, mass | 11.1 |
| | 51 | Dexon Plus | Cont, mass | 9.8 |
| Deitel et al[10] | 42 | Dexon Plus | Cont, mass | 0 |
| | 42 | Maxon | Cont, mass | 9.5 |
| Bucknall et al[5] | 684 | Nylon | Mass | 7.2 |
| | 164 | Nylon | Rectus sheath only | 8.5 |
| | 177 | Catgut & nylon | Layered | 5.1 |
| | 104 | Dexon Plus | Mass | 11.5 |
| Goligher et al[16] | 107 | Catgut | Cont, layered | 14 |
| | 107 | Catgut & internal nylon retentions | Cont, layered | 4.8 |
| | 110 | No. 28 wire | Int, figure-of-8 | 0.9 |

Abbreviations: cont = continuous, int = interrupted.

1952, Douglas[11] outlined the rate at which abdominal wall incisions regain their tensile strength. Data from this early study suggested that virtually no tensile strength is regained within the first week after surgery, but that there is a rapid increase in tensile strength over the next 70 days, with 90% being recovered by 1 year. During the early phase of wound healing, it therefore appears that the suture material does in fact play an important role in maintaining the integrity of the closure.[38] Permanent suture has the theoretical advantage of maintaining its tensile strength through the lifetime of the wound. However, persistent suture has occasionally been a source of irritation and can act as a nidus for infection.

The ideal suture material should have three important characteristics: retention of high tensile strength, monofilament structure so that bacteria cannot hide within any interstices, and absorbable qualities so that the material is ultimately eliminated as a source of infection. A number of recently developed suture materials do have these favorable characteristics (Table 2). In a clinical trial of three methods of closure of laparotomy wounds, Goligher and coworkers[16] demonstrated a 14-fold increase in wound breakdown when catgut sutures as opposed to interrupted stainless steel wire were employed. The use of wire has decreased dramatically in recent years because of the spread of the AIDS virus and the potential for incurring microlacerations of the surgeon's hands while tying. A number of clinical trials have compared the results with differing suture materials.[5, 16, 21, 22, 26, 36, 40] Unfortunately, these studies are not matched for closure techniques or disease process; therefore, the lessons from this large number of studies are difficult to discern.

## REPAIR OF INCISIONAL HERNIA

### Overview

The success of an incisional hernia repair is dependent on a number of important factors. These include incorporation of healthy fascial tissue, which

07038

562    SANTORA & ROSLYN

**Table 2.** CHARACTERISTICS OF SUTURES USED IN HERNIA REPAIR

| Suture Material | Class | Raw Material | Composition | Tensile Strength (%) Remaining at 14 Days | Complete Absorption (Days) |
|---|---|---|---|---|---|
| Catgut | Absorb | Collagen | Twisted | 0 (7–10 days) | 70 |
| Chromic catgut | Absorb | Collagen | Twisted | 0 (21–28 days) | 90 |
| Dexon | Absorb | Polyglycolic acid | Braided | 65 | 60–90 |
| Vicryl | Absorb | Polylactic acid | Braided | 60 | 60–90 |
| PDS | Absorb | Polydioxanone | Monofilament | 70 | 180–210 |
| Maxon | Absorb | Polyglyconate | Monofilament | 75 | 180 |
| Steel | Nonabsorb | Alloy of iron-nickel-chromium | Monofilament | 100 | No absorption |
| Silk | Nonabsorb | Protein fiber | Braided | 100 | 2 years |
| Nylon | Nonabsorb | Polyamide | | | |
| Ethilon | | | Monofilament | 100 | Loses 15–20%/year |
| Nurolon | | | Braided | 100 | Loses 15–20%/year |
| Polyester | Nonabsorb | Polyester | | | |
| Mersilene | | | Braided | 100 | No absorption |
| Ethibond | | | Braided | 100 | No absorption |
| Prolene | Nonabsorb | Polypropylene | Monofilament | 100 | No absorption |
| Gore-Tex | Nonabsorb | ePTFE* | Monofilament | 100 | No absorption |

*ePTFE = expanded polytetrafluoroethylene.

is brought together under minimal tension, and the avoidance of risk factors for hernia formation, which have been described. Most important, perhaps, is the prophylaxis for wound infection. Houck and colleagues[18] suggested that the rate of wound infection after the repair of an incisional hernia was significantly greater than that seen in inguinal hernia repairs. This suggests the presence of occult infection in the incisional hernia wound. Furthermore, a prior wound infection in the incision was associated with a significantly higher rate of infection after the subsequent repair. For these reasons, a number of authors have advocated the routine use of antibiotics in patients undergoing ventral hernia repair.[39, 41]

The size of the fascial defect and the appearance of the fascia should dictate the selection of the most appropriate method of hernia repair. The operation should be done with abdominal wall relaxation, suggesting that general or regional anesthesia would be most effective. The incision used in the repair should be based on the shape of the fascial defect and the location of the hernia. Usually, the surgeon strives to incorporate the old scar in the repair. The skin and subcutaneous tissue are dissected away from the hernia sac. Isolation of the healthy fascia can be done a few centimeters from the defect and the abdominal cavity entered through a virginal area. Another approach includes direct entrance into the peritoneal cavity through the hernia sac and identification of the fascia after the adhesions from the intra-abdominal organs have been taken down from the fascial defect. Ultimately, the superficial and deep surfaces of the fascia should be exposed for a distance of at least 3 to 4 cm along the circumference of the defect. The hernia sac, which typically represents attenuated fascia and peritoneum, usually is excised prior to repair. However, some authors advocate use of this sac for bowel coverage, especially when using a prosthetic material.[37] Other authors[32, 43] suggest incorporating the sac into a multilayered sutured repair.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                    ETH.MESH.06398891

Case 2:12-md-02327   Document 2058-20   Filed 04/21/16   Page 29 of 55 PageID #: 42375

07039

ERNIA REPAIR

| Tensile Strength (%) Remaining at 14 Days | Complete Absorption (Days) |
|---|---|
| 0 (7-10 days) | 70 |
| 0 (21-28 days) | 90 |
| 65 | 60-90 |
| 60 | 60-90 |
| 70 | 180-210 |
| 75 | 180 |
| 100 | No absorption |
| 100 | 2 years |
| 100 | Loses |
| 100 | 15-20%/year |
| | Loses |
| | 15-20%/year |
| 100 | No absorption |
| 1 | No absorption |
| 1 | No absorption |
| 100 | No absorption |

...ne avoidance of risk factors
...Most important, perhaps, is
...olleagues[18] suggested that
...an incisional hernia was
...ia repairs. This suggests the
...ia wound. Furthermore, a
...d with a significantly higher
...hese reasons, a number of
...tics in patients undergoing

...e of the fascia should dictate
...ernia repair. The operation
...suggesting that general or
...incision used in the repair
...ct and the location of the
...the old scar in the repair.
...av    from the hernia sac.
...x     eters from the defect
...al area. Another approach
...   ugh the hernia sac and
...    ntra-abdominal organs
...   ely, the superficial and
...a distance of at least 3 to 4
...ernia sac, which typically
...ly is excised prior to repair.
...bowel coverage, especially
...   suggest incorporating the

## Primary Closure Techniques

The likelihood of adequate and long-lasting repair can be increased by adherence to specific surgical principles. These include the proper placement of sutures in the fascia. Experience suggests that fascial sutures are best placed 1 cm back from the edge and 1 cm apart. This strategy provides for incorporation of healthy fascia on either side of the edge and should avoid protrusion of abdominal contents through the fascia by making small advancement of the stitches along the length of the wound. Fascial necrosis must be avoided; this can be achieved by apposing the fascia without tension and tightening the sutures only enough to bring the edges into approximation. The appropriate suture size should be selected so as to handle the anticipated tension of the wound and minimize the likelihood of fracturing of the suture. Finally, suture unravelling can be prevented by appropriate knot tying.

In many cases of incisional hernias with small to moderate-size fascial defects, fascial closure can be achieved by apposing the fascial edges and closing the wound in a continuous mass closure or by utilizing interrupted figure-of-eight or simple sutures. In addition, a modified Mayo technique, in which the fascial edges are overlapped, typically provides a satisfactory outcome.

