# EXHIBIT Y

CONFIDENTIAL – SUBJECT TO STIPULATION
AND ORDER OF CONFIDENTIALITY

# ETHICON

## a Johnson & Johnson company

January 19, 2005

### Biocompatibility Risk Assessment for Gynecare PROLIFT
### Total Pelvic Floor Repair System

The Gynecare PROLIFT Total Pelvic Floor Repair System is indicated for tissue reinforcement and long-lasting stabilization of fascial structures of the pelvic floor in vaginal wall prolapse where surgical treatment is intended, either as mechanical support or bridging material for the fascial defect. Each system contains one or more of the following components:

1. Gynecare Gynemesh PS Mesh Implant[1]
2. Guide
3. Retrieval Device
4. Cannulas

A biocompatibility assessment plan was developed by CPC based on ISO 10993 Part One and FDA Blue Book General Program Memorandum G-95-1 guidelines. Table 1 summarizes the components and materials of the PROLIFT system[2] along with the type of patient contact. For biocompatibility testing purposes, component (1) was classified as an implant, while components (2), (3) and (4) were considered to be externally communicating, coming into contact with tissues for less than 24 hrs.

The Gynecare Gynemesh PS Mesh is the same as the mesh used in the Gynecare TVT Base and Gynecare TVT Obturator. Per ISO 10993 and FDA G-95 guidelines, no testing is required because equivalent material is being used in equivalent use.

For the externally communicating components, the following biological effects were evaluated in compliance with the FDA-GLP regulations:

1. Cytotoxicity (In vitro, MEM Elution assay)
2. Sensitization (In vivo, Guinea Pig, Magnusson and Kligman, Saline & Sesame Oil Extracts)
3. Intracutaneous reactivity (In vivo, Rabbit, Saline & Sesame Oil Extracts), and
4. Acute systemic toxicity (In vivo, Mouse, Saline & Sesame Oil Extracts).

The Biocompatibility results for the materials are summarized in Table 2. In all cases the results were acceptable. The Biocompatibility testing for Pebax 7033 and Pebax 4033 was done

---

1  The Gynecare Gynemesh PS mesh implant comes in three versions all made of the same material; (i) the anterior mesh implant used for anterior defect repair, (ii) the posterior mesh implant used for posterior defect repair and / or apical suspension, and (iii) The total mesh implant is used for combined anterior, apical and posterior defect repair.

2  Information provided by Project Leader Scott Ciarrocca. See attached memo.

ETH-03891

CONFIDENTIAL – SUBJECT TO STIPULATION
AND ORDER OF CONFIDENTIALITY

2

on natural materials. The presence of the colorant titanium dioxide (2%) and plant-derived zinc stearate (0.5%) as mold release agent in these materials in the final device will be of no toxicological consequence as exposure of humans to these agents is quite common from medicines and food. Additionally, devices and materials containing titanium dioxide and zinc stearate have been tested successfully for biocompatibility[3].

The percent composition of 316LVM for the Guide Needles with respect to Si and Mn, is within the specifications of 316 stainless steel, a material approved for surgical instruments[4,5]. With regard to the percent composition of C, P, S, Cr and N, their content in 316LVM is less or equal to the percent composition of other austenitic stainless steels approved for surgical instruments[4]. The percent composition of Mo and Ni in 316LVM stainless steel exceeds the approved composition for austenitic stainless steels by 0.7 and 0.5 percent, respectively. It is not anticipated that this small difference will cause sensitization or any other adverse effects, as it is highly unlikely that significant amounts of these metals would be released from the device[6]. Similarly, the composition of 304V stainless steel for the coil wire in the Cannula tube is within the ranges of other austenitic stainless steels approved for surgical instruments[4].

The Prolene in the retrieval device is made of the same material as the Gynecare Gynemesh PS, the Gynecare TVT Base and the Gynecare TVT Obturator Meshes. However, the retrieval device is exposed to Cobalt-60 while the Gynecare Gynemesh PS is exposed to ethylene oxide. To account for the difference in the sterilization method, EO exposed and 45KGy irradiated retrieval devices were subjected to comparative analytical testing (IR and polar/non-polar extractables) to determine if there were any significant differences. No significant differences were observed[7]. Per ISO 10993 and FDA G-95 guidelines, no testing is required because equivalent material is being used.

