**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327 MDL 2327** |
| **THIS DOCUMENT RELATES TO:** <br><br> **ETHICON WAVE 1 CASES** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**DEFENDANTS' MOTION TO EXCLUDE ANNE M. WEBER, M.D.**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharms.*, Inc., 509 U.S. 579, 589 (1993), move to exclude the testimony of Anne M. Weber, M.D., in the entirety. In support of this motion, Ethicon states:

1.     Dr. Weber is not qualified to testify about the primary subjects of her expert report.

2.     In addition, Dr. Weber offers a number of unreliable and irrelevant opinions throughout her expert report.

3.     Ethicon incorporates by reference its Memorandum in Support of its Motion to Exclude Anne M. Weber, M.D., and the following exhibits:

| Exhibit | Description |
|---|---|
| A | List of Applicable Cases. |
| B | Transcript of Nov. 5, 2012 Deposition of Dr. Anne M. Weber |
| C | Transcript of Nov. 6, 2012 Deposition of Dr. Anne M. Weber |

| D | Excerpts from Jan. 17, 2013 Trial Transcript, *Gross v. Ethicon* |
|---|---|
| E | Wave 1 Expert Report of Dr. Anne M. Weber |
| F | Excerpts from Wave 1 Expert Report of Dr. Shelby F. Thames |
| G | Prolift Instructions for Use |
| H | Transcript of Sept. 1, 2015 Deposition of Dr. Anne M. Weber |

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude Anne M. Weber, M.D.

Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/  Christy D. Jones
Christy D. Jones

ButlerSnow 30771069v1