# Exhibit D

1270

```
 1              SUPERIOR COURT OF NEW JERSEY
                ATLANTIC COUNTY/CIVIL DIVISION
 2              DOCKET NO. ATL-L-6966-10
                        - - -
 3   LINDA GROSS and JEFFREY GROSS,    :STENOGRAPHIC
        Plaintiffs,                    :TRANSCRIPT OF:
 4                                     :
        v.                             :
 5                                     :  - TRIAL -
     GYNECARE, ETHICON, INC., JOHNSON &:
 6   JOHNSON, and JOHN DOES 1-20,      :
        Defendants.                    :
 7
 8                      - - -
 9              PLACE: ATLANTIC COUNTY COURTHOUSE
                       1201 Bacharach Boulevard
10                     Atlantic City, New Jersey
11              DATE:  January 17, 2013
12                      - - -
13
14   B E F O R E :
15
16      THE HONORABLE CAROL E. HIGBEE, P.J. Cv.
17
18
19                      - - -
20
21
22
23        ANN MARIE MITCHELL, CCR, RDR, CRR
               GOLKOW TECHNOLOGIES, INC.
24        877.370.3377 ph| 917.951.5672 fax
                  deps@golkow.com
25
```

1272

```
 1   APPEARANCES (cont'd):
 2
 3        RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
          BY:  KELLY STRANGE CRAWFORD, ESQUIRE
 4        Headquarters Plaza
          One Speedwell Avenue
 5        Morristown, New Jersey 07962
          (973) 538-0800
 6        kcrawford@riker.com
          Representing the Defendants
 7
 8
 9                      - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1271

```
 1   APPEARANCES:
 2
 3        MAZIE SLATER KATZ & FREEMAN, LLC
          BY:  DAVID A. MAZIE, ESQUIRE
 4        BY:  ADAM M. SLATER, ESQUIRE
          103 Eisenhower Parkway
 5        Second Floor
          Roseland, New Jersey   07068
 6        (973) 228-9898
          dmazie@mskf.net
 7        aslater@mskf.net
          Representing the Plaintiffs
 8
 9        ANDERSON LAW OFFICES, LLC
          BY:  BENJAMIN HOUSTON ANDERSON, ESQUIRE
10        1360 West 9th Street
          Suite 215
11        Cleveland, Ohio 44113
          (216) 592-8384
12        ben@andersonlawoffices.net
          Representing the Plaintiffs
13
14        BERNSTEIN LIEBHARD, LLP
          BY:  JEFFREY S. GRAND, ESQUIRE
15        10 East 40th Street
          New York, New York 10016
16        (212) 779-1414
          grand@bernlieb.com
17        Representing the Plaintiffs
18
19        BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
          BY:  CHRISTY D. JONES, ESQUIRE
20        BY:  WILLIAM M. GAGE, ESQUIRE
          1020 Highland Colony Parkway
21        Suite 1400
          Ridgeland, Mississippi 39157
22        (601) 948-5711
          christy.jones@butlersnow.com
23        william.gage@butlersnow.com
          Representing Johnson & Johnson and Ethicon
24
25
```

1273

```
 1                      - - -
 2            E X A M I N A T I O N S
 3                      - - -
 4
 5   Witness        Direct   Cross   Redirect   Recross
     ANNE WEBER,     1275    1304
     MD, MS
 6
     Voir Dire
 7
     ANNE WEBER,     1328
 8   MD, MS
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1306

1  A    Correct.
2       Q    You never watched a surgery.  Correct?
3  A    Correct.
4       Q    You'd never seen any removal of mesh from
5  Prolift?
6  A    Correct.
7       Q    You had never attended any professional
8  education courses sponsored by Ethicon with respect to
9  Prolift?
10 A    Correct.
11      Q    You'd never attended any professional
12 education courses sponsored by any other manufacturer
13 on a mesh kit, had you?
14 A    Correct.
15      Q    You had never spoken with anyone at
16 Ethicon?
17 A    Correct.
18      Q    Never spoken with anyone that was involved
19 in the transvaginal mesh group?
20 A    Correct.
21      Q    You had never reviewed any of the product
22 literature with respect to Prolift?
23 A    The medical literature?
24      Q    The product literature?
25 A    The product, the product labeling.

1307

1       Q    The instructions for use?
2  A    Okay.  The product labeling.  No, I had not.
3       Q    Never reviewed the patient brochure?
4  A    No.
5       Q    In terms of your experience with medical
6  devices, you've never been involved in the design of a
7  medical device, have you?
8  A    No, I have not.
9       Q    You've never been involved in the
10 development of what it takes to design a medical
11 device, have you?
12 A    No, I have not.
13      Q    You've never been involved in any clinical
14 trial to evaluate the safety or efficacy of a medical
15 device prior to marketing, have you?
16 A    No.
17      Q    You have never personally performed a
18 device design safety assessment, have you?
19 A    No.
20      Q    You've never performed a failure mode
21 evaluation and efficacy analysis on a prospective new
22 device, have you?
23 A    No, I have not.
24      Q    You have never evaluated whether or not
25 certain steps needed to be taken to comply with

1308

1  governmental regulations, have you?
2  A    Not for a medical device manufacturer.  I have
3  for drug evaluations.
4       Q    You've never been involved in the
5  preparation of a 510(k) application for a medical
6  device, have you?
7  A    No.
8       Q    You have never been involved in the
9  determination of what's required under FDA guidances
10 for medical devices, have you?
11 A    No, I have not.
12      Q    In fact, before being involved in this
13 lawsuit, you'd never read the FDA regulations with
14 respect to medical devices, had you?
15 A    No, I had not.
16      Q    If we go back, I asked you about Prolift
17 and whether or not you'd ever observed a Prolift
18 surgery.
19           Have you ever participated in any cadaver
20 research with respect to a mesh kit?
21 A    No.
22      Q    By that, I mean you've never participated,
23 for example, in a lab where you practiced insertion of
24 devices for pelvic floor repair surgery involving mesh
25 with cadavers?

1309

1  A    Correct.
2       Q    If we turn to polypropylene mesh, prior to
3  becoming involved in this lawsuit, you'd never been
4  engaged in any research or study with respect to the
5  characteristics of polypropylene mesh for use in pelvic
6  floor repair surgery, had you?
7  A    The research was not primarily my own.  Dr. Pam
8  Moalli, M-O-A-L-L-I, at the University of Pittsburgh is
9  very closely involved in performing research on the
10 characteristics of surgical meshes, including meshes
11 used in Prolift, for example.  So our fellows were also
12 involved in that research.  And I participated to the
13 extent that I was guiding and supervising the fellows
14 in the performance of their research with Dr. Moalli.
15      Q    You did not participate in that research,
16 did you?
17 A    Just as a look-see, not as a co-investigator.
18      Q    You've never been involved in doing any
19 biomechanical studies on polypropylene mesh, for
20 example, have you?
21 A    No, I have not.
22      Q    You've never been involved in doing any
23 animal or toxicology studies with respect to
24 polypropylene mesh, have you?
25 A    Again, with the exception of the work with Dr.