# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 1 PLAINTIFFS LISTED ON EXHIBIT A | |

## PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF JOYE K. LOWMAN, M.D., M.P.H.

Plaintiffs hereby seek to exclude certain expert testimony proffered by Defendant Ethicon's expert Joye K. Lowman, M.D., M.P.H. on the basis of lack of use of reliable methodology, hearsay, and for reasons more fully set forth in the accompanying Memorandum of Law.

Dated:  April 21, 2016

By:  *s/Fidelma L. Fitzpatrick*
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
jorent@motleyrice.com
ffitzpatrick@motleyrice.com

Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102

1

Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                      s/Fidelma Fitzpatrick
                                      Fidelma L. Fitzpatrick
                                      Motley Rice LLC
                                      321 South Main Street
                                      Providence, RI 02903
                                      Phone: (401) 457-7700
                                      Fax: (401) 457-7708
                                      ffitzpatrick@motleyrice.com