IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO: WAVE 1 CASES ON ATTACHED EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' DAUBERT MOTION TO PRECLUDE TESTIMONY OF DEFENSE EXPERT JUAN CARLOS FELIX, M.D.**

COMES NOW the Plaintiffs, by and through the undersigned attorneys, and files this Plaintiff's Daubert Motion to Preclude Testimony of Defense Expert Juan Carlos Felix ("Plaintiff's Motion") and would respectfully show the Court that Dr. Felix should be excluded for the following reasons:

1.  Dr. Felix's pathological analysis is based upon unreliable methodology, insufficient facts and an unscientific process of arbitrary exclusion of relevant literature and studies, thus his opinion that the bark layer is not evidence of *in vivo* polypropylene degradation will not be helpful to the jury, and should be precluded.

2.  In support of this motion, the Plaintiffs have submitted a memorandum of law and also relies upon the following attached exhibits:

    1.  A true copy of Dr. Felix's report is attached hereto as Exhibit B.

    2.  A true copy of the relevant excerpts from the October 5, 2015 deposition (*Mullins et al. v. Ethicon, Inc.*) of Dr. Juan C. Felix, defendants' expert in the field of pathology, is attached hereto as Exhibit C.

3. A true copy of the relevant excerpts from the March 28, 2016 deposition (*Ruiz v. Ethicon, Inc.*) of Dr. Juan C. Felix, is attached hereto as Exhibit D.

4. A true copy of the relevant excerpts from the March 28, 2016 deposition (*Loustaunau v. Ethicon*, *Inc.*) of Dr. Juan C. Felix is attached hereto as Exhibit E.

5. A true copy of *Plaintiffs' Motion and Memorandum to Exclude the Opinions and Testimony of the Defendant Ethicon, Inc's Expert Steven MacLean*, attached hereto as Exhibit F.

7. A true copy of *Plaintiffs' Reply to Defendant's Response in Opposition to Plaintiffs' Motion and Memorandum to Exclude the Opinions and Testimony of Defendant Ethicon, Inc's Expert Steven Maclean*, attached hereto as Exhibit G.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully request that the Court grant their Motion to Preclude Testimony of Defense Expert Juan C. Felix, MD., Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: April 21, 2016

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com