# EXHIBIT C

Juan C. Felix, M.D.

```
1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2                    CHARLESTON DIVISION
3   IN RE: ETHICON, INC.           Master File No.
    PELVIC REPAIR SYSTEM PRODUCTS   2:12-MD-02327
4   LIABILITY LITIGATION            MDL 2327
5
    This document relates to        JOSEPH R. GOODWIN
6   the cases listed below:         U.S. DISTRICT JUDGE
7
        Mullins, et al. V.              2:12-cv-02952
8       Ethicon, Inc., et al.
9       Sprout, et al. V.               2:12-cv-07924
        Ethicon, Inc., et al.
10
        Iquinto v. Ethicon,             2:12-cv-09765
11      Inc., et al.
12      Daniel, et al. V.               2:13-cv-02565
        Ethicon, Inc., et al.
13
        Dillon, et al. V.               2:13-cv-02919
14      Ethicon, Inc., et al.
15      Webb, et al. V.                 2:13-cv-04517
        Ethicon, Inc., et al.
16
        Martinez v. Ethicon,            2:13-cv-04730
17      Inc., et al.
18      McIntyre, et al. V.             2:13-cv-07283
        Ethicon, Inc., et al.
19
        Oxley v. Ethicon,               2:13-cv-10150
20      Inc., et al.
21      Atkins, et al. V.               2:13-cv-11022
        Ethicon, Inc., et al.
22
        Garcia v. Ethicon,              2:13-cv-14355
23      Inc., et al.
24      VIDEOTAPED DEPOSITION OF JUAN C. FELIX, MD
                     October 3, 2015
25         (CAPTION CONTINUES ON FOLLOWING PAGE)
```

Juan C. Felix, M.D.

| | | |
|---|---|---|
| 1 | Lowe v. Ethicon, Inc., et al. | 2:13-cv-14718 |
| 2 | | |
| 3 | Dameron, et al. V. Ethicon, Inc., et al. | 2:13-cv-14799 |
| 4 | Vanbuskirk, et al. V. Ethicon, Inc., et al. | 2:13-cv-16183 |
| 5 | | |
| 6 | Mullens, et al. V. Ethicon, Inc., et al. | 2:13-cv-16564 |
| 7 | Shears, et al. V. Ethicon, Inc., et al. | 2:13-cv-17012 |
| 8 | | |
| 9 | Javins, et al. V. Ethicon, Inc., et al. | 2:13-cv-18479 |
| 10 | Barr, et al. V. Ethicon, Inc., et al. | 2:13-cv-22606 |
| 11 | | |
| 12 | Lambert v. Ethicon, Inc., et al. | 2:13-cv-24393 |
| 13 | Cook v. Ethicon, Inc., et al. | 2:13-cv-29260 |
| 14 | | |
| 15 | Stevens v. Ethicon, Inc., et al. | 2:13-cv-29918 |
| 16 | Harmon v. Ethicon, Inc., et al. | 2:13-cv-31818 |
| 17 | | |
| 18 | Snodgrass v. Ethicon, Inc., et al. | 2:13-cv-31881 |
| 19 | Miller v. Ethicon, Inc., et al. | 2:13-cv-32627 |
| 20 | | |
| 21 | Matney, et al. V. Ethicon, Inc., et al. | 2:14-cv-09195 |
| 22 | Jones, et al. V. Ethicon, Inc., et al. | 2:14-cv-09517 |
| 23 | | |
| 24 | Humbert v. Ethicon, Inc., et al. | 2:14-cv-10640 |
| 25 | (CAPTION CONTINUES ON FOLLOWING PAGE) 5 | |

Juan C. Felix, M.D.

