# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION, ) | Master File No. 2:12-MD-02327 |
| THIS DOCUMENT RELATES TO: ) | MDL No. 2327 |
| Ruiz, Patricia v. Ethicon, Inc., et al. ) | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| Case No.: 2:12-cv-01021 ) | |

DEPOSITION OF JUAN CARLOS FELIX, M.D.
Monday, March 28, 2016
Long Beach, California

Reported By: Kristi Johnson, CSR 12585

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION, ) Master File No. 2:12-MD-02327

THIS DOCUMENT RELATES TO: ) MDL No. 2327

Ruiz, Patricia v. Ethicon, Inc., et al.

Case No.: 2:12-cv-01021

Deposition of JUAN CARLOS FELIX, M.D., taken on behalf of the Plaintiffs, before Kristi Johnson, CSR No. 12585, commencing on Monday, March 28, 2016, at 11:55 a.m., at 111 East Ocean Boulevard, Long Beach, California, pursuant to Notice of Taking Deposition.

APPEARANCES OF COUNSEL:

For the Plaintiff:

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
BY: BRYAN AYLSTOCK, ESQUIRE
17 East Main Street
Suite 200
Pensacola, Florida 32502
(850) 202-1010

For the Defendants:

THOMAS, COMBS & SPANN, PLLC
BY: DAVID THOMAS, ESQUIRE
300 Summers Street
Suite 1380
Charleston, West Virginia 25301
(304) 414-1800

# I N D E X

WITNESS: JUAN CARLOS FELIX, M.D.


| EXAMINATION | PAGE |
|---|---|
| Mr. Aylstock | 5 |
| Mr. Thomas | 69 |
| Mr. Aylstock | 72 |


## EXHIBITS


| PLAINTIFF'S | | PAGE |
|---|---|---|
| Exhibit 1 | Curriculum Vitae of Juan Carlos Felix, M.D. | 5 |
| Exhibit 2 | Notice to Take Deposition of Dr. Juan Felix | 6 |
| Exhibit 3 | Billing Sheet | 8 |
| Exhibit 4 | Three-ring binder extracts of medical records and other documents | 8 |
| Exhibit 5 | Clinico-Pathological Correlation of Complications Experienced by Ms. Patricia Ruiz | 10 |
| Exhibit 6 | Documents produced electronically at deposition | 10 |
| Exhibit 7 | Expert Report of Juan Felix, M.D. | 13 |
| Exhibit 8 | Reliance List | 57 |

A. Well, I neglected to mention in there that I have also reviewed the medical records.

Q. But you didn't put it in your report that you had reviewed them; correct?

A. You're correct.

MR. THOMAS: It's on his reliance list, though.

MR. AYLSTOCK: We have already established that his reliance list was created by counsel for Ethicon and is incomplete or inaccurate. I'm entitled to ask him questions about it.

MR. THOMAS: All right.

BY MR. AYLSTOCK:

Q. The time slip reflects that the microscopy, routine and polarized, was done on March 20th for two hours.

Do you see that?

A. Yes.

Q. On the same date, there was a write-up of the micros.

Do you see that, for one hour?

A. Yes.

Q. Is there any separate writing of that -- of your findings, other than what's reflected in this report?

A. No.

correct?

MR. THOMAS: Object to form.

THE WITNESS: That is not true at all.

BY MR. AYLSTOCK:

Q. What is the most highly innervated?

A. The tongue is, by far, more highly innervated than the genital tract. Using the genital tract in general as one place is foolish because the cervix has hardly any innervation to it, whereas the clitoris has a tremendous amount of innervation to it. So generalizing the pelvic anatomy as being highly innervated is inaccurate and demonstrates a lack of knowledge of that area.

Q. With regard to Ms. Ruiz, you have no basis to disagree with her clinical presentation as described in her medical records; correct?

A. I do not.

Q. And you do not quarrel with the opinions of her clinicians as reflected in those medical records as to the likely source of her sequelae?

MR. THOMAS: Object to form.

THE WITNESS: Can you use more specifics?

BY MR. AYLSTOCK:

Q. Sure. You're not a urogynecologist?

A. I'm not.

Q. You never implanted one of these devices?

A. I have not.

Q. As it relates to her particular medical care, you're not giving clinical opinions; correct?

A. You're correct.

Q. You don't have any basis to quarrel with her clinical presentation or the causes of her clinical presentation to those physicians?

MR. THOMAS: Object to form.

THE WITNESS: Correct.

BY MR. AYLSTOCK:

Q. Thank you. Let me just take a brief minute.

A. Sure.

Q. A couple of follow-ups.

To arrive at your opinions in this case, can you describe for the jury what your methodology was? How did you go about forming your opinions in this case?

A. I have a strong knowledge base in the medical literature regarding polypropylene, and specifically to polypropylene mesh used in suburethral sling procedures.

I have an intimate knowledge of the anatomy, microanatomy of the genital tract, and specifically in the region where a suburethral sling is placed. I have, again, intimate knowledge of the normal appearance of that region.