# EXHIBIT E

Juan Carlos Felix, M.D.

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                      CHARLESTON DIVISION
 4
 5   IN RE:  ETHICON, INC., PELVIC   )
     REPAIR SYSTEM PRODUCTS          )
 6   LIABILITY LITIGATION,           )  Master File No.
                                     )  2:12-MD-02327
     _____     )
 7                                   )
     THIS DOCUMENT RELATES TO:       )  MDL No. 2327
 8                                   )
     Loustaunau, Donna v. Ethicon,   )  JOSEPH R. GOODWIN
 9   Inc., et al.                    )  U.S. DISTRICT JUDGE
                                     )
10   Case No.:  2:12-cv-00666        )
     _____     )
11
12
13
14
15
16          DEPOSITION OF JUAN CARLOS FELIX, M.D.
17                 Monday, March 28, 2016
18                  Long Beach, California
19
20
21   Reported By:   Kristi Johnson, CSR 12585
22
23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

```
1              IN THE UNITED STATES DISTRICT COURT
2           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
3                        CHARLESTON DIVISION
4
5   IN RE:  ETHICON, INC., PELVIC   )
    REPAIR SYSTEM PRODUCTS          )
6   LIABILITY LITIGATION,           )    Master File No.
                                    )    2:12-MD-02327
    _____     )
7                                   )
    THIS DOCUMENT RELATES TO:       )    MDL No. 2327
8                                   )
    Loustaunau, Donna v. Ethicon,   )
9   Inc., et al.                    )
                                    )
10  Case No.:  2:12-cv-00666        )
    _____     )
11
12
13
14
15
16
17        Deposition of JUAN CARLOS FELIX, M.D., taken on
18   behalf of the Plaintiffs, before Kristi Johnson, CSR
19   No. 12585, commencing on Monday, March 28, 2016, at
20   9:44 a.m., at 111 East Ocean Boulevard, Long Beach,
21   California, pursuant to Notice of Taking Deposition.
22
23
24
25
```

Juan Carlos Felix, M.D.

```
 1    APPEARANCES OF COUNSEL:
 2
 3    For the Plaintiff:
 4           AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
              BY:  BRYAN AYLSTOCK, ESQUIRE
 5            17 East Main Street
              Suite 200
 6            Pensacola, Florida 32502
              (850) 202-1010
 7
      For the Defendants:
 8
              THOMAS, COMBS & SPANN, PLLC
 9            BY:  DAVID THOMAS, ESQUIRE
              300 Summers Street
10            Suite 1380
              Charleston, West Virginia 25301
11            (304) 414-1800
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Juan Carlos Felix, M.D.

```
 1                          I N D E X
 2    WITNESS:  JUAN CARLOS FELIX, M.D.
 3    EXAMINATION                                          PAGE
 4       Mr. Aylstock                                         5
 5       Mr. Thomas                                          68
 6       Mr. Aylstock                                        71
 7
 8
 9                          EXHIBITS
10    PLAINTIFF'S                                          PAGE
11       Exhibit 1    Curriculum Vitae for Juan Felix,        6
                      M.D.
12
         Exhibit 2    Notice of Taking Deposition of Dr.      9
13                    Juan Felix
14       Exhibit 3    Billing Sheet for Dr. Felix            10
15       Exhibit 4    Clinico-Pathological Correlations      13
                      of Complications Experienced by Ms.
16                    Donna Loustaunau
17       Exhibit 5    Three-ring binder extracts of          14
                      medical records and other documents
18
         Exhibit 6    Documents produced electronically      15
19                    at deposition
20       Exhibit 7    Expert Report of Juan Felix, M.D.      19
21       Exhibit 8    Pathology report from The Delta        42
                      Pathology Group, LLC; Bates stamped
22                    LOUSTAUNAUD_CSHH_MDR00103
23       Exhibit 9    Testimony list for Dr. Felix           53
24       Exhibit 10   Reliance List                          56
25
```

Juan Carlos Felix, M.D.

```
1      A.    A pathologist is a physician who analyzes
2   tissues and bodily fluids and renders diagnoses.
3      Q.    Are you a neuropathologist?
4      A.    I am not.
5      Q.    How does a neuropathologist differ from a
6   pathologist?
7      A.    A neuropathologist is a pathologist who
8   undergoes additional training in the area of the brain,
9   spinal cord, and peripheral nerves.
10     Q.    Is there a board certification in
11  neuropathology?
12     A.    Yes, there is.
13     Q.    You do not have that certification; is that
14  correct?
15     A.    I do not.
16     Q.    What board certifications do you have?
17     A.    I am certified in anatomical pathology and in
18  cytopathology.
19     Q.    Anything else?
20     A.    That's all.
21     Q.    Now, we have an agreement through Counsel that
22  I'm not going to rehash any of your general opinions that
23  you gave previously in the Ethicon litigation in the
24  Mullins case and in the Garcia case, but I want to just
25  confirm that those opinions that you rendered in those
```

Juan Carlos Felix, M.D.

1   reliance list that bear upon Ms. Loustaunau's case
2   specifically that you would point to this article as
3   helpful for Ms. Loustaunau's case in particular because
4   of some reason?
5       A.   There aren't.  Other than providing me general
6   knowledge to the matter that I have been asked to review
7   this case, none of them provide any support or evidence
8   against what my opinions are.
9       Q.   Now, with regard to the documents that were
10  reflected on your exhibit list, do you see that section
11  midway?  It's right after the medical literature.
12      A.   Yes.
13      Q.   Now, were these documents selected by you?  Was
14  this subset of Ethicon documents created by you, or was
15  it provided to you by Ethicon's counsel?
16      A.   It was provided to me by Ethicon's counsel, at
17  my request, to learn as much as possible about the
18  material.
19      Q.   So you asked Ethicon's counsel, please send me
20  all of the internal documents that you think might be
21  helpful for my general opinions and case-specific
22  opinions; is that fair?
23      A.   Yes.
24      Q.   And these are the sum total of the documents
25  that Ethicon's counsel provided you in response to that

Juan Carlos Felix, M.D.

```
1   inquiry; correct?
2      A.   Yes.  I think, yes.
3      Q.   Are there any in here -- have you reviewed
4   documents, internal Ethicon documents, other than what's
5   in here?
6      A.   No.  This is all that I have reviewed.
7      Q.   Have you asked for any additional documents in
8   response to looking at one of these documents?
9      A.   God, no.
10     Q.   And do any of these particular documents bear
11  upon Ms. Loustaunau's case specifically?
12     A.   They do not.
13     Q.   Did you review in detail each and every one of
14  those documents?
15     A.   Yes.
16     Q.   In the specimen for Ms. Loustaunau that you
17  reviewed, we talked about the inflammation you saw in the
18  photomicrograph.
19          Was that the only abnormality that you saw, or
20  were there any other abnormalities you observed, either
21  on the photomicrographs or on the slide that you reviewed
22  microscopically?
23          MR. THOMAS:  Object to the form of the
24  question.
25          THE WITNESS:  I did not.
```