## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO WAVE 1 | Master File No. 2:12-MD-02327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### RULE 26 EXPERT REPORT OF RALPH ZIPPER, M.D., FACOG, FPMRS

I have been asked to provide expert opinions and testimony concerning the safety and efficacy of Ethicon's PROSIMA Anterior, Posterior and Combined Pelvic Floor Repair Systems and the PROLIFT Total, Anterior and Posterior Pelvic Floor Repair Systems. The opinions expressed herein are made to a reasonable degree of medical certainty or probability and are based on my knowledge, training and experience, and my independent investigation which included an in-depth and thorough review of peer-reviewed literature, Ethicon's internal documents and the depositions of Ethicon's current and former corporate employees.

### MEDICAL TRAINING BACKGROUND AND QUALIFICATIONS

I am board certified in Female Pelvic Medicine and Reconstructive Surgery (FPMRS) and Obstetrics/Gynecology.   I received my medical degree in 1992 from The Mount Sinai School of Medicine of the City University of New York.   In 1996, I completed my fellowship in the field of Obstetrics/Gynecology at the John Hopkins Hospital, Department of Gynecology and Obstetrics, Baltimore, Maryland.    My practice

of medicine has been dedicated to Urogynecology, FPMRS, for eighteen years.  I am the president and director of Zipper Urogynecology Associates (ZUA), one of the busiest and most comprehensive private practice tertiary FPMRS referral centers in the U.S.  Each year our team evaluates and treats over 2 thousand new patients.  Over the last ten years I have trained over one thousand urologists and gynecologists in the techniques of prolapse and incontinence surgery.

Over the last 18 years I have performed over one thousand mesh and biologic tissue implantations pelvic organ prolapse procedures and a similar number of native tissue prolapse surgeries. . I have experience implanting most major mesh kits and as well as self tailored mesh and biologic grafts.

In addition to my role as a urogynecologist at ZUA, I am also currently serving as the President of Zipper Urogynecology Associates, the CEO of Uroshape, LLC (Develops laser technology for FPMRS), The CEO of an Radio Frequency Surgical device company, The President of Afterglow, LLC (Develops FMPRS technology for Sexual Dysfunction and Pelvic Pain), and the CEO of Zipper Brothers Films, LLC (Documentary Film Company and Academy Award Winner). I am also actively providing C-level consulting services to a publically traded monoclonal antibody Pharma company. I have authored fifteen relevant patent applications and have been issued multiple patents relevant to the field of pelvic reconstructive surgery which are published by the United States Patent and Trade Office.(table 1)

Relevant to this litigation, between the years of 1998 and 2008, I served as the Keynote  Speaker on Pelvic Reconstruction Surgery at the annual National Sales Meeting for both C.R. Bard and American Medical Systems.  I also was also hired to lecture

physicians at national meetings on prolapse and incontinence surgery by both C.R. Bard and Coloplast. Additionally, Coloplast commissioned me and Dr. Neeraj Kohli to write an abstract on the NovaSilk mesh product. This was presented at IGUA in or about 2008. Additionally, I served as a product development consultant to Boston Scientific. I met with Coloplast engineers and patent council to discuss my t of novel methods and devices for the treatment of stress urinary incontinence and pelvic organ prolapse. During this period of time Coloplast paid to hold me in a "no-shop" agreement. I served as a physician trainer for C.R. Bard for many years. During these years over three hundred physicians from across the United States were sent by C.R. to watch me use the C.R. Bard prolapse and incontinence products. During this time C.R. Bard also sought my opinion on product development including the licensing and or purchasing of mesh products from inventors and manufacturers.

As a private independent consultant, I have worked closely with engineers to develop devices including slings for the treatment of stress urinary incontinence, methods for the treatment of stress urinary incontinence, and mesh products and methods for the treatment of pelvic organ prolapse, many of which were subsequently deployed and sold by foreign and U.S. medical device companies.  In this same role, I worked extensively to develop instructional materials and marketing materials for prolapse mesh and incontinence products.  Over one thousand hours were spent in these endeavors that resulted in commercialization.

As the president and Chief Operating Officer of a Bipolar Radio Frequency medical device company with an existing market clearance, some of my responsibilities include supervision and vetting of ongoing regulatory initiatives, development and supervision of

ongoing labeling, supply chain, contract manufacturing,  supervision of conformity attainment, supervision of all phases of R&D including engineering, bench and animal testing, and clinical trials, and KOL contracting. As President of Uroshape LLC, I have many similar responsibilities.

I am familiar with the type of information that should be communicated to surgeons so that surgeons can make reasonable informed choices when considering medical products. I have read and am familiar with the Instructions for Use ("IFU"), sales and marketing materials, and physician training materials, prepared by Ethicon for its pelvic floor and incontinence products.  I have also reviewed the labeling for a multitude of pelvic floor products and incontinence products marketed by other companies including the labels of products I have and have not implanted in my practice of  FPMRS.

A current copy of my Curriculum Vita is attached as Exhibit "A".   A current copy of my Fee Schedule is attached as Exhibit "B".   A list of my court testimony and depositions is attached as Exhibit "C" as well as my fee schedule.   In addition to my medical training, background and experience, the documents and materials I relied upon for this report are contained in Exhibit "D".   Additionally, I relied upon those materials cited in this report and cited herein.

**THE IMPORTANCE OF NORMAL VAGINAL ANATOMY**

There is perhaps no organ in the human body more important than the vagina. Obstetricians often jest that the heart's purpose is to pump blood to the vagina and the brain's purpose is to keep it safe. Human existence is predicated on propagation and the propagation of the human species is uniquely dependent on the female urogenital organ, the vagina.   Yes it is true that other species propagate in a similar fashion to humans. Yet

human propagation is much more complex.  The perpetuation of the human genome is in no small way predicated on the success of family unit. The human male-female bond created by the intimacy of sexual experience is part of the glue of marital relationships and long-term partnerships and satisfaction with sexual relationships has been shown to be significantly associated with better, more stable, happier marriages. The loss of this intimacy can undermine this relationship and disrupt the entire family unit.[1] Numerous researches have demonstrated the association between sexual dysfunction, marital problems and divorce.[2]

A normal vagina is not only vital to human relationships and the family unit; it is necessary to maintain normal bowel and bladder function. The connective tissues and muscles that support the vagina coincidentally support the bladder, rectum, and uterus. The bladder rests on the anterior wall of the vagina, the rectum rests on the posterior wall of the vagina and the uterus is supported at the top or apex of the vagina.  Weakening of the supporting tissues of the vagina results in vaginal hernias that allow protrusion of the bladder, bowel, and uterus. These vaginal hernias are referred to as ***Pelvic Organ Prolapse***

---

[1]      *See* Atwood, J. D., & Dershowithz, S. (1992). Constructing a sex and marital therapy frame: Ways to help couples deconstruct sexual problems. Journal of Sex and Marital Therapy, 18, 196–219;  Spence, S.H. (1997). Sex and relationships. In W. K. Halford & H. J. Markman (Eds.), Clinical handbook of marriage and couples interventions (pp. 73–105). New York: John Wiley.

[2]      *See for example*, Bakhshayesh, A., &Mortazavi, M. (2009). Relationship Satisfaction, Sexual Health and Marital Satisfaction in Couples. Applied Psychology, 3: 4 (12): 85-73;  Ali-akbari Dehkordi, M. (2010). Relation between Women's Sexual Function and Marital Adjustment.  Journal of Behavioral Sciences , 4:13, 199-206; Lau, T.F. J., Yang, X., Wang, Q., Cheng, Y., Tsui, Yi. Hi., Mui, W.H. L., & Kim, H. J. (2006). Gender Power and Marital Relationship As Predictors of Sexual Dysfunction and Sexual Satisfaction among Young Married Couples in Rural China: A Population-Based Study, Urology, 67(3):579-585;  Chen Yeh, H., Lorenz, O. F., Wickrama, K.A.S. Conger, D. R., & Elder Jr. H. G. (2006). Relationships among Sexual Satisfactin, Marital Quality, and Marital Instability at Midlife,  Journal of Family Psychology , 20(2):339-343;  Trudel, G., & Goldfarb, M. R. (2010). Marital and sexual functioning and Dysfunctioning, Depression and Anxiety, Sexologies, 19(3):137-142. *See also*, Ata Shakerian, Ali-Mohammad Nazari, Mohsen Masoomi (2014). Inspecting the Relationship between Sexual Satisfaction and Marital Problems of Divorce-asking Women in Sanandaj City Family Court. Procedia - Social and Behavioral Sciences 114 (2014) 327 - 333.

("POP") Vaginal childbirth is perhaps the greatest risk factor associated with the development of Pelvic Organ Prolapse. Hysterectomy and age are other common risk factors. The lifetime risk of POP may be as high as 30%.[3] Fortunately, the majority of women with POP will never become symptomatic.[4]

Symptoms of pelvic organ prolapse can include pressure, lower back discomfort, difficulty with urination, difficulty with defecation, irritation, or bleeding. When pelvic organ prolapse becomes symptomatic, many women will opt for surgical intervention.

**A. Pelvic Organ Prolapse Nomenclature:**

To understand discussions on Pelvic Organ Prolapse one should be familiar with the nomenclature. Different types of POP commonly occur together, the nomenclature follows:

**Cystocele:** A hernia of the anterior wall of the vagina resulting in prolapse of the bladder into the vagina.

**Rectocele:** A hernia of the posterior wall of the vagina allowing the rectum to bulge into the vagina.

**Enterocele:** A hernia at the top or apex of the vagina allowing the small intestines to bulge into the vagina.

**Uterine Prolapse or Procedentia:** A hernia at the top or apex of the vagina allowing the uterus to prolapse into the vagina.

**Vaginal Vault Prolapse:** A hernia of the apex of the vagina in women whom have had a hysterectomy.

---

[3] Milsom, I., D. Altman, M.C. Lapitan, R. Nelson, U. Sillen, D. Thom. ICS Committee 1. Epidemiology of Urinary (UI) and Faecal (FI) Incontinence and Pelvic Organ Prolapse. 2013.

[4] Svihra J, Svihrova V, Digesu A, Hudeckova H, Kliment J, Swift S, Khullar V., Dept. of Urology, Jessenius School of Medicine,. Dept. of Public Health, Jessenius School of Medicine, Dept. of Urogynecology, St. Mary´s Hospital, Dept. of Obstetrics and Gynecology, Medical University of South Carolina. "Prevalence and severity of pelvic organ prolapse in symptomatic and asymptomatic women in relation to age." ICS ACOG Committee on Practice Bulletins—Gynecology. ACOG Practice Bulletin No. 85: Pelvic organ prolapse. Obstet Gynecol. 2007; 110(3):717–729.

**Stages of POP** (a simplified narrative of the standardized Pelvic Organ Prolapse Quantification, POPQ):

- **Stage One**:  Prolapse remains greater than 1 cm above the vaginal opening.

- **Stage Two**: Prolapse that is within an area defined as 1 cm above the vaginal opening to 1 cm beyond (exterior) to the vaginal opening.

- **Stage Three**: Prolapse that is greater than 1 cm beyond the opening of the vagina but is less than 2 cm from compete vaginal eversion.

- **Stage Four**: Complete eversion of the vagina.

## IV.     THE TREAMENT OF PELVIC ORGAN PROLAPSE VERSUS THE TREATMENT OF PELVIC ORGAN PROPLASE SYMPTOMS

### A.  Native Tissue Surgeries

These surgeries, which use suture material to pull together the patients stretched and weakened tissues, have been utilized for hundreds of years with great success and limited complications. Examples of native tissue repairs include anterior colporrhapy (repair of a cystocele), posterior colporrhaphy (repair of a rectocele), and sacrospinous colpopexy (repair of vaginal vault prolapse).  The majority of studies evaluating the efficacy of native tissue repairs have focused on partial anatomic recurrences rather than a recurrence of symptoms. One such RCT reported that only 30% of women undergoing anterior colporrhaphy remained with satisfactory anatomic results at 23 months. However, when this same study was reanalyzed for subjective success (improvement in symptoms), the data demonstrated that 95% of patients were no longer symptomatic.[5] Systematic reviews of the literature have confirmed that native tissue repairs are quite effective, as effective as

---

[5]     Weber AM, Walters MD, Piedmonte MR, Ballard LA. "Anterior colporrhaphy: a randomized trial of three surgical techniques." Am J Obstet Gynecol 2001; 185:1299–304; discussion 1304–6; see also, Chmielewski L, Walters MD, Weber AM, Barber MD. "Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success." Am J Obstet Gynecol 2011; 205:69.e1–69.e8.

mesh and other graft surgeries, and are associated with less bleeding, shorter operative times, and a lower incidence of post-surgical development of stress urinary incontinence and prolapse in other areas.[6]

**B.  Graft Augmentation Surgeries**

**C.      HISTORY OF SURGICAL MESH**

Synthetic polypropylene materials have been used since the 1950s to treat hernias within the abdominal region.   However, as the use of synthetic mesh to treat hernias increased, so did reports of severe mesh-related complications.   By the mid-1990s, researchers determined that the material used, pore size and elasticity were all critical characteristics that influenced the manner and extent in which the synthetic graft material would respond within a patient's body.[7]

Researchers – some of whom were working as paid consultants for Ethicon and Johnson & Johnson – determined that pores falling below 1000 microns (or 1mm) in all directions after implantation in the body (known as effective porosity) elicit a greater foreign body response and inflammatory reaction than mesh with pores greater than 1000 microns (or 1mm).  It was determined that small pore meshes (meshes with pores less than 1000 microns after implantation) cause bridging fibrosis where the pores become filled with scar tissue, rather than healthy tissue.  This results in all or nearly all of the mesh becoming encapsulated in a rigid scar plate.  This excessive foreign body reaction (FBR)

---

[6]Christopher Maher, Benjamin Feiner, Kaven Baessler, CorinaSchmid. (2013). "Surgical management of pelvic organ prolapse in women." The Cochrane Library.

[7] See e.g., P.K. Amid, Classification of biomaterials and their related complications in abdominal wall hernia surgery, Hernia (1997) 1:15-21; Klinge et al., Shrinking of polypropylene mesh in vivo: an experimental study in dogs.  European Journal of Surgery Vol. 164, Issue 12, pp 965-969 (Dec. 1998); Klinge et al., Foreign body reaction to meshes used for the repair of abdominal wall hernias, Eur J Surg. 165(7):pp 665-73 (July 1999); Klosterhalfen et al., Functional and morphological evaluations of different polypropylene-mesh modifications for abdominal wall repair, Biomaterial, 19(24), pp 2235-46 (Dec. 1998).

with associated inflammation causes extensive scaring in small pore meshes which leads to an unacceptably high rate of mesh-related complications including, but not limited to, infections, shrinkage, erosions, chronic dyspareunia and chronic pain.[8]

The innate immune system recognizes and attacks foreign material. This is known as the foreign body reaction (FBR). Different materials are associated with different degrees of FBR. In the best-case scenario, the material is associated with only a minimal FBR and a mild, short-lived FBR occurs. In the worst-case scenario, a chronic FBR occurs. We are all familiar with the signs of a FBR, redness, warmth, swelling, pain and loss of function. Indeed, medical students are given these words to memorize in Latin: rubor, calor, tumor, dolor, functio laesa.

As Dr. Cobb and his co-authors reported "[t]he long-term consequences of implantable polypropylene prosthetics are not without concern. The body generates an intense inflammatory response to the prosthetic that results in scar plate formation, increased stiffness of the abdominal wall, and shrinkage of the biomaterial."[9] Multiple investigators have demonstrated the dramatic difference between a repair performed with native tissue and suture compared to one performed with polypropylene mesh. The authors demonstrated that, unlike the native tissue repair, the ppm repair did not heal and continues

---

[8] Klinge et al., Shrinkage of Polypropylene Mesh in vivo: An Experimental Study in Dogs, Eur J. Sur 164 (1998); Klinge et al., Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model, Journal of Surgical Research 103, 208-214 (2002); Klosterhalfen et al., The Lightweight and large porous mesh concept for hernia repair (2005); Cobb et al. The Argument for Lightweight Polypropylene Mesh in Hernia Repair, Surgical Innovation, Vol. 12, No 1, (March) 2005: pp 63-69; Klinge et al. Demands and properties of alloplastic implants for the treatment of stress urinary incontinence, Expert Rev. Med. Devices 4(3), (2007); Muehl et al., New Objective Measurement to Characterize the Porosity of Textile Implants, Wiley Interscience (2007); Otto et al, Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates, Society for Biomaterials (2013); Klinge et al, High Structural Stability of Textile Implants Prevents Pore Collapse and Preserves Effective Porosity at Strain, Biomed Research International, Vol 2015; Barone et al., The Impact of boundary conditions on surface curvature of polypropylene mesh in response to uniaxial loading, Journal of Biomechanics (2015).

[9] Cobb, et al., The Argument for Lightweight Polypropylene Mesh in Hernia Repair, Surgical Innovation, Vol. 12, No. 1(March), 2005: pp 63-69.

to behave like both an acute and chronic wound in perpetuity.[10] Although decreasing the inoculum (the amount of polypropylene) may decrease the severity of the FBR, the problem of the chronic FBR with ongoing acute and chronic inflammation persists and may even worsen.[11]  Acute and chronic inflammation are associated with both pain and loss of function.[12] Indeed the most common complication reported in the FDA's systematic review of transvaginal mesh are those associated with inflammation: extrusion and pain.

Polypropylene implantation creates a strong FBR.  As part of the FBR the body's white blood cells release powerful oxidizing agents including ionized oxygen, hydrogen peroxide and hypochlorite.  These powerful oxidizing agents change the chemical composition and physical properties of the polypropylene mesh fibers.  The oxidation of polypropylene mesh implants is many times greater than would be expected when exposed to room air.[13] This results in mesh degradation, worsening inflammation, loss of elasticity and contraction.[14] This contraction may be as great as 85% and continue for at least 9 years.[15]  Even those studies frequently cited by purveyors of ppm have shown contraction in the range of 15 to 35% as well severe loss of elasticity.[16]

---

[10] Id.

[11] Arnaud Clavé & Hannah Yahi & Jean-Claude Hammou & Suzelei Montanari & Pierre Gounon & Henri Clavé. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants. Int Urogynecol J (2010) 21:261–270.

[12] Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Mu¨ller, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591.

[13] Timothy C. Liebert, Richard P. Chartoff, et al.  Subcutaneous Implants of Polypropylene Filaments. J. BIOMED. MATER. RES. VOL. 10, PP. 939-951 (1976).

[14] C. R. Costello, S. L. Bachman, B. J. Ramshaw,2 S. A. Grant. Materials Characterization of Explanted Polypropylene Hernia Meshes.  Journal of Biomedical Materials Research Part B: Applied Biomaterials. Published online 6 February 2007 in Wiley InterScience (www.interscience.wiley.com).

[15] Letouzey V, Deffieux X, Levailolant J, et al. Overview of transvaginal placement of reconstructive materials (surgical mesh or biografts) for treatment of pelvic organ prolapse or stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2009;20:S205.

[16] KamilSvabikeAloisMartaneJaromir lasata Rachid El-Haddad -Petr Hubka eM arketa Pavlikova.

## SURGICAL MESH FOR THE TREATMENT OF PELVIC ORGAN PROLAPSE

Erroneously acquitting partial anatomic recurrences with subjective failures (believing that a small amount of recurrent POP, even though asymptomatic, was a problem), many thought leaders have endeavored to invent methods to augment the weakened native tissue.  Although it is unclear when this endeavor began, the 1990s saw a small but growing number of expert urogynecologists and urologists performing transvaginal graft implantation.   Some of these specialists utilized cadaveric tissue: allografts. Others experts utilized animal tissue: xenografts. A smaller number of specialists began using synthetic meshes.

The problems of inflammation, mesh contraction, abdominal wall rigidity, and mesh related pain that were well documented in the abdominal hernia literature should have raised substantial concern[17] to companies like Ethicon and Johnson and Johnson who were

---

Ultrasoundappearancesaftermeshimplantation evidence of mesh contraction or folding?  Int Urogynecol J (2011) 22:529-533.  Dietz HP, Erdnaann M, Shek KL. Mesh contraction: myth or reality? Am J Obstet Gynecol. 2011;204:173.el-4.

[17]      See Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17; Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17; Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mesh (polypropylene/poliglecaprone 25) for TAPP inguinal hernia repair. Surg Laparosc Endosc Percutan tech 2007, 17; 91- 94;  Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997)1:15-21; Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials,  2001 Jul; 22(14):2021-4; Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European. J. Obstet & Gynecol and Repro Bio 134: (2007)262-267; Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs, European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998;  Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul; 165(7):665-73; Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002); Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene- mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec; 19(24):2235-46. Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol. 2006 Feb; 46(1):42-5; Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan; 22(1):47-52; Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542; Cappelletti M, Attolini G, Cangioni G, et al. The use of mesh in abdominal wall defects. Minerva Chir. 1997 Oct; 52(10):1169-76; Klosterhalfen B, Klinge W,

considering using synthetic mesh devices in the vagina especially since those same problems in the vagina would have much graver consequences.  Studies had demonstrated that the contraction of hernia mesh resulted in loss of abdominal compliance and pain.[18] Contraction and loss of vaginal stretch could create significant problems with sexual function. Additionally, the pelvis has a complex anatomy, an anatomy filled with nerves responsible for bowel function, bladder function, and sexual stimulation.  Inflammation and contraction of pelvic tissues creates unique and debilitating problems never experienced with abdominal hernia repairs.   Furthermore, abdominal hernia surgeries involve the placement of synthetic mesh through a clean incision with limited risk for bacterial contamination and infection.   A vaginal incision is not considered clean, it is considered clean/contaminated, an incision with substantial risk of bacterial contamination.[19]

The goal of pelvic organ prolapse surgery is to resolve symptoms. Although commonsense would suggest that this would require a complete restoration of youthful anatomy, such is neither possible nor necessary.  A modest reduction of POP typically results in high patient satisfaction. This is evidenced by the numerous randomized

---

Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long- term implantation in humans. [ABSTRACT] Chirugr 2000; 71:43-51; Seker D, Kulacoglu H. Long-term complications of mesh repairs for abdominal wall hernias. J Long Term Eff Med Implants. 2011; 21(3):205-18; Cobb W, Burns J, Peindl R et al: Textile analysis of heavy weight, mid-weight, and light weight polypropylene mesh in a porcine ventral hernia model. J Surgical Research 136, 1-7 (2006); Pandit A, Henry J. Design of surgical meshes - an engineering perspective. Technol Health Care. 2004; 12(1):51- 65; Pierce L, Grunlan M, Hou Y et al: Biomechanical properties of synthetic and biologic graft materials following long-term implantation in the rabbit abdomen and vagina. Am J Obstet Gynecol. 2009 May; 200(5):549.e1-8; Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007Sep; 14(3):168-76.

[18]      Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21.

[19]      Astrid Vollebregt & Annet Troelstra & C. Huub van der Vaart. (2009). Bacterial colonisation of collagen-coated polypropylene vaginal mesh: are additional intraoperative sterility procedures useful, Int Urogynecol J (2009) 20:1345–1351.

controlled trials (RCTs) that have evaluated different POP surgeries for anatomic and symptomatic outcomes. These RCTs have failed to demonstrate higher patient satisfaction or improved quality of life following surgeries with greater degrees of POP reduction.[20]

## C. Native Tissue Repairs versus Polypropylene Mesh Repairs of POP

The highest levels of scientific evidence are found in Randomized Controlled Trial ("RCT"). The most valued and reliable data comes from systematic reviews of a multiple RCT.   Although clinical studies were not performed prior to the mass commercialization of transvaginal mesh kits, a number of RCTs and systematic reviews are now available.  In 2011, the American Board of Obstetricians and Gynecologists (AGOG) published their Committee Opinion on the Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse.[21] The committee opinion was based on a review of the both the published systematic reviews of RCTs and observational studies as well as individual RCTs.  They were unable to find data to demonstrate any superiority of PPM surgery compared to native tissue repairs of the posterior vagina and apex (rectoceles and apical prolapse). They were able to identify a single RCT that showed a small superiority with regard to anterior support following mesh surgery. However, there was no data to show a symptomatic advantage.  The committee concluded:

> [T]here are insufficient data on the use of mesh for the posterior or apical compartments. The risk/benefit ratio for mesh-augmented vaginal repairs must balance improved anatomic support of the anterior vaginal wall against the cost of the devices and increased complications such as mesh erosion, exposure, or extrusion; pelvic pain; groin pain; and dyspareunia.[22]

---

[20]    Christopher Maher, Benjamin Feiner, Kaven Baessler, CorinaSchmid. (2013).Surgical management of pelvic organ prolapse in women. The Cochrane Library.

[21]    Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse. (2011). COMMITTEE OPINION, Number 513 • December 2011, Committee on Gynecologic Practice. The American College of Obstetricians and Gynecologists.

[22]    Id. at fn. 10.

Based on its review, ACOG recommended that "Pelvic organ prolapse vaginal mesh repair should be reserved for high-risk individuals in whom the benefit of mesh placement may justify the risk, such as individuals with recurrent prolapse (particularly of the anterior compartment) or with medical comorbidities that preclude more invasive and lengthier open and endoscopic procedures." [23]

The Cochrane Collaboration is a not-for-profit international network of health practitioners and researches that promote evidence based medicine by performing high quality systematic reviews of predominantly randomized controlled trials. The Cochrane reviews are internationally recognized as the highest standard of evidence-based health care. In April of 2013 the Cochrane Collaboration published its systematic review of 56 randomized controlled trials of surgical operations for pelvic organ prolapse. Similar to the findings of ACOG, The Cochrane group found there to be no significant benefit of transvaginal PPM surgery for posterior and apical pelvic organ prolapse. Likewise, PPM was not associated with any superiority compared to native tissue surgery when surgery was performed for more than one compartment (e.g. combined rectoceles and cystocele surgery). PPM surgery resulted in an 11 percent reoperation rate whereas native tissue surgery had on a 3% reoperation rate. The risk of mesh erosion was as high as 18%. Although transvaginal PPM surgery of the anterior compartment (cystocele surgery) was associated with a lower incidence of patient awareness of recurrent POP, no superiority was noted with regard to quality of life (QOL). Blood loss, operative time, de novo (new onset) stress urinary incontinence, and new POP at the apex and posterior compartment

---

[23]    Id.

were all lower with native tissue surgery. Anterior compartment mesh surgery was associated with an 11% mesh erosion rate and 6.8% reoperation rate for such erosions.

In 2013, the American Urogynecologic Society published its position statement on the Restriction of Surgical Options for Pelvic Floor Disorders. They stated with regard to transvaginal mesh surgery that "it is our strong opinion that there is a subset of women with prolapse in whom the benefits outweigh the risk". There are no clear guidelines for identifying whom is such a candidate. All medical societies, manufacturers, and the FDA agree that transvaginal mesh is not superior to native tissue repairs in reducing symptoms of POP and is associated with inflammation and contraction that can lead to severe complications including chronic pelvic pain. It is also agreed that such complications can create the need for complete removal of the implant. I have personally trained over 1000 surgeons and am not aware of one that can successfully remove a contracted and inflamed transvaginal mesh.

## THE HISTORY OF PROSIMA

On November 15, 2002, Dr. Carey filed his provisional patent for the procedure and device which was eventually purchased and commercialized by Ethicon and Johnson & Johnson as the PROSIMA.[24] Dr. Carey's patent was published on July 3, 2004.[25] In his published patent, Dr. Carey explained that a new device was needed because "the synthetic meshes currently in use [were] far from ideal as they ha[d] been designed principally for the treatment of anterior abdominal wall hernias."[26] Importantly, Ethicon's PROLIFT devices – manufactured using the same Gynmesh PS polypropylene material – was one of

---

[24] PCT/AU2003/001494,
[25] **WO2004045457 A1**
[26] *Id*. at ___

the devices on the market when Dr. Carey published this statement.  To address the problems associated with the synthetic meshes on the market at that time, Dr. Carey's patent called for a two-armed, lightweight, flexible, nonwoven mesh material with pores measuring 3mm x 3mm (3000 microns x 3000 microns) in the central body and 1 mm x 3 mm) (1000 microns x 3000 microns) in the arms without any open interstices at the junctions between the respective strands to prevent mesh related infections.[27]

The only clinical data available prior to Ethicon placing the PROSIMA on the market was conducted by the inventor, Dr. Carey.  Dr. Carey reported that no women in his study developed symptomatic or objective evidence of grade 2 (Balden-Walker classification) or more pelvic organ prolapse.[28]   However, the study had significant limitations and only involved 49 women with a very short-term follow-up of only four weeks.

Dr. Carey's application eventually resulted in both a method and device patent.[29] On September 30, 2004, Dr. Marcus Carey sold his patent (the method and device that would be commercialized as PROSIMA) to Ethicon for a one million dollars ($1,000,000.00) and a royalty on worldwide sales caused by the commercialization of his method.[30]  One half of the million dollars would be held until certain benchmarks were achieved. One hundred thousand dollars would be held back until Dr. Carey published a clinical study on the patented method in an internationally recognized peer reviewed

---

[27] *Id*. at ____
[28] CITE THE STUDY OR BATES NUMBER OF THE STUDY HERE
[29] CITE
[30] ETH.MESH .09746846

journal. Four hundred thousand dollars would be held back until Ethicon made available

for sale product covered by at least one claim of the patent in the U.S. or Europe. Ethicon

estimated a market size for MINT (PROSIMA), based on $600 per kit, to be 270,600,000.[31]

Based on this number, Dr. Carey's 2.5% annual royalty could be as high as 6.7 million

dollars per year. In addition to said monies, Dr Carey would be 2,500 per day for

consulting services including investigation and commercialization of products based on his

invention. The consulting portion of this agreement appears to have continued for many

years.

According to an internal document dated April 25, 2005, the goal of the

PROSIMA/MINT project was to "[d]evelop a robust procedural kit for the general

gynecologic surgeon entailing a less technically challenging, standardized technique to

address pelvic floor repairs which will improve functional outcomes over traditional suture

based repairs (colporrhaphy)."[32]  The proposal stated that the new kit would be supported

by clinical outcomes that demonstrate reduced recurrence and low complications and

would target "non-specialized GYN surgeons" and patients with "stage 2 or greater anterior

or posterior prolapse or those that are stage 1 symptomatic."[33]

On September 6, 2005, Kim Hunsicker, Ethicon's Director of Clinical Programs,

sent an email to Ethicon colleagues confirming that Ethicon will be targeting non-

specialists. She stated "discussed (PROSIMA) with the inventors and marketing and the

main targets will be those doing non-mesh anterior and posterior repairs."[34] In the same

month, internal Ethicon emails demonstrate that some of Ethicon's employees were

[31] ETH.MESH.07902335
[32] ETH.MESH.07902335
[33] CITE
[34] ETH.MESH.03048784

concerned that PROSIMA may not bring any benefit to the market place.  In an email from Ethicon Medical Affairs Director, Martin Weisberg, Dr. Weisberg raised concerns that the inventor's study only showed non-inferiority to native tissue repairs and asked "[w]hy would we want to introduce a synthetic graft that does no better than native tissue?"[35] Several days later, Ethicon's World Wide Marketing Director, Allison London Brown wrote, "We need to show that we are providing some type of benefit on the new products we launch, otherwise what is the value to the customer."[36]

Despite the lack of adequate clinical data demonstrating that PROSIMA would be superior to and safer than alternative methods, a November 2005 PowerPoint presentation claimed that PROSIMA "w[ould] improve functional outcomes over traditional native and current flat mesh repairs. For patients it provides support and stabilization of vagina in the critical post-operative period of wound healing, improves wound healing, strength and reduces recurrence rate." [37]

On November 27, 2006, Ethicon filed its 510(k) application with the FDA claiming as its predicate devices the Gynemesh PS and the Silimed Vaginal Stent.  On February 26, 2007, Ethicon received FDA clearance to market the PROSIMA device. [38]  The PROSIMA Anterior, Posterior and Combined Pelvic Floor Repair Systems are manufactured out of Ethicon's Gynmesh PS polypropylene material.[39] While the PROSIMA device is manufactured by Ethicon using the same Gynemesh PS material used in Ethicon's PROLIFT device, the PROSIMA is different in that it has two arms instead of four, is used

---

[35] ETH.MESH.03048785
[36] ETH.MESH.03048783
[37] 112240.ppt
[38] FDA K063562
[39] PROSIMA IFU (NEED BATES NUMBER)

with an inflatable balloon intended to prevent post-operative bleeding, and the method of

placement is different.[40]





   Before even receiving FDA clearance to market PROSIMA, concerns were raised

regarding the high failure rate observed in Dr. Carey's 12-month clinical study – a concern

shared by Ethicon's Key Opinion leaders (KOLs) who felt that PROSIMA would not

---

[40] Images obtained from the PROSIMA IFU (CITE BATES NUMBER)

provide adequate apical, anterior or posterior support.[41,42,43,44]  Ethicon grew concerned

over the disappointing results of Dr. Carey's 12-month clinical results which demonstrated

an unacceptably high failure rate.[45]  This same internal document demonstrates that

Ethicon was aware that lightweight and larger pore meshes were needed to reduce mesh

shrinkage and the high rate of complications associated with devices like the PROLIFT and

PROSIMA and that Ethicon had already developed a lightweight, large pore mesh using

ULTRAPRO which had encouraging preclinical results "particularly for shrinkage

reduction."[46]

On January 24, 2007, Allison London Brown informed her colleagues working on

the PROSIMA product that the launch of the PROSIMA would be delayed because –

according to her – "while we determined that the study was a strong proof of concept, it did

not meet the full requirements for our launch needs, especially considering the substantial

differences between the original study's product/procedure and the final commercial

PROSIMA producdt.  Ms. Brown indicated that Ethicon would conduct its own clinical

study during the second quarter of 2007 and that Ethicon would wait for the 6 month

clinical review before launching PROSIMA.[47]

On February 5, 2007, David Robinson emailed several of his colleagues concerning

"good news" he received from Dr. Carey regarding his submission of his 12-month study

manuscript that Dr. Carey submitted to BJOB .  David Robinson acknowledged that he and

---

[41] ETH.MESH.03049713
[42] ETH.MESH.03049945
[43] ETH.MESH.03912703
[44] ETH.MESH.00455676
[45] *Id.*
[46] *Id.*
[47] ETH.MESH.00455676

his colleagues were concerned with Dr. Carey because he had submitted the manuscripts to BJOG without allowing Ethicon to review it first and because of Ethicon's concerns related to the large number of patients who were lost to follow-up. Dr. Robinson reported that while BJOG responded that they wanted to publish Dr. Carey's article, it needed "a major re-write." According to Dr. Robinson "This seems to be the best of both worlds: we get the chance to revise the data...and we have the agreement from the journal that they will publish once they are happy with the manuscript."[48]

Ethicon's internal documents demonstrate that PROSIMA is not effective and is associated with an unreasonably high risk of complications.[49,50,51,52,53,54,55,56,57,58] For example, in an email dated April 12, 2008, Dr. Carey discusses a plan to confront concerns about the high rate of failure and complications associated with PROSIMA. Dr. Carey wrote that he was having a "sense of de javue. I recall when the MINT data first appeared there was initially a lot of concern about 85% success rate and a few cases of vaginal stenosis among other things." Dr. Carey discusses a plan to confront PROSIMA's problems which included, among other things, meeting to better "frame" the clinical data. As discussed elsewhere in my report, Dr. Carey was the inventor and had a substantial financial interest in the success of PROSIMA.

---

[48] ETH.MESH.06148459
[49] ETH.MESH.04098598
[50] ETH.MESH.03162936
[51] ETH.MESH.05009194
[52] ETH.MESH.04569706
[53] ETH.MESH.10376374
[54] ETH.MESH.10416655
[55] ETH.MESH.08961175
[56] ETH.MESH.03466382
[57] ETH.MESH.05592152
[58] ETH.MESH.03721558

Judith Gauld writes to David Robinson and Johnathan Meek concerned that the clinical data had already demonstrated that PROSIMA failed and that Dr. Carey's suggestions would be interpreted as financially biased spin:

> We did state in the protocol that the study would be considered a failure if the failure rate had an upper 95% CI of less than 20% at 12 months. We have already failed that. I am concerned here that this look like **good bit of spin going on, and due to his commercial interest, this is not going to come over as objective as perhaps it should.**[59]

Despite this understanding, Ethicon continued to market PROLIFT and began selling PROSIMA with knowledge of PROSIMA's high failure rate and increased risk for complications.

On January 3, 2012, following numerous reports of serious mesh-related complications associated with vaginally placed synthetic mesh kits, like the PROSIMA, the FDA issued a 522 order requiring Ethicon to conduct a Post-Marketing Surveillance study to demonstrate the safety and efficacy of its transvaginal mesh kits, including the PROSIMA.[60] The FDA pointed out that it was concerned that the published literature indicated a lack of added clinical benefit compared to non-mesh repair.[61]

On February 1, 2012, Ethicon responded by providing the FDA with its Postmarketing Surveillance Plan (PS 12004).[62] On April 2, 2012, the FDA informed Ethicon that its plan was insufficient to demonstrate safety and efficacy of PROSIMA and Ethicon's plan was rejected**.** On May 9, 2012, Ethicon notified the FDA that rather than conduct studies to demonstrate the safety and efficacy of PROSIMA, Ethicon would withdraw PROSIMA from the market if the FDA would agree not to require Ethicon to

---

[59] ETH.MESH.03162936
[60] ETH.MESH.08565137
[61] ETH.MESH.02658539
[62] ETH.MESH.07724636

conduct safety and efficacy studies.[63]  Ethicon's own Key Opinions Leader Vincent

Lucente informed Ethicon that he was displeased with PROSIMA which he described to

Ethicon's employee Rosalyn Harcourt as "a reckless product."[64]  Dr. Lucente's sentiments

were shared by other Ethicon KOLs as well.[65,66,67,68,69,70]  Andy Meek, Ethicon's U.S.

Professional Education Manager, detailed these concerns from Ethicon's KOLs in an email

to himself dated February 10, 2009 wherein outlines the feedback that he received from

several KOLs who described PROSIMA as a "'Big mistake', 'Don't do it', 'Give me the

VSD and keep PROSIMA.'"

     Ethicon's internal documents demonstrate that Ethicon rushed the PROSIMA to

market in the face of overwhelming evidence that PROSIMA would cause an unacceptably

high rate of life-altering complications with no benefit over traditional methods for treating

pelvic organ prolapse.[71,72,73,74,75,76,77,78]  Despite the significant safety and efficacy problems

with PROSIMA, Ethicon pushed the product onto the market quickly generating significant

revenues.  In an email dated April 19, 2010, Kevin Frost, Ethicon's PROSIMA Product

Director, congratulated his colleagues:  "**We have hit a very significant milestone with**

---

[63] ETH.MESH.05600776
[64] ETH.MESH.05009194
[65] ETH.MESH.00057757
[66] ETH.MESH.02156725
[67] ETH.MESH.02156730
[68] ETH.MESH.00281482
[69] ETH.MESH.01186129
[70] ETH.MESH.00548923
[71] ETH.MESH.08966061
[72] ETH.MESH.07378350
[73] ETH.MESH.00794750
[74] ETH.MESH.00548923
[75] ETH.MESH.03686819
[76] ETH.MESH.00281482
[77] ETH.MESH.03162936
[78] ETH.MESH.05009194

**the Prosima launch, $1 million dollars in salese!  This makes Prosima one of the fastest launches ever, in the mesh kit market!"** [79,80]

Internal Ethicon documents demonstrate that Ethicon was aware that PROSIMA and PROLIFT were defectively designed and placed patients at an unacceptable risk of suffering serious complications.  For example, in Ethicon's August 27, 2007 project plan for Project Lightening, Ethicon discussed a need for a lightweight, large pore mesh to replace the defectively designed products currently on the market.  Ethicon's document acknowledges the unacceptable risks associated with products like the PROLIFT and PROSIMA and the need for a safer alternative design using Ethicon's lightweight, large pore ULTRAPRO to treat pelvic floor prolapse which would:

> Reduce[] sexual dysfunction issues with current meshes:  Minimize vaginal stiffness (shrinkage,) (sic) dyspareunia and permanent pain.

> Lower the rate of recurrence due to tissue contraction.

> Minimize exposure

## THE CLINICAL PATH AND DATA

**To date, there is no published randomized clinical trial on PROSIMA. Hence, there is no published RCT comparing PROSIMA to native tissue repair or other mesh repairs.**

<u>**7/03/2004 Case Series of "Y" and "Cross" Mesh**</u>

On **July 3<sup>rd</sup> of 2004,** Dr. Carey's patent application was published.[81] In this application Dr. Carey describes a case series that included 49 women who underwent implantation of "Y" and "Cross" shaped mesh in the anterior and posterior vagina

---

[79] ETH.MESH.00794750 (emphasis in original).
[80] See also ETH.MESH.03686819
[81] WO2004045457 A1

compartments (Figure 1). Dr. Carey states that his invented method was used for this case series. Accordingly, the anterior and posterior native tissue would have been plicated and the mesh would have been secured to the fascia with sutures.

**Findings:** 49 Patients observed for a total of 4 wks had no prolapse into the distal half of vagina at 4 weeks.

**Issues**:

- Patients only followed for 4 weeks

- Observational data with no control group

- No report of pre-operated prolapse stage

- In accordance with invented method

    o   Native tissue plicated beneath the mesh

    o   Mesh was sutured to fascia

- No balloon associated with splint (not c/w invention)

- Patients not seen until 4 weeks post op (gauze pad unlikely)

- No report of complications or other adverse events.

**Summary:** A small group of women with an unknown degree of prolapse underwent implantation of two mesh shapes in accordance with the invented method of Dr. Carey. The anterior shape used for combined cases, a cross, was not used for PROSIMA. A splint was used for 4 weeks. No balloon was used. At 4 weeks following transvaginal implantation of an unknown mesh type, with one shape differing than the PROSIMA shape, who underwent concomitant native tissue repair, followed by use of a VSD not associated with a balloon, 49 women with an unknown degree of prolapse did not have prolapse to the distal half of the vagina. There was no control group. There is no ability to determine if any

of the described benefit is from the native tissue repair or the mesh. There is no ability to determine if any benefit is less than, equal to or more than that with native tissue repair alone or other prolapse surgeries.

**Higgs, PJ; Carey, MP; Cornish, A; Slack, M., SURGERY FOR PELVIC ORGAN PROLAPSE USING MESH AND A NEW VAGINAL SUPPORT DEVICE: A 6 MONTH FOLLOW UP. Int Urogynecol J (2006) 17 (Suppl. 2):S101–S152**

In **September of 2006**, Higgs and Carey presented six month follow-up observations of 69 women with stage 2 or greater pelvic organ prolapse who underwent implantation with Gynemesh PS. A "Y" shaped mesh was used for the posterior repairs and a "Cross" shaped mesh was used for the anterior repairs (Figure 2). Minimal details were provided in this abstract. However, further details were disclosed in the 2007 publication of the one-year continuation of this observational report and incorporated herein. The native tissue, fascia, was plicated beneath the mesh. The arms of the cross mesh were not placed in tunnels to the origin of the ATFP but taken laterally to the adjacent ATFP. A vaginal stent was placed for 4 weeks following the surgery. No balloon was placed. Success was defined as POP of stage 0 or 1. Subjective effects were evaluated by validated QOL questionnaires.

**Findings:**

- 96% of 69 women had success at 6 months (POP-Q stage 0 or 1)

- 73% satisfaction

- 12% with sexual problems.

**Issues:**

- Patients only followed for 6 months

- Observational data only with no control group

- In accordance with invented method, Native tissue was plicated beneath mesh.

- No balloon was associated with the splint (VSD)

- At the time of this publication, Dr. Carey had already signed a deal with Ethicon that paid $100,000 for the publication of his data in a peer reviewed journal, provide $1,000,000 to Dr. Carey upon commercialization of PROSIMA, and could provide over $6,000,000 per year to Dr. Carey based upon worldwide sales of PROSIMA. This is very strong incentive for the publication of data supportive of PROSIMA.

**Summary:**  A small group of women with stage 2 or greater POP-Q POP underwent implantation of Gynemesh PS mesh shapes in accordance with the invented method of Dr. Carey.  The anterior shape, a cross, and the method of inserting such was not used for PROSIMA. A splint was used for 4 weeks. No balloon was used.  At 6 months following transvaginal implantation of Gynemesh PS, with one shape and implantation method differing than the PROSIMA shape and method, with concomitant native tissue repair, followed by use of a VSD for 4 weeks not associated with a balloon, 96% of women had less than stage 2 POP. There was no control group. There is no ability to determine if any of the described benefit is from the native tissue repair or the mesh. There is no ability to determine if any benefit is less than, equal to or more than that with native tissue repair alone or other prolapse surgeries. A lead investigator was the financially incentivized inventor of the PROSIMA method and at least one other author was a paid consultant of Ethicon.

**Carey M, Slack M, Higgs P, Wynn-Williams M, Cornish A. Vaginal    surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG 2008;115:391–397**

In **February of 2007**, Dr. Carey, Dr Slick, and co-investigators reported 1 year follow-up of their 2006 observational study. Ninety-Five women operated on between June of 2004 and February of 2005 were included. This publication provided more descriptive information including drawings. The anterior method was different that the PROSIMA method in several ways. The anterior mesh was a different shape than the PROSIMA mesh and, unlike the PROSIMA method, did not spare the distal 1/3rd of the vagina (Figure 3).[82] The anterior method for patients with apical failure also differed than the PROSIMA method.  The authors used a Y" shaped mesh. However, rather than carrey the mesh back along the ATFP to the origin of the ATFP, the arms were place "onto the sacrospinous ligaments". All patients received pre-operative I.V. antibiotics, 48 hours of post-operative antibiotics, and then 5 days of oral antibiotics. This differs than the PROSIMA method that only teaches optional antibiotics.

**Findings:**

- 13% of the 80 women available for 12 month f/u failed

- 28% of the 96 women failed if those lost to follow-up failed

- 13% reported subjective failure (to pressure symptoms)

- 33% de novo POP of untreated posterior compartment

- 22% de novo POP of untreated anterior compartment

- 33% subjective failure by predetermined VAS cut off

---

[82] Carey M, Slack M, Higgs P, Wynn-Williams M, Cornish A. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG 2008;115:391–397. The anterior mesh was carried all the way up to "the pubic bone" and, as seen in Figure 2, the mesh continues the full length of the vaginal all the way to the external uethral meatus..

- 23% slippage or protrusion of the sutured VSD

- 4% mesh extrusion

- 2% de novo SUI

**Issues:**

- Patients only followed for 12 months

- Observational data only with no control group

- The anterior methods are different than PROSIMA.

    o The mesh was not restricted to the proximal 2/3[rd] of the vagina.

    o For anterior compartment surgery, a "Cross" shape was used and not a "Y" and such shape did not contact the majority of the ATFP

    o For anterior compartment surgery associated with apical failure, the "Y" mesh was not carried to the origin of the ATFP, but was carried back to a more cephalad and dorsal position, the sacrospinous ligaments.

- No tracking of de novo dyspareunia. Therefore do not know how much treatable dyspareunia was exchanged for difficult to treat or untreatable dyspareunia.

- Vaginal discharge data is not collected (incidence, severity, bother). We do not no the incidence and severity of the adverse event.

- Although only a 4% incidence of mesh extrusion is reported, a unique 2 layered non interlocking everting mucosal closure technique was used. Indeed, the authors opine that the low extrusion rate is possibly a result of the technique and not PROSIMA device. Additionally, the 2-3 year f/u of these patients found a 10% extrusion rate.[83]

---

[83] T. Sayer & J. Lim & J. M. Gauld & P. Hinoul & P. Jones & N. Franco & D. Van Drie & M. Slack & for the Prosima Study Investigators. Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2012) 23:487–493. See Table that shows 11/110 pts with extrusion.

- Although only 2% de-novo SUI, the authors to not correct for the 34% of patients that underwent concomitant sling procedures that may have represented as many as 50% of those undergoing anterior PROSIMA implants. Authors also do not correct for the 13% of patients that had prior incontinence surgery. The data on de-novo SUI is not valid unless qualified by or corrected for the up to 50% of women that had concomitant slings and previous incontinence surgery.

- In accordance with invented method, Native tissue was plicated beneath mesh.

- No balloon was associated with the splint (VSD)

- At the time of this publication, Dr. Carey had already signed a deal with Ethicon that paid $100,000 for the publication of his data in a peer reviewed journal, provide $1,000,000 to Dr. Carey upon commercialization of PROSIMA, and could provide over $6,000,000 per year to Dr. Carey based upon worldwide sales of PROSIMA. This is very strong incentive for the publication of data supportive of PROSIMA.



**FIGURE 2**

**CROSS SHAPED MESH USED BY CAREY ET AL**



**FIGURE 3**

## ANTERIOR MESH CAREY ET AL

**Summary:** A small group of women with stage 2 or greater POP-Q POP underwent implantation of Gynemesh PS mesh shapes in accordance with the invented method of Dr. Carey.  As this is an extension of the 2006 study, it carries forward all of the same weaknesses and concerns.  Putting such concerns and weaknesses aside, at most, this study can be considered a pilot, uncontrolled, observational study that suggests that the a no-balloon modification of the method of Dr. Carey, a method with multiple distinctions from both the PROSIMA METHOD and PROSIMA instructions, may be as efficacious as native tissue prolapse surgery at one year.

**Carey M, Higgs P, Goh J, Lim J, Leong A, Krause H, Cornish A. Vaginal repair with mesh versus colporrhaphy for prolapse: a randomized controlled trial. BJOG 2009;116:1380–1386.**

In **July of 2009,** Dr. Carey and his co-investigators reported on the one year follow-up of 139 women randomized to either a modified version of the patented Carey method (69 patients) or native tissue repair (70 patients). Women with stage two or greater POP were randomized to either combined anterior and posterior mesh over a plication (native tissue repair) or combined anterior and posterior plication (native tissue repairs).  The investigators once again used the "Cross" shaped mesh for the anterior compartment surgery and tunneled this mesh laterally to the ATFP. The anterior mesh was not tunneled to the ATFP (The PROSIMA anterior mesh would be different; a "Y" shape, and be implanted differently, tunneled to the origin of the ATFP).  Consistent with the previous publications, the patients being implanted with mesh all received the Carey antibiotic protocol, I.V. antibiotics pre-operatively, 48 hours of I.V. antibiotics post-operatively, and an additional five days of oral antibiotics. The native tissue group only received pre-

operative antibiotics. The mesh implantation method deviated from the method Dr. Carey described in his patent application, the method of utilized in his two previously published observational studies, and the method taught for the PROSIMA devise; No VSD was utilized.  Success was once again defined as POP-Q of less than stage 2 at one year.

**Findings:**

- No significant difference in anatomic success between the groups

- No significant difference in subjective outcomes between the groups.

- 5.6% extrusion rate (75% excised)

- De novo dyspareunia rate: 16.7% in mesh group and 15.2% in native tissue group.

**Issues:**

- Patients only followed for 12 months

- The mesh group was actually a mesh plus native tissue group. Hence the findings of the study are comparing mesh plus native tissue to native tissue alone.

- Approximately half of the patients in each group underwent concomitant native tissue colpopexy (SSLF) and this was not corrected for. Hence, all conclusions regarding efficacy of mesh vs. native tissue repair are tenuous and no valid conclusions can be drawn without correction for SSLF (Those with and without SSLF would need to be analyzed separately).

- No VSD was utilized. Hence, even after correction for SSLF, none of the findings could be extended to the PROSIMA device.

- The anterior method and shape is different from the PROSIMA method and shape. Hence, even if it was revealed that a VSD with balloon was used for 3-4 weeks and

the data was corrected for SSLF, none of the findings could be extended to the anterior PROSIMA procedure.

- No subjects underwent single compartment repair. Hence, even if it was revealed that a VSD with balloon was used for 3-4 weeks and the data was corrected for SSLF, none of the findings could be extended to anterior or posterior PROSIMA and, as the anterior method and mesh shape were different from PROSIMA, none of the finding could be extended to combined anterior and posterior PROSIMA.

- Examiners were not blinded ("examiners attempted to remain blinded")

- The study was paid for by Ethicon

- At the time of this publication, Dr. Carey had already signed a deal with Ethicon that paid $100,000 for the publication of his data in a peer reviewed journal, provide $1,000,000 to Dr. Carey upon commercialization of PROSIMA, and could provide over $6,000,000 per year to Dr. Carey based upon worldwide sales of PROSIMA. This is very strong incentive for the publication of data supportive of PROSIMA.

**Summary:** This is a small randomized, controlled, non-blinded study, performed by a financially incentivized investigator, sponsored by the manufacturer of PROSIMA, that randomized patients to either a method of combined anterior and posterior mesh implantation that differed from both the methods previously published by Dr. Carey and the PROSIMA or native tissue repair. The investigators were on able to show a significant difference in either subjective or objective outcomes. The results of the study are tenuous at best as approximately 50% of patients underwent concomitant SSLF and the study analysis did not correct for this. Furthermore, even if such correction was to be performed now, the

findings could not be extended to PROSIMA as a neither a vaginal splint or VSD with balloon were used and, in addition, the mesh group all underwent an anterior implant different than PROSIMA. Addressing the findings of the study without reference to the above noted issues, the authors concluded, "In this study, vaginal surgery augmented by mesh did not result in significantly less recurrent prolapse than traditional colporrhaphy 12 months following surgery". "A larger study is required to more conclusively assess the effectiveness and safety of mesh-augmented vaginal repair surgery". Although Ethicon sponsored this study, I can find no evidence that Ethicon sponsored and completed this larger randomized controlled trial recommended by the author, the inventor of the PROSIMA method.

**Zyczynski HM, Carey MP, Smith ARB, et al. One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010;203:587.e1-8.**

In **October of 2009,** Zyczynski, Carey and other investigators reported their one year observations on patients undergoing surgery with PROSIMA. One hundred and thirty women with POP-Q stage 2 and 3 POP underwent surgery with the PROSIMA device at one of 11 sites. The PROSIMA was implanted with a method in accordance with the PROSIMA IFU (The IFU teaches plication as optional. Patients in this study were plicated). Anatomic success was defined as POP-Q of less than stage 2. The authors cited the Ethicon rat study previously discussed herein as justification for removal of the VSD at 3-4 weeks, "The recommended duration of VSD wear (3-4 weeks after surgery) is supported by preclinical testing that established that polypropylene mesh reaches a steady-state of tissue integration at 28 days." The authors also cite, in support of a 3-4 week removal of the VSD,

a rat study in which Gynemesh was implanted in the subcutaneous tissues of the rat back.[84] The mesh was pulled through the rat skin incision and left exteriorized (Figure 4). Tension was applied horizontally at different points in time. This study found that horizontal pull-out forces for mesh in a rat back plateau at 25 days.



FIGURE 4

Mesh through the skin of rat.[85]

**Findings:**

- 77% anatomic success at one year

- 87% anatomic success if changed definition of success to prolapse above hymenal ring.

- 57% anatomic success for those patients undergoing only anterior PROSIMA

- 73% subjectively much better

- 8% mesh extrusion. 2/3rd excised.

- 82% of patients point C descends 2 cm or less

---

[84] Boukerrou M, Rubod C, Debet B, Boodhum R, Nayama M, Cosson M. Tissue re- sistance of the tension-free procedure: what about healing? Int Urogynecol J 2008;19: 397-400.
[85] Boukerrou M, Rubod C, Debet B, Boodhum R, Nayama M, Cosson M. Tissue re- sistance of the tension-free procedure: what about healing? Int Urogynecol J. Screen shot. Sharpening filter.  2008;19: 397-400. Figure 2.

- "Apical support 1 year after surgery was improved from baseline by 2 cm, with a mean for point C of – 6 cm".

- Failure to maintain the VSD for 21 days was associated with a higher anatomic failure rate.

- Subjective improvement noted.

- Study was failed to show success by pre-determined primary end-point of CI <20% failure.[86]

**Issues:**

- The reported anatomic success is not superior to native tissue repairs.

- The anatomic failure in the anterior compartment is higher than that reported in many studies on native tissue repair.

- The high anatomic failure rate of 57% for anterior mesh did not include untreated compartment failure. Studies by paid industry consultants which have looked at untreated compartment failure following anterior mesh implantation found rates ranging from 20-40 and, 2-4 x that associated with native tissue repair.[87]  Correcting the failure rate of this study for the untreated compartment would need to take into consideration that 53% of patients underwent combined anterior and posterior PROSIMA leaving, according to the IFU which teaches that PROSIMA provides level one support, no untreated compartment.

---

[86] ETH.MESH.01032152
[87] Vollebregt, A., Fischer, K., Gietelink, D. and van der Vaart, C. (2011), Primary surgical repair of anterior vaginal prolapse: a randomised trial comparing anatomical and functional outcome between anterior colporrhaphy and trocar-guided transobturator anterior mesh. BJOG: An International Journal of Obstetrics & Gynaecology, 118: 1518– 1527. doi: 10.1111/j.1471-0528.2011.03082.x, Withagen MI, Vierhout ME, Milani AL. Does trocar-guided tension-free vaginal mesh (Prolift) repair provoke prolapse of the unaffected compartments? Int Urogynecol J Pelvic Floor Dysfunct 2010;21:271–8.

- The overall anatomic success rate of 77% not only biased upward by the exclusion of untreated compartment failure, the success rate describes anatomic success at one year for patients undergoing a combined native tissue repair and mesh implantation. As noted earlier, the native tissue was plicated beneath the mesh.

- Mesh extrusion rate higher than reported in previous studies that did not utilize the balloon.

- This mesh extrusion rate is being reported at one year and we know that the extrusion rate increases with time. Nieminen et al, in their RCT using a similar method to that of PROSIMA but without a VSD, noted a more than doubling of the mesh extrusion rate between one and three years. Indeed, the 2 plus year follow-up of this study demonstrates an approximate doubling of the mesh extrusion rate.

- If utilized the more liberal definition of success, many patients that were with stage 2 prolapse both before and after the surgery would be considered a success.

- The mobility of point C has never been shown to be associated with symptoms of POP. Mobility of 2 cm or less has never been validated as a predictor of recurrence or a measure of success. The significance of this finding is unknown.

- Although internal Ethicon documents will site this study to as evidence that PROSIMA provides apical support, the mean improvement in point C from -4 to -6 cm has never been shown to be of clinical significance and does not represent any change in POP-Q staging.[88] It is also important to note that this 2 cm improvement was only noted in patients who underwent combined anterior and posterior PROSIMA. The only finding with regard to the effect of PROSIMA at vaginal apex is that patients with stage one apical failure treated with combined anterior and

---

[88] ETH.MESH.08979440

posterior PROSIMA had not progressed to Stage 2 at the one year follow-up appointment. Furthermore, point D documentation in patients with uterus in situ is conspicuously absent.

- Nieminen at all reported 87% efficacy at 3 years without suturing the mesh or using a VSD.[89]  Nieminen also plicated beneath the mesh, as was taught by Carey, as was performed in all published studies including this one, and as was taught to be optional in the PROSIMA IFU.

- The authors incorrectly cite the Ethicon rat study in support of VSD removal at 3-4 weeks. As discussed previously herein, the Ethicon rat study in no way supports removal of the VSD at 3-4 weeks. Conversely, it supports maintenance of the VSD for the full 12 weeks provided by its claimed predicate device, the Silimed Vaginal Splint.

- The cited rat study does not validate VSD removal at 3-4 weeks.  The mesh was pulled exteriorized (pulled through the skin). Therefore, healing skin wound confounds any measurement of pull-out resistance. Furthermore, secondary to the 90 degree angle created by the exit of the implant through the skin wound, horizontal traction is substantially absorbed by the skin. Additionally, even an accurate measure of horizontal pull-out force would not provide valuable information regarding the clinically relevant forces applied to a healing pelvic organ support mesh, as this mesh is exposed to predominantly angular (perpendicular and

---

[89] Nieminen, Kari, Reijo Hiltunen, Teuvo Takala, Eila Heiskanen, Mauri Merikari, Kirsti Niemi, and Pentti K. Heinonen. "Outcomes after Anterior Vaginal Wall Repair with Mesh: A Randomized, Controlled Trial with a 3 Year Follow-up." <i>American Journal of Obstetrics and Gynecology</i> 203.3 (2010): pg e1-8..
Kari Nieminen & Reijo Hiltunen & Eila Heiskanen & Teuvo Takala & Kirsti Niemi & Mauri Merikari & Pentti K. Heinonen. Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J (2008) 19:1611–1616.

not horizontal forces). It is also important to note the authors concluded that, with regard forces stabilizing at 25 days, "This schedule cannot be directly extrapolated to humans" and, discussing problems with the study device, "For these reasons, there must be some doubt regarding the real values or even the existence of the resistance plateau". In closing, the authors concluded "We will have to carry out further research to find out whether the model can be transposed to human".

- The authors noted a significant trend with regard to VSD insertion time. Increased length of insertion (beyond 21 days) was associated with higher anatomic success rates. This validates the FDA's concerns regarding removal of the VSD at only 3-4 week whereas the predicate vaginal stent was to be left inserted for 12 weeks.

- The authors state "We did not access for the presence of vaginal banding." This is a known and severe complication of armed mesh kits. In this first and only study of the PROSIMA kit, a kit without arms, the investigators have failed to access this important metric and state "Future studies should consider evaluating this known, unintended consequence of long-armed fixation meshes and its correlation to sexual function and dyspareunia."

- Although conflicts of interest were not disclosed, two authors, Gauld and Robinson, were Ethicon Employees and Slack and Carey were both paid consultants of Ethicon. The multi-million dollar financial incentive to Dr. Carey has been previously described in this report. Additionally, the "Data were maintained and analyzed by the research team of the manufacturer."

**Summary:** This non-randomized non-controlled observational study, funded by Ethicon and conducted by its paid consultant and direct employees, represents the first published report utilizing the PROSIMA device and method. Although the study was published in 2010, over 3 years after PROSIMA was cleared for marketing in the United States, the data was available to Ethicon by early 2009, prior to any substantial sales of PROSIMA.[90] The study reported overall anatomic success rates equal to those reported elsewhere for native tissue repairs. However, the reported success rate for the Anterior PROSIMA was concernedly lower than many reports on native tissue anterior compartment repairs.

Additionally, the authors chose not to report or consider failures in the untreated compartments, a risk uniquely high with mesh implantation surgery. Taking this into consideration, the rate of surgical failure at one year for anterior PROSIMA should be considered to be lower than that of native tissue repairs. No evidence was provided to support the efficacy of PROSIMA in the treatment of apical pelvic organ prolapse. This study reported lower efficacy and higher complications than earlier studies that excluded either used no VSD or used a VSD without a balloon. The investigators acknowledge that the efficacy was less than that previously reported for the "prototype surgery" of the inventor and is his coworkers. Based on these findings, it is hard to justify the use of the VSD with balloon and the change of the anterior mesh shape from that used in earlier studies. At a minimum, based on these findings, a randomized controlled trial comparing

---

[90] M. Slack, H. M. Zyczynski , C. Reisenauer , S. Khandwala , D. Van Drie , N. Franco, T. R. Sayer , C. Goepel, M. Murphy, J. Gauld, A. R. Smith, M. P. Carey; A New Operation For Vaginal Prolapse Repair Using Mesh And A Vaginal Support Device: 1 Year Anatomic And Functional Results Of An International, Multicentre Study. Int Urogynecol J (2009) 20 (Suppl 2):S157–S158. And ETH.MESH.07724646. Ethicon's response to the 522 order. Only 70 units were sold in 2009.

the PROSIMA device and method to the "Prototype Surgery" (VSD without a balloon and no VSD) should have been initiated.  It was not.

In addition, the authors not only cite non-supporting literature with regard to removing the VSD at 3-4 weeks, but also find a significant association between increased insertion time and improved anatomic success. At a minimum, a randomized controlled trial to evaluate the effects of prolonged and shortened VSD insertion time should have been initiated. It was not.

With regard to the improvement in symptoms reported following PROSIMA implantation, the authors point out "We are unable to determine the contributing impact of mesh on this substantial reduction in symptoms in this cohort study. A randomized trial of colporrhaphy vs. mesh repair could contribute to the evidence-based risk/benefit analysis of augmented repairs." This study was not done.

The authors also concede that they failed to access the proposed benefit of PROSIMA over armed mesh kits, arm related sexual dysfunction and dyspareunia. The authors state that future studies should evaluate this issue. No such study was done.

Moreover, this study was done in accordance with the teachings of Carey and in accordance with the "Prototype Surgery" and, therefore, included native tissue plication beneath the mesh. Thus, any significant findings can only be claimed for PROSIMA device implantation combined with native tissue repair.

Finally, the study failed to demonstrate success of PROSIMA by its predetermined primary endpoint, confidence interval not < than 20%.

**T. Sayer & J. Lim & J. M. Gauld & P. Hinoul & P. Jones & N. Franco & D. Van Drie & M. Slack &  for the Prosima Study Investigators. Medium-term clinical outcomes**

**following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2012) 23:487–493**

In November of 2011, Sayer and six other investigators reported the 24-34 month follow-up of patients that had been included in the 2010 Ethicon PROSIMA study (Zyczynski et al). The median follow-up time was reported to be 29 months. This was an Ethicon sponsored observational continuation study in which five of the seven authors were paid Ethicon consultants and two were Ethicon Employees. One hundred and ten women from the original study were re-consented for the extension study.

**Findings:**

- 69% Success rate at median of 29 months

- 84% of patients point C descends 2 cm or less

- 10% Mesh extrusion.[91]

- 73% were excised.

- 5% de novo SUI

- 5% de novo dyspareunia

- Subjective improvement noted

**Issues**

- Anatomic success rates dropped below the native tissue success rates reported in many studies. Although the one-year data was very concerning for Anterior PROSIMA performing less well than native tissue repairs, this 2-3 year follow-up failed to report on efficacy by compartment.

---

[91] T. Sayer & J. Lim & J. M. Gauld & P. Hinoul & P. Jones & N. Franco & D. Van Drie & M. Slack &  for the Prosima Study Investigators. Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2012) 23:487–493. See Table that shows 11/110 pts with extrusion.

- 20% of the original study group was not consented for this extension study. The anatomic success rate is most likely lower than the reported 69%.

- Untreated compartment failures were not considered anatomic failures. Based on the already described high incidence of untreated compartment failure associated with vaginal mesh implantation, if such failures were included in the study calculations, anatomic success of PROSIMA would have been further decreased. Such decrease would likely represent an efficacy well below that of native tissue repair.

- As noted in the previous discussion of the one year data, native tissue plication was performed beneath the mesh.

- Whereas the one year Ethicon study by Zyczynski et al described stability of point C (but did not show significant improvement in apical support), this 2-3 year follow-up study chose to exclude the POP-Q data on point C and provided only the mobility of point C.  This omission is suspect and suggests that this measurement was excluded secondary to progression of point C (a failure of PROSIMA to treat apical failure).

- At 10% incidence of mesh extrusion, this non-randomized, non-controlled, manufacturer-sponsored study performed by Ethicon employees and paid consultants provides no meaningful evidence to suggest the PROSIMA device is associated with greater or lower mesh extrusion rates than armed mesh kits.

- Although a de novo dyspareunia rate of 5% is less than that reported for both armed mesh and native tissue prolapse surgery, it is unclear if the low reported rate is secondary to less ambitious native tissue repair performed underneath the mesh, the

limitation of the mesh to the proximal 2/3rd of the vaginal vault, or secondary to the no-armed PROSIMA method. The 5% incidence of dyspareunia must also be considered with reservation, as the inventor of the PROSIMA method, Dr. Carey, published his RCT of his no-arm mesh method (without a VSD) vs. Native tissue, and found a 17% incidence of de novo dyspareunia associated in the no-arm mesh group.

- Any subjective improvement may be secondary to the underlying native tissue repair, the mesh, or a combination of the two.  Even if the investigators controlled for plication, as the original investigators pointed out "We are unable to determine the contributing impact of mesh on this substantial reduction in symptoms in this cohort study. A randomized trial of colporrhaphy vs mesh repair could contribute to the evidence-based risk/benefit analysis of augmented repairs."

- The authors do not report the mean follow-up time. The authors opted to report a median.  As a longer follow-up would be more meaningful, one would expect the authors to have reported a mean that was greater than the median. Hence, it is likely that the mean follow-up is less than the reported 29-month median.

- Although the authors report a 5% incidence of de novo stress urinary incontinence, a number that is lower than that  reported for other mesh kits, the authors do not correct for the fact that 52% of the anterior PROSIMA patients underwent concomitant mid-urethral sling procedures (33% of all cases had a concomitant sling procedure).  Correction for concomitant sling procedures would be expected to raise the reported incidence of de novo SUI.

- 7/7 of the authors were paid by Ethicon. Two of the seven were Ethicon employees.

**Summary:**

This non-randomized non-controlled observational study, funded by Ethicon and conducted by its paid consultants direct employees, represents the first published report utilizing the PROSIMA device and method. This is an extension of the one-year Ethicon study reported by Zyczynski in. It is therefore subject to the same flaws and concerns previously described. Although the mean follow-up time is not disclosed, it is expected to be closer to two years than 3 years. As may have been predicted by previous RCTs on transvaginal mesh surgery, failures and mesh extrusions increased with time. Critical evaluation of the data suggests that, somewhere between 2 and 2.5 yrs, efficacy had fallen below that of traditional native tissue prolapse repairs and mesh extrusion had doubled. Of additional concern is the fact that success at 2 to 2.5 years in this uncontrolled observational study had dropped well below the success rate reported in the 3-year RCT of Nieminen et al, a study that used a similar method but no VSD.

Reports of a low incidence of de-novo dyspareunia must be considered with caution as previous data reported in a prospective RCT by the inventor of the method disclosed a incidence more than triple of that reported here. Although the incidence of mesh erosion was not higher than that reported in RCTs of vaginal mesh kits, all patients received 7 days of antibiotics (and 48 hours of I.V. antibiotics post-op) and a unique two layer mattress closure of the vaginal mucosa. As there were no control group and these measures were universally applied, these confounding variables cannot be corrected. The only conclusions that can be drawn with regard to the incidence of PROSIMA related mesh extrusion is that the implantation of the PROSIMA device with a novel double mucosal closure technique

and a novel and extended antibiotic regimen (not taught in the PROSIMA IFU) was associated with a mesh extrusion rate not greater than previously reported for transvaginal mesh surgery.  As more than half of the anterior PROSIMA patients and one third of all PROSIMA patients underwent concomitant sling procedures and no statistical correction was attempted, no conclusions may be drawn with regard to the incidence of de novo stress urinary incontinence.

Any attempts to claim improved efficacy or decreased complication rates based on future statistical correction for the confounding factors of concomitant sling surgery and untreated compartment failure would only provide evidence regarding the combination of the PROSIMA device with native tissue plication. As all patients were plicated, this confounding variable cannot be corrected.  Meaningful data on the efficacy and complications of the PROSIMA device itself could only be collected in a RCT that included a PROSIMA arm without concomitant plication. This study was never done.

On **April 12ᵗʰ of 2008**, the inventor of the PROSIMA procedure, Dr. Carey, sent an email to Ethicon's Worldwide Marketing Director and Worldwide Medical Director, Jonathan Meek and David Robinson, MD, as well as Ethicon's clinical director in Scotland, Judith Gauld and World Wide Group Marketing Director, Harel Gadot in which he declared "the clinical data need to demonstrate that PROSIMA is better than colporrhaphy and hopefully approaches the success rates for the "gold standard" procedure, abdominal sacral colpopexy."[92]  He goes on to explain that these benchmarks need to be established from RCTs and quality prolapse studies and then they can determine if PROSIMA, in their PROSIMA study, "did perform better than colporrhaphy and approached success rate of "gold standard" sacral colpopexy and were the complications acceptably low." Dr. Carey

---

[92] ETH.MESH.03162937

closes by stating, "Tell me what you think. I can put together a draft presentation and send it for consideration. We can then carry this approach over the US a week later."

The following day, Juidth Gauld emailed Dr. Robinson and Jonathan requesting that the three of them further discuss this prior to responding to Dr. Carey.[93] Judith Gauld stated "We did state in the protocol that the study would be considered a success if the failure rate had an upper 95% CI of less than 20% at 12months. We have already failed that. I am concerned here that this looks like a good bit of spin going on, and due to his commercial interest, this is not going to come over as objective as perhaps it should. Whilst this type of message might be great once we've identified the problems, and are presenting to preceptors, etc, I'm not sure that it would be well placed in this meeting."

Judith Gauld had pointed out to Ethicon's World Wide Marketing and Medical Directors that their study failed to demonstrate success and that any attempts to compare the non-controlled observational data from the financially incentivized inventor of the procedure to RCTs on other procedures would be poorly received in their upcoming meeting. She further points out that PROSIMA has problems. Ethicon did not yield to her concerns. Ethicon was never able to demonstrate PROSIMA success by its original definition disclosed by Judith Gault and Ethicon did not conduct RCTs with its PROSIMA device. Ethicon continued to make comparisons between its biased financially incentivized data and RCTs that did not include PROSIMA.

I was unable to find any evidence of published observational or randomized controlled studies prior October of 2010 that include the patented PROSIMA method. The research I conducted demonstrated that the only studies published were authored by the financially incentivized inventor of the PROSIMA method. These studies did not utilize

---

[93] ETH.MESH.03162936

the PROSIMA VSD with balloon and used a different anterior mesh shape (and method).

These studies failed to demonstrate any superiority to native tissue prolapse surgeries. In

2011 the Ethicon PROSIMA 29 month median follow-up observational data was published.

The patients in this study did undergo the PROSIMA method as described by the

PROSIMA IFU.  All patients underwent concomitant plication of native tissue (taught to be

optional by the IFU) and all patients received 7 days of antibiotic therapy (taught to be

optional by the IFU). This study suggested inferiority of PROSIMA to native tissue surgery,

no-arm mesh surgery performed without a VSD, and existing armed mesh kits. Although

the authors of the PROSIMA studies pointed out the need for randomized controlled trials

to validate both safety and efficacy, these trials were never performed.

## THE 522 ORDER

On **January 3 of 2012** the FDA issued Ethicon, in accordance with Section 522 of

the Federal Food, Drug, and Cosmetic Act, an order for postmarket surveillance of its

PROSIMA device.[94]  The FDA informed Ethicon that its PROSIMA device was reasonably

likely to cause "serious adverse health consequences" and "was intended to be implanted in

the body for more than one year." Either of these circumstances can cause an order for

postmarket surveillance. The FDA informed Ethicon that it was "concerned with the

potential safety risks as evidenced by adverse events reported to the FDA and in the

published literature" and, in addition, was "concerned with the published literature

indicating a lack of added clinical benefit compared to non-mesh repair."

This order required Ethicon to submit its plan for postmarket surveillance that

addressed a series of questions provide by the FDA.  The FDA informed Ethicon that it

would review their plan and responses and "determine whether the plan will result in the

---

[94] ETH.MESH.02658539

collection of useful data that can reveal unforeseen adverse events or other information necessary to protect the public health." These questions were drafted to address specific concerns of the FDA regarding the PROSIMA device (and not general mesh related concerns). Some of these questions and Ethicon's responses are discussed below.[95]

- What are the rates associated with each of the following adverse events through 36 months post implant:  mesh exposure in the vagina, mesh erosion into another organ, pelvic pain, infection (by type), de novo dyspareunia, vaginal shortening, vaginal scarring, de novo vaginal bleeding, atypical vaginal discharge, fistula formation, de novo voiding dysfunction including de novo incontinence, neuromuscular problems, revision/resurgery, recurrent prolapse?  Are the rates of adverse events associated with the use of this device non-inferior to the rates seen in patients with similar surgeries who are not treated with mesh.

- Some of Ethicon's Responses:

  o **Vaginal Discharge**: 0.7%

    ▪ Ethicon chose to use the MedDRA definition. Yet the FDA clearly asked for the rate of atypical vaginal discharge. Although Ethicon did not as the FDA for clarification of "atypical", 117 of 136 women in Ethicon's observational study (87%) noted of vaginal discharge. Ethicon did not compare this rate to the rate of native tissue surgery as requested by the FDA. Additionally, the FDA requested 36-month data. Ethicon only provided data from their 1-yr observational

---

[95] ETH.MESH.07724636

PROSIMA study. Their 29-month follow-up study did not report on
discharge.

- o **De novo SUI**: (4%)

  - ▪ Although the 1-year Ethicon PROSIMA study demonstrated 4%, the
    Ethicon 29 month extension of that PROSIMA trial found a 5%
    incidence of de novo SUI. Ethicon opted to report on the one year
    study even though the FDA requested 36 month data. Additionally, a
    mid-urethral sling accompanied more than half of all anterior
    PROSIMA implants and a midurethral sling accompanied 33% of all
    PROSIMA implants. We do not know what percentage of slings was
    performed without a diagnosis of SUI. Ethicon chose not to report
    the incidence of de novo SUI in patients not treated with a sling and
    in those without a previous incontinence surgery (19% had previous
    incontinence surgery). Hence, Ethicon reported an incidence of de
    novo SUI that was artificially decreased and declared that the
    incidence of SUI was less than that associated with other surgeries.

- o **Dyspareunia**: 6.7%

  - ▪ It is unclear where this number comes from. However, in response to
    the FDA's request for randomized controlled prospective data
    comparing PROSIMA to native tissue surgery, Ethicon offered data
    on four RCTs it had previously sponsored. One of these studies was
    the above-discussed 2009 study by Dr. Carey, Vaginal repair with
    mesh versus colporrhaphy for prolapse: a randomized controlled trial.

Although Ethicon offered this study, they did not disclose its reported de novo dyspareunia rate of 17%.  Ethicon did not provide the requested 36 month data on dyspareunia nor did it disclose that its 29 week extension study on PROSIMA reported "Due to the limited numbers of patients within this study and the lack of control, it is difficult to determine the true rate of de novo dyspareunia following this procedure."

- **Vaginal Shortening: 2.7%**
  - It is unclear where this number comes from. This number appears to be generated from a "yes" response to a question regarding vaginal capacity and stenosis. The Ethicon PROSIMA studies did demonstrate a statistically significant decrease in total vaginal length. 2.7% of the PROSIMA study population would represent 3 women. It is unlikely that vaginal shortening in 3 of 110 women could have resulted in the significant decrease in total vaginal length noted in the 29 month PROSIMA study. Ethicon did not provide the requested 36 month data and does not provide the comparison to native tissue surgery.

- Is the rate of effectiveness among women in which mesh is placed non-inferior to the rate of effectiveness among women with similar surgeries who are not exposed to mesh?
  - Ethicon states that PROSIMA is superior to native tissue repairs based on success of POP-Q less than stage 2. In support of this they offer the 77%

efficacy found in their 1 years observational study that had no control arm and offer up the control arm of three Ethicon sponsored RCTs. Only one of these cited studies used a no-armed mesh. The Dr. Carey RCT that is cited here by Ethicon found a 65% efficacy of native tissue repair and found no significant difference in objective success between the mesh and native tissue groups. Ethicon also does not offer any non-Ethicon sponsored RCTs such as the Chmielewski et al RCT that found an 89% efficacy using the hymenal ring definition of success (this definition resulted in 87% PROSIMA efficacy).[96] Ethicon also omitted to disclose that the efficacy in the anterior compartment at one year was only 57% and that their 29-month data found that the overall success rate decreased to 69%. Ethicon's claim of superiority is unsubstantiated and as note elsewhere in this report. The 29 month Ethicon data suggests inferiority. Ethicon also did not provide the requested 36 month prospective controlled data.

- In response to the FDA's request for "a randomized controlled trial or prospective cohort study design that compares your device to a control (e.g. transvaginal Urogynecology surgery without mesh) through 3 years follow-up," Ethicon did not provide a study protocol, but instead cited 4 mesh trials it had previously sponsored. None of these trials included PROSIMA and three of them used PROLIFT.

Ethicon was unable to provide the requested safety and efficacy data to the FDA.

On **April 2nd of 2012** the FDA rejected Ethicon's 522 responses. The FDA cited numerous failures to respond to the 522 questions as well as deficiencies in the proposed study plan.

---

[96] Chmielewski L, Walters MD, Weber AM, Barber MD. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011;205:69.e1–69.e8

The FDA stated "Because of this lack of information, review of the protocol cannot continue and, accordingly, we have listed the following deficiencies, which require the responses as indicated."[97]  The FDA cited numerous failures to respond to the 522 questions and deficiencies in the proposed study plan.

On **May 9th of 2012** Ethicon notified the FDA that it was in receipt of the above noted letter of deficiency and that it had opted to stop commercializing PROSIMA. Ethicon requested that the FDA therefore put a hold on the 522 order.

## THE PROSIMA LABELING

**IFU Section: Description:**  In this section each component of the PROSIMA kit is described. The description of the Gynecare Gynemesh is reviewed herein.

> GYNECARE GYNEMESH PS is mesh constructed of knitted filaments of extruded polypropylene identical in composition to PROLENE Polypropylene Suture, (ETHICON, INC.). This material, when used as a suture, has been reported to be nonreactive and to retain its strength indefinitely in clinical use. The mesh affords excellent strength, durability, and surgical adaptability, with sufficient porosity for necessary tissue ingrowth. Blue PROLENE Suture monofilaments have been incorporated to produce contrast striping in the mesh. The mesh is constructed of reduced-diameter monofilament fibers, knitted into a unique design that results in a mesh that is approximately 50 percent more flexible than standard PROLENE Polypropylene Mesh. The mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This construction permits the mesh to be cut into any desired shape or size without unraveling. The bi-directional elastic property allows adaptation to various stresses encountered in the body.

Ethicon's IFU provides false information which is inconsistent with medical and scientific literature, Ethicon's internal documents and my knowledge, training, education and experience, in the following ways:

***"This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use."***

---

[97] **ETH.MESH.08565137**

This statement misleads surgeons to believe that the Gynemesh PS of PROSIMA is non-reactive. Not only is this not true, both the scientific and medical literature (including Ethicon's own investigation) have consistently shown that PROLENE polypropylene is reactive.[98]   Ethicon was targeting low skilled surgeons and surgeons not presently using synthetic mesh.[99] This group of surgeons is an easy target for such misrepresentation, as they are not well familiarized, by experience, with the reactive and inflammatory response created by transvaginal mesh implantation. In this IFU claim Ethicon misleads the user to believe that the Gynemesh of the PROSIMA is not reactive, does not undergo in vivo degradation and retains its strength indefinitely following implantation. This statement is inconsistent with the medical and scientific literature, Ethicon's own internal studies and documents, and my knowledge, training, education and experience.[100,101,102,103,104,105,106,107,108,109,110,111]

---

[98]

[99] ETH.MESH.03048943

[100] Liebert, et al., "Subcutaneous Implants of Polypropylene Filaments." *Journal of Biomedical Materials Research*, (1976) 10(6):939–951

[101] Jongebloed et al.,  "Mechanical and biochemical effects of man-made fibres and metals in the human eye, a SEM-study, *Documenta Ophthalmologica* (1986) 61, 303-3012

[102] Mary, et al., "Comparison of the In Vivo Behavior of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery" *ASAIO Journal*, (1998) 44(3):199–206

[103] Clavé, et al., "Polypropylene as a Reinforcement in Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants." *Int. Urogynecology J.*, (2010) 21(3):261–270

[104] Costello, et al., "Characterization of Heavyweight and Lightweight Poly." *J. Biomed. Mater. Res. B Appl. Biomater.*, (2007) 83B(1):44–49; Costello et al., "Materials Characterization of Explanted Polypropylene Hernia Meshes," *J. Biomed. Mater. Res. B Appl. Biomater.*, (2007) 83B(1):44–49.

[105] Wood, et al. "Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient." *J. Mater. Sci. Mater. Med.*, (2013) 24(4):1113–1122

[106] ETH.MESH.12831405

[107] ETH.MESH.15955438

[108] ETH.MESH.15955440

[109] ETH.MESH.15955462

[110] ETH.MESH.12831391-1404

*"The mesh affords excellent strength, durability, and surgical adaptability, with sufficient porosity for necessary tissue ingrowth."*

This statement misleads surgeons to believe that the Gynemesh PS of PROSIMA will remain substantially unchanged after implantation and, any properties of the mesh as described in the IFU ("50% more flexible" and "elasticity in both directions") that are requisite to normal vaginal function will therefore remain after implantation. The term durable is familiar to both patients and physicians. The Merriam Webster dictionary defines "durable: able to exist for a long time without significant deterioration."[112] There is ample evidence in both the medical and scientific literature as well as Ethicon's internal documents to demonstrate that polypropylene, including PROLENE, will undergo surface degradation after implanted in the human body. It is well known that the polypropylene is attacked by the immune system resulting in oxidation and degradation with substantial loss of its original properties.[113] This is congruous with my clinical experience. I have explanted hundreds of pieces of polypropylene mesh from the vagina and all of these explants have demonstrated complete loss of flexibility and elasticity. Ethicon misleads the user to believe that the Gynemesh of the PROSIMA device provides excellent durability of critical properties.

---

[111] ETH.MESH.05453719

[112] "Definition of DURABLE." Merriam Webster, n.d. Web. &lt;http://www.merriam-webster.com/dictionary/durable&gt;.

[113] Costello, C. R., S. L. Bachman, B. J. Ramshaw, and S. A. Grant. "Materials Characterization of Explanted Polypropylene Hernia Meshes." *<i>Journal of Biomedical Materials Research Part B: Applied Biomaterials J. Biomed. Mater. Res.</i>* 83B.1 (2007): 44-49.. Clavé, Arnaud, Hannah Yahi, Jean-Claude Hammou, Suzelei Montanari, Pierre Gounon, and Henri Clavé. "Polypropylene as a Reinforcement in Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants." *<i>International Urogynecology Journal Int Urogynecol J</i>* 21.3 (2010): 261-70. , Wood, A. J., M. J. Cozad, D. A. Grant, A. M. Ostdiek, S. L. Bachman, and S. A. Grant. "Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient." *<i>J Mater Sci: Mater Med Journal of Materials Science: Materials in Medicine</i>* 24.4 (2013): 1113-122.

This statement also misleads surgeons to believe that Ethicon has demonstrated that the Gynemesh PS of PROSIMA has sufficient pore size to provide for the necessary tissue ingrowth following vaginal implantation. Ethicon's own study, a study referenced in the Gynemesh PS IFU, demonstrated a concerning process in direct contradiction to the Ethicon claim of "sufficient pore size for necessary tissue ingrowth." This study found "[T]here was a reduction in cellularity in the surrounding connective tissue and a decrease in the amount of fibrosis in the mesh pores."[114] These findings of Gynemesh PS demonstrate that Gynemesh PS impairs tissue ingrowth. This finding was recently validated by Liang et al who compared the effects of GyneMesh PS to two lower weight, higher porosity, less stiff meshes following implantation into a primate vagina rather than a Rat back. This study, which was sponsored by the NIH, found "Following implantation with the heavier, less porous, and stiffer mesh, Gynemesh PS, the degradation of vaginal collagen and elastin exceeded synthesis, most likely as a result of increased activity of MMPs, resulting in a structurally compromised tissue."[115]

Well in advance of the marketing of PROSIMA, in 2007, Muhl et al reported on effective porosity, demonstrating that in order to allow tissue ingrowth and prevent the bridging fibrosis associated with mesh contraction, pore sizes should remain greater than 1000 microns under the typical loads seen following implantation.[116] In contrast to demonstrating effective porosity, Ethicon acknowledged that poor size had not been

---

[114] Barbolt, Thomas A. "Biology of Polypropylene/polyglactin 910 Grafts." <i>International Urogynecology Journal Int Urogynecol J</i> 17.S1 (2006): 26-30.

[115] Liang, Rui, Wenjun Zong, Stacy Palcsey, Steven Abramowitch, and Pamela A. Moalli. "Impact of Prolapse Meshes on the Metabolism of Vaginal Extracellular Matrix in Rhesus Macaque." <i>Obstetrical &amp; Gynecological Survey</i> 70.6 (2015): 385-87.

[116] Muhl, et al. New Objective Measurement to Characterize the Porosity of Textile Implants. J. Biomed Mater Res Part B: Appl Biomater 84B:176-183, 2008. Klinge U, Klosterhalfen B. Modified classification of surgical meshes for hernia repair based on the analyses of 1,000 explanted meshes. Hernia DOI 10.1007/s10029-012-0913-6.

measured during product development, "Pore size in microns was not measured during the development of the Prolene Soft Mesh. The total percent area that is open was measured and is considered an accurate method. Since the product construction results in irregular pore geometries and size, it is not accurate to report a distinct pore size."[117] Ethicon statements misleads the user to believe that the Gynemesh PS contained within the PROSIMA device provides sufficient porosity for tissue ingrowth. These finding are consistent with my experience of explanting hundreds of pieces of vaginal mesh including Gynemesh PS and consistent find that the mesh is encapsulated in a rigid scar plate and has shrunken or contracted significantly which causes severe life-altering complication that my patients experience.

**The mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This construction permits the mesh to be cut into any desired shape or size without unraveling. The bi-directional elastic property allows adaptation to various stresses encountered in the body."**

This statement misleads surgeons to believe that the Gynemesh PS of PROSIMA will maintain bidirectional elasticity following implantation in order to provide the necessary compliance for vaginal function. Ethicon recognized the importance of such property as is disclosed in the publication of its Gynemesh PS rat study, a study cited in its IFU that "Elasticity in the range of 20–35% has been reported to match the compliance of surrounding tissues to avoid both extrusion of the material and patient discomfort."[118] As previously discussed herein, there is evidence that there is complete or nearly complete loss

---

[117] ETH.MESH.01431617, 6-14/15-2006, email chain about Gynemesh PS/Prolene Soft mesh pore size, Robert Rousseau: (Ethicon principal engineer)
[118] Barbolt, Thomas A. "Biology of Polypropylene/polyglactin 910 Grafts." *International Urogynecology Journal Int Urogynecol J* 17.S1 (2006): 26-30.

of elasticity following transvaginal implantation.[119] These finding are consistent with my experience of explanting hundreds of pieces of vaginal mesh including Gynemesh PS in which I have found no residual elasticity. In this IFU claim, Ethicon misleads the user to believe that the Gynemesh PS of PROSIMA is the world's first transvaginal mesh that not only maintains elasticity but maintains sufficient elasticity to allow for function of the vagina under normal stresses.

**IFU: Section 1: Principles Of The Procedure Using The Gynecare Prosima System.**

***"Once inflated, the Balloon replaces traditional gauze packing by filling the vaginal cavity and abutting the Mesh Implant(s) to the vagina. The day after surgery, the Balloon is deflated and removed from the vagina without dislodging the VSD."***

Unlike the VDS Balloon, a gauze pad is non-occlusive and does not create an anaerobic environment favoring the growth of anaerobic bacteria. In contrast, moist gauze pads remains a maintain in the treatment of infected wounds, the wet-to-dry dressing. The VSD balloon had replaced a non-occlusive device known to treat infections with an occlusive device known to be associated with the creation of an anaerobic environment, malodorous discharge, and ulceration.[120] Furthermore, the use of gauze for 24 hours enjoyed over a century of clinical use. Surgeons, by means of historical outcomes and personal experience, had learned that the 24-hour use of gauze packing provided a safe and

---

[119] Costello, C. R., S. L. Bachman, B. J. Ramshaw, and S. A. Grant. "Materials Characterization of Explanted Polypropylene Hernia Meshes." *Journal of Biomedical Materials Research Part B: Applied Biomaterials J. Biomed. Mater. Res.* 83B.1 (2007): 44-49.. Clavé, Arnaud, Hannah Yahi, Jean-Claude Hammou, Suzelei Montanari, Pierre Gounon, and Henri Clavé. "Polypropylene as a Reinforcement in Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants." *International Urogynecology Journal Int Urogynecol J* 21.3 (2010): 261-70. , Wood, A. J., M. J. Cozad, D. A. Grant, A. M. Ostdiek, S. L. Bachman, and S. A. Grant. "Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient." *J Mater Sci: Mater Med Journal of Materials Science: Materials in Medicine* 24.4 (2013): 1113-122. Dietz, Hans Peter, Max Erdmann, and Ka Lai Shek. "Mesh Contraction: Myth or Reality?" *American Journal of Obstetrics and Gynecology* 204.2 (2011): 173.e1-4,

[120] Magali, R, Schulz, J, Harvey, M A, Technical Update on Pessary Use. J Obstet Gynaecol Can 2013;35(7 eSuppl):S1–S11

effective method of acute post-operative hemostasis. Ethicon performed no studies, no animal studies, no observational cohort studies, and no randomized control studies to validate the replacement of gauze packing with a vaginal balloon to be removed the day after surgery. The FDA in its 2001 FDA Guidance on Medical Device patient labeling states that labeling should include "Risk Message: should acknowledge uncertainties, including lack of currently available scientific knowledge".  Ethicon did not disclose to either surgeons or patients that it was uncertain as to whether or not the VSD balloon could safely and effectively replace the traditional gauze packing. Ethicon did not disclose to either surgeons or patients that there was a lack of currently available scientific knowledge to support the use of the VSD Balloon as a replacement for the traditional gauze packing.

*"The VSD remains in place for a maximum of 4 weeks following surgery, during tissue ingrowth into the Mesh Implant(s)". "By reinforcing the vaginal repair with the Mesh Implant and supporting the vagina with the VSD for 3 to 4 weeks following surgery, the GYNECARE PROSIMA System is designed to reduce the risk of surgical failure and recurrent prolapse."*

No pessary had ever been clinically tested for safety or efficacy as vaginal stent following the surgical implantation of a foreign body, more specifically polypropylene mesh.  This is a point of concern as pessary use, not associated with surgery, has been reported to be associated with up to a 73% incidence of complications including erosions, bleeding and foul odor.[121]   Other authors have reported lower but concerning rates of pessary related complications. Hanson et all reported a 9% incidence of vaginal erosions and a 2.5% incidence of infections.[122] Additionally, pessary use has been associated with a 3 fold

---

[121] Bai SW, Yoon BS, Kwon JY, Shin JS, Kim SK, Park KH, et al. Survey of the characteristics and satisfaction degree of the patients using a pessary. Int Urogynecol J Pelvic Floor Dysfunct 2005;16(3):182–6.
[122] Hanson LA, Schulz JA, Flood CG, Cooley B, Tam F. Vaginal pessaries in managing women with pelvic organ prolapse and urinary incontinence: patient characteristics and factors contributing to success. Int Urogynecol J Pelvic Floor Dysfunct 2006;17(2):155–9., Abdool Z, Thakar R, Sultan AH, Oliver RS. Prospective evaluation of outcome of vaginal pessaries versus surgery in women with symptomatic pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct 2011;22(3):273–8., Lazarou G, Scotti RJ, Mikhail

increased risk of Bacterial Vaginosis (BV), a disorder known to be associated with a significantly increased risk post surgical infection.[123] Of yet further concern is that the proposed predicate device of the PROSIMA VSD, the Silimed Vaginal Stent, was neither indicated nor tested as a stent following the implantation of a foreign body (e.g. mesh).

Ethicon performed no testing to validate the safety and efficacy of the VSD for any given time period. As demonstrated in the deficiencies described herein with regard to the 522 response to the FDA, Ethicon was unable to provide the FDA with any comparative data, observational or randomized controlled, to demonstrate safety and efficacy of the PROSIMA VSD method compared to the extensively used historical methods. Ethicon did not collect any comparative data, retrospective or prospective, that demonstrated safety or efficacy of the VSD. By way of example, no study was performed in which patients were randomized to the PROSIMA method of the IFU and the PROSIMA method of the IFU without the VSD. By way of example, no study was performed in which patients were randomized to the PROSIMA method with VSD insertion for different lengths of time. Such studies were necessary to demonstrate safety, efficacy, and if safety and efficacy existed, the optimal time for VSD insertion. As described earlier herein, the FDA noted that the 3-4 week insertion time was markedly different than the insertion time taught for the claimed predicate device, the Silimed Vaginal Stent. Ethicon did not respond with any comparative data (Silimed vs VSD), but rather offered data from its study in which it

---

MS, Zhou HS, Powers K. Pessary reduction and postoperative cure of retention in women with anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct 2004;15(3):175–8., Magili, R, Schulz, J., Harvey, M.A.,  Technical Update on Pessary Use. J Obstet Gynaecol Can 2013;35(7 eSuppl):S1–S11.
[123] Soper DE, Bump RC, Hurt WG. Bacterial vaginosis and trichomoniasis vaginitis are risk factors for cuff cellulitis after abdominal hysterectomy. Am J Obstet Gynecol 1990; 163:1016–21; discussion 1021–3., Larsson PG, Carlsson B. Does pre- and postoperative metronidazole treatment lower vaginal cuff infection rate after abdominal hysterectomy among women with bacte- rial vaginosis? Infect Dis Obstet Gynecol 2002;10:133– 40., Larsson PG, Carlsson B. Does pre- and postoperative metronidazole treatment lower vaginal cuff infection rate after abdominal hysterectomy among women with bacte- rial vaginosis? Infect Dis Obstet Gynecol 2002;10:133– 40.

implanted Gynemesh PS in the subcutaneous tissue of rat backs without any VSD. This study did not support the 3-4 week VSD insertion period.

The study demonstrated that the tissue response to the Gynemesh PS continued without significant regression through the full 91 days of the study with ongoing inflammation that would bode against the addition of a secondary foreign body (VSD), and the study also provided data that demonstrated that Gynemesh PS was uniquely associated (compared to the other mesh implants of this study) with erosion down to and adherence to underlying muscle. Hence, the implantation of Gynemesh in the backs of rats did not provide any evidence in support of a 3-4 week VSD insertion. Ethicon also conducted an one year observational study and a 29 month follow up study that demonstrated a trend toward improved efficacy with longer VSD insertion times.

In conclusion, neither the Ethicon Rat or Ethicon Human studies provided validation of the 3-4 week VSD insertion time taught by the IFU, but rather raised two questions: Should the VSD be maintained for a much longer period of time as taught for its claimed predicate? Should the VSD not be used at all, as the rat study demonstrated a unique tendency of Gynemesh to erode down to and adhere to muscle, a tendency that could be accentuated by the pressure of the VSD. Interestingly, prior to commercialization of PROSIMA, there were two published RCTs performed with no-arm non-fixated methods similar to that of PROSIMA but without a stent (VSD). Both of these studies demonstrated efficacy in excess of that found in the two observational Ethicon PROSIMA studies.[124] As noted earlier, the FDA in its 2001 FDA Guidance on Medical Device patient labeling states that labeling should include "Risk Message: should acknowledge

---

[124] Carey M, Higgs P, Goh J, Lim J, Leong A, Krause H, Cornish A. Vaginal repair with mesh versus colporrhaphy for prolapse: a randomized controlled trial. BJOG 2009;116:1380–1386

uncertainties, including lack of currently available scientific knowledge". Ethicon did not disclose to either surgeons or patients that it had not demonstrated the safety or efficacy of the VSD, compared to similar surgeries not using the VSD, for 3-4 weeks or for anytime period.

Ethicon provides in its IFU that the PROSIMA with 3-4 weeks of VSD insertion is designed to reduce the risk of surgical failure and recurrent prolapse. This misleads the user to believe that PROSIMA does reduce the risk of surgical failure and recurrent prolapse and no way suggests that Ethicon designed it for this purpose but marketed it in the absence of demonstrating its ability to achieve its purpose.

**IFU Section: Vaginal Incisions:**

**_"Incisions should be made through the full depth of the vaginal wall to reduce the potential of mesh exposure."_**

This instruction is a departure from the previous teachings of Ethicon. The Prolift Surgeons Monograph for teaches dissection through the first two of the 3 layers of the vaginal wall, placing the mesh between the fibromuscular layer and the adventitia.[125]  The PROSIMA IFU here teaches a deeper implantation, an implantation through all three layers of the vaginal wall, leaving the mesh to rest directly on the bladder. As already demonstrated by the Ethicon rat study, Gynemesh PS has a unique tendency to erode deeply. Hence, PROSIMA IFU teaches a novel and concerning deep implantation of Gynemesh, a method that has not been validated by either controlled animal or human studies.  Ethicon did not disclose to either surgeons or patients that it had not demonstrated the safety or efficacy of this novel method.   Ethicon lacked evidence to support its claim that this novel incisional closure method reduced the potential of mesh exposure.

---

[125] ETH.MESH. 00658366

**IFU Section: Three Levels of Vaginal Support and the GYNECARE PROSIMA Pelvic Floor Repair Learning Guide: Apical Support:**

> *There are 3 levels of support to the vagina commonly known for vaginal repair. Use of the GYNECARE PROSIMA System in a procedure is intended to provide level I and II of this support as follows": Level I support (upper third of vagina)."… "The GYENCARE PROSIMA SYSTEM uses the Mesh Implant straps to abut onto each obturator internus muscle and the overlying parietal fascia in the anterior vaginal repair, and Mesh implant straps abut the sacrospinous ligaments in the posterior vaginal repair. This provides direct support by suspension and indirect support by providing a broad area of Mesh Implant support for the upper vagina and uterus*

First and foremost it needs to be pointed out that Ethicon designed its studies to preclude the evaluation of level one support. The mean pre-operative POP-Q apical measurement, point C, in the Ethicon PROSIMA study (and extension study) was -3.9 cm.[126] This is considered stage one apical failure, a degree of level one support failure that is typically not associated with significant symptoms, a degree of level one support failure for which a patient would unlikely ever be offered surgery. It is also important to note that while the data collected in the Ethicon study with regard to level one support failed to demonstrate a significant improvement change in the POP-Q anatomic stage. The mean pre-operative and post-operative POP-Q for point C, the upper vagina or apex, remained unchanged. As noted earlier herein, the mean change in point C, from -4 to -6 has never been demonstrated to be of clinical significance. Of further importance is that this 2 cm change was only note in patients who underwent a combined anterior and posterior PROSIMA. Ethicon had and has no data to support the Claim that PROSIMA provides level one support. Ethicon only has limited and uncontrolled data to support the statement that, in patients with stage one apical failure who are typically asymptomatic and rarely if ever offered surgical

---

[126] Zycynski HM, Carey MP, Smith ARB, et al. One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010;203:587.e1-8.

intervention, a combined anterior and posterior PROSIMA device implantation may prevent progression to stage two apical prolapse at one year. The IFU claims that "the GYNECARE PROSIMA System in a procedure is intended to provide level I and II of this support" and "This provides direct support by suspension and indirect support by providing a broad area of Mesh Implant support for the upper vagina and uterus" are not supported by any clinical substantial clinical data and misleads the user of PROSIMA to believe that PROSIMA anterior or posterior may be used in a single compartment to treat apical prolapse. Ethicon did not disclose to either surgeons or patients that it had not demonstrated that the anterior or posterior PROSIMA could provide level one support.

Although internal Ethicon documents site their 1-year PROSIMA study to as evidence that PROSIMA provides apical support, the mean improvement in point C from -4 to -6 cm has never been shown to be of clinical significance and does not represent any change in POP-Q staging.[127] It is also important to note that this 2 cm improvement was only noted in patients who underwent combined anterior and posterior PROSIMA. The only finding with regard to the effect of PROSIMA at vaginal apex is that patients with stage one apical failure treated with combined anterior and posterior PROSIMA had not progressed to Stage 2 at the one-year follow-up appointment. Ethicon did not provide evidence support the claim that PROSIMA provides support to the upper vagina. Even if an argument was made that in the unique circumstance of combined anterior and posterior PROSIMA in patients with stage one apical failure (patients that would not be offered surgery for apical failure) PROSIMA stabilized the upper vault, the claims of PROSIMA's apical support would be misleading and, at most, a half-truth.

---

[127] ETH.MESH.08979440

By June of 2010, Ethicon was clearly aware that many physicians found the IFU misleading and that it was unable to support its misleading claims. On June 17th of 2010, Ethicon's Scott Prefer emailed Ethicon's PROSIMA product director, Kevin Frost, stating that he is "getting a lot of question as to whether or not PROSIMA is truly a level 1 support device."  He states "I know the IFU states that it is indicated for both level 1 and 2 but the docs look at the mesh shape and tell me that it is not going to provide the support they are looking for especially at the apex. I have not been able to satisfy this objection." "It seems the word on the street is that PROSIMA is not enough support for the majority of defects that are being treated."[128] Rather than revising the IFU by removing misleading claims regarding level on support or initiating clinical trials to substantiate these claims, Kevin Frost sent out a mass internal email distributing a new professional education document that represented new misleading labeling, the GYNECARE PROSIMA Pelvic Floor Repair Learning Guide: Apical Support.[129]

**GYNECARE PROSIMA Pelvic Floor Repair Learning Guide: Apical Support**

In Ethicon's professional education document titled *"**GYNECARE PROSIMA Pelvic Floor Repair Learning Guide: Apical Support**,"* Ethicon represents that PROSIMA provides apical support.  As discussed above, this is a misleading claim. This prof-ed document contains numerous misleading snapshots from the Ethicon PROSIMA study, snapshots provided to substantiate the PROSIMA claim to apical support.

---

[128] ETH.MESH.08961175
[129] ETH.MESH.08961175, ETH.MESH.08979440

***"Point C: In the POP-Q system, the most distal edge of the cervix or vaginal cuff scar and is indicative of apical support" and "C remained well above the hymen ( >3cm) in all patients."***

Stating that, at one year following PROSIMA surgery, point C remained at least 3 cm above the hymenal ring suggests that PROSIMA is a good, and perhaps durable, treatment for the apex (providing level one support).  However, what is conspicuously missing from this label (prof-ed document) is the fact that the mean measurement of point C prior to PROSIMA surgery was 3.9cm above the hymen, already approximately 1 cm above the hymen. The combined statements "Point C: In the POP-Q system, the most distal edge of the cervix or vaginal cuff scar and is indicative of apical support" and "C remained well above the hymen ( >3cm) in all patients", misleads the end user to believe that PROSIMA treats apical vault failure. It is unlikely that any surgeon being called upon by a sales representative with this prof-ed document would be aware of the details of the Ethicon 1 year PROSIMA study.  Therefore these surgeons would not know that point C was > 3cm from the hymenal prior to PROSIMA surgery and be effectively mislead by the claims.

***"[A]ll mean POP-Q scores was significantly improved"***

This statement provides that there was significant improvement in all points including the apex, point C. However, absent are the facts that there was no significant change between the pre-operative stage of the apex (mean stage one before and stage one after), the study appears to have excluded patients with anything more than stage one apical failure, and the authors concluded that they "could make no conclusion on the effects of PROSIMA on more advance stages of apical failure".  In fact, the data suggests that the

study excluded patients with symptomatic apical failure and included no patients that would be considered for an apical support procedure. As discussed elsewhere herein, the only finding of Ethicon with regard to the effect of its PROSIMA on the vaginal apex is that patients with stage one apical failure treated with combined anterior and posterior PROSIMA had not progressed to Stage 2 at the one-year. The statement, "all mean POP-Q scores was significantly improved" effectively misleads the user to believe that PROSIMA is an effective option in treating apical vault failure.

**IFU SECTION: Implant Placement:**

***"Plication of the pre-vesical tissue is not required".***

Plication was performed in all of the observational studies of the inventor, Dr. Carey, prior to the Ethicon 1-Year study. The 1-Year Ethicon study permitted plication. Although that study does not report if plication was universally or episodically performed, there is no reason to believe that Dr. Carey changed his method for this study. Furthermore, if plication, for the first time, was not universally performed, it is reasonable to expect that Ethicon would have reported and analyzed the data of the two groups, plicated vs. not plicated.

The preponderance of the evidence suggests that plication continued to be performed on all patients. Regardless, the data prior to the 1-Year Ethicon study was based upon combined plication and PROSIMA and the 1-year study data was either based upon combined plication and PROSIMA or failed to report on its findings for those who did not undergo the combined procedure. As discussed earlier herein, the FDA has indicated that "Risk Message: should acknowledge uncertainties, including lack of currently available scientific knowledge". The IFU teaching of optional plication is not supported by the data and

represents inadequate directions for use, directions that may result in loss of efficacy, and is a statement of opinion.

> ***"Preferably, the epithelium is closed in layers to obtain a relatively thick suture line at the site of the vaginal incision. Close the deeper layer using a continuous subepithelial non-interlocking stitch with suture such as 2-0 MONOCRYL suture or 2-0 MONOCRYL Plus Antibacterial (Poliglecaprone 25) Suture. Then close the epithelium by a non-interlocking continuous everting mattress stitch, using suture such as 2-0 coated VICRYL Suture or 2-0 Coated VICRYL Plus (Polyglactin 910) Antibacterial Suture".***

Here Ethicon specifically teaches the surgeon away from the traditional closure methods used in vaginal surgery. Amongst the more common traditional closure methods is that of interrupted stitches, a method associated with a lesser degree of incisional ischemia (does not restrict important blood flow to the healing incision). Although there is a scientific rational that could be attached to an everting mattress closure therein taught by the PROSIMA IFU, elevation of the incision margins away from the mesh related inflammation, everting mattress closures are typically not performed as a continuous stitch. The teaching of the PROSIMA IFU not only directs the surgeon to perform a continuous mattress stitch but directs the surgeon to close the epithelium with two continuous layers of stitches. This novel double layered, continuous, epithelial closure method encourages a restriction of blood flow to the incision in excess of any traditional closure methods or methods taught in text books or manuals of pelvic surgery.

Although the use of subcutaneous stitches (typically interrupted and not continuous) had been commonly taught and utilized to reduce tension on an epithelial closure, this is quite distinct from placing a blood flow restricting stitch in the epithelium (beneath a subsequent epithelial stitch). Although it offers traditional closure as an alternative, it teaches its novel method as the preferred method. As discussed earlier herein, the FDA has indicated that

"Risk Message: should acknowledge uncertainties, including lack of currently available scientific knowledge". I can find no evidence that Ethicon studied its novel and concerning closure method. In its teaching of a double layered continuous stitch closure of the epithelium, Ethicon does not disclose to the surgeon that this is a novel method, and it has not validated this method by either observational cohort study or randomized controlled study.

**IFU Section: Mesh Implant Hygiene**

***"During surgery, irrigate the vaginal wounds with saline. Keep the handling of the Mesh Implant to a minimum and practice good mesh hygiene."***

Here Ethicon teaches vaginal wound irrigation with saline. This method was not included in any of the inventors published studies or in Ethicon's PROSIMA studies. I have trained over 1000 surgeons in pelvic reconstruction and have yet to encounter a surgeon that performed saline irrigation as part of his or her native tissue or mesh implantation vaginal surgeries. Ethicon therefore here teaches surgeons the addition of saline irrigation, a method that was not included in the publications of the prototype surgery or the PROSIMA surgery, a method with unknown effect on infection and wound healing in vaginal mesh implantation with or without a VSD. As discussed earlier herein, the FDA has indicated that "Risk Message: should acknowledge uncertainties, including lack of currently available scientific knowledge". I can find no evidence that Ethicon studied its novel method of saline wound irrigation in vaginal mesh implantation, a method that it had not used in its studies. Ethicon does not disclose that it has not validated this method by either observational cohort study or randomized controlled study. Additionally, instructions to "keep mesh handling to a minimum" is ambiguous and there is no definition of or standard in "good mesh hygiene."

**IFU Section: VSD Fitting and Trimming.**

*"Proper size is achieved when the VSD fits snugly in the upper 2/3 of the distended vagina with the distal end and suture eyelets 1 cm above the hymenal ring (see Figure 13)". After the assembly is properly positioned in the upper 2/3 of the patient's distended vagina, secure the VSD in place by placing a single throw of suture through each VSD suture eyelet and into the posterior vaginal wall epithelium, laterally and above the hymen on each side, as shown in Figure 15".*

The mean pre-operative total vaginal length of the Ethicon PROSIMA study was 8.2 cm. The PROSIMA IFU teaches that the VSD should be confined to the upper 2/3rd of the vagina. Using the study population as an example,  the VSD would need to remain confined to the upper 5.5 cm of the vagina. The IFU also teaches that the suture eyelets located at the distal end of the VSD should located 1cm above the hymenal ring. This is a position that is located in the distal portion of the distal 1/3 of the vagina (SEE FIGURE 5). The IFU has is teaching a method that is impossible to execute. If the pessary is confined to the upper 2/3rd of the vagina, the distal end of the pessary can not be sutured to a point in the lower vagina 1 cm above the hymenal ring.  Using the study population as an example, a VSD placed in the upper 2/3rd of the vagina would rest at least 1.5 cm above the suturing point taught by the IFU (SEE FIGURE 5).

As shown in the screen shots of from the 2009 IUGA Best Video presented by Ethicon's self-financed and managed Multicenter PROSIMA 1-Year trial, the instructed suturing of the VSD islets causes the vagina to be fixed in the distal 1/3 of the vagina, at the vaginal opening (FIGURE 6).[130]  These instructions are confusing and teach a method that cannot be executed by the surgeon. If indeed Ethicon had validated the importance of

---

[130] https://www.youtube.com/watch?feature=player_embedded&v=MHiDdKHmUiQ,
http://www.iuga.org/?page=video

maintaining the VSD in the upper 2/3 of the vagina, the second portion of its VSD placement instructions causes the surgeon to violate this important step and fix the pessary to the lower 1/3rd of the vagina.



FIGURE 5

(PROSIMA IFU FIGURE 13*)



FIGURE 6

(PROSIMA SUB-INVESTIGATOR SECURES VSD AT TAUGHT BY IFU**)

**IFU SECTION: PERFOMANCE**

*"Animal studies show that implantation of GYNECARE GYNEMESH PS elicits a minimal to slight inflammatory reaction, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The mesh remains soft and pliable, and normal wound healing is not noticeably impaired. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes".*

This claim misrepresents the findings of Ethicon's rat study.[131] In this study performed by Ethicon it utilized a non-validated subjective grading system to measure inflammation. As discussed earlier, objective measurements such as inflammatory cells per high powered microscopic field were not reported.  The Ethicon pathologist scored tissue reaction as 0 (normal or negligible), 1 (minimal), 2 (mild), 3 (moderate) or 4 (marked). Rats were euthanized at 7, 28, 63, and 91 days. Ethicon declared score differences of less than one not significant. Ethicon declared scores that were "not considered biologically significant."  It is unclear why Ethicon would consider persistent but non-trending inflammation as insignificant.

In its IFU Ethicon claims that Gynemesh PS elicited a minimal to slight inflammatory reaction, which was transient.  The Ethicon rat study did not find this. The Ethicon rat study did no have a grade defined as "slight".  Scoring by the Ethicon pathologist included minimal to mild inflammation that persisted through the entire study period of 91 days. The inflammation was not transient. Furthermore, this inflammation at 91 days would not be expected in normal wound healing.  Ethicon describes in its IFU

---

[131] Barbolt, T A., Biology of polypropylene/polyglactin 910 grafts. Int Urogynecol J (2006) 17: S26–S30

claim a "deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh." Yet, in its rat study involving the implantation of several different types of mesh, Gynemesh PS was the only mesh associated with an actual reduction of connective tissue. In response to this concerning finding, Ethicon offered this in its 510(k) application: "the presence of minimal fibrous connective, in close association with the elements of the mesh, is considered to be adequate for integration of the mesh with surrounding tissues."[132] Recent studies have validated this unique trait of Gynemesh PS, its ability to result in the loss of fibrous tissue.[133] Ethicon claims that wound healing is not noticeably impaired, yet incisional separation with associated mesh extrusion is reported to occur in up to 25% of cases of Gynemesh PS implantation while incisional separation is almost unheard of in native tissue prolapse surgery.[134] Furthermore, Ethicon introduced with PROCIMA a novel wound closure technique designed in attempt to deal with the known issue of mesh related wound healing. Ethicon claims that the mesh remains soft and pliable. As discussed elsewhere in this document, polypropylene mesh the medical and scientific literature has demonstrated that polypropylene does not remain soft and pliable and this is consistent my findings with the hundreds of pieces of mesh, including Gynemesh, I have explanted. The claim that the Gynemesh PS does not degrade is in contradiction to many scientific reports of implanted polypropylene mesh, is inconsistent with Ethicon's own internal studies and

---

[132] ETH. M ESH.05512282
[133] Liang, Rui, Wenjun Zong, Stacy Palcsey, Steven Abramowitch, and Pamela A. Moalli. "Impact of Prolapse Meshes on the Metabolism of Vaginal Extracellular Matrix in Rhesus Macaque." <i>Obstetrical &amp; Gynecological Survey</i> 70.6 (2015): 385-87.
**https://www.youtube.com/watch?feature=player_embedded&v=MHiDdKHmUiQ,
http://www.iuga.org/?page=video
[134] The Prolift Surgeons Monograph ETH.MESH.00658363, an Ethicon publication, discloses a 3-17% incidence of mesh erosion. C.R. Bard found poor wound healing associated with vaginal mesh to be worth of its own name, "Persistent Delayed Healing" coined PDH.

documents and contrary to the testimony of Ethicon's former scientist, Thomas Barbolt, who testified under oath

> **Q. And that's Ethicon's position as you – as the spokesperson for Ethicon, it's Ethicon's position that degradation, surface degradation, can occur, correct?**
>
> **A.  Yes.[135]**

The multiple claims of the PROSIMA IFU PERFORMANCE section are misleading and provide a false impression in the mind of the reader. Furthermore, Ethicon does not disclose in its IFU the facts of its animal study that convey an opposing message.

**IFU SECTION: Balloon Inflation**

*"Once deployment is confirmed, remove finger and continue to inflate the Balloon fully until only a fingertip fits snugly at the introitus between the Balloon and the vaginal wall. Stabilization of the VSD is recommended as inflation occurs. The inflated Balloon serves to abut the Mesh Implant onto the vaginal wall. The volume of air required to sufficiently inflate the Balloon will vary from patient to patient". "NOTE: The maximum Balloon inflation volume must not exceed 90". "At any time the Balloon may be palpated or visually inspected to ensure it has maintained sufficient inflation. NOTE: As the patient moves, the Balloon will settle in the vaginal cavity and may appear to either increase or decrease in pressure. This is normal".*

This instruction provides neither a safe nor reproducible method of balloon inflation.  This instruction teaches that the "inflated balloon serves to abut the Mesh Implant onto the vaginal wall" and "to inflate the Balloon fully until only a fingertip fits snugly at the introitus between the Balloon and the vaginal wall". Here Ethicon teaches that the surgeon should measure pressure at the vaginal opening with his or her finger. Firstly, the pressure at the vaginal opening has never been demonstrated to be the same as or proportional to any specific pressure on the vaginal wall. Secondly, "snugly" is an ambiguous that provides

---

[135] Deposition of Thomas Barbolt, Ph.D., January 8, 2014, at 409:2-8

no means of reproducibility between users. Ethicon failed to provide a validated and reproducible method for balloon inflation.  By way of example, a simple pressure valve, an off-the-shelf item, affixed to the filling syringe would provide an objective and reproducible method for filling the balloon to known pressure, a pressure that Ethicon should have validated in a randomized controlled trial.  Ethicon, at a minimum, recognizes that excess pressure is dangerous (as discussed in Warnings and Precautions) and provides, "NOTE: The maximum Balloon inflation volume must not exceed 90 ml".  Yet even in its admonition of risks associated with high balloon pressures, Ethicon fails to provide a safe and reproducible method for protecting against a known critical pressure. Vaginal size is not the same between any two patients and, therefore, while 90ml cause a safe pressure in one patient, it may provide an unsafe pressure in another. I can find no evidence in the Ethicon 1-Year and follow-up study or in the studies of Dr. Carey that proceeded such, that a maximum volume of 90ml was validated as a volume that provided safety and effectiveness across a broad range of vaginal sizes. It is certainly possible that complications and efficacy were related to balloon inflation volumes (pressures). However, this data was not collected. Ethicon herein has provided ambiguous an inadequate directions.

**IFU SECTION: WARINGINGS AND PRECAUTIONS:**

**"The Balloon inflation maximum is 90 mL. Do not over-inflate the Balloon. Excessive inflation of the Balloon may cause patient discomfort, tissue necrosis, disruption of vaginal wound postoperatively, or inability to void".**

Here Ethicon discloses a concern of serious complications associated with high balloon pressures. However, Ethicon provides no reasonable or reproducible means to protect against high balloon pressures. "90mL" will not a pressure and pressure at 90ml

will be very different from one patient to the next (vaginal sizes vary).  Although Ethicon may provide that this arbitrary maximum with its resultant unknown range of pressures was used safely and effectively in its 1-Year study, this would not be a valid statement. Mesh exposure was noted in 8% of patients. As Ethicon did not test different balloon volumes and pressures, it is reasonable that a volume of less than 90mL was associated with disruption of wounds and mesh exposure. Likewise, Ethicon cannot state that discomfort, de-novo dyspareunia, or surgical failure was not associated with a balloon volume of less than 90mL.  Although a simple, off-the-shelf pressure valve attached to the filling syringe may have been used to validate safety and efficacy of balloons filled to a known pressure and provided a reproducible means of balloon filling, this method was not part of the PROSIMA study.

Although Ethicon could have tested safety and efficacy over a range of maximum and minimum balloon volumes, such was not part of the PROSIMA study. Although Ethicon is clearly concerned and teaches that significant complication can occur with high balloon pressure, it does not teach a reproducible method of maintaining a pressure below a critical value that it had demonstrated to be safe and effective.  The directions do not provide a method by which the user can safely and effectively use the balloon, tends to cause the user to have the false impression that inflation below 90mL will provide safety across differing vaginal sizes, and do not disclose that the maximum balloon volume had not been evaluated and therefore remains uncertain. This section of the IFU is therefore both inadequate and misleading.

*"Do not use the GYNECARE PROSIMA System if you think the surgical site may be infected or contaminated. If the Mesh Implant or VSD-Balloon Assembly is used in contaminated areas it must only be with the understanding that subsequent infection may require its removal. Acceptable surgical practice should be followed for the*

***GYNECARE PROSIMA System as well as for the management of infected or contaminated wounds."***

The event of transvaginal mesh implantation marked a new and dangerous moment in mesh implantation surgery.  The standard of prosthetic implantation surgery had been to never implant through a contaminated wound. The risks of severe infection outweighed any benefits.  All vaginal wounds are considered clean-contaminated. Transvaginal mesh implantation was a deviation from the traditional abdominal mesh implantation surgeries that implanted through clean rather than clean-contaminated wounds. The instructions in this warning section state that if the PROSIMA "is used in contaminated areas it must only be with the understanding that subsequent infection may require its removal". This statement is problematic.  This statement suggests that the normal situation is implantation through a clean non-contaminated wound and that the surgeon should beware of a specific and possible situation. This statement also provides that removal may be required but neither provides instructions for removal nor discloses that very few surgeons will be capable of removing an implant in its entirety.

Unlike the vast if not all of surgeries trained in surgical residency programs, this surgery involved the implantation of a foreign body prone to fibrosis and contraction into blind spaces. Although many subspecialists have unique training and experience in dissecting and visualizing the full extent of the arcus tendineus fascia pelvis and sacrospinous ligament coccygeus muscle complex, a dissection and visualization that is requisite to any attempt at complete PROSIMA removal, very few general gynecologist and urologists have this experience and skill set. Yet this is the exact group of surgeons that Ethicon targeted in its sale of PROSIMA.  On February 10th of 2009, Andrew Meeks (U.S.

Director of Professional Education) wrote to Jonathan Meeks (Ethicon World Wide Marketing Director) "The target audience appears to be less skilled generalists. At a time when the scrutiny against mesh is at an all time, high, why would we want to put a product with questionable data in this groups hands?"[136]  This messaging can be traced back to the time of product inception. On September 6th of 2005, Kim Hunsiker (Ethicon Director of Clinical Programs) emailed her colleagues, "Discussed with the inventors and marketing. The main targets will be those doing non mesh anterior and posterior repairs".[137] This is a group of surgeons who are not operating in the areas of the sacrospinous ligament or arcus tendineus fascia pelvis and is predominantly represented by non sub-specialist gynecologists and urologists. Furthermore, this clearly represents a group of surgeons without mesh experience, who would be unaware of the difficulties of mesh removal surgery.

Although Ethicon did not provide instructions for removal of PROSIMA nor warn of said difficulties, it did understand that its target audience was not trained in the anatomic landscape of PROSIMA. In its internal PowerPoint presentation (pre launch of PROSIMA), Project New MINT GAT Update, it displayed "Moving target audience from suture world to mesh world ; increase knowledge required on diagnosis,  dissection and placement of mesh".[138]  The instructions of this warnings section create a false impression that the normal use of the product would not be in a clean-contaminated field and not incur the risks therein warned. The instructions of this warning create the false impression that the PROSIMA will be removable, or, at least, do not provide the material fact associated with removal. The target audience of Ethicon is the less skilled general gynecologist and

---

[136] ETH.MESH.00548923
[137] ETH.MESH.03048784
[138] ETH MESH 03048943

urologist without experience in implanting or explanting mesh. This is a group uniquely

susceptible to misleading information and the development of a false impression. The

directions do not provide a instructions by which a user may safely and effectively remove

PROSIMA. Although Ethicon knew it was marketing to a unique group of surgeons

particularly vulnerable to false impressions, at risk of being mislead, and knew they would

require additional knowledge, it did not provide such.

**"Although bladder injury is unlikely to occur with this technique, cystoscopy is recommended to be performed."**

As noted elsewhere herein, Ethicon's specifically targeted less skilled

gynecologists, surgeons who were performing only native tissue anterior and posterior

repairs. This is a group of surgeons that, with rare exception, have neither substantial train

in nor privileges to perform cystoscopy. Ethicon is hence targeting a group of surgeons

that will be unable to perform a portion of the procedure recommended in its warnings and

precautions.

**"Prophylactic antibiotics can be administered according to the surgeon's usual practice."**

All published studies including the prototype studies of Dr. Carey and the

Ethicon 1-Year PROSIMA study used a prophylactic antibiotic regimen. The patients in the

prototype Dr. Carey studies all received intravenous pre-operative antibiotics, an additional

48 hours of post-operative intravenous antibiotics, and another 5 days of oral antibiotics.

Although antibiotics were mandatory in the Ethicon 1-Year PROSIMA study, the regimen

is not reported. Hence, any and all claims of efficacy and safety of the PROSIMA device

and method are attached to the use of prophylactic antibiotics. The IFU instruction that

"antibiotics can be administered according to the surgeon's usual practice" does not disclose that all claims of efficacy and safety of the PROSIMA device and method are attached to the use of prophylactic antibiotics, and therefore said instructions do not provide a means by which the surgeon can safely and effectively implant PROSIMA; Ethicon does not disclose that the claimed benefits of PROSIMA without the use of antibiotics remains uncertain. The instruction encourage the surgeon perform his usual method rather than the tested method of PROSIMA.

**IFU SECTION: ADVERSE REACTIONS**

***"Potential adverse reactions are those typically associated with pelvic organ prolapse repair procedures, including pain with intercourse and pelvic pain. These may be self-resolving over time."***

Ethicon here misleads the user to the false impression that the adverse reactions associated with PROSIMA are the same as those typically associated with prolapse repair procedures.  As discussed elsewhere herein, one of Ethicon's key target users for PROSIMA was the less skilled surgeon doing native tissue (no mesh) prolapse repair surgery. Many adverse reactions of PROSIMA are not typical of native tissue prolapse surgery.  Infection is frequently seen with mesh implantation surgery (e.g. PROSIMA).  Infection is sufficiently rare in native tissue surgery that many surgeons will expend their entire career without seeing an infection.  In addition, infections that occur with PROSIMA are not those that occur with native tissue prolapse surgery.  Whereas mesh related infections rarely resolve without surgical intervention, the rare native tissue infection almost never requires surgery.  Incisional dehiscence is so common in mesh related surgeries that one manufacturer, C.R. Bard, developed a phraseology and narrative to describe it, Persistent Delayed Healing, and another manufacturer, Ethicon, taught a

novel double layered epithelial closure in attempt to prevent it. Incisional dehiscence is rare in native tissue prolapse surgery. In addition, whereas mesh related incisional dehiscence requires surgical intervention in the majority of cases, native tissue incisional separation rarely requires surgery.

Ethicon specifically calls out pain with intercourse and pelvic pain as two adverse reactions of PROSIMA that are those typically associated with other prolapse surgeries. Many investigators, including the one of the inventors of Ethicon's Prolift, Jaquetin,[139] have demonstrated that mesh related dyspareunia occurs more commonly than that of native tissue surgery. However, even if the incidence of mesh related dyspareunia and pelvic pain had been shown to be no different than that of native tissue surgery, it is incorrect to state that this dyspareunia and pelvic pain is that typical of native tissue prolapse surgery. Pain with intercourse and pelvic pain caused by polypropylene mesh is very different than that associated with native tissue surgery.  Mesh is plastic and, shortly after implantation, creates severe scarring, contraction, and loses elasticity.  Vaginal contraction and pain associated with vaginal mesh implantation responds poorly to conservative therapy and often, up to 50% of the time, does not respond to surgical intervention.[140]  Pain following native tissue surgery is most commonly not secondary to severe scarring or contraction but rather from overzealous trimming of vaginal mucosa or plication of the levator ani muscles. This pain responds well to conservative therapy and surgery is rarely necessary.  In summary, the incidences, consequences, and treatments of

---

[139] Fatton B, Lagrange E, Jacquetin B. Sexual Outcome After Transvaginal Repair Of Pelvic Organ Prolapse (Pop) With And Without Mesh: A Prospective Study Of 323 Patients. Department of Gynecology. University Hospital of Clermont-Ferrand. France. Department of Gynecology. University Hospital of Clermont-Ferrand. France. http://www.ics.org/Abstracts/Publish/105/000053.pdf

[140] Crosby, Erin C., Melinda Abernethy, Mitchell B. Berger, John O. Delancey, Dee E. Fenner, and Daniel M. Morgan. "Symptom Resolution After Operative Management of Complications From Transvaginal Mesh." <i>Obstetrics &amp; Gynecology</i> 123.1 (2014): 134-39.

common adverse reactions of transvaginal polypropylene mesh implantation are unique and not those typical of general pelvic organ prolapse surgeries, or more specifically, the pelvic organ surgeries of the targeted PROSIMA user, native tissue colporrhaphies. The GyneMesh of the PROSIMA device is associated with all known complications of transvaginal polypropylene mesh implantation. In addition to the above noted information demonstrating the misleading information disseminated by the claims of Ethicon, it is also important to note that Ethicon did not perform a single observational controlled study or randomized controlled trial to demonstrate that its novel PROSIMA procedure with its Gynemesh PS was associated with adverse reactions typical of pelvic organ prolapse surgery with or without mesh.

***"Potential adverse reactions are those typically associated with surgically implantable materials, including infection potentiation, inflammation, adhesion formation, fistula formation, erosion, extrusion and scarring that result in implant contraction."***

This statement is both ambiguous and misleading. It does not specify what type of surgical implantable materials are the comparators. The statement is misleading and gives the false impression that PROSIMA Device with Gynemesh PS implant is associated with the same adverse reactions as other implantable materials. This is not true and especially concerning as Ethicon is targeting the implanters of biologic grafts.[141] Biological implants have very different adverse reactions than polypropylene mesh (PROSIMA). By way of example, mesh related incisional dehiscence and or extrusion may occur in up to

---

[141] 112240 Intro to Prosima Nov 2005. In this 2005 internal Ethicon PowerPoint presentation, GYNCARE PROSIMA, it is shown that one of the main targets of PROSIMA sales is "current non-synthetic graft users". ETH.MESH.03048784: Ethicon's Director of Clinical Programs, Kim Hunsiker, emailed her collegues, "Discussed with the inventors and marketing. The main targets will be those doing non mesh anterior and posterior repairs". Many of non-mesh surgeons were biologic users.

25% of transvaginal mesh implant surgeries and rarely heal spontaneously.[142] Most studies,

including the PROSIMA study, demonstrate a 50-75% incidence of subsequent procedural

or surgical intervention.[143]  Biological graft incisional dehiscence and or extrusion is

uncommon and typically heals spontaneously rarely requiring procedural or surgical

intervention.[144]  Hence, the complication of incisional dehiscence and extrusion not only

occurs with much greater incidence with polypropylene mesh, but represent a different type

of complication. These very different adverse reactions and consequences are described

consistently in the medical literature and are consistent with my extensive clinical

experience implanting both biologic and polypropylene grafts.  Likewise, the incidence and

type of inflammation that occurs with mesh is quite distinct from that of biologic grafts.

Whereas chronic inflammation has not been demonstrated with biologic grafts,

polypropylene mesh implantation is always associated with chronic inflammation.

Whereas biologic graft material has never been associated with severe contraction,

---

[142] Miller D., et al. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5-Year Results. Female Pelvic Med Reconstr Surg 2011; 17: 139-143., Svabik K. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol 2014; 1-7. DOI: 10.1002/uog.13305. Simone Dos Reis Brandão Da Silveira, Jorge Milhem Haddad, Zsuzsanna Ilona Katalin De Jármy-Di Bella, Fernanda Nastri, Miriam Goncalves Markos Kawabata, Silvia Da Silva Carramão, Claudinei Alves Rodrigues, Edmund Chada Baracat, and Antonio Pedro Flores Auge. "Multicenter, Randomized Trial Comparing Native Vaginal Tissue Repair and Synthetic Mesh Repair for Genital Prolapse Surgical Treatment." <i>International Urogynecology Journal Int Urogynecol J</i> 26.3 (2014): 335-42.

[143] Zyczynski HM, Carey MP, Smith ARB, et al. One-year clinical  outcomes after prolapse surgery with nonanchored mesh and  vaginal support device. Am J Obstet Gynecol 2010;203:587.e1-8., Jacquetin, B., P. Hinoul, J. Gauld, B. Fatton, C. Rosenthal, H. Clavé, O. Garbin, J. Berrocal, R. Villet, D. Salet-Lizée, P. Debodinance, and M. Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 5-year Prospective Follow-up Study." <i>International Urogynecology Journal Int Urogynecol J</i> 24.10 (2013): 1679-686.

[144] Gomelsky A, Rudy DC, Dmochowski RR. Porcine dermis interposition graft for repair of high grade anterior compartment defects with or without concomitant pelvic organ prolapse procedures. J Urol. 2004;171:1581-1584.
Gandhi S, et al. A prospective randomized trial of solvent dehydrated fascia lata for the prevention of recurrent anterior vaginal wall prolapse. Am J Obstet Gynecol. 2005;192:1649-1654. Clemons JL, Myers DL, Aguilar VC, Arya LA. Vaginal paravaginal repair with an AlloDerm graft. Am J Obstet Gynecol. 2003;189:1612-1618.

transvaginal polypropylene mesh is implantation has been associated with 30-50%, and up to 85% contraction.[145] The claims of this warning are ambiguous, create a false impression amongst a targeted group of physicians particularly susceptible to misleading information, and do not reveal the material facts.

**IFU Missing Information**

Prior to any substantial sales of PROSIMA there was published evidence that smoking was associated with a significant increase in the risk of mesh extrusion.[146] This was later validated in a study performed by a  paid consultant of Ethicon in a prospective study using the Gynemesh PS material.[147]  Although smoking is not the cause of mesh extrusion, it is associated with a significantly increased risk of mesh extrusion. Ethicon did not include this important warning in its IFU.

**VSD VS PESSARY LABELING**

The VSD is most similar to a vaginal pessary. As discussed elsewhere in this monograph, the PROSIMA VSD shares very little in common with the Silimed Vaginal Stent.  Although the form and function of many tradition pessaries are almost identical to that of the VSD, pessaries do not have post-surgical indications. Hence, Ethicon could not claim a pessary as a predicate device.  Nonetheless, as the VSD is almost identical to many

---

[145] Klinge U, Klosterhalfen B, Muller M, Ottinger AP, Schumpelick V (1998) Shrinkage of polypropylene mesh in vivo: an experi- mental study in dogs. Eur J Surg 164:965–9. Letouzey V, Deffieux X, Levaïlolant J, et al. Overview of transvaginal placement of reconstructive materials (surgical mesh or biografts) for treatment of pelvic organ prolapse or stress urinary incontinence. nt Urogynecol J Pelvic Floor Dysfunct. 2009;20:S205.

[146] Araco, Francesco, Gianpiero Gravante, Roberto Sorge, John Overton, Davide De Vita, Mario Primicerio, Stefano Dati, Placido Araco, and Emilio Piccione. "The Influence of BMI, Smoking, and Age on Vaginal Erosions After Synthetic Mesh Repair of Pelvic Organ Prolapses. A Multicenter Study." <i>Obstetrical &amp; Gynecological Survey</i> 64.11 (2009): 721-22.

[147] Marie¨lla I. Withagen, MD, Mark E. Vierhout, MD, PhD, Jan C. Hendriks, PhD, Kirsten B. Kluivers, MD, PhD, and Alfredo L. Milani, MD. Risk Factors for Exposure, Pain, and Dyspareunia After Tension-Free Vaginal Mesh Procedure. Obstet Gynecol 2011;118:629–36.

pessaries in both form in function and the VSD has shares almost no form with the Silimed vaginal stent, Ethicon should have included in its labels much of the important information provided in the pessary labels. Alternatively Ethicon could have conducted studies to demonstrate that the post surgical use of its VSD (pessary) did not require such information. Ethicon did neither.

The Silimed Vaginal Stent is a Silicon Elastomer balloon.

The VSD and the Cooper Surgical Milex Pessaries (below) are both Semi-rigid Silicon Vaginal support devices (FIGURE 7)



The Silimed Vaginal Stent[148] (proposed VSD predicate device)

---

[148] From the Silimed website: http://www.silimed.com.br/en/urology/
*** The accessory, balloon, has been digitally removed to show the unobscured VSD
^ Cooper Miles pessaries, Cooper Surgical, Regula and Ring With Support



The Ethicon VSD***       Cooper Regula Pessary^       Cooper Ring Pessary^

FIGURE 7

PESSARY COMPARISON

**Pessary[149] vs. VSD Patient Labeling:**

**CONTRAINDICATIONS:**

**Pessary**: *"The presence of infections or lacerations"*

**VSD**: *"The GYNECARE PROSIMA System should not be used in the presence of pregnancy or purulent infections or cancers of the vagina, cervix, or uterus".*

---

[149] Cooper Surgical. Fitting Instructions for the Health Care Professional. 37801 • Rev. A • 9/12 and 37800 • Rév. A • 9/12

The cooper pessaries labeling of its devices representative of pessaries legally marketed in the U.S. for decades, the medical devices nearly identical to the VSD in form, fit, and function, taught that use was contraindicated with a laceration. Ethicon not only excludes this teaching from its patient labeling, but taught use of its VSD device directly on top of a laceration. Merriam Webster dictionary offers "incision" as its first synonym for laceration.[150] I can find no evidence that Ethicon performed testing or conducted any studies to demonstrate that this historical contraindication did not apply to its pessary, the VSD. As noted elsewhere in this monograph, the FDA indicates that contraindications must be included in the IFU and, that if there are differences of opinion regarding the use on of a pessary (VSD) on top of a laceration (incision) , it must report the existence of difference in opinions. The failure to provide such information, relevant material facts and uncertainties is considered misbranding.

Whereas Cooper taught that infection was a contraindication, Ethicon taught only purulent infection. The teaching of Ethicon is in contradiction to the historical teachings and contraindications of pessary devices. Ethicon here teaches that the its VSD (pessary) may be used concurrent to a vaginal infection that is not productive of puss. I can find no evidence that Ethicon performed testing or conducted any studies to demonstrate that this historical contraindication did not apply to its pessary, the VSD. As noted elsewhere in this monograph, the FDA indicates that contraindications must be included in the IFU and, that if there are differences of

---

[150] "Synonym for Laceration." Merriam Webster, n.d. Web. &lt; http://www.merriam-webster.com/dictionary/laceration;.

opinion regarding the use on of a pessary (VSD) with an ongoing non-purulent infection, it must report the existence of difference in opinions. The failure to provide such information, relevant material facts and uncertainties is considered misbranding.

**FITTING:**

**Pessary: "***The patient should be informed that it is not uncommon to have to change the size or type of pessary more than once after being originally fitted. This is why it is so important that your patient be instructed to return within 24 hours of the initial fitting and again in 72 hours". "The health care professional should be able to sweep one finger between the pessary and vaginal walls. It there is not enough space to do this, the next smaller pessary should be tried".* Most pessaries are available in 7-13 sizes. The Regula pessary was available in 5 8sizes and the Ring pessary was available in 13 sizes.

**VSD:** Ethicon does not teach any repeat examination or repeat fitting of its VSD. Whereas historical teaching, as reflected in the Cooper IFU, guards against pressure and ulceration, "*The health care professional should be able to sweep one finger between the pessary and vaginal walls",* Ethicon teaches *"Proper size is achieved when the VSD fits snugly in the upper 2/3 of the distended vagina".* In recognition of the great variation of vaginal size and shape, Cooper Surgical has marketed over 12 different pessary shapes available in 7-13 different sizes.  Ethicon's VSD could

be disposed in only 3 sizes. I can find no evidence that Ethicon performed testing or

conducted any studies to demonstrate that the historical teachings of pessary fitting

did not apply to its VSD, and its VSD could be safely and effectively used with its

novel abbreviated sizing and abandonment of the traditional repeat examination

(and refitting). The FDA indicates that that if there are differences of opinion

regarding the fitting of the VSD (pessary), it must report the existence of difference

in opinions and also reveal the material facts. The failure to disclose the existence

of differing opinions, the material facts, and the uncertainties represents

misbranding. With an incidence of pessary related ulceration occurring as often as

9%, the abandonment of traditional fitting and follow-up is of concern.

**PATIENT INSTRUCTIONS:**

**Pessary: "***Have the patient report any of the following, any difficulty urinating, any*

*changes in color or consistency of vaginal discharge, any increase in amount of*

*vaginal discharge, any foul odor associated with vaginal discharge, vaginal*

*itching"*.

**VSD:** *"The VSD may cause a discharge from the vagina. This discharge will*

*disappear after the VSD is removed",  "if the VSD is causing significant discomfort*

*or concern you should contact your doctor", "It is advised to avoid sexual*

*intercourse for at least six weeks following surgery".*  It is unclear why Ethicon

dismissed the traditional patient instructions on difficulty with urination. It is

unclear why Ethicon dismissed the traditional patient instructions to report the signs

and symptoms of infections and ulceration including changes in color, consistency,

and or amount of vaginal discharge. I can find no evidence that Ethicon conducted

and testing or studies to demonstrate that the historical concerns with pessaries

regarding the signs and symptoms of infection did not apply to its pessary, VSD,

novelly disposed on top of a surgical incision and a foreign body implanted through

a clean-contaminated wound. Ethicon did not disclose the material facts regarding

its decision to disregard traditional patient teaching and created the false impression

that a patient need not be concerned about several important warning signs of

infection and ulceration. The failure to disclose the material facts and the creation

of false impression represents misbranding.

{OBJ.OBJ}

## EXPERT OPINIONS AND CONCLUSIONS

## EXPERT OPINION 1 : THE LABELING WAS DEFECTIVE:

As described in this monograph, the PROSIMA labeling was misleading and

defective. The IFU:

- Did not provide the necessary information required for the surgeon and patient to use the device safely and for the purposes for which it is intended

- Did not disclose relevant hazards, contraindications, side effects, and precautions under which practitioners licensed by law to administer the device can use the device safely and for the purpose for which it is intended.

- Claimed unsubstantiated therapeutic benefit

- Did not disclose significant warnings and complications

- Used ambiguous language

- Failure to inform the consumer of the facts that are relevant to those statements actually made

- Create a false impression in the mind of the reader

- Failure to reveal material facts

- Failed to reveal consequences that may result from use

- Failed to reveal the existence of a difference of opinion

- Made false representations

Based on my knowledge, training, experience, review of the medical, scientific and regulatory literature, and review of internal documents I state with reasonable degree of medical certainty that the PROSIMA device labeling was misleading and defective.

**EXPERT OPINION 2 : ETHICON KNOWINGLY PROVIDED INCORRECT, INSUFFICIENT AND DECEIVING INFORMATION TO THE FDA IN ORDER TO RAPID GAIN CLEARANCE FOR MARKETING AND BYPASS THE PMA PROCESS.**

As described in this monograph, Ethicon knowingly provided false information to the FDA to gain a SE determination.

- o PROSIMA was not SE the combination of GyneMesh PS device and Silimed Vaginal Stent.
- o The PROSIMA VSD did not have the same technical characteristics of the Silimed Vaginal Stent
- o The PROSIMA VSD did not have the same indications as the Silimed Vaginal Stent

Based on my knowledge, training, experience, review of the medical, scientific and regulatory literature, and review of internal documents I state with a reasonable degree of medical and industry certainty that Ethicon knowingly provided incorrect, insufficient and deceiving information to the FDA in order to gain rapid clearance for marketing and bypass the PMA process. Furthermore, based on my knowledge, training, experience, review of the medical, scientific and regulatory literature, and review of internal documents, I state with a reasonable degree of medical and industry certainty, that Ethicon marketed the PROSIMA device without first demonstrating that

such device was safe and effective and that such demonstration of safety and efficacy is an industry standard that is separate and distinct from federal guidance and law.

**EXPERT OPINION 3:  THERE WAS NOT SUFFICIENT DATA TO SUPPORT THE USE OF THE PROSIMA DEVICE IN HUMANS.**

As described in this monograph, the biased clinical data failed to provide reasonable evidence that PROSIMA was as safe and effective as other surgical methods.

- There is no level one evidence in support of the PROSIMA device and method.

- All evidence is in the form of uncontrolled observational data from financially incentivized investigators and authors or the manufacturer itself.

- The only published study on the cleared PROSIMA device and method failed to reach its predetermined success end point.

- The only published study on the cleared PROSIMA device and method failed to demonstrate long term efficacy that was equal to or greater than existing devices and methods

- Level one data existed to demonstrate that other devices and methods were more efficacious than PROSIMA.

- The FDA notified Ethicon of the need for level one data in support of the safety and efficacy of PROSIMA.

  o Ethicon was unable to demonstrate the existence of such data.

  o Ethicon opted not to initiate the necessary trials to to demonstrate the safety and efficacy of PROSIMA

   Based on my knowledge, training, experience, review of the medical, scientific and regulatory literature, and review of internal documents I state with a reasonable degree of medical that there was not sufficient data to support the use of the PROSIMA device in humansAs the PROSIMA device meets the definition of a significant risk device, is intended as an implant and presents a potential for serious risk to the health, safety, or welfare of a subject, it is also my opinion to a reasonable degree of medical certainty, that Ethicon knowing falsely represented its PROSIMA as a NSE device and bypassed the need for applying for an IDE with the FDA. This application would certainly have been a red flag to the FDA with regard to the PROSIMA claims of substantial equivalence.

**EXPERT OPINION 4: THE VSD and VSD METHOD WERE DEFECTIVE**

   As described in this monograph, the VSD did not share form, fit, or function with its proposed predicate.  Whereas the proposed predicate was a fluid filled balloon splint that providing 12 weeks of pressure on the vaginal walls, the VSD was not a balloon but rather a semi-rigid pessary (by form, shape, and function).  Ethicon taught that its PROSIMA Gynemesh PS was to be places in the proximal 2/3rd of the vagina but taught that its PROSIMA VSD should be secured to the distal 2/3rd of the vagina.  Hence, the

PROSIMA VSD was not capable, in its form or placement, of providing the intended

support, support that could have been provided by its proposed predicate device.

Based on my knowledge, training, experience, review of the medical, and scientific, and

review of internal documents I state with a reasonable degree of medical that the

PROSIMA VSD and VSD Method were defective.


**EXPERT OPINON 5: THE PROSIMA DEVICE AND METHOD WERE
DEFECTIVE**

As described in this monograph, the PROSIMA device and method combined a

defective synthetic transvaginal implant, and implant prone to bodily injury including

severe inflammation, infection, erosion, scarring and pain with an experimental vaginal

splint that was similar in form, fit (although defectively fit), and function to a pessary, a

medical device associated with bodily insult including, inflammation, infection, and

ulceration.  This novel and experimental device and method added insult to injury.  Ethicon

never performed a controlled observational study or randomized controlled trial to evaluate

the safety and efficacy of this dangerous combination.

In addition, the overwhelming pool of level one data fails to demonstrate any

subjective benefit of transvaginal mesh surgery over native tissue surgery. Yet, there is

ample level one evidence to demonstrate a significantly higher rate of complications

including de novo dyspareunia, mesh erosion, vaginal contraction, de novo urinary

incontinence, increased blood loss, and increased operative time.

Transvaginal polypropylene mesh implantation in the treatment of pelvic organ prolapse is uniquely associated with a dramatically increased risk of de-novo pelvic organ prolapse in the untreated compartment. This incidence may be as high as 40%.[151] Of great concern it that Dr. Carey, the inventor of the PROSIMA method, reported a 33% incidence of untreated posterior compartment failure in his 2007 study, yet Ethicon chose not to report untreated compartment failure in its PROSIMA 1-Year observational study, its only study on PROSIMA.[152]

Based on my knowledge, training, experience, review of the medical, and scientific literature, and review of internal documents I state with a reasonable degree of medical that the PROSIMA device and method were defective.

**EXPERT OPINION 6: THE PROSIMA GYNEMESH PS MATERIAL WAS DEFFECTIVE**

**The Fiber Was Defective.**

When choosing a material for permanent implantation in the human body, one must take into consideration how that material will effect the body, how the body will effect that

---

[151] Withagen, M, et al. Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse. Amer Coll Obstet and Gyn 2011; 117:No2,Pt1;, Vollebregt, A., K. Fischer, D. Gietelink, and Ch Van Der Vaart. "Primary Surgical Repair of Anterior Vaginal Prolapse: A Randomised Trial Comparing Anatomical and Functional Outcome between Anterior Colporrhaphy and Trocar-guided Transobturator Anterior Mesh." <i>BJOG: An International Journal of Obstetrics &amp; Gynaecology</i> 118.12 (2011): 1518-527.

[152] Carey M, Slack M, Higgs P, Wynn-Williams M, Cornish A. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG 2008;115:391–397. Zyczynski HM, Carey MP, Smith ARB, et al. One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010;203:587.e1-8.

material, and how that material's properties compares to the properties of the native tissue it is replacing.

**Polypropylene Has an Adverse Effect on the Human Body.** As described earlier in this report, the innate immune system recognizing and attacks foreign material. This is known as the foreign body reaction (FBR). Different materials are associated with different degrees of FBR. In the best-case scenario, the material is associated with only a minimal FBR and a mild, short-lived FBR occurs.  In the worst-case scenario, a protracted severe FBR occurs.  We are all familiar with the signs of a FBR, redness, warmth, swelling, pain, and loss of function. Indeed, medical students are given these words to memorize in latin: rubor, calor, tumor, dolor, functio laesa.

In their paper arguing for decreasing the amount of polypropylene implanted (deceasing the total amount of polypropylene used in a piece of mesh), Cobb et al state "The long-term consequences of implantable polypropylene prosthetics are not without concern. The body generates an intense inflammatory response to the prosthetic that results in scar plate formation, increased stiffness of the abdominal wall, and shrinkage of the biomaterial". This problem is well known in both the medical and scientific art. Multiple investigators have demonstrated the dramatic difference between a repair performed with native tissue and suture compared to one performed with polypropylene mesh. The authors demonstrated that, unlike the native tissue repair, the polypropylene (ppm) repair did not heal and continues to behave like both an acute and chronic wound.[153] Although decreasing

---

[153] U. Klinge, B. Klosterhalfen, V. Birkenhauer, K. Junge, J. Conze, and V. Schumpelick. Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model. JOURNAL OF SURGICAL RESEARCH: VOL.

the inoculum (the amount of polypropylene) may decrease the severity of the FBR, the problem of the severe FBR with ongoing acute and chronic inflammation persists and may even worsen.[154] Acute and chronic inflammation are associated with both pain and loss of function.[155] Indeed the most common complication reported in the FDA's systematic review of transvaginal mesh are those associated with inflammation: extrusion and pain.

**The Human Body Has and Adverse Effect on Polypropylene.**

As described above as well as earlier in this report, polypropylene implantation creates a strong FBR.  As part of the FBR the body's white blood cells release powerful oxidizing agents including ionized oxygen, hydrogen peroxide, and hypochlorite.  These powerful oxidizing agents change the chemical composition and physical properties of the polypropylene mesh fibers. The oxidation of polypropylene mesh implants is many times greater than would be expected when exposed to room air.[156] This results in mesh

103, NO. 2, APRIL 2002. Klosterhalfen, B., Klinge, U., Hermanns, B., and Schumpelick, V. [Pathology of traditional surgical nets for hernia repair after long-term implantation in humans]. Chirurg 71(1): 43, 2000.

[154] Arnaud Clavé & Hannah Yahi & Jean-Claude Hammou & Suzelei Montanari & Pierre Gounon & Henri Clavé. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants. Int Urogynecol J (2010) 21:261–270.

Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Mu ̈ller, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591. U. Klinge, B. Klosterhalfen, V. Birkenhauer, K. Junge, J. Conze, and V. Schumpelick. Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model. JOURNAL OF SURGICAL RESEARCH: VOL. 103, NO. 2, APRIL 2002.  Klosterhalfen, B., Klinge, U., Hermanns, B., and Schumpelick, V. [Pathology of traditional surgical nets for hernia repair after long-term implantation in humans]. Chirurg 71(1): 43, 2000.

[155] Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Mu ̈ller, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591

[156] Timothy C. Liebert,Richard P. Chartoff, Stanley L. Cosgrove, Robert S. Mccuskey. Subcutaneous Implants of Polypropylene Filaments. J. Biomed. Mater. Res. Vol. 10, Pp. 939-951 (1976)

degradation, worsening inflammation, loss of elasticity and contraction.[157] This contraction may be as great as 85% and continue for at least 9 years.[158] Even those studies frequently sited by purveyors of ppm have shown contraction in the range of 15 to 35% as well severe loss of elasticity.[159]

**The Material Properties of the Gynemesh PS Polypropylene mesh are Not Appropriate for Vaginal Implantation.**

Polypropylene mesh implantation in the treatment of abdominal hernias began decades prior to its use in vaginal surgery. Indeed, the original ppm implants used for vaginal surgery had obtained their 510K marketing approvals as abdominal hernia mesh implants or claimed such as predicates. Although ppm had been shown to decrease the recurrence rate of abdominal hernias, the loss of abdominal wall compliance and pain became a substantial problem. Prolonged patient discomfort and chronic pain were know to occur as often 20% and 50% of the time, respectively.[160] Looking at normal abdominal

[157] C. R. Costello, S. L. Bachman, B. J. Ramshaw,2 S. A. Grant. Materials Characterization of Explanted Polypropylene Hernia Meshes. Journal of Biomedical Materials Research Part B: Applied Biomaterials. Published online 6 February 2007 in Wiley InterScience

[158] Letouzey V, Deffieux X, Levailolant J, et al . Overview of transvaginal placement of reconstructive materials (surgical mesh or biografts) for treatment of pelvic organ prolapse or stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2009;20:S205.

[159] Svabík, Kamil, Alois Martan, Jaromir Masata, Rachid El-Haddad, Petr Hubka, and Marketa Pavlikova. "Ultrasound Appearances after Mesh Implantation—evidence of Mesh Contraction or Folding?" <i>International Urogynecology Journal Int Urogynecol J</i> 22.5 (2010): 529-33. Dietz HP, Erdnaann M, Shek KL. Mesh contraction: myth or reality? Am J Obstet Gynecol. 2011;204:173.el-4.

[160] ÕDwyer PJ, Kingsnorth AN, Molloy RG, et al. Randomized clinical trial assessing impact of a lightweight or heavy- weight mesh o n chronic pain after inguinal hernia repair. Br J Surg 2005;92:166–170.Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Mu ́ller, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591

wall compliance, Junge et all reported that hernia meshes should have at least 25% vertical stretching and 15% horizontal stretching.[161]

Although lighter weight ppm with increased compliance may decrease discomfort and pain, pain remains one of the most common complications following the implantation of ppm in the vagina. It is clear to even the non-physician non-scientist that the vaginal anatomy and function is quite different than that of the abdominal wall. The need for vaginal compliance is greater than that of the inguinal canal (the area of inguinal hernia repair). Substantial vaginal stretching is required for intercourse and childbirth. Hence, the 25% elasticity required for an abdominal hernia mesh may be insufficient for a vaginal mesh implant. Of even greater concern are the neurologic findings of Iakovlev. Iakovlev has demonstrated that transvaginal mesh explants have a nerve density on average 6 times higher than groin mesh explants and 11 times higher than mesh explants from the midline anterior abdominal wall. This alone can explain the high incidence of chronic pain associated with vaginal ppm implantation.[162]

Additionally, as described elsewhere herein, the foreign body reaction associated with ppm implantation leads to scaring and degradation with resultant contraction of the mesh. The variable rate and degree of contraction (15 to 85 percent over 3 months to 9 years) precludes a reliable method of predicting the final implant width and tension. This creates methodological problems including the inability of a surgeon explanting an infected PROSIMA from knowing if they have explanted the entirety of the PROSIMA®.

---

[161] K. Junge á U. Klinge á A. Prescher á P. Giboni M. Niewiera á V. Schumpelick. Elasticity of the anterior abdominal wall and impact for reparation of incisional hernias using mesh implants. Hernia (2001) 5: 113±118

[162] In The United States District Court For The Southern District Of West Virginia Charleston Division  In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation MDL No. 2326 Iakovlev General Expert Report

Decades in advance of the marketing of ppm mesh for transvaginal implantation; the abdominal hernia literature demonstrated a high incidence of severe inflammation, scarring, contraction and pain. Prior to the first sales of PROSIMA in the U.S. market, investigators had already shown that pore sizes of greater than 1000 microns were necessary to decrease contraction.[163] Yet, Ethicon chose not to measure its native poor size or effective poor size. As noted elsewhere in this monograph, Ethicon acknowledged that poore size had not been measured during product development, "Pore size in microns was not measured during the development of the Prolene Soft Mesh. The total percent area that is open was measured and is considered an accurate method. Since the product construction results in irregular pore geometries and size, it is not accurate to report a distinct pore size."[164] Additionally, prior to the marketing of PROSIMA, Ethicon's own studies had demonstrated that the Gynemesh PS of PROSIMA was associated with chronic inflammation and uniquely prone to deep erosion, seroma formation, and the loss of both collagen and elastin.[165] This later finding has been validated by recent investigation as well.[166] In addition, prior to the marketing of PROSIMA, Ethicon's paid consultants had demonstrated in Ethicon sponsored studies evidence of severe inflammation and contraction associated with GyneMesh PS.[167] This included a disclosure by Ethcion in its

---

[163] Muhl, et al. New Objective Measurement to Characterize the Porosity of Textile Implants. J. Biomed Mater Res Part B: Appl Biomater 84B:176-183, 2008

[164] ETH.MESH.01431617, 6-14/15-2006, email chain about Gynemesh PS/Prolene Soft mesh pore size, Robert Rousseau: (Ethicon principal engineer)

[165] Barbolt, Thomas A. "Biology of Polypropylene/polyglactin 910 Grafts." *International Urogynecology Journal Int Urogynecol J* 17.S1 (2006): 26-30.

[166] Liang, Rui, Wenjun Zong, Stacy Palcsey, Steven Abramowitch, and Pamela A. Moalli. "Impact of Prolapse Meshes on the Metabolism of Vaginal Extracellular Matrix in Rhesus Macaque." *Obstetrical &amp; Gynecological Survey* 70.6 (2015): 385-87.

[167] Velemir, L., J. Amblard, B. Fatton, D. Savary, and B. Jacquetin. "Transvaginal Mesh Repair of Anterior and Posterior Vaginal Wall Prolapse: A Clinical and Ultrasonographic Study." *Ultrasound in Obstetrics*

2009 Prolift IFU of an observational study from 2004 on (gynemesh) cut like prolift (no trochars) that found **12.6%** moderate to severe contraction of vagina in French centers. (This was at 12 months).[168]

The severe inflammatory reaction and ongoing persistent chronic inflammation associated with the foreign body reaction was well known to cause a high incidence of vaginal Gynemesh PS erosion. Ethicon paid consultants had reported erosion rates ranging from 16% to 25%.[169] Jaquetin, one of the inventors of Ethicon's Prolift reported a 16% incidence of vaginal Gynemesh erosion. More than half of these patients were taken to surgical resection for this complication.[170] Of those not taken to surgical resection, only one resolved. The 29-month results of the uncontrolled observational PROSIMA study found a 10% incidence of mesh erosion and 73% of patients with this complication were taken to surgical intervention. As discussed elsewhere herein, a randomized controlled trial of a similar procedure found an initial erosion rate that was similar to that of the 1-Year

---

and Gynecology Ultrasound Obstet Gynecol</i> 35.4 (2010): 474-80., Svabík, Kamil, Alois Martan, Jaromir Masata, Rachid El-Haddad, Petr Hubka, and Marketa Pavlikova. "Ultrasound Appearances after Mesh Implantation—evidence of Mesh Contraction or Folding?" <i>International Urogynecology Journal Int Urogynecol J</i> 22.5 (2010): 529-33. , Dietz, Hans Peter, Max Erdmann, and Ka Lai Shek. "Mesh Contraction: Myth or Reality?" <i>American Journal of Obstetrics and Gynecology</i> 204.2 (2011): n. pag.
[168] ETH.MESH. 02341658
[169] Svabik K. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol 2014; 1-7. DOI: 10.1002/uog.13305., Lowman, JK. Does the Prolift system cause dyspareunia?, Am. J. Obstet. Gynecol. 199(6):707-712 (2008), Miller D., et al. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5-Year Results. Female Pelvic Med Reconstr Surg 2011; 17: 139-143. Simone Dos Reis Brandão Da Silveira, Jorge Milhem Haddad, Zsuzsanna Ilona Katalin De Jármy-Di Bella, Fernanda Nastri, Miriam Goncalves Markos Kawabata, Silvia Da Silva Carramão, Claudinei Alves Rodrigues, Edmund Chada Baracat, and Antonio Pedro Flores Auge. "Multicenter, Randomized Trial Comparing Native Vaginal Tissue Repair and Synthetic Mesh Repair for Genital Prolapse Surgical Treatment." <i>International Urogynecology Journal Int Urogynecol J</i> 26.3 (2014): 335-42., Withagen, Mariëlla I., Mark E. Vierhout, Jan C. Hendriks, Kirsten B. Kluivers, and Alfredo L. Milani. "Risk Factors for Exposure, Pain, and Dyspareunia After Tension-Free Vaginal Mesh Procedure." <i>Obstetrics &amp; Gynecology</i> 118.3 (2011): 629-36.
[170] Jacquetin, B., P. Hinoul, J. Gauld, B. Fatton, C. Rosenthal, H. Clavé, O. Garbin, J. Berrocal, R. Villet, D. Salet-Lizée, P. Debodinance, and M. Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 5-year Prospective Follow-up Study." <i>International Urogynecology Journal Int Urogynecol J</i> 24.10 (2013): 1679-686.

PROSIMA study only to find a doubling of the erosion rate at three-year follow-up. Other authors have demonstrated that overall mesh extrusion rate increases with time.[171]

The severe foreign body related inflammatory reaction with persistent chronic inflammation and associated fibrosis and contraction results in a high incidence of dyspareunia that is uniquely difficult to treat, often resulting in loss of consortium in perpetuity.[172] Ethicon paid consultants have reported de novo dyspareunia rates ranging from 16% to 26%.[173] Jacquetin, another paid Ethicon consultant, prospectively evaluated 323 women implanted with Gynemesh PS and found a 17% incidence of de novo dyspareunia in the mesh group and a 2% incidence in the native tissue group.

Based on my knowledge, training, experience, review of the medical, and scientific literature, and review of internal documents I state with a reasonable degree of medical that for numerous causes including but not limited to the severe and chronic foreign body reaction associated with transvaginal polypropylene mesh, the poor post-implantation compliance of polypropylene mesh with resultant material tissue mismatch, the known high and difficult to treat incidence of de novo dyspareunia associated with the transvaginal implantation of polpyproylene mesh and, more exactly, Gynemesh PS, the high incidence of mesh erosion and contraction associated with Gynemesh PS, and the insufficient poor

---

[171] De Tayrac R, Eglin G, Villard P, et al. Anatomical and functional assessment of prolapse repair by vaginal route using a collagen coating polypropylene mesh. A french prospective multicentre study. 3-year results. Iut Urogynecol J (2008) 19 (Supp11):S96

[172] Crosby, Erin C., Melinda Abernethy, Mitchell B. Berger, John O. Delancey, Dee E. Fenner, and Daniel M. Morgan. "Symptom Resolution After Operative Management of Complications From Transvaginal Mesh." *Obstetrics &amp; Gynecology* 123.1 (2014): 134-39. Web.

[173] Withagen, Mariëlla I., Mark E. Vierhout, Jan C. Hendriks, Kirsten B. Kluivers, and Alfredo L. Milani. "Risk Factors for Exposure, Pain, and Dyspareunia After Tension-Free Vaginal Mesh Procedure." *Obstetrics &amp; Gynecology* 118.3 (2011): 629-36. Lowman, Joye K., Leticia A. Jones, Patrick J. Woodman, and Douglass S. Hale. "Does the Prolift System Cause Dyspareunia?" *American Journal of Obstetrics and Gynecology* 199.6 (2008): 707e1-8

size of Gynemesh PS I say with a reasonable degree of medical certainty that the PROSIMA Gynemesh PS material was defective.

Dated: <u>Feb. 1, 2016</u>

_____

Ralph Zipper, M.D. , FACOG FPMRS

| |
|---|
| 2004 Gynemesh PS Study Poster-AUGS 2004 San Diego |
| 2010 ICS Abstract 571 - Clinical Outcomes Of An Observational Registry Utilizing A Tocar-Guided Mesh Repair Of Vaginal Prolapse Using Partially Absorbable Mesh (Khandwala, Prosima) |
| 2010 ICS Abstract 571 - Clinical Outcomes Of An Observational Registry Utilizing A Trocar-Guided Mesh Repair Of Vaginal Prolapse Using Partially Absorbable Mesh (Khandwala, Prosima) |
| 2011 ACOG Committee Opinion Number 513. Vaginal placement of synthetic mesh for pelvic organ prolapse. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;188-:1459-1464. |
| 2011 ACOG Frequently Asked Questions. American College of Obstetricians and Gynecologists. ACOG FAQ2. |
| 2011 AUA Position Statement on the use of vaginal mesh for the repair of pelvic organ prolapse. |
| 2011 ICS Abstract 560 - A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry (Slack, Prosima) |
| 2011 ICS Abstract 560 - A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry (Slack, Prosima) |
| 2011 IUGA Pelvic Organ Prolapse A guide for women. |
| 2012 Update UA SUI Guidelines- Appendices A11 and A16 (re Complications) |
| 2013 ACOG Frequently Asked Questions. American College of Obstetricians and Gynecologists. ACOG FAQ183. |
| 2013 AUGS Position Statement on restriction of surgical options for pelvic floor disorders. Advancing Female Pelvic Medicine and Reconstructive Surgery. 2013;March:1-6. A Clinical Assessment of Gynemesh PS for the Repair of Pelvic Organ Prolapse by V. Lucente, et al. 1 pg. |
| Abbott S, Unger CA, Evans JM, et al. *Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery: a multicenter study.* Am J Obstet Gynecol 2014; 210:163.e1-8 |
| Abdel-Fattah, M, et al (2008). Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapse. BJOG 115: 22-30.Urogynecol j 22: 789-798 |
| Abdelmonem, A. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hyterectomy. Eur J Obstet Gynecol Reprod Biol. 2010 Aug; 151(2): 190-2 |
| Abed H, et al. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogyncol J (2011) |

ACOG (The American College of Obstetricians and Gynecologists) - Frequently Asked Questions:  Gynecologic Problems FAQ012 - Pelvic Support Problems

ACOG (The American College of Obstetricians and Gynecologists) - Frequently Asked Questions: Special Procedures FAQ183 - Surgery for Pelvic Organ Prolapse

ACOG Committee Opinion No. 513 (2011). Vaginal placement of synthetic mesh for pelvic organ prolapse. ACOG

Adebayo. ICS Abs 55 A Review of clinical outcomes after vaginal mesh repair of recurrent genital prolapse. 2011

Adhoute, F., et al. Use of transvaginal polypropylene mesh (Gynemesh) for the treatment of pelvic floor disorders in women. Prospective study in 52 patients. Prog Urol 2004;14(2):196-196

Agnew G, et al. *Functional outcomes following surgical management of pain, exposure or extrusion following a suburethral tape insertion for urinary stress incontinence.*  Intl Urogynecol J 2014 Feb; 25(2)235-9

Agresta F, et al. *Lightweight partially absorbable monofilament mesh (polypropylene/poliglecaprone 25) for TAPP inguinal hernia repair.* Surg laparosc endosc percutan tech 2007; 17:91-94

Ali, SAM, et al. *The Mechanisms of Oxidative Degradation of Biomedical Polymers by Free Radicals* . Journal of Applied Polymer Science 1994; 51:1389-98

Alperin, Moalli. Perioperative outcomes of the Prolift pelvic floor repair systems following introduction to a urogynecology teaching service. 2008

Alperin, Zyczynski. Two-Year Outcomes After Vaginal Prolapse Reconstruction with Mesh Pelvic Floor Repair

Altman D, et al. *Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse.*  N Engl J Med 2011; 364:1826-36

Altman, D Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair. Obstet Gynecol 109: 303-08 (2007)

Altman, D. Anterior Colporrhaphy Versus Transvaginal Mesh for Pelvic Organ Prolapse. N Engl J Med 2011; 364:1826-36

Altman, D. Sexual Dysfunction after Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse. Obstet Gynecol 113: 127-33 (2009)

Altman, D. Short-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J (2007)

Amid PK, et al. *Classification of biomaterials and their related complications in abdominal wall hernia surgery.*  Hernia 1997; 1:15-21

Anderson H, et al. *Utilization of Adipose Tissue Biopsy and Characterizing Human Halogenated Hydrocarbon Exposure*. Environmental Health Perspective's 1985; 60:127-131

Anderson, et al. *Foreign Body Reaction to Biomaterials.* Seminars in Immunology 2008; 20:86-100.

Anderson, K. Surgical management of ICS, IUGA class 1-4 transvaginal mesh (TVM) prolapse kit complications 8-year review of 82 patients from a single center. (2015)

*Antibiotic Prophylaxis in Gynecologic Procedures*. J Obstet Gynaecol Can 2012; 34(4):382-391.

Araco. The influence of BMI, smoking, and age on vaginal erosions after synthetic mesh repair of pelvic organ prolapses. A multicenter study. 2009

Argirovic. Abs 1143. Transvaginal repair of genital prolapse with polypropylene mesh using a tension-free

Argirovic. Treatment of post hysterectomy vaginal vault prolapse with a polypropylene mesh. 2011 Aungst, Horbach. De novo stress incontinence and pelvic muscle symptoms after transvaginal mesh repair. 2009

AUA Position Statement on the use of vaginal mesh for the repair of pelvic organ prolapse (Nov. 2011)

AUGS (2013) Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders

Avery. IUGA Oral Presentation 57 A cohort study to determine the outcome and complication rate and to classify complications using IUGA,ICS terminology following vaginal mesh for POP surgery (Prosima, Prolift). 2012

Babalola, E., et al. *Vaginal erosion, sinus formation, and ischiorectal abscess following transobturator tape: ObTape implantation*. Int. Urogynecol. J. (2006) 17:418-421.

Badrol. Surgical Prolift mesh repair. An audit of patient outcomes. 2012

Bako A, Dhar R, *Review of synthetic mesh-related complications in pelvic floor reconstructive surgery.* Int Urogynecol J 2009; 20:103-111

Balchandra, P. Perioperative outcomes and prospective patient reported outcome measure for transvaginal mesh surgery. Arch Gynecol Obstet (2015)

Barber MD, Brubaker L, Nygaard I, et al.*Defining success after surgery for pelvic organ prolapse.* Obstetrics & Gynecology 2009; 114(3):600-609

Barber MD, Maher C, *Apical prolapse.* Int Urogynecol J 2013; 24:1815-1833

Barber, M. Comparison of 2 transvaginal surgical approaches and perioperative behavioral therapy for apical vaginal prolapse — The OPTIMAL randomized trial. JAMA:2014;311;1023-1034.

Barber, M. Defining Success After Surgery for Pelvic Organ Prolapse. Obstetrics & Gynecolog (Sept 2009), Vol 114, No. 3, pgs 600 — 609

Barber, M. Factorial comparison of 2 transvaginal surgical approaches and perioperative behavioral therapy for apical vaginal prolapse. JAMA:2014;11:1719.

Barrington, J, Doherty, T. *Bowel function, sexual and prolapse symptoms following posterior Avualta mesh repair for recurrent vaginal wall prolapse*. International Continence Society, abstract.

Barrington, J, Hogg, S. *Improvements in prolapse and sexual symptoms following anterior Avaulta for recurrent cystocele*. International Continence Society, abstract.

Barski D, et al. *Systematic review and classification of complications after anterior, posterior, apical, and total vaginal mesh implantation for prolapse repair*. Surg Technol Int 2014; 24:217-24

Bartley, J. Secondary surgery after vaginal prolapse repair with mesh is more common for stress incontinence and voiding dysfunction than for mesh problems or prolapse recurrence. Int Urol Nephrol 2015:DOI

Bartley, Sirls. Abs 2148. Reoperation for any reason after pelvic organ prolapse surgery with mesh. 2013

Bartuzi. Transvaginal Prolift mesh surgery due to advanced pelvic organ prolapse does not impair female sexual function: a prospective study. 2012

Bellon J, Honduvilla N, Jurado F, et al. *In vitro interaction of bacteria with polypropylene/ePTFE prostheses*. Biomaterials 2001 Jul; 22(14):2021-4

Benassi, G., et al. *Abscess formation at the ischiorectal fossa 7 months after the application of a synthetic transobturator sling for stress urinary incontinence in a type II diabetic woman*. Int. Urogynecol. J. (2007) 18:697-699.

Benbouzid, S. Pelvic organ prolapse transvaginal repair by the Prolift system: evaluation of efficacy and complications after a 4.5 years follow up. Int.' Urol 2012:19;1010-16

Benson, J. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 1996;175:1418-1422

Berrocal, J. Conceptual advances in the surgical management of genital prolapse. J Gynecol Obstet Biol Reprod 2004; 33:577-587

Bhal. ICS Abs 250 A Six Year Retrospective Audit of Clinical and Subjective Outcomes of Surgical Vaginal Prolapse Repair with the Insertion of Mesh. 2013

Bhatia, Murphy. ICS Abs 34. A comparison of short term sexual function outcomes for patients undergoing the transvaginal mesh procedure using the standard polypropylene mesh vs. a hybrid polypropylene/poliglecaprone mesh (Prolift vs P+M). 2010

Bhatia, Murphy. Oral Poster 19 "A Comparison of Sexual Function Outcomes 1 year after undergoing a transvaginal mesh procedure using polypropylene mesh vs. hybrid polypropylene/poliglecaprone mesh . 2012

Bjelic Radisic. Mesh devices for pelvic organ prolapse Results of the Austrian Registry. 2013

Blaivas, J, et al. *Salvage Surgery after Failed Treatment of Synthetic Mesh Sling Complications.* The Journal of Urology 2013 Oct; Vol. 190, 1281-1286

Blandon, et al. *Complications from vaginally placed mesh in pelvic reconstructive surgery* . Int Urogynecol J 2009; 20:523-31

Blefari. Treatment of cystocele by trans obturator tension free preconfigured polypropilene mesh. 2008

Blum, Sirls. Abs 2149 Mesh exposure rates and management after transvaginal prolapse repair with the Elevate and Prolift systems. 2013

*Bolsters* . Best Prac Res Clin Obstet Gynecol 2011; 25:167-174

Bondili A, Deguara C, Cooper J, *Medium-term effects of a monofilament polypropylene mesh for pelvic organ prolapse and sexual function symptoms.* J Obstet Gynaecol 2012; 32(3):285-290

Bondili A, Dengura C, Cooper J, *Two year follow up of sexual function symptoms and quality of life symptoms after an innovative procedure - Avaulta synthetic mesh for pelvic orgran prolapse.* ICS 2010; Poster 1153

Bouikerrou M, Boulanger L, Rubod C, et al. *Study of the biomechanical properties of synthetic implanted in vivo.* European J Obstet & Gynecol and Repro Bio 2007; 134:262-267

Boulanger, et al. *Bacteriological analysis of meshes removed for complications after surgical management of urinary incontinence or pelvic organ prolapse.* Int Urogynecol J Pelvic Floor Dysfunct 2008 Jun; 19(6): 827-31

Bourdy. Sling exposure after treatment of urinary incontinence with sub-urethral transobturator slings. 2014

Boyles, S. H., et al. *Complications associated with transobturator sling procedures.* International Urogynecology Journal and Pelvic Floor Dysfunction (2007), 18(1): 19-22.

Brett, M, et al. *Soft tissue infections caused by spore forming bacteria in injecting drug users in the United Kingdom*. Epidemiology and Infection 133;04: 575-582.

Brochure Pelvic Organ Prolapse Get the Facts, Be Informed, Make Your Best Decision dated in 2005 (8 pgs)

Brochure Treatment Options for Pelvic Organ Prolapse Stop coping. Start living. Dated in 2008 Gynecare Prolift (15 pgs)

Brown (2002) Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol, Volume 186, Number 4 , pg. 712-716

Brown. Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol, Volume 186, Number 4, pg. 71.2-716 (2002)

Bullock, T., et al. *Advances in female stress urinary incontinence: mid-urethral slings*. BJU Intl. (2006) 98 Supp. 1: 32-40.

Campbell. BSU Abs An audit of surgical outcomes following Gynaecare Prolift pelvic floor repair system. 2011

Cappelletti M, Attolini G, Cangioni G, et al. *The use of mesh in abdominal wall defects.* Minerva Chir 1997 Oct; 52(10):1169-76

Caquant, F. Safety of Trans Vaginal Mesh procedure: Retrospective study of 684 patients. J. Obstet Gynaecol Res. Vol. 34, No. 4: 449-456 August 2008

Carey M, Higgs P, Goh J, Lim J, Leong A, Krause H, Cornish A. Vaginal repair with mesh versus colporrhaphy for prolapse: a randomised controlled trial. BJOG. 2009 Sep;116(10):1380-6. doi: 10.1111/j.1471-0528.2009.02254.x. Epub 2009 Jul 7. PubMed PMID: 19583714; PubMed Central PMCID: PMC2774153

Carey, M. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG 2008;115:391–397

Carlsen, Flynn. Abs V1942 Total pelvic floor reconstruction utilizing Prolift, A Polypropylene mesh reinforced pelvic floor repair and vaginal vault suspension. 2008

Celine, M. *Comparision of the In Vivo Behavior of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery*. ASAIO Journal 1998; 44:199-206.

Cervigni, M, et al. *Collagen-coated polypropylene mesh in vaginal prolapse surgery: an observational study*. European J of Ob & Gyn & Reproductive Biology 2011, 156: 223-227.

Chapple, C., Raz, S., Brubaer, L., Zimmern, P. *Mesh Sling in an Era of Uncertainty: Lessons Learned and the Way Forward*. European Urology 2013; Vol. 64, 525-529

Chen. Midterm prospective comparison of vaginal repair with mesh vs Prolift system devices for prolapse. 2012

Chinthakanan O, et al. *Mesh removal following sling/mesh placement: A multicenter study.* Intl Urogynecol J 2014; S139-S140

Chinthakanan, O., Miklos, J.R., Moore, R.D., Mitchell, G., Favors, S., Karp, D.R., Northington, G.M., Nogueiras, G., Davila, G. *Indication and Surgical Treatment of Midurethral Sling Complications: A multicenter Study*. Intl Urogynecol J 2014; S142-S143

Chmielewski L, et al. *Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success.* Am J Obstet Gynecol 2011 Jul; 205(1):69.e1-8

Cho. Anatomic and Functional Outcomes with the Prolift Procedure in Elderly Women with Advanced Pelvic Organ Prolapse Who Desire Uterine Preservation. 2012

Cho. New criteria for pelvic organ prolapse repair with prolift mesh without hysterectomy. 2011

Cholhan HJ, Hutchings TB, Rooney KE. *Dyspareunia associated with paraurethral banding in the transobturator sling.* Am J Obstet Gynecol 2010; 202:481.e1-5

Clark, A. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol 2003;189:1261-7

Clave, et al. *Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants.* Int Urogynecol J 2010 Mar; 21(3):261-70

Climent. Abs 1090 Impact of vaginal mesh on sexual function. 2011

CliniMed 2014 online, Phases of Wound Healing. http://www.clinimed.co.uk/Wound-Care/Education/Wound-Essentials/Phases-of-Wound-Healing.aspx

Cobb W, Burns J, Peindl R, et al. *Textile analysis of heavy weight, mid-weight, and light weight polypropylene mesh in a porcine ventral hernia model.* J Surgical Research 2006; 136:1-7

Cobb WS, Kercher KW, and Henniford TB, *The argument for lightweight polypropylene mesh in hernia repair.* Surgical Innovation 2005; 12(1):63-69

Cohen, Kavaler. The incidence of mesh extrusion after vaginal incontinence and pelvic floor prolapse surgery.

Cornu. Midterm Prospective Evaluation of TVT-Secur Reveals High Failure Rate. 2010

Corona R, Cicco CD, Schonman R, et al. *Tension-free vaginal tapes and pelvic nerve neuropathy.* The Journal of Minimally Invasive Gynecology 2008; 15:262-267

Cosson, M. Prolift (Mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 687 patients. ICS Abs 121 (2005).

Cosson. IUGA Abs 89 Preservation Of Uterus When Treating Prolapse By Prolift TM Does Not Significantly Reduce Risk of early post surgical complications and failures. 2008

Costello C, et al. *Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient.* Surg Innov 2007 Sep; 14(3):168-76

Costello CR, et al. *Materials Characterization of Explanted Polypropylene Hernia Meshes.* J of Biomedical Mater Res Part B: Applied Biomaterials 2007; 83B(1):44-49

Coutinho. Abs 386 Evaluation of results of transvaginal surgery for genital prolapse with a polypropylene implant-Prolift system. 2011

Cox, A. Surgical management of female SUI: is there a gold standard? Nat Rev Urol 2013 10(2): 78-89

Crosby, E., Abernathy, M., Berger, M., DeLancey, J., Fenner, D., Morgan, D. *Symptom Resolution After Operative Management of Complications From Transvaginal Mesh.* Obstetrics & Gynecology 2014 January; Vol. 123, 134-139

Culligan PJ, Littman PM, Salamon CG, et al. *Evaluation of a transvaginal mesh delivery system for the correction of pelvic organ prolapse: subjective and objective findings at least 1 year after surgery.* Am J Obstet Gynecol 2010; 203:506.e1-6

Culligan, PJ, et al. *Subjective and objective outcomes greater than or equal to 1 year after placement of a vaginal mesh delivery system to correct pelvic organ prolapse.* Femal Pelvic Medicine & Reconstructive Surg, 2010, Vol. 16, No. 2 (Suppl): S16.

Cundiff, GW, et al. *Risk factors for mesh/suture erosion following sacral colpopexy,* 34th annual scientific meeting of the Society of Gynecologic Surgeons, Savannah, GA, April 14-16, 2008.

Da Silveira, S. Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment. Int Urogynecol J 2014.

D'Afiero. Abs 0156 Short-term effects of mesh augmented surgery for pelvic organ prolapse on functional outcomes and quality of life. A comparison between trocar guided and single incision devices (Prosima, Prolift) .

D'Afiero. Abs 1142 Treatment of posterior vaginal wall prolapse associated with anorectal dysfunctions using a vaginal polypropylene mesh kit (Posterior Prolift): One year follow-up study. 2011

Damoiseaux, A. IUGA Abs PP 01- Long-term follow-up (7 years) of a randomized controlled trial: Trocar-guided mesh compared with conventional vaginal repair in recurrent pelvic organ prolapse. (2015)

Dandolu. V. IUGA Abs PP 37 Mesh complications in U.S. after transvaginal mesh repair versus abdominal or laparoscopic sacrocolpopexy. (2015)

Danford, J.M., et al. *Postoperative pain outcomes after transvaginal mesh revision* . Intl Urogynecol J 2014 July; online

Das Nilanjana, et al. *Microbial Degradation of Petroleum Hydrocarbons Contaminant: An Overview* . Journal Biotechnology Research International 2010; 2011:1-14

Dati. Prolift vs. Avaulta for Transvaginal Repair of Severe Pelvic Prolapse (Abstract). 2008 [ETH-03227 to 3228]

de Boer. Predictive factors for overactive bladder symptoms after pelvic organ prolapse surgery. 2010

de Landsheere, Cosson. Abs 1109 Patient satisfaction after Prolift mesh repair for pelvic organ prolapse. 2011

de Landsheere, L. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol 2012;206:83.e1-7

De Ridder D, *Should we use meshes in the management of vaginal prolapse?* Current Opinion in Urology 2008; 18:377-382.

de Tayrac R, et al. *A 2-year anatomical and functional assessment of transvaginal rectocele repair using a polypropylene mesh.* IntUrogynecol 2006 Feb; 17(2):100-5

de Tayrac R, et al. *Prolapse repair by vaginal route using a new protected low-weight polypropylene mesh: 1-year functional and anatomical outcome in a prospective multicentre study.* IntUrogynecol 2007; 18(3):251-6

de Tayrac R, Sentilhes L, *Complications of pelvic organ prolapse surgery and methods of prevention.* Int Urogynecol J 2013; 24:1859-1872.

de Tayrac, R, Costa, P. *Trans-obturator tape procedure for female stress urinary incontinence: one year follow-up in 401 patients.*

De Tayrac, R, et al. *Anatomical and functional assessment of prolapse repair by vaginal route using a collagen coating polypropylene messh. A French prospective multicenter study. 3-year results* . Int Urogynecol J (2008) 19 (Supp11):S96.

De Tayrac, R, et al. *Sexuality and quality of life in women with genital prolapse: impact of vaginal surgery with low-weight protected polypropylene mesh* . International Continence Society, abstract.

de Tayrac, R. *Basic science and clinical aspects of mesh infection in pelvic floor reconstructive surgery.* Int Urogynecol J 2011; 22:775-780.

de Tayrac., et al. *Long term anatomical and functional results after trans-vaginal cystocele*

Dedet. Transvaginal Repair of Genital-Prolapse by the Prolift Technique_Outcome One Year After Surgery (Abstract). 2008 [ETH-03223]

Deffieux, X., et al. *Prepubic and thigh abscess after successive placement of two suburethral slings*. Int. Urogynecol. J. (2007) 18:571-574.

Delroy CA, et al. *The use of transvaginal synthetic mesh for anterior vaginal wall prolapse repair: A randomized controlled trial.* Int Urogynecol J 2013; 24:1899-1907

Demirci. Perioperative complications in abdominal sacrocolpopexy, sacrospinous ligament fixation and Prolift procedures. 2014

Demirci. Perioperative complications in vaginal mesh procedures using trocar in pelvic organ prolapse repair.

Denis S. Abs 620. Pelvic organ prolapse treatment by the vaginal route using a vypro composite mesh: Preliminary results about 106 cases. (2004)

Denman, M.A., et al. *Reoperation 10 years after surgically managed pelvic organ prolapse and urinary incontinence*. American Journal of Obstetrics & Gynecology 2008 May; 555.e1-555.e5

Dereska. New-onset pelvic organ prolapse following the use of a transvaginal mesh kit for single-compartment pelvic organ prolapse repair. 2010

DeSouza, R., et al. *Adductor brevis myositis following transobturator tape procedure: a case report and review of the literature*. Int. Urogynecol. J. (2007) 18:817-820.

Deval, Bruno, et al. *Objective and Subjective Cure Rates after Trans-Obturator Tape (OBTAPE) Treatment of Female Urinary Incontinence*. European Urology (2006) 49:373-377.

Dietz, H. P. *Mesh contraction: myth or reality?* Am J Obstet Gynecol 2011; 204:173.e1-4.

Dietz, V. Pelvic organ prolapse and sexual function. Int Urogyneol J; 2013:24:1853-1857.

Diwadkar GB, et al. Complication and Reoperation Rates After Apical Vaginal Prolapse Surgical Repair: A Systematic Review. Obstet Gynecol 2009; 113:367-73

Diwadkar, G. Complication and reoperation rates after apical vaginal prolapse surgical repair. Obstet Gynecol 2009;113:367-73

Dmochowski R, et al. *Transvaginal Radio Frequency Treatment of the Endopelvic Fascia: A Prospective Evaluation for the Treatment of Genuine Stress Urinary*. The Journal of Urology 2003 March; 169:1028-1032

Dmochowski, R. – (AUA Guidelines) Update of AUA Guidelines on the Surgical Management of Female Stress Urinary Incontinence. J Urol 2010 183: 1906-1914

Dobson, A., et al. *Trans-obturator surgery for stress urinary incontinence: 1-year follow-up of a cohort of 52 women.* International Urogynecology Journal (2007), 18(1): 27-32.

Domingo, S., et al. *Diagnosis, management and prognosis of vaginal erosion after transobturator suburethral tape procedure using a nonwoven thermally bonded polypropylene mesh*. The Journal of Urology (2005), 173(5): 1627-1630.

Dramitinos. AUGS Poster 26 Mesh augmented repair of cystocele with anterior approach to bilateral sacrospinous ligament fixation. 2008

Duckett J, et al. *Pain after suburethral sling insertion for urinary stress incontinence.* Intl Urogynecol J 2013 Feb; Vol. 24(2), 195-201

Dunn, G., Hansen, B., Egger, M., Nygaard, I., Sanchez-Birkeah, A., Hsu, Y., Clark, L. *Changed Women: The Long-Term Impact of Vaginal Mesh Complications*. Female Pelvic Medicine & Reconstructive Surgery 2014; Vol. 20(3), 131-136

Duvvur. Abs 1130 Clinical audit on surgical outcomes of vaginal wall prolapse repair using mesh. 2011

Ehsani. Abs 023 Four month and one year results of transvaginal mesh placement (Prolift procedure) in the treatment of POP. 2009

Ek M, et al. *Urodynamic assessment of anterior vaginal wall surgery: A randomized comparison between colporraphy and transvaginal mesh.* Neurourol Urodynam 2010; 29:527-531

Ek. Effects of anterior trocar guided transvaginal mesh surgery on lower urinary tract symptoms. 2010

El Haddad. IUGA Abs 097. Mesh impact on sexual function. 2011

El Haddad. Women's quality of life and sexual function after transvaginal anterior repair with mesh insertion.

Elmer, Altman. Trocar-Guided Transvaginal Mesh repair of Pelvic Organ Prolapse. 2009

Elmer, C. Risk Factors for Mesh Complications after Trocar Guided Transvaginal Mesh Kit Repair of Anterior Vaginal Wall Prolapse. Neurourol Urodyn. 2012 Sep;31(7):1165-9 (2012)

Elmer, C. Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse. Obstet Gynecol 113: 117-26. (2009)

Elmer, C., et al. (2012) Risk Factors for Mesh Complications after Trocar Guided Transvaginal Mesh Kit Repair of Anterior Vaginal Wall Prolapse. Neurourol Urodyn. 2012 Sep;31(7):1165-9

Eschenbach, et al. *Prevalence of hydrogen peroxide-producing Lactobacillus species in normal women and women with bacterial vaginosis.* J. Clin.Microbiol 1989 Feb; 27(2):251-256

*Evaluation of Mesh Implants Installed through the Vaginal Approach in the Treatment of Genital Prolapse* . The National Authority for Health and the College of the National Authority for Health, 2006

Fan. Tension free vaginal mesh for the treatment of pelvic organ prolapse in Chinese women. 2013

Fatton, B. Transvaginal repair of genital prolapsed: preliminary results of a new tension –free vaginal mesh (Prolift technique) – a case series multicentric study. Int. Urogynecol J (2007) 18:743-752

Fatton, Jacquetin. IUGA Abs 407. Transvaginal Mesh Repair Of Pelvic Organ Prolapse With Prolift Technique. One Year Outcomes. 2007

Fatton. ICS/IUGA Abs 53. Sexual outcome after transvaginal repair of pelvic organ prolapse with and without mesh. A prospective study of 323 patients. 2010

Fatton. IUGA Abs 275. Preliminary results of the 'Prolift' technique in the treatment of pelvic organ prolapse by vaginal approach. A multicentric retrospective series of 110 patients. 2006

Fayyad, LM, et al. Musculoskeletal infection: role of CT in the emergency department, RadioGraphics 2007; 27:1723-1736. Pub online http://pubs.rsna.org/doi/pdf/10.1148/rg.276075033

Fayyad. Abs 308. Anatomical quality of life and sexual function outcomes following anterior Prolift for recurrent anterior vaginal wall prolapse. 2009

Fayyad. Prospective study of anterior transobturator mesh kit (Prolift) for the management of recurrent anterior vaginal wall prolapse. 2011

FDA Executive Summary, July 2011.

FDA Public Health Notification - Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence (2008)

FDA Public Health Notification: Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse: FDA Safety Communication - Issued July 13, 2011

Feiner B, et al. *Vaginal Mesh Contraction: Definition, Clinical Presentation and Management* . Obstet Gynecol 2010; 115:325-330

Feiner, B. Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review. BJOG 2009; 116: 15-24

Feiner. Anterior vaginal mesh sacrospinous hyseteropexy and posterior fascial plication for anterior compartment dominated uterovaginal prolapse. 2010

Female Pelvic Medicine & Reconstructive Surgery. March/April 2013; 19(2): 84-89.

Fenner, DE. *Anterior vaginal wall prolapse: the challenge of cystocele repair*. OBG Management, Vol. 16, No. 5, May 2004.

Ferris DG, et al. *Treatment of bacterial vaginosis: a comparison of oral metronidazole, metronidazole vaginal gel, and clindamycin vaginal cream*. Fam Pract 1995 Nov; 41(5):443-9.

Fialkow, M. Incidence of recurrent pelvic organ prolapse 10 years following primary surgical management: a retrospective cohort study. Int Urogynecol J (2008) 19:1483 1487

Filindris. IUGA Abs 1144 Evaluation of the long term results and complications of the use of posterior pelvic floor repair systems on fifty women. 2011

Finamore PS, Echols KT, Hunter K, et al. *Erosion rates three months following mesh augmented vaginal reconstructive surgery*. Journal of Pelvic Medicine & Surgery 2009; 15(2):61-62, Oral Poster 16

Finamore PS, Echols KT, Hunter K, et al. *Risk factors for mesh erosion 3 months following vaginal reconstructive surgery using commercial kits vs. fashioned mesh-augmented vaginal repairs*. Int Urogynecol J 2010; 21:285-291

Firoozi, F. Purely transvaginal/perineal management of complications from commercial prolapse kits using a new prostheses/grafts complication classification system. The Journal of Urology, 187: 1674-1679 (2012)

Firoozi, F. Short and intermediate-term complications of the Prolift transvaginal mesh procedure. Int Urogynecol J 2009:3:S283

Flam. Sedation and local anesthesia for vaginal pelvic floor repair of genital prolapse using mesh. 2007

Foon R, et al. *Adjuvant materials in anterior vaginal wall prolapse surgery: a systematic review of effectiveness and complications*. Int Urogynecol J 2008; 19:1697-1706

Ford, AA. Cochrane Review[FULL]. Mid-urethral sling operations for stress urinary incontinence in women. (2015)

Ford, AA. Cochrane Review[Summary]. Mid-urethral sling operations for stress urinary incontinence in women. (2015)

Formisano. Correction of genital prolapse with tension free vaginal mesh kit Prolift. Our experience. 2010

Francis WJ, Jeffcoate TN. Dyspareunia following vaginal operations. J Obstst Gynecol BR Commomw 1961; 68:1-10

Frankman. Mesh exposure and associated risk factors in women undergoing transvaginal prolapse repair with Futyma.Does a midurethral sling inserted at the time of pelvic organ prolapse mesh surgery increase the rate of de novo OAB. A prospective longitudinal study. 2014

Futyma. ICS Abs 488. Efficacy Of Prolift System In The Treatment Of Pelvic Floor Disorders. Experience After First Hundred Cases. 2007

Gabriel, Cosson. Prolapse surgery in women of 80 years and older using the Prolift technique. 2010

Gad Outcome of Prolift mesh repair in treatment of pelvic organ prolapse and its effect on lower urinary tract symptoms: 5-year retrospective case study. 2012

Galen D. *Histologic results of a new treatment for stress urinary incontinence without implantable.* Obstetrics & Gynecology 2000 Apr; 95(4):S30

Gambriasio, I., et al. *Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up* . BMC Women's Health (2009), 9(28): 2-20.

Ganj, F. Complications of transvaginal monofilament polypropylene mesh in pelvic organ prolapse repair. Int Urogynecol J (2009) 20:919-925

Garcia M, Ruiz V, Godoy A, et al. *Differences in polypropylene shrinkage depending on mesh position in an experimental study.* American Journal of Surgery 2007 April; 193(4):538-542

Genetics Home Reference. Hidradenitis suppurativa. Pub online 2015 July 6 http://ghr.nlm.nih.gov/condition/hidradenitis-suppurativa

Geoffrion, R., et al. *Closing the chapter on obtape: a case report of delayed thigh abscess and a literature review.* Journal of Obstetrics and Gynecology Canada (2008), JOGC. 30(2): 143-147.

Giana. Abs 048. Long term outcomes after transvaginal mesh repair of pelvic organ prolapse. 2011

Giana. Abs M433. Outcome of first line versus second line mesh surgery in high stage pelvic prolapse. 2012

Gilberti, Claudio, et al. *Transobturator Tape for Treatment of Female Stress Urinary Incontinence: Objective and Subjective Results After a Mean Follow-up of Two Years* . Urology (2007) 69:703-707.

Ginath. Magnetic resonance imaging of abdominal versus vaginal prolapse surgery with mesh. 2012

Glatt AE, Zinner SH, McCormach WM. The prevalence of dyspareunia. Obstet Gynecol 1990; 75:433-436

Gold. Factors associated with exposure of transvaginally placed polypropylene mesh for POP. 2012

Gomelsky A, et al. *Controversies in Pelvic Organ Prolapse: Mesh Interposition in Prolapse Repair.* Ann Urol 2011 Aug; 2(1):93-101

Groenen. IUGA Abs 399. Medium-Term Outcome Of Prolift For Vaginal Prolapse. 2007

Groenen. IUGA Abs 562. Initial experience and short term outcome of tensionfree vaginal mesh (TVM). 2006

Groutz,"Inside Out" Transobturator Tension-free Vaginal Tape for Management of Occult Stress Urinary Incontinence in Women Undergoing Pelvic Organ Prolapse Repair (2010)

Gupta, P. AUA Abs PD20-08. The impact of comorbid chronic pain syndromes on sexual activity and dyspareunia after pelvic organ prolapse repair. (2015)

Gupta. Poster Abs NM-110 Transvaginal rectocele repairs using mesh A retrospective Review of Complications.

Gutman RE, Nosti PA, Sokol AI, et al. *Three-year outcomes of vaginal mesh for prolapse* . Obstetrics & Gynecology 2013; 122(4):770-777

Hagen S, et al. *Conservative prevention and management of pelvic organ prolapse in women.* Cochrane Database Syst Rev 2006 Oct; 18(4):CD003882

Halaska M. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. Am J Obstet Gynecol 2012; 207:301.e1-7

Halaska. Abs 161. The quality of life after the prolapse surgery. A comparison of Prolene mesh suspension with classical methods. 2008

Halaska. Abs 284. A randomized multicentric prospective comparison of prolene meshes and sacrospinous fixation in the treatment of pelvic organs prolapse. 2010

Hammett, J., Peters, A., Trowbridge, E., Hullfish, K. *Short-term surgical outcomes and characteristics of patients with mesh complications from pelvic organ prolapse and stress urinary incontinence surgery* . Intl Urogynecol J 2014; Vol. 25, 465-470

Handa VL, Zyczynski HM, Brubaker L, et al. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007;197:629.e1-6.

Handa VL, Zyczynski HM, Brubaker L, et al. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007;197:629.e1-6.

Hans Verstraelen, et al. *The epidemiology of bacterial vaginosis in relation to sexual behavior* . BMC Infectious Diseases 2010, 10:81.

Hansen, B., Dunn, G., Norton, P., Hsu, Y., Nygaard, I. *Long-Term Follow-up of Treatment for Synthetic Mesh Complications* . Female Pelvic Medicine & Reconstructive Surgery 2014 June; Vol. 20(3), 126-130

Hari S. G. R. Tunuguntla and Angelo E. Gousse. *Female Sexual Dysfunction Following Vaginal Surgery: A Review* . The Journal of Urology. Vol. 175, 439-446, February

*Health, Safety and Environment Fact Sheet: Hazardous Substances from CAW/TCA.* (www.caw.ca) August 2011.

Heinonen, P. IUGA Abs OP 093. Long-term outcome after transvaginal mesh repair of pelvic organ prolapse.

Heinonen. IUGA Abs OP 093 Long-term outcome after transvaginal mesh repair of pelvic organ prolapse. (2015)

Heinonen. Trocar guided polypropylene mesh for pelvic organ prolapse surgery perioperative morbidity and short term outcome of the first 100 patients. 2011

Heise CP, Starling J, *Mesh inguinodynia: A new clinical syndrome after inguinal herniorraphy?* J Am Coll Surgery 1998; 187:514-518

Hendrix, S. Pelvic organ prolapse in the Women's Health Initiative: Gravity and gravidity. Am J Obstet Gynecol, (2002) Volume 186, Number 6

Heughan, C, et al. *The effect of anemia on wound healing* . Ann Surg. Vol 179 (2), 163-167.

Hidradenitis Suppurativa (Acne Inversa) Foundation, Inc. Manifestations of HS. Pub online http://www.hs-foundation.org/about-hs/manifestations/

Hinoul. A Prospective Study To Evaluate The Anatomic And Functional Outcome of a transobturator mesh kit (prolift anterior) for symptomatic cystocele repair. 2008 [ETH-02750to 2755]

Hinoul. IUGA Abs 424 Prolift anterior(c): 6 month data on 29 procedures. 2006

Hogg, S, Barrington, J. *Improvements in bowel dysfunction, sexual and prolapse symptoms following posterior Avaulta* . International Continence Society, abstract.

Hollander. Anterior and Posterior Repair with Polypropylene. 2010

Holly. Implants in operative therapy in women with pelvic organ prolapse- Two years of experience. 2009

Hong. High success rate and considerable adverse events of pelvic prolapse surgery with Prolift. A single center experience. 2013

Hott. Abs 432 Tension free vaginal polypropylene soft mesh (Prolift) in treatment of genital prolapse: Experience of two centers in Chile. 2009

Hou, J., Alhalabi, F., Lemack, G., Zimmern, P. *Outcome of Transvaginal Mesh and Tape Removed for Pain Only* . The Journal of Urology 2014; 856-860

Hsu, A and Mustoe, TA. The principles of wound healing. Pub online http://www.elsevieradvantage.com/samplechapters/9780323034708/978032 3034708.pdf

Hsu, TH, et al. *The supine stress test: a simple method to detect intrinsic urethral sphincter dysfunction* . J Urol. 1999 Aug; 162(2):460-3.

Huang. Abs 475. Evaluate the short-term outcome of pelvic reconstruction with Prolift mesh for severe pelvic organ prolapse. 2009

Huang. Outcome of transvaginal pelvic reconstructive surgery with Prolift after a median of 2 years follow-up.

Hurtado EA, et al. *Management of complications arising from transvaginal mesh kit procedures: a tertiary referral center's experience.* Int Urogynecol J Pelvic Floor Dysfunct 2009 Jan; 20(1)11-7

Iglesia CB, et al. *Vaginal mesh for prolapse: a randomized controlled trial.* Obstet Gynecol 2010 Aug; 116(2 Pt 1):293-303

Iglesia. Oral Presentation, A Randomized Clinical Trial of Vaginal Mesh for Prolapse (vamp). 2010

Ignjatovic. Optimal primary minimally invasive treatment for patients with stress urinary incontinence and symptomatic pelvic organ prolapse: Tension free slings with colporrhaphy, or Prolift with the tension free Ignjatovic. Reutilization of the Prolift system for the simultaneous correction of prolapse and incontinence in patients with pelvic organ prolapse and stress urinary incontinence. 2008

Ignjatovic. Simultaneous Correction of Anterior and Apical Vaginal Prolapse with the Modified Placement of the Transobturator-Guided Mesh (Anterior Prolift) Set. 2011

Ismail, S., et al. *Mesh infection without erosion after ObTape sling insertion: a diagnostic challenge.* International Urogynecology Journal (2007), 18(9): 1115-1118.

Ismail. Surgical re-intervention after prolift mesh repair for pelvic organ prolapse A 4 year retrospective cohort Jacquetin, B. Total transvaginal mesh technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J 21: 1455-1462 (2010)

Jacquetin B, et al. *Complications of Vaginal Mesh: Our Experience* . Intl Urogyn J 2009; 20:893-6

Jacquetin B. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 5-year prospective follow-up study. Int Urogynecol J 2013; DOI 10.1007/s00192-013-2080-4

Jacquetin, B. (Abstract) Prospective Clinical Assessment of the Trans Vaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - One Year Results of 175 Patients. (2006)

Jacquetin, B. Complications of vaginal mesh: our experience. Int Urogynecol J (2009) 20:893-896

Jacquetin, B. Total transvaginal mesh technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J 21: 1455-1462 (2010)

James L. Whiteside, MD, Anne M. Weber, MD, MS, Leslie A. Meyn, MS, Mark D. Walters, MD. *Risk factors for prolapse recurrence after vaginal repair*. American Journal of Obstetrics and Gynecology (2004) 191, 1533–8

Jan-Paul W R Roovers, Johanna G van der Bom, assistant professor of epidemiology, C Huub van der Vaart, consultant, A Peter M Heintz, professor of gynaecology. Hysterectomy and sexual wellbeing: prospective observational study of vaginal hysterectomy, subtotal abdominal hysterectomy, and total abdominal hysterectomy. BMJ 2003; 327 doi: http://dx.doi.org/10.1136/bmj.327.7418.774

Jeffrey S, et al. *Beyond the complications: medium-term anatomical, sexual and functional outcomes following removal of trocar-guided transvaginal mesh. A retrospective cohort study.* Int Urogynecol J 2012 Oct; 23(10):1391-6

Jia X, et al. *Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse: systematic review and meta-analysis.* BJOG 2008; 115:1350-1361

Jobin, S. et al. Venous thromboembolism prophylaxis. Blooomington (MN): Institute for Clinical Systems Improvement (ICSI); 2012 Nov. 51 p. Pub online http://www.guideline.gov/content.aspx?id=39350

Junge K, Klinge U, Klosterhalfen B, et al. *Influence of mesh materials on collagen deposition in a rat model.* Journal of Investigative Surgery 2002; 15:319-328

Junge, K., et al., *Elasticity of the anterior abdominal wall and impact for reparation of incisional hernias using mesh implants.* Hernia, 2001 Sept; 5(3):113-8

Kaelin-Gambirasio, I., et al. *Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up*. BMC Women's Health (2009) 9:28.

Kahn M. Posterior colporrhaphy: its effect on bowel and sexual function. British Journal of Obstetrics and Gynecology 1997; 104: 82-86

Kapur, K, et al. *Mesh repair of vaginal wall prolapse*. Med J Armed Forces India. 2014 Apr; 70(2): 105-110.

Karagkounis. Abs 349 Treating high grade uterine prolapse. Preservation or not of major anatomic structures

Kareem, S and Alaf, A. *Midurethral sling procedure (tension free vaginal tape-obturator) in the management of female stress urinary incontinence*. Int J of Biology and Biomedical Engineering 1:5 (2011) p 1-8.

Karram M, Maher C, *Surgery for posterior vaginal wall prolapse.* Int Urogynecol J 2013; 24:1835-1841

Karram M, Maher C. Surgery for posterior vaginal wall prolapse. Int Urogynecol J 2013; 24: 1835-1841.

Kasyan. Abs 834. Complication rate of pelvic organ prolapse repair with prolift transvaginal mesh. 2011

Kasyan. Mesh-related and intraoperative complications of pelvic organ prolapse repair. 2014

Kaufman. Age and sexual activity are risk factors for mesh exposure following transvaginal mesh repair. 2011

Khandwala, S. 2011 ICS Abstract 571 - clinical outcomes of an observational registry utilizing a trocarguided mesh repair of vaginal prolapse using partially absorbable mesh

Khandwala, S. ICS Abstract 571 - Clinical outcomes of an observational registry utilizing a trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. (2011)

Khandwala, S. Transvaginal mesh Surgery for Pelvic Organ Prolapse: One-Year Outcome Analysis. Female Pelvic Medicine & Reconstructive Surgery. March/April 2013; 19(2): 84-89

Kimura, AC et al. *Outbreak of necrotizing fasciitis due to clostridium sordellii among black-tar heroin users*. Clinical Infectious Diseases 2004, 38:e878-91.

Kitson, Neil. Acne variants. Division of Dermatology, University of British Columbia. Pub online http://www.dermweb.com/acneiformdisorders/acnevariants.htm

Klinge U, Junge K, Stumpf M, Öttinger AP, and Klosterhalfen B, *Functional and morphological evaluation of a low-weight, monofilament polypropylene mesh for hernia repair.* Journal Biomed Materials Research 2002; 63:129-136

Klinge U, Klosterhalfen B, Birkenhauer V, *Impact of polymer pore size on the interface scar formation in a rat model.* J Surgical Research 2002;103: 208-214.

Klinge U, Klosterhalfen B, Conze J, et al. *Modified mesh for hernia repair that is adapted to the physiology of the abdominal wall.* European Journal of Surgery 1998; 164:951-960

Klinge U, Klosterhalfen B, Muller M, et al. *Foreign body reaction to meshes used for the repair of abdominal wall hernias.* Eur J Surg 1999 Jul; 165(7):665-73

Klinge U, Klosterhalfen M, Muller A, et al. *Shrinking of polypropylene mesh in vivo: an experiment study in dogs.* European Journal of Surgery 1998 December; 164(12):965–69

Klinge, U. Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. Hernia Repair Sequelae, Ch. 56, 440-444

Klinge, U. *Demands and properties of alloplastic implants for the treatment of stress urinary incontinence .* Expert Rev Med Devices 2007; 4(3):1-11.

Klosterhalfen B, Hermanna B, Rosch R, Junge K, *Biological response to mesh.* European Surgery 2003; 35(1):16-20

Klosterhalfen B, Junge K, Klinge W, *The lightweight and large porous mesh concepts for hernia repair.* Expert Rev Med Devices 2005 Jan; 2(1):103-17

Klosterhalfen B, Klinge W, Hermanns B, et al. *Pathology of traditional surgical nets for hernia repair after long-term implantation in humans.* [ABSTRACT] Chirugr 2000; 71:43-51

Klosterhalfen B, Klinge W, Schumpelick V, *Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair.* Biomaterials 1998 Dec; 19(24):2235-46

Klutke C.G., et al. *Advances in Female Stress Urinary Incontinence: Mid-Urethral Slings .* BJU Int'l., 2006.

Kohli N, et al. *Short-term results of transvaginal radio frequency bladder neck suspension: a novel minimally invasive approach to the treatment of stress urinary incontinence .* Obstetrics & Gynecology 2001 Apr; 97(4), S50

Komesu, Y. Posterior repair and sexual function. AJOG:2007:54:101-103.

Koumans, EH, et al. *The prevalence of bacterial vaginosis in the United States, 2001-2004: associations with symptoms, sexual behaviors, and reproductive health .* Sex Transm Dis 2007; 34:864-9.

Kozal, S. Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems. Can Urol Assoc J 2014;8(9-10):e605-9.

Kozal. Abs 2144. Transvaginal repair of genital prolapse with Prolift system. Morbidity and anatomic outcomes after 6 years of use - A Multicentric study. 2012

Kozal. Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems. 2014

Krasnopolsky. Abs 238. Complications of mesh use in pelvic organ prolapses surgery Retrospective multicenter study of 677 patients. 2011

Krasnopolsky. Abs 443. Vaginal and laparoscopic mesh surgery could improve quality of life. 2011

Krause H, Galloway S, Khoo S, et al. *Biocompatible properties of surgical mesh using an animal model.* Aust N Z J Obstet Gynaecol 2006 Feb; 46(1):42-5.

Krcmar. Abs 024. Long term results of mesh trocar guided surgery in reconstruction of pelvic organ prolapse.

Krofta. Abs 695. Mesh implants in pelvic organ prolapse surgery Prospective study One year follow up. 2011

Kumesu YM, Rogers RG, Kamerer-Doak DN, Barber MD, Olsen AL. Posterior repair and sexual function. Am J Obstet Gynecol 2007; 197:101.e1-101.e6.

Lane FE. Repair of posthysterectomy vaginal-vault prolapse. Obstetrics and Gynecology 1962; 20: 72-77

Lane, F. Repair of Posthysterectomy vaginal-vault prolapse. Obstet & Gynecol. 1962:20:72-77.

Lau, A prospective study of transobturator tape as treatment for stress urinary incontinence after transvaginal mesh repair. 2012

Lee+. Changes in Urinary and Sexual Function 6 months after Cystocele Repair with a Polypropylene Mesh. 2012

Lensen. Comparison of two trocar-guided trans-vaginal mesh systems (Prolift & P+M) for repair of pelvic organ prolapse: a retrospective cohort study. 2013

Leong. ICS/IUGA Abs 666 Retrospective review of mesh erosion associated with transvaginal mesh prolapsed repair in a community setting. 2010

Lesavre. Elevate versus Prolift mesh. Comparative study of anatomic and functional outcomes 6 months after vaginal prolapse surgery. 2012

Letouzey, et al. *Ultrasound evaluation of polypropylene mesh contraction at long term after vaginal surgery for cystocele repair*. Int Urogynecol J Pelvic Floor Dysfunct (2009) 20:S205.

Leyla. Management of the Mesh Complications in POP treatment. 2012

Liang. Sexual function in women following transvaginal mesh procedures for the treatment of pelvic organ

Liebert, TC, et al. *Subcutaneous implants of polypropylene filaments*. J Biomed Mater Res 1976; 10:939-951

Lisa Rogo-Gupta, Shlomo Raz. "Pain Complications of Mesh Surgery." Goldman, Howard B. *Complications of Female Incontinence and Pelvic Reconstructive Surgery*. Human Press, 2013; 87-105

Lithner D, et al. *Environmental and Health Hazards of Chemicals in Plastic Polymers and Products.* Sci Total Environ 2011 August; 409(18):3309-24

Long, C. Three-year outcome of transvaginal mesh repair for the treatment of pelvic organ prolapse. Eur J Obstet Gynecol 2012:161:105-108.

Long, Comparison of clinical outcome and urodynamic findings using Perigee and/or Agogee versus Prolift anterior and/or posterior system devices for the treatment of pelvic organ prolapse. 2011

Lowder, Moalli, Zyczynski. Body image in women before and after reconstructive surgery for pelvic organ

Lowman, J. Does the Prolift system cause dyspareunia?, Am. J. Obstet. Gynecol. 199(6):707-712 (2008)

Lowman, JK. Does the Prolift system cause dyspareunia?, Am. J. Obstet. Gynecol. 199(6):707-712 (2008)

Lucente V. – Prospective Clinical Assessment Of The Total Vaginal Mesh (TVM) Technique For Treatment of Pelvic Organ Prolapse – 6 And 12 Month Results [ETH-02387]

Lucente, V. Oral Poster 55 – A Clinical Assessment of Gynemesh PS for the repair of POP. Journal of Pelvic Medicine and Surgery (2004) Vol 10, S35

Lucente, V. Outcome Incidence: A Retrospective Series of Over 1000 Patients Following Tranvaginal Mesh Surgery For Pelvic Organ Prolapse. Female Pelvic Medicine and Reconstructive Surgery, 18:8, Supp. 1 Sept/ Oct

Lucente, V. Pelvic Organ Prolapse Poster. AUGS 2004.

Lucente, V., et al. Medium-Term Clinical Outcomes Following Trocar-Guided Mesh Repair of Vaginal Prolapse Using Partially Absorbable Mesh. AUGS Abstract. Submitted 4/5/2012)

Lucioni. The Surgical Technique and Early Postoperative Complications of the Gynecare Prolift Pelvic Floor Repair System. 2008

Luck, A. Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive posterior vaginal surgery.

Lykke, R. The indication for hysterectomy as a risk factor for subsequent pelvic organ prolapse repair. Int Urogynecol J (2015)

Maher C, Feiner B, Baesler K, Schmid C. Surgical management of pelvic organ prolapse in women. Cochrane Database of Systematic Reviews 2013, Issue 4. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub5.

Maher, C. Laparoscopic sacral colpopexy versus total Vaginal mesh for Vaginal vault Prolapse: A Randomized Trial. Am J Obstet Gynecol 2011;204 1.e1-1.d7

Maher, C. Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurourol Urodyn 27: 3-12 (2008)

Maher. Abs 089. Laparoscopic sacral colpopexy versus total vaginal mesh for the management of vaginal vault....Malinowski. Abs 1248 Pelvic organ prolapse treatment with Gynecare Prolift system - Our experience. 2010

Mamy L, Letouzey V, Lavigne J, et al.*Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection.* Int Urogynecol J 2011 Jan; 22(1):47-52

Manchana. IUGA Abs 092 The use of Prolift in the surgical treatment of pelvic organ prolapse. 2007

Marcus-Braun N, von Theobald P, *Mesh removal following transvaginal mesh placement: a case series of 104 operations.* Int Urogynecol J 2010 Apr; 21(4)423-30

Marques, A., et al. *Perineal cellulitis as a late complication of trans-obturator sub-urethral tape, Obtape.* Int. Urogynecol. J. (2007) 18:821-822.

Marzik. Abs 450 Surgical treatment of vaginal prolapse with meshes Results and Outcome. 2011

Masata. IUGA Abs 664 Early postoperative infections. Comparison between patients using synthetic mesh and those undergoing traditional pelvic reconstructive surgical procedures. 2011

Mattimore, J. AUA Abs FRII-07 - The History of Pelvic Organ Prolapse from antiquity to present day. (2015)

Maxova, Halaska. Abs. 368 Do the transvaginal mesh systems improve the quality of life. 2009

McDermott, Hale. Sacral colpopexy versus transvaginal mesh colpopexy in obese patients. 2013

McDermott, Hale. Surgical outcomes following total Prolift: colpopexy versus hysteropexy. 2011

McEvoy. IUGA Abs 425 Long term sexual, urinary and bowel function after Prolift. 2008

McLennan, Sirls. Abs. 21.46 Factors associated with vaginal mesh exposure after using the Elevate and Prolift Prolapse Repair systems. 2012

Meschia. IUGA Abs 087 A Multicenter Retrospective Study on Transvaginal Mesh Repair of Genital Prolapse with the Prolift System. 2007

Microbe Wiki. Bacteroides: a microbial biorealm page on the genus bacteroides. Pub online https://microbewiki.kenyon.edu/index.php/Bacteroides

Midwood, KS, Williams LV, Schwarzbauer JE, *Tissue repair and the dynamics of the extracellular* matrix. The International Journal of Biochemistry & Cell Biology 2004; 36(6):1031–1037

Migliari R, et al. Tension-free vaginal mesh repair for anterior vaginal wall prolapse. Eur Urol 2000; 38: 151- 155

Miklos, J.R., et al. *The IUGA/ICS Classification of Synthetic Mesh Complications in Female Pelvic Floor Reconstructive Surgery: A Multicenter Study*. Intl Urogynecol J 2014; Vol. 25, S140-S141

Milani R, et al. *Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh.* BJOG 2005; 112:107-111

Milani, A. Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1 year outcomes. Am J Obstet Gynecol 2011;204:74.e1-8

Milani. (1U1) Trocar-guided total tension-free vaginal mesh repair of post-hysterectomy vaginal vault prolapse.

Milani. Outcomes and predictors of failure of trocar-guided vaginal mesh surgery for pelvic organ prolapse. 2012

Milani. Sexual Function Following Trocar-guided Mesh or Vaginal Native Tissue Repair in Recurrent Prolapse.

Miller D, et al. *Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse-5-year results.* Female Pelvic Med Reconstr Surg 2011; 17:139-143

Miller D., et al. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5-Year Results. Female Pelvic Med Reconstr Surg 2011; 17: 139-143

Min H, Hong L, Bingshu L, et al. *Meta-analysis of the efficacy and safety of the application of adjuvant material in the repair of anterior vaginal wall prolapsed.* Arch Gynecol Obstet 2013; 287:919-936

Misrai V, Roupret M, Xylinas E, Cour F et al. *Surgical resection for suburethral sling complications after treatment for stress urinary incontinence*. The Journal of Urology 2009; Vol. 181, 2198–2203

MMWR Recomm Rep. *Sexually transmitted diseases treatment guidelines*. Centers for Disease Control and Prevention (2002); 51(RR-6):1-78.

Mobley. AUA Abs 1307 Vaginal prolapse repair employing transvaginal tension-free nonabsorbable polypropylene mesh: outcomes at 24 months. 2008

Mock, S., et al. *Trans-Vaginal Mesh Revision: A Comprehensive Review on Etiologies and Management Strategies with Emphasis on Postoperative Pain Outcomes*. Lower Urinary Tract Symptoms (LUTS) 2014; Vol. 6, 69-75

Molnar. Abs 373 Anterior colporrhaphy: Comparison of midline plication and mesh for repair of cystocele. 2009

Moon HB, et al. *Occurrence and accumulation patterns of polycyclic aromatic hydrocarbons and synthetic musk compounds in adipose tissues of Korean females*. Chemosphere 2012; 86(5):485-90

Morrisoe S, et al. *The use of mesh in vaginal prolapse repair: do the benefits justify the risks*? Current Opinion in Urology 2010; 20:275-279

Murphy M, *Clinical practice guidelines on vaginal graft use from the society of gynecologic surgeons.* Obstetrics & Gynecology 2008; 112(5):1123-1130

Murphy, Lucente. IUGA Abs Early U.S. experience with vaginal extraperitoneal colpopexy using a polypropylene graft (Prolift) for the treatment of pelvic organ prolapse. 2006

Murphy, M, et al (2011). Time to rethink: An Evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse". Int Urogynecol J DO1 10.1007/s00192 001 1581 2

Murphy, M., et al. Outcome Incidence: A Retrospective Series of Over 1000 Patients Following Transvaginal Mesh Surgery for Pelvic Organ Prolapse. American Urogynecologic Society. 2012

Murphy, M.Time to rethink: An Evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse". Int Urogynecol J D01 10.1007/s00192 001 1581 2 (2011)

Murphy, Saltz. Quality of life and surgical satisfaction after vaginal reconstructive vs obliterative surgery for the treatment of advanced pelvic organ prolapse. 2008

Murphy. Vaginal hysterectomy at the time of transvaginal mesh placements. 2010

Myung Jae Jeon Sue Min Chung Hyun Joo Jung Sei Kwang Kim Sang Wook Bai. *Risk Factors for the Recurrence of Pelvic Organ Prolapse*. Gynecol Obstet Invest 2008;66:268–273

Nair, Transvaginal mesh (Prolift) repair. 2-year anatomic outcomes. 2011

Nguyen J, Jakus-Waldman SM, Walter AJ, et al. *Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants.* Obstetrics & Gynecology 2012; 119(3):539-546

Nguyen JN, et al. *Outcome after anterior vaginal prolapse repair: a randomized controlled trial.* Obstet Gynecol 2008 Apr; 111(4):891-8

Nguyen. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants. 2012

Nicita G. A new operation for genitourinary prolapse. The Journal of Urology 1998; 160: 741-745

Nicita, G. A new operation for genitourinary prolapse. Journal of Urology.1998;160:741-745

Nieminen K, et al. *Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up.* Am J Obstet Gynecol 2010; 203:235.e1-8

Nieuwoudt. IUGA Abs 095 Anatomical outcomes and complications of the total vaginal mesh (Prolift) procedure for pelvic organ prolapse. 2009

Noar M. *Chronic faecal incontinence – review of the disease state, therapeutic alternatives and algorithmic approach to treatment.* Mobility and Functional Disorders 2011; 1-10

Nygaard, I. Long-term outcomes following abdominal sacrocolpopexy for pelvic organ prolapse. JAMA. 2013;309;19;2016-2024

Nygaard, I. Prevalence of symptomatic pelvic floor disorders in US Women. JAMA 2008; 300:1311-1316

Obstet Gynecol 113: 127-33 (2009)

Ogah, J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women: A Short Version Cochrane Review. Neurourol Urodynam 2011 30: 284-291

Okui. Improvements in overactive bladder syndrome after polypropylene mesh surgery for cystocele. 2009

Olsen, AL. Epidemiology of surgically managed pelvic organ Prolapse and Urinary Incontinence. Obstet Gynecol. 1997 Apr;89(4):501-6.

Onyeka, B.A., et al. *Vaginal tape erosion following transobturator tale (TOT) operation for stress urinary incontinence*. Journal of Obstetrics & Gynecology (Nov. 2006) 26(8):802-803.

Ostergard DR, *Evidence-based medicine for polypropylene mesh use compared with native tissue vaginal prolapse repair.* Urology 2012; 79(1):12-14

Ouslander, JI, et al. *Simple versus multichannel cystometry in the evaluation of bladder function in an incontinent geriatric population*. J Urol 1998 Dec; 140(6): 1482-6.

Oversand SH, Staff AC, Spydslaug AE, et al. *Long-term follow-up after native tissue repair for pelvic organ prolapse.* Int Urogynecol J 2014; 25:81-89

Ozog, Y. Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair. Int Urogynecol J 2011; 22:1099-1108.

P. Gutl, E. R. Greimel, R. Roth and R. Winter. *Women's sexual behavior, body image and satisfaction with surgical outcomes after hysterectomy: a comparison of vaginal and abdominal surgery*. J. Psychosom Obstet Cyneco/2002;23:51-59

Pacquee. Complications And Patient Satisfaction After Transobturator Anterior And/Or Posterior Tension-Free Vaginal Polypropylene Mesh. 2008

Pandit A, Henry J, et al. *Design of surgical meshes - an engineering perspective.* Technol Health Care 2004; 12(1):51-65

Pandit, L. Postmenopausal vaginal atrophy and atrophic vaginitis. Amer. Journal of Med. Sciences; Papcun. Long term follow-up of the patients with pelvic organ prolapse after the mesh implantation using strict indication criteria. 2014

Paplomata. Genital Floor Repair Using Polypropylene Meshes. A Comparative Study.(2007)

Paraiso MF, et al. *Rectocele repair: a randomized trial of three surgical techniques including graft augmentation.* Am J Obstet Gynecol 2006 Dec; 195(6):1762-71

Pardo. ICS/IUGA Abs 1103 Management of vaginal mucosa erosion and mesh extrusion after genital prolapsed surgery with polypropylene mesh. 2010

Patel. Transvaginal mesh for pelvic organ prolapse. 10-year experience with 627 procedures. 2012

Patel. Transvaginal Mesh Repair Systems. Experience with over 500 Procedures. 2012

Peipert, JF, et al. *Clinical predictors of endometritis in women with symptoms and signs of pelvic inflammatory disease*. Am J Obstet Gynecol 2001 Apr; 184:856-63.

Peipert, JF, et al. *Laboratory evaluation of acute upper genital tract infection*, Obstet Gynecol 1996 87(5 pt I):730-6.

Peipert, JF, et al. *Pelvic inflammatory disease evaluation and clinical health study investigators: clinical predictors of endometritis in women with symptoms and signs of pelvic inflammatory disease*. Am J Obstet Gynecol 2001; 184:856-63.

Peoples AJ, et al. *Determination of Volatile Purgeable Halogenated Hydrocarbon in Human Adipose Tissue and Blood Stream*. Bulletin of Environmental Contamination and Toxicology 1979; 23:244-249

Perez Hernandez. ICS 254 Reclassification of complications in surgery using mesh to repair defects of pelvic floor

Perschler. IUGA Abs 471 Prolift, A new therapy option of vaginal vault prolapse. 2006

Petri E, et al. *Comparison of late complications of retropubic and transobturator slings in stress urinary incontinence.* Int Urogynecol J 2012 March; 23(3)321-5

Petri E, et al. *Complications of synthetic slings used in female stress urinary incontinence and applicability of the new IUGA-ICS classification.* European Journal of Obstetrics & Gynecology and Reproductive Biology 2012 Dec; 165(2):347-351

Petrou, SP, et al. Complications and initial continence rates after a repeat pubovaginal sling procedure for recurrent stress urinary incontinence. http://www.ics.org/Abstracts/Publish/180/000736.pdf.

Petrou, SP, et al. *Safety and efficacy of repeat midurethral sling procedure in women with recurrent stress urinary incontinence.* J Urology 2001; 165-6, Pt 1, 1979-1981.

Pierce L, Grunlan M, Hou Y, et al. *Biomechanical properties of synthetic and biologic graft materials following long-term implantation in the rabbit abdomen and vagina.* Am J Obstet Gynecol 2009 May; 200(5):549.e1-8

Popov. Prevention and treatment of complications of operations prolift mulicenter analysis of over 1000

Price. Abs 659 Vaginal prolapse surgery with synthetic mesh augmentation in the UK: Analysis of the British

Prolift Training Videos

Pub online http://www.ncbi/nlm.nih.gov/pubmed/1948538

Pub online https://www.inkling.com/read/rutherford-venous-lymphatic-disease-1-cronenwett/chapter-13/pelvic-renal-congestion-syndrome

Pubill. Abs 234 Complications and patient satisfaction after transvaginal repair of genital prolapse using a tension free vaginal mesh. 2011

Pushkar, Kasyan. Abs N62 Pelvic organ prolapse repair with prolift transvaginal mesh Retrosprective study for 204 cases. 2010

Quemener, Cosson. Rate of re-interventions after transvaginal pelvic organ prolapse repair using partially absorbable mesh - 20 months median follow-up outcomes. 2014

Rafii, A., et al. *Obturator abscess after transobturator tape for stress urinary incontinence.* Obstetrics And Gynecology (2006), 108(3 Pt 2): 720-723.

Ralph. Uterine preservation in women undergoing surgery for prolapse with mesh. 2010

Ranson, SB, et al. *Oral metronidazole vs metrogel vaginal for treating bacterial vaginosis, cost-effectiveness evaluation.* J Reprod Med 1999 Apr; 44(4):359-62.

Rardin, C., et al. *Recurrent thigh abscess with necrotizing fasciitis from a retained transobturator sling segment.* The Journal of Minimally Invasive Gynecology (2009), 16(1): 84-87.

Rechberger. ICS Abs 237. How transvaginal mesh surgery for advanced pelvic organ prolapse influence female sexual function. 2011

Rechberger. Total Prolift System surgery for treatment posthysterectomy vaginal vault prolapse- do we treat both anatomy and function. 2008

Regan MC and Barbul, A. The Cellular Biology of Wound Healing, Pub online http://www.neuro.ki.se/neuro/KK2/Jimmy_GoogleCACHE1.html

Rehmani, R. *Accuracy of urine dipstick to predict urinary tract infections in an emergency department*. J Ayub Med Coll Abbottabad, 2004 Jan-Mar;16(1)4-7.

Ren, Mesh erosion after pelvic reconstructive surgeries. 2010

*repair using a tension-free polypropylene mesh.* Int Urogynecol J 2006 Sept; 17(5):483-8

Reynolds S, Kit L et al. *Obturator Foramen Dissection for Excision of Symptomatic Transobturator Mesh*. The Journal of Urology 2012 May; Vol. 187, 1680-1684

Rice NT, Hu Y, Slaughter JC, Ward RM, *Pelvic mesh complications in women before and after the 2011 FDA public health notification.* Female Pelvic Med Reconstr Surg 2013 Nov-Dec; 19(6):333-8

Richter, HE, et al. *Retropubic versus transobturator midurethral slings for stress incontinence*. N Eng J Med 2010; 362;2066-2076, June 3, 2010.

Rigaud, J., et al. *Functional Results After Tape Removal for Chronic Pelvic Pain Following Tension-Free Vaginal Tape or Transobturator Tape*. The Journal of Urology 2010 August; Vol. 184, 610-615.

Rivera. AUGS Abs PP67 Experience with the posterior Prolift vaginal floor repair system. 2006

Robert, M., et al. *Five cases of tape erosion after transobturator surgery for urinary incontinence.* Obstetrics And Gynecology (2006), 107(2 Pt 2): 472-474.

Roberts, L., et al. *Transobturator Tape (TOT) slings for Correction of Female SUI: Triumphs and Tragedies*. GREENMEX_00001.

Roberts. Functional and Anatomical Outcome of Prolapse Repair Surgery Using Prolift Mesh at 6 Months. 2007

Rogo-Gupta, L., et al. *Long-Term Symptom Improvement and Overall Satisfaction After Prolapse and Incontinence Graft Removal .* Female Pelvic Medicine & Reconstructive Surgery 2013 Dec.; Vol. 19(6), 352-355.

Rogowski A, et al. *Mesh retraction correlates with vaginal pain and overactive bladder symptoms after anterior vaginal mesh repair.* Int Urogynecol J 2013 Dec; 24(12)2087-92

Roman H, et al. *Surgeons' experience and interaction effect in randomized controlled trials regarding new surgical procedures.* Am J Obstet Gynecol 2008 Aug; 199(2):108.e1-6

Rosenblatt, et al., *Short Term Results of Pinnacle Procedure Used to Treat Anterior/apical Prolapse in 43 Patients ,* Female Pelvic Medicine & Reconstructive Surgery, Vol. 16, No. 2 Suppl, (2010) (Oral Poster 9).

Rosenzweig BA, et al. *Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse.* Obstet Gynecol 1992 Apr; 79(4):539-42

Rosenzweig BA, et al. *Vaginal pessary treatment of prolapse and incontinence.* Int Urogynecol J 1995

Rudnicki M, *Implantation of Avaulta Plus in patients with anterior vaginal wall prolapse.* 2010; Poster 869

Rudnicki M, Teleman P, Laurikainen E, et al. *The use of Avaulta Plus? For anterior repair. A multicenter randomised prospective controlled study.* 2010; Poster 708

Rusavy Z, et al. Voiding difficulties after vaginal mesh cystocele repair: does the perivesical dissection matter? Int Urogynecol J 2013 Aug; 24(8):1385-90

Saba. Abs 10 Prospective study on the 12 months quality of life outcomes after surgical repair for anterior pelvic organ prolapse Comparison between laparoscopic and vaginal repair. 2012

Salimova. IUGA Abs 398 Averting and management vaginal mucosa erosions after mesh surgery in POP

Salmas. Abs. Medium term results of female pelvic floor reconstruction with synthetic meshes A clinical comparison of the efficacy, the operating time and complications Our 6 Year experience. 2012

Samuelsson EC, et al. *Signs of genital prolapse in a Swedish population of women 20 to 59 years of age and possible related factors.* Am J Obstet Gynecol 1999; 180:299-305

Sand, P. Prospective randomized trial of polyglactin 910 mesh to prevent recurrence of cystoceles and rectoceles. Am J Obstet Gynecol. 2001;184:1357-1364.

Sanses. Anatomic outcomes of vaginal mesh procedure (Prolift) compared with uterosacral ligament suspension and abdominal sacrocolpopexy for pelvic organ prolapse. a Fellows Pelvic Research Network study. 2009

Sato, K. AUA Abs PD50-03 - Sexual function in female patients who underwent pelvic floor reconstruction with follow-up for a minimum of 5 years. (2015)

Schimpf, M. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014 211(1): 1.e1-1.e27

Schneider H, *Long-term performance of polypropylene geosynthetics. Durability and aging of geosynthetics. Papers presented at a seminar held at the geosynthetic research institute, Drexel University, Philadelphia, December 8-9 1988.* Transportation Research Board of the National Academies 1989; 95-109

Seeger. IUGA Abs 383 Transobturator polypropylene mesh interposition for paravaginal defect repair in women with symptomatic cystocele POP-Q Stage III/IV - A prospective trial. 2006

Seker D, Kulacoglu H, et al. *Long-term complications of mesh repairs for abdominal wall hernias.* J Long Term Eff Med Implants 2011; 21(3):205-18

Serati, M., et al. *Role of urodynamics before prolapse surgery*. Int Urgynecol J 2014.

SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks

Shah, et al. *Mesh complications in female pelvic floor repair surgery and their management: A systematic review.* Indian J Urol 2012 Apr; 28(2):129-53

Shek, Anterior compartment mesh. A descriptive study of mesh anchoring failure (2013)

Shek, IUGA Abs 31 Perigee versus Anterior Prolift in the treatment of Cystocele (2008)

Shek, Stress urinary incontinence after transobturator mesh for cystocele repair (2009)

Siegel, Andrew. *Vaginal mesh extrusion associated with use of Mentor transobturator sling*. Urology (2005) 66:995-999.

Silva WA. Uterosacral ligament vault suspension: five-year outcomes. Obstet Gynecol. 2006 Aug; 108(2): 255-63. PubMed PMID: 16880293

Silvestre, A.C. *Shrinkage evaluation of heavyweight and lightweight polypropylene meshes in inguinal hernia repair: a randomized controlled trial*. Hernia 2011 July; published online.

Simon. Vaginal prolapse repair using the Prolift kit. A registry of 100 successive cases. 2011

Simonds, JP. *Studies on bacillus welchii with special reference to gas gangrene* . J Exp Med, June 1917; 1:25(6): 819-836.

Sirls, Exploring predictors of mesh exposure after vaginal prolapse repair. 2013

Sivanesan, K., et al. *Perineal cellulitis and persistent vaginal erosion after transobturator tape (Obtape) – case report and review of the literature* . Int. Urogynecol. J. (2007) 18: 219-221.

Sivaslioglu AA, et al. *A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocoele.* Int Urogynecol J 2008; 19:467-471

Skala C, et al. *The IUGA/ICS classification of complications of prosthesis and graft insertion.* Int Urogynecol J 2011 Nov; 22(11):1429-35

Skala CE, et al. *Mesh complications following prolapse surgery: management and outcome.* Eur J Obstet Gynecol Reprod Biol 2011 Dec; 159(2):453-6

Skala. The IUGA/ICS classification of complications of prosthesis and graft insertion. 2011

Slack, M., et al. *In vivo comparison of suburethral sling materials.* International Urogynecology Journal and Pelvic Floor Dysfunction (2006), 17(2): 106-110.

Society of Interventional Radiology, Pelvic Congestion Syndrome – chronic pelvic pain in women: non-surgical procedure is effective treatment for painful ovarian varicose veins. (2015) Pub online http://www.sirweb.org/patients/chronic-pelvic-pain/

Society of Urogynecologists' (BSUG) Database. 2011

Sokol AI, Iglesia CB, Kudish BI, et al. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Am J Obstet Gynecol 2012; 206:86.e1-9

Sola, IUGA Abs. 694 Prolapse cystocele surgical repair with site specific correction reinforced with soft vaginal tension free polypropylene mesh compared with trocar-guided soft tension free polypropylene mesh without site specific correction. 2010

Sola, Transvaginal genital prolapse repair with tension free vaginal tape. A case series multicentric study with Prolift mesh. 2011

Soules K, Winters C, Chermansky CJ, *Central compartment and apical defect repair using synthetic mesh.* Curr Urol Rep 2012; 13:222-230

Sprock, MJ. *Low Erosion rate with posterior repair utilizing a polypropylene mesh-kit through a transverse introital incision* . J of Minimally Invasive Gynecology, 2007; Vol. 14, No. 6:S98.

Stanford EJ, Cassidenti A, Moen MD. *Traditional native tissue versus mesh-augmented pelvic organ prolapse repairs: providing an accurate interpretation of current literature.* Int Urogynecol J 2012; 23:19-28

Stanford, E., et al. *A comprehensive review of suburethral sling procedure complications.* The Journal of Minimally Invasive Gynecology (2008), 15(2): 132-145.

Strus M, et al. *Hydrogen peroxide produced by Lactobacillus species as a regulatory molecule for vaginal micro-flora.* Med Dosw Microbiol 2004; 56(1):67-77

Strus M., et al. *The in vitro effects of hydrogen peroxide on vaginal microbial communities.* FEMS Immunol Med Microbiol 2006 October; 48(1):56-63

Su, Impact of Prolift procedure on bladder function and symptoms in women with pelvic organ prolapse (2011)

Su, Short Term Impact on Female Sexual Function of Pelvic Floor Reconstruction with the Prolift Procedure (2009)

Subak, L. Cost of Pelvic Organ Prolapse Surgery in the United States. The American College of Obstetricians and Gynecologists, 98:4, Oct 2001

Summary of Safety and Effectiveness submitted by Bryan Lisa for Gynecare Prolift and Prolift +M stamped 5.15.08 (2 pgs)

Sun, (Abs 0662) Surgical outcomes and quality of life after the prolift procedure in the chinese population (2012)

Sung VW, et al. *Graft use in transvaginal pelvic organ prolapse repair: a systematic review.* Obstet Gynecol 2008; 112:1131-42

Svabik K, et al. *Ultrasound appearances after mesh implantation—evidence of mesh contraction or folding?* Int Urogynecol J 2011 May; 22(5):529-33

Svabik K. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol 2014; 1-7. DOI: 10.1002/uog.13305

Swift, S. Correlation of symptoms with degree of pelvic organ support in a general population of women: What is pelvic organ prolapse? Am J Obstet Gynecol 2003;189:372-9

Tahseen, S., et al. *Short-term complications of the trans-obturator foramen procedure for urinary stress incontinence.* Journal of Obstetrics and Gynecology (2007), 27(5): 500-502.

Takahashi-Monroy, et al. *SECCA® procedure for the treatment of fecal incontinence: Results of five-year follow-up.* Diseases of the Colon & Rectum 2008; 51:355-359

Tammaa. Abs 661 Vaginal mesh registry. Results of the Austrian Urogynecology Working Group. 2011

Taviloglu, K and Yanar, H. *Necrotizing fasciitis: strategies for diagnosis and management*. World J of Emergency Surgery 2007, 2:19.

The American College of Obstetricians and Gynecologists, "Clinical Management Guidelines for Obstetrician-Gynecologists," ACOG Practice Bulletin Number 85 2007.

The American College of Obstetricians and Gynecologists, 1ACOG Committee Opinion Number 513 December 2011.

Thomin A, Touboul C, Hequet D, et al. *Genital prolapse repair with Avaulta Plush mesh: functional results and quality of life.* Prog Urol 2013; 23(4):270-275

Tijdink MM, et al. *Surgical management of mesh-related complications after prior pelvic floor reconstructive surgery with mesh.* Int Urogynecol J 2011 Nov; 22(11):1395-1404

Toglia, M. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. AJOG:2008;49;600.e1-600.e4

Tommaselli, Giovanni A. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J 2015

Ubertazzi, (UGA Abs OP 122) Trans vaginal mesh (TVM) five years follow up. A retrospective study from Latam (2015)

Ulthera, Inc. *Lower face, submentum and neck.* Ulthera White Paper 2010; 1-4

Vaiyapuri. Comparing the one year outcome of the use of Gynecare Prolift system in pelvic organ prolapsed surgeries performed in 2008 as compared to 2006 and 2007. (2011)

Vaiyapuri. Comparing the two year's peri operative outcome post Gynecare Prolift System in pelvic organ prolapse surgeries performed in 2006 and 2007. (2011)

Vaiyapuri. IUGA Abs 375, A 3 year evaluation of the outcome of pelvic organ prolapse surgeries performed in 2006 at the KKWCH hospital using the Gynecare Prolift system. 2011

Vaiyapuri. Retrospective study of transobturator polypropylene mesh kit for the management of pelvic organ prolapse (Prolift). 2012

Vaiyapuri. Use of the Gynecare Prolift system in surgery for pelvic organ proplapse. 1 year outcome. 2011

Valentim-Lourenco. IUGA Abs 072 One year anatomical outcome (POP-Q) of pelvic organ prolapse after surgery with Prolift prosthesis vs collagen prosthesis (Pelvicol) vs hysterectomy with classical anterior colporraphy

Van der Vaart, H, et al. *Anatomical outcome of cystocele repair with Avaulta anterior mesh in primary and repeat surgery cases*. Int Urogynecol J (2008) 19 (Suppl 2):S182.

Van der Vaart, H, et al. *Functional outcome of cystocele repair with Avaulta anterior mesh in primary and repeat surgery cases*. Int Urogynecol J (2008) 19 (Suppl 2):S240.

Van Leijsen, S and Van Balken, M. Complications and long term results of the transobturator tape. A retrospective survey on obtape en uratape. Pub online http://www.ics.org/Abstracts/Publish/105/000242.pdf

Van Raalte, Lucente, Murphy. IUGA Abs 083. Short-term results of the Prolift procedure in 350 patients used in the treatment of pelvic organ prolapse. 2007

Van Raalte. One-year anatomic and quality-of-life outcomes after the Prolift procedure for treatment of posthysterectomy prolapse. 2008

Velemir. Transvaginal mesh repair of anterior and posterior vaginal wall prolapse. A clinical and ultrasonographic study. 2010

Voeller, et al. *New Developments in Hernia Repair.* Surgical Technology International 2003; 9:1-6.

Vollebregt, et al. *Anatomical and functional results for posterior prolapse repair with transobturator collagen coated mesh material: 6 and 12 months follow up results of a prospective multicenter study*. Int Urogynecol J (2008) 19 (Suppl 1): S115.

Vollebregt, et al. *Bacterial colonization of collagen coated PP vaginal mesh: are additional intraoperative sterility procedures useful?* Int Urogynecol J Pelvic Floor Dysfun 2009 Nov; 20(11): 1345-51.

Vollebregt, et al. *Primary surgical repair of anterior vaginal prolapse: a randomized trial comparing anatomical and functional outcome between anterior colporrhaphy and trocar-guided tranobturator anterior mesh*. Int J Obst & Gyn 2011 August; online, 1518-1527.

Vollebregt, et al. *Prospective multicentre study of transobturator collagen-coated vaginal mesh (Avaulta) in prolapse surgery: results regarding safety in 312 patients*. Int Urogynecol J (2008) 19 (Suppl 2): S272-273.

Wall L, et al. *The perils of commercially driven surgical innovation.* Am J of Obstetrics and Gynecol 2010; 202:30el-4

Wall, L, et al. *Simple bladder filling with a cough stress test compared with subtracted cystometry for the diagnosis of urinary incontinence*. Am J Obstet Gynecol 1994 Dec; 171(6):1472-7.

Wall, L., et al. *The perils of commercially driven surgical innovation*. American Journal of Obstetrics and Gynecology (2009), 202(1): 30.e1-4.

Wang F. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281:279-286

Wang, Prospective study of transobturator mesh kit (Prolift) in pelvic reconstructive surgery with vaginal hysterectomy after 3 years' follow-up (2013)

Wang, The improvement of pelvic floor muscle function in POP patients after the Prolift procedure. Results from surface electromyograph (2013)

Weber AM, et al. *The standardization of terminology for researchers in female pelvic floor disorders.* Am J Obstet Gynecol 2001; 12:178-186

Weber AM. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2000; 182(6): 1610-1615

Weber, A. Anterior colporrhaphy: a randomized trial of three surgical techniques. Am J Obstet Gynecol. 2001;185:1299-1306

Wei JT, et al. *Outcomes following vaginal prolapse repair and mid urethral sling (OPUS) trial*. Clinical Trials (London, England). 2009;6(2):162-171.

West, RR, et al. *Prevalence of gardnerella vaginalis: an estimate*. BMJ 1988; 296:1163.

Wetta, Richter. Synthetic graft use in vaginal prolapse surgery: objective and subjective outcomes. 2009

Wexler, HM. Bacteroides: the good, the bad, and the nitty-gritty. Clin Microbiol Rev. 2007 Oct; 20(4): 593-621. Pub online http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2176045/

Whiteside JL, Weber AM, Meyn LA, Walters MD. Risk Factors for prolapse recurrence after vaginal repair. Amer F Obstet and Gynecol 2004; 191: 1533-1538

Whiteside, J. Risk factors for prolapse recurrence after vaginal repair. Am J Obstet Gynecol; 2004:191:1533

Williams, DF, *Review. Biodegradation of surgical polymers*. Journal of Materials Science 1982; 17:1233-46

Wilson, ML, and Gaido, L. *Laboratory diagnosis of urinary tract infections in adult patients*. Clin Infect Dis (2004), 38(8): 1150-1158.

Wiltz. Management of vaginal synthetic graft extrusion following surgery for stress urinary incontinence

Withagen M. Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse: A Randomized Controlled Trial. Obstet Gynecol 2011; 117:242-50

Withagen MI, et al. *Outcomes and predictors of failure of trocar-guided vaginal mesh surgery for pelvic organ prolapse.* ObstetGynecol 2011; 117:242-250

Withagen, M. Does trocar-guided tension-free vaginal mesh (Prolift") repair provoke prolapse of the unaffected compartments? Int Urogynecol 1 21: 271-278 (2010)

Withagen, M. Risk Factors for Exposure, Pain, and Dyspareunia after Tension-Free Vaginal Mesh Procedure. Obstet Gynecol 118: 629-36. (2011)

Withagen, M. Sexual functioning after tension free vaginal mesh procedure (Prolift) for pelvic organ prolapse.

Withagen, M. Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse. Obstet Gynecol 2011;117:242-250

Withagen. M. IUGA Abs 476. Total Vaginal Mesh in recurrent pelvic organ prolapse. A promising new technique.

Wong, Adverse events associated with POP surgeries that use implants (2013)

Wong, Dietz. Cystocele recurrence after anterior colporrhaphy with and without mesh use.. 2014

Wong, Is Levator Avulsion a Predictor for Cystocele Recurrence Following Anterior Vaginal Mesh (ICS Abs 57).

Wong, Should mesh be used for cystocele repair Long term outcomes of a case control series (2011)

Wood, A.J. *Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient .* J Mater Sci: Mater Med 2013; 24:1113-1122.

Wu C, et al. Concomitant trocar-guided transvaginal mesh surgery with a midurethral sling in treating advanced pelvic organ prolapse associated with stress or occult stress urinary incontinence. Taiwanese Journal of Obstetrics & Gynecology 52 (2013) 516-522

Wu J, et al. *Mesh erosion in abdominal sacral colpopexy with and without concomitant hysterectomy.* Am J Obstet Gynecol 2006; 194:1418-22

Wu J. Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. Obstet Gynecol 2014; 123: 1201-1206

Wu, C. Concomitant trocar-guided transvaginal mesh surgery with a midurethral sling in treating advanced pelvic organ prolapse associated with stress or occult stress urinary incontinence. Taiwanese J Obstet Gynecol

Yakasai. Outcome of repeat surgery for genital prolapse using prolift-mesh. 2013

Yamada, B. S., et al. *High rate of vaginal erosions associated with the mentor ObTape.* The Journal of Urology (2006), 176(2): 651.

Yazdany, T. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. Int Urogyneol 1;2010:21:813-818.

Yesil, Mesh implantation for pelvic organ prolapse improves quality of life (2014)

Yeung, P., et al. *Thigh abscess mistaken for sarcoma following transobturator tape: A case report and literature review.* Journal of Minimally Invasive Gynecology (2007) 14:657-659.

Yudin, MH, et al. *Vaginal polymorphonuclear leukocytes and bacterial vaginosis as markers for histologic endometritis among women without symptoms of pelvic inflammatory disease.* Am J Obstet Gynecol 2003 Feb; 188:318-23.

Zdravko, R, et al. *Necrotizing fasciitis: literature review of contemporary strategies for diagnosing and management with three case reports: torso, abdominal wall, upper and lower limbs.* World J of Emergency Surgery 2012, 7:33.

Zhong SP, et al. *Biodeterioration/Biodegradation of Polymeric Medical Devices In Situ.* International Biodeterioration & Biodegradation 1994; 130:95

Zimmerman CW, et al. *Anterior, posterior and apical vaginal reconstruction with and without*

Surgical management of pelvic organ prolapse in women (Review). Copyright @ 2010 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd. Smith, Fiona J., C. D'arcy J. Holman, Rachael E. Moorin, and Nicolas Tsokos. "Lifetime Risk of Undergoing Surgery for Pelvic Organ Prolapse." Obstetrics & Gynecology. 116.5 (2010): 1096-100. Digesu, G. Alessandro, Charlotte Chaliha, Stefano Salvatore, Anna Hutchings, and Vik Khullar. "The Relationship of Vaginal Prolapse Severity Tosymptoms and Quality of Life." BJOG: An International Journal of Obstetrics and Gynaecology 112.7 (2005): 971-76.

Haylen, Bernard, Dirk De Ridder, Robert Freeman, Steven Swift, Bary Berghmans, Joseph Lee, Ash Monga, Eckhard Petri, Diaa Rizk, Peter Sand, and Gabriel Schaer. "An International Urogynecological Association (IUGA)/International Continence Society (ICS) Joint Report on the Terminology for Female Pelvic Floor Dysfunction." Textbook of Female Urology and Urogynecology, Third Edition (2010): 1090-105.

Weber M. Anne, Walters M. D., Piedmonte MA. Et al. Anterior Colporrhaphy: A randomized trial of three surgical techniques. Am J Obstet Gynecol. 2001. Vol 185, 6, 1299-1306. Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011;205:69.e1-8. Jacquetin, B., P. Hinoul, J. Gauld, B. Fatton, C. Rosenthal, H. Clavé, O. Garbin, J. Berrocal, R. Villet, D. Salet-Lizée, P. Debodinance, and M. Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 5-year Prospective Follow-up Study." .International Urogynecology Journal Int Urogynecology 24.10 (2013): 1679-686.

Morgan, Daniel M., Mary A. M. Rogers, Markus Huebner, John T. Wei, and John O. Delancey. "Heterogeneity in Anatomic Outcome of Sacrospinous Ligament Fixation for Prolapse." Obstetrics &amp; Gynecology 109.6 (2007): 1424-433.

Chmielewski L, Walters MD, Weber AM, Barber MD. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecology 2011;205:69.e1–69.e8 (mean f/u approx 2 years)

Fatton B, Lagrange E, Jacquetin B. Sexual Outcome After Transvaginal Repair Of Pelvic Organ Prolapse (Pop) With And Without Mesh: A Prospective Study Of 323 Patients. ICS Abstract. Weber, Anne M., Mark D. Walters, Marion R. Piedmonte, and Lester A. Ballard. "Anterior Colporrhaphy: A Randomized Trial of Three Surgical Techniques." .American Journal of Obstetrics and Gynecology 185.6 (2001): 1299-306. Karram, Mickey, and Christopher Maher. "Surgery for Posterior Vaginal Wall Prolapse." International Urogynecology Journal Int Urogynecology 24.11 (2013): 1835-841. Weber, Anne M., Mark D. Walters, and Marion R. Piedmonte. "Sexual Function and Vaginal Anatomy in Women before and after Surgery for Pelvic Organ Prolapse and Urinary Incontinence." American Journal of Obstetrics and Gynecology 182.6 (2000): 1610-615. (corrected for complaints unrelated to colporrhaphy).

Vollebregt A, Fischer K, Gietelink D, van der Vaart C. Primary surgical repair of anterior vaginal prolapse: a randomized trial comparing anatomical and functional outcome between anterior colporrhaphy and trocar-guided transobturator anterior mesh. BJOG 2011;118:1518–1527

Morgan, Daniel M., Mary A. M. Rogers, Markus Huebner, John T. Wei, and John O. Delancey. "Heterogeneity in Anatomic Outcome of Sacrospinous Ligament Fixation for Prolapse." .Obstetrics &amp; Gynecology</i> 109.6 (2007): 1424-433. (mean f/u approx 2 yrs)

Barber, Matthew D., Linda Brubaker, Kathryn L. Burgio, Holly E. Richter, Ingrid Nygaard, Alison C. Weidner, Shawn A. Menefee, Emily S. Lukacz, Peggy Norton, Joseph Schaffer, John N. Nguyen, Diane Borello-France, Patricia S. Goode, Sharon Jakus-Waldman, Cathie Spino, Lauren Klein Warren, Marie G. Gantz, and Susan F. Meikle. "Comparison of 2 Transvaginal Surgical Approaches and  Perioperative Behavioral Therapy for Apical Vaginal Prolapse." .Obstetrical &amp; Gynecological Survey</i> 69.7 (2014): 393-95.

Diwadkar, Gouri B., Matthew D. Barber, Benjamin Feiner, Christopher Maher, and J. Eric Jelovsek. "Complication and Reoperation Rates After Apical Vaginal Prolapse Surgical Repair." .Obstetrics &amp; Gynecology</i> 113.2, Part 1 (2009): 367-73. Barber, Matthew D., Linda Brubaker, Kathryn L. Burgio, Holly E. Richter, Ingrid Nygaard, Alison C. Weidner, Shawn A. Menefee, Emily S. Lukacz, Peggy Norton, Joseph Schaffer, John N. Nguyen, Diane Borello-France, Patricia S. Goode, Sharon Jakus-Waldman, Cathie Spino, Lauren Klein Warren, Marie G. Gantz, and Susan F. Meikle. "Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse." .Jama</i> 311.10 (2014): 1023.

Dietz, Viviane et al. "Functional Outcome after Sacrospinous Hysteropexy for Uterine Descensus." International Urogynecology Journal and Pelvic Floor Dysfunction 19.6 (2008): 747–752. PMC. Web. 15 Dec. 2015.

Rardin, Charles R. et al. "Uterosacral Colpopexy at the Time of Vaginal Hysterectomy: Comparison of Laparoscopic and Vaginal Approaches." The Journal of reproductive medicine 54.5 (2009): 273–280.

Anne-Lotte W. M. Coolen, Anique M. J. van Oudheusden, Hugo W. F. van Eijndhoven, et al., "A Comparison of Complications between Open Abdominal Sacrocolpopexy and Laparoscopic Sacrocolpopexy for the Treatment of Vault Prolapse," Obstetrics and Gynecology International, vol. 2013, Article ID 528636, 7 pages, 2013. doi:10.1155/2013/528636

Ganatra, Anjali M., François Rozet, Rafael Sanchez-Salas, Eric Barret, Marc Galiano, Xavier Cathelineau, and Guy Vallancien. "The Current Status of Laparoscopic Sacrocolpopexy: A Review." .European Urology</i> 55.5 (2009): 1089-105. Hudson, Catherine O. et al. "Outcomes of Robotic Sacrocolpopexy: A Systematic Review and Meta-Analysis." Female pelvic medicine & reconstructive surgery 20.5 (2014): 252–260. PMC. 15 Dec. 2015.

Nygaard, Ingrid E., Rebecca Mccreery, Linda Brubaker, Annamarie Connolly, Geoff Cundiff, Anne M. Weber, and Halina Zyczynski. "Abdominal Sacrocolpopexy: A Comprehensive Review." .Obstetrics &amp; Gynecology</i> 104.4 (2004): 805-23.

Nygaard, Ingrid E., Rebecca Mccreery, Linda Brubaker, Annamarie Connolly, Geoff Cundiff, Anne M. Weber, and Halina Zyczynski. "Abdominal Sacrocolpopexy: A Comprehensive Review." .Obstetrics &amp; Gynecology</i> 104.4 (2004): 805-23.

Richard K. L., Alexandre Mottrie, Christopher K. Payne, David Waltregny. A Review of the Current Status of Laparoscopic and Robot-assisted Sacrocolpopexy for Pelvic Organ Prolapse. European Urology 65 (2014) 1128–1137

ETH.02089268

Visco, Anthony G., Alison C. Weidner, Matthew D. Barber, Evan R. Myers, Geoffrey W. Cundiff, Richard C. Bump, and W. Allen Addison. "Vaginal Mesh Erosion After Abdominal Sacral Colpopexy." .Obstetric and Gynecologic Survey</i> 56.7 (2001): 410-11.

Maher C, Feiner B, Baessler K, Schmid C. Surgical management of pelvic organ prolapse in women. Cochrane Database of Systematic Reviews 2013, Issue 4. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub5

Maher CF, Feiner B, Decuyper EM, Nichlos CJ, Hickey KV, O'Rourke P. Laparoscopic sacral colpopexy versus total vaginal mesh for vaginal vault prolapse: a randomized trial. American Journal of Obstetrics and Gynecology 2011;204(4):e361-7.

Milani AL, Withagen MIJ, Vierhout ME. Outcomes and predictors of failure of trocar-guided vaginal mesh surgery for pelvic organ prolapse.. Am J Obstet Gynecol 2012;206:440.e1-8.

Milani AL, Withagen MIJ, Vierhout ME. Outcomes and predictors of failure of trocar-guided vaginal mesh surgery for pelvic organ prolapse. Am J Obstet Gynecol 2012;206:440.e1-8.

Miller, Dennis, Vincent Lucente, Elizabeth Babin, Patricia Beach, Peter Jones, and David Robinson. "Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse-5-Year Results." .Female Pelvic Medicine &amp; Reconstructive Surgery</i> 17.3 (2011): 139-43.

 Jacquetin, B., P. Hinoul, J. Gauld, B. Fatton, C. Rosenthal, H. Clavé, O. Garbin, J. Berrocal, R. Villet, D. Salet-Lizée, P. Debodinance, and M. Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 5-year Prospective Follow-up Study." .International Urogynecology Journal Int Urogynecology  J</i> 24.10 (2013): 1679-686. Fatton B, Lagrange E, Jacquetin B. Sexual Outcome After Transvaginal Repair Of Pelvic Organ Prolapse (Pop) With And Without Mesh: A Prospective Study Of 323 Patients. ICS Abstract. See Hammons v. Ethicon, Inc., et al. Deposition of Joye K. Lowman, M.D., M.P.H. taken on 11/13/15. Pgs 175-176. Marie ̈lla I Withagen, M, et al. Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse. Amer Coll Obstet and Gyn 2011; 117:No2,Pt1;

ETH.MESH.00012009

Miller D., et al. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5-Year Results. Female Pelvic Med Reconstr Surg 2011; 17: 139-143., Svabik K. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol 2014; 1-7. DOI: 10.1002/uog.13305. Simone Dos Reis Brandão Da Silveira, Jorge Milhem Haddad, Zsuzsanna Ilona Katalin De Jármy-Di Bella, Fernanda Nastri, Miriam Goncalves Markos Kawabata, Silvia Da Silva Carramão, Claudinei Alves Rodrigues, Edmund Chada Baracat, and Antonio Pedro Flores Auge. "Multicenter, Randomized Trial Comparing Native Vaginal Tissue Repair and Synthetic Mesh Repair for Genital Prolapse Surgical Treatment." .International Urogynecology Journal Int Urogynecology  J</i> 26.3 (2014): 335-42.

Miller D., et al. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5-Year Results. Female Pelvic Med Reconstr Surg 2011; 17: 139-143

Maher C, Feiner B, Baessler K, Schmid C. Surgical management of pelvic organ prolapse in women. Cochrane Database of Systematic Reviews 2013, Issue 4. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub5. Svabik, K., A. Martan, J. Masata, R. El-Haddad, and P. Hubka. "Comparison of Vaginal Mesh Repair with Sacrospinous Vaginal Colpopexy in the Management of Vaginal Vault Prolapse after Hysterectomy in Patients with Levator Ani Avulsion: A Randomized Controlled Trial." Ultrasound Obstet Gynecol Ultrasound in Obstetrics & Gynecology 43.4 (2014): 365-71. Krcmar M, Krofta L, Feyereisl J1, Otcenasek M, Kasikova E, Dlouha K. Six Years Experience Of Using Mesh Implants In Pelvic Floor
Reconstructive Surgery. International Continence Society Abstract

Withagen, M, et al. Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse. Amer Coll Obstet and Gyn 2011; 117:No2,Pt1; Vollebregt A, Fischer K, Gietelink D, van der Vaart C. Primary surgical repair of anterior vaginal prolapse: a randomized trial comparing anatomical and functional outcome between anterior colporrhaphy and trocar-guided transobturator anterior mesh. BJOG 2011;118:1518–1527

Zyczynski HM, Carey MP, Smith ARB, et al. One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010;203:587.e1-8.

Maher CF, Feiner B, Decuyper EM, Nichlos CJ, Hickey KV, O'Rourke P. Laparoscopic sacral colpopexy versus total vaginal mesh for vaginal vault prolapse: a randomized trial. American Journal of Obstetrics and Gynecology 2011;204(4):e361-7

Jacquetin, B., P. Hinoul, J. Gauld, B. Fatton, C. Rosenthal, H. Clavé, O. Garbin, J. Berrocal, R. Villet, D. Salet-Lizée, P. Debodinance, and M. Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 5-year Prospective Follow-up Study." .International Urogynecology Journal Int Urogynecol J</i> 24.10 (2013): 1679-686. Miller D., et al. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5-Year Results. Female Pelvic Med Reconstr Surg 2011; 17: 139-143. The cited reoperation rate includes procedures for extrusions.

Crosby, Erin C., Melinda Abernethy, Mitchell B. Berger, John O. Delancey, Dee E. Fenner, and Daniel M. Morgan. "Symptom Resolution After Operative Management of Complications From Transvaginal Mesh." .Obstetrics &amp; Gynecology. 123.1 (2014): 134-39. Abot S,Unger C A, Evans J M, etal.Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery: a multicenter study.Am J Obstet Gynecol 2014;210:163.eí-8. Blandon, Roberta E., John B. Gebhart, Emanuel C. Trabuco, and Christopher J. Klingele. "Complications from Vaginally Placed Mesh in Pelvic Reconstructive Surgery." .International Urogynecology Journal Int Urogynecol J.20.5 (2009): 523-31.

FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence. Issued: October 20, 2008

FDA Safety Communication. UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse: FDA Safety Communication. Date Issued: July 13, 2011

The American College of Obstetricians and Gynecologists. Committee Opinion. Committee on Gynecologic Practice. Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse.  Number 513. December 2011.

American Urologic Association. AUA Position Statement On The Use Of Vaginal Mesh For The Repair Of Pelvic Organ Prolapse. Board of Directors, November 2011. https://www.auanet.org/education/vaginal-mesh-for-pelvic-organ-prolapse.cfm

Jens-Erik Walter, MD, Montreal QC et al. Transvaginal Mesh Procedures for Pelvic Organ Prolapse. Sogc Technical Update. J Obstet Gynaecol Can 2011;33(2):168-174

See Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17; Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17; Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mesh (polypropylene/poliglecaprone 25) for TAPP inguinal hernia repair. Surg Laparosc Endosc Percutan tech 2007, 17; 91- 94; Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997)1:15-21; Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials, 2001 Jul; 22(14):2021-4; Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European. J. Obstet & Gynecol and Repro Bio 134: (2007)262-267; Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs, European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998; Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul; 165(7):665-73; Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002); Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene- mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec; 19(24):2235-46. Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol. 2006 Feb; 46(1):42-5; Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan; 22(1):47-

O'Dwyer PJ, Kingsnorth AN, Molloy RG, et al. Randomized clinical trial assessing impact of a lightweight or heavy- weight mesh  oon chronic pain after inguinal hernia repair. Br J Surg 2005;92:166–170.Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Mül̈ler, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591. Klosterhalfen, B, Klinge, U. Schumpelick, V. Functional and morphological evaluation of different polypropylene –mesh modifications for abdominal wall repair. Biomaterials 19.1998. 2235-46

Klinge, U., B. Klosterhalfen, V. Birkenhauer, K. Junge, J. Conze, and V. Schumpelick. "Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model." Journal of Surgical Research 103.2 (2002): 208-14.

Mühl, Thomas, Marcel Binnebösel, Uwe Klinge, and Thomas Goedderz. "New Objective Measurement to Characterize the Porosity of Textile Implants." Journal of Biomedical Materials Research Part B: Applied Biomaterials J. Biomed. Mater. Res. 84B.1 (2007): 176-83.

US 60/361,503

US 7,131,944 B2

ETH-10964

10/941,241

http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/PostmarketRequirements/QualitySystemsRegulations/

ETH.00337441

ETH.MESH.03742546-47

ISO 14971:2007 ( E )

ETH.MESH.03742883

ETH.07249

ETH.07250

ETH.07291-07295

ETH.07292

ISO 14971:2007(E) 23-59

Realized results represent complications that have occurred and have either been documented in the FDA MAUDE database, reported in the medical literature, or complications I have evaluated and often treated in my pelvic medicine center. Many of these realized results represent failure related harm that was not evaluated by Ethicon in its FEMA.

ETH-07252, ETH-07282

ETH.07294

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey, Exhibit 621

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey. Pg. 421

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey. Pg. 365-367

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey. Pg. 368

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey. Pg. 376

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey, Pgs 364-365 and Exhibit 621

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey. Pg. 379

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey. Pg. 382-383

See deposition of Piet Hinoul, M.D. Ph.D, April 2012. Superior Court of New Jersey. Pg. 383

48 Scott Ciarocca dep., 339:6-24

Scott Ciarocca dep., 342:16-343:3

ETH.MESH.03742551

Eth.Mesh.00337457

ETH.MESH.03742560

Alex Gomelsky and Roger R. Dmochowski. Biocompatibility Assessment of Synthetic Sling Materials for Female Stress Urinary Incontinence. JUrol. Vol. 178, 1171-1181, October 2007

"U.S. Food and Drug Administration." .Premarket Approval (PMA)</i>. N.p., n.d. Web. 11 Nov. 2015.
http://www.fda.gov/Medicaldevices/Deviceregulationandguidance/Howtomarketyourdevice/Premarketsubmissions/Premarketapprovalpma/Default.Htm

"Overview of Medical Devices and Their Regulatory Pathways." .Overview of Medical Devices and Their Regulatory Pathways</i> N.p., n.d. Web. 11 Nov. 2015.
http://www.fda.gov/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDRH/CDRHTransparency/ucm203018.htm, "U.S. Food and Drug Administration." .Premarket Notification 510(k)</i>.. N.p., n.d. Web. 11 Nov. 2015. ,
http://www.fda.gov/medicaldevices/deviceregulationandguidance/howtomarketyourdevice/premarketsubmissions/premarketnotification510k/default.htm

The 510(k) Program: Evaluating Substantial Equivalence in Premarket Notification. July 28, 2014 CDRH.  FDA defines "Intended Use" as: The term "intended uses" refers to the objective intent of the persons legally responsible for the labeling of the device. The intent is determined by their expressions or may be shown by the circumstances surrounding the distribution of the device. This objective intent may, for example, be shown by labeling claims, advertising matter, or oral or written statements by such representatives. It may be shown by the offering or the using of the device, with the knowledge of such persons or their representatives, for a purpose for which it is neither labeled nor advertised. The general statement of the "Indications for Use" identifies the target population in a significant portion of which sufficient valid scientific evidence has demonstrated that the device as labeled will provide clinically significant results and at the same time does not present an unreasonable risk of illness or injury associated with the use of the device. The Indications for Use statement, as defined by the FDA, has a very defined structure. The Intended Use on the other hand is a regulatory term that describes an overall picture.
https://alwaysincompliance.wordpress.com/2011/09/02/intended-use-vs-indications-for-use/

| |
|---|
| The 510(k) Program: Evaluation Substantial Equivalence in Premarket Notifications.  Guidance for Industry and Food and Drug Administration Staff. FDA Center for Devices and Radiologic Health. |
| ETH.10204 |
| ETH.MESH.00083765 |
| ETH.10206 |
| Title 21--Food And Drugs Chapter I--Food And Drug Administration Department Of Health And Human Services Subchapter H--Medical Devices. Part 884 -- Obstetrical And Gynecological Devices Subpart B--Obstetrical and Gynecological Diagnostic Devices Sec. 884.1720 Gynecologic laparoscope and accessories. |
| http://www.fda.gov/AboutFDA/Transparency/Basics/ucm194438.htm |
| ETH.MESH.00083769 |
| ETH.10208 |
| ETH-60382 |
| K013718. http://www.accessdata.fda.gov/cdrh_docs/pdf/k013718.pdf |
| ETH.MESH.00011818 |
| ETH.10148 |
| Via email, ETH.10148 and later by mail, ETH.MESH .00083765 |
| ETH.00928 |
| ETH.00932 |
| Collinet, Pierre, Franck Belot, Philippe Debodinance, Edouard Ha Duc, Jean-Philippe Lucot, and Michel Cosson. "Transvaginal Mesh Technique for Pelvic Organ Prolapse Repair: Mesh Exposure Management and Risk Factors." .International Urogynecology Journal Int Urogynecol J. 17.4 (2005): 315-20. |
| Caquant, Fréderic, Pierre Collinet, Philippe Debodinance, Juan Berrocal, Olivier Garbin, Claude Rosenthal, Henri Clave, Richard Villet, Bernard Jacquetin, and Michel Cosson. "Safety of Trans Vaginal Mesh Procedure: Retrospective Study of 684 Patients." .Journal of Obstetrics and Gynaecology Research</i> 34.4 (2008): 449-56. |
| ETH-01748 |
| ETH.MESH.01217931. An Exploratory 91-Day Tissue Reaction Study Of Polypropylene-Based Surgical Mesh In Rats |
| Barbolt, Thomas A. "Biology of Polypropylene/polyglactin 910 Grafts." .International Urogynecology Journal Int Urogynecology  J</i> 17.S1 (2006): 26-30. |
| ETH.MESH.01217931 |
| ETH.01797 |
| Table supplied by Ethicon as part of its response to this deficiency. |

Caquant, Fréderic, Pierre Collinet, Philippe Debodinance, Juan Berrocal, Olivier Garbin, Claude Rosenthal, Henri Clave, Richard Villet, Bernard Jacquelin, and Michel Cosson. "Safety of Trans Vaginal Mesh Procedure: Retrospective Study of 684 Patients." .Journal of Obstetrics and Gynaecology Research</i> 34.4 (2008): 449-56. Collinet, Pierre, Franck Belot, Philippe Debodinance, Edouard Ha Duc, Jean-Philippe Lucot, and Michel Cosson. "Transvaginal Mesh Technique for Pelvic Organ Prolapse Repair: Mesh Exposure Management and Risk Factors." .International Urogynecology Journal Int Urogynecol J</i> 17.4 (2005): 315-20. ETH.MESH.00012009

Image shown below text is included in Ethicon's response to this deficiency.

http://www.uromedperu.com/
http://www.obex.co.nz/Product/Index/337
http://www.kvadramed.ru/materials/gynecare/5.html

Ouzaid, I., J.-F. Hermieu, V. Misraï, P.-N. Gosseine, V. Ravery, and V. Delmas. "Traitement Du Prolapsus Génital Par Renfort Transvaginal Prolift® : Une étude Prospective." .Progrès En Urologie</i> 20.8 (2010): 578-83.

Expert report of Joye K. Lowman, M.D., MPH, the case of Patricia L. Hammons, Plaintiff, v. Ethicon, Inc., et al., Defendants. Philadelphia County Court. May Term 2013. No. 3913

Otto J, Kaldenhoff E, Kirschner- Hermanns R, Muhl T, Klinge U. Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates. J Biomed Mater Res A 2014;102:1079-84. Barone W, Moalli P, Abramowitch S. Vari- able porosity of common prolapse meshes during uni-axial loading. Female Pelvic Med Reconstr Surg 2013;19(Suppl 2):S56.

See Deficiency number 11

Caquant, Fréderic, Pierre Collinet, Philippe Debodinance, Juan Berrocal, Olivier Garbin, Claude Rosenthal, Henri Clave, Richard Villet, Bernard Jacquetin, and Michel Cosson. "Safety of Trans Vaginal Mesh Procedure: Retrospective Study of 684 Patients." .Journal of Obstetrics and Gynaecology Research</i> 34.4 (2008): 449-56. Collinet, Pierre, Franck Belot, Philippe Debodinance, Edouard Ha Duc, Jean-Philippe Lucot, and Michel Cosson. "Transvaginal Mesh Technique for Pelvic Organ Prolapse Repair: Mesh Exposure Management and Risk Factors." .International Urogynecology Journal Int Urogynecol J</i>

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011;205:69.e1-8

Caquant, Fréderic, Pierre Collinet, Philippe Debodinance, Juan Berrocal, Olivier Garbin, Claude Rosenthal, Henri Clave, Richard Villet, Bernard Jacquetin, and Michel Cosson. "Safety of Trans Vaginal Mesh Procedure: Retrospective Study of 684 Patients." .Journal of Obstetrics and Gynaecology Research</i> 34.4 (2008): 449-56.

Gynecare PROSIMA. P21070/d. STATUS:02/2010. Copyright Ethicon 2008.

ETH.01065

ETH-01236

ETH.MESH.00012109

ETH.MESH.00012013 AND ETH.MESH.00012094

Device Labeling Guidance #G91-1 (blue book memo) http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Overview/DeviceLabeling/default.htm

Labeling. Regulatory Requirements for Medical Devices. CDRH PUBLICATIONS – MEDCAL DEVICES.

ETH.MESH.02341660

Labeling. Regulatory Requirements for Medical Devices. CDRH PUBLICATIONS – MEDCAL DEVICES. Aug. 1989

ETH.MESH.00012009 and Eth.48281 (Scott Jones, product director reports "Regardless of how doctors adjust the mesh, there is still a definite ridge or banding that can be vaginally palpated with our anterior mesh")

Fatton B, Lagrange E, Jacquetin B. Sexual Outcome After Transvaginal Repair Of Pelvic Organ Prolapse (Pop) With And Without Mesh: A Prospective Study Of 323 Patients. ICS Abstract.

ETH.MESH.03960118 ("The recommended incision for the repair is a sagittal colpotomy starting 1 cm below the cervix and ending approximately 1 cm from the bladder neck".)

ETH.01301

ETH.MESH.02341658 (copyright 2009)

ETH.08120, ETH.08141, ETH.08246, ETH.08253, ETH.09149, ETH.09275

The consulting and royalty agreement for Dr. Jacquetin is discussed and cited elsewhere in this monograph.

Antosh DD, Iglesia CB, Vora S, Sokol AI. Outcome assessment with blinded versus unblinded POP-Q exams. Am J Obstet Gynecol 2011;205:489.e1-4. These investigators demonstated that the POP-Q examination, used to measure success or failure in the TVM study, is prone to bias with non-blinded examiners underestimating recurrence 15% of the time.

ETH.01311

ETH.01318 (May 9th 2008)

| |
|---|
| Caquant, Fréderic, Pierre Collinet, Philippe Debodinance, Juan Berrocal, Olivier Garbin, Claude Rosenthal, Henri Clave, Richard Villet, Bernard Jacquetin, and Michel Cosson. "Safety of Trans Vaginal Mesh Procedure: Retrospective Study of 684 Patients." .Journal of Obstetrics and Gynaecology Research </i> 34.4 (2008): 449-56. |
| ETH.02000 |
| http://www.merriam-webster.com/dictionary/revolutionary |
| FINAL REPORT, PSE ACCESSION NO. 02-0317  Design Validation (Human Factor) for GYNECARE GYNEMESH PS |
| Collinet, Pierre, Franck Belot, Philippe Debodinance, Edouard Ha Duc, Jean-Philippe Lucot, and Michel Cosson. "Transvaginal Mesh Technique for Pelvic Organ Prolapse Repair: Mesh Exposure Management and Risk Factors." .International Urogynecology Journal Int Urogynecol J</i> 17.4 (2005): 315-20. |
| ETH.MESH.03742864-03742891 2007 Attachment I - OP650 -011v6 Rating & Risk Categorization Tables, used for the 2005 PROLIFT market introduction. |
| ETH-01894 |
| ETH.MESH.07724600 |
| ETH.MESH.04005092 |
| http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm479732.htm |
| ETH.MESH.00308845 |
| ETH.07152 |
| ETH.MESH.01154036 (Gynemesh PS Expert Report by Dr. Weisberg) |
| Cervigni M, Natale F, Weir J, Galante L, Panei M, Agostini M, Pajoncini C, La Penna C1, Mako A, Spadaro S, . S.Carlo-IDI Hospital. PROSPECTIVE RANDOMIZED TRIAL OF TWO NEW MATERIALS FOR THE CORRECTION OF ANTERIOR COMPARTMENT PROLAPSE: PELVICOL AND PROLENE SOFT. ICS.org. Patients treated 2002-2004 |
| ETH.02800 |
| Berrocal J et al. Conceptual advances in the surgical management of genital prolapse: The TVM technique emergence. J. Gynecol Obstet Biol Reprod 2004; 33: 577. |
| Berrocal J et al. Conceptual advances in the surgical management of genital prolapse: The TVM technique emergence. J. Gynecol Obstet Biol Reprod 2004; 33: 578. |
| Milani et al. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG: an International Journal of Obstetrics and Gynaecology. January 2005, Vol. 112, pp. 107–111 |

| |
|---|
| Milani R, Soligo M, Salvatore S, et al. Fascial defect repair for symptomatic rectocele: anatomical and functional outcome. Proceed- ings 33rd Annual Meeting of the International Continence Society — Florence, 5–9 October 2003, 2003:189–190. 20% incidence of de novo dyspareunia in posterior compartment repair that involved suturing the illeococcygeus muscle. |
| ETH.MESH.02341658 (2010), ETH.MESH.02341522(2004) |
| ETH.MESH.00482987, ETH.MESH.02347163 |
| When corrected for hysterectomy, severe complication rate is 4%. |
| ETH-02351: Cosson M et al. Prolift mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 687 patients. ICS Abstract 121, 9-2-2005. |
| ETH-02351: Cosson M et al. Prolift mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 687 patients. ICS Abstract 121, 9-2-2005.  The authors use GF and VE to describe granulation and exposure and group them together. |
| ETH.MESH.00401366,57,59,63,65,66 |
| ETH.MESH.00401354 The choice of 20% as the maximum rate of recurrence was developed following a literature review and discussions with experts in the field of pelvic floor repair (urologists and urogynecologists). |
| ETH.MESH.00012061 |
| This number is corrected for un-related re-operations such as cholecystecomy, femur fracture, and examination under anesthesia). ETH.MESH.00012064-68 |
| 3 new cases of dyspareunia reported amongst 40 sexually active patients.  http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/PublicHealthNotifications/ |
| Vaginal versus Abdominal Reconstructive Surgery for the Treatment of Pelvic Support Defects: A Prospective Randomized Study with Long-term Outcome Evaluation." International Journal of Gynecology & Obstetrics 57.1 (1997): 113. Web. |
| ETH.MESH.00401365 Ethicon's TVM protocol provided that a recurrence rate of 0.13 would be considered a failure. |

ETH.MESH.00401470-71.  Ethicon's CONFIDENTIAL STATISTICAL ANALYSIS PLAN stipulated that all missing data would be considered a recurrence at that such data would be utilized for confirmatory analysis. Additionally, several patients seem to have been counted as failures at 6 months but not at one year. The inclusion of these patients as failures would further increase the failure rate ETH-75916-75917; ETH-75591-75592. Dr. David Robinson, one of the 3 investigators of the U.S. TVM study serves employed by Ethicon as its World Wide Medical Director from November of 2005 to December of 2010. (https://www.linkedin.com/in/davidrobinson21). Dr. Lucente was a paid consultant of Ethicon since January 21st of 2005 and would get paid to lecture and train surgeons on PROLIFT. ETH.MESH.00366804.

Fatton B, Lagrange E, Jacquetin B. ☐☐Sexual Outcome After Transvaginal Repair Of Pelvic Organ Prolapse (Pop) With And Without Mesh: A Prospective Study Of 323 Patients. Department of Gynecology. ICS Abstract. University Hospital of Clermont-Ferrand. France, Department of Gynecology. University Hospital of Clermont-Ferrand. France.

Milani AL, Withagen MIJ, Vierhout ME. Outcomes and predictors of failure of trocar-guided vaginal mesh surgery for pelvic organ prolapse.. Am J Obstet Gynecol 2012;206:440.e1-8. Withagen, M, et al. Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse. Amer Coll Obstet and Gyn 2011; 117:No2,Pt1.

ETH.MESH.00401355,57,59,63,65,66

Fatton B et al. Preliminary results of the "Prolift" technique in the treatment of pelvic organ prolapse by vaginal approach: A multicentric retrospective series of 110 patients [abstract]. Int Urogynecol J 2006; 17 (Suppl 2): S212-213.

Fatton B, Amblard J, Debodinance P, Cosson M, Jacquetin B. Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (ProliftTM technique) - a case series multicentric study. Int Urogynecol J 2007; 18: 743-752.

ETH.10963 AND ADDITIONAL PAGES

2.7% have patients developed granulation tissue.]

Fatton B, Amblard J, Debodinance P, Cosson M, Jacquetin B. Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (ProliftTM technique) - a case series multicentric study. Int Urogynecol J 2007; 18: 750. Table 7.  Five of the 20 anterior PROLIFT patients underwent sacrospinous colpopexy and were excluded from the denominator of this calculation.

Discussed and evidenced in the material defect sections of this monograph.

Carey M, Slack M, Higgs P, Wynn-Williams M, Cornish A. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG 2008;115:391–397.

ETH.MESH.07902335. PROJECT INITIATION PROPOSAL

| | |
|---|---|
| Tunn, R., A. Picot, J. Marschke, and A. Gauruder-Burmester. "Sonomorphological Evaluation of Polypropylene Mesh Implants after Vaginal Mesh Repair in Women with Cystocele or Rectocele." .Ultrasound in Obstetrics and Gynecology Ultrasound Obstet Gynecol</i> 29.4 (2007): 449-52. | http://www.fda.gov/MedicalDevices/SafetyandNotices/ucm262435. |

Tunn, R., A. Picot, J. Marschke, and A. Gauruder-Burmester. "Sonomorphological Evaluation of Polypropylene Mesh Implants after Vaginal Mesh Repair in Women with Cystocele or Rectocele." .Ultrasound in Obstetrics and Gynecology Ultrasound Obstet Gynecol. 29.4 (2007): Figure 2.

ETH.MESH.03960104

ETH-19624, Prolift Forums and Round ≥ 11-16-2005; Heading of Additional Sutures.

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011;205:69.e1-8. Abramov Y et al. Site-specific rectocele repair compared with standard posterior colporrhaphy. Obstet Gynecol 2005; 105: 314-318.

Hiltunen R et al. Low-weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial. Obstet Gynecol 2007; 110 (2 Pt 2): 455-462.

These investigators did not disclose the POP-Q scores of the women who met the failure definition. However, they did report that the mean POP-Q of the entire native tissue group at 12 months. Point Aa was -1.5 +/-1.4. Point Ba was -1.6 +/- 1.5. The simple math tells us that, within 2 standard deviations of the mean, not a single patient had prolapse beyond the hymenal ring. Five percent of 97 women would fall outside this range, 2.5% above and 25% below. Hence, less than 3 women in the no-mesh group were beyond the hymenal ring. Those 1 or 2 women beyond the hymenal ring may very well have still been POP-Q stage 2. "Despite better anatomic results, the mesh tech- nique in our hands did not resolve patents' symptoms more frequently than the traditional technique. This reflects the fact that the majority of stage II recur- rences are asymptomatic.".

Nieminen, Kari, Reijo Hiltunen, Eila Heiskanen, Teuvo Takala, Kirsti Niemi, Mauri Merikari, and Pentti K. Heinonen. "Symptom Resolution and Sexual Function after Anterior Vaginal Wall Repair with or without Polypropylene Mesh." International Urogynecology Journal Int Urogynecol J. 19.12 (2008): 1611-616.

The authors cite studies demonstrating a high rate of de novo dyspareunia following mesh implantation. De Tayrac et al study cited by authors found 12.5% de novo dyspareunia. Dwyer found that almost half of the dyspareunia was de novo.

See table 2 of study.

Shek, K. L., H. P. Dietz, A. Rane, and S. Balakrishnan. "Transobturator Mesh for Cystocele Repair: A Short- to Medium-term Follow-up Using 3D/4D Ultrasound." .Ultrasound in Obstetrics and Gynecology Ultrasound Obstet Gynecol</i> 32.1 (2008): 82-86.

Tunn, R., A. Picot, J. Marschke, and A. Gauruder-Burmester. "Sonomorphological Evaluation of Polypropylene Mesh Implants after Vaginal Mesh Repair in Women with Cystocele or Rectocele." .Ultrasound in Obstetrics and Gynecology Ultrasound Obstet Gynecol</i> 29.4 (2007)

If the mean immediate post implantation Perigee length of Tunn et al (6.4 cm) is substituted for the naïve Perigee length, Shek et al data would still demonstrate a 68% shrinkage by 10 months.

Shek, K. L., H. P. Dietz, A. Rane, and S. Balakrishnan. "Transobturator Mesh for Cystocele Repair: A Short- to Medium-term Follow-up Using 3D/4D Ultrasound." .Ultrasound in Obstetrics and Gynecology Ultrasound Obstet Gynecol</i> 32.1 (2008): 86.

Caquant, Fréderic, Pierre Collinet, Philippe Debodinance, Juan Berrocal, Olivier Garbin, Claude Rosenthal, Henri Clave, Richard Villet, Bernard Jacquetin, and Michel Cosson. "Safety of Trans Vaginal Mesh Procedure: Retrospective Study of 684 Patients." .Journal of Obstetrics and Gynaecology Research</i> 34.4 (2008): 449-56

Authors grouped mesh extrusion and granulaton tissue together as the later is an indication of the former.

Cosson M, Jean Charles C, Debodinance P, Lucot JP, Rubod C, Boukerrou M., Preservation Of Uterus When Treating Prolapse By Prolift TM Does Not Significantly Reduce Risk Of Early Post Surgical Complications And Failures. Int Urogynecol J (2008) 19 (Suppl 1):S92.

Dedet B, Rubod C, Boukerrou M1, Debodinance P, Cosson M., Transvaginal Repair Of Genital Prolapse By The Prolift Technique: Outcome One Year After Surgery. Int Urogynecol J (2008) 19 (Suppl 1):S97.

Cosson M, Rosenthal C, Debodinance P, Clave H, Berrocal J, Jacquetin B. Prospective clinical assessment of the Total TransVaginal Mesh (TVM) technique for treatment of Pelvic Organ Prolapse - 3 year results. Int Urogynecol J (2008) 19 (Suppl 1):S106

2 patients with persistent de novo dyspareunia (from 1 yr data), 2 patients that developed de novo dyspareunia between 1 and 3 years, 1 patient that had resolution of pre-existing dyspareunia at 1 year and developed new dyspareunia by 3 years, and one case of "intermittent" dyspareunia. 39 Patients were sexually active.

61 women were sexually active prior to TVM. 40 were sexually active at 1 year after implant. 39 are sexually active at 3 years.

13 women suffered mesh extrusion. A total of six had undergone excision (5 at one year and one now). If we allow that excisions resulted in cure, 5 of the 7 patients not excised of their extrusion (71%) are with persistent mesh extrusion. Of course it is possible that excisions failed and the 46% overall persistent extrusion rate represents a combination of excisional failures and medical failures. 85 women available at 3 year follow-up

Collinet, Pierre, Franck Belot, Philippe Debodinance, Edouard Ha Duc, Jean-Philippe Lucot, and Michel Cosson. "Transvaginal Mesh Technique for Pelvic Organ Prolapse Repair: Mesh Exposure Management and Risk Factors." .International Urogynecology Journal Int Urogynecol J</i> 17.4 (2005): 315-20.

ETH-02351: Cosson M et al. Prolift mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 687 patients. ICS Abstract 121, 9-2-2005

http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/PublicHealthNotifications/ucm061976.htm

Although Natale et al did not report the de-novo dyspareunia rate, the overall dyspareunia rate included de novo and persistant pre-existing dyspareunia was 10.4%.

Blandon RE et al. Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J 2009; 20: 523-531.

Diwadkar GB, Barber MD, Feiner B, Maher C, Jelovsek JE (2009) Complication and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol 113 (2 Pt 1):367-373

In October of 2009, paid consultants of Ethicon as well as two Ethicon Employees (PH, Director of Medical Affairs, and JG, Associate Director of Clinical Development), submitted a manuscript to the International Urogynecology Journal, Int Urogynecol J (2010) 21:1455-1462, in which they cited the Diwadkar paper. , https://www.linkedin.com/in/piet-hinoul-72604a9, https://www.linkedin.com/in/judi-gauld-7434958

Carey M, Higgs P, Goh J, Lim J, Leong A, Krause H, Cornish A. Vaginal repair with mesh versus colporrhaphy for prolapse: a randomized controlled trial. BJOG 2009;116:1380–1386.

Velemir L et al. Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol 2010; 35: 474-480.

Velemir L et al. Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol 2010; 35: 477-478

Velemir L et al. Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol 2010; 35: 474

Maher C, Feiner B, Baessler K, Glazener CMA. Surgical management of pelvic organ prolapse in women. Cochrane Database of Systematic Reviews 2010, Issue 4. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub4.

Jacquetin, Bernard, Brigitte Fatton, Claude Rosenthal, Henri Clavé, Philippe Debodinance, Piet Hinoul, Judi Gauld, Olivier Garbin, Juan Berrocal, Richard Villet, Delphine Salet Lizée, and Michel Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 3-year Prospective Follow-up Study." .International Urogynecology Journal Int Urogynecol J</i> 21.12 (2010): 1455-462.

The authors state in their discussion that the anatomic success rate was 81.2% but this is not supported by their data, calculation, or reports throughout this manuscript of 20.2 percent failure.

James D. Dziuraa, Lori A. Posta, Qing Zhaob, Zhixuan Fub, ,and Peter Peduzzib. Strategies for dealing with Missing data in clinical trials: From design to Analysis. Yale Journal Of Biology And Medicine 86 (2013), Pp.356. James Carpenter. Statistical modelling with missing data using multiple imputation.Lecture 2: Ad-hoc methods and introduction to multiple imputation. Pg.5-6

ETH.MESH.00401472

By stating that only 4.7% of mesh extrusions remained present, the authors mislead the reader to believe that 95.3% of mesh extrusions resolved. The 4.7% however represents the number of remaining and asymptomatic mesh extrusion as a fraction of the total study population and not as a fraction of those that had a mesh extrusion.

Jacquetin, Bernard, Brigitte Fatton, Claude Rosenthal, Henri Clavé, Philippe Debodinance, Piet Hinoul, Judi Gauld, Olivier Garbin, Juan Berrocal, Richard Villet, Delphine Salet Lizée, and Michel Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 3-year Prospective Follow-up Study." .International Urogynecology Journal Int Urogynecol J</i> 21.12 (2010): 1461

Conflicts of interest: Bernard Jacquetin holds the patent for Prolift, for which he receives royalties from Ethicon. B. Jacquetin, B. Fatton, C. Rosenthal, H. Clave, P. Debodinance, O. Garbin, J. Berrocal, R. Villet, D. Salet Lizee and M. Cosson all have had consultancy positions for Ethicon. P. Hinoul and J. Gauld are employed by Ethicon. This disclosure appears at the end of the article cited #217

Iglesia CB, Sokol AI, Sokol ER, Kudish BI, Gutman RE, Peterson JL, Shott S. Vaginal mesh for prolapse: a randomized controlled trial. Obstet Gynecol 2010; 116: 293-303.

Anterior Colporrhaphy, Posterior Colporrhaphy, Uterosacral Colpopexy or Sacrospinous colpopexy. Hysterecomy was optionally performed in both groups.

Iglesia CB et al. Vaginal mesh for prolapse: a randomized controlled trial [Obstet Gynecol 2010; 116: 1456

Iglesia CB et al. Vaginal mesh for prolapse: a randomized controlled trial [Obstet Gynecol 2010; 116: 1457.

See Deopsition of Paul Parisi. Patricia Hammons v. Ethicon Womens Health and Urology.1/12/24. 766:15-767:23 and 769:14-24. See ETH.18412

The authors report that 70% of the 20 women with extrusions were resected. Of these 14 women, 8 were resected in the O.R.. Hence another 6 were resected outside the O.R.

Svabík, Kamil, Alois Martan, Jaromir Masata, Rachid El-Haddad, Petr Hubka, and Marketa Pavlikova. "Ultrasound Appearances after Mesh Implantation—evidence of Mesh Contraction or Folding?" International Urogynecology Journal Int Urogynecol J 22.5 (2010): 529-33.

Weber, Anne M., Mark D. Walters, and Marion R. Piedmonte. "Sexual Function and Vaginal Anatomy in Women before and after Surgery for Pelvic Organ Prolapse and Urinary Incontinence." .American Journal of Obstetrics and Gynecology</i> 182.6 (2000). 1611

Svabík, Kamil, Alois Martan, Jaromir Masata, Rachid El-Haddad, Petr Hubka, and Marketa Pavlikova. "Ultrasound Appearances after Mesh Implantation—evidence of Mesh Contraction or Folding?" International Urogynecology Journal Int Urogynecol J 22.5 (2010): 531. Table 2

ETH.MESH.03960116 "If required, small reductions in the dimensions ofthe Total Implant to ensure proper fit should be performed at this point" .ETH.MESH.00658367-68. "While inexperienced surgeons initially may look for smaller pieces of mesh, the larger piece of mesh ịs necessary to prevent bearing down on the vaginal capacity during healing". "This loose placement of mesh is often counterintuitive to the first time surgeon but is valuable in maintaining vaginal length".

Milani AL, Hinoul P, Gauld JM, et al. Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1-year outcomes. Am J Obstet Gynecol 2011;204:74.e1-8. Ethicon positions verified on Linkedin.

ETH.MESH.0772461I

Withagen, Mariëlla I., Alfredo L. Milani, Jan Den Boon, Harry A. Vervest, and Mark E. Vierhout. "Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse." Obstetrics &amp; Gynecology. 117.2, Part 1 (2011): 242-50.

Maher CF, Feiner B, DeCuyper EM, et al. Laparoscopic sacral colpopexy versus total vaginal mesh for vaginal vault prolapse: a randomized trial. Am J Obstet Gynecol 2011 ;204:360.e1-7.

Dietz HP, Erdmann M, Shek KL. Mesh contraction: myth or reality? Am J Obstet Gynecol 2011;204:173.e1-4.

Tan, Jasmine S., Emily S. Lukacz, Shawn A. Menefee, Karl M. Luber, Michael E. Albo, and Charles W. Nager. "Determinants of Vaginal Length." American Journal of Obstetrics and Gynecology 195.6 (2006): 1846-850. Weber, Anne M., Mark D. Walters, and Marion R. Piedmonte. "Sexual Function and Vaginal Anatomy in Women before and after Surgery for Pelvic Organ Prolapse and Urinary Incontinence." .American Journal of Obstetrics and Gynecology</i> 182.6 (2000): 1611

Dietz HP, Erdmann M, Shek KL. Mesh contraction: myth or reality? Am J Obstet Gynecol 2011;204:173.e1-4. Table 1

Miller, Dennis, Vincent Lucente, Elizabeth Babin, Patricia Beach, Peter Jones, and David Robinson. "Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse-5-Year Results." Female Pelvic Medicine & Reconstructive Surgery 17.3 (2011): 139-43

Clark AL, Gregory T, Smith VJ, et al. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gyneco/2003;189:1261-1267. 1% calculation is based on vaginal POP surgeries.

The authors report that all women with pre-existing dyspareunia had resolution, were no longer sexually active, or were lost to follow-up. Hence all dyspareunia at 5 years must be de novo.

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011;205:69.e1-8.

http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435.htm

http://www.newsweek.com/junk-mail-keeps-post-office-alive-89323

https://www.mailjet.com/support/what-is-a-normal-open-rate,83.htm

Murphy, Miles, Adam Holzberg, Heather Van Raalte, Neeraj Kohli, Howard B. Goldman, and Vincent Lucente. "Time to Rethink: An Evidence-based Response from Pelvic Surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse"." International Urogynecology Journal Int Urogynecol J 23.1 (2011): 5-9.

http://www.wsj.com/articles/SB10001424052702303546204579435162509926916

Although TVM, tension free vaginal mesh, was an acronym initially reserved for the prototype PROLIFT and PROLIFT procedures, it eventually became used more broadly by some to mean "Transvaginal Mesh". In this report, TVM is used to describe the prototype PROLIFT procedure and PROLIFT.

Withagen, Mariëlla I., Mark E. Vierhout, Jan C. Hendriks, Kirsten B. Kluivers, and Alfredo L. Milani. "Risk Factors for Exposure, Pain, and Dyspareunia After Tension-Free Vaginal Mesh Procedure.". Obstetrics &amp; Gynecology. 118.3 (2011): 629-36.

Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse. Committee Opinion. Number 513. December 2011. Obstet Gynecol. 2011 Dec;118(6):1459-64. doi: 10.1097/AOG.0b013e31823ed1d9.

de Landsheere L, Ismail S, Lucot J-P, et al. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol 2012;206:83.e1-7.

Cited in the their 5-Year TVM manuscript.

Sokol AI, Iglesia CB, Kudish BI, et al. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Am J Obstet Gynecol 2012;206:86.

Although Table 5 lists only 2 reoperations for recurrent prolapse, the narrative on page E4 describes 3 reoperations for POP.

Post Surveillance Study PS120043. Submitted to FDA in response to 522 order. Pg 14

Peter Rosenblatt and Miles Murphy had previously disclosed financial relationships to Ethicon.

Withagen M, Milani A, de Leeuw J, Vierhout M. Development of de novo prolapse in untreated vaginal compartments after prolapse repair with and without mesh: a secondary analysis of a randomised controlled trial. BJOG 2012;119:354–360.

Table 3

2008 Daucher J, Alperin M. Modification of the anterior Prolift® mesh for reconstruction of anterior and apical vaginal prolapse. Tips and Tricks oral presentation at 2008 Annual Meeting of the American Urogynecologic Society. September 2008. and ETH.MESH .00003659, and Extraperitoneal Reconstruction with Modified Total ProliftTM to Optimize Vaginal Length with Coexisting Anterior and Apical Prolapse, Raders, J. SGS 2008

Jacquetin, B., P. Hinoul, J. Gauld, B. Fatton, C. Rosenthal, H. Clavé, O. Garbin, J. Berrocal, R. Villet, D. Salet-Lizée, P. Debodinance, and M. Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 5-year Prospective Follow-up Study." International Urogynecology Journal Int Urogynecol J</i> 24.10 (2013): 1679-686.

Jacquetin, B., P. Hinoul, J. Gauld, B. Fatton, C. Rosenthal, H. Clavé, O. Garbin, J. Berrocal, R. Villet, D. Salet-Lizée, P. Debodinance, and M. Cosson. "Total Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse: A 5-year Prospective Follow-up Study." .International Urogynecology Journal Int Urogynecol J</i> 24.10 (2013):TABLE 2

ETH.MESH.00401351

The authors herein defined composite success as: "leading edge above the hymen (<0) and no bulge symptoms" The Ethicon study protocol defined reintervention as repeat surgery for prolapse and did not include pessary use for recurrent POP symptoms.

Chmielewski et al reported 89% composite success for anterior colporrhaphy. Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011 ;205:69.e1-8. Barber et al reported an 85% composite success after Sacrocolpopexy.. Matthew D. Barber, MD, MHS, Linda Brubaker, MD, MS, Ingrid Nygaard, MD, Thomas L. Wheeler II, MD, MSPH, Joeseph Schaffer, MD, Zhen Chen, MS, and Cathie Spino, DSc. Defining Success After Surgery for Pelvic Organ Prolapse. Obstet Gynecol. 2009 September ; 114(3): 600–609. Both of these studies used a more stringent definition of composite success that excluded those who used a pessary to treat POP after implantation.

15 patients noted in 3-year manuscript. Now an additional patient has been operatied on twice for painful contraction and then for recurrent POP with a gracilis flap. This repeat surgery failed.

Benson JT, Lucente V, McClellan E (1996) Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 175:1418–1422. Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011;205:69.e1-8. Abramov Y et al. Site-specific rectocele repair compared with standard posterior colporrhaphy. Obstet Gynecol 2005; 105: 314-318.

Altman D, Väyrynen T, Engh ME, Axelsen S, Falconer C, Nordic Transvaginal Mesh Group (2011) Anterior colporrhaphy versus transvaginal mesh for pelvic-organ prolapse. N Engl J Med 364(19):1826–1836

7 women had persistent mesh exposure. 1 of the 7 women had failed a previous surgical resection. Hence, only one of the 7 persistent extrusions could represent a previous resection.  We know that 7 women were resected and one failed. Therefore, only one of the persistent exposures is a previously resected patient. By default, 6 of the 7 women with persistent extrusion have not undergone resection. If 14 women suffered exposure and 7 were surgically corrected,  7 women were not surgically corrected.  There are 6 women whom were not treated with resection in the persient extrusion group. Therefore 6/7, 85% or those not resected persited.

Please see my discussion of the 3-year data abstract and full manuscript that demonstrates six women with de-novo dyspareunia. Those 6 women plus the three described with de novo dyspareunia at 5 years results in up to 9 (of 33 sexually active women) with de novo dyspareunia).

Maher C, Feiner B, Baessler K, Schmid C. Surgical management of pelvic organ prolapse in women. Cochrane Database of Systematic Reviews 2013, Issue 4. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub5.

Simone Dos Reis Brandão Da Silveira, Jorge Milhem Haddad, Zsuzsanna Ilona Katalin De Jármy-Di Bella, Fernanda Nastri, Miriam Goncalves Markos Kawabata, Silvia Da Silva Carramão, Claudinei Alves Rodrigues, Edmund Chada Baracat, and Antonio Pedro Flores Auge. "Multicenter, Randomized Trial Comparing Native Vaginal Tissue Repair and Synthetic Mesh Repair for Genital Prolapse Surgical Treatment." .International Urogynecology Journal Int Urogynecol J</i> 26.3 (2014): 335-42.

The erosion rate is 23% if the one rectal erosion is included.

Fatton B, Lagrange E, Jacquetin B. SEXUAL OUTCOME AFTER TRANSVAGINAL Repair Of Pelvic Organ Prolapse (Pop) With And Without Mesh: A Prospective Study Of 323 Patients. ICS/IUGA S7. August 25. 2010.

TSM 308: Chemical Resistance of Marlex Polyproylene. Phillips Sumika

Liebert, Timothy C., Richard P. Chartoff, Stanley L. Cosgrove, and Robert S. Mccuskey. "Subcutaneous Implants of Polypropylene Filaments." .Journal of Biomedical Materials Research J. Biomed. Mater. Res.</i> 10.6 (1976): 939-51.

Fayolle B, Audouin L, Verdu J. Oxidation induced embrittlement in polypropylene - a tensile testing study. Polymer Degradation and Stability. 2000;70(2000):333-40. Wood, A. J., M. J. Cozad, D. A. Grant, A. M. Ostdiek, S. L. Bachman, and S. A. Grant. "Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient." .J Mater Sci: Mater Med Journal of Materials Science: Materials in Medicine</i> 24.4 (2013): 1113-122. Dietz HP, Erdmann M, Shek KL. Mesh contraction: myth or reality? Am J Obstet Gynecol 2011;204:173.e1-4. Dietz HP, Erdmann M, Shek KL. Mesh contraction: myth or reality? Am J Obstet Gynecol 2011;204:173.e1-4. Tunn, R., A. Picot, J. Marschke, and A. Gauruder-Burmester. "Sonomorphological Evaluation of Polypropylene Mesh Implants after Vaginal Mesh Repair in Women with Cystocele or Rectocele." .Ultrasound in Obstetrics and Gynecology Ultrasound Obstet Gynecol</i> 29.4 (2007)

Wood, A. J., M. J. Cozad, D. A. Grant, A. M. Ostdiek, S. L. Bachman, and S. A. Grant. "Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient." .J Mater Sci: Mater Med Journal of Materials Science: Materials in Medicine</i> 24.4 (2013): 1113-122.

Costello, C. R., S. L. Bachman, B. J. Ramshaw, and S. A. Grant. "Materials Characterization of Explanted Polypropylene Hernia Meshes." Journal of Biomedical Materials Research Part B: Applied Biomaterials J. Biomed. Mater. Res83B.1 (2007): 44-49.

Zhong, S.P. et al. Biodeterioration/Biodegradation of Polymeric Medical Devices In Situ, International Biodeterioration & Biodegradation, Vol. 130, 95 (1994).

Id.

Id, at p. 108.

In The United States District Court For The Southern District Of West Virginia Charleston Division  In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation MDL No. 2326 Iakovlev General Expert Report

See e.g. Anderson et al, Foreign Body Reaction to Biomaterials, Seminars in Immunology 20 (2008) 86-100.

U. Klinge, B. Klosterhalfen, V. Birkenhauer, K. Junge, J. Conze, and V. Schumpelick. Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model. JOURNAL OF SURGICAL RESEARCH: VOL. 103, NO. 2, APRIL 2002. Klosterhalfen, B., Klinge, U., Hermanns, B., and Schumpelick, V. [Pathology of traditional surgical nets for hernia repair after long-term implantation in humans]. Chirurg 71(1): 43, 2000.

Arnaud Clavé & Hannah Yahi & Jean-Claude Hammou & Suzelei Montanari & Pierre Gounon & Henri Clavé. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants. Int Urogynecol J (2010) 21:261–270.
Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Mu¨ller, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591.
U. Klinge, B. Klosterhalfen, V. Birkenhauer, K. Junge, J. Conze, and V. Schumpelick. Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model. JOURNAL OF SURGICAL RESEARCH: VOL. 103, NO. 2, APRIL 2002. Klosterhalfen, B., Klinge, U., Hermanns, B., and Schumpelick, V. [Pathology of traditional surgical nets for hernia repair after long-term implantation in humans]. Chirurg 71(1): 43, 2000.

Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Müller, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591

Ethicon continued to decrease the amount of polypropylene in its products. It migrated from PROLINE mesh to GYMNEMESH PS and eventually to ULTRAPRO. Reasoning is also described in a publication of its paid consultants and employees. Milani AL, Hinoul P, Gauld JM, et al. Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1-year outcomes. Am J Obstet Gynecol 2011;204:74.e1-8.

ÕDwyer PJ, Kingsnorth AN, Molloy RG, et al. Randomized clinical trial assessing impact of a lightweight or heavy- weight mesh on chronic pain after inguinal hernia repair. Br J Surg 2005;92:166–170.Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Müller, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591

K. Junge á U. Klinge á A. Prescher á P. Giboni M. Niewiera á V. Schumpelick. Elasticity of the anterior abdominal wall and impact for reparation of incisional hernias using mesh implants. Hernia (2001) 5: 113±118

Barbolt, Thomas A. "Biology of Polypropylene/polyglactin 910 Grafts." International Urogynecology Journal Int Urogynecol J.17.S1 (2006): 26-30.

Muhl, et al. New Objective Measurement to Characterize the Porosity of Textile Implants. J. Biomed Mater Res Part B: Appl Biomater 84B:176-183, Publishe on line May 2007.2008. Klinge U, Klosterhalfen B. Modified classification of surgical meshes for hernia repair based on the analyses of 1,000 explanted meshes. Hernia DOI 10.1007/s10029-012-0913-6.

ETH.MESH.01431617, 6-14/15-2006, email chain about Gynemesh PS/Prolene Soft mesh pore size, Robert Rousseau: (Ethicon principal engineer)

ETH-83788: 1-26-2006. Otto J, Kaldenhoff E, Kirschner- Hermanns R, Muhl T, Klinge U. Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates. J Biomed Mater Res A 2014;102:1079-84. Barone W, Moalli P, Abramowitch S. Vari- able porosity of common prolapse meshes during uni-axial loading. Female Pelvic Med Reconstr Surg 2013;19(Suppl 2):S56. ETH.MESH.01818397. An Investigational Study of Swine Models to Evaluate Mesh Contraction and Tissue Integration Over a 13 Week Period

Milani AL, Hinoul P, Gauld JM, et al. Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1-year outcomes. Am J Obstet Gynecol 2011;204:74.e1-8.

Please see the numerous citations of the scientific literature found in 5. THE CLINICAL DATA and ASSOCIATED COMMUNICATIONS of this report describing thedangerous amount of contraction including but not limited to studies by authors such as Velemir, Dietz, Sheck, Tunn. Feiner, Benjamin, and Christopher Maher. "Vaginal Mesh Contraction." .Obstetrics & Gynecology.115.2, Part 1 (2010): 325-30. as well as Arnaud Clavé & Hannah Yahi & Jean-Claude Hammou & Suzelei Montanari & Pierre Gounon & Henri Clavé. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants. Int Urogynecol J (2010) 21:261–270. Dirk Weyhe, MD, Inge Schmitz, PhD, Orlin Belyaev, MD, Robert Grabs, Klaus-Michael Mu¨ller, MD, Waldemar Uhl, MD, Volker Zumtobel, MD. Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response. World J Surg (2006) 30: 1586–1591. U. Klinge, B. Klosterhalfen, V. Birkenhauer, K. Junge, J. Conze, and V. Schumpelick. Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model. JOURNAL OF SURGICAL RESEARCH: VOL. 103, NO. 2, APRIL 2002. Klosterhalfen, B., Klinge, U., Hermanns, B., and Schumpelick, V. [Pathology of traditional surgical nets for hernia repair after long-term implantation in humans]. Chirurg 71(1): 43, 2000.. see also ETH.MESH.01818397. An Investigational Study of Swine Models to Evaluate Mesh Contraction and Tissue Integration Over a 13 Week Period

See Atwood, J. D., & Dershowithz, S. (1992). Constructing a sex and marital therapy frame: Ways to help couples deconstruct sexual problems. Journal of Sex and Marital Therapy, 18, 196–219; Spence, S.H. (1997). Sex and relationships. In W. K. Halford & H. J. Markman (Eds.), Clinical handbook of marriage and couples interventions (pp. 73–105). New York: John Wiley.

See for example, Bakhshayesh, A., &Mortazavi, M. (2009). Relationship
Satisfaction, Sexual Health and Marital Satisfaction in Couples. Applied
Psychology, 3: 4 (12): 85-73; Ali-akbari Dehkordi, M. (2010). Relation between
Women's Sexual Function and Marital Adjustment. Journal of Behavioral
Sciences , 4:13, 199-206; Lau, T.F. J., Yang, X., Wang, Q., Cheng, Y., Tsui, Yi. Hi.,
Mui, W.H. L., & Kim, H. J. (2006). Gender Power and Marital Relationship As
Predictors of Sexual Dysfunction and Sexual Satisfaction among Young Married
Couples in Rural China: A Population-Based Study, Urology, 67(3):579-585;
Chen Yeh, H., Lorenz, O. F., Wickrama, K.A.S. Conger, D. R., & Elder Jr. H. G.
(2006). Relationships among Sexual Satisfactin, Marital Quality, and Marital
Instability at Midlife, Journal of Family Psychology , 20(2):339-343; Trudel, G.,
& Goldfarb, M. R. (2010). Marital and sexual functioning and Dysfunctioning,
Depression and Anxiety, Sexologies, 19(3):137-142. See also, Ata Shakerian,
Ali-Mohammad Nazari, Mohsen Masoomi (2014). Inspecting the Relationship
between Sexual Satisfaction and Marital Problems of Divorce-asking Women
in Sanandaj City Family Court. Procedia - Social and Behavioral Sciences 114
(2014) 327 - 333.

See Tunn, Shek, Dietz, Velemir, the retrospective studies of the French TVM
investigators all covered at length in the Clinical Data section of this reports
and Letouzey V, Deffieux X, Levailolant J, et al. Ultrasound evaluation of
polypropylene mesh contraction at long term after vaginal surgery for
cystocele repair (abstract). Int Urogynecol J Pelvic Floor Dysfunct.
2009;20:S205 and Feiner, Benjamin, and Christopher Maher. "Vaginal Mesh
Contraction." .Obstetrics & Gynecology.115.2, Part 1 (2010): 325-30.

Approximately 50% of cases by my clinical experience and that of other.
Crosby, Erin C., Melinda Abernethy, Mitchell B. Berger, John O. Delancey, Dee
E. Fenner, and Daniel M. Morgan. "Symptom Resolution After Operative
Management of Complications From Transvaginal Mesh." .Obstetrics &amp;
Gynecology. 123.1 (2014): 134-39.

Crosby, Erin C., Melinda Abernethy, Mitchell B. Berger, John O. Delancey, Dee
E. Fenner, and Daniel M. Morgan. "Symptom Resolution After Operative
Management of Complications From Transvaginal Mesh." .Obstetrics &amp;
Gynecology. 123.1 (2014): 134-39. Feiner, Benjamin, and Christopher Maher.
"Vaginal Mesh Contraction." .Obstetrics & Gynecology.115.2, Part 1 (2010):
325-30.

ETH. M ESH.05512280-05512314

Barbolt, Thomas A. "Biology of Polypropylene/polyglactin 910 Grafts."
.International Urogynecology Journal Int Urogynecol J. 17.S1 (2006): 26-30. It
is unclear if this is a reanalysis of the 2003 Ethicon rat study or a repeat study.
Nonetheless, there is novel narrative and disclosure.

Id

| |
|---|
| ETH.MESH.01818397. An Investigational Study of Swine Models to Evaluate Mesh Contraction and Tissue Integration Over a 13 Week Period |
| Each type or mesh was implanted in two places, subcutaneous and pre-periteum implantion |
| ETH.MESH.01818397. Figure 5. |
| Liang R, Abramowitch S, Knight K, et al. Vaginal degeneration following implantation of synthetic mesh with increased stiffness. BJOG 2013;120:233-43. |
| Feola A, Abramowitch S, Jallah Z, et al. Deterioration in biomechanical properties of the vagina following implantation of a high- stiffness prolapse mesh. BJOG 2013;120: 224-32 |
| Liang R, Zong W, Palcsey S, et al. Impact of prolapse meshes on the metabolism of vaginal extracellular matrix in rhesus macaque. Am J Obstet Gynecol 2015;212:174.e1-7. |
| ETH.MESH.00658268 (PROLIFT SURGEONS RESOURCE MONOGRAPH) |
| See the Clinical Data and Related Correspondence section for the review of the literture. |
| Available to Ethicon in its 2006 TVM data and elsewhere in both retrospective and prospective studies of its investigators and consultants. See also THE CLINICAL DATA and ASSOCIATED COMMUNICATIONS of this report. |
| Chen CCG,Gustilo-Ashby AM, Jelovsek JE, et al. Anatomic relationships of the tension-free vaginal mesh trocars.Am J Obstet Gynecol 2007;197:666.a1-666.a6. |
| Rectal injuries did occur with self tailored mesh surgery. However, these were typically during dissection and lead to non-placement of the mesh. |
| Although adductor space complications were also known to the transobturator sling, these complications were unknown to prolapse surgery. Furthermore, the ramifications were different as the size of the implant was many times larger. |
| Id |
| This problem was well recognized by both Ethicon and its key opinion leaders. ETH-48281 |
| ETH-48281 |
| ETH.MESH.07724613 |
| ETH.59497 |

Boulanger, Loïc, Malik Boukerrou, Chrystèle Rubod, Pierre Collinet, A. Fruchard, René J. Courcol, and Michel Cosson. "Bacteriological Analysis of Meshes Removed for Complications after Surgical Management of Urinary Incontinence or Pelvic Organ Prolapse.". International Urogynecology Journal Int Urogynecol J. 19.6 (2008): 827-31. Vollebregt, Astrid, Annet Troelstra, and C. Huub Van Der Vaart. "Bacterial Colonisation of Collagen-coated Polypropylene Vaginal Mesh: Are Additional Intraoperative Sterility Procedures Useful?" International Urogynecology Journal Int Urogynecol J 20.11 (2009): 1345-351.

---

Mamy, Laurent, Vincent Letouzey, Jean-Philippe Lavigne, Xavier Garric, Jean Gondry, Pierre Mares, and Renaud De Tayrac. "Correlation between Shrinkage and Infection of Implanted Synthetic Meshes Using an Animal Model of Mesh Infection." International Urogynecology Journal Int Urogynecol J 22.1 (2010): 47-52.

---

The opinions of this section are substantiate by the pool of relavent medical literature covered in the Clinical Data section of this report.

Both after robotic Sacrocolpopexy: One partial SBO that resolved with bowel rest and one that resolved with the laparoscopic lysis of a single adhesion.

---

"These problems (mesh extrusion) arise due to exposure of the mesh material caused by inadequate healing". Collinet, Pierre, Franck Belot, Philippe Debodinance, Edouard Ha Duc, Jean-Philippe Lucot, and Michel Cosson. "Transvaginal Mesh Technique for Pelvic Organ Prolapse Repair: Mesh Exposure Management and Risk Factors." .International Urogynecology Journal Int Urogynecol J</i> 17.4 (2005): 315-20.

---

DEGRADATION CITATIONS (PUT ALL 11 HERE)

ETH.MESH.02341526

ETH.07248-07303

ETH.MESH.00401365

ETH.MESH.03960103

Collinet, Pierre, Franck Belot, Philippe Debodinance, Edouard Ha Duc, Jean-Philippe Lucot, and Michel Cosson. "Transvaginal Mesh Technique for Pelvic Organ Prolapse Repair: Mesh Exposure Management and Risk Factors." .International Urogynecology Journal Int Urogynecol J. 17.4 (2005): 315-20

ETH.MESH.00658368

See Figure 6, photograph from Svabík, Kamil, Alois Martan, Jaromir Masata, Rachid El-Haddad, Petr Hubka, and Marketa Pavlikova. "Ultrasound Appearances after Mesh Implantation—evidence of Mesh Contraction or Folding?" International Urogynecology Journal Int Urogynecol J 22.5 (2010): 529-33.

ETH.MESH.00658363-400

Withagen, Mariëlla I., Mark E. Vierhout, Jan C. Hendriks, Kirsten B. Kluivers, and Alfredo L. Milani. "Risk Factors for Exposure, Pain, and Dyspareunia After Tension-Free Vaginal Mesh Procedure.". Obstetrics &amp; Gynecology. 118.3 (2011): 629-36.

Verdeja, Ana M., Thomas E. Elkins, Alex Odoi, R. Gasser, and Carlos Lamoutte. "Transvaginal Sacrospinous Colpopexy: Anatomic Landmarks to Be Aware of to Minimize Complications." American Journal of Obstetrics and Gynecology 173.5 (1995): 1468-469

Cosson M, Rosenthal C, Debodinance P, Clave H, Berrocal J, Jacquetin B. Prospective clinical assessment of the Total TransVaginal Mesh (TVM) technique for treatment of Pelvic Organ Prolapse - 3 year results. Int Urogynecol J (2008) 19 (Suppl 1):S106. 13 women suffered mesh extrusion. A total of six had undergone excision (5 at one year and one now). If we allow that excisions resulted in cure, 5 of the 7 patients not excised of their extrusion (71%) are with persistent mesh extrusion. Of course it is possible that excisions failed and the 46% overall persistent extrusion rate represents a combination of excisional failures and medical failures. 85 women available at 3 year follow-up

Milani et al. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG: an International Journal of Obstetrics and Gynaecology. January 2005, Vol. 112, pp. 107–111.

Fatton B, Amblard J, Debodinance P, Cosson M, Jacquetin B. Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (ProliftTM technique) - a case series multicentric study. Int Urogynecol J 2007; 18: 743-752. Cosson M, Rosenthal C, Debodinance P, Clave H, Berrocal J, Jacquetin B. Prospective clinical assessment of the Total TransVaginal Mesh (TVM) technique for treatment of Pelvic Organ Prolapse - 3 year results. Int Urogynecol J (2008) 19 (Suppl 1):S106
61 women were sexually active prior to TVM. 40 were sexually active at 1 year after implant. 39 are sexually active at 3 years.

Crosby, Erin C., Melinda Abernethy, Mitchell B. Berger, John O. Delancey, Dee E. Fenner, and Daniel M. Morgan. "Symptom Resolution After Operative Management of Complications From Transvaginal Mesh." .Obstetrics &amp; Gynecology. 123.1 (2014): 134-39.

ETH.01786

Patient marketing piece, ETH.00264 bares similar inadequacies and is noted referenced below.

ETH.00264

The statement of "very small incisions in the vagina" also appears in the patient advertisement piece, ETH.00264

Withagen, Mariëlla I., Alfredo L. Milani, Jan Den Boon, Harry A. Vervest, and Mark E. Vierhout. "Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse." Obstetrics &amp; Gynecology. 117.2, Part 1 (2011): 242-50. Withagen reported native tissue surgery at 45min and PROLIFT at 53.5 min.

It is important to note that the most experienced TVM surgeons in the world, the Ethicon's French TVM investigators, reported a mean TVM operative time of 95.1 minutes. Although Maher et al reported a Laparoscopic Sacrocolpopexy time of 97 minutes; this is not meaningfully different then the 95 minute TVM time of the French TVM surgeons. The average length of stay following TVM in the French study was 4.7 days.

Expert report of Joye K. Lowman, M.D., MPH, the case of Patricia L. Hammons, Plaintiff, v. Ethicon, Inc., et al., Defendents. Philadelphia County Court. May Term 2013. No. 3913

ETH.62214

ETH.MESH.02282833-02282834, Iglesia CB et al. Vaginal mesh for prolapse: a randomized controlled trial. Obstet Gynecol 2010; 116: 1456., ETH.59498

Iglesia CB et al. Vaginal mesh for prolapse: a randomized controlled trial. Obstet Gynecol 2010; 116: 1456.

ETH.59496-59497

See depositon of Paul Parisi. 766:15-789:25

See depositon of David Robinson. 376:14-24

See deposition of Scott Jones pg 718, 729,731-734

ETH.59475-59508

| | | |
|---|---|---|
| ETH.MESH.00843834 | Powerpoint: Future of Evidence Generation and Prosima Launch Plan | 6/11/2007 |
| ETH.MESH.04098598 | Prosima Study Conference Call Meeting Minutes | 8/9/2007 |
| ETH.MESH.03294572-581 | Project Plan | 8/12/2007 |

| | | |
|---|---|---|
| ETH.MESH.03162936-38 | Email re: Follow-up on US visit | 4/12/2008 |
| ETH.MESH.05009194-96 | Email re: ProLift + M Registration | 4/28/2008 |
| ETH.MESH.03164735 | Email re Prosima v Colporraphy | 8/27/2009 |
| ETH.MESH.04569706 | Email re: Prosima Communication and Action Plan | 4/11/2008 |
| HMESH_ETH_02684590 | Powerpoint: Gynecare Prosima Launch Readiness | 5/12/2009 |
| ETH.MESH.00057757 | 2009 Incontinence & Pelvic Floor Summit | 02/06-08/2009 |
| ETH.MESH.02156725 | Email re: PROSIMA Feedback | 2/8/2009 |

| | | |
|---|---|---|
| ETH.MESH.02156730 | Email re: PROSIMA Feedback | 2/8/2009 |
| ETH.MESH.00281482-88 | Email re: PROSIMA Feedback & Prosima Presentation attachment | 2/9/2009 |
| ETH.MESH.02156777 | Email re: Prosima | 2/9/2009 |
| ETH.MESH.01186129-131 | Email re: PROSIMA Feedback | 2/9/2009 |
| ETH.MESH.02156759-760 | Email re: PROSIMA Feedback | 2/9/2009 |
| ETH.MESH.00548923 | Email re: PROSIMA Feedback | 2/10/2009 |
| ETH.MESH.11832807-08 | Email re: Summit Recap | 2/11/2009 |
| ETH.MESH.05095524 | Email re: As Requested: PROSIMA Feedback | 2/12/2009 |

| | | |
|---|---|---|
| ETH.MESH.00794750 | Email re: 1 Million Dollars!!! | 4/19/2010 |
| ETH.MESH.07378350-52 | E-APEX Marketing Excellence Award Submission Form | 9/30/2010 |
| ETH.MESH.02252055-57 | Email FW: Pelvic Floor Mesh | 10/25/2010 |
| ETH.MESH.03643257 | Powerpoint: Ethicon US 2011 Brand Business Plan | 1/7/2011 |
| ETH.MESH.03686819 | Email Fw: ACTION: Ethicon Global Alignment Meeting Inviation and Registration | 2/4/2011 |

| | | |
|---|---|---|
| ETH.MESH.08966061-64 | Email re: Marketing Mastery Submission TA Prosima Proof & Attached Award Submission Form | 10/31/2011 |
| ETH.MESH.05563395-98 | Email re: AW Prosima+M Deliverables for 510k submission | 1/31/2011 |
| ETH.MESH.05572810 | Email re: couple of things | 4/4/2011 |
| ETH.MESH.03360404 | Email and attached slides re LV Prosima+M_Regulatory slide SBT for 7th of June | 6/3/2011 |
| ETH.MESH.07903682 | Email re: PS vs +M | 6/30/2011 |

| | | |
|---|---|---|
| ETH.MESH.09268043 | Email re: Corp Info on Compensation to HCP | 11/15/2004 |
| ETH.MESH.10376374 | Email re Lab, etc. | 2/28/2007 |
| ETH.MESH.00070065 | Calendar Meeting: IFU last minute changes | 2/20/2008 |
| ETH.MESH.05134613 | Email re: Prosima | 6/22/2009 |
| ETH.MESH.10416655 | Email re Reporting Prosima Successs | 11/11/2009 |
| ETH.MESH.08961175 | Email re: Prosima Apical Support Learning Guide | 6/17/2010 |
| ETH.MESH.03898831-34 | Email re: 2011 VOTE Team Conf Call-VOTE Team Questions | 3/7/2011 |
| ETH.MESH.05805807 | Letter "Dear Colleagues" | 4/11/2011 |

| | | |
|---|---|---|
| ETH.MESH.05566117 | Powerpoint: Reshaping Regulatory to Better Meet Ethicon's Strategic Goals | 4/12/2011 |
| ETH.MESH.03466382 | Email re: Dr. Bedestani | 5/12/2011 |
| ETH.MESH.05592152 | Email re: QBR 4/20 | 5/20/2011 |
| ETH.MESH.04476164 | Powerpoint: EWHU Board Meeting | 6/13/2011 |
| ETH.MESH.03643727 | Email re: Mid-Year Note 2011: Urogynecology and Reconstuctive Pelvic Surgery Group | 6/27/2011 |
| ETH.MESH.03721558 | Focus on Mesh Exposure - Road to Improvement | 12/21/2011 |