# Ralph Zipper, MD
## FACOG, FPMRS

Director Urogynecology and Pelvic Reconstructive Surgery
Urogynecology Associates
1130 S. Harbor City Blvd. ● Melbourne, FL 32901
(321) 674-2114

Dr. Ralph Zipper is board certified in Female Pelvic Medicine and Reconstructive Surgery. He is one of the nation's leading authorities on pelvic reconstructive surgery and Incontinence.  Ralph has 18 years of experience as an Urogynecologist.  Over the last 10 years, Dr. Zipper has pioneered revolutionary new techniques in pelvic reconstruction and has trained over one thousand surgeons in his techniques of prolapse and incontinence surgery.  Dr. Zipper's surgery is featured in numerous instructional DVDs. Thousands of these DVDs are presently in U.S. circulation..

Dr. Zipper has been the key figure in the commercialization of numerous inventions and products within the areas or urinary incontinence and pelvic organ prolapse. He serves as the founder and CEO of three innovative market space device companies and is also the CEO of the Academy Award winning Zipper Brothers Films

- Trained of over 1000 urologists, urogynecologists, and gynecologists
- Trained over 150 sales persons within related market space
- 3 issued patents and 5 pending for industry changing devices and methods
- Performed more Contigen urethral injections for incontinence than any other U.S. surgeon (>400 office based injections each year)
- Performs more sacral nerve stimulations for bladder dysfunction (Interstim) than any U.S. Urogyn (approx 20/mo)
- Evaluates and treats over 1500 patients each year for pelvic organ prolapse and urinary incontinence
- CEO Uroshape LLC (Phase 2 clinical trials)
- CEO Gyneshape LLC (OEM and Distributor of Gyn lasers)
- CEO AfterGlow LLC

**Active Licenses:** Florida Board of Medicine ME76190
California Board of Medicine G84567

**Active Board Certifications:**   FPMRS (ABOG)
OB/GYN (ABOG)

## Education:

| | | |
|---|---|---|
| Dec. '87 | The University of Connecticut, Sorrs, CT B.S. Biology. | |
| May '92 | The Mount Sinai School of Medicine of The City University of New York Doctor of Medicine; | |
| June '96 | The Johns Hopkins Hospital, Dept. of Gynecology and Obstetrics, Baltimore, MD Ob/Gyn Residency | |
| | The Johns Hopkins Hospital, Dept. of Urogynecology and Urodynamic Clinic, Baltimore, MD | |

The Johns Hopkins University Graduate Program, The Business of Medicine, Baltimore, MD

## Professional Experience:

| | |
|---|---|
| 6/08 - Present | President of Laser Gyn Institute |
| 6/08 - Present | Chairman of American Board of Aesthetic Gynecology |
| 11/07 - Present | President of Zipper Urogynecology Associates<br>Melbourne, FL |
| 10/09 - Present | CEO Uroshape LLC<br>Manufacturer and Distributor of Urogyn lasers |
| 2/08 – Present | CEO Gyneshape Lasers<br>Manufacturer and Distributor of Gyn lasers<br>Melbourne, FL |
| 8/2008-Present | CEO Zipper Brothers Films<br>Winner 2012 Academy Award<br>Best Documentary Feature |
| 2010 | Keynote Speaker Medtronic Neuromodulation National Sales Meeting |
| 2004 | Keynote Speaker Bard National Sales Meeting Pelvic Reconstruction Surgery with Xenograft Material<br>Phoenix, AZ |
| 2003 | Speaker National Conference on Pelvic Reconstruction Surgery Via Graft & Surgical Treatment of Stress Urinary Incontinence<br>Chicago, IL<br>Denver, CO |
| 2002- 2005 | Lead U.S. Instructor for Uretex Sling Procedure for Stress Urinary Incontinence |
| 2002 - 2004 | Lead Florida Instructor for Transurethral Contigen Implantation |
| 2002 | Lead Speaker National Conference on Pelvic Reconstruction Surgery Urinary Incontinence<br>Las Vegas, NV |
| 1/99 – 11/07 | Director of Urogynecology & Pelvic Reconstructive Surgery<br>Osler Medical<br>Melbourne, FL |
| 8/96 – 1/99 | Women's Health Institute & WHI Testing & Procedure Cent<br>Lafayette and Opelousas, LA |
| 1987 – 1988 | Trader<br>Allen & Company (New York City Investment Bank)<br>New York, New York |

