Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
Master File No. 2:12-MD-02327
MDL No. 2327
JOSEPH R. GOODWIN U.S. DISTRICT JUDGE
IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION
THIS DOCUMENT RELATES TO:
Sharon Carpenter, et al. v. Ethicon, Inc.,
et al.
    Civil Action No. 2:12-cv-00554

Joy Essman, et al.  v. Ethicon, Inc., et
al.,
    Civil Action No. 2:12-cv-00277

Barbara A. Hill, et al. v. Ethicon, Inc.,
et al.,
    Civil Action No. 2:12-cv-00806

Brenda Riddell, et al. v. Ethicon, Inc., et
al.,
    Civil Action No. 2:12-cv-00547

Barbara J. Vignos-Ware, et al. v. Ethicon,
Inc., et al.,
    Civil Action No. 2:12-cv-00761
- - - - - - - - - - - - - - /

RALPH ZIPPER, M.D., FACOG, FPMRS
    March 20, 2016

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Page 2

```
 1                  * * *
 2          Deposition of RALPH ZIPPER, M.D.,
 3    FACOG, FPMRS, held at Hilton Rialto
 4    Place, 200 Rialto Place, Melbourne,
 5    Florida, commencing at 9:26 a.m., on the
 6    above date before Rhonda Hall-Breuwet,
 7    RDR, CRR, LCR, CCR, FPR, CLR, NCRA
 8    Realtime Systems Administrator
 9                  * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1   APPEARANCES:
 2
     DANIEL THORNBURGH, ESQUIRE
 3   Aylstock, Witkin, Kreis & Overholtz, PLLC
     17 East Main Street
 4   Suite 200
     Pensacola, Florida 32502
 5   (850) 202-1010
     dthornburgh@awkolaw.com
 6            Attorney for Plaintiffs
 7
 8   JOE W. TOMASELLI, JR., ESQUIRE
     Goldman Ismail Tomaselli Brennan & Baum, LLP
 9   3131 Turtle Creek
     Suite 1210
10   Dallas, Texas 75219
     (214) 880-9903
11   jtomaselli@goldmanismail.com
              Attorney for Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1              I N D E X
 2                         PAGE
 3   Direct Examination By Mr. Tomaselli    12
 4   Certificate of Oath        340
 5   Reporter's Certificate       341
 6   Instructions to Deponent        342
 7   Errata Sheet        343
 8   Acknowledgment of Deponent          344
 9   Lawyer's Notes        345
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 41

```
 1    abdominally because it's a mesh that was
 2    readily available in hospitals, and
 3    because of that, the likelihood is high
 4    that I used it.  I just can't recall.
 5         Q.   Okay.  That's fine.  And do
 6    you remember -- maybe I should back up.
 7         Do you remember when you
 8    first used any type of polypropylene
 9    mesh, be it self-tailored or in a Y
10    shape, for abdominal repair of pelvic
11    organ prolapse?
12              MR. THORNBURGH:  Objection.
13              THE WITNESS:  I don't recall
14         the material that we were using in
15         residency.  There is certainly a
16         good chance it was polypropylene
17         mesh, which would put us into the
18         mid to late 1990s.  1994, '95,
19         '96.
20    BY MR. TOMASELLI:
21         Q.   Okay.  Do you still use
22    polypropylene mesh today for abdominal
23    repair of pelvic organ prolapse?
24              MR. THORNBURGH:  Objection.
```

Page 42

```
 1              THE WITNESS:  I do.
 2    BY MR. TOMASELLI:
 3         Q.   All right.  And my
 4    understanding is that you use a product
 5    called Alyte Y?
 6         A.   Yes.
 7         Q.   Are there other products
 8    that are manufactured for the use of
 9    abdominal repair of pelvic organ
10    prolapse?
11              MR. THORNBURGH:  Objection.
12    BY MR. TOMASELLI:
13         Q.   Maybe that was a terrible
14    question.  Let me try again.  Withdrawn.
15    Alyte Y is a mesh that's
16    manufactured for use in abdominal repair
17    of pelvic organ prolapse; is that
18    correct?
19         A.   Yes.
20         Q.   Are there other mesh --
21    polypropylene meshes that you have used
22    other than Alyte Y for the abdominal
23    repair of pelvic organ prolapse?
24         A.   Yes, but I couldn't tell you
```

Page 43

```
 1    those brands today.
 2         Q.   Okay.  I know that from just
 3    searching another -- well, withdrawn.
 4              Have you ever used a mesh Y
 5    polypropylene product called IntePro?
 6         A.   I don't recall.
 7         Q.   Fair enough.  You still -- I
 8    may have asked this already and I
 9    apologize, but you still use
10    polypropylene mesh for the use of
11    abdominal --
12         A.   Sacrocolpopexy.
13         Q.   -- sacrocolpopexy for the
14    treatment of pelvic organ prolapse today?
15              MR. THORNBURGH:  Objection.
16              THE WITNESS:  Yes.
17    BY MR. TOMASELLI:
18         Q.   All right.  And the mesh
19    that you use is still the Alyte Y?
20              MR. THORNBURGH:  Objection.
21              THE WITNESS:  Yes.
22    BY MR. TOMASELLI:
23         Q.   My understanding is that the
24    ASC, I'll call it -- is that okay for the
```

Page 44

```
 1    abdominal sacrocolpopexy?
 2         A.   Sure.
 3         Q.   All right.  My understanding
 4    is that ASC can be performed openly,
 5    laparoscopically, or robotically; is that
 6    right?
 7         A.   Correct.
 8         Q.   All right.  When did you
 9    start using -- well, withdrawn.
10              My understanding today is
11    that you use robotic ASC?
12         A.   I use all approaches.
13         Q.   All approaches.  Okay.  Can
14    you best estimate for me when you started
15    using robotic ASC?
16         A.   No.
17         Q.   Do you remember the first
18    time that you used robotic ASC?
19         A.   I remember the experience.
20    I don't remember the date.
21         Q.   Okay.  Do you -- that's
22    fair.
23         Do you remember whether it
24    was in the last year or two, or could we
```

Page 149

```
 1          THE WITNESS:  Yeah.
 2   BY MR. TOMASELLI:
 3      Q.   It says in the late -- it
 4   says, "The late 1990s marks the time when
 5   an elite group of expert urogynecologists
 6   began to gain experience with the
 7   transvaginal implantation of
 8   polypropylene mesh in the treatment of
 9   pelvic organ prolapse."
10          Do you see where I am?
11      A.   Yes, I do.
12      Q.   All right.  Now, where did
13   you come up with that information?  How
14   did you learn that?
15      A.   By being what device
16   companies have described and called me to
17   be, a key opinion leader, I intermingled
18   with other key opinion leaders and elite
19   surgeons throughout the country and were
20   aware of what was being done with
21   self-tailored mesh.
22      Q.   And when you talk about an
23   elite group of urogynecologists being --
24      A.   I'm sorry.  "Elite" may be
```

Page 150

```
 1   too ambiguous and too colorful of a word,
 2   but I also called them key opinion
 3   leaders as identified by device
 4   companies.  I think that would be a
 5   better description.
 6      Q.   All right.  So instead of
 7   your report reading that an elite group
 8   of expert urogynecologists began to gain
 9   experience, you would rather say that a
10   group of key opinion leaders identified
11   by device companies?
12      A.   I think that that would be a
13   more precise term.  "Elite" is not
14   inaccurate; it's just not as precise.
15      Q.   All right.  Well, this group
16   of gynecologists that are expert or
17   elite, do you recall who you're thinking
18   about in terms of these people, like
19   their names?
20      A.   Offhand, I remember --
21          MR. THORNBURGH:  Objection.
22          THE WITNESS:  -- that
23      Dr. Kohli was doing -- placing
24      self-tailored mesh.  I believe
```

Page 151

```
 1      that Dr. Ross was doing a little
 2      bit.  He may have been doing more
 3      animal tissue, more allograft
 4      tissue.  I believe that --
 5   BY MR. TOMASELLI:
 6      Q.   So I'm talking about the
 7   polypropylene mesh here.
 8      A.   Yeah, so am I.
 9      Q.   Okay.
10          MR. THORNBURGH:  He's
11      answering your --
12          THE WITNESS:  I believe at
13      that time Dr. Garely may have
14      been.  Dr. Miklos may have been.
15      Dr. Lucente may have been.  I
16      actually -- I, to a lesser degree,
17      recall exact names.  It's just as
18      an overall growing trend among
19      that basic body of experts.
20   BY MR. TOMASELLI:
21      Q.   All right.  And this
22   self-tailored mesh was indeed placed
23   through the vagina?
24      A.   Yes.
```

Page 152

