# EXHIBIT C

1

1

2               IN THE UNITED STATES DISTRICT COURT

3          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

4                       AT CHARLESTON

5

6    _____

7    JO HUSKEY AND ALLEN HUSKEY,              :

8            Plaintiffs,                      :   CASE NUMBER

9         v.                                  :   2:12-cv-05201

10   ETHICON, INC., ET AL.,                   :

11           Defendants.                      :

12   _____

13

14              TRANSCRIPT OF TRIAL - DAY TWO

15                  AUGUST 25, 2014

16          BEFORE THE HONORABLE **JOSEPH R. GOODWIN**,

17                UNITED STATES DISTRICT JUDGE

18

19

20   Court Reporter:          Carol Farrell, CRR, RMR, CCP, RPR
                              (304)347-3188
21                            carol_farrell@wvsd.uscourts.gov

22                            Anthony Rolland, CRR, RMR, RPR
                              (407)760-6023
23                            rolland.crr@gmail.com

24

25   Proceedings recorded by machine stenography; transcript
     produced by computer.

*United States District Court*
*Southern District of West Virginia*

156

GUELCHER - CROSS - THOMAS

1   A.   Prolene is a brand name, it's essentially polypropylene

2   with antioxidants and lubricants.

3   Q.   And Ethicon first used Prolene in its sutures?

4   A.   That's my understanding.

5   Q.   And sutures are what we in West Virginia call stitches,

6   right?

7   A.   Call them that in Virginia, too, where I grew up.

8   Q.   Down in Blacksburg?

9   A.   Yes, sir.

10  Q.   And so Ethicon Prolene stitches or sutures have been

11  around since the late Sixties?

12  A.   That's my understanding, they've been around since the

13  Sixties.

14  Q.   And what makes Prolene Prolene as opposed to simple

15  polypropylene are the additives that you talked about,

16  correct?

17  A.   Yes.  The brand name Prolene is defined by the additives

18  that are added to the polypropylene.

19  Q.   And those additives are calcium stearate, do you remember

20  that?

21  A.   Calcium stearate is added as a lubricant.

22  Q.   And DLTDP because I can't pronounce the full word.

23  A.   It's a long word.  It's an antioxidant.

24  Q.   Santonox R?

25  A.   Another antioxidant.

*United States District Court*
*Southern District of West Virginia*

—————— GUELCHER - CROSS - THOMAS ——————

1   Q.   Procol LA-10?

2   A.   I think that's another surfactant.

3   Q.   And a CPC --

4        THE COURT:   That's another what?   I didn't hear it.

5        THE WITNESS:   I'm sorry.   It's another surfactant or

6   a lubricant.

7        THE COURT:   All right.

8   BY MR. THOMAS:

9   Q.   And then the coloring, the CPC pigment, correct?

10  A.   Yes, sir.

11  Q.   And those additives are what make Prolene different from

12  the other polypropylene medical devices on the market,

13  correct?

14  A.    There are many different grades of polypropylene; Marlex,

15  Prolene, different grades --

16        THE COURT:   Is that a yes or a no?

17        THE WITNESS:   I'm sorry.   Yes.

18        MR. THOMAS:   Thank you.

19  BY MR. THOMAS:

20  Q.   Now, Ethicon Prolene sutures are what is known as

21  non-absorbable sutures, correct?

22  A.   They're marketed as non-absorbable.

23  Q.   Okay.   And what that means is they are supposed to be in

24  the body for life?

25  A.   They're supposed to be without changing, yes.

*United States District Court*
*Southern District of West Virginia*

212

```
 1              (A recess was taken at 5:03 p.m.)

 2                   -   -   -   -   -

 3

 4                    REPORTERS' CERTIFICATE

 5

 6       Carol Farrell, CRR, RMR, CCP, RPR, Official Court

 7   Reporter of the United States District Court for the Southern

 8   District of West Virginia, and Anthony Rolland, CRR, RMR, RPR,

 9   do hereby certify that the foregoing is a true and accurate

10   transcript, to the best of our ability, of the proceedings as

11   taken stenographically by and before us at the time, place,

12   and on the date hereinbefore set forth.

13

14

15   /S/ Carol Farrell, CRR, RMR, CCP, RPR        08/25/2014
     _____            _____
16            Court Reporter                          Date

17

18   /S/ Anthony Rolland, CRR, RMR, RPR           08/25/2014
     _____            _____
19            Court Reporter                          Date

20

21

22

23

24

25
```