# EXHIBIT D

Scott Guelcher

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC., PELVIC    )
REPAIR SYSTEM PRODUCTS          )
LIABILITY LITIGATION            )
                                )
_____ )
                                )
THIS DOCUMENT RELATES TO THE    )Master File No.
FOLLOWING CASES IN WAVE 1 OF    )2:12-MD-02327
MDL 200:                        )   MDL 2327
                                )
Marty Babcock v. Ethicon, Inc.  )JOSEPH R. GOODWIN
Civil Action No. 2:12-cv-01052  )U.S. DISTRICT
                                )JUDGE
[Complete caption below]        )

DEPOSITION OF

SCOTT GUELCHER

Taken on behalf of the Defendants

March 23, 2016

8:51 a.m.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

ed529c64-35ef-4150-8686-915d23914a31

Scott Guelcher

1          MR. BOWMAN:  Object to form.

2          THE WITNESS:  I'd have to refresh

3    myself with the documents.  I -- I -- I can't

4    remember them.

5    BY MR. HUTCHINSON:

6        Q.       And as a material scientist, you'll

7    agree that PROLENE has a different chemical

8    composition than pure polypropylene, correct?

9        A.       So PROLENE has two antioxidants, one

10   designed to prevent oxidation during

11   high-temperature processing, another during

12   storage.  There are flow additives designed to make

13   extrusion easier, calcium stearate, some

14   surfactants.  So there's other additives in there,

15   but those additives are added mainly for

16   manufacturing, in my understanding.

17       Q.       Right.  But PROLENE has a chemical

18   different composition -- strike that.

19          PROLENE has a different chemical

20   composition than pure PROLENE, correct?

21          MR. BOWMAN:  Object to form.

22   BY MR. HUTCHINSON:

23       Q.       I'm sorry.  PROLENE has a different

24   chemical composition than pure polypropylene,

ed529c64-35ef-4150-8686-915d23914a31

Scott Guelcher

Page 88

1    correct?

2         A.         Well, the -- yeah, the composition's

3    different because it has these additives.

4                    MR. HUTCHINSON:  I'm sorry.  Did he say

5    "well, yeah"?

6                    (Whereupon the previously mentioned

7    answer was read back by the reporter.)

8                    THE WITNESS:  I probably said -- yes,

9    it's -- it has additives.

10   BY MR. HUTCHINSON:

11        Q.         Doctor, turn to Exhibit 1.  I'll

12   represent to you and the Court that there are 44

13   different plaintiffs named on the notice of

14   deposition, starting with Marty Babcock --

15        A.         Okay.

16        Q.         -- and ending with Thelma Wright.

17   That's 44 different cases.

18        A.         I see.

19        Q.         Did you know you were designated in 44

20   cases in this litigation?

21        A.         I -- I didn't know the exact number of

22   44.  I knew it was a wave.  So I knew there were a

23   number of cases, but I wasn't familiar with the

24   specific plaintiffs because I'm not giving

ed529c64-35ef-4150-8686-915d23914a31

Scott Guelcher

Page 196

```
 1                    C E R T I F I C A T E
 2     STATE OF TENNESSEE )
       COUNTY OF DAVIDSON )
 3                I, Lise S. Matthews, RMR, CRR, CCP, LCR
       353, Licensed Court Reporter and Notary Public, in
 4     and for the State of Tennessee, do hereby certify
       that the above deposition was reported by me, and
 5     the transcript is a true and accurate record to the
       best of my knowledge, skills, and ability.
 6                I further certify that I am not related
       to nor an employee of counsel or any of the parties
 7     to the action, nor am I in any way financially
       interested in the outcome of this case.
 8                I further certify that I am duly
       licensed by the Tennessee Board of Court Reporting
 9     as a Licensed Court Reporter as evidenced by the
       LCR number and expiration date following my name
10     below.  I further certify that this transcript is
       the work product of this court reporting agency and
11     any unauthorized reproduction and/or transfer of it
       will be in violation of Tennessee Code Annotated
12     39-14-104, Theft of Services.
                  IN WITNESS WHEREOF, I have hereunto set
13     my hand and affixed my notarial seal this _____
       day of _____, 2016.
14
15

       _____
16     Lise S. Matthews, RMR, CRR, CRC
       LCR 353 Expiration Date 6/30/2016
17     Notary Public Commission Expires
       March 6, 2018
18
19
20
21
22
23
24
```

ed529c64-35ef-4150-8686-915d23914a31