# EXHIBIT E

Duane Priddy, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO THE FOLLOWING CASES IN WAVE 1 OF OF MDL 200: | Master File No. 2:12-MD-02327 MDL 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| HARRIET BEACH v. ETHICON, INC., et al. | CIVIL ACTION FILE No. 2:12-CV-00476 |
| SHARON BOGGS, et al. v. ETHICON, INC., et al. | CIVIL ACTION FILE No. 2:12-CV-00368 |
| JUDITH BRUHN, et al. v. ETHICON, INC., et al. | CIVIL ACTION FILE No. 2:12-CV-00888 |
| JANICE COLONNA v. ETHICON, INC., et al. | CIVIL ACTION FILE No. 2:12-CV-01274 |
| MARY F. CONE v. ETHICON, INC., et al. | CIVIL ACTION FILE No. 2:12-CV-00261 |
| SANDRA CYRUS v. ETHICON, INC., et al. | CIVIL ACTION FILE No. 2:12-CV-01283 |

Videotaped Deposition of DUANE PRIDDY, PH.D.
March 8, 2016

Duane Priddy, Ph.D.

Page 103

1    A.    I served as a consultant on a project
2    several years ago involving Kugel mesh and at that
3    point I received a mesh sample, but I don't recall
4    actually evaluate -- or testing it.
5    BY MR. HUTCHINSON:
6    Q.    Do you know what the chemical composition
7    is of the Kugel mesh?
8    A.    Yes, it was a polyester.
9    Q.    It wasn't Prolene, correct?
10   A.    No.
11   Q.    Doctor, you will agree that Prolene has a
12   chemical composition difference compared to
13   polypropylene?
14   A.    Absolutely, yes.  Compared to what?
15   Q.    Compared to polypropylene.  Polypropylene
16   and Prolene are chemically different, aren't they,
17   sir?
18         MR. JACKSON:  Objection, form.
19   A.    Prolene meshes are polypropylene.
20   BY MR. HUTCHINSON:
21   Q.    Doctor, as a materials scientist, would
22   you agree that Prolene has a different chemical
23   composition compared to pure polypropylene?
24         MR. JACKSON:  Objection, form.

Golkow Technologies, Inc. - 1.877.370.DEPS

Duane Priddy, Ph.D.

Page 104

1      A.   It's got stabilizers and additives, yes.
2  BY MR. HUTCHINSON:
3      Q.   Prolene and polypropylene are not
4  identical, are they?
5      A.   Prolene is polypropylene with additives.
6      Q.   And pure polypropylene is not identical to
7  Prolene, correct?
8           MR. JACKSON:  Objection, asked and
9      answered.
10 BY MR. HUTCHINSON:
11     Q.   Pure polypropylene?
12     A.   Because pure, with no additives, is
13 different than a formulation with additives, yes.
14     Q.   And Ethicon's product is a formulation
15 with additives, correct?
16     A.   That's correct.  All polypropylene
17 products contain additives.  They have to.
18     Q.   But they are different polymers?
19     A.   Polymer is the same.
20     Q.   Doctor, what medical products are you
21 designated to give opinions about?
22     A.   You mean in legal cases?  I've done
23 consulting.
24     Q.   No, in the deposition that you are here

Duane Priddy, Ph.D.

Page 174

1       C E R T I F I C A T E
2
        G E O R G I A:
3
        HENRY COUNTY:
4
                    I hereby certify that the foregoing
5       deposition was reported, as stated in the
        caption, and the questions and answers
6       thereto were reduced to the written page
        under my direction; that the foregoing
7       pages 1 through 168 represent a true and
        correct transcript of the evidence given.
8       I further certify that I am not in any
        way financially interested in the result
9       of said case.
            Pursuant to Rules and Regulations of
10      the Board of Court Reporting of the
        Judicial Council of Georgia, I make the
11      following disclosure:
            I am a Georgia Certified Court
12      Reporter. I am here as an independent
        contractor for Golkow Global Litigation
13      Services.
            I was contacted by the offices of
14      Golkow Global Litigation Services to
        provide court reporting services for this
15      deposition. I will not be taking this
        deposition under any contract that is
16      prohibited by O.C.G.A. 15-14-37 (a) or
        (b).
17          I have no written contract to provide
        reporting services with any party to the
18      case, any counsel in the case, or any
        reporter or reporting agency from whom a
19      referral might have been made to cover
        this deposition. I will charge my usual
20      and customary rates to all parties in the
        case.
21      This, the 9th day of March, 2016.
22

23                      _____
                        MAXYNE BURSKY, CCR-2547
24