# EXHIBIT F

Jimmy W. Mays, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

Master File No.
2:12-MD-02327

MDL NO. 2327

THIS DOCUMENT RELATES TO THE
FOLLOWING CASES IN WAVE 1 OF MDL
200:

JOSEPH R. GOODWIN
US DISTRICT JUDGE

Bonnie Blake, et al., v. Ethicon,
Inc., et al.,
Civil Action No. 2:12-cv-00995
Robin Bridges v. Ethicon, Inc.,
et al.,
Civil Action No. 2:12-cv-00651
Carey Beth Cole, et al., v.
Ethicon, Inc., et al.,
Civil Action No. 2:12-cv-00483
(Continued on next page)

- - -

MARCH 2, 2016

- - -

Deposition of JIMMY W. MAYS, PhD, held at
Marco Island Marriott Beach Resort, South Collier
Boulevard, Marco Island, Florida, commencing
at 8:36 a.m., on the above date, before Joan L.
Pitt, Registered Merit Reporter, Certified
Realtime Reporter, and Florida Professional
Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Jimmy W. Mays, Ph.D.

Page 22

1    materials.

2         Q.    And you've never personally inspected a mesh

3    explant of Prolene, have you?

4         A.    No.

5         Q.    Have you ever done any testing of a mesh

6    explant of Prolene?

7         A.    Not of Prolene.

8         Q.    And, Doctor, are you -- do you know what

9    medical products you're here and designated to testify

10   about and give opinions about?

11        A.    Yes, I do.  They're listed at the beginning of

12   my report.

13        Q.    Where do you see that?

14        A.    If you go over on page 4, under background, the

15   various Prolene mesh products are listed there.

16        Q.    Sir, do you know if all those products -- and

17   just for the record, we're looking at Prolene Mesh,

18   Gynemesh PS, Prolift, Prolift +M, Prosima, TVT-Secur --

19   I'm sorry -- Gynecare TVT System, TVT Retropubic, TVT-O,

20   TVT-Abbrevo, TVT-Secur, and TVT-Exact; is that correct?

21        A.    I'm sorry.  Could you --

22        Q.    Is that the list of the medical --

23        A.    That is the list, yes.

24        Q.    And, Doctor, do you know if all those products

Jimmy W. Mays, Ph.D.

Page 30

1    additives are present at a very low level.

2        Q.   But to be exact, polypropylene is chemically

3    different than Prolene; correct?

4        A.   Well, polypropylene as it's encountered in the

5    marketplace essentially always has these additives in

6    it.  Processing aids and antioxidants are always put

7    into polypropylene.

8        Q.   Right, but, Doctor, my question is more

9    specific.  Is it your testimony that polypropylene and

10   Prolene are chemically different or chemically the same?

11       A.   Prolene is a particular formulation of

12   polypropylene.

13       Q.   So they're chemically different; correct?

14       A.   There are additives added.

15       Q.   But they are chemically different?

16   Polypropylene is chemically different than Prolene;

17   correct?

18       A.   Well, Marlex versus Prolene, the base polymer

19   in both is isotactic polypropylene.  There may be

20   different additives in there.  There may be different

21   molecular weights of polypropylene use.  There may be

22   different molecular weight distributions of the

23   polypropylene that's used.  So Prolene is a particular

24   formulation of polypropylene.

Jimmy W. Mays, Ph.D.

Page 31

1      **Q.**    I understand that, Doctor, but Prolene has a

2  different chemical composition compared to pure

3  polypropylene; correct?

4      **A.**    Compared to pure polypropylene, that's correct.

5      **Q.**    Thank you.  And Prolene and polypropylene are

6  not identical from a chemical composition standpoint,

7  are they?

8      **A.**    Polypropylene is the major component in

9  Prolene.

10      **Q.**    Right, but they are not chemically identical,

11  are they, sir?

12      **A.**    The additives make them different.  Prolene has

13  the additives.  Pure polypropylene would not.

14      **Q.**    And you'd never teach your polymer students at

15  UT that Prolene and polypropylene have the same chemical

16  composition, would you?

17      **A.**    No, I would teach them that Prolene is an

18  isotactic polypropylene with a certain additive package

19  in it.

20      **Q.**    Let's talk about polypropylene specifically, if

21  you will.  You've studied polypropylene before, I take

22  it, as a scientist?

23      **A.**    Yes.

24      **Q.**    When did you begin doing that?

Jimmy W. Mays, Ph.D.

Page 34

1          Have you personally performed any testing to

2   determine if Prolene degrades?

3       **A.**   We have performed testing to determine whether

4   or not polypropylene --

5       **Q.**   And I'm not -- I don't mean to cut you off, but

6   I am under a time limit.  I'm talking about Prolene.

7          Have you personally done any testing to

8   determine if Prolene degrades?

9       **A.**   We have tested polypropylene pelvic mesh.  That

10  was a Boston Scientific product.  But these materials

11  are 99.8 percent polypropylene.

12      **Q.**   And move to strike as nonresponsive.

