# EXHIBIT P

Howard C. Jordi, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
Master File No. 2:12-MD-02327

IN RE:  ETHICON, INC.          MDL No. 2327
PELVIC REPAIR SYSTEM,
PRODUCTS LIABILITY
LITIGATION

This Document Relates to:
Carolyn Lewis, Et Al v. Ethicon, Inc.
Case No. 2:12-CV-04301

IN THE DISTRICT COURT, 95th JUDICIAL DISTRICT
DALLAS COUNTY, TEXAS

Linda Batiste,
          Plaintiff,
     v.                         Cause No.
John Robert McNabb, M.D.,       DC-12-14350
Johnson & Johnson and Ethicon, Inc.,
          Defendants.

DEPOSITION OF HOWARD C. JORDI, Ph.D.
Wednesday, October 30th, 2013
9:05 a.m.

Held At:
          Jordi Lab
          200 Gilbert Street
          Mansfield, Massachusetts

REPORTED BY:
Maureen O'Connor Pollard, RPR, CLR, CSR #149108

Howard C. Jordi, Ph.D.

Page 173

1     "The control and explant samples do not show a

2     significant difference in molecular weight."

3           Correct?

4           A.    That's correct.

5           Q.    Doesn't that mean that there's no

6     evidence in your molecular weight analysis that

7     polypropylene is degrading?

8           A.    It might seem so at first

9     consideration.  But remember, the only part of

10    the polymer that seems to be degrading based on

11    the SEM photos is the surface.

12          So GPC is a bulk technique, I had to

13    dissolve the inside undamaged region as well as

14    the broken pieces, but I get one sample.  The

15    total mixture dissolved.

16          So number one, the effect of the

17    damaged surface -- my point here is I think if

18    we could measure the surface we would see a loss

19    in molecular weight, but I had no way to get

20    enough pieces to measure the molecular weight of

21    only the surface pieces like I did for the

22    infrared spectra.

23          Q.    Aren't you speculating what you find?

24          A.    I am.

25          Q.    Until you have the opportunity to test

Howard C. Jordi, Ph.D.

Page 174

1    as you've described, the fact that your

2    molecular weight testing does not show a

3    significant difference in molecular weight

4    suggests that there's no degradation of the

5    polypropylene.  That's the best scientific

6    conclusion you can reach in this data, isn't

7    that true?

8         A.   It's one of the conclusions, yes.

9         Q.   It's --

10        A.   It's not the only one.

11        Q.   It's fair to say -- okay.

12             Now, has Jordi Labs analyzed

13   polypropylene mesh for other manufacturers?

14        A.   I don't run the day-to-day operations

15   anymore, so I would have no way to answer that

16   question.  I don't know what has come in.

17        Q.   Do you know?

18        A.   I do not know.

19        Q.   Do you know whether Jordi Labs

20   analyzed Bard mesh that was at issue in the West

21   Virginia litigation?

22        A.   I don't know.

23        Q.   Do you know whether Bard mesh has

24   antioxidants in it?

25        A.   I haven't been requested to analyze,

Howard C. Jordi, Ph.D.

Page 309

1     COMMONWEALTH OF MASSACHUSETTS )

2     SUFFOLK, SS.                  )

3              I, MAUREEN O'CONNOR POLLARD, RPR, CLR,

4     and Notary Public in and for the Commonwealth of

5     Massachusetts, do certify that on the 30th day

6     of October, 2013, at 9:05 o'clock, the person

7     above-named was duly sworn to testify to the

8     truth of their knowledge, and examined, and such

9     examination reduced to typewriting under my

10    direction, and is a true record of the testimony

11    given by the witness.  I further certify that I

12    am neither attorney, related or employed by any

13    of the parties to this action, and that I am not

14    a relative or employee of any attorney employed

15    by the parties hereto, or financially interested

16    in the action.

17             In witness whereof, I have hereunto

18    set my hand this 1st day of November, 2013.

19

20    _____

21    MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC

22    Realtime Systems Administrator

23    CSR #149108

24

25