Curriculum Vitae

# S. Abbas Shobeiri, M.D., FACOG, FACS, CMPE



Vice Chair, Gynecologic subspecialties
Inova Fairfax Hospital
Professor of Obstetrics & Gynecology^*
Adjunct Professor of Cell Biology*
The University of Oklahoma Health Sciences Center*
George Washington University^
Virginia Commonwealth University^

www.linkedin.com/pub/s-abbas-shobeiri/3/274/99a/en

## Curriculum Vitae

## Contents

EDUCATION AND TRAINING: ................................................................................................3
i.    SERVICE ..........................................................................................................................4
   I.    Academic: ...................................................................................................................4
       1- Clinical Services ......................................................................................................4
       2- Clinical and Basic Science Research ....................................................................4
       3- Educational Programs for Medical Students, Residents, and Fellows .................5
   II.   Administrative: ............................................................................................................5
       Past experiences: .........................................................................................................6
   III.  Professional achievements .......................................................................................6
   IV.   Community service .....................................................................................................7
ii.   SCHOLARSHIP ...............................................................................................................8
   I.    Publications .................................................................................................................8
       Published or in publication ..........................................................................................8
       Submissions ...............................................................................................................15
   II.   Books and book chapters .........................................................................................16
       Ambulatory Urology and Urogynecology 2016 ........................................................16
       Childbirth Trauma 2016 .............................................................................................16
       Current Obstetrics and Gynecology 2015 ................................................................16
       Principles and Practice of Urogynaecology 2015 ....................................................17
       Practical Pelvic Floor Ultrasonography 2015 ...........................................................17
       International Academy of Pelvic Surgery 2011 .........................................................17
       Pelvic Floor Disorders 2010 .....................................................................................18
       Muscular System - Anatomy, Functions and Injuries 2008 .....................................18
       Atlas of the Urologic Clinics of North America 2003 ...............................................18
iii. FUNDING .........................................................................................................................18
   I.    Local ..........................................................................................................................18
   II.   Research funding pending .......................................................................................18
   III.  Funded Research ......................................................................................................18
iv. TEACHING .......................................................................................................................21
   I.    Presentations ............................................................................................................21
       1)    International .........................................................................................................21
       2)    National ...............................................................................................................25
       3)    Regional ..............................................................................................................27
       4)    Local ....................................................................................................................28
       5)    Abstract presentations .......................................................................................29
   II.   Videos and media presentations .............................................................................31
   III.  Teaching Materials Developed .................................................................................31
   IV.   Creative Achievements ............................................................................................31

## Curriculum Vitae

V. Resident Mentees ...................................................................................................................32

VI. Post-doc Mentees ...............................................................................................................32

VII. Society Memberships .........................................................................................................34

VIII. Committee Memberships ...................................................................................................34

   Hospital / Agency: ...............................................................................................................35

   Licensure ..............................................................................................................................35

# EDUCATION AND TRAINING:

| | | |
|---|---|---|
| Board Certification | Female Pelvic Medicine and Reconstructive Surgery, FACOG | 2013- |
| | Obstetrics and Gynecology | 2003 |
| Professional Certification: Certified Medical Practice Executive | | 2014 |
| | CUCOG (The Council of University Chairs of Obstetrics and Gynecology) leadership development program | 2015-17 |
| Fellowship | Female Pelvic Medicine and Reconstructive Surgery Fellowship Louisiana State University Health Sciences Center New Orleans, LA | 1999-2002 |
| Residency | Obstetrics and Gynecology Louisiana State University Health Sciences Center New Orleans, Louisiana | 1995-1999 |
| Internship | Internal Medicine Tulane University New Orleans, Louisiana | 1994-1995 |
| Graduate School | Executive Healthcare Master of Business Administration Brandeis University Boston, Massachusetts | 2016-2017 |
| Medical School | Doctor of Medicine Tufts University School of Medicine Boston, Massachusetts | 1990-1994 |
| Undergraduate | Bachelor of Science in Biology University of Washington and Seattle CC Seattle, Washington | 1985-1990 |
| | Japanese Language and Literature Aoyama Academy Tokyo, Japan | 1982-1985 |

Curriculum Vitae

# i. SERVICE

## I.   Academic:

| | |
|---|---|
| 2015 -- | Vice Chair Gynecological subspecialties, Inova Fairfax Hospital |
| 2014 – | Professor, Obstetrics and Gynecology, VCU, GWU |
| 2014 -- | Professor, Cell Biology, OUHSC |

2002 – 2013                        Assistant and subsequently Associate Professor and
Chief, Section of Female Pelvic Medicine & Reconstructive Surgery/Urogynecology,
Oklahoma's first fellowship-trained physician in FPMRS, The University of Oklahoma Health
Sciences Center, Department of Obstetrics & Gynecology

**As the division director, I established a new division with a 12 year development plan to sequentially mature three programs:**

### 1- Clinical Services

My role at Inova is to provide and coordinate gynecologic programs at the Inova Fairfax
Hospital and across the system to serve our patient population.                        2015-

| | |
|---|---|
| Inova academic compensation subcommittee | 2015- |
| Inova competency committee | 2015- |

Prior to joining Inova, I spent 13 years establishing "**OU Women's Pelvic & Bladder Health Center**" starting at 2002.  Since then, this entity has grown to include seven multidisciplinary clinics that bring together the expertise of the best specialists in Oklahoma.
**Clinic awards:**
- Excel Awards: 2008, 2009, 2010, 2011 (Not given 2012-14), 2015
- 2010 National Health care week 10-17 to 10-23                        1st place-Tracking/Testing UTI's
- 2011 National Health care week 10-16 to 10-22                        2nd place- Press Ganey-Information about delays
- 2008 National Health care week 10-19 to 10-25                        1st place-Tracking and Treating UTI's

"**Women's Surgical Units**" at the OU Medical Center to deliver women a more personalized surgical care.
 "**The Pelvic Floor Laboratory**" at the OU Physicians.  This clinical laboratory offers the state of the art testing and we believe it is the best in the nation.
"**Oklahoma Pelvic Floor Network (OKPFN)**" as an educational resource to rural physicians and physical therapists.
"**OU Health Care for Executive Women**" a specialized pay for service program for busy executive leaders in Oklahoma.

### 2- Clinical and Basic Science Research

● My role at Inova is to coordinate gynecologic research programs at the Inova Fairfax
Hospital and across the system to serve our patient population.

Prior to joining Inova, I spent 13 years establishing "**The Pelvic Floor Research Laboratory**" at the OUHSC.  Secured dedicated research space that is used for pelvic floor studies.  We have become known nationally for our readiness to perform clinical trials.  We have dedicated research nurses at the Women's Health Center to achieve this end.

## Curriculum Vitae

● I have collaborated extensively with various basic scientists around OUHSC campus, in particular with Pharmacology department to investigate the pathophysiology of muscle degeneration in pelvic floor disorders.

● I created the "**OU Pelvic Medicine Fund**" to be used for resident and fellow's unfunded research.

### 3- Educational Programs for Medical Students, Residents, and Fellows

● I am a Professor of Cell Biology and Anatomy due to my expertise in pelvic floor Anatomy. Initially, in addition to being involved with the problem based learning courses, I proctored medical students during abdominal and pelvic dissection. Between 2007-15, I have also given the clinical correlation lecture in Pelvic floor anatomy to the first year medical students.

● I created a suturing and knot tying module that I have handed off to a junior faculty.

• I have established educational programs for Obstetrics and Gynecology residents.

• I led creation of an ACGME accredited fellowship program in FPMRS at OUHSC in 2008.

• I created an on-line anatomy module for the 3rd year medical students rotating through OBG rotation at OU.

• I created a 4th year medical student research and clinical rotation in FPMRS.

• I have provided the leadership training courses to all rotating medical students during their third year OBG rotations.

## II.    Administrative:

2015— **Vice Chair**, Gynecologic subspecialties, Inova Fairfax Hospital, Falls Church, VA

2002-2015, **Division Chief**,
　　　　　　　　Female Pelvic Medicine and Reconstructive Surgery (FPMRS). The University of Oklahoma Health Sciences Center, Department of Obstetrics & Gynecology, Oklahoma City, OK

•    I brought clinical and basic research in FPMRS to Oklahoma. I have been prolific in national and international meetings, and my number of publications has increased as a result of my ground breaking research in the area of 3D pelvic floor ultrasonography and levator ani anatomy.

•    I created an educational curriculum for the Obstetrics and Gynecology residents and medical students.

•    FPMRS fellowship achieved ACGME accreditation in January 2013.

•    FPMRS achieved the **Center of Excellence** designation by the National Association For Continence (NAFC) in January 2013. The first in the Midwest and one of only 7 elite groups in the United States to achieve the Center of Excellence designation.

## Curriculum Vitae

2002-2015, **Medical Director**,
OU Women's Pelvic & Bladder Health National Center of Excellence;
Continence Care

• I have directed the growth of this entity from one physician and one nurse to a core group of 30 faculty, staff and research members with extensive interaction with the other clinical services including but not limited to radiology, neurology, urology, colorectal surgery, and sonography.

### Past experiences:

2002-15            Section chief, FPMRS, The University of Oklahoma HSC.
                   Created award winning programs in research, education, and clinical care over a 13 year period.

1988-1991          President
                   USM Company, Bellevue, WA

• I created and managed a multi-million dollar start-up corporation focusing on exports to Japan. I traveled extensively domestically and internationally for product selection, purchasing and securing contracts. I managed a team of independent contractors to finalize shipping and delivery.

1985 – 1988        Japanese interpreter and fleet maintenance manager
                   Arctic Ice Fisheries Corporation
                   Seattle, Washington.

• I built relationships between the Japanese and American deep-sea trawler captains in the Bering Sea and the Gulf of Alaska. I managed staff of 100+ to maintain fleet of 15 deep-sea trawlers.

1982 – 1985        Vice President, Marketing and Design
                   Japan AMA Corporation
                   Tokyo, Japan.

• I co-owned and managed a start-up corporation. Conformed to the international clients' needs to design consumer specific sports and casual clothing for export from Japan to Europe, Middle East and the United States.

# III.    Professional achievements

Oklahoma's first fellowship trained physician in Female Pelvic Medicine and Reconstructive Surgery / UROGYN                                                              2002-15

Created a new section within the department of Ob/Gyn with a clinical operation that has grown to four fellowship trained physicians, Physician assistants, nurses, support staff, and research support                                                                            2002-15

Created Women's Pelvic & Bladder Health brand at the OU Physicians          2002-15

Created the Pelvic Floor Research Laboratory at OU                          2002-15

## Curriculum Vitae

Brought many multi-center clinical trials to OU, as well as other funding for original research
2002-

Created a syllabus and an educational course for OKC and Tulsa residents          2004-

Created an Anatomy workshop and an online anatomy module for MSIII and MS IV students in
2008

Created a suturing workshop and an online suturing course for MSIII and MS IV students in
2008

Created an MS IV elective in FPMRS                                                       2008

Created OU WISH (Women's Incontinence and Sexual Health) support group in          2009

FPMRS fellowship program became accredited by ABOG/ABU                             2009

Created Pelvic Floor Investigation Group (PFIG)                                      2009

Created International 3D Ultrasound Pelvic Floor Imaging Conference and workshops at OU
2010

Became an international research fellowship site for the IUGA and the ICS in 2010, with research
scholars from Canada, India, Iran, Thailand, Mexico, Philippines, Europe and the US      2010

GYN Operating rooms transition leadership                                            2011

OUMC Six Sigma Committee                                                         2011-2012

Created "Oklahoma Pelvic Floor Network" in 2012 as a gathering place for NP, PAs, FPs and PTs
to learn about pelvic floor disorders                                               2012

OU LCME Review Committee                                                            2012

Our FPMRS fellowship achieved ACGME accreditation January                          2013

Our group achieved the National Center of Excellence designation by National Association for
Continence,                                                                   January 2013

Created UROGYN Process Improvement Working Group                                  2013-15

OU Admissions committee                                                          2013-15

OU Dept of Ob/Gyn Co-Chair promotions committee                                  2014-15

OU Leadership Development Institute Group leader                                  2014-15

TUFTS-Brandeis University executive management scholarship                        2016-17

# IV.   Community service

Boston Healthcare for the Homeless                                              1992-1994

## Curriculum Vitae

| | |
|---|---|
| Board of Directors, CASA, Oklahoma City | 2007-8 |
| Oklahoma City Food Bank | 2002-15 |
| OUHSC rowing team | 2015 |

# ii.   SCHOLARSHIP

## I.   Publications

NCBI MyBibliography:
http://www.ncbi.nlm.nih.gov/sites/myncbi/1ZO6yTy06z8k0/bibliography/47352728/public/?sort=date&direction=ascending

### Published or in publication

1.   Rostaminia G, Pickett S, Machiorlatti M, **Shobeiri SA**, Nihira MA. Surgical preference for surgical treatment of stress urinary incontinence among urogynecologic surgeons, comparison after 15 years. Pelviperineology 2015 34(3):75-78.

2.   Javadian P, Wendelken J, Quiroz LH, **Shobeiri SA**.  Surgical Care Processing in Major Oklahoma City Hospitals: The Surgeons` Perspective. In publication OSMA J.

3.   Javadian P, O'Leary D, Rostaminia G, North J, Wagner J, Quiroz LH, **Shobeiri SA**. *How does 3D endovaginal ultrasound compare to magnetic resonance imaging in the evaluation of levator ani anatomy?* In publication nreurourol urodyn

4.   Rostaminia G, Peck J, Quiroz LH, **Shobeiri SA.** *Risk factors associated with pelvic organ prolapse in women with significant levator ani muscle deficiency*. In publication IUGJ

5.   Towner RA, Wisniewski AB, Wu DH, Van Gordon SB, Smith N, North JC, McElhaney R, Aston CE, **Shobeiri SA**, Kropp BP, Greenwood-Van Meerveld B, Hurst RE.  *A Feasibility Study to Determine whether Clinical Contrast-Enhanced MRI can Detect Increased Bladder Permeability in Patients with Interstitial Cystitis.*   J Urol. 2015 Aug 22. pii: S0022-5347(15)04676-5. doi: 10.1016/j.juro.2015.08.077. [Epub ahead of print] PMID: 26307161

6.   Yune JJ, Quiroz L, Nihira MA, Siddighi S, O'Leary DE, Santiago A, Shobeiri SA. *The Location and Distribution of Transurethral Bulking Agent: 3-Dimensional Ultrasound Study*. Female Pelvic Med Reconstr Surg. 2015 Oct 29. [Epub ahead of print], PMID: 26516814

7.   Rostaminia G, Peck JD, Quiroz LH, **Shobeiri** SA. *Characteristics associated with pelvic organ prolapse in women with significant levator ani muscle deficiency*. Int Urogynecol J. 2015 Sep 5. [Epub ahead of print] PMID: 26342811

8.   Santoro GA, **Shobeiri SA**, Wieczorek P.  *Perineal body anatomy as seen in 3D endovaginal ultrasound of asymptomatic nulliparas.*  Colorectal disease 2015 Sep 18. doi: 10.1111/codi.13119. [Epub ahead of print] PMID: 26382090

9.   Rostaminia G, Peck J, Quiroz LH, **Shobeiri SA.** *Variability of pubic arch architecture and its role on minimal levator hiatus area*. In Publication, Int J of Gyn Obstet.

## Curriculum Vitae

10. Pickett S, Barenberg B, Quiroz LH, **Shobeiri SA**, O'Leary D. *The significant morbidity of removing pelvic mesh from multiple vaginal compartments.* Obstet Gynecol   2015 Jun;125(6):1418-22. doi: 10.1097/AOG.0000000000000870. PMID: 26000513

11. Rostaminia G, Peck J, Quiroz LH, **Shobeiri SA.** *Levator Plate Upward Lift on Dynamic Sonography and Levator Muscle Strength.* J Ultrasound Med. 2015 Oct;34(10):1787-92. doi: 10.7863/ultra.15.14.11075. Epub 2015 Sep 2. PMID: 26333568

12. Manonai J, Rostaminia G, Denson L, **Shobeiri SA**. *Clinical and ultrasonographic study of patients presenting with transvaginal mesh complications.* NeuroUrol2015 Jan 25. doi: 10.1002/nau.22725. [Epub ahead of print] PMID:25620321

13. Santiago AC, O'Leary D, Quiroz LH. **Shobeiri SA**. *An Ultrasound approach to the posterior compartment and anorectal dysfunction.* Int Urogynecol J. 2015 Sep;26(9):1393-4. doi: 10.1007/s00192-015-2669-x. Epub 2015 Mar 24. PMID:25800901

14. Santiago AC, O'Leary D, Rostaminia G, Quiroz LH. **Shobeiri SA**. *Is there a correlation between levator and urethral sphincter complex status on 3D ultrasound?* Int Urogynecol J 2015;26:699-705 DOI: 10.1007/s00192-014-2577-5   PMID:25448493

15. O'Leary DE, Rostaminia G, Quiroz LH, **Shobeiri SA**. *Sonographic Predictors of Obstructive Defecatory Dysfunction.* Int Urogynecol J. 2015;26:415-20, PMID: 25315168

16. Rostaminia G, White DE, Quiroz LH, **Shobeiri SA**. *How well can levator ani muscle morphology on 3D pelvic floor ultrasound predict the levator ani muscle function?* IUGJ. Int Urogynecol J (2015) 26:257–262. DOI: 10.1007/s00192-014-2503-x. 2014 Sep 23. PMID:25246297

17. Santiago AC, **Shobeiri SA**. *The use of Ultrasound Imaging in Pelvic Organ Prolapse: An Overview.* Current Obstetrics and Gynecology Reports. DOI: 10.1007/s13669-015-0117-z

18. White D, Rostaminia G, Quiroz LH, **Shobeiri SA**. *The Influence of Age on the visualization of the Structures within the Anterior and Posterior Pelvic Floor Compartments.* In publication: Pelviperineology.

19. **Shobeiri SA**, Santiago AC.  *Individualized pelvic floor muscle training is an effective conservative treatment in women with pelvic organ prolapse.* Evid Based Med. 2014 Jul 18. pii: ebmed-2014-110020. doi: 10.1136/ebmed-2014-110020. [Epub ahead of print] PMID: 25038067

20. O'Leary DE, Pickett S, **Shobeiri SA**. *Description of the methodology in the study of the association between vaginal parity and minimal levator hiatus.*  BJOG DOI: 10.1111/1471-0528.12958  PMID: 24990183

21. Rostaminia G, White D, Quiroz LH, **Shobeiri SA**. *Is a New High Resolution Probe Better Than the Standard Probe for 3D Anal Sphincter and Levator Ani Imaging?* Ultrasonic Imaging (In publication) PMID: 24831299

22. Van Delft K, **Shobeiri SA**, Thakar R, Sultan AH. *Agreement between palpation, transperineal and endovaginal ultrasound in the diagnosis of levator ani avulsion. IUGJ 2015:26:33-39.* DOI 10.1007/s00192-014-2426-6 PMID: 24859796

23. Van Delft K, **Shobeiri SA**, Thakar R, Schwertner-Tiepelmann N, Sultan AH. Reply: *Inter-rater and Intra-rater reliability of levator ani muscle biometry and detachment using three dimensional endovaginal ultrasonography.* Ultrasound Obstet Gynecol. 2014 Apr;43(4):480.

## Curriculum Vitae

doi: 10.1002/uog.13329 PMID: 24692223

24. Allen AM, **Shobeiri SA,** Quiroz LH, Fong DN, Nihira MA. Obstetric Laceration Repair in the United States: Is there a Common Practice? JRM 2014 59:127-133 PMID: 24724220.

25. Nihira MA, Quiroz LH, Hardre P, **Shobeiri SA.** *Training Community Gynecologists to Perform Intraoperative Cystoscopy: A Competency-Based Training Experience.* FPMRS 2014;20(2):76-82. doi: 10.1097/SPV.0000000000000056. PMID: 24566209

26. Denson LE, **Shobeiri SA.** *3 Dimensional Endovaginal Ultrasound Imaging of Synthetic Implanted Materials in the Female Pelvic Floor. JUM March 2014 33:521-529. doi:10.7863/ultra.33.3.521 PMID:24567464*

27. Denson LE, **Shobeiri SA**. *Peroxide-enhanced 3-dimensional endovaginal ultrasound imaging for diagnosis of rectovaginal fistula.* Female Pelvic Med Reconstr Surg. 2014 Jul-Aug;20(4):240-2. doi: 10.1097/SPV.0000000000000074. PMID: 24978092

28. Smith TA, Poteat TA, **Shobeiri SA**. *Pelvic Organ Prolapse; A Review.* JAAPA. 2014;27(3):20-24. DOI: 10.1097/01.JAA.0000443963.00740.4d PMID: 24500120

29. Rostaminia G, Omoumi F, **Shobeiri SA**. *Statistical justifications for interrater reliability of levator ani deficiency (LAD) assessment by 3D endovaginal ultrasonography: response to critique*, DOI: 10.1007/s00192-014-2351-8 PMID: 24497093

30. Rostaminia G, White D, Quiroz LH, **Shobeiri SA.** *Freehand Acquisition of 3D Transperineal Pelvic Floor Volume Does not yield accurate measurements.* Pelviperineology. 2013;32:99-103.

31. Rostaminia G, Manonai J, LeClaire E, White D, Marchiorlatti M, Quiroz LH, **Shobeiri SA**. *Interrater reliability of assessing levator ani deficiency with 360 Degree 3D Endovaginal Ultrasound.* 2014 Jun;25(6):761-6. IUGJ, DOI. 10.1007/s00192-013-2286-5. PMID: 24337615

32. Rostaminia G, Manonai J, LeClaire E, White D, Quiroz LH, **Shobeiri SA**. Erratum to: *Interrater reliability of assessing levator ani deficiency with 360 Degree 3D Endovaginal Ultrasound.* Int Urogynecol J. 2014 May;25(5):623-9. PMID: 24497093

33. Van Delft K, **Shobeiri SA**, Schwertner-Tiepelmann N, Thakar R, Sultan AH. *Inter-rater and Intra-rater reliability of levator ani muscle biometry and detachment using three dimensional endovaginal ultrasonography. USOG* 2014 Feb;43(2):202-9*;* DOI: 10.1002/uog.13193. PMID: 23939804

34. Rostaminia G, White D, Quiroz LH, **Shobeiri SA**. *3D Pelvic Floor Ultrasound Findings and Severity of Anal Incontinence. IUGJ* DOI: 10.1007/s00192-013-2278-5 PMID: 24310989

35. Denson LE, **Shobeiri SA**. *Ultrasound Imaging of Urethral Bulking Materials; A Sonographer's prespective*. J diagnostic Med Sonography. Published online before print October 7, 2013, doi: 10.1177/8756479313506785.

36. Rostaminia G, White DE, Quiroz LH, **Shobeiri SA**. *Levator Plate Descent Correlates with Levator Muscle Deficiency*. Neurourol Urodyn DOI: 10.1002/nau.22509 PMID 24132730

37. Van Delft K, Thakar R, **Shobeiri SA**, Sultan AH. *Levator haematoma at the attachment zone as an early marker for levator ani muscle avulsion.* Ultrasound Obstet Gynecol. 2013 Jul 25. doi: 10.1002/uog.12571. PMID: 23893754

## Curriculum Vitae

38. **Shobeiri SA**, Rostaminia G, White D, Quiroz LH, Nihira MA. *Evaluation of vaginal cysts and masses by 3-Dimensional Endovaginal and Endoanal Ultrasonography: A Pictorial Essay*. J Ultrasound Med. 2013 Aug;32(8):1499-507. doi: 10.7863/ultra.32.8.1499. PMID 23887963

39. Rostaminia G, White D, Hegde A, Quiroz LH, Davila GW, **Shobeiri SA**. *Levator Ani Deficiency and Pelvic Organ Prolapse Severity*. Obstetrics and Gynecology. 2013;121(5):1017-24. DOI: 10.1097/AOG.0b013e31828ce97d. PMID 23635738

40. Mukati M, **Shobeiri SA**. *Erosion of Pelvicol used in Sacrocolpopexy: A case report*. FPMRS 19(5):301-2. doi: 10.1097/SPV.0b013e3182a116c0. PMID: 23982581.

41. Mukati M, **Shobeiri SA**. *Erosion of silicone mesh into bladder after a robotic sacrocolpopexy: A case report*. Female Pelvic Med Reconstr Surg. 2013 Jul-Aug;19(4):247-8. doi:10.1097/SPV.0b013e318290988e. PMID 23797526.

42. Mukati M, **Shobeiri SA**. *Transvaginal sling release with intraoperative ultrasound guidance*. Female Pelvic Med Reconstr Surg. 2013 May-Jun;19(3):184-5. doi: 10.1097/SPV.0b013e318285bbed. PMID 23611940

43. Rostaminia G, **Shobeiri SA**. *Surgical repair of bilateral levator ani muscles with ultrasound guidance: Reply*. IUGJ 2013;24(2):357-8 doi: 10.1007/s00192-012-1986-6. PMID: 23132497

44. **Shobeiri SA**, Rostaminia G, Shobeiri H. *Endoanal Phantom*, J Ultrasound Med. 2013 Aug;32(8):1393-6. doi: 10.7863/ultra.32.8.1393. PMID: 23887948

45. Rostaminia G, White D, Quiroz LH, **Shobeiri SA**. *Visualization of Periurethral Structures does not correlate with Urinary Continence Status*. IUGJ DOI 10.1007/s00192-012-1990-x. PMID: 23179501

46. **Shobeiri SA**, Rostaminia G, White D, Quiroz LH. *The determinants of minimal levator hiatus and their relationship to the puborectalis muscle and the levator plate*. BJOG. 2013 Jan;120(2):205-11. doi: 10.1111/1471-0528.12055. Epub 2012 Nov 12. Erratum in: BJOG. 2013 Apr;120(5):655. PMID:23157458

47. Quiroz LH, White DE, Juarez D, **Shobeiri SA**. *Age effects on pelvic floor symptoms in a cohort of nulliparous patients*. FPMRS, 2012 Nov-Dec;18(6):325-8. doi: 10.1097/SPV.0b013e3182720255. PMID: 23143423

48. Hull T, Giese C, Wexner SD, Mellgren A, Devroede G, Madoff RD, Stromberg K, Coller JA; SNS Study Group. Long-term durability of sacral nerve stimulation therapy for chronic fecal incontinence. Dis Colon Rectum. 2013 Feb;56(2):234-45. doi: 10.1097/DCR.0b013e318276b24c. PMID: 23303153

49. Mellgren A, Wexner SD, Coller JA, Devroede G, Lerew DR, Madoff RD, Hull T; SNS Study Group.. *Long term efficacy and safety of sacral nerve stimulation for fecal incontinence*. Dis Colon Rectum, 2011;54(9),1065-75. doi: 10.1097/DCR.0b013e31822155e9. PMID: 21825885

50. Lambert A, Mukati M, **Shobeiri SA**. *Metastatic cancer in Sigmoid Neovagina: A Case Report*. FPMRS, 2013;19(1)56-7. doi: 10.1097/SPV.0b013e318278cc5d. PMID: 23321662

51. Quiroz LH, White D, **Shobeiri SA**, Wild RA. *Does age affect visualization of the levator ani in nulliparous women?* Int Urogynecol J. 2013;24(9):1507-13. doi: 10.1007/s00192-013-

## Curriculum Vitae

2053-7 PMID: 23411510

52. Rostaminia G, **Shobeiri SA**, Quiroz LH, Nihira MA. *Referral Pattern of Vaginal Mesh Complications to the University of Oklahoma Pelvic and Bladder Health Clinic.* OSMA Journal 2012;105(9):316-318. PMID: 23155843

53. Rostaminia G, **Shobeiri SA**, Quiroz L. *Surgical repair of bilateral levator ani muscles with ultrasound guidance.* Int Urogynecol J. 2013;24(7):1237-9. doi: 10.1007/s00192-012-1912-y. Epub 2012 Aug 11. PMID: 22885726

54. **Shobeiri SA**, White D, Quiroz LH et al. *Anterior and Posterior Compartment 3D Endovaginal Ultrasound Anatomy based on Direct Histologic Comparison.* International Urogynecology Journal, DOI: 10.1007/s00192-012-1721-3. PMID 22402641

55. Foust-Wright CE, **Shobeiri SA**, Curry CL, Quiroz LH, Nihira MA. *Medical student knowledge of global health problems: obstetric fistulas in developing countries.* J Reprod Med. 2012;57(9-10):427-30. PMID: 23091991

56. Foust-Wright CE, **Shobeiri SA**. *Periurethral Aggressive Angiomyoma: a case report.* Int Urogyn J, (DOI) 10.1007/s00192-012-1867-z. PMID: 22790490

57. Quiroz LH, **Shobeiri SA**, Nihira MA, BradyJ, Wild RA. *Randomized controlled trial of flexible and rigid cystoscopy in women.* Int Urogynecol J. 2012 Nov;23(11):1625-30. doi: 10.1007/s00192-012-1777-0. Epub 2012 May 9. PMID: 22569690

58. Allen AM, Lakin T, **Shobeiri SA**, Nihira MA. *Transmural vaginal to bladder injury from an obstructed labor pattern.* Obstet Gynecol 2011 117(2 Pt 2):468-70. doi: 10.1097/AOG.0b013e3181f9b749. PMID: 21252792

59. Santoro GA, Wieczorek P, **Shobeiri SA**, Mueller E, Pilat J, Stankiewicz A, Battistella G. *Interobserver and interdisciplinary reliability of three-dimensional ultrasound assessment of pelvic floor anatomy.* Int Urogyn J 2011;22:53-59. doi: 10.1007/s00192-010-1233-y. Epub 2010 Aug 11. PMID: 20700728

60. Santoro GA, Wieczorek P, Dietz HP, Mellgren A, Sultan AH, **Shobeiri SA**, Stankiewicz A, Bartram C. *State of the art: an integrated approach to pelvic floor ultrasonography.* Ultrasound in Obstet Gynecol 2011;37:381-396. PMID 21252792

61. Wexner SD, Hull T, Edden Y, Coller JA, Devroede G, McCallum R, Chan M, Ayscue JM, **Shobeiri SA**, Margolin D, England M, Kaufman H, Snape WJ, Mutlu E, Chua H, Pettit P, Nagle D, Madoff RD, Lerew DR, Mellgren A. *Infection rates in a large investigational trial of Sacral Nerve Stimulation for Fecal Incontinence.* J GI Surg, 2010;14(7):1081-9. doi: 10.1007/s11605-010-1177-z. Epub 2010 Mar 31. PMID: 20354809

62. **Shobeiri SA**. *Surgical Reconstitution of Unilaterally Avulsed Symptomatic Puborectalis Muscle using Autologous Fascia Lata*, (Response to letters to the editor) Obstet & Gynecol 2009;114:1373-74.

63. Wexner SD, Coller JA, Devroede G, Hull T, McCallum R, Chan M, Ayscue JM, **Shobeiri SA**, Margolin D, England M, Kaufman H, Snape WJ, Mutlu E, Chua H, Pettit P, Nagle D, Madoff RD, Lerew DR, Mellgren A. S*acral Nerve Stimulation for Fecal Incontinence: Results of a 120-Patient Prospective Multicenter Study.* Annals of Surgery. 2010; 251(3): 441-449. doi: 10.1097/SLA.0b013e3181cf8ed0. PMID: 20160636

## Curriculum Vitae

64. Quiroz LH, **Shobeiri SA,** Nihira MA. *3-Dimensional Ultrasound imaging for diagnosis of urethrovaginal fistula.* Int UROGYN J 2010;21;1031-33.  doi: 10.1007/s00192-009-1076-6.  PMID: 20069418

65. MacDiarmid SA, Peters KM, **Shobeiri** SA, Wooldridge LS, Rovner ES, Leong FC, Siegel SW, Tate SB, Feagins BA.  *Long-term durability of percutaneous tibial nerve stimulation for the treatment of overactive bladder.*  Journal of Urology. 2010;183(1):234-40.  doi: 10.1016/j.juro.2009.08.160. PMID: 19913821

66. **Shobeiri SA**. *The Practical Value of the levator Ani Muscle Subdivisions in Endovaginal Three-Dimensional Ultrasonography.*  (Response to letters to the editor) Obstet & Gynecol, 2009;114;1145-6.

67. Peters KM, Macdiarmid SA, Wooldridge LS, Leong FC, **Shobeiri SA**, Rovner ES, Siegel SW, Tate SB, Jarnagin BK, Rosenblatt PL, Feagins BA.al.  *Randomized Trial of Percutaneous Tibial Nerve Stimulation Versus Extended-Release Tolterodine: Results From the Overactive Bladder Innovative Therapy Trial.*  The Journal of Urology, 2009;182;1055-61. doi: 10.1016/j.juro.2009.05.045. Epub 2009 Jul 18.  PMID: 19616802

68. **Shobeiri SA**, LeClaire E, Nihira MA, Quiroz LH, O'Donoghue D.  *Appearance of the Levator Ani Muscle Subdivisions in endovaginal 3-Dimensional Ultrasonography.*  Obstet & Gynecol 2009;114:66-72.  doi: 10.1097/AOG.0b013e3181aa2c89.  PMID: 19546760

69. **Shobeiri SA**, Allen A, Nihira MA, Quiroz LH, Chimpiri AR.  *Surgical Reconstitution of Unilaterally Avulsed Symptomatic Puborectalis Muscle using Autologous Fascia Lata,* Obstet & Gynecol 2009;114:480-2. doi: 10.1097/AOG.0b013e3181ae6ad6.  PMID: 19622969

70. **Shobeiri SA**, Nihira MA.  *Attachment of a sling rescue suture to midurethral tape for management of potential postoperative voiding dysfunction.* Neurourology and UDS 2009;28:**990-994**. doi: 10.1002/nau.20734. PMID: 19358238

71. **Shobeiri SA**, Quiroz LH, Nihira MA.  *Rectovaginal Fistulography: A Technique for Identification of Recurrent Elusive Fistulas*, Int UROGYN J 2009;20(5)571-2.  doi: 10.1007/s00192-008-0802-9. PMID: 19159054

72. Finamore PS, Echols KT, Vakili B, Chesson RR, **Shobeiri SA**. *Anatomical Relationships of the 'Top-Down' Mid-urethral Sling.* Journal of Reproductive Medicine, 2009;54:319-21. PMID: 19517698

73. **Shobeiri SA**, Gasser R, Chesson RR.  *The Internal Innervation and Morphology of the Human Female Levator Ani muscle.*  AJOG 2008;199(6):686.e1-6.  doi: 10.1016/j.ajog.2008.07.057. PMID: 18845293

74. **Shobeiri SA**, Chesson RR, West EC, Hoyte L.  *Magnetic Resonance Imaging Characteristics of the Pelvic Floor Muscles in Fecal Incontinent Women Compared to Continent Patients.* J Pelvic Med Surg 2008;14(5):353-356.

75. Fisher KA, **Shobeiri SA**, Nihira MA.  *The use of standardized patient models for teaching the pelvic floor muscle examination.*  Journal of Pelvic Medicine & Surgery. 2008;14(5):361-368

76. **Shobeiri SA**, Chesson RR, West EC, Shott S, Hoyte L. *A Pilot Study of Extracorporeal Magnetic Stimulation of the Pelvic Floor for the Treatment of Women with Fecal Incontinence and Underactive Pelvic Floor Muscles.* J Pelvic Med Surg 2007;13(1):19-26.

## Curriculum Vitae

77. **Shobeiri SA**, Nihira MA. *Management of total vaginal prolapse complicated by squamous papilloma*. J Pelvic Med Surg 2006;12:325-326.

78. **Shobeiri SA**. *Management of pelvic abscess after a Le Fort colpocliesis*.  Int Urogyn Journal and Pelvic Floor Dys 17:668-669, 2006.  PMID: 16520892

79. *Vardy M. D., Zhou H., **Shobeiri SA**. et al.  *IVS Tunneler Device for apical vaginal prolapse with and without suburethral slingplasty: Preliminary safety report*. J Pelvic Med & Surg 12(2):107, 2006.

80. *Shobeiri SA**. *An algorithm for management of post-operative voiding dysfunction after a trans-vaginal tape procedure for urinary incontinence*. J Pelvic Med & Surg 12(2):98-9, 2006.

81. Vakili B, Chesson RR, Kyle B, **Shobeiri SA**, Echols KT, Gist R, Zheng YT, Nolan TE. *The incidence of urinary tract injury during hysterectomy: A prospective analysis based on universal cystoscopy*. Am J of Obstet Gynecol 192:1599-604, 2005.  PMID: 15902164

82. **Shobeiri SA**, Echols KT, Franco N.  *Sinus formation after insertion of a silicone-coated suburethral sling.*  International Urogynecology Journal and Pelvic Floor Dysfunction 14(5):356-357, 2003.  PMID: 14618316

83. **Shobeiri SA**, Gasser RF, Chesson RR, Echols KT. *The Anatomy of Mid-Urethral Slings and Dynamics of Neurovascular Injury*.   International Urogynecology Journal and Pelvic Floor Dysfunction 14(3):185-90, 2003. discussion 190. PMID: 12955340

84. **Shobeiri SA**, Chesson RR, Echols KT.  *Cystoscopic Fistulography: A Review*.  Urology Review Journal 1:20-1, 2003.

85. *Shobeiri SA**, Chesson RR, Echols KT. *Three-Dimensional MRI Anatomy of Fecal Incontinent Female Patients Compared to Normal Individuals.* J of Pelvic Med & Surg 9(5): 222, 2003.

86. *Shobeiri SA**, Chesson RR, Gasser RR. *The Internal Innervation and Morphology of the Female Human Iliococcygeus and Pubococcygeus muscles: Preliminary Results from a New Technique.* J of Pelvic Med & Surg 9(5): 209, 2003.

87. *Shobeiri SA**, Chesson RR, Echols KT. *Establishing Competency Parameters for the Obstetrics and Gynecology Residents' Diagnostic Cystoscopy Education.* Obstet Gynecol 101(Supp. 4): S113-114, 2003.

88. *Shobeiri SA**, Chesson RR, Echols KT. *Establishing Competency Parameters for the Obstetrics and Gynecology Readers' Diagnostic Cystoscopy Education*.  Obstet Gynecol 101(Supp. 4): S113-114, 2003.

89. Franco N, **Shobeiri SA**, Echols KT.  *Validated Simplified Urinary Incontinence Score for the Medium-term Evaluation of Transvaginal Pubovaginal Sling Procedure*.  UROLOGY 60:607-10, 2002.   discussion 610-1.  PMID: 12385917

90. **Shobeiri SA**, Nolan TE, Yordan-Jovet R, Echols TE, Chesson RR. *Digital Examination Compared to Trans-Perineal Ultrasound for the Evaluation of Anal Sphincter Repair*. International Journal of Gynecology & Obstetrics 78(1):31-36, 2002.  PMID: 12113968

## Curriculum Vitae

91. **Shobeiri SA**, Garely AD, Chesson RR, Nolan TE. *Recognition of Occult Bladder Injury during the Tension-Free Vaginal Tape Procedure.* Obstetrics & Gynecology 99(6):1067-72, 2002. PMID: 12052601

92. Echols KT, Chesson RR, Breaux EF, **Shobeiri SA**. *Persistent Delayed Hypersensitivity Following Transurethral Collagen Injection for Recurrent Stress Urinary Incontinence: A Case Report.* International Urogynecology & Pelvic Floor Dysfunction Journal 13:52-54, 2002. PMID: 11999209

93. **Shobeiri SA**, Chesson RR, Echols KT. *Cystoscopic Fistulography: A New Technique for the Diagnosis of Vesicocervical Fistula.* Obstetrics & Gynecology 98(6):1124-6, 2001. PMID: 11755564

94. *****Shobeiri SA**, Chesson RR. *Magnetic Stimulator for the Treatment of Fecal Incontinence.* Int Urogyn J 12(Supp. 3):S100-101, 2001. Neurourology & Urodynamics 20(4), 2001.

95. *****Shobeiri SA**, Chesson RR. *The Mid-Urethral Sling Anatomy.* International Urogynecology J 12(Supp. 3): S19-20, 2001.

96. **Shobeiri SA**, West EC, Kahn M, Nolan TE. *Postpartum Acquired Hemophilia (Factor VIII Inhibitors): A Case Report and Review of the Literature.* Obstetrical & Gynecological Survey 12(55):729-37, 2000. PMID: 11128909

97. **Shobeiri SA**, Elkins TE, Thomas KA. *Comparison of Sacrospinous Ligament, Sacrotuberous Ligament, and 0 Polypropylene Suture Tensile Strength.* J Pelvic Surgery 6:261-7, 2000.

### Submissions

98. Shobeiri SA. Lean-Six sigma; A Center of Excellence Experience. In progress.

99. Shobeiri SA. Aligning medical students with academic institution goals. In Progress.

100. Shobeiri SA, White DE, Rostaminia G. 5 year review of a successful international ultrasound workshop. In progress.

101. Javadian P, Shobeiri SA. 10 year review of an anal sphincter repair workshop for Obstetrics and Gynecology residents. In progress.

102. Meyer I, Quiroz LH, **Shobeiri SA**. *Intraoperative suprapubic pressure test for prevention of de novo stress urinary incontinence after correction of pelvic organ prolapse.* Submitted.

103. Meyer I, Quiroz LH, Nihira MN, **Shobeiri SA**. *Medium to long-term outcomes of the anterior Hammock procedure using autologous fascia lata.* Submitted.

104. **Shobeiri SA**, Quiroz LH, Santoro GA et al. *Pelvic Floor Phantoms: A Step Forward in Teaching Hands-on Pelvic Floor Sonography to a Large Group of Participants.* Submitted.

105. Manonai J, Shobeiri SA. Levator plate architecture and anal complex in women with or without fecal incontinence. In progress.

## Curriculum Vitae

106.     Shobeiri SA. Relative contributions of the levator ani subdivisions to levator ani movement. In progress.

107.     Rostaminia G, Quiroz LH, Shobeiri SA. Levator ani muscle deficiency and the influence of age and parity. Submitted

108.     Javadian P, Shobeiri SA. Ultrasonic predictors of mesh complications.  In progress.

109.     Javadian P, Shobeiri SA.  Trans-obturator tape syndrome: Ultrasonic Predictors of Pain. In progress.

110.     Javadian P, Shobeiri SA. Comparison of in-person vs internet based Anatomy module for third year medical students. In progress.

111.     Javadian P, Shobeiri SA. Public Health Impact of Vaginal Mesh Complications on Women's Health. In progress.

## II.    Books and book chapters

### Ambulatory Urology and Urogynecology 2017
Editor: Ajay Rane, MD, Wiley Publishers 2017
❖ Pelvic floor Anatomy, **Shobeiri SA**
❖ Pelvic floor trauma, Rostaminia G, **Shobeiri SA**
❖ Pelvic floor ultrasound, Denson LE, **Shobeiri SA**
❖ Injection Therapy for stress urinary incontinence, **Fatehchehr S, Shobeiri SA**
❖ Classification of Meshes, Stone D, **Shobeiri SA**
❖ Anatomy of Female Urethra, Santiago A, **Shobeiri SA**

### Childbirth Trauma 2017
Editor: Stergios Doumouchtsis,
Springer publishers, in publication 2016.
❖ Epidemiology of Childbirth Trauma
Lieschen H. Quiroz, and **S. A. Shobeiri**
❖ Ultrasonography of Childbirth Trauma
Ghazaleh Rostaminia, and **S. A. Shobeiri**

### Practical Pelvic Floor Ultrasonography (2nd Edition)
Editor: S. Abbas Shobeiri, Springers Publishers 2017
❖ Endovaginal Ultrasonography, **Shobeiri SA**

### Anorectal and Pelvic Floor Ultrasonography
Editor: Lucia Oliveira and Sthela Regadas, Wiley Publishers 2016
❖ Endovaginal Ultrasonography, **Shobeiri SA**

### Seminars in Colon and Rectal Surgery
Editor: Anders Mellgren, Wiley Publishers 2016
❖ Management of Pelvic pain, Javadian P, **Shobeiri SA**

### Current Obstetrics and Gynecology 2015
Section Editor, **Shobeiri SA**.
❖ Review of Pelvic floor trauma and its relationship to Pelvic Organ Prolapse, Benjamin Barenberg and Lieschen H. Quiroz
❖ Review of Vaginal Mesh complications in Pelvic Organ Prolapse surgeries,

## Curriculum Vitae

Pouya Javadian and Dena O'Leary
❖   Review of Uterine morcellation use in Pelvic Organ Prolapse surgeries,
Soorena Fatehcher and Ceana Nezhat
❖   Review of Pelvic floor ultrasound imaging in Pelvic Organ Prolapse,
Andrea Santiago and **SA Shobeiri**
❖   Review of Advances in surgical treatment of Fecal Incontinence,
Isuzu Meyer and Holly Richter
❖   Review of 3D Modelling and Pelvic Organ Prolapse,
Ghazaleh Rostaminia and Steven Abramovitch

### Principles and Practice of Urogynaecology 2015

Editors: Arjunan Tamilselvi & Ajay Rane
2015, XIV, 178 p. 77 illus., 61 illus. in color.
Springer India, Publication 2015, pp 17-22,
ISBN 978-81-322-1692-6, DOI 10.1007/978-81-322-1692-6_2,
❖   Neuroanatomy of the Female Pelvis,
Pickett S, **Shobeiri SA**.

### Practical Pelvic Floor Ultrasonography 2015

Editor: **S. A. Shobeiri**,
Springer publishers, 2014.
237 p. 302 illus., 261 illus. in color.
 ISBN: 978-1-4614-8425-7
(Print) 978-1-4614-8426-4 (Online),
DOI 10.1007/978-1-4614-8426-4
❖   Introduction
**S. Abbas Shobeiri**
❖   Pelvic Floor Anatomy
**S. Abbas Shobeiri**
❖   2D / 3D Endovaginal & Endoanal Instrumentation and techniques
**S. Abbas Shobeiri**
❖    Instrumentations and Techniques for Transperineal and Translabial Pelvic Floor
Ultrasound
Milena Weinstein & **S. Abbas Shobeiri**
❖   3D Endovaginal Ultrasound Imaging of the Levator Ani Muscles
Lieschen H. Quiroz & **S. Abbas Shobeiri**
❖   Endovaginal Imaging of the Urethra and the Bladder
A. Pawel Wieczorek & Magdelena M. Wozniak
❖   Endovaginal Imaging of the anorectal structures
Dena White & **S. Abbas Shobeiri**
❖   Endovaginal Imaging of Vaginal implants
Aparna Hegde & G. Willy Davila
❖   Endovaginal Imaging of Pelvic Floor Cysts and Masses
Ghazaleh Rostaminia & **S. Abbas Shobeiri**
❖   Endoanal Ultrasonography of the Anorectal Region
Giulio A. Santoro & Sthela Murad-Regadas
❖   Endoanal Ultrasonography of the Anorectal Cysts and Masses
Sthela Murad-Regadas & Giulio A. Santoro
❖   Emerging Pelvic Floor Technologies and Techniques
**S. Abbas Shobeiri** & Jittima Manonai
❖   Post-Test on Pelvic Floor Imaging
**S. Abbas Shobeiri**

### International Academy of Pelvic Surgery 2011

Walters, M., Karram, M. Eds. Online Publication: June, 2011

Curriculum Vitae

❖ Simulation and Gynecologic Surgery: *A Complementary Teaching Approach to the "See One, Do One, Teach One" Method for Surgical Training*.
Nihira, MA and **Shobeiri, SA**.

### Pelvic Floor Disorders 2010

Editor: Giulio A. Santoro, MD, PhD and Pawel Wieczorek, MD
Springer publishers, October 14, 2010 | ISBN-10: 8847015413 | ISBN-13: 978-8847015418 | Edition: 2010
❖ *Advances in our understanding of pelvic floor anatomy.*  PP 3-16
John O. DeLancey and **S. A. Shobeiri, MD**.
❖ *Endovaginal three Dimensional Sonography.*  PP 61-78
Giulio Santoro, MD, Pawel Wieczorek, MD, and **S. A. Shobeiri, MD**.
❖ *Imaging Complications of Urogynecological Surgery in a New Age.*   PP 695-710
**S. A. Shobeiri, MD**.

### Muscular System - Anatomy, Functions and Injuries 2008

❖ *Anal sphincter damage and childbirth mechanism of action, diagnosis and treatment.*
NOVA publishers,
**ISBN:** 978-1-62100- 2010, *PP 190-4*
Francesca Sartori, Giulio Santoro, **S. A. Shobeiri**.

### Atlas of the Urologic Clinics of North America 2003

❖ *Uterosacral Suspension of the Vaginal Vault.*
*Volume 11, Issue 1, Pages 113-127, April 2003* PP *113-117.*
R. R. Chesson, MD, **S. A. Shobeiri, MD**.


## iii. FUNDING

### I.    Local

Negotiated funding for OU Women's and Pelvic Bladder Health Center
Negotiated creation of Women's surgical suites at OU Medical Center
Created OU Women's Pelvic Medicine Fund
Negotiated funding for faculty and fellows
Raised funds after a friend died of Melanoma to dedicate a conference room at the OU cancer center to her name.


### II.    Research funding pending

NIH NICHD (Submitted) Pelvic Floor Disorders Network Clinical Sites
PI
2016-2021 15% effort

NIH NICHD R21 (Submitted) Structural and Inflammatory Basis of Levator Ani Regeneration
PI
2016-2018 20% effort


### III.    Funded Research

VTI Phase IV Research
NIA

## Curriculum Vitae

PI: Vladimir Egorov, PhD, Artann Laboratories Inc.

NIH NICHD 1U01HD077384-01A1: Optimizing Management of the 2nd Stage (OMSS): a Multicenter Trial
Consultant / Co-investigator, PI: Alison Cahill, MD, Washington University
2014-2018 10% effort

The TRUST study (Treatment Results of Uterine Sparing Technologies) U.S.A. Study"
Halt Medical Inc. $383,910.00
PI
07/06/2015 – 05/31/2016 5% effort

NIH NIAID Cooperative Centers for Research in Human Immunology Program grant number
U19AI062629 Innate Immune Response upon West Nile Virus Infection of Human Skin
Co-investigator, PI:  Jose Alberola, PhD (OU). Mark Coggeshall, PhD (Stanford)
2015-2016 3% effort

NIH NIDDK 5P20DK097799-02: The Role of Altered Permeability in Bladder Diseases
Co-investigator, PI: Robert Hurst, PhD
2014-2015 5% effort

NIH NIAID U19 AI6262: Development of a human skin explant model for modeling cutaneous
bacterial infection
Co-investigator, PI: Susan Kovats, PhD
2014-2015 5% effort

ACELL Study
Randomized multicenter trial of Matristem vs. native tissue repair
Co-investigator
2014- 5% effort

International Urogynecologic Association (IUGA) 2013 research scholar award
Andrea Santiago, MD, Philippines

International Continence Society (ICS) 2013 Research Scholar award
Jittima Manonai, MD, Faculty of Medicine Ramathibodi Hospital, Mahidol University, Thailand

American Urogynecologic Society (AUGS Foundation grant)
"The greatest risks of obstetrics trauma during childbirth"
Co-investigator
2012-2014, 5% effort

(ACOG) American College of Obstetricians and Gynecologists Kenneth Gottsfield-Charles
Hohler Memorial Foundation Research Award in Ultrasound
"Effects of childbirth on the pelvic floor of women"
Co-investigator
2012-2014, 5% effort

AUGS 2011 Thomas Benson award
"Findings at Peripheral Nerve Evaluation: What is the significance of levator ani muscle
status?"
2012-Present, 5% effort

OU Clinical and Translational Sciences Scholar Program 2011
Melissa Muhlinghouse,

## Curriculum Vitae

AUGS 2010 Thomas Benson award
"Vaginal Electrical Stimulation vs. Sacral Neuromodulation for the Treatment of Refractory
Overactive Bladder: A Pilot Study"
2011-Present, 5% effort

TRANSFORM Study
"An investigation of the TReatment of Fecal Incontinence Using the TOPAS Sling System For
WoMen (TRANSFORM)"
4/2010-2013

OU Clinical and Translational Sciences Scholar Program 2010
 Jordan Brady,

BK Medical Inc.  PI,
Histological correlative study of Pelvic floor to 3D Ultrasonography

OU College of Medicine Alumni Foundation Grant
Effect of aging on the levator ani muscles
Co-investigator

Uroplasty, Inc.
Study of Urgent PC Versus Sham Effectiveness in Treatment of Overactive Bladder
Symptoms.
A Multicenter trial
Co-investigator
9/10/2008 - 9/9/2011

Uroplasty, Inc.
Macroplastique Real-Time Observation of Safety and Effectiveness in the Treatment of
Female Stress Urinary Incontinence - Rose Registry A Multicenter trial
Co-investigator
2/4/2008 – 2/3/14

BK Medical Inc.
3D ultrasonography of pelvic floor muscles
Principle Investigator

Uroplasty Inc.
Detrol vs. pretibial nerve stimulation trial. A Multicenter trial
Co-investigator

U.S. Surgical
Evaluation of posterior intravaginal slingplasty. A Multicenter trial
Co-investigator

Interstim Bowel Control: Fecal Incontinence Study
A Multicenter trial
Co-investigator
2003

National Institute of Health Loan Repayment Program
2003-2005

American Medical Systems
Trial of BioArch anti-incontinence device.   A Multicenter trial
Co-investigator

## Curriculum Vitae

2003

Neotonus Inc.
Magnetic Resonance Imaging of the Levator Ani Muscles
Principle Investigator
2001

# iv. TEACHING

## I.    Presentations

### 1)  International

European Pelvic Floor Therapy Symposium: Keynote speaker
Pelviusse-Symposium
Winterthur, Switzerland,
November, 14, 2015

Comprehensive 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
International Continence Society
Montreal, Canada
October, 2015

Comprehensive 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
International Urogynecological Association
Niece, France
June, 2015

How to create an award winning pelvic floor center, round table presentation
International Urogynecological Association
Niece, France
June, 2015

Comprehensive 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
International Continence Society
Rio, Brazil
October, 2014

Posterior Compartment Dysfunction Workshop: Presenter
International Continence Society
Rio, Brazil
October, 2014

Recognition and management of Obstetric fistulas: Presenter
International Continence Society
Rio, Brazil
October, 2014

IUGA/AUGS Scientific Meeting
How to create an award winning pelvic floor center, round table presentation
Washington DC, USA
July, 2014

## Curriculum Vitae

IUGA/AUGS Scientific Meeting
Pelvic floor repair using autologous harvest, round table presentation
Washington DC, USA
July, 2014

Comprehensive 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
International Urogynecological Association
Washington DC, USA
July, 2014

Posterior Compartment Dysfunction Workshop: Presenter
International Urogynecological Association
Washington DC, USA
July, 2014

Fistulas in developing and developed countries: Presenter
International Urogynecological Association
Washington DC, USA
July, 2014

IUGA Regional Conference,
International Urogynecological Association
Pubococcygeal avulsion, Myth or reality
Quality of life Inventories in urogynecology which ones to use
Defecatory dysfunction
Conventional imaging in pelvic floor disorders
Bogata, Columbia
February 2014

IUGA Regional Conference, Featured Speaker
International Urogynecological Association
Management of Mesh Complications
Role of Transperineal and Endoanal Ultrasound
OAB: Approach and Management
Hyderabad, India
November 2013

Comprehensive 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
International Continence Society
Barcelona, Spain
September 2013

Posterior Compartment Dysfunction Workshop: Presenter
International Continence Society
Barcelona, Spain
September 2013

Recognition and management of Obstetric fistulas: Presenter
International Continence Society
Barcelona, Spain
September 2013

Frontiers of Pelvic Floor Imaging: Featured Speaker
Comprehensive 3D Ultrasound imaging of pelvic floor workshop
State of the art pelvic floor imaging
Round table discussion: Levator ani repair

## Curriculum Vitae

Mexican Urogynecologic Society Meeting
Mexico City, Mexico
June 2013

Comprehensive 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
International Urogynecological Association
Dublin, Ireland
May 2013

Posterior Compartment Dysfunction Workshop: Presenter
International Urogynecological Association
Dublin, Ireland
May 2013

Recognition and management of Obstetric fistulas: Presenter
International Urogynecological Association
Dublin, Ireland
May 2013

Advances in Pelvic Floor Imaging, What Does It Mean?  Featured Speaker and panel
discussion
56th All India Congress of Obstetrics and Gynecology
Mumbai, India
January 2013

Comprehensive 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
Posterior Compartment Dysfunction workshop: Speaker
International Continence Society
Beijing, China
October 2012

Frontiers of Ultrasound Pelvic Floor Imaging, IUGA Fellows' Forum: Chairman
International Urogynecological Association,
Brisbane, Australia
September 2012

Comprehensive 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
International Urogynecological Association
Brisbane, Australia
September 2012

Pelvic Floor Imaging and Research
Collaborative OU and Croydon University Hospital Research Group
London, England
February 2012

Endoanal Ultrasonography for Ob/Gyn: Featured speaker
Role of Ultrasonography in Pelvic Floor: Featured speaker
Evaluation of Mesh Complications in Pelvic Floor Surgery
International Federation of Gynecology and Obstetrics
FIGO Working Group on Pelvic Floor Medicine and Reconstructive Surgery meeting and The
Royal Thai College of Obstetricians and Gynecologists
Bangkok, Thailand
November 2011

3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman

## Curriculum Vitae

International Continence Society,
Glasgow, England
September 2011

3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
Posterior Compartment Dysfunction
International Urogynecological Association
Lisbon, Portugal
June 2011

Imaging Complications of Urogynecological Surgery: Featured Speaker
50th FOCUS in Obstetrics and Gynecology
Hong Kong
June 2011

Advanced Pelvic Floor Imaging,: Featured Speaker
Hong Kong Urogynecological Association Meeting
Hong Kong
June 2011

State of the Art Pelvic Floor Imaging: Featured Speaker
Controversies in Ob/Gyn: Why Doesn't Mesh Always Work
Controversies in Ob/Gyn: Anatomy and Function of the Anal Sphincter
Annual clinical meeting of ACOG
Mexico City, Mexico
June 2011

Anatomy of the Anterior Compartment
American Society of Colorectal Surgeons
Vancouver, Canada
May 2011

Surgical Interventions for Pelvic Organ Prolapse
Advanced Pelvic Floor Anatomy and Ultrasound Imaging
Treviso Ultrasound Symposium
Treviso, Italy
November 2010

Case studies in 3D Ultrasound Pelvic Floor Imaging
BK Symposium
Copenhagen, Denmark
November 2010

State of the Art Pelvic Floor Imaging
Spanish Hospital
Mexico City, Mexico
October 2010

3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman
International Continence Society
Toronto, Canada
August 2010

Ultrasound Imaging of Pelvic Floor Anatomy
Ultrasound Symposium
Krakow, Poland

# Curriculum Vitae

June 2010

Imaging Complications of Urogynecological Surgery:  Featured Speaker
12th annual Japanese Pelvic Medicine Society
Omiya, Japan
May 2010

Pelvic Floor Anatomy
Hacettepe University Medical Center
Ankara, Turkey
March 2004

The Anatomy and Function of the Female Genitourinary Tract
Saitama University, Department of Obstetrics & Gynecology
Saitama, Japan
August 2001

## 2)  National

Pelvic Floor Disorders week
Practical aspects of pelvic floor ultrasonography, Ultrasound workshop
American Urogynecological society
Seattle, WA
October 2015

Pelvic Floor Disorders week
How to incorporate Ultrasonography into your practice
American Urogynecological society
Seattle, WA
October 2015

Pelvic Floor Ultrasound
Seattle Gynecological Society
Seattle, WA
September 2015

Management of mesh complications
Seattle Gynecological Society
Seattle, WA
September 2015

2D and 3D Multicompartmental Ultrasound Imaging of Pelvic Floor Workshop: Chairman
Society of Gynecological Surgeons' Annual Meeting
Hollywood, Florida
March, 2015

Transperineal vs endovaginal 3D Ultrasound Imaging of Pelvic Floor Workshop: Chairman,
Co-Chair: Phyllis Glanc, MD, Associate Professor of Radiology, The University of Toronto
American Institute of Ultrasound in Medicine Annual Meeting
Hollywood, Florida
March, 2015

Pharmacologic Treatments for Urogynecologic Conditions
Inova Fairfax Hospital, Virginia
February, 2015

## Curriculum Vitae

Regional Professional Coders Association
Business Aspects of running a continence program
Oklahoma City, OK
November, 2014

The University of North Carolina
Ultrasound Imaging of Pelvic Floor Workshop: Chairman
Durham, NC
December, 2013

Imaging of Pelvic Floor Disorders, Session Moderator
American Urogynecologic Society
Chicago, IL
September 2012

Incorporating 3D Ultrasound imaging into your practice, round tables
Intraoperative 3D Ultrasound imaging of pelvic floor, Fellows' lecture series
American Urogynecologic Society
Providence, Rhode Island
September 2011

Advanced Pelvic Floor Imaging
Cleveland clinic Ultrasound Imaging symposium
Cleveland Clinic, FL
March 2011

3D Ultrasound Imaging of Pelvic Floor Workshop
73rd annual University of Minnesota Colorectal Surgery
Minneapolis, MN
October 2010

3D Ultrasound Imaging of Pelvic Floor – One Day Workshop: Chairman
International Continence Society
San Francisco, CA
May 2009

Pelvic Floor Dysfunction and the Use of Botox
Seattle Gynecological Society
Seattle, WA
September 2006

How to Prepare a Poster Presentation
American Urogynecological Society Fellows' Research Retreat
April 2006

How to Build Specific Aims and Hypothesis
American Urogynecological Society Fellows' Research Retreat
April 2006

The Anatomy of the Female Bladder and the Urethra
Baylor University Medical Center
Dallas, TX
June 2001

Female Pelvic Medicine…What is it?

## Curriculum Vitae

Tulane University School of Medicine
New Orleans, LA
May 2001

The Overactive Bladder, Advancements and Disappointments
Louisiana State University Health Sciences Center
New Orleans, LA
June 2000

Preoperative, Intraoperative & Postoperative Complications
New Orleans Ob/Gyn Board Review course
2000, 2001, 2002

Adnexal Masses,
New Orleans Ob/Gyn Board Review course
May 2000

Hysterectomy
New Orleans Ob/Gyn Board Review course
May 2000

Anatomy Course Proctor
American Urogynecological Society
New Orleans, LA
March 2000, April 2001, April 2003

Pelvic Anatomy Lab Proctor
Second year Anatomy course
Louisiana State University Medical School
1999, 2000

Chronic Pelvic Pain
Grand Rounds
Louisiana State University Health Sciences Center
April 1999

### 3) Regional

Inova Leadership Development Institute
Falls Church, VA
November 2015

OU Leadership Development Institute
Surgical Care NOS, Round table facilitator
Oklahoma City, Oklahoma
February 2014

Pelvic Floor Dysfunction
Tulsa Ob/Gyn Society
Tulsa, Oklahoma
September 2007

Evidence Based Cystoscopy for Practicing Ob/Gyn
Tulsa Ob/Gyn Society
Tulsa, Oklahoma

# Curriculum Vitae

July 2005

The Overactive Bladder Syndrome
The American Academy of Family Physicians
Oklahoma City and Tulsa, Oklahoma
February 2005

Female Pelvic Medicine and Reconstructive Surgery
Tulsa Ob/Gyn Society
Tulsa, Oklahoma
February 2005

## 4) Local

Correlative Gynecologic anatomy
Inova Fairfax resident lecture series
December 2015

Art and Medicine interest group Invited speaker
The University of Oklahoma Health Sciences Center
March 2014

The Painful Bladder Syndrome and the Unseen Etiologies of CPP
The University of Oklahoma Pain Symposium
May 2009

Pudendal Neuropathy
The University of Oklahoma Health Sciences Center Grand rounds
Oklahoma City, Oklahoma
March 2009

Pudendal Neuropathy
Oklahoma City Ob/Gyn Society
Oklahoma City, Oklahoma
August 2008

Peripheral Neuropathy in Gynecologic Surgery
The University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma
May, 2008

Embryologic Basis of Vaginal Agenesis
The University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma
March 2008

The Painful Bladder Syndrome and the Unseen Etiologies of CPP
The University of Oklahoma Pain Symposium
Oklahoma City, OK
March 2007

Urinary Incontinence
The University of Oklahoma Primary Care Conference
Oklahoma City, OK
May 2006

## Curriculum Vitae

The Unseen Pathologies of the Pelvic Nervous System
MERCY Hospital
Oklahoma City, Oklahoma
March 2006

The Pathophysiology of the Overactive Bladder Syndrome
The University of Oklahoma Family Practice Grand Rounds
Oklahoma City, Oklahoma
May 2005

Physical Therapist's Treatment of the Female Pelvic Floor
The University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma
April 2004

Physical Therapist's Evaluation of the Female Pelvic Floor
The University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma
January 2004

Applied anatomy for Pelvic Floor Rehabilitation
Oklahoma Physical Therapy Association Meeting
October 2003

The Overactive Bladder
The University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma
November 2002

The Unseen Pathologies of the Pelvic Nervous System
The University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma
October 2002

### 5) Abstract presentations

**International**

International Continence Society
Barcelona, Spain – 2013
1. Effects of the first vaginal delivery in women early postpartum versus years remote from delivery
2. 3-dimensional endovaginal ultrasound can reliably detect normal anal sphincter anatomy
3. Predictors of anal incontinence in the absence of anal sphincter defect
4. Sonographic predictors of obstructive defecatory dysfunction
5. Relative contributions of the levator ani subdivisions to levator ani movement

37th Annual Meeting of the International Urogynecologic Association
Brisbane, Australia – 2012
1. Comparison of 3D endovaginal ultrasound to magnetic resonance imaging of the pelvic floor musculature
2. How much levator muscle defect is associated with female pelvic organ prolapse?
3. Does the visualization of pelvic floor structures change with age?
4. Borders of the minimal levator hiatus and their relationship to the puborectalis muscle and the levator plate

## Curriculum Vitae

5. The visualization of urethral muscles is not associated with continence status in patients with prolapse
6. Levator plate angle: a new measure that demonstrates levator plate descent correlates with poor levator muscle status
7. Open versus minimally invasive sacrocolpopexy: a comparison of de novo urinary symptoms

36th Annual Meeting of the International Urogynecologic Association
Glasgow, Scotland – 2011
1. 3D Ultrasound anatomy of the female pelvic floor, a direct histologic comparison: anterior and posterior compartments
2. Age effects on pelvic floor symptoms in a cohort of nulliparous patients

**National**

41st Annual Society of Gynecology Surgeons Meeting
Orlando, FL – 2015
1. Risk factors of lower urinary tract injury at the time of prolapse and incontinence repair

35th Annual Meeting Society of Maternal-Fetal Medicine
San Diego, CA - 2015
1. Performance of the fasting glucose value alone for diagnosing gestational diabetes and predicting neonatal adiposity

62nd Annual Meeting of the Pacific Coast Reproductive Society
Rancho Mirage, CA – 2014
1. Initiating infertility treatment: does it improve or worsen anxiety and/or depression?
2. The acceptance and donation of fertility medications: examining the frequency and protocols in place across United States fertility clinics
3. Does fertility treatment affect marital satisfaction? A pilot study.

AUGS/IUGA Joint Annual Scientific Meeting
Washington, DC – 2014
1. Complications during mesh removal and patient-based outcomes after mesh removal
2. Decreased urethral volume on 3-D endovaginal ultrasound is comparable to bladder neck funneling on fluoroscopy as a predictor of intrinsic sphincter deficiency
3. Is there a correlation between levator ani deficiency and urethral sphincter complex measurements on 3-D endovaginal ultrasound?
4. Multicompartmental ultrasound approach to anorectal dysfunction

34th American Urogynecologic Society Annual Scientific Meeting
Las Vegas, NV – 2013
1. Are there sonographic predictors of obstructive defecatory symptoms?
2. Can 3-dimensional ultrasound detect normal anal sphincter anatomy?

38th Annual Society of Gynecologic Surgeons Meeting
Baltimore, MD – 2012
1. The influence of obesity on complication rates following benign hysterectomy
2. Outcomes of minimally invasive and abdominal sacrocolpopexy: A Fellows' Pelvic Research Network Study

33rd American Urogynecologic Society Annual Scientific Meeting
Chicago, IL – 2012
1. Interrater reliability of 3D endovaginal ultrasound anatomy of asymptomatic nulliparous women based on direct histologic comparison: anterior and posterior compartments

32nd American Urogynecologic Society Annual Scientific Meeting

## Curriculum Vitae

Providence, RI – 2011
1. Does the visualization of pelvic floor structures change with age?
2. Incidence of unanticipated uterine pathology at the time of minimally invasive sacrocolpopexy
3. 3D Ultrasound anatomy of the female pelvic floor, a direct histologic comparison: anterior and posterior compartments
4. Age effects on pelvic floor symptoms in a cohort of nulliparous patients

31st American Urogynecologic Society Annual Scientific Meeting (Fellows Forum)
Long Beach, CA – 2010
1. Vaginal mesh complications in the community: the experience of a university-based urogynecology practice

# II.  Videos and media presentations

Implications of FDA warning on morcellation complications.  KWTV Newscast, Oklahoma City 2014
Implications of FDA warning on vaginal mesh kit complications.  KWTV Newscast, Oklahoma City 2014
Fascia Lata Hammock Procedure   AUGS / IUGA 2014 Barenberg, B. Shobeiri SA,
Posterior Compartment 3D Ultrasound Imaging  AUGS / IUGA 2014 Santiago A, Shobeiri SA
Oklahoma Live, KSBI 52, featured local artist, Oklahoma City 2013
Urethral bulking agents KOTV TV Newscast, Oklahoma City 2004
Pudendal Neuralgia  KOCO TV Newscast, Oklahoma City 2006
Pelvic pain  KOCO TV Newscast, Oklahoma City 2007
Interstim therapy KFOR TV Newscast, Oklahoma City 2003

# III.  Teaching Materials Developed

2009 -– Present        Ultrasound module for ultrasonography students

2014-                        Working group to develop Anatomy modules for first year medical students

2010 – Present        Pelvic Floor Ultrasound Phantom – currently working with an external vender to commercially produce the models

2008 – 2013            Third year Medical student suturing course

2010 – Present        Third year Medical student professionalism course / AIDET

2008 – Present        Third year Medical student pelvic anatomy course

2006 – Present        Workshop for the repair of 3rd and 4th degree Obstetric lacerations

2005 – 2010            Blackboard for teaching Urogynecology

2002 – Present        Teaching anatomy to 1st year Medical students

2002 – Present        Urogynecology teaching core curriculum

# IV.  Creative Achievements

## Curriculum Vitae

1999 - Present        I have created new procedures and surgeries for evaluation and treatment of pelvic floor disorders including a collaborative patent development agreement for an ultrasound phantom

2012                BJOG (British Journal of Obstetrics and Gynecology) top Reviewer

2010                APGO Excellence in Teaching Award

2010                AUGS, Best Educational Research Award

2007 – 2013        Medical student teaching awards

1999                Resident Research Award, *Utilization of ultrasonography for the evaluation of anal sphincter repair*

# V. Resident Mentees

1.   Buchinger, D, Shobeiri, SA.  Is cervical dilation a predictor of post-partum urinary incontinence: A comparison of patients undergoing cesarean section versus vaginal delivery? June, 2006.
2.   LeClaire E, Shobeiri SA. 3D Anatomy of pelvic Floor Muscles. June 2007.
3.   D. Nelson Fong, MD, Advisor: S. Abbas Shobeiri, MD, A Standard Method of Primary Obstetric Anal Sphincter Repair, 2009.
4.   D. Nelson Fong, MD, Advisors: S. Abbas Shobeiri, MD; Lieschen Quiroz, MD; Mikio Nihira, MD; Arielle Allen, MD, Obstetric Anal Sphincter Laceration Repair in the United States:  Is there a Common Practice Pattern? 2010
5.   Isuzu Meyer, M.D., Advisor: S. Abbas Shobeiri, M.D.,  Determinants of Occult Stress Urinary Incontinence after Correction of Prolapse, 2010
6.   Isuzu Meyer, MD PGY 4, Lieschen Quiroz, MD, S. Abbas Shobeiri, MD.  Effects of Childbirth on Pelvic Floor Muscle Strength 2012
7.   Juarez, Dianna, PGY 4, LeClaire, Edgar L., Quiroz, Lieschen H., Mukati, Marium S., White, Dena, Shobeiri SA,  Abdominal *vs.* Minimally-Invasive Sacrocolpopexy:  A Comparison of *de novo* Stress Urinary Incontinence Outcomes, 2012
8.   Wesley Vaughn, PGY 3, S. Abbas Shobeiri, MD.  The psychosocial behavior pattern of the residents and faculty at OUHSC OB/GYN dept. 2014
9.   PGY2, 3rd and 4th degree laceration repair training program.  Is there a deficit?

# VI. Post-doc Mentees

2015-                        Wang Li, MD, China, FPMRS research scholar
Mentored in conduct of research

2014-                        Pouya Javadian, MD, Iran, FPMRS research scholar
Mentored in conduct of research, MS thesis: Public Health impact of surgical intervention

2011 – 2014                Ghazaleh Rostaminia, MD, Iran, FPMRS research scholar
Mentored in conduct of research, MS thesis in 3D Finite element modelling, 3D pelvic floor Ultrasonography.

2011 – 2013                Marium Mukati, MD, USA, FPMRS research scholar
Mentored in conduct of research.

March 2013                Joshua Yune, MD, USA, FPMRS fellow, Loma Linda University
Mentored in conduct of research, 3D pelvic floor Ultrasonography.

## Curriculum Vitae

March 2012                 Parifar Rostami, MD, Canada, FPMRS research observer
Mentored in conduct of research.

November 2011              Elena Tunitsky, MD, USA, FPMRS fellow, Cleveland Clinic
Mentored in conduct of 3D pelvic floor Ultrasonography.

2011 - 2013        Kim Van Delft, MD, Denmark, Croydon University, UK fellow
Mentored in conduct of research, PhD thesis in 3D pelvic floor Ultrasonography.

May 2012                   Aparna Hegde, MD, India, (IUGA) Research scholar
Mentored in conduct of research in 3D pelvic floor Ultrasonography.

January 2013               Samaneh Sehat Baksh, MD, Iran, Research observer
Mentored in conduct of research.

April – June 2013          Jittima Manonai, MD, Thailand, International Continence Society
(ICS) Research scholar
Mentored in conduct of research, 3D pelvic floor Ultrasonography.

2013 - 2015                Andrea Santiago, MD, Philippines, International
Urogynecological Association (IUGA) Research scholar
Mentored in conduct of research, 3D pelvic floor Ultrasonography.

2013 - Present             Lindsay Denson, RDMS, USA, "MPH" Research Scholar
Mentored in conduct of research, MS thesis in 3D pelvic floor Ultrasonography investigation
of pelvic floor injury with vaginal delivery.

2014 - Present             Pouya Javadian, MD, Iran, FPMRS research fellow

July - October 2013        Daniel Velez, MD, Mexico, "PhD" FPMRS Research scholar
Mentored in conduct of research, PhD thesis in 3D pelvic floor Ultrasonography and perineal
injury associated with vaginal delivery.

2009 – 2012                Arielle Allen, DO, FPMRS fellow
Mentored in conduct of research, MS thesis in the role of VGEF and PDEF in cystitis in a
mouse model.

2010 – 2013                Dena White, MD, FPMRS fellow
Mentored in conduct of research, MS thesis in the role of cytokines, IL6 transgenic mouse
model.

2011 – 2014                Edgar LeClaire, MD, FPMRS fellow
Mentored in conduct of research, AUGS Benson Grant project.

2012 – 2015                Stephanie Pickett, MD, FPMRS fellow
Mentored in conduct of research, MS thesis in the role of skeletal muscle type in women with
different degrees of prolapse.  Identification of cytokine profiles in women with different
degrees of prolapse.

2013 – 2016                Benjamin Barenberg, MD, FPMRS fellow
Mentored in conduct of research, MS thesis in the role of satellite cells skeletal muscle
regeneration in women with different degrees of prolapse.

2014-2017                  Daniel Stone, MD, FPMRS fellow

## Curriculum Vitae

Mentored in conduct of research, MS thesis in the role of cytokines and macrophages in skeletal muscle regeneration in women with different degrees of prolapse.

2015-2018                     Soorena Fatehchehr, MD, FPMRS fellow

# VII. Society Memberships

| | |
|---|---|
| 1995-Present (FACOG) | Fellow, American College of Obstetrics and Gynecology |
| 2008-Present | Fellow, American College of Surgeons (FACS) 03135880 |
| 2012 – Present | MGMA / ACPME |
| 2011 – Present | The International Society of Ultrasound in Obstetrics and Gynecology |
| 2011 – Present | The American Institute of Ultrasound in Medicine (AIUM) |
| 2008 – Present | The American College of Surgeons (ACS) |
| 2005 – Present | International Continence Society (ICS) |
| 2005 – Present | International Urogynecological Association (IUGA) |
| 1995 – Present | American College of Obstetrics and Gynecology (ACOG) |
| 1994 – Present | American Urogynecological Society (AUGS) |

# VIII. Committee Memberships

2015-                      Member of the ICI committee on Imaging and other tests under the chairmanship of Vik Khullar, **6th International Consultation on Incontinence, to be held at the ICS annual meeting in Tokyo, 13th to 14th September 2016**

| | |
|---|---|
| 2015-2018 Development Committee | (IUGA) International Urogynecologic Association Research & |
| 2015 – Current | Society of Gynecologic Surgeons Pelvic Floor Anatomy Group |
| 2015 – Current | Working with AIUM / IUGA Ultrasound Practice Accreditation Council and Clinical Standards Committee to develop joint practice and training parameters for pelvic floor imaging. |
| 2015 – Current | IUGA Imaging SIG, working on various international projects |
| 2015 – Present | PFD Research Foundation Grant Reviewer |

## Curriculum Vitae

| | |
|---|---|
| 2010 – 2014 Advisory Council (NSAC) | American Federation for Aging Research, National Scientific |
| 2014 - Present | Techniques in Coloproctology, Reviewer |
| 2011 – 2012 Program monitor | The American Urogynecologic Society 2012 Scientific meeting, |
| 2011 – Present | Open Journal of Urology, editorial board member |
| 2010 – Present | ACOG Kenneth Gottsfield-Charles Hohler Memorial Foundation Research Award in Ultrasound Committee member |
| 2008 – 2011 Program Committee | The American Urogynecologic Society Annual Scientific Meeting |
| 2007 – Present | The American Urogynecologic Society, Abstract Reviewer |
| 2007 – Present | AUGS Basic Science Grant Reviewer |
| 2005 – 2008 | The American Urogynecologic Society Research Committee |
| 2011 – Present | The British Journal of Obstetrics and Gynecology, Reviewer |
| 2003 – Present | The International Urogyn Pelvic Floor Dysfunction J, Reviewer |
| 2010 – Present | The Journal of Urology, Reviewer |
| 2009 – Present | American Journal of Obstetrics and Gynecology, Reviewer |
| 2006 – Present | Female Pelvic Medicine and Reconstructive Surgery, Reviewer |
| 2006 – Present | Neurourology and Urodynamics, Reviewer |

### Hospital / Agency:

| | |
|---|---|
| 2015-Present | Staff Physician Inova Fairfax Hospital, Falls Church, VA |
| 2002-15 | Staff Physician OU Medical Center, Oklahoma City, OK |
| 2003-15 | Courtesy Staff Physician Integris Baptist Medical Center, Oklahoma City, OK |

### Licensure

| | | |
|---|---|---|
| 1995-2003 | Louisiana | Inactive |
| 2002- | Oklahoma | Active/Current |
| 2015 | Virginia | Active |