# Exhibit K

Peggy Pence, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC          MDL NO. 2327
REPAIR SYSTEM PRODUCTS                 HON. JOSEPH R. GOODWIN
LIABILITY LITIGATION                   U.S. DISTRICT JUDGE
_____

THIS DOCUMENT RELATED TO THE
FOLLOWING CASES IN WAVE 1 OF
MDL 200:

Donna Amsden v. Ethicon, Inc.
Civil Action No. 2:12-cv-00960

Marie Banks v. Ethicon, Inc.
Civil Action No. 2:12-cv-01318

Harriet Beach v. Ethicon, Inc.
Civil Action No. 2:12-cv-00476

Sharon Boggs, et al. v.               DEPOSITION OF
Ethicon, Inc., et al.                 PEGGY PENCE, PH.D.
Civil Action No. 2:12-cv-00368        MARCH 9, 2016

Karen Bollinger v. Ethicon,
Inc.
Civil Action No. 2:12-cv-01215

Robin Bridges v. Ethicon,
Inc., et al.
Civil Action No. 2:12-cv-00651

Denise Burkhart v. Ethicon,
Inc., et al.
Civil Action No. 2:12-cv-01023

Myra Byrd, et al., v. Ethicon,
Inc., et al.
Civil Action No. 2:12-cv-00748

Sharon Carpenter, et al. v.
Ethicon, Inc., et al.
Civil Action No. 2:12-cv-00554

Peggy Pence, Ph.D.

## Page 2

1  Carey Beth Cole, et al. v.
   Ethicon, Inc., et al.
2  Civil Action No. 2:12-cv-00483
3  Angela Coleman, et al. v.
   Ethicon, Inc., et al.
4  Civil Action No. 2:12-cv-01267
5  Fran Denise Collins v.
   Ethicon, Inc., et al.
6  Civil Action No. 2:12-cv-00931
7  Mary F. Cone v. Ethicon, Inc.
   Civil Action No. 2:12-cv-00261
8
   Patricia Conti v. Ethicon,
   Inc., et al.
9  Civil Action No. 2:12-cv-00516
10
   Amanda Deleon et al. v.
11 Ethicon, Inc., et al.
   Civil Action No. 2:12-cv-00358
12
   Dina Destefano-Raston, et al.
13 v. Ethicon, Inc.
   Civil Action No. 2:12-cv-01299
14
   Karyn E. Drake, et al. v.
15 Ethicon, Inc., et al.
   Civil Action No. 2:12-cv-00747
16
   Paula Fisk v. Ethicon, Inc.,
17 et al.
   Civil Action No. 2:12-cv-00848
18
   Karen Forester, et al. v.
19 Ethicon, Inc., et al.
   Civil Action No. 2:12-cv-00486
20
   Sherry Fox, et al. v. Ethicon,
21 Inc., et al.
   Civil Action No. 2:12-cv-00878
22
   Pamela Free v. Ethicon, Inc.,
23 et al.
   Civil Action No. 2:12-cv-00423
24
   Shirley Freeman, et al. v.
25 Ethicon, Inc., et al.

## Page 3

1  Betty Funderburke v. Ethicon,
   Inc., et al.
2  Civil Action No. 2:12-cv-00957
3  Teresa Georgilakis, et al. v.
   Ethicon, Inc., et al.
4  Civil Action No. 2:12-cv-00829
5  Rose Gomez, et al. v. Ethicon,
   Inc., et al.
6  Civil Action No. 2:12-cv-00344
7  Louise Grabowski v. Ethicon,
   Inc., et al.
8  Civil Action No. 2:12-cv-00683
9  Pamela Gray-Wheeler v.
   Ethicon, Inc., et al.
10 Civil Action No. 2:12-cv-00455
11 Susan Guinn v. Ethicon, Inc.,
   et al.
12 Civil Action No. 2:12-cv-01121
13 Dawna Hankins v. Ethicon,
   Inc., et al.
14 Civil Action No. 2:12-cv-00369
15 Donna Hankins, et al. v.
   Ethicon, Inc., et al.
16 Civil Action No. 2:12-cv-01011
17 Mary Hendrix, et al. v.
   Ethicon, Inc., et al.
18 Civil Action No. 2:12-cv-00595
19 Rocio Herrera-Nevarez v.
   Ethicon, Inc., et al.
20 Civil Action No. 2:12-cv-01294
21 Barbara Hill, et al. v.
   Ethicon, Inc., et al.
22 Civil Action No. 2:12-cv-00806
23 Nancy Hooper, et al. v.
   Ethicon, Inc., et al.
24 Civil Action No. 2:12-cv-00493
25

## Page 4

1  Wilma Johnson v. Ethicon,
   Inc., et al.
2  Civil Action No. 2:12-cv-00809
3  Holly Jones, et al. v.
   Ethicon, Inc., et al.
4  Civil Action No. 2:12-cv-00443
5  Barbara Kaiser v. Ethicon,
   Inc., et al.
6  Civil Action No. 2:12-cv-00887
7  Margaret Kirkpatrick v.
   Ethicon, Inc., et al.
8  Civil Action No. 2:12-cv-00746
9  Paula Kriz, et al. v. Ethicon,
   Inc., et al.
10 Civil Action No. 2:12-cv-00938
11 Alfreda Lee, et al. v.
   Ethicon, Inc., et al.
12 Civil Action No. 2:12-cv-01013
13 JoAnn Lehman v. Ethicon, Inc.,
   et al.
14 Civil Action No. 2:12-cv-00517
15 Heather Long v. Ethicon, Inc.,
   et al.
16 Civil Action No. 2:12-cv-01275
17 Donna Loustaunau, et al. v.
   Ethicon, Inc., et al.
18 Civil Action No. 2:12-cv-00666
19 Deborah Lozano, et al. v.
   Ethicon, Inc., et al.
20 Civil Action No. 2:12-cv-00347
21 Dee McBrayer, et al. v.
   Ethicon, Inc., et al.
22 Civil Action No. 2:12-cv-00779
23 Charlene Miracle v. Ethicon,
   Inc., et al.
24 Civil Action No. 2:12-cv-00510
25

## Page 5

1  Cynthia Nix v. Ethicon, Inc.,
   et al.
2  Civil Action No. 2:12-cv-01278
3  Mary Jane Olson, et al. v.
   Ethicon, Inc., et al.
4  Civil Action No. 2:12-cv-00470
5  Noemi Padilla v. Ethicon,
   Inc., et al.
6  Civil Action No. 2:12-cv-00567
7  Miranda Patterson v. Ethicon,
   Inc., et al.
8  Civil Action No. 2:12-cv-00481
9  Jennifer Reyes, et al. v.
   Ethicon, Inc., et al.
10 Civil Action No. 2:12-cv-05664
11 Penny Rhynehart v. Ethicon,
   Inc., et al.
12 Civil Action No. 2:12-cv-01119
13 Ana Ruebel v. Ethicon, Inc.,
   et al.
14 Civil Action No. 2:12-cv-00663
15 Patricia Ruiz v. Ethicon,
   Inc., et al.
16 Civil Action No. 2:12-cv-01021
17 Stacy Shultis, et al. v.
   Ethicon, Inc., et al.
18 Civil Action No. 2:12-cv-00654
19 Jennifer Sikes, et al. v.
   Ethicon, Inc., et al.
20 Civil Action No. 2:12-cv-00501
21 Carrie Smith v. Ethicon, Inc.,
   et al.
22 Civil Action No. 2:12-cv-00258
23 Janet Smith, et al. v.
   Ethicon, Inc., et al.
24 Civil Action No. 2:12-cv-00861
25

2 (Pages 2 to 5)

Peggy Pence, Ph.D.

Page 6

```
 1    Cherise Springer, et al. v.
      Ethicon, Inc., et al.
 2    Civil Action No. 2:12-cv-00997
 3    Isabel Swint, et al v.
      Ethicon, Inc., et al.
 4    Civil Action No. 2:12-cv-00786
 5    Krystal Teasley v. Ethicon,
      Inc., et al.
 6    Civil Action No. 2:12-cv-00500
 7    Susan Thaman v. Ethicon, Inc.,
      et al.
 8    Civil Action No. 2:12-cv-00279
 9    Kimberly Thomas v. Ethicon,
      Inc., et al.
10    Civil Action No. 2:12-cv-00499
11    Mary Thurston v. Ethicon, Inc.
      Civil Action No. 2:12-cv-00505
12
      Patricia Tyler v. Ethicon,
13    Inc., et al.
      Civil Action No. 2:12-cv-00469
14
      Cathy Warlick v. Ethicon,
15    Inc., et al.
      Civil Action No. 2:12-cv-0276
16
      Nancy Williams v. Ethicon,
17    Inc.
      Civil Action No. 2:12-cv-00511
18
      Christine Wiltgen, et al. v.
19    Ethicon, Inc., et al.
      Civil Action No. 2:12-cv-01216
20
      Sandra Wolfe v. Ethicon, Inc.,
21    et al.
      Civil Action No. 2:12-cv-0335
22
      Rebecca Pratt v. Ethicon,
23    Inc., et al.
      Civil Action No. 2:12-cv-01273
24    _____
25
```

Page 8

```
 1                I N D E X
 2    WITNESS:  PEGGY PENCE, PH.D.
 3    EXAMINATION                    PAGE
 4     Ms. Sutherland                 10
 5     Mr. Kuntz                      96
 6
 7
 8
 9              EXHIBITS
10    NUMBER                          PAGE
11    Exhibit 1   Notice to Take Deposition of Peggy   14
                  Pence
12
      Exhibit 2   Rule 26 Expert Report of Dr. Peggy   20
13                Pence
14    Exhibit 3   Supplemental Expert Report of Peggy   21
                  Pence, Ph.D., Regarding Ethicon
15                Women's Health and Urology
16    Exhibit 4   Supplemental Report of Peggy Pence,   51
                  Ph.D., Regarding Tension Free
17                Vaginal Tape
18    Exhibit 5   Binder titled "Prosima Systems"      16
                  with February 1, 2016, expert
19                report and March 2016 supplemental
                  report of Peggy Pence
20
      Exhibit 6   Binder of supporting documentation   17
21                for expert report and supplemental
                  report of Peggy Pence
22
      Exhibit 7   Binder containing FDA documents      18
23
      Exhibit 8   Binder containing white labeling     18
24                GHTF final guidance documents
25
```

Page 7

```
 1
 2         Deposition of PEGGY PENCE, PH.D., taken
 3    on behalf of the Defendants, before Kristi Johnson,
 4    CSR No. 12585, commencing on Wednesday, March 9, 2016,
 5    at 9:12 a.m., at 100 Bayview Circle, Suite 5600, Newport
 6    Beach, California, pursuant to Notice of Taking Deposition.
 7
 8
 9    APPEARANCES OF COUNSEL:
10
11    For the Plaintiff:
12         WAGSTAFF & CARTMELL
           BY:  JEFFREY KUNTZ, ESQ.
13         4740 Grand Avenue
           Suite 300
14         Kansas City, Missouri 64112
           816.701.1124
15         JKuntz@wcllp.com
16    For the Defendant:
17         BUTLER SNOW LLP
           BY:  KARI SUTHERLAND, ESQ.
18         1020 Highland Colony Parkway
           Suite 1400
19         Ridgeland, Mississippi 39158-6010
           601.985.4523
20         Kari.Sutherland@butlersnow.com
21
22
23
24
25
```

Page 9

```
 1              INDEX
                (Continued)
 2
 3              EXHIBITS
 4    NUMBER                          PAGE
 5    Exhibit 9    Memorandum of Opinion and Order of   27
                   Judge Goodwin in Mathison vs.
 6                 Boston Scientific Corporation
 7    Exhibit 10   Global Harmonization Task Force,      70
                   Essential Principles of Safety and
 8                 Performance of Medical Devices
 9    Exhibit 11   Global Harmonization Task Force,      72
                   Clinical Evaluation
10
      Exhibit 12   Global Harmonization Task Force,      86
11                 Label and Instructions for Use for
                   Medical Devices
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3 (Pages 6 to 9)

Peggy Pence, Ph.D.

## Page 10

1  NEWPORT BEACH, CALIFORNIA; WEDNESDAY, MARCH 9, 2016
2  9:12 A.M.
3  - - -
4  PEGGY PENCE, PH.D.,
5  called as a witness, having been first duly sworn, was
6  examined and testified as follows:
7  - - -
8  EXAMINATION
9  BY MS. SUTHERLAND:
10  Q.  Good morning.
11  A.  Good morning.
12  Q.  Would you please tell me your full name?
13  A.  Peggy Jo Clark Pence.
14  Q.  Dr. Pence, what is your address?
15  A.  1533 Miramar Drive, Newport Beach, California
16  92661.
17  Q.  Is that your business address?
18  A.  It is my home address as well as I have an
19  office there as well, and then I have a satellite office
20  in Newbury Park.
21  Q.  You used to live where before?
22  A.  Newbury Park.
23  Q.  So you still have that.  Is that where your
24  employees are?
25  A.  We all work remotely.  It's an address for a

## Page 11

1  satellite office, but we're all working remotely from our
2  homes at this point in time.
3  Q.  Are you still teaching?
4  A.  Yes.
5  Q.  Are you currently teaching or about to start?
6  A.  My class starts April 5th.
7  Q.  How long will that be?
8  A.  It goes through the end of June.
9  Q.  And remind me what you teach?
10  A.  Clinical trials and quality assurance.  Biology
11  516, if I recall correctly, is the number.  It's a
12  graduate-level course for students that are working on
13  their master's in biotechnology at California State
14  University, and I teach that course at the Channel
15  Islands campus.
16  Q.  As part of the class you teach, I would assume
17  you include teaching on FDA regulations?
18  A.  Yes, I do.
19  Q.  Do you also include teaching on Global
20  Harmonization Task Force guidances?
21  A.  Yes, I do.
22  Q.  How long have you been including the GHTF
23  guidances as part of your course material?
24  A.  Without checking back on my PowerPoint slides,
25  I can't tell you exactly when I began doing that.  This

## Page 12

1  will be my sixth year to teach this specific course.
2  Q.  Did you teach on GHTF last year?
3  A.  Yes.
4  Q.  The year before that?
5  A.  I don't recall without checking back on my
6  notes and PowerPoint slides because I update them every
7  year.  Let me say I suspect, to the best of my
8  recollection, that I did because I have always also
9  taught an international conference on harmonization,
10  which is relevant to drugs, and the GHTF is analogous to
11  the international conference on harmonization but for
12  medical devices, GHTF for medical devices.  And I teach
13  about both medical devices and drugs.  So I suspect I
14  have been doing it for several years.  I just would have
15  to -- to the extent to which I have been talking about
16  it, because there's a lot to cover, and essentially, I
17  have 12 weeks to cover a tremendous amount of material.
18  So the extent to which I addressed it, I don't recall
19  specifically as I sit here today without checking back
20  thinking back to two years ago.
21  Q.  I'm sorry, the last part of that was?
22  A.  You had asked me about two years ago did I
23  teach it.
24  Q.  So the answer was you think you had taught it
25  longer than two years ago?

## Page 13

1  A.  This is my sixth year to teach this particular
2  class.
3  Q.  You think you have taught on GHTF longer than
4  the last two years, but you would have to check to be
5  sure.  Would that be fair?
6  A.  Yes.
7  Q.  On your GHTF course material, do you use
8  specific guidances?
9  A.  I give them guidances to review as part of -- I
10  present certain information in class, and then for
11  various reading material to support what I present to
12  them in class, I give them various guidances, whether
13  it's drug or medical device related, and that would
14  include GHTF guidances.  And, for example, they always
15  have an individual -- at least one, if not more,
16  individual project assignment that they have to research
17  and present prior to the end of class, and some of those
18  are drug related, some of those are medical device
19  related.  I give them as resource materials the guidances
20  and instruct them on their own as well to review those
21  guidances and incorporate those into their thinking and
22  their conclusions, their analyses of the problems that I
23  give them to report on.
24  Q.  Now, do you typically, if you can recall,
25  utilize specific GHTF guidances?  In other words, could

4 (Pages 10 to 13)

Peggy Pence, Ph.D.

Page 14

1  you name them for me, the ones you use in class?
2      A.  I'd have to check back to tell you specifically
3  the ones that I use in class, but more than likely, they
4  would be the essential principles of safety and
5  performance.  They would have to do with the clinical
6  evaluation, labeling guidances, conformity assessment
7  guidances.  Also, I usually have a guest speaking that
8  comes in and talks about quality management systems, so
9  it would include the guidances on quality management
10  systems that they would have as well, clinical
11  investigations.
12      Q.  Do you have a syllabus that you have already
13  put together for the upcoming class that you're going to
14  teach in April?
15      A.  Not yet.  Been too busy.
16      Q.  Do you need to get working on that?
17      A.  Yes.  I'm waiting on the contract, and then it
18  will happen in the next couple of weeks.
19          MS. SUTHERLAND:  I'm going to hand you what I
20  marked as Depo Number 1 and that's your notice.
21          (Defendant's Exhibit 1 was marked for
22          identification by the court reporter.)
23  BY MS. SUTHERLAND:
24      Q.  Did you bring some documents with you today?
25      A.  I did.

Page 15

1      Q.  Can I take a peek at what you brought?  Just
2  this binder?
3      A.  No.  I have others, too, in case you need them.
4          You were asking about GHTF documents.  Those
5  are ones that have been referenced in my report.  I also
6  brought FDA proposed orders and the reclassification of
7  transvaginal mesh for pelvic organ prolapse repair.  This
8  is the document, the compilation of the documents that
9  are footnoted in my Prosima report.
10      Q.  Ethicon documents?
11      A.  Ethicon or other documents that are referenced,
12  publications that are referenced in footnotes in the body
13  of my main report.
14      Q.  Now, if I want to get copies of your binders,
15  do you remember how we have done that before?
16      A.  We have done it two ways.  Last time they were
17  taken and returned to me, but it took a while to get them
18  back, so I'm not sure why it took so long.  I will need
19  them for reference.  If they were to be taken, could they
20  be returned quickly?  That's how we did it the last time.
21      Q.  If we could -- we'll work with Golkow to make
22  sure we have a quick turnaround.  Would that be okay with
23  you if Kristi took them and then we made an effort to be
24  sure we got them back to you?
25      A.  Yes.  We can either do that or I can take them

Page 16

1  and have them printed, but it's probably --
2          MR. KUNTZ:  Whatever you want to do.  I think
3  the last depo we turned them around pretty quick.
4          THE WITNESS:  It took them a while to get them
5  back to me.  I think there was confusion about my
6  address.  If we can just get them back quickly.
7  BY MS. SUTHERLAND:
8      Q.  While we're here, give me again the street
9  address where you want them shipped back?
10      A.  1533 Miramar Drive, Newport Beach, California
11  92661.
12      Q.  Would you mind if I put stickers on them, or
13  would you like me to tape them, for marking the binders
14  as exhibits?
15      A.  Whatever you want to do.
16          MS. SUTHERLAND:  I'll stick a sticker on the
17  outside, and I'm sure you can scrape it off later.
18          I'll mark as Exhibit Number 5 your white binder
19  called "Prosima Systems" that is listing your February
20  expert report and your March supplemental report, and it
21  appears there are three tabs in it and a number of
22  colored tabs, five tabs, and supplements.
23          (Defendant's Exhibit 5 was marked for
24          identification by the court reporter.)
25          THE WITNESS:  That's the supplement and the

Page 17

1  exhibits to the supplement.
2  BY MS. SUTHERLAND:
3      Q.  That will be Number 5, and I will hand that
4  back to you.
5          Number 6 I will mark -- I knew this looked
6  familiar with Cavness marked out and MDL marked on there.
7      A.  My staff knows that Cavness was Prosima.
8  Everything that's Prosima, they write Cavness on it.
9          MS. SUTHERLAND:  So I will mark as Exhibit
10  Number 6 your orange binder that has tabs in yellow with
11  numbers delineated on the side which would reflect
12  footnote numbers?
13          THE WITNESS:  Yes.
14          MS. SUTHERLAND:  And if we could, when we get
15  those copies made, we'll have the tabs the same that
16  delineate the numbers.
17          (Defendant's Exhibit 6 was marked for
18          identification by the court reporter.)
19  BY MS. SUTHERLAND:
20      Q.  There are orange tabs.  Those just separate the
21  actual documents?
22      A.  The pages of the report.  The pages of the
23  report -- the way Christine put that together was the
24  pages of the report, and then behind the pages of the
25  report is the documents that are referenced in the

Peggy Pence, Ph.D.

Page 18

1  footnotes for that page.
2      Q.  Very coordinated.  I see what you're saying.
3  I'll hand that back to you.
4          The next binder that I will mark as Number 7,
5  which is just a blue binder that's not labeled and has an
6  article in the front flap as well as articles in the
7  binder.
8          (Defendant's Exhibit 7 was marked for
9          identification by the court reporter.)
10  BY MS. SUTHERLAND:
11      Q.  This just looks to be primarily FDA documents?
12      A.  Yes.
13          MS. SUTHERLAND:  Then Exhibit 8 is a blue
14  binder with white labeling GHTF final guidance documents
15          (Defendant's Exhibit 8 was marked for
16          identification by the court reporter.)
17  BY MS. SUTHERLAND:
18      Q.  And am I to understand these are the GHTF
19  guidance documents in your Prosima report?
20      A.  Yes, there are initial ones in there as well
21  that are not necessarily footnoted in my report.
22      Q.  Do you know which ones that are additional that
23  are not in your report?
24      A.  I could go through and probably tell you.
25      Q.  If you can do that quickly, I'd appreciate it

Page 19

1  just so I know.
2      A.  Sure.  To the best of my recollection as I sit
3  here today.
4      Q.  I understand.  I understand.
5      A.  The clinical evidence, I would have to double
6  check, but the "Postmarket Clinical Follow-Up Studies," I
7  would need to check on that.  I believe the "Review of
8  Current Requirements on Postmarket Surveillance."
9      Q.  You are listing for me the ones that are not
10  listed in your report; is that right?
11      A.  To the best of my recollection without cross
12  referencing my report.  I can go through them
13  individually and check them pretty quickly.
14      Q.  I'm running through your footnotes as well just
15  to double check the ones you have called out.
16      A.  They would be predominantly referenced in the
17  Exhibit 1.  They might be in other places as well, but
18  specifically, in Exhibit 1.
19          I do note that it looks like I did not include
20  in here the "Implementation of Risk Management
21  Principles."  It doesn't look like I brought a copy of
22  that one in the binder.
23          I'm sorry, I do have "Postmarket Clinical
24  Follow-Up Studies."  It is referenced in my Exhibit 1 to
25  my supplemental report.

Page 20

1      Q.  What footnote is that?
2      A.  That is in Exhibit 1.  It is Footnote 41 on
3  page 8.  Let me see if there are any others.  On page 11
4  of my Exhibit 1, I did not include copies in the binder
5  of the GHTF roles and responsibilities, guiding
6  principles, and operating procedures.  I did not include
7  copies of those guidances.
8      Q.  My original question was were there guidances
9  in the binder that you saw that were not listed in your
10  report?
11      A.  Yes.
12      Q.  Just remind me again, what were those?
13      A.  The clinical evidence I don't believe is
14  referenced and the "Review of Current Requirements on
15  Postmarket Surveillance," from a quick review, doesn't
16  appear to be included.
17          MS. SUTHERLAND:  I'm going to hand you what I
18  have marked as deposition Exhibit Number 2.
19          (Defendant's Exhibit 2 was marked for
20          identification by the court reporter.)
21  BY MS. SUTHERLAND:
22      Q.  If you would, identify that for me.
23      A.  This appears to be my expert report of
24  February 1st, 2016, on Prosima.
25      Q.  That has five exhibits to it?

Page 21

1      A.  Yes.  Shall I check to make sure they are all
2  here?
3      Q.  I think they are.  It never hurts to check.  I
4  think they're separately stapled so you can tell easily.
5      A.  Yes, there are five exhibits.
6          MS. SUTHERLAND:  I am going to hand you what I
7  have marked as deposition Exhibit Number 3.
8          (Defendant's Exhibit 3 was marked for
9          identification by the court reporter.)
10  BY MS. SUTHERLAND:
11      Q.  Now, that is what was provided to us in March
12  as your supplemental report on Prosima and Prolift; is
13  that correct?
14      A.  That is correct.  I'm just checking to make
15  sure both exhibits are attached.  Yes, they are.
16      Q.  What was the date of that report, Dr. Pence?
17      A.  March 3rd, 2016.
18          MS. SUTHERLAND:  I may ask you some questions
19  about that.  I'll just put this caveat that I'm not going
20  to waive my objections to the late filing of that after
21  the plaintiff's expert deadline, be that as it may for
22  whatever good that does.
23          MR. KUNTZ:  I'll have to --
24          MS. SUTHERLAND:  Say you would object?
25          MR. KUNTZ:  -- pipe in.  I think the rules

6 (Pages 18 to 21)

Peggy Pence, Ph.D.

Page 22

1    allows -- frankly, I think it just organized it and
2    tailored it to what we were going to talk about were
3    issues. I don't think there's any new opinions. It is
4    what it is, I agree.
5    BY MS. SUTHERLAND:
6        Q.  Is there anything in your supplemental report
7    that you're relying on that was not available to you
8    before February 1, 2016?
9        A.  I had not had an opportunity to review
10   Dr. Weisberg's late 2015 testimony with regard to the
11   label changes for Gynemesh PS.
12       Q.  Do you know when he was deposed?
13       A.  If I recall, it was in November.
14       Q.  Twelve and thirteen?
15       A.  Yes, of 2015.
16       Q.  Do you know if the transcript was available for
17   that prior to February 1, 2016?
18       A.  I anticipate it was.
19       Q.  When did you get a copy of it?
20       A.  I don't recall the exact date.
21       Q.  Did you get a copy of it in March?
22       A.  No, I did get it prior to that.
23       Q.  Did you get a copy of it before your
24   February 2016 Prosima report?
25       A.  I don't recall specifically as I sit here

Page 23

1    today.
2            MR. KUNTZ: I'll have to make a record because
3    I have to. I don't think that that -- my position is
4    that it's just reliance materials that further support
5    her opinions that she's been given for four or five years
6    in this litigation. It's not a new opinion. In fact,
7    Ethicon changed the IFU to list things she's been saying
8    for three or four years that should have been in the IFU.
9    I don't think it's a new opinion. I think it's
10   supplemental materials that support her opinion, and the
11   rules allow you to file supplemental reliance list
12   30 days before trial.
13   BY MS. SUTHERLAND:
14       Q.  Other than Dr. Weisberg's deposition
15   transcript, were there any other materials that weren't
16   available to you before February 1, 2016, in your
17   supplemental report?
18       A.  Of course, along with his -- Dr. Weisberg that
19   is -- deposition, the exhibits that were attached to
20   that, of course, but as I stated in my supplemental
21   report, there are no new opinions. I didn't change any
22   opinions. I just provided supplemental to my prior
23   reports, I should say, information that I thought was
24   additionally supportive to my opinions, my prior
25   opinions.

Page 24

1        Q.  I understand that. To get an answer to my
2    question, other than Dr. Weisberg's deposition and the
3    exhibits attached to his deposition, are there other
4    materials that were not available to you prior to
5    February 1, 2016, that you cite in your supplemental
6    report?
7        A.  No.
8        Q.  Now, in your supplemental report, as I
9    understand it, that applies to, obviously, the Prosima
10   report from February of 2016?
11       A.  Yes.
12       Q.  And then you reference four Prolift reports;
13   correct?
14       A.  Yes.
15       Q.  Now, as far as any Ethicon mesh devices to
16   treat prolapse, are those the reports we're talking
17   about?
18       A.  Yes.
19       Q.  So four for Prolift, one for Prosima, and then
20   the supplement?
21       A.  Yes, and two of the Prolift were supplemental
22   reports.
23       Q.  Now, when did you draft your supplemental
24   report?
25       A.  The March 3rd, 2016, one?

Page 25

1        Q.  Yes, ma'am.
2        A.  It would have been late February to early
3    March.
4        Q.  Why did you draft it?
5        A.  Because I felt after when I reviewed -- when I
6    had an opportunity to review Dr. Weisberg's deposition
7    and the attachment, the exhibits, I mean to say, to that,
8    I recognized that it was additionally supportive of my
9    opinions because the modifications, the revisions to the
10   labeling as regards to risk information, included
11   information that, from my original reports dating back to
12   2012 for my first Prolift report, in fact, contained
13   information that ultimately Ethicon added after they
14   received notification from Health Canada that Health
15   Canada was requesting updates to the labeling. And I
16   thought that was substantiation of my opinions, and it
17   was important to document that. In the course of doing
18   that, I also decided to add some additional information
19   supportive of my opinions about failure to test from
20   other authoritative bodies.
21       Q.  Why did you feel like you needed to add other
22   information from other authoritative bodies in your
23   supplemental report?
24       A.  I thought it was important to -- I have added
25   it in some other reports that I have done that I hadn't

Peggy Pence, Ph.D.

Page 26

1    added initially, if I recall correctly as I sit here
2    today, in my first Prolift report. And I thought it
3    would be helpful and that I would add it as a result of
4    that since I was updating the report, and then, of
5    course, the GHTF information.
6        Q.   Is the GHTF information material that was not
7    included in your Prolift 2012 report?
8        A.   That's correct.
9        Q.   Was the GHTF information included in your -- I
10   think it's 2014 Prolift report?
11       A.   No.
12       Q.   So the only GHTF information that you have
13   supplied now for Prolift is your March 2016 supplemental
14   report; is that correct?
15       A.   Yes.
16       Q.   Did you review any ruling by Judge Goodwin
17   addressing the scope of your opinions before you drafted
18   your supplemental report?
19            MR. KUNTZ: Objection. Vague as to time. What
20   opinion?
21   BY MS. SUTHERLAND:
22       Q.   Do you understand my question?
23       A.   Yes, but if you'll repeat it, please.
24       Q.   Absolutely. Let me ask it this way: Have you
25   ever reviewed any opinion from Judge Goodwin addressing

Page 27

1    the scope of your opinions that he would allow at trial?
2        A.   Yes, some time ago I did.
3        Q.   Did you review an opinion from May of 2015 in a
4    Boston Scientific order addressing the scope of your
5    opinions?
6        A.   I don't recall the date of the order
7    specifically. If you have it, I can take a look at it
8    and tell you if that's what I reviewed.
9             MS. SUTHERLAND: I'm going to hand you what I
10   am marking as number 9.
11            (Defendant's Exhibit 9 was marked for
12            identification by the court reporter.)
13   BY MS. SUTHERLAND:
14       Q.   Take a look at that and tell me if that's the
15   opinion by Judge Goodwin that you may recall reviewing.
16   For ease of reference, your part begins around page 9.
17       A.   I did find it, thank you. I am going through
18   it to see if it seems like what I reviewed. This appears
19   to be what I reviewed, if not very similar to what I
20   reviewed.
21       Q.   Dr. Pence, after you reviewed deposition
22   Exhibit Number 9, or if I understand your testimony
23   correctly an opinion similar to it, did you decide to add
24   in information about GHTF to your reports about Ethicon
25   mesh?

Page 28

1        A.   You'll note that when I wrote my Prosima
2    report, which is dated February 1st, that it has an
3    exhibit, the GHTF information, and that is not the first
4    report for mesh products where I included GHTF. Back, if
5    I'm recalling correctly, in 2014, I wrote a Boston
6    Scientific report in which I included GHTF information,
7    and so when I wrote the Prosima report, I included the
8    GHTF information understanding instead of FDA regulations
9    based on my understanding of the concerns about FDA
10   sometimes being allowed, sometimes not being allowed, and
11   that there are other standards on which to rely. So when
12   I was doing the supplement, I realized that I had never
13   done that for Prolift. Prolift only has FDA information
14   and that it was appropriate and relevant to also include
15   the GHTF information for Prolift as well as Prosima.
16       Q.   Would it be fair to say that you added in the
17   GHTF information in your Prosima February 2016 report in
18   part because of Judge Goodwin's order excluding opinions
19   where you just rely on FDA regulations?
20       A.   That isn't recent. Although this Exhibit 9 is
21   dated May 2015, as I mentioned, I had previously added
22   GHTF into a prior report understanding, back a couple
23   years or more ago, that at least for the MDL litigation,
24   that the FDA was not to be a part of that litigation, and
25   there are other standards that the industry relies on

Page 29

1    that are relevant internationally, and in particular to
2    the U.S. and that the U.S. has participated in
3    establishing those standards, so that to exclude other
4    standards was not presenting a comprehensive approach to
5    the available evidence to support my opinions.
6        Q.   If I'm understanding you correctly, I believe
7    you testified that you're not offering any new opinions
8    regarding Prolift other than what was set out in your
9    2012 and 2014 reports; correct?
10       A.   That is correct.
11       Q.   And in those 2012 and 2014 reports, what you
12   relied on to support your opinions in part were FDA
13   regulations; correct?
14       A.   Yes, as a regulatory expert working in the
15   United States.
16       Q.   That would seem to make sense, wouldn't it?
17       A.   Exactly, but there are additional standards,
18   and because I am a regulatory expert working in the U.S.,
19   I initially included FDA standards. Recognizing that for
20   certain courts that that information may not be allowed
21   to be presented, I wanted to provide a more comprehensive
22   and broader base for my opinions and reflect the
23   international standards, which include much of the same
24   types of information, but it's an international standard
25   that substantiates my opinions.

8 (Pages 26 to 29)

Peggy Pence, Ph.D.

Page 30

1    Q.  Is it your testimony that the opinions on
2    Prolift that you offered in the 2012 and 2014 reports,
3    you're not relying on FDA regulations to support those
4    opinions?
5        A.  No, that's misrepresenting what I'm trying to
6    say.
7        Q.  Then let me follow up.
8            Is it your testimony then that, in fact, you
9    are still relying on FDA regulations to support the
10   opinions you set out in your 2012 and 2014 Prolift
11   reports?
12       A.  The best way to answer that is that both FDA
13   regulations and the GHTF guidances support my opinions.
14   So I'm not saying that my opinions aren't supported by
15   FDA regulations.  They are, but my opinions are also
16   supported by the GHTF guidance documents.  The GHTF --
17   the purpose of that was to harmonize international
18   standards.
19       Q.  I'll get to that.  Let me get back on track.  I
20   got off my outline.
21           Looking back at your supplemental report, there
22   are two exhibits to that; correct?
23       A.  Yes.
24       Q.  When I say supplemental report, I know you have
25   got a TVT supplemental report I haven't marked yet.  For

Page 31

1    now I'm focusing on the Prosima and Prolift one I marked.
2            There are two exhibits to that; correct?
3        A.  Yes.
4        Q.  One is an industry standards document that you
5    drafted?
6        A.  Yes.
7        Q.  Dated March 3rd, 2016?
8        A.  Yes.
9        Q.  And then there's a MAUDE report; correct?
10       A.  Yes.
11       Q.  M-A-U-D-E, all caps.  Tell Kristi what that
12   stands for.
13       A.  Manufacturer and user facility device
14   experience database.
15       Q.  Now, in your Prosima original report, the
16   February 2016 report, you also have an exhibit that is
17   applicable industry standards; correct?
18       A.  I'm sorry, can you repeat that?
19       Q.  No worries.
20           In your original Prosima report from
21   February 2016, your first exhibit is also applicable
22   industry standards.
23       A.  Yes.
24       Q.  Now, Exhibit 1, which is applicable industry
25   standards for the February Prosima report, is somewhat

Page 32

1    different than Exhibit 1 that goes to the supplemental
2    report; correct?
3        A.  It has some additions.
4        Q.  The supplemental report has some additions?
5        A.  Yes.
6        Q.  Within that month time frame, from February to
7    March, why did you add in the supplement additions?
8        A.  I felt they were helpful.
9        Q.  Can you tell me which ones you added in?
10       A.  We can do a comparison here.  One thing I know
11   for sure that I added was further information on the
12   process by which the GHTF documents were developed, and
13   that is its own section, Section 4, starting on page 11
14   of Exhibit 1 to the supplemental report, titled
15   "Supplementary Information Regarding GHTF Procedures:
16   All Decisions and Actions By Consensus."
17       Q.  While we're on that, let me interrupt you for
18   just a minute.
19           The five study groups that you list there on
20   page 11, are those the only five study groups that GHTF
21   had during the 20-year time frame that it was ongoing?
22       A.  To my understanding, that's correct, yes.
23       Q.  Now let me ask you:  Do you know the makeup of
24   any of the study groups?
25       A.  Can you clarify what you mean by makeup?

Page 33

1        Q.  Sure.
2            As I understand it, GHTF included, obviously,
3    regulatory agencies?
4        A.  Right.
5        Q.  Did it include industry representatives?
6        A.  Yes.
7        Q.  Were consumer representatives included?
8        A.  It was a mix of regulatory and -- it was a
9    partnership, if you will, between regulatory and
10   industry.  For example, AdvaMed represented -- was
11   represented in the various GHTF groups.
12       Q.  Which ones?
13       A.  I can't tell you specifically as I sit here
14   today.
15       Q.  During the whole time frame or specific times?
16       A.  I don't have the information available to tell
17   you specifically.  I do know they participated, other
18   industry representative groups as well participated, some
19   specific companies.  The aim was to have equal
20   representation between regulators and industry groups.
21       Q.  First of all, let me ask you:  How do you know
22   AdvaMed was in the study groups?
23       A.  Because I did some of my own independent
24   research and was able to confirm, to the best of my
25   recollection.  For example, AdvaMed was, I believe Boston

9 (Pages 30 to 33)

Peggy Pence, Ph.D.

Page 34

1   Scientific was, to the best of my recollection, I believe
2   Medtronic was, some of the ones I was able to find, best
3   of my recollection, as I sit here today.
4       Q.   How did you find them?
5       A.   By Internet searching and trying to find
6   information on the identity of who was in particular
7   groups.
8       Q.   Just trolling through the Internet,
9   essentially, to find out?
10      A.   Doing specifically directed searches looking to
11  see what I could find to support that information.
12      Q.   Now, in your searches, was Ethicon ever a
13  member of any of the five study groups at GHTF?
14      A.   I don't recall seeing Ethicon specifically, as
15  I sit here today.
16      Q.   What about J&J?
17      A.   A lot of that information just isn't available
18  online.  I can't say if they were or were not, but they
19  were certainly represented by AdvaMed.
20      Q.   Were they a member of AdvaMed at the time
21  AdvaMed was a member of GHTF?
22      A.   I don't have that specific information as I sit
23  here today, but certainly, AdvaMed, the working group
24  that put together a presentation for the 2011 advisory
25  meeting, Ethicon participated in that and that was

Page 35

1   through AdvaMed.
2       Q.   That was for FDA, though; right?
3       A.   Yes.
4       Q.   But we're talking about GHTF.
5       A.   Yes, I understand that, but they were certainly
6   working through AdvaMed at that time.
7       Q.   So let me close the loop on that.
8       Do you have information showing that in 2011,
9   at the same time that Ethicon was in AdvaMed working for
10  the FDA group in 2011, that they were also working in one
11  of the study groups in GHTF?
12      Was that a convoluted question?  I can ask that
13  better.
14      A.   Yes.
15      Q.   Your pretext or your preface is that Ethicon
16  was working with AdvaMed in 2011 during the whole time
17  frame with the panel meeting and FDA in 2011?
18      A.   Yes.
19      Q.   Now, as I understood your testimony, you
20  initially said that you knew that Ethicon was in AdvaMed
21  and that AdvaMed was working with GHTF?
22      A.   I knew that they were a member of AdvaMed.
23  Based on the information that I have, it appears that
24  they're a member of AdvaMed.  The years of their
25  membership, I don't have that information available as I

Page 36

1   sit here today.
2       Q.   The years that AdvaMed, from what you saw,
3   worked with GHTF, do you know those years?
4       A.   I don't recall those specifically as I sit here
5   today.
6       Q.   Now, if I asked you the same questions with
7   respect to Johnson & Johnson, do you know whether or not
8   Johnson & Johnson was ever a member of GHTF?
9       A.   I don't know as I sit here today.  I don't have
10  a list of all of the membership.
11      Q.   You did say Boston Scientific; right?
12      A.   Yes.
13      Q.   Do you know when Boston Scientific was a member
14  of GHTF?
15      A.   I don't recall the date as I sit here today.
16      Q.   Do you know which study group they might have
17  been in?
18      A.   I don't recall as I sit here today.
19      Q.   I was curious on that one.
20      What about any other pelvic mesh manufacturer?
21      A.   As I said earlier, the information on specific
22  memberships and the different study groups, although I
23  did look for it, I was unable to find a great deal of
24  information about that, except to know as it's set out
25  that in the membership of GHTF, that it is an equal -- it

Page 37

1   was, as you know, disbanded and transferred to IMDRF,
2   which is all regulators.  But during its 20-year history,
3   the aim was to be an equal partnership between industry
4   and the regulators internationally with the five founding
5   members, and then there's some additional groups that
6   joined as well in 2006.
7       Q.   Why did it disband, GHTF, do you know?
8       A.   I don't have specific reason to offer as to why
9   they disbanded.  They did transfer their work over to
10  IMDRF, and it's made up of voluntary membership of
11  regulators, IMDRF.
12      Q.   Is FDA a member of IMDRF?
13      A.   Yes.  To my understanding, that's correct.
14      Q.   When did GHTF disband?
15      A.   2012.
16      Q.   Did IMDRF, to your knowledge, ever make some
17  sort of statement adopting the GHTF guidances?
18      A.   Yes.  If you go on the IMDRF website, you will
19  see that they have GHTF archives, and then they have a
20  section where you can have IMDRF documents and GHTF
21  documents.  And the GHTF documents and all of those that
22  are included in the binder that we marked as Exhibit 8
23  are considered current based on that website.  If you go
24  on the IMDRF website, you will see archived documents
25  which they will tell you are no longer considered

10 (Pages 34 to 37)

Peggy Pence, Ph.D.

Page 38

1   current. They are there for reference. They have a list
2   of GHTF documents which are considered current posted on
3   their website.
4       Q.   And the ones that are in your binder and that
5   you have relied on in your reports, are they all under
6   the current part of the IMDRF website?
7       A.   Yes. I went through and verified that each one
8   is listed still on what's considered current by IMDRF.
9       Q.   Now let me ask you about Exhibit 2 of your
10  supplemental report. That is the MAUDE MDR reports. Let
11  me tell you what I think this is and you tell me if I'm
12  right.
13          As far as I understand it, what you have got
14  listed here in the three different charts are reports
15  that were reported to FDA that you located on the MAUDE
16  database that, in some extent, reference pelvic mesh?
17      A.   Yes. For these particular products and
18  manufacturers, yes.
19      Q.   Did you do the search?
20      A.   It was done under my direction by Christine
21  Swanson, who is one of my staff.
22      Q.   What search terms did she use to come up with
23  the numbers to populate the different columns?
24      A.   I would have to -- I would have to present that
25  to you as a list. For example --

Page 39

1       Q.   Did you tell her what to search for?
2       A.   Yes.
3       Q.   Tell me what you told her, essentially.
4       A.   I told her to search from 1999 through the end
5   of 2015 for these particular manufacturers and these
6   product names. And then for Ethicon, for example, where
7   we have combined the sling products, TVT, TVT-O, TVT
8   Obturator, TVT Exact, TVT Abbrevo, TVT Secure. She
9   applied the manufacturer names, the names of the
10  products, and to extract MDR reports that had been
11  submitted to the FDA for those particular products for
12  those particular manufacturers that are listed here.
13      Q.   Now, what was the name of the lady that --
14      A.   Christine Swanson.
15      Q.   What are her qualifications or background?
16      A.   She has a great deal of background as an
17  analyst, a data analyst.
18      Q.   Does she have a master's or something?
19      A.   No.
20      Q.   Tell me if you know her educational background.
21      A.   I don't believe she actually has -- to the best
22  of my recollection as I sit here today, I don't believe
23  she has a bachelor's degree. She has, for example,
24  previously worked at Amgen as an analyst and she has
25  extensive experience in data analytics, data analysis, I

Page 40

1   should say.
2       Q.   I'm trying to follow you there.
3           Does she not have a college degree?
4       A.   I don't believe she does, not a bachelor's.
5       Q.   She did graduate from high school, though;
6   right?
7       A.   Yes.
8       Q.   How old is she?
9       A.   I don't know specifically. We're not allowed
10  to ask those questions as an employer.
11      Q.   She's not a teenager, is she?
12      A.   No. She has a son that's a teenager.
13      Q.   Did you look at any of the actual reports
14  themselves from the MAUDE database?
15      A.   Yes.
16      Q.   Did you look at all of them?
17      A.   I have not looked at every one, no.
18      Q.   Can you tell me, on the Ethicon sling column,
19  the combined products, there's a total there of 23,083
20  MDRs, can you tell me how many reports out of those
21  23,000 plus you actually looked at?
22      A.   I can't give you a specific number, no.
23      Q.   Did you look at a hundred?
24      A.   I certainly looked at more than a hundred, yes.
25      Q.   Of the Ethicon ones?

Page 41

1       A.   Yes.
2       Q.   Why did you look at them?
3       A.   Well, I looked at them for a variety of
4   reasons. I have reviewed issue reports in the past as
5   well, and I reviewed MDR reports to look at the
6   information in the MDR reports. First of all, when I
7   give my staff direction, I verify what they're doing and
8   that it's being done correctly. For example, if you look
9   at my Prolift report, which I don't have a copy here --
10      Q.   It's burned in my brain.
11      A.   If you look at my Prolift report, if I'm
12  recalling correctly as I sit here today, you will see
13  there are tabular presentations of particular adverse
14  events that are reported in the MDR database. When I
15  give my staff direction, in order to present, pull out
16  this type of a table, it's a tabulation of numbers of MDR
17  reports that come up for specific search terms. But
18  within the body of the MDR reports, there's a discussion
19  description of the adverse event or events that occurred
20  and were reported in the MDR report. For a tabulation
21  such as those that were presented in my Prolift report,
22  you have to go through and read the MDR report and
23  extract the information that shows there's an erosion or
24  if there's dyspareunia or whatever the adverse event may
25  be.

11 (Pages 38 to 41)

Peggy Pence, Ph.D.

Page 42

1    Q.  Did you do that for this chart?
2    A.  This is a tabulation for all MDR reports.  It's
3  not a tabulation of what the specific adverse events were
4  that were reported in those.  That information, as you
5  know in the Prolift report, there is that type of
6  information and we did do that for that.
7    Q.  Unfortunately, I can't ask you about that
8  because you have been deposed in the Prolift report.
9        For this report, Exhibit 2 to your supplement,
10  would I be correct that you don't have it broken out as
11  to what the event is that occurred for, for instance, the
12  Ethicon sling products combined?
13    A.  That's correct.  This is a tabulation of the
14  total number of MDR reports for these products, these
15  manufacturers.
16    Q.  Do you have that information stored somewhere
17  else, like at Symbion?
18    A.  For some of them we do where we have gone
19  through and pulled that information out.  It takes,
20  obviously, a lot of time to read through each of those
21  and to pull the information out and tabulate it, and we
22  have done that for a number of these.
23    Q.  But not for what I'm now looking at as
24  Exhibit 2?
25    A.  For some of those that information is

Page 43

1  available.  Not for all of the MDR reports that are in
2  this tabulation.
3    Q.  And the sum that you're talking about that's
4  available are set out in your previous Prolift reports?
5    A.  And other reports.
6    Q.  And TVT reports?
7    A.  And also the Boston Scientific, for example.
8    Q.  Did you make efforts to call out any duplicate
9  reports?
10    A.  We do try to do that, yes.
11    Q.  Tell me how you try to do that for this
12  exhibit, Exhibit 2.
13    A.  Well, we have done that previously.  If it
14  appears --
15    Q.  I want to hear about for this one.
16    A.  If there's definitely a duplicate.  For this, I
17  would have to double check exactly how we did it for this
18  particular report.
19    Q.  Do you know, as you sit here today, that
20  efforts were, in fact, taken to call out duplicates from
21  the numbers that are represented in Exhibit 2?
22    A.  To the best of my recollection as I sit here
23  today, yes.  Christine always pays attention to try to
24  call out anything that's an obvious duplicate.
25    Q.  Now, did Christine make efforts to call out,

Page 44

1  for instance, if someone had both a TVT and a Prolift
2  implanted and there was one MDR, do you know where she
3  would stick the MDR?
4    A.  Without checking back with her, I would
5  anticipate that it probably would have appeared in both
6  columns.
7    Q.  If I'm looking at the top chart -- and let's
8  just stick with the Ethicon sling column for now -- you
9  can see it jumps from in 2011, there were 270 reports.
10        Do you see where I am?
11    A.  Yes.
12    Q.  The next year, 2012, there were over 3,000
13  reports?
14    A.  Correct.
15    Q.  And then the next year, 2013, there were over
16  16,000 reports; right?
17    A.  Yes.
18    Q.  First of all, let me ask you, for the year
19  where the number was put, is that just the year of the
20  report, when the event was reported?
21    A.  Yes.
22    Q.  So if the event occurred, say, in 2003, but it
23  was reported in 2007, the number goes in 2007?
24    A.  For this chart, yes.
25    Q.  For this chart?

Page 45

1    A.  Yes.
2    Q.  Outside a mass litigation like we have here
3  with mesh, have you seen numbers jump to the percentage
4  that you're seeing here, for instance, from 2012 with
5  3,000 reports to 2013 with 16,000 reports?  Have you seen
6  that outside of litigation?
7    A.  Well, I have not looked at it for every product
8  outside of litigation.  For those products that I have
9  looked at, I have seen that happen more typically with
10  litigation or if there's some kind of a safety alert or
11  some type of a notification from the FDA that makes
12  people more aware.
13    Q.  Did you make any notations or record of how
14  many of the reports were from litigation?
15    A.  That information is available.  I don't have it
16  in this document.
17    Q.  When you say it's available, it's in the MDR
18  report?
19    A.  Right.
20    Q.  Do you all have some kind of work product put
21  together where you have delineated how many of the 16,000
22  are from litigation?
23    A.  For some of the products we do.  For all of the
24  totals here, no, but, for example, I don't have it for
25  AMS.  I do have it for some of these products.

12  (Pages 42 to 45)

Peggy Pence, Ph.D.

Page 46

1    Q.  Do you have it for Ethicon products?
2    A.  For some of them, yes.
3    Q.  Which ones?
4    A.  I don't remember specifically without checking
5    back as I sit here today.
6    Q.  When you say you have it for some products, are
7    you saying for all of the TVT reports from '99 to 2015,
8    you may already have that information of how many of
9    those reports were from litigation --
10   A.  Yes.
11   Q.  -- like for TVT?
12   A.  Yes.  We have done that analysis for a number
13   of the different products.
14   Q.  Up through 2015?
15   A.  Not completely through 2015 because, if I
16   recall correctly as I sit here today, my prior reports
17   had not gone through 2015, and for this exhibit, updated
18   it through the end of 2015 since we're now into 2016.
19   Q.  The reason I'm asking is, I think you and I had
20   talked before about your previous MAUDE searches, and I
21   did not recall that you had pulled out the ones that were
22   from litigation.  That's what I'm trying to help jog your
23   memory if you know which Ethicon devices you have that
24   information for.  If you don't, you don't.
25   A.  And maybe calling out, maybe I'm

Page 47

1    misunderstanding the question, so let me clarify.  We
2    didn't call out and not include those because that would
3    be inappropriate not to include them.
4    Q.  It would lower the numbers quite a bit,
5    wouldn't it?
6    A.  Yes.  It doesn't mean -- just because it's
7    reported in litigation, it doesn't mean they're not real.
8    To not include them would not be an appropriate
9    representation of the data.  And what was done here is
10   present an appropriate representation, an accurate
11   representation of the numbers in the MDR reports as
12   possible.  Calling out is not the term that I would use.
13   We have done, for some of the products, that analysis
14   where we know how many were reported by attorneys based
15   on the information that's in the MDR report.
16   Q.  Is that in previous reports that you have done
17   on those devices or is that a separate?
18   A.  If I'm recalling correctly, as I sit here
19   today, some of the reports may include the number that
20   were attorney reported, or at least a reference to the
21   fact that some may be attorney reported.  I don't recall
22   specifically without looking back at my reports whether
23   or not we gave an actual number, but I know we have done
24   that analysis anticipating, for example, that it would be
25   of interest to you.  We have done that analysis for some

Page 48

1    products and that information is certainly available.
2    Q.  Now, I had asked you before as to, for
3    instance, if the patient had been implanted both with an
4    Ethicon sling and an Ethicon Prolift, how the numbers
5    would splice out, and I think you testified, number one,
6    you'd have to check, but number two, you think it might
7    appear in both columns?
8    A.  Yes, I would anticipate it would appear in both
9    columns because, if there was an MDR report for TVT and
10   you don't include it in TVT, then that's an inappropriate
11   representation of the numbers of reports addressing TVT
12   saying for Prolift.  It would be most appropriate to
13   include that in both places.  If we were doing a more
14   in-depth analysis and we would define -- and we have done
15   these types of analysis before -- we would define how
16   many of those there were.
17   Q.  Did you do that same approach, say, if a
18   patient was implanted with both an Ethicon product and a
19   Boston Scientific product, would the number appear in
20   both columns?
21   A.  Yes.
22   Q.  Did Christine make any attempt at determining
23   whether or not there were some other concomitant causes
24   of the list of adverse events?
25   A.  Not for this tabulation, no.

Page 49

1    Q.  You didn't either?
2    A.  Not for this tabulation.  This is specifically
3    as it's described a tally of the total numbers of MDR
4    reports that were submitted to FDA for the products of
5    the manufacturers listed here.
6    Q.  Now, for the products listed here for the
7    years, do you have any sort of denominator number?  For
8    instance, do you know how many TVT family of slings were
9    sold in 2010?
10        MR. KUNTZ:  I guess I have to object.  That's
11   an improper hypothetical.  We have asked at least 30
12   times for that number from you guys and never been given
13   that number.  It's an impossibility for her to make the
14   calculation.
15   BY MS. SUTHERLAND:
16   Q.  You don't have the number?
17   A.  I don't.
18        MR. KUNTZ:  It's impossible.  You won't give us
19   that number.
20        THE WITNESS:  No.
21        MR. KUNTZ:  We have been asking for five years,
22   is my point.
23   BY MS. SUTHERLAND:
24   Q.  With respect to the numbers that are listed in
25   the columns for Ethicon, do you know all of the types of

13 (Pages 46 to 49)

Peggy Pence, Ph.D.

Page 50

1    events that were listed, such as erosion, pain?
2        A.  Pain, urinary tract problems.
3        Q.  Do you have a listing of what they all were for
4    in the numbers here?
5        A.  I have -- if you go back to the TVT report and
6    my Prolift report, there's an itemization for those
7    specific products for the types of events as well as --
8        Can you ask the question again?
9        Q.  Sure.
10        For this exhibit that you put together for the
11    supplemental report, do you have a listing of the events
12    that are included?
13        A.  For some of the products, yes, but this is --
14    again, I reiterate, this is a tally of all of the MDR
15    reports that were submitted for those products.  For some
16    of these products and for certain of the years, we have
17    done a tabulation of the numbers of erosions that were
18    reported, the numbers of pain that were reported, the
19    numbers of dyspareunia that were reported, the number of
20    urinary tract issues that were reported, the number of
21    infections that were reported.  And our numbers are
22    consistent with FDA's representation of what they
23    reported they found in the MAUDE database, for example,
24    in their 2008 public health notification and their update
25    in 2011, their safety communication.  And, in fact, I

Page 51

1    state that in my reports where we have presented that
2    type of information at that level of detail, that what we
3    found for the specific products were representative of
4    what FDA found across the numbers of manufacturers that
5    FDA evaluated and published, for example, in its 2011
6    review of the MAUDE database and the literature relevant
7    to transvaginal meshes, particularly, pelvic organ
8    prolapse for the discussion here today.
9        Q.  How long has Christine Swanson worked for you?
10        A.  Over a year, at this point, if I recall
11    correctly.
12        MS. SUTHERLAND:  I'll hand you and attach the
13    supplemental report for TVT.
14        (Defendant's Exhibit 4 was marked for
15        identification by the court reporter.)
16    BY MS. SUTHERLAND:
17        Q.  Is that your supplemental report on TVT and
18    TVT-O dated March 2016?
19        A.  Yes, March 2, 2016.
20        MS. SUTHERLAND:  You can set that aside.  I
21    think we're on the same page, that with the Ramirez depo
22    coming up in a couple of weeks, that I'll address that
23    then.
24        MR. KUNTZ:  Yes.  Are you doing the depo?
25        MS. SUTHERLAND:  Unless I can get out of it.

Page 52

1        MR. KUNTZ:  It will help.
2        MS. SUTHERLAND:  Yes.  If someone else covers
3    it, I will definitely make sure it's squared away on what
4    we agreed to.
5        MR. KUNTZ:  For the record, I'll have them file
6    that in Ramirez too, if need be.
7        MS. SUTHERLAND:  If need be.
8    BY MS. SUTHERLAND:
9        Q.  Now, let's go back to your February Prosima
10    report.
11        Do you need a break or anything?  We have been
12    going over an hour.
13        A.  I wouldn't mind.
14        MS. SUTHERLAND:  Let's go off the record.
15        (Recess.)
16    BY MS. SUTHERLAND:
17        Q.  Quickly, Pence Exhibit 2 to your Prosima
18    February report is your CV.
19        Is that pretty much up to date?
20        A.  Yes and no.  I was looking at this the other
21    day that I need to update the address, so the address.
22        Q.  You still have Newbury Park?
23        A.  Exactly.  We do have the satellite office,
24    basically, with my staff working remotely, but that old
25    address is no longer accurate.  I do need to update that.

Page 53

1    There are a couple things to add to it.  What's here is
2    correct.
3        Q.  What are you adding to it?  Presentations?
4        A.  Not presentations so much as conferences that I
5    have attended, continuing education in my profession.
6    There are old publications that I located to be added
7    that I had forgotten about that I have not added.
8        Q.  Do any of those old publications have to do
9    with pelvic mesh?
10        A.  No.
11        Q.  Do they have to do with an implanted device?
12        A.  Not to my recollection.
13        Q.  Any of the conferences that you have attended
14    that aren't in your CV, did any of those conferences have
15    anything to do with pelvic mesh?
16        A.  No.
17        Q.  Now, Exhibit 3 to your Prosima report is your
18    reliance list, and I wanted to make sure on this, and
19    Jeff, you might want to listen to this one part.
20        MR. KUNTZ:  I'm listening.
21        THE WITNESS:  Go ahead.
22    BY MS. SUTHERLAND:
23        Q.  I didn't get any reliance lists with the
24    supplemental reports, and I wanted to make sure that I
25    was not supposed to get any updated reliance list with

Peggy Pence, Ph.D.

Page 54

1  the supplemental reports in March.
2          Do you know, Dr. Pence, and then I can talk to
3  Jeff off the record?
4      A.  I have the information footnoted in my
5  supplemental report.  I didn't provide a reliance list
6  additional to that.
7      Q.  I just wanted to make sure I didn't miss it if
8  you had it.
9      A.  It's either referenced or footnoted in my
10  report that I relied on for inclusion in the supplemental
11  report.
12          MR. KUNTZ:  Let's off the record real quick.
13          MS. SUTHERLAND:  Okay.
14          (Recess.)
15          MS. SUTHERLAND:  Now we're back on.
16  BY MS. SUTHERLAND:
17      Q.  Dr. Pence, you were telling me about your CV.
18      A.  Yes.  Looking at Exhibit 2, which is my CV, it
19  looks as though this one is not the most updated version,
20  unless I am overlooking it.  Like, for example, the
21  selected presentations, October 1, 2013, and selected
22  continuing education, 2013 is the last listed there.  And
23  I note that in particular because you asked me about
24  presentations, and for example, I did chair a session at
25  the annual FDA Orange County Regulatory Affairs, OCRA

Page 55

1  discussion group meeting last year, that would have been
2  2015, and I also, if I recall correctly, 2014.  I think
3  this is an older copy.
4      Q.  You think you have one that's updated?
5      A.  Yes.  This is an older copy that was produced,
6  it appears.
7      Q.  I'm sure I'll follow up with a request to Jeff
8  to get the updated CV, and if you want to update the
9  address and anything else that you saw, do that for me,
10  please.
11      A.  I will do that.
12      Q.  Exhibit 5 is a listing of RCTs on prolapse
13  repair; correct?
14      A.  Yes.
15      Q.  It says at the top, "Randomized controlled
16  clinical trials."
17          Did you pull this from a different report?
18      A.  Yes, and that didn't get corrected.
19      Q.  Do you know what report you might have pulled
20  Exhibit 5 from?
21      A.  Yes.
22      Q.  I'm assuming it was Prolift?
23      A.  No.  Actually, the Prolift report, if I recall
24  correctly, only had five summarized, and in one of my BSC
25  reports, I updated that to include all of those here.

Page 56

1  There was -- the Exhibit 2, I apologize, didn't get
2  changed.
3      Q.  No worries.  That actually helped me out
4  because I had thought that I already asked you about this
5  document.  Apparently I have not if this was Boston
6  Scientific.
7      A.  Some of them you had at one point asked me
8  about part of these.
9      Q.  Just tell me real quickly, these are not all of
10  the RCTs on prolapse repair, are they?
11      A.  No.
12      Q.  How did you --
13      A.  Not to my recollection.  These were some of the
14  key ones I identified, and I believe it's stated in my
15  report, between 2008 and 2012.
16      Q.  When you say they're one of the key ones, were
17  they of a certain strength or length?  If you can, tell
18  me why you denoted them as key.
19      A.  When I originally did this, it was back in
20  2014.  At this point in time, as I sit here today, I
21  can't recall exactly why I chose these particular ones,
22  except that, of course, they were randomized controlled
23  trials and that, obviously, that's the highest level of
24  evidence.  Depending on the quality, it's generally
25  considered the highest level of evidence, but you have to

Page 57

1  evaluate each study individually.  And because these were
2  randomized controlled clinical trials with and without
3  mesh, the "with and without mesh" was, of course,
4  important to my consideration of including those in here.
5      Q.  Just so I'm clear, I don't know if I asked it
6  this way:  Are there other randomized controlled trials
7  that are published and available with and without mesh
8  that are not included in your Exhibit 5 or did you get
9  them all?
10      A.  No.  Yes, there are.
11      Q.  There are other additional RCTs out there on
12  mesh and non-mesh doing a head-to-head comparison?
13      A.  Yes.
14      Q.  As you sit here today -- I know you did this a
15  while back -- you can't tell me why you picked out these
16  particular studies that are in here?
17      A.  I don't recall every reason that I picked those
18  out except for what I just mentioned, because it was back
19  in 2014, but clearly, they were randomized controlled
20  trials, which is a high level of evidence.  They were a
21  comparison to without mesh.  They were articles that I
22  found referenced in a number of other articles, and so I
23  thought they were representative.  That would have been
24  the standard, that they are representative of the
25  literature at that time from 2008 to 2012.

15 (Pages 54 to 57)

Peggy Pence, Ph.D.

Page 58

1      Q.   As you sit here today, do you have any plans to
2  supplement your Prosima or Prolift reports, just as you
3  sit here today?
4      A.   As I sit here today, I don't have specific
5  plans to supplement my report, but I reserve the right to
6  supplement the report if needed.
7      Q.   Have you read any of the defense expert records
8  from Wave 1 in the MDL?
9      A.   Perhaps I need to clarify who those were because
10  I don't know specifically.  I have read, obviously,
11  defense expert reports over the period of the last couple
12  of years.
13      Q.   Let me ask it this way:  Have you read any
14  defense expert reports in the past month that were dated
15  within the past month?
16      MR. KUNTZ:  Past week.
17  BY MS. SUTHERLAND:
18      Q.   Past week?
19      A.   No.
20      Q.   Now, I caught myself reading your report and
21  your exhibits.  I did not see a list of testimony for the
22  past four years.
23      Do you have a list of testimony, both
24  deposition and trial?
25      A.   Yes.

Page 59

1      Q.   You don't mind getting that to Jeff?
2      A.   No.
3      Q.   Along with your updated CV?
4      A.   No.  In fact, I did produce that when we
5  were -- for the February 1st Prosima report, but it
6  wasn't provided to you then?
7      Q.   I did not see that.  Was it written within your
8  report?
9      A.   No.
10      Q.   I caught myself reading it.
11      A.   It was typed.
12      Q.   It wasn't attached to what I have seen, and I
13  only saw the five exhibits.
14      A.   I don't include it in my report, but I did
15  provide it to Counsel.
16      Q.   That's not a problem.  We'll get it.
17      I did not see in your report where you listed
18  what your hourly rate is.
19      Can you tell me what that is?
20      A.   Yes.  It's $500 an hour.
21      Q.   And is that both for testimony and review of
22  documents?
23      A.   Yes.
24      Q.   For your Prosima report and your supplemental
25  reports, both Prosima, Prolift, and your TVT supplemental

Page 60

1  reports, do you know how many hours you have billed on
2  that work?
3      A.   Repeat that again.  I'm sorry.
4      Q.   What I'm trying to limit it to is the recent
5  work you have done on Ethicon products, and as far as I
6  know, that would be your Prosima report, your
7  supplemental Prosima and Prolift report, and your
8  supplemental TVT report.
9      Do you know approximately how many hours you
10  put into that work?
11      A.   I can tell you for the Prosima report, the
12  February 1st, 2016, Prosima report, that I have an
13  invoice ready to be submitted that's a little over
14  $34,000.  I spent approximately 67 hours and Christine
15  has over 13 hours, between 13 and 14 hours, to the best
16  of my recollection as I sit here today.  I have not
17  totaled my time yet over the last couple of weeks for the
18  supplemental report for TVT and Prosima and preparation
19  for the deposition.
20      Q.   Do you have a ballpark of what you think that
21  might be?
22      A.   As I say, I haven't totaled it.  If you're
23  including TVT, it's probably somewhere 60 to 100 hours.
24  Without totaling it, that's my best estimate as I sit
25  here today.

Page 61

1      Q.   Am I correct that you're not offering a
2  manufacturing defect opinion for any Ethicon device?
3      A.   Can you clarify?
4      Q.   Yes.  For any particular lot or batch that went
5  through, that something went wrong in the manufacturing
6  process.  Are you offering any opinion like that for any
7  Ethicon device?
8      A.   If you're asking me for a specific batch and
9  manufacturing processing, as I sit here today, it's my
10  understanding I won't be asked to offer those kinds of
11  opinions.  If you're talking about information with
12  regard to mesh characteristics --
13      Q.   No, I'm not.  I'm talking literally as it's
14  going through the warehouse and something went wrong on
15  the worktable going through the factory.
16      A.   That specific kind of information I have not
17  been asked to opine on at this point in time.
18      Q.   I didn't have page numbers on your Prosima
19  report.
20      A.   There aren't.
21      Q.   So if you'll flip over to about page 18, and
22  what I'm looking under is, "Prosima Development
23  Challenges and Failures."
24      As I understand it, you have five opinions for
25  Prosima set out in your report; correct?

16 (Pages 58 to 61)

Golkow Technologies, Inc. - 1.877.370.DEPS

Peggy Pence, Ph.D.

Page 62

1    A.  Yes.
2    Q.  Now, obviously, you and I have talked about
3   Prosima before?
4    A.  Yes.
5    Q.  So I'm limiting my questioning to what I have
6   not asked you about before, at least to the best of my
7   recollection and my review of the Cavness stip, which I
8   will confess is quick.
9        One thing I want to ask you about under 18,
10   "Carey, Slack, Clinical Evaluation of Prosima Prototype,"
11   if you're with me.  Underneath there, you note, "The
12   disclosure of certain financial interests is the standard
13   or required practice for clinical investigators when
14   submitting clinical study reports for publication."
15   A.  Yes.
16   Q.  Now, if I'm reading that correctly, you were
17   not saying that this is some standard that Ethicon
18   breached with respect to disclosure of financial
19   interests, or are you?  Maybe I should ask it that way.
20   A.  I think the answer to that is both, both the
21   authors as well as Ethicon, because --
22   Q.  That answers the question.  Let me ask the next
23   question.
24        Can you tell me where the standard is written
25   that you're saying Ethicon breached with some failure to

Page 63

1   disclose financial interest?
2    A.  Yes.  Publications, generally, expect any
3   disclosure of financial or proprietary interest to be
4   disclosed.  The FDA 21 CFR Part 54 on financial
5   disclosures, an FDA regulation -- and give me just a
6   moment.
7    Q.  Are you looking for the standard?
8    A.  Yes.
9    Q.  Are you thinking it's something besides the FDA
10   standard that we talked about?
11   A.  Yes.  To the best of my recollection,
12   disclosure of proprietary and financial interest is also
13   included in international standards, whether it's GHTF or
14   ISO, to the best of my recollection as I sit here today.
15   Q.  You didn't cite any ISO standards in any of
16   your Prosima reports that I saw, did you?
17   A.  No.  If you look at the GHTF documents, a
18   number of them do have, in the reference documents, ISO
19   standards.
20   Q.  Do you know which GHTF document you're talking
21   about that might have the standard to disclose financial
22   interest?
23   A.  Not to the best of my recollection sitting here
24   today.  I would have to double check that.
25   Q.  The disclosure that you're talking about, are

Page 64

1   you talking about just making a disclosure to the
2   publication that was going to publish Dr. Carey's
3   results?
4    A.  Well, also, it was not the financial interest.
5   There was a poster presentation that was included.  And
6   now we're talking about FDA, but there was --
7    Q.  I'll go ahead and tell you, I really don't want
8   to talk about FDA today, which I know surprises you and
9   me both, but I want to focus on standards other than FDA
10   for today.
11   A.  That's fine.  Yes, there was no disclosure in
12   the publication and, therefore, it's a matter of people
13   reviewing, any reader reviewing an article, being able to
14   judge the information in the article in consideration of
15   any potential bias by virtue of one of the investigator's
16   or more than one investigators' financial interest in a
17   product that is being reviewed.  That's the whole reason
18   for disclosure, so that that information can be taken
19   into account by the reviewer.
20   Q.  With publications, that information is
21   generally provided by the investigator; correct?
22   A.  That is correct.  However, Ethicon was very
23   heavily involved in the development of this information.
24   In fact, you will note that on page 20 in the report -- I
25   realize there are no page numbers there -- but page 20,

Page 65

1   that Dr. Robinson noted that BJOG had agreed to publish
2   Carey's study, but that it would require a major rewrite.
3   And Dr. Robinson, reflecting on the internal team's
4   concerns about the large number of patients lost to
5   follow up, and that Dr. Carey had submitted the draft
6   manuscript without Ethicon's review, remarked, "This
7   seems the best of both worlds.  We get the chance to
8   revise the data, Marcus's wishes to work with the
9   clinical team here in developing the manuscript, and we
10   have the agreement from the journal that they will
11   publish once they are happy with the manuscript."
12   Ethicon definitely had involvement.
13   Q.  I want to be sure that I know the extent of
14   your opinion.  Is the financial disclosure that you're
15   talking about something that should have been made to
16   BJOG?
17   A.  Yes.
18   Q.  If I'm reading your report correctly --
19   A.  If we're excluding FDA for this discussion.  It
20   should have been made to FDA with the poster presentation
21   presented to FDA.  If we're excluding FDA, then yes.
22   Q.  Now, the disclosure that we're talking about
23   that should have been made to BJOG was the amount paid to
24   Dr. Carey?
25   A.  It should have been that he had a financial

17 (Pages 62 to 65)

Peggy Pence, Ph.D.

Page 66

1    interest, a consulting relationship, and that the product
2    had been licensed, that he had a proprietary interest in
3    the development of the product.
4        Q.  It's your understanding that was not done?
5        A.  Correct.  I did not find that the published
6    paper included any disclosure of his financial interest
7    or Ethicon's involvement.
8        Q.  Do you know if that information was provided to
9    BJOG otherwise?  You know, the publication sends their
10   conflict of interest document that goes with the
11   publication itself.  Do you know if disclosure was made
12   to BJOG but was not included in the published report?
13       A.  As I sit here today, I don't recall having seen
14   that.
15       Q.  Let me turn over to your first opinion that's
16   listed in the report, which is on page 32.  I'm going to
17   try to cut through this.
18           As I understand it, this opinion focuses on
19   what -- your opinion was not provided to FDA, and had FDA
20   known certain things, it would not have cleared Prosima.
21   Is that a fair nutshell?
22       A.  As I understand your question, yes.
23       Q.  Let's go to Opinion 2, which is, as I
24   understand it -- let me ask you this:  For Opinion 2, if
25   I'm understanding, is it your opinion that there were

Page 67

1    inadequate studies, clinical studies, to support the
2    marketing of Prosima?  Is that part of your Opinion 2?
3        A.  That is part of my Opinion 2, yes.
4        Q.  Is the second half of your Opinion 2 that after
5    Prosima was marketed, there remained a lack of clinical
6    studies showing its safety and efficacy?  And I'll tell
7    you what I'm trying to do here is have a dividing line
8    between premarket and postmarket if we can do that with
9    your opinion.
10       A.  Give me one moment.  Can you repeat your
11   question, please?
12       Q.  Yes, ma'am.
13           If I'm understanding your Opinion 2 correctly,
14   does it cover both premarket studies, which, in your
15   opinion, did not show safety and efficacy of Prosima, and
16   postmarket studies, which did not show safety and
17   efficacy of Prosima?
18       A.  Yes.
19       Q.  So let me try to address those in two separate
20   buckets, if I could, just to keep things clear.  You and
21   I have already talked about the studies that were
22   conducted back in Cavness.  Really, what I'm focusing on
23   here are the standards that you're relying on for your
24   opinions.
25           The first question I want to ask you is, about

Page 68

1    two-thirds of the way down in that paragraph, you say,
2    "There Ethicon failed to follow the requirement it
3    created for releasing the Prosima onto the market.  If
4    Ethicon had followed its own internal requirement related
5    to safety and performance of the Prosima, it never would
6    have been released."
7        A.  Right.
8        Q.  The question to you is:  What internal
9    requirement of Ethicon are we talking about there, just
10   so I know?
11       A.  It was the project charter, and it is
12   referenced in my report.  Let me just locate it.  It's on
13   page 18 of the report, at the very end of the paragraph
14   at the top of the page, "Importantly at the outset of the
15   Project Mint charter."
16       Q.  I'm not with you yet.  I think I'm on 18.
17       A.  Middle of the page, it has Section B, "Prosima
18   development challenges and failures."  At the top of that
19   page, the last sentence of that paragraph, "Importantly
20   at the outset of the Project Mint charter," which was
21   Prosima, for Prosima, what became Prosima, I should say,
22   "Ethicon recognized that if the results of the clinical
23   evaluation performed by the inventor, Dr. Marcus Carey,
24   and his development partner, Dr. Mark Slack of Cambridge,
25   United Kingdom, were not favorable, the project should be

Page 69

1    abandoned or the scope changed."
2        Q.  And you reference there Footnote 40?
3        A.  Yes.
4        Q.  Is Footnote 40 the document that supports that
5    sentence?
6        A.  Yes, Project Mint charter presentation from
7    June of 2005.
8        Q.  We go on -- and I'm back at page 33 -- "For all
9    medical devices, the internationally accepted standard of
10   care is that a clinical evaluation of the device,
11   including clinical data, show a favorable benefit-risk
12   ratio."
13       A.  Correct.
14       Q.  Now, where is that internationally accepted
15   standard of care written?
16       A.  It's repeated in a variety of documents, but if
17   you look at Exhibit 1 in the supplemental report and you
18   go to the essential principles of safety and performance,
19   for example, to page 3 in that Exhibit 1 of the
20   supplemental report, one of the principles in essential
21   principles of safety and performance -- let me start on
22   the prior page, on page 2, with the very first essential
23   principle of safety and performance that's listed.
24   "Medical devices should be designed and manufactured in
25   such a way that, when used under the conditions and for

Peggy Pence, Ph.D.

Page 70

1  the purposes intended and where applicable, by virtue of
2  the technical knowledge, experience, education or
3  training, and the medical and physical conditions of
4  intended users, they will perform as intended by the
5  manufacturer and not compromise the clinical condition or
6  the safety of patients, provided that any risk which may
7  be associated with their use constitute acceptable risk
8  when weighed against the benefits to the patient and are
9  compatible with a high level of protection of health and
10 safety."
11     Q.  Where does that come from?
12     A.  This comes from the final document, Global
13 Harmonization Task Force, Essential Principles of Safety
14 and Performance of Medical Devices.
15     Q.  That's what I'm going to hand you, Exhibit 10.
16        (Defendant's Exhibit 10 was marked for
17        identification by the court reporter.)
18 BY MS. SUTHERLAND:
19     Q.  Is that a document that sets out the standard
20 that you reference back in your report on page 33?  What
21 I want to do is I want to get what all of the standards
22 are.  If I have questions about those, I'll come back.
23     A.  Repeat the last question.
24     Q.  Yes, ma'am.
25        I'm back on page 33.  What I'd asked you there

Page 71

1  was, you reference an internationally accepted standard
2  of care in that bottom part of that paragraph.
3     A.  Yes.
4     Q.  My question to you is:  Is that internationally
5  accepted standard of care that you're referencing
6  contained in what I have now marked as Deposition Exhibit
7  Number 10?
8     A.  It is contained in here, and also, the
9  risk-benefit information is also.  The need for favorable
10 benefit-risk assessment for marketing of a medical device
11 is also referenced in other standards, other GHTF
12 standards.
13     Q.  What are those?
14     A.  For example, the --
15     Q.  Put a pin in that and we'll come back to that.
16        For the sentence that you have got written here
17 on page 33 which talks about, "For all medical devices,
18 the internationally accepted standard of care is that a
19 clinical evaluation of the device, including clinical
20 data in the form of clinical studies, literature,
21 clinical experience, must demonstrate that a favorable
22 benefit-risk ratio exists for the device."
23        For that sentence, you're saying you look to
24 that standard which is contained in GHTF, Essential
25 Principles of Safety and Performance of Medical Devices,

Page 72

1  which I have marked as Number 10; correct?
2     A.  Yes.
3     Q.  And then you said there are other GHTF guidance
4  documents that also have that same standard?
5     A.  Well, they reference back to the essential
6  principles of safety and performance, which include a
7  favorable benefit risk.  For example, if you go to the
8  clinical evaluation, May 2007.
9     Q.  You got to slow down.  I want to get them all.
10 Tell what that was, May 2007 clinical evaluation?
11     A.  May 2007, yes.
12        MS. SUTHERLAND:  I'll mark that as Number 11.
13 I am not going to have all of these.  I tried to get all
14 of them that I could.
15        (Defendant's Exhibit 11 was marked for
16        identification by the court reporter.)
17 BY MS. SUTHERLAND:
18     Q.  I'm handing you what I marked as Number 11.
19        Is that the second standard that you were just
20 discussing?
21     A.  Yes.
22     Q.  Now, is there another one?
23     A.  For example, in the document -- this is the
24 point I'm trying to make -- the GHTF documents represent
25 a global model that has been accepted internationally for

Page 73

1  the development of medical devices.  For example, if you
2  start with the essential principles of safety and
3  performance, if you look at the clinical evaluation
4  document, Exhibit 11, if you look on page 6, you'll see,
5  under the references, that this document references the
6  essential principles of safety and performance of medical
7  devices.  Now, Exhibit 10 happens to be the 2012 update
8  to a 2005 document on essential principles of safety and
9  performance.  So you'll see, because the clinical
10 evaluation document was May of 2007, that the essential
11 principles of safety and performance document that it
12 references was the 2005 document.
13        There were updates to these documents over the
14 period of the 20 years of the existence of the GHTF, but
15 there's an interrelationship between these documents that
16 support one another in creating this model for a global
17 clinical development.  These various standards support
18 the efforts that need to be undertaken to demonstrate
19 conformity to the essential principles of safety and
20 performance.
21        So you'll see in this clinical evaluation,
22 Exhibit 11, that one of the documents it references is
23 also the principles of conformity assessment for medical
24 devices, which is another standard, and that
25 standard also references back to the essential principles

19 (Pages 70 to 73)

Peggy Pence, Ph.D.

Page 74

1  of safety and performance.
2      Q.  Did you go back and review the 2005 essential
3  principles?
4      A.  Yes, I certainly have.
5      Q.  Did you do that for your opinion in this case?
6      A.  To the best of my recollection, I did, yes.
7      Q.  Do you know what the differences are between
8  the 2005 version and the 2012 version?
9      A.  If I recall correctly, if I'm not confusing the
10 standards, one of the key differences was the inclusion
11 of information relative to in vitro diagnostic devices.
12     Q.  I'm asking you that based on your phrasing here
13 on page 33 where you say, "For all medical devices, the
14 internationally accepted standard of care is that a
15 clinical evaluation of the device includes clinical data
16 in the form of clinical studies."
17         My question to you is:  Is it your opinion that
18 all medical devices require clinical data in order to
19 have an analysis of the benefit-risk ratio?
20     A.  I think I need clarification.  Can you point me
21 again to the statement you're referencing?
22     Q.  Down on page 33, the sentence we have been
23 talking about, where it says, "For all medical devices."
24 It starts over on the left-hand side.
25     A.  I have it.

Page 75

1      Q.  That's the sentence I'm focusing on.
2      A.  Yes.
3      Q.  My question is, if I'm reading that sentence,
4  it reads to me that your opinion is that all medical
5  devices require clinical data, meaning in human use, to
6  have an analysis of the benefit-risk ratio.
7         Is that your opinion?
8      A.  That's what's stated in the standard, but
9  clinical data can be in the form of scientific medical
10 literature and commercial experience as well as clinical
11 studies.
12     Q.  So for a new device that's coming out where you
13 don't have published medical literature yet and you don't
14 have previous clinical experience because it's a new
15 device, am I understanding your opinion to be that the
16 standard that you're referencing from GHTF is that you
17 have to have a clinical trial in order to analyze that
18 benefit-risk ratio?
19     A.  No, that's not what the standard says.  In
20 analyzing the benefit-to-risk ratio, because we're
21 talking for Class II devices --
22     Q.  Correct, at least at the time.
23     A.  We were talking about Class II devices, and
24 then, of course, Class III devices now that they have
25 been reclassified to high risk, but for medium risk

Page 76

1  devices, because we're talking about devices that have
2  been marketed based on similarity to previously marketed
3  devices, the standard allows you to evaluate the
4  literature for similar devices or commercial experience.
5  Hence, that goes to why I looked at the MDR database
6  because that's publicly available information that a
7  manufacturer can look at for competitor products that are
8  similar to look at the clinical experience.
9         If looking at that totality of information that
10 is available, one can rely on that based on comparing
11 one's own device to the other devices that are
12 represented in that, when we're talking about a brand-new
13 device.  If the manufacturer can substantiate, based on
14 that available information, that there's a favorable
15 benefit-risk ratio, then premarket clinical studies may
16 not be required.  Based on distinctions between your
17 device and similar devices --
18     Q.  I think you answered the question.
19     A.  -- then clinical studies may be required.  As I
20 have testified to before -- I just need to answer this to
21 be complete --
22     Q.  It sounded pretty complete.
23     A.  -- then the company has to make a determination
24 that they may need to do clinical studies in order to
25 show that there's a favorable benefit-to-risk ratio.

Page 77

1      Q.  I think I can get this as a yes or no.
2         Am I correct, Dr. Pence, that the GHTF
3  standards that you and I have talked about don't set out
4  a bright-line rule saying for all medical devices, you
5  have to have clinical data, meaning trials in humans,
6  before you may analyze the benefit-risk ratio?
7         MR. KUNTZ:  Objection to form.
8         THE WITNESS:  As you stated that, I can't give
9  you yes or no because the clinical data includes --
10 doesn't include just clinical investigations on a
11 specific device.
12 BY MS. SUTHERLAND:
13     Q.  For my purposes for this question, when I'm
14 talking about clinical data, I'm talking about the
15 company that has the device that they want to market
16 running a clinical trial in humans.
17     A.  If you're talking about running a clinical
18 trial in humans specifically, if -- again, it's very
19 qualified.  One has to do this on an individual device
20 basis to decide whether or not your device -- if other
21 devices for which there is data or which there are data,
22 either in terms of commercial experience and literature,
23 if those data are adequate to substantiate a favorable
24 benefit-risk ratio for your device, considering the
25 differences of your device to those devices on which

20 (Pages 74 to 77)

Peggy Pence, Ph.D.

Page 78

1    information is available, if you can substantiate a
2    favorable benefit-risk ratio based on such evidence, then
3    you would not have to do clinical trials.  But if you
4    can't, then you need to do clinical studies to
5    demonstrate a favorable benefit-risk ratio.
6         Q.  So no bright-line rule from the GHTF documents
7    saying you always have to run a clinical trial before you
8    can sell a device?
9         A.  It's a case-by-case basis depending on the
10   differences in the device and whether the information
11   that is already available for other devices or maybe a
12   prior device, and your device is a modification of the
13   prior device, whether the information is --
14        Q.  It really is yes or no.
15            There's no bright-line rule from the GHTF
16   documents you and I have talked about saying you always
17   have to run a clinical trial in humans before you can
18   evaluate the benefit-risk ratio, yes or no?
19            MR. KUNTZ:  Objection.  Asked and answered.
20            THE WITNESS:  For the reasons I have mentioned
21   you have to evaluate, no, you have to evaluate on an
22   individual basis, case by case.
23   BY MS. SUTHERLAND:
24        Q.  I think we got our yeses and nos mixed up
25   there.  Let me try one last time.

Page 79

1            There is no bright-line rule in the GHTF
2    documents that you and I have talked about saying that a
3    manufacturer always has to run clinical trials in humans
4    before that manufacturer can adequately assess the
5    benefit-risk-ratio; right?
6         A.  As I understand your question, right, there is
7    no bright-line rule because every product is different,
8    but the bright-line rule is that you must be able to
9    demonstrate a favorable benefit-risk ratio on available
10   evidence.
11        Q.  You answered my question.  I got it.
12            Is there a standard that a manufacturer can go
13   to to tell them, if they think they need to run a
14   clinical trial, how to set it up:  How many people need
15   to be in it, how long does it need to be, what end
16   points?  Is there some written standard that a
17   manufacturer can go to that sets that out for them?
18        A.  That sets out the foundation, yes.  One is the
19   GHTF clinical investigations.
20        Q.  What standard is that, clinical investigations?
21        A.  It's in Exhibit 8 under the tab, "Clinical
22   investigations."  The title of the document is, "Clinical
23   Investigations," authored by Study Group 5 of the Global
24   Harmonization Task Force, February 12th, 2010.
25        Q.  For instance, let me give you an example of

Page 80

1    what I'm looking for.  Does that standard set out the
2    size of the clinical trial a manufacturer would have to
3    do?
4         A.  That's based on statistics.  It gives you the
5    principles, and it gives additional references as well,
6    but it gives you the principles for doing a clinical
7    investigation, and it also references other international
8    standards.  I mentioned ISO standards and GHTF standards,
9    also referenced ISO standards, and in this document, for
10   example, on page 5, it references ISO 14155-1 and ISO
11   14155-2, both 2003 documents.
12        Q.  Do those set out the size?  Is there something
13   seriously a manufacturer can look at that says I need 50
14   people?  150 people?
15        A.  That's based on statistics.  When you're
16   designing a clinical trial, the standards say you set out
17   your end points, your objectives.  And when you're
18   designing a clinical trial, you make a decision as to
19   what kind of a different -- if you're doing a comparison.
20        Q.  Is it a case-by-case decision, essentially?
21        A.  Yes, it is, based on what your end point is
22   going to be, and then the statistician determines how
23   many patients need to be included in each arm.
24        Q.  Is it also a case-by-case decision as to how
25   long you need your study to go?

Page 81

1         A.  Yes.  It depends on the medical device.  If
2    you're doing an ocular treatment that's an eye drop, you
3    don't need to follow those patients for their lifetime,
4    for example.  If you're doing a permanent implant and a
5    registry study, for example, you would want to follow
6    them as long as possible so you have long-term data.
7    It's very dependent on the product.
8         Q.  For a permanent implant that a manufacturer
9    would like to get marketed before the passage of a
10   generation of people, is there some sort of standard that
11   sets out how long a clinical trial would need to go to
12   adequately assess the benefit-risk ratio?
13        A.  There are authoritative bodies that have
14   provided that information with regard to permanent
15   implants.
16        Q.  Is that a standard I can look at?  You're
17   turning to the supplemental report?
18        A.  I am.
19        Q.  Exhibit 1?
20        A.  Yes.  I do talk about implantable devices more
21   in the context of labeling in Exhibit 1.
22            Can you repeat the question?
23        Q.  Yes, ma'am.  I was wondering is there a
24   standard that sets out a general length of time that a
25   manufacturer who is making a permanent implant would need

21 (Pages 78 to 81)

Peggy Pence, Ph.D.

Page 82

1    to have follow-up before they can make an analysis of the
2    benefit-risk ratio before marketing? Is there a standard
3    that sets that out for a permanent implant?
4        A.   As I sit here today, I don't recall having seen
5    a standard that specifically sets out prior to marketing.
6    Again, it depends on a favorable benefit-risk ratio. It
7    depends on whether alternative treatments are available.
8    It's the kind of information that, prior to marketing, a
9    company works out with the regulators. If you look --
10       Q.   I think you answered my question.
11       A.   I just want to be complete. If you look at
12   what's -- at minimum a year for short term. If you look
13   at what authoritative bodies are looking at for medium
14   term or long term, it's three to five for medium term and
15   beyond five years for long term.
16       Q.   Is that FDA that you're talking about that
17   refers to medium term as three to five years and long
18   term as five years or more?
19       A.   It's not just FDA. It's some of the other
20   authoritative bodies that have looked at information.
21   For example, I believe it's -- I want to say it's NICE,
22   but I have to double check my memory --
23       Q.   I think you answered the question.
24       A.   -- that talks about medium is five years and
25   long term is ten years. But it's information that a

Page 83

1    manufacturer works out with the body that's going to give
2    it authorization to market the product --
3        Q.   And here in the U.S., that would be the FDA?
4        A.   That would be the FDA here in the U.S.
5            -- and then makes a commitment, if that
6    authoritative body that provides authorization for
7    marketing allows them to market on one-year data or
8    two-year data, and that's going to also be dependent on
9    what the results are for that period of time.
10       Q.   I think you answered the question.
11       A.   But it will be with the commitment to continue
12   following patients for a certain period of time based on
13   working that out with the authoritative body that
14   provides authorization for marketing.
15       Q.   When was Prosima put on the market?
16       A.   Various documentation, if I recall correctly,
17   shows around December of 2009, some show 2010, but in
18   that time frame.
19       Q.   Now, are you intending to opine to a jury to
20   let me address this just with Prosima first off. Are you
21   intending to opine to a jury that a specific clinical
22   trial should have been conducted on Prosima before it was
23   marketed?
24       A.   Yes.
25       Q.   You have answered my question.

Page 84

1        A.   Yes.
2        Q.   With respect to --
3        A.   If asked, I will.
4        Q.   If asked, you will.
5            With respect to that opinion, do you intend to
6    offer an opinion as to how many women should have been
7    enrolled in that study?
8        A.   Not a specific number of women, no, because I
9    would need to involve a statistician to write out the
10   protocol and the end points.
11       Q.   That would be a no?
12       A.   I'd need to provide that to a statistician to
13   give me the numbers that we needed to demonstrate the
14   safety and efficacy end points that we've set out as
15   objectives in the protocol.
16       Q.   The question was, do you intend to offer an
17   opinion as to the number of women that should have been
18   in a clinical trial for Prosima prelaunch, I think the
19   answer was no?
20       A.   The answer would be an adequate number to
21   demonstrate safety and performance as outlined in the
22   protocol.
23       Q.   Do you have a number that you intend to offer
24   to a jury that should have been in some clinical trial
25   before launch?

Page 85

1        A.   Without designing the protocol and doing the
2    appropriate statistics to come up with the right number
3    to demonstrate safety and effectiveness based on the end
4    points of the trial, I can't give you a specific number.
5        Q.   You haven't drafted a protocol to that end,
6    have you, for Prosima?
7        A.   No, I have not.
8        Q.   Do you intend to, as you sit here today?
9        A.   If I were asked to do that, I would. I have
10   not been asked to do that at this point in time.
11       Q.   Having not been asked to do that, you don't
12   intend to do that right now out of the goodness of your
13   heart, do you?
14       A.   That's currently not my plan, as I sit here
15   today.
16       Q.   I have maybe 15 more minutes, so let me get to
17   another opinion. If we can turn to your opinion on
18   labeling. Go back to your full Prosima report. I'm on
19   page 41 and 42, do you see that, Opinion 3 and 4.
20           The first thing I want to do is what I did
21   before. For your opinion in Number 3 with respect to
22   looking at that first paragraph. And underneath there,
23   about halfway down the first paragraph, you say, "The
24   globally recognized industry standard for prescription
25   devices, such as Prosima, is for the product IFU to

Peggy Pence, Ph.D.

Page 86

1    contain information necessary," and you go on.
2        A.   Yes.
3        Q.   Now, that Footnote 146 references the GHTF
4    label and instructions for use document; correct?
5        A.   Correct.
6        Q.   You wrote that it supersedes previous version
7    in June 2005?
8        A.   Yes.
9        Q.   Now, is that document that's referenced in 146
10   where the globally recognized industry standard is set
11   out that you reference here in Opinion 3?
12       A.   Yes.
13           MS. SUTHERLAND:  Let me unload another
14   document.  I'm going to hand you what I have marked as
15   Number 12.
16           (Defendant's Exhibit 12 was marked for
17           identification by the court reporter.)
18   BY MS. SUTHERLAND:
19       Q.   Am I handing you as Number 12 the documents
20   referenced in Footnote 146?
21       A.   Yes.
22       Q.   Now, other than what I have just handed you,
23   the GHTF document from 2011 (superseding 2005) is there
24   another document that you're referring to there that sets
25   out any kind of labeling standard on which you rely on

Page 87

1    for your opinion?
2           MR. KUNTZ:  I'm going to object.  It's vague.
3    BY MS. SUTHERLAND:
4        Q.   I can rephrase if you didn't understand.
5           MR. KUNTZ:  Related to just the GHTF or all
6    documents?
7    BY MS. SUTHERLAND:
8        Q.   My question was a document that sets out the
9    standard in addition to what we have already marked, is
10   there another document that I can look at that sets out
11   the standard for labeling for which you're relying on for
12   your opinion contained in Number 3?
13       A.   I want to look up something for a moment, but I
14   want to say that the initial labeling for medical devices
15   standard that predated the 2011 and the 2005 was in
16   February of 2000, and it is included in the binder of
17   GHTF final documents.
18       Q.   Was that the first one?
19       A.   To the best of my recollection.  That's to the
20   best of my recollection, yes.
21       Q.   TVT came out before that, didn't it?
22       A.   Yes, it did.  I'm just trying to think back.
23   When I told you about current documents, I did include in
24   the binder GHTF documents, some of the predate documents,
25   and I'd have to double check whether the 2000 is still

Page 88

1    listed.  That's obviously been updated.  I wanted you to
2    know that there were prior standards that didn't just
3    happen in 2011 and 2005.  I did include that.
4        Q.   Are you telling me that, to some extent,
5    because you read Judge Goodwin's order on the relevancy
6    of documents that came out after a device had been
7    marketed?
8        A.   I'm telling you that because any time documents
9    are predated by other documents, one has to incorporate
10   by reference those prior documents.
11       Q.   Does it not have anything to do with Judge
12   Goodwin's order?
13       A.   I did see that in the order, yes, but my
14   typical practice is to be comprehensive.  And you'll
15   notice that in prior documents that I have referenced SOP
16   documents that were superseded prior to ever reading
17   that.
18           With regard to the rest of the question about
19   is this the sole document I rely on, again, as I
20   described earlier, the interrelationship between these
21   documents.  And for example, if you look at Exhibit 10,
22   "The Essential Principles of Safety and Performance of
23   Medical Devices," and you look at the table of contents,
24   B 13 under Section 7 is label and instructions for use.
25   These documents, as I mentioned, are interrelated.  If

Page 89

1    you look at the reference page in that Exhibit 10 on
2    essential principles of safety and performance, you'll
3    see that one of the reference documents is the label and
4    instructions for use for medical devices.
5           Additionally, if you look in what's Exhibit 8,
6    the second tab, the guidance document, principles of
7    conformity assessment for medical devices, you will see
8    that in the documents referenced there, the label
9    instructions for use for medical devices is included.
10          Again, if you look under the third tab also in
11   Exhibit 8, the summary technical documentation for
12   demonstrating conformity to the essential principles of
13   safety and conformance of medical devices (STED), you
14   will see, also, that -- in this case, it references the
15   2005 document, labeling for medical devices is
16   referenced.
17       Q.   Multiple documents is what you're telling me?
18       A.   Multiple documents, yes.
19       Q.   Let me ask you this:  You and I have talked
20   before about the blue book memo from 1991; right?
21       A.   Yes.
22       Q.   And as I understand it, that sets out a
23   standard that you warn of risks that are associated with
24   the device; correct?
25       A.   Yes.

Peggy Pence, Ph.D.

Page 90

1    Q.  Now, is there a similar standard setting out
2  what risks you need to warn about in those GHTF documents
3  that you told me?
4    A.  Yes, and it's stated in my report.  If you look
5  at Exhibit 1 to the supplemental report, at the bottom of
6  page 5, there's a discussion on labeling.
7        If you see at the top of page 6, the standard
8  is that instructions for use should include any residual
9  risk.  And importantly, risk is defined as the
10  probability of occurrence of the risk -- a combination of
11  the probability of occurrence of the risk and the
12  severity of the risk.  Instructions for use should
13  include any residual risk, warnings, precautions,
14  limitations, or contraindications and measures to be
15  taken.  The information included in the instructions for
16  use should be consistent with available clinical data,
17  and all the hazards -- emphasis on all -- all the hazards
18  and other clinically relevant pertinent should be
19  identified appropriately.  Any expected and foreseeable
20  side effects, including information to be provided to the
21  patient, should be included in the instructions for use,
22  and any residual risk identified in a risk analysis
23  should be reflected as contraindications or warnings
24  within the labeling.
25    Q.  Now, would you agree with me that -- you have

Page 91

1  risks associated with just surgery itself, and then you
2  have risks associated with the use of the device.
3        Are you following me?
4    A.  Yes.
5    Q.  Turn to page 35 and 36 of your original Prosima
6  report.
7    A.  Yes.
8    Q.  Yours looks different than mine.
9    A.  I'm sorry.
10    Q.  I know we're talking about prolapse in this
11  instance, and you have a list of risks under adverse
12  reactions.
13        Do you see that?
14    A.  Yes.
15    Q.  And it starts with hematoma and goes through
16  procedure failure.
17    A.  Yes.
18        MS. SUTHERLAND:  Can we go off for a minute?
19    (Recess.)
20  BY MS. SUTHERLAND:
21    Q.  We were looking at the risks you have listed
22  under adverse reactions from hematoma to procedure
23  failure; correct?
24    A.  Yes.
25    Q.  Now, you understand that there are ways, other

Page 92

1  than with mesh, to correct prolapse; correct?
2    A.  Yes.
3    Q.  Surgeries, other than with mesh; right?
4    A.  Yes.
5    Q.  Now, are you familiar enough with those other
6  surgeries to tell me which of the risks listed here in
7  this first section, from hematoma to procedure failure,
8  you do not have if you don't use mesh?
9    A.  That you do not have?
10    Q.  Right.  Are there any risks there listed that
11  you don't have if you don't use mesh?
12    A.  Contracture of the mesh itself.
13    Q.  Any other ones that you do not have if you
14  don't use mesh?
15        MR. KUNTZ:  I'm going to object as vague as to
16  postoperative or long-term.
17        THE WITNESS:  In fact, I was just going to say
18  what you have to consider here is not only -- I have
19  pointed that out in multiple reports, not only whether or
20  not they occur with other procedures, but the difference
21  in the frequency of occurrence and the severity of
22  occurrence, the permanency of the occurrence.
23  BY MS. SUTHERLAND:
24    Q.  I'll get to that.  Right now the only question
25  is -- and I think you answered that -- just out of the

Page 93

1  first grouping, from hematoma to procedure failure, are
2  there risks there that you don't have if you don't use
3  mesh?  And you told me contracture, which you equated to
4  contracture of mesh; correct?
5    A.  Yes.  I would also add, although pain is listed
6  here -- you have to define what the list is, and it's
7  defined in my report that these were, this particular
8  list, is a list of adverse events that Ethicon had been
9  requested, in this case by FDA, to add to the Prolift.
10    Q.  That's not what I asked you.  I didn't ask you
11  anything about that.
12    A.  We're talking about a specific list.
13    Q.  There's no question pending.
14    A.  I'm still answering the prior question.  You
15  asked me if these were all -- if that was the only one.
16        Pain is listed here because that's how it was
17  presented by FDA, but chronic pain is not listed here,
18  and chronic pain is something, for example, that you find
19  with mesh and typically not with other procedures.
20    Q.  Do you have chronic pain at all with other
21  procedures to fix prolapse when you don't use mesh?
22        MR. KUNTZ:  Objection.
23  BY MS. SUTHERLAND:
24    Q.  Have you seen that in the literature?
25    A.  Not in the same fashion.

24  (Pages 90 to 93)

Peggy Pence, Ph.D.

Page 94

1    Q.  Have you seen it in the literature?
2    A.  To the best of my recollection, it may be a
3  possibility, but not to the extent or the severity or the
4  life-altering way that you see with mesh.
5    Q.  The question to wrap up -- assuming, when we
6  come back March 24th, I think I can figure the rest of
7  this out through the TVT aspect.
8        My question to wrap up here before I race to my
9  car is, is there a standard that you're relying on that
10 tells a manufacturer the risks that the manufacturer has
11 to warn about associated with the device versus
12 associated just with a procedure --
13       MR. KUNTZ:  Objection.
14       THE WITNESS:  I just --
15 BY MS. SUTHERLAND:
16   Q.  -- other than the blue book memo?
17   A.  I just read a few moments ago.
18   Q.  Is it the ones you already stated?
19   A.  Yes.  Stating as well that based on my review
20 of various documents, that for mesh, separating out the
21 procedure from the device, and, in fact, talking about
22 the procedure, FDA just had in February a panel meeting
23 on reclassification of the instrumentation.
24   Q.  I didn't ask you anything about
25 reclassification.

Page 95

1    A.  That has to do with the procedure.
2    Q.  The question is just on the standards.
3    A.  Separating out the procedure and the device for
4  these mesh products, I don't believe it's my opinion you
5  can do that, and that all the hazards and any expected
6  and foreseeable side effects should be included and any
7  residual risk identified according to the standards as I
8  discussed them.
9    Q.  This really is the last question.
10       Is there a manufacturer that has met that
11 standard in the pelvic mesh arena?
12   A.  Because I haven't reviewed the information for
13 every manufacturer, that type of information for every
14 manufacturer in the mesh arena, I'm unable to answer that
15 question.
16   Q.  For the ones you have reviewed, how many have
17 you reviewed?
18   A.  Boston Scientific, Bard, and Ethicon, and
19 certain products, not all products for every one of them.
20   Q.  For the ones you have reviewed, none of them
21 have met the standard you just set out?
22   A.  That's correct.
23       MS. SUTHERLAND:  That's it.
24 ///
25 ///

Page 96

1              EXAMINATION
2  BY MR. KUNTZ:
3    Q.  I got one question real quick.
4        Dr. Pence, you have also reviewed numerous
5  depositions from Ethicon internal employees, including
6  Medical Directors Weisberg, Dr. Robinson, Pete Hanuel,
7  and regulatory professionals, like Kathryn Breach;
8  correct?
9    A.  That's correct.
10   Q.  Do they set forth in their testimony what they
11 believe Ethicon or a manufacturer has to set forth in
12 labeling?
13   A.  Yes, they do.
14   Q.  And to the best of your recollection, what do
15 those individuals say needs to be put in IFUs in labeling
16 with respect to adverse events?
17   A.  Adverse reactions that are known, and there's
18 testimony that says all of these adverse reactions were
19 known from the start of the implementation of these
20 products, as well as warnings and contraindications.
21       MR. KUNTZ:  No more questions.
22       MS. SUTHERLAND:  To be continued.
23       (Time noted:  11:45 a.m.)
24
25

Page 97

1        DECLARATION UNDER PENALTY OF PERJURY
2  Case Name:  AMSDEN VS. ETHICON
3  Date of Examination:  March 9, 2016
4  Job No.:  125666
5        I, PEGGY PENCE, PH.D., hereby certify
6  under penalty of perjury under the laws of the State of
7  _____ that the foregoing is true and correct.
8        Executed this _____ day of _____,
9  20___, at _____.
10
11              _____
12       PEGGY PENCE, PH.D.
13
14
15
16
17
18
19
20
21
22
23
24
25

25  (Pages 94 to 97)

Peggy Pence, Ph.D.

Page 98

1       I, KRISTI JOHNSON, CSR No. 12585, Certified
2  Shorthand Reporter, certify;
3       That the foregoing proceedings were taken
4  before me at the time and place therein set forth, at
5  which time the witness declared under penalty of perjury;
6  that the testimony of the witness and all objections made
7  at the time of the examination were recorded
8  stenographically by me and were thereafter transcribed
9  under my direction and supervision;
10       That the foregoing is a full, true, and correct
11  transcript of my shorthand notes so taken and of the
12  testimony so given;
13       ( ) Reading and signing was requested.
14       ( ) Reading and signing was waived.
15       (X) Reading and signing was not requested.
16       I further certify that I am not financially
17  interested in the action, and I am not a relative or
18  employee of any attorney of the parties, nor of any of
19  the parties.
20       I declare under penalty of perjury under the
21  laws of California that the foregoing is true and
22  correct.
23       Dated this 14th day of March, 2016.
24
      _____
25       KRISTI JOHNSON, CSR No. 12585

Page 99

1              EXAMINATION ERRATA SHEET
2  Case Name:  AMSDEN VS. ETHICON
   Name of Witness:  PEGGY PENCE, PH.D.
3  Date of Examination:  March 9, 2016
   Job No.:  125666
4  Reason Codes:  1. To clarify the record.
               2. To conform to the facts.
5               3. To correct transcription errors.
6
7  Page _____ Line _____ Reason _____
8  From _____ to _____
9  Page _____ Line _____ Reason _____
10  From _____ to _____
11  Page _____ Line _____ Reason _____
12  From _____ to _____
13  Page _____ Line _____ Reason _____
14  From _____ to _____
15  Page _____ Line _____ Reason _____
16  From _____ to _____
17  Page _____ Line _____ Reason _____
18  From _____ to _____
19  Page _____ Line _____ Reason _____
20  From _____ to _____
21  Page _____ Line _____ Reason _____
22  From _____ to _____
23  Page _____ Line _____ Reason _____
24  From _____ to _____
25

Page 100

1              EXAMINATION ERRATA SHEET
2  Page _____ Line _____ Reason _____
3  From _____ to _____
4  Page _____ Line _____ Reason _____
5  From _____ to _____
6  Page _____ Line _____ Reason _____
7  From _____ to _____
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18
19  _____ Subject to the above changes, I certify that the
20  transcript is true and correct
21  _____ No changes have been made.  I certify that the
22  transcript is true and correct.
23
24       _____
25       PEGGY PENCE, PH.D.

| A | | | |
|---|---|---|---|

**A**

**abandoned** 69:1
**abbrevo** 39:8
**able** 33:24 34:2
  64:13 79:8
**absolutely** 26:24
**acceptable** 70:7
**accepted** 69:9,14
  71:1,5,18 72:25
  74:14
**account** 64:19
**accurate** 47:10
  52:25
**action** 1:9,11,12,14
  1:16,18,20,22,24
  2:2,4,6,7,9,11,13
  2:15,17,19,21,23
  3:2,4,6,8,10,12,14
  3:16,18,20,22,24
  4:2,4,6,8,10,12,14
  4:16,18,20,22,24
  5:2,4,6,8,10,12,14
  5:16,18,20,22,24
  6:2,4,6,8,10,11,13
  6:15,17,19,21,23
  98:17
**actions** 32:16
**actual** 17:21 40:13
  47:23
**add** 25:18,21 26:3
  27:23 32:7 53:1
  93:5,9
**added** 25:13,24
  26:1 28:16,21
  32:9,11 53:6,7
**adding** 53:3
**addition** 87:9
**additional** 18:22
  25:18 29:17 37:5
  54:6 57:11 80:5
**additionally** 23:24
  25:8 89:5
**additions** 32:3,4,7
**address** 10:14,17
  10:18,25 16:6,9
  51:22 52:21,21,25

55:9 67:19 83:20
**addressed** 12:18
**addressing** 26:17
  26:25 27:4 48:11
**adequate** 77:23
  84:20
**adequately** 79:4
  81:12
**adopting** 37:17
**advamed** 33:10,22
  33:25 34:19,20,21
  34:23 35:1,6,9,16
  35:20,21,22,24
  36:2
**adverse** 41:13,19
  41:24 42:3 48:24
  91:11,22 93:8
  96:16,17,18
**advisory** 34:24
**affairs** 54:25
**agencies** 33:3
**ago** 12:20,22,25
  27:2 28:23 94:17
**agree** 22:4 90:25
**agreed** 52:4 65:1
**agreement** 65:10
**ahead** 53:21 64:7
**aim** 33:19 37:3
**al** 1:13,14,18,20,21
  1:22,23,24 2:1,1,3
  2:3,5,9,10,11,12
  2:14,15,17,18,19
  2:20,21,23,24,25
  3:1,3,3,5,5,7,9,11
  3:13,15,15,17,17
  3:19,21,21,23,23
  4:1,3,3,5,7,9,9,11
  4:11,13,15,17,17
  4:19,19,21,21,23
  5:1,3,3,5,7,9,9,11
  5:13,15,17,17,19
  5:19,21,23,23 6:1
  6:1,3,3,5,7,9,13
  6:15,18,19,21,23
**alert** 45:10
**alfreda** 4:11

**allow** 23:11 27:1
**allowed** 28:10,10
  29:20 40:9
**allows** 22:1 76:3
  83:7
**alternative** 82:7
**amanda** 2:10
**amgen** 39:24
**amount** 12:17
  65:23
**ams** 45:25
**amsden** 1:9 97:2
  99:2
**ana** 5:13
**analogous** 12:10
**analyses** 13:22
**analysis** 39:25
  46:12 47:13,24,25
  48:14,15 74:19
  75:6 82:1 90:22
**analyst** 39:17,17,24
**analytics** 39:25
**analyze** 75:17 77:6
**analyzing** 75:20
**angela** 2:3
**annual** 54:25
**answer** 12:24 24:1
  30:12 62:20 76:20
  84:19,20 95:14
**answered** 76:18
  78:19 79:11 82:10
  82:23 83:10,25
  92:25
**answering** 93:14
**answers** 62:22
**anticipate** 22:18
  44:5 48:8
**anticipating** 47:24
**apologize** 56:1
**apparently** 56:5
**appear** 20:16 48:7
  48:8,19
**appearances** 7:9
**appeared** 44:5
**appears** 16:21
  20:23 27:18 35:23

43:14 55:6
**applicable** 31:17,21
  31:24 70:1
**applied** 39:9
**applies** 24:9
**appreciate** 18:25
**approach** 29:4
  48:17
**appropriate** 28:14
  47:8,10 48:12
  85:2
**appropriately**
  90:19
**approximately**
  60:9,14
**april** 11:6 14:14
**archived** 37:24
**archives** 37:19
**arena** 95:11,14
**arent** 30:14 53:14
  61:20
**arm** 80:23
**article** 18:6 64:13
  64:14
**articles** 18:6 57:21
  57:22
**aside** 51:20
**asked** 12:22 36:6
  48:2 49:11 54:23
  56:4,7 57:5 61:10
  61:17 62:6 70:25
  78:19 84:3,4 85:9
  85:10,11 93:10,15
**asking** 15:4 46:19
  49:21 61:8 74:12
**aspect** 94:7
**assess** 79:4 81:12
**assessment** 14:6
  71:10 73:23 89:7
**assignment** 13:16
**associated** 70:7
  89:23 91:1,2
  94:11,12
**assume** 11:16
**assuming** 55:22
  94:5

**assurance** 11:10
**attach** 51:12
**attached** 21:15
  23:19 24:3 59:12
**attachment** 25:7
**attempt** 48:22
**attended** 53:5,13
**attention** 43:23
**attorney** 47:20,21
  98:18
**attorneys** 47:14
**authored** 79:23
**authoritative** 25:20
  25:22 81:13 82:13
  82:20 83:6,13
**authorization** 83:2
  83:6,14
**authors** 62:21
**available** 22:7,16
  23:16 24:4 29:5
  33:16 34:17 35:25
  43:1,4 45:15,17
  48:1 57:7 76:6,10
  76:14 78:1,11
  79:9 82:7 90:16
**avenue** 7:13
**aware** 45:12

**B**

**b** 68:17 88:24
**bachelors** 39:23
  40:4
**back** 11:24 12:5,19
  12:20 14:2 15:18
  15:24 16:5,6,9
  17:4 18:3 25:11
  28:4,22 30:19,21
  44:4 46:5 47:22
  50:5 52:9 54:15
  56:19 57:15,18
  67:22 69:8 70:20
  70:22,25 71:15
  72:5 73:25 74:2
  85:18 87:22 94:6
**background** 39:15
  39:16,20

**ballpark** 60:20
**banks** 1:10
**barbara** 3:21 4:5
**bard** 95:18
**base** 29:22
**based** 28:9 35:23
    37:23 47:14 74:12
    76:2,10,13,16
    78:2 80:4,15,21
    83:12 85:3 94:19
**basically** 52:24
**basis** 77:20 78:9,22
**batch** 61:4,8
**bayview** 7:5
**beach** 1:12 7:6 10:1
    10:15 16:10
**began** 11:25
**begins** 27:16
**behalf** 7:3
**believe** 19:7 20:13
    29:6 33:25 34:1
    39:21,22 40:4
    56:14 82:21 95:4
    96:11
**benefit** 72:7
**benefitrisk** 69:11
    71:10,22 74:19
    75:6,18 76:15
    77:24 78:2,5,18
    79:9 81:12 82:2,6
**benefitriskratio**
    79:5
**benefits** 70:8
**benefitrisk** 75:20
    76:25 77:6
**best** 12:7 19:2,11
    30:12 33:24 34:1
    34:2 39:21 43:22
    60:15,24 62:6
    63:11,14,23 65:7
    74:6 87:19,20
    94:2 96:14
**beth** 2:1
**better** 35:13
**betty** 3:1
**beyond** 82:15

**bias** 64:15
**billed** 60:1
**binder** 8:18,20,22
    8:23 15:2 16:18
    17:10 18:4,5,7,14
    19:22 20:4,9
    37:22 38:4 87:16
    87:24
**binders** 15:14
    16:13
**biology** 11:10
**biotechnology**
    11:13
**bit** 47:4
**bjog** 65:1,16,23
    66:9,12
**blue** 18:5,13 89:20
    94:16
**bodies** 25:20,22
    81:13 82:13,20
**body** 15:12 41:18
    83:1,6,13
**boggs** 1:13
**bollinger** 1:15
**book** 89:20 94:16
**boston** 9:6 27:4
    28:5 33:25 36:11
    36:13 43:7 48:19
    56:5 95:18
**bottom** 71:2 90:5
**brain** 41:10
**brandnew** 76:12
**breach** 96:7
**breached** 62:18,25
**break** 52:11
**bridges** 1:17
**brightline** 77:4
    78:6,15 79:1,7,8
**bring** 14:24
**broader** 29:22
**broken** 42:10
**brought** 15:1,6
    19:21
**bsc** 55:24
**buckets** 67:20
**burkhart** 1:19

**burned** 41:10
**business** 10:17
**busy** 14:15
**butler** 7:17
**butlersnow** 7:20
**byrd** 1:21

**C**

**calculation** 49:14
**california** 7:6 10:1
    10:15 11:13 16:10
    98:21
**call** 43:8,20,24,25
    47:2
**called** 10:5 16:19
    19:15
**calling** 46:25 47:12
**cambridge** 68:24
**campus** 11:15
**canada** 25:14,15
**cant** 11:25 33:13
    34:18 40:22 42:7
    56:21 57:15 77:8
    78:4 85:4
**caps** 31:11
**car** 94:9
**care** 69:10,15 71:2
    71:5,18 74:14
**carey** 2:1 62:10
    65:5,24 68:23
**careys** 64:2 65:2
**carpenter** 1:23
**carrie** 5:21
**cartmell** 7:12
**case** 15:3 74:5
    78:22,22 89:14
    93:9 97:2 99:2
**casebycase** 78:9
    80:20,24
**cases** 1:7
**cathy** 6:14
**caught** 58:20 59:10
**causes** 48:23
**caveat** 21:19
**cavness** 17:6,7,8
    62:7 67:22

**certain** 13:10 29:20
    50:16 56:17 62:12
    66:20 83:12 95:19
**certainly** 34:19,23
    35:5 40:24 48:1
    74:4
**certified** 98:1
**certify** 97:5 98:2,16
    100:19,21
**cfr** 63:4
**chair** 54:24
**challenges** 61:23
    68:18
**chance** 65:7
**change** 23:21
**changed** 23:7 56:2
    69:1
**changes** 22:11
    100:19,21
**channel** 11:14
**characteristics**
    61:12
**charlene** 4:23
**charleston** 1:3
**chart** 42:1 44:7,24
    44:25
**charter** 68:11,15,20
    69:6
**charts** 38:14
**check** 13:4 14:2
    19:6,7,13,15 21:1
    21:3 43:17 48:6
    63:24 82:22 87:25
**checking** 11:24
    12:5,19 21:14
    44:4 46:4
**cherise** 6:1
**chose** 56:21
**christine** 6:18
    17:23 38:20 39:14
    43:23,25 48:22
    51:9 60:14
**chronic** 93:17,18
    93:20
**circle** 7:5
**cite** 24:5 63:15

**city** 7:14
**civil** 1:9,11,12,14
    1:16,18,20,22,24
    2:2,4,6,7,9,11,13
    2:15,17,19,21,23
    3:2,4,6,8,10,12,14
    3:16,18,20,22,24
    4:2,4,6,8,10,12,14
    4:16,18,20,22,24
    5:2,4,6,8,10,12,14
    5:16,18,20,22,24
    6:2,4,6,8,10,11,13
    6:15,17,19,21,23
**clarification** 74:20
**clarify** 32:25 47:1
    58:9 61:3 99:4
**clark** 10:13
**class** 11:6,16 13:2
    13:10,12,17 14:1
    14:3,13 75:21,23
    75:24
**clear** 57:5 67:20
**cleared** 66:20
**clearly** 57:19
**clinical** 9:9 11:10
    14:5,10 19:5,6,23
    20:13 55:16 57:2
    62:10,13,14 65:9
    67:1,5 68:22
    69:10,11 70:5
    71:19,19,20,21
    72:8,10 73:3,9,17
    73:21 74:15,15,16
    74:18 75:5,9,10
    75:14,17 76:8,15
    76:19,24 77:5,9
    77:10,14,16,17
    78:3,4,7,17 79:3
    79:14,19,20,21,22
    80:2,6,16,18
    81:11 83:21 84:18
    84:24 90:16
**clinically** 90:18
**close** 35:7
**codes** 99:4
**cole** 2:1

coleman 2:3
college 40:3
collins 2:5
colony 7:18
colored 16:22
column 40:18 44:8
columns 38:23 44:6
  48:7,9,20 49:25
com 7:15,20
combination 90:10
combined 39:7
  40:19 42:12
come 38:22 41:17
  70:11,22 71:15
  85:2 94:6
comes 14:8 70:12
coming 51:22 75:12
commencing 7:4
commercial 75:10
  76:4 77:22
commitment 83:5
  83:11
communication
  50:25
companies 33:19
company 76:23
  77:15 82:9
comparing 76:10
comparison 32:10
  57:12,21 80:19
compatible 70:9
competitor 76:7
compilation 15:8
complete 76:21,22
  82:11
completely 46:15
comprehensive
  29:4,21 88:14
compromise 70:5
concerns 28:9 65:4
conclusions 13:22
concomitant 48:23
condition 70:5
conditions 69:25
  70:3
conducted 67:22

83:22
cone 2:7
conference 12:9,11
conferences 53:4
  53:13,14
confess 62:8
confirm 33:24
conflict 66:10
conform 99:4
conformance 89:13
conformity 14:6
  73:19,23 89:7,12
confusing 74:9
confusion 16:5
consensus 32:16
consider 92:18
consideration 57:4
  64:14
considered 37:23
  37:25 38:2,8
  56:25
considering 77:24
consistent 50:22
  90:16
constitute 70:7
consulting 66:1
consumer 33:7
contain 86:1
contained 25:12
  71:6,8,24 87:12
containing 8:22,23
contents 88:23
context 81:21
conti 2:8
continue 83:11
continued 9:1
  96:22
continuing 53:5
  54:22
contract 14:17
contracture 92:12
  93:3,4
contraindications
  90:14,23 96:20
controlled 55:15
  56:22 57:2,6,19

convoluted 35:12
coordinated 18:2
copies 15:14 17:15
  20:4,7
copy 19:21 22:19
  22:21,23 41:9
  55:3,5
corporation 9:6
correct 21:13,14
  24:13 26:8,14
  29:9,10,13 30:22
  31:2,9,17 32:2,22
  37:13 42:10,13
  44:14 53:2 55:13
  61:1,25 64:21,22
  66:5 69:13 72:1
  75:22 77:2 86:4,5
  89:24 91:23 92:1
  92:1 93:4 95:22
  96:8,9 97:7 98:10
  98:22 99:5 100:20
  100:22
corrected 55:18
correctly 11:11
  26:1 27:23 28:5
  29:6 41:8,12
  46:16 47:18 51:11
  55:2,24 62:16
  65:18 67:13 74:9
  83:16
counsel 7:9 59:15
county 54:25
couple 14:18 28:22
  51:22 53:1 58:11
  60:17
course 11:12,14,23
  12:1 13:7 23:18
  23:20 25:17 26:5
  56:22 57:3 75:24
court 1:1 14:22
  16:24 17:18 18:9
  18:16 20:20 21:9
  27:12 51:15 70:17
  72:16 86:17
courts 29:20
cover 12:16,17

67:14
covers 52:2
created 68:3
creating 73:16
cross 19:11
csr 7:4 98:1,25
curious 36:19
current 19:8 20:14
  37:23 38:1,2,6,8
  87:23
currently 11:5
  85:14
cut 66:17
cv 52:18 53:14
  54:17,18 55:8
  59:3
cynthia 5:1

**D**

d 1:14 7:2 8:1,2,14
  8:16 10:4 97:5,12
  99:2 100:25
data 39:17,25,25
  47:9 65:8 69:11
  71:20 74:15,18
  75:5,9 77:5,9,14
  77:21,21,23 81:6
  83:7,8 90:16
database 31:14
  38:16 40:14 41:14
  50:23 51:6 76:5
date 21:16 22:20
  27:6 36:15 52:19
  97:3 99:3
dated 28:2,21 31:7
  51:18 58:14 98:23
dating 25:11
dawna 3:13
day 52:21 97:8
  98:23
days 23:12
deadline 21:21
deal 36:23 39:16
deborah 4:19
december 83:17
decide 27:23 77:20

decided 25:18
decision 80:18,20
  80:24
decisions 32:16
declaration 97:1
declare 98:20
declared 98:5
dee 4:21
defect 61:2
defendant 7:16
defendants 7:3
  14:21 16:23 17:17
  18:8,15 20:19
  21:8 27:11 51:14
  70:16 72:15 86:16
defense 58:7,11,14
define 48:14,15
  93:6
defined 90:9 93:7
definitely 43:16
  52:3 65:12
degree 39:23 40:3
deleon 2:10
delineate 17:16
delineated 17:11
  45:21
demonstrate 71:21
  73:18 78:5 79:9
  84:13,21 85:3
demonstrating
  89:12
denise 1:19 2:5
denominator 49:7
denoted 56:18
dependent 81:7
  83:8
depending 56:24
  78:9
depends 81:1 82:6
  82:7
depo 14:20 16:3
  51:21,24
deposed 22:12 42:8
deposition 1:13 7:2
  7:6 8:11 20:18
  21:7 23:14,19

24:2,3 25:6 27:21 58:24 60:19 71:6

**depositions** 96:5

**described** 49:3 88:20

**description** 41:19

**designed** 69:24

**designing** 80:16,18 85:1

**destefanoraston** 2:12

**detail** 51:2

**determination** 76:23

**determines** 80:22

**determining** 48:22

**developed** 32:12

**developing** 65:9

**development** 61:22 64:23 66:3 68:18 68:24 73:1,17

**device** 13:13,18 31:13 53:11 61:2 61:7 69:10 71:10 71:19,22 74:15 75:12,15 76:11,13 76:17 77:11,15,19 77:20,24,25 78:8 78:10,12,12,13 81:1 88:6 89:24 91:2 94:11,21 95:3

**devices** 9:8,11 12:12,12,13 24:15 46:23 47:17 69:9 69:24 70:14 71:17 71:25 73:1,7,24 74:11,13,18,23 75:5,21,23,24 76:1,1,3,4,11,17 77:4,21,25 78:11 81:20 85:25 87:14 88:23 89:4,7,9,13 89:15

**diagnostic** 74:11

**didnt** 23:21 47:2

49:1 53:23 54:5,7 55:18 56:1 61:18 63:15 87:4,21 88:2 93:10 94:24

**difference** 92:20

**differences** 74:7,10 77:25 78:10

**different** 32:1 36:22 38:14,23 46:13 55:17 79:7 80:19 91:8

**dina** 2:12

**directed** 34:10

**direction** 38:20 41:7,15 98:9

**directors** 96:6

**disband** 37:7,14

**disbanded** 37:1,9

**disclose** 63:1,21

**disclosed** 63:4

**disclosure** 62:12,18 63:3,12,25 64:1 64:11,18 65:14,22 66:6,11

**disclosures** 63:5

**discussed** 95:8

**discussing** 72:20

**discussion** 41:18 51:8 55:1 65:19 90:6

**distinctions** 76:16

**district** 1:1,2,6

**dividing** 67:7

**division** 1:3

**document** 1:7 15:8 25:17 31:4 45:16 56:5 63:20 66:10 69:4 70:12,19 72:23 73:4,5,8,10 73:11,12 79:22 80:9 86:4,9,14,23 86:24 87:8,10 88:19 89:6,15

**documentation** 8:20 83:16 89:11

**documents** 8:22,24

14:24 15:4,8,10 15:11 17:21,25 18:11,14,19 30:16 32:12 37:20,21,21 37:24 38:2 59:22 63:17,18 69:16 72:4,24 73:13,15 73:22 78:6,16 79:2 80:11 86:19 87:6,17,23,24,24 88:6,8,9,10,15,16 88:21,25 89:3,8 89:17,18 90:2 94:20

**doesnt** 19:21 20:15 47:6,7 77:10

**doing** 11:25 12:14 25:17 28:12 34:10 41:7 48:13 51:24 57:12 80:6,19 81:2,4 85:1

**donna** 1:9 3:15 4:17

**dont** 12:5,18 20:13 22:3,20,25 23:3,9 27:6 33:16 34:14 34:22 35:25 36:4 36:9,9,15,18 37:8 39:21,22 40:4,9 42:10 45:15 45:24 46:4,24,24 47:21 48:10 49:16 49:17 57:5,17 58:4,10 59:1,14 64:7 66:13 75:13 75:13 77:3 81:3 82:4 85:11 92:8 92:11,11,14 93:2 93:2,21 95:4

**double** 19:5,15 43:17 63:24 82:22 87:25

**dr** 8:12 10:14 21:16 22:10 23:14,18 24:2 25:6 27:21 54:2,17 64:2 65:1

65:3,5,24 68:23 68:24 77:2 96:4,6

**draft** 24:23 25:4 65:5

**drafted** 26:17 31:5 85:5

**drake** 2:14

**drive** 10:15 16:10

**drop** 81:2

**drug** 13:13,18

**drugs** 12:10,13

**duly** 10:5

**duplicate** 43:8,16 43:24

**duplicates** 43:20

**dyspareunia** 41:24 50:19

### E

**e** 2:14 8:1

**earlier** 36:21 88:20

**early** 25:2

**ease** 27:16

**easily** 21:4

**education** 53:5 54:22 70:2

**educational** 39:20

**effectiveness** 85:3

**effects** 90:20 95:6

**efficacy** 67:6,15,17 84:14

**effort** 15:23

**efforts** 43:8,20,25 73:18

**either** 15:25 49:1 54:9 77:22

**emphasis** 90:17

**employee** 98:18

**employees** 10:24 96:5

**employer** 40:10

**enrolled** 84:7

**equal** 33:19 36:25 37:3

**equated** 93:3

**erosion** 41:23 50:1

**erosions** 50:17

**errata** 99:1 100:1

**errors** 99:5

**esq** 7:12,17

**essential** 9:7 14:4 69:18,20,22 70:13 71:24 72:5 73:2,6 73:8,10,19,25 74:2 88:22 89:2 89:12

**essentially** 12:16 34:9 39:3 80:20

**establishing** 29:3

**estimate** 60:24

**et** 1:13,14,18,20,21 1:22,23,24 2:1,1,3 2:3,5,9,10,11,12 2:14,15,17,18,19 2:20,21,23,24,25 3:1,3,3,5,5,7,9,11 3:13,15,15,17,17 3:19,21,21,23,23 4:1,3,3,5,7,9,9,11 4:11,13,15,17,17 4:19,19,21,21,23 5:1,3,3,5,7,9,9,11 5:13,15,17,17,19 5:19,21,23,23 6:1 6:1,3,3,5,7,9,13 6:15,18,19,21,23

**ethicon** 1:5,9,10,12 1:14,15,17,19,21 1:24 2:1,3,5,7,8 2:11,13,15,16,19 2:20,22,25 3:1,3,5 3:7,9,11,13,15,17 3:19,21,23 4:1,3,5 4:7,9,11,13,15,17 4:19,21,23 5:1,3,5 5:7,9,11,13,15,17 5:19,21,23 6:1,3,5 6:7,9,11,12,14,16 6:19,20,22 8:14 15:10,11 23:7 24:15 25:13 27:24 34:12,14,25 35:9

35:15,20 39:6
40:18,25 42:12
44:8 46:1,23 48:4
48:4,18 49:25
60:5 61:2,7 62:17
62:21,25 64:22
65:12 68:2,4,9,22
93:8 95:18 96:5
96:11 97:2 99:2
**ethicons** 65:6 66:7
**evaluate** 57:1 76:3
78:18,21,21
**evaluated** 51:5
**evaluation** 9:9 14:6
62:10 68:23 69:10
71:19 72:8,10
73:3,10,21 74:15
**event** 41:19,24
42:11 44:20,22
**events** 41:14,19
42:3 48:24 50:1,7
50:11 93:8 96:16
**evidence** 19:5
20:13 29:5 56:24
56:25 57:20 78:2
79:10
**exact** 22:20 39:8
**exactly** 11:25 29:17
43:17 52:23 56:21
**examination** 8:3
10:8 96:1 97:3
98:7 99:1,3 100:1
**examined** 10:6
**example** 13:14
33:10,25 38:25
39:6,23 41:8 43:7
45:24 47:24 50:23
51:5 54:20,24
69:19 71:14 72:7
72:23 73:1 79:25
80:10 81:4,5
82:21 88:21 93:18
**exclude** 29:3
**excluding** 28:18
65:19,21
**executed** 97:8

**exhibit** 8:11,12,14
8:16,18,20,22,23
9:5,7,9,10 14:21
16:18,23 17:9,17
18:8,13,15 19:17
19:18,24 20:2,4
20:18,19 21:7,8
27:11,22 28:3,20
31:16,21,24 32:1
32:14 37:22 38:9
42:9,24 43:12,12
43:21 46:17 50:10
51:14 52:17 53:17
54:18 55:12,20
56:1 57:8 69:17
69:19 70:15,16
71:6 72:15 73:4,7
73:22 79:21 81:19
81:21 86:16 88:21
89:1,5,11 90:5
**exhibits** 8:9 9:3
16:14 17:1 20:25
21:5,15 23:19
24:3 25:7 30:22
31:2 58:21 59:13
**existence** 73:14
**exists** 71:22
**expect** 63:2
**expected** 90:19
95:5
**experience** 31:14
39:25 70:2 71:21
75:10,14 76:4,8
77:22
**expert** 8:12,14,18
8:21 16:20 20:23
21:21 29:14,18
58:7,11,14
**extensive** 39:25
**extent** 12:15,18
38:16 65:13 88:4
94:3
**extract** 39:10 41:23
**eye** 81:2

─────────
**F**
─────────

**f** 2:7
**facility** 31:13
**fact** 23:6 25:12
30:8 43:20 47:21
50:25 59:4 64:24
92:17 94:21
**factory** 61:15
**facts** 99:4
**failed** 68:2
**failure** 25:19 62:25
91:16,23 92:7
93:1
**failures** 61:23
68:18
**fair** 13:5 28:16
66:21
**familiar** 17:6 92:5
**family** 49:8
**far** 24:15 38:13
60:5
**fashion** 93:25
**favorable** 68:25
69:11 71:9,21
72:7 76:14,25
77:23 78:2,5 79:9
82:6
**fda** 8:22 11:17 15:6
18:11 28:8,9,13
28:19,24 29:12,19
30:3,9,12,15 35:2
35:10,17 37:12
38:15 39:11 45:11
49:4 51:4,5 54:25
63:4,5,9 64:6,8,9
65:19,20,21,21
66:19,19 82:16,19
83:3,4 93:9,17
94:22
**fdas** 50:22
**february** 8:18
16:19 20:24 22:8
22:17,24 23:16
24:5,10 25:2 28:2
28:17 31:16,21,25
32:6 52:9,18 59:5
60:12 79:24 87:16

94:22
**feel** 25:21
**felt** 25:5 32:8
**figure** 94:6
**file** 23:11 52:5
**filing** 21:20
**final** 8:24 18:14
70:12 87:17
**financial** 62:12,18
63:1,3,4,12,21
64:4,16 65:14,25
66:6
**financially** 98:16
**find** 27:17 34:2,4,5
34:9,11 36:23
66:5 93:18
**fine** 64:11
**first** 10:5 25:12
26:2 28:3 31:21
33:21 41:6 44:18
66:15 67:25 69:22
83:20 85:20,22,23
87:18 92:7 93:1
**fisk** 2:16
**five** 16:22 20:25
21:5 23:5 32:19
32:20 34:13 37:4
49:21 55:24 59:13
61:24 82:14,15,17
82:18,24
**fix** 93:21
**flap** 18:6
**flip** 61:21
**focus** 64:9
**focuses** 66:18
**focusing** 31:1 67:22
75:1
**follow** 30:7 40:2
55:7 65:5 68:2
81:3,5
**followed** 68:4
**following** 1:7 83:12
91:3
**follows** 10:6
**followup** 19:6,24
82:1

94:22
**footnote** 17:12 20:1
20:2 69:2,4 86:3
86:20
**footnoted** 15:9
18:21 54:4,9
**footnotes** 15:12
18:1 19:14
**force** 9:7,9,10
11:20 70:13 79:24
**foregoing** 97:7 98:3
98:10,21
**foreseeable** 90:19
95:6
**forester** 2:18
**forgotten** 53:7
**form** 71:20 74:16
75:9 77:7
**forth** 96:10,11 98:4
**found** 50:23 51:3,4
57:22
**foundation** 79:18
**founding** 37:4
**four** 23:5,8 24:12
24:19 58:22
**fox** 2:20
**frame** 32:6,21
33:15 35:17 83:18
**fran** 2:5
**frankly** 22:1
**free** 2:22 8:16
**freeman** 2:24
**frequency** 92:21
**front** 18:6
**full** 10:12 85:18
98:10
**funderburke** 3:1
**further** 23:4 32:11
98:16

─────────
**G**
─────────

**general** 81:24
**generally** 56:24
63:2 64:21
**generation** 81:10
**georgilakis** 3:3
**getting** 59:1

Peggy Pence, Ph.D.

**ghtf** 8:24 11:22
12:2,10,12 13:3,7
13:14,25 15:4
18:14,18 20:5
26:5,6,9,12 27:24
28:3,4,6,8,15,17
28:22 30:13,16,16
32:12,15,20 33:2
33:11 34:13,21
35:4,11,21 36:3,8
36:14,25 37:7,14
37:17,19,20,21
38:2 63:13,17,20
71:11,24 72:3,24
73:14 75:16 77:2
78:6,15 79:1,19
80:8 86:3,23 87:5
87:17,24 90:2
**give** 13:9,12,19,23
16:8 40:22 41:7
41:15 49:18 63:5
67:10 77:8 79:25
83:1 84:13 85:4
**given** 23:5 49:12
98:12
**gives** 80:4,5,6
**global** 9:7,9,10
11:19 70:12 72:25
73:16 79:23
**globally** 85:24
86:10
**go** 18:24 19:12
37:18,23 41:22
50:5 52:9,14
53:21 64:7 66:23
69:8,18 72:7 74:2
79:12,17 80:25
81:11 85:18 86:1
91:18
**goes** 11:8 32:1
44:23 66:10 76:5
91:15
**going** 14:13,19
20:17 21:6,19
22:2 27:9,17
52:12 61:14,15

64:2 66:16 70:15
72:13 80:22 83:1
83:8 86:14 87:2
92:15,17
**golkow** 15:21
**gomez** 3:5
**good** 10:10,11
21:22
**goodness** 85:12
**goodwin** 1:5 9:5
26:16,25 27:15
**goodwins** 28:18
88:5,12
**grabowski** 3:7
**graduate** 40:5
**graduatelevel**
11:12
**grand** 7:13
**graywheeler** 3:9
**great** 36:23 39:16
**group** 34:23 35:10
36:16 55:1 79:23
**grouping** 93:1
**groups** 32:19,20,24
33:11,18,20,22
34:7,13 35:11
36:22 37:5
**guess** 49:10
**guest** 14:7
**guidance** 8:24
18:14,19 30:16
72:3 89:6
**guidances** 11:20,23
13:8,9,12,14,19
13:21,25 14:6,7,9
20:7,8 30:13
37:17
**guiding** 20:5
**guinn** 3:11
**guys** 49:12
**gynemesh** 22:11

**H**

**hadnt** 25:25
**half** 67:4
**halfway** 85:23

**hand** 14:19 17:3
18:3 20:17 21:6
27:9 51:12 70:15
86:14
**handed** 86:22
**handing** 72:18
86:19
**hankins** 3:13,15
**hanuel** 96:6
**happen** 14:18 45:9
88:3
**happens** 73:7
**happy** 65:11
**harmonization** 9:7
9:9,10 11:20 12:9
12:11 70:13 79:24
**harmonize** 30:17
**harriet** 1:12
**havent** 30:25 60:22
85:5 95:12
**hazards** 90:17,17
95:5
**headtohead** 57:12
**health** 8:15 25:14
25:14 50:24 70:9
**hear** 43:15
**heart** 85:13
**heather** 4:15
**heavily** 64:23
**help** 46:22 52:1
**helped** 56:3
**helpful** 26:3 32:8
**hematoma** 91:15
91:22 92:7 93:1
**hendrix** 3:17
**herreranevarez**
3:19
**high** 40:5 57:20
70:9 75:25
**highest** 56:23,25
**highland** 7:18
**hill** 3:21
**history** 37:2
**holly** 4:3
**home** 10:18
**homes** 11:2

**hon** 1:5
**hooper** 3:23
**hour** 52:12 59:20
**hourly** 59:18
**hours** 60:1,9,14,15
60:15,23
**human** 75:5
**humans** 77:5,16,18
78:17 79:3
**hundred** 40:23,24
**hurts** 21:3
**hypothetical** 49:11

**I**

**id** 14:2 18:25 70:25
84:12 87:25
**identification**
14:22 16:24 17:18
18:9,16 20:20
21:9 27:12 51:15
70:17 72:16 86:17
**identified** 56:14
90:19,22 95:7
**identify** 20:22
**identity** 34:6
**ifu** 23:7,8 85:25
**ifus** 96:15
**ii** 75:21,23
**iii** 75:24
**ill** 16:16,18 18:3
21:19,23 23:2
30:19 51:12,22
52:5 55:7 64:7
67:6 70:22 72:12
92:24
**im** 12:21 14:17,19
15:18 16:17 19:14
19:23 20:17 21:14
21:19 27:9 28:5
29:6 30:5,14 31:1
31:18 38:11 40:2
41:11 42:23 44:7
46:19,22,25 47:18
53:20 55:7,22
57:5 60:3,4 61:13
61:13,22 62:5,16

65:18 66:16,25
67:7,13,22 68:16
68:16 69:8 70:15
70:25 72:18,24
74:9,12 75:1,3
77:13,14 80:1
85:18 86:14 87:2
87:22 88:8 91:9
92:15 93:14 95:14
**imdrf** 37:1,10,11
37:12,16,18,20,24
38:6,8
**implant** 81:4,8,25
82:3
**implantable** 81:20
**implanted** 44:2
48:3,18 53:11
**implants** 81:15
**implementation**
19:20 96:19
**important** 25:17,24
57:4
**importantly** 68:14
68:19 90:9
**impossibility** 49:13
**impossible** 49:18
**improper** 49:11
**inadequate** 67:1
**inappropriate** 47:3
48:10
**include** 11:17,19
13:14 14:9 19:19
20:4,6 28:14
29:23 33:5 47:2,3
47:8,19 48:10,13
55:25 59:14 72:6
77:10 87:23 88:3
90:8,13
**included** 20:16
25:10 26:7,9 28:4
28:6,7 29:19 33:2
33:7 37:22 50:12
57:8 63:13 64:5
66:6,12 80:23
87:16 89:9 90:15
90:21 95:6

**includes** 74:15 77:9
**including** 11:22
  57:4 60:23 69:11
  71:19 90:20 96:5
**inclusion** 54:10
  74:10
**incorporate** 13:21
  88:9
**independent** 33:23
**indepth** 48:14
**index** 9:1
**individual** 13:15,16
  77:19 78:22
**individually** 19:13
  57:1
**individuals** 96:15
**industry** 28:25 31:4
  31:17,22,24 33:5
  33:10,18,20 37:3
  85:24 86:10
**infections** 50:21
**information** 13:10
  23:23 25:10,11,13
  25:18,22 26:5,6,9
  26:12 27:24 28:3
  28:6,8,13,15,17
  29:20,24 32:11,15
  33:16 34:6,11,17
  34:22 35:8,23,25
  36:21,24 41:6,23
  42:4,6,16,19,21
  42:25 45:15 46:8
  46:24 47:15 48:1
  51:2 54:4 61:11
  61:16 64:14,18,20
  64:23 66:8 71:9
  74:11 76:6,9,14
  78:1,10,13 81:14
  82:8,20,25 86:1
  90:15,18,20 95:12
  95:13
**initial** 18:20 87:14
**initially** 26:1 29:19
  35:20
**instance** 42:11 44:1
  45:4 48:3 49:8

**79:25 91:11**
**instruct** 13:20
**instructions** 9:11
  86:4 88:24 89:4,9
  90:8,12,15,21
**instrumentation**
  94:23
**intend** 84:5,16,23
  85:8,12
**intended** 70:1,4,4
**intending** 83:19,21
**interest** 47:25 63:1
  63:3,12,22 64:4
  64:16 66:1,2,6,10
**interested** 98:17
**interests** 62:12,19
**internal** 65:3 68:4
  68:8 96:5
**international** 12:9
  12:11 29:23,24
  30:17 63:13 80:7
**internationally**
  29:1 37:4 69:9,14
  71:1,4,18 72:25
  74:14
**internet** 34:5,8
**interrelated** 88:25
**interrelationship**
  73:15 88:20
**interrupt** 32:17
**inventor** 68:23
**investigation** 80:7
**investigations**
  14:11 77:10 79:19
  79:20,22,23
**investigator** 64:21
**investigators** 62:13
  64:15,16
**invoice** 60:13
**involve** 84:9
**involved** 64:23
**involvement** 65:12
  66:7
**isabel** 6:3
**islands** 11:15
**isnt** 28:20 34:17

**iso** 63:14,15,18
  80:8,9,10,10
**issue** 41:4
**issues** 22:3 50:20
**itemization** 50:6

**J**

**j** 34:16,16
**jane** 5:3
**janet** 5:23
**jeff** 53:19 54:3 55:7
  59:1
**jeffrey** 7:12
**jennifer** 5:9,19
**jkuntz** 7:15
**jo** 10:13
**joann** 4:13
**job** 97:4 99:3
**jog** 46:22
**johnson** 4:1 7:3
  36:7,7,8,8 98:1,25
**joined** 37:6
**jones** 4:3
**joseph** 1:5
**journal** 65:10
**judge** 1:6 9:5 26:16
  26:25 27:15 28:18
  64:14 88:5,11
**jump** 45:3
**jumps** 44:9
**june** 11:8 69:7 86:7
**jury** 83:19,21 84:24

**K**

**kaiser** 4:5
**kansas** 7:14
**karen** 1:15 2:18
**kari** 7:17,20
**karyn** 2:14
**kathryn** 96:7
**keep** 67:20
**key** 56:14,16,18
  74:10
**kimberly** 6:9
**kind** 45:10,20
  61:16 80:19 82:8

**86:25**
**kinds** 61:10
**kingdom** 68:25
**kirkpatrick** 4:7
**knew** 17:5 35:20,22
**know** 18:22 19:1
  22:12,16 30:24
  32:10,23 33:17,21
  36:3,7,9,13,16,24
  37:1,7 39:20 40:9
  42:5 43:19 44:2
  46:23 47:14,23
  49:8,25 54:2
  55:19 57:5,14
  58:10 60:1,6,9
  63:20 64:8 65:13
  66:8,9,11 68:10
  74:7 88:2 91:10
**knowledge** 37:16
  70:2
**known** 66:20 96:17
  96:19
**knows** 17:7
**kristi** 7:3 15:23
  31:11 98:1,25
**kriz** 4:9
**krystal** 6:5
**kuntz** 7:12 8:5 16:2
  21:23,25 23:2
  26:19 49:10,18,21
  51:24 52:1,5
  53:20 54:12 58:16
  77:7 78:19 87:2,5
  92:15 93:22 94:13
  96:2,21

**L**

**label** 9:11 22:11
  86:4 88:24 89:3,8
**labeled** 18:5
**labeling** 8:23 14:6
  18:14 25:10,15
  81:21 85:18 86:25
  87:11,14 89:15
  90:6,24 96:12,15
**lack** 67:5

**lady** 39:13
**large** 65:4
**late** 21:20 22:10
  25:2
**launch** 84:25
**laws** 97:6 98:21
**lee** 4:11
**lefthand** 74:24
**lehman** 4:13
**length** 56:17 81:24
**level** 51:2 56:23,25
  57:20 70:9
**liability** 1:6
**licensed** 66:2
**lifealtering** 94:4
**lifetime** 81:3
**limit** 60:4
**limitations** 90:14
**limiting** 62:5
**line** 67:7 99:7,9,11
  99:13,15,17,19,21
  99:23 100:2,4,6,8
  100:10,12,14,16
**list** 23:7,11 32:19
  36:10 38:1,25
  48:24 53:18,25
  54:5 58:21,23
  91:11 93:6,8,8,12
**listed** 19:10 20:9
  38:8,14 39:12
  49:5,6,24 50:1
  54:22 59:17 66:16
  69:23 88:1 91:21
  92:6,10 93:5,16
  93:17
**listen** 53:19
**listening** 53:20
**listing** 16:19 19:9
  50:3,11 55:12
**lists** 53:23
**literally** 61:13
**literature** 51:6
  57:25 71:20 75:10
  75:13 76:4 77:22
  93:24 94:1
**litigation** 1:6 23:6

Peggy Pence, Ph.D.

28:23,24 45:2,6,8
45:10,14,22 46:9
46:22 47:7
**little** 60:13
**live** 10:21
**llp** 7:17
**locate** 68:12
**located** 38:15 53:6
**long** 4:15 11:7,22
15:18 51:9 79:15
80:25 81:6,11
82:14,15,17,25
**longer** 12:25 13:3
37:25 52:25
**longterm** 81:6
92:16
**look** 19:21 27:7,14
36:23 40:13,16,23
41:2,5,8,11 63:17
69:17 71:23 73:3
73:4 76:7,8 80:13
81:16 82:9,11,12
87:10,13 88:21,23
89:1,5,10 90:4
**looked** 17:5 40:17
40:21,24 41:3
45:7,9 76:5 82:20
**looking** 30:21
34:10 42:23 44:7
47:22 52:20 54:18
61:22 63:7 76:9
80:1 82:13 85:22
91:21
**looks** 18:11 19:19
54:19 91:8
**loop** 35:7
**lost** 65:4
**lot** 12:16 34:17
42:20 61:4
**louise** 3:7
**loustaunau** 4:17
**lower** 47:4
**lozano** 4:19

**M**

**m** 7:5 10:2 96:23

**maam** 25:1 67:12
70:24 81:23
**main** 15:13
**major** 65:2
**makeup** 32:23,25
**making** 64:1 81:25
**management** 14:8
14:9 19:20
**manufactured**
69:24
**manufacturer**
31:13 36:20 39:9
70:5 76:7,13 79:3
79:4,12,17 80:2
80:13 81:8,25
83:1 94:10,10
95:10,13,14 96:11
**manufacturers**
38:18 39:5,12
42:15 49:5 51:4
**manufacturing**
61:2,5,9
**manuscript** 65:6,9
65:11
**march** 1:14 7:4
8:19 10:1 16:20
21:11,17 22:21
24:25 25:3 26:13
31:7 32:7 51:18
51:19 54:1 94:6
97:3 98:23 99:3
**marcus** 68:23
**marcuss** 65:8
**margaret** 4:7
**marie** 1:10
**mark** 16:18 17:5,9
18:4 68:24 72:12
**marked** 14:20,21
16:23 17:6,6,17
18:8,15 20:18,19
21:7,8 27:11
30:25 31:1 37:22
51:14 70:16 71:6
72:1,15,18 86:14
86:16 87:9
**market** 68:3 77:15

83:2,7,15
**marketed** 67:5 76:2
76:2 81:9 83:23
88:7
**marketing** 67:2
71:10 82:2,5,8
83:7,14
**marking** 16:13
27:10
**mary** 2:7 3:17 5:3
6:11
**mass** 45:2
**masters** 11:13
39:18
**material** 11:23
12:17 13:7,11
26:6
**materials** 13:19
23:4,10,15 24:4
**mathison** 9:5
**matter** 64:12
**maude** 31:9,11
38:10,15 40:14
46:20 50:23 51:6
**mcbrayer** 4:21
**mdl** 1:5,8 17:6
28:23 58:8
**mdr** 38:10 39:10
41:5,6,14,16,18
41:20,22 42:2,14
43:1 44:2,3 45:17
47:11,15 48:9
49:3 50:14 76:5
**mdrs** 40:20
**mean** 25:7 32:25
47:6,7
**meaning** 75:5 77:5
**measures** 90:14
**medical** 9:8,11
12:12,12,13 13:13
13:18 69:9,24
70:3,14 71:10,17
71:25 73:1,6,23
74:13,18,23 75:4
75:9,13 77:4 81:1
87:14 88:23 89:4

89:7,9,13,15 96:6
**medium** 75:25
82:13,14,17,24
**medtronic** 34:2
**meeting** 34:25
35:17 55:1 94:22
**member** 34:13,20
34:21 35:22,24
36:8,13 37:12
**members** 37:5
**membership** 35:25
36:10,25 37:10
**memberships**
36:22
**memo** 89:20 94:16
**memorandum** 9:5
**memory** 46:23
82:22
**mentioned** 28:21
57:18 78:20 80:8
88:25
**mesh** 15:7 24:15
27:25 28:4 36:20
38:16 45:3 53:9
53:15 57:3,3,7,12
57:21 61:12 92:1
92:3,8,11,12,14
93:3,4,19,21 94:4
94:20 95:4,11,14
**meshes** 51:7
**met** 95:10,21
**middle** 68:17
**mind** 16:12 52:13
59:1
**mine** 91:8
**minimum** 82:12
**mint** 68:15,20 69:6
**minute** 32:18 91:18
**minutes** 85:16
**miracle** 4:23
**miramar** 10:15
16:10
**miranda** 5:7
**misrepresenting**
30:5
**mississippi** 7:19

**missouri** 7:14
**misunderstanding**
47:1
**mix** 33:8
**mixed** 78:24
**model** 72:25 73:16
**modification** 78:12
**modifications** 25:9
**moment** 63:6 67:10
87:13
**moments** 94:17
**month** 32:6 58:14
58:15
**morning** 10:10,11
**multiple** 89:17,18
92:19
**myra** 1:21

**N**

**n** 8:1
**name** 10:12 14:1
39:13 97:2 99:2,2
**names** 39:6,9,9
**nancy** 3:23 6:16
**necessarily** 18:21
**necessary** 86:1
**need** 14:16 15:3,18
19:7 52:6,7,11,21
52:25 71:9 73:18
74:20 76:20,24
78:4 79:13,14,15
80:13,23,25 81:3
81:11,25 84:9,12
90:2
**needed** 25:21 58:6
84:13
**needs** 96:15
**never** 21:3 28:12
49:12 68:5
**new** 22:3 23:6,9,21
29:7 75:12,14
**newbury** 10:20,22
52:22
**newport** 7:5 10:1
10:15 16:10
**nice** 82:21

Peggy Pence, Ph.D.

**nix** 5:1
**noemi** 5:5
**nonmesh** 57:12
**nos** 78:24
**notations** 45:13
**note** 19:19 28:1
    54:23 62:11 64:24
**noted** 65:1 96:23
**notes** 12:6 98:11
**notice** 7:6 8:11
    14:20 88:15
**notification** 25:14
    45:11 50:24
**november** 22:13
**number** 8:10 9:4
    11:11 14:20 16:18
    16:21 17:3,5,10
    18:4 20:18 21:7
    27:10,22 40:22
    42:14,22 44:19,23
    46:12 47:19,23
    48:5,6,19 49:7,12
    49:13,16,19 50:19
    50:20 57:22 63:18
    65:4 71:7 72:1,12
    72:18 84:8,17,20
    84:23 85:2,4,21
    86:15,19 87:12
**numbers** 17:11,12
    17:16 38:23 41:16
    43:21 45:3 47:4
    47:11 48:4,11
    49:3,24 50:4,17
    50:18,19,21 51:4
    61:18 64:25 84:13
**numerous** 96:4
**nutshell** 66:21

**O**

**object** 21:24 49:10
    87:2 92:15
**objection** 26:19
    77:7 78:19 93:22
    94:13
**objections** 21:20
    98:6

**objectives** 80:17
    84:15
**obturator** 39:8
**obvious** 43:24
**obviously** 24:9 33:2
    42:20 56:23 58:10
    62:2 88:1
**occur** 92:20
**occurred** 41:19
    42:11 44:22
**occurrence** 90:10
    90:11 92:21,22,22
**ocra** 54:25
**october** 54:21
**ocular** 81:2
**offer** 37:8 61:10
    84:6,16,23
**offered** 30:2
**offering** 29:7 61:1
    61:6
**office** 10:19,19 11:1
    52:23
**okay** 15:22 54:13
**old** 40:8 52:24 53:6
    53:8
**older** 55:3,5
**olson** 5:3
**once** 65:11
**ones** 14:1,3 15:5
    18:20,22 19:9,15
    32:9 33:12 34:2
    38:4 40:25 46:3
    46:21 56:14,16,21
    76:11 92:13 94:18
    95:16,20
**oneyear** 83:7
**ongoing** 32:21
**online** 34:18
**operating** 20:6
**opine** 61:17 83:19
    83:21
**opinion** 9:5 23:6,9
    23:10 26:20,25
    27:3,15,23 61:2,6
    65:14 66:15,18,19
    66:23,24,25 67:2

67:3,4,9,13,15
74:5,17 75:4,7,15
84:5,6,17 85:17
85:17,19,21 86:11
87:1,12 95:4
**opinions** 22:3 23:5
    23:21,22,24,25
    25:9,16,19 26:17
    27:1,5 28:18 29:5
    29:7,12,22,25
    30:1,4,10,13,14
    30:15 61:11,24
    67:24
**opportunity** 22:9
    25:6
**orange** 17:10,20
    54:25
**order** 9:5 27:4,6
    28:18 41:15 74:18
    75:17 76:24 88:5
    88:12,13
**orders** 15:6
**organ** 15:7 51:7
**organized** 22:1
**original** 20:8 25:11
    31:15,20 91:5
**originally** 56:19
**outline** 30:20
**outlined** 84:21
**outset** 68:14,20
**outside** 16:17 45:2
    45:6,8
**overlooking** 54:20

**P**

**padilla** 5:5
**page** 8:3,10 9:4
    18:1 20:3,3 27:16
    32:13,20 51:21
    61:18,21 64:24,25
    64:25 66:16 68:13
    68:14,17,19 69:8
    69:19,22,22 70:20
    70:25 71:17 73:4
    74:13,22 80:10
    85:19 89:1 90:6,7

91:5 99:7,9,11,13
99:15,17,19,21,23
100:2,4,6,8,10,12
100:14,16
**pages** 17:22,22,24
    17:24
**paid** 65:23
**pain** 50:1,2,18 93:5
    93:16,17,18,20
**pamela** 2:22 3:9
**panel** 35:17 94:22
**paper** 66:6
**paragraph** 68:1,13
    68:19 71:2 85:22
    85:23
**park** 10:20,22
    52:22
**parkway** 7:18
**part** 11:16,23 12:21
    13:9 27:16 28:18
    28:24 29:12 38:6
    53:19 56:8 63:4
    67:2,3 71:2
**participated** 29:2
    33:17,18 34:25
**particular** 13:1
    29:1 34:6 38:17
    39:5,11,12 41:13
    43:18 54:23 56:21
    57:16 61:4 93:7
**particularly** 51:7
**parties** 98:18,19
**partner** 68:24
**partnership** 33:9
    37:3
**passage** 81:9
**patient** 48:3,18
    70:8 90:21
**patients** 65:4 70:6
    80:23 81:3 83:12
**patricia** 2:8 5:15
    6:12
**patterson** 5:7
**paula** 2:16 4:9
**pays** 43:23
**peek** 15:1

**peggy** 1:14 7:2 8:2
    8:11,12,14,16,19
    8:21 10:4,13 97:5
    97:12 99:2 100:25
**pelvic** 1:5 15:7
    36:20 38:16 51:7
    53:9,15 95:11
**penalty** 97:1,6 98:5
    98:20
**pence** 1:14 7:2 8:2
    8:11,13,14,16,19
    8:21 10:4,13,14
    21:16 27:21 52:17
    54:2,17 77:2 96:4
    97:5,12 99:2
    100:25
**pending** 93:13
**penny** 5:11
**people** 45:12 64:12
    79:14 80:14,14
    81:10
**percentage** 45:3
**perform** 70:4
**performance** 9:8
    14:5 68:5 69:18
    69:21,23 70:14
    71:25 72:6 73:3,6
    73:9,11,20 74:1
    84:21 88:22 89:2
**performed** 68:23
**period** 58:11 73:14
    83:9,12
**perjury** 97:1,6 98:5
    98:20
**permanency** 92:22
**permanent** 81:4,8
    81:14,25 82:3
**pete** 96:6
**ph** 1:14 7:2 8:2,14
    8:16 10:4 97:5,12
    99:2 100:25
**phrasing** 74:12
**physical** 70:3
**picked** 57:15,17
**pin** 71:15
**pipe** 21:25

place 98:4
places 19:17 48:13
plaintiff 7:11
plaintiffs 21:21
plan 85:14
plans 58:1,5
please 10:12 26:23
  55:10 67:11
plus 40:21
point 11:2 49:22
  51:10 56:7,20
  61:17 72:24 74:20
  80:21 85:10
pointed 92:19
points 79:16 80:17
  84:10,14 85:4
populate 38:23
position 23:3
possibility 94:3
possible 47:12 81:6
posted 38:2
poster 64:5 65:20
postmarket 19:6,8
  19:23 20:15 67:8
  67:16
postoperative
  92:16
potential 64:15
powerpoint 11:24
  12:6
practice 62:13
  88:14
pratt 6:22
precautions 90:13
predate 87:24
predated 87:15
  88:9
predominantly
  19:16
preface 35:15
prelaunch 84:18
premarket 67:8,14
  76:15
preparation 60:18
prescription 85:24
present 13:10,11

13:17 38:24 41:15
  47:10
presentation 34:24
  64:5 65:20 69:6
presentations
  41:13 53:3,4
  54:21,24
presented 29:21
  41:21 51:1 65:21
  93:17
presenting 29:4
pretext 35:15
pretty 16:3 19:13
  52:19 76:22
previous 43:4
  46:20 47:16 75:14
  86:6
previously 28:21
  39:24 43:13 76:2
primarily 18:11
principle 69:23
principles 9:7 14:4
  19:21 20:6 69:18
  69:20,21 70:13
  71:25 72:6 73:2,6
  73:8,11,19,23,25
  74:3 80:5,6 88:22
  89:2,6,12
printed 16:1
prior 13:17 22:17
  22:22 23:22,24
  24:4 28:22 46:16
  69:22 78:12,13
  82:5,8 88:2,10,15
  88:16 93:14
probability 90:10
  90:11
probably 16:1
  18:24 44:5 60:23
problem 59:16
problems 13:22
  50:2
procedure 91:16,22
  92:7 93:1 94:12
  94:21,22 95:1,3
procedures 20:6

32:15 92:20 93:19
  93:21
proceedings 98:3
process 32:12 61:6
processing 61:9
produce 59:4
produced 55:5
product 39:6 45:7
  45:20 48:18,19
  64:17 66:1,3 79:7
  81:7 83:2 85:25
products 1:5 28:4
  38:17 39:7,10,11
  40:19 42:12,14
  45:8,23,25 46:1,6
  46:13 47:13 48:1
  49:4,6 50:7,13,15
  50:16 51:3 60:5
  76:7 95:4,19,19
  96:20
profession 53:5
professionals 96:7
project 13:16 68:11
  68:15,20,25 69:6
prolapse 15:7
  24:16 51:8 55:12
  56:10 91:10 92:1
  93:21
prolift 21:12 24:12
  24:19,21 25:12
  26:2,7,10,13
  28:13,13,15 29:8
  30:2,10 31:1 41:9
  41:11,21 42:5,8
  43:4 44:1 48:4,12
  50:6 55:22,23
  58:2 59:25 60:7
  93:9
proposed 15:6
proprietary 63:3
  63:12 66:2
prosima 8:18 15:9
  16:19 17:7,8
  18:19 20:24 21:12
  22:24 24:9,19
  28:1,7,15,17 31:1

31:15,20,25 52:9
  52:17 53:17 58:2
  59:5,24,25 60:6,7
  60:11,12,18 61:18
  61:22,25 62:3,10
  63:16 66:20 67:2
  67:5,15,17 68:3,5
  68:17,21,21,21
  83:15,20,22 84:18
  85:6,18,25 91:5
protection 70:9
protocol 84:10,15
  84:22 85:1,5
prototype 62:10
provide 29:21 54:5
  59:15 84:12
provided 21:11
  23:22 59:6 64:21
  66:8,19 70:6
  81:14 90:20
provides 83:6,14
ps 22:11
public 50:24
publication 62:14
  64:2,12 66:9,11
publications 15:12
  53:6,8 63:2 64:20
publicly 76:6
publish 64:2 65:1
  65:11
published 51:5
  57:7 66:5,12
  75:13
pull 41:15 42:21
  55:17
pulled 42:19 46:21
  55:19
purpose 30:17
purposes 70:1
  77:13
pursuant 7:6
put 14:13 16:12
  17:23 21:19 34:24
  44:19 45:20 50:10
  60:10 71:15 83:15
  96:15

Q
qualifications
  39:15
qualified 77:19
quality 11:10 14:8
  14:9 56:24
question 20:8 24:2
  26:22 35:12 47:1
  50:8 62:22,23
  66:22 67:11,25
  68:8 70:23 71:4
  74:17 75:3 76:18
  77:13 79:6,11
  81:22 82:10,23
  83:10,25 84:16
  87:8 88:18 92:24
  93:13,14 94:5,8
  95:2,9,15 96:3
questioning 62:5
questions 21:18
  36:6 40:10 70:22
  96:21
quick 15:22 16:3
  20:15 54:12 62:8
  96:3
quickly 15:20 16:6
  18:25 19:13 52:17
  56:9
quite 47:4

R
r 1:5
race 94:8
ramirez 51:21 52:6
randomized 55:15
  56:22 57:2,6,19
rate 59:18
ratio 69:12 71:22
  74:19 75:6,18,20
  76:15,25 77:6,24
  78:2,5,18 79:9
  81:12 82:2,6
rcts 55:12 56:10
  57:11
reactions 91:12,22
  96:17,18

Peggy Pence, Ph.D.

**read** 41:22 42:20
58:7,10,13 88:5
94:17
**reader** 64:13
**reading** 13:11
58:20 59:10 62:16
65:18 75:3 88:16
98:13,14,15
**reads** 75:4
**ready** 60:13
**real** 47:7 54:12
56:9 96:3
**realize** 64:25
**realized** 28:12
**really** 64:7 67:22
78:14 95:9
**reason** 37:8 46:19
57:17 64:17 99:4
99:7,9,11,13,15
99:17,19,21,23
100:2,4,6,8,10,12
100:14,16
**reasons** 41:4 78:20
**rebecca** 6:22
**recall** 11:11 12:5
12:18 13:24 22:13
22:20,25 26:1
27:6,15 34:14
36:4,15,18 46:16
46:21 47:21 51:10
55:2,23 56:21
57:17 66:13 74:9
82:4 83:16
**recalling** 28:5
41:12 47:18
**received** 25:14
**recess** 52:15 54:14
91:19
**reclassification**
15:6 94:23,25
**reclassified** 75:25
**recognized** 25:8
68:22 85:24 86:10
**recognizing** 29:19
**recollection** 12:8
19:2,11 33:25

34:1,3 39:22
43:22 53:12 56:13
60:16 62:7 63:11
63:14,23 74:6
87:19,20 94:2
96:14
**record** 23:2 45:13
52:5,14 54:3,12
99:4
**recorded** 98:7
**records** 58:7
**reference** 15:19
24:12 27:16 38:1
38:16 47:20 63:18
69:2 70:20 71:1
72:5 86:11 88:10
89:1,3
**referenced** 15:5,11
15:12 17:25 19:16
19:24 20:14 54:9
57:22 68:12 71:11
80:9 86:9,20
88:15 89:8,16
**references** 73:5,5
73:12,22,25 80:5
80:7,10 86:3
89:14
**referencing** 19:12
71:5 74:21 75:16
**referring** 86:24
**refers** 82:17
**reflect** 17:11 29:22
**reflected** 90:23
**reflecting** 65:3
**regard** 22:10 61:12
81:14 88:18
**regarding** 8:14,16
29:8 32:15
**regards** 25:10
**registry** 81:5
**regulation** 63:5
**regulations** 11:17
28:8,19 29:13
30:3,9,13,15
**regulators** 33:20
37:2,4,11 82:9

**regulatory** 29:14
29:18 33:3,8,9
54:25 96:7
**reiterate** 50:14
**related** 1:7 13:13
13:18,19 68:4
87:5
**relationship** 66:1
**relative** 74:11
98:17
**released** 68:6
**releasing** 68:3
**relevancy** 88:5
**relevant** 12:10
28:14 29:1 51:6
90:18
**reliance** 23:4,11
53:18,23,25 54:5
**relied** 29:12 38:5
54:10
**relies** 28:25
**rely** 28:11,19 76:10
86:25 88:19
**relying** 22:7 30:3,9
67:23 87:11 94:9
**remained** 67:5
**remarked** 65:6
**remember** 15:15
46:4
**remind** 11:9 20:12
**remotely** 10:25
11:1 52:24
**repair** 1:5 15:7
55:13 56:10
**repeat** 26:23 31:18
60:3 67:10 70:23
81:22
**repeated** 69:16
**rephrase** 87:4
**report** 8:12,14,16
8:19,19,21,21
13:23 15:5,9,13
16:20,20 17:22,23
17:24,25 18:19,21
18:23 19:10,12,25
20:10,23 21:12,16

22:6,24 23:17,21
24:6,8,10,24
25:12,23 26:2,4,7
26:10,14,18 28:2
28:4,6,7,17,22
30:21,24,25 31:9
31:15,16,20,25
32:2,4,14 38:10
41:9,11,20,21,22
42:5,8,9 43:18
44:20 45:18 47:15
48:9 50:5,6,11
51:13,17 52:10,18
53:17 54:5,10,11
55:17,19,23 56:15
58:5,6,20 59:5,8
59:14,17,24 60:6
60:7,8,11,12,18
61:19,25 64:24
65:18 66:12,16
68:12,13 69:17,20
70:20 81:17 85:18
90:4,5 91:6 93:7
**reported** 38:15
41:14,20 42:4
44:20,23 47:7,14
47:20,21 50:18,18
50:19,20,21,23
**reporter** 14:22
16:24 17:18 18:9
18:16 20:20 21:9
27:12 51:15 70:17
72:16 86:17 98:2
**reports** 23:23 24:12
24:16,22 25:11,25
27:24 29:9,11
30:2,11 38:5,10
38:14 39:10 40:13
40:20 41:4,5,6,17
41:18 42:2,14
43:1,4,5,6,9 44:9
44:13,16 45:5,5
45:14 46:7,9,16
47:11,16,19,22
48:11 49:4 50:15
51:1 53:24 54:1

55:25 58:2,11,14
59:25 60:1 62:14
63:16 92:19
**represent** 72:24
**representation**
33:20 47:9,10,11
48:11 50:22
**representative**
33:18 51:3 57:23
57:24
**representatives**
33:5,7
**represented** 33:10
33:11 34:19 43:21
76:12
**request** 55:7
**requested** 93:9
98:13,15
**requesting** 25:15
**require** 65:2 74:18
75:5
**required** 62:13
76:16,19
**requirement** 68:2,4
68:9
**requirements** 19:8
20:14
**research** 13:16
33:24
**reserve** 58:5
**residual** 90:8,13,22
95:7
**resource** 13:19
**respect** 36:7 49:24
62:18 84:2,5
85:21 96:16
**responsibilities**
20:5
**rest** 88:18 94:6
**result** 26:3
**results** 64:3 68:22
83:9
**returned** 15:17,20
**review** 13:9,20 19:7
20:14,15 22:9
25:6 26:16 27:3

51:6 59:21 62:7
65:6 74:2 94:19
**reviewed** 25:5
26:25 27:8,18,19
27:20,21 41:4,5
64:17 95:12,16,17
95:20 96:4
**reviewer** 64:19
**reviewing** 27:15
64:13,13
**revise** 65:8
**revisions** 25:9
**rewrite** 65:2
**reyes** 5:9
**rhynehart** 5:11
**ridgeland** 7:19
**right** 19:10 33:4
35:2 36:11 38:12
40:6 44:16 45:19
58:5 68:7 79:5,6
85:2,12 89:20
92:3,10,24
**risk** 19:20 25:10
70:6,7 72:7 75:25
75:25 90:9,9,10
90:11,12,13,22,22
95:7
**riskbenefit** 71:9
**risks** 89:23 90:2
91:1,2,11,21 92:6
92:10 93:2 94:10
**robin** 1:17
**robinson** 65:1,3
96:6
**rocio** 3:19
**roles** 20:5
**rose** 3:5
**ruebel** 5:13
**ruiz** 5:15
**rule** 8:12 77:4 78:6
78:15 79:1,7,8
**rules** 21:25 23:11
**ruling** 26:16
**run** 78:7,17 79:3,13
**running** 19:14
77:16,17

**S**

**s** 1:6 29:2,2,18 83:3
83:4
**safety** 9:7 14:4
45:10 50:25 67:6
67:15,16 68:5
69:18,21,23 70:6
70:10,13 71:25
72:6 73:2,6,8,11
73:19 74:1 84:14
84:21 85:3 88:22
89:2,13
**sandra** 6:20
**satellite** 10:19 11:1
52:23
**saw** 20:9 36:2 55:9
59:13 63:16
**saying** 18:2 23:7
30:14 46:7 48:12
62:17,25 71:23
77:4 78:7,16 79:2
**says** 55:15 74:23
75:19 80:13 96:18
**school** 40:5
**scientific** 9:6 27:4
28:6 34:1 36:11
36:13 43:7 48:19
56:6 75:9 95:18
**scope** 26:17 27:1,4
69:1
**scrape** 16:17
**search** 38:19,22
39:1,4 41:17
**searches** 34:10,12
46:20
**searching** 34:5
**second** 67:4 72:19
89:6
**section** 32:13,13
37:20 68:17 88:24
92:7
**secure** 39:8
**see** 18:2 20:3 27:18
34:11 37:19,24
41:12 44:9,10
58:21 59:7,17

73:4,9,21 85:19
88:13 89:3,7,14
90:7 91:13 94:4
**seeing** 34:14 45:4
**seen** 45:3,5,9 59:12
66:13 82:4 93:24
94:1
**selected** 54:21,21
**sell** 78:8
**sends** 66:9
**sense** 29:16
**sentence** 68:19 69:5
71:16,23 74:22
75:1,3
**separate** 17:20
47:17 67:19
**separately** 21:4
**separating** 94:20
95:3
**seriously** 80:13
**session** 54:24
**set** 29:8 30:10
36:24 43:4 51:20
61:25 77:3 79:14
80:1,12,16 84:14
86:10 95:21 96:10
96:11 98:4
**sets** 70:19 79:17,18
81:11,24 82:3,5
86:24 87:8,10
89:22
**setting** 90:1
**severity** 90:12
92:21 94:3
**sharon** 1:13,23
**sheet** 99:1 100:1
**sherry** 2:20
**shes** 23:5,7 40:11
**shipped** 16:9
**shirley** 2:24
**short** 82:12
**shorthand** 98:2,11
**show** 67:15,16
69:11 76:25 83:17
**showing** 35:8 67:6
**shows** 41:23 83:17

**shultis** 5:17
**side** 17:11 74:24
90:20 95:6
**signing** 98:13,14,15
**sikes** 5:19
**similar** 27:19,23
76:4,8,17 90:1
**similarity** 76:2
**sit** 12:19 19:2 22:25
26:1 33:13 34:3
34:15,22 36:1,4,9
36:15,18 39:22
41:12 43:19,22
46:5,16 47:18
56:20 57:14 58:1
58:3,4 60:16,24
61:9 63:14 66:13
82:4 85:8,14
**sitting** 63:23
**sixth** 12:1 13:1
**size** 80:2,12
**slack** 62:10 68:24
**slides** 11:24 12:6
**sling** 39:7 40:18
42:12 44:8 48:4
**slings** 49:8
**slow** 72:9
**smith** 5:21,23
**snow** 7:17
**sold** 49:9
**sole** 88:19
**somewhat** 31:25
**son** 40:12
**sop** 88:15
**sorry** 12:21 19:23
31:18 60:3 91:9
**sort** 37:17 49:7
81:10
**sounded** 76:22
**southern** 1:2
**speaking** 14:7
**specific** 12:1 13:8
13:25 33:15,19
34:22 36:21 37:8
40:22 41:17 42:3
50:7 51:3 58:4

61:8,16 77:11
83:21 84:8 85:4
93:12
**specifically** 12:19
14:2 19:18 22:25
27:7 33:13,17
34:10,14 36:4
40:9 46:4 47:22
49:2 58:10 77:18
82:5
**spent** 60:14
**splice** 48:5
**springer** 6:1
**squared** 52:3
**stacy** 5:17
**staff** 17:7 38:21
41:7,15 52:24
**standard** 29:24
57:24 62:12,17,24
63:7,10,21 69:9
69:15 70:19 71:1
71:5,18,24 72:4
72:19 73:24,25
74:14 75:8,16,19
76:3 79:12,16,20
80:1 81:10,16,24
82:2,5 85:24
86:10,25 87:9,11
87:15 89:23 90:1
90:7 94:9 95:11
95:21
**standards** 28:11,25
29:3,4,17,19,23
30:18 31:4,17,22
31:25 63:13,15,19
64:9 67:23 70:21
71:11,12 73:17
74:10 77:3 80:8,8
80:8,9,16 88:2
95:2,7
**stands** 31:12
**stapled** 21:4
**start** 11:5 69:21
73:2 96:19
**starting** 32:13
**starts** 11:6 74:24

91:15
**state** 11:13 51:1
    97:6
**stated** 23:20 56:14
    75:8 77:8 90:4
    94:18
**statement** 37:17
    74:21
**states** 1:1 29:15
**stating** 94:19
**statistician** 80:22
    84:9,12
**statistics** 80:4,15
    85:2
**sted** 89:13
**stenographically**
    98:8
**stick** 16:16 44:3,8
**sticker** 16:16
**stickers** 16:12
**stip** 62:7
**stored** 42:16
**street** 16:8
**strength** 56:17
**students** 11:12
**studies** 19:6,24
    57:16 67:1,1,6,14
    67:16,21 71:20
    74:16 75:11 76:15
    76:19,24 78:4
**study** 32:19,20,24
    33:22 34:13 35:11
    36:16,22 57:1
    62:14 65:7 79:23
    80:25 81:5 84:7
**subject** 100:19
**submitted** 39:11
    49:4 50:15 60:13
    65:5
**submitting** 62:14
**substantiate** 76:13
    77:23 78:1
**substantiates** 29:25
**substantiation**
    25:16
**suite** 7:5,13,18

**sum** 43:3
**summarized** 55:24
**summary** 89:11
**superseded** 88:16
**supersedes** 86:6
**superseding** 86:23
**supervision** 98:9
**supplement** 16:25
    17:1 24:20 28:12
    32:7 42:9 58:2,5,6
**supplemental** 8:14
    8:16,19,21 16:20
    19:25 21:12 22:6
    23:10,11,17,20,22
    24:5,8,21,23
    25:23 26:13,18
    30:21,24,25 32:1
    32:4,14 38:10
    50:11 51:13,17
    53:24 54:1,5,10
    59:24,25 60:7,8
    60:18 69:17,20
    81:17 90:5
**supplementary**
    32:15
**supplements** 16:22
**supplied** 26:13
**support** 13:11 23:4
    23:10 29:5,12
    30:3,9,13 34:11
    67:1 73:16,17
**supported** 30:14,16
**supporting** 8:20
**supportive** 23:24
    25:8,19
**supports** 69:4
**supposed** 53:25
**sure** 13:5 15:18,22
    15:24 16:17 19:2
    21:1,15 32:11
    33:1 50:9 52:3
    53:18,24 54:7
    55:7 65:13
**surgeries** 92:3,6
**surgery** 91:1
**surprises** 64:8

**surveillance** 19:8
    20:15
**susan** 3:11 6:7
**suspect** 12:7,13
**sutherland** 7:17,20
    8:4 10:9 14:19,23
    16:7,16 17:2,9,14
    17:19 18:10,13,17
    20:17,21 21:6,10
    21:18,24 22:5
    23:13 26:21 27:9
    27:13 49:15,23
    51:12,16,20,25
    52:2,7,8,14,16
    53:22 54:13,15,16
    58:17 70:18 72:12
    72:17 77:12 78:23
    86:13,18 87:3,7
    91:18,20 92:23
    93:23 94:15 95:23
    96:22
**swanson** 38:21
    39:14 51:9
**swint** 6:3
**sworn** 10:5
**syllabus** 14:12
**symbion** 42:17
**system** 1:5
**systems** 8:18 14:8
    14:10 16:19

—————————————
**T**
**tab** 79:21 89:6,10
**table** 41:16 88:23
**tabs** 16:21,22,22
    17:10,15,20
**tabular** 41:13
**tabulate** 42:21
**tabulation** 41:16,20
    42:2,3,13 43:2
    48:25 49:2 50:17
**tailored** 22:2
**take** 8:11 15:1,25
    27:7,14
**taken** 7:2 15:17,19
    43:20 64:18 90:15

98:3,11
**takes** 42:19
**talk** 22:2 54:2 64:8
    81:20
**talked** 46:20 62:2
    63:10 67:21 77:3
    78:16 79:2 89:19
**talking** 12:15 24:16
    35:4 43:3 61:11
    61:13 63:20,25
    64:1,6 65:15,22
    68:9 74:23 75:21
    75:23 76:1,12
    77:14,14,17 82:16
    91:10 93:12 94:21
**talks** 14:8 71:17
    82:24
**tally** 49:3 50:14
**tape** 8:17 16:13
**task** 9:7,9,10 11:20
    70:13 79:24
**taught** 12:9,24 13:3
**teach** 11:9,14,16
    12:1,2,12,23 13:1
    14:14
**teaching** 11:3,5,17
    11:19
**team** 65:9
**teams** 65:3
**teasley** 6:5
**technical** 70:2
    89:11
**teenager** 40:11,12
**tell** 10:12 11:25
    14:2 18:24 21:4
    27:8,14 31:11
    32:9 33:13,16
    37:25 38:11,11
    39:1,3,20 40:18
    40:20 43:11 56:9
    56:17 57:15 59:19
    60:11 62:24 64:7
    67:6 72:10 79:13
    92:6
**telling** 54:17 88:4,8
    89:17

**tells** 94:10
**ten** 82:25
**tension** 8:16
**teresa** 3:3
**term** 47:12 82:12
    82:14,14,14,15,17
    82:18,25
**terms** 38:22 41:17
    77:22
**test** 25:19
**testified** 10:6 29:7
    48:5 76:20
**testimony** 22:10
    27:22 30:1,8
    35:19 58:21,23
    59:21 96:10,18
    98:6,12
**thaman** 6:7
**thank** 27:17
**thats** 14:20 15:20
    16:25 17:8 18:5
    26:8 27:8,14 30:5
    32:22 37:13 40:12
    42:13 43:3,24
    46:22 47:15 48:10
    49:10 55:4 56:23
    59:16 60:13,24
    64:11,17 66:15
    69:23 70:15 75:1
    75:8,12,19 76:6
    80:4,15 81:2 83:1
    83:8 85:14 86:9
    87:19 88:1 93:10
    93:16 95:22,23
    96:9
**theres** 12:16 22:3
    31:9 37:5 40:19
    41:18,23,24 43:16
    45:10 50:6 73:15
    76:14,25 78:15
    90:6 93:13 96:19
**theyre** 21:4 35:24
    41:7 47:7 56:16
**thing** 32:10 62:9
    85:20
**things** 23:7 53:1

Peggy Pence, Ph.D.

66:20 67:20
**think** 12:24 13:3
16:2,5 21:3,4,25
22:1,3 23:3,9,9
26:10 38:11 46:19
48:5,6 51:21 55:2
55:4 60:20 62:20
68:16 74:20 76:18
77:1 78:24 79:13
82:10,23 83:10
84:18 87:22 92:25
94:6
**thinking** 12:20
13:21 63:9
**third** 89:10
**thirteen** 22:14
**thomas** 6:9
**thought** 23:23
25:16,24 26:2
56:4 57:23
**three** 16:21 23:8
38:14 82:14,17
**thurston** 6:11
**time** 11:2 15:16,20
26:19 27:2 32:6
32:21 33:15 34:20
35:6,9,16 42:20
56:20 57:25 60:17
61:17 75:22 78:25
81:24 83:9,12,18
85:10 88:8 96:23
98:4,5,7
**times** 33:15 49:12
**title** 79:22
**titled** 8:18 32:14
**today** 12:19 14:24
19:3 23:1 26:2
33:14 34:3,15,23
36:1,5,9,15,18
39:22 41:12 43:19
43:23 46:5,16
47:19 51:6 56:20
57:14 58:1,3,4
60:16,25 61:9
63:14,24 64:8,10
66:13 82:4 85:8

85:15
**told** 39:3,4 87:23
90:3 93:3
**top** 44:7 55:15
68:14,18 90:7
**total** 40:19 42:14
49:3
**totaled** 60:17,22
**totaling** 60:24
**totality** 76:9
**totals** 45:24
**track** 30:19
**tract** 50:2,20
**training** 70:3
**transcribed** 98:8
**transcript** 22:16
23:15 98:11
100:20,22
**transcription** 99:5
**transfer** 37:9
**transferred** 37:1
**transvaginal** 15:7
51:7
**treat** 24:16
**treatment** 81:2
**treatments** 82:7
**tremendous** 12:17
**trial** 23:12 27:1
58:24 75:17 77:16
77:18 78:7,17
79:14 80:2,16,18
81:11 83:22 84:18
84:24 85:4
**trials** 11:10 55:16
56:23 57:2,6,20
77:5 78:3 79:3
**tried** 72:13
**trolling** 34:8
**true** 97:7 98:10,21
100:20,22
**try** 43:10,11,23
66:17 67:19 78:25
**trying** 30:5 34:5
40:2 46:22 60:4
67:7 72:24 87:22
**turn** 66:15 85:17

91:5
**turnaround** 15:22
**turned** 16:3
**turning** 81:17
**tvt** 30:25 39:7,7,8,8
39:8 43:6 44:1
46:7,11 48:9,10
48:11 49:8 50:5
51:13,17 59:25
60:8,18,23 87:21
94:7
**tvto** 39:7 51:18
**twelve** 22:14
**two** 12:20,22,25
13:4 15:16 24:21
30:22 31:2 48:6
67:19
**twothirds** 68:1
**twoyear** 83:8
**tyler** 6:12
**type** 41:16 42:5
45:11 51:2 95:13
**typed** 59:11
**types** 29:24 48:15
49:25 50:7
**typical** 88:14
**typically** 13:24
45:9 93:19

U
**u** 1:6 29:2,2,18 83:3
83:4
**ultimately** 25:13
**unable** 36:23 95:14
**underneath** 62:11
85:22
**understand** 18:18
19:4,4 24:1,9
26:22 27:22 33:2
35:5 38:13 61:24
66:18,22,24 79:6
87:4 89:22 91:25
**understanding**
28:8,9,22 29:6
32:22 37:13 61:10
66:4,25 67:13

75:15
**understood** 35:19
**undertaken** 73:18
**unfortunately** 42:7
**united** 1:1 29:15
68:25
**university** 11:14
**unload** 86:13
**upcoming** 14:13
**update** 12:6 50:24
52:21,25 55:8
73:7
**updated** 46:17
53:25 54:19 55:4
55:8,25 59:3 88:1
**updates** 25:15
73:13
**updating** 26:4
**urinary** 50:2,20
**urology** 8:15
**use** 9:11 13:7 14:1
14:3 38:22 47:12
70:7 75:5 86:4
88:24 89:4,9 90:8
90:12,16,21 91:2
92:8,11,14 93:2
93:21
**user** 31:13
**users** 70:4
**usually** 14:7
**utilize** 13:25

V
**v** 1:9,10,12,13,15
1:17,19,21,23 2:1
2:3,5,7,8,10,13,14
2:16,18,20,22,24
3:1,3,5,7,9,11,13
3:15,17,19,21,23
4:1,3,5,7,9,11,13
4:15,17,19,21,23
5:1,3,5,7,9,11,13
5:15,17,19,21,23
6:1,3,5,7,9,11,12
6:14,16,18,20,22
**vaginal** 8:17

**vague** 26:19 87:2
92:15
**variety** 41:3 69:16
**various** 13:11,12
33:11 73:17 83:16
94:20
**verified** 38:7
**verify** 41:7
**version** 54:19 74:8
74:8 86:6
**versus** 94:11
**virginia** 1:2
**virtue** 64:15 70:1
**vitro** 74:11
**voluntary** 37:10
**vs** 9:5 97:2 99:2

W
**wagstaff** 7:12
**waiting** 14:17
**waive** 21:20
**waived** 98:14
**want** 15:14 16:2,9
16:15 43:15 53:19
55:8 62:9 64:7,9
65:13 67:25 70:21
70:21 72:9 77:15
81:5 82:11,21
85:20 87:13,14
**wanted** 29:21 53:18
53:24 54:7 88:1
**warehouse** 61:14
**warlick** 6:14
**warn** 89:23 90:2
94:11
**warnings** 90:13,23
96:20
**wasnt** 59:6,12
**wave** 1:7 58:8
**way** 17:23 26:24
30:12 57:6 58:13
62:19 68:1 69:25
94:4
**ways** 15:16 91:25
**wcllp** 7:15
**website** 37:18,23

Peggy Pence, Ph.D.

37:24 38:3,6
**wednesday** 7:4
    10:1
**week** 58:16,18
**weeks** 12:17 14:18
    51:22 60:17
**weighed** 70:8
**weisberg** 23:18
    96:6
**weisbergs** 22:10
    23:14 24:2 25:6
**went** 38:7 61:4,5,14
**west** 1:2
**weve** 84:14
**whats** 38:8 53:1
    75:8 82:12 89:5
**white** 8:23 16:18
    18:14
**williams** 6:16
**wilma** 4:1
**wiltgen** 6:18
**wishes** 65:8
**witness** 8:2 10:5
    16:4,25 17:13
    49:20 53:21 77:8
    78:20 92:17 94:14
    98:5,6 99:2
**wolfe** 6:20
**women** 84:6,8,17
**womens** 8:15
**wondering** 81:23
**wont** 49:18 61:10
**words** 13:25
**work** 10:25 15:21
    37:9 45:20 60:2,5
    60:10 65:8
**worked** 36:3 39:24
    51:9
**working** 11:1,12
    14:16 29:14,18
    34:23 35:6,9,10
    35:16,21 52:24
    83:13
**works** 82:9 83:1
**worktable** 61:15
**worlds** 65:7

**worries** 31:19 56:3
**wouldnt** 29:16 47:5
    52:13
**wrap** 94:5,8
**write** 17:8 84:9
**written** 59:7 62:24
    69:15 71:16 79:16
**wrong** 61:5,14
**wrote** 28:1,5,7 86:6

**X**
**x** 8:1 98:15

**Y**
**year** 12:1,2,4,7
    13:1 44:12,15,18
    44:19 51:10 55:1
    82:12
**years** 12:14,20,22
    12:25 13:4 23:5,8
    28:23 35:24 36:2
    36:3 49:7,21
    50:16 58:12,22
    73:14 82:15,17,18
    82:24,25
**yellow** 17:10
**yeses** 78:24
**youd** 48:6
**youll** 26:23 28:1
    61:21 73:4,9,21
    88:14 89:2
**youre** 14:13 18:2
    22:7 29:7 30:3
    43:3 45:4 60:22
    61:1,8,11 62:11
    62:25 63:20,25
    65:14 67:23 71:5
    71:23 74:21 75:16
    77:17 80:15,17,19
    81:2,4,16 82:16
    86:24 87:11 89:17
    94:9

**Z**

**0**
**000** 40:21 44:12,16

45:5,5,21 60:14
**083** 40:19

**1**
**1** 1:7 8:11,18 14:20
    14:21 19:17,18,24
    20:2,4 22:8,17
    23:16 24:5 31:24
    32:1,14 54:21
    58:8 69:17,19
    81:19,21 90:5
    99:4
**10** 8:4 9:7 70:15,16
    71:7 72:1 73:7
    88:21 89:1
**100** 7:5 60:23
**1020** 7:18
**11** 9:9 20:3 32:13
    32:20 72:12,15,18
    73:4,22 96:23
**1124** 7:14
**12** 7:5 9:10 10:2
    12:17 86:15,16,19
**125666** 97:4 99:3
**12585** 7:4 98:1,25
**12cv00258** 5:22
**12cv00261** 2:7
**12cv00279** 6:8
**12cv00344** 3:6
**12cv00347** 4:20
**12cv00358** 2:11
**12cv00368** 1:14
**12cv00369** 3:14
**12cv00423** 2:23
**12cv00443** 4:4
**12cv00455** 3:10
**12cv00469** 6:13
**12cv00470** 5:4
**12cv00476** 1:12
**12cv00481** 5:8
**12cv00483** 2:2
**12cv00486** 2:19
**12cv00493** 3:24
**12cv00499** 6:10
**12cv00500** 6:6
**12cv00501** 5:20

**12cv00505** 6:11
**12cv00510** 4:24
**12cv00511** 6:17
**12cv00516** 2:9
**12cv00517** 4:14
**12cv00554** 1:24
**12cv00567** 5:6
**12cv00595** 3:18
**12cv00651** 1:18
**12cv00654** 5:18
**12cv00663** 5:14
**12cv00666** 4:18
**12cv00683** 3:8
**12cv00746** 4:8
**12cv00747** 2:15
**12cv00748** 1:22
**12cv00779** 4:22
**12cv00786** 6:4
**12cv00806** 3:22
**12cv00809** 4:2
**12cv00829** 3:4
**12cv00848** 2:17
**12cv00861** 5:24
**12cv00878** 2:21
**12cv00887** 4:6
**12cv00931** 2:6
**12cv00938** 4:10
**12cv00957** 3:2
**12cv00960** 1:9
**12cv00997** 6:2
**12cv01011** 3:16
**12cv01013** 4:12
**12cv01021** 5:16
**12cv01023** 1:20
**12cv01119** 5:12
**12cv01121** 3:12
**12cv01215** 1:16
**12cv01216** 6:19
**12cv01267** 2:4
**12cv01273** 6:23
**12cv01275** 4:16
**12cv01278** 5:2
**12cv01294** 3:20
**12cv01299** 2:13
**12cv01318** 1:11
**12cv0276** 6:15

**12cv0335** 6:21
**12cv05664** 5:10
**12th** 79:24
**13** 60:15,15 88:24
**14** 8:11 60:15
**1400** 7:18
**141551** 80:10
**141552** 80:11
**146** 86:3,9,20
**14th** 98:23
**15** 85:16
**150** 80:14
**1533** 10:15 16:10
**16** 8:18 44:16 45:5
    45:21
**17** 8:20
**18** 8:22,23 61:21
    62:9 68:13,16
**1991** 89:20
**1999** 39:4
**1st** 20:24 28:2 59:5
    60:12

**2**
**2** 1:9,11,12,14,16
    1:18,20,22,24 2:2
    2:4,6,7,9,11,13,15
    2:17,19,21,23 3:2
    3:4,6,8,10,12,14
    3:16,18,20,22,24
    4:2,4,6,8,10,12,14
    4:16,18,20,22,24
    5:2,4,6,8,10,12,14
    5:16,18,20,22,24
    6:2,4,6,8,10,11,13
    6:15,17,19,21,23
    8:12 20:18,19
    38:9 42:9,24
    43:12,21 51:19
    52:17 54:18 56:1
    66:23,24 67:2,3,4
    67:13 69:22 99:4
**20** 8:12 64:24,25
    73:14 97:9
**200** 1:8
**2000** 87:16,25

Peggy Pence, Ph.D.

**2003** 44:22 80:11
**2005** 69:7 73:8,12
  74:2,8 86:7,23
  87:15 88:3 89:15
**2006** 37:6
**2007** 44:23,23 72:8
  72:10,11 73:10
**2008** 50:24 56:15
  57:25
**2009** 83:17
**2010** 49:9 79:24
  83:17
**2011** 34:24 35:8,10
  35:16,17 44:9
  50:25 51:5 86:23
  87:15 88:3
**2012** 25:12 26:7
  29:9,11 30:2,10
  37:15 44:12 45:4
  56:15 57:25 73:7
  74:8
**2013** 44:15 45:5
  54:21,22
**2014** 26:10 28:5
  29:9,11 30:2,10
  55:2 56:20 57:19
**2015** 22:10,15 27:3
  28:21 39:5 46:7
  46:14,15,17,18
  55:2
**2016** 1:14 7:4 8:18
  8:19 10:1 20:24
  21:17 22:8,17,24
  23:16 24:5,10,25
  26:13 28:17 31:7
  31:16,21 46:18
  51:18,19 60:12
  97:3 98:23 99:3
**20year** 32:21 37:2
**21** 8:14 63:4
**23** 40:19,21
**2327** 1:5
**24th** 94:6
**26** 8:12
**27** 9:5
**270** 44:9

---
### 3
**3** 8:14 21:7,8 44:12
  45:5 53:17 69:19
  85:19,21 86:11
  87:12 99:5
**30** 23:12 49:11
**300** 7:13
**32** 66:16
**33** 69:8 70:20,25
  71:17 74:13,22
**34** 60:14
**35** 91:5
**36** 91:5
**391586010** 7:19
**3rd** 21:17 24:25
  31:7

---
### 4
**4** 8:16 32:13 51:14
  85:19
**40** 69:2,4
**41** 20:2 85:19
**42** 85:19
**45** 96:23
**4523** 7:19
**4740** 7:13

---
### 5
**5** 8:18 16:18,23
  17:3 55:12,20
  57:8 79:23 80:10
  90:6
**50** 80:13
**500** 59:20
**51** 8:16
**516** 11:11
**54** 63:4
**5600** 7:5
**5th** 11:6

---
### 6
**6** 8:20 17:5,10,17
  73:4 90:7
**60** 60:23
**601** 7:19
**64112** 7:14

---
**67** 60:14

---
### 7
**7** 8:22 18:4,8 88:24
**70** 9:7
**701** 7:14
**72** 9:9

---
### 8
**8** 8:23 18:13,15
  20:3 37:22 79:21
  89:5,11
**816** 7:14
**86** 9:10

---
### 9
**9** 1:14 7:4,5 9:5
  10:1,2 27:10,11
  27:16,22 28:20
  97:3 99:3
**92661** 10:16 16:11
**96** 8:5
**985** 7:19
**99** 46:7

Golkow Technologies, Inc. - 1.877.370.DEPS