# Exhibit L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO WAVE 1 | Master File No. 2:12-MD-02327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' DESIGNATION AND**
**DISCLOSURE OF GENERAL RETAINED EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 205, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Leadership Counsel in the above-captioned civil action submit the following Designation and Disclosure of General Expert Witnesses and persons who may provide expert testimony generally to Wave 1 Plaintiffs' cases pursuant to Rule 702 of the Federal Rules of Evidence.

Below is the list of experts with their contact information and attached as Exhibit A is the list of experts along with the products for which they are providing reports.

**GENERAL RETAINED EXPERTS**

1)    Dr. Bruce Rosenzweig (Urogynecologist)
Rush University Professional Building
1725 West Harrison Street, Suite 358
Chicago, IL 60612

2)    Dr. Daniel Elliott (Urologist)
Mayo Clinic
200 1st Street SW
Rochester, MN 55902

1

3) Dr. Jerry Blaivas (Urologist)
445 East 77th Street
New York, NY 10075

4) Dr. Ralph Zipper (Urogynecologist)
Zipper Urogynecology
1130 S. Harbor City Boulevard
Melbourne, FL 32901

5) Dr. Robert Shull (Urogynecologist)
Scott & White Clinic & Hospital
Department of Obstetrics and Gynecology
2401 S. 31st Street
Temple, Texas 76508

6) Dr. Abbas Shobeiri (Urogyn)
825 NE 10th St
Oklahoma City, OK 73104

7) Dr. Vladimir Iakovlev, M.D. (Pathologist)
St. Michael's Hospital, Division of Pathology
30 Bond Street, Cardinal Carter, Room 2-093
Toronto, ON, M5B1W8
CANADA

8) Prof. Dr. med. Uwe Klinge (Materials)
KLINIK FÜR ALLGEMEIN-, VISZERAL- UND
TRANSPLANTATIONSCHIRURGIE
RWTH Aachen und Universitätsklinikum Aachen
Pauwelsstraße 30
D-52074 Aachen
Germany

9) Prof. Dr.-Ing. Thomas Muehl (Materials)
FH Aachen - University of Applied Sciences
Labor für Elektrische Messtechnik und Prozessdatenverarbeitung
Eupener Str. 70
52066 Aachen
Germany

10) Dr. Howard Jordi (Materials)
Jordi Labs
200 Gilbert Street
Mansfield, MA 02048

11) Dr. Scott Guelcher (Materials)
    Polymer and Chemical Technologies, LLC
    1008 Caldwell Avenue
    Nashville, TN 37204

12) Dr. Jimmy Mays (Materials)
    Department of Chemistry
    University of Tennessee at Knoxville
    655 Buehler Hall
    Knoxville, TN  37996

13) Dr. Russell Dunn (FMEA)
    Polymer and Chemical Technologies, LLC
    1008 Caldwell Avenue
    Nashville, TN 37204

14) Dr. Dionysios Veronikis (Urogyn)
    St. Johns Mercy Medical Center
    Tower B
    621 S New Ballas Rd
    #2002-B
    St. Louis, MO 63141

15) Dr. Michael Thomas Margolis (Urogyn)
    Bay Area Pelvic Surgery
    1820 Ogden Dr.
    Burlingame, California 94010

16) Dr. Anne Wilson (FMEA)
    QA Consulting, Inc.
    7500 Rialto Blvd.
    Bldg. 1, Ste. 225
    Austin, Tx 78735

17) Dr. John Miklos (Urogyn)
    3400 Old Milton Parkway
    Bldg. C, Suite 330
    Alpharetta, GA 30005

18) Dr. Neeraj Kohli (Urogyn)
    70 Walnut St
    Wellesley, MA 02481

19) Dr. Lennox Hoyte (Urogyn)
2 Tampa General Cir # 4
Tampa, FL 33606

20) Dr. Alan Garely (Urogyn)
1 S Central Ave
Valley Stream, NY 11580

21) Dr. Brian Raybon (Urogyn)
79 Doyle St
Toccoa, GA 30577

22) Dr. Robert Moore (Urogyn)
3400 Old Milton Pkwy
Alpharetta, GA 30005

23) Dr. Donald R. Ostergard (Urogyn)
8557 Mountain View Farms Ln
Salida, CO 81201

24) Duane Priddy, Ph.D. (Materials)
Plastic Failure Labs
6004 Camelot Ct
Midland, MI 48640

25) Dr. Anne M. Weber (Urogynecologist)
5626 Sharon Drive
Glen Arm, MD 21057

**GENERAL RETAINED REGULATORY EXPERTS**

Plaintiffs recognize that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling, Plaintiffs reserve the right to designate the following General Regulatory Experts:

26) Dr. Peggy Pence (Regulatory)
Symbion Research International, Inc.
3537 Old Conejo Road, Suite 115
Newbury Park, CA 91320

4

27) Dr. Suzanne Parisian (Regulatory)
     MD Assist, Inc.
     7117 N. 3rd Street
     Phoenix, AZ 85020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Wave 1 Cases* | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S DESIGNATION AND DISCLOSURE OF GENERAL EXPERT WITNESSES**

   I hereby certify that on February 1, 2016, I electronically served Plaintiff's Designation and Disclosure of General Expert Witnesses on counsel of record listed below.

Christy D. Jones
christy.jones@butlersnow.com
William Gage
william.gage@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

David B. Thomas
dthomas@tcspllc.com
Thomas, Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

1

/s/ Bryan F. Aylstock
Bryan F. Aylstock
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
baylstock@awkolaw.com
Counsel For Plaintiff

2

| GENERAL EXPERTS - WAVE 1 | Expert Type |
|---|---|
| **PROLIFT EXPERT REPORTS** | |
| Dr. Daniel Elliott | Urologist |
| Dr. Jerry Blaivas | Urologist |
| Dr. Ralph Zipper | Ob/GYN |
| Dr. Robert Shull | Urogyn |
| Dr. Abbas Shobeiri | Urogyn |
| Dr. Vlad Iakovlev | Pathologist |
| Dr. Uwe Klinge | Materials |
| Dr. Thomas Muehl | Materials |
| Dr. Howard Jordi | Materials |
| Dr. Scott Guelcher | Materials |
| Dr. Jimmy Mays | Materials |
| Dr. Russell Dunn | FMEA |
| Dr. Peggy Pence | Regulatory |
| Dr. Alan Garely | Urogyn |
| Brian Raybon | Urogyn |
| Dr. Donald Ostergard | Urogyn |
| Duane Priddy, Ph.D. | Materials |
| Dr. Anne Weber | Urogyn |
| | |
| **PROLIFT+M EXPERT REPORTS** | |
| Dr. Alan Garely | Urogyn |
| Brian Raybon | Urogyn |
| Dr. Robert Shull | Urogyn |
| Dr. Vlad Iakovlev | Pathologist |
| Dr. Scott Guelcher | Materials |
| Dr. Thomas Muehl | Materials |
| Dr. Russell Dunn | FMEA |
| Dr. Jimmy Mays | Materials |
| Dr. Suzanne Parisian | Regulatory |
| Duane Priddy, Ph.D. | Materials |
| | |
| **PROSIMA EXPERT REPORTS** | |
| Dr. Bruce Rosenzweig | Urogyn |
| Dr. Ralph Zipper | Ob/GYN |
| Dr. Robert Shull | Urogyn |
| Dr. Scott Gulecher | Materials |
| Dr. Uwe Klinge | Materials |
| Dr. Vlad Iakovlev | Pathologist |
| Dr. Howard Jordi | Materials |
| Dr. Thomas Muehl | Materials |
| Dr. Jimmy Mays | Materials |
| Dr. Russell Dunn | FMEA |
| Dr. Peggy Pence | Regulatory |
| Duane Priddy, Ph.D. | Materials |

| | |
|---|---|
| **TVT RETROPUBIC EXPERT REPORTS** | |
| Dr. Bruce Rosenzweig | Urogyn |
| Dr. Dionysios Veronikis | Urogyn |
| Dr. Daniel Elliott | Urologist |
| Dr. Jerry Blaivas | Urologist |
| Dr. Tom Margolis | Urogyn |
| Dr. Scott Guelcher | Materials |
| Dr. Anne Wilson | FMEA |
| Dr. Howard Jordi | Materials |
| Dr. Vlad Iakovlev | Pathologist |
| Dr. Uwe Klinge | Materials |
| Dr. Thomas Muehl | Materials |
| Dr. Jimmy Mays | Materials |
| Dr. Peggy Pence | Regulatory |
| Dr. Suzanne Parisian | Regulatory |
| Duane Priddy, Ph.D. | Materials |
| | |
| **TVT-O EXPERT REPORTS** | |
| Dr. Bruce Rosenzweig | Urogyn |
| Dr. Tom Margolis | Urogyn |
| Dr. Robert Moore | Urogyn |
| Dr. Lennox Hoyte | Urogyn |
| Dr. Abbas Shobeiri | Urogyn |
| Dr. Neeraj Kohli | Urogyn |
| Dr. Daniel Elliott | Urologist |
| Dr. Jerry Blaivas | Urologist |
| Dr. Scott Guelcher | Materials |
| Dr. Jimmy Mays | Materials |
| Dr. Anne Wilson | FMEA |
| Dr. Howard Jordi | Materials |
| Dr. Vlad Iakovlev | Pathologist |
| Dr. Uwe Klinge | Materials |
| Dr. Thomas Muehl | Materials |
| Dr. Peggy Pence | Regulatory |
| Duane Priddy, Ph.D. | Materials |
| | |
| **TVT-S EXPERT REPORTS** | |
| Dr. Bruce Rosenzweig | Urogyn |
| Dr. Daniel Elliott | Urologist |
| Dr. Jerry Blaivas | Urologist |
| Dr. John Miklos | Urogyn |
| Dr. Scott Guelcher | Materials |
| Dr. Jimmy Mays | Materials |
| Dr. Anne Wilson | FMEA |
| Dr. Howard Jordi | Materials |
| Dr. Vlad Iakovlev | Pathologist |

| | |
|---|---|
| Dr. Uwe Klinge | Pathologist |
| Dr. Thomas Muehl | Materials |
| Dr. Suzanne Parisian | Regulatory |
| Duane Priddy, Ph.D. | Materials |
| | |
| **TVT ABBREVO EXPERT REPORTS** | |
| Dr. Bruce Rosenzweig | Urogyn |
| Dr. Jerry Blaivas | Urologist |
| Dr. Scott Guelcher | Materials |
| Dr. Jimmy Mays | Materials |
| Dr. Vlad Iakovlev | Pathologist |
| Dr. Uwe Klinge | Materials |
| Dr. Thomas Muehl | Materials |
| Duane Priddy, Ph.D. | Materials |
| | |
| **TVT EXACT EXPERT REPORTS** | |
| Dr. Bruce Rosenzweig | Urogyn |
| Dr. Jerry Blaivas | Urologist |
| Dr. Scott Guelcher | Materials |
| Dr. Jimmy Mays | Materials |
| Dr. Vlad Iakovlev | Pathologist |
| Dr. Uwe Klinge | Materials |
| Dr. Thomas Muehl | Materials |
| Duane Priddy, Ph.D. | Materials |
| | |
| **GYNEMESH/GYNEMESH PS FLAT MESH** | |
| Dr. Dionysios Veronikis | Urogyn |
| Dr. Scott Guelcher | Materials |
| Dr. Vlad Iakovlev | Pathologist |
| Dr. Uwe Klinge | Materials |
| Dr. Thomas Muehl | Materials |
| Dr. Jimmy Mays | Materials |
| Dr. Donald Ostergard | Urogyn |
| Duane Priddy, Ph.D. | Materials |
| | |
| **PROLENE** | |
| Dr. Jimmy Mays | Materials |
| Duane Priddy, Ph.D. | Materials |
| Dr. Donald Ostergard | Urogyn |