# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **WAVE 1 CASES ON ATTACHED EXHIBIT A** | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, TO LIMIT THE OPINIONS AND TESTIMONY OF DEBRA FROMER, M.D.

**COMES NOW** Plaintiffs in actions listed on attached Exhibit A, by and through the undersigned attorneys, and files this Plaintiffs' *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony Of Debra Fromer, M.D. and would respectfully show the Court that Dr. Fromer should be excluded for the following reasons:

1. Dr. Fromer is not qualified to offer general opinions on the Prolift and TVT-O mesh products, including opinions related to the design these products, the physical properties of these products, including opinions related to pore size, bridging fibrosis, scar platting, inflammation, degradation and shrinkage nor opinions concerning or relating to the biocompatibility of these mesh products in general and Dr. Fromer's opinions in this regard are unreliable and untrustworthy and should be excluded.

2. In support of this motion, Plaintiff has submitted a memorandum of law and also relies upon the following attached exhibits:

   1. A true copy of Dr. Fromer's expert report is attached hereto as Exhibit B.

2. A true copy of the Deposition of Dr. Debra Fromer dated March 29, 2016, defendants' expert, is attached hereto as Exhibit C.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony Of Debra Fromer, M.D. Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: April 21, 2016

Respectfully submitted,

/s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
*Co-Lead Counsel MDL 2325*

/s/Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Daniel Thornburgh, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: baylstock@awkolaw.com
E-mail: rbaggett@awkolaw.com
E-mail: dthornburgh@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on April 21, 2016, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
*Co-Lead Counsel MDL 2325*
