EXHIBIT A

# Curriculum Vitae and Bibliography
# Daniel S Elliott, MD

## Present Academic Rank and Position

| | |
|---|---|
| **Consultant** - Department of Urology, Mayo Clinic, Rochester, Minnesota | 07/2003 - Present |
| **Associate Professor of Urology** - Mayo Clinic College of Medicine | 01/2013 - Present |

## Education

| | |
|---|---|
| Biola University - BS, Biological Science | 1988 |
| School of Medicine, Loma Linda University - MD | 1993 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine - Internship, General Surgery | 1993 - 1994 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine - Resident, Urologic Surgery | 1994 - 1999 |
| Baylor College of Medicine - Fellow, Neurourology, Urodynamics and Voiding Dysfunction | 1999 - 2000 |

## Certification

### Board Certifications

#### American Board of Urology

| | |
|---|---|
| Urology | 2002 - 2012 |
| Urology/Female Pelvic Medicine and Reconstructive Surgery | 2013 - Present |

## Honors and Awards

| | |
|---|---|
| **AUA Resident Award** - John D. Silbar North Central Section | 10/1998 |
| **Urology Grant Recipient** - Pfizer Scholars | 01/1999 |
| **DeWeerd Travel Award Recipient** - Awarding Organization | 06/1999 |
| **Annual Audio-Visual Award - AUA** - American Urological Association, Washington, District of Columbia | 05/2011 |
| **Best Reviewer in 2011 Award - Urodynamics/Incontinence/Female Urology/Neurourology** - The Journal of Urology | 05/2012 |
| **Annual Audio-Visual Award - AUA** - American Urological Association, San Diego, California | 05/2013 |
| **Best Reviewer in 2012 Award - Urodynamics/Incontinence/Female Urology/Neurourology** - The Journal of Urology | 05/2013 |
| **Kelalis Resident Essay Competition** - Minnesota Urological Society, Lakeland, Minnesota | 02/2015 |
| **The North Central Traveling Fellowship Award** - North Central Section American Urological Association | 11/2015 |

## Previous Professional Positions and Major Appointments

| | |
|---|---|
| **Senior Associate Consultant** - Department of Urology, Mayo Clinic, Rochester, Minnesota | 07/2000 - 06/2003 |
| **Assistant Professor of Urology** - Mayo Clinic College of Medicine | 04/2002 - 12/2012 |

## Professional and Community Memberships, Societies, and Services

Daniel S Elliott, MD

**Professional Memberships and Services**

| | |
|---|---|
| American Association of Clinical Urologists | |
| Member | 1998 - 2005 |
| American Medical Association | |
| Member | 1991 - 2001 |
| American Urological Association | |
| Member | 2000 - Present |
| European Association of Urology | |
| International Member | 03/2013 - Present |
| Section of Female and Functional Urology | |
| International Member | 04/2013 - Present |
| Section of Genitourinary Reconstructive Surgeons | |
| International Member | 03/2013 - Present |
| Committee Member | 04/2014 - Present |
| International Continence Society | |
| Member | 2001 - Present |
| International Pelvic Pain Society | |
| Member | 05/2014 - Present |
| International Urogynecologic Association | |
| Member | 05/2013 - Present |
| International Urogynecologic Society | |
| Member | 2003 - Present |
| Minimally Invasive Robotic Association | |
| Member | 2005 - Present |
| Minnesota Medical Association | |
| Member | 2002 - Present |
| Zumbro Valley Medical Society | |
| Member | 2002 - Present |
| Minnesota Urological Society | |
| Member | 2006 - Present |
| Olmsted County Medical Association | |
| Member | 2002 - Present |
| Society for Urodynamics & Female Urology | |
| Member | 2002 - Present |
| Education Committee | |
| Committee Member | 08/2014 - Present |
| Society of Laparoendoscopic Surgeons | |
| Member | 2005 - Present |
| Society of Urologic Prosthetic Surgeons | |
| Member | 2005 - Present |

# Journal Responsibilities

## Journal Editorial Responsibilities

Journal of Gynecology and Obstetrics

Editorial Board Member

Journal of Robotic Surgery
>
> Consulting Editor

**Journal Other Responsibilities**

Archives of Gynecology and Obstetrics
>
> Reviewer

Canadian Urological Association Journal
>
> Reviewer

Cleveland Clinic Journal of Medicine
>
> Reviewer

Contemporary Clinical Trials
>
> Reviewer

European Journal of Obstetrics & Gynecology and Reproductive Biology
>
> Reviewer

European Urology
>
> Reviewer

International Urogynecology Journal
>
> Reviewer

Journal of Endourology
>
> Reviewer

Journal of Investigative Urology
>
> Reviewer

Mayo Clinic Health Letter
>
> Reviewer

Mayo Clinic Proceedings
>
> Reviewer

Nature Clinical Practice Urology
>
> Reviewer

Neurourology and Urodynamics
>
> Reviewer

Obstetrics & Gynecology International Journal
>
> Reviewer

The Journal of Urology
>
> Reviewer

Urologia Internationalis
>
> Reviewer

## Educational Activities

### Teaching Intramural

Prostate Pathology                                                03/2005
Mayo Medical School
Rochester, Minnesota


## Institutional/Departmental Administrative Responsibilities, Committee Memberships, and Other Activities

**Mayo Clinic**

Mayo Clinic Formulary Committee
    Committee Member                               2000 - 2003

**Mayo Clinic in Rochester**

Department of Urology
    Clinical Competency Committee
        Chair                                    01/01/2015 - Present
        Committee Member                  10/15/2013 - Present
    Clinical Practice Committee
        Committee Member                  2000 - 2004
    Education Committee
        Committee Member                  02/11/2003 -
                                                11/11/2008
        Committee Member                  10/15/2013 - Present

# Presentations Extramural

## National or International

### Invited

Robotic Urogynecologic Surgery                   03/2008
3rd Annual World Robotic Urology Symposium
Orlando, Florida

Robotic Sacrocolpopexy                           01/2009
2009 International Robotic Urology Symposium (IRUS), Henry Ford Health System
Las Vegas, Nevada

Current Status Robotic GYN Surgery               01/2010
2010 International Robotic Urology Symposium (IRUS), Henry Ford Health System
Las Vegas, Nevada

Robotic Sacrocolpopexy                           09/2010
28th World Congress on Endourology and SWL
Chicago, Illinois

Female Urology                                   09/2010
28th World Congress on Endourology and SWL
Chicago, Illinois

Optimizing Quality of Life With Regard to Urologic Function After Sacrectomy   01/2013
The 4th Annual Sacral Tumor Study Group Conference, Massachusetts General
Hospital
Boston, Massachusetts

A Comparison of Artificial Urinary Sphincter Device Outcomes Among Patients With   02/2015
and Without Diabetes
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Daniel S Elliott, MD

Scottsdale, Arizona

| | |
|---|---|
| A Prospective Evaluation of Complications After Artificial Urinary Sphincter Placement and Their Impact on Device Survival<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)<br>Scottsdale, Arizona | 02/2015 |
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)<br>Scottsdale, Arizona | 02/2015 |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)<br>Scottsdale, Arizona | 02/2015 |
| Holmium Laser Excision of Genitourinary Mesh Exposure Following Anti-Incontinence Surgery: Minimum 6 Month Follow-up<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)<br>Scottsdale, Arizona | 02/2015 |
| Outcomes for Artificial Urinary Sphincter Placement After Prior Male Urethral Sling Failure<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)<br>Scottsdale, Arizona | 02/2015 |
| The Effect of BMI on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)<br>Scottsdale, Arizona | 02/2015 |
| Treatment of Bladder and Urethral Mesh Erosion: Remove and Reconstruct<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)<br>Scottsdale, Arizona | 02/2015 |
| Urethral Management During Artificial Urinary Sphincter Explantation for Erosion<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)<br>Scottsdale, Arizona | 02/2015 |
| Male Urinary Incontinence Management<br>Association Française d'Urologie (AFU) / American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |

| | |
|---|---|
| Negative Impact of Prior Sling on AUS Device Survival<br>North Central Section of the American Urological Association (AUA)<br>United States of America | 11/2015 |

**Oral**

| | |
|---|---|
| Long Term Follow-Up of Endoscopically Treated Upper Tract Transitional Cell Carcinoma<br>American Urological Association Annual Meeting<br>Las Vegas, Nevada | 04/1995 |
| Long Term Analysis of 323 AMS 800 Artificial Urinary Sphincters<br>Urodynamics Subsection Meeting, American Urological Association<br>Orlando, Florida | 05/1996 |
| Transabdominal Enzymatic Ablation of the Prostate in the Canine Model: Evaluation for Use for the Treatment of Outflow Obstruction Due to Benign Prostatic Hyperplasia<br>Urodynamics Subsection Meeting, American Urological Association<br>Orlando, Florida | 05/1996 |
| Analysis of Functional Durability of AMS 800 Artificial Urinary Sphincter: The Mayo Clinic Results<br>American Urological Association Annual Meeting<br>New Orleans, Louisiana | 04/1997 |
| Long Term Follow-Up Primary Realignment of Urethral Disruption Following Pelvic Fracture<br>American Urological Association Annual Meeting<br>New Orleans, Louisiana | 04/1997 |
| Does Reoperation on an Artificial Urinary Sphincter Increase the Likelihood for Further Reoperations for Mechanical or Nonmechanical Failure?<br>American Urological Association Annual Meeting<br>San Diego, California | 06/1998 |
| Is Nephroureterectomy Necessary in All Cases of Upper Tract Transitional Cell Carcinoma? Long Term Results of Conservative Endourology Management of Upper Tract Transitional Cell Carcinoma in Individuals with Normal Contralateral Kidneys<br>American Urological Association Annual Meeting<br>Dallas, Texas | 05/1999 |
| Durability of Cadaveric Pubovaginal Sling<br>American Urological Association Annual Meeting<br>Anaheim, California | 06/2001 |
| Does the Addition of Antibiotic Prophylaxis to CIC Alter the Incidence of UTI?<br>American Urological Association Annual Meeting | 06/2002 |

Orlando, Florida

| | |
|---|---|
| Surgical Approach for Placement of SPARC Suburethral Sling<br>North Central Section, American Urological Association<br>Chicago, Illinois | 10/2002 |
| SPARC suburethral sling: technique and results (Video Presentation)<br>Western Section, American Urological Association<br>Kauai, Hawaii | 11/2002 |
| Robotic laparoscopic sacrocolpopexy: new surgical technique for the treatment of<br>vaginal vault prolapse (Video Presentation)<br>American Urological Association<br>Chicago, Illinois | 04/2003 |
| Colloquium-ICS/IUGA 2004<br>Paris, France | 08/2004 |
| Robotic-Assisted Laparoscopic Management of Vaginal Vault Prolapse<br>Minimally Invasive Robotics Association<br>Innsbruck, Austria | 12/2005 |
| Advancement in Salvage Procedure Following Failed Artificial Urinary Sphincter:<br>Tandem Transcorporal Artificial Urinary Sphincter Cuff Technique (Video<br>Presentation)<br>American Urological Association<br>Atlanta, Georgia | 05/2006 |
| Tandem Transcorporal Artificial Urinary Sphincter Cuff Salvage Technique<br>Following Previous Cuff Erosion and Infection: Surgical Description and Outcome<br>Western Section, American Urological Association<br>Maui, Hawaii | 10/2006 |
| Assessment of Durability of Robotic Sacrocolpopexy for the Treatment of Vaginal<br>Vault Prolapse<br>Minimally Invasive Robotics Association<br>New York, New York | 01/2007 |
| Minimally Invasive Advances: Stress Incontinence<br>Mayo Clinic Rochester, Department of Urology<br>Kohala Coast, Hawaii | 02/2007 |
| Treatment Options for the Failed Sling<br>Mayo Clinic Rochester, Department of Urology<br>Kohala Coast, Hawaii | 02/2007 |
| American Urological Association Annual Meeting | 05/2007 |

Daniel S Elliott, MD

Anaheim, California

| | |
|---|---|
| Robotics use in Gynecology: the Mayo Clinic experience | 06/2007 |
| Robotic Surgery: Facts or Fiction? | |
| Milano, Italy | |
| | |
| Indication and Management of Artificial Urinary Sphincter | 10/2007 |
| 7th Osijek Urological Days | |
| Osijek, Croatia | |
| | |
| Robotics Use in Gyenocology | 10/2007 |
| 7th Osijek Urological Days | |
| Osijek, Croatia | |
| | |
| Robotic Urogynecologic Surgery | 03/2008 |
| 3rd Annual World Robotic Urlogy Symposium | |
| Orlando, Florida | |
| | |
| Latest Advances and Treatment of Complications in Minimally Invasive Treatments for Stress Incontinence | 05/2008 |
| American Urological Association (AUA) | |
| Orlando, Florida | |
| | |
| Severe, recurrent bladder neck contracture after prostatectomy: Salvage with urethral wall stent(Video and Poster Presentation) | 05/2008 |
| American Urological Association (AUA) | |
| Orlando, Florida | |
| | |
| Surgical Advances of Stress Urinary Incontinence | 05/2008 |
| Indian American Urological Association (IAUA) | |
| Orlando, Florida | |
| | |
| Robotic Sacrocolpopexy | 01/2009 |
| International Robotic Urology Symposium, Henry Ford Health System | |
| Las Vegas, Nevada | |
| | |
| Management of Complications Following Anti-Incontinence Procedures | 02/2009 |
| Mayo Clinic, Department of Urology, Rochester Meeting | |
| Kona, Hawaii | |
| | |
| Minimally Invasive Advances: Stress Incontinence | 02/2009 |
| Mayo Clinic, Department of Urology, Rochester Meeting | |
| Kona, Hawaii | |
| | |
| Overactive Bladder: Current Concepts of Management | 02/2009 |
| Mayo Clinic, Department of Urology, Rochester Meeting | |
| Kona, Hawaii | |

Daniel S Elliott, MD

|  | 04/2009 |
| American Urological Association (AUA) | |
| Chicago, Illinois | |

Robotic repair for vaginal prolapse has significant benefits — 11/2009
North Central Section of the AUA - 83rd Annual Meeting
Scottsdale, Arizona

Current Status Robotic GYN Surgery — 01/2010
International Robotic Urology Symposium, Henry Ford Health System
Las Vegas, Nevada

Robotics for Female Pelvic Reconstruction: Who, When and What? — 05/2010
American Urological Association (AUA)
San Francisco, California

Results of Urethral Wrap As Salvage Treatment Option Following Multiple Failed — 09/2010
Artificial Urinary Sphincters
North Central Section of the AUA
Chicago, Illinois

Small intestinal submucosa urethral wrap as a salvage treatment option following — 05/2011
multiple failed artificial urinary sphincters
Audio-Visual
American Urological Association (AUA)
Washington, District of Columbia

Long-Term Results of Small Intestinal Submucosa at Artificial Urinary Sphincter — 10/2011
Placement for Management of Persistent / Recurrent Incontinence Following
Multiple Sphincter Failures and Erosions
North Central Section of the AUA
Rancho Mirage, California

OAB Current Concepts and Management — 02/2012
Mayo Clinic Reviews in Urology
Kohala Coast, Hawaii

Transvaginal Mesh Kits Complications and Alternatives — 02/2012
Mayo Clinic Reviews in Urology
Kohala Coast, Hawaii

Treatment and Evaluation of the Complicated Artificial Urinary Sphincter Patient — 02/2012
Mayo Clinic Reviews in Urology
Kohala Coast, Hawaii

Vaginal Mesh for POP: what's the data show? — 05/2012
American Urological Association (AUA)
Atlanta, Georgia

| | |
|---|---|
| How do different centres perform Robot-assisted-Sacrocolpopexy?<br>4th Annual Society of European Robotic Gynecological Surgery (SERGS)<br>Marseille, France | 06/2012 |
| Comparative Surgical Complications of the Robotic Sacrocolpopexy for Pelvic<br>Organ Prolapse vs. Traditional Transabdominal Sacrocolpopexy<br>European Robotic Urology Symposium (ERUS)<br>London, United Kingdom | 09/2012 |
| Infection of Antibiotic-Coated Artificial Urinary Sphincters<br>North Central Section of the AUA<br>Chicago, Illinois | 10/2012 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the<br>treatment of rectourethral fistulas<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction<br>(SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Impact of Patient Obesity on Robotic Sacrocolpopexy for the Treatment of Vaginal<br>Vault Prolapse<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction<br>(SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Robotic Transvesical Rectourethral Fistula Repair Following a Robotic Radical<br>Prostatectomy (Video Presentation)<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction<br>(SUFU)<br>Las Vegas, Nevada | 02/2013 |
| The Impact of Prior Radiotherapy on Outcomes Following Surgical Repair of a<br>Rectourethral Fistula in Men with Prostate Cancer<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction<br>(SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the<br>treatment of rectourethral fistulas<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Impact of Patient Obesity on Robotic Sacrocolpopexy for the Treatment of Vaginal<br>Vault Prolapse<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Long Term Risk for Repeat Anti-Incontinence Surgery following Urethrolysis: A<br>Review of 100 Patients<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |

| | |
|---|---|
| Long-Term Outcomes of Patients Undergoing the Standard Versus Modified (5 Points of Fixation, 1 Point of Plication) Technique for Virtue Male Sling Placement (Video Presentation)<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Robotic Transvesical Rectourethral Fistula Repair Following a Robotic Radical Prostatectomy (Video Presentation)<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| The Impact of InhibiZone on Artificial Urinary Sphincter Infection Rate<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Impact of patient obesity on robotic sacrocolpopexy for the treatment of vaginal vault prolapse<br>3rd International Meeting &quot;Challenges in Endourology & Functional Urology&quot;<br>Paris, France | 06/2013 |
| Long-Term Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Device Explantation for Erosion and/or Infection<br>South Central Section of the AUA<br>Chicago, Illinois | 09/2013 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Impact of patient obesity on robotic sacrocolpopexy for the treatment of vaginal vault prolapse<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Long Term Risk for Need to Repeat Anti-Incontinence Surgery Following Urethrolysis: A Review of 144 Patients<br>North Central Section of the AUA<br>Naples, Florida | 10/2013 |
| Long-term impact of artificial urinary sphincter reimplantation following prior device explantation for erosion and/or infection<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Long-Term Outcomes for Artificial Urinary Sphincter Reimplantation after Explanation for Erosion or Infection<br>North Central Section of the AUA<br>Naples, Florida | 10/2013 |

Daniel S Elliott, MD

Simultaneous Cuff-Only Artificial Urinary Sphincter at Augmentation Cystoplasty in Children and Young Adults
North Central Section of the AUA
Naples, Florida

10/2013

Long-Term Device Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Explantation for Erosion or Infection
Society of Urodynamics Female Pelvic Medicine & Urogenital Reconstruction
Miami, Florida

02/2014

Risk Factors for Intraoperative Conversion During Robotic Sacrocolpopexy
Society of Urodynamics Female Pelvic Medicine & Urogenital Reconstruction
Miami, Florida

02/2014

Results of artificial urinary sphincter reimplantation following previous erosion and/or infection
29th Annual Congress of the European Association of Urology
Stockholm, Sweden

04/2014

Autologous Transobturator Mid-Urethral Sling Placement: A Novel Outpatient Procedure for Female Stress Urinary Incontinence (Video Presentation)
American Urological Association (AUA)
Orlando, Florida

05/2014

Surgical Management of Female Benign Urethral Stricture Disease: A Ten Year Experience
American Urological Association (AUA)
Orlando, Florida

05/2014

Autologous Transobturator Mid-Urethral Sling Placement for Female Stress Urinary Incontinence (Video Presentation)
North Central Section of the American Urological Association (AUA)
Chicago, Illinois

09/2014

Urethral Management at the Time of Artificial Urinary Sphincter Erosion, Is Urethral Catheterization Alone Enough?
North Central Section of the American Urological Association (AUA)
Chicago, Illinois

09/2014

Holmium Laser Excision of Genitourinary Mesh Exposure Following Anti-Incontinence Surgery: Minimum 6 Month Follow-up
American Urological Association (AUA)
New Orleans, Louisiana

05/2015

A Comparison of Artificial Urinary Sphincter Device Outcomes Among Patients with and Without Diabetes
North Central Section of the American Urological Association (AUA)
Amelia Island, Florida

11/2015

Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence
North Central Section of the American Urological Association (AUA)
Amelia Island, Florida
11/2015

Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters
North Central Section of the American Urological Association (AUA)
Amelia Island, Florida
11/2015

Infection/Erosion Rates for Artificial Urinary Sphincter Revision After Mechanical Device Failure or Urethral Atrophy
North Central Section of the American Urological Association (AUA)
Amelia Island, Florida
11/2015

Long Term Continence Outcomes and Retreatment Rates Following Artificial Urinary Sphincter Placement: An Analysis of 1082 Cases at Mayo Clinic
North Central Section of the American Urological Association (AUA)
Amelia Island, Florida
11/2015

The Prospective Impact of Body Mass Index on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence
North Central Section of the American Urological Association (AUA)
Amelia Island, Florida
11/2015

**Poster**

Robot-Assisted Laparoscopic Sacrocolpopexy for Treatment of High Grade Vaginal Vault Prolapse: Surgical Technique and Initial Experience
29th Congress of the Societe Internationale d'Urologie
Paris, France
09/2007

Robot Sacrocolpopexy: A Review of the Learning Curve in Fifty Casesl
4th World Congress on Controversies in Urology (CURy)
Paris, France
01/2011

Impact of Radiotherapy on Surgical Repair and Outcomes in Patients with Rectourethral Fistula.
67th Annual Meeting of the Canadian Urological Association
Alberta, Canada
06/2012

Outcomes and Predictors of Reoperation After Sling Release Surgery
American Urological Association (AUA)
Orlando, Florida
05/2014

Term Device Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Explantation for Erosion or Infection
American Urological Association (AUA)
Orlando, Florida
05/2014

| | |
|---|---|
| Factors Associated with Intraoperative Conversion During Robotic Sacrocolpopexy<br>North Central Section of the American Urological Association (AUA)<br>Chicago, Illinois | 09/2014 |
| A Prospective Evaluation of Complications After Artificial Urinary Sphincter Placement and Their Impact on Device Survival<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Artificial Urinary Sphincter Outcomes in Octogenarians<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Perioperative Impact of Androgen Deprivation Therapy on Artificial Urinary Sphincter Placement<br>Western Section of the AUA<br>Indian Wells, California | 10/2015 |
| The Protective Impact of Body Mass Index on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence<br>South Central Section of the American Urological Association (AUA)<br>Scottsdale, Arizona | 10/2015 |

**Regional**

**Invited**

| | |
|---|---|
| Rectocele<br>Office of Women's Health brown bag<br>Rochester, Minnesota | 10/2004 |
| Incontinence and Other Urological Issues<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>HealthLine - KROC Radio<br>Rochester, Minnesota | 08/2007 |
| A Practical Approach to Treating Incontinence<br>Clinical Reviews, Rochester Civic Center<br>Rochester, Minnesota | 10/2008 |
| A Practical Approach to Treating Incontinence<br>Clinical Reviews, Rochester Civic Center<br>Rochester, Minnesota | 11/2008 |

| | |
|---|---|
| Incontinence and Other Urological Issues<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 03/2010 |
| Urinary Incontinence<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 03/2011 |
| Incontinence: Causes and Treatments<br>Prostate Cancer Support Group<br>Rochester, Minnesota | 02/2013 |
| Urinary Incontinence<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 05/2014 |
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence<br>Minnesota Urological Society (MUS) Spring Seminar<br>Minneapolis, Minnesota | 03/2015 |
| Management of Concomitant SUI and Stricture Disease<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Managing the Mesh Mess - Diagnosing and Managing Mesh Complications and Non-Mesh Alternatives<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Surgical Tips to Optimize Outcomes of AUS Placement<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Incontinence<br>Radio Broadcast, Hosted by Tracy McCray<br>Mayo Clinic Radio<br>Rochester, Minnesota | 12/2015 |

**Oral**

| | |
|---|---|
| Paratesticular Angiomyofibroblastoma<br>North Central Section, American Urological Association<br>Minneapolis, Minnesota | 09/1995 |
| Does the Degree of Preoperative Elevation PSA Exclude a Patient for | 10/1996 |

Consideration for Radical Retropubic Prostatectomy?
North Central Section, American Urological Association
Tucson, Arizona

Does Reoperation of an Artificial Sphincter Place the Patient at an Increased Risk    10/1998
for Subsequent Reoperation
North Central Section, American Urological Association
Amelia Island, Florida

Combined Stent and Artificial Urinary Sphincter for Management of Severe            10/2000
Recurrent Bladder Neck Contractures and Stress Incontinence after Prostatectomy:
A Long-Term Evaluation.
North Central Section, American Urological Association
Phoenix, Arizona

Does Nocturnal Deactivation of the Artificial Urinary Sphincter Lessen the Risk for    10/2000
Urethral Atrophy?
North Central Section, American Urological Association
Phoenix, Arizona

Is Fascia Lata Allograft Material Trustworthy for Pubovaginal Sling Repair           10/2000
North Central Section, American Urological Association
Phoenix, Arizona

Robotics Surgery for Vaginal Prolapse                                            06/2007
Controversies in Women's Health Symposium 2007
Nisswa, Minnesota

**Unclassified**

Artificial Urinay Sphincter Mechanical Failures: Is It Better To Replace The Entire    02/2016
Device Or Just The Malfunctioning Component?
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Effects Of Smoking Status On Device Survical Among Individuals Undergoing           02/2016
Artificial Urinary Sphincter Placement
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Long-Term Outcomes Following Artificial Urinary Sphincter Placement: An Analysis      02/2016
Of 1082 Cases At Mayo Clinic
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Long-Term Subjective And Functional Outomes Of Primary And Secondary             02/2016
Artificial Urinary Sphincter Implantations Among Men With Stress Urinary
Incontinence
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Daniel S Elliott, MD

| | | |
|---|---|---|
| Predictors Of Poor Patient Satisfaction Following Primary AUS Placement Among Men With And Without A Prior History Of Radiation<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | | 02/2016 |
| Temporal Pattern Of Artificial Urinary Sphincter (AUS) Cuff Erosions Indicating Differing Etiologies Of AUS Cuff Erosions<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | | 02/2016 |

## Visiting Professorship

### Visiting Professorships

| | |
|---|---|
| Minnesota Urological Society Pyelogram Conference<br>The Artificial Urinary Sphincter: Proper Patient Selection, Implantation and Troubleshooting<br>Lakeland, Minnesota, United States of America | 11/07/2014 |
| University of California Irvine<br>AUS: Patient Selection and Complications Management<br>Irvine, California, United States of America | 03/16/2015 |

## Research Grants Awarded

## Completed Grants

### Federal

| | | |
|---|---|---|
| Co-Investigator | Selenium and Vitamin E Cancer Prevention Trial (SELECT). Funded by National Cancer Institute. (U10 CA 37429-SELECT) | 01/2010 - 12/2010 |

### Industry

| | | |
|---|---|---|
| Principal Investigator | Are There Histological and Tensile Strength Variations in Autologous, Allograft and SIS Pubovaginal Slings Over Time Using the Rabbit Model. Funded by Mentor Corporation. (MENTOR #5, 1A4575) | 10/2002 - 09/2003 |
| Co-Investigator | Single Looped Mechanical Urinary Sphincter: Determination of Required Urethral Constriction Forces to Provide Adequate Urinary Continence in the Canine Model. Funded by Dacomed, Inc.. (Dacomed #1) | 10/1995 - 12/1995 |
| Co-Investigator | Clinical Investigation of the Safety and Performance of Timm Medical Technologies' Artificial Urinary Sphincter (TIMM-AUS). Funded by Timm Medical Technologies. (Timm # 1) | 06/1999 - 02/2005 |
| Co-Investigator | A Randomized, Double-Blind, Parallel-Group Study to Investigate the Effects of a Single Oral Dose of L-753099 Compared to Placebo and Toleridine on Urodynamic Parameters in Healthy Male Volunteers. Funded by Merck & Co., Inc.. (Merck 138) | 07/1999 - 12/2003 |
| Co-Investigator | The Safety, Local Tolerability, Pharmacokinetics, and Risk Benefit of Oxybutynin Transvaginal Rings (TVR) in Women with a History of Overactive Bladder. Funded by Advanced Biologics. (BIOLOGICS #1) | 01/2001 - 12/2003 |

| Co-Investigator | An Eight-Week, Double-Blind, Randomized, Parallel Group Design, Multicenter Study of FLOMAX Capsules, 0.4 mg Daily Vs. Placebo, in Female Patients w/ Lower Urinary Tract Symptoms (LUTS) w/ a Significant Component of Voiding Symptoms. Funded by Boehringer Ingelheim. (BOEHRINGER #34) | 06/2001 - 07/2003 |
| Co-Investigator | Veritas Collagen Matrix Urological Sling Postmarketing Clinical Study Protocol. Funded by Bio-Vascular, Inc.. (BIOVASCULAR #1) | 10/2001 - 09/2003 |

**Mayo Clinic**

| Principal Investigator | Transurethral Enzymatic Ablation of the Prostate (TEAP); Short-term Concentration Study. Funded by Department Discretionary Funds. (Immuno 2) | 09/1995 - 12/2003 |

# Bibliography

**Peer-reviewed Articles**

1.  Gleason PE, **Elliott DS**, Zimmerman D, Smithson WA, Kramer SA. Metastatic testicular choriocarcinoma and secondary hyperthyroidism: case report and review of the literature. J Urol. 1994 Apr; 151(4):1063-4. PMID:8126794

2.  **Elliott DS**, Blute ML, Patterson DE, Bergstralh EJ, Segura JW. Long-term follow-up of endoscopically treated upper urinary tract transitional cell carcinoma. Urology. 1996 Jun; 47(6):819-25. PMID:8677570 DOI:10.1016/S0090-4295(96)00043-X

3.  **Elliott DS**, Barrett DM. Long-term followup and evaluation of primary realignment of posterior urethral disruptions. J Urol. 1997 Mar; 157(3):814-6. PMID:9072573

4.  **Elliott DS**, Barrett DM. The artificial urinary sphincter in the female: indications for use, surgical approach and results. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9(6):409-15. PMID:9891964

5.  **Elliott DS**, Barrett DM. Mayo Clinic long-term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases. J Urol. 1998 Apr; 159(4):1206-8. PMID:9507835

6.  Brown JA, **Elliott DS**, Barrett DM. Postprostatectomy urinary incontinence: a comparison of the cost of conservative versus surgical management. Urology. 1998 May; 51(5):715-20. PMID:9610584

7.  **Elliott DS**, Barrett DM. The artificial genitourinary sphincter. Digital Urology Journal. 1998 Jul.

8.  **Elliott DS**, Timm GW, Barrett DM. An implantable mechanical urinary sphincter: a new nonhydraulic design concept. Urology. 1998 Dec; 52(6):1151-4. PMID:9836575

9.  **Elliott DS**, Boone TB. Urethral devices for managing stress urinary incontinence. Journal of Endourology. 2000 Feb; 14(1):79-83. PMID:10735576

10. **Elliott DS**, Barrett DM. Artificial urinary sphincter implantation using a bulbous urethral cuff: perioperative care. Urol Nurs. 2000 Apr; 20(2):89-90, 95-8. PMID:11998129

11. Frank I, **Elliott DS**, Barrett DM. Success of de novo reimplantation of the artificial genitourinary sphincter. J Urol. 2000 Jun; 163(6):1702-3. PMID:10799164

12. Petrou SP, **Elliott DS**, Barrett DM. Artificial urethral sphincter for incontinence. Urology. 2000 Sep 1; 56(3):353-9. PMID:10962293

13. **Elliott DS**, Boone TB. Is fascia lata allograft material trustworthy for pubovaginal sling repair? Urology. 2000 Nov 1; 56(5):772-6. PMID:11068297

14. **Elliott DS**, Boone TB. Recent advances in the management of the neurogenic bladder. Urology. 2000 Dec 4; 56(6 Suppl 1):76-81. PMID:11114567

15. **Elliott DS**, Boone TB. Combined stent and artificial urinary sphincter for management of severe recurrent bladder neck contracture and stress incontinence after prostatectomy: a long-term evaluation. J Urol. 2001 Feb; 165(2):413-5. PMID:11176385   DOI:10.1097/00005392-200102000-00014

16. **Elliott DS**, Mutchnik S, Boone TB. The "bends" and neurogenic bladder dysfunction. Urology. 2001 Feb; 57(2):365. PMID:11182361

17. Kim IY, **Elliott DS**, Husmann DA, Boone TB. An unusual presenting symptom of sarcoidosis: neurogenic

Daniel S Elliott, MD

bladder dysfunction. J Urol. 2001 Mar; 165(3):903-4. PMID:11176503

18.   Petrou SP, **Elliott DS**. Artificial urethral sphincter for incontinence in adults. Drugs Today (Barc) 2001 Apr; 37(4):237-244. PMID:12768224

19.   **Elliott DS**, Barrett DM, Gohma M, Boone TB. Does nocturnal deactivation of the artificial urinary sphincter lessen the risk of urethral atrophy? Urology. 2001 Jun; 57(6):1051-4. PMID:11377302

20.   **Elliott DS**, Segura JW, Lightner D, Patterson DE, Blute ML. Is nephroureterectomy necessary in all cases of upper tract transitional cell carcinoma? Long-term results of conservative endourologic management of upper tract transitional cell carcinoma in individuals with a normal contralateral kidney. Urology. 2001 Aug; 58(2):174-8. PMID:11489692

21.   Lightner DJ, **Elliott D**, Gillett M. Surgeon's corner. Transvaginal culdoplasty for posthysterectomy vaginal vault prolapse. Contemp Urol. 2003 Sep; 15(9):15-22. PMID:0

22.   DiMarco DS, **Elliott DS**. Tandem cuff artificial urinary sphincter as a salvage procedure following failed primary sphincter placement for the treatment of post-prostatectomy incontinence. J Urol. 2003 Oct; 170(4 Part 1):1252-4. PMID:14501735

23.   **Elliott DS**, Barrett DM. Current indications for the use of the artificial genitourinary sphincter and management of its complications. The Scientific World Journal. 2004; 4(S1):114-27.

24.   Di Marco DS, Chow GK, Gettman MT, **Elliott DS**. Robotic-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. Urology. 2004 Feb; 63(2):373-6. PMID:14972496  DOI:10.1016/j.urology.2003.09.033

25.   Dora CD, Dimarco DS, Zobitz ME, **Elliott DS**. Time dependent variations in biomechanical properties of cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh and autologous fascia in the rabbit model: implications for sling surgery. J Urol. 2004 May; 171(5):1970-3. PMID:15076323 DOI:10.1097/01.ju.0000121377.61788.ad

26.   **Elliott DS**, Frank I, DiMarco DS, Chow GK. Gynecologic use of robotically assisted laparoscopy: sacrocolpopexy for the treatment of high-grade vaginal vault prolapse. Am J Surg. 2004 Oct; 188(4A Suppl S):52S-56S. PMID:15476652

27.   Krambeck AE, Dora CD, Sebo TJ, Rohlinger AL, DiMarco DS, **Elliott DS**. Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model. Urology. 2006 May; 67(5):1105-10. PMID:16698388  PMCID:0  DOI:10.1016/j.urology.2005.11.036

28.   **Elliott DS**, Chow GK, Gettman M. Current status of robotics in female urology and gynecology. World J Urol. 2006 Jun; 24(2):188-92. Epub 2006 Mar 24. PMID:16557388  PMCID:0  DOI:10.1007/s00345-006-0071-5

29.   Petrou SP, Thiel DD, Elliot DS, Broderick GA, Wehle MJ, Young PR. Does indigo carmine prevent early artificial urinary sphincter cuff erosion? Can J Urol. 2006 Aug; 13(4):3195-8. PMID:16952328

30.   **Elliott DS**, Krambeck AE, Chow GK. Long-term results of robotic assisted laparoscopic sacrocolpopexy for the treatment of high grade vaginal vault prolapse. J Urol. 2006 Aug; 176(2):655-9. PMID:0

31.   Routh JC, Crimmins CR, Leibovich BC, **Elliott DS**. Impact of Parkinson's disease on continence after radical prostatectomy. Urology. 2006 Sep; 68(3):575-7. Epub 2006 Sep 18. PMID:16979722 DOI:10.1016/j.urology.2006.03.025

32.   **Elliott DS**, Siddiqui SA, Chow GK. Assessment of the durability of robot-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. J Robot Surg. 2007; 1(2):163-8. Epub 2007 Jun 19. PMID:25484955  PMCID:4247457  DOI:10.1007/s11701-007-0028-8

Daniel S Elliott, MD

33. **Elliott DS**, Chow GK. [Management of vaginal vault prolapse repair with robotically-assisted laparoscopic sacrocolpopexy]. Ann Urol (Paris). 2007 Feb; 41(1):31-6. PMID:17338498

34. Magera JS Jr, **Elliott DS**. Tandem transcorporal artificial urinary sphincter cuff salvage technique: surgical description and results. J Urol. 2007 Mar; 177(3):1015-9; discussion 1019-20. PMID:17296400 DOI:10.1016/j.juro.2006.10.052

35. Krambeck AE, Thompson RH, Lohse CM, Patterson DE, Segura JW, Zincke H, **Elliott DS**, Blute ML. Endoscopic management of upper tract urothelial carcinoma in patients with a history of bladder urothelial carcinoma. J Urol. 2007 May; 177(5):1721-6. PMID:17437796

36. Krambeck AE, Thompson RH, Lohse CM, Patterson DE, **Elliott DS**, Blute ML. Imperative indications for conservative management of upper tract transitional cell carcinoma. J Urol. 2007 Sep; 178(3 Pt 1):792-6; discussion 796-7 Epub 2007 Jul 16. PMID:17632132   DOI:10.1016/j.juro.2007.05.056

37. Magera JS Jr, Inman BA, **Elliott DS**. Does preoperative topical antimicrobial scrub reduce positive surgical site culture rates in men undergoing artificial urinary sphincter placement? J Urol. 2007 Oct; 178(4 Pt 1):1328-32; discussion 1332. Epub 2007 Aug 14. PMID:17698144   DOI:10.1016/j.juro.2007.05.146

38. **Elliott DS**, Frank I, Chow GK. Robotics and laparoscopy for vaginal prolapse and incontinence. Current Bladder Dysfunction Reports. 2007 Dec; 2(4):214-8.

39. Thompson RH, Krambeck AE, Lohse CM, **Elliott DS**, Patterson DE, Blute ML. Endoscopic management of upper tract transitional cell carcinoma in patients with normal contralateral kidneys. Urology. 2008 Apr; 71(4):713-7. Epub 2008 Feb 11. PMID:18267338   DOI:10.1016/j.urology.2007.11.018

40. Thompson RH, Krambeck AE, Lohse CM, **Elliott DS**, Patterson DE, Blute ML. Elective endoscopic management of transitional cell carcinoma first diagnosed in the upper urinary tract. BJU Int. 2008 Nov; 102(9):1107-10. Epub 2008 Jun 03. PMID:18522631   DOI:10.1111/j.1464-410X.2008.07766.x

41. Magera JS Jr, **Elliott DS**. Artificial urinary sphincter infection: causative organisms in a contemporary series. J Urol. 2008 Dec; 180(6):2475-8. Epub 2008 Oct 19. PMID:18930496   DOI:10.1016/j.juro.2008.08.021

42. Magera JS Jr, Inman BA, **Elliott DS**. Outcome analysis of urethral wall stent insertion with artificial urinary sphincter placement for severe recurrent bladder neck contracture following radical prostatectomy. J Urol. 2009 Mar; 181(3):1236-41. Epub 2009 Jan 18. PMID:19152938   DOI:10.1016/j.juro.2008.11.011

43. Tollefson MK, **Elliott DS**, Zincke H, Frank I. Long-term outcome of ureterosigmoidostomy: an analysis of patients with >10 years of follow-up. BJU Int. 2010 Mar; 105(6):860-3. Epub 2009 Aug 13. PMID:19681892 DOI:10.1111/j.1464-410X.2009.08811.x

44. Shimko MS, Umbreit EC, Chow GK, **Elliott DS**. Long-term outcomes of robotic-assisted laparoscopic sacrocolpopexy with a minimum of three years follow-up. Journal of Robotic Surgery. 2011; 5(3):175-80.

45. Trost L, **Elliott DS**. Male stress urinary incontinence: a review of surgical treatment options and outcomes. Adv Urol. 2012; 2012:287489. Epub 2012 May 8. PMID:22649446   PMCID:3356867   DOI:10.1155/2012/287489

46. Trost L, **Elliott D**. Small intestinal submucosa urethral wrap at the time of artificial urinary sphincter placement as a salvage treatment option for patients with persistent/recurrent incontinence following multiple prior sphincter failures and erosions. Urology. 2012 Apr; 79(4):933-8. Epub 2011 Nov 25. PMID:22119252 DOI:10.1016/j.urology.2011.09.003

47. **Elliott DS**. Con: mesh in vaginal surgery: do the risks outweigh the benefits? Curr Opin Urol. 2012 Jul; 22(4):276-81. PMID:22617054   DOI:10.1097/MOU.0b013e3283545991

48. Burgess KL, **Elliott DS**. Robotic/Laparoscopic prolapse repair and the role of hysteropexy: a urology

perspective. Urol Clin North Am. 2012 Aug; 39(3):349-60. PMID:22877718   DOI:10.1016/j.ucl.2012.05.006

49.  Mitchell CR, Gettman M, Chow GK, **Elliott D**. Robot-assisted sacrocolpopexy: description and video. J
     Endourol. 2012 Dec; 26(12):1596-9. Epub 2012 Oct 09. PMID:23046290   DOI:10.1089/end.2012.0388

50.  Chau VR, Maxson PM, Joswiak ME, **Elliott DS**. Male sling procedures for stress urinary incontinence. Urol
     Nurs. 2013 Jan-Feb; 33(1):9-14, 37; quiz 14. PMID:23556373

51.  Linder BJ, **Elliott DS**. Robotic sacrocolpopexy: how does it compare with other prolapse repair techniques?
     Curr Urol Rep. 2013 Jun; 14(3):235-9. PMID:23296693   DOI:10.1007/s11934-012-0299-0

52.  de Cogain MR, **Elliott DS**. The impact of an antibiotic coating on the artificial urinary sphincter infection rate. J
     Urol. 2013 Jul; 190(1):113-7. Epub 2013 Jan 09. PMID:23313209   DOI:10.1016/j.juro.2013.01.015

53.  Linder BJ, Umbreit EC, Larson D, Dozois EJ, Thapa P, **Elliott DS**. Effect of prior radiotherapy and ablative
     therapy on surgical outcomes for the treatment of rectourethral fistulas. J Urol. 2013 Oct; 190(4):1287-91.
     Epub 2013 Mar 26. PMID:23538238   DOI:10.1016/j.juro.2013.03.077

54.  Beddy D, Poskus T, Umbreit E, Larson DW, **Elliott DS**, Dozois EJ. Impact of radiotherapy on surgical repair
     and outcome in patients with rectourethral fistula. Colorectal Dis. 2013 Dec; 15(12):1515-20. PMID:23841640
     DOI:10.1111/codi.12350

55.  Linder BJ, de Cogain M, **Elliott DS**. Long-term device outcomes of artificial urinary sphincter reimplantation
     following prior explantation for erosion or infection. J Urol. 2014 Mar; 191(3):734-8. Epub 2013 Sep 7
     PMID:24018241   DOI:10.1016/j.juro.2013.08.089

56.  Clifton MM, Linder BJ, Lightner DJ, **Elliott DS**. Risk of repeat anti-incontinence surgery following sling
     release: a review of 93 cases. J Urol. 2014 Mar; 191(3):710-4. Epub 2013 Sep 20 PMID:24060639
     DOI:10.1016/j.juro.2013.09.030

57.  Viers BR, **Elliott DS**, Kramer SA. Simultaneous augmentation cystoplasty and cuff only artificial urinary
     sphincter in children and young adults with neurogenic urinary incontinence. J Urol. 2014 Apr; 191(4):1104-8.
     Epub 2013 Sep 20. PMID:24060640   DOI:10.1016/j.juro.2013.09.032

58.  Linder BJ, **Elliott DS**. Autologous transobturator midurethral sling placement: a novel outpatient procedure for
     female stress urinary incontinence. Int Urogynecol J. 2014 Sep; 25(9):1277-8. Epub 2014 Mar 14
     PMID:24627107   DOI:10.1007/s00192-014-2365-2

59.  Linder BJ, **Elliott DS**. Autologous transobturator urethral sling placement for female stress urinary
     incontinence. J Urol. 2015 Mar; 193(3):991-6. Epub 2014 Oct 19. PMID:25444955   DOI:10.1016/j.juro.2014.08.125

60.  Linder BJ, Chow GK, Hertzig LL, Clifton M, **Elliott DS**. Factors associated with intraoperative conversion
     during robotic sacrocolpopexy. Int Braz J Urol. 2015 Mar-Apr; 41(2):319-24. PMID:26005974

61.  Linder BJ, Chow GK, **Elliott DS**. Long-term quality of life outcomes and retreatment rates after robotic
     sacrocolpopexy. Int J Urol. 2015 Aug 24. PMID:26300382   DOI:10.1111/iju.12900

62.  Linder BJ, Rivera ME, Ziegelmann MJ, **Elliott DS**. Long-term Outcomes Following Artificial Urinary Sphincter
     Placement: An Analysis of 1082 Cases at Mayo Clinic. Urology 2015 Sep; 86 (3):602-7 Epub 2015 June 30
     PMID:26135815   DOI:10.1016/j.urology.2015.05.029

63.  Linder BJ, Piotrowski JT, Ziegelmann MJ, Rivera ME, Rangel LJ, **Elliott DS**. Perioperative Complications
     following Artificial Urinary Sphincter Placement. J Urol. 2015 Sep; 194(3):716-20. Epub 2015 Mar 14.
     PMID:25776908   DOI:10.1016/j.juro.2015.02.2945

64.  Linder BJ, Viers BR, Ziegelmann MJ, Rivera ME, Rangel LJ, **Elliott DS**. Artificial urinary sphincter mechanical

failures: Is it better to replace the entire device or just the malfunctioning component? J Urol. 2015 Oct 19. PMID:26493494  DOI:10.1016/j.juro.2015.10.084

65.    Rivera ME, Linder BJ, Ziegelmann MJ, Viers BR, Rangel LJ, **Elliott DS**. The Impact of Prior Radiation Therapy on Artificial Urinary Sphincter Device Survival. J Urol. 2015 Oct 27. PMID:26518111 DOI:10.1016/j.juro.2015.10.119

66.    Ogle CA, Linder BJ, **Elliott DS**. Holmium laser excision for urinary mesh erosion: a minimally invasive treatment with favorable long-term results. Int Urogynecol J. 2015 Nov; 26(11):1645-8. Epub 2015 Jun 11. PMID:26063548  DOI:10.1007/s00192-015-2752-3

## Non-Peer-reviewed Articles

1.    **Elliott DS**, Cone M, Boone TB.Transabdominal sacrocolpopexy for severe vaginal vault prolapse; Indications and results. Issues in Incontinence. 2000 Apr.

2.    **Elliott DS**, Barrett DM.Surgical management of the neurogenic bladder. American Urological Association Update Series. 2001 Feb.

3.    Krambeck AE, **Elliott DS**.Primary realignment of the traumatic urethral distraction. American Urological Association Update Series. 2005 Oct.

4.    Burgess KL, **Elliott DS**.Techniques of Abdominal Sacrocolpopexy for the Management of Apical Prolapse. American Urological Association Update Series. 2012; Lesson 11, Volume 31:109-116.

5.    **Elliott DS**.Botox for overactive bladder. Mayo Clinic Health Letter. 2013 July:4.

## Books

1.    **Elliott DS**, Linder Brian. Urinary Dysfunction in Prostate Cancer: "Reoperative Anti-incontinence Surgery" 1 Edition.Springer;  (Book)

## Book Chapters

1.    Barrett DM, Abol-Enein H, Castro D, Hohenfellner M, Stohrer MW, Tanagho EA, **Elliott DS**, Chancellor MB, Madersbacher H, Stein R. Surgery for neuropathic bladder. in: World Health Organization: International Consultation on Incontinence, June 1998. (Book Chapter)

2.    **Elliott DS**, Barrett DM. The artificial genitourinary sphincter. In: Resnick MI, Thompson IM, editors. Advanced Therapy of Prostate Disease. Hamilton: B. C. Decker Inc.; 2000. p. 405-9. (Book Chapter)

3.    **Elliott DS**, Barrett DM. Management of complications of therapy: artificial urinary sphincter. In: Resnick MI, Thompson IM. Advanced therapy of prostatic disease. London: B.C. Decker Incorp; 2000 May. (Book Chapter)

4.    **Elliott DS**, Boone TB. Neuromodulation for female idiopathic detrusor instability and urge incontinence. in: Female Pelvic Reconstructive Surgery. Stanton S, Zimmern P, editors. London: Springer-Verlag Publishers, 2001. (Book Chapter)

5.    **Elliott DS**. Diagnosis and management of apical prolapse. In: Goldman HB, Vasavada SP, editors. Female urology: a practical clinical guide. Totowa: Humana Press; 2007. (Current clinical urology.). p. 297-306. (Book Chapter)

6.    **Elliott DS**, DiMarco DS, Chow GK. Female urologic robotic surgery: gynecologic indication for robotic-assisted laparoscopy-sacrocolpopexy for the treatment of high grade vaginal vault prolapse. In: Faust RA, editor. Robotics in surgery: history, current and future applications. New York: Nova Science Publishers; 2007. p. 137-46. (Book Chapter)

7.   Eilliott DS, Krambeck A, Chow GK. Robotic urogynecologic surgery. In: In: Patel VR, editor. Robotic urologic surgery. London: Springer; 2007. p. 194-8. (Book Chapter)

8.   **Elliott DS**, Chow GK. Robotic sacral colpopexy. In: Gharagozloo F, Najam F, editors. Robotic surgery. New York: McGraw-Hill Medical; 2009. p. 347-51. (Book Chapter)

9.   McGee SM, Chow GK, **Elliott DS**. Robotic sacrocolpopexy: suspension of the bladder and vagina. In: Staskin DR editor. Atlas of bladder disease. Philadelphia: Springer; 2010. p. 251-8. (Book Chapter)

10.  McGee SM, Shimko MS, **Elliott DS**, Chow GK. Robot-Assisted Laparoscopic Sacrocolpopexy. In: Atlas of Robotic Urologic Surgery, Current Clinical Urology Vol. 2. 2011. p. 107-18. (Book Chapter)

11.  Shimko MS, **Elliott DS**. Robotic Surgery in Urogynecology. In: Robotics in Genitourinary Surgery. Vol. 7. 2011. p. 605-10. (Book Chapter)

12.  **Elliott DS**, Trost LW. Esfínter Urinario Artificial. Fellow en disfunciones miccionales y urodinamia. In: Biomaterials and Prostheses Implant in Urology. 2012. (Book Chapter)

13.  Linder BJ, **Elliott DS**. Robotic Sacrocolpopexy: How Does It Compare with Other Prolapse Repair Techniques? In: Current Urology Report. New York: Springer; 2012. (Book Chapter)

14.  Trost L, **Elliott DS**. Artificial Urinary Sphincter: Reoperative Techniques and Management of Complications. In: Brandes SB, Morey AF editors. Advanced Male Urethral and Genital Reconstructive Surgery. 2nd ed. New York: Springer; 2014. p. 697-709. (Book Chapter)

**Editorials**

1.   Richelson E, **Elliott DS**. Advances in medical management of overactive bladder. Mayo Clin Proc. 2003 Jun; 78(6):681-3.

2.   **Elliott DS**. Is an artificial urinary sphincter more effective than a urethral bulking agent for postprostatectomy incontinence? Nature Clinical Practice Urol. 2005 May; 2(5):220-1.

3.   Chow GK, **Elliott DS**. Endoscopic cystocele surgery: lateral repair with combined suture/mesh technique. J Endourol. 2010 Oct; 24(10):1569.

**Commentaries**

1.   **Elliott DS**, Lightner DJ, Blute ML. Medical management of overactive bladder. Mayo Clin Proc 2001 Apr; 76 (4):353-5 PMID:11322348 DOI:10.4065/76.4.353

2.   **Elliott DS**, Krambeck AE, Chow GK, Lee DI. Robotics: Long-term results of robotic assisted laparoscopic sacrocolpopexy for the treatment of high grade vaginal vault prolapse - Commentary. J Endourol. 2007; 21(2):135.

3.   **Elliott DS**. Can we better predict and treat urinary incontinence after prostatectomy? J Urol. 2012 Mar; 187(3):789-90. Epub 2012 Jan 15. PMID:22248524 DOI:10.1016/j.juro.2011.12.027

4.   **Elliott DS**. Editorial comment. J Urol. 2013 Apr; 189(4):1442; discussion 1442-3. Epub 2013 Jan 08. PMID:23313625 DOI:10.1016/j.juro.2012.10.135

5.   Linder BJ, **Elliott DS**. Reply: To PMID 22591970. Urology 2015 Sep; 86 (3):606-7 Epub 2015 Aug 07 PMID:26255584 DOI:10.1016/j.urology.2015.05.031

**Audio/Video/CD-ROM/etc.**

1. Frank I, **Elliott D**. SPARC Surgical Video: A New Outpatient Suburethral Sling Procedure for the Treatment of Female Stress Urinary Incontinence North Central Section of the American Urological Association (AUA). 2002 September.

2. Childs MA, McGee S, Routh J, Chow G, **Elliott DS**. Robot-Assisted Laparoscopic Sacrocolpopexy: A Review of the Learning Curve in Fifty Cases. Mayo Clinic Physician Update, News for Medical Professionals from Mayo Clinic Rochester ( 2009 Nov 11; Video Presentation) Epub 2009 Nov 11.

3. Trost L, **Elliott D**. SIS urethral wrap at the time of repeat AUS placement following multiple prior failed AUS and erosions. AUA. 2011 May.

4. Linder BJ, Frank I, Dozois EJ, **Elliott DS**. Robotic transvesical retrourethral fistula repair after a robotic radical prostatectomy. J Endourol, Part B, Videourology. 2013 Jan; 27.

5. Trost L, **Elliott D**. Modifications to the Virtue male sling procedure: 5-points of fixation, 1-point of plication. Received first honorable mention awards. AUA in San Diego, CA. 2013 May.

**Abstracts**

1. **Elliott DS**, Brown JA, Barrett DM. Long term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases placed at the Mayo Clinic. (Abstract 1028). J Urol. 1997 Apr; 157(4 Suppl):265.

2. **Elliott DS**, Barrett DM. Long term followup and evaluation of primary realignment of posterior urethral disruption. (Abstract 855). J Urol. 1997 Apr; 157(4 Suppl):219.

3. Slezak J, Amling CL, **Elliott DS**, Blute ML, Zincke H. Should patients with very high serum PSA levels (greater-than-or-equal-to 50 ng/ml) undergo radical prostatectomy? (Abstract 1247). J Urol. 1997 Apr; 157(4 Suppl):320.

4. Blute ML, **Elliott DS**, Patterson DE, Bergstralh EJ, Segura JW. Endoscopic renal preserving surgery for management of upper urinary tract transitional cell carcinoma. (Abstract 182). Br J Urol. 1997 Sep; 80(Suppl 2):47.

5. **Elliott DS**, Barrett DM. Does the need for reoperation on an artificial genitourinary sphincter (AMS 800) place the patient at an increased risk for further reoperation due to mechanical or non-mechanical reasons. (Abstract 163). J Urol. 1998 May; 159(5 Suppl):45.

6. Frank I, **Elliott DS**, Zincke H, Blute ML. Ureterosigmoidostomy. American Urological Association Annual Meeting, Anaheim, California. 2001 Jun.

7. **Elliott DS**, Husmann DA. Recurrent urinary tract infections in patients with a hypocontractile bladder secondary to diabetes mellitus: does the addition of prophylactic antibiotics to cic alter the incidence of bacteriuria and symptomatic uti's? J Urol. 2002 Apr; 167(4):8.

8. Kausik S, **Elliott DS**. External beam radiation and its effect on artificial urinary sphincter long-term function. American Urological Association Annual Meeting, Orlando, Florida. 2002 Jun.

9. DiMarco D, **Elliott DS**. Long term results of tandem urethral cuff for the treatment of male incontinence following RRP. North Central Section, American Urological Association, Chicago, Illinois. 2002 Oct.

10. Dora C, **Elliott DS**. Preliminary results of SPARC suburethral sling. North Central Section, American Urological Association, Chicago, Illinois. 2002 Oct.

11. Dimarco DS, Chow GK, Gettman MT, **Elliott DS**. Robotic-assisted laparoscopic sarcocolpopexy (Abstract MP 18/17). J Endourol. 2004 Nov; 18(Suppl 1):A109.

12. Hawatmeh SI, **Elliott DS**. OB tape suburethral sling for stress urinary incontinence (Abstract V496). J Urol. 2005 Apr; 173(4):135.

13. Krambeck AE, Dora CD, DiMarco DS, Sebo TJ, Zobitz ME, **Elliott DS**. Time dependent variations in inflammatory reaction and scar formation of cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh and utologous fascia in the rabbit model: implications for pubovaginal sling surgery (Abstract 931). J Urol. 2005 Apr; 173(4):252.

14. Webster W, **Elliott D**. Age and obesity predict early failure of synthetic suburethral slings for stress urinary incontinence. International Continence Society Meeting, Montreal, Canada. 2005 Aug.

15. Magera JS Jr, **Elliott DS**. Advancement in salvage procedure following failed artificial urinary sphincter: tandem transcorporal artificial urinary sphincter cuff technique (Abstract V1675). J Urol. 2006 Apr; 175(4 Suppl):540.

16. Krambeck AE, Thompson RH, Segura JW, Patterson DE, Zincke H, Blute ML, **Elliott DS**. Endoscopic management of upper tract urothelial carcinoma in patient with a history of primary bladder urothelial carcinoma (Abstract 1100). J Urol. 2006 Apr; 175(4 Suppl):354.

17. Thompson RH, Krambeck AE, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Endoscopic treatment of upper tract urothelial carcinoma in patients with solitary kidneys (Abstract 47). J Urol. 2006 Apr; 175(4 Suppl):16-7.

18. Routh JC, Leibovich BC, Crimmins CR, **Elliott DS**. Parkinson's disease impact on voiding function after radical prostatectomy (Abstract 1603). J Urol. 2006 Apr; 175(4 Suppl):516-7.

19. Krambeck AE, Thompson RH, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Conservative management of upper tract urothelial carcinoma in patients with imperative indications (Abstract VP6-01). J Endourol. 2006 Aug; 20(Suppl 1):A32.

20. Krambeck AE, Thompson RH, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Endoscopic management of upper tract urothelial carcinoma in patients with a history of primary bladder urothelial carcinoma (Abstract VP6-02). J Endourol. 2006 Aug; 20(Suppl 1):A32.

21. Thompson RH, Krambeck AE, Patterson DE, Blute ML, Segura JW, **Elliott DS**. Endoscopic treatment of upper tract urothelial carcinoma in patients with normal contraleteral kidneys (Abstract VP4-02). J Endourol. 2006 Aug; 20(Suppl 1):A20.

22. Childs MA, Routh JC, Chow GK, **Elliott DS**. Robotic sacrocolpopexy: the learning curve for a novel surgical technique. J Endourol. 2010 Sep; 24(Suppl 1):A205-6.

23. **Elliott DS**. Impact of Radiotherapy on Surgical Repair and Outcomes in Patients with Rectourethral Fistula. 67th Annual Meeting of the Canadian Urological Association. 2012 June.

24. **Elliott DS**, Chow GC. Comparative surgical complications of the robotic sacrocolpopexy for pelvic organ prolapse vs. traditional transabdominal sacrocolpopexy. BJU Int. 2012 Oct; 110:57-8.

25. Linder B, Umbreit E, Larson D, Dozois E, **Elliott D**. The impact of prior radiotherapy on outcomes following surgical repair of a rectourethral fistula in men with prostate cancer. Neurourol Urodyn. 2013 Feb; 32(2):174.

26. Linder B, **Elliott D**. Long-term outcomes for artifcial urinary sphincter reimplantation following prior device explantation for erosion or infection. Neurourol Urodyn. 2014 Feb; 33(2):170.

27. Linder B, Piotrowski J, Zieglemann M, Miest T, Rivera M, Ogle C, **Elliott D**. A prospective evaluation of complications after artificial urinary sphincter placement and their impact on device survival. Neurourol Urodyn. 2015 Feb; 34:S26.

Daniel S Elliott, MD

28.  Linder B, **Elliott D**. Autologous transobturator urethral sling placement for female stress urinary incontinence. Neurourol Urodyn. 2015 Feb; 34:S50.

29.  Rivera M, Ziegelmann M, Linder B, Viers B, Rangel L, **Elliott D**. Effects of radiation therapy on device survival among individuals with artificial urinary sphincters. Neurourol Urodyn. 2015 Feb; 34:S80-1.

30.  Ogle C, Linder B, **Elliott D**. Holmium laser excison of genitourinary mesh exposure following anti-incontinence surgery: minimum 6 month follow-up. Neurourol Urodyn. 2015 Feb; 34:S26.

31.  Ziegelmann M, Linder B, Rivera M, Ogle C, **Elliott D**. Outcomes for artificial urinary sphincter placement after prior male urethral sling failure. Neurourol Urodyn. 2015 Feb; 34:S26-7.

32.  Linder B, **Elliott D**. Urethral management during artificial urinary sphincter explantation for erosion. Neurourol Urodyn. 2015 Feb; 34:S55-6.

* Indicates that the primary author was a mentee of this author.