When the fascial defect is sufficiently large to preclude the use of simple closure, a number of other primary repairs have been proposed and can be utilized at the surgeon's discretion. These measures include the use of internal retention sutures as advocated by Sitzmann and McFadden.[41] The Keel procedure, in which relaxing incisions are made in the lateral aspect of the anterior rectus sheath, thus allowing the medial aspect of the anterior sheath to be approximated in the midline (Fig. 3), is especially useful for large upper midline hernias.[32] This method is based on the observation that the strong posterior sheath in the upper abdomen reduces the potential for hernia formation in the area of the relaxing incisions. For midline defects in the lower abdomen, the



Figure 3. Maingot's keel procedure. Note the relaxing incisions in the anterior rectus sheath to facilitate the midline closure.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398892

564   SANTORA & ROSLYN

07040

Nuttall procedure has been reported to be quite effective.[32] In this procedure, the lower aspect of the rectus abdominis muscle and its enveloping fascia are mobilized off the pubis and approximated to the contralateral bone. This maneuver provides anterior rectus sheath coverage for the lower midline defect (Fig. 4).

**Mesh Repairs**

The era of prosthetic material was initiated in the 1940s when the use of steel mesh was first advocated for the repair of incisional hernias.[46] These inflexible materials were difficult to use and resulted in considerable complications, including persistent sinus drainage, seroma formation, and fractured material with loss of tensile strength. The introduction of plastic prosthetics in 1958 rendered the metal meshes obsolete. In 1963, Usher[47] introduced knitted monofilament polypropylene (Marlex) mesh into clinical practice. Since that time, a number of other synthetic materials have been utilized for the repair of large incisional hernias. Each of these materials has unique characteristics that have appealed to surgeons (Table 3). Most studies suggest that Marlex mesh is still the most widely used prosthetic material for the repair of incisional



Figure 4. The Nuttall procedure. Local rectus abdominis flaps are used to correct a lower midline defect. (*From* Pollock R, Nyhus LM: Incisional hernias. *In* Schwartz SI, Ellis H (eds): Maingot's Abdominal Operations, ed 8. Norwalk, CT, Appleton-Century-Crofts, 1985, p 342; with permission.)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398893

07041

effective.[32] In this procedure,
and its enveloping fascia are
he contralateral bone. This
for the lower midline defect

in the 1940s when the use of
incisional hernias.[46] These
lted in considerable compli-
na formation, and fractured
tion of plastic prosthetics in
, Usher[47] introduced knitted
clinical practice. Since that
een utilized for the repair of
us    que characteristics that
est that Marlex mesh is
for the repair of incisional



laps are used to correct a lower
ias. In Schwartz SI, Ellis H (eds):
ton-Century-Crofts, 1985, p 342:

Table 3. CHARACTERISTICS OF PROSTHETIC MATERIAL USED IN HERNIA REPAIRS

| Mesh | Material | Structure | Classification | Tissue Ingrowth | Adhesion Formation |
|---|---|---|---|---|---|
| Marlex | Polypropylene | Knitted | Nonabsorb | Early, extensive | Mild |
| Prolene | Polypropylene | Woven | Nonabsorb | Early, extensive | Mild |
| Mersilene | Polyester | Woven | Nonabsorb | Early, extensive | Moderate |
| Gore-Tex | PTFE | Expanded | Nonabsorb | Minimal | Mild |
| Vicryl | Polyglycolic acid | Knitted | Absorb | Mild-moderate | Moderate |
| Dexon | Polyglactic acid | Knitted | Absorb | Moderate | Extensive |

hernias.[7, 24, 27, 39] although PTFE is gaining popularity because of its apparent reduced tissue reactivity. Most authors feel that absorbable mesh should not be used for permanent abdominal wall reconstruction because of the universal development of hernias in an animal study.[45] Mersilene (polyester) mesh also has been used extensively.[12, 44, 51]

An ideal prosthetic material should retain a high intrinsic tensile strength and allow extensive tissue ingrowth. All of the woven or knitted permanent materials possess these desirable characteristics. Studies have demonstrated that PTFE resulted in less adhesion to underlying bowel than did Marlex mesh.[2, 45] This is presumably because of the lesser fibrous ingrowth into the small interfibrillar spaces of the PTFE material. Although this may be a desirable feature of PTFE, the lack of fibrous ingrowth makes the repair more reliant on the inherent tensile strength of the material and the integrity of the suture attachment of the prosthetic to the fascia. This requirement for a high tensile strength suggests that a PTFE patch of 2-mm thickness should be used for incisional hernia repair.[31]

Serious complications have been observed in a small percentage of patients in whom prosthetic material has been used for incisional hernia repair. These complications include infection with or without chronic draining sinuses, erosion into adjacent structures including the intestine, and extrusion of the material.[30, 50] Voyles et al[50] have reported their long-term results with the use of Marlex mesh in 31 patients, 29 of whom had heavy contamination at the time of operation. The mesh was retained in only 18 of these patients, and 4 (22%) subsequently developed enteric fistulae while 14 (78%) ultimately extruded the mesh. Those authors advocated the removal of the mesh when possible if placed in a heavily contaminated field. These serious complications appear to occur much less frequently in the absence of contamination.[39] Recent clinical experience suggests that a wound infection after mesh repair typically does not mandate removal of the mesh in order to achieve resolution.[2, 12] In an animal study comparing Marlex with PTFE, Brown et al[4] demonstrated that Marlex was more susceptible to seeding with staphylococci than was PTFE, although there was no difference between the two in the frequency of polyorganism contamination.

**Mesh Techniques**

Onlay techniques (Fig. 5A) are rarely needed and can be dangerous if grafts are placed once the fascia has been closed. If the fascia can be brought together primarily, mesh does little to relieve any tension on the sutured repair.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398894

07042



Figure 5. Anatomic options for prosthetic hernia repairs. A, Onlay, the mesh is placed in extrafascial space after fascia is approximated with suture. B, Extrafascial. C, Subfascial. D, Intraperitoneal. E, "Sandwich" technique—the deep mesh can be placed in the subfascial (as depicted) or in the intraperitoneal plane. F, "Cuff" technique—the mesh is wrapped around the margins of the defect on either side of the wound. The mesh-reinforced margins of the defect are then approximated. (- - - - denotes the prosthetic material.)

An onlay technique has been described that should avoid a bowel injury. The mesh is sutured to all layers of the fascia on one side under direct vision, and full-thickness sutures are then placed on the contralateral side and retracted prior to primary suture repair. After the suture repair and primary closure, the retracted sutures are used to secure the mesh over this repair.

Mesh can be placed in the extrafascial, subfascial, or intraperitoneal positions and can be used to support either side of the wound or both surfaces of the fascia (Fig. 5B, C, D, E, and F). Each technique has its supporters.

A number of specific technical points have been described that enhance the likelihood of a successful repair. These include a generous 4- to 8-cm overlapping of the mesh onto the fascia and secure suturing of the prosthetic to the fascia. Failure to adhere to these points has been cited as a cause of recurrence after mesh repairs.[31,45]

### Recurrence

A recurrence after repair of an incisional hernia is obviously worrisome and a cause of great concern for all surgeons. Reported rates in the literature are typically in the 30% to 50% range.[19,33,34] By utilizing the technique of internal retention sutures, Sitzmann and coworkers[41] indicated that this rate can be reduced to 2.5%. The recurrence rates associated with the use of mesh have been reported to be approximately 10%. Typically, recurrences will be small, the result of a limited area of disruption between the mesh and the fascia, and simple repair can be undertaken for this local area. When mesh failures occur, they are frequently secondary to faulty implantation rather than material failure.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398895

07043



mean is placed in
ial. *C,* Subfascial.
d in the subfascial
mesh is wrapped
einforced margins
al.)

bowel injury.
er direct vision,
le and retracted
ary closure, the

intraperitoneal
or both surfaces
ipporters.
that enhance
4- to 8-cm
ine prosthetic
d as a cause of

usly worrisome
n the literature
.ique of internal
iis rate can be
of mesh have
s will be small,
the fascia, and
: failures occur,
material failure.

## SPECIAL INCISIONAL HERNIAS

### Massive Hernia

Patients with massive incisional hernias present with a functional loss of a large portion of their abdominal wall causing protrusion of a substantial portion of the abdominal viscera. Frequently, such hernias are associated with chronic abdominal pain, chronic back pain, and erosion of the overlying skin (Fig. 6). If the abdominal contents persist in the hernia sac, loss of abdominal domain may occur. Stoppa has outlined how loss of domain can lead to diaphragmatic dysfunction and intestinal circulatory congestion.[44]

The technique of introducing a pneumoperitoneum preoperatively to regain abdominal domain was reported in 1947. In more recent years, this technique has rarely been used because of the frequent use of tension-free mesh repairs. Nonetheless, a number of authors still contend that selected patients will benefit from progressive pneumoperitoneum, regardless of the repair utilized.[6,34]

Appropriate preparation for operation is mandatory in patients with massive incisional hernias. In order to reduce the risk of subsequent infection, all skin erosions should be resolved prior to elective repair. Moreover, pulmonary function should be optimized. It is our preference in such patients to utilize a tension-free repair, with prosthetic material being placed in either the intraperitoneal or the extrafascial position. Wide drainage should be utilized in order to eliminate dead space and fluid accumulation.



**Figure 6.** Massive incisional hernia. This patient has undergone many failed attempts at repair. This hernia arose as a complication of an abdominal gunshot wound in the remote past. *A,* Frontal view; inset shows close-up of skin erosion from the massive hernial process. *B,* Lateral view.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          **ETH.MESH.06398896**

568    SANTORA & ROSLYN

07044

## Parastomal Hernia

Patients with a parastomal hernia usually present with a bulge and some discomfort at the area of their stoma. Moreover, this lesion typically results in difficulty securing the ostomy appliance to the skin. Parastomal hernia is believed to be a more common complication with a colostomy than an ileostomy.[42] Construction of an ostomy lateral to the rectus sheath results in a significant increase in hernia formation. Because of the likelihood of recurrence after repair of parastomal hernias,[37] a number of authors have begun to utilize mesh or relocation of the stoma to a new site.[1]

## Incisional Hernia with Enterocutaneous Fistula

Enterocutaneous fistulae are frequently associated with significant abdominal wall defects and large hernias. These problems provide a significant challenge for even the experienced clinician. Management should be directed at control of the fistula, after which consideration is given to the ultimate and definitive abdominal wall repair. Once the fistula has been resolved or controlled, the abdominal wall can be reconstructed with standard techniques. Use of mesh and a myocutaneous flap has been advocated by a number of authors in this setting.[28, 50]

## SUMMARY

Incisional hernias are a relatively common occurrence after abdominal operations, having been reported to occur in 2% to 11% of all patients undergoing such procedures. Although many hernias become manifest early, others may not be noted until many years after the index procedure. Predisposing factors for incisional hernia have been well described, and several of these can be altered by the surgeon, including the technique employed for repair. For many years, the repair of incisional hernia was associated with a high recurrence rate. In more recent years, the introduction of sythetic prosthetic materials has provided the opportunity to perform a tension-free repair, thereby reducing the rate of recurrence.

## References

1. Baker RJ: Incisional hernia. *In* Nyhus LM, Condon RE (eds): Hernia, ed 3. Philadelphia, JB Lippincott, 1989, p 567
2. Bauer JJ, Salky BA, Gelernt IM, et al: Repair of large abdominal wall defects with expanded polytetrafluoroethylene (PTFE). Ann Surg 206:765–769, 1987
3. Blomstedt B, Welin-Berger T: Incisional hernias. Acta Chir Scand 138:275–278, 1972
4. Brown GL, Richardson JD, Malangeoni MA, et al: Comparison of prosthetic materials for abdominal wall reconstruction in the presence of contamination and infection. Ann Surg 201:705, 1984
5. Bucknall TE, Cox PJ, Ellis H: Burst abdomen and incisional hernia: A prospective study of 1129 major laparotomies. Br Med J 284:931–933, 1982
6. Caldirone MW, Romano M, Bozza F, et al: Progressive pneumoperitoneum in management of giant incisional hernias: A study of 41 patients. Br J Surg 77:306–308, 1990

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.06398897**

07045

resent with a bulge and some
this lesion typically results in
e skin. Parastomal hernia is
th a colostomy than an ileos-
he rectus sheath results in a
of the likelihood of recurrence
authors have begun to utilize

. . .

ciated with significant abdom-
oblems provide a significant
r        ent should be directed
n      iven to the ultimate and
la has been resolved or con-
vith standard techniques. Use
cated by a number of authors

. . .

i occurrence after abdo;   al
2% to 11% of all patients
ernias become manifest early,
the index procedure. Predis-
vell described, and several of
the technique employed for
hernia was associated with a
introduction of sythetic pros-
perform a tension-free repair,

. . .

RE (eds): Hernia, ed 3. Philadel-

rge abdominal wall defects with
g 206:765–769, 1987
ta Chir Scand 138:275–278, 1972
omparison of prosthetic materials
of contamination and infection.

incisional hernia: A prospective
.–933, 1982
ogressive pneumoperitoneum in
41 patients. Br J Surg 77:306–308,

7. Chan STF, Esufali ST: Extended indications for polypropylene mesh closure of the abdominal wall. Br J Surg 73:3–6, 1986
8. Dare FO, Lawal OO: Experience with 29 cases of female ventral incisional hernias in Ile-Ife, Nigeria. Int J Gynaecol Obstet 36:29–32, 1991
9. Deitch EA, Engel JM: Ultrasonic diagnosis of surgical diseases of the anterior abdominal wall. Surg Gynecol Obstet 151:484–486, 1980
10. Deitel M, Alhindawi R, Yamen M, et al: Dexon Plus versus Maxon fascial closure in morbid obesity: A prospective randomized comparison. Can J Surg 33:302–304, 1990
11. Douglas DM: The healing of aponeurotic incisions. Br J Surg 40:79–84, 1952
12. Durden JG, Pemberton LB: Dacron mesh in ventral and inguinal hernias. Am Surg 40:662–665, 1974
13. Ellis H, Bucknall TE, Cox PJ: Abdominal incisions and their closure. Curr Probl Surg 22(4):1–51, 1985
14. Ellis H, Coleridge-Smith PD, Joyce AD: Abdominal incisions—Vertical or transverse? Postgrad Med J 60:407–410, 1984
15. George CD, Ellis H: The results of incisional hernia repair: A twelve year review. Ann R Coll Surg Engl 68:185–187, 1986
16. Goligher JC, Irvin TT, Johnston D, et al: A controlled clinical trial of three methods of closure of laparotomy wounds. Br J Surg 62:823–892, 1975
17. Heydorn WH, Velanovich V: A five year U.S. Army experience with 36,250 abdominal hernia repairs. Am Surg 56:596–600, 1990
18. Houck JP, Rypins EB, Sarfeh IJ, et al: Repair of incisional hernia. Surg Gynecol Obstet 169:397–399, 1989
19. Hugh TB, Chen FC, Hugh TJ: Divarication of the recti, or abdominal incisional hernia? A simple differentiating clinical test. Aust NZ J Surg 61:819–820, 1991
20. Kaufman ZS, Engelberg M, Zager M: A late complication of Marlex mesh repair. Dis Colon Rectum 24:543–544, 1981
21. Kendall SWH, Brennan TG, Guillou PJ: Suture length to wound length ratio and the integrity of midline and lateral paramedian incisions. Br J Surg 78:705–707, 1991
22. Lamont PM, Ellis H: Incisional hernia in re-opened abdominal incisions: An overlooked risk factor. Br J Surg 75:374–376, 1988
23. Langer S, Christiansen J: Long-term results after incisional hernia repair. Acta Chir Scand 151:217–219, 1985
24. Larson GM, Harrower HW: Plastic mesh repair of incisional hernias. Am J Surg 135:559–563, 1978
25. Larson GM, Vandertoll DJ: Approaches to repair of ventral hernia and full-thickness losses of the abdominal wall. Surg Clin North Am 64:335–349, 1984
26. Manninen MJ, Lavonius M, Perhoniemi VJ: Results of incisional hernia repair: A retrospective study of 172 unselected hernioplasties. Eur J Surg 157:29–31, 1991
27. Matapurka BC, Gupta AK, Agarwal AK: A new technique of "Marlex-peritoneal sandwich" in the repair of large incisional hernias. World J Surg 15:768–770, 1991
28. McNeill PM, Surgerman HJ: Continuous absorbable vs interrupted nonabsorbable fascial closure. Arch Surg 121:821–823, 1986
29. Molloy RG, Moran KT, Waldron RP, et al: Massive incisional hernia: Abdominal wall replacement with Marlex mesh. Br J Surg 78:242–244, 1991
30. Monaghan RA, Meban S: Expanded polytetrafluoroethylene patch in hernia repair: A review of clinical experience. Can J Surg 34:502–505, 1991
31. Mudge M, Hughes LE: Incisional hernia: A 10 year prospective study of incidence and attitudes. Br J Surg 72:70–71, 1985
32. Pollak R, Nyhus LM: Incisional hernias. In Schwartz SI, Ellis H (eds): Maingot's Abdominal Operations, ed 8. Norwalk, Appleton-Century-Crofts, 1985, pp 335–350
33. Pollock AV, Evans M: Early prediction of late incisional hernias. Br J Surg 76:953–954, 1989
34. Raynor RW, Del Guercio LRM: The place for pneumoperitoneum in the repair of massive hernia. World J Surg 13:581–585, 1989
35. Read RC, Yonder G: Recent trends in the management of incisional herniation. Arch Surg 124:485–488, 1989
36. Rubio PA: Closure of abdominal wounds with continuous nonabsorbable sutures: Experience in 1697 cases. Int Surg 76:159–160, 1991

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398898

07046

37. Rubio PA, Del Castillo H, Alvarez BA: Ventral hernia in a massively obese patient: Diagnosis by computerized tomography. South Med J 81:1307–1308, 1988

38. Sanz LE, Patterson JA, Kamath R, et al: Comparison of Maxon suture with Vicryl, chromic catgut, and PDS sutures in fascial closure in rats. Obstet Gynecol 71:418–422, 1988

39. Schneider R, Herrington JL, Granda AM: Marlex mesh in repair of a diaphragmatic defect later eroding into the distal esophagus and stomach. Am Surg 45:337–339, 1979

40. Schoetz DJ, Coller JA, Veidenheimer MC: Closure of abdominal wounds with polydioxanone: A prospective study. Arch Surg 123:72–74, 1988

41. Sitzmann JV, McFadden DW: The internal retention repair of massive ventral hernia. Am Surg 55:719–723, 1989

42. Sjodahl R, Anderberg B, Bolin T: Parastomal hernia in relation to site of the abdominal stoma. Br J Surg 75:339–341, 1988

43. Soliman S: Anchorage overlapping repair of incisional hernia. J R Coll Surg Edinb 34:140–142, 1989

44. Stoppa RE: The treatment of complicated groin and incisional hernias. World J Surg 13:545–554, 1989

45. Tyrell J, Silberman W, Chandrasoma P, et al: Absorbable versus permanent mesh in abdominal operations. Surg Gynecol Obstet 168:227–232, 1989

46. Urschel JD, Scott PG, Williams HTG: Etiology of late developing incisional hernias—The possible role of mechanical stress. Med Hypoth 25:31–34, 1988

47. Usher FC: Hernia repair with knitted polypropylene mesh. Surg Gynecol Obstet 117:239–240, 1963

48. Validire J, Imbaud P, Dutet D, et al: Large abdominal incisional hernias: Repair by fascial approximation reinforced with a stainless steel mesh. Br J Surg 73:8–10, 1986

49. van der Lei B, Bleichrodt RP, Simmermacher RKJ, et al: Expanded polytetrafluoroethylene patch for the repair of large abdominal wall defects. Br J Surg 76:803–805, 1989

50. Voyles CR, Richardson JD, Bland, KI, et al: Emergency abdominal wall reconstruction with polypropylene mesh: Short-term benefits versus long-term complications. Ann Surg 194:219–223, 1981

51. Wantz GE: Incisional hernioplasty with Mersilene. Surg Gynecol Obstet 172:129–137, 1991.

52. Wechsler RJ, Kurtz AB, Needleman L, et al: Cross-sectional imaging of abdominal wall hernias. AJR 153:517–521, 1989

53. Williams JG, Etherington R, Hayward MWJ, et al: Paraileostomy hernia: A clinical and radiological study. Br J Surg 77:1355–1357, 1990

*Address reprint requests to*

Thomas A. Santora, MD
Department of Surgery
Medical College of Pennsylvania
3300 Henry Avenue
Philadelphia, PA 19129

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398899

## VII.2. T R E A T M E N T   O F   H E R N I A

(SELECTION)

**1 - Repair of inguinal hernia in the adult with PROLEN® mesh**
JA. CAPOZZI? JA. BERKENFIELD, JK.CHERRY
Surgery, Gynecology & Obstetrics. 167:124-8. 1988

**2 - Laparoscopic extraperitoneal treatment of inguinal hernias in adults; A series of 200 cases.**
GL. BEGIN
Endoscopic Surgery & Allied Technologies. 1(4): 204-6. 1993

**3 - Laparoscopic inguinal hernioplasty. Repair with a conventional vs a new self-expandable mesh**
JM  HIMPENS
Surgical Endoscopy. 7(4): 315-8. 1993

**4 - Laparoscopic treatment of inguinal hernias. A personal approach.**
N: KATKOUDA, J. MOUIEL
Endoscopic Surgery & Allied Technologies. 1(4): 19367. 1993

**5 - Laparoscopic herniorrhaphy of inguinal hernia. Reinforcement of the transverse fascia with surgical mesh.**
R. KUNZ, F. SCHUTZE, HG. BEGER
Chirurg. 64(4): 341-5. 1993

**6 - Laparoscopic hernia repair: a preliminary report**
DM. SAILORS, TS. LAYMAN, RP. BURNS, KE. CHANDLER, WL. RUSSEL
American Surgeon. 59(2): 85-9. 1993

**7 - Recurrent inguinal hernia. The surgical procedure and technic.**
S. SOMMARIVA, F. CANNICI, G. CASTRATI, E. FIORONE
Minerva Chirurgica. 48(17): 943-5. 1993

**8 - Early results of laparoscopic intraperitoneal onlay mesh repair for inguinal hernia.**
AC. CHANG, TW. LEE, KW. NG, SC. CHUNG, AK. LI
British Journal of Surgery. 81(12): 1761-1762, 1994

**9 - Transperitoneal technique of preperitoneal mesh implantation in laparoscopic hernioplasty of direct and indirect inguinal hernias**
CT. GERMER, D. ALBRECHT, C. BUTZ, J. SPRODER, A. WONDZINSKI, R; HARING,
Zentralblatt fur Chirurgie. 119 (4): 214-9 , 1994

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.06398900

07048

<14>
Unique Identifier
 93236219
Authors
 Sailors DM.  Layman TS.  Burns RP.  Chandler KE.  Russell WL.
Institution
 Department of Surgery, University of Tennessee College of Medicine,
 Erlanger Medical Center, Chattanooga 37403.
Title
 Laparoscopic hernia repair: a preliminary report.
Source
 American Surgeon. 59(2):85-9, 1993 Feb.
MeSH Subject Headings
 Female
 Follow-Up Studies
 *Hernia, Inguinal/su [Surgery]
 Human

 *Laparoscopy
 Male
 Middle Age
 Pain, Postoperative/ep [Epidemiology]
 Polypropylenes
 Postoperative Complications/ep [Epidemiology]
 Surgical Mesh
 Time Factors
Abstract

 Advances in laparoscopic technique have provided the opportunity to
 perform preperitoneal herniorrhaphy and potentially avoid the morbidity
 associated with open techniques. From January 1991 to May 1992, two
 primary surgeons repaired 63 inguinal hernias (42 indirect, 20 direct, 1
 femoral) on 48 patients using a standardized laparoscopic technique. The
 hernia defect was visualized laparoscopically, and the peritoneum anterior
 to the defect was incised. The hernia sac was dissected from the inguinal
 canal. The hernia defect was then loosely packed with rolled 1 x 6-inch
 polypropylene mesh (average number of rolls used was 3.4). A sheet of
 polypropylene mesh (average 5 x 8 cm) was then placed over the mesh rolls
 and the hernia defect and anchored with an endostapler. The peritoneum was
 closed over the mesh sheet with standard laparoscopic clips. There were 44
 males and 4 females in the study group. The mean age was 55 years (range,
 17-89 years). The mean follow-up was 5.8 months (range, 1-12 months).
 Thirty-three patients underwent unilateral hernia repair, and 15 patients
 underwent bilateral hernia repair. Clinically unsuspected contralateral
 hernias were identified at the time of laparoscopy in seven patients. The
 mean duration of surgery was 118 minutes (range, 80-165 minutes) for
 bilateral hernia repair, and 70 minutes (range, 45-100 minutes) for
 unilateral hernia repair. All patients with laparoscopic hernia repairs
 were treated on a same-day or less-than-24-hour in-hospital stay.
 Complications were designated as minor, moderate, or severe. There were 14
 minor complications, which included subcutaneous hematomas at the trocar
 site, scrotal ecchymosis, groin swelling emphysema, and testicular
 asymmetry.(ABSTRACT TRUNCATED AT 250 WORDS)
Registry Numbers
 0 (Polypropylenes).

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.06398901**

07049

<12>
Unique Identifier
 93245579
Authors
 Kunz R.  Schutze F.  Beger HG.
Institution
 Abteilung fur Allgemeine Chirurgie, Universitat Ulm.
Title
 [Laparoscopic herniorrhaphy of inguinal hernia. Reinforcement of the
 transverse fascia with surgical mesh]. [German]
Original Title
 Laparoskopischer Bruchpfortenverschluss der Leistenhernie. Verstarkung der
 Fascia transversalis mit Netz.
Source
 Chirurg.  64(4):341-5, 1993 Apr.
MeSH Subject Headings
 Adult
 Aged
 English Abstract
 Fascia/su [Surgery]
 Female
 *Hernia, Inguinal/su [Surgery]
 Human
 *Laparoscopy/is [Instrumentation]
 Male
 Middle Age
 *Polypropylenes
 *Postoperative Complications/su [Surgery]

 Recurrence
 Reoperation
 *Surgical Mesh
Abstract

 A basic principle of inguinal herniorrhaphy is the reconstruction of the
 transverse fascia. This laparoscopic technique described, consists in an
 augmentation of the transverse fascia by nonabsorbable mesh in
 pre-peritoneal position. Some aspects should be recommended for
 laparoscopic herniorrhaphy: The anatomic structures must be dissected
 exactly. The prosthetic mesh should be fixed to the fascia by multiple
 staples. With indirect inguinal hernias the mesh should encircle the
 spermatic cord.
Registry Numbers
 0 (Polypropylenes).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                ETH.MESH.06398902

07050

&lt;9&gt;
Unique Identifier
  94119451
Authors
  Sommariva S.  Cannici F.  Castrati G.  Fiorone E.
Institution
  Divisione di Chirurgia Generale, Ospedale Evangelico Internazionale,
  Genova.
Title
  [Recurrent inguinal hernia. The surgical procedure and technic]. [Italian]
Original Title
  L'ernia inguinale recidiva. Tattica e tecnica chirurgica.
Source
  Minerva Chirurgica.  48(17):943-5, 1993 Sep 15.
MeSH Subject Headings
  Aged
  English Abstract
  Follow-Up Studies
  Hernia, Inguinal/ep [Epidemiology]
  *Hernia, Inguinal/su [Surgery]
  Human
  Italy/ep [Epidemiology]
  Male
  Middle Age
  Polyethylenes
  Polypropylenes
  Recurrence
  Surgical Mesh
Abstract
  The authors describe two years and six months of personal experience in
  the treatment of recurrent inguinal hernia with polypropylene mesh. There
  was a follow-up with controls every 6 months with excellent results. From
  the data of the operation we programmed a further control 1'after 5 and 10
  years. Considering the limited number of cases and the fact that the
  follow-up is not yet at completion, the information is provided as
  preliminary.
Registry Numbers
  0 (Polyethylenes).  0 (Polypropylenes).  9002-88-4 (plastipore).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398903

07051

<7>
Unique Identifier
  94326264
Authors
  Katkhouda N.  Mouiel J.
Institution
  Department of Surgery, University of Nice School of Medicine, France.
Title
  Laparoscopic treatment of inguinal hernias. A personal approach.
Source
  Endoscopic Surgery & Allied Technologies. 1(4):193-7, 1993 Aug.
MeSH Subject Headings

  Follow-Up Studies
  Hernia, Inguinal/cl [Classification]
  Hernia, Inguinal/pa [Pathology]
  *Hernia, Inguinal/su [Surgery]
  Human
  Iliac Artery/pa [Pathology]
  Length of Stay
  Ligaments/pa [Pathology]
  Peritoneum/su [Surgery]
  Polypropylenes
  Psoas Muscles/ir [Innervation]
  Recurrence
  Stomach/bs [Blood Supply]
  Surgery, Laparoscopic/ae [Adverse Effects]
  Surgery, Laparoscopic/is [Instrumentation]
  Surgery, Laparoscopic/mt [Methods]
  *Surgery, Laparoscopic
  Surgical Mesh
  Surgical Staplers
  Umbilical Arteries/pa [Pathology]
Abstract

  Laparoscopic hernia repair has suffered from a lack of careful anatomical
  appreciation and the application of sound surgical principles. Key
  anatomical landmarks which must be clearly identified in every hernia
  repair are Cooper's ligament, the umbilical artery and the epigastric
  vessels. The preperitoneal transabdominal mesh repair is the technique
  advocated by the authors. Between January 1991 and February 1993, 180
  hernias were repaired. One hernia has recurred. Morbidity was minimal,
  with no major complication. The hospital stay was 1.3 days and the
  majority of patients returned rapidly to full activity. The best
  indications for laparoscopic hernia repair are recurrent hernias, a large
  hernia in patients with a weak muscular abdominal wall and bilateral
  hernias, for which the technique is considered ideal.
Registry Numbers
  0 (Polypropylenes).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398904

07052

Authors
  Begin GF.
Institution
  Clinique Sainte-Marthe, Dijon, France.
Title
  Laparoscopic extraperitoneal treatment of inguinal hernias in adults. A
  series of 200 cases.
Source
  Endoscopic Surgery & Allied Technologies.  1(4):204-6, 1993 Aug.
MeSH Subject Headings
  Adult
  Aged
  Aged, 80 and over
  Female
  Follow-Up Studies
  *Hernia, Inguinal/su [Surgery]
  Human
  Iliac Artery/su [Surgery]
  Iliac Vein/su [Surgery]
  Length of Stay
  Ligaments/su [Surgery]
  Male
  Middle Age
  Pain, Postoperative/et [Etiology]
  Peritoneum
  Polypropylenes
  Polytetrafluoroethylene
  Psoas Muscles/su [Surgery]
  Recurrence
  Surgery, Laparoscopic/ae [Adverse Effects]
  Surgery, Laparoscopic/is [Instrumentation]
  Surgery, Laparoscopic/mt [Methods]
  *Surgery, Laparoscopic
  Surgical Mesh
  Surgical Staplers
Abstract
  Laparoscopic repair of 200 inguinal hernias by the preperitoneal approach
  is described. The technique uses a large mesh either of polypropylene or
  of ePTFE-Goretex. The average duration of the procedure was 45 minutes for
  unilateral hernias and 71 minutes for bilateral hernias. Postoperative
  pain was minimal and complications rare (no infection, one deep vein
  thrombosis). The mean duration of hospital stay was 44 hours. At a maximum
  follow-up of 22 months only one hernia has recurred. This technique of
  hernia repair has the advantage of minimal postoperative pain and early
  return to work with minimal recurrence of the hernia.
Registry Numbers
  0 (Polypropylenes).  9002-84-0 (Polytetrafluoroethylene).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                     ETH.MESH.06398905

07053

<5>
Unique Identifier
  94262334
Authors
  Germer CT. Albrecht D. Butz C. Sproder J. Wondzinski A. Haring R.
Institution
  Abteilung fur Allgemein, Gefass- und Thoraxchirurgie, Freien Universitat
  Berlin.
Title
  [Transperitoneal technique of preperitoneal mesh implantation in
  laparoscopic hernioplasty of direct and indirect inguinal hernias].
  [German]
Original Title
  Die transperitoneale Technik der praperitonealen Netzimplantation zur
  laparoskopischen Hernioplastik direkter und indirekter Leistenhernien.
Source
  Zentralblatt fur Chirurgie. 119(4):214-9, 1994.
MeSH Subject Headings
  Adult
  Aged
  Aged, 80 and over
  English Abstract
  Female
  Follow-Up Studies
  *Hernia, Inguinal/su [Surgery]
  Human
  Male
  Middle Age
  *Polypropylenes
  *Postoperative Complications/su [Surgery]
  Prospective Studies
  Recurrence
  Reoperation
  *Surgery, Laparoscopic
  *Surgical Mesh
  Suture Techniques
Abstract
  The method of transperitoneal application of a large polypropylene-mesh in
  the preperitoneal space for laparoscopic inguinal hernia repair is
  described. The own experiences with a total number of 64 inguinal hernias
  are presented. The technique takes the principle of conventional hernia
  repair into account and appears to be a safe and effective way to repair
  indirect and direct inguinal uni- or bilateral hernias. During a mean
  follow-up of 24 weeks one recurrence occurred resulting from an inadequate
  application of the mesh. The technique presented is effective for
  laparoscopic inguinal hernia repair with low morbidity. Long-term
  follow-up is needed to determine late recurrence rate.
Registry Numbers
  0 (Polypropylenes).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398906

07054

<2>
Unique Identifier
  95128739
Authors
  Chan AC.  Lee TW.  Ng KW.  Chung SC.  Li AK.
Institution
  Department of Surgery, Prince of Wales Hospital, Chinese University of
  Hong Kong, Shatin.
Title
  Early results of laparoscopic intraperitoneal onlay mesh repair for
  inguinal hernia.
Source
  British Journal of Surgery.  81(12):1761-2, 1994 Dec.
MeSH Subject Headings
  Adolescence
  Adult

  Aged
  Aged, 80 and over
  Female
  *Hernia, Inguinal/su [Surgery]
  Human
  Length of Stay
  Male
  Middle Age
  *Polypropylenes
  Surgery, Elective
  *Surgery, Laparoscopic/mt [Methods]
  *Surgical Mesh
Abstract

  Over a 15-month period, 39 patients (37 men) of mean age 52 years
  underwent laparoscopic inguinal hernia repair. Seven patients had
  bilateral hernia. Forty-six hernias (33 indirect, five direct, eight both
  direct and indirect) were repaired. A piece of polypropylene mesh
  measuring 8 x 10 cm was used to cover the direct and indirect spaces with
  an endoscopic multifeed hernia stapler. The mean operating time for
  unilateral and bilateral repair was 49 and 63 min respectively (range
  25-90 min). One-third of patients required no postoperative analgesia and
  only seven had more than one injection of pethidine. The median
  postoperative stay was 1 (range 1-3) days. The mean period to resumption
  of daily activities was 7 (range 4-21) days. Three patients complained of
  paraesthesia of the lateral aspect of the thigh and one developed a
  hydrocele. Two recurrences were noted on follow-up at 3 months.
Registry Numbers
  0 (Polypropylenes).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398907

07055

<1>
Unique Identifier
  93355378
Authors
  Himpens JM.
Institution
  Department of General Surgery, Algemene Kliniek H. Familie, Gent, Belgium.
Title
  Laparoscopic inguinal hernioplasty. Repair with a conventional vs a new
  self-expandable mesh [see comments].
Source
  Surgical Endoscopy.  7(4):315-8, 1993 Jul-Aug.
MeSH Subject Headings
  Alloys
  Comparative Study
  Female
  *Hernia, Inguinal/su [Surgery]
  Human
  *Implants, Artificial
  Male
  Polyethylene Terephthalates
  Polypropylenes
  Postoperative Complications/ep [Epidemiology]
  Prospective Studies
  Recurrence
  *Surgery, Laparoscopic
  *Surgical Mesh
  Surgical Staplers
  Time Factors
Abstract

  Laparoscopic hernioplasty was performed in a prospective fashion in 100
  inguinal hernias in 66 patients. When available, a self-expanding
  prosthesis of Mersilene, strengthened with a cross- or star-shaped wire of
  Nitinol, was used without fixation (group B, 43 hernias). When this
  prosthesis was not available, a "classic" Prolene prosthesis was used,
  placed preperitoneally, and stapled according to the technique of Corbitt
  (group A, 57 hernias). This study compares the results of the two
  techniques. The use of a mesh-expanding Nitinol frame significantly
  shortens the operating time. Since two recurrences appeared in this group,
  we suggest that this modified mesh should also be stapled in place.
Registry Numbers
  0 (Alloys).  0 (Polyethylene Terephthalates).  0 (Polypropylenes).
  25038-59-9 (Lavsan).  52013-44-2 (nitinol).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398908

# REPAIR OF INGUINAL HERNIA IN THE ADULT
## WITH PROLENE* MESH

07056

Joseph A. Capozzi, M.D., F.A.C.S., J. Alan Berkenfield, M.D., and
John K. Cherry, M.D., F.A.C.S., La Jolla, California

*Three surgeons in the private practice of general surgery began to use Prolene* (polypropylene) mesh in the treatment of all a but inguinal hernias in 1978. The reason for using this technique was to perform a truly tension-free repair to reduce the recurrence rate and produce less pain and disability postoperatively. The rationale for using Prolene as the mesh material is discussed in relation with the other materials available. The technique is outlined in detail along with precautions to decrease the already low recurrence rate documented in this series.*

*From 1978 through 1985, 745 repairs were analysed. The complication and recurrence rates were minimal, and the follow-up rate was 87 per cent. A plea is made not to report recurrence rates without follow-up rates. This technique is simple and effective and should be seriously considered in the treatment of hernias occurring in adults.*

THE RECENT EXPERIENCES of three surgeons in the private practice of general surgery at one hospital in the surgical treatment of inguinal hernias occurring in adults is presented herein. All of the hernias were repaired with Prolene® (polypropylene) mesh whether they were initial or recurrent. This technique was used in the repair of hernias of the abdominal wall as well; however, our study will concern itself with inguinal hernias. The mesh was used in all instances of inguinal hernias except in the pediatric patient or young adult with an obvious congenital indirect sac and no weakness of the abdominal wall. The reasons for using the mesh are quite simple. When the mesh is sutured into tension-free tissues, there is less postoperative pain and disability. The recurrence rate should be less than conventional repairs because of less tension and because of the fibroblastic proliferation produced by the mesh in the inguinal floor. This study was conducted from 1978 through 1985 and included 745 repairs.

From the Department of Surgery, Scripps Memorial Hospital, La Jolla.

Reprint requests: Dr. Joseph A. Capozzi, 9844 Genesee Avenue, Suite 211, La Jolla, California 92037.

## PATIENTS AND METHODS

Between 1978 and 1985, we performed a Prolene mesh repair 745 times upon 579 patients. We contacted 651 patients after repairs with an average follow-up period of 5.06 years (Fig. 1).

There were 745 herniorrhaphies performed upon 579 patients (Fig. 2). Of these patients, 542 were men and 37, women. The hernias were direct in 337, indirect in 281 and combined in 127. Sixty were sliding, 22 were incarcerated and 84 were recurrent. Ninety-four patients were lost to follow-up study, leaving 651 repairs for analysis.

## OPERATIVE TECHNIQUES

Basically, exposure is obtained by splitting the external oblique fascia in the direction of its fibers through the external inguinal ring. The spermatic cord or round ligament is then elevated out of the inguinal canal. An indirect inguinal hernial sac is then searched for and, if present, is entered, and internal palpation is done to document the presence or absence of femoral or direct hernial defects, or both. The sac is then ligated with both a pursestring suture and another suture high in the neck, and the excess sac is removed. If there is no indirect sac, the transversalis fascia is minimally opened to search for a femoral hernia. If a femoral hernia is encountered, it is reduced. The mesh can be made to cover this defect by simply cutting a flap into it and sewing this down to Cooper's ligament or by inserting a separate rolled-up plug of Prolene mesh about 2 centimeters long, which is wide enough to insert into the femoral canal to occlude the space and not compromise the femoral vessels, and secured by three 2-0 Prolene sutures—one medially, laterally and superiorly. If the plug is used, the mesh can then be sutured in place in the usual manner. Direct hernial defects are controlled by loosely imbricating the attenuated transversalis fascia where it is redundant. The round ligament is usually sacrificed in women, but can be left intact, if desired. The ilioinguinal nerve is usually left intact

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398909

Case 2:12-md-02327 Document 2058-20 Filed 04/21/16 Page 47 of 55 PageID #: 42393

07057

on the anterior surface of the spermatic cord or round ligament or retracted medially or laterally out of the way. A tract is then used to mark out the distance from the pubic tubercle laterally and superiorly along the shelving edge of the inguinal ligament to a point some 3 to 4 centimeters lateral and superior to the internal inguinal ring (Fig. 2, A to G). The distance from the inguinal ligament medially to strong internal oblique fascia or rectus sheath, or both, provides the other dimension of the mesh prosthesis (Fig. 2, D to E). At our hospital, the mesh is precut and packaged sterile in 8 by 10 centimeter sheets to reduce the cost to the patient to $39.50. The mesh prosthesis is usually rectangular in shape with a medial and inferior end trimmed into an ovoid configuration to conform to the curve of the internal oblique and transversalis fascia as they converge upon the pubic tubercle. A keyhole is made to permit egress of the spermatic cord or round ligament (Fig. 3) at the internal inguinal ring, usually conveniently measured from the pubic tubercle to the inferior surface of the spermatic cord (Fig. 2, A to B) or round ligament as it exits beneath the internal oblique muscle and about 1 centimeter medial to the inguinal ligament. If the spermatic cord or round ligament has been sacrificed, no keyhole is needed. Care is taken not to include the nerves in suturing the mesh in place with a continuous 2-0 Prolene suture. Another suture is needed to close the slit part of the keyhole. This is a very important suture (Figs. 4 and 5). The mesh can be made to fit any configuration in the inguinal area but should be large enough to be at least 2 centimeters above the spermatic cord or round ligament. The most dangerous time to suture the nerve is while closing the slit of the keyhole. The spermatic cord or round ligament is then laid down on the mesh and the nerves restored to the anatomic positions and the external oblique closed anterior to this with a continuous 4-0 absorbable suture. The subcutaneous and skin layers are closed individually by various techniques.

**RESULTS**

The poor results were classified as those being residual pain, removal of the mesh and recurrence. This number totaled eight patients in the poor result category. The remainder of the patients were extremely satisfied with the results. The number of repairs lost to follow-up study was 94.

Seven patients in this series had a subcutaneous wound infection, which, in two instances, went



FIG. 1. Diagram of average follow-up study of 5.06 years.

down to the mesh layer. None of these needed removal of the mesh and all healed with simple drainage and packing and other conservative measures. No prophylactic antibiotics were used unless the hernia operation was done in conjunction with another procedure. Four patients had seromas develop, which resolved with simple aspiration. Postoperative pain caused by nerve entrapment was a fleeting problem in several patients and is residual in one patient. A few patients needed nerve blocks for relief of pain in this area; almost all subsided spontaneously. Three patients had the mesh removed for either discomfort or psychologic reasons. Four patients had recurrences of whom one patient underwent reoperation. The recurrence was found to be at the internal inguinal ring where the opening in the mesh was not closed. The other three have decided not to undergo an operation at this time. One of these recurrences is thought to be femoral, one medial and one superior to the insertion of the mesh. The importance of closing the keyhole slit and making the mesh large enough cannot be over-emphasized: it could have eliminated these recurrences. Postoperative disability has been reduced greatly with this techique.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398910

07058

126. Surgery ... ...   August 1988   ... ...



FIG. 2. Diagram of inguinal floor showing measurement dimensions. *A* to *C, D* to *E* and *A* to *B*

## DISCUSSION

The technique of using mesh in hernial repair is not new, but surgeons have been reluctant to use mesh in a hernia unless it was a recurrent one. The teaching was that mesh is a foreign body and should not be used unless the tissues were too weak to maintain their integrity. This was based upon the mesh materials available at that time, which had basic problems. The tantalum wire mesh could break and splinter, producing areas of weakness and pain. Mersilene® (polyester fiber) has a tendancy toward infection and foreign body granulation. Marlex® (polypropylene) and Prolene are both monofilament polypropylene and have been shown to be resistant to infection. Prolene molds itself to the body creases because of the method of doubled knitting, which interlinks each junction to produce bidirection elastic properties.



FIG. 3. Prolene® (polypropylene) cut mesh with keyhole.

It can be trimmed to any configuration without unraveling. It is very strong, able to stand 250 pounds of pressure per square inch. A dense fibrous reaction takes place around and through the mesh, and this, in addition, strengthens the inguinal floor.

The idea was entertained that using mesh in the patients with direct hernias would reduce the tension on the tissues and, therefore, decrease postoperative pain and disability as well as reduce the recurrence rate because of the decreased tension and stronger inguinal floor. Using the mesh in adult patients with indirect hernias and a relatively normal inguinal floor would be added insurance against developing a direct hernia later in life.

What are the disadvantages of using mesh on all adult patients with inguinal hernias? The first objection is that it is a foreign body and could be rejected. We have not found this to occur in more than 1,000 instances of hernias of the abdominal wall. Another objection is that, if infection occurred, it could possibly necessitate removal of the mesh and compromise the hernia repair. Again this was not borne out in this series, and others have reported the resistance to infection of the mesh. The only problem encountered in this series in using the mesh was one of incorporating the ilioinguinal or iliohypogastric nerves, or both, in suturing the mesh in place. This can result in pain postoperatively, which readily responds to a few nerve blocks until the reaction subsides, usually about six weeks. This complication can be avoided by attention to detail while suturing the mesh.

Some patients cannot psychologically adapt themselves to the idea that a foreign body is being inserted into their bodies. These patients are usually screened out by informed consent during the preoperative office visit.

Most patients undergo treatment as outpatients. These patients are told to perform any physical activities they wish to within the realm of their discomfort. They are also told that "if it hurts, don't do it or do it very carefully and gently." This may last up to seven days, but is usually less. Since the mesh is sutured in place anatomically with no tension by pulling tissues together, the postoperative discomfort is markedly decreased. The only limitation put on the patients is that they are not to drive a car until they believe that they can move their leg quickly enough and with adequate force to produce a panic stop in traffic to avoid an accident. They are usually back to work within the week, with some

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398911

Capozzi et al.   REPAIR OF INGUINAL HERNIA ... ... ... MESH   127

07059



FIG. 4

FIG. 5

FIG. 4. Suturing the mesh into place
FIG. 5. Completion of suturing of mesh

individuals returning to sedentary jobs within three days. Bilateral hernias are performed at the same time.

We removed the mesh in one patient because of pain. (This patient required psychiatric care and eventually had an orchiectomy performed by another physician.) The mesh was removed four months postoperatively and histologic examination revealed the marked fibrotic reaction seen in Figures 6 and 7. The gross specimen was quite impressive because of the strength of the fibrotic reaction. The strength of the mesh added to the fibroblastic proliferation that occurs within the mesh produces a very strong inguinal floor. Prolene mesh was used because of its strength, ability to withstand infection, immediate fibroblastic



FIG. 6

FIG. 7

FIG. 6. Lumens represent areas where the mesh filaments were removed. Areas between reveal the fibroblastic reaction. Hemotoxylin and eosin, ×200.
FIG. 7. Histiocytes lining the lumen that held the Prolene® (polyproylene) strand with fibroblastic reaction around it. Hemotoxylin and eosin, ×200.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.06398912

07060

128   Surgery Gynecology & Obstetrics   August 1988   Volume 167

reaction and easy handling characteristics. Mersilene is braided Dacron* (polyester fiber) and is subjected to infection. Marlex seems stiffer than Prolene and does not handle with the same flexibility. Gore-tex* (reinforced polytetrafluoroethylene) does not produce enough of a reaction initially to hold it in place and must rely totally on the sutures to keep it secure. The area superior to the cord that the mesh is secured to is internal oblique muscle. The muscle has little holding quality and suturing with Gore-tex could easily pull out and result in a recurrence. Prolene causes enough of an initial reaction to hold it in place until the stronger fibroblasts secure it permanently. The thought at this time is that Prolene is the most ideal mesh prosthetic for this situation.

## SUMMARY

This technique should be adopted by more surgeons in the treatment of the repair of inguinal hernias in adult patients. The caveats in using this technique are 1, do not use mesh in a teenager who has a strong inguinal floor or in a patient who does not want the mesh, 2, make certain the mesh is large enough to go well above the internal inguinal ring and over to good fascia medially, 3, close the keyhole slit, 4, avoid incorporating nerves in suturing the mesh in place, and 5, examine the femoral canal carefully. The advantages to this techinque are that it is easy to perform technically, can be done on an outpatient basis using local anesthesia, if desired, causes less pain and disability than other methods, and has a recurrence rate less than other methods if performed correctly.

### REFERENCE

KAUFMAN, M., WEISSBERG, D., and BIDER, D. Repair of recurrent inguinal hernia with Marlex mesh. Surg. Gynecol. Obstet., 1985, 160. 505-506.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          **ETH.MESH.06398913**

## VIII.  R I S K   A N A L Y S I S

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398914

PROLENE® Mesh was put on the US market in 1973. At that time, the regulations did not require risk analysis as described in EEC Directive 93/42 relating to medical devices.

The table summarizing the risk analysis related to the use of PROLENE® Mesh has since been drawn up. The study of the characteristics identified as possibly presenting a risk to the patient shows that this risk is acceptable considering the benefit brought by the use of these devices.

### 1992

11717 units sold by France ⇒ 2 complaints registered and confirmed by the laboratories for the reason "cover imprinting error."

### 1993

13872 units sold by France ⇒ 1 complaint registered and confirmed by the laboratories for the reason "product does not correspond to stated dimensions." 6 complaints are registered but none was confirmed after investigation.

### 1994

14481 units sold by France ⇒ 2 complaints are registered and confirmed by the laboratories for the reasons "absence of product in blister" and "empty pack."

None of the complaints registered call into question the sterility of the products nor biological problems (suppuration, abscess, etc.).
The ratio of complaints/number of units sold is very low. The level of complaints registered by the laboratory over the last three years of sale in France permits the conclusion that the use of PROLENE® Mesh does not call into question the safety of the patient.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          **ETH.MESH.06398915**

| ref EN 1441 | Characteristics 4.2 | Danger 4.3 | Risk for Patient 4.4 | Frequency 4.4 | Acceptance 4.5 | Modification 4.6 | Other Danger 4.7 | Final Acceptance 4.8 |
|---|---|---|---|---|---|---|---|---|
| 4.2-a | Users: -Surgeon -Dressings nurse -Instrument Environment Operating block | Lack of asepsis: -Poor delivery | Critical risk | Low | No | Persnl. training User instructions | No | Yes |
|  |  | -Cutting of gloves by wrapping | Critical risk | Low | No | Persnl. training | No | Yes |
| 4.2-b | Contact: -Total implantation Contact time: -Long term Invasive contact: -Yes Frequency -Associated w/numbers & type of surgical operations | Biological incompatibility | Allergy, extrusion | Very low | Yes | Biocompatibility tests review | No | Yes |
|  |  | Risk of sepsis | Critical risk | Very low | Yes | Sterility level: $10^{-4}$ | No | Yes |
| 4.2-c | Mesh: propylene thread | Biological incompatibility | Extrusion | Very low | Yes | Biocompatibility History | No | Yes |
|  |  | Cutting error defective appearance, damaged mesh, resistance to bursting too low | Incorrect performance | Low | No | NQA checks SM during manufacture | No | Yes |
|  |  | Presence of foreign substances | Product unusable | Low |  |  |  |  |
| 4.2-d | Not applicable |  |  |  |  |  |  |  |
| 4.2-e | Not applicable |  |  |  |  |  |  |  |
| 4.2-f | Not applicable |  |  |  |  |  |  |  |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398916

ETHNOR S.A. - Technical File on PROLENE® Mesh - BP - July 1995

Section 8    Page 4

| ref EN 1441 | Characteristics 4.2 | Danger 4.3 | Risk for Patient 4.4 | Frequency 4.4 | Acceptance 4.5 | Modification 4.6 | Other Danger 4.7 | Final Acceptance 4.8 |
|---|---|---|---|---|---|---|---|---|
| 4.2-g | Sterile device Simple use | Non sterility-risk of sepsis | Critical risk | Low | No | Validation acc. to EN556 (sterility level 10⁻⁶) Instructions for use | No | Yes |
| | Wrapping: | Incomplete sealing, perforated or damaged blister, absence of lacquer on Tyvek®, presence of foreign substances. | Non-maintenance of sterility Critical risk | Low | | | | |
| | | Sealing width inadeq., blister damaged without perforation | Moderate risk | Low | No | NQA checks SM during manufacture | No | Yes |
| | | Foreign substances: secondary pack | Low risk | Low | | | | |
| | Maintenance of sterility -5 years Sterilization proc. -ethylene oxide | Device not sterile, degradation of performance | Critical risk | Very low | No | Verification of stability, incl. sterility | No | Yes |
| | | Non-sterility, modification of performance | Critical risk | Very low | No | Validation acc. to Std. EN550 Validation of Finished Prod. | No | Yes |
| 4.2-h | Not applicable | | | | | | | |
| 4.2-i | Not applicable | | | | | | | |
| 4.2-j | Not applicable | | | | | | | |
| 4.2-k | Not applicable | | | | | | | |
| 4.2-l | Not applicable | | | | | | | |

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETHNOR S.A. - Technical File on PROLENE® Mesh - BP - July 1995

Section 8     Page 5

| ref<br>EN 1441 | Characteristics<br>4.2 | Danger<br>4.3 | Risk for<br>Patient<br>4.4 | Frequency<br>4.4 | Acceptance<br>4.5 | Modification<br>4.6 | Other<br>Danger<br>4.7 | Final<br>Acceptance<br>4.8 |
|---|---|---|---|---|---|---|---|---|
| 4.2-m | Environmental influence<br><br>-Storage<br><br>-Transport<br><br>-Storage client | Loss of integrity of<br>wrapping<br>Loss of sterility<br>Loss of performance of<br>device | Risk of<br>sepsis<br>Incorrect<br>perform-<br>ance | Low | No | -Review of prod.<br>-Test products<br>stored 20 yrs.<br>-Storage recom.<br>given in User<br>instruction | No | Yes |
| 4.2-n | Not applicable | | | | | | | |
| 4.2-o | Not applicable | | | | | | | |
| 4.2-p | Non applicable | | | | | | | |
| 4.2-q | Expiration date:<br>-5 years<br>-Date of expiration shown on<br>labelling | Information missing,<br>incorrect or illegible | Performance<br>of product | Low | No | NQA checks during<br>manufacture | No | Yes |
| 4.2-r | Delayed effects:<br>-Loss of strength<br><br>Long-term effects:<br>-No known cumulative effect | Mesh no longer<br>functions,<br>dehiscence of wound | Risk is<br>low, known<br>and<br>indicated<br>under "Per-<br>formance of<br>Device"<br>(User In-<br>struction) | Very low | Yes | No | No | Yes |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.06398918