The biocompatibility of Nusil MED-6015 was assessed with unsterilized material. To account for the lack of sterilization, EO exposed and non-exposed material samples were subjected to comparative analytical testing (IR and polar/non-polar extractables) to determine if there were any significant differences. No significant differences were observed[8]. Per ISO 10993 and FDA G-95 guidelines, no testing is required because equivalent material is being used.

The packaging materials are being used in currently marketed similar devices[9] and they do not come in direct contact with the patient.

Based on the biocompatibility data obtained on the component materials of the Gynecare PROLIFT Total Pelvic Floor Repair Systems, the use of these materials in the application described above is not considered to represent a significant risk to human health.

---

3  e.g., Pebax 55D (M1095) 5F Infiniti Catheter (M1603), Vestamid 75D (M1402) (Biocompatibility Database Reference Number)

4  Information provided by Vincenza Zaddem. See attached email message from Zaddem to Pelekis dated Wed 7/28/2004.

5  ASTM Standard F 899-02. Standard Specification for Stainless Steels for Surgical Instruments.

6  See attached report from Tom Barbolt, dated July 15, 1996.

7  See attached Analytical Chemistry report (Service Request 44133).

8  See attached Analytical Chemistry report (Service Request 44146).

9  See attached memo from P. Komarnycky, dated January 3, 2005.

ETH-03892

CONFIDENTIAL – SUBJECT TO STIPULATION
AND ORDER OF CONFIDENTIALITY

3

Written by:                                  01 - 25 - 05

Michael Pelekis, Ph.D., MBA
Preclinical Safety Evaluation
Ethicon Worldwide R&D


Approved by:

Shana Azri-Meehan, Ph.D., DABT
Supervisor, Preclinical Safety Evaluation
Ethicon Worldwide R&D

ETH-03893

CONFIDENTIAL - SUBJECT TO STIPULATION
AND ORDER OF CONFIDENTIALITY

4

## Table 1: Components and materials of PROLIFT Systems

| PICTURE | PART NO. | NAME | MATERIAL | PATIENT CONTACT |
|---|---|---|---|---|
| **Mesh Implants** | | | | |
| | P18310 (Ethicon Sàrl) | Total Mesh Implant | Prolene, Polypropylene | Yes - Implant |
| **Guide** | | | | |
| | R02-011-001-003 (Ruetschi Technologies AG) | Guide Needle Type A | AISI 316 LVM 1.4441 stainless steel, full hard | Yes - Tissue |
| | R02-011-001-001 | Guide Handle sup Type A | | |
| | R02-011-001-002 (Ruetschi Technologies AG) | Guide Handle Inf Type A | Calibre Polycarbonate Color: White PC-2061-15-FC850122 | Yes - Tissue |
| **Cannula** | | | | |
| | Eth 01002 (MS Techniques) | Cannula Tube | Inner Liner and Tip: Pebax 7033 SA 01 (69D)<br>Outer Jacket: Pebax 4033 SA01<br>Colorant: 2% Titanium Dioxide (White)<br>Mold Release Agent: 0.5% Zinc Stearate (plant-derived)<br>Wall Reinforcement: Inox 304 V stainless steel round wire coil | Yes - Tissue |

ETH-03894

Bellew v Ethicon, et al.                                                    DX25060.635

CONFIDENTIAL – SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

5

## Table 1 Cont'd

| PICTURE | PART NO. | NAME | MATERIAL | PATIENT CONTACT |
|---|---|---|---|---|
| **Retrieval Device** | | | | |
| [image] | 4.04.711 (Gsell Engineering Plastics AG) | Cannula Hub | Pebax 4033 SA 01 Colorant: 2% Titanium Dioxide (White) | Yes - Tissue |
| [image] | D0380201 (Medi-Line SA) | Retrieval Line – Shrink Tube | Altera medical-grade, USP Class VI, flexible, polyolefin tubing Color: Natural | Yes - Tissue |
| [image] | D0380202 (Medi-Line SA) | Retrieval Line –Monofilament | Prolene, Polypropylene Blue Resin | Yes - Tissue |
| N/A | Datasheet MED-6015 10 September 2004 (Nusil Technologies) | Sealant | MED-6015 | Yes – Tissue |
| **Packaging** | | | | |
| N/A | 50-C-1850 (Ethicon Inc) | E-Pack/Peel Pouch Design Overwrap Pouch 10" | Tyvek/Copolymer Pouch 10.00" x 18.375 | No |
| N/A | DGPF 001 (Ethicon Inc) | D'Art Guide Paper Folder | 12 pt Suture Board | No |
| N/A | P19025 (Mangar Industries Inc) | Polymer Implant Pouch | Tyvek/Film Top Layer M1811 film Bottom Layer: Uncoated 1073B Tyvek | No |

ETH-03895

CONFIDENTIAL – SUBJECT TO STIPULATION
AND ORDER OF CONFIDENTIALITY

6

**Table 2: Summary of Biocompatibility Test Data**

| | Test Category | Title | Accession No | Result |
|---|---|---|---|---|
| 1. | | **Calibre 2061-15, White FC850122** | | |
| | Cytotoxicity | Cytotoxicity - Elution Assay | 15B-1 | Passed |
| | Sensitization | Maximization Sensitization Test (ISO) | 16G-13 | Passed |
| | Intracutaneous irritation | USP Intracutaneous Test | 16B-05 | Passed |
| | Acute systemic toxicity | USP Systemic Injection Test | 16E002 | Passed |
| | Acute systemic toxicity | USP Rabbit Pyrogen Test | 16E-02 | Passed |
| 2. | | **Natvar Pebax 7033 SA 01 Polyether Polyamide Copolymer** | | |
| | Cytotoxicity | Cytotoxicity - Elution Assay | V8B081G | Passed |
| | Sensitization | Maximization Sensitization Test (ISO) | X9D359G | Passed |
| | Intracutaneous irritation | USP Intracutaneous Test | X9D356G | Passed |
| | Acute systemic toxicity | USP Systemic Injection Test | X9D357G | Passed |
| | Acute systemic toxicity | USP Rabbit Pyrogen Test | X9D358G | Passed |
| 3. | | **Pebax 4033 SA 01 (Atofina/Putnam)** | | |
| | Cytotoxicity | Cytotoxicity Study Using 1X MEM Extract | PSE 04-0529 | Passed |
| | Sensitization | ISO Maximization Sensitization Study using Saline and Sesame Seed Oil Extracts | PSE 04-0530 | Passed |
| | Intracutaneous irritation | ISO Intracutaneous Reactivity Test in Rabbits using Saline and Sesame Seed Oil Extracts | PSE 04-0531 | Passed |
| | Acute systemic toxicity | USP and ISO Systemic Toxicity Study using Saline and Sesame Seed Oil Extracts | PSE 04-0532 | Passed |
| | Acute systemic toxicity | Material Mediated Pyrogenicity using a Saline Extract | PSE 04-0533 | Passed |
| 4. | | **Altera MT5000 RT 145 Polyolefin black shrink tubing** | | |
| | Cytotoxicity | Cytotoxicity – Elution Test | V5A122G | Passed |
| | Sensitization | Delayed Contact Sensitization Study (A Maximization Method) in the Guinea Pig Study (Saline and Cotton Seed Oil Extracts) | TA006-300 | Passed |
| | Intracutaneous irritation | USP Intracutaneous Toxicity Study in the Rabbit (Extracts) | TU013-800 | Passed |
| | Acute systemic toxicity | USP Systemic Injection | X5A188G | Passed |
| | Acute systemic toxicity | Rabbit Pyrogen Study – Material Mediated | TU010-807 | Passed |

ETH-03896

CONFIDENTIAL – SUBJECT TO STIPULATION
AND ORDER OF CONFIDENTIALITY

7

**Table 2: Cont'd**

| 5. | | MED-6015 | | |
|---|---|---|---|---|
| Cytotoxicity | Cytotoxicity Assessment Using the ISO MEM Elution Assay | PSE 03-0242 | Passed |
| Sensitization | Guinea Pig Maximization Study using Saline and Sesame Seed Oil Extracts | PSE 03-243 | Passed |
| Intracutaneous irritation | Intracutaneous Reactivity Test using Saline and Sesame Seed Oil Extracts | PSE 03-0244 | Passed |
| Acute systemic toxicity | Acute Systemic Toxicity Test in Mice using Saline and Sesame Seed Oil Extracts | PSE 03-0245 | Passed |

ETH-03897