| 1 | Gillum, et al. V. | 2:14-cv-12756 |
| | Ethicon, Inc., et al. | |
| 2 | | |
| | Whisner, et al. V. | 2:14-cv-13023 |
| 3 | Ethicon, Inc., et al. | |
| 4 | Tomblin v. Ethicon, | 2:14-cv-14664 |
| | Inc., et al. | |
| 5 | | |
| | Schepleng v. Ethicon, | 2:14-cv-16061 |
| 6 | Inc., et al. | |
| 7 | Tyler, et al. V. | 2:14-cv-19110 |
| | Ethicon, Inc., et al. | |
| 8 | | |
| | Kelly, et al. V. | 2:14-cv-22079 |
| 9 | Ethicon, Inc., et al. | |
| 10 | Lundell v. Ethicon, | 2:14-cv-24911 |
| | Inc., et al. | |
| 11 | | |
| | Cheshire, et al. V. | 2:14-cv-24999 |
| 12 | Ethicon, Inc., et al. | |
| 13 | Burgoyne, et al., v. | 2:14-cv-28620 |
| | Ethicon, Inc., et al. | |
| 14 | | |
| | Bennett, et al., v. | 2:14-cv-29624 |
| 15 | Ethicon, Inc., et al. | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | VIDEOTAPED DEPOSITION OF JUAN C. FELIX, MD | |
| 20 | Los Angeles, California | |
| 21 | Saturday, October 3, 2015 | |
| 22 | | |
| 23 | | |
| 24 | REPORTED BY: | |
| 25 | RICH ALOSSI, RPR, CCRR, CSR NO. 13497 | |

Juan C. Felix, M.D.

```
 1    APPEARANCES:

 2

 3    For the Plaintiffs:

 4        THE MONSOUR LAW FIRM
          BY:  DOUGLAS C. MONSOUR, Attorney at Law
 5              (Telephonically)
                KATY KROTTINGER, Attorney at Law
 6              (Telephonically)
          404 North Green Street
 7        Longview, Texas 75601
          (903) 758-5757
 8        doug@monsourlawfirm.com
          katy@monsourlawfirm.com
 9

      For the Defendants
10
          BUTLER SNOW, LLP
11        BY:  M. ANDREW SNOWDEN, Attorney at Law
          150 Third Avenue South, Suite 1600
12        Nashville, Tennessee 37201
          (615) 651-6700
13        andy.snowden@butlersnow.com
14    -and-
15        THOMAS COMBS & SPANN, PLLC
          BY:  PHILIP J. COMBS, Attorney at Law
16        1380 Lee Street, Suite 300
          Charleston, West Virginia 25301
17        (304) 414-1805
          pcombs@tcspllc.com
18
      Also Present:
19
          RYAN WONG, Videographer
20

21

22

23

24

25
```

Juan C. Felix, M.D.

```
 1                      I N D E X

 2  WITNESS                                        PAGE

 3  JUAN C. FELIX, MD

 4       BY MR. MONSOUR                           7, 95

 5       BY MR. COMBS                                90

 6

 7

 8                   E X H I B I T S

 9  MARKED                                         PAGE

10     Exhibit A-Expert Report of Juan C. Felix, MD     11

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Juan C. Felix, M.D.

```
 1    report or what we're going to talk about today?

 2         A    Not that come to my mind right now.

 3         Q    Okay.  That's fair enough.

 4              So you are a gynecologist and a

 5    pathologist; correct?

 6         A    No, that's not correct.

 7              I am not boarded in gynecology.  I did

 8    training in gynecology but did not complete a

 9    residency in gynecology.

10         Q    Okay.

11         A    I -- I am grandfathered in certain

12    procedures in gynecology.

13         Q    Have you ever implanted a -- a sling to

14    treat a woman with stress urinary incontinence?

15         A    No, I have not.

16         Q    Have you ever treated stress urinary

17    incontinence?

18         A    I have not.

19         Q    Okay.  And that's just because that's not

20    something you do?

21         A    That is correct.

22         Q    Okay.  Do you -- do you treat women

23    currently for gynecological issues?

24         A    Yes, I do.

25         Q    And what type of patients do you see?
```

Juan C. Felix, M.D.

```
1    What type of conditions do you treat?
2         A    I treat the cervical cancer precursors.   I
3    diagnose and treat those.
4         Q    Okay.
5         A    I also treat vaginal cancer precursors as
6    well as vulvar cancer precursors.
7         Q    Okay.  And when you're saying "vulvar,"
8    you mean related to the vulva; correct?
9         A    Yes.
10             (Exhibit A was marked for identification by
11             the court reporter and is attached hereto.)
12   BY MR. MONSOUR:
13        Q    Okay.  I've got a copy of your report in
14   front of me, and it's pretty long; so I think I'm
15   just going to start going through some it with you
16   and asking questions, and it will probably lead, you
17   know, to a roundabout questioning on various
18   subjects.
19             I don't know how structured I'll be, but
20   I'll try and be as structured as I can and see if I
21   can get us through this quickly.
22             If you'll turn to page 6 of your report.
23        A    Yes.
24        Q    In the first full paragraph, the first
25   sentence says:
```

Juan C. Felix, M.D.

```
 1    muscle, on the meat of the chicken; right?

 2         Q    Right.

 3         A    So those are two separate types of tissue.

 4              They -- if you put a mesh in between the

 5    skin and the meat of the chicken, it is a very

 6    different thing than if you cut the chicken breast

 7    or if you put a trocar through the chicken breast

 8    meat itself, then put mesh, and then took the

 9    introducer out, and that chicken breast fell

10    together on itself.

11         Q    Okay.  I understand.

12         A    So you -- so meat on meat is very

13    different than meat on skin.

14         Q    Okay.  I've got you.

15              Let me ask you this, Dr. Felix:  Have you

16    ever seen any studies that have talked about

17    contraction of mesh once it is implanted

18    abdominally?

19         A    I have seen references to that in studies,

20    yes.

21         Q    Okay.  Can you explain why contraction

22    would take place in the abdomen but wouldn't take

23    place in the vagina?

24         MR. COMBS:  Object to form.

25         THE WITNESS:  I can't explain -- I cannot
```

Juan C. Felix, M.D.

1    explain why it would occur -- necessarily explain

2    why it would occur, if it does, in the abdomen.  But

3    I can -- I can say unequivocally that it does not

4    occur in the suburethral space.

5    BY MR. MONSOUR:

6         Q    Okay.  Have you ever seen any -- have you

7    ever -- let me start again.

8              When were you retained as an expert?  How

9    long ago?

10        A    I think it was near January or February of

11   this year.

12        Q    Okay.  And you were provided information

13   by Ethicon's lawyers; correct?

14        A    By the attorneys at Butler Snow, yes.

15        Q    And they -- did they provide you with a

16   reading list or some sort of a finger drive that has

17   a bunch of articles on it?

18        A    Yes, they did.

19        Q    Okay.  Did they also provide you with any

20   internal Ethicon documents?

21        A    I have seen several internal Ethicon

22   documents.

23        Q    Okay.  Can you tell me generally what type

24   of internal documents you've looked at.

25        A    I have looked at experiments or

Juan C. Felix, M.D.

```
1      observations regarding the interaction of mesh with

2      human tissues -- well, animal and human tissues.

3      And not only mesh, but also suture.

4           Q    Okay.  Did any of the documents that you

5      looked at -- did any of the documents that you

6      looked at, did any of them talk about the phenomenon

7      of contraction?

8           MR. COMBS:  Object to form.

9           THE WITNESS:  Not that I'm aware of.

10     BY MR. MONSOUR:

11          Q    Okay.

12          A    Not that I recall.  Excuse me.

13          Q    If Ethicon had documents showing that mesh

14     does contract once it's implanted, is that something

15     that you would have liked to have seen?

16          MR. COMBS:  Object to form.

17          THE WITNESS:  Yes.  I'd like to see

18     everything, actually.

19     BY MR. MONSOUR:

20          Q    Okay.

21          A    I just don't have the time to look.

22          Q    If there were Ethicon documents that

23     showed that contraction did take place, could that

24     possibly change your mind on the issue of

25     contraction?
```

Juan C. Felix, M.D.

```
1          MR. COMBS:  Object to form.

2          THE WITNESS:  Well, if there were Ethicon

3    documents that said that mesh in the retropubic

4    suburethral space contracts, I would -- I would not

5    believe them.

6    BY MR. MONSOUR:

7          Q    You wouldn't believe Ethicon's documents?

8          A    I would not.

9          Q    Okay.  What about if you saw -- and you

10   just mentioned the retropubic space.

11          Do you believe the phenomenon of

12   contraction can take place when mesh is implanted to

13   treat pelvic organ prolapse?

14          MR. COMBS:  Object to form.

15          THE WITNESS:  Again, it's -- and I keep coming

16   back to this because I find it very difficult to

17   define "contracture."

18          What are you referring to?

19          Do you mean the length of the mesh or the

20   surface area of the mesh becomes smaller?

21   BY MR. MONSOUR:

22          Q    Yes.

23          A    I do not believe that that occurs with any

24   significant frequency, even in -- when used in

25   pelvic organ prolapse repairs.
```

Juan C. Felix, M.D.

1          Q    But what you're talking about is shrinkage

2    that takes place after it has been explanted;

3    correct?

4          A    That's correct.

5          Q    What you're saying is when it's in the

6    body, it does not shrink; correct?

7          A    That is correct.

8          Q    Okay.  I just wanted to make sure that

9    that was clear.

10               If we continue on page 16 on your

11   paragraph entitled "Pain" or your section entitled

12   "Pain," you note that you have had the opportunity

13   to look at 50 explanted mesh specimens, both grossly

14   and microscopically, in the past 22 years at USC;

15   correct?

16         A    Yes.  I actually say "over," but yeah,

17   you're correct.

18         Q    Okay.  Do you know how much over it would

19   be?

20         A    No.  It continues to grow every day.

21   So --

22         Q    Okay.

23         A    I mean, not every day, but since I wrote

24   this, I have seen a couple more.

25         Q    Okay.  So you've looked at 50-something

Juan C. Felix, M.D.

1     over a 22-year period?

2         A    Correct.

3         Q    On average, about two to three a year.

4     Fair enough?

5         MR. COMBS:  Object to form.

6         THE WITNESS:  Yeah.  They actually occurred

7     more in -- sort of more concentrated at one point.

8     And I'm trying to remember what the year was.  It

9     was around 2000, maybe a little before that, when we

10    were getting more of them.

11    BY MR. MONSOUR:

12        Q    Do you know why you were getting more of

13    them at that point in time?

14        A    Yes.  It was -- we had introduced the

15    procedure into Women's Hospital, and the rate of

16    complications upon introduction were higher.  And

17    these were operative complications.

18        Q    Basically, what you're saying is around

19    the year 2000, that's when they started using the

20    slings at USC?

21        A    That's when they became the standard for

22    the procedure --

23        Q    Okay.

24        A    -- for the relief of stress incontinence.

25    And --

Juan C. Felix, M.D.

1        Q    Okay.

2        A    -- then everybody started doing it.

3             We had urogynecologists who were involved

4    very early on in studying the -- both the procedure

5    and the material.

6        Q    Okay.  And so I guess when the physicians

7    were originally kind of new to the procedure, you

8    were having more -- having more explants for you to

9    look at versus recently when they've been doing it

10   for a long time?

11       A    Correct.

12       Q    Okay.  Now, you state that approximately

13   20 of these samples were removed for urinary

14   obstruction; correct?

15       A    Correct.

16       Q    And you say "where the suburethral sling

17   was placed under excessive tension during surgery";

18   correct?

19       A    Correct.

20       Q    Do you know how soon after implantation

21   these slings were being reoperated on?

22       A    It was usually several months.

23       Q    If it was tightened too much during the

24   surgery, wouldn't the urinary obstruction be present

25   from almost the get-go?

Juan C. Felix, M.D.

```
 1    Valsalva.  It involves a lot of things.

 2              When you operate, sometimes everything

 3    gets a little bit off kilter.  And just a little bit

 4    of excessive pressure will prevent the woman from

 5    micturating.

 6              That can resolve.  That is a combination

 7    of learning how to void again, and this is well

 8    documented.  And some women resolve.  If the

 9    pressure -- in other words, if it's not completely

10    obstructed.

11              The women that were completely obstructed

12    and needed to catheterize, A, there weren't that

13    many of those that I'm aware of; and B, they

14    probably would have gotten operated on right away.

15    BY MR. MONSOUR:

16         Q    How long does it take for the scar

17    formation to take place and for the body to heal

18    around TVT?

19         A    It probably takes seven to ten days to

20    form good, solid connective tissue through the pore.

21              The tissues will continue to remodel

22    significantly for several more weeks.

23         Q    Okay.  Have you ever seen a situation

24    where, following an implant of a TVT, a woman

25    suffers from voiding dysfunction, but it takes
```

Juan C. Felix, M.D.

1    place, let's say, a year to two years later?

2            Have you ever seen that?

3        MR. COMBS:  Object to form.

4        THE WITNESS:  I would have to ask you what

5    kind of voiding dysfunction?

6    BY MR. MONSOUR:

7        Q    The urethra is being pressed on --

8        MR. COMBS:  Object to form.

9    BY MR. MONSOUR:

10       Q    -- like a stricture.

11       A    So occlusion of the urethra?

12       Q    Yes.

13       A    No.  I have not heard that at a year, no.

14       Q    Okay.  If such a thing did take place, do

15   you believe that contraction or shrinkage of the

16   mesh could be the culprit?

17       MR. COMBS:  Object to form.

18       THE WITNESS:  It would not be my first

19   explanation.

20   BY MR. MONSOUR:

21       Q    Okay.  Would it be within your

22   differential diagnosis, though?

23       A    Yeah, it's all -- everything is -- well,

24   not everything, but reasonable things are in my

25   differential, yes.

Juan C. Felix, M.D.

```
1              And you note, under the "Pain" subheading,
2      you mention, "To my knowledge, none of these women
3      were experiencing pain."
4              Do you see that?
5      A   Yes.
6      Q   Is that something that you checked on, or
7      are you just kind of winging that?
8              MR. COMBS:  Object to form.
9              THE WITNESS:  No.  I would never wing.
10     BY MR. MONSOUR:
11     Q   Okay.
12     A   So we -- we have what is called a weekly
13     quality assurance conference, where all of the cases
14     of the week are discussed.  It occurs every Friday
15     morning at USC.
16              During those conferences, the -- there
17     were several of the older gynecologists who were not
18     particularly pleased with the fact that the TVT
19     procedure was becoming the favored.  And then we
20     discussed these to death.
21     Q   Okay.  Well, the reason I ask -- you see
22     why I ask -- because you started the sentence, "To
23     my knowledge, none of these women were experiencing
24     pain."
25              MR. COMBS:  Object to form.
```

Juan C. Felix, M.D.

1         THE WITNESS:  Correct.  So I -- I cannot say

2    that all of the meshes -- mesh explants that I

3    evaluated, I cannot say that a hundred percent of

4    them, the woman was not experiencing pain.

5              But I know for a fact that the women

6    with -- who got operated, the vast majority of the

7    women who got operated for urinary obstruction were

8    not experiencing pain, because that got discussed

9    quite extensively.

10   BY MR. MONSOUR:

11        Q    Okay.  If we go down a little farther, it

12   says:

13             "A small fraction of the samples were

14             removed for mesh exposure or erosion.  In

15             these instances, patients experienced the

16             discomfort of mesh rubbing against their

17             vulva, but rarely, if ever, pain."

18             Did I read that correctly?

19        A    Yes.

20        Q    Okay.  I'm just confused by that.

21             How could the mesh be rubbing against

22   their vulva?

23        A    So I'll go through some anatomy.

24             Usually, the sub- -- the suburethral space

25   in the vagina is very close to the introitus.

Juan C. Felix, M.D.

1          The labia minora frequently folds in, and

2    that's the part where patients will say that they

3    feel the roughness of the -- of the mesh when it is

4    exposed.

5          Q    I thought the vulva was considered just to

6    be the outside portion of the vagina.

7          A    Yeah, no.  The vulva starts at the

8    hymeneal ring.  So the entrance -- the beginning of

9    the vagina is the hymeneal ring.  Everything outside

10   of the hymeneal ring or where the hymen used to be

11   is vulva.

12          Part of the vulva looks a lot like vagina

13   but is not.

14          Q    Okay.  Now, do you have any -- if I read

15   this -- what you've got here on page 16, you've

16   got -- you talk about these explants that you've

17   looked at.  Are you pretty much just -- is this just

18   from your memory that you -- that you're -- that

19   you're writing this, or did you keep records that

20   you went back and referenced?

21          A    It was mostly from memory.

22          Q    Okay.  Was any of it -- did you go back

23   and look at any records to try and recapture this

24   information?

25          A    I didn't really need to.  It's --

Juan C. Felix, M.D.

```
 1        Q    Okay.

 2        A    Yeah.  I mean, at the time when we were

 3   looking at these and even to this day, you know, the

 4   reason for these meshes coming out, and more

 5   importantly, what happens to the woman after the

 6   mesh comes out is of great interest to everybody

 7   involved.

 8        Q    Okay.

 9        A    So we discuss it.  And, you know, mesh

10   explants, they all look very similar.  I mean,

11   they're --

12        Q    Okay.

13        A    -- stunningly similar.

14        Q    All right.  The only thing I'm trying to

15   establish is when you're talking about this

16   information that you've got on page 16 of your

17   report and going over onto page 17, that's all from

18   memory; you didn't go back and rereview the slides.

19   That's straight from your memory; correct?

20        A    That is -- that is correct.

21        Q    Okay.  Let's flip over to page 17.

22             If you look at the second bullet point,

23   midway through that second bullet, it says:

24             "Differences in tissue shrinkage when

25             exposed to formalin fixative can account
```

Juan C. Felix, M.D.

1        A    Mostly.

2        Q    Give me an example of one where it would

3    not be exposed to UV light.

4        A    In an example that I can think -- the only

5    example that I can think of where it does not is in

6    an infected implant, where you have numerous acute

7    inflammatory cells that are secreting or excreting

8    high levels of proteolytic enzymes, and where you

9    have a lot of oxygen radical formation.

10            In a situation like that, I can see where

11   you would get some degradation of polypropylene.

12       Q    Do you believe that oxygenation can cause

13   polypropylene to degrade?

14       A    Oxygenation?

15       Q    Yes.

16       A    No.  I don't believe that oxygenation

17   would cause polypropylene to degrade.

18       Q    Okay.

19       A    And I don't believe -- I have to confess,

20   I haven't seen any data on that.

21       Q    Okay.

22       A    But just knowing the biochemistry of it a

23   little bit, no.

24       Q    You are aware what a reactive oxygen

25   species is; correct?

Juan C. Felix, M.D.

```
 1        Q    Is it a report that was published for the

 2   general public consumption, or is it just a report

 3   that, you know --

 4        A    It was one of the internal documents, I

 5   think.

 6        Q    Internal documents.  Okay.

 7             Now, you have seen in Dr. Iakovlev's

 8   report where he talks about degradation and how it's

 9   breaking down, and it kind of looks like a bark on

10   the outside of the polypropylene.

11             Do you remember that?

12        A    Yes.  Very clearly.

13        Q    Okay.  Do you believe those pictures that

14   Dr. Iakovlev has where it shows the bark -- do you

15   believe that that is evidence of degradation?

16        MR. COMBS:  Object to form.

17        THE WITNESS:  I do not.

18   BY MR. MONSOUR:

19        Q    Could you tell me why.

20        A    Sure.  Degradation certainly, almost in

21   any material that I'm aware of where I've seen it or

22   studied or read about it, is not a uniform process.

23   Every single fiber over every little bit of that

24   sample has this -- has this evenly thick layer.

25   That is -- that doesn't happen in nature.  It is --
```

Juan C. Felix, M.D.

```
 1    you just don't see it.

 2              And Dr. Iakovlev poses that it is the

 3    foreign-body giant cell secreting a toxic oxygen

 4    species onto the fiber.  If that were true, then you

 5    should see more degradation where the foreign-body

 6    giant cell or macrophages are.

 7              And yet you see the same thickness of it

 8    there that you do where there is no foreign-body

 9    giant cell reaction or any inflammation around the

10    fiber.  So it's --

11         Q    Okay.  Go ahead.  Sorry.

12         A    So it is -- it just doesn't make any

13    sense.  This layer that Dr. Iakovlev has called

14    "bark" is not occurring in vivo.

15         Q    Do you think it's -- you think the bark is

16    occurring outside of the body?

17         A    It is a phenomenon that is very real.  I'm

18    not arguing that Dr. Iakovlev is not seeing this; I

19    see it too.  But I'm certain that it is not caused

20    by the body's reaction to the polypropylene.

21         Q    Okay.  Let me -- let's take this -- you

22    kind of gave me a lot of information there.  Let me

23    kind of walk this through one step at a time.

24              The bark that is identified by

25    Dr. Iakovlev, you believe is evidence of
```

Juan C. Felix, M.D.

```
 1    degradation, but you believe that process of

 2    degradation is taking place after the mesh is

 3    removed from the body; correct?

 4         MR. COMBS:  Object to form.

 5         THE WITNESS:  No.  I didn't state that.

 6    Although --

 7    BY MR. MONSOUR:

 8         Q    Okay.

 9         A    Although that is a possibility.

10              What I'm saying is that this -- this layer

11    is -- it's not an in vivo phenomenon.

12         Q    Is it possibly taking place before TVT is

13    implanted in someone's body?

14         A    No.

15         Q    Okay.  Well, now I'm a little confused.

16    I'll be honest with you.  I'm a little confused

17    because --

18         A    So let --

19         Q    -- you can only look at it in three spots:

20    either before it was implanted, while it was

21    implanted or once it's been explanted.

22         A    Right.  My belief is that it is once it's

23    explanted.

24         Q    Okay.  So let me see if I understand this

25    correctly.
```

Juan C. Felix, M.D.

```
1               You believe that the bark that is
2     identified by Dr. Iakovlev forms once the TVT is
3     explanted; correct?
4          A    Yes.   That is my hypothesis.
5          Q    Okay.   What do you think is causing the
6     bark to form?
7          A    My hypothesis is that it is a -- an
8     artifact of processing.
9          Q    Okay.   What part of processing would cause
10    that to occur?
11         A    Well, there's two aspects that I know will
12    affect polypropylene:  One is temperature, and the
13    other one is xylene.
14              Both of those are known to degrade
15    polypropylene.
16         Q    Okay.
17         A    And both are present in tissue processing.
18         Q    Okay.   Let me ask this:  The bark that you
19    see and that Dr. Iakovlev sees, you do agree that
20    that bark is evidence of some degradation of the
21    polypropylene; correct?
22         MR. COMBS:  Object to the form.
23         THE WITNESS:  I don't think it's evidence of
24    it; I think that it is a phenomenon that needs to be
25    examined, evaluated and then proven to be
```

Juan C. Felix, M.D.

1       A   No.   I have not pursued this hypothesis in

2    any experimental way.

3       Q   Okay.   So, I mean, in all fairness -- and

4    I'm not trying to trick you on this.   I just -- I

5    don't know the answer, and I figure you're the

6    pathologist.

7       A   Yeah.   But I'm not the chemist, the

8    material chemist.   I would go to somebody who knew

9    that kind of data really well.

10      Q   Okay.   So for the answer as to how hot or

11   at what temperature polypropylene would degrade, I

12   probably need to talk to a materials science person,

13   not a pathologist.   Fair statement?

14      A   Fair.

15      Q   Okay.   Xylene.

16          What is xylene?

17      A   Xylene is a mixture of organic solvents.

18   I used to know the chemical composition of it, but I

19   don't anymore.   It is a -- it is a commonly used

20   solvent in virtually -- most laboratories use it to

21   process their tissue.   It is the step right before

22   the tissue goes into paraffin.

23      Q   How do you know that xylene can cause

24   polypropylene to degrade?

25      A   I Googled it.

Juan C. Felix, M.D.

```
1        Q    Oh, okay.  Is that something you just

2   figured out after you were retained by Ethicon?

3        A    It was when I started trying to figure out

4   what this bark was.

5        Q    Okay.  Can you tell me what you actually

6   looked at when you Googled it, what site you looked

7   at?

8        A    There were actually references to

9   scientific -- to published material.  I don't

10  remember the exact citation.

11       Q    Okay.

12       A    The videographer is showing us a

13  five-minute sign.

14       Q    Okay.  Well, let me go a couple minutes,

15  and then we'll take a break.

16       A    All right.

17       Q    Let me ask you this question with regard

18  to the xylene:  Since it's just something you

19  Googled, would it be fair to say that probably

20  you're not an expert on xylene degradation of

21  polypropylene, and I should probably ask a materials

22  person about that?

23       A    That would be a reasonable statement, yes.

24       MR. MONSOUR:  Okay.  Well, why don't we do

25  this.  Since the videographer is mentioning that she
```

Juan C. Felix, M.D.

```
1         Q   Okay.  And that's kind of what I was

2    trying to get at.

3              Like, in your opinion, if polypropylene

4    doesn't degrade, if you look at the body response

5    and the body response would support your opinion

6    versus if it did degrade, it would like this, and

7    you don't see that.  That's kind of what I'm getting

8    at.

9         MR. COMBS:  Okay.  Doug, I didn't understand

10   that question; so can you either repeat it or let's

11   have it read back.

12        MR. MONSOUR:  Yeah.  Let me rephrase it.

13        MR. COMBS:  Okay.

14   BY MR. MONSOUR:

15        Q   I guess what I'm trying to ask, Dr. Felix,

16   is, is there -- in looking at the pathology of

17   Dr. Iakovlev, is there anything that is either

18   missing or present that supports your theory that

19   the mesh does not degrade?

20        MR. COMBS:  Object to form.

21        THE WITNESS:  Well, the -- my major -- the

22   major data that I use to say that the mesh does not

23   degrade is the enormous length of clinical

24   experience that exists using polypropylene, and that

25   does not -- and that the material does not fail.
```

Juan C. Felix, M.D.

```
1              If polypropylene degraded in a clinically

2    significant way, you would expect failure of one

3    sort or another.  You would expect coronary artery

4    bypass grafts that are sewn with Prolene suture to

5    open up or -- you know, all of this material is not

6    failing.  So clinically, it still works.

7              We don't see, when we explant these

8    things, we don't see significant amounts of chronic

9    inflammation that are causing tissue injury around

10   it.  So that is the data that I use to say that I

11   don't believe polypropylene, or Prolene in

12   particular, is degrading in vivo.

13             Having said that -- I already said it, but

14   I'll repeat it -- I do not know what degraded

15   polypropylene would do to tissue.  It might not do

16   anything at all.  It might be -- it might be just as

17   happy -- I mean, the tissue might be just as happy

18   with degraded polypropylene as it is with

19   nondegraded or native polypropylene.

20   BY MR. MONSOUR:

21        Q    Okay.  Go to page 24 of your report,

22   Dr. Felix.

23        A    Certainly.

24        Q    And on the second bullet point on that

25   page, it says:
```

Juan C. Felix, M.D.

```
 1              "In response to Dr. Iakovlev's theory,

 2         Ethicon's experts have intentionally

 3         oxidized Prolene mesh, processed it using

 4         standard tissue processing protocols and

 5         attempted to stain it with H&E."

 6          Do you see that?

 7    A    Yes.

 8    Q    How do you know that that happened?

 9    A    I was told that it was -- that it happened

10   by the attorneys at Butler Snow.

11    Q    Did you look at any of these documents

12   associated with it?

13    A    No.

14    Q    So that comes straight out of the Butler

15   Snow lawyers' mouths?

16        MR. COMBS:  Object to form.

17        THE WITNESS:  Yes.

18   BY MR. MONSOUR:

19    Q    And then it says, "The findings from these

20   experiments show that intentionally oxidized Prolene

21   does not take up stain as Dr. Iakovlev posits."

22          Do you see that?

23    A    Yes.

24    Q    Did you ever see any documentation about

25   that?
```

Juan C. Felix, M.D.

```
1         A   No.

2         Q   And that information just came straight

3    from the Butler Snow lawyers; correct?

4         A   Yes.

5         MR. COMBS:  Object to form.

6    BY MR. MONSOUR:

7         Q   Do you think that they should have shared

8    the documentation with you?

9         MR. COMBS:  Yeah.  Object to form of that

10   question, Doug.

11        THE WITNESS:  I believe it.  I don't think

12   that you can stain polypropylene with H&E or any

13   other remnant of any by-product of a polyester like

14   that.  I just don't think you can do that.  I mean,

15   I -- some of the things that Dr. Iakovlev says are

16   kind of not backed by any scientific or chemical

17   data.

18   BY MR. MONSOUR:

19        Q   Okay.

20        A   You don't -- you don't stain things

21   because it's got pores.  I mean, pores don't keep a

22   stain.  I mean, the stains -- stains bind by ionic

23   binding, and that doesn't exist in polypropylene or

24   any of its lower forms.

25            So I -- so when they said, "Oh, we
```

Juan C. Felix, M.D.

1    degraded polypropylene, and it didn't stain," I

2    said, "Of course it didn't stain."

3         Q   How -- how did they oxidize the Prolene

4    mesh?  Do you know?

5         A   I don't.

6         Q   And then it says -- is it your

7    understanding that this oxidized mesh was degraded

8    to some degree?

9         A   Yes.

10        Q   Is it your -- is it your understanding

11   that this oxidized mesh somehow formed a bark, as

12   described by Dr. Iakovlev, on the surface?

13        A   I do not know.

14        Q   Do you know what the oxidized mesh looked

15   like once they had oxidized it?

16        A   No.

17        Q   But you do understand that it was degraded

18   to some extent?

19        A   Yes.

20        Q   But you don't know how much.  Fair

21   statement?

22        A   Correct.

23        Q   Turn over to page 25, Dr. Felix, at the

24   very top.

25        A   Yes.