## Professional Membership's and Organizations:

The American College of Obstetricians and Gynecologists

The Society of Pelvic and Reconstructive Surgeons

American Urogynecology Society

The American Medical Association

Member of Key Group, Responsible for Evaluation of Monare Transobturator Sling prior to U.S. Marketing

Key Member Thought Leaders Meeting on Surgical Treatment of Stress Incontinence Pelvic Organ Prolapse

## Academic Affiliations:

Postdoctoral Fellow of Gynecology and Obstetrics
The Johns Hopkins Hospital School of Medicine, Baltimore, MD

Johns Hopkins Department of Gynecology Grand Rounds
Methods of Endometrial Sampling

Emil Novak Memorial Gynecologic Grand Rounds Methods of Endometrial Sampling

Johns Hopkins Department of Gynecology Resident Rounds Lecture Evaluation and Therapy of the Urogynecologic Patient

Johns Hopkins Department of Gynecology Resident Rounds Lecture Precursors of Endometrial Carcinoma

## Publications:

Abstract; Intentional Urogynecology Association: Efficacy, Functional Outcomes and Adverse Effects of Low Weight Polypropylene Mesh for Pelvic Prolapse Repair

For Little Brown: Abnormal Uterine Bleeding
Perioperative Care of The Gyn Patient

For J.B. Lippincott Company (Sciarra Series):
Risks of Steroidal Contraception, Revision

The Uretex Sling
An Instructional DVD
C.R. Bard

Total Mesh Vaginoplasty
Vaginal Surgery Instruction Series: Part One
An Instructional DVD
Mentor / Coloplast

## Recent Research Activity:

2010-2011:  Principle Investigator. The Effectiveness of Class IV Therapeutic Laser Treatment for Chronic Pelvic Pain and Dispareunia. New England IRB 09-152

2010-2012: Principle Investigator: The Effectiveness of Class IV Therapeutic Laser Treatment for Overactive Bladder Symptoms. New England IRB 10-053

2012-2013: Principle Investigator: Painless Laser Therapy  for Overactive Bladder Symptoms (PLTOAB)  New England IRB 11-179

## TABLE 1

| Application Name | Serial Number | Patent Number |
| --- | --- | --- |
| Sexual Stimulation Device Using Light Therapy | 13/828,445 | 8,801,600 |
| Improved Sexual Stimulation Method Using Light Therapy | 14/456,151 | |
| Method for Decreasing the Size and/or Changing the Shape of Pelvic Tissues | 12/496,216 | 8,795,264 |
| Pessary Device | 12/394,085 | 8,887,731 B2 |
| Device and Method for Securing Sutures and the Like | 12/393,067 | Allowed, Expecting Pub #. |
| Laser Device and Method for Decreasing the Size and/or Changing the Shape of Pelvic Tissues | 12/687,965 | |
| Bulbous Tipped Surgical Device and Method for Decreasing the Size and/or Changing the Shape of Pelvic Tissues | 12/687,991 | |
| Urinary Incontinence Sling Apparatus and Method | 12/072,648 | |
| Video Training Method | 61/062,209 | |
| Devices and Methods for Placing Slings and Other Materials | 12/393,702 | |
| Surgical Needle or Introducer Precise Penetrator | 12/394,168 | |
| Surgical Meshes and Methods of Use | 12/698188 | |
| Device and Method for Carrying Material Through Tissue | 12/394,841 | |