```
 1      Q.   Okay.  By the mid-2000s, do
 2   you know if this group of expert
 3   gynecologists stopped using mesh via the
 4   transvaginal route?
 5          MR. THORNBURGH:  Objection.
 6          THE WITNESS:  You're talking
 7      about the self-tailored mesh or
 8      are you talking about kits with
 9      arms?
10   BY MR. TOMASELLI:
11      Q.   I guess I'm just talking
12   about your statement here that in the
13   late 1990s, the -- this expert group
14   began to use transvaginal mesh.  And my
15   question was, do you know when they
16   stopped?
17      A.   No.
18      Q.   I think you wrote -- and I
19   don't remember where -- but I believe you
20   stated that the highest level of
21   scientific evidence is the randomized
22   clinical trial; is that right?
23      A.   No.  I've stated the highest
24   level of evidence is the meta-analysis of
```

Page 153

1  multiple randomized control trials.
2      Q.   Okay.  Fair enough.
3          So below a systematic review
4  or meta-analysis of a group of randomized
5  trials, below that would be the single
6  randomized trial?
7          MR. THORNBURGH:  Objection.
8          THE WITNESS:  Yes.
9          Are we on Prolift right now?
10 BY MR. TOMASELLI:
11     Q.   Yes.
12     A.   Okay.
13         (Exhibit Number 11, Article
14     Titled "Vaginal repair with mesh
15     versus colporrhaphy for prolapse:
16     a randomised controlled trial," by
17     Carey, et al., was marked for
18     identification.)
19 BY MR. TOMASELLI:
20     Q.   Doctor, I'm handing you what
21 I've marked as Deposition Exhibit
22 Number 11, and is that a --
23     A.   This is Prosima, I believe,
24 sir.

Page 154

1          MR. THORNBURGH:  This is
2      Dr. Carey.
3          THE WITNESS:  Prosima.
4      That's okay.  I just asked you if
5      it was Prolift and you said yes.
6      But I know there's a lot of
7      information today.  Okay.  Let's
8      talk about this.
9          This is a paper accepted in
10     2009 and published in 2009 by
11     Dr. Carey, the inventor of the
12     Prosima procedure, by Dr. Carey,
13     who received a million dollars for
14     signing over a license of the
15     Prosima intellectual property to
16     Ethicon, and who had a deal for, I
17     believe, 2-1/2 percent of
18     downstream revenues worth up to
19     $6 million a year based on
20     Ethicon's projections.
21         And this is a randomized
22     controlled trial of which
23     Dr. Carey is the principal author,
24     the lead author, published in

Page 155

1      2009, comparing, I believe,
2      combined anterior and posterior
3      Prosima to combined native tissue
4      anterior and posterior repair.
5  BY MR. TOMASELLI:
6      Q.   This Deposition Exhibit
7  Number 11 --
8          MR. THORNBURGH:  Does that
9      answer your question?
10 BY MR. TOMASELLI:
11     Q.   Is Deposition Exhibit
12 Number 11 a randomized trial published by
13 Dr. Carey in 2009?
14         MR. THORNBURGH:  Objection.
15         THE WITNESS:  Yes.  It's a
16     randomized controlled trial.  The
17     control group was a native tissue
18     plication.  The experimental group
19     was anterior and posterior Prosima
20     combined with native tissue.
21 BY MR. TOMASELLI:
22     Q.   Okay.  I thought that this
23 mesh that was used in Carey 2009 was
24 Gynemesh PS.

Page 156

1      A.   It is Gynemesh PS, as you
2  pointed out earlier, and I responded.  I
3  said the same defective mesh which
4  Ethicon has demonstrated in its numerous
5  animal studies to be defective, which
6  subsequent investigators such as Liang
7  and Feola have further validated to be
8  defective compared to alternative meshes,
9  exist in both the Prosima and the
10 Prolift, with the key difference that in
11 the Prolift, it gets dragged through
12 muscle bodies, encouraging extrapelvic
13 complications and worsening complications
14 through inflammation and infection and
15 contraction in the muscle bodies with
16 associated degradation.
17         This here is a study using
18 the Prosima device composed of Gynemesh
19 PS with the Carey method, licensed by
20 Dr. Carey to Ethicon for a million
21 dollars, and a potential for six-plus
22 million dollars in downstream revenue
23 every year based on Ethicon projections,
24 and biased.  As you asked me earlier, did

1  I feel that the owner of a patent could
2  in an unbiased way evaluate a study on
3  their IP, and I said no, and here is
4  Dr. Carey.
5      Q.   Was this study
6  peer-reviewed?
7      A.   I believe the British
8  Journal of Obstetrics and Gynaecology is
9  peer-reviewed.  I do recall that there
10  was a problem -- no, it was the study
11  before that was at first rejected.
12          I believe this was the study
13  where Dr. Carey was unable to show any
14  significant benefit of Prosima compared
15  to native tissue surgery, and also found
16  either a 16 or 17 percent incidence of de
17  novo dyspareunia associated with Prosima,
18  although he did find a mesh extrusion
19  rate which was lower than Prolift.
20      Q.   Dr. Zipper, I'm going to
21  take you through some of that data.  If
22  you can just maybe concentrate on my
23  simple question every now and again, I
24  certainly would hugely appreciate it.

1      A.   I will certainly do my best
2  to apply Occam's razor whenever possible.
3  However, these are not -- even though the
4  questions may appear simple, the answers
5  are not simple.
6      Q.   Okay.  I thought my simple
7  question was, is this paper or was it
8  peer-reviewed.
9      A.   And I answered it.  I said
10  yes.
11      Q.   Okay.  Were patients
12  enrolled in this study between
13  February 2003 and August 2005?
14      A.   I'd have to read the study
15  to refresh my memory with regard to the
16  enrollment time frame.
17      Q.   If you'd turn to the second
18  page under methods, the end of the first
19  paragraph, do you see that it states that
20  patients were enrolled from February 2003
21  to August 2005?
22      A.   You said second page?  Page
23  number 1381?
24      Q.   Yes, sir.

1      A.   And the end of the second
2  paragraph?
3      Q.   End of the first paragraph
4  under "Methods."
5      A.   Yes.  I see that.  "All
6  eligible women who agreed to participate
7  in this study and provided written
8  informed consent were enrolled
9  between . . . 2003 and August 2005."
10  Yes, I see that.
11      Q.   Can you confirm that in this
12  study by Carey published in 2009 that the
13  patients were enrolled between
14  February 2003 and August 2005?
15          MR. THORNBURGH:  Objection.
16      Joe, it's the same exact question
17      you just asked.
18          MR. TOMASELLI:  I think the
19      answer is just simply yes.
20          MR. THORNBURGH:  He said --
21      he says yes.
22  BY MR. TOMASELLI:
23      Q.   Okay.  So we can agree it's
24  yes?

1          MR. THORNBURGH:  Well, I'm
2      not going to answer for him.  I'm
3      just telling you it's the same
4      question.
5          THE WITNESS:  I would say
6      the "Methods" section of this
7      paper says eligible patients were
8      enrolled between February of 2003
9      and 2005.  It doesn't say when
10      they were treated.
11  BY MR. TOMASELLI:
12      Q.   Okay.
13      A.   But we know from Ethicon
14  internal documents that this data was
15  available well before publication.
16      Q.   Dr. Zipper, if you'll turn
17  to Table 2 of the paper, which is on
18  page 1383.
19          Do you see that?
20      A.   Sure.
21      Q.   The top comparison in Table
22  2 is, I think, a comparison that you
23  referenced earlier which is whether there
24  was objective success proven in this

1    study comparing Gynemesh PS to native
2    tissue surgery.
3        Do you see that?
4        A.   Actually, that's not what
5    this study did.  That's a
6    misrepresentation of the study.
7        Q.   All right.
8        A.   This study compared -- sir,
9    this study compared the Prosima device in
10   the form which was -- included Gynemesh
11   PS used with an unvalidated type of
12   vaginal splint combining a semi-rigid
13   pessary with a balloon, combined with
14   native tissue surgery, to native tissue
15   surgery in a randomized controlled
16   fashion.
17       Q.   Okay.  In terms of the study
18   that we have in front of us by Carey --
19   published by Carey in 2009.
20       A.   Hang on.  I want to back up.
21   I misstated something.  This study,
22   although it was on the Carey method,
23   which included a vaginal splint and a
24   balloon, for some reason the Prosima

1    vaginal splint and balloon were excluded
2    from this study.
3        So this study actually
4    randomized patients to the Prosima device
5    made of Gynemesh PS with some unique
6    features, combined with native tissue
7    plication, to native tissue plication.
8    Okay.  So back to this chart.
9        Q.   Okay.  In terms of the
10   objective success in Table 2, do you see
11   that under the mesh portion the authors
12   report an 81 percent success rate?  It's
13   just the first line, Doctor.
14       A.   I understand that.
15       Yes.  I'm looking at the
16   first line where it says that there is no
17   significant difference between the mesh
18   group and the no-mesh group.
19       Q.   Right.  And I'm -- that's
20   exactly where I intend to head, so maybe
21   we can just take it step by step.  Okay,
22   Doctor?
23       Is it true that the authors
24   report an 81 percent success rate in the

1    mesh group in the first line for
2    objective success?
3        MR. THORNBURGH:  Objection.
4        THE WITNESS:  I'm going to
5        answer that with a yes or no,
6        which is what I think you want.
7        However --
8    BY MR. TOMASELLI:
9        Q.   And then I'm going to ask
10   you about the no mesh, and then I'm going
11   to ask you about the P-value and what it
12   means.  Okay?
13       A.   But if we're going to look
14   at trends rather than significant values,
15   it's going to end up very, very poorly,
16   much worse for Prolift, because the
17   trends for Prosima and Prolift perform so
18   much worse.  Those numbers are so much
19   worse than the Cochran data, and so I
20   suggest we stay with significant numbers
21   rather than trends, but fine.
22       Q.   No, that's fine.  I'm going
23   to.
24       A.   All right.  So --

1        Q.   I promise you, Doctor.
2    That's where I'm headed.
3        A.   So it shows 51 out of 63
4    women had a POP-Q stage of 0 or 1.
5        Q.   Okay.  And then in terms of
6    the no-mesh group, it was -- objective
7    success was measured in 40 of 61, or
8    approximately 66 percent, of the
9    patients, correct?
10       A.   Yes.
11       Q.   And the P-value that's
12   reported for this comparison is 0.07.
13       Do you see that, sir?
14       A.   Yes.
15       Q.   And P-values are the results
16   of testing to see if you can reject the
17   null hypothesis that the treatments are
18   the same, correct?
19       MR. THORNBURGH:  Objection.
20       THE WITNESS:  Occur by
21       chance.
22   BY MR. TOMASELLI:
23       Q.   So if the P-value -- well,
24   withdrawn.

Page 165

1    In medicine, it's generally
2 accepted that the P-value of .05 is the
3 cutoff for significance?
4    A.   Right.
5    Q.   All right.  And so if a
6 P-value is greater than .05, the
7 treatments --
8    A.   Are the same.
9    Q.   -- are the same.
10    There's -- even though there
11 may be numerical differences, you cannot
12 say that they're actually different?
13    A.   Right.  So a P-value of .06
14 or .05 -- .051 is the same as a P-value
15 of .8.
16    Q.   Fair enough.
17    A.   They're both not
18 significant.
19    Q.   Fair enough.
20    And then if we have a
21 P-value that is .049 or below, we in
22 science and medicine would say, "Okay.
23 We can" -- "we can reject the null and
24 say that those numbers are actually

Page 166

1 different."
2    MR. THORNBURGH:  Objection.
3 BY MR. TOMASELLI:
4    Q.   Is that right?
5    MR. THORNBURGH:  Objection.
6    THE WITNESS:  Yes.
7 BY MR. TOMASELLI:
8    Q.   Okay.  And so from a medical
9 and statistical perspective here, we
10 cannot say that Gynemesh PS was superior
11 to no mesh, the no-mesh group?
12    A.   Correct.
13    Q.   And if you turn with me to
14 the "Discussion" section, which is one
15 page over -- do you see where in the
16 left-hand column there's a big word
17 "Discussion"?
18    A.   Yes.
19    Q.   All right.  And the first
20 sentence of the discussion says -- the
21 authors state, "Our results failed to
22 demonstrate that vaginal repair surgery
23 augmented by mesh was significantly more
24 successful in terms of reduced recurrent

Page 167

1 prolapse than traditional colporrhaphy 12
2 months following surgery."
3    Do you see that?
4    A.   Yes.
5    Q.   So the authors themselves
6 admit that their results are not
7 significant, right?
8    A.   Yes.
9    MR. THORNBURGH:  In 2009.
10 Sorry.
11 BY MR. TOMASELLI:
12    Q.   In --
13    A.   Yet they continued to sell
14 it.
15    Q.   In terms of the discussion
16 right above the word "Discussion" on the
17 same page, do you see that there's some
18 typewritten portion of the page, again
19 just above the discussion?
20    A.   Okay.
21    Q.   All right.  About halfway
22 down there's a -- there's a sentence that
23 starts, "De novo dyspareunia."
24    Do you see that?

Page 168

1    A.   Yes.
2    Q.   And it reads, "De novo
3 dyspareunia was reported by five of 18
4 (27.8%) sexually active women without
5 preoperative dyspareunia in the mesh
6 group and five of 12 (41.7%) in the
7 no-mesh group at 12 months," with a
8 P-value of 0.46.
9    Do you see that?
10    A.   Yes, I do.
11    Q.   All right.  So, again, while
12 the untrained eye might say that there
13 was less de novo dyspareunia in the mesh
14 group than in the no-mesh group, we
15 cannot say that those -- that there was
16 actually less de novo dyspareunia in the
17 mesh group because the P-value is above
18 .5 -- .05, right?
19    MR. THORNBURGH:  Objection.
20    THE WITNESS:  So to the
21 untrained eye, this report from an
22 author who got a million dollars
23 for this method, plus up to
24 $6 million a year, shows that

Page 169

```
 1        there is no significance in
 2        dyspareunia, even though the
 3        untrained eye might think there is
 4        based on the percentages reported,
 5        yes.
 6   BY MR. TOMASELLI:
 7        Q.   So in this study, this Carey
 8   2009 study, you would agree that the rate
 9   of de novo dyspareunia at 12 months was
10   no different between the mesh group and
11   the no-mesh group?
12        MR. THORNBURGH:  Objection.
13        THE WITNESS:  In this study
14        by Dr. Carey, who is substantially
15        and magnificently financially
16        biased, I would not agree with
17        your statement, but I would change
18        that statement to state that
19        Dr. Carey did not show or --
20        sorry -- Dr. Carey -- Dr. Carey's
21        study on a portion of the Prosima
22        method, a modification of the
23        Prosima method, which excluded the
24        novel vaginal splint and balloon
```

Page 170

```
 1        and combined the native tissue
 2        surgery with the Prosima shaped
 3        mesh and often sutured to the
 4        sacrospinous ligament, was not --
 5        did not cause significantly more
 6        dyspareunia than the native tissue
 7        surgery alone at 12 months.
 8   BY MR. TOMASELLI:
 9        Q.   And I'm just trying to
10   understand how to -- you and I are
11   talking about data and data
12   interpretation in the same way.  And I'm
13   just trying to make the point or see if
14   you agree that even though the number of
15   de novo dyspareunia of 28 percent in the
16   mesh group is numerically lower than the
17   de novo dyspareunia rate of 42 percent in
18   the no-mesh group, we would agree that
19   you cannot say those rates are different
20   because the resulting test is not
21   significant.
22        Is what I said correct?
23        A.   I am comfortable stating
24   that the reported results are not
```

Page 171

```
 1   statistically significant.
 2        Q.   All right.  So in this
 3   study, the two things that we've talked
 4   about so far in terms of anatomic success
 5   rate and in terms of de novo dyspareunia,
 6   there was no significant difference
 7   between the groups?
 8        MR. THORNBURGH:  Objection.
 9        THE WITNESS:  In this study,
10        combining a modification of the
11        Prosima method, a modification
12        that was not marketed but did use
13        the Gynemesh PS, the author found
14        a almost 30 percent incidence of
15        de novo dyspareunia, which was not
16        statistically different than what
17        they found from the native tissue
18        group.
19   BY MR. TOMASELLI:
20        Q.   And what they found in the
21   native tissue group was a rate of almost
22   42 percent, correct?
23        MR. THORNBURGH:  Objection.
24        THE WITNESS:  A rate that I
```

Page 172

```
 1        don't think was ever duplicated by
 2        a nonfinancially incentivized
 3        author.
 4   BY MR. TOMASELLI:
 5        Q.   Is what I said correct?
 6        A.   What both of us said is
 7   correct.
 8        And as we stated earlier --
 9   and I think this -- I don't want to beat
10   this horse to death because we've covered
11   it already, but when we compare
12   complications of mesh to native tissue
13   surgery, we're not comparing apples to
14   apples.  So dyspareunia with mesh is very
15   different than dyspareunia with native
16   tissue surgery.  One is transient and,
17   where not transient, very treatable.  The
18   other is not transient, often continues
19   in perpetuity, and often impossible to
20   treat.
21        Exhibit Number 12 that you
22   have just handed me, "Vaginal Mesh For
23   Prolapse," is a study by Iglesia.
24        Q.   Hold on.  Hold on.  Doctor,
```

Page 173

1    this is question-and-answer session.
2    Okay?  So I don't think there was a
3    question pending to the last statement.
4    But --
5         A.   Am I not allowed to talk if
6    there's not a question?
7         Q.   I think you're -- I think
8    the process is you're supposed to answer
9    my questions.
10        A.   I'll certainly answer your
11   questions, but I don't think I'm not
12   allowed to talk.
13        Q.   No, you can talk.
14        A.   Okay.
15        Q.   I'm certainly not
16   prohibiting that.  Withdrawn.
17        (Exhibit Number 12, Article
18        Titled "Vaginal Mesh for Prolapse,
19        A Randomized Controlled Trial," by
20        Iglesia, et al., was marked for
21        identification.)
22   BY MR. TOMASELLI:
23        Q.   Dr. Zipper, what I've handed
24   you as Deposition Exhibit Number 12 is a

Page 174

1    study by Iglesia and others that was
2    published in 2010.
3         Do you see that?
4         A.   Yes.
5         Q.   Is this a randomized
6    controlled trial of Prolift versus a
7    native tissue repair?
8         A.   Yes.
9         Q.   Was it peer-reviewed?
10        A.   Yes.  I think this is the
11   study that the mesh group was -- stopped
12   enrolling prematurely because of
13   excessive complications.
14        Q.   It was stopped prematurely
15   because five people had mesh exposure.
16        Do you remember that?
17        MR. THORNBURGH:  Objection.
18        THE WITNESS:  Actually, sir,
19   no disrespect for you, but I am a
20   surgeon who reads and reviews
21   peer-reviewed medical journals all
22   the time, and this study had a
23   predetermined stopping point if
24   the mesh extrusion rate, a type of

Page 175

1    complication, exceeded 15 percent,
2    a percentage number -- not a
3    number of patients but a
4    percentage number -- they would
5    stop enrolling in that group
6    because of the excess
7    complications.
8         They exceeded that number,
9    and they stopped enrolling.  So
10   they exceeded the predetermined
11   rate of mesh extrusions which they
12   felt would be inappropriate to --
13   they felt would be inappropriate
14   to continue if mesh extrusions
15   were beyond that number.  They
16   exceeded that number, and they
17   stopped enrolling.
18   BY MR. TOMASELLI:
19        Q.   Okay.  Dr. Zipper, can you
20   turn to page 298 of that Exhibit 12.
21        A.   Sure.
22        Q.   Tell me when you're there.
23        A.   I'm there.
24        Q.   All right.  You quoted a --

Page 176

1    an erosion rate of 15.6 percent.  Can you
2    look at the bottom right-hand column of
3    that page.
4         A.   I actually said 15 percent.
5         Q.   Okay.  The bottom right-hand
6    column of the page, do you see where
7    there's a paragraph that starts with, "Of
8    the 32 mesh patients"?
9         A.   Correct.
10        Q.   And it says "five developed
11   erosions," right?
12        A.   Correct.
13        Q.   So when I said five, I was
14   actually trying to be completely honest
15   and truthful with you.  Okay?
16        MR. THORNBURGH:  Objection.
17   BY MR. TOMASELLI:
18        Q.   Do you understand that?
19        MR. THORNBURGH:  Objection.
20        THE WITNESS:  No, I do not.
21        MR. THORNBURGH:  Argumentative.
22        THE WITNESS:  I don't
23   understand that, sir.
24        ///

Page 177

1  BY MR. TOMASELLI:
2      Q.   Okay.
3      A.   I mean this predetermined
4  maximum amount of tolerable extrusions in
5  this study, according to the study
6  protocol, was not a number.  It was a
7  percentage.  They exceeded the
8  percentage.  And interestingly enough,
9  this percentage of extrusions is only a
10  small percentage compared to what they
11  found in the US TVM study.
12      Q.   All right.  Is this -- I
13  can't remember if I asked you this.  Was
14  this paper peer-reviewed?
15      A.   Yes.
16      Q.   All right.
17          (Exhibit Number 13, Article
18      Titled "Development of de novo
19      prolapse in untreated vaginal
20      compartments after prolapse repair
21      with and without mesh:  a
22      secondary analysis of a randomised
23      controlled trial," by Withagen, et
24      al., was marked for

Page 178

1      identification.)
2  BY MR. TOMASELLI:
3      Q.   I've marked as Deposition
4  Exhibit Number 13 a study by Withagen and
5  others.
6          MR. THORNBURGH:  Withagen,
7      right?
8  BY MR. TOMASELLI:
9      Q.   Withagen?  Is that how you
10  say it?
11      A.   Yes.
12      Q.   Sorry.  I apologize to both
13  of you.
14          MR. THORNBURGH:  I get it
15      wrong.
16          THE WITNESS:  I say
17      Withagen.
18  BY MR. TOMASELLI:
19      Q.   Very sorry.  I don't mean
20  to --
21      A.   No disrespect to Withagen.
22      Q.   I don't mean to make this
23  confusing at all to you if I said the
24  name wrong.

Page 179

1      A.   We're not confused.
2      Q.   All right.  Withdrawn.
3          Dr. Zipper, I've handed you
4  what I've marked as Deposition
5  Exhibit 13, and it's a study by Withagen
6  and others that was published in 2011,
7  correct?
8      A.   No.  I don't think.  I think
9  it was accepted in October of 2011.  I
10  don't recall when it was published.  I
11  think that's not -- probably not relevant
12  to the discussion.
13      Q.   Okay.  Well --
14      A.   It was published 2012.
15      Q.   All right.  In paper form,
16  the part I handed you is -- has a 2012
17  copyright on it, okay?
18      A.   I believe if you look at the
19  journal date, it's British Journal of
20  Obstetrics and Gynaecology,
21  2012;119:254-360.
22      Q.   Dr. Zipper, was this
23  Withagen study a randomized controlled
24  trial comparing Prolift to a native

Page 180

1  tissue repair?
2          MR. THORNBURGH:  Objection.
3          THE WITNESS:  Yes.  This was
4      in a --
5          MR. THORNBURGH:  Go ahead.
6  BY MR. TOMASELLI:
7      Q.   Is that just a yes?
8      A.   This is an ongoing study
9  started years earlier.  There were
10  several other publications on this
11  patient group.  And yes, this is a
12  randomized controlled trial which showed
13  a dramatically increased rate of
14  untreated compartment failure compared to
15  native tissue.
16      Q.   All right.  I didn't ask you
17  anything about untreated compartment
18  failure or anything like that.
19      A.   It's the title of the
20  article.
21      Q.   Oh, well, then I gave you
22  the wrong one.  Fair point.
23      A.   This showed almost over
24  50 percent untreated compartment failure

1   rate and which was almost threefold data
2   associated with native tissue repair.
3        Q.   All right.  Well, since
4   we're on it -- I pulled out the wrong
5   one.  I apologize, Doctor.  I thought I
6   had the randomized trial.  But this is
7   the 2012 paper.  It is a randomized
8   trial?
9        A.   This is -- they started this
10  study a few years earlier, and they
11  continued to report on this study.  They
12  used the same group of patients, I
13  believe, to report on the risk factors
14  for erosion.  You probably have that
15  paper as well.
16       Q.   Dr. Zipper, this patient --
17  or this paper reports on untreated
18  compartment failure.  I don't know if you
19  noticed this or not, but did you notice
20  that if a apical repair was done as well
21  that there was no untreated compartment
22  failure?
23            MR. THORNBURGH:  Objection.
24            THE WITNESS:  Please let me

1   respond to this in the entirety.
2   I know that's not a question that
3   can be answered just with a yes or
4   no, although you would like it.
5            Yes.  Ethicon was acutely
6   aware, and being made aware by
7   Withagen and other thought
8   leaders, that the product was
9   defective at the level of the
10  apex.  It had been discussed by
11  Dr. Raders, by Dr. Mendelovici, by
12  Dr. -- I believe Dr. Moricky, I
13  think by Dr. Lucente, that the
14  device was failing at the apex,
15  and the device needed to be
16  modified to protect the apex and
17  prevent recurrence in the
18  untreated apex and even the
19  posterior compartment.
20            And this is validated by
21  Withagen, who points out if you
22  fix this apical problem, this
23  defect in the product, we may not
24  get as much apical failure and

1   untreated compartment failure.
2            (Exhibit Number 14, Article
3   Titled "Trocar-Guided Mesh
4   Compared With Conventional Vaginal
5   Repair in Recurrent Prolapse, a
6   Randomized Controlled Trial," by
7   Withagen, et al., was marked for
8   identification.)
9   BY MR. TOMASELLI:
10       Q.   Dr. Zipper, what I've handed
11  you and I've marked as Deposition Exhibit
12  Number 14 is another paper by Withagen.
13            MR. THORNBURGH:  Do you have
14  a copy for me?
15            MR. TOMASELLI:  Yeah.  I
16  handed it right there.
17            THE WITNESS:  Yes.
18  BY MR. TOMASELLI:
19       Q.   And can you confirm that
20  this is a randomized trial with Prolift
21  compared to native repair that was
22  published in 2011?
23       A.   Yes.
24       Q.   All right.  And was this

1   peer-reviewed?
2        A.   Yes.
3            MR. THORNBURGH:  Is that the
4   only question about this, about
5   Exhibit 14?
6            MR. TOMASELLI:  For now.
7            (Exhibit Number 15, Article
8   Titled "Laparoscopic sacral
9   colpopexy versus total vaginal
10  mesh for vaginal vault prolapse:
11  a randomized trial," by Maher, et
12  al., was marked for
13  identification.)
14  BY MR. TOMASELLI:
15       Q.   Doctor, I've handed you what
16  I've marked as Deposition Exhibit
17  Number 15, which is a study by Maher and
18  others.
19            Do you see that?
20       A.   Yes.
21       Q.   Can you confirm that this is
22  a randomized clinical trial comparing
23  Prolift to native repairs?
24            MR. THORNBURGH:  Objection.

1          THE WITNESS:  I can confirm
2     that this is a randomized
3     controlled trial, without reading
4     the article, based on my memory,
5     comparing laparoscopic
6     sacrocolpopexy to a total Prolift.
7     BY MR. TOMASELLI:
8          Q.   All right.  And this was
9     likewise published in 2011, correct?
10          A.   Yes.
11          Q.   And it's peer-reviewed?
12          A.   Yes.  This is the one that
13     showed significantly higher efficacy of
14     the laparoscopic sacrocolpopexy compared
15     to Prolift with higher complication rates
16     associated with the Prolift to also show
17     the Prolift to be associated with vaginal
18     shortening, where the sacrocolpopexy
19     wasn't.
20          Are we going to talk about
21     this paper?
22          Q.   Can you confirm that this
23     Maher paper that you just told me was --
24     anatomic success was better with

1     laparoscopic than Prolift?
2          A.   All success measures were
3     better with laparoscopic compared to
4     Prolift, subjective and objective.
5          Q.   Quality of life measures as
6     well?
7          A.   I can't remember.  It was
8     just several symptoms or quality of life,
9     but certainly it was symptomatic benefit
10     and anatomic benefit that was
11     significantly better with the
12     laparoscopic procedure than the
13     vaginal -- than the total Prolift.  Total
14     Prolift was also associated with
15     significant vaginal shortening, whereas
16     the laparoscopic procedure was not.
17          Prolift was associated with
18     approximately -- I'm just going off
19     memory -- 77 -- I think 77 percent
20     efficacy.  I believe the total vaginal
21     mesh was -- the Prolift was around
22     43 percent efficacy based upon objective
23     measures.
24          There was subjective benefit

1     of the laparoscopic procedure compared to
2     the total Prolift, and once again,
3     significant vaginal shortening was noted
4     in the total Prolift, yet none was noted
5     in the laparoscopic surgery.
6          There was also more blood
7     loss, longer hospital stay, longer return
8     to normal activity associated with the
9     total vaginal mesh compared to Prolift.
10          Sorry, but, I mean, these
11     studies are all really important studies
12     in peer-reviewed journals that time and
13     time again show that show not only is the
14     Prolift -- Prolift product defective, not
15     as good as alternatives, but just also
16     demonstrates that there's a heightened
17     level of awareness of these defects.
18          Q.   Can you turn to Table 5,
19     Doctor, in this paper.
20          A.   You'd rather look at the
21     table rather than the overall outcome?
22          Q.   Table 5.
23          A.   I'm getting there.  Table 4.
24     Table 5.  Sure.

1          Q.   Do you see that it has
2     quality of life outcomes in this paper?
3          A.   Yes.
4          Q.   Did you previously state to
5     me that there was a significant
6     difference between the groups in terms of
7     quality of life?
8          A.   No, sir.
9          MR. THORNBURGH:  Objection.
10          THE WITNESS:  Absolutely
11     not.  Please don't misstate my
12     testimony.
13     BY MR. TOMASELLI:
14          Q.   I'm asking.  I just asked
15     you.  Did you tell me --
16          A.   And a minute ago you asked
17     me that, and I said subjective.  I said I
18     didn't recall the quality of life
19     statistical analysis.  I didn't use the
20     word "statistical."  I said I believe
21     that it showed there was a subjective
22     benefit.  I didn't testify that there was
23     a quality of life benefit.
24          I'm going to go back through

Page 189

1    and have -- and look through this to read
2    my testimony.
3        Q.   Can you confirm with me
4    right now, looking at Table 5, that there
5    was no significant difference in quality
6    of life between the patients randomized
7    to Prolift and the patients randomized to
8    laparoscopic surgery?
9        A.   Joe, I can do better than
10   that. We can look at the Cochran data,
11   the highest level of evidence, and the
12   overall pool of evidence.
13       Prolift and transvaginal
14   mesh has never been shown to provide any
15   benefit in quality of life over
16   traditional surgery, yet it has
17   substantially higher complication rates.
18   That's why we're here today. Never been
19   shown to have any quality of life
20   benefits.
21       MR. THORNBURGH:  Are we done
22   with Exhibit 15?
23       MR. TOMASELLI:  For now.
24       THE WITNESS:  Rhonda, if you

Page 190

1    need me to go over some of this
2    with you later. I'm sorry.
3        MR. THORNBURGH:  She's good.
4    I'm watching her. She's on it.
5        (Exhibit Number 16, Article
6    Titled "Anterior Colporrhaphy
7    versus Transvaginal Mesh for
8    Pelvic-Organ Prolapse," by Altman,
9    et al., was marked for
10   identification.)
11   BY MR. TOMASELLI:
12       Q.   Dr. Zipper, I'm handing you
13   what I've marked as Deposition Exhibit
14   Number 16.
15       MR. THORNBURGH:  The Altman
16   study?
17       MR. TOMASELLI:  Yes.
18       THE WITNESS:  This was
19   excluded. There are only two
20   studies I'm aware of that have
21   ever shown any subjective benefit
22   compared to native tissue, Altman
23   and da Silveira.
24       And this is the one where

Page 191

1        Altman got in a bit of a bind
2    because Altman doesn't disclose
3    his relationship to Ethicon.  The
4    New England Journal got involved.
5    Ethicon asked Withagen -- and it's
6    in the internal documents -- to
7    not report -- Ethicon had a right
8    to review this publication and its
9    manuscript before it was
10   published. And Ethicon asked
11   Dr. Withagen to hold back the
12   dyspareunia data, which he did.
13       And I believe this is it.
14   Let me see. Yes.  This is that
15   Altman study.
16   BY MR. TOMASELLI:
17       Q.   Dr. Zipper, can you confirm
18   that Deposition Exhibit Number 16 is the
19   study by Altman and others reported in
20   the New England Journal in 2011?
21       MR. THORNBURGH:  Objection.
22       THE WITNESS:  Yes.
23   BY MR. TOMASELLI:
24       Q.   Was this study

Page 192

1    peer-reviewed?
2        A.   Yes.
3        Q.   Was Deposition Exhibit
4    Number 16 a randomized trial between
5    Prolift and native repair?
6        MR. THORNBURGH:  Objection.
7        MR. TOMASELLI:  I don't
8    understand the objection to that.
9        THE WITNESS:  Remember
10   earlier when we talked about
11   trends versus --
12       MR. THORNBURGH:  Doesn't
13   mean it's -- you want to know the
14   objection?
15       MR. TOMASELLI:  No, I don't.
16       MR. THORNBURGH:  Because you
17   asked me for it, and I'll tell you
18   the objection.
19       MR. TOMASELLI:  I said I
20   don't know what it is.
21       MR. THORNBURGH:  Well, do
22   you want to know what it is?
23       MR. TOMASELLI:  I don't.
24       ///

Page 193

1    BY MR. TOMASELLI:
2        Q.   Dr. Zipper, here's my
3    question to you:  Is Exhibit Number 16
4    the Altman study published in the New
5    England Journal in 2011, is that a
6    randomized trial between Prolift and a
7    native repair?
8            MR. THORNBURGH:  Objection.
9            THE WITNESS:  This is the --
10           I believe this is the randomized
11           trial that showed Prolift to have
12           triple the dyspareunia rate,
13           higher blood loss, higher
14           operative time, performed by
15           unblinded Nordic surgeons, by a
16           surgeon affiliated with Ethicon.
17           And I believe it was randomized.
18   BY MR. TOMASELLI:
19       Q.   In terms of the dyspareunia
20   that you just mentioned to me, was that a
21   significant difference between the
22   groups?
23       A.   It was a trend, which you
24   are so fond of talking about today.

Page 194

1        Q.   I'm actually not.
2        A.   You want -- another study,
3    you wanted to point out all the trends
4    that didn't reach statistical
5    significance, and I warned you about -- I
6    said we were going to do that for
7    everything then.
8        Q.   I was actually trying to --
9    just to get an agreement on what
10   statistical significance was.
11           MR. THORNBURGH:  Objection.
12   BY MR. TOMASELLI:
13       Q.   I don't know how you can --
14       A.   You kept on asking me --
15   you're pointing out the trends.  These
16   numbers are very different, but they're
17   not statistically significant.  Once
18   again, the study shows triple the
19   dyspareunia rate -- approximately triple
20   the dyspareunia rate associated with
21   Prolift compared to native tissue
22   surgery.
23           It did not reach statistical
24   significance.

Page 195

1        Q.   All right.  Did not?
2        A.   Did not.
3            (Exhibit Number 17,
4    Correction to the Article Titled
5    "Anterior Colporrhaphy versus
6    Transvaginal Mesh for Pelvic-Organ
7    Prolapse," Bates-stamped DEFT
8    2295k.1, was marked for
9    identification.)
10   BY MR. TOMASELLI:
11       Q.   Deposition Exhibit Number 17
12   that I'm handing you is a short
13   publication from the New England Journal
14   pertaining to the Altman study; is that
15   correct?
16       A.   Yes.
17       Q.   Have you reviewed this
18   before?
19       A.   Yes.
20       Q.   Did this correction in the
21   New England Journal change any of the
22   actual numbers that were reported in the
23   Altman 2011 paper?
24       A.   It just changed the meaning

Page 196

1    of those numbers.
2        Q.   But it did not change the
3    actual data?
4            MR. THORNBURGH:  Objection.
5    Asked and answered.
6            THE WITNESS:  It just
7    changed the meaning of those
8    numbers.
9            (Exhibit Number 18, Article
10   Titled "One-year objection and
11   functional outcomes of a
12   randomized clinical trial of
13   vaginal mesh for prolapse," by
14   Sokol, et al., was marked for
15   identification.)
16   BY MR. TOMASELLI:
17       Q.   Doctor, I'm handing you what
18   I've marked as Deposition Exhibit
19   Number 18, and it's a study by --
20       A.   This is the follow-up of the
21   Iglesia study.
22       Q.   It's a study by Sokol --
23   withdrawn.
24           Dr. Zipper, I'm handing you

Page 197

```
1     what I've marked as Deposition Exhibit
2     Number 18, which is a study by Sokol and
3     others published in 2012.
4          Do you see that?
5          A.   I believe this is the
6     follow-up on the Iglesia study in the
7     American Journal of Obstetrics and
8     Gynecology, 2012, that showed a 15 or
9     16 percent reoperation rate with the --
10    with a Prolift and a 0 percent
11    reoperation rate for native tissue
12    surgery.
13         Q.   Is this a randomized -- is
14    Deposition Exhibit Number 18 a randomized
15    trial between Prolift and native tissue
16    repair?
17         A.   It is.
18         Q.   Has it been peer-reviewed?
19         A.   Yes, it has.
20         (Exhibit Number 19, Article
21    Titled "A Multicenter, randomized,
22    prospective, controlled study
23    comparing sacrospinous fixation
24    and transvaginal mesh in the
```

Page 198

```
1     treatment of posthysterectomy
2     vaginal vault prolapse," by
3     Halaska, et al., Bates-stamped
4     DX30554-R.1 — DX30554-R.7, was
5     marked for identification.)
6     BY MR. TOMASELLI:
7          Q.   Doctor, I'm handing you what
8     I've marked as Deposition Exhibit
9     Number 19.
10         A.   Joe, can I take ten seconds
11    to answer a text?
12         MR. TOMASELLI:  No problem.
13    Why don't we go off the record.
14         THE WITNESS:  Thanks.
15         (Off the record from
16    12:34 p.m. to 12:34 p.m.)
17         MR. TOMASELLI:  Back on.
18    BY MR. TOMASELLI:
19         Q.   Dr. Zipper, are you ready to
20    go back on the record?
21         A.   Indeed.  Yes.
22         Q.   Okay.  Great.  I've just
23    handed you Deposition Exhibit Number 19,
24    which is --
```

Page 199

```
1          MR. THORNBURGH:  It's the
2     same thing?  I think I got it
3     twice for some reason.  Did you
4     mean to do that?  Do I have your
5     notes maybe?
6          MR. TOMASELLI:  If you don't
7     want it, you can hand it back.
8     Withdrawn.
9     BY MR. TOMASELLI:
10         Q.   Dr. Zipper, I've handed you
11    Deposition Exhibit Number 19, which is a
12    paper that was published by Halaska and
13    colleagues in 2012, I believe; is that
14    correct?
15         A.   Yes.
16         Q.   Is this also a randomized
17    trial between Prolift and a native
18    repair?
19         MR. THORNBURGH:  Objection.
20         THE WITNESS:  Yes.
21    BY MR. TOMASELLI:
22         Q.   Has it been peer-reviewed,
23    sir?
24         A.   Yes.
```

Page 200

```
1          (Exhibit Number 20, Article
2     Titled "Anterior colporrhaphy
3     versus repair with mesh for
4     anterior vaginal wall prolapse:  a
5     comparative clinical study," by
6     El-Nazer, et al., was marked for
7     identification.)
8     BY MR. TOMASELLI:
9          Q.   Doctor, I'm handing you what
10    I've marked as Deposition Exhibit
11    Number 20, which is a paper by El-Nazer,
12    E-L, dash, N-A-Z-E-R, published in 2012.
13         Do you see that?
14         A.   Yes.
15         Q.   Are you familiar with this
16    paper?
17         A.   I am.  It's been a while
18    since I read this one, so I'm just trying
19    to quickly refresh my mind on it.
20         Q.   Fine.  Can you just confirm
21    with me that is a randomized trial with
22    one group having native repair while the
23    other group received mesh called Gynemesh
24    PS?
```

Page 201

1      A.   It'll take me just a moment.
2      Q.   Sure.
3      A.   This one is a little further
4  down between my permanent
5  between-the-ears database.
6           (Reviewing document.)
7      Q.   While you're reviewing that,
8  Doctor, my question was, simply, can you
9  confirm that it's a randomized trial?
10     A.   I don't like to stop at the
11 word "methods" because sometimes when I
12 read further, I realize it wasn't truly
13 randomized even though it was the intent
14 of the study.  So that's -- because most
15 of these studies, I've covered just
16 recently in my preparation for this
17 deposition.  This one is an older study
18 that is -- I have read, but it's been a
19 long time.  So I just want to quickly
20 look at it again.
21     Q.   All right.  I apologize for
22 interrupting you.
23     A.   No, that's okay, sir.
24          (Reviewing document.)

Page 202

1           Yes, it was a randomized
2  controlled study.
3      Q.   All right.  Was it
4  peer-reviewed, sir?
5      A.   I'm not familiar with Arch
6  Gynecology Obstetrics.  I don't know if
7  it's a peer-reviewed journal.
8      Q.   Any reason to believe it's
9  not?
10          MR. THORNBURGH:  Objection.
11          THE WITNESS:  No reason
12     either way.  Could be -- no reason
13     to believe it is.
14 BY MR. TOMASELLI:
15     Q.   Okay.
16     A.   If you represent that it is,
17 I can accept that for today.
18          MR. THORNBURGH:  Just for
19     the record, the journal address is
20     in Dubai.
21          THE WITNESS:  They may have
22     a peer-reviewed journal.
23          MR. THORNBURGH:  I'm not
24     saying it's not.  Just for the

Page 203

1  record, it's Dubai.
2          MR. TOMASELLI:  Thanks, Dan.
3          THE WITNESS:  They have
4  excellent shawarma in Dubai.
5          (Exhibit Number 21, Article
6  Titled "Three-Year Outcomes of
7  Vaginal Mesh for Prolapse, A
8  Randomized Controlled Trial," by
9  Gutman, et al., was marked for
10 identification.)
11 BY MR. TOMASELLI:
12     Q.   Dr. Zipper, I'm handing you
13 what I've marked as Deposition Exhibit
14 Number 21, sir, and this is a study that
15 was published by Gutman and others.
16          Do you see that, sir?
17     A.   Yes.
18     Q.   Can you confirm that this is
19 a randomized trial comparing Prolift to
20 native repair?  In fact, it's an update
21 from the Iglesia paper.  True?
22          MR. THORNBURGH:  Objection.
23          THE WITNESS:  No, I can't
24 confirm that yet.  I'll have to

Page 204

1  look at it.
2  BY MR. TOMASELLI:
3      Q.   Okay.  Please do.
4      A.   (Reviewing document.)
5           Yes.  This thing's also a
6  bit more fuzzy in my mind.  But my
7  recollection of this study is that it is
8  a randomized -- it is a continuation of
9  the Iglesia study, which confirmed that
10 there was absolutely no benefit from the
11 Prolift over native tissue surgery.
12     Q.   All right.  My question to
13 you, Dr. Zipper, is:  Is this paper,
14 published in 2013 by Gutman and others, a
15 randomized comparison between Prolift and
16 a native tissue repair?
17     A.   This --
18          MR. THORNBURGH:  Objection.
19          THE WITNESS:  -- three-year
20     follow-up on the Iglesia and Sokol
21     study, which shows absolutely no
22     significant benefit of Prolift
23     over native tissue surgery appears
24     to be in a randomized -- a

Page 205

1      continuation of the randomized
2      control trial published in a
3      peer-review journal.
4   BY MR. TOMASELLI:
5      Q.   So you can confirm that
6   Gutman 2013 is peer-reviewed?
7      A.   The Journal of Obstetrics &
8   Gynecology is a peer-reviewed journal.
9         I ordered Chinese for
10  everyone.  It should be here pretty soon.
11     Q.   Seriously?
12     A.   No, not seriously.  Sorry.
13  That was cruel.  Actually, if you knew
14  how bad the Chinese was in Melbourne,
15  you'd be happy I didn't.
16     Q.   Fair enough.
17        (Exhibit Number 22, Article
18        Titled "Transvaginal cystocele
19        repair using tension-free
20        polypropylene mesh at the time of
21        sacrospinous colpopexy for
22        advanced uterovaginal prolapse:  a
23        prospective randomised study," by
24        Qatawneh, et al., was marked for

Page 206

1      identification.)
2   BY MR. TOMASELLI:
3      Q.   Doctor, I'm handing you what
4   I've marked as Deposition Exhibit
5   Number 22, which is a study by Qatawneh
6   and others published in Gynecologic
7   Surgery in 2013.
8         Do you see that?
9      A.   2000 -- oh, you're on --
10  yes.  Exhibit Number 22?
11     Q.   Yeah.  It's published in
12  paper in 2013, published online in 2012,
13  if that's the hesitation you had.
14     A.   No, no.  I agree.
15     Q.   Okay.  And can you confirm
16  that this is a randomized comparison of
17  patients undergoing a native surgery
18  versus patients undergoing a mesh surgery
19  with Gynemesh PS?
20        MR. THORNBURGH:  Objection.
21        THE WITNESS:  I'll need just
22     a moment, and I'll get back to
23     you.
24        ///

Page 207

1   BY MR. TOMASELLI:
2      Q.   Okay.
3      A.   (Reviewing document.)
4         Can you restate your
5   question?
6      Q.   Sure.
7         Can you confirm that
8   Deposition Exhibit Number 22, the study
9   by Qatawneh and others, published in 2013
10  in paper and 2012 online, is a randomized
11  comparison between native tissue repair
12  and Gynemesh PS?
13        MR. THORNBURGH:  Objection.
14        THE WITNESS:  No.
15  BY MR. TOMASELLI:
16     Q.   Why can you not confirm
17  that?
18     A.   Because that's not what it's
19  comparing.
20     Q.   What is it comparing?
21     A.   This is a study comparing
22  the use of Gynemesh PS combined with
23  sacrospinous ligament fixation, so a
24  combination of native tissue surgery and

Page 208

1   mesh with Gynemesh PS, to native
2   tissue -- the same native tissue surgery,
3   the same sacrospinous colpopexy with
4   native tissue alone.  So native tissue
5   with sacrospinous to anterior mesh with
6   Gynemesh to sacrospinous, so it's
7   comparing a combination of native tissue
8   surgery and Gynemesh PS to native tissue
9   surgery alone with that same sacrospinous
10  ligament fixation.
11        And this is -- so that's
12  what it does.  That's what it's a
13  comparison of in a randomized controlled
14  trial, and it's a methodology that was
15  never taught in any of the labeling of
16  any of the Ethicon products.
17     Q.   Okay.  So if I can just
18  understand what you said, Dr. Zipper,
19  this is a randomized comparison where
20  everyone in the trial received
21  sacrospinous ligament fixation, and half
22  the group received a other native repair
23  and the other half of the group received
24  Gynemesh PS?

1          A.   Self-tailored Gynemesh PS.
2          Q.   Okay.  Is that study
3    peer-reviewed, sir?
4          A.   I believe it is.
5               (Exhibit Number 23, Article
6          Titled "Comparison of vaginal mesh
7          repair with sacrospinous vaginal
8          colpopexy in the management of
9          vaginal vault prolapse after
10         hysterectomy in patients with
11         levator ani avulsion:  a
12         randomized controlled trial," By
13         Svabik, et al., was marked for
14         identification.)
15   BY MR. TOMASELLI:
16         Q.   Doctor, I'm going to hand
17   you what I've marked as Deposition
18   Exhibit Number 23.  And this is a study
19   by Svabik, S-V-A-B-I-K, and others,
20   published in 2014.
21              Do you see that?
22         A.   Yes.
23         Q.   Is this a randomized
24   controlled trial comparing native surgery

1    to Prolift?
2          A.   My recollection of this
3    trial is that this was a unique trial
4    that the principal investigator felt it
5    was unethical to enroll all patients
6    because of the risks associated with
7    mesh, so he limited it to patients with
8    some unique 3-D and 4-D ultrasound
9    findings.  And it is my recollection that
10   it is a randomized controlled trial where
11   they found a massive de novo SUI rate, I
12   think 36 percent with the Prolift versus
13   around 9 percent with native tissue and
14   twice the dyspareunia rate, is my
15   recollection.
16              And I do -- yeah.  This is a
17   randomized controlled trial.  I do not
18   know offhand if Ultrasound Obstet
19   Gynecology is a peer-reviewed journal.
20         Q.   Okay.  But we can at least
21   agree that this is a -- that is,
22   Exhibit 23 is a randomized comparison of
23   Prolift and a native tissue repair,
24   correct?

1          A.   I don't think that's precise
2    enough.  This is a randomized controlled
3    trial of sacrospinous colpopexy to total
4    Prolift, is my recollection, in a unique
5    subset of a patient population considered
6    to be at very high risk for surgical
7    failure secondary to levator ani avulsion
8    as identified by 3-D and 4-D ultrasound.
9          Q.   Just so I understand some of
10   the data that you just described in this
11   study, can you turn to page 4?
12         A.   Yes.
13         Q.   Do you see down in the
14   right-hand column at the bottom a
15   paragraph that starts "Sexual activity"?
16         A.   Yes.
17         Q.   It says, "Sexual activity
18   was not influenced by the type of
19   surgery.  There was no difference in
20   PISQ-12 score between groups both before
21   and after surgery (Tables 1 and 3)."
22              Do you see where I've read?
23         A.   Yes.
24         Q.   And then it goes on to say,

1    "At the 1-year follow-up there were two
2    patients with dyspareunia in the Prolift
3    group and one in the SSF group."
4               Do you see that?
5          A.   I believe that's twice the
6    number of dyspareunia patients.  We're
7    talking about trends, as you started
8    doing earlier.
9          Q.   I'm just curious, Doctor, if
10   that was the data that you were referring
11   to?
12         A.   Yes.
13         Q.   Okay.
14         A.   And I believe it says
15   36 percent de novo SUI rate compared to a
16   9 percent.  So . . .
17         Q.   The two versus one that you
18   just pointed me to about dyspareunia
19   dyspareunia, was that statistically
20   significant in your --
21         A.   I don't recall.
22         Q.   All right.  In terms of --
23   can you turn to the next page just so I
24   can understand some of these charts a

Page 213

1    little better?  Do you see a Table 3 on
2    the right-hand page over here?
3        A.   Yes.
4        Q.   All right.  And that talks
5    about the comparison of the results at
6    one year.  Do you see that, sir?
7            MR. THORNBURGH:  Objection.
8            THE WITNESS:  (Reviewing
9        document.)
10       Yes, I see that table.
11   BY MR. TOMASELLI:
12       Q.   Okay.  And when -- for
13   example, if you go down in Table 3 where
14   it says "Parameter," about six lines
15   down, do you see where it says "total
16   vaginal length"?
17       A.   Yes.
18       Q.   All right.  This one
19   actually says "total vaginal length," and
20   other studies there's a report of TVL.
21   Would that be the same thing?
22       A.   Yes.
23       Q.   Okay.  And I know you stated
24   that there was a difference in total

Page 214

1    vaginal length in the Maher study.  Was
2    there a difference in total vaginal
3    length in this study?
4        A.   This study doesn't look like
5    it's reporting the delta, which is the
6    change.  So if we don't know what the
7    beginning vaginal length is versus the --
8    I'd have to look deeper.  Maybe it's in
9    here somewhere.  I'm not saying it's not
10   there.  But just looking at this chart, I
11   can't draw the same conclusion that you
12   are.
13       Q.   Okay.  It's up in Table 1.
14   There's preoperative.
15       A.   (Reviewing document.)
16       Q.   And then Table 3 I think is
17   the postoperative.  And my question to
18   you is, was there a difference in total
19   vaginal length between the groups in this
20   study?
21       A.   So in this unique subset of
22   patients with 4-D ultrasound evidence of
23   levator ani avulsion, there was not a
24   statistically different significance in

Page 215

1    vaginal length between sacrospinous
2    ligament fixation and Prolift.
3        Q.   Okay.  And then you
4    mentioned, I think, in one of your
5    answers the results regarding
6    incontinence at the end of one year.
7            Do you remember that?
8        A.   I do.
9        Q.   I think Table 2 has those
10   results for incontinence.
11           Do you see that?
12       A.   Yes.
13       Q.   And was there a
14   statistically significant
15   between the groups in terms of
16   incontinence as reported by the authors?
17       A.   It was dramatically higher
18   but not reported as statistically
19   significant.  And, Joe, earlier today I
20   cautioned you about the use of trends,
21   and you elected to start a conversation
22   on trends as if they were important.  And
23   so I point out here the trend.
24       Q.   Okay.  Well, actually,

Page 216

1    didn't mean to suggest anything --
2        A.   But also --
3        Q.   -- in my questions but --
4        A.   But we also know from the
5    randomized control data and the Level 1
6    data, nobody's disputing the fact that
7    transvaginal mesh is associated with a
8    significantly higher incidence of de novo
9    stress urinary incontinence.
10           And although this one study
11   may have shown a trend and not
12   statistical significance, when you take
13   all these studies and you combine them in
14   a meta-analysis as Cochran did, we find
15   out that transvaginal mesh is associated
16   with a significantly higher incidence of
17   de novo stress urinary incontinence.
18           (Exhibit Number 24, Article
19       Titled "Multicenter; randomized
20       trial comparing native vaginal
21       tissue repair and synthetic mesh
22       repair for genital prolapse
23       surgical treatment," by
24       da Silveira, et al., was marked

Page 217

1    for identification.)
2  BY MR. TOMASELLI:
3      Q.   I'm going to hand you what
4  I've marked as Deposition Exhibit
5  Number 24, Dr. Zipper, and this is a
6  study by da Silveira, D-A
7  S-I-L-V-E-I-R-A, that was published
8  online and in print in -- sorry.
9  Published online in 2014 and in print in
10 2015.
11      Do you see that, sir?
12     A.   Yes.
13     Q.   All right.  And can you
14 confirm that this is a randomized
15 clinical trial between a native tissue
16 repair and Prolift?
17     A.   Yes.
18     Q.   And was this peer-reviewed,
19 sir?
20     A.   Yes.
21      (Exhibit Number 25, IUGA
22      Resonation Abstract Titled
23      "Long-term Follow-up (7 years) of
24      a Randomized Controlled Trial:

Page 218

1      Trocar-Guided Mesh Compared With
2      Conventional Vaginal Repair in
3      Recurrent Pelvic Organ Prolapse,"
4      by Damoiseaux, et al., Presented
5      6/11/15, was marked for
6      identification.)
7  BY MR. TOMASELLI:
8      Q.   Doctor, I'm going to hand
9  you what I've marked as Deposition
10 Exhibit Number 25, which is a
11 presentation abstract in 2015 from an
12 author, Damoiseaux and others, spelled
13 D-A-M-O-I-S-E-A-U-X.
14      Do you see that?
15     A.   Yes.
16     Q.   Do you see the title of the
17 presentation is "Long-Term Follow-Up (7
18 Years) of a Randomized Controlled Trial:
19 Trocar-Guided Mesh Compared With
20 Conventional Vaginal Repair and Recurrent
21 Pelvic Organ Prolapse."
22      Do you see that?
23      MR. THORNBURGH:  Objection.
24      THE WITNESS:  Yes.

Page 219

1      MR. THORNBURGH:  Do you want
2  me to tell you what the objection
3  is?
4      MR. TOMASELLI:  The title?
5  Yeah.  Sure.
6      MR. THORNBURGH:  The --
7  we've gone through a bunch of
8  these peer-reviewed publications
9  where you suggest are
10 peer-reviewed publications, and
11 here we've got an abstract which
12 provides some incomplete
13 information.
14      MR. TOMASELLI:  Okay.  I
15 just asked the title, if you look
16 back at my question.
17      MR. THORNBURGH:  I think the
18 way your question reads and the
19 context of the line of questioning
20 that you've been asking creates a
21 misperception about this document.
22      MR. TOMASELLI:  Okay.  Well,
23 I -- I think I said it was an
24 abstract, but if I failed to say

Page 220

1      that it was an abstract, I'm very,
2      very sorry.
3  BY MR. TOMASELLI:
4      Q.   Doctor --
5      A.   I have a vague recollection
6  of this study, but I would need to review
7  this.  As noted, it's an abstract, but I
8  do believe this is an abstract that not
9  only showed that there was no significant
10 benefit of using mesh versus native
11 tissue, but I believe this is the
12 abstract that showed that there's more
13 harm than good and that mesh should not
14 be considered and people should look to
15 avoid mesh surgery.
16      But I'd have to revisit
17 this.  It's been a while.
18     Q.   Okay.  Can you confirm that
19 this abstract is the -- well, let me
20 start this way:  Dr. Zipper, can you
21 confirm that Deposition Exhibit Number 25
22 is an abstract reporting the long-term
23 seven-year data of a randomized
24 controlled trial comparing Prolift to a

1    native repair?
2         A.   This is what it states.  I
3    confirm that.
4         Q.   Are you aware of any
5    publication that is a manuscript instead
6    of an abstract related to these results
7    for seven years?
8         A.   I am not.
9         Q.   And this abstract was
10   apparently presented at the International
11   Urogynecologic Association meeting in
12   2015.
13             Do you see that?
14        A.   Yes.
15        Q.   Okay.  Dr. Zipper, we've
16   been through a variety of randomized
17   comparisons between Prolift or Gynemesh
18   PS and native surgery of one type or the
19   other.
20             Are you aware, sitting here
21   today, of any other randomized
22   comparisons of Prolift compared to native
23   tissue repairs?
24        A.   We'd have to go through --

1         MR. THORNBURGH:  Objection.
2         THE WITNESS:  We have to --
3    I've read so many articles, we'd
4    have -- I would start then by --
5    maybe together you and I can go
6    through my opinion, which is here,
7    and compare the -- the numerous
8    articles that I review in my
9    opinion to the ones that you
10   presented and see if any were
11   excluded.
12   BY MR. TOMASELLI:
13        Q.   Okay.  And I'm not -- I'm
14   not thinking that I have that much time
15   to go through your whole 200-page report
16   and see if we can match these up, and I
17   frankly did the best I could to pull out
18   the randomized comparisons.  And I'm just
19   asking you, sitting here today -- and I
20   don't know if that's unfair or not, but
21   sitting here today, are there any other
22   randomized comparisons coming to your
23   mind that I did not pull out?
24        MR. THORNBURGH:  Objection.

1         THE WITNESS:  I would -- the
2    vast majority of meaningful
3    literature of both literature
4    cited by plaintiff and defense is
5    discussed and analyzed in my
6    expert report, the majority of
7    which includes what you have
8    handed me today, and is consistent
9    with my opinion of the material
10   and methodologic defects of the
11   Prolift and the Prosima device.
12   BY MR. TOMASELLI:
13        Q.   When authors report a
14   measure of PISQ-12, do you know what I'm
15   talking about?
16        A.   The PISQ-12.
17        Q.   What is the PISQ-12?
18        A.   It's a validated
19   questionnaire that relates to pelvic
20   organ prolapse symptoms.
21        Q.   Does it relate to sexual
22   symptoms?
23        A.   I believe there are one or
24   two questions in there that relate to

1    sexual symptoms, maybe even more.  There
2    may be more.
3         Q.   When authors refer to a PFIQ
4    scale, do you -- does that make sense to
5    you?
6         A.   The PISQ?
7         Q.   The PFIQ.
8         A.   I'm -- I can't recite that
9    questionnaire.  I'd have to look at it.
10        Q.   Okay.  What about the PFDI
11   schedule?
12        A.   Yeah.  Yes, I'm familiar
13   with it.
14        Q.   All right.  And what does
15   the PFDI schedule or --
16        A.   The inventory?  I can't -- I
17   also can't list out the inventory to you.
18        Q.   Okay.  And sometimes authors
19   will refer to PGI.  Do you know what that
20   stands for?  Is that Patient Global
21   Improvement?
22        A.   Yes.
23        Q.   All right.
24        A.   Thanks for the leg up.

Page 237

1    more (i.e. leading edge of any
2    compartment and thus not limited to
3    treated compartment) or repeat prolapse
4    surgery, the 'failure rate' in the
5    conventional group would have been 66%
6    (56 of 84 patients) and 49% (41 of 83
7    patients) in the tension-free vaginal
8    mesh group," a P-value of .03.
9              Do you see that, sir?
10        A.   Give me a moment.
11             (Reviewing document.)
12             I believe when they went on
13   to reanalyze their data, they found that
14   the -- and looked at not just the treated
15   compartment but looked at all
16   compartments, they found a four to
17   fivefold higher rate of prolapse beyond
18   the hymenal ring in the mesh group versus
19   the native tissue group.
20             So this is one of the things
21   we talked about with Withagen. Withagen
22   is one -- the Withagen study shows how
23   bad the untreated compartment failure is,
24   and you can't ignore that.

Page 238

1              So at the end of the day,
2    the overall failure rate, when you
3    consider untreated compartment, is
4    dramatically higher with Prolift compared
5    to native tissue. Withagen demonstrates
6    that. When Withagen looks in his next
7    paper and reports on it, all
8    compartments, not just the treated
9    compartment failure, even use the hymenal
10   ring, Prolift performs four times worse
11   than native tissue.
12             And this is something that's
13   been shown over and over again by other
14   authors.
15        Q.   Dr. Zipper, is your
16   interpretation of that comparison that we
17   just read, is your interpretation that,
18   when you consider all compartment failure
19   between the groups, that mesh fared
20   worse?
21        A.   Remember I said I wouldn't
22   look at this one Withagen paper in
23   isolation, because those authors continue
24   to report on that -- on that data set,

Page 239

1    and when they went pack and report on
2    that data set including the untreated
3    compartment failure, they realized that
4    the mesh performed very poorly in
5    comparison. The Prolift performed very
6    poorly in comparison to the native tissue
7    surgery, secondary to the incredibly high
8    incidence of untreated compartment
9    failure, as over 50 percent in the
10   anterior compartment, meaning when you
11   treat the anterior compartment with
12   Prolift and not the posterior
13   compartment, Withagen found a 50 percent
14   incidence -- 53 percent incidence of
15   untreated compartment failure.
16             And when Withagen went back
17   and looked at that, the Withagen group
18   said, "Wow, when we look at all the
19   compartments, this is a bust. The
20   Prolift ends up with a much higher
21   failure rate compared to the native
22   tissue surgery, even when we look at the
23   hymenal ring as the endpoint and not
24   Stage 0 and Stage 1 prolapse."

Page 240

1        Q.   Doctor, you have some
2    opinions in your reports regarding the
3    information warnings for Prolift and
4    Prosima. And you say that those are
5    inadequate, correct?
6              MR. THORNBURGH:  Objection.
7              THE WITNESS:  Yes.
8    BY MR. TOMASELLI:
9        Q.   All right. And when do you
10   believe you became an expert in warnings,
11   sir?
12        A.   I am -- I represent myself
13   as an industry expert in labels and
14   safety and -- and safety and efficacy
15   analysis and validation. And in the last
16   two years alone, I've been hired at the
17   executive level to create labels,
18   labeling guidelines, safety and efficacy
19   plans for medical devices from companies
20   that had been publicly traded in the past
21   that have multi-million dollar
22   valuations.
23             My expertise in industry
24   standards, including labeling, safety and

Page 245

1   safety and efficacy; providing guidance
2   to other people's device companies, to my
3   own device companies; educating people
4   from device companies.
5           I take those standards,
6   worldwide standards that I've become
7   familiar with, which I've been hired to
8   work with and help device companies for,
9   and I apply them to the companies based
10  on their internal documents, based on the
11  scientific literature, based on my
12  knowledge, training, and experience, and
13  either they pass the litmus test or they
14  don't.
15      Q.   And so if I understand your
16  answer there, you would consider that
17  this expertise on warnings goes back many
18  years?
19      A.   It's developed as a process
20  over the course of the last 20 years.
21      Q.   All right.
22      A.   And I've become stronger and
23  stronger to where, over the last couple
24  years, I have become recognized and

Page 246

1   sought after by fantastic young device
2   companies with very exciting technology
3   at various stages of development.
4       Q.   Right.  When you say the
5   last couple years, 2013, 2014?
6       A.   I've been doing this for way
7   longer than that.
8       Q.   Okay.  Fair enough.
9           And when do you believe --
10  maybe it's the same answer, but when do
11  you believe you became an expert on what
12  information needs to go into the IFU?
13  Would the same answer apply?
14      A.   It's an evolving process,
15  but certainly I've been doing it for
16  others for eight to ten years.
17      Q.   Okay.
18      A.   Doing it for myself for a
19  little bit less than that, and over the
20  last two years have worked more
21  extensively as a consultant providing
22  this type of guidance and have taken on a
23  role as president and COO of a formerly
24  publicly traded company with a multi --

Page 247

1   probably at this point a $25 million
2   valuation to supervise their labeling,
3   their safety and efficacy pathways, and
4   regulatory -- I'm sorry.  Not
5   regulatory -- safety and efficacy
6   pathways and research and development, is
7   what I meant to say.
8           And just two weeks ago,
9   another device company that exists
10  outside the medical space has hired me
11  for the same purposes, to help them with
12  their labeling, to help them with their
13  safety and efficacy, and bring them to
14  market.
15      Q.   You discuss some of the
16  medical regulations for devices in your
17  reports, and I think you just referenced
18  them.
19      A.   No, I actually I meant to
20  say research and development.  I
21  corrected that.
22      Q.   All right.  In terms of the
23  regulations pertaining to mesh and
24  medical devices, when do you believe that

Page 248

1   you became an expert in those FDA
2   regulations --
3           MR. THORNBURGH:  Objection.
4   BY MR. TOMASELLI:
5       Q.   -- that you mention in your
6   reports?
7           MR. THORNBURGH:  Objection.
8           THE WITNESS:  I --
9   BY MR. TOMASELLI:
10      Q.   Would it be the same answer,
11  that it's many years?
12      A.   My -- I represent myself as
13  an expert in industry standards, and I
14  gave you a narrative a moment ago
15  describing how I developed as an expert
16  or how I came to be intimately familiar
17  and have expertise in the standards that
18  pertain to labeling and safety and
19  efficacy.
20          Now, those standards have
21  been codified by the ISO, by the FDA,
22  utilized by the Committee Européene,
23  which is the CE that you think of.
24          But these are just different

Page 249

1    codifications of the standards which have
2    existed forever.  And if you have -- if
3    you're familiar with the basic guidelines
4    required to be a good, ethical human
5    being and perform your fiduciary duties
6    to a company, you coincidently will
7    typically be in alignment with guidance
8    from those various agencies, including
9    the ISO and the FDA, and, in doing those,
10   often be ready to have notified in body
11   state that you meet the CE guidelines or
12   needs, and does.
13          So to answer -- and in
14   final, I've been familiar with the FDA
15   guidelines for many years, but more
16   crystalized to the specific codes and the
17   minutia of it over the last few years.
18       Q.   All right.  And probably, I
19   guess just to put a time point on that,
20   going to the early 2010s or so?
21       A.   I don't know.
22          MR. THORNBURGH:  Objection.
23   BY MR. TOMASELLI:
24       Q.   All right.  When do you

Page 250

1    believe that you became an expert in the
2    regulatory process --
3          MR. THORNBURGH:  Objection.
4    BY MR. TOMASELLI:
5        Q.   -- for mesh devices?
6        A.   I don't know.
7        Q.   Is that something you've
8    been involved with for many years?
9          MR. THORNBURGH:  Objection.
10         THE WITNESS:  Once again --
11   BY MR. TOMASELLI:
12       Q.   I mean, kind of the same
13   answers?
14       A.   -- I want to be clear that I
15   represent myself as an industry expert
16   and an industry standard expert, which is
17   not as narrow-scoped as what you're
18   describing, if you're suggesting that a
19   regulator expert is somebody who
20   specifically has expertise in the FDA
21   code.  Now --
22       Q.   So I didn't -- I didn't mean
23   to suggest one way or the other, I don't
24   think.

Page 251

1        A.   So --
2        Q.   What I was -- here's my
3    question.
4        A.   I need clarification then.
5    When you say "regulatory," what do you
6    mean?
7        Q.   Sure.  Here's my questions.
8    You mentioned a lot of FDA regulation in
9    your Prolift report, correct?
10       A.   Because a massive portion of
11   the Prolift internal database on the
12   Crivella database involves a very lengthy
13   and bizarre regulatory process where they
14   came to market with a device that was
15   never cleared for the regulatory process.
16          And what's most important to
17   me about that plethora of internal
18   documentation is not some -- not so much
19   the deceptive nature of the interactions
20   between Ethicon and the FDA and how, in
21   doing so, they created misbranding.  To a
22   greater extent, it's the -- it is a
23   black-and-white, written acknowledgment
24   about what Ethicon knew about their

Page 252

1    product in their interactions with the
2    FDA.  They're admitting everything they
3    know about their product, including a lot
4    of misleading statements.
5          And admitting all that has
6    nothing to do with the FDA.  They're
7    demonstrating that they have violated the
8    standards, worldwide standards, of
9    labeling, safety and efficacy that have
10   nothing to do with the FDA codes.
11       Q.   And when did you become --
12   or when do you believe you became an
13   expert in that regulatory process that
14   you just described?
15          MR. THORNBURGH:  Objection.
16          THE WITNESS:  Which process
17   are you talking about?
18   BY MR. TOMASELLI:
19       Q.   Well, you mentioned a
20   regulatory process regarding the
21   interactions with the FDA.  And so I'm
22   wondering when you became an expert in
23   that.
24          MR. THORNBURGH:  Objection.

63 (Pages 249 to 252)

Page 253

1    THE WITNESS:  You'd have to
2    ask the people that hired me when
3    they feel I became an expert.
4    BY MR. TOMASELLI:
5    Q.   Okay.  And can you take me
6    back and just give me a time frame of
7    when you've been hired to do that?
8    A.   I've worked with device
9    companies that overlapped labeling where
10   I was challenged with editing and making
11   labeling suggestions for many years,
12   dating back to probably the mid-2000s.
13   Then I was required to
14   create regulatory-pathway opinions for my
15   own companies since probably 2010ish, and
16   over the last few years for other
17   people's companies.
18   Q.   Okay.  I do want to mark, as
19   I mentioned you to you earlier, some data
20   regarding Prosima.  Do you want to take a
21   quick break, and maybe it'll make it
22   quicker.
23   MR. THORNBURGH:  How much
24   time is left?

Page 254

1    MR. TOMASELLI:  1:18:00.
2    THE WITNESS:  I would have
3    guessed 49.
4    MR. TOMASELLI:  Can we take
5    a quick break?
6    MR. THORNBURGH:  Yeah.  We
7    can take a quick break.  No
8    problem.
9    (Break taken from 1:33 p.m.
10   to 1:41 p.m.)
11   BY MR. TOMASELLI:
12   Q.   Dr. Zipper, are you ready to
13   proceed?
14   A.   Yes, I am.
15   Q.   Great.  I want to talk to
16   you -- go back to the Prosima device, if
17   we can for a little bit.
18   Would you agree that there
19   is less dissection of tissue for the
20   Prosima device compared to the Prolift
21   device?
22   A.   No.
23   Q.   Would you agree that there
24   are no arms in the Prosima that are

Page 255

1    pulled through muscle bodies or ligament
2    structures?
3    A.   Yes.
4    Q.   Would you agree that with
5    respect to Prosima there is no passage of
6    the arms through tissue with trocars?
7    A.   Yes.
8    Q.   Would you agree that the
9    mesh was smaller --
10   A.   I'd like to add to that
11   comment.  If the procedure is performed
12   uneventfully, there is no passage of the
13   mesh through muscles with trocars, but
14   secondary to the instrumentation and arms
15   associated with the instrumentation, the
16   possibility of accidentally placing the
17   mesh through muscle bodies exists.
18   Q.   I suppose as devised, the
19   Prosima does not encompass passage of the
20   arms through tissue with the use of
21   trocars?
22   A.   Yes.
23   Q.   Would you agree that the
24   mesh, in terms of Prosima, was smaller in

Page 256

1    size than the Prolift mesh?
2    A.   Yes.
3    Q.   Would you agree that Prosima
4    was commonly referred to as a nonanchored
5    mesh?
6    A.   I'm not familiar with that
7    rubric.
8    Q.   Would you agree that the
9    Prosima was not permanently sutured to a
10   muscle or ligament?
11   A.   I would agree that that was
12   not part of the labeling.
13   Q.   The vaginal support device,
14   with respect to the Prosima, the
15   predicate for that device was called a
16   Silimed vaginal stent; is that right?
17   A.   I don't think it was silly.
18   But yes Silimed vaginal stent was one of
19   the claimed predicates for the Prosima
20   device.
21   Q.   And was the Silimed stent
22   made of silicone?
23   A.   Yes.
24   Q.   Was it placed in the vagina?

Page 269

```
 1      things?  I think you said earlier that
 2      you would agree that the Prosima device
 3      was cleared by the FDA, I think you said,
 4      in early 2007; is that right?
 5              MR. THORNBURGH:  Objection.
 6              THE WITNESS:  The FDA makes
 7      it clear in their guidance that it
 8      is the responsibility -- no.  I'm
 9      sorry.  The word is "relies."  It
10      relies on the manufacturer to
11      provide accurate information about
12      the predicate devices, and it uses
13      that in addition to their own
14      files.
15              So in the later part of
16      2006, Ethicon submitted their
17      regulatory file to the FDA, and a
18      few months later it went through
19      the process and received
20      clearance, I believe in the early
21      part of 2007, and the FDA did
22      their evaluation based on the
23      information provided by Ethicon,
24      including the fact that they
```

Page 270

```
 1      stated that their VSD was
 2      equivalent to the Silimed, but yet
 3      in another document right in their
 4      database they state, word for
 5      word, "we have a different
 6      intended use."
 7              And by definition, if you
 8      have a different intended use,
 9      you're not substantially
10      equivalent.
11      BY MR. TOMASELLI:
12          Q.   Dr. Zipper, are you
13      second-guessing the judgment of the FDA
14      in clearing Prosima?
15              MR. THORNBURGH:  Objection.
16              THE WITNESS:  I'm in no way
17      second-guessing anyone.  I'm
18      stating the obvious.  The obvious
19      is that the FDA -- and this is a
20      known fact -- relies on the device
21      companies.  The FDA does not
22      represent themselves as experts in
23      vaginal surgery, heart surgery,
24      lung surgery.  They do not
```

Page 271

```
 1      represent or suggest that they
 2      understand a specific device
 3      better than a manufacturer.
 4              And that's why they do have
 5      to rely heavily on the
 6      manufacturer.  And if the
 7      manufacturer is not completely
 8      forthcoming and does not provide
 9      all the material facts, then the
10      FDA doesn't have that at their
11      disposal to make a decision.
12              So what I am stating is that
13      the Prosima VSD is in no way,
14      shape, or form substantially
15      equivalent to the Silimed vaginal
16      stent, and Ethicon recognized that
17      and admitted it.
18      BY MR. TOMASELLI:
19          Q.   All right.  And the reason
20      that you know what Ethicon --
21          A.   Because they wrote it.
22          Q.   Because they wrote it.  So
23      it's in their documents?
24          A.   It's in their documents, and
```

Page 272

```
 1      I believe it's in my report.
 2          Q.   Okay.
 3          A.   With a citation.
 4          Q.   All right.  We talked
 5      earlier about a study by Carey in 2009
 6      that you referred to as a --
 7          A.   Talking about the one-year
 8      study or the randomized controlled study?
 9          Q.   The randomized controlled
10      study, the one that we marked.
11          A.   Okay.
12          Q.   We talked about the Carey
13      2009 paper, and you referred to that as a
14      Prosima study.
15              Do you remember that?
16          A.   The randomized controlled
17      trial by Carey was Prosima without the
18      VSD.  I went back and I corrected that.
19      And with another exception is that it
20      also used a shape of mesh that was never
21      sold with Prosima.
22              (Exhibit Number 26, Article
23      Titled "Vaginal surgery for pelvic
24      organ prolapse using mesh and a
```

Page 309

1     the Chinese Journal of
2     Obstetrics & Gynecology in 2012
3     that is several pages long,
4     probably six pages long, all in
5     Chinese, with one paragraph in
6     English, and the word "Prosima"
7     does appear.
8  BY MR. TOMASELLI:
9     Q.   Doctor, we talked about the
10 use of robots in abdominal sacrocolpopexy
11 a little bit before, correct?
12    A.   Yes.
13    Q.   In terms of the mesh that's
14 in the shape of the Y that extends from
15 the sacrum down to the vagina -- are you
16 with me in that visualization?
17    A.   The hand movement's helping.
18    Q.   Okay.  In terms of the
19 flaps, the two Y flaps, how long down the
20 anterior and posterior walls of the
21 vagina do those Ys go?
22    A.   Surgeon-specific.
23    Q.   Okay.
24    A.   Patient-specific.

Page 310

1     Q.   Can you give me a range?
2        MR. THORNBURGH:  Objection.
3  BY MR. TOMASELLI:
4     Q.   What do you do?
5     A.   I base it upon the patient,
6  their symptoms, whether they're sexually
7  active, not sexually active,
8  unfortunately how severe their scarring
9  and fibrosis is from their previous
10 Prolift or other vaginal mesh.
11       A very, very large number of
12 the patients that we perform these
13 surgeries on are patients that have
14 contracted anterior and/or posterior
15 mesh, including Prolift, which absolutely
16 affects how we do the sacrocolpopexy
17 procedure.
18       I do tend to -- there are
19 times that I limit my anterior and
20 posterior leaves of the Y to the proximal
21 portion of the vagina.  There are times
22 that I provide a more comprehensive
23 dissection of the anterior and posterior
24 compartment with larger Y segments.

Page 311

1     Q.   All right.  And can you give
2  me the range that you just described in
3  centimeters?
4     A.   No.
5        MR. THORNBURGH:  Objection.
6        THE WITNESS:  Because it
7  varies on the vaginal length,
8  right.  So many of these women who
9  have severe vaginal -- I'm
10 sorry -- who have severe
11 contraction on transvaginal mesh
12 have a loss of vaginal length.
13 And because of -- and those
14 patients, 3 centimeters of Y might
15 represent more than half of their
16 vaginal length.  And there could
17 be a woman who's never had --
18 who's had only a hysterectomy who
19 has vaginal length of
20 12 centimeters.  And I may be able
21 to put 5 centimeters on her and
22 only have half the vaginal length.
23       So it's very
24 patient-specific, often related to

Page 312

1     the previous mesh surgery and
2     related complications.
3  BY MR. TOMASELLI:
4     Q.   All right.  You stated that
5  you use a Y-mesh called Alyte, correct?
6     A.   I -- that may not be the
7  pronunciation, but yes.
8     Q.   It is Alyte Y?
9     A.   It's -- yes, it's either
10 Alyte or Alyte, yes.
11    Q.   All right.  And this is
12 manufactured and sold by a company called
13 Bard, correct?
14    A.   Yes.
15    Q.   Is it made of polypropylene?
16    A.   Yes.
17    Q.   Have you seen -- withdrawn.
18       Is it a macroporous
19 lightweight mesh?
20    A.   It is a --
21       MR. THORNBURGH:  Objection.
22       THE WITNESS:  -- large-pore
23 lightweight mesh.
24       ///

Page 313

```
 1    BY MR. TOMASELLI:
 2        Q.   And do you know the weight
 3    in grams per meters squared?
 4            MR. THORNBURGH:  Objection.
 5            THE WITNESS:  My
 6        recollection is that it is in
 7        the -- it's -- I'm not comfortable
 8        giving you an exact number, but
 9        it's my recollection it's either
10        in the -- it's in the low 20s or
11        less.
12    BY MR. TOMASELLI:
13        Q.   Do you know the pore size in
14    millimeters?
15        A.   It -- I believe the weight
16    and the pore size varies between the arms
17    and the sacral arm of the mesh.  Let's be
18    clear that the material defects
19    associated with polypropylene mesh,
20    although they continue to exist in the
21    use for sacrocolpopexy, the consequences
22    are dramatically different and much less
23    severe secondary to the fixation points
24    and the dissection required to place the
```

Page 314

```
 1    material.
 2        Q.   Do you know the pore size of
 3    Alyte Y in millimeters?
 4        A.   I can't give you the exact
 5    number today.  It is something I have
 6    been familiar with in the past and can
 7    easily be familiar with again.
 8        Q.   When did you start using
 9    Alyte Y-Mesh in ASC repair?
10        A.   I don't recall.
11        Q.   Do you know how it was
12    cleared or approved by the FDA, if at
13    all?
14            MR. THORNBURGH:  Objection.
15            THE WITNESS:  It is cleared.
16        I don't remember what the exact
17        nomenclature of the indication is.
18    BY MR. TOMASELLI:
19        Q.   Do you know when it was
20    cleared by the FDA?
21        A.   I do not.
22        Q.   Do you know if there were
23    any long-term randomized clinical trials
24    at the time of clearance by the FDA?
```

Page 315

```
 1            MR. THORNBURGH:  Objection.
 2            THE WITNESS:  What would you
 3        consider long-term?
 4    BY MR. TOMASELLI:
 5        Q.   Let me modify the question.
 6            Are you aware of any
 7    randomized clinical trials with
 8    Alyte Y-Mesh at the time of approval or
 9    at the time of clearance by the FDA?
10        A.   I'm mostly aware --
11            MR. THORNBURGH:  Objection.
12            THE WITNESS:  -- of the fact
13        that there is an extended database
14        of the safety and efficacy of
15        abdominal sacrocolpopexy as well
16        as the relevant complications
17        associated with abdominal
18        sacrocolpopexy, and there is no
19        particular large-pore, lightweight
20        mesh that I believe is superior or
21        inferior when it comes to the
22        treatment of abdominal
23        sacrocolpopexy.
24            And although the material is
```

Page 316

```
 1        effective and has significant
 2        complications, the risk/benefit
 3        ratio supports the use of
 4        lightweight, large-pore
 5        polypropylene mesh in the
 6        treatment of significant pelvic
 7        organ prolapse until such a time
 8        that a safer, more effective
 9        alternative is available.
10    BY MR. TOMASELLI:
11        Q.   Is Gynemesh PS included in
12    your last answer?
13            MR. THORNBURGH:  Objection.
14            THE WITNESS:  The material
15        defects -- actually, the answer is
16        no.
17    BY MR. TOMASELLI:
18        Q.   Okay.
19        A.   Because -- I'd like to
20    finish that.  Gynemesh PS is perhaps the
21    only mesh I'm aware of that has been
22    shown to uniquely -- have a uniquely
23    negative impact on tissue.  Gynemesh PS
24    has been shown to actually eat away
```

```
 1    tissue, to be catabolic to tissue.  It
 2    has been shown to dramatically decrease
 3    collagen, dramatically decrease elastin.
 4    It has been shown to cause an 80 percent
 5    decrease in the contraction of the vagina
 6    when used in sacrocolpopexy.
 7            So it is the one mesh,
 8    Gynemesh PS, that has been shown to be
 9    inferior to other meshes it's been
10    compared to and dangerous in comparison.
11    So I disagree with your statement.
12        Q.   I just want this particular
13    question:  Are you aware of any
14    randomized clinical trial with
15    Alyte Y-Mesh at the time of clearance or
16    approval by the FDA?
17        A.   I have not reviewed their
18    regulatory dossier.
19        Q.   Are you aware of any
20    prospective clinical data performed on
21    Alyte Y-Mesh prior to the FDA clearance
22    or approval?
23            MR. THORNBURGH:  Objection.
24            THE WITNESS:  Can you please
```

```
 1      restate the question.
 2    BY MR. TOMASELLI:
 3        Q.   Sure.
 4            Are you aware of any
 5    prospective clinical data performed on
 6    Alyte Y-Mesh prior to the clearance or
 7    approval of the product?
 8        A.   As stated just a few moments
 9    ago --
10        Q.   I'm just asking if you're
11    aware.
12        A.   And I'm just giving -- to
13    answer that with a yes-or-no question
14    would be an incomplete answer, and I'm
15    not comfortable giving incomplete
16    answers.
17        Q.   You can say no, and then
18    "This is why it doesn't matter," or --
19        A.   Are you instructing me on
20    how to answer the question, sir?
21        Q.   I'm not.
22        A.   You just did.  I don't want
23    to be argumentative.
24        Q.   I'm not try to argue with
```

```
 1    you.  I'm really not.  I just have
 2    limited time, and so I just need to know
 3    whether you're aware of --
 4            THE WITNESS:  Well, can we
 5    extend his time by the three
 6    minutes it takes me to answer his
 7    question?
 8            MR. THORNBURGH:  Answer his
 9    question.  How much time is left
10    on the cross?
11            MR. TOMASELLI:  17 minutes.
12            MR. THORNBURGH:  Answer the
13    question the best way you have to
14    answer the question.
15            THE WITNESS:  Two wrongs
16    don't make a right, and just
17    because somebody got away with
18    something -- but the bottom line
19    is, before all this happened, we
20    trusted device companies to
21    provide us with adequate
22    information.  We believed that
23    device companies did the necessary
24    safety and efficacy testing.
```

```
 1      By the time that this became
 2    an issue, I already had a history
 3    of using the product safely.  And
 4    as stated earlier, the use of
 5    polypropylene mesh for abdominal
 6    sacrocolpopexy, with the exception
 7    of Gynemesh PS, has a history that
 8    demonstrates that risk/benefit
 9    analysis is meritorious compared
10    to other alternatives; and,
11    therefore, although companies may
12    not have done the randomized
13    controlled trials that they should
14    have done, the experiment has
15    happened in realtime, and it's
16    provided the necessary realtime
17    data.
18    BY MR. TOMASELLI:
19        Q.   Dr. Zipper, do you have or
20    have you reviewed the regulatory file
21    with the FDA and the correspondence
22    between Bard and the FDA regarding the
23    Alyte Y-Mesh?
24        A.   I have not.
```

Page 321

```
1        Q.   Do you have internal memos
2   from Bard regarding the Alyte Y-Mesh?
3        A.   I do not.
4        Q.   Do you have any internal
5   e-mails from Bard regarding the Alyte
6   Y-Mesh?
7        A.   No.  In all fairness, I
8   would not look at those unless I was
9   retained as an expert to render an
10  opinion on that.
11       Q.   Have you -- have you asked
12  Bard for their regulatory file, internal
13  memos, or internal e-mails related to the
14  Alyte Y-Mesh?
15       A.   I have not.
16       Q.   Have you asked Bard for any
17  of their risk assessments that have been
18  performed, if any, internally regarding
19  the Alyte Y-Mesh?
20       A.   I have not.
21       Q.   Have you seen the material
22  safety data sheet for the Alyte Y-Mesh,
23  if there is one?
24            MR. THORNBURGH:  Objection.
```

Page 322

```
1            THE WITNESS:  There wouldn't
2        be one for -- I think you
3        understand that, Joe, and I don't
4        mean to sound --
5   BY MR. TOMASELLI:
6        Q.   Maybe I misspoke.
7        A.   There wouldn't be one for
8   the --
9        Q.   Can I withdraw that?
10       A.   Yes.
11       Q.   With respect to the
12  polypropylene that was used in the Alyte
13  Y-Mesh, have you ever seen an MSDS for
14  that?
15            MR. THORNBURGH:  Objection.
16            THE WITNESS:  No, I have
17       not.
18  BY MR. TOMASELLI:
19       Q.   All right.  Have you seen
20  the Alyte Y-Mesh degrade in any way?
21            MR. THORNBURGH:  Objection.
22            THE WITNESS:  I --
23       because -- and this is -- I'm glad
24       you bring that up because it
```

Page 323

```
1   brings back to the forefront of
2   our conversation a very important
3   topic.  And I know you have
4   limited time, so I'll be quick.
5        The material defects -- and
6   I've said this multiple times --
7   associated with the mesh and the
8   consequences of such are
9   dramatically less with abdominal
10  sacrocolpopexy than transvaginal
11  mesh.  We're not dragging it
12  through muscles, attaching it to
13  the pelvic sidewall.
14       And so when you're asking me
15  if I've seen these things, the
16  only reason the answer is no is
17  because I don't have problems with
18  the product.  My patients aren't
19  having complications.  I've never
20  had to remove one.  I've never had
21  an erosion with one.  I've never
22  had vaginal pain or dyspareunia
23  associated with it.
24       It's not going through the
```

Page 324

```
1   obturator foramen.  It's not going
2   through the obturator muscles.
3   It's not going through the
4   iliococcygeus muscle.  It's not
5   going through the obturator
6   muscle.  It's not going in and
7   around or near the pudendal nerve.
8   It's not going near the levator
9   ani nerve.  It's not causing
10  myofascial pain syndrome.
11       I'm not having to resect it,
12  and, therefore, I don't have any
13  evidence of these problems because
14  I'm not resecting it.
15  BY MR. TOMASELLI:
16       Q.   Dr. Zipper, do you know the
17  effective pore size inside the human body
18  of the Alyte Y-Mesh?
19            MR. THORNBURGH:  Objection.
20            THE WITNESS:  No, but I'm
21       very familiar with it with the
22       Ethicon products in that it was --
23       the arms tend to lose all porosity
24       at physiologic stresses.
```

Page 341

```
 1           REPORTER'S CERTIFICATE
 2
 3    STATE OF FLORIDA
 4    COUNTY OF BREVARD
 5
 6           I, Rhonda Hall-Breuwet, RDR,
 7    CRR, LCR, FPR, CLR, NCRA Realtime Systems
 8    Administrator, Notary Public, certify
 9    that I was authorized to and did
10    stenographically report the deposition of
11    RALPH ZIPPER, MD, FACOG, FPMRS.
12           I further certify that I am
13    not a relative, employee, attorney, or
14    counsel of any of the parties, nor am I a
15    relative or employee of any of the
16    parties' attorney or counsel connected
17    with the action, nor am I financially
18    interested in the action.
19           Dated this 4th day of
20    April, 2016.
21
22    _____
23    Rhonda Hall-Breuwet, RDR, CRR, LCR, FPR, CLR,
      NCRA Realtime Systems Administrator
24
```

Page 342

```
 1        INSTRUCTIONS TO DEPONENT
 2
 3           Please read your deposition
 4    over carefully and make necessary
 5    corrections.  You should state the reason
 6    in the appropriate space on the errata
 7    sheet for any corrections that are made.
 8           After doing so, please sign
 9    the errata sheet and date it.
10           You are signing same subject
11    to the changes you have noted on the
12    errata sheet, which will be attached to
13    your deposition.
14           It is imperative that you
15    return the original errata sheet to the
16    deposing attorney within thirty (30) days
17    of receipt of the deposition transcript
18    by you.  If you fail to do so, the
19    deposition transcript may be deemed to be
20    accurate and may be used in court.
21
22
23
24
```

Page 343

```
 1              ERRATA SHEET
 2              - - - - - -
 3
 4    PAGE  LINE  CHANGE
 5    _____ _____ _____
 6           REASON: _____
 7    _____ _____ _____
 8           REASON: _____
 9    _____ _____ _____
10           REASON: _____
11    _____ _____ _____
12           REASON: _____
13    _____ _____ _____
14           REASON: _____
15    _____ _____ _____
16           REASON: _____
17    _____ _____ _____
18           REASON: _____
19    _____ _____ _____
20           REASON: _____
21    _____ _____ _____
22           REASON: _____
23    _____ _____ _____
24           REASON: _____
```

Page 344

```
 1
 2        ACKNOWLEDGMENT OF DEPONENT
 3
 4           I,_____, do
 5    hereby certify that I have read the
 6    foregoing pages, and that the same is
 7    a correct transcription of the answers
 8    given by me to the questions therein
 9    propounded, except for the corrections or
10    changes in form or substance, if any,
11    noted in the attached Errata Sheet.
12
13
14    _____
15    RALPH ZIPPER, M.D., FACOG, FPMRS  DATE
16
17
18    Subscribed and sworn
      to before me this
19    _____ day of _____, 20____.
20    My commission expires:_____
21
22    _____
      Notary Public
23
24
```