13         Doctor, I'm asking you a specific question.  I

14  need a yes or no.  Have you personally performed any

15  testing to determine if Prolene degrades?

16      **A.**   We have tested polypropylene, but we have not

17  tested Prolene.

18      **Q.**   Thank you.  And, Doctor, you've not tested the

19  mechanical properties of Prolene, have you?

20      **A.**   We have not.

21      **Q.**   Doctor, have you done any tests on Prolene that

22  can be repeated and confirmed?  I'm talking about

23  Prolene, not polypropylene.

24      **A.**   Yeah.  We have not in my laboratory tested

Jimmy W. Mays, Ph.D.

Page 35

1    Prolene.

2        Q.    Doctor, have you ever done -- and when you say

3    you have not in your laboratory tested Prolene, would

4    that include a pristine piece of Prolene and also an

5    explanted piece of Prolene?

6        A.    Yeah, again, as I said earlier, we may have

7    characterized some material that was sent to us by

8    someone at some point, probably in terms of a molecular

9    weight analysis or something like that, but I don't

10   recall testing Prolene.

11       Q.    Doctor, have you ever personally seen a Prolene

12   explant that has degraded?

13       A.    I've seen pictures, but I haven't actually with

14   my own two eyes seen the degraded Prolene explant.

15       Q.    And, Doctor, with your own two eyes, have you

16   ever seen oxidated Prolene?

17       A.    With my own two eyes, I'd have to say no.

18       Q.    Doctor, with your own two eyes, have you ever

19   personally seen Prolene with embrittlement?

20       A.    No.

21       Q.    Have you ever with your own two eyes personally

22   seen Prolene that has a loss of mechanical properties?

23       A.    What do you mean by "loss of mechanical

24   properties"?

Jimmy W. Mays, Ph.D.

Page 36

1      **Q.**   A reduction in the physical properties.

2      **A.**   Which ones?

3      **Q.**   Any of them.

4      **A.**   Have I actually seen that material with my own

5      eyes?

6      **Q.**   Yes, sir.

7      **A.**   No.

8      **Q.**   Thank you.  And, in fact, Doctor, you've never

9      tested the durability of Prolene, have you?

10     **A.**   No.

11     **Q.**   You've never tested the tensile strength of

12     Prolene, have you?

13     **A.**   No.

14     **Q.**   You've never tested the toughness of Prolene,

15     have you?

16     **A.**   No.

17     **Q.**   You've never tested any type of physical

18     property of Prolene, have you?

19     **A.**   No.

20     **Q.**   You've never done any type of benchtop testing

21     of Prolene, have you?

22     **A.**   No.

23     **Q.**   And you've never done any root cause analysis

24     to determine if Prolene is defective, have you?

Jimmy W. Mays, Ph.D.

Page 37

1      **A.**    Yes, I think I have.

2      **Q.**    What?

3      **A.**    Basically, I reviewed extensive literature,

4      both Ethicon internal literature where they observed

5      degradation of explanted Prolene, and I also reviewed

6      extensive literature.  I could go through paper by

7      paper, if you like, and they observed degradation of

8      Prolene implants.

9      **Q.**    And we're going to get to that, but outside of

10     literature, Doctor, have you ever done any -- outside of

11     your literature review, have you ever done any type of

12     root cause analysis to determine if Prolene is

13     defective?

14     **A.**    We have explored the mechanism by which

15     polypropylene mesh degrades inside the body.

16     **Q.**    Okay.  And I'm sorry if my question wasn't

17     clear.  I was asking about Prolene.

18              So outside of literature, Doctor, have you ever

19     done any type of root cause analysis to determine if

20     Prolene is defective?

21     **A.**    What do you mean by "root cause analysis"?

22     **Q.**    Any type of analytical study to determine if

23     Prolene is defective.

24     **A.**    You mean actually perform experiments on

Jimmy W. Mays, Ph.D.

Page 38

1    Prolene?  No.

2        **Q.**    Doctor, have you ever performed any type of

3    accelerated aging tests for Prolene?

4        **A.**    No.

5        **Q.**    Doctor, you've cleaned mesh before, have you

6    not?

7        **A.**    Yes.

8        **Q.**    Have you personally been involved in that

9    process?

10       **A.**    Yes, I have.

11       **Q.**    And was that with the 11 explants in Boston

12   Scientific?

13       **A.**    Yes.

14       **Q.**    Have you ever personally cleaned Prolene mesh?

15       **A.**    No.

16       **Q.**    Have you ever been involved in any type of

17   cleaning protocols for Prolene mesh?

18       **A.**    With developing the cleaning protocol?

19       **Q.**    For Prolene mesh.  Not polypropylene.  Prolene

20   mesh.

21       **A.**    No, we haven't cleaned Prolene mesh.

22       **Q.**    And -- but you haven't been involved in any

23   cleaning protocols for Prolene mesh; correct?

24       **A.**    There's an ASTM protocol, and that's what we

Jimmy W. Mays, Ph.D.

Page 39

1    use when we clean polypropylene.

2        Q.    Right, but I'm asking about your personal

3    experience, Doctor.  You've never been involved in any

4    cleaning protocols for Prolene mesh; correct?

5        A.    No.  Correct.

6        Q.    Doctor, look back at Exhibit 1 for me, please.

7    That's a notice of deposition?

8        A.    Yes.

9        Q.    I'll represent to you that you're designated in

10   28 different lawsuits.  Does that look about right?

11       A.    That looks about right.

12       Q.    Do you know what -- and each lawsuit represents

13   the name of a plaintiff that received a Prolene implant;

14   correct?

15       A.    Correct.

16       Q.    Do you know what product these 28 women

17   received?

18       A.    All I know is it was Prolene, a Prolene-based

19   mesh.

20       Q.    You never reviewed medical records?

21       A.    No.

22       Q.    Never talked to any of the doctors?

23       A.    No.

24       Q.    Never inspected any of the explants from these

Jimmy W. Mays, Ph.D.

Page 41

1    **Q.**    But my question is:  Do you know the specific

2    reason why any of these 28 plaintiffs' mesh was removed?

3    **A.**    No, I don't.

4    **Q.**    You don't know when these 28 plaintiffs' meshes

5    were implanted, do you?

6    **A.**    I do not have those records, no.

7    **Q.**    And you don't know when they were explanted?

8    **A.**    No.

9    **Q.**    Do you know how many pieces of an explant was

10   removed?

11   **A.**    No.

12   **Q.**    And do you know if these 28 plaintiffs'

13   explants were stored in formalin?

14   **A.**    No.

15   **Q.**    You would agree that if explants exist for

16   these 28 plaintiffs, that would be an important piece of

17   evidence in this litigation; correct?

18   **A.**    That would be, yes.

19   **Q.**    And would you like to review those explants?

20   **A.**    Sure.

21   **Q.**    And have you asked the plaintiffs' lawyers for

22   the permission to review those explants?

23   **A.**    I have not.

24   **Q.**    Why not?

Jimmy W. Mays, Ph.D.

1     **A.**   Well, I might very well at some point in time.

2   The first step was to get familiar with the case and

3   file my report.

4     **Q.**   Doctor, have you ever seen any type of

5   histology slides from any of these 28 plaintiffs?

6     **A.**   Not to my knowledge.

7     **Q.**   Would you review histology slides if they were

8   available?

9     **A.**   I'd certainly look at them.

10     **Q.**   Have you asked for them?

11     **A.**   I have not.

12     **Q.**   Doctor, have you ever performed -- strike that.

13           Fair to say that you've never performed any

14   type of analytical testing on the explants of these 28

15   plaintiffs; correct?

16     **A.**   Correct.

17     **Q.**   You've never done any type of SEM, FTIR, DSC,

18   EDS, GPC on these plaintiffs' explants; correct?

19     **A.**   Correct.

20     **Q.**   Doctor, have you -- strike that.

21           I think we talked about this earlier, but it's

22   undisputed that degradation affects the physical

23   properties of mesh; correct?

24     **A.**   Yes.

Jimmy W. Mays, Ph.D.

Page 44

1      **A.**   My experience with polypropylene, my

2   characterization of polypropylene-based meshes.

3      **Q.**   Do you base --

4      **A.**   The literature that Ethicon has in-house going

5   back to the early '80s where they again and again see

6   evidence of oxidative degradation of polypropylene

7   implants.

8      **Q.**   Doctor, you've never personally run any type of

9   oxidation tests on Prolene; correct?

10     **A.**   To my knowledge, not on Prolene.

11     **Q.**   And you've never done a molecular weight test?

12     **A.**   We've done a lot of molecular weight tests.

13     **Q.**   On Prolene?

14     **A.**   As I said earlier, we may have in the polymer

15   characterization lab at some time, but I don't recall

16   explicitly doing molecular weight determinations on

17   Prolene.

18     **Q.**   Okay.  And you would have done that by GPC;

19   correct?

20     **A.**   Yes.  It's not the only way to determine

21   molecular weight, but it's a very common way to do it.

22     **Q.**   And, Doctor, those analytical testing

23   techniques were available to you at your lab at UT;

24   correct?

Jimmy W. Mays, Ph.D.

Page 47

1       Q.    But you don't know for sure, do you, sir?

2       A.    Not in the case of Clave.

3       Q.    Okay.  Thank you.

4       A.    I haven't seen firm evidence.  But then I've

5   also got the internal Ethicon documents.

6       Q.    We're going to get to those in a minute, but

7   I'm talking about the peer-reviewed literature.  Okay?

8       A.    Okay.

9       Q.    So we'll get to those in a minute, but let's

10  stick with the peer-reviewed literature.

11      A.    Okay.

12      Q.    Jongebloed, Mary, and Costello are the only

13  literature regarding Prolene that you base your opinions

14  on; is that correct?

15      A.    Yes.

16      Q.    Okay.  And, Doctor, I forgot to ask you about

17  this earlier, but when we were talking about physical

18  and mechanical property testing, you'll agree that

19  mechanical properties and the evaluation of mechanical

20  properties is relevant when determining whether or not

21  mesh degrades?

22      A.    I don't think it's necessarily relevant.  One

23  can determine if a material is degrading by

24  spectroscopic means, chemical changes in the material,

Jimmy W. Mays, Ph.D.

Page 48

1    or one could look at molecular weight changes in the

2    material.  If chains are being broken, degradation is

3    happening.

4          Those changes manifest themselves in changes in

5    mechanical properties, but they're not the direct

6    observation of the degradation process.  You're

7    measuring the consequences of degradation with those

8    studies.

9        Q.    Doctor, but, nevertheless, evaluating

10   mechanical properties and physical properties are an

11   important part in your analysis of whether or not a

12   material degrades; correct?

13       A.    No.  As I just said, degradation can be

14   established with spectroscopy, with microscopy, with gel

15   permeation chromatography, with light scattering, and

16   other molecular methods.

17       Q.    Can degradation be established by reduction in

18   physical properties?

19       A.    If one measures a material and sees a reduction

20   in mechanical properties, again, just speaking

21   generically about mechanical properties at this point,

22   if one sees a change, then one might suspect degradation

23   is taking place, yes.

24       Q.    All right.  And just so the record's clear,

Jimmy W. Mays, Ph.D.

Page 49

1    degradation can be established by reduction in physical

2    properties; correct?

3        **A.**    No, molecular level degradation needs

4    spectroscopy or molecular weight measurements.

5    Mechanical properties -- changes in mechanical

6    properties are merely an outcome of the chemical

7    changes.  They're not direct.

8        **Q.**    Doctor, would you ever tell your students at UT

9    to disregard the results of physical properties when

10   making a determination of whether or not a polymer has

11   degraded?

12       **A.**    Well, if they had that material at hand,

13   certainly they would factor it into the analysis, but

14   it's not the direct analysis of whether or not a

15   material has degraded.

16       **Q.**    I understand that, sir, but you will agree that

17   it is one piece of the puzzle on whether or not a

18   polymer has degraded; correct?

19       **A.**    It's a piece of the puzzle, but it's a

20   secondary piece of the puzzle.  It's not a primary one.

21       **Q.**    Doctor, do you have any evidence that any of

22   these 28 plaintiffs experienced any type of chronic pain

23   related to Prolene?

24       **A.**    No direct evidence, but they had their mesh

Jimmy W. Mays, Ph.D.

Page 50

1    taken out, and I assume they had problems with it, or

2    they wouldn't be suing Ethicon.

3        Q.    That's an assumption on your part; correct?

4        A.    It is.   It is.

5        Q.    And, Doctor, can you identify by name a single

6    person who has had a failure of their mesh for the

7    reasons that you outline in your report?

8        A.    I would say that oxidative degradation is at

9    the heart of the problems that all of these people had

10   with the mesh and it's the reason that there's multiple

11   mesh companies with thousands of lawsuits around.

12   People are having problems with polypropylene mesh.

13   It's fundamentally the wrong material to make a pelvic

14   mesh out of.

15       Q.    Doctor, can you identify by name a single

16   person who has had a failure of their mesh for the

17   reasons outlined in your report?

18       A.    Again, all these people --

19       Q.    I'm just asking for a name.

20       A.    All of these people, Bonnie Blake, Robin

21   Bridges, Carey Beth Cole, these people had problems with

22   their mesh.

23       Q.    How did Bonnie Blake's mesh fail?

24       A.    Oxidative degradation is at the core of what's

Jimmy W. Mays, Ph.D.

Page 52

1    of these removals, so every individual listed here.

2        Q.    Okay.  And, Doctor, how do you know that Bonnie

3    Blake's mesh was removed because of degradation without

4    reviewing the medical records?

5        A.    It's made out of polypropylene.  Polypropylene

6    is attacked inside the human body with strong oxidizing

7    agents.

8        Q.    Does Bonnie Blake have any mesh that's made out

9    of Prolene?

10       A.    I have to assume that her mesh was made out of

11   Prolene because she's suing Ethicon.

12       Q.    Do you know if Bonnie Blake has mesh that's

13   made out of Prolene?

14       A.    I think it's a logical conclusion to reach.

15       Q.    My question is:  Do you know, sir, whether or

16   not Bonnie Blake has mesh that's made out of Prolene?

17       A.    I have not reviewed her medical records.  Okay?

18       Q.    But my question is:  Do you know if Bonnie

19   Blake has mesh that's made out of Prolene?  Yes or no?

20       A.    Yes.

21       Q.    And what do you base that on?

22       A.    The fact that she's suing Ethicon.

23       Q.    Doctor, you're not a clinician?

24       A.    I'm not.

Golkow Technologies, Inc. - 1.877.370.DEPS

Jimmy W. Mays, Ph.D.

Page 53

1      Q.    And you haven't -- have you ever reviewed a

2   medical record that says the surgeon is removing Prolene

3   mesh as a result of degradation?

4      A.    I don't review medical records normally.  I'm a

5   polymer scientist.  I'm a polymer chemist.  The

6   chemistry of polymers, the characterization of polymers,

7   is my thing.  I'm not a medical doctor.

8      Q.    I understand that, Doctor, but my question is:

9   Have you ever reviewed a medical record that says a

10  surgeon is removing Prolene mesh as a result of

11  degradation?

12     A.    I have not.

13     Q.    Doctor, have you done anything whatsoever to

14  explain how the alleged effects of degradation have

15  caused clinical harm to any of these 28 plaintiffs?

16     A.    Well, my report describes what happens to the

17  properties of polypropylene when they undergo

18  degradation, and it's the mechanical mismatch between

19  the degraded implants and the soft tissue that surrounds

20  it that's the root cause of these problems.

21     Q.    Do you know the symptoms that any of these 28

22  plaintiffs were complaining about?

23     A.    Individual symptoms will vary, but pain is a

24  very common one.

Jimmy W. Mays, Ph.D.

Page 55

1    additives, such as processing aids and antioxidants,

2    yes.

3        Q.    Doctor, I know that you've worked for --

4    against, rather -- Boston Scientific.  Have you ever

5    done any type of analytical testing of pelvic mesh

6    explants other than in Boston Scientific?

7        A.    No.

8        Q.    And, Doctor, are you -- did you perform any

9    type of physical property testing of the pelvic explants

10   in the Boston Scientific litigation?

11       A.    We measured the materials by spectroscopy, we

12   did GPC, we looked at the materials with

13   thermogravimetric analysis, SEM with EDS, but we did not

14   measure mechanical properties of those materials.

15       Q.    Why not?

16       A.    We were interested in determining what caused

17   the degradation of those materials once we noted the

18   degradation, and we used spectroscopy and GPC to do it.

19   As I mentioned earlier, those are the primary tools that

20   one would use to get direct evidence of degradation and

21   to identify what's causing the degradation.

22       Q.    Doctor, you'll agree that the adherence to

23   protocols and controls is the hallmark of good science?

24       A.    Yes.

Jimmy W. Mays, Ph.D.

Page 57

1        to have to spell, probably, a few of those.

2              THE WITNESS:  We'll do that.

3              MR. HUTCHINSON:  Yeah.

4              THE WITNESS:  We'll do that.

5    BY MR. HUTCHINSON:

6        Q.   But -- I'm sorry.  You're not an expert in the

7    design of surgical mesh?

8        A.   Actually designing the mesh, the geometry, the

9    shape, no, I'm not.

10       Q.   And, Doctor, you testified in Boston Scientific

11   that polypropylene meshes should not be available to

12   doctors to treat SUI or POP.  Do you recall that?

13       A.   Yes.

14       Q.   And do you stand by that?

15       A.   Yes, I do.

16       Q.   Doctor, you testified that polypropylene

17   vaginal mesh is a very bad idea.  Do you stand by that?

18       A.   I do.

19       Q.   And you've never shared those views with any

20   physicians at UT; is that right?

21       A.   Yes, I have.

22       Q.   When did you do that?

23       A.   I did that late summer/early fall of last year.

24       Q.   And you did that after you were cross-examined

Jimmy W. Mays, Ph.D.

Page 58

1    about that; correct?

2        **A.**    Yeah, I did.

3        **Q.**    Doctor, have you ever told the doctors at UT

4    that Prolene mesh should not be used to treat SUI or

5    POP?

6        **A.**    I cautioned them about polypropylene mesh

7    broadly.

8        **Q.**    Okay.  But my question is specifically about

9    Prolene.  Have you ever told the doctors at UT that

10   Prolene mesh should not be used to treat SUI or POP?

11       **A.**    When I told them that polypropylene mesh should

12   not be used, that it's a bad idea, that it's susceptible

13   to degradation inside the human body, they should know

14   that Prolene is polypropylene-based pelvic mesh, just

15   like Marlex is.

16       **Q.**    But, Doctor, have you ever told doctors at UT

17   that using Prolene mesh should not be done in treating

18   SUI or POP?

19       **A.**    Not yet.

20       **Q.**    Doctor, you testified in the Boston Scientific

21   litigation that you couldn't cite any literature that

22   states there's a clinical effect of degradation on a

23   patient.  Do you remember that?

24       **A.**    Yes, I do.

Jimmy W. Mays, Ph.D.

Page 59

1      **Q.**    And, Doctor, to this day, are you still unaware

2   of any literature that states there's a clinical effect

3   of degradation on the patient?

4      **A.**    No.  I've gone and reviewed literature.

5      **Q.**    And, Doctor, are you aware of any literature

6   that states there's a clinical effect of degradation on

7   the patient?

8      **A.**    Yes.

9      **Q.**    And what literature is that?

10     **A.**    The book by Williams is the key reference.

11     **Q.**    What's the name of the book?

12     **A.**    Let me find it.  It's in my reference list

13   here.

14            Yeah, it's Reference 44, Essential Biomaterials

15   Science.

16     **Q.**    And that's the key reference that you rely on?

17     **A.**    Yes.

18     **Q.**    Doctor, does the Williams book say anything at

19   all about the clinical effect of degradation of Prolene?

20     **A.**    I don't recall it calling out Prolene by name,

21   but it basically lays out that implants have to be

22   mechanically compatible with the tissue that they're

23   implanted in, and initially a polypropylene mesh,

24   including the Ethicon meshes, are supple and they move

Jimmy W. Mays, Ph.D.

Page 60

1  with this soft vaginal tissue, but as the oxidative

2  process takes place, the mesh stiffens, and then it can

3  no longer move with that material.

4      So you've got soft flesh moving and the mesh

5  isn't moving, so there's an abrasion, and this is a sort

6  of thing that can lead to the abrasions that are seen

7  with this mesh.

8      Q.   Doctor, stick with me.  Are you aware of any

9  literature that states there's a clinical effect of

10  Prolene degradation on a patient?  That's my question.

11      A.   I may have -- I may very well have seen that in

12  all of my literature review, but I can't call it out as

13  I sit here right at this moment.

14      Q.   And you didn't cite any reference in your

15  report that says there's a clinical effect of Prolene

16  degradation on a patient; correct?

17      A.   Actually, on thinking about it, I think this

18  Klinge article, Reference 42, calls this out.

19      Q.   And what does it say about the clinical effect

20  of Prolene degradation on a patient?

21      MR. MONSOUR:  I'm going to object to form.  Can

22      I ask you one question just for clarity's sake?  Are

23      you talking about polypropylene articles, or are you

24      talking --

Jimmy W. Mays, Ph.D.

Page 79

1    actually increasing the molecular weight because you're

2    incorporating oxygen into it.

3        Q.    Doctor, there must be a loss of molecular

4    weight for degradation to occur; correct?

5        A.    Must be a loss of?  Well, with polymers, if

6    you're talking about oxidative degradation of

7    polypropylene, you will see a reduction in molecular

8    weight.

9        Q.    Thank you.  And there must be -- there must be

10   a reduction in molecular weight for degradation for a

11   polymer; correct?  You can't have one without the other?

12       A.    Degradation?  Yes, you can.  You can have

13   chemical changes.  Remember, I defined degradation as

14   chemical changes in the polymer.  You could have

15   oxidation occurring at some level not to the point where

16   it actually starts to cleave the chain and you will see

17   increase in the molecular weight of the material.

18       Q.    But, Doctor, for oxidative degradation to

19   occur, there must be loss of molecular weight; correct?

20       A.    Yes, when oxidative degradation of

21   polypropylene occurs, there is degradation of molecular

22   weight.

23       Q.    And when oxidative degradation of Prolene

24   occurs, there must be loss of molecular weight; correct?

Jimmy W. Mays, Ph.D.

Page 80

1      **A.**    There will be reduction in molecular weight.

2    And I want to be specific about molecular weight.

3    Molecular weight is a term that gets tossed around

4    loosely a lot with polymers, but there are different

5    types of average molecular weights.

6      **Q.**    Right.

7      **A.**    Number average, weight average.

8      **Q.**    I'm going to get to those in just a minute.

9    But if oxidation occurs, you must have cleavage of the

10   polymer chain?

11     **A.**    Oxidative degradation of polypropylene does

12   lead to chain cleavage, that's correct.

13     **Q.**    And oxidative degradation of Prolene leads to

14   strong carbonyl bands present on FTIR that weren't there

15   before; correct?

16     **A.**    Correct.

17     **Q.**    And strong -- I'm sorry.

18            Oxidative degradation of Prolene leads to

19   reduced physical properties; correct?

20     **A.**    It changes physical properties.  It depends on

21   the particular one whether it's reduced or not.

22     **Q.**    And when the polymer chain is cleaved, there's

23   a reduction in physical properties; correct?

24     **A.**    Well, you have to specify which one.

Jimmy W. Mays, Ph.D.

Page 99

1    Prolene.

2       **Q.**    Right.  But, Doctor, I'm asking you for solid

3    scientific data.  Other than Costello, are you aware of

4    any solid scientific data that shows Prolene has

5    diminished physical properties?

6       **A.**    There's also data in Ethicon's own studies

7    where in one instance material retained only 54 percent

8    of its initial strength after oxidative degradation.

9       **Q.**    Doctor, you're talking about the 1983 document

10   from Ethicon?

11      **A.**    I'd have to look at it.  There's a couple of

12   1983 documents, but that sounds about right.

13      **Q.**    But when we're talking about the suture

14   retained only 54 percent of its original strength,

15   you'll agree that in that study only one explanted fiber

16   was tested?

17      **A.**    I'd have to look at that study to say.

18      **Q.**    Okay.  Do you have that study with you?

19      **A.**    I believe I do.

20           What was the number on that one?  I'd have to

21   go back to my report and track it down that way.

22      **Q.**    ETH.MESH.15955438?

23      **A.**    Okay.

24      **Q.**    Are you there with me, Doctor?

Jimmy W. Mays, Ph.D.

Page 100

1      **A.**    I am in that document, yes.

2      **Q.**    And, Doctor, you'll agree that only one

3  explanted fiber was tested, would you not?

4      **A.**    It was 5-0 Prolene from Specimen 2.

5      **Q.**    But one explanted fiber was tested; correct?

6      **A.**    They performed tests on one explanted fiber,

7  but there's no indication of how many times that might

8  have been tested.

9      **Q.**    And, Doctor, as a scientist, would you ever

10  rely on one data point in drawing conclusions for a

11  paper that you'd present to the American Chemical

12  Society?

13      **A.**    Well, my point is, they may have actually

14  tested that sample multiple times.

15      **Q.**    But my question to you, Doctor, and listen

16  closely to my question:  Would you ever rely, as a

17  scientist, on one data point in drawing a conclusion for

18  a paper that you'd present to the American Chemical

19  Society?

20      **A.**    I would rely on one data point, but I would

21  want more data, and what they show in this paper is

22  there's evidence of other fibers cracking.

23      **Q.**    And, Doctor, did you rule out that the fiber

24  had been damaged by a scalpel?  Did you rule that out?

Jimmy W. Mays, Ph.D.

Page 101

1    **A.**    You would think that they would not test

2    material that had been damaged by a scalpel.

3    **Q.**    How did you rule that out?

4    **A.**    I don't have the fiber to examine.

5    **Q.**    And you didn't rule that out that the fiber had

6    been damaged by a scalpel, had you?

7    **A.**    Well, I trust that Ethicon hires good

8    scientists who would be careful.

9    **Q.**    Did you rule out the fact that Ethicon's fiber

10   was damaged by a scalpel?

11   **A.**    I have no evidence that it was.

12   **Q.**    If you look at -- going back to your report, on

13   page 5, where we discussed chain scission, chain

14   scission produces carbonyl bands; correct?

15   **A.**    Chain scission in polypropylene accompanies the

16   formation of carbonyl bands.  It's not that chain

17   scission produces it, but --

18   **Q.**    And chain scission in Prolene accompanies the

19   formulation of carbonyl bands; correct?

20   **A.**    Yes.

21   **Q.**    In fact, Doctor, a carbonyl band from oxidation

22   is one of the most intensely absorbing functional groups

23   on FTIR; correct?

24   **A.**    Yes, it's one that's easy to see.

Jimmy W. Mays, Ph.D.

Page 103

1     **A.**     For oxidized Prolene, I think that's the one.

2     **Q.**     Costello is the one you're relying on?

3     **A.**     Yeah.   There's actually two Costello papers,

4     yeah.

5     **Q.**     Doctor, have you ever seen carbonyl bands from

6     Prolene after it was implanted in vivo?

7     **A.**     Well, as we just said, I've seen evidence

8     gathered by Ethicon scientists and also from Costello.

9     **Q.**     But outside of the documents that you've

10    reviewed, the internal documents and peer-reviewed

11    literature, Doctor, have you ever seen an FTIR spectra

12    that has a carbonyl band at or around 1750 for oxidized

13    Prolene?

14    **A.**     You mean with my -- something we generated in

15    the lab?

16    **Q.**     Yes, sir.

17    **A.**     No.

18    **Q.**     With your own eyes.

19    **A.**     No, we have not.

20    **Q.**     And, Doctor, have you ever done an FTIR spectra

21    for Prolene?

22    **A.**     For polypropylene, yes.   For Prolene, no.

23    **Q.**     Doctor, you had the equipment at your lab at UT

24    to do an FTIR spectra on Prolene, didn't you?

Jimmy W. Mays, Ph.D.

Page 104

1     A.   Yes.

2     Q.   In fact, that was something easy for you to do;

3   correct?

4     A.   It is easy, yes.

5     Q.   In fact, that's something you could have done;

6   correct?

7     A.   Yes.

8     Q.   Are you an expert in FTIR?

9     A.   I would say I'm quite experienced with it.  We

10   use it routinely to characterize polymers that we've

11   made.

12     Q.   But do you hold yourself as an expert in FTIR?

13     A.   Well, I'm not a person who's specialized in

14   spectroscopy my whole career, but we use it as a tool

15   routinely.

16     Q.   Doctor, do you tell the students you teach at

17   UT that you're an expert in FTIR analysis?

18     A.   I wouldn't classify myself as an expert.

19   There's certainly people that practice it day in and day

20   out that know more about it than I do.

21     Q.   And, Doctor, do you know -- well, by the way,

22   FTIR is a way to confirm oxidation?

23     A.   Yes.

24     Q.   And do you know where on an FTIR spectra a

Jimmy W. Mays, Ph.D.

Page 123

1      Q.   Okay.  Let's look at -- continuing on page 15,

2   at the bottom, you cite the Mary article?

3      A.   Yes.

4      Q.   And we've talked about Mary already; is that

5   right?

6      A.   Yes.

7      Q.   And, Doctor, you'll agree that the authors in

8   Mary did not recognize 1740 as a wavelength for DLTDP?

9      A.   I don't know that, but I have no evidence that

10   they explicitly pointed that out.

11      Q.   Well, did the study -- did the Mary study, sir,

12   recognize a 1740 wavelength for DLTDP?

13      A.   I did not see that called out in there.

14      Q.   And, in fact, sir, if -- how would you know

15   that -- first of all, Prolene has DLTDP in it, doesn't

16   it?

17      A.   Yes, it does.

18      Q.   And if the Mary article did not have a

19   wavelength at 1740 reciprocal centimeters for DLTDP, how

20   in the world do you know it's Prolene that they were

21   looking at?

22      A.   I'm not sure I follow you.

23      Q.   Okay.  Well, the FTIR analysis in Mary did not

24   show a peak at 1740 reciprocal centimeters?

Jimmy W. Mays, Ph.D.

Page 124

1    **A.**    Can we look in there?

2    **Q.**    Absolutely.

3    **A.**    They did carry out a cleaning study.

4    **Q.**    My question is, sir:  The FTIR analysis in Mary

5    did not show a peak at 1740 reciprocal centimeters for

6    the DLTDP wavelength; correct?

7    **A.**    They measured the absorbance at 1740.

8    **Q.**    Yes, sir, but did they recognize that

9    wavelength for DLTDP, is my question?

10    **A.**    They did not, but they had cleaned the sample,

11    and that would remove surface antioxidants.  Plus, the

12    sutures had been in the body for two years, which would

13    also deplete antioxidants present at the surface.

14    **Q.**    The authors in Mary didn't compare the

15    elongation of Prolene to PVDF, did they?

16    **A.**    Compare the elongation of the Prolene and the

17    PVDF?

18    **Q.**    That's correct.

19    **A.**    PVDF?  I don't see the comparison.

20    **Q.**    Doctor, on page 20 of your expert report,

21    there's an SEM photograph?

22    **A.**    Yes.

23    **Q.**    That's not a -- that's not a Prolene product,

24    is it?  Top of page 20.

Jimmy W. Mays, Ph.D.

Page 151

1   compared to Dog Site 3 and Dog Site 2.  Do you see that?

2   Down at the bottom.

3       **A.**   Yes.

4       **Q.**   And what do you notice about the change of

5   molecular weight, Doctor?

6       **A.**   I notice that those are not changing very much.

7       **Q.**   And that was done by GPC; correct?

8       **A.**   Yeah, I would assume so.  That's how these

9   values are normally derived.

10      **Q.**   And, in fact, at the bottom, under conclusions,

11  it says:  "Comparison of 7-year explants to current

12  Prolene indicate no molecular weight degradation."

13          Did I read that correctly?

14      **A.**   That's what it says.

15      **Q.**   Any reason to dispute that, Doctor?

16      **A.**   Well, I would need to have more details about

17  what they did, because they're also carrying out

18  intrinsic viscosity measurements here, these IV

19  measurements, and it's not clear to me whether they're

20  deriving these MW values from that IV measurement.

21  That's commonly done.

22          And maybe they're getting these number average

23  molecular weights from GPC.  I simply don't know.  They

24  don't clearly tell me where these values are coming

Jimmy W. Mays, Ph.D.

Page 154

1    decision.

2        **Q.**    Do you have any reason to believe that these

3    sutures were plasticized?

4        **A.**    It is possible that polypropylene does undergo

5    some plasticization inside the body.

6        **Q.**    And, Doctor, plasticization would improve

7    toughness, wouldn't it?

8        **A.**    Plasticization would soften the material.

9        **Q.**    But it would improve toughness?  I'm asking

10    about toughness.  I'm not asking about softening the

11    material.  Toughness.

12        **A.**    Plasticization at a reasonable level would

13    probably improve the toughness of the material.

14        **Q.**    Okay.  And, Doctor, if toughness of the

15    material improves, then we can rule out degradation,

16    can't we?

17        **A.**    That's not strictly true.

18        **Q.**    But, Doctor, as a general rule, you will agree

19    that as toughness improves, degradation can be ruled

20    out; correct?

21        **A.**    I would not make a general statement about

22    that.  I'd have to consider the specific material.

23        **Q.**    Doctor, would that be consistent with the

24    principles of polymerization that you used to teach your

Jimmy W. Mays, Ph.D.

Page 171

```
 1                    C E R T I F I C A T E

 2

 3          I, JOAN L. PITT, Registered Merit Reporter,

 4   Certified Realtime Reporter, and Florida Professional

 5   Reporter, do hereby certify that, pursuant to notice,

 6   the deposition of JIMMY W. MAYS, PhD, was duly taken on

 7   March 2, 2016, at 8:36, before me.

 8          The said JIMMY W. MAYS, PhD, was duly sworn by

 9   me according to law to tell the truth, the whole truth,

10   and nothing but the truth, and thereupon did testify as

11   set forth in the above transcript of testimony.  The

12   testimony was taken down stenographically by me.  I do

13   further certify that the above deposition is full,

14   complete, and a true record of all the testimony given

15   by the said witness.

16

17          _____

18          JOAN L. PITT, RMR, CRR, FPR

19

20          (The foregoing certification of this transcript

21   does not apply to any reproduction of the same by any

22   means, unless under the direct control and/or

23   supervision of the certifying reporter.)

24
```