UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO WAVE 1 | Master File No. 2:12-MD-02327<br><br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

<u>RULE 26 EXPERT REPORT OF DANIEL ELLIOTT, M.D.</u>

**I.       Background and Qualifications**

I am an Associate Professor of Urology at Mayo Graduate School of Medicine in Rochester, Minnesota. I received an M.D. in 1993 from Loma Linda University School of Medicine in Loma Linda, California. Following graduation from medical school, I completed my surgical residency in Urology at the Mayo Graduate School of Medicine at the Mayo Clinic in 1999. I completed a one-year advanced surgical fellowship at Baylor College of Medicine in Houston, Texas, in Neurourology, Urodynamics, and Voiding Dysfunction. I then re-joined the faculty at the Mayo Clinic, where I have spent the last 15 years specializing in treatment for pelvic organ prolapse and urinary incontinence in women, as well as urinary incontinence in men. I have published over 60 peer-reviewed articles and given more than 100 hundred lectures, many of which relate to urinary incontinence and pelvic organ prolapse. A Mayo Clinic colleague and I were the first to perform robotic sacrocolpopexy surgery for the treatment of high-grade prolapse and the first to publish extensively on the subject. I have also published multiple scientific manuscripts concerning polypropylene meshes in the animal model. I am a frequent invited lecturer at medical and surgical conferences addressing pelvic organ prolapse

and stress urinary incontinence and their evaluation, treatments, surgical options, and management of complications. I recently passed the subspecialty credentialing process for Female Pelvic Medicine and Reconstructive Surgery, established by the combined boards of the American Board of Urology and the American Board of Obstetrics and Gynecology. Attached as Exhibit "A" to this report is a copy of my current curriculum vitae, which includes an up-to-date list of my publications, presentations, awards, and other academic activities, as well as my fee schedule. My recent trial testimony is listed in Exhibit "B."

**II.    Bases of Opinions**

I have been asked to provide opinions regarding the subject of female stress urinary incontinence, its evaluation, treatments, surgical options and management of complications as well as to address the actions of Ethicon, Inc., Ethicon Women's Health and Urology, a Division of Ethicon, Inc., Gynecare and Johnson & Johnson (collectively referred to as Ethicon). The focus of my investigation for this report is on the TVT-Secur System ("TVT-S") and, specifically, the characteristics of the product that make it defective or, in other words, that make the risks to the patient outweigh the benefits to the patients. My opinions are based on my personal knowledge, experience, and my investigation in this case. All of my opinions, and the bases of those opinions, are true and correct to the best of my knowledge and belief, including those related to scientific and medical issues, which I believe to be true and correct to a reasonable degree of scientific and medical certainty. I do, however, reserve the right to supplement this report and my opinions in light of any additional material or information provided to me, including any reports submitted and/or any other discovery that is taken in this case. Furthermore, if called to testify, I would plan to use various demonstrative exhibits,

animations, video recordings, and/or anatomic models to show the relevant anatomy and surgical procedures and to describe my opinions as set forth in this report.

My opinions and conclusions regarding the TVT-S, its surgical procedure, its impact on patients and surgical colleagues, as covered throughout this report, have not been derived in isolation or from solitary data and opinion; rather, my report has been formed and influenced by multiple sources, briefly summarized as follows: my independent clinical and laboratory mesh-specific research, including clinical manuscripts pertaining to female stress urinary incontinence ("SUI"), female pelvic organ prolapse ("POP"), including mesh-specific complications; animal laboratory studies regarding the effects of polypropylene mesh and host foreign body response and inflammatory response; advanced surgical fellowship training in Voiding Dysfunction and Neurourology, which is above and beyond the normal six-year urologic surgical training; my personal surgical, clinical, and research experience implanting Prolene mesh slings; my personal surgical, clinical, and research experience as a Female Pelvic Medicine and Reconstructive surgical specialist at a high-volume tertiary center managing highly complicated SUI patients and mesh-related complications, including medical and surgical revisions and removal and treatment of synthetic mesh slings, including complications caused by the TVT-S device; my attendance and participation at national and international Urological and Gynecological surgical meetings, including but not limited to the International Pelvic Pain Society, International Continence Society, Society of Female Urology and Urodynamics, American Urologic Association, Canadian Urological Association, Mayo Clinic Urology Review, UCLA State of the Art Urology, European Urological Association Subsection of Female Urology and Subsection of Reconstructive Urology. I have prepared and given lectures at national and international meeting specifically focused on the complexities of treating female SUI and the management of

3

complications associated with such treatments, including but not limited to the International Continence Society meeting, Society of Female Urology and Urodynamics meeting, American Urologic Association meeting, Canadian Urological Association meeting, UCLA State of the Art Urology meeting, and European Urological Association Subsection of Female Urology and Reconstructive Urology meeting. I have had personal interactions and discussions with national and international urologic, gynecologic, urogynecologic, and general surgery colleagues regarding the management of SUI in women, manifestation of mesh-specific complications, and the treatment of mesh-specific complications. As part of my interest in being as educated and as up-to-date and accurate as possible, I have reviewed the readily available medical literature pertaining to the treatment of SUI and the management of its complications from sources including but not limited to medical journals, the United States National Library of Medicine, and the National Institute of Health.

I am a surgical journal editor and/or reviewer for 14 urologic and/or gynecologic journals (please see Curriculum Vitae for complete listing of journals) and was named Best Reviewer in Female Urology/Incontinence/Neurourology for two consecutive years (2012-2013) for the Journal of Urology. This is the highest honor awarded by the Editor of the Journal of Urology for excellence in manuscript review and preparation.

I have also performed a systematic review of internal Ethicon documents as they pertain to surgical mesh, TVT-S, the TVT-S procedure, expected SUI surgical results, expected SUI complications and rates of SUI complications, and marketing strategies designed for my surgical colleagues in urology, gynecology and urogynecology, as well as for potential SUI patients. I have also reviewed the testimony of Ethicon employees. All materials I reviewed or relied on in

4

support of my findings and opinions are included throughout this report and/or listed in Exhibit "C."

**III**.　　**Summary of Opinions**

   *A. Background on SUI and Treatments*

      1.　Stress Urinary Incontinence

      2.　Alternative/Traditional SUI Treatment Options

         a.　*Non-surgical*

         b.　*Surgical*

   *B. The Polypropylene Mesh in the TVT-S Should Not Be Used in the Pelvic Floor Due to Known Complications and Hazards*

      1.　Polypropylene mesh in the TVT-S is not inert and degrades

      2.　The MSDS for the Prolene mesh states not to use with strong oxiders like peroxides, which can be abundantly found in the vagina

      3.　The TVT-S mesh is heavy with small pores, causing increased tissue response, chronic inflammatory response, contraction and shrinkage of the mesh, fibrotic bridging and scar plate formation

      4.　Ethicon's Prolene mesh tested positive for cytotoxicity

   *C. The TVT-S Should Not Be Used in the Pelvic Floor Due to its Defective Design*

      1.　The TVT-S mesh is laser cut, resulting in a stiffer product and higher incidence of complications

      2.　The TVT-S design is flawed because there is no way to properly tension the device

      3.　The TVT-S is defectively designed in its insertion instruments and technique

      4.　Ethicon had several preferred alternatives to the TVT-S available

   *D. Ethicon Failed to Disclose and/or Downplayed Adverse Risks, Complications, and Product Information in its Instructions for Use ("IFU") and Patient Brochures*

   *E. Ethicon Failed to Provide Adequate Training for Surgeons Using the TVT-S*

## IV.    <u>Expert Opinions</u>

### *A. Background on SUI and Treatments*

1. <u>Stress Urinary Incontinence</u>

Female stress urinary incontinence ("SUI") is a relatively common condition in which a woman leaks urine when her body experiences an increase in abdominal pressure, which in turn increases the pressure on the bladder. The abdominal pressure (A.K.A. "stress") is caused by a wide variety of activities including coughing, laughing, sneezing, jumping, bending over, picking something up, running, or any other sudden movement that increases pressure on the bladder.

In a woman, the urine leakage often results from weakening of the muscles that surround the urethra and/or a lack of fascial support for the urethra. The fascia below the urethra serves as a sort of net to prevent the urethra from falling. SUI is much more common in women than in men, largely because of pregnancy, childbirth, menopause and hysterectomies, among other factors. Each of these conditions cause physical changes in the fascia used to support the urethra, which in turn results or contributes to SUI. There are multiple fascias, or tissues, that support the urethra, including fascia located in the area of the pelvic floor and endopelvic fascia. In a woman with SUI, these fascia fail to provide sufficient support for the urethra, allowing the urethra to move downward when there is a sudden increase in pressure, such as that caused by a cough or a sneeze. When this happens, urine leaks out of the urethra. Some SUI can also be linked to intrinsic sphincter deficiency ("ISD"), a condition in which the urinary sphincter is weakened.

SUI can have very serious effects on a woman's physical and mental health. It is not uncommon for women with SUI to stop participating in activities they once enjoyed, such as sports and other recreational activities, or to experience mental illness such as depression.

2. <u>Alternative/Traditional SUI Treatment Options</u>

*a. Non-surgical*

SUI presents in 15% to 35% of women.[1] Although some surgical treatments are typically safe and highly effective, many patients wish to avoid surgery for a variety of reasons. Regardless of the patient's willingness to commit to surgery, in most cases, it is recommended that non-surgical options be implemented first.[2]

*Behavior modification & Pelvic Floor Therapy & Exercises*

Simple lifestyle or behavioral modifications such as weight loss and/or avoidance of dietary irritants like caffeine and nicotine are often the first line of treatment. In many cases those options may be the only treatment necessary. Additionally, pelvic floor muscle exercises (Kegel exercises) are used to strengthen the muscles surrounding the urethra so that urine is less likely to leak. These therapies require time, effort, and commitment, but they do not have side effects and are often very effective.

Alternatively, pelvic floor electrical stimulation combined with biofeedback may prove useful. Pelvic floor electrical stimulation utilizes electrical current to strengthen the pelvic floor and improve its function. Biofeedback is a treatment regimen performed under the care of a specialist and/or physical therapist. It is a safe and effective method of increasing pelvic floor strength and has a role in helping women with mild stress incontinence. Biofeedback attempts to retrain patients on how to more appropriately use their pelvic floor muscles, thereby improving

---

[1] Abrams P, Cardozo L, Fall M, Griffiths D, Rosier P, Ulmsten U, van Kerrebroeck P, Victor A, Wein A, Standardisation Sub-committee of the International Continence Society Neurourol Urodyn. 2002; 21(2):167-78. Milsom I, Altman D, Lapitan MC, Nelson R, Sillen U, Thom D. Epidemiology of urinary (UI) and Faecal (FI) Incontinence and Pelvic Organ Prolapse. In: Abrams P, Cardozo L, Khoury S, Wein A, editors. Incontinence; 4th International Consultation on Incontinence; Paris: Health Publication Ltd; 2009. pp. 35–111.

[2] Hay-Smith J, Berghmans B, Burgio K, et al. Adult Conservative Management. In: Abrams P, Cardozo L, Khoury S, Wein A, editors. Incontinence; 4th International Consultation on Incontinence; Paris: Health Publication Ltd; 2009. pp. 1025–1120.

their urine control. Consequently, the patient becomes more aware of her pelvic muscles and is better able to identify and use them.

*Medication*

There are several medications that have been studied for the potential treatment of SUI (Topical Estrogen, α-Adrenergic Agonists, Imipramine, Duloxetine, β-Adrenergic Antagonists, and β-Adrenergic Agonists). However, to date their benefit is minimal for SUI and is essentially limited to possibly benefiting overactive bladder.

*Pessaries*

Pessaries have been used for thousands of years to treat POP and SUI and, prior to the advent of successful surgical options, pessaries were essentially the only viable treatment for POP and SUI. Specifically, "continence pessaries" represent an alternative or complementary non-surgical approach to the treatment of SUI. These devices work by providing a platform against which the urethra can compress during strenuous activity such as lifting or coughing. There are several studies describing the effectiveness of pessaries for treatment of SUI, but most of these studies are based on small samples of participants with short-term follow-up, which make the results questionable. Ultimately, however, due to inherent limitations of effectiveness complications such as vaginal pain, discharge, and odor, and the necessity of routine medical care, most patients with SUI discontinue using the pessary at some point.

*b. Surgical*

Surgeons have spent hundreds of years trying to develop successful treatments for SUI. Over time, several successful surgical techniques have been devised, but all of the treatments have the common component of reestablishing support for the urethra that has been weakened and damaged by childbirth, hysterectomy, obesity, and/or age.

*Marshall-Marchetti-Krantz & Burch Colposuspension*

In the 1940's, the Marshall-Marchetti-Krantz ("MMK") procedure was developed. The MMK procedure is a surgery in which the surgeon secures the neck of the bladder—i.e., where the bladder meets the urethra—to the pubic bone with a series of sutures. The Burch colposuspension procedure was developed shortly after the MMK procedure. The Burch procedure is successful in treating urinary incontinence with success rates equivalent to mid-urethral synthetic slings. Although the Burch procedure takes longer than a procedure to implant a synthetic mid-urethral sling, the long-term complications with Burch, particularly relating to chronic pain and dyspareunia, are minimal when compared to the complications arising from mid-urethral synthetic slings.

*Pubovaginal Slings (Autologous/Cadaveric)*

In the 1980's, a major advancement occurred with the introduction of a procedure known as the pubovaginal sling (PVS). The PVS procedure uses harvested tissue from the tough abdominal wall, called abdominal fascia. That tissue is then implanted in the shape of a hammock-like sling around the neck of the bladder and up to the abdominal wall. Since the fascial tissue comes from the patient herself, it is called "autologous," meaning tissue that comes from the same individual. The procedure rapidly rivaled the Burch colposuspension as the "gold standard" for the treatment of SUI in women.

With the advent of biologic and synthetic mesh slings, the number of traditional PVS procedures initially decreased. However, with the increasing awareness among surgeons and patients regarding the complications of vaginal synthetic mesh (including but not limited to permanent dyspareunia, life-altering pain, chronic sexual dysfunction, lifetime erosion risk, and others listed throughout this report), the PVS procedure has seen a significant resurgence. In

some regions and practices around the nation, the PVS has become the mainstay of therapy.  In my own practice at a major tertiary referral medical center, I have abandoned essentially all synthetic mesh sling implantation due primarily to those complications mentioned above.

*Synthetic Mesh in General Surgery*

Abdominal and thoracic wall weaknesses (hernias) develop due to conditions such as birth defects, surgical complications, and radiation effects. Traditional hernia repair surgery evolved using sutures (stitches) to bring native tissue together. However, due to the inherent weaknesses of the tissues, failure was common and frequently resulted in significant pain and suffering for the patient. As a result, surgical meshes for hernia repairs were introduced in the 1950's. Since then, academic presentations, surgical reports, and journal manuscripts have described mesh-related complications such as chronic pain, abdominal wall rigidity, mesh contraction, infection, fistula formation, chronic inflammatory process, and weakness recurrence.[3]

---

[3] Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17. Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mesh (polypropylene/poliglecaprone for TAPP inguinal hernia repair. Surg Laparosc Endosc Percutan tech 2007, 17; 91- 94. Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997)1:15-21. Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul; 22(14):2021-4. Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007)262-267. Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998. Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul; 165(7):665-73. Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002). Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene- mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec; 19(24):2235-46. 13 Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol. 2006 Feb; 46(1):42-5. Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan; 22(1):47-52. Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542. Cappelletti M, Attolini G, Cangioni G, et al. The use of mesh in abdominal wall defects. Minerva Chir. 1997 Oct; 52(10):1169-76. Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long- term implantation in humans. [ABSTRACT] Chirurg 2000; 71:43-51. Seker D, Kulacoglu H. Long-term complications of mesh repairs for abdominal wall hernias. J Long Term Eff Med Implants. 2011; 21(3):205-18. Cobb W, Burns J, Peindl R et al: Textile analysis of heavyweight, mid-weight, and lightweight polypropylene mesh in a porcine ventral hernia model. J Surgical Research 136, 1-7 (2006). Pandit A, Henry J. Design of surgical meshes - an engineering perspective. Technol Health Care. 2004; 12(1):51- 65. Pierce L, Grunlan M, Hou Y et al: Biomechanical properties of synthetic

An abundance of evidence in medical literature and basic scientific data has been accumulated over the past two decades and indicates a strong and direct relationship between postoperative mesh complications and mesh design.[4] Reducing mesh-related complications demands a thorough understanding and knowledge of the chemical, physical, and synthetic characteristics of meshes and how they react inside the human body. At this point, there is a scientific consensus that synthetic meshes that are low-weight, large-pore, high porosity, monofilament, and capable of maintaining their elasticity under load have better results with fewer complications. Of all mesh characteristics, mesh stiffness, porosity, and pore size are of critical importance.

*Synthetic Mesh Use in Pelvic Floor*

The TVT-S was cleared for use based on its similarity to predecessor devices, like Ethicon's TVT-Retropubic and TVT-Obturator. During the TVT-R's Food and Drug Administration submission process in the late 1990's, Ethicon used the ProteGen sling as its predicate device. Introduced in April 1997 as a treatment for female SUI, the ProteGen sling was a synthetic polymer (polyester) mesh sling implant—not a polypropylene mesh as in the TVT line of products, including the TVT-S. Surgeons implanted the ProteGen polyester sling

and biologic graft materials following long-term implantation in the rabbit abdomen and vagina. Am J Obstet Gynecol. 2009 May; 200(5):549.e1-8. Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007Sep; 14(3):168-76.
[4] ETH.MESH.00869977; ETH.MESH.02589033; Robinson deposition 7-13, pg. 126-30; Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17. Agresta, F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mesh (polypropylene/poliglecaprone for TAPP inguinal hernia repair. Surg Laparosc Endosc Percutan Tech 2007, 17; 91-94. Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21. Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul; 22(14):2021-4. Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007)262-267. Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998. Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul; 165(7):665-73. Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002).

11

underneath the urethra to provide support and to reduce SUI. Unfortunately, nearly immediately following ProtoGen's launch, a large number of patients began experiencing severe complications like mesh erosion through the vaginal wall, vaginal infections, vaginal discharge, vaginal bleeding, foul odor, and dyspareunia. In January 1999, Boston Scientific Corporation, ProtoGen's manufacturer, recalled the product due to the unusually high number of complications. In the December 1999 edition of *The Journal of Urology*, a group of respected urologists from across the United States reported their findings on those complications, including a high rate of tissue erosion and urethral erosion.

In November 1998, just months before the ProtoGen recall, Ethicon brought its Tension Free Vaginal Tape (TVT) System to the US market as part of its Gynecare line. The TVT was designed as a pubourethral sling for treatement of female SUI. The device is made from polypropylene mesh (sometimes referred to by the trade name PROLENE). Despite the ProtoGen recall and the two decades worth of literature on the complications resulting from polypropylene mesh implants, the TVT remains on the market today. In fact, Ethicon has expanded the TVT line to include the TVT-O, which incorporates an obturator device to implant the mesh via an "inside-out" approach, and the TVT-S device, which is the primary focus of this report.

Ethicon received FDA approval for the TVT-S device, a single incision sling ("SIS") sometimes referred to as a "mini-sling," in 2005. The sling was composed of approximately 1.1cm x 8.0cm of polypropylene mesh (Prolene) and could be inserted via either the "Hammock approach" or the "U approach." The TVT-S device was removed from the market in 2012, after the FDA requested that Ethicon conduct postmarket surveillance studies. No such studies were performed, and the TVT-S remains off the market to this day.

**B.  The Polypropylene Mesh in the TVT-S Should Not Be Used in the Pelvic Floor Due to Known Complications and Hazards**

Because of the defective characteristics of the TVT-S, as discussed below and throughout this report, Ethicon repeatedly fell below the standard of care in producing and marketing its device. The laser cut mesh used in the TVT-S device should not be used in the pelvic floor, because the risks of the device far outweigh the benefits of the device. The inadequacies of the Prolene mesh and the TVT-S device lead to long term complications, including but not limited to acute and chronic pelvic pain, acute and chronic vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, sexual dysfunction, chronic infections, abscess formation, permanent nerve damage, defecatory dysfunction, chronic foreign body reaction, lifelong risk of erosion and extrusion, severe vaginal scarring, inability to remove the device, the need for multiple surgical interventions that carry with them significant risks of morbidity, the development of worsening incontinence and urinary dysfunction, including urinary urgency, urinary urge incontinence, and urinary retention. As such, the TVT-S device is not suitable as a permanent implant.

1.   The mesh in the TVT-S is not inert and degrades

As polypropylene has been used in surgery for over 50 years as a suture material, Prolene mesh, like the kind used in the TVT-S, was marketed by Ethicon as inert. However, many published studies and internal Ethicon documents show that the mesh is not inert and does in fact degrade.[5] In 1987, for example, Ethicon tested samples of explanted Prolene mesh made from

---

[5] ETH. MESH.08315783; ETH.MESH.02589033; Robinson Deposition 7-13, p120, 129-130; Hinoul Deposition 4-5, p165-170; Kirkemo Deposition 4-18, p138; 84 Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73. Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002). Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.; Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.;

the same material as the TVT-S mesh.[6] After 8 years of implantation, the testing showed that the mesh was severely cracked. In 1992, Ethicon completed a study where Prolene sutures were implanted in beagle dogs for up to seven years. These sutures were removed from the dogs and examined by Ethicon's own scientists, who found surface degradation in many of the samples after 7 years of implantation.[7] Ethicon scientist and corporate spokesperson, Thomas Barbolt, agreed that surface degradation can occur with Prolene mesh, and that this fact was confirmed by the Ethicon studies.[8]

Further evidence that polypropylene mesh degrades over time was provided in 1998 by the publication of the Mary article, who studied the phenomenon of mesh degradation, and concluded the process of polypropylene cooling, where the polypropylene strand cools first on the inside and then on the outside can make the strand more susceptible to degradation on the outside.[9] In 2007, Costello et al., reported that polypropylene is more susceptible to degradation due to oxidation caused by inflammatory response.[10] Using Scanning Electron Microscopy (SEM), degradation could be seen in polypropylene in the form of cracks and peeling.

Dr. Donald Ostergard, urogynecologist and founder of AUGS, created a presentation titled "Polypropylene is Not Inert in the Human Body" in which he described degradation of in vivo

---

Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT] Chirurg 2000;71:43-51.; Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17. Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70. Klinge et al The Ideal Mesh Klosterhalfen et al: Retrieval study at 623 human mesh explants made of polypropylene.

[6] ETH.MESH.12831407

[7] ETH.MESH.05453719

[8] Barbolt deposition, 1-14, p409, 516-517

[9] Mary C, Marios Y, King MW, et al. Comparison of thein vivo behavior of polyvinylidene fluoride and polypropylene sutures used in vascular sugary. ASAIO Journal 44, 1998, 199–206.

[10] Costello C, Bachman M, Grand S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007 Sep; 14(3):168-76.

polypropylene.[11] Dr. Ostergard concluded that Prolene mesh degradation occurs by oxidation. He further concluded that a large surface area, such a piece of surgical mesh, in contrast to a suture, incites more inflammation and results in more oxidation since more macrophages are present. These macrophages then secrete hydrogen peroxide and hypochlorous acid to oxidize the mesh, which can cause the mesh to become brittle and to crack. As discussed below, these changes cause complications to patients due to the increased inflammatory response.

In a 2010 article by Clave et al., 100 pelvic floor explants were analyzed.[12] Results showed that *all types of polypropylene implants exhibited degradation*. "Mesh damage included superficial degradation, which appeared as a peeling of the fiber surface, transverse cracks in the implant threads, significant cracks with disintegrated surfaces and partially detached material, and superficial or deep flaking." The authors concluded that their research directly "contradicts" the idea that polypropylene is "an inert material." The authors further stated that "[f]or transvaginal surgery, clinical experience indicates the use of low density, large pore implants knitted from a monofilament to facilitate tissue integration, and decrease the inflammatory response…. [N]ot all types of PP implants degraded equally." The authors hypothesized that in vivo oxidation of polypropylene implants, "as reported in the literature," oxidation due to free radical attack, or "septic environment and large detachments of the vaginal approach resulting in collection and bruising hematoma [supporting] both the accumulation of fatty acids and an increased risk of infection," could contribute to degradation. It should be noted that the lead author, Henri Clave, holds an educational position for Ethicon Europe. Two other authors had ties to Sofradim and Covidien.

---

[11] "Polypropylene is Not Inert in the Human Body" Presentation by Donald R. Ostergard
[12] Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70.

Later, in 2013, the Wood study found that polypropylene explanted from a patient showed significant oxidation of the material, and concluded that polypropylene will degrade in an oxidizing environment, such as human tissue undergoing a foreign body response.[13] In 2015, seven explants from "Gynemesh, TVT, TOT, SPARC and minisling" were explanted 4-7 years after implantation. Comparison of SEM images for explant samples with control pristine samples revealed extensive surface degradation and the formation of surface cracks in the samples, demonstrating that polypropylene fibers from mid-urethral slings are not inert over time.[14] Other authors and studies have demonstrated similar results with polypropylene in general.[15] Dr. Iakovlev has published numerous articles showing and explaining the degradation and surface cracking of polypropylene explants using histological and transmission electron microscopy approaches.[16]

The fact that polypropylene cracks and breaks inside the human body is a serious concern. As polypropylene degrades, the human body's inflammatory response increases and intensifies. The abraded fiber surface increases the surface area of the mesh, providing multiple areas that can effectively harbor bacteria and become brittle, which lead to an increased risk of an

---

[13] Wood, et. al. Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient. J Mater Sci: 24:1113-1122 (2013).

[14] K Tzartzeva, D Lingam, M Baniasadi, M Minary-Jolandan, P Zimmern. Neurology and Urodynamics. 2014 33 (6), 820-822.

[15] Iakovlev, et al., Pathology of Explanted Transvaginal Meshes. Intl . Science Index Vol. 8 No. 9 (2014); Martin, MK Gupta, JM Page, F Yu, JM Davidson, SA Guelcher, CL Duvall. Synthesis of a Porous, Biocompatible Tissue Engineering Scaffold Selectively Degraded by Cell-Generated Reactive Oxygen Species. Biomaterials 35(12):3766-76, 2014; AE Hafeman, KJ Zienkiewicz, AL Zachman, HJ Sung, LB Nanney, JM Davidson, SA Guelcher. Characterization of degradation mechanisms of biodegradable lysine-derived aliphatic polyurethanes. Biomaterials 32(2):419-29, 2011.

[16] Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1): 35; Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1):35.

enhanced and chronic inflammatory response, severe scarring, and chronic infections due to bacterial proliferation at the mesh surface.[17]

As stated, Ethicon knew this information decades before the launch of the TVT-S. There are Ethicon studies dating back as far as 1983, using methods nearly identical to Dr. Iakovlev's, showing in vivo degradation of the Prolene polypropylene material.[18] Ethicon conducted additional studies in 1985 (dog study) and in 1987 (human explant), both showing in vivo degradation and cracking of the polypropylene materials.[19] Eventually, Ethicon had its meshes reviewed by an outside consulting company, which found that Ethicon meshes degrade and that the process starts within days of implant.[20]

Remarkably, Ethicon's IFU still claims that the mesh in the TVT-S, "is not absorbed, nor is it subject to degradation or weakening by the action of enzymes."[21] Such a statement is reckless and knowingly false, putting patients at risk for serious complications and leaving physicians without knowledge critical to making informed decisions. It is my opinion, to a reasonable degree of medical and scientific certainty, that polypropylene degrades in the human body, causing complications including but not limited to acute and chronic pelvic pain, acute and chronic vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, sexual dysfunction, chronic infections, abscess formation, permanent nerve damage, defecatory dysfunction, chronic foreign body reaction, lifelong risk of erosion and extrusion, severe vaginal scarring, inability to remove the device, the need for multiple surgical interventions that carry with them significant risks of morbidity, the development of worsening

---

[17] Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.
[18] ETH.MESH.15955438
[19] ETH.MESH.00004755; ETH.MESH.11336474; ETH.MESH.13334286
[20] ETH.MESH.07192929
[21] ETH.MESH.02340568

incontinence and urinary dysfunction, including urinary urgency, urinary urge incontinence, and urinary retention. Undoubtedly, Ethicon should have informed doctors of the known fact of degradation, and the company should have conducted clinical testing relating to the impact of polypropylene degradation in the pelvic floor. Such testing would have confirmed the fact that polypropylene is not suitable for permanent implantation in the human body.

2. The MSDS for the Prolene mesh states not to use with strong oxiders like peroxides, which can be abundantly found in the vagina

The fact that polypropylene degrades in vivo is especially problematic given the naturally occurring oxidizers in the pelvic floor. Ethicon was warned in advance of the potential consequences of permanently implanting polypropylene in the female body.

The polypropylene mesh in the TVT-S is made from plastic pellets supplied by Sunoco, a petrochemical company. Included with these plastic pellets is a material safety data sheet ("MSDS"), a public document intended to provide those handling or working with the product instructions and information on how to handle the substance in a safe matter, and, more generally, intended to describe the safety (or lack thereof) of a particular product.[22] I have reviewed a number of data sheets for the resin used by various manufacturers to produce pelvic mesh products.

The MSDS for the TVT-S polypropylene states:

**INCOMPATIBILITY**

The following materials are incompatible with this product: Strong oxidizers such as chlorine, peroxides, chromates, nitric acid, perchlorates, concentrated oxygen, sodium hypochlorite, calcium hypochlorite and permanganates. Chlorine; Nitric acid. [23]

---

[22] Weisberg deposition 8-13, p909.
[23] ETH.MESH.02026591

Although the resin used to make the TVT-S mesh is also used in number of other Ethicon products, including Prolene hernia mesh and Prolene sutures, this warning is particularly important as it applies to the TVT-S mesh, as the TVT-S mesh is intended to be placed in the vagina, which is a ready and natural source of peroxides, a strong oxidizer. Peroxides are regularly and naturally produced by a woman's body. By contrast, the Prolene hernia mesh is not intended to be placed in vagina. Further, TVT-S mesh contains approximately 1,000 times more plastic material than a Prolene suture, so the clinical effects of oxidization would be markedly different between a suture and the TVT-S mesh.

This warning in the Prolene MSDS should have triggered an investigation into the effects of naturally occurring oxidizers on the TVT mesh prior to Ethicon's marketing of the device (and certainly prior to the TVT-S, developed years later), particularly with regard to oxidation and degradation of the mesh, as well as inflammation caused the presence of these naturally occurring substances. At the very least, Ethicon should have passed this warning along to surgeons and patients using Prolene mesh, so that they could make an informed choice about whether or not to use the device. However, no such warning regarding the TVT-S mesh's incompatibility with strong oxidizers has been communicated, and Ethicon never did studies specifically examining the clinical effect of these natural oxidizers on the TVT-S mesh. It is my opinion to a reasonable degree of medical certainty that Ethicon has failed in its duty as a reasonable medical device manufacturer by failing to include this warning in the IFU, and by failing to adequately study the clinical effects of the vagina's natural oxidizers on Prolene mesh.

Disturbingly, the MSDS also states that subcutaneous implantation of polypropylene led to local sarcomas in lab rats. The carcinogenic properties of polypropylene also should have been

disclosed to doctors, and Ethicon should have done follow-up studies relating to Prolene and cancer. No such disclosure or studies occurred.[24]

3. The TVT-S mesh is heavy with small pores, causing increased tissue response, chronic inflammatory response, contraction and shrinkage of the mesh, fibrotic bridging and scar plate formation

*Inflammation and Chronic Foreign Body Response*

As stated, the Prolene mesh used in devices like the TVT-S is the same mesh Ethicon has used for decades. Ethicon itself refers to the Prolene mesh as "old."[25] Importantly, Ethicon scientists have known for more than 16 years that heavyweight, small pore meshes, like the Prolene mesh comprising the TVT-S, are associated with excessive foreign body reaction, chronic inflammation, bridging fibrosis, scar plate formation, and consequential shrinkage of the mesh.[26] Ethicon knew that the mesh used in the TVT-S is heavyweight and has small pores.[27] Ethicon also knew the need for lighter weight materials, which elicit a lower inflammatory response in the human body.[28]

---

[24] Robinson deposition 9-13, p1105-1115
[25] ETH.MESH.10633520-22
[26] ETH.MESH.05479411; Klinge U., Klosterhalfen B., Birkenhauer V., Junge K., Conze J., and Schumpelick V., Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model; Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polypropylene Mesh in Hernia Repair. Surgical Innovation. 2005; 12(1):T1-T7; Cobb, W., et al. Textile Analysis of Heavyweight, Mid-Weight, and Lightweight Polypropylene Mesh in a Porcine Ventral Hernia Model. Journal of Surgical Research 136, 1-7 (2006); Klinge U, Klosterhalfen B, Muller M, Ottinger A, Schumpelick V. Shrinking of Polypropylene Mesh in vivo: An Experimental Study in Dogs. Eur J Surg. 1998: 164; 965-969; Klosterhalfen, B., Junge, K., Klinge, U.The lightweight and large porous mesh concept for hernia repair. Expert Rev. Med. Devices. 2005; 2(1)
[27] ETH.MESH.05479411; ETH.MESH.05479535. Cobb et. al., The Argument for Lightweight Polypropylene Mesh in Hernia Repair, Deposition of Joerg Holste, July 29, 2013 40:12-15, Hellhammer Deposition, 11-13, p151.
[28] ETH.MESH.01203957; ETH.MESH.05479411; Trial Testimony of Piet Hinoul, *Batiste*, March 27, 2014 afternoon, p73.



### Experience with Heavyweight Meshes

- Excessive foreign body reaction
- Chronic inflammation
- Unorganized fibrocollagenous ingrowth
- Scar plate formation
- Shrinkage from bridging fibrosis
- Stiffness – abdominal wall restriction

ETHICON   *improving lives by advancing the standard of care in tissue repair*  29

In fact, Ethicon developed lighter weigh materials for use elsewhere in the human body, including the pelvic floor.[30] However, Ethicon continued to use the heavyweight, small pore Prolene mesh, originally developed in 1974 for use in hernia surgery, for its TVT-S device used for SUI.[31] This is true despite the fact that Ethicon knows the heavyweight, small pore meshes cause a greater inflammatory response than lightweight, large pore meshes regardless of where the mesh is located in the human body.[32]

To be sure, the decision to continue using Prolene, despite known complications and the availability of lighter weight, smaller pore mesh, was financial. As Dr. Arnaud put it, Ethicon "want[ed] to be very careful with any modifications of our tape since a change in the mesh would obsolete all the long term clinical results." [33]

The decision to continue using decades-old mesh has had serious ramifications for patients. The body's foreign body response to mesh can cause a chronic inflammatory reaction, leading to excessive scarring in and around the mesh, as well as potentially debilitating pain. The

---

[29] ETH.MESH.05479411
[30] Holste deposition 7-13, p51-53.
[31] ETH.MESH.04941016; HMESH_ETH_02030355; ETH.MESH.02340568-ETH.MESH.02340590.
[32] Holste deposition 7-13, p95
[33] ETH.MESH.03911107; Hellhammer deposition, 9-13; Arnaud deposition 7-13, p36-37.

21

degree of this reaction is directly related to the weight and pore size of the mesh device.[34]
Ethicon knew that clinical data shows more chronic pain with heavyweight meshes such as the
TVT-S mesh, than with lightweight, partially absorbable meshes. One study found that
heavyweight meshes with small pores had to be explanted due to chronic pain more frequently
than lightweight meshes with large pores.[35] Indeed, Ethicon's own medical director has stated
that the presence of the Prolene mesh can be responsible for chronic pain syndrome in the
patient.[36]

*Shrinkage and Contraction*

Further, the foreign body reaction, exacerbated by the heavyweight and small pore
construction, is chronic, and this chronic inflammation and reaction can lead to mesh contraction
and shrinkage.[37] Most studies show less shrinkage in lighter weight meshes, and pore size is one
of the most important factors regarding mesh shrinkage.[38] Ethicon knew that all polypropylene
meshes experience a 20-50% reduction in their initial size following implantation in the body.[39]
Ethicon's own medical director knew that the Prolene mesh can shrink, and generally believed
the TVT mesh would shrink approximately 30% post implantation.[40] The mesh contraction and
shrinkage can increase the degree of foreign body reaction and mesh degradation, in turn

---

[34] Hinoul deposition 4-12, p99; ETH.MESH.08315782; Trial Testimony Piet Hinoul, *Batiste*, March 27, 2014 afternoon, p27; ETH.MESH.05916450
[35] Klostherhalfen,B, Junge, K, Klinge, U, The lightweight and large porous mesh concept for hernia repair. Expert Rev. Med. Devices, 2005 2(1)
[36] ETH.MESH.01202102
[37] Vailhe deposition 6-13, p838.
[38] ETH.MESH.02316781; Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polyropylene Mesh in Hernia Repair. Surgical Innovation. 2005, 12(1):T1-T7.
[39] Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polyropylene Mesh in Hernia Repair. Surgical Innovation. 2005, 12(1):T1-T7.
[40] ETH.MESH.03910418

increasing the degree of pelvic pain and pelvic floor dysfunction, such as dyspareunia and difficulty urinating.[41]

Additionally, a recent study has shown that mesh shrinkage is progressive, with a linear evolution of the contraction rate over time, indicating that mesh contraction continues in the patient's body indefinitely into the future.[42] Vaginal mesh contraction can result in vaginal fibrosis, infection, chronic vaginal pain, chronic pelvic pain, vaginal shortening, vaginal narrowing, vaginal extrusion, adjacent organ erosion, and dyspareunia. Feiner and Maher evaluated 17 women with vaginal mesh contraction to demonstrate that the mesh caused the condition. The patients' presenting complaints included severe vaginal pain, dyspareunia, and focal tenderness over contracted portions of mesh on vaginal examination, mesh erosion, vaginal tightness, and vaginal shortening. The patients underwent surgical intervention with mobilization of mesh from underlying tissue, division of fixation arms of the central graft, and excision of contracted mesh. Fifteen of 17 (88%) patients reported a substantial reduction in vaginal pain following explanation, while none of 11 (64%) reported substantial reduction in dyspareunia. However, despite Feiner's relative success with mesh explanation, the adverse effects of transvaginal mesh contraction caused permanent life-altering sequelae in 22-46% of patients in this study.[43] I personally see this type of permanent life-altering sequelae in my daily practice in patients I treat for severe complications related to mesh slings, including Ethicon's TVT-S device.

---

[41] De Tayrac, et. al. Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542.

[42] Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.

[43] Feiner B, Maher C. Vaginal mesh contraction: definition, clinical presentation, and management. Obstet Gynecol. 2010 Feb;115(2 Pt 1):325-30.; Foon R, Toozs-Hobson P, Latthe P. Adjuvant materials in anterior vaginal wall prolapse surgery: a systematic review of effectiveness and complications. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1697-706.

*Scarring*

Polypropylene induces a rapid and acute inflammatory response and strong scar formation. Heavyweight meshes with small pores, such as the Prolene mesh in the TVT-S, induce an intense, chronic foreign body reaction with intensified fibrotic bridging and scar formation.[44] Eventually, the small pores are overwhelmed by the formation of scar tissue, and the entire mesh sling can become encased in a scar plate. This scar plate prevents proper tissue ingrowth.

An increased foreign body reaction with a chronic inflammatory response, followed by the formation of a rigid scar plate, are the primary reasons for the shrinkage and contraction of mesh, which in turn leads to complications including pain and permanent nerve damage.[45] Decreasing the weight of mesh reduces both shrinkage and the inflammatory response. A pore size of at least 1 mm in all directions is needed to prevent the fibrotic bridging and scar plate formation.[46] Despite Ethicon's claims to the contrary, the mesh in the TVT-S has a pore size that is much smaller than 1mm after implantation.[47]

---

[44] ETH.MESH.02316781; ETH.MESH.01218361
[45] ETH.MESH.01218361
[46] ETH.MESH.01785259; ETH.MESH.02316781; ETH.MESH.02148431; ETH.MESH.01218361; Klosterhalfen B, Junge K, Klinge U. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17; Batke deposition 8-12, p113-114, 118-120, 172-174;Hellhammer deposition 9-13, p403-407; Holste deposition 7-13, p51-53; Holste Deposition 12-12,  p89-90; Semin Immunopathol (2011) 33:235–243 - a Scar net formation following large pore (~3 mm) and b scar plate formation following small-pore (~0.3 mm) mesh implantation;  Arnaud  deposition  9-13,  p756-757;  ETH.MESH.03021946;        ETH.MESH.02587926; ETH.MESH.01752532; ETH.MESH.01785259; ETH.MESH.04941016
[47] ETH.MESH.08315782

Table 1 - Characteristics of Various mesh implants

| MESH | Unit Weight (mg/cm2) permanent component | Burst Strength, psi | Maximum Pore Size, mm |
|---|---|---|---|
| PROLENE* Polypropylene Mesh | 7.6 | 234 | <1 |
| GYNECARE GYNEMESH* PS Nonabsorbable (PROLENE* Soft Mesh) | 4.5 | 116 | 2.5 |
| MERSILENE* Polyester Fiber Mesh | 3.3 | 83 | <1 |
| VYPRO Mesh | 2.5 | 71 (pre-absorption 90) | 4.5 |
| VYPROII Mesh | 3.5 | | 3-4 |
| ULTRAPRO* Partially Absorbable Mesh (GYNECARE GYNEMESH M* Mesh) | 2.8 | 90 (pre-absorption 135) | 5.0 |

[48]

The fact that the pore size of the TVT-S is not greater than 1mm in all directions prevents proper tissue integration, which can reasonably be expected to result in the development of a rigid scar plate, leading to, among other things, the potential for increased erosion, pain, nerve entrapment, vaginal shortening, SUI recurrence, urethral obstruction, and dyspareunia.[49] As with other risks, it is well-documented that Ethicon also knew the design of its Prolene mesh could lead to a severe foreign body reaction, excessive scarring and fibrotic bridging, and mesh shrinkage.[50] Nonetheless, Ethicon failed to disclose its own findings, leaving doctors and patients in the dark.

4. Ethicon's Prolene mesh tested positive for cytotoxicity

Cytotoxicity is the quality of being toxic to cells. If a woman's tissues or organs are exposed to a cytotoxic substance, the cells may experience necrosis and die rapidly, or they may undergo a form of controlled cell death known as apoptosis. It is my understanding that it is

---

[48] ETH.MESH.08315782
[49] Klinge U, Otto J, Muhl T. High Structural Stability of Textile Implants Prevents Pore Collapse and Preserves Effective Porosity at Strain. BioMed Research International. 2015, 953209.
[50] ETH.MESH.05920616; ETH.MESH.04037600; ETH.MESH.05920616; ETH.MESH.05585033; ETH.MESH.05446127; ETH.MESH.05475773; ETH.MESH.04015102; ETH.MESH.04037600; Batke deposition 8-13, p87-88, 113-114, 257-259; Holste deposition 7-13, p51-57; Vailhe deposition 6-13, 182-185.

common for medical devices to be subjected to cytotoxicity testing before they are marketed to doctors and patients.

In support of its application to market the TVT (and then the TVT-S) in the United States, Ethicon did not perform any controlled clinical studies to determine the cytotoxic potential of the TVT, but instead determined that the "long term clinical experience with PROLENE mesh indicated the [prior] cytotoxicity testing would be sufficient to support the biocompatibility of this [mesh] component."[51] Of course, prior to marketing the TVT device, the Prolene mesh had primarily been used in abdominal hernia repair, and had never before been specifically indicated for use in vaginal tissues. As a result, Ethicon's conclusion that no new clinical or animal studies were needed to evaluate the cytotoxic potential of the TVT mesh is questionable at best. In fact, to this day, I am not aware of any long-term studies undertaken by Ethicon to determine whether or not the TVT mesh is clinically cytotoxic in women.[52]

Notably, the 2004 Wang study reported a defective healing rate of 2.2% in a series of 670 patients, and a persistent defective healing rate of 1%, which is suggestive of cytotoxicity.[53] Although this study was not published until 2004, Ethicon had been advised that Dr. Wang had experienced 25 erosions from the TVT mesh, which he suspected was due to the body's rejection of the Prolene mesh in 2002.[54]

The initial Cytotoxicity testing of the TVT prototype device was conducted in March of 1997, and tested all components of the device together for a period of 24 hours. The results of this test indicated the mesh was severely cytotoxic.[55]   Ethicon's own Scotland lab performed

---

[51] ETH.MESH.08476210
[52] Robinson deposition 9-13, p1101-1102.
[53] Wang AC, et. al. A histologic and immunohistochemical analysis of defective vaginal tape healing after continence taping procedures: A prospective case-controlled pilot study. American Journal of Obstetrics & Gynecology. 2004;191(6):1868–1874.
[54] ETH.MESH.03736989; ETH.MESH.00409674
[55] ETH.MESH.06851860

follow-up testing, this time testing the needle, heat shrinking tube, sheath, and polypropylene mesh separately. In this test, the polypropylene mesh in the TVT again tested positive for marked cytotoxicity. Ethicon did a third and final test in July of 1997, which finally provided a non-cytotoxic result for the polypropylene mesh. Ethicon relied on the results of this final, July 1997 test in support of its application to market the TVT device, and did not report the two prior positive cytotoxic test results to the FDA, surgeons, or the public.

Ethicon's own Worldwide Medical Director from 2005-2010 was not aware of these positive tests during his tenure.[56] Notably, even the 1997 ISO elution testing showed that the polypropylene mesh in the TVT was moderate to severely cytotoxic, while the ISO agarose diffusion testing showed the mesh was non-cytotoxic. Despite the positive ISO elution testing, and the two previous tests showing the mesh was cytotoxic, Ethicon concluded that "the long history of safe clinical use of polypropylene as a mesh and suture products suggests strongly that the material is inherently biocompatible, and the potential cytotoxicity observed is self-limiting and minimal when compared to the implantation procedure itself." [57]

It is my opinion that based on the 3 positive cytotoxic test results, Ethicon failed in its duty as a reasonable medical device manufacturer by not conducting long-term studies to assess the cytotoxic potential of the TVT mesh, and thus the TVT-S mesh, prior to marketing the device in women. This is particularly true in light of the fact that the Prolene mesh had never before been indicated specifically for use in vaginal tissues, and that there was only limited, short term data for 200 patients on a prototype device available at the time the device was first sold in the United States. In addition, the reports of 25 tape erosions from Dr. Wang in 2002 should have

---

[56] Robinson deposition 9-13, p1094-1095.
[57] ETH.MESH.08476210

triggered an additional testing and assessment of the cytotoxic potential of the TVT mesh, but no additional cytotoxic testing was done as a result of these reports.

Although Ethicon claims to have conducted additional cytotoxicity testing prior to FDA approval of the TVT-S, this does not explain the prior positive tests relating to the TVT.[58] And, given the company's history of selectively releasing studies and tests, the 510(k) application hardly puts to rest concerns about Prolene's cytotoxic nature.[59] I have personally seen the clinical effects of the cytotoxic potential of Prolene mesh in my practice. When I have removed Prolene TVT-S mesh from a patient with a mesh erosion, the tissue surrounding the mesh frequently shows evidence of necrosis and cell death. This type of necrosis is typically due to either toxins, infections, trauma, or some combination of the three.

### C. The TVT-S Should Not Be Used in the Pelvic Floor Due to its Defective Design

1. The TVT-S mesh is laser cut, resulting in a stiffer product and higher incidence of complications

Originally, Ethicon produced its line of TVT products by mechanically cutting the Prolene mesh. With the introduction of TVT-S, the company decided to use lasers to cut the mesh instead

---

[58] ETH.MESH.01311841

[59] Ethicon has never conducted a long-term randomized controlled trial with safety as a primary endpoint. (Trial Testimony of Piet Hinoul, *Batiste,* March 27, 2014 afternoon, p57.) In addition, to my knowledge, with respect to studies performed by persons outside of Ethicon, very few are long term randomized controlled studies and none include a primary endpoint of safety. (Robinson deposition 9-13, p977.) There have also been recent studies that suggest that the studies assessing risks of synthetic mid-urethral slings to date are poor and that long term data or evidence lags behind shorter-term studies. (Ford, et. al. Mid-urethral sling operations for stress urinary incontinence in women (review). The Cochrane Library (2015); Blaivas, et. al. Safety considerations for synthetic sling surgery. Nat. Rev. Urol. 2015:12 481-509.) Ethicon routinely relies and promotes its products based on long-term data from the original Ulmsten (and later Nilsson) data and studies. However, the studies lack significant data and fail to consider or inquire about many safety risks on the original patient cohort. The Ulmsten/Nilsson data is also biased in that Dr. Ulmsten had financial incentives to obtain certain results with his original studies and received numerous payments, consulting agreements, and royalties related to the TVT and his involvement with Ethicon. (ETH.MESH.03259439; Robinson deposition 9-13, p214-219.)

of machines. According to Ethicon, the change to lasers meant that the new mesh "was about three times stiffer than the machine-cut TVT mesh."[60]

Predictably, Ethicon conducted no clinical testing on the significance between mechanical cut and laser cut mesh.[61] According to internal Ethicon documents, the company tried to stress that there was nothing clinically significant or "new" about laser cut mesh, in part because "[I]f our results are as we claim [then] why are we changing the mesh with no clinical data?".[62]

Most importantly, the stiffness of the laser-cut mesh can result in additional complications for the patient, as compared to mechanically cut mesh. According to multiple Ethicon employees, for example, stiffer or more rigid mesh can result in a higher incidence of erosion, sexual dysfunction, and voiding dysfunction.[63] A study by Neuman found much higher rates of dyspareunia, attributable to the stiffness of the mesh.[64] In my own practice, I have likewise noticed the more rigid quality of mechanically cut mesh and have identified these types of complications following implantation.

2. The TVT-S design is flawed because there is no way to properly tension the device

Proper tensioning of the TVT-S device is critical to ensure that the device is both successful in its intended use to cure stress urinary incontinence and to prevent complications. However, the design of the TVT-S device is flawed because Ethicon cannot properly determine and/or instruct surgeons on the proper placement of the device and, in fact, Ethicon provides nonsensical or misleading instructions on tensioning in its Instructions for Use ("IFU"). It is

---

[60] ETH.MESH.01809080; Moalli P. A., Papas N., Menefee S., Albo M., Meyn L., Abramowitch S. D. Tensile properties of five commonly used mid-urethral slings relative to the TVT. International Urogynecology Journal and Pelvic Floor Dysfunction. 2008;19(5):655–663.
[61] ETH.MESH.01221735; ETH.MESH.03941617
[62] ETH.MESH.06040171
[63] ETH.MESH.00294195; ETH.MESH.00271641; ETH.MESH.00328895; ETH.MESH.03916716; ETH.MESH.01782949
[64] Neuman M. Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence:  Early Postoperative Pain and 3-year Follow Up. J Min. Invas. Gynecol 2011 Nov-Dec;18(6):769-73.

known that improper tensioning of slings can lead to failure of the procedure, urinary retention, and well as urinary obstruction. The TVT-S IFU itself states that "[o]ver-correction, i.e., too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction," and that "[u]nder-correction . . . may result in incomplete or no relief from urinary incontinence."[65] Too much tension on the mesh can also lead to vaginal or urethral erosions, which the IFU does not mention.[66]

To begin with, the IFU repeatedly refers to the TVT-S as "tension free." And yet the IFU warns that "over-correction, i.e., too much tension" can result in complications. Presumably, if the tape is "tension free," the IFU should state that *any* tension can result in complications, not merely the vague phrase "too much." Worse, the IFU warns of the possibility of "under-correction," which is presumably impossible with a device that is truly tension free. The IFU informs surgeons to "[e]nsure that the tape is placed with no tension."

I am not alone in my confusion regarding the tensioning of the TVT-S. Key Opinion Leader Malcolm Frazer reported to Ethicon in November 2007 that "the [TVT-S] IFU is fundamentally misleading. Tension-free, tension-less and placement with no tension are complete misnomers."[67] Professor Frazer also noted that Ethicon "is now suggesting [outside the IFU] that [the TVT-S] should be much tighter than [the IFU] states, because you assume [the mesh] or tissues may loosen." (Other Ethicon documents include similar suggestions regarding additional tension.)[68] He further stated that Ethicon had released "inadequate" and "contradictory or confusing statements on tension."

---

[65] ETH.MESH.02340589
[66] ETH.MESH.05529653; ETH.MESH.0016113; ETH.MESH.05529274; ETH.MESH.04044797
[67] ETH.MESH.00311792
[68] ETH.MESH.01782949

The IFU also instructs that the procedure may be performed under general anesthesia. However, the IFU notes that the positioning of the "tension-free tape" should be considered by "cough test or other [undescribed] means." It is impossible to perform a cough test with a patient under general anesthesia, and Ethicon quite literally provides no guidance for assessing the placement and tensioning of the TVT-S in that situation.

Ethicon's lack of guidance on tensioning the TVT-S is a repeat of the company's approach to the original TVT. For example, the fact that the cough test was necessary to properly tension the mesh was noted by Dr. Ulmsten in his original 1996 publication on the TVT, as well as the co-inventor of the TVT, professor Nilsson, who noted that there was a 15% difference in success rates between patients treated with the TVT under local anesthesia with a cough test, and patients under general anesthesia, where no cough test was possible.[69] Despite being aware of this concern, Ethicon launched the TVT with an IFU that informed physicians that the procedure could be performed under general or local anesthesia, yet did not inform physicians that the success rate was much greater if performed under local anesthesia with a cough test. In 2001, Ethicon medical directors recognized the need to have a standardized approach for tensioning the TVT and began work on a product which would avoid excessive tension. This product was never completed, and Ethicon never addressed how to instruct surgeons to properly tension the mesh. Ethicon employees have acknowledged that the TVT line has never truly been tension free, despite years of marketing it as such, and that they cannot accurately describe how to tension the mesh.[70]

Further, the fact that the mesh undergoes changes to its physical characteristics, which may vary from patient to patient, within days of implantation and then continuously throughout

---

[69] ETH.MESH.0404851
[70] ETH.MESH.01784428; ETH.MESH.06861473

its time in the human body, means that "proper" tensioning is likely impossible. Ethicon failed to consider or inform physicians that the mesh could shrink from 30-50% once the TVT-S was placed, which obviously affects the final placement and tensioning of the mesh.[71] (Actual shrinkage rates vary based on the individual patient, type of mesh, and location of mesh in the body.)

In sum, Ethicon's instructions leave the physician with no clear, articulable standard on how to avoid serious adverse reactions like urinary retention or urinary obstruction. Since it is generally impossible to adjust the tensioning more than 24 hours after an operation due to tissue ingrowth, a re-operation surgery is generally required to correct improper tensioning. Therefore, it is particularly important to describe the proper tensioning of the device as part of the product information.

It is my opinion to a reasonable degree of medical certainty that Ethicon has failed in its duty as a reasonable medical device manufacturer by not developing and articulating clear and accurate instructions to surgeons on how to tension the mesh, rendering the device defective. It is also my opinion to a reasonable degree of medical certainty that Ethicon cannot develop and articulate clear and accurate instructions on how to properly tension the mesh as long as defects of heavyweight, small pore, polypropylene mesh exist, as those defects create too many variations in the tensioning of the device to be overcome by instructions, no matter how well designed and articulated they may be.

    3.   <u>The TVT-S is defectively designed in its insertion instruments and technique</u>

Like the TVT and TVT-O, the design of the TVT-S is inherently defective given its use of Prolene mesh, which degrades and deforms in the pelvic floor, leading to serious

---

[71] ETH.MESH.03917375

complications as explained above. The TVT-S, moreover, was in fact designed even more poorly than its predicate devices.

Ethicon received FDA approval for the TVT-S under the 510(k) approval process, which is meant for devices that are "substantially equivalent" to a previously approved device. Ethicon asserted that the TVT-S was substantially equivalent to the TVT and TVT-O, but the reality is that the TVT-S is quite different, particularly as far as the implantation technique. The inserters were new,[72] and the procedure, including the "hammock" and "U" methods, was new.[73] As stated previously, the mesh was also the first to be laser cut, which alters the physical characteristics of the mesh as compared to the mechanical cutting utilized for the TVT. As Malcom Frazer put it: the TVT Secur is so "utterly different to the other TVT's that it probably shouldn't be called a TVT."[74] Similarly, Dr. Menachem Neuman, who flew across Europe providing training sessions for Ethicon products, informed the company that "special awareness" should be paid "to the differences between the TVT/TVTO and the TVTS . . . if high cure rates and low complication rates are desired." [75] (Dr. Neuman provided a number of suggestions regarding TVT-S techniques, none of which were used in an amended IFU.)

The primary problems with the TVT-S, as compared to the predecessor devices, are the insertion tools and techniques. Throughout the TVT-S's time on the market, Ethicon was aware of complaints relating to difficulty removing the insertion device.[76] For example, in a 2006 email to David Robinson and Dan Smith, among others, Ethicon's Director of Risk Management Mark Yale described the "potential high rate of occurrence with injuries related to [the TVT-S] not coming off inserter during removal of the inserter, therefore the device is either moved from rest

---

[72] Robinson deposition 7-13, p116.
[73] ETH.MESH.17666960; ETH.MESH.02340577
[74] ETH.MESH.00327062.
[75] ETH.MESH.02320486
[76] ETH.MESH.02105223; ETH.MESH.03752501

position or completely pulled out along with inserter."[77] A Quality Board presentation likewise noted complaints regarding the inserter clinging to the device.[78]

The various problems and potential explanations were summed up in a study by Hota:

> The lower overall success of TVT-S could be attributed to the difficulty that was sometimes encountered in the detachment of the introducer from the sling. During the introducer removal process, the original tensioning may have been compromised, as the introducer was moved back and forth in an attempt to release the sling from the introducer....
>
> Another point to consider is that the ends of the TVT-S are intended to be embedded within the obturator internus muscle, as opposed to passing through the obturator membrane as with the TVT-O sling. The TVT-S may theoretically migrate with time, detaching from the obturator internus muscle, whereas with TVT-O, the mesh passes through the obturator membrane as well as the obturator internus and externus muscles and the adductor magnus muscle and therefore may not be dislodged as easily. In other words, the latter approach may create a more reliable anchor for the mesh. In addition, excessive hydrodissection or sharp dissection of the periurethral space may affect the degree of attachment of the absorbable "fleece" on either end of the TVT-S. In addition, the attachment of the fleece could be compromised if a hematoma developed within the obturator internus muscle as a result of the surgical procedure.[79]

The "fleece" material is identified by Ethicon as a combination of polyglactin 910 and poly-p-dioxanone.[80] It was not used in either the TVT or TVT-O, and to my knowledge Ethicon did not perform any studies regarding its use in the pelvic floor. The TVT-S should not have launched without clinical findings showing that the new absorbable materials did not hamper insertion or integration of the device.

---

[77] ETH.MESH.0329316
[78] ETH.MESH.06051286
[79] Hota, Lekha S., MD, et al. TVT-Secur (Hammock) Versus TVT-Obturator: A Randomized Trial of Suburethral Sling Operative Procedures. Female Pelvic Med Reconstr. Surg. 2012, Jan-Feb;18(1):41-45.
[80] ETH.MESH.02340577

Another issue with the TVT-S insertion tools are the razor-sharp edges on the steel inserters. The Hota study found "an increased incidence of mesh exposure in the TVT-S group," and theorized that "the sharper edges of the TVT-S introducer potentially create more trauma to the vaginal epithelium and may result in high erosion rates." A "high-quality review . . . conducted to pool relevant data from randomised controlled trials" is consistent with these findings.[81] The report found that the TVT-S resulted in both more frequent vaginal exposure of mesh and mesh extrusion into the bladder or urethra, as compared to TVT-O-like devices. The TVT-S procedure also made women lose more blood than the TVT-O procedure—a statistically significant amount. Consistent with other studies, the report determined that failure rates among single-incision slings were also higher than with the transobturator approach.[82] The study concluded that "TVT-Secur is inferior to TVT and has already been withdrawn from clinical use." Once again, Ethicon did not study the potential effects of its razor-sharp instruments. The TVT-S never should have been released with this component; whatever benefits of this razor-sharp tool were clearly outweighed by the risks. It is my opinion that the sharp edges of the inserter are more likely to cause injuries to tissue and more likely to result in mesh erosion and extrusion.



[83]

---

[81] Nambiar A, Cody JD, Jeffery ST. Single-incision sling operations for urinary incontinence in women (Review). The Cochrane Library, 2014, Issue 6.
[82] Maslow K, Gupta C. Randomized clinical trial comparing TVT Secur system and transvaginal obturator tape for the surgical management of stress urinary incontinence. Int Urogynecol J (2014) 25:909–914.
[83] ETH.MESH.02340568

4.  <u>Ethicon had several preferred alternatives to the TVT-S available</u>

In general, the best course of action is to avoid using polypropylene mesh in the pelvic floor. Traditional non-surgical repairs are often helpful, and traditional surgical repairs have similar success rates as devices like the TVT, with far fewer complications.

Even so, feasible, safer, cost-effective, alternative devices were available to Ethicon at the time the TVT-S was launched and throughout the period it was marketed. As documented in the scientific literature and in Ethicon's internal communications, the TVT and TVT-O had far better success rates than the TVT-S.[84] Further, Ethicon developed (and used in its POP kits) the lightweight, large pore Ultrapro mesh, but chose not to utilize it in any treatment for SUI.[85] Any or all of these readily available options would have resulted in a more successful device with fewer complications and better outcomes.

**D.  *Ethicon Failed to Disclose and/or Downplayed Adverse Risks, Complications, and Product Information in its Instructions for Use ("IFU") and Patient Brochures***

It is important to state from the outset that Ethicon released one set of Instructions for Use ("IFU") for the TVT-S and never updated it, even as the company received more and more complaints from users and documents show growing concerns within the company itself. From launch, Ethicon's IFU failed to disclose important safety and risk information to physicians, thereby compromising the ability for all levels of surgeons to adequately and appropriately inform their patients prior to the implantation of the TVT device.

The IFU serves as the main modality for information regarding surgery. The IFU is the one document that Ethicon knew all surgeons see prior to the implantation of a mesh device.[86] In

---

[84] ETH.MESH.00312179; ETH.MESH.03845446; ETH.MESH.02105223; ETH.MESH.03845446; Nambiar A, Cody JD, Jeffery ST. Single-incision sling operations for urinary incontinence in women (Review). The Cochrane Library, 2014, Issue 6.
[85] Hellhammer deposition 9-13.
[86] Isenberg deposition 11-13, p566.

addition, according to Ethicon's Medical Director Piet Hinoul, physicians should be allowed to rely on the safety information in the IFU standing alone.[87] Thus, all risks associated with a medical device must be included in the products' IFU,[88] so that doctors are not left in the dark. I regularly review and rely on IFUs in my on practice. The woefully inadequate IFU for the TVT-S lists the following information in its Adverse Risks Section:

- Punctures or lacerations or injury to vessels, nerves, bladder, urethra, or bowel may occur during instrument passage and may require surgical repair.

- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation or inflammation.

- As with all foreign bodies and surgical implants, PROLENE mesh and absorbable materials may potentiate or exacerbate an existing infection.

- Over-correction, i.e., too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

- Under-correction or incorrect placement may result in incomplete or no relief from urinary incontinence.[89]

This is a nearly word-for-word recitation of the Adverse Reactions listed in the early 2000s TVT IFUs, even though, as explained, the products are quite different.[90] By contrast, the current version of the TVT IFU, although still flawed in many ways, lists the following Adverse Reactions:

- Punctures or lacerations of vessels, nerves, structures or organs, including the bladder, urethra or bowel, may occur and may require surgical repair.

---

[87] Hinoul deposition 1-14, p1207-1208
[88] Beath deposition 7-12, p592; Weisberg deposition 8-13, p959-960.
[89] ETH.MESH.02340589
[90] ETH.MESH.05225354

37

- Transitory local irritation at the wound site may occur.

- As with any implant, a foreign body response may occur. This response could result in extrusion, erosion, exposure, fistula formation and/or inflammation.

- Mesh extrusion, exposure, or erosion into the vagina or other structures or organs.

- As with all surgical procedures, there is a risk of infection. As with all foreign bodies, PROLENE Mesh may potentiate an existing infection.

- Over correction, i.e., too much tension applied to the tape may cause temporary or permanent lower urinary tract obstruction.

- Acute and/or chronic pain

- Voiding dysfunction

- Pain with intercourse which in some patients may not resolve.

- Neuromuscular problems, including acute and/or chronic pain in the groin, thigh, leg, pelvic and/or abdominal area may occur.

- Recurrence of incontinence

- Bleeding including hemorrhage, or hematoma.

- One or more revision surgeries may be necessary to treat these adverse reactions.

- PROLENE Mesh is a permanent implant that integrates into the tissue. In cases in which the PROLENE Mesh needs to be removed in part or whole, significant dissection may be required.

OTHER ADVERSE REACTIONS

- Seroma

- Urge incontinence

- Urinary frequency

- Urinary retention

- Adhesion formation

- Atypical vaginal discharge

- Exposed mesh may cause pain or discomfort to the patient's partner during intercourse.

- Death.[91]

As explained throughout this report and described in more detail below, the IFU for the TVT-S fails to disclose numerous adverse risks, safety information, and warnings that were well-known to Ethicon while the TVT-S was being marketed. Most strikingly, the IFU fails to mention pelvic pain or dyspareunia, which are extremely common complications of mesh implantation. More specifically, the TVT-S IFU fails to warn doctors of the known risks of, among other things: death, acute and chronic pelvic pain, acute and chronic vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, sexual dysfunction, chronic infections, abscess formation, permanent nerve damage, defecatory dysfunction, chronic foreign body reaction, lifelong risk of erosion and extrusion, severe vaginal scarring, inability to remove the device, the need for multiple surgical interventions that carry with them significant risks of morbidity, the development of worsening incontinence and urinary dysfunction, including urinary urgency, urinary urge incontinence, and urinary retention. The IFU also fails to mention, among other things, the research showing that polypropylene is carcinogenic and that Prolene is cytotoxic. And the IFU omits any mention of the fact that Prolene mesh is known to degrade, contract, and shrink.

As described throughout this report, my review of internal documents and the depositions of Ethicon employees reveals that Ethicon was aware of each these risks before or at the time the

---

[91] TVT IFU (01/2015), available at http://hostedvl106.quosavl.com/qb/doc/0nnlfm86hbpkf33bt7pl38flvg

TVT-S was first marketed and sold.[92] In my opinion, Ethicon's failure to warn of these significant risks resulted in injuries to many women.

Ethicon also failed to include warnings in its IFU related to the increased risk of mesh extrusion in women with prior vaginal surgeries, vaginal atrophy, vaginal injury, and post-operative infection.[93] In addition, Ethicon failed to inform physicians that the TVT-S procedure performed under general anesthesia increases the risk of urinary retention, erosions, and failure of the surgery. Ethicon also failed to mention the risks associated with its new razor-sharp insertor and increased risk of certain complications relating to laser cut mesh. Finally, Ethicon did not tell physicians that the TVT-S device would not work as well in smokers or obese patients.[94] All of these risks should have been disclosed to every surgeon via the original TVT-S IFU. It is inexcusable that no amendment was made to the IFU throughout the TVT-S's marketing period.

In addition to omitting information, Ethicon also downplays and misrepresents significant information in its IFU related to certain mesh properties. For example, despite the significant amount of data regarding mesh-related inflammatory response, the IFU for TVT-S states, "Transitory local irritation at the wound site and a transitory foreign body response may occur." According to the scientific literature, my own clinical experience, deposition testimony of Ethicon employees, and Ethicon's internal documents, the foreign body response is far from "transitory."[95] As Ethicon's Associate Medical Director of Worldwide Customer Quality explained, "[F]rom what I see each day, these patient experiences are not 'transitory' at all."[96]

---

[92] Hinoul deposition 6-13, p552; Beath deposition 7-13, p608; Robinson deposition 7-13, p251; ETH.MESH.00312180; ETH.MESH.04081189; ETH.MESH.02089392; ETH.MESH.04099233; ETH.MESH.03910175
[93] Isenberg deposition 11-13, p582-583, ETH.MESH.00159634; ETH.MESH.00203456
[94] ETH.MESH.00640394, Kirkemo deposition 1-14, p556-558.
[95] Robinson deposition 9-13, p1087-1089; Hinoul deposition, 1-14, p1192-1199.
[96] ETH.MESH.04093125

Notably, the word "transient" no longer modifies "foreign body response" in the latest TVT IFU. Further, Ethicon states in its IFU that the polypropylene mesh is not subject to degradation, which is inconsistent with Ethicon's own internal findings, as described in detail above.

In short, Ethicon not only failed to disclose certain risks associated with the product, it downplayed or inaccurately portrayed known issues related to mesh implantation. Thus, Ethicon prevented physicians from having an appropriate and accurate informed consent discussion with their patients by concealing and misrepresenting this type of information. The information Ethicon provided in patient brochures was no better, similarly downplaying risks, omitting safety information, and improperly equating the TVT-S with the TVT, as though the risks and benefits were the same.[97] As a result, numerous patients have suffered injuries from the TVT-S device that might have been avoided.

### E.  Ethicon Failed to Provide Adequate Training for Surgeons Using the TVT-S

As explained above, the implantation of the TVT-S device was a very different experience for surgeons compared to the TVT and TVT-O. Unfortunately, Ethicon left them in the dark.

For example, in addition to the tension and inserter issues described in this report, Ethicon did not provide surgeons with accurate information regarding the incision size for implantation. The IFU states that the incision size should be 1.0-1.5 cm.[98]  But Dr. Arnaud's "cookbook"[99] and "procedural pearls"[100] suggested a larger incision size, in order to reduce the risk of erosion or exposure.[101] The new size was larger than what was required with older slings.[102]

---

[97] ETH.MESH.08003263; ETH.MESH.08003279
[98] ETH.MESH.02340568
[99] ETH.MESH.03752501; ETH.MESH.00519476
[100] ETH.MESH.07039973
[101] ETH.MESH.17666960
[102] ETH.MESH.17666960

According to their own documents, Ethicon employees were well-aware that surgeons were struggling.[103]



Even Ethicon KOLs needed dozens of surgeries before they became something close to proficient in utilizing the TVT-S.[105]

It is my opinion to a reasonable degree of medical certainty that Ethicon should not have launched the TVT-S without better instructions, and should have provided better training to all surgeons. This issue might have been avoided with extensive pre-launch clinical studies, but none were performed.[106] Internal Ethicon documents suggest that the company continued to

---

[103] ETH.MESH.0324086; ETH.MESH.0329557; ETH.MESH.00330141; ETH.MESH.03922618;
ETH.MESH.00874445; ETH.MESH.00642325; ETH.MESH.02105223; ETH.MESH.03845446;
ETH.MESH.01784428; ETH.MESH.03752501
[104] ETH.MESH.02105223
[105] ETH.MESH.02105223; ETH.MESH.03845446; ETH.MESH.04048515
[106] ETH.MESH.00134795

42

market the product as something that could be easily implanted, for fear of losing market share.[107]

### V.  <u>Conclusion</u>

In sum, I concur with the results of Ethicon's (unpublished) summary of first-year data on the TVT-S, which showed that nearly a third of women experienced "major" complications: "As long as complications occur at the rate seen in this study . . . the single-incision procedure cannot be recommended as a first line treatment for [SUI]."[108] As explained throughout this report, the TVT-S is a defective device sold with faulty instructions, which never should have been brought to market. As a result of the TVT-S, many women have experienced severe complications that are in many cases irreversible.

Date: January 25, 2016

_____
DANIEL ELLIOTT, M.D.

---

[107] ETH.MESH.00858636
[108] ETH.MESH.02916611

# EXHIBIT A

# Curriculum Vitae and Bibliography
# Daniel S Elliott, MD

## Present Academic Rank and Position

| | |
|---|---|
| **Consultant** - Department of Urology, Mayo Clinic, Rochester, Minnesota | 07/2003 - Present |
| **Associate Professor of Urology** - Mayo Clinic College of Medicine | 01/2013 - Present |

## Education

| | |
|---|---|
| Biola University - BS, Biological Science | 1988 |
| School of Medicine, Loma Linda University - MD | 1993 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine - Internship, General Surgery | 1993 - 1994 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine - Resident, Urologic Surgery | 1994 - 1999 |
| Baylor College of Medicine - Fellow, Neurourology, Urodynamics and Voiding Dysfunction | 1999 - 2000 |

## Certification

**Board Certifications**

**American Board of Urology**

| | |
|---|---|
| Urology | 2002 - 2012 |
| Urology/Female Pelvic Medicine and Reconstructive Surgery | 2013 - Present |

## Honors and Awards

| | |
|---|---|
| **AUA Resident Award** - John D. Silbar North Central Section | 10/1998 |
| **Urology Grant Recipient** - Pfizer Scholars | 01/1999 |
| **DeWeerd Travel Award Recipient** - Awarding Organization | 06/1999 |
| **Annual Audio-Visual Award - AUA** - American Urological Association, Washington, District of Columbia | 05/2011 |
| **Best Reviewer in 2011 Award - Urodynamics/Incontinence/Female Urology/Neurourology** - The Journal of Urology | 05/2012 |
| **Annual Audio-Visual Award - AUA** - American Urological Association, San Diego, California | 05/2013 |
| **Best Reviewer in 2012 Award - Urodynamics/Incontinence/Female Urology/Neurourology** - The Journal of Urology | 05/2013 |
| **Kelalis Resident Essay Competition** - Minnesota Urological Society, Lakeland, Minnesota | 02/2015 |
| **The North Central Traveling Fellowship Award** - North Central Section American Urological Association | 11/2015 |

## Previous Professional Positions and Major Appointments

| | |
|---|---|
| **Senior Associate Consultant** - Department of Urology, Mayo Clinic, Rochester, Minnesota | 07/2000 - 06/2003 |
| **Assistant Professor of Urology** - Mayo Clinic College of Medicine | 04/2002 - 12/2012 |

## Professional and Community Memberships, Societies, and Services

**Professional Memberships and Services**

| | |
|---|---|
| American Association of Clinical Urologists | |
|     Member | 1998 - 2005 |
| American Medical Association | |
|     Member | 1991 - 2001 |
| American Urological Association | |
|     Member | 2000 - Present |
| European Association of Urology | |
|     International Member | 03/2013 - Present |
|     Section of Female and Functional Urology | |
|         International Member | 04/2013 - Present |
|     Section of Genitourinary Reconstructive Surgeons | |
|         International Member | 03/2013 - Present |
|         Committee Member | 04/2014 - Present |
| International Continence Society | |
|     Member | 2001 - Present |
| International Pelvic Pain Society | |
|     Member | 05/2014 - Present |
| International Urogynecologic Association | |
|     Member | 05/2013 - Present |
| International Urogynecologic Society | |
|     Member | 2003 - Present |
| Minimally Invasive Robotic Association | |
|     Member | 2005 - Present |
| Minnesota Medical Association | |
|     Member | 2002 - Present |
|     Zumbro Valley Medical Society | |
|         Member | 2002 - Present |
| Minnesota Urological Society | |
|     Member | 2006 - Present |
| Olmsted County Medical Association | |
|     Member | 2002 - Present |
| Society for Urodynamics & Female Urology | |
|     Member | 2002 - Present |
|     Education Committee | |
|         Committee Member | 08/2014 - Present |
| Society of Laparoendoscopic Surgeons | |
|     Member | 2005 - Present |
| Society of Urologic Prosthetic Surgeons | |
|     Member | 2005 - Present |

# Journal Responsibilities

**Journal Editorial Responsibilities**

    Journal of Gynecology and Obstetrics
        Editorial Board Member

Daniel S Elliott, MD                                                    Page 3 of 27

Journal of Robotic Surgery
    Consulting Editor

**Journal Other Responsibilities**

Archives of Gynecology and Obstetrics
    Reviewer
Canadian Urological Association Journal
    Reviewer
Cleveland Clinic Journal of Medicine
    Reviewer
Contemporary Clinical Trials
    Reviewer
European Journal of Obstetrics & Gynecology and Reproductive Biology
    Reviewer
European Urology
    Reviewer
International Urogynecology Journal
    Reviewer
Journal of Endourology
    Reviewer
Journal of Investigative Urology
    Reviewer
Mayo Clinic Health Letter
    Reviewer
Mayo Clinic Proceedings
    Reviewer
Nature Clinical Practice Urology
    Reviewer
Neurourology and Urodynamics
    Reviewer
Obstetrics & Gynecology International Journal
    Reviewer
The Journal of Urology
    Reviewer
Urologia Internationalis
    Reviewer

## Educational Activities

### Teaching Intramural

Prostate Pathology                                                        03/2005
Mayo Medical School
Rochester, Minnesota


## Institutional/Departmental Administrative Responsibilities, Committee Memberships, and Other Activities

**Mayo Clinic**

Mayo Clinic Formulary Committee

    Committee Member                                              2000 - 2003

**Mayo Clinic in Rochester**

Department of Urology

    Clinical Competency Committee

        Chair                                                    01/01/2015 - Present

        Committee Member                        10/15/2013 - Present

    Clinical Practice Committee

        Committee Member                        2000 - 2004

    Education Committee

        Committee Member                        02/11/2003 - 11/11/2008

        Committee Member                        10/15/2013 - Present

# Presentations Extramural

**National or International**

**Invited**

| | |
|---|---|
| Robotic Urogynecologic Surgery<br>3rd Annual World Robotic Urology Symposium<br>Orlando, Florida | 03/2008 |
| Robotic Sacrocolpopexy<br>2009 International Robotic Urology Symposium (IRUS), Henry Ford Health System<br>Las Vegas, Nevada | 01/2009 |
| Current Status Robotic GYN Surgery<br>2010 International Robotic Urology Symposium (IRUS), Henry Ford Health System<br>Las Vegas, Nevada | 01/2010 |
| Robotic Sacrocolpopexy<br>28th World Congress on Endourology and SWL<br>Chicago, Illinois | 09/2010 |
| Female Urology<br>28th World Congress on Endourology and SWL<br>Chicago, Illinois | 09/2010 |
| Optimizing Quality of Life With Regard to Urologic Function After Sacrectomy<br>The 4th Annual Sacral Tumor Study Group Conference, Massachusetts General Hospital<br>Boston, Massachusetts | 01/2013 |
| A Comparison of Artificial Urinary Sphincter Device Outcomes Among Patients With and Without Diabetes<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | 02/2015 |

Daniel S Elliott, MD

Scottsdale, Arizona

A Prospective Evaluation of Complications After Artificial Urinary Sphincter Placement and Their Impact on Device Survival                     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)
Scottsdale, Arizona

Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence                     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)
Scottsdale, Arizona

Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters                     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)
Scottsdale, Arizona

Holmium Laser Excision of Genitourinary Mesh Exposure Following Anti-Incontinence Surgery: Minimum 6 Month Follow-up                     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)
Scottsdale, Arizona

Outcomes for Artificial Urinary Sphincter Placement After Prior Male Urethral Sling Failure                     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)
Scottsdale, Arizona

The Effect of BMI on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence                     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)
Scottsdale, Arizona

Treatment of Bladder and Urethral Mesh Erosion: Remove and Reconstruct                     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)
Scottsdale, Arizona

Urethral Management During Artificial Urinary Sphincter Explantation for Erosion                     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)
Scottsdale, Arizona

Male Urinary Incontinence Management                     05/2015
Association Française d'Urologie (AFU) / American Urological Association (AUA)
New Orleans, Louisiana

Daniel S Elliott, MD

| | |
|---|---|
| Negative Impact of Prior Sling on AUS Device Survival<br>North Central Section of the American Urological Association (AUA)<br>United States of America | 11/2015 |

**Oral**

| | |
|---|---|
| Long Term Follow-Up of Endoscopically Treated Upper Tract Transitional Cell Carcinoma<br>American Urological Association Annual Meeting<br>Las Vegas, Nevada | 04/1995 |
| Long Term Analysis of 323 AMS 800 Artificial Urinary Sphincters<br>Urodynamics Subsection Meeting, American Urological Association<br>Orlando, Florida | 05/1996 |
| Transabdominal Enzymatic Ablation of the Prostate in the Canine Model: Evaluation for Use for the Treatment of Outflow Obstruction Due to Benign Prostatic Hyperplasia<br>Urodynamics Subsection Meeting, American Urological Association<br>Orlando, Florida | 05/1996 |
| Analysis of Functional Durability of AMS 800 Artificial Urinary Sphincter: The Mayo Clinic Results<br>American Urological Association Annual Meeting<br>New Orleans, Louisiana | 04/1997 |
| Long Term Follow-Up Primary Realignment of Urethral Disruption Following Pelvic Fracture<br>American Urological Association Annual Meeting<br>New Orleans, Louisiana | 04/1997 |
| Does Reoperation on an Artificial Urinary Sphincter Increase the Likelihood for Further Reoperations for Mechanical or Nonmechanical Failure?<br>American Urological Association Annual Meeting<br>San Diego, California | 06/1998 |
| Is Nephroureterectomy Necessary in All Cases of Upper Tract Transitional Cell Carcinoma? Long Term Results of Conservative Endourology Management of Upper Tract Transitional Cell Carcinoma in Individuals with Normal Contralateral Kidneys<br>American Urological Association Annual Meeting<br>Dallas, Texas | 05/1999 |
| Durability of Cadaveric Pubovaginal Sling<br>American Urological Association Annual Meeting<br>Anaheim, California | 06/2001 |
| Does the Addition of Antibiotic Prophylaxis to CIC Alter the Incidence of UTI?<br>American Urological Association Annual Meeting | 06/2002 |

Orlando, Florida

| | |
|---|---|
| Surgical Approach for Placement of SPARC Suburethral Sling<br>North Central Section, American Urological Association<br>Chicago, Illinois | 10/2002 |
| SPARC suburethral sling: technique and results (Video Presentation)<br>Western Section, American Urological Association<br>Kauai, Hawaii | 11/2002 |
| Robotic laparoscopic sacrocolpopexy: new surgical technique for the treatment of vaginal vault prolapse (Video Presentation)<br>American Urological Association<br>Chicago, Illinois | 04/2003 |
| Colloquium-ICS/IUGA 2004<br>Paris, France | 08/2004 |
| Robotic-Assisted Laparoscopic Management of Vaginal Vault Prolapse<br>Minimally Invasive Robotics Association<br>Innsbruck, Austria | 12/2005 |
| Advancement in Salvage Procedure Following Failed Artificial Urinary Sphincter: Tandem Transcorporal Artificial Urinary Sphincter Cuff Technique (Video Presentation)<br>American Urological Association<br>Atlanta, Georgia | 05/2006 |
| Tandem Transcorporal Artificial Urinary Sphincter Cuff Salvage Technique Following Previous Cuff Erosion and Infection: Surgical Description and Outcome<br>Western Section, American Urological Association<br>Maui, Hawaii | 10/2006 |
| Assessment of Durability of Robotic Sacrocolpopexy for the Treatment of Vaginal Vault Prolapse<br>Minimally Invasive Robotics Association<br>New York, New York | 01/2007 |
| Minimally Invasive Advances: Stress Incontinence<br>Mayo Clinic Rochester, Department of Urology<br>Kohala Coast, Hawaii | 02/2007 |
| Treatment Options for the Failed Sling<br>Mayo Clinic Rochester, Department of Urology<br>Kohala Coast, Hawaii | 02/2007 |
| American Urological Association Annual Meeting | 05/2007 |

Anaheim, California

Robotics use in Gynecology: the Mayo Clinic experience                    06/2007
Robotic Surgery: Facts or Fiction?
Milano, Italy

Indication and Management of Artificial Urinary Sphincter                 10/2007
7th Osijek Urological Days
Osijek, Croatia

Robotics Use in Gyenocology                                               10/2007
7th Osijek Urological Days
Osijek, Croatia

Robotic Urogynecologic Surgery                                            03/2008
3rd Annual World Robotic Urlogy Symposium
Orlando, Florida

Latest Advances and Treatment of Complications in Minimally Invasive Treatments   05/2008
for Stress Incontinence
American Urological Association (AUA)
Orlando, Florida

Severe, recurrent bladder neck contracture after prostatectomy: Salvage with   05/2008
urethral wall stent(Video and Poster Presentation)
American Urological Association (AUA)
Orlando, Florida

Surgical Advances of Stress Urinary Incontinence                         05/2008
Indian American Urological Association (IAUA)
Orlando, Florida

Robotic Sacrocolpopexy                                                    01/2009
International Robotic Urology Symposium, Henry Ford Health System
Las Vegas, Nevada

Management of Complications Following Anti-Incontinence Procedures        02/2009
Mayo Clinic, Department of Urology, Rochester Meeting
Kona, Hawaii

Minimally Invasive Advances: Stress Incontinence                         02/2009
Mayo Clinic, Department of Urology, Rochester Meeting
Kona, Hawaii

Overactive Bladder: Current Concepts of Management                       02/2009
Mayo Clinic, Department of Urology, Rochester Meeting
Kona, Hawaii

|  | 04/2009 |
|---|---|
| American Urological Association (AUA)<br>Chicago, Illinois |  |

|  | 11/2009 |
|---|---|
| Robotic repair for vaginal prolapse has significant benefits<br>North Central Section of the AUA - 83rd Annual Meeting<br>Scottsdale, Arizona |  |

|  | 01/2010 |
|---|---|
| Current Status Robotic GYN Surgery<br>International Robotic Urology Symposium, Henry Ford Health System<br>Las Vegas, Nevada |  |

|  | 05/2010 |
|---|---|
| Robotics for Female Pelvic Reconstruction: Who, When and What?<br>American Urological Association (AUA)<br>San Francisco, California |  |

|  | 09/2010 |
|---|---|
| Results of Urethral Wrap As Salvage Treatment Option Following Multiple Failed Artificial Urinary Sphincters<br>North Central Section of the AUA<br>Chicago, Illinois |  |

|  | 05/2011 |
|---|---|
| Small intestinal submucosa urethral wrap as a salvage treatment option following multiple failed artificial urinary sphincters<br>Audio-Visual<br>American Urological Association (AUA)<br>Washington, District of Columbia |  |

|  | 10/2011 |
|---|---|
| Long-Term Results of Small Intestinal Submucosa at Artificial Urinary Sphincter Placement for Management of Persistent / Recurrent Incontinence Following Multiple Sphincter Failures and Erosions<br>North Central Section of the AUA<br>Rancho Mirage, California |  |

|  | 02/2012 |
|---|---|
| OAB Current Concepts and Management<br>Mayo Clinic Reviews in Urology<br>Kohala Coast, Hawaii |  |

|  | 02/2012 |
|---|---|
| Transvaginal Mesh Kits Complications and Alternatives<br>Mayo Clinic Reviews in Urology<br>Kohala Coast, Hawaii |  |

|  | 02/2012 |
|---|---|
| Treatment and Evaluation of the Complicated Artificial Urinary Sphincter Patient<br>Mayo Clinic Reviews in Urology<br>Kohala Coast, Hawaii |  |

|  | 05/2012 |
|---|---|
| Vaginal Mesh for POP: what's the data show?<br>American Urological Association (AUA)<br>Atlanta, Georgia |  |

Daniel S Elliott, MD

| | |
|---|---|
| How do different centres perform Robot-assisted-Sacrocolpopexy?<br>4th Annual Society of European Robotic Gynecological Surgery (SERGS)<br>Marseille, France | 06/2012 |
| Comparative Surgical Complications of the Robotic Sacrocolpopexy for Pelvic<br>Organ Prolapse vs. Traditional Transabdominal Sacrocolpopexy<br>European Robotic Urology Symposium (ERUS)<br>London, United Kingdom | 09/2012 |
| Infection of Antibiotic-Coated Artificial Urinary Sphincters<br>North Central Section of the AUA<br>Chicago, Illinois | 10/2012 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the<br>treatment of rectourethral fistulas<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction<br>(SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Impact of Patient Obesity on Robotic Sacrocolpopexy for the Treatment of Vaginal<br>Vault Prolapse<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction<br>(SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Robotic Transvesical Rectourethral Fistula Repair Following a Robotic Radical<br>Prostatectomy (Video Presentation)<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction<br>(SUFU)<br>Las Vegas, Nevada | 02/2013 |
| The Impact of Prior Radiotherapy on Outcomes Following Surgical Repair of a<br>Rectourethral Fistula in Men with Prostate Cancer<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction<br>(SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the<br>treatment of rectourethral fistulas<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Impact of Patient Obesity on Robotic Sacrocolpopexy for the Treatment of Vaginal<br>Vault Prolapse<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Long Term Risk for Repeat Anti-Incontinence Surgery following Urethrolysis: A<br>Review of 100 Patients<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |

Long-Term Outcomes of Patients Undergoing the Standard Versus Modified (5    05/2013
Points of Fixation, 1 Point of Plication) Technique for Virtue Male Sling Placement
(Video Presentation)
American Urological Association (AUA)
San Diego, California

Robotic Transvesical Rectourethral Fistula Repair Following a Robotic Radical    05/2013
Prostatectomy (Video Presentation)
American Urological Association (AUA)
San Diego, California

The Impact of InhibiZone on Artificial Urinary Sphincter Infection Rate    05/2013
American Urological Association (AUA)
San Diego, California

Impact of patient obesity on robotic sacrocolpopexy for the treatment of vaginal    06/2013
vault prolapse
3rd International Meeting &quot;Challenges in Endourology & Functional
Urology&quot;
Paris, France

Long-Term Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior    09/2013
Device Explantation for Erosion and/or Infection
South Central Section of the AUA
Chicago, Illinois

Effect of prior radiotherapy and ablative therapy on surgical outcomes for the    10/2013
treatment of rectourethral fistulas
2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU
T&#252;bingen, Germany

Impact of patient obesity on robotic sacrocolpopexy for the treatment of vaginal    10/2013
vault prolapse
2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU
T&#252;bingen, Germany

Long Term Risk for Need to Repeat Anti-Incontinence Surgery Following    10/2013
Urethrolysis: A Review of 144 Patients
North Central Section of the AUA
Naples, Florida

Long-term impact of artificial urinary sphincter reimplantation following prior device    10/2013
explantation for erosion and/or infection
2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU
T&#252;bingen, Germany

Long-Term Outcomes for Artificial Urinary Sphincter Reimplantation after    10/2013
Explanation for Erosion or Infection
North Central Section of the AUA
Naples, Florida

Simultaneous Cuff-Only Artificial Urinary Sphincter at Augmentation Cystoplasty in
Children and Young Adults
North Central Section of the AUA
Naples, Florida

10/2013

Long-Term Device Outcomes for Artificial Urinary Sphincter Reimplantation
Following Prior Explantation for Erosion or Infection
Society of Urodynamics Female Pelvic Medicine & Urogenital Reconstruction
Miami, Florida

02/2014

Risk Factors for Intraoperative Conversion During Robotic Sacrocolpopexy
Society of Urodynamics Female Pelvic Medicine & Urogenital Reconstruction
Miami, Florida

02/2014

Results of artificial urinary sphincter reimplantation following previous erosion
and/or infection
29th Annual Congress of the European Association of Urology
Stockholm, Sweden

04/2014

Autologous Transobturator Mid-Urethral Sling Placement: A Novel Outpatient
Procedure for Female Stress Urinary Incontinence (Video Presentation)
American Urological Association (AUA)
Orlando, Florida

05/2014

Surgical Management of Female Benign Urethral Stricture Disease: A Ten Year
Experience
American Urological Association (AUA)
Orlando, Florida

05/2014

Autologous Transobturator Mid-Urethral Sling Placement for Female Stress Urinary
Incontinence (Video Presentation)
North Central Section of the American Urological Association (AUA)
Chicago, Illinois

09/2014

Urethral Management at the Time of Artificial Urinary Sphincter Erosion, Is Urethral
Catheterization Alone Enough?
North Central Section of the American Urological Association (AUA)
Chicago, Illinois

09/2014

Holmium Laser Excision of Genitourinary Mesh Exposure Following Anti-
Incontinence Surgery: Minimum 6 Month Follow-up
American Urological Association (AUA)
New Orleans, Louisiana

05/2015

A Comparison of Artificial Urinary Sphincter Device Outcomes Among Patients with
and Without Diabetes
North Central Section of the American Urological Association (AUA)
Amelia Island, Florida

11/2015

Daniel S Elliott, MD                                                                                    Page 13 of 27

| | |
|---|---|
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence | 11/2015 |
| North Central Section of the American Urological Association (AUA) | |
| Amelia Island, Florida | |
| | |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters | 11/2015 |
| North Central Section of the American Urological Association (AUA) | |
| Amelia Island, Florida | |
| | |
| Infection/Erosion Rates for Artificial Urinary Sphincter Revision After Mechanical Device Failure or Urethral Atrophy | 11/2015 |
| North Central Section of the American Urological Association (AUA) | |
| Amelia Island, Florida | |
| | |
| Long Term Continence Outcomes and Retreatment Rates Following Artificial Urinary Sphincter Placement: An Analysis of 1082 Cases at Mayo Clinic | 11/2015 |
| North Central Section of the American Urological Association (AUA) | |
| Amelia Island, Florida | |
| | |
| The Prospective Impact of Body Mass Index on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence | 11/2015 |
| North Central Section of the American Urological Association (AUA) | |
| Amelia Island, Florida | |

**Poster**

| | |
|---|---|
| Robot-Assisted Laparoscopic Sacrocolpopexy for Treatment of High Grade Vaginal Vault Prolapse: Surgical Technique and Initial Experience | 09/2007 |
| 29th Congress of the Societe Internationale d'Urologie | |
| Paris, France | |
| | |
| Robot Sacrocolpopexy: A Review of the Learning Curve in Fifty Casesl | 01/2011 |
| 4th World Congress on Controversies in Urology (CURy) | |
| Paris, France | |
| | |
| Impact of Radiotherapy on Surgical Repair and Outcomes in Patients with Rectourethral Fistula. | 06/2012 |
| 67th Annual Meeting of the Canadian Urological Association | |
| Alberta, Canada | |
| | |
| Outcomes and Predictors of Reoperation After Sling Release Surgery | 05/2014 |
| American Urological Association (AUA) | |
| Orlando, Florida | |
| | |
| Term Device Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Explantation for Erosion or Infection | 05/2014 |
| American Urological Association (AUA) | |
| Orlando, Florida | |

| | |
|---|---|
| Factors Associated with Intraoperative Conversion During Robotic Sacrocolpopexy<br>North Central Section of the American Urological Association (AUA)<br>Chicago, Illinois | 09/2014 |
| A Prospective Evaluation of Complications After Artificial Urinary Sphincter Placement and Their Impact on Device Survival<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Artificial Urinary Sphincter Outcomes in Octogenarians<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Perioperative Impact of Androgen Deprivation Therapy on Artificial Urinary Sphincter Placement<br>Western Section of the AUA<br>Indian Wells, California | 10/2015 |
| The Protective Impact of Body Mass Index on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence<br>South Central Section of the American Urological Association (AUA)<br>Scottsdale, Arizona | 10/2015 |

**Regional**

**Invited**

| | |
|---|---|
| Rectocele<br>Office of Women's Health brown bag<br>Rochester, Minnesota | 10/2004 |
| Incontinence and Other Urological Issues<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>HealthLine - KROC Radio<br>Rochester, Minnesota | 08/2007 |
| A Practical Approach to Treating Incontinence<br>Clinical Reviews, Rochester Civic Center<br>Rochester, Minnesota | 10/2008 |
| A Practical Approach to Treating Incontinence<br>Clinical Reviews, Rochester Civic Center<br>Rochester, Minnesota | 11/2008 |

| | |
|---|---|
| Incontinence and Other Urological Issues<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 03/2010 |
| Urinary Incontinence<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 03/2011 |
| Incontinence: Causes and Treatments<br>Prostate Cancer Support Group<br>Rochester, Minnesota | 02/2013 |
| Urinary Incontinence<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 05/2014 |
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence<br>Minnesota Urological Society (MUS) Spring Seminar<br>Minneapolis, Minnesota | 03/2015 |
| Management of Concomitant SUI and Stricture Disease<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Managing the Mesh Mess - Diagnosing and Managing Mesh Complications and Non-Mesh Alternatives<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Surgical Tips to Optimize Outcomes of AUS Placement<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Incontinence<br>Radio Broadcast, Hosted by Tracy McCray<br>Mayo Clinic Radio<br>Rochester, Minnesota | 12/2015 |

**Oral**

| | |
|---|---|
| Paratesticular Angiomyofibroblastoma<br>North Central Section, American Urological Association<br>Minneapolis, Minnesota | 09/1995 |
| Does the Degree of Preoperative Elevation PSA Exclude a Patient for | 10/1996 |

Consideration for Radical Retropubic Prostatectomy?
North Central Section, American Urological Association
Tucson, Arizona

Does Reoperation of an Artificial Sphincter Place the Patient at an Increased Risk        10/1998
for Subsequent Reoperation
North Central Section, American Urological Association
Amelia Island, Florida

Combined Stent and Artificial Urinary Sphincter for Management of Severe                  10/2000
Recurrent Bladder Neck Contractures and Stress Incontinence after Prostatectomy:
A Long-Term Evaluation.
North Central Section, American Urological Association
Phoenix, Arizona

Does Nocturnal Deactivation of the Artificial Urinary Sphincter Lessen the Risk for       10/2000
Urethral Atrophy?
North Central Section, American Urological Association
Phoenix, Arizona

Is Fascia Lata Allograft Material Trustworthy for Pubovaginal Sling Repair                10/2000
North Central Section, American Urological Association
Phoenix, Arizona

Robotics Surgery for Vaginal Prolapse                                                     06/2007
Controversies in Women's Health Symposium 2007
Nisswa, Minnesota

**Unclassified**

Artificial Urinay Sphincter Mechanical Failures: Is It Better To Replace The Entire       02/2016
Device Or Just The Malfunctioning Component?
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Effects Of Smoking Status On Device Survical Among Individuals Undergoing                 02/2016
Artificial Urinary Sphincter Placement
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Long-Term Outcomes Following Artificial Urinary Sphincter Placement: An Analysis          02/2016
Of 1082 Cases At Mayo Clinic
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Long-Term Subjective And Functional Outomes Of Primary And Secondary                      02/2016
Artificial Urinary Sphincter Implantations Among Men With Stress Urinary
Incontinence
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

| Predictors Of Poor Patient Satisfaction Following Primary AUS Placement Among Men With And Without A Prior History Of Radiation | 02/2016 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |

| Temporal Pattern Of Artificial Urinary Sphincter (AUS) Cuff Erosions Indicating Differing Etiologies Of AUS Cuff Erosions | 02/2016 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |

## Visiting Professorship

### Visiting Professorships

| Minnesota Urological Society Pyelogram Conference | 11/07/2014 |
| The Artificial Urinary Sphincter: Proper Patient Selection, Implantation and Troubleshooting | |
| Lakeland, Minnesota, United States of America | |

| University of California Irvine | 03/16/2015 |
| AUS: Patient Selection and Complications Management | |
| Irvine, California, United States of America | |

## Research Grants Awarded

### Completed Grants

#### Federal

| Co-Investigator | Selenium and Vitamin E Cancer Prevention Trial (SELECT). Funded by National Cancer Institute. (U10 CA 37429-SELECT) | 01/2010 - 12/2010 |

#### Industry

| Principal Investigator | Are There Histological and Tensile Strength Variations in Autologous, Allograft and SIS Pubovaginal Slings Over Time Using the Rabbit Model. Funded by Mentor Corporation. (MENTOR #5, 1A4575) | 10/2002 - 09/2003 |
| Co-Investigator | Single Looped Mechanical Urinary Sphincter: Determination of Required Urethral Constriction Forces to Provide Adequate Urinary Continence in the Canine Model. Funded by Dacomed, Inc.. (Dacomed #1) | 10/1995 - 12/1995 |
| Co-Investigator | Clinical Investigation of the Safety and Performance of Timm Medical Technologies' Artificial Urinary Sphincter (TIMM-AUS). Funded by Timm Medical Technologies. (Timm # 1) | 06/1999 - 02/2005 |
| Co-Investigator | A Randomized, Double-Blind, Parallel-Group Study to Investigate the Effects of a Single Oral Dose of L-753099 Compared to Placebo and Tolerodine on Urodynamic Parameters in Healthy Male Volunteers. Funded by Merck & Co., Inc.. (Merck 138) | 07/1999 - 12/2003 |
| Co-Investigator | The Safety, Local Tolerability, Pharmacokinetics, and Risk Benefit of Oxybutynin Transvaginal Rings (TVR) in Women with a History of Overactive Bladder. Funded by Advanced Biologics. (BIOLOGICS #1) | 01/2001 - 12/2003 |

Daniel S Elliott, MD

| | | |
|---|---|---|
| Co-Investigator | An Eight-Week, Double-Blind, Randomized, Parallel Group Design, Multicenter Study of FLOMAX Capsules, 0.4 mg Daily Vs. Placebo, in Female Patients w/ Lower Urinary Tract Symptoms (LUTS) w/ a Significant Component of Voiding Symptoms. Funded by Boehringer Ingelheim. (BOEHRINGER #34) | 06/2001 - 07/2003 |
| Co-Investigator | Veritas Collagen Matrix Urological Sling Postmarketing Clinical Study Protocol. Funded by Bio-Vascular, Inc.. (BIOVASCULAR #1) | 10/2001 - 09/2003 |

**Mayo Clinic**

| | | |
|---|---|---|
| Principal Investigator | Transurethral Enzymatic Ablation of the Prostate (TEAP); Short-term Concentration Study. Funded by Department Discretionary Funds. (Immuno 2) | 09/1995 - 12/2003 |

# Bibliography

**Peer-reviewed Articles**

1. Gleason PE, **Elliott DS**, Zimmerman D, Smithson WA, Kramer SA. Metastatic testicular choriocarcinoma and secondary hyperthyroidism: case report and review of the literature. J Urol. 1994 Apr; 151(4):1063-4. PMID:8126794

2. **Elliott DS**, Blute ML, Patterson DE, Bergstralh EJ, Segura JW. Long-term follow-up of endoscopically treated upper urinary tract transitional cell carcinoma. Urology. 1996 Jun; 47(6):819-25. PMID:8677570 DOI:10.1016/S0090-4295(96)00043-X

3. **Elliott DS**, Barrett DM. Long-term followup and evaluation of primary realignment of posterior urethral disruptions. J Urol. 1997 Mar; 157(3):814-6. PMID:9072573

4. **Elliott DS**, Barrett DM. The artificial urinary sphincter in the female: indications for use, surgical approach and results. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9(6):409-15. PMID:9891964

5. **Elliott DS**, Barrett DM. Mayo Clinic long-term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases. J Urol. 1998 Apr; 159(4):1206-8. PMID:9507835

6. Brown JA, **Elliott DS**, Barrett DM. Postprostatectomy urinary incontinence: a comparison of the cost of conservative versus surgical management. Urology. 1998 May; 51(5):715-20. PMID:9610584

7. **Elliott DS**, Barrett DM. The artificial genitourinary sphincter. Digital Urology Journal. 1998 Jul.

8. **Elliott DS**, Timm GW, Barrett DM. An implantable mechanical urinary sphincter: a new nonhydraulic design concept. Urology. 1998 Dec; 52(6):1151-4. PMID:9836575

9. **Elliott DS**, Boone TB. Urethral devices for managing stress urinary incontinence. Journal of Endourology. 2000 Feb; 14(1):79-83. PMID:10735576

10. **Elliott DS**, Barrett DM. Artificial urinary sphincter implantation using a bulbous urethral cuff: perioperative care. Urol Nurs. 2000 Apr; 20(2):89-90, 95-8. PMID:11998129

11. Frank I, **Elliott DS**, Barrett DM. Success of de novo reimplantation of the artificial genitourinary sphincter. J Urol. 2000 Jun; 163(6):1702-3. PMID:10799164

12. Petrou SP, **Elliott DS**, Barrett DM. Artificial urethral sphincter for incontinence. Urology. 2000 Sep 1; 56(3):353-9. PMID:10962293

13. **Elliott DS**, Boone TB. Is fascia lata allograft material trustworthy for pubovaginal sling repair? Urology. 2000 Nov 1; 56(5):772-6. PMID:11068297

14. **Elliott DS**, Boone TB. Recent advances in the management of the neurogenic bladder. Urology. 2000 Dec 4; 56(6 Suppl 1):76-81. PMID:11114567

15. **Elliott DS**, Boone TB. Combined stent and artificial urinary sphincter for management of severe recurrent bladder neck contracture and stress incontinence after prostatectomy: a long-term evaluation. J Urol. 2001 Feb; 165(2):413-5. PMID:11176385  DOI:10.1097/00005392-200102000-00014

16. **Elliott DS**, Mutchnik S, Boone TB. The "bends" and neurogenic bladder dysfunction. Urology. 2001 Feb; 57(2):365. PMID:11182361

17. Kim IY, **Elliott DS**, Husmann DA, Boone TB. An unusual presenting symptom of sarcoidosis: neurogenic

bladder dysfunction. J Urol. 2001 Mar; 165(3):903-4. PMID:11176503

18.  Petrou SP, **Elliott DS**. Artificial urethral sphincter for incontinence in adults. Drugs Today (Barc) 2001 Apr; 37(4):237-244. PMID:12768224

19.  **Elliott DS**, Barrett DM, Gohma M, Boone TB. Does nocturnal deactivation of the artificial urinary sphincter lessen the risk of urethral atrophy? Urology. 2001 Jun; 57(6):1051-4. PMID:11377302

20.  **Elliott DS**, Segura JW, Lightner D, Patterson DE, Blute ML. Is nephroureterectomy necessary in all cases of upper tract transitional cell carcinoma? Long-term results of conservative endourologic management of upper tract transitional cell carcinoma in individuals with a normal contralateral kidney. Urology. 2001 Aug; 58(2):174-8. PMID:11489692

21.  Lightner DJ, **Elliott D**, Gillett M. Surgeon's corner. Transvaginal culdoplasty for posthysterectomy vaginal vault prolapse. Contemp Urol. 2003 Sep; 15(9):15-22. PMID:0

22.  DiMarco DS, **Elliott DS**. Tandem cuff artificial urinary sphincter as a salvage procedure following failed primary sphincter placement for the treatment of post-prostatectomy incontinence. J Urol. 2003 Oct; 170(4 Part 1):1252-4. PMID:14501735

23.  **Elliott DS**, Barrett DM. Current indications for the use of the artificial genitourinary sphincter and management of its complications. The Scientific World Journal. 2004; 4(S1):114-27.

24.  Di Marco DS, Chow GK, Gettman MT, **Elliott DS**. Robotic-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. Urology. 2004 Feb; 63(2):373-6. PMID:14972496  DOI:10.1016/j.urology.2003.09.033

25.  Dora CD, Dimarco DS, Zobitz ME, **Elliott DS**. Time dependent variations in biomechanical properties of cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh and autologous fascia in the rabbit model: implications for sling surgery. J Urol. 2004 May; 171(5):1970-3. PMID:15076323 DOI:10.1097/01.ju.0000121377.61788.ad

26.  **Elliott DS**, Frank I, DiMarco DS, Chow GK. Gynecologic use of robotically assisted laparoscopy: sacrocolpopexy for the treatment of high-grade vaginal vault prolapse. Am J Surg. 2004 Oct; 188(4A Suppl S):52S-56S. PMID:15476652

27.  Krambeck AE, Dora CD, Sebo TJ, Rohlinger AL, DiMarco DS, **Elliott DS**. Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model. Urology. 2006 May; 67(5):1105-10. PMID:16698388  PMCID:0  DOI:10.1016/j.urology.2005.11.036

28.  **Elliott DS**, Chow GK, Gettman M. Current status of robotics in female urology and gynecology. World J Urol. 2006 Jun; 24(2):188-92. Epub 2006 Mar 24. PMID:16557388  PMCID:0  DOI:10.1007/s00345-006-0071-5

29.  Petrou SP, Thiel DD, Elliot DS, Broderick GA, Wehle MJ, Young PR. Does indigo carmine prevent early artificial urinary sphincter cuff erosion? Can J Urol. 2006 Aug; 13(4):3195-8. PMID:16952328

30.  **Elliott DS**, Krambeck AE, Chow GK. Long-term results of robotic assisted laparoscopic sacrocolpopexy for the treatment of high grade vaginal vault prolapse. J Urol. 2006 Aug; 176(2):655-9. PMID:0

31.  Routh JC, Crimmins CR, Leibovich BC, **Elliott DS**. Impact of Parkinson's disease on continence after radical prostatectomy. Urology. 2006 Sep; 68(3):575-7. Epub 2006 Sep 18. PMID:16979722 DOI:10.1016/j.urology.2006.03.025

32.  **Elliott DS**, Siddiqui SA, Chow GK. Assessment of the durability of robot-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. J Robot Surg. 2007; 1(2):163-8. Epub 2007 Jun 19. PMID:25484955  PMCID:4247457  DOI:10.1007/s11701-007-0028-8

33. **Elliott DS**, Chow GK. [Management of vaginal vault prolapse repair with robotically-assisted laparoscopic sacrocolpopexy]. Ann Urol (Paris). 2007 Feb; 41(1):31-6. PMID:17338498

34. Magera JS Jr, **Elliott DS**. Tandem transcorporal artificial urinary sphincter cuff salvage technique: surgical description and results. J Urol. 2007 Mar; 177(3):1015-9; discussion 1019-20. PMID:17296400 DOI:10.1016/j.juro.2006.10.052

35. Krambeck AE, Thompson RH, Lohse CM, Patterson DE, Segura JW, Zincke H, **Elliott DS**, Blute ML. Endoscopic management of upper tract urothelial carcinoma in patients with a history of bladder urothelial carcinoma. J Urol. 2007 May; 177(5):1721-6. PMID:17437796

36. Krambeck AE, Thompson RH, Lohse CM, Patterson DE, **Elliott DS**, Blute ML. Imperative indications for conservative management of upper tract transitional cell carcinoma. J Urol. 2007 Sep; 178(3 Pt 1):792-6; discussion 796-7 Epub 2007 Jul 16. PMID:17632132   DOI:10.1016/j.juro.2007.05.056

37. Magera JS Jr, Inman BA, **Elliott DS**. Does preoperative topical antimicrobial scrub reduce positive surgical site culture rates in men undergoing artificial urinary sphincter placement? J Urol. 2007 Oct; 178(4 Pt 1):1328-32; discussion 1332. Epub 2007 Aug 14. PMID:17698144   DOI:10.1016/j.juro.2007.05.146

38. **Elliott DS**, Frank I, Chow GK. Robotics and laparoscopy for vaginal prolapse and incontinence. Current Bladder Dysfunction Reports. 2007 Dec; 2(4):214-8.

39. Thompson RH, Krambeck AE, Lohse CM, **Elliott DS**, Patterson DE, Blute ML. Endoscopic management of upper tract transitional cell carcinoma in patients with normal contralateral kidneys. Urology. 2008 Apr; 71(4):713-7. Epub 2008 Feb 11. PMID:18267338   DOI:10.1016/j.urology.2007.11.018

40. Thompson RH, Krambeck AE, Lohse CM, **Elliott DS**, Patterson DE, Blute ML. Elective endoscopic management of transitional cell carcinoma first diagnosed in the upper urinary tract. BJU Int. 2008 Nov; 102(9):1107-10. Epub 2008 Jun 03. PMID:18522631   DOI:10.1111/j.1464-410X.2008.07766.x

41. Magera JS Jr, **Elliott DS**. Artificial urinary sphincter infection: causative organisms in a contemporary series. J Urol. 2008 Dec; 180(6):2475-8. Epub 2008 Oct 19. PMID:18930496   DOI:10.1016/j.juro.2008.08.021

42. Magera JS Jr, Inman BA, **Elliott DS**. Outcome analysis of urethral wall stent insertion with artificial urinary sphincter placement for severe recurrent bladder neck contracture following radical prostatectomy. J Urol. 2009 Mar; 181(3):1236-41. Epub 2009 Jan 18. PMID:19152938   DOI:10.1016/j.juro.2008.11.011

43. Tollefson MK, **Elliott DS**, Zincke H, Frank I. Long-term outcome of ureterosigmoidostomy: an analysis of patients with >10 years of follow-up. BJU Int. 2010 Mar; 105(6):860-3. Epub 2009 Aug 13. PMID:19681892 DOI:10.1111/j.1464-410X.2009.08811.x

44. Shimko MS, Umbreit EC, Chow GK, **Elliott DS**. Long-term outcomes of robotic-assisted laparoscopic sacrocolpopexy with a minimum of three years follow-up. Journal of Robotic Surgery. 2011; 5(3):175-80.

45. Trost L, **Elliott DS**. Male stress urinary incontinence: a review of surgical treatment options and outcomes. Adv Urol. 2012; 2012:287489. Epub 2012 May 8. PMID:22649446   PMCID:3356867   DOI:10.1155/2012/287489

46. Trost L, **Elliott D**. Small intestinal submucosa urethral wrap at the time of artificial urinary sphincter placement as a salvage treatment option for patients with persistent/recurrent incontinence following multiple prior sphincter failures and erosions. Urology. 2012 Apr; 79(4):933-8. Epub 2011 Nov 25. PMID:22119252 DOI:10.1016/j.urology.2011.09.003

47. **Elliott DS**. Con: mesh in vaginal surgery: do the risks outweigh the benefits? Curr Opin Urol. 2012 Jul; 22(4):276-81. PMID:22617054   DOI:10.1097/MOU.0b013e3283545991

48. Burgess KL, **Elliott DS**. Robotic/Laparoscopic prolapse repair and the role of hysteropexy: a urology

perspective. Urol Clin North Am. 2012 Aug; 39(3):349-60. PMID:22877718  DOI:10.1016/j.ucl.2012.05.006

49.    Mitchell CR, Gettman M, Chow GK, **Elliott D**. Robot-assisted sacrocolpopexy: description and video. J Endourol. 2012 Dec; 26(12):1596-9. Epub 2012 Oct 09. PMID:23046290  DOI:10.1089/end.2012.0388

50.    Chau VR, Maxson PM, Joswiak ME, **Elliott DS**. Male sling procedures for stress urinary incontinence. Urol Nurs. 2013 Jan-Feb; 33(1):9-14, 37; quiz 14. PMID:23556373

51.    Linder BJ, **Elliott DS**. Robotic sacrocolpopexy: how does it compare with other prolapse repair techniques? Curr Urol Rep. 2013 Jun; 14(3):235-9. PMID:23296693  DOI:10.1007/s11934-012-0299-0

52.    de Cogain MR, **Elliott DS**. The impact of an antibiotic coating on the artificial urinary sphincter infection rate. J Urol. 2013 Jul; 190(1):113-7. Epub 2013 Jan 09. PMID:23313209  DOI:10.1016/j.juro.2013.01.015

53.    Linder BJ, Umbreit EC, Larson D, Dozois EJ, Thapa P, **Elliott DS**. Effect of prior radiotherapy and ablative therapy on surgical outcomes in the treatment of rectourethral fistulas. J Urol. 2013 Oct; 190(4):1287-91. Epub 2013 Mar 26. PMID:23538238  DOI:10.1016/j.juro.2013.03.077

54.    Beddy D, Poskus T, Umbreit E, Larson DW, **Elliott DS**, Dozois EJ. Impact of radiotherapy on surgical repair and outcome in patients with rectourethral fistula. Colorectal Dis. 2013 Dec; 15(12):1515-20. PMID:23841640 DOI:10.1111/codi.12350

55.    Linder BJ, de Cogain M, **Elliott DS**. Long-term device outcomes of artificial urinary sphincter reimplantation following prior explantation for erosion or infection. J Urol. 2014 Mar; 191(3):734-8. Epub 2013 Sep 7 PMID:24018241  DOI:10.1016/j.juro.2013.08.089

56.    Clifton MM, Linder BJ, Lightner DJ, **Elliott DS**. Risk of repeat anti-incontinence surgery following sling release: a review of 93 cases. J Urol. 2014 Mar; 191(3):710-4. Epub 2013 Sep 20 PMID:24060639 DOI:10.1016/j.juro.2013.09.030

57.    Viers BR, **Elliott DS**, Kramer SA. Simultaneous augmentation cystoplasty and cuff only artificial urinary sphincter in children and young adults with neurogenic urinary incontinence. J Urol. 2014 Apr; 191(4):1104-8. Epub 2013 Sep 20. PMID:24060640  DOI:10.1016/j.juro.2013.09.032

58.    Linder BJ, **Elliott DS**. Autologous transobturator midurethral sling placement: a novel outpatient procedure for female stress urinary incontinence. Int Urogynecol J. 2014 Sep; 25(9):1277-8. Epub 2014 Mar 14 PMID:24627107  DOI:10.1007/s00192-014-2365-2

59.    Linder BJ, **Elliott DS**. Autologous transobturator urethral sling placement for female stress urinary incontinence. J Urol. 2015 Mar; 193(3):991-6. Epub 2014 Oct 19. PMID:25444955  DOI:10.1016/j.juro.2014.08.125

60.    Linder BJ, Chow GK, Hertzig LL, Clifton M, **Elliott DS**. Factors associated with intraoperative conversion during robotic sacrocolpopexy. Int Braz J Urol. 2015 Mar-Apr; 41(2):319-24. PMID:26005974

61.    Linder BJ, Chow GK, **Elliott DS**. Long-term quality of life outcomes and retreatment rates after robotic sacrocolpopexy. Int J Urol. 2015 Aug 24. PMID:26300382  DOI:10.1111/iju.12900

62.    Linder BJ, Rivera ME, Ziegelmann MJ, **Elliott DS**. Long-term Outcomes Following Artificial Urinary Sphincter Placement: An Analysis of 1082 Cases at Mayo Clinic. Urology 2015 Sep; 86 (3):602-7 Epub 2015 June 30 PMID:26135815  DOI:10.1016/j.urology.2015.05.029

63.    Linder BJ, Piotrowski JT, Ziegelmann MJ, Rivera ME, Rangel LJ, **Elliott DS**. Perioperative Complications following Artificial Urinary Sphincter Placement. J Urol. 2015 Sep; 194(3):716-20. Epub 2015 Mar 14. PMID:25776908  DOI:10.1016/j.juro.2015.02.2945

64.    Linder BJ, Viers BR, Ziegelmann MJ, Rivera ME, Rangel LJ, **Elliott DS**. Artificial urinary sphincter mechanical

failures: Is it better to replace the entire device or just the malfunctioning component? J Urol. 2015 Oct 19.
PMID:26493494  DOI:10.1016/j.juro.2015.10.084

65. Rivera ME, Linder BJ, Ziegelmann MJ, Viers BR, Rangel LJ, **Elliott DS**. The Impact of Prior Radiation Therapy on Artificial Urinary Sphincter Device Survival. J Urol. 2015 Oct 27. PMID:26518111
DOI:10.1016/j.juro.2015.10.119

66. Ogle CA, Linder BJ, **Elliott DS**. Holmium laser excision for urinary mesh erosion: a minimally invasive treatment with favorable long-term results. Int Urogynecol J. 2015 Nov; 26(11):1645-8. Epub 2015 Jun 11.
PMID:26063548  DOI:10.1007/s00192-015-2752-3

**Non-Peer-reviewed Articles**

1. **Elliott DS**, Cone M, Boone TB.Transabdominal sacrocolpopexy for severe vaginal vault prolapse; Indications and results. Issues in Incontinence. 2000 Apr.

2. **Elliott DS**, Barrett DM.Surgical management of the neurogenic bladder. American Urological Association Update Series. 2001 Feb.

3. Krambeck AE, **Elliott DS**.Primary realignment of the traumatic urethral distraction. American Urological Association Update Series. 2005 Oct.

4. Burgess KL, **Elliott DS**.Techniques of Abdominal Sacrocolpopexy for the Management of Apical Prolapse. American Urological Association Update Series. 2012; Lesson 11, Volume 31:109-116.

5. **Elliott DS**.Botox for overactive bladder. Mayo Clinic Health Letter. 2013 July:4.

**Books**

1. **Elliott DS**, Linder Brian. Urinary Dysfunction in Prostate Cancer: "Reoperative Anti-incontinence Surgery" 1 Edition.Springer;  (Book)

**Book Chapters**

1. Barrett DM, Abol-Enein H, Castro D, Hohenfellner M, Stohrer MW, Tanagho EA, **Elliott DS**, Chancellor MB, Madersbacher H, Stein R. Surgery for neuropathic bladder. in: World Health Organization: International Consultation on Incontinence, June 1998. (Book Chapter)

2. **Elliott DS**, Barrett DM. The artificial genitourinary sphincter. In: Resnick MI, Thompson IM, editors. Advanced Therapy of Prostate Disease. Hamilton: B. C. Decker Inc.; 2000. p. 405-9. (Book Chapter)

3. **Elliott DS**, Barrett DM. Management of complications of therapy: artificial urinary sphincter. In: Resnick MI, Thompson IM. Advanced therapy of prostatic disease. London: B.C. Decker Incorp; 2000 May. (Book Chapter)

4. **Elliott DS**, Boone TB. Neuromodulation for female idiopathic detrusor instability and urge incontinence. in: Female Pelvic Reconstructive Surgery. Stanton S, Zimmern P, editors. London: Springer-Verlag Publishers, 2001. (Book Chapter)

5. **Elliott DS**. Diagnosis and management of apical prolapse. In: Goldman HB, Vasavada SP, editors. Female urology: a practical clinical guide. Totowa: Humana Press; 2007. (Current clinical urology.). p. 297-306. (Book Chapter)

6. **Elliott DS**, DiMarco DS, Chow GK. Female urologic robotic surgery: gynecologic indication for robotic-assisted laparoscopy-sacrocolpopexy for the treatment of high grade vaginal vault prolapse. In: Faust RA, editor. Robotics in surgery: history, current and future applications. New York: Nova Science Publishers; 2007. p. 137-46. (Book Chapter)

7.   Eilliott DS, Krambeck A, Chow GK. Robotic urogynecologic surgery. In: In: Patel VR, editor. Robotic urologic surgery. London: Springer; 2007. p. 194-8. (Book Chapter)

8.   **Elliott DS**, Chow GK. Robotic sacral colpopexy. In: Gharagozloo F, Najam F, editors. Robotic surgery. New York: McGraw-Hill Medical; 2009. p. 347-51. (Book Chapter)

9.   McGee SM, Chow GK, **Elliott DS**. Robotic sacrocolpopexy: suspension of the bladder and vagina. In: Staskin DR editor. Atlas of bladder disease. Philadelphia: Springer; 2010. p. 251-8. (Book Chapter)

10.  McGee SM, Shimko MS, **Elliott DS**, Chow GK. Robot-Assisted Laparoscopic Sacrocolpopexy. In: Atlas of Robotic Urologic Surgery, Current Clinical Urology Vol. 2. 2011. p. 107-18. (Book Chapter)

11.  Shimko MS, **Elliott DS**. Robotic Surgery in Urogynecology. In: Robotics in Genitourinary Surgery. Vol. 7. 2011. p. 605-10. (Book Chapter)

12.  **Elliott DS**, Trost LW. Esfínter Urinario Artificial. Fellow en disfunciones miccionales y urodinamia. In: Biomaterials and Prostheses Implant in Urology. 2012. (Book Chapter)

13.  Linder BJ, **Elliott DS**. Robotic Sacrocolpopexy: How Does It Compare with Other Prolapse Repair Techniques? In: Current Urology Report. New York: Springer; 2012. (Book Chapter)

14.  Trost L, **Elliott DS**. Artificial Urinary Sphincter: Reoperative Techniques and Management of Complications. In: Brandes SB, Morey AF editors. Advanced Male Urethral and Genital Reconstructive Surgery. 2nd ed. New York: Springer; 2014. p. 697-709. (Book Chapter)

**Editorials**

1.   Richelson E, **Elliott DS**. Advances in medical management of overactive bladder. Mayo Clin Proc. 2003 Jun; 78(6):681-3.

2.   **Elliott DS**. Is an artificial urinary sphincter more effective than a urethral bulking agent for postprostatectomy incontinence? Nature Clinical Practice Urol. 2005 May; 2(5):220-1.

3.   Chow GK, **Elliott DS**. Endoscopic cystocele surgery: lateral repair with combined suture/mesh technique. J Endourol. 2010 Oct; 24(10):1569.

**Commentaries**

1.   **Elliott DS**, Lightner DJ, Blute ML. Medical management of overactive bladder. Mayo Clin Proc 2001 Apr; 76 (4):353-5 PMID:11322348 DOI:10.4065/76.4.353

2.   **Elliott DS**, Krambeck AE, Chow GK, Lee DI. Robotics: Long-term results of robotic assisted laparoscopic sacrocolpopexy for the treatment of high grade vaginal vault prolapse - Commentary. J Endourol. 2007; 21(2):135.

3.   **Elliott DS**. Can we better predict and treat urinary incontinence after prostatectomy? J Urol. 2012 Mar; 187(3):789-90. Epub 2012 Jan 15. PMID:22248524 DOI:10.1016/j.juro.2011.12.027

4.   **Elliott DS**. Editorial comment. J Urol. 2013 Apr; 189(4):1442; discussion 1442-3. Epub 2013 Jan 08. PMID:23313625 DOI:10.1016/j.juro.2012.10.135

5.   Linder BJ, **Elliott DS**. Reply: To PMID 22591970. Urology 2015 Sep; 86 (3):606-7 Epub 2015 Aug 07 PMID:26255584 DOI:10.1016/j.urology.2015.05.031

**Audio/Video/CD-ROM/etc.**

1. Frank I, **Elliott D**. SPARC Surgical Video: A New Outpatient Suburethral Sling Procedure for the Treatment of Female Stress Urinary Incontinence North Central Section of the American Urological Association (AUA). 2002 September.

2. Childs MA, McGee S, Routh J, Chow G, **Elliott DS**. Robot-Assisted Laparoscopic Sacrocolpopexy: A Review of the Learning Curve in Fifty Cases. Mayo Clinic Physician Update, News for Medical Professionals from Mayo Clinic Rochester ( 2009 Nov 11; Video Presentation) Epub 2009 Nov 11.

3. Trost L, **Elliott D**. SIS urethral wrap at the time of repeat AUS placement following multiple prior failed AUS and erosions. AUA. 2011 May.

4. Linder BJ, Frank I, Dozois EJ, **Elliott DS**. Robotic transvesical retrourethral fistula repair after a robotic radical prostatectomy. J Endourol, Part B, Videourology. 2013 Jan; 27.

5. Trost L, **Elliott D**. Modifications to the Virtue male sling procedure: 5-points of fixation, 1-point of plication. Received first honorable mention awards. AUA in San Diego, CA. 2013 May.

**Abstracts**

1. **Elliott DS**, Brown JA, Barrett DM. Long term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases placed at the Mayo Clinic. (Abstract 1028). J Urol. 1997 Apr; 157(4 Suppl):265.

2. **Elliott DS**, Barrett DM. Long term followup and evaluation of primary realignment of posterior urethral disruption. (Abstract 855). J Urol. 1997 Apr; 157(4 Suppl):219.

3. Slezak J, Amling CL, **Elliott DS**, Blute ML, Zincke H. Should patients with very high serum PSA levels (greater-than-or-equal-to 50 ng/ml) undergo radical prostatectomy? (Abstract 1247). J Urol. 1997 Apr; 157(4 Suppl):320.

4. Blute ML, **Elliott DS**, Patterson DE, Bergstralh EJ, Segura JW. Endoscopic renal preserving surgery for management of upper urinary tract transitional cell carcinoma. (Abstract 182). Br J Urol. 1997 Sep; 80(Suppl 2):47.

5. **Elliott DS**, Barrett DM. Does the need for reoperation on an artificial genitourinary sphincter (AMS 800) place the patient at an increased risk for further reoperation due to mechanical or non-mechanical reasons. (Abstract 163). J Urol. 1998 May; 159(5 Suppl):45.

6. Frank I, **Elliott DS**, Zincke H, Blute ML. Ureterosigmoidostomy. American Urological Association Annual Meeting, Anaheim, California. 2001 Jun.

7. **Elliott DS**, Husmann DA. Recurrent urinary tract infections in patients with a hypocontractile bladder secondary to diabetes mellitus: does the addition of prophylactic antibiotics to cic alter the incidence of bacteriuria and symptomatic uti's? J Urol. 2002 Apr; 167(4):8.

8. Kausik S, **Elliott DS**. External beam radiation and its effect on artificial urinary sphincter long-term function. American Urological Association Annual Meeting, Orlando, Florida. 2002 Jun.

9. DiMarco D, **Elliott DS**. Long term results of tandem urethral cuff for the treatment of male incontinence following RRP. North Central Section, American Urological Association, Chicago, Illinois. 2002 Oct.

10. Dora C, **Elliott DS**. Preliminary results of SPARC suburethral sling. North Central Section, American Urological Association, Chicago, Illinois. 2002 Oct.

11. Dimarco DS, Chow GK, Gettman MT, **Elliott DS**. Robotic-assisted laparoscopic sarcocolpopexy (Abstract MP 18/17). J Endourol. 2004 Nov; 18(Suppl 1):A109.

12.   Hawatmeh SI, **Elliott DS**. OB tape suburethral sling for stress urinary incontinence (Abstract V496). J Urol. 2005 Apr; 173(4):135.

13.   Krambeck AE, Dora CD, DiMarco DS, Sebo TJ, Zobitz ME, **Elliott DS**. Time dependent variations in inflammatory reaction and scar formation of cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh and utologous fascia in the rabbit model: implications for pubovaginal sling surgery (Abstract 931). J Urol. 2005 Apr; 173(4):252.

14.   Webster W, **Elliott D**. Age and obesity predict early failure of synthetic suburethral slings for stress urinary incontinence. International Continence Society Meeting, Montreal, Canada. 2005 Aug.

15.   Magera JS Jr, **Elliott DS**. Advancement in salvage procedure following failed artificial urinary sphincter: tandem transcorporal artificial urinary sphincter cuff technique (Abstract V1675). J Urol. 2006 Apr; 175(4 Suppl):540.

16.   Krambeck AE, Thompson RH, Segura JW, Patterson DE, Zincke H, Blute ML, **Elliott DS**. Endoscopic management of upper tract urothelial carcinoma in patient with a history of primary bladder urothelial carcinoma (Abstract 1100). J Urol. 2006 Apr; 175(4 Suppl):354.

17.   Thompson RH, Krambeck AE, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Endoscopic treatment of upper tract urothelial carcinoma in patients with solitary kidneys (Abstract 47). J Urol. 2006 Apr; 175(4 Suppl):16-7.

18.   Routh JC, Leibovich BC, Crimmins CR, **Elliott DS**. Parkinson's disease impact on voiding function after radical prostatectomy (Abstract 1603). J Urol. 2006 Apr; 175(4 Suppl):516-7.

19.   Krambeck AE, Thompson RH, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Conservative management of upper tract urothelial carcinoma in patients with imperative indications (Abstract VP6-01). J Endourol. 2006 Aug; 20(Suppl 1):A32.

20.   Krambeck AE, Thompson RH, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Endoscopic management of upper tract urothelial carcinoma in patients with a history of primary bladder urothelial carcinoma (Abstract VP6-02). J Endourol. 2006 Aug; 20(Suppl 1):A32.

21.   Thompson RH, Krambeck AE, Patterson DE, Blute ML, Segura JW, **Elliott DS**. Endoscopic treatment of upper tract urothelial carcinoma in patients with normal contraleteral kidneys (Abstract VP4-02). J Endourol. 2006 Aug; 20(Suppl 1):A20.

22.   Childs MA, Routh JC, Chow GK, **Elliott DS**. Robotic sacrocolpopexy: the learning curve for a novel surgical technique. J Endourol. 2010 Sep; 24(Suppl 1):A205-6.

23.   **Elliott DS**. Impact of Radiotherapy on Surgical Repair and Outcomes in Patients with Rectourethral Fistula. 67th Annual Meeting of the Canadian Urological Association. 2012 June.

24.   **Elliott DS**, Chow GC. Comparative surgical complications of the robotic sacrocolpopexy for pelvic organ prolapse vs. traditional transabdominal sacrocolpopexy. BJU Int. 2012 Oct; 110:57-8.

25.   Linder B, Umbreit E, Larson D, Dozois E, **Elliott D**. The impact of prior radiotherapy on outcomes following surgical repair of a rectourethral fistula in men with prostate cancer. Neurourol Urodyn. 2013 Feb; 32(2):174.

26.   Linder B, **Elliott D**. Long-term outcomes for artifcial urinary sphincter reimplantation following prior device explantation for erosion or infection. Neurourol Urodyn. 2014 Feb; 33(2):170.

27.   Linder B, Piotrowski J, Zieglemann M, Miest T, Rivera M, Ogle C, **Elliott D**. A prospective evaluation of complications after artificial urinary sphincter placement and their impact on device survival. Neurourol Urodyn. 2015 Feb; 34:S26.

Daniel S Elliott, MD

28. Linder B, **Elliott D**. Autologous transobturator urethral sling placement for female stress urinary incontinence. Neurourol Urodyn. 2015 Feb; 34:S50.

29. Rivera M, Ziegelmann M, Linder B, Viers B, Rangel L, **Elliott D**. Effects of radiation therapy on device survival among individuals with artificial urinary sphincters. Neurourol Urodyn. 2015 Feb; 34:S80-1.

30. Ogle C, Linder B, **Elliott D**. Holmium laser excison of genitourinary mesh exposure following anti-incontinence surgery: minimum 6 month follow-up. Neurourol Urodyn. 2015 Feb; 34:S26.

31. Ziegelmann M, Linder B, Rivera M, Ogle C, **Elliott D**. Outcomes for artificial urinary sphincter placement after prior male urethral sling failure. Neurourol Urodyn. 2015 Feb; 34:S26-7.

32. Linder B, **Elliott D**. Urethral management during artificial urinary sphincter explantation for erosion. Neurourol Urodyn. 2015 Feb; 34:S55-6.

* Indicates that the primary author was a mentee of this author.

**<u>Compensation</u>**

I am compensated for investigation, study, and consultation in this case at the rate of $700.00 per hour.

/s/ Daniel Elliott

DANIEL ELLIOTT, M.D.

# EXHIBIT B

**<u>Prior Testimony</u>**

As noted below, I have given testimony and provided expert reports in numerous Ethicon transvaginal mesh cases over the past few years. All of my testimony, opinions, and materials therein are hereby incorporated into this report by reference.

*Coloplast A/S v. Generical Medical Devices;* United States District Court – Western District of Washington at Tacoma Case No. C10-227BHS

*Linda Gross et al. v. Gynecare, et al*.; Superior Court of New Jersey Law Division – Middlesex County Case No. MID-L-9131-08– Report & Deposition

*Diane Bellew v. Ethicon et al*.; United States District Court, Southern District of West Virginia Case No. 2:12-cv-22473 – Report, Deposition & Trial

*Janice L. St. Cyr v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-02313

*Kathleen Stanbrough v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-06937

*Sheila Sutton v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-00105

*Pamela Ailey v Cook Medical, Inc., et al*.; United States District Court, Southern District of West Virginia Case No. 2:13-CV-20496

*Patricia L. Hammons v. Ethicon, Inc., et al.;* Philadelphia County Court of Common Please Case No. 0003913 – Report & De Bene Esse

*Dale Watkins et al. vs. Ethicon, Inc. et al.;* Superior Court of New Jersey Law Division – Bergen County Case No. BER-L-13787-14 MCL – Report & Deposition

*Mullins et al v. Ethicon, Inc., et al.;* Southern District of West Virginia Charleston Division Case No. 2:12-cv-02952 – Report & Deposition

# EXHIBIT C

| Date | Bates - Begin | Bates - End | Description |
|---|---|---|---|
| 3/2/1981 | ETH.MESH.15958524 | ETH.MESH.15958524 | Guidoin Lab Notebook Page/Image |
| 3/17/1982 | ETH.MESH.15958396 | ETH.MESH.15958399 | Guidoin Lab Notebook Page/Image |
| 3/23/1983 | ETH.MESH.15955438 | ETH.MESH.15955473 | Guidoin Lab Notebook Page/Image |
| 3/25/1983 | ETH.MESH.15958410 | ETH.MESH.15958432 | Guidoin Lab Notebook Page/Image |
| 5/25/1983 | ETH.MESH.15958400 | ETH.MESH.15958404 | Guidoin Lab Notebook Page/Image |
| 8/14/1984 | ETH.MESH.15958433 | ETH.MESH.15958444 | Guidoin Lab Notebook Page/Image |
| 9/27/1984 | ETH.MESH.15958408 | ETH.MESH.15958409 | Guidoin Lab Notebook Page/Image |
| 11/5/1984 | ETH.MESH.15958452 | ETH.MESH.15958469 | Guidoin Lab Notebook Page/Image |
| 11/7/1984 | ETH.MESH.15958405 | ETH.MESH.15958407 | Guidoin Lab Notebook Page/Image |
| 3/11/1985 | ETH.MESH.15958445 | ETH.MESH.15958451 | Guidoin Lab Notebook Page/Image |
| 5/30/1985 | ETH.MESH.09746373 | ETH.MESH.09746448 | Memo N.R. Cholvin to Dr. R.L. Kronenthal, et al. re Protocol for 10 Year In Vivo Study of Monofilament Sutures |
| 1/20/1988 | ETH.MESH.15144996 | ETH.MESH.15144996 | Report: Quebec Explants |
| 1/20/1988 | ETH.MESH.00004755 | ETH.MESH.00004755 | Guidoin Explant Study notes |
| 8/10/1990 | ETH.MESH.11336474 | ETH.MESH.11336487 | Five Year Report re Ten Year In Vivo Suture Study |
| 3/8/1991 | N/A | N/A | FDA Device Labeling Guidance #G91-1 (Blue Book Memo) |
| 3/8/1991 | | | FDA Device Labeling Guidance #G91-1 |
| 1/1/1997 | ETH.MESH.00371572 | ETH.MESH.00371573 | Alex C. Wang "Tension-Free Vaginal Tape (TVT) for Urinary Stress Incontinence - A Preliminary Report" |
| 2/13/1997 | ETH.MESH.08696050 | ETH.MESH.08696055 | Consulting & Technology Agreement between Johnson & Johnson International and Professor Ulf Ivar Ulmsten |
| 2/26/1997 | ETH.MESH.08696084 | ETH.MESH.08696134 | Medscan Agreement |
| 3/1/1997 | N/A | N/A | Medical Device Reporting for Manufacturers by Department of Health and Human Services, Public Health Services, FDA |

| 6/13/1997 | ETH.MESH.12009095 | ETH.MESH.12009101 | Ulmsten Preliminary report of Multicentre Study on TVT |
| 8/8/1997 | ETH.MESH.06852120 | ETH.MESH.06852129 | Cytotoxicty Risk Assessment |
| 8/29/1997 | N/A | N/A | 1997 Marlex MSDS |
| 9/11/1997 | ETH.MESH.09747728 | ETH.MESH.09747728 | Linsky email re TVT (Ulmsten) -510k submission |
| 9/16/1997 | ETH.MESH.09747632 | ETH.MESH.09747643 | PAC Meeting Review - Tension Free Vaginal Tape (TVT) Ulmsten Device |
| 10/1/1997 | ETH.MESH.09747724 | ETH.MESH.09747725 | Linsky C email re Recommendation not to Accelerate TVT Program |
| 1/11/1998 | ETH.MESH.03658577 | ETH.MESH.03658577 | Presentation: Biocompatibility of ULTRAPRO by Joerg L. Holste, DVM |
| 1/28/1998 | ETH.MESH.00371496 | ETH.MESH.00371594 | FDA 510(k) clearance letter |
| 1/28/1998 | N/A | N/A | Tension Free Vaginal Tape (TVT) System 510(k) |
| 2/18/1998 | HMRDH_ETH_00133261 | HMRDH_ETH_00133262 | Liu email chain re Prolene Mesh Redesign |
| 6/17/1998 | ETH.MESH.09266659 | ETH.MESH.09266660 | Tang email chain re Prolene Mesh Update |
| 7/30/1998 | ETH.MESH.00130934 | ETH.MESH.00130941 | Kaminski Memo re summary of key point from US Marketing Research Study on TVT |
| 8/17/1998 | ETH.MESH.09264945 | ETH.MESH.09264946 | Rousseau Memo to Lessig re Prolene Mesh Re-Design Project |
| 8/18/1998 | ETH.MESH.12009027 | ETH.MESH.12009035 | Rowan email re GyneMesh II New Mesh Design w/attachment |
| 9/7/1998 | ETH.MESH.09266668 | ETH.MESH.09266671 | Tang email chain re Mesh 3 |
| 9/17/1998 | ETH.MESH.07877085 | ETH.MESH.07877085 | Lessig email re PROLENE Mesh Redesign Project |
| 9/23/1998 | ETH.MESH.09266465 | ETH.MESH.09266466 | D Aversa email chain re Prolene Mesh Sheets Research |
| 3/30/1999 | ETH.MESH.00203456 | ETH.MESH.00203456 | Gillick email chain re TVT insert |
| 4/8/1999 | ETH.MESH.14410703 | ETH.MESH.14410741 | Toth Memo to Copy Review Team re New Construction PROLENE polypropylene mesh Sales Aid and Demo Device |

| | | | |
|---|---|---|---|
| 5/3/1999 | ETH.MESH.11283974 | ETH.MESH.11283974 | Lehe email re Reisebericht:  TVT - Brainstorming (PD 98/5) |
| 5/4/1999 | ETH.MESH.14410846 | ETH.MESH.14410851 | Toth email chain re New Construction PROLENE polypropylene mesh Pre-Launch Memo w/attachment |
| 6/9/1999 | ETH.MESH.11283949 | ETH.MESH.11283951 | Hoepffner email chain re Trip report -- meeting with Dr. Ulstem |
| 6/24/1999 | ETH.MESH.14411026 | ETH.MESH.14411040 | Toth, JL Memo to Copy Review Team re TVT Tension-free Vaginal Pate Press Briefing Presentation |
| 7/13/1999 | ETH.MESH.03456775 | ETH.MESH.03456776 | Product Pointer for TVT Tension-free Vaginal Tape |
| 8/18/1999 | ETH.MESH.09275875 | ETH.MESH.09275876 | Rousseau email re Samples of PROLENE Mesh |
| 9/15/1999 | ETH.MESH.04193990 | ETH.MESH.04193993 | Major Executive Committee Actions July 20, 1999 through September 15, 1999 |
| 12/2/1999 | ETH.MESH.09346419 | ETH.MESH.09346420 | Memo to R. Rousseau re Biocompatibility Risk Assessment for Soft PROLENE Mesh |
| 12/2/1999 | ETH.MESH.09346417 | ETH.MESH.09346418 | Biocomp risk assessment GPS revised |
| 1/4/2000 | ETH.MESH.09273600 | ETH.MESH.09273601 | Dormier email chain re LcBlanc CME Live on Medscape |
| 2/24/2000 | | | Labelling for Medical Devices by SG1 and endorsed by The Global Harmonization Task Force |
| 4/5/2000 | ETH.MESH.17661347 | ETH.MESH.17661347 | Angleitner email chain re TVT Product complaint w/handwritten notes |
| 4/14/2000 | ETH.MESH.17661336 | ETH.MESH.17661499 | Hellberg communication re Product Complaint Form |
| 4/17/2000 | ETH.MESH.05529274 | ETH.MESH.05529275 | Gynecare TVT Tension-free Support for Incontinence |
| 5/26/2000 | ETH.MESH.06852118 | ETH.MESH.06852129 | Biocompatibility Review |
| 6/1/2000 | ETH.MESH.00658177 | ETH.MESH.00658198 | Surgeon's Resource Monograph |

| 6/6/2000 | ETH.MESH.05493965 | ETH.MESH.05493999 | "Meshes in Pelvic Floor Repair - Findings from literature review and conversations/interviews with surgeons" prepared by Brigitte Hellhammer |
|---|---|---|---|
| 6/9/2000 | ETH.MESH.00160612 | ETH.MESH.00160625 | Toth Memo re Gynecare TVT Tension-free Support for Incontinence Patient Education Brochure (TVT016) |
| 7/7/2000 | ETH.MESH.0137272 | ETH.MESH.01137293 | Incontinence/Pelvic Floor Management GYNECARE TVT Tension-free Support for Incontinence 2001 Marketing Plan |
| 7/12/2000 | ETH.MESH.01317515 | ETH.MESH.01317524 | TVT-2 needles Introducer Revision 8 |
| 8/14/2000 | ETH.MESH.00158559 | ETH.MESH.00158590 | TVT Professional Education Tensioning |
| 8/17/2000 | ETH.MESH.10216874 | ETH.MESH.10216875 | Slusser email chain re AUGS lecture/content of discussion |
| 8/18/2000 | ETH.MESH.08793648 | ETH.MESH.08793648 | Study Justification:   Gynecare Clinical Research Program 2001 spreadsheet |
| 8/21/2000 | ETH.MESH.03909708 | ETH.MESH.03909713 | ARnaud A email chain re Pelvic floor repair Procedural Strategy |
| 8/21/2000 | ETH.MESH.08793646 | ETH.MESH.08793647 | Isenberb email re WOW Business Plan -- 2001, Clinical Research |
| 8/28/2000 | ETH.MESH.03736578 | ETH.MESH.03736578 | Memo Marty Weisberg to Rick Isenberg re discussion with redacted |
| 9/6/2000 | ETH.MESH.09746615 | ETH.MESH.09746617 | Ltt Nilsson from Zauberman re Surgeon Panel |
| 9/22/2000 | ETH.MESH.00143697 | ETH.MESH.00143699 | Memo from J.L. Toth to Copy Review Team re "A three-year follow up of tension free vaginal tape for surgical treatment of the female stress urinary incontinence" Article (TVTO15 - REVIEW FOR REPRINT |
| 9/22/2000 | ETH.MESH.00143700 | ETH.MESH.00143702 | Memo from J.L. Toth to Copy Review Team re "A three-year follow up of tension free vaginal tape for surgical treatment of the female stress urinary incontinence" Article (TVTO15 - REVIEW FOR REPRINT |

| 11/1/2000 | ETH.MESH.03736932 | ETH.MESH.03736932 | Memo Marty Weisberg to Rick Isenberg re Complaint |
|---|---|---|---|
| 1/16/2001 | HMESH_ETH_00946830 | HMESH_ETH_00946838 | Dormier email chain re Corporate Product Characterization December Monthly Report |
| 2/6/2001 | HMESH_ETH_02944363 | HMESH_ETH_02944364 | Vypro for Pelvic Floor Repair agenda |
| 2/13/2001 | ETH.MESH.03915380 | ETH.MESH.03915380 | Email Axel Arnaud to Dr Uwe re Dr Lucente/TVT Procedure Improvements/Prevention of Overstretching |
| 2/28/2001 | N/A | N/A | Phillips Sumika 2001 Marlex MSDS |
| 4/11/2001 | ETH.MESH.00161129 | ETH.MESH.00161130 | Toth Memo re Gynecare TVT Tension-free Support for Inicontinence Competitive Mesh Products - Product Pointer |
| 4/17/2001 | ETH.MESH.00161131 | ETH.MESH.00161132 | Product Pointer:  Gynecare TVT Tension-free Support for Incontinence:  A Synthetic Sling with Erosion Rates No Higher Than Autologus Slings |
| 4/23/2001 | ETH.MESH.10181921 | ETH.MESH.10181922 | Ulmsten ltt Ostergard re Cannes meeting |
| 5/14/2001 | ETH.MESH.01317508 | ETH.MESH.01317613 | Target Sheet Design History:  DH0263-DH0278 |
| 5/14/2001 | ETH.MESH.02607272 | ETH.MESH.02607814 | Design History CH1035 (bk2) - DH1036 (bk5) |
| 6/1/2001 | ETH.MESH.05494064 | ETH.MESH.05494066 | Hellhammer email chain re WG: TVT instructions for use |
| 6/1/2001 | ETH.MESH.12002601 | ETH.MESH.12002601 | Angelini L email re TVT improvements |
| 6/6/2001 | ETH.MESH.03905472 | ETH.MESH.03905477 | Weisberg, M email chain re TVT recommendation from Dr. Alex Wang |
| 6/7/2001 | ETH.MESH.00144270 | ETH.MESH.00144278 | TVT 20010607 Gynecare TVT Tension-free Support for Incontinence |
| 6/18/2001 | ETH.MESH.08798099 | ETH.MESH.08798110 | 2002-2003 US Marketing Plan for Gynecare TVT Tension-free Support for Incontinence |
| 6/21/2001 | HMESH_ETH.00958003 | HMESH_ETH.00958005 | TVT Recommendations from Dr. Wang - Meeting Minutes of June 21, 2001 |
| 6/22/2001 | ETH.MESH.02089392 | ETH.MESH.02089399 | Scientific Advisory Panel on Pelvic Floor Repair Preliminary Minutes |

| 6/26/2001 | HMESH_ETH_00958014 | HMESH_ETH_00958015 | Luscombe email chain re TVT recommendations from Dr. Wang |
|---|---|---|---|
| 7/3/2001 | ETH.MESH.00144304 | ETH.MESH.00144331 | Presentation:  TVT Sales Force Update @ Divisional Meeting |
| 7/6/2001 | ETH.MESH.17606501 | ETH.MESH.17606502 | Dormier E email chain re Vypro vs Soft Prolene Mesh for Pelvic Floor Repair |
| 8/2/2001 | ETH.MESH.00764323 | ETH.MESH.00764325 | 5-Year Press Release Draft:  Long-term Data Proves Safety and Efficacy of GYNECARE TVT Tension-free Support Treating Stress Urinary Incontinence |
| 8/15/2001 | ETH.MESH.00864131 | ETH.MESH.00864133 | Luscombe B email chain re Aug 11 program |
| 9/28/2001 | ETH.MESH.09306898 | ETH.MESH.09306910 | 2002 US Marketing Plan for TVT |
| 10/1/2001 | ETH.MESH.03909721 | ETH.MESH.03909733 | New Products Development Gynecare Products by Axel Arnaud |
| 1/16/2002 | ETH.MESH.00029963 | ETH.MESH.00029966 | Luscombe email re ALERLT!!! Professional Ads for GYNECARE TVT !!!!! w/attachments |
| 1/28/2002 | ETH.MESH.04384185 | ETH.MESH.04384188 | Particle Release Characteristics of Clear and Blue TVT Mesh Corporate Product Characterization |
| 1/28/2002 | ETH.MESH.02613804 | ETH.MESH.02613805 | Corporate Product Characterization - Comparison of Particle Characteristics of Clear and 50% Blue PROLENE Mesh of TVT Device |
| 3/28/2002 | ETH.MESH.08695896 | ETH.MESH.08695896 | Letter from Howard Zauberman (Ethicon) to Mr. Jan Johansson (Director, Eurosund Medical AB) |
| 4/25/2002 | ETH.MESH.08793552 | ETH.MESH.08793553 | Email Ettore Carino to Kimberly Mullarkey re FW: DTC Review |
| 4/25/2002 | ETH.MESH.01317510 | ETH.MESH.01317514 | DDSA Re-Evaluation for TVT |
| 5/1/2002 | ETH.MESH.03907468 | ETH.MESH.03907469 | "Second Generation TVT" by Axel Arnaud |
| 6/7/2002 | ETH.MESH.03735432 | ETH.MESH.03735433 | Emails Richard Isenberg to Dr Wang re concerns for patient safety |
| 6/7/2002 | ETH.MESH.00409674 | ETH.MESH.00409675 | Email Richard Isenberg to Greg Jones, et al. re Dr Alex Wang, Taiwan--Reports of "tape rejection" with TVT |

| 6/10/2002 | ETH.MESH.03483690 | ETH.MESH.03483693 | Email Mark Yale re Wang's rejections |
|---|---|---|---|
| 6/28/2002 | ETH.MESH.01264260 | ETH.MESH.01264260 | Lawler T email re Polypropylene Mesh |
| 7/2/2002 | ETH.MESH.05961204 | ETH.MESH.05961211 | Corrective/Preventive Action TVT Tape |
| 7/2/2002 | ETH.MESH.05961197 | ETH.MESH.05961203 | Corrective/Preventive Action TVT Tape |
| 7/9/2002 | ETH.MESH.04927339 | ETH.MESH.04927340 | FDA Communication re 522 Prosima |
| 8/8/2002 | ETHMESH.OHARA.00000001 | ETHMESH.OHARA.000 00156 | O'Hara Employment Eligibility Verification Form |
| 8/8/2002 | ETHMESH.OHARA.00000157 | ETHMESH.OHARA.000 00303 | O'Hara personnel file docs |
| 9/11/2002 | ETH.MESH.05961212 | ETH.MESH.05961234 | Corrective/Preventive Action TVT Tape |
| 9/16/2002 | ETH.MESH.11773498 | ETH.MESH.11773499 | Email Shannon Campbell to Shelley Copeland, et al. re Ft. Worth Advanced TVT dinner feedback |
| 9/27/2002 | ETH.MESH.00030025 | ETH.MESH.00030026 | Letter to Dr. James Meeuwesen of Pueblo, CO from Scott Jones |
| 10/4/2002 | ETH.MESH.00409657 | ETH.MESH.00409658 | Rejection of Polypropylene Tape After the Tension-Free Vaginal Tape (TVT) Procedure by Alex C. Wang, MD |
| 10/4/2002 | ETH.MESH.03910208 | ETH.MESH.03910210 | Report:  Visit to Pr Jean de Leval |
| 12/3/2002 | ETH.MESH.00409670 | ETH.MESH.00409670 | Email Martin Weisberg to Mark Sumeray et al. re Prolene rejection |
| 1/9/2003 | ETH.MESH.05961304 | ETH.MESH.05961315 | Corrective/Preventive Action TVT Tape |
| 1/27/2003 | ETH.MESH.00766975 | ETH.MESH.00766976 | DTC Focus Group Summary |
| 1/31/2003 | ETH.MESH.01808311 | ETH.MESH.01808318 | Tracey M Trip Report |
| 2/5/2003 | ETH.MESH.01808310 | ETH.MESH.01808310 | Tracey M email re Trip Report Format Mulberry 22Jan2003 |
| 2/13/2003 | ETH.MESH.06866920 | ETH.MESH.06866920 | Presentation - Ultrasonic Slitting of TVT Mesh Technical Review |
| 2/14/2003 | ETH.MESH.06873447 | ETH.MESH.06873458 | Due Diligence Growth Opportunity Outline re Project Mulberry Next generation TVT |
| 2/18/2003 | ETH.MESH.15363068 | ETH.MESH.15363085 | Universite de Liege and Ethicon Licensing Agreement |

| | | | |
|---|---|---|---|
| 2/20/2003 | ETH.MESH.03911107 | ETH.MESH.03911108 | Arnaud A email chain re TVT complications (an Prof. Häusler) |
| 2/28/2003 | ETH.MESH.01222617 | ETH.MESH.01222654 | Cirellli - Histological evaluation and Comparison of Mechanical Pull Out Strength of Prolene Mesh and Prolene Soft Mesh in a Rabbit Model |
| 3/18/2003 | ETH.MESH.00581482 | ETH.MESH.00581482 | Osoris M email re International Convention Suggestions |
| 3/20/2003 | ETH.MESH.04205632 | ETH.MESH.04205636 | Strategic Plan Challenge |
| 3/26/2003 | ETH.MESH03919404 | ETH.MESH03919405 | Arnaud A email chain re Mulberry |
| 4/10/2003 | ETH.MESH.00858110 | ETH.MESH.00858111 | April 10, 2003 meeting minutes from Project Leader Dan Smith |
| 4/14/2003 | ETH.MESH.00260591 | ETH.MESH.00260592 | Smith,D email chain re Mulberry update |
| 4/30/2003 | ETH.MESH.03934952 | ETH.MESH.03934967 | TVOT Meeting report . . . de Leval, Ruel, Daoud |
| 5/13/2003 | ETH.MESH.00030098 | ETH.MESH.00030098 | Memo from Anthony Powell (VP, Sales) and Marianne Kaminski (Dir. of PE and Relations) to Gynecare |
| 5/15/2003 | ETH.MESH.03918552 | ETH.MESH.03918553 | Emails Brian Luscombe to Axel Arnaud et al. re: De Leval Publication |
| 5/29/2003 | ETH.MESH.02222437 | ETH.MESH.02222656 | DHF 25 1-323 CE Mark of TVT - AA Kit.pdf |
| 5/29/2003 | ETH.MESH.00863841 | ETH.MESH.00863842 | Study spreadsheet |
| 6/6/2003 | ETH.MESH.03907853 | ETH.MESH.03907854 | LeTreguilly L email chain re TVT Serious complication |
| 6/11/2003 | ETH.MESH.00764215 | ETH.MESH.00764216 | Russo-Jankewicz email re Stressful Secrets press release crosses wire |
| 6/19/2003 | ETH.MESH.00586018 | ETH.MESH.00586019 | Eltrasonic Slitting of TVT Mesh presentation |
| 6/20/2003 | ETH.MESH.05442881 | ETH.MESH.05442883 | Leibowitz Tensile Properties, Morphology Test Report |
| 6/24/2003 | ETH.MESH.02180737 | ETH.MESH.02180737 | Toddywala R email re Project Mulberry |
| 6/30/2003 | ETH.MESH.05585033 | ETH.MESH.05585053 | Presentation: Marketing Plan VOC by Boris Batke Project Edelweiss |
| 7/7/2003 | ETH.MESH.00030372 | ETH.MESH.00030373 | Email Brian Luscombe re "Urethral erosion may occur with any sling material" Article (TVT063) |

| 7/9/2003 | ETH.MESH.03715978 | ETH.MESH.03715980 | Email Martin Weisberg to Terry Courtney re TVT question |
| 7/11/2003 | ETH.MESH.06884249 | ETH.MESH.06884250 | Email Brian Luscombe to Steve Bell, et al. re Ulmsten opinion on Mulberry |
| 7/17/2003 | ETH.MESH.00865147 | ETH.MESH.00865147 | Arnaud email re Mulberry IFU |
| 7/18/2003 | ETH.MESH.00864085 | ETH.MESH.00864087 | Email Brian Luscombe to Dan Smith et al. re Design Validation |
| 7/21/2003 | ETH.MESH.03919143 | ETH.MESH.03919144 | Ciarrocca email chain re Gynemesh holding force in tissue |
| 7/21/2003 | ETH.MESH.06880021 | ETH.MESH.06880023 | Email Janice Burns to Dan Smith, et al. RE: Design Validation |
| 7/24/2003 | ETH.MESH.00864101 | ETH.MESH.00864102 | Smith D email chain re TOVT developments |
| 7/25/2003 | | | Patent CA2497158C - Devices for surgical treatment of female urinary incontinence |
| 7/25/2003 | | | Patent WO2004019786A1 - Devices for surgical treatment of female urinary inc |
| 7/25/2003 | N/A | N/A | Patent CA2497158C Devices for surgical treatment of female urinary incontinence |
| 7/25/2003 | N/A | N/A | Patent WO2004019786A1 - Devices for surgical treatment of female urinary incontinence |
| 8/14/2003 | ETH.MESH.01220661 | ETH.MESH.01220663 | Kammerer G email chain re Aug 11 program |
| 8/15/2003 | ETH.MESH.00260739 | ETH.MESH.00260744 | Email Brian Luscombe re Mulberry Final DRAFT #1 |
| 8/18/2003 | ETH.MESH.01220693 | ETH.MESH.01220697 | Kammerer email chain re TVT Mesh Fraying |
| 8/25/2003 | ETH.MESH.03715869 | ETH.MESH.03715876 | Email Martin Weisberg to Dan Smith, et al. re Mulberry Final Draft #1 |
| 8/29/2003 | N/A | N/A | 2003 Marlex MSDS |
| 9/6/2003 | ETH.MESH.03738468 | ETH.MESH.03738470 | Email Martin Weisberg to Marianne Kaminski re TVT Response for Peggy Norton MD |
| 9/8/2003 | ETH.MESH.03928696 | ETH.MESH.03928697 | Arnaud A email chain re TVT complication |
| 10/1/2003 | ETH.MESH.14415287 | ETH.MESH.14415309 | Gynecare TVT AUGS & Competitive Update - copy review submission form |

| 1/1/2004 | ETH.MESH.00160813 | ETH.MESH.00160821 | Only Gynecare TVT Has Long-term Results You Can See |
|---|---|---|---|
| 1/7/2004 | ETH.MESH.02340829 | ETH.MESH.02340901 | TVT-O IFU (1/7/2004-3/4/2005) |
| 1/16/2004 | ETH.MESH.06164409 | ETH.MESH.06164410 | Smith D email re Dedications |
| 1/28/2004 | N/A | N/A | 2004 Marlex MSDS Chevron Phillips |
| 1/29/2004 | ETH.MESH.05793690 | ETH.MESH.05793693 | Gynecare TVT Introduction to cross train the Uterine |
| 2/27/2004 | ETH.MESH.00863391 | ETH.MESH.00863393 | Smith D email chain re 2 TVT Complaints concerning allegedly brittle mesh |
| 3/1/2004 | ETH.MESH.00866317 | ETH.MESH.00866318 | Burns email chain re Mulberry IFU |
| 3/2/2004 | ETH.MESH.00865322 | ETH.MESH.00865323 | Owens C email re Reminder on BLUE mesh |
| 3/3/2004 | ETH.MESH.14416182 | ETH.MESH.14416221 | Gynecare Copy Review - Inside Gynecare Vol II, #5 |
| 3/10/2004 | ETH.MESH.02619601 | ETH.MESH.02619616 | TVT 20040310 What you Can do about it... TVT-Stress Urinary Incontinence in Women |
| 3/12/2004 | N/A | N/A | Sunoco 2004 MSDS |
| 3/12/2004 | | | Sunoco 2004 MSDS |
| 3/17/2004 | ETH.MESH.14416076 | ETH.MESH.14416081 | Gynecare Copy Review Submission Form submitted by Giselle M. Bonett re Gynecare Gynemesh PS |
| 3/29/2004 | ETH.MESH.02180759 | ETH.MESH.02180761 | de Leval J memo |
| 4/14/2004 | ETH.MESH.00658058 | ETH.MESH.00658065 | TVT sales piece (TVT041R3) |
| 4/19/2004 | ETH.MESH.00584811 | ETH.MESH.00584813 | Kammerer G email re Ultrasonic Slitting of Prolene Mesh for TVT |
| 4/19/2004 | ETH.MESH.00158286 | ETH.MESH.00158288 | LIMS Project #: BE-2004-912 Study Report |
| 4/27/2004 | ETH.MESH.00862206 | ETH.MESH.00862208 | LIMS Project #: BE-2004-916 |
| 5/4/2004 | ETH.MESH.05918776 | ETH.MESH.05918776 | Schiaparelli J email re Marlex Experience |
| 6/30/2004 | ETH.MESH.00863692 | ETH.MESH.00863694 | Leibowitz email re Comparison of TVT Mesh to Meshes from Competitive Devices |
| 7/21/2004 | ETH.MESH.03910799 | ETH.MESH.03910800 | Arnaud A email chain re TVT Erosion |
| 7/22/2004 | ETH.MESH.02201463 | ETH.MESH.02201467 | Email Walji to Bogardus, et al. re ICS / Paris - Gala Invitee List |

| | | | |
|---|---|---|---|
| 8/16/2004 | ETH.MESH.05456117 | ETH.MESH.05456118 | Email James McDivitt to Thomas Barbolt re Autoclaving PROLENE |
| 8/17/2004 | ETH.MESH.01814740 | ETH.MESH.01814741 | Email from Dan Smith to Katrin Elbert re IFU changes |
| 8/18/2004 | ETH.MESH.06884516 | ETH.MESH.06884517 | Mahar K email re Dr. Jensen Follow UP |
| 8/27/2004 | ETH.MESH.05795299 | ETH.MESH.05795300 | Email Marianne Kaminski to Amy Vie, et al. re 2004 budget - PE August adjustments |
| 9/7/2004 | ETH.MESH.00681364 | ETH.MESH.00681366 | Walji email chain re Pelvic Floor Monthly - August Report - Next Gen Materials Progress |
| 9/11/2004 | ETH.MESH.08107153 | ETH.MESH.08107155 | Gynecare University Program Las Vegas, Nevaga |
| 9/23/2004 | ETH.MESH.03624321 | ETH.MESH.03624322 | "Professional Education for GYNECARE TVT Physician Training" updated draft by Marianne Kaminski |
| 9/24/2004 | ETH.MESH.05795309 | ETH.MESH.05795315 | Gyncecare Mega Course Uterine Health Urodynamics Incontinence and Pelvic Floor Repair and the OB/GYN Surgeon, Urogynecologist and Urologist |
| 10/7/2004 | ETH.MESH.00031538 | ETH.MESH.00031560 | Sales School Presentation: Gynecare Professional Relations and Professional Education "Educating Customers Worldwide to improve the lives of women!" |
| 11/1/2004 | ETH.MESH.05548122 | ETH.MESH.05548123 | Smith D email re Update from Oct 27 cadaver lab |
| 11/2/2004 | ETH.MESH.01813975 | ETH.MESH.01813978 | Email from Patty Lancos to Manuel Castro and Dan Smith re FDA Prep |
| 11/5/2004 | ETH.MESH.03589219 | ETH.MESH.03589220 | MedWatch Report |
| 12/6/2004 | ETH.MESH.01217673 | ETH.MESH.01217690 | Development Contract TVT-Next (TVTx) |
| 12/8/2004 | ETH.MESH.08003197 | ETH.MESH.08003212 | TVT 20041208 Gynecare TVT Tension-free Support for Incontinence Patient Brochure reprint /Robin Osman |
| 1/3/2005 | ETH.MESH.05768705 | ETH.MESH.05768712 | 2005 Variable Compensation Plan Sales Representative |

| 1/5/2005 | ETH.MESH.00440005 | ETH.MESH.00440007 | Email Laura Angelini to Ronnie Toddywala, et al. re Important Laser cut mesh Update |
|---|---|---|---|
| 1/17/2005 | ETH.MESH.00585220 | ETH.MESH.00585220 | Kammerer email re Presentation #1 |
| 1/18/2005 | ETH.MESH.07931874 | ETH.MESH.07931886 | Hojnoski Personnel File |
| 1/19/2005 | ETH.MESH.02248778 | ETH.MESH.02248778 | Presentation: Mechanical vs. "Machine"-cut Mesh |
| 1/19/2005 | | | Mechanical v "Machine" - cut Mesh Prepared by Allison London Brown, Gene Kammerer |
| 1/27/2005 | N/A | N/A | United States Patent Application Publication De Leval US20050021086 20050127 |
| 1/27/2005 | ETH.MESH.05553782 | ETH.MESH.05553782 | Smith email re TVT-U |
| 1/27/2005 | | | US Patent Application Publication US20050021086 20050127 |
| 1/28/2005 | ETH.MESH.08792936 | ETH.MESH.08792938 | Carino email chain re Recommendations for Non-Sales and Marketing Glamour Trip Award |
| 1/30/2005 | ETH.MESH.11474337 | ETH.MESH.11474337 | Castillo email chain re Oscar -- The latest fiasco |
| 2/1/2005 | ETH.MESH.00524907 | ETH.MESH.00524907 | Presentation: TVT Bonnie Blair Campaign |
| 2/2/2005 | ETH.MESH.00162420 | ETH.MESH.00162421 | TVT Mailers for Physicians |
| 2/2/2005 | ETH.MESH.14410478 | ETH.MESH.14410484 | McCabe Gynecare TVT Mesh Brochure copy review submission form |
| 2/11/2005 | ETH.MESH.02340471 | ETH.MESH.02340503 | TVT IFU  through |
| 2/16/2005 | ETH.MESH.14409737 | ETH.MESH.14409741 | Copy review submission form - Hernia ad; Proceed Mesh. ULTRAPRO mesh and PROLENE hernia system |
| 2/28/2005 | ETH-03531 | ETH-03567 | Everett J Summary Memo for Revision C of the Gynecare PROLIFT Device Design Safety Assessment |
| 3/1/2005 | ETH.MESH.03574916 | ETH.MESH.03574919 | Email Charlotte Owens to Carol Holloway re Medical Review file #30005136 |
| 3/10/2005 | ETH.MESH.03499528 | ETH.MESH.03499529 | Berger L ltt Wallingford J re Unknown TVT Ref #3005146 |
| 3/10/2005 | ETH.MESH.05245427 | ETH.MESH.05245428 | Next Generation Mesh Discussion |

| 3/15/2005 | HMESH_ETH_01876389 | HMESH_ETH_01876393 | Oldelehr M email chain re Kalamazoo TVT Business at Risk |
| 3/24/2005 | ETH.MESH.06828907 | ETH.MESH.06828909 | Hunsicker email chain re ICS Submission |
| 4/5/2005 | ETH.MESH.03575061 | ETH.MESH.03575061 | Email Charlotte Owens to Carin Rassier re Complaint 30005255 |
| 4/12/2005 | ETH.MESH.03915588 | ETH.MESH.03915590 | Kammerer, G email chain re Ultrapro |
| 4/13/2005 | ETH.MESH.00994917 | ETH.MESH.00994918 | Barbara McCabe email re Sheath Sales Tool |
| 4/13/2005 | ETH.MESH.02026591 | ETH.MESH.02026595 | Sunco C4001 Polypropylene Homopolymer MSDS |
| 4/13/2005 | ETH.MESH.00658421 | ETH.MESH.00658429 | TVT 20040413 Gynecare TVT Tension-free Support for Incontinence Patient Education Brochure/Robin Osman |
| 4/13/2005 | ETH.MESH.05469908 | ETH.MESH.05469912 | Barbolt, T email chain re Ultrapro |
| 4/13/2005 | ETH.MESH.05795322 | ETH.MESH.05795324 | Emails Marianne Kaminski to Paul Parisi, et al. re Q1 PE results REVISED |
| 4/13/2005 | ETH.MESH.02614599 | ETH.MESH.02614603 | Corporate Product Characterization Protocol to Evaluate Elongation, Particle Loss and Flexural Rigidity of TVT U PROLENE Mesh Laser-Cut vs Mechanical-Cut Version 1 |
| 4/13/2005 | ETH.MESH.04020134 | ETH.MESH.04020137 | Holste, J email chain re Ultrapro |
| 4/14/2005 | ETH.MESH.03915567 | ETH.MESH.03915572 | Toddywala, R email chain re Ultrapro |
| 4/29/2005 | ETH.MESH.05549696 | ETH.MESH.05549700 | Komamycky P email chain re Bio compatibility samples |
| 5/5/2005 | ETH.MESH.06696367 | ETH.MESH.06696379 | Seppa K Memo re Performance Evaluation of TVT U Prolene Mesh:  Mechanical Cut versus Laser Cut STudy (LIMS#BE-2005-1920) Version 3 |
| 5/6/2005 | ETH.MESH.00526473 | ETH.MESH.00526474 | London Brown A email re Laser-cut Mesh |
| 5/25/2005 | ETH.MESH.02627466 | ETH.MESH.02627466 | TVT Retropubic Issue Report No. 30005181 |
| 6/1/2005 | ETH.MESH.08107933 | ETH.MESH.08107933 | Oldelehr email re gynecology vs urology |

| 6/3/2005 | | | Labelling for Medical Devices by SG1 and endorsed by The Global Harmonization Task Force |
|---|---|---|---|
| 6/6/2005 | ETH.MESH.02020712 | ETH.MESH.02020713 | Zaddem V email chain re MINT: 6/2/05 Materials Advisory meeting minutes |
| 6/28/2005 | ETH.MESH.19356913 | ETH.MESH.19356915 | Objectives for Jennifer - May-August |
| 7/19/2005 | ETH.MESH.00412260 | ETH.MESH.00412269 | Clinical Study Agreement between Dr. Douglas Grier and Ethicon |
| 8/16/2005 | ETH.MESH.00525573 | ETH.MESH.00525573 | London Brown A email re TVT Laser Cut Mesh |
| 8/23/2005 | ETH.MESH.04985249 | ETH.MESH.04985252 | Email Paula Evans to Sungyoon Rha et al. re TVT Laser Cut Value Proposition and Forecast |
| 8/24/2005 | ETH.MESH.00525322 | ETH.MESH.00525400 | Gynecare TVT Professional Education Slides |
| 8/29/2005 | ETH.MESH.12933182 | ETH.MESH.12933183 | Physician form letter |
| 9/1/2005 | ETH.MESH.03605398 | ETH.MESH.03605402 | Consulting Agreement B-1 between Brian J. Flynn and Ethicon |
| 11/4/2005 | ETH.MESH.09268506 | ETH.MESH.09268508 | Rousseau, R email chain re Gynemesh PS w/Monocryl |
| 1/15/2006 | ETH.MESH.00134498 | ETH.MESH.00134499 | Miller email chain re GYNECARE TVT Latest Complication Data |
| 1/15/2006 | ETH.MESH.00756887 | ETH.MESH.00756888 | Email Dennis Miller to Dharini Amin et al. re Gynecare TVT Latest Complication Data |
| 1/19/2006 | ETH.MESH.03908029 | ETH.MESH.03908031 | Van Dijk email chain re Ti-mesh research |
| 1/20/2006 | ETH.MESH.1218594 | ETH.MESH.1218596 | London Brown email chain re TVT U Completion Report Version 3 |
| 1/26/2006 | ETHMESH.OHARA.00000315 | ETHMESH.OHARA.00000321 | Vandenburgh 2005 Performance and Development Plan Summary for Christopher O'Hara |
| 1/31/2006 | ETH.MESH.03911712 | ETH.MESH.03911715 | Arnaud A email chain re TVT - TVT-O Specifications |
| 2/1/2006 | ETH.MESH.00394544 | ETH.MESH.00394553 | Global Regulatory Strategy GYNECARE TVT - Laser Cutting Project |
| 2/6/2006 | ETH.MESH.00847536 | ETH.MESH.00847536 | Robinson email chain re TVT complications |

| 2/15/2006 | ETH.MESH.00584291 | ETH.MESH.00584292 | Flatow J email chain re DVer protocol for particle loss |
|---|---|---|---|
| 2/20/2006 | ETH.MESH.03929173 | ETH.MESH.03929177 | Arnaud email chain re TVM discussions |
| 2/23/2006 | ETH.MESH.00302390 | ETH.MESH.00302392 | Memo Dan Lamont re TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk |
| 2/23/2006 | ETH.MESH.00330760 | ETH.MESH.00330764 | Email Cindy Crosby to Mark Yale, et al. re MHRA request - TVT blue pigment risk assessment |
| 2/24/2006 | ETH.MESH.00302105 | ETH.MESH.00302106 | Lamont D Memo re TVT Laser Cut Mesh Risk Analysis Summary |
| 2/24/2006 | ETH.MESH.10984358 | ETH.MESH.10984359 | Lamont D Memo re TVT Laser Cut Mesh (LCM) Risk Analysis Summary |
| 2/28/2006 | ETH.MESH.00846523 | ETH.MESH.00846523 | Robinson email re tvt - training |
| 3/1/2006 | ETH.MESH.00134029 | ETH.MESH.00134031 | Mahar email chain re Urgent Request: Revised TVt Complication data 2-9-06 |
| 3/2/2006 | ETH.MESH.04122262 | ETH.MESH.04122264 | Email Dr. James Hart to David Robinson re tvt o training |
| 3/6/2006 | ETH.MESH.01222075 | ETH.MESH.01222079 | Kammerer memo re Elongation Characteristics of Laser Cut PROLENE Mesh for TVT |
| 3/6/2006 | ETH.MESH.03358398 | ETH.MESH.03358402 | Kammerer G Memo to Weisbert and Robinson re Elongation Characteristics of Laser Cut PROLENE Mesh for TVR |
| 3/7/2006 | ETH.MESH.01784823 | ETH.MESH.01784828 | Clinical Expert Report for Laser Cut Mesh signed by Martin Weisberg, MD and David Robinson MD |
| 3/7/2006 | ETH.MESH.01221735 | ETH.MESH.01221740 | Weisberg, Robinson Clinical Expert Report |
| 3/9/2006 | ETH.MESH.01221618 | ETH.MESH.01221619 | Kammerer G email chain re Elongation properties of LCM |
| 3/10/2006 | ETH.MESH.11920108 | ETH.MESH.11920110 | Urology University March 10-11, 2006 |
| 3/10/2006 | ETH.MESH.00585672 | ETH.MESH.00585673 | Next Generation Mesh Discussion Agenda |
| 3/13/2006 | ETH.MESH.05446127 | ETH.MESH.05446128 | Holste J email chair re Mesh and Tissue Contraction in Animal |

| 3/20/2006 | ETH.MESH.01219984 | ETH.MESH.01219994 | Flatow Completion Report for Design Verification of TVT Laser Cut Mesh |
|---|---|---|---|
| 3/22/2006 | ETH.MESH.00169748 | ETH.MESH.00169751 | TVT Slim Jim (TVT107) |
| 3/29/2006 | ETH.MESH.00302181 | ETH.MESH.00302184 | Email Daniel Lamont to Jacqueline Flatow re TVT LCM - design inputs |
| 3/30/2006 | ETH.MESH.01945854 | ETH.MESH.01945854 | Email Mark Yale re TVT laser cut equivalency |
| 3/30/2006 | ETH.MESH.00700348 | ETH.MESH.00700350 | Gadot email chain re Laser Cut Mesh Positioning (Redacted) |
| 4/2/2006 | ETH.MESH.06040171 | ETH.MESH.06040173 | Mahar K email chain re Laser Cut Mesh Positioning |
| 4/7/2006 | ETH.MESH.05222673 | ETH.MESH.05222705 | TVT IFU  through |
| 4/17/2006 | ETH.MESH.14450438 | ETH.MESH.14450442 | Kammerer G Memo re Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT Laser Cut Mesh |
| 4/18/2006 | ETH.MESH.00998349 | ETH.MESH.00998355 | Weisberg M and Robinson D CER |
| 4/18/2006 | ETH.MESH.00167104 | ETH.MESH.00167110 | CER Weisberg - Laser Cut Mesh |
| 4/25/2006 | ETH.MESH.06696589 | ETH.MESH.06696592 | Minute - Tactile appraisal of TVT LCM & LCM-MC both vs MCM |
| 4/26/2006 | ETH.MESH.10302266 | ETH.MESH.10302267 | Damotte email chain re Laser cut TVT - Surgeon's Preference Evaluation |
| 5/1/2006 | ETH.MESH.03358217 | ETH.MESH.03358224 | Kammerer G email chain re French Standard on TVT & Meshes (Comments required) |
| 5/4/2006 | ETH.MESH.01221024 | ETH.MESH.01221025 | Kammerer G email re New Standards for Urethral Slings |
| 5/9/2006 | ETH.MESH.01816990 | ETH.MESH.01816990 | Mesh development timeline |
| 5/9/2006 | ETH.MESH.00585802 | ETH.MESH.00585802 | Kammerer G email re Particle loss of TVT |
| 5/9/2006 | ETH.MESH.01219629 | ETH.MESH.01219630 | Flatow J email chair re Particle loss on TVT |
| 5/22/2006 | ETH.MESH.00584175 | ETH.MESH.00584178 | Sungyoon Rha email re First Human Use - Surgeon preference Questionnarie |
| 5/22/2006 | HMESH_ETH_01840151 | HMESH_ETH_01840152 | "World Premiere" as Ethicon Women's Health & Urology with special guest Bonnie Blair |

| 5/31/2006 | ETH.MESH.04321670 | ETH.MESH.04321681 | Visual Acceptance Criteria for Blister Sealing; VSE0007, Revision:  D |
|---|---|---|---|
| 6/2/2006 | ETH.MESH.00870466 | ETH.MESH.00870476 | Expert Meeting Minutes - Meshes for Pelvic Floor Repair |
| 6/12/2006 | ETH.MESH.00585842 | ETH.MESH.00585843 | Kammerer G email chain re TVT LCM - particle loss (reimbursement submission) |
| 6/13/2006 | | | T 213 om-01 Proposed Revision - Dirt in pulp - chart method |
| 6/14/2006 | ETH.MESH.03274663 | ETH.MESH.03274670 | Email Marie-Ange Damotte to Sungyoon Rha, et al. re TVT Laser Cut First Human Use - surgeon preference questionnaire |
| 6/15/2006 | ETH.MESH.08164248 | ETH.MESH.08164256 | Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Materials for Medical Devices |
| 6/22/2006 | ETH.MESH.00998347 | ETH.MESH.00998347 | Gadot, Harel email re LCM - Launch Strategy EMEA |
| 6/22/2006 | | | Gadot, H EMEA Launch Strategy |
| 6/23/2006 | ETH.MESH.00526484 | ETH.MESH.00526487 | St. Hilaire P email chain re LCM - Launch Strategy EMEA |
| 6/26/2006 | ETH.MESH.00167119 | ETH.MESH.00167119 | Product Pointer: Gynecare TVT Tension-free Support for Incontinence -- available in laser cut mesh |
| 6/27/2006 | ETH.MESH.00585823 | ETH.MESH.00585832 | Kammerer email chain re URHENTFrench STANDARD ON TVT & Meshes |
| 7/17/2006 | ETH.MESH.08003215 | ETH.MESH.08003230 | TVT 20060717 Patient Brochure - Find out how to stop urine leakage like Bonnie did |
| 7/20/2006 | ETH.MESH.00311802 | ETH.MESH.00311804 | Email Paula Evans to David Robinson et al. re TVT dataMcNelis, Linda |
| 8/1/2006 | ETH.MESH.05454207 | ETH.MESH.05454207 | Jürgen email re Fotos cadeavar lab |
| 8/13/2006 | ETH.MESH.00870481 | ETH.MESH.00870482 | London Brown, A email chainre LIGHTning clinical strategy |
| 8/28/2006 | ETH.MESH.06001408 | ETH.MESH.06001408 | ICM Project Presentation |

| | | | |
|---|---|---|---|
| 8/29/2006 | ETH.MESH.00584527 | ETH.MESH.00584527 | Second half photo presentation. ppt |
| 9/27/2006 | ETH.MESH.08003231 | ETH.MESH.08003246 | TVT016R6 Patient brochure - Find out how to stop urine leakage like Bonnie did |
| 10/4/2006 | ETH.MESH.00746204 | ETH.MESH.00746208 | Hernandez J email re TVT LCM Early EU Feedback |
| 10/9/2006 | ETH.MESH.00524059 | ETH.MESH.00524060 | Email Cheryl Bogardus to Dharini Amin re TVT 10 year anniversary/10 year data from Nillson |
| 1/2/2007 | ETH.MESH.00161512 | ETH.MESH.00161513 | TVT sales piece (TVTS004) |
| 1/23/2007 | ETHMESH.OHARA.00000322 | ETHMESH.OHARA.000 00327 | Qually 2006 Performance and Development Plan Summary for O'Hara |
| 2/6/2007 | ETH.MESH.00722339 | ETH.MESH.00722349 | St. Hilaire email chain re OBGYN Department Members.  Due to the potential serious implications . . . |
| 2/6/2007 | ETH.MESH.00719198 | ETH.MESH.00719209 | Mahar email chain re hospital concern from medico-legal standpoint |
| 2/7/2007 | ETH.MESH.02316434 | ETH.MESH.02316436 | Robinson email chain re PLEASE DO NOT DISTRIBUTE THIE EMAIL!!! . . .broadcast bulletin re Dr. Levy |
| 2/9/2007 | ETH.MESH.05475773 | ETH.MESH.05475822 | Presentation: The (clinical) argument of lightweight mesh in abdominal surgery by Boris Batke |
| 2/20/2007 | ETH.MESH.00303084 | ETH.MESH.00303085 | Lamont D email chain re Complaint Summaries |
| 2/23/2007 | ETH.MESH.02017152 | ETH.MESH.02017158 | Ethicon Expert Meeting:  Meshes for Pelvic Floor Repair brochure |
| 2/23/2007 | ETH.MESH.01782867 | ETH.MESH.01782867 | Factors Related to Mesh Shrinkage: What do we know? A review of literature and internal studies |
| 3/20/2007 | ETH.MESH.00539862 | ETH.MESH.00539898 | TVT-World-Wide Observational Registry for Long-Term Data |
| 4/5/2007 | ETH.MESH.01218361 | ETH.MESH.01218367 | Spychaj K memo re Shrinking meshes |
| 4/17/2007 | N/A | N/A | United States Patent De Leval US7204802 |
| 4/17/2007 | | | US7204802 - US Patent De Leval |

| | | | |
|---|---|---|---|
| 5/4/2007 | HMESH_ETH_06509815 | HMESH_ETH_06509817 | Timmer message re updated Mesh Shrinkage Discussion meeting w/attachments |
| 5/11/2007 | ETH.MESH.00136359 | ETH.MESH.00136359 | Email Price St. Hilaire to Dr Kavaler re AUA in Booth Activities |
| 5/31/2007 | ETH.MESH.08003263 | ETH.MESH.08003278 | Marketing Brochure - One day you have urine lekage.  The next day you don't.  End of Story. |
| 6/1/2007 | ETH.MESH.03913651 | ETH.MESH.03913665 | CDMA Eurpoe Meeting Urinary Incontinence Platform minutes June 1, 2007 |
| 7/6/2007 | ETH.MESH.05447475 | ETH.MESH.05447476 | Engel D email chain re How inert is polypropylene? |
| 7/6/2007 | ETH.MESH.05447481 | ETH.MESH.05447482 | Barbolt email chain re How inert is polypropylene |
| 7/9/2007 | ETH.MESH.05588123 | ETH.MESH.05588126 | Wohlert S email chain re How inert is polypropylene? |
| 7/20/2007 | ETH.MESH.05920616 | ETH.MESH.05920617 | Chomiak M email re Defining light weight mesh |
| 8/31/2007 | ETH.MESH.00844341 | ETH.MESH.00844344 | Robinson D email Chain re Asking TVT Complication? - Fraying |
| 9/24/2007 | ETH.MESH.06214296 | ETH.MESH.06214300 | EPC131 Revision A Neuchatel Prolift+M Product Specification |
| 9/27/2007 | ETH.MESH.02114101 | ETH.MESH.02114103 | Osman email chain re Wal-Mart Female Pelvic Health Poster Options |
| 10/5/2007 | ETH.MESH.06372356 | ETH.MESH.06372363 | Global Harms List Document for Review & Comment by Medical Affairs Personnel |
| 10/9/2007 | N/A | N/A | 2007 Marlex MSDS |
| 11/1/2007 | N/A | N/A | FDA Science and Mission at Risk -- Report from Subcommittee on Science and Technology |
| 1/8/2008 | ETH.MESH.03509909 | ETH.MESH.03509910 | Flores email chain re New complaint acknowledgement/request for info 10100062684 |
| 1/9/2008 | ETH.MESH.04127133 | ETH.MESH.04127134 | Maree, A email chain re TGA Meeting |
| 2/4/2008 | ETHMESH.OHARA.00000328 | ETHMESH.OHARA.00000333 | Ullmann 2007 Performance and Development Plan Summary for O'Hara |
| 2/7/2008 | ETH.MESH.16416002 | ETH.MESH.16416004 | Kahlson H email chain re Conversion to Laset Cut TVT |

| 2/8/2008 | ETH.MESH.08692660 | ETH.MESH.08692667 | Master Consulting Agreement between Ethicon (signed by Price St. Hilaire) and Carl Nilsson |
|---|---|---|---|
| 2/19/2008 | ETH.MESH.00057336 | ETH.MESH.00057374 | Pelvic Floor Sumit |
| 2/22/2008 | ETH.MESH.01775242 | ETH.MESH.01775257 | Executive Summary - Preliminary results of peri-operative and 3-month outcomes from a world-wide observational registry of tension-free vational tapes in with with SUI |
| 3/3/2008 | ETH.MESH.01279975 | ETH.MESH.01279976 | Gadot H email re Next step in SUI sling |
| 3/3/2008 | ETH.MESH.00328895 | ETH.MESH.00328901 | Robinson D email chain re Quality issue with a batch of gynemesh |
| 3/4/2008 | ETH.MESH.02293673 | ETH.MESH.02293677 | Gadot H email chain re Next step in SUI Sling |
| 3/5/2008 | ETH.MESH.00303944 | ETH.MESH.00303945 | Lamont D email chain re Gynemesh issue |
| 3/19/2008 | ETH.MESH.03614158 | ETH.MESH.03614158 | Email Kyung Yu to Susie Chilcoat re Flynn preceptorships |
| 3/26/2008 | ETH.MESH.03458123 | ETH.MESH.03458138 | Bonnie Blair - Find out how to stop uring leakage like Bonnie did |
| 4/15/2008 | ETH.MESH.03916716 | ETH.MESH.03916727 | Notes |
| 4/15/2008 | ETH.MESH.02090196 | ETH.MESH.02090209 | Trip Notes |
| 4/15/2008 | ETH.MESH.09909642 | ETH.MESH.09909655 | Trip Notes |
| 4/15/2008 | ETH.MESH.15433760 | ETH.MESH.15433773 | Trip Notes |
| 4/16/2008 | ETH.MESH.10003595 | ETH.MESH.10003603 | Notes - Post Mini TVT Procedure Discussion |
| 4/23/2008 | ETH.MESH.03916715 | ETH.MESH.03916715 | Hernandez email chain re Liege Trip Notes. doc |
| 4/29/2008 | ETH.MESH.00304013 | ETH.MESH.00304014 | Lamont D email chain re Post Launch Reviews |
| 5/5/2008 | ETH.MESH.03914629 | ETH.MESH.03914630 | Arnaud email chain re sling business for SUI |
| 5/16/2008 | ETH.MESH.00345289 | ETH.MESH.00345291 | Email Krystina Laguna to Price St. Hilaire re Copy Review TVT Complications |
| 6/4/2008 | ETH.MESH.00057335 | ETH.MESH.00057335 | Linton email re AUGS attendees |
| 6/6/2008 | ETH.MESH.00355003 | ETH.MESH.00355007 | Nilsson, et al. "Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence" |
| 6/18/2008 | ETH.MESH.04048515 | ETH.MESH.04048520 | Carl G. Nilsson KOL Interview |

| 7/29/2008 | ETH.MESH.09004550 | ETH.MESH.09004553 | Kadadkia R email chain re TVT LCM - launch delay due to OQ failure |
|---|---|---|---|
| 8/14/2008 | ETH.MESH.03459088 | ETH.MESH.03459104 | TVT Brochure "The Choice to End Stress Urinary Incontinence.  Find out how to stop urine leakage like Bonnie did" |
| 8/27/2008 | ETH.MESH.09504568 | ETH.MESH.09504571 | Scavona email chain re PQI TVT S |
| 8/27/2008 | ETH.MESH.09504558 | ETH.MESH.09504559 | Brennan email chain re TVT-S Mesh Torn Complaint Review for Wednesday morning Conf Call |
| 9/5/2008 | ETH.MESH.03459211 | ETH.MESH.03459212 | FOR IMMEDIATE RELEASE: New Study Offers More Than a Decade of Evidence for Minimally-Invasive Surgery to Treat Female Incontinence |
| 9/24/2008 | ETH.MESH.04099233 | ETH.MESH.04099234 | Email Melissa Day to Meng Chen, et al. re #10100078150 |
| 9/24/2008 | ETH.MESH.19354118 | ETH.MESH.19354119 | Email Marcus Oldelehr to Brian Flynn re Flynn visit 10/23 |
| 9/25/2008 | ETH.MESH.03914909 | ETH.MESH.03914909 | Arnaud A email re TVT World registry |
| 9/25/2008 | ETH.MESH.00164643 | ETH.MESH.00164648 | TVT sales piece |
| 12/4/2008 | N/A | N/A | 2008 Marlex MSDS |
| 12/9/2008 | ETH.MESH.01673341 | ETH.MESH.01673341 | Presentation: "Stop Coping. Start Living. Treatment Options for Urinary Incontinence." |
| 1/1/2009 | ETHMESH.OHARA.00000340 | ETHMESH.OHARA.00000346 | 2009 Performance and Development Plan Summary for Christopher O'Hara |
| 1/7/2009 | ETH.MESH.01202101 | ETH.MESH.01202103 | Kirkemo A email chain re My revised writeup of the DeLeval and Waltregny Visit |
| 1/7/2009 | ETH.MESH.03916905 | ETH.MESH.03916913 | Hinoul P email chain re My revised writeup of the DeLeval and Waltregny visit |
| 1/7/2009 | ETH.MESH.09955474 | ETH.MESH.09955479 | Total Petrochemicals Certificate N° 9 |
| 1/23/2009 | ETH.MESH.04050265 | ETH.MESH.04050267 | Hinoul memo re meeting with Prof DeLeval and Prof Waltregny |
| 1/26/2009 | ETH.MESH.11985160 | ETH.MESH.11985164 | Issue Report |

| 1/28/2009 | ETH.MESH.07181044 | ETH.MESH.07181044 | Urquhart email re TVT World AE Report w/attachment |
|---|---|---|---|
| 1/28/2009 | ETH.MESH.03208548 | ETH.MESH.03208549 | Hinoul P email chain re TVT World AE Report |
| 1/29/2009 | ETH.MESH.04094863 | ETH.MESH.04094864 | Emails Bryan List to Meng Chen et al. re TVT IFUs on tape extrusion, exposure and erosion |
| 1/29/2009 | ETH.MESH.04093125 | ETH.MESH.04093125 | Chen M email re TVT IFUs on tape extrusion, exposure and erosion |
| 2/6/2009 | ETH.MESH.00007091 | ETH.MESH.00007091 | Haby email re CR Approved 2009-98 |
| 2/16/2009 | N/A | N/A | IUGA 2009 Ital Sponsorship Invoice - 34th Annual Meeting Como, Italy June 10-20, 2009 |
| 2/23/2009 | ETH.MESH.07383730 | ETH.MESH.07383731 | Zipfel R email chain re Ultrapro mesh info |
| 2/25/2009 | ETH.MESH.03208738 | ETH.MESH.03208738 | Email Jason Hernandez re Quick Response Needed to Finalize TVT WORLD Recommendation for Board Meeting on Monday Mar 2nd |
| 2/27/2009 | ETH.MESH.09951746 | ETH.MESH.09951747 | Ciarrocca email chain re MiniMe discussion at the board meeting |
| 3/2/2009 | ETH.MESH.00827376 | ETH.MESH.00827379 | Hernandez J email chain re EWHU Board recommendation |
| 3/6/2009 | ETH.MESH.09951087 | ETH.MESH.09951090 | Ciarrocca email re Sling thoughts and next steps 11-13-08.doc |
| 3/6/2009 | ETH.MESH.03966039 | ETH.MESH.03966040 | Emails Scott Finley to Melissa Chaves re Fast Break Update |
| 3/9/2009 | ETHMESH.OHARA.00000334 | ETHMESH.OHARA.00000339 | Ullmann 2008 Performance and Developmnet Plan Summary for Christopher O'Hara |
| 3/11/2009 | ETH.MESH.00339053 | ETH.MESH.00339057 | Physican brochure/sales aid "Make Data and Safety your Choice" |
| 3/11/2009 | ETH.MESH.00590896 | ETH.MESH.00590897 | Hinoul P email re EJOGTB-08-4159R1 - Minor Revision |
| 3/19/2009 | ETH.MESH.06040657 | ETH.MESH.06040658 | Mahar email chain re Credo debrief |
| 3/20/2009 | ETH.MESH.00407285 | ETH.MESH.00407285 | Letter Patricia Beach (Ethicon) to Dr. Douglas Grier re TVT World Registry |

| | | | |
|---|---|---|---|
| 4/1/2009 | ETH.MESH.00346227 | ETH.MESH.00346227 | Lisa B email re TVT-Mini clinical support |
| 4/8/2009 | ETH.MESH.00591127 | ETH.MESH.00591128 | Hinoul email chain re registry for all! |
| 4/8/2009 | ETH.MESH.05238373 | ETH.MESH.05238374 | Hinoul email chain re Tensile Properties of POP Mesh |
| 4/9/2009 | ETH.MESH.05238382 | ETH.MESH.05238384 | Jones, S email re Tensile Properties of POP Mesh |
| 4/20/2009 | ETH.MESH.01238552 | ETH.MESH.01238553 | Piet Hinoul letter re meeting with Prof deLeval and Prof Waltregny |
| 4/22/2009 | ETH.MESH.01238538 | ETH.MESH.01238541 | Email Piet Hinoul to Dan Smith re Meeting Minutes Prof deLeval 20/04/09 |
| 4/22/2009 | ETH.MESH.03917298 | ETH.MESH.03917300 | Email Piet Hinoul to Katrin Elbert et al. re Meeting Minutes Prof deLeval 20/04/09 |
| 4/22/2009 | ETH.MESH.01238551 | ETH.MESH.01238551 | Email Piet Hinoul to Katrin Elbert et al. re Meeting Minutes Prof deLeval 20/04/09 |
| 4/24/2009 | ETH.MESH.03259439 | ETH.MESH.03259440 | Email Judi Gauld to Colin Urquhart re green journal |
| 4/28/2009 | ETH.MESH.00533250 | ETH.MESH.00533256 | TVT-World-Wide Observational Registry for Long-Term Data |
| 4/30/2009 | ETH.MESH.06928168 | ETH.MESH.06928168 | Email Henri Decloux to Valerie Emperado re T-Con follow up |
| 5/15/2009 | ETH.MESH.09957926 | ETH.MESH.09957927 | Email Katrin Elbert to Henri Decloux re Last week's Medi-Line visit |
| 5/20/2009 | ETH.MESH.15285672 | ETH.MESH.15285672 | Email Stale Kvitle to Jean DeLeval, et al. re Mini Me follow up from our visit |
| 5/26/2009 | ETH.MESH.02122903 | ETH.MESH.02122905 | Brennan email chain re TVT Complications Statement 2008 |
| 5/26/2009 | ETH.MESH.06806078 | ETH.MESH.06806092 | F 2097 - 08 Standard Guide for Packaging of Medical Products |
| 5/26/2009 | ETH.MESH.02250914 | ETH.MESH.02250945 | All Active CAPA's |
| 6/3/2009 | ETH.MESH.04314739 | ETH.MESH.04314740 | Chaves email re Fast Break Promotion Update |
| 6/11/2009 | ETH.MESH.14442958 | ETH.MESH.14442976 | Divilio Memo re The Use of Mesh in Hernia Repair |
| 6/19/2009 | ETH.MESH.10630809 | ETH.MESH.10630813 | Sunoco MSDS 2009 |

| 6/26/2009 | ETH.MESH.08007248 | ETH.MESH.08007249 | Email Brian Flynn to Jonathan Fernandez re Contracted Pricing |
|---|---|---|---|
| 6/29/2009 | ETH.MESH.07402878 | ETH.MESH.07402879 | Email Michelle Hurley to Jackie Sauer re SBT Meeting |
| 7/1/2009 | ETH.MESH.00139845 | ETH.MESH.00139867 | AdvaMed Code of Ethics on Interactions with Healthcare Professionals |
| 7/15/2009 | ETH.MESH.10133116 | ETH.MESH.10133116 | Email Brian Langen to Vincenza Zaddem re Plus-M payment for Mel Anhalt |
| 7/16/2009 | ETH.MESH.01239065 | ETH.MESH.01239066 | Robinson D email chain re TVT RR IFU Version 5 071409_T-3466 |
| 7/28/2009 | ETH.MESH.06239100 | ETH.MESH.06239108 | Bobertz email chain re URGENT:  Resin information request |
| 7/30/2009 | ETH.MESH.03656697 | ETH.MESH.03656699 | Email Takahito Hino to Patrice Napoda re TVT Japanese Package Insert |
| 8/1/2009 | ETH.MESH.10233144 | ETH.MESH.10233148 | 2009 Field Visit Letter |
| 8/7/2009 | ETH.MESH.09958050 | ETH.MESH.09958051 | Email Henri Decloux to Severine Timoner Fortin re Quote for sample production |
| 8/7/2009 | ETH.MESH.09951106 | ETH.MESH.09951107 | Email Severine Timoner Fortin to Valerie Emperado et al. re For Information - lot of TVT used for Deleval's tests |
| 8/8/2009 | ETH.MESH.09954485 | ETH.MESH.09954486 | Hinoul email chain re For Information - lot of TVT used for Deleval's tests |
| 8/12/2009 | | | US Patent Application Publication De Leval US20090306459 |
| 8/12/2009 | N/A | N/A | United States Patent Application Publication De Leval US20090306459 |
| 8/17/2009 | ETH.MESH.10227358 | ETH.MESH.10227359 | Prine email chain re TVT promotion Slam Dunk Winners |
| 8/21/2009 | ETH.MESH.02596464 | ETH.MESH.02596467 | Email David Waltregny to Piet Hinoul re TR: For Information - lot of TVT used for Deleval's tests |
| 8/27/2009 | ETH.MESH.09955464 | ETH.MESH.09955464 | Timoner Fortin email re Mini-O Raw material proposed by Suppliers for button aid |

| 9/14/2009 | ETH.MESH.00592915 | ETH.MESH.00592916 | Savidge S email chain re TVT RR IFU 090911b_T-3467 |
| 9/17/2009 | ETH.MESH.03722384 | ETH.MESH.03722386 | Email Paul DeCosta to Thomas Divilio, et al. re: Mesh + Anti-proliferative agent |
| 9/28/2009 | ETH.MESH.03618587 | ETH.MESH.03618596 | Master Consulting Agreement between Brian J. Flynn and Ethicon |
| 9/29/2009 | ETH.MESH.00533283 | ETH.MESH.00533286 | Communication Plan to close TVT World Registry |
| 11/3/2009 | | | United States Patent De Leval US7611454 |
| 11/3/2009 | N/A | N/A | United States Patent De Leval US7611454 |
| 1/4/2010 | ETH.MESH.03832685 | ETH.MESH.03832692 | Monthly Closed CAPA |
| 1/5/2010 | ETH.MESH.00077727 | ETH.MESH.00077732 | Timoner Fortin, S email chain re Prosima learning's at preceptor sites EMEA |
| 1/8/2010 | ETH.MESH.00340990 | ETH.MESH.00340999 | Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 0) by Susan Lin to John Young |
| 1/17/2010 | ETH.MESH.01785259 | ETH.MESH.01785260 | Hinoul, P email chain re +M relaxation |
| 1/21/2010 | ETH.MESH.09234953 | ETH.MESH.09234954 | TVT Matketing email re 2010 Planning -- "Voice of the Customer" feedback |
| 1/27/2010 | ETH.MESH.00349508 | ETH.MESH.00349512 | TVT ad "Demand the most proven technology when selecting a mid-urethral sling... Make DATA and SAFETY YOUR CHOICE" |
| 1/28/2010 | ETH.MESH.09234951 | ETH.MESH.09234952 | Flores email chain re Continence Health Brand Team - TVT Feedback |
| 2/6/2010 | ETH.MESH.01805963 | ETH.MESH.01805963 | Peebles R email re Mesh slides for NTM |
| 2/16/2010 | ETH.MESH.09235084 | ETH.MESH.09235085 | Toglia M email chain re Ethicon Women's Health and Urology National Training meeting - TVT |
| 2/17/2010 | ETH.MESH.00340839 | ETH.MESH.00340839 | Gynecare TVT Device Instructions for Use Revision Design Verification Memo by Kirkemo, Robinson and Hinoul |
| 2/19/2010 | ETH.MESH.02254087 | ETH.MESH.02254087 | Beath C email re clinical data |
| 2/24/2010 | ETH.MESH.08014324 | ETH.MESH.08014327 | Email Jonathan Fernandez to Carol Padgett re Dr. Alvina Driscoll |

| | | | |
|---|---|---|---|
| 2/25/2010 | ETH.MESH.00073089 | ETH.MESH.00073093 | Robinson D email chain re 510k submission and clearance |
| 2/26/2010 | ETH.MESH.00659430 | ETH.MESH.00659431 | Physician brochure/sales aid |
| 2/27/2010 | ETH.MESH.09214438 | ETH.MESH.09214438 | Peebles email re participation next week - copy-approved slides |
| 3/4/2010 | ETH.MESH.16263696 | ETH.MESH.16263715 | EWHU 2009 Awards Ceremony |
| 3/10/2010 | ETH.MESH.00074068 | ETH.MESH.00074070 | Savidge S and Johnson L - biocompatiblity statement |
| 3/17/2010 | ETH.MESH.19306944 | ETH.MESH.19306946 | Ullman email chain re "Take Back Share" - Feb Update |
| 3/19/2010 | ETH.MESH.01201387 | ETH.MESH.01201389 | Bryan L email chain re EBM Sub-team meetings for EWHU |
| 3/23/2010 | ETH.MESH.00351439 | ETH.MESH.00351441 | Smith D email chain re Input to the one-pager to BR |
| 3/24/2010 | ETH.MESH.09932848 | ETH.MESH.09932849 | Iacobone email chain re Stability Testing |
| 3/25/2010 | ETH.MESH.02013947 | ETH.MESH.02013948 | Zaddem V email chain re Your input on 30 in 3 and Speed to launch |
| 3/25/2010 | ETH.MESH.00212665 | ETH.MESH.00212665 | Draft TVT Family strategic positioning overview presentation |
| 4/6/2010 | ETH.MESH.10632641 | ETH.MESH.10632644 | Elbert K email chain re CO-0022344 for your review; Target Approval 4-12-2010 12:00:00 AM EDT |
| 4/6/2010 | ETH.MESH.11205022 | ETH.MESH.11205027 | Email Katrin Elbert to Sheelu Samuel re FW: CO-0022344 for your review; Target Approval 04-12-2010 12:00:00 AM EDT |
| 4/6/2010 | ETH.MESH.14819286 | ETH.MESH.14819290 | Taggart D email chain re CO-002344 for your review: Target Approval 04-12-2010 12:00 AM EDT |
| 4/6/2010 | ETHMESH.CHAHAL.00000006 | ETHMESH.CHAHAL.00000027 | Chahal Employee Secrecy, Intellectual Property, Non-Competition and Non-Soliciation Agreement |
| 4/7/2010 | ETH.MESH.00602025 | ETH.MESH.00602027 | Robinson D email re Please hold:  database study vendor selection |

| | | | |
|---|---|---|---|
| 4/9/2010 | ETH.MESH.05620358 | ETH.MESH.05620362 | NCR Summary Report NCR10-01914 |
| 4/13/2010 | ETH.MESH.09656790 | ETH.MESH.09656795 | Trzewik J email chain re laser cutting |
| 4/14/2010 | ETH.MESH.00223801 | ETH.MESH.00223828 | TVT Retropublic Refresh |
| 4/19/2010 | ETH.MESH.00574783 | ETH.MESH.00574783 | Waltregny D email chain re Your Submission |
| 4/19/2010 | ETH.MESH.03627114 | ETH.MESH.03627114 | Wess A email chain re de leval paper |
| 4/28/2010 | ETH.MESH.00750880 | ETH.MESH.00750881 | TVT Family of Products Co-positioning EWHU Board Pre-Reading |
| 5/12/2010 | ETH.MESH.02340902 | ETH.MESH.02340973 | TVT-O IFU (-present) |
| 5/14/2010 | ETH.MESH.01320395 | ETH.MESH.01320519 | Biocompatibility Assessment of Medi-Line Use of Down Corning 200 Fluid (100 cst) In Gynecare TVT Products |
| 5/28/2010 | ETH.MESH.00493332 | ETH.MESH.00493343 | Consulting Agreement Requistion Form between Brian J. Flynn and Ethicon |
| 6/14/2010 | ETH.MESH.03642659 | ETH.MESH.03642659 | 2011 EWHU Business Planning presentation |
| 6/16/2010 | ETH.MESH.05347751 | ETH.MESH.05347769 | Hart email chain re Investigator-Initiated Studies Policy |
| 6/29/2010 | | | Total Petrochemicals Certificate 10D0649 |
| 6/30/2010 | ETH.MESH.06869163 | ETH.MESH.06869166 | Landgrebe email chain re matrix - Cohera |
| 7/5/2010 | ETH.MESH.03497846 | ETH.MESH.03497847 | MD&D Complaint Form - Complaint ID CC1007005 |
| 7/5/2010 | ETH.MESH.13204508 | ETH.MESH.13204521 | Email Kathie Chen to Darlene Jane Kyle, et al. re Product Complaint CC1007005-Taiwan |
| 7/6/2010 | ETH.MESH.02254165 | ETH.MESH.02254165 | Beath C email chain re 510K clearance |
| 7/12/2010 | ETH.MESH.13896042 | ETH.MESH.13896043 | Poulot email chain re BHR EWHU 3413118, 398077, 3405428 |
| 7/13/2010 | ETH.MESH.01675805 | ETH.MESH.01675806 | Samuel S email re Key Steps Flashcare Clarification |
| 7/15/2010 | ETH.MESH.02019485 | ETH.MESH.02019485 | Email Vincenza Zaddem to Alyssa Kilayko re obt muscle thickness values |
| 8/3/2010 | ETH.MESH.14967283 | ETH.MESH.14967283 | Complaint Number: PI1-F8GCTO |
| 8/3/2010 | ETH.MESH.14908783 | ETH.MESH.14908783 | Complaint Number:  PI1-EWT0A6 |

| 8/8/2010 | ETH.MESH.01201955 | ETH.MESH.01201956 | Pagel K email re Prof Ed deck (draft 2 still) w/o video |
| 8/11/2010 | ETH.MESH.00826028 | ETH.MESH.00826045 | Hinoul Clinical Expert Report |
| 8/16/2010 | ETH.MESH.03432766 | ETH.MESH.03432766 | Email Brian Flynn to Jonathan Fernandez re permission |
| 8/17/2010 | ETH.MESH.13907354 | ETH.MESH.13907355 | Jaccard email chain re Particles in production w/attacment |
| 8/17/2010 | ETH.MESH.13210344 | ETH.MESH.13210346 | Email Celine Heramza to Carolyn Brennan re Assignment "Product evaluation" has been closed for Issue #:10100122655 |
| 8/17/2010 | ETH.MESH.03497878 | ETH.MESH.03497878 | MD&D Resolution Form |
| 8/17/2010 | ETH.MESH.01795909 | ETH.MESH.01795929 | Hinoul Clinical Expert Report |
| 8/24/2010 | ETH.MESH.01745568 | ETH.MESH.01745572 | Email from Carlos E. Lugo-Ponce to Darlene Jane Kyle et al re Product Complaint CC1007005-Taiwan |
| 9/1/2010 | ETH.MESH.04101817 | ETH.MESH.04101822 | Email Shalot Armstrong to Carlos E Lugo-Ponce re Product Complaint CC1007005-Taiwan |
| 9/13/2010 | ETH.MESH.03721328 | ETH.MESH.03721449 | Meier CER Mesh Erosions |
| 9/30/2010 | ETH.MESH.08344659 | ETH.MESH.08344659 | Email Kevin Mahar to Libby Lewis RE: Key docs at AUGS |
| 9/30/2010 | ETH.MESH.09218058 | ETH.MESH.09218058 | Peebles R email re Transcription |
| 11/8/2010 | ETH.MESH.10132609 | ETH.MESH.10132620 | Innovation Council agenda |
| 12/6/2010 | ETH.MESH.01226442 | ETH.MESH.01226445 | Kirkemo A Dear Dr. unsolicated request for information letter |
| 12/6/2010 | ETH.MESH.01265511 | ETH.MESH.01265511 | Kirkemo A email re Your unsolicited request for medical information - MIR |
| 12/9/2010 | ETH.MESH.08041930 | ETH.MESH.08041931 | Irvin email re 12/8 Post Call Notes |
| 12/9/2010 | ETH.MESH.06087513 | ETH.MESH.06087514 | TVTR-566-10-11/12 Physician brochure - Gynecare TVT |
| 12/9/2010 | ETH.MESH.05791132 | ETH.MESH.05791133 | Henderson M email chain re Q4 Spend |
| 1/1/2011 | ETHMESH.CHAHAL.00000001 | ETHMESH.CHAHAL.00000005 | 2011 Performance and Development Plan Summary for Chahal |

| 1/20/2011 | ETH.MESH.00791766 | ETH.MESH.00791813 | PowerPoint - Physician Survey Results January 20, 2011 |
|---|---|---|---|
| 1/22/2011 | ETHMESH.CHAHAL.00000052 | ETHMESH.CHAHAL.00000063 | Lewis L - 2011 Field Visit Letter, Chahal |
| 1/26/2011 | ETH.MESH.08003303 | ETH.MESH.08003318 | Patient Brochure - Treatment Options for Stress Urinary Incontinence -- stop coping.  start living. |
| 2/1/2011 | ETH.MESH.05276184 | ETH.MESH.05276194 | Master Consulting Agreement between Dr. Douglas Grier and Ethicon |
| 2/7/2011 | ETH.MESH.08003295 | ETH.MESH.08003302 | TVT-039-11-1/13 Patient brochure - stop coping. start living |
| 2/8/2011 | ETH.MESH.06016054 | ETH.MESH.06016055 | Dang email chain re K103727 - please advise |
| 2/8/2011 | ETH.MESH.10630803 | ETH.MESH.10630808 | Braskem MSDS C4001 Polypropylene |
| 2/14/2011 | ETH.MESH.03981288 | ETH.MESH.03981290 | Roji A email re VOTE team 2010 1:1 calls |
| 2/15/2011 | ETH.MESH.05604390 | ETH.MESH.05604399 | FDA Review of PFR and SUI Mesh Products - Changing Regulatory Environment and Potential Impact on Ethicon Pipeline - presentation |
| 2/16/2011 | ETH.MESH.02010834 | ETH.MESH.02010855 | Biomechanical consideration for Pelvic floor mesh design |
| 2/21/2011 | ETHMESH.OHARA.00000347 | ETHMESH.OHARA.00000353 | Lewis 2010 Performance and Development Plan Summary for O'Hara |
| 2/23/2011 | ETH.MESH.02219202 | ETH.MESH.02219210 | Material Specification for TVT Prolene Polypropylene Mesh Roll Stock, Rev. 5 |
| 2/23/2011 | ETH.MESH.01216125 | ETH.MESH.01216150 | Internal Notes - Memo |
| 2/24/2011 | ETH.MESH.08005908 | ETH.MESH.08005909 | Email Jonathan Fernandez to Brian Flynn, et al. re Flynn contracts |
| 2/28/2011 | ETH.MESH.00206973 | ETH.MESH.00206973 | Gauld email re Here is the copy of FDA's letter (please do not forward) |
| 2/28/2011 | ETH.MESH.08170224 | ETH.MESH.08170232 | Kevin Frost email chain re SGS Fellows Symposium |
| 3/7/2011 | ETH.MESH.06015196 | ETH.MESH.06015196 | Benjamin email re FDA ltt re 510k |
| 3/7/2011 | ETH.MESH.03898831 | ETH.MESH.03898834 | Garbarino S email chain re 2011 VOTE Team Conf Call - VOTE Team Questions |

| 3/8/2011 | ETH.MESH.00575160 | ETH.MESH.00575161 | Papas N email chain re AUGS abstract |
|---|---|---|---|
| 3/9/2011 | ETH.MESH.16434349 | ETH.MESH.16434352 | Papas N email chain re AUGS Abstract |
| 3/9/2011 | ETH.MESH.02592467 | ETH.MESH.02592470 | Kirkemo A Dear Dr. unsoliciated request for information letter |
| 3/11/2011 | ETH.MESH.05276086 | ETH.MESH.05276097 | Master Consulting Agreement between Brian J. Flynn and Ethicon |
| 3/13/2011 | | | TVT Patient Brochure Chart - TVT/SUI Patient Brochures |
| 3/14/2011 | ETH.MESH.05163323 | ETH.MESH.05163325 | Email Alyson Wess to Georgia Long, et al. re |
| 3/15/2011 | ETH.MESH.18846146 | ETH.MESH.18846147 | Kaminski email chain re Prosima Preparation |
| 3/15/2011 | ETH.MESH.12627553 | ETH.MESH.12627577 | Elaine Wise Product Monograph |
| 3/17/2011 | ETH.MESH.04062405 | ETH.MESH.04062407 | Wess A email chain re Incontinence PMT: 3/3 meeting notes |
| 3/29/2011 | ETH.MESH.08969368 | ETH.MESH.08969368 | Frost K email re PF Summit Presentations |
| 3/31/2011 | ETH.MESH.07236294 | ETH.MESH.07236295 | Hinoul email chain re Workshop on Vaginal Tapes |
| 3/31/2011 | ETH.MESH.11790162 | ETH.MESH.11790162 | Phillips, K email re Lack of quality engineering support for Prosima+M |
| 3/31/2011 | ETH.MESH.10818814 | ETH.MESH.10818814 | EWHU: Faculty Training - Sonoma CA Agenda |
| 4/1/2011 | ETH.MESH.10818815 | ETH.MESH.10818816 | Ethicon 2011 Incontinence & Pelvic Floor Summit agenda |
| 4/19/2011 | ETH.MESH.00540629 | ETH.MESH.00540629 | Monthly Complaint Review |
| 4/21/2011 | ETH.MESH.10818812 | ETH.MESH.10818813 | Frost K email re 2011 Incontinence & Pelvic floor REcap |
| 5/13/2011 | ETH.MESH.05822684 | ETH.MESH.05822693 | Email Laura Hutto to Brian Luscombe re Flynn |
| 5/16/2011 | ETH.MESH.03643726 | ETH.MESH.03643726 | US EWHU Executive Performance Review Presentation |
| 5/18/2011 | ETH.MESH.02589032 | ETH.MESH.02589079 | PA Consulting Group Report:  Investigating Mesh Erosion in Pelvic Floor Repair |
| 5/18/2011 | ETH.MESH.03750903 | ETH.MESH.03750950 | Berman, Robinson, Wang, Rhodes - Report - Investigating Mesh Erosion in Pelvic Floor Repair |

| | | | |
|---|---|---|---|
| 6/22/2011 | ETH.MESH.07192929 | ETH.MESH.07192929 | Investigating Mesh erosion in Pelvic Floor Repair - Report Bernman, Robinson, Wang Rhodes - presentation |
| 6/30/2011 | ETH.MESH.07903682 | ETH.MESH.07903683 | Affeld, T email chain re PS vs +M |
| 7/6/2011 | ETH.MESH.05337217 | ETH.MESH.05337220 | Miller D email chain re Prolift professional education |
| 7/6/2011 | ETH.MESH.05337225 | ETH.MESH.05337228 | Luscombe B email chain re request from Miller re lecture material |
| 7/13/2011 | N/A | N/A | FDA Public Health Notification |
| 7/13/2011 | ETH.MESH.02253078 | ETH.MESH.02253079 | Email Bridget Ross (WW President, EWH&U) re FDA Health Notification |
| 7/20/2011 | | | Letter Dr. David Challoner to Dr. Jeffrey E. Shuren re seven recommendations proposed by FDA |
| 7/22/2011 | ETH.MESH.17556556 | ETH.MESH.17556556 | Chahal R email chain re Umaima Jamaluddin procedure questions |
| 7/29/2011 | ETH.MESH.00301367 | ETH.MESH.00301369 | Email Vijay Madikonda  re BSI Technical File Audit - July 28-29, 2011 |
| 8/26/2011 | ETH.MESH.06261965 | ETH.MESH.06261967 | Karl J email chain re Braskem. . . A LIttle History |
| 8/30/2011 | ETH.MESH.11175841 | ETH.MESH.11175842 | Samuel S email re Mesh Data |
| 9/30/2011 | | | FDA - Considerations about Surgical Mesh for SUI |
| 10/6/2011 | ETH.MESH.11445493 | ETH.MESH.11445494 | Email LIbby Lewis to Mary Byerly re Western Region Needs |
| 12/6/2011 | ETH.MESH.09977270 | ETH.MESH.09977271 | PLT 12 month post-launch close out PPT - slide 17 Executive Summary. |
| 1/30/2012 | ETHMESH.OHARA.00000354 | ETHMESH.OHARA.00000359 | O'Hara 2011 Performance and Development Plan Summary - Libby Lewis |
| 2/1/2012 | ETH.MESH.09155883 | ETH.MESH.09155895 | Grier Consulting Agreement Requisition Form |
| 2/1/2012 | ETH.MESH.09155909 | ETH.MESH.09155920 | Consulting Agreement Requisition Form - Part I Ethicon and Melvyn A. Anhalt |

| 2/6/2012 | ETH.MESH.17556591 | ETH.MESH.17556593 | Chahal R email re Booking Confirmation Jeremy William Aaron - Phoenix, Feb 13 |
|---|---|---|---|
| 2/16/2012 | ETH.MESH.03644217 | ETH.MESH.03644217 | PowerPoint - EWHU Incontinence 2012 Pipeline Refresh |
| 2/24/2012 | ETH.MESH.07730291 | ETH.MESH.07730295 | Lapinskas, I, email chain originating  re Discussion of 3.5 mil Prolene production |
| 3/1/2012 | ETH.MESH.07226377 | ETH.MESH.07226379 | Vellucci, L email chain re Polypropylene Mesh |
| 3/1/2012 | ETH.MESH.04015102 | ETH.MESH.04015104 | Batke B email chain re AGES Pelvic Floor Conference - Gala Dinner Invitation |
| 3/3/2012 | ETHMESH.OHARA.00000313 | ETHMESH.OHARA.00000314 | O'Hara Employee Profile |
| 3/6/2012 | ETH.MESH.07455220 | ETH.MESH.07455221 | Response to MHRA inquiry regarding inertness of polypropylene mesh |
| 3/7/2012 | ETH.MESH.02652179 | ETH.MESH.02652317 | Issues Report Run Between  and |
| 3/12/2012 | ETH.MESH.07205369 | ETH.MESH.07205370 | Savidge, et al response to email from Huntington re Clave' publication |
| 3/12/2012 | ETH.MESH.05998775 | ETH.MESH.05998778 | Hinoul P email chain re Patient complication in Wichita, KS |
| 3/14/2012 | ETH.MESH.07724068 | ETH.MESH.07724080 | Independent MD&D Sector Audit by QualityHub, Inc. Pore size |
| 3/15/2012 | ETH.MESH.04037600 | ETH.MESH.04037600 | Innovations in Mesh Development by Boris Batke |
| 3/25/2012 | ETH.MESH.13681529 | ETH.MESH.13681532 | The efficacy she needs with less mesh |
| 4/2/2012 | ETH.MESH.17556496 | ETH.MESH.17556497 | Barnes C email chain re Ethicon Gynecare Innovations Event |
| 4/3/2012 | ETH.MESH.17556511 | ETH.MESH.17556511 | Barnes C email chain re ACT REQ:  Urgent quick need request |
| 4/3/2012 | ETH.MESH.17556598 | ETH.MESH.17556598 | Chahal R email chain re ACT REQ Urgent quick need |
| 4/4/2012 | ETH.MESH.17556512 | ETH.MESH.17556512 | Langen B email re SMII Welcome Letter |
| 4/5/2012 | ETH.MESH.17556486 | ETH.MESH.17556487 | Luscombe B email re Brand Team for Inc POP |
| 4/12/2012 | ETH.MESH.17556513 | ETH.MESH.17556513 | Langen B letter re Sales Mastery II |
| 4/12/2012 | ETH.MESH.17556498 | ETH.MESH.17556498 | Ethicon Gynecare Innovations flyer |

| 4/27/2012 | ETH.MESH.05572526 | ETH.MESH.05572528 | Hinoul P email chain re slings at surgery center |
|---|---|---|---|
| 5/1/2012 | ETH.MESH.08066401 | ETH.MESH.08066414 | Pramudji fax re Contract |
| 5/15/2012 | ETH.MESH.08065931 | ETH.MESH.08065943 | Master Consulting Agreement between Melvyn A. Anhalt and Ethicon |
| 5/18/2012 | ETHMESH.CHAHAL.00000051 | ETHMESH.CHAHAL.00000051 | Chahal Employee Profile |
| 6/14/2012 | ETH.MESH.05815791 | ETH.MESH.05815802 | TVT-172-12-6/14 Patient Brochure - Stop Coping. START LIVING. WHAT YOU SHOULD KNOW ABOUT STRESS URINARY INCONTINENCE |
| 6/16/2012 | ETH.MESH.09158424 | ETH.MESH.09158430 | ARTISYN Advisory Board notes |
| 7/26/2012 | ETH.MESH.05125293 | ETH.MESH.05125297 | Email Piet Hinoul to Axel Arnaud re article "The perils of commercially driven surgical innovation" |
| 8/6/2012 | ETH.MESH.13376756 | ETH.MESH.13376758 | Work Instructions for In-Process & Finished Goods Defect Classifications for Ethicon Products, Appendix 8 - Mesh |
| 8/6/2012 | ETH.MESH.13376759 | ETH.MESH.13376768 | Primary Blister Defect Definitions and Classifications Release Level: 4. Production |
| 8/7/2012 | ETH.MESH.09478633 | ETH.MESH.09478636 | Chen email chain re New Complaint Form 23125 |
| 8/7/2012 | ETH.MESH.11529265 | ETH.MESH.11529266 | Doyle email chain re Surgeon request for follow up 10100175641 |
| 8/20/2012 | ETH.MESH.09478684 | ETH.MESH.09478688 | Chen M email chain re Urgent - MDR serious injuries Gynecare France |
| 1/6/2013 | ETH.MESH.03685918 | ETH.MESH.03685925 | Amin D Gynecare Protfolio Presentation |
| 1/11/2013 | ETH.MESH.13374555 | ETH.MESH.13374558 | Chung email chain re Gynecare RFP |
| 1/21/2013 | ETH.MESH.14348386 | ETH.MESH.14348388 | Tait email chain re Non conform lids |
| 2/15/2013 | ETH.MESH.13274846 | ETH.MESH.13274847 | Connaughton email chain re New litigation Prolift & TVT |
| 2/15/2013 | ETH.MESH.13274855 | ETH.MESH.13274856 | Connaughton email chain re new litigation Prolift & TVT |
| 3/11/2013 | | | Hellhammer_091113_04 - Designation Run Report |

| 3/20/2013 | ETH.MESH.13208194 | ETH.MESH.13208196 | Connaughton email chain re New ligitation TVT |
| 3/20/2013 | ETH.MESH.10633520 | ETH.MESH.10633528 | Revision History of MS-0000108 |
| 3/26/2013 | ETH.MESH.08073801 | ETH.MESH.08073803 | Rahman communication - AUGS Issues Statement Opposing the Restriction of Surgical Options for Pelvic Floor Disorders |
| 4/25/2013 | ETH.MESH.02342194 | ETH.MESH.02342194 | IFU Index and Production Bates Range Chart |
| 5/3/2013 | ETH.MESH.09744870 | ETH.MESH.09744871 | TVT 20130503 |
| 5/3/2013 | ETH.MESH.10287104 | ETH.MESH.10287439 | Hinoul CER Gynecare TVT Family of Products |
| 5/8/2013 | ETH.MESH.09909830 | ETH.MESH.09909882 | Biocompatibility Risk Assessment Report for Gynecare TVT Product Family |
| 5/23/2013 | ETH.MESH.13259844 | ETH.MESH.13259845 | Connaughton email chain re New litigation |
| 5/24/2013 | N/A | N/A | IFU__in_Use__Production_Chart |
| 6/5/2013 | ETH.MESH.14852591 | ETH.MESH.14852592 | McNelis email re new litigation TVT & Prosima |
| 6/5/2013 | ETH.MESH.14901756 | ETH.MESH.14901757 | McNelis email re new litigation TVT & Prosima |
| 6/19/2013 | ETH.MESH.09732998 | ETH.MESH.09733718 | Issue Reports Open Date BEtween 01-Jan-2005 and 02-Jun-2013 |
| 6/21/2013 | ETH.MESH.12910023 | ETH.MESH.12910026 | Weisberg email chain re TVT mesh elongation FW: dr. Kenny Maslow |
| 6/21/2013 | ETH.MESH.12910030 | ETH.MESH.12910032 | Weisbert email chain re TVT mesn elongation FW: Dr. Kenny Maslow |
| 6/25/2013 | ETH.MESH.12910111 | ETH.MESH.12910113 | Weisberg email chain re TVT mesh enlongation - Redacted |
| 6/27/2013 | ETH.MESH.08315779 | ETH.MESH.08315810 | Ex T-722 MItchell - Clinical Expert Report Gynecare Prolift +M |
| 7/19/2013 | ETH.MESH.10150515 | ETH.MESH.10150849 | Clinical Evaluation Report Gynecare TVT Family of Products |
| 8/5/2013 | ETH.MESH.12877116 | ETH.MESH.12877117 | Amin email chain re HPG Pelvic Floor RFP |
| 8/19/2013 | ETH.MESH.13292806 | ETH.MESH.13292807 | Finch email chain re New litigation TVT-S |
| 8/26/2013 | N/A | N/A | TVT Patient Brochure Index 8-26-13 |
| 8/28/2013 | ETH.MESH.12913351 | ETH.MESH.12913356 | Hinoul email re MIR TVT - ilioninguinal pain w/attachment |

| 9/12/2013 | | | Hellhammer_091213_03 - Designation Run Report |
|---|---|---|---|
| 9/17/2013 | ETH.MESH.12906504 | ETH.MESH.12906506 | Librojo email chain re Copy Review Exception |
| 9/21/2013 | ETH.MESH.13296239 | ETH.MESH.13296240 | Gallo email chain re new litigation TVT |
| 9/30/2013 | ETH.MESH.10591939 | ETH.MESH.10591949 | Angelini Browse JJEDS Object Detail form |
| 11/7/2013 | ETH.MESH.15034561 | ETH.MESH.15034562 | McNelis email new litigation TVT |
| 11/7/2013 | ETH.MESH.12907174 | ETH.MESH.12907174 | Jacobs email chain re defect to harms map |
| 11/9/2013 | ETH.MESH.14896228 | ETH.MESH.14896229 | Finch email re new litigation TVT |
| 1/3/2014 | | | AUGS Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence |
| 1/6/2014 | ETH.MESH.14852593 | ETH.MESH.14852595 | Killins email chain re Addtl info - new litigation TVT & Prosima |
| 1/6/2014 | ETH.MESH.14901758 | ETH.MESH.14901760 | Killins email chain re Addtl info new litigation TVT & Prosima |
| 1/9/2014 | ETH.MESH.17640736 | ETH.MESH.17640767 | Corrado email re QRB presentation |
| 1/30/2014 | ETH.MESH.14994657 | ETH.MESH.14994659 | Tran email chain re Addtl Info - |
| 1/31/2014 | ETH.MESH.14967286 | ETH.MESH.14967287 | Jackson email chain Addtl Info - |
| 2/4/2014 | N/A | N/A | United States Patent De Leval US8641597 |
| 2/4/2014 | ETH.MESH.14896230 | ETH.MESH.14896232 | Piper email chain re Addtl info |
| 2/5/2014 | | | Exhibit T-3604 LCM sales inside the US |
| 2/6/2014 | ETH.MESH.16357097 | ETH.MESH.16357097 | Sedlatschek email chain re Secant Medical Inquiry on Gynecare Mesh Products |
| 2/7/2014 | ETH.MESH.17777763 | ETH.MESH.17777768 | Sedlatschek email re Secant Medical Inquiry on Gynecare Mesh Products |
| 2/7/2014 | ETH.MESH.14896233 | ETH.MESH.14896235 | Tran email chain re addtl info 1/30/14 |
| 3/26/2014 | HMESH_ETH_06033196 | HMESH_ETH_06033202 | Rodriguez email chain re Nilsson 2013 |
| 3/27/2014 | ETH.MESH.17619399 | ETH.MESH.17619405 | Rodriguez email chain re Secant Medical Inquiry on Gynecare Mesh Products |
| 4/14/2014 | ETH.MESH.17642669 | ETH.MESH.17642686 | PQI Revision 10 |
| 5/2/2014 | ETHMESH.OHARA.00000360 | ETHMESH.OHARA.00000362 | O'Hara Career Development Profile |

| | | | |
|---|---|---|---|
| 5/19/2014 | ETH.MESH.17777759 | ETH.MESH.17777762 | Rodiguez email chain re UPDATE to Escalation Notice - Section 39 Request - TVT, Gynemesh PS & Artisyn Y-Shared Mesh |
| 6/9/2014 | | | Total Units Sold Chart - Product data |
| 6/20/2014 | | | Letter Dr. Aileen Keel to Colleague re Transvaginal mesh implants |
| 6/28/2014 | | | Management of Mesh  Complications AUGS and IUGA 2014 CButrick |
| 7/17/2014 | ETHMESH.CHAHAL.00000049 | ETHMESH.CHAHAL.0 0000050 | Chahal Career Development Profile |
| 12/2/2014 | | | About Banque Carnegie Luxembourg -  HL  - Banque Carnegie Luxembourg |
| 2/2/2015 | | | tvt lightweight Google search |
| 2/17/2015 | ETH.MESH.03625982 | ETH.MESH.03625982 | List of Preceptor Names and Events Attended |
| 2002 | ETH.MESH.00340836 | ETH.MESH.00340838 | CER Update for TVT |
| 2002 | | | ASTM D 1388-96 - Standard Test Method for Stiffness of Fabrics |
| 2003 | HMESH_ETH.07269753 | HMESH_ETH.07269765 | Contact Points - Nummular allergic contact dermatitis after scabies treatment, R. Kaminska, et al |
| 2003 | | | T 437 om -03 Dirt in Paper and Paperboard |
| 2006 | | | AMS Solutions for Life Preserving Mesh Integrity, Simplifying Tensioning |
| 2006 | ETH.MESH.00746209 | ETH.MESH.00746209 | Product Pointer |
| 2007 | ETH.MESH.08003247 | ETH.MESH.08003262 | TVT 20070531  Patient Brochure - The Choice to End Stress Urinary Incontinence  Find out how to stop urine leakage like Bonnie did |
| 2007 | ETH.MESH.06861946 | ETH.MESH.06861946 | Basell Purell MSDS |
| 2007 | ETH.MESH.00163582 | ETH.MESH.00163597 | Brochure "Find out how to stop urine leakage like Bonnie did" |
| 2008 | ETH.MESH.07474296 | ETH.MESH.07474407 | ANSI/AAMI/ISO 10993-7:2008 |

| 2008 | ETH.MESH.00658453 | ETH.MESH.00658458 | Brochure The Gynecare TVT Family of Products 3 SUI Solutions. Delivering Data, Safety & Choice. |
|---|---|---|---|
| 2009 | ETH.MESH.00002162 | ETH.MESH.00002177 | Stop coping. Start living |
| 2010 | ETH.MESH.00499024 | ETH.MESH.00499024 | 2010 preceptor payments spreadsheet |
| 2010 | ETH.MESH.00346194 | ETH.MESH.00346201 | The efficacy she needs with less mesh - annotated - round 3 |
| 2010 | ETH.MESH.06260647 | ETH.MESH.06260671 | R&D CO-OP Welcome Guide Spring 2010 |
| 2010 | ETH.MESH.02236784 | ETH.MESH.02236785 | Physician patient follow-up form letter |
| 2011 | ETH.MESH.00790545 | ETH.MESH.00790546 | Competitive Dissection Flashcard |
| 2011 | ETH.MESH.14273633 | ETH.MESH.14273668 | Ethicon Neuchâtel  A changing Product Protfolio |
| 2011 | ETH.MESH.08078799 | ETH.MESH.08078799 | TVT-US |
| 2011 | ETHMESH.CHAHAL.00000044 | ETHMESH.CHAHAL.00000048 | ChahalHospital Sales Spreadsheet |
| 2011 | ETH.MESH.04005863 | ETH.MESH.04006038 | Ozog, Yves Doctorial Thesis: Theoretical and Experimental Evaluation of Implant Materials Used in Pelvic Organ Prolapse Repair |
| 2011 | ETH.MESH.17556578 | ETH.MESH.17556579 | 2011 Price List |
| 2012 | ETH.MESH.09744848 | ETH.MESH.09744855 | TVT-312-12 Patient Brochure - stop coping.  start living.  GYNECARE TVT Family of Products |
| 2012 | ETH.MESH.07808484 | ETH.MESH.07808486 | Frequently Asked Questions Clinical Data Review 3-Year Data Flashcard |
| 2013 | ETH.MESH.16308087 | ETH.MESH.16308090 | Patient Brochure |
| 2013 | ETH.MESH.09744840 | ETH.MESH.09744845 | TVT-131-13 Patient Brochure - stop coping  start living.  What You Should Not About Stress Urinary Incontinence |
| 2013 | | | AUA 2013 Annual Meeting Highlights Voiding Dysfunction/Female Urology |
| 2014 | T-1499 | T-1499 | Total Units Sold Chart |
| 2014 | | | Webpage "A Solution: Gynecare TVT Tension-free Support for Incontinence" |
| 1/2002 | ETH.MESH.08793554 | ETH.MESH.08793554 | DTC Advertising Patient Potential January 2002 Presentation |

| | | | |
|---|---|---|---|
| 1/2010 | ETH.MESH.03643186 | ETH.MESH.03643186 | Ethicon Women's Health and Urology Brand Equity Study Final Report |
| 2/2002 | ETH.MESH.00339437 | ETH.MESH.00339442 | 5 Years of Proven Performance TVT Sales Aid (TVT041) |
| 3/2011 | ETH.MESH.05479717 | ETH.MESH.05479717 | ETHICON Polypropylene Mesh Technology- Batke presentation |
| 4/2008 | ETH.MESH.00006636 | ETH.MESH.00006636 | Klosterhalfen Interim report mesh explants pelvic floor repair |
| 6/2000 | ETH.MESH.00400957 | ETH.MESH.00400978 | TVT Surgeons Resource Monograph |
| 6/2003 | | | Clark Urological Center Newsletter |
| 7/2002 | ETHMESH.OHARA.00000304 | ETHMESH.OHARA.00000312 | O'Hara Application for Employment |
| 7/2009 | ETH.MESH.05764101 | ETH.MESH.05764101 | BUC July 2009 I&pf platforms presentation |
| 7/2013 | | | ICS Fact Sheets A Background to Urinary and Faecal Incontinence prepared by the Publications & Communications Committee, July 2013 |
| 8/2009 | ETH.MESH.00533025 | ETH.MESH.00533026 | HS Study Monthly Update |
| 8/2010 | ETH.MESH.03422160 | ETH.MESH.03422162 | Clinical Data Review Presented at ICS/IUGA Aug 2010 |
| 9/2004 | ETH.MESH.03571983 | ETH.MESH.03572098 | Physician Segmentation Study for Gynecare TVT Final Presentation - Copernieus |
| 9/2007 | HMESH_ETH_00660369 | HMESH_ETH_0066078 | Pleiger - Polyamid.nylon MSDS |
| 9/2010 | ETH.MESH.09932902 | ETH.MESH.09932912 | Neuchatel - September 2010 Roles and Responsibilities |
| 9/2010 | ETH.MESH.09932908 | ETH.MESH.09932918 | Neuchatel - September 2010 Roles and Responsibilities |
| 10/2000 | ETH.MESH.04044797 | ETH.MESH.04044800 | TVT Update Success & Complications - Bernard Jacquetin |
| 10/2008 | ETH.MESH.17556582 | ETH.MESH.17556582 | IFPM position on FDA notification |
| 10/2011 | | | AUA HP Brief - Billing for Sling Revisions and Urethrolysis |

| 10/2012 | ETH.MESH.07808480 | ETH.MESH.07808481 | The efficacy she need with less mesh. Clinical Data Review - 3 Year Data |
|---|---|---|---|
| | ETH.MESH.08426862 | ETH.MESH.08426867 | Toglia Presentation - The Mesh Story working copy |
| | HMESH_ETH_06509816 | HMESH_ETH_06509816 | Text File |
| | | | Study Slides - various testimony |
| | | | Jordi SEM and OM Images |
| | | | Chart of Responsive Documents |
| | ETH.MESH.11175843 | ETH.MESH.11175843 | The Science of "What's Lift Behind" . . . presentation |
| | ETH.MESH.01592467 | ETH.MESH.01592490 | Test Method Validation Protocol:  Visual Acceptance criteria for seal of Blister PVA-112940-TMV-PR |
| | ETH.MESH.09214439 | ETH.MESH.09214439 | Toglia, The Mesh Story presentation |
| | ETH.MESH.04941016 | ETH.MESH.04941049 | Holste presentation: Lightweight Mesh Developments |
| | ETH.MESH.14901753 | ETH.MESH.14901753 | Complaint PI1E8VOWN |
| | ETH.MESH.15406916 | ETH.MESH.15406919 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.13797826 | ETH.MESH.13797830 | Check Liste D'Inspection QUalite |
| | ETH.MESH.13376661 | ETH.MESH.13376868 | Draft Template:  DRM for Device Functionality (Performance & Safety) |
| | ETH.MESH.00301977 | ETH.MESH.00301977 | TVT Laser Cut Mesh Project Revision History for DFMEA0000242 |
| | ETH.MESH.09671620 | ETH.MESH.09671620 | Material specification spreadsheet |
| | ETH.MESH.00632655 | ETH.MESH.00632655 | U.S. Launch Overview |
| | | | CV of Piet Hinoul |
| | ETH.MESH.15958470 | ETH.MESH.15958477 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.00355435 | ETH.MESH.00355435 | Differentiation Statement |
| | ETH.MESH.11175844 | ETH.MESH.11175844 | TVT Complication comparison matrix |
| | ETH.MESH.00074499 | ETH.MESH.00074499 | Presentation: Gynecare Prolift+M Pelvic Floor Repair System Training |

| | | |
|---|---|---|
| ETH.MESH.02106741 | ETH.MESH.02106743 | Surgeon Evaluation Questions for Laser Cut Mesh |
| ETH.MESH.00271641 | ETH.MESH.00271641 | Franco presentation - The Science of "What's Left Behind" . . . Evidence & Follow-Up of Mesh Use for SUI |
| ETH.MESH.15406979 | ETH.MESH.15406981 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406920 | ETH.MESH.15406921 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.08334245 | ETH.MESH.08334245 | LCM Project: Photographs Comparing Laser Cut Mesh vs Mechanical Cut Mesh |
| ETH.MESH.15406956 | ETH.MESH.15406957 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.02108293 | ETH.MESH.02108295 | Division Meeting Notes:  Continence Health |
| ETH.MESH.00223800 | ETH.MESH.00223800 | Powerpoint TVT Retropublic Refresh |
| ETH.MESH.14471186 | ETH.MESH.14471186 | Spreadsheet |
| ETH.MESH.08968369 | ETH.MESH.08968378 | Ailawadi - Does Material Matter - final |
| ETH.MESH.01310061 | ETH.MESH.01310065 | TVT Laser Cut RMR Rev 2 |
| ETH.MESH.02236580 | ETH.MESH.02236595 | Patient Brochure - Stop coping.  Start Living. Gynecare TVT Family of Products |
| ETH.MESH.00581483 | ETH.MESH.00581486 | Gynecare International Convention Recommendations |
| ETH.MESH.03738466 | ETH.MESH.03738467 | Emails Martin Weisberg and Dr Peggy Norton re TVT |
| ETH.MESH.07506983 | ETH.MESH.07506985 | Biocompatibility Risk Assessment:  PROSIMA Pelvic Floor Repair System (Mint) |
| ETH.MESH.06866921 | ETH.MESH.06866921 | ETH.MESH.06866921 attachment |
| ETH.MESH.15406942 | ETH.MESH.15406943 | Guidoin Lab Notebook Page/Image |
| | | Grier with notes T-752 |
| ETH.MESH.15406958 | ETH.MESH.15406960 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406971 | ETH.MESH.15406971 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406977 | ETH.MESH.15406977 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.01066916 | ETH.MESH.01066932 | TVT and TVT-O RMR Rev 1 |
| ETH.MESH.15406976 | ETH.MESH.15406976 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.13374559 | ETH.MESH.13374559 | RFI Instructions |

| | ETH.MESH.05644163 | ETH.MESH.05644171 | Pelvic Floor Repair -- Surgeon's Feed-back on Mesh Concept |
|---|---|---|---|
| | T-3137 | T-3137 | Material Safety Data Sheet, Chevron Philips 2004 |
| | ETH.MESH.03730703 | ETH.MESH.03730722 | Check Liste D'Inspection Qualite - Final TVT-TVT-AA |
| | ETH.MESH.04321413 | ETH.MESH.04321417 | Check Liste D'Inspection Qualite |
| | ETH.MESH.15406906 | ETH.MESH.15406909 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.04077109 | ETH.MESH.04077145 | Grier Presentation - The Science of "What's Left Behind" . . . Evidence & Follow-Up of Mesh Use for SUI |
| | | | Copy of IFU__in_Use__Production_Chart |
| | ETH.MESH.01310482 | ETH.MESH.01310482 | Spreadsheet DFMEA's TVT Classic |
| | | | Gynecare_Professional_Education_Digital_Library |
| | ETHMESH.CHAHAL.00000028 | ETHMESH.CHAHAL.00000048 | Chahal sales spreadsheets |
| | | | Degradation Slides |
| | ETH.MESH.00353476 | ETH.MESH.00353476 | Annotated Slide |
| | ETH.MESH.05442973 | ETH.MESH.05442975 | Applied Science & Technology Performance Evaluation Abstract  Biaxial testing of two commonly used Ethicon meshes |
| | ETH.MESH.15406846 | ETH.MESH.15406856 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.15406929 | ETH.MESH.15406930 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.00223634 | ETH.MESH.00223655 | DHF0000747 TVT Retropublic Refresh |
| | ETH.MESH.00589494 | ETH.MESH.00589494 | Spreadsheet DFMEA's TVT Classic |
| | ETH.MESH.04081871 | ETH.MESH.04081872 | Chen, Medical Assessment - . . . 68 issues from Germany |
| | ETH.MESH.01226446 | ETH.MESH.01226449 | Dr. Letter |
| | ETH.MESH.15406944 | ETH.MESH.15406945 | Guidoin Lab Notebook Page/Image |
| | | | Design FMEA:  TVT Laser Cut Mesh Project spreadsheet |
| | ETH.MESH.03932912 | ETH.MESH.03932914 | The history of TVT |

| | | |
|---|---|---|
| ETH-50330 | ETH-50330 | Slide: Selecting the Right Mesh |
| ETH.MESH.15406954 | ETH.MESH.15406955 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.11175864 | ETH.MESH.11175864 | Gynecare TVT Exact Gynecare TVT Tension-free Support for Incontinence Clinical Data Presentation |
| ETH.MESH.03751168 | ETH.MESH.03751168 | Table comparing meshes |
| ETH.MESH.15406975 | ETH.MESH.15406975 | Guidoin Lab Notebook Page/Image |
| HMESH_ETH_02781707 | HMESH_ETH_02781708 | Stockholm Trip Report |
| ETH.MESH.00826046 | ETH.MESH.00826047 | Product Complaints Graph |
| ETH.MESH.03924530 | ETH.MESH.03924539 | 2.0 Products in Development |
| ETH.MESH.15406924 | ETH.MESH.15406926 | Guidoin Lab Notebook Page/Image |
| | | Flexibility/Compliance |
| ETH.MESH.04321418 | ETH.MESH.04321435 | Check Liste D'Inspection Qualite |
| ETH.MESH.02249435 | ETH.MESH.02249435 | New Product Introduction Presentation |
| ETH.MESH.02342102 | ETH.MESH.02342102 | Prolene |
| N/A | N/A | Chart of Responsive Documents |
| ETH.MESH.00858252 | ETH.MESH.00858253 | London Brown Memo to Smith re Mechanical Cut vs Laser Cut Mesh Rationale |
| ETH.MESH.15406987 | ETH.MESH.15406988 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.01752532 | ETH.MESH.01752535 | Trzewik - Mesh design argumentation issues |
| ETH.MESH.15406893 | ETH.MESH.15406894 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.02237665 | ETH.MESH.02237696 | Spanish Gynecare TVT patient brochure |
| ETH.MESH.02182839 | ETH.MESH.02182844 | Completion Report, Design Verificaiton for Soft PROLENE Mesh/Mesh Curling |
| ETH.MESH.15406998 | ETH.MESH.15406999 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00748275 | ETH.MESH.00748275 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.00223640 | ETH.MESH.00223640 | Spreadsheet TVT Retropublic Refresh |
| ETH.MESH.01310476 | ETH.MESH.01310481 | TVT RMR Rev 3 |
| PM.00003.m4v | PM.00003.m4v | Training Videos |
| ETH.MESH.06171801 | ETH.MESH.06171801 | Spreadsheet |
| ETH.MESH.15406897 | ETH.MESH.15406899 | Guidoin Lab Notebook Page/Image |

| | ETH.MESH.09905193 | ETH.MESH.09905193 | Survey Results |
|---|---|---|---|
| | ETH.MESH.08505071 | ETH.MESH.08505071 | Cecchini TVT package insert comments |
| | ETH.MESH.05119622 | ETH.MESH.05119631 | Commonly Asked Questions and Objections script |
| | ETH.MESH.15406961 | ETH.MESH.15406962 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.03905968 | ETH.MESH.03905975 | Gynecare Pro-lift Ad "Get the Facts, Be Informed, Make YOUR Best Decision" |
| | ETH.MESH.17556583 | ETH.MESH.17556583 | Physician Consultation Visit Regarding Decision for Surgery Form |
| | ETH.MESH.15958510 | ETH.MESH.15958511 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.09004555 | ETH.MESH.09004555 | Elongation test data - delayed launch |
| | ETH.MESH.13860322 | ETH.MESH.13860342 | Check Liste D'Inspection Qualite |
| | | | AUGS-SUFU Position Statement drafts |
| | ETH.MESH.00161444 | ETH.MESH.00161445 | TVT Detail Sheet (TVTOO1R |
| | ETH.MESH.15406990 | ETH.MESH.15406991 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.09004554 | ETH.MESH.09004554 | Elongation test data |
| | ETH.MESH.08792102 | ETH.MESH.08792106 | Risk Management Report TVT Laser Cut Mesh (LCM) Revision History for (RMR-000017) Revision 2 |
| | ETH.MESH.01419741 | ETH.MESH.01419741 | Spreadsheet DFMEA's TVT Classic |
| | ETH.MESH.04321436 | ETH.MESH.04321453 | Check Liste D'Inspection Qualite |
| | ETH.MESH.15406871 | ETH.MESH.15406873 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.02106803 | ETH.MESH.02106803 | Physician Post-Operative Questionnaire |
| | ETH.MESH.01250962 | ETH.MESH.01250962 | Spreadsheet DFMEA's TVT Classic |
| | ETH.MESH.15406939 | ETH.MESH.15406941 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.00143842 | ETH.MESH.00143842 | Presentation draft - Tension-Free Support for Female SUI (258 Patients) - Modarelli, et al |
| | ETH.MESH.15958486 | ETH.MESH.15958491 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.15406884 | ETH.MESH.15406885 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.15406937 | ETH.MESH.15406938 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.05120364 | ETH.MESH.05120365 | Mesh vs Non-Mesn Pending PR/Regulatory Issues |
| | | | 510(k) Submission and Communications for TVT Exact |

| | | |
|---|---|---|
| ETH.MESH.15406963 | ETH.MESH.15406964 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406903 | ETH.MESH.15406905 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.08664680 | ETH.MESH.08664686 | Franchise Procedure for Controlling Substances of Concern Revision History PR-0000558 |
| ETH.MESH.15406860 | ETH.MESH.15406861 | Guidoin Lab Notebook Page/Image |
| ETH-53294 | ETH-53294 | Check Liste D'Inspection Qualite |
| ETH.MESH.05237034 | ETH.MESH.05237037 | Trzewik memo re Mesh design argumentation issues |
| ETH.MESH.04082973 | ETH.MESH.04082974 | Study Notes, Meng Chen, PhD, Possible Complications for Surgeries to Correct Pelvic Organ Prolapse |
| ETH.MESH.09748848 | ETH.MESH.09748853 | Consultancy Agreement |
| ETH.MESH.15406888 | ETH.MESH.15406889 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406877 | ETH.MESH.15406879 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15958492 | ETH.MESH.15958494 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15958495 | ETH.MESH.15958502 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406948 | ETH.MESH.15406949 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.09293114 | ETH.MESH.09293114 | Notes re customers frustration with Ethicon rep |
| ETH.MESH.08581280 | ETH.MESH.08581282 | Equivalence Supported by Pre-clinical Performance Studies |
| ETH.MESH.09748842 | ETH.MESH.09748846 | Consultancy Agreement |
| ETH.MESH.15958481 | ETH.MESH.15958485 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00340835 | ETH.MESH.00340835 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.15406864 | ETH.MESH.15406866 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406869 | ETH.MESH.15406870 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15958478 | ETH.MESH.15958480 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00010743 | ETH.MESH.00010743 | Letter of Proffer:  Madigan Army Medical Center |
| ETH.MESH.15958512 | ETH.MESH.15958517 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00301741 | ETH.MESH.00301742 | Lamont email chain re !!!!Great News for TVT Laser Cut Mesh!!!! |
| ETH.MESH.05240144 | ETH.MESH.05240144 | Article on pp change in sheep model |
| ETH.MESH.15406950 | ETH.MESH.15406951 | Guidoin Lab Notebook Page/Image |

| | | |
|---|---|---|
| ETH.MESH.15406989 | ETH.MESH.15406989 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406874 | ETH.MESH.15406876 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.03906527 | ETH.MESH.03906527 | Graft or No Graft - Arnaud presentation |
| | | TVT Retropubic Mechanical Cut, US Sales |
| ETH.MESH.15406992 | ETH.MESH.15406993 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406969 | ETH.MESH.15406970 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.01247379 | ETH.MESH.01247379 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.04321405 | ETH.MESH.04321408 | Check Liste D'Inspection Qualite |
| ETH.MESH.08696085 | ETH.MESH.08696134 | Medscand Agreement Files |
| ETH.MESH.08776231 | ETH.MESH.08776238 | Instruction Standard TVT EXACT product Plan and Rationald Appendix I, Revision A |
| ETH.MESH.01218099 | ETH.MESH.01218103 | TVT Laser Cut Mesh Rev 1 |
| ETH.MESH.01218019 | ETH.MESH.01218019 | Revision History for dFMEA0000242 |
| N/A | N/A | Trial Testimony of Piet Hinoul in Linda Gross Trial |
| ETH.MESH.00321804 | ETH.MESH.00321805 | Definition for Major Invasive Surgeries and The Ethicon Franchise Products Requiring Major Invasive Procedures for Implantation |
| ETH.MESH.03671138 | ETH.MESH.03671147 | MS455-012; Revision 18 Material Specification for Pelletized Unpigmented |
| ETH.MESH.15406952 | ETH.MESH.15406953 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00746210 | ETH.MESH.00746212 | Surgeon Evaluation Questions for Laser Cut Mesh |
| N/A | N/A | Trial Testimony of Melvyn Anhalt, MD in the Linda Batiste Trial |
| ETH.MESH.00862284 | ETH.MESH.00862289 | MS729-XXX;Appendix 1 |
| ETH.MESH.06195201 | ETH.MESH.06195205 | Divilio memo |
| ETH.MESH.04321454 | ETH.MESH.04321471 | Check Liste D-Inspection Qualite |
| ETH.MESH.15406900 | ETH.MESH.15406902 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406985 | ETH.MESH.15406986 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406867 | ETH.MESH.15406868 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.14221357 | ETH.MESH.14221357 | Spreadsheet |
| ETH.MESH.15406862 | ETH.MESH.15406863 | Guidoin Lab Notebook Page/Image |

| | | |
|---|---|---|
| ETH.MESH.15406972 | ETH.MESH.15406972 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.11917445 | ETH.MESH.11917450 | TVT Family of Products Sales Rep Promotion TVT Fast Break |
| ETH.MESH.13869615 | ETH.MESH.13869634 | Check Liste D'Inspection Qualite Final TVT/TVT-AA |
| ETH.MESH.05479535 | ETH.MESH.05479535 | Mesh porosity chart |
| ETH.MESH.00159634 | ETH.MESH.00159719 | Toth Memo w/ Gynecare TVT Professional Education Slides |
| ETH.MESH.01250926 | ETH.MESH.01250926 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.15406967 | ETH.MESH.15406968 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406927 | ETH.MESH.15406928 | Guidoin Lab Notebook Page/Image |
| | | TVT product sales |
| ETH.MESH.00528636 | ETH.MESH.00528641 | Product Quality Plan for Gynecare Gynemesh XL |
| ETH.MESH.15406890 | ETH.MESH.15406892 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406895 | ETH.MESH.15406896 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.02265803 | ETH.MESH.02265809 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.00858080 | ETH.MESH.00858081 | Smith D Memo re Gynecare Board risk discussion before launch |
| | | Vypro Mesh - Prolene Mesh |
| ETH.MESH.15406965 | ETH.MESH.15406966 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.10181793 | ETH.MESH.10181797 | Ulmsten - Anesthesiological routines for the TVT Procedure |
| | | CV of Katrin EK Elbert, PhD |
| ETH.MESH.15406935 | ETH.MESH.15406936 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15958503 | ETH.MESH.15958507 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00998286 | ETH.MESH.00998291 | Weisberg M Final Draft CER |
| ETH.MESH.12907175 | ETH.MESH.12907175 | Spreadsheet Revision History - Defect to Harms Map |
| ETH.MESH.04321409 | ETH.MESH.04321412 | Check Liste D-Inspection Qualite |
| ETH.MESH.05210364 | ETH.MESH.05210365 | Mesh vs Non-Mesh Pending PR/Regulatory Issues |

| | | | |
|---|---|---|---|
| | ETH.MESH.03965159 | ETH.MESH.03965195 | Presentation: "The Science of "What's Left Behind"... Evidence & Follow-Up of Mesh Use for SUI by Doug H. Grier, MD" |
| 8/23/2007 | ETH.MESH.00000272 | ETH.MESH.00000272 | Macroporous email |
| 2003 | ETH.MESH.00015598 | ETH.MESH.0015607 | Cosson, et al. *Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?* . Int Urogynecol J (2003) 14: 169-178 |
| 11/12/2008 | ETH.MESH.00035379 | ETH.MESH.00035380 | Prolift +M Pre Reading |
| 10/14/2008 | ETH.MESH.00066960 | ETH.MESH.00066960 | 10/14/08 Voice mail from Mahar |
| 5/8/2005 | ETH.MESH.00126755 | ETH.MESH.00126757 | Email re: DRAFT FDA Response on Prolift +M for input |
| 9/22/2004 | ETH.MESH.00126954 | ETH.MESH.00126955 | Email re: Preceptor "Voicemails"? |
| 2004 | ETH.MESH.00155598 | ETH.MESH.00155600 | 2004 press release |
| From Metadata:01/01/05 | ETH.MESH.00155619 | ETH.MESH.0155627 | Patient Brochure |
| | ETH.MESH.00158082 | ETH.MESH.00158082 | Tips for Scheduling you appoitnment |
| 2000 | ETH.MESH.00160615 | ETH.MESH.00160623 | TVT Brochure |
| 1/16/2009 | ETH.MESH.00161969 | ETH.MESH.00161984 | TVT Brochure |
| From Metadata: 01/06/06 | ETH.MESH.00162841 | ETH.MESH.00162856 | TVT Brochure |
| 2007 | ETH.MESH.00163644 | ETH.MESH.00163659 | Patient Brochure |
| 10/21/2008 | ETH.MESH.00164023 | ETH.MESH.00164027 | FDA Notification About Use of Surgical Mesh |
| 2/24/2011 | ETH.MESH.00250986 | ETH.MESH.00250986 | TVT Training.xls |
| 1/6/2006 | ETH.MESH.00301874 | ETH.MESH.00301875 | Email re 50% mesh elongation |
| 10/31/2008 | ETH.MESH.00311832 | ETH.MESH.00311832 | IIS Process |
| 2/1/2005 | ETH.MESH.00316780 | ETH.MESH.00316783 | TVT Literature Search Review Summary |
| 10/13/2008 | ETH.MESH.00329112 | ETH.MESH.00329113 | 10/13/08 Email from Paine |
| 12/18/2008 | ETH.MESH.00339083 | ETH.MESH.00339084 | TVT brochure email |
| 1/28/1998 | ETH.MESH.00371503 | ETH.MESH.00371594 | TVT 510k submission |

| | | | |
|---|---|---|---|
| 11/1/2001 | ETH.MESH.00400954 | ETH.MESH.00400956 | Ulmsten letter |
| 10/8/2002 | ETH.MESH.00409659 | ETH.MESH.00409663 | TVT grant request |
| 2/19/2006 | ETH.MESH.00519476 | ETH.MESH.00519481 | 2/19/06 Email from Dan Smith |
| 11/18/2003 | ETH.MESH.00541379 | ETH.MESH.00541380 | 11-18-2003 memo Mesh Fraying TVT |
| 6/2009 | ETH.MESH.00570955 | ETH.MESH.00570956 | Prolapse mesh explants 6-2009 |
| 12/19/2005 | ETH.MESH.00687820 | ETH.MESH.00687823 | Email re Lazer cut mesh |
| | ETH.MESH.00748310 | ETH.MESH.00748450 | Modified TVT Blue System |
| 10/17/2002 | ETH.MESH.00766347 | ETH.MESH.00766349 | Ogilvy Public Relations Worldwide |
| 12/17/2008 | ETH.MESH.00772228 | ETH.MESH.00772229 | TVT brochure email |
| 12/17/2008 | ETH.MESH.00772231 | ETH.MESH.00772232 | TVT brochure email |
| 8/29/2008 | ETH.MESH.00584527 | ETH.MESH.00584527 | Laser-Cut Mesh v. Mechanical-Cut Mesh PPT |
| 9/16/2004 | ETH.MESH.00864503 | ETH.MESH.00864507 | IFU Credo issue |
| 2004 | ETH.MESH.08692670 | ETH.MESH.08692672 | 2004 Cancellation Agreement |
| 9/13/2010 | ETH.MESH.00869977 | ETH.MESH.00870098 | Clinical Evaluation Report Mesh Erosions |
| 11/16/2005 | ETH.MESH.00875647 | ETH.MESH.00875649 | 11/16/05 Email from Carol Brennan |
| 2001 | ETH.MESH.01137272 | ETH.MESH.01137293 | 2001 Marketing Plan |
| | ETH.MESH.01186068 | ETH.MESH.01186072 | Make Data and Safety Your Choice |
| 1/1/2009 | ETH.MESH.01202102 | ETH.MESH.01202104 | Email re: My revised writeup of the DeLeval and Waltregny visit |
| 4/19/2001 | ETH.MESH.01203207 | ETH.MESH.01203260 | Labeling FDA Guidance |
| 11/14/2008 | ETH.MESH.01203957 | ETH.MESH.01203957 | Future of surgical meshes presentation |
| 10/12/2001 | ETH.MESH.01217285 | ETH.MESH.01217288 | Focus group |
| | ETH.MESH.01221055 | ETH.MESH.01221058 | Pariente article |
| 3/14/2008 | ETH.MESH.01265223 | ETH.MESH.01265239 | Risk Management Report |
| | ETH.MESH.01268264 | ETH.MESH.01268277 | Risk Management Report |
| 12/9/2008 | ETH.MESH.01673341 | ETH.MESH.01673341 | TVT Brochure PPT |
| 12/20/2006 | ETH.MESH.01784428 | ETH.MESH.01784435 | Email re TVT-S Cookbooks |
| 12/17/2004 | ETH.MESH.01809082 | ETH.MESH.01809083 | Memo: VOC on new Laser Cut TVT Mesh |
| 10/18/2006 | ETH.MESH.01822361 | ETH.MESH.01822363 | 10/18/06 Email from Dan Smith |
| 3/30/2006 | ETH.MESH.01824104 | ETH.MESH.01824106 | Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT LCM |
| 8/8/2006 | ETH.MESH.02091873 | ETH.MESH.02091873 | Chronic Toxicity |

| | | | |
|---|---|---|---|
| 4/22/2009 | ETH.MESH.02148431 | ETH.MESH.02148460 | 4/22/09 Email from Holste with literature |
| 4/20/2010 | ETH.MESH.02169504 | ETH.MESH.02169504 | Email re: Marketing engagements |
| 11/12/2004 | ETH.MESH.02180826 | ETH.MESH.02180827 | 11/12/04 Email from Menneret |
| 11/10/2004 | ETH.MESH.02180828 | ETH.MESH.02180830 | Sibylle memo 11/10/04 |
| 10/18/2008 | ETH.MESH.02180833 | ETH.MESH.02180833 | 10/18/04 Dr. Eberhard letter |
| 10/21/2008 | ETH.MESH.02310653 | ETH.MESH.02310657 | Email from Pompilio 10/21/08 |
| | ETH.MESH.02340306 | ETH.MESH.02340369 | TVT IFU |
| | ETH.MESH.02340504 | ETH.MESH.02340567 | TVT IFU |
| | ETH.MESH.02620354 | ETH.MESH.02621558 | 1999/2000 TVT issue reports |
| | ETH.MESH.02621559 | ETH.MESH.02622455 | 01/01/2001-12/31/01 TVT issue reports |
| | ETH.MESH.02625055 | ETH.MESH.02626377 | 01/01/03-12/31/03 TVT issue reports |
| | ETH.MESH.02627331 | ETH.MESH.02628697 | Issue Report 2005-2007 |
| | ETH.MESH.02628698 | ETH.MESH.02630133 | Issue Report |
| | ETH.MESH.02630134 | ETH.MESH.02632004 | Issue Report 2010-2012 |
| | ETH.MESH.03427878 | ETH.MESH.03427946 | TVT IFU |
| | ETH.MESH.03460640 | ETH.MESH.03460640 | TVT brochure |
| 10/12/2005 | ETH.MESH.03535750 | ETH.MESH.03535750 | Memo re TVT Device, blue mesh |
| 10/14/2011 | ETH.MESH.03719176 | ETH.MESH.03719195 | Focus on Mesh exposure |
| 10/15/2002 | ETH.MESH.03910175 | ETH.MESH.03910177 | 10/15/02 Email from Arnaud |
| 11/26/2002 | ETH.MESH.03910418 | ETH.MESH.03910421 | Email from Arnaud 11/26/02 |
| 11/28/1999 | ETH.MESH.03917309 | ETH.MESH.03917312 | 11/28/99 Email from Rodrigo Bianchi |
| 11/26/2002 | ETH.MESH.03917375 | ETH.MESH.03917378 | email from Weisberg 11/26/02 |
| 6/6/2000 | ETH.MESH.03924557 | ETH.MESH.03924586 | Meshes in Pelvic Floor Repair |
| 1/16/2007 | ETH.MESH.03932909 | ETH.MESH.03932911 | History of TVT-O |
| | ETH.MESH.04081189 | ETH.MESH.04081190 | Complication reports |
| 11/28/2008 | ETH.MESH.05183409 | ETH.MESH.05183409 | Email re TVT 11 Year E-blast results |
| | ETH.MESH.05225354 | ETH.MESH.05225385 | TVT IFU |
| | ETH.MESH.05236223 | ETH.MESH.05236255 | TVT Patent Portfolio |
| 12/10/2004 | ETH.MESH.05446129 | ETH.MESH.05446132 | Shrinking Meshes? |
| 10/15/1992 | ETH.MESH.05453719 | ETH.MESH.05453727 | Prolene Study |
| 8/16/2004 | ETH.MESH.05456117 | ETH.MESH.05456118 | Email from McDivitt 8/16/04 |
| | ETH.MESH.05479411 | ETH.MESH.05479411 | Research & Development PPT |

| | | | |
|---|---|---|---|
| 2011 | ETH.MESH.05479717 | ETH.MESH.05479717 | Batke PPT |
| 11/30/2000 | ETH.MESH.05529653 | ETH.MESH.05529653 | email from Hoepffner 11/30/2000 |
| 11/29/2005 | ETH.MESH.05560961 | ETH.MESH.05560963 | 11/29/05 Email from Dan Smith |
| 11/17/1999 | ETH.MESH.05641096 | ETH.MESH.05641098 | 11/17/99 meeting minutes |
| | ETH.MESH.05794787 | ETH.MESH.05794788 | Seven Year Data Report |
| | ETH.MESH.05916450 | ETH.MESH.05916450 | Boris Batke PPT |
| 11/15/1999 | ETH.MESH.05972834 | ETH.MESH.05972866 | Asset Purchase Agreement |
| 10/1/2007 | ETH.MESH.06003173 | ETH.MESH.06003196 | Email and attachments re Minimally invasive dissection tools |
| | ETH.MESH.06087471 | ETH.MESH.06087472 | TVT Brochure |
| | ETH.MESH.06696593 | ETH.MESH.06696593 | LCM FMEA |
| 4/22/2006 | ETH.MESH.06859904 | ETH.MESH.06859904 | TVT Insights |
| 9/16/2004 | ETH.MESH.06884728 | ETH.MESH.06884732 | Ongoing TVT-O Action Items |
| 10/21/2008 | ETH.MESH.07937826 | ETH.MESH.07937828 | FDA Public Health Notification |
| | ETH.MESH.08003181 | ETH.MESH.08003196 | TVT Brochure |
| | ETH.MESH.08003279 | ETH.MESH.08003294 | TVT Brochure |
| 8/26/2006 | ETH.MESH.08334244 | ETH.MESH.08334245 | e-mail from Gene Kammerer 08-26-2006 and attachment |
| 12/22/2006 | ETH.MESH.08345895 | ETH.MESH.08345895 | Email from Kevin Mahar |
| 1999 | ETH.MESH.08692673 | ETH.MESH.08692696 | Consulting Agreement 1999 |
| 11/11/2002 | ETH.MESH.08793207 | ETH.MESH.08793210 | 11/11/02 Email from Carino |
| 11/11/1998 | ETH.MESH.09264884 | ETH.MESH.09264885 | Meeting Minutes 11/11/98 |
| 6/23/1998 | ETH.MESH.09266457 | ETH.MESH.09266658 | Email from Ellington 6/23/98 |
| | ETH.MESH.09744858 | ETH.MESH.09744863 | TVT Brochure |
| 1998 | ETH.MESH.10183005 | ETH.MESH.10183061 | Marketing plan |
| 4/6/1999 | ETH.MESH.10603246 | ETH.MESH.10603247 | Product Descriptions |
| 3/31/2005 | ETH.MESH.10611169 | ETH.MESH.10611170 | Email re Laser Cut TVT |
| 5/16/1997 | ETH.MESH.12006257 | ETH.MESH.12006260 | Report on Expert Meeting: Mesh Reapir of Uterovaginal Prolapse |
| 6/18/1999 | ETH.MESH.12009276 | ETH.MESH.12009277 | Email re Development Strategy |
| 11/12/1987 | ETH.MESH.12831407 | ETH.MESH.12831408 | 11/12/87 Explants Study Meeting Minutes 1/8/87 |

|  | ETH.MESH.PM 000001 | ETH.MESH.PM 000001 | Video |
|---|---|---|---|
|  | ETH.MESH.PM 000007 | ETH.MESH.PM 000007 | Video |
|  | ETH.MESH.PM 000011 | ETH.MESH.PM 000011 | Video |
|  | ETH.MESH.PM 000019 | ETH.MESH.PM 000019 | Video |
|  | ETH.MESH.PM 000027 | ETH.MESH.PM 000027 | Video |
|  | ETH.MESH.PM 000032 | ETH.MESH.PM 000032 | Video |
|  | ETH.MESH.PM 000037 | ETH.MESH.PM 000037 | Video |
|  | ETH.MESH.PM 000039 | ETH.MESH.PM 000039 | Video |
|  | ETH.MESH.PM 000052 | ETH.MESH.PM 000052 | Video |
|  | ETH.MESH.PM 000057 | ETH.MESH.PM 000057 | Video |
|  | ETH.MESH.PM 000058 | ETH.MESH.PM 000058 | Video |
|  | ETH.MESH.00011724 |  |  |
|  | ETH-01383 | ETH-01637 |  |
|  | ETH-02601 | ETH-02607 |  |
| 10/5/2010 | ETH.MESH.04101014 | ETH.MESH.04101015 | Email from Carolyn Brennan re 10100124625 etc - MEMO re TVT-O particles |
| 8/2/2010 | ETH.MESH.13206130 | ETH.MESH.13206134 | Email from Darlene Jane Kyl re Product omplaint CC1007047&CC1007038 - Taiwan (TVTO:810081) |
| 10/13/2010 | ETH.MESH.13226457 | ETH.MESH.13226457 | Memo re TVT-O to Kathie Chen |
| 3/29/1999 | ETH.MESH.00204513 | ETH.MESH.00204519 | Label Clearance Form # 662 Rev 4 with IFU |

| | | | |
|---|---|---|---|
| 5/18/1999 | ETH.MESH.00204562 | ETH.MESH.00204593 | IFU |
| 10/27/1998 | ETH.MESH.00203328 | ETH.MESH.00203591 | IFU |
| 4/1999 | ETH.MESH.00204478 | ETH.MESH.00204878 | LABELING DOCUMENT |
| 10/29/1998 | ETH.MESH.00203476 | ETH.MESH.00203482 | Email attaching TVT package insert |
| 5/2015 | | | TVT IFU |
| 8/2/2010 | ETH.MESH.00353639 | ETH.MESH.00353674 | Clinical Evaulation Report: Gynecare TVT Tension-free Vaginal Tape/ Tension-free Vaginal Tape Accesssory Abdominal Guide |
| 2003 | ETH.MESH.00015699 | ETH.MESH.00015706 | Gynemesh PS A New Mesh for Pelvic Floor Repair: Early Clinical Experience |
| | ETH.MESH.00013506 | ETH.MESH.00013528 | Gynecare Gynemesh PS IFU |
| 9/11/2007 | ETH.MESH.00922443 | ETH.MESH.00922446 | Email from Price St. Hilaire re Bidirectional Elasticity Statement |
| 9/20/2007 | ETH-00928 | ETH-01382 | Prolift +M FDA documents |
| 10/15/1992 | ETH.MESH.05453719 | ETH.MESH.05453727 | Seven Year Data for Ten Year Prolene Study: ERF 85-219 |
| 9/30/1987 | ETH.MESH.13334286 | ETH.MESH.13334299 | IR Microscopy of Explanted Prolene Received from Prof. R. Guidoin |
| 7/31/2000 | HMESH_ETH_02030355 | HMESH_ETH_02030355 | Email from Robert Rosseau re US 6,090,1116 |
| 8/25/2008 | ETH.MESH.03021946 | ETH.MESH.03021946 | T-Pro Stage Gate Meeting PPT |
| | ETH.MESH.02587926 | ETH.MESH.02587926 | When the Implant Worries the Body PPT |
| | HMESH_ETH_00782152 | HMESH_ETH_00782160 | Prolene Mesh Improvement Project |
| 2/20/2003 | ETH.MESH.03911107 | ETH.MESH.03911108 | Email from Axel Arnaud re TVT complications (an Prof. Hausler) |
| 2004 | | | Ethicon 2004 product catalog |
| 2012 | ETH.MESH.05448762 | ETH.MESH.05448767 | Liang, et al. *Sexual function followin outside-in transobturator midurethral sling procedures: a prospective study.*   2012. Int Urogynecol J |
| 6/7/2002 | ETH.MESH.03736989 | ETH.MESH.03736990 | Memo re Taiwan Teleconference |

| | | | |
|---|---|---|---|
| 1/28/1998 | ETH.MESH.08476210 | ETH.MESH.08476342 | Tension Free Vaginal Tape (TVT) System 510(k) Notification |
| 8/27/2008 | ETH.MESH.06851860 | ETH.MESH.06852464 | TVT CE Mark Technical File |
| 2007 | ETH.MESH.06861473 | ETH.MESH.06861473 | Gynecare TVT Secur Competitive Product Update |
| 2005 | ETH.MESH.00640394 | ETH.MESH.00640395 | Sales Representative quick reference sheet |

Abbott S, Unger CA. Abbott [2014] Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery; Am J obstet Gynecol 2013;210:163.e1-8

Abdel-Fattah M, Barrington JW,et al. Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study; Eur Urol. 2004 Nov;46(5):629-35

Abdel-Fattah M, et al. Lower urinary tract injuries after transobturator tape insertion by different routes:  a large retrospective study; GJOG 2006; 113: 1377-1381

Abdel-fattah M, et al. Primary and repeat surgical treatment for female pelvic organ prolapse and incontinence in parous women in the UK:  a register linkage study; BMJ Open 2011; 1:e000206

Abdel-Fattah M, Ford JA, et al. Single-Incision Mini-Slings Versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontinence: A Meta Analysis of Effectiveness and Complications.; European Urology  ,60: 468-80,24-May-11

Abdel-fattah M, Mostafa A et al: Prospective Randomised Controlled Trial of Transobturator Tapes in Management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. Eur Urol. 2012 Nov;62(5):843-51.

Abdel-fattah M, Ramsay I et al:  Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence- 1-year outcomes from the E-TOT study. BJOG. 2010 Jun;117(7):870-8.

Abdel-Fattah M, Sivanesan K, et al. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure.; BJU Int. 2006 Sep;98(3):594-8.

Abdel-Fattah M, Ramsay I, Pringle S, Hardwick C, Ali H, Young D, Mostafa A. Evaluation of transobturator tension-free vaginal tapes in management of women with recurrent stress urinary incontinence.  Urology. 2011 May;77(5):1070-5.

Abdel-fattah M, Ramsay I, Pringle S, Hardwick C, Ali H.. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: short term outcomes.  Eur J Obstet Gynecol Reprod Biol. 2010 Mar;149(1):106-11

Abdelwahab O, Shedid I, et al. Tension-free vaginal tape versus secure tension-free vaginal tape in treatment of female; Current Urology, 4 (2):  93-98

Abed H, Rahn D, Lowenstein L, et al.  Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J. 2011 Jul;22(7):789-98.

Abouassaly R, Steinberg J et al: Complications of tension-free vaginal tape surgery: a multi-institutional review. BJU Int. 2004 Jul;94(1):110-3.

Abrams P et al. Synthetic Vaginal Tapes for Stress Incontinence:  Proposals for Improved Regulation of New Devices in Europe; European Urology 60 (2011) 1207-1211

Abrams P, Cardozo L, Fall M, et al. The Standardization of terminology of lower urinary tract function: Report from the Standardization Sub-committee of the International Continence Society. Neurourol Urodynam.

Abrams T. The Regulation of Prescription Drug Promotion; In Ethics and the Pharmaceutical Industry, 2005; 153-169

Achtari C, Hiscock R, O'Reilly BA, et al. Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/ polyglactin 910 (Vypro II) mesh. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:389–94.

Achtari C, McKenzie B et al: Anatomical study of the obturator foramen and dorsal nerve of the clitoris and their relationship to minimally invasive slings. Int Urogynecol J (2006) 17: 330–334.

ACOG. ACOG Committee Opinion 439 Informed Consent; ACOB 439 (2009)

ACOG. Patient Safety in Obstetrics and Gynecology; ACOG Committee opinion number 447, December 2009

Adile B, Granese R, Lo Bue A, et al. A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up.; http://www.ics.org/Abstracts/Publish/41/000550.pdf

AE Hafeman, KJ Zienkiewicz, AL Zachman, HJ Sung, LB Nanney, JM Davidson, SA Guelcher. Characterization of degradation mechanisms of biodegradable lysine-derived aliphatic polyurethanes.  Biomaterials 32(2):419-29, 2011.

Afonso JS, et a. Structural and thermal properties of polypropylene mesh used in treatment of stress urinary incontinence; Acta of Bioengineering and Biomechanics (2009) 11(3):

Agarwala N.. A randomized comparison of two synthetic mid-urethral tension-free slings.; UroToday Int J. 2008 Oct;1(4)

Agnew G, Dwyer PL, et al. Functional outcomes following surgical management of pain, exposure or extrusion following a suburethral tape insertion for urinary stress incontinence2; Int Urogynecol J (2014) 25:235-239

Agostini A, Bretelle F et al: Immediate complications of tension-free vaginal tape (TVT): results of a French survey.  Eur J Obstet Gynecol Reprod Biol. 2006 Feb 1;124(2):237-9. Epub 2005 Aug 10.

Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mehs (polyproylene/poliglecaprone 25) for TAPP inguinal hernia repair. Surg laparosc endosc percutan tech 2007, 17;91-94.

Aigmueller, T.. Reason for dissatisfaction ten years after TVT procedure; Int Urogynecol J (2014) 25;213-217

Alajmo F. Polypropylene Suture Fracture2; Ann Thorac Surg 1985 39.4: 400

Alappattu M, Bishop M: Psychological factors in chronic pelvic pain in woman: Relevance and application of the fear-avoidance model of pain.  Physical Therapy Vol 91, Number 10, October 2011.

Albo ME, et al. Treatment success of retropubic and transobturator mid urethral slings at 24 months; J urology 2012 (188) 2281-2287

Albo ME, Richter HE, et al. Burch colposuspension versus fascial sling to reduce urinary stress incontinence2; New England Journal of Medicine,356:2143-55,21-May-07

Albrich S, Naumann G, Skala C, Koelbl H (2007) TVT-SECUR: a novel approach for the treatment of female genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1): S25–S26

Alcalay, Menachem. Burch colposuspension: a 10-20 year follow up; British Journal of Obstetrics and Gynaecology September 1995, Vol. 102, pp. 740-745

Aldrete V. Polpropylene Suture Fracture; Ann Thorac Surg 1984 Mar; 37(3):264

Alinsod R, et al. Initial outcomes of a stabilized adjustable minisling for female urinary stress incontinence; Abstract 865 (2009)

Al-Omary R, et al. Long term patient satisfaction after suburethral sling operation for stress incontinence; Abstract 381
Int Urogynecol J (2011) ss (Suppl 3): S1769-S2008

Altman  D, Tapio V et al.  Short-term outcome after transvaginal mesh repair of POP. Int Urogynecol J (2008) 19:787–793.

Altman AJ, Gorn RA, et al. The breakdown of polypropylene in the human eye:  is it clinically significant?; Ann Ophthalmol 1986 May; 18(5) 182-5

Altman D, Elmer C Kiiholma P et al: Sexual dysfunction after trocar-guided transvaginal mesh repair of pelvic organ prolapse. Obstet Gynecol. 2009 Jan;113(1):127-33.

Altman D, Falconer C. Perioperative morbidity using transvaginal mesh in pelvic organ prolapse repair. Obstet Gynecol. 2007 Feb;109(2 Pt 1):303-8.

Altman D, Vayrynen T, Engh M: Anterior colporrhaphy versus transvaginal mesh for pelvic organ prolapse. N Engl J Med. 2011 May 12;364(19):1826-36.

Altman D, Zhang A, Falconer C: Innervation of the rectovaginal wall in patients with rectocele compared to healthy controls.  Neurourology and Urodynamics 25:776-781.

Altuna S, et al. Lower urinary tract injuries associated with the out-in transobturator tape: is cystoscopy required? An argentinean multicenter experience; Int Urogynecol J (2007) 18 (Suppl l) S163-S164

Amaro, JL, et al. Clinical and qualify-of-life outcomes after autologus faxcial sling and tension-free vaginal tape: A prospective randomized trial; International Braz U Urol (2009) 35(1): 60-67

Amat I Tardiu L, Martínez et al. Contasure-Needleless compared with transobturator-TVT for the treatment of stress urinary incontinence.; Int Urogynecol J. 2011 Jul;22(7):827-33. doi: 10.1007/s00192-011-1380-9. Epub 2011 Mar 2.

Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21.

Amna MB, Michel F: Colic perforation as a complication of tension-free vaginal tape procedure. J Urol. 2003 Dec;170(6 Pt 1):2387.

Amrute KV, Eisenberg ER. Analysis of outcomes of single polypropylene mesh in total pelvic floor reconstruction. Neurourology and Urodynamics 26:53-58, 2007. [uses AMS apogee and perigee]

An, YH. Concise Review of Mechanisms of Bacterial Adhesion to Biomaterial Surfaces; J Biomed Mater Res (Appl Biomater) 1998;43:338-48

Anderson, HA. Utilization of Adipose Tissue Biopsy in Characterizing Human Halogenated Hydrocarbon Exposure; Environ Health Perspect. 1985 May; 60:127-131

Anderson-Smits C. Developing of the Pelvic Floor Disorder Registry; www.fda.gov

Andonian S, Chen T, et al. Randomized Clinical Trial Comparing Suprapubic Arch Sling (SPARC) and Tension-Free Vaginal Tape (TVT): One-Year Results; European Urology,47:537-41,13-Jan-05

Andonian S, St-Denis B, et al. Prospective clinical trial comparing Obtape and DUPS to TVT: one-year safety and efficacy results.; Eur Urol. 2007 Jul;52(1):245-51. Epub 2007 Jan 10

Andrada Hamer M, Larsson PG, et al. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur.; Int Urogynecol J. 2013 Feb;24(2):223-9

Andrada Hamer M, Larsson PG, et al. Short-term Results of a Prospective Randomized Evaluator Blinded Multicenter Study Comparing TVT and TVT-Secur.; International Urogynecology Journal,22:781-787,16-Apr-11

Anger J, Litwin M et al: Complications of sling surgery among female Medicare beneficiaries.  Obstet Gynecol 2007;109:707–14.

Anger JT, Weinberg AE, et al. Trends in surgical management of stress urinary incontinence among female Medicare beneficiaries; Urology,74:283-7,07-Jun-09

Angioli R, Plotti F et al:  Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective, Randomised Trial. Eur Urol. 2010 Nov;58(5):671-7.

Angioli R, Plotti F et al:  Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective, Randomised Trial. Eur Urol. 2010 Nov;58(5):671-7.

Aniuliene R.. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence.; Medicina (Kaunas). 2009;45(8):639-43

Ansquer Y, et al. The suburethral sling for female stress urinary incontinence:  a retropubic or obturator approach?; J Am Assoc Gynecol Laparosc 2004, 11(3):353-358

Anthanasiou S, Grigoriadis T, et al. Mixed Urodynamic Incontinence: TVT or TVT-O?; Int Urogynecol J (2009) 20 (Suppl 2): S73-S239

Apple DJ, Mamalis N, et al. Biocompatibility of implant materials:  a review and scanning electron microscopic study; J Am Intraocul Implant Soc 1984 Winter; 10(1):53-66

Apte, et al. Pain after suburethral sling insertion for urinary stress incontinence2; Pain Practice 2012; 12(2):88-110

Araco F, Gravante F et al: Tension Free vaginal tape Secur hammock procedure: Two additional cases of intraoperative bleeding. Int Urogynecol J (2009) 20:125.

Araco F, Gravante G et al:  TVT-O vs TVT- a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J (2008) 19:917–926.

Argirovic RB, Gudovic AM et al, Transvaginal repair of genital prolapse with polypropylene mesh using tension-free technique. Eur J Obstet Gynecol Reprod Biol. 2010 Nov;153(1):104-7.

Arunkalaivanan A, et al. Efficacy and safety of transbturator tape (Obtryx™) in women with stress urinary incontinence and intrinsic sphincter deficiency: results from international Obtryx™ registry; ICS 2009 Abst. 778

Arunkalaivanan AS and Barrington JW. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study; Int Urogynecology J (2003) 14:  17-23

Asicioglu, O. A 5-year follow-up study comparing Burch colposuspension and transobturator tape for the surgical treatment of stress urinary incontinence.; Int J Gynecol Obstet.( 2014) April 125(1): 73-77

Atassi Z, Reich A, Rudge A, Kreienberg R, Flock F (2008) Haemorrhage and nerve damage as complications of TVT-O procedure: case report and literature review. Arch Gynecol Obstet 277:161–4.

Athanasopoulos A. McGuire EJ. Urethral diverticulum: A new complication associated with tension-free vaginal tape. Urol Int 81: 480-482. 2008

Atherton MJ and Stanton SL.. The tension-free vaginal tape reviewed: an evidence-based review from inception to current status.; BJOG,112:534-46, 5/1/2005

Atis G, Arisan S, Ozagari A, et al. Tissue reaction of the rat urinary bladder to synthetic mesh materials.; Scientific World Journal,9:1046-51,02-Oct-09

Atlas of Pelvic Surgery.  Wheeless C, Roenneburg M editors. Williams & Wilkins; 3rd edition (January 15, 1997)

AUA. AUA Newsletter; 42290

AUA. Guideline for the Surgical Management of Female Stress Urinary Incontinence:  2009 Update;

AUA. Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence;

AUGS. Corporate Members"; http://www.augs.org/p/cm/ld/fid=24

AUGS. Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders;

AUGS/SUFU. Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinance;

Aungst MJ, Friedman EB. De novo stress incontinence and pelvic symptoms after transvaginal mesh repair. Am J Obstet Gynecol. 2009 Jul;201(1):73.e1-7.

Azam U, Frazer M. I., et al, The tension - free vaginal tape procedure in women with previous failed stress incontinence surgery.  J. of Urology, 166 (2), Aug 2001 , p. 554

Bader G, Fauconnier A, Roger N et al:  Cystocele repair by vaginal approach with a tension-free transversal polypropylene mesh. Technique and results. Gynecologie Obstetrique & Fertilite 32 (2004) 280-284.

Baessler K, et al. Severe mesh complications following intravaginal slingplasty; Obstet Gynecol 2005; 106:713-6

Baessler K, Maher C: Mesh augmentation during pelvic-floor reconstructive surgery: risks and benefits. Curr Opin Obstet Gynecol. 2006 Oct;18(5):560-6.

Bafghi A, Lannelli A, Verger S et al: Transvaginal repair of genital prolapse with Prolift: evaluation of safety and learning curve. J Gynecol Obstet Biol Reprod (Paris). 2009 Feb;38(1):77-82. Epub 2008 Nov 25.

Bai SW, Sohn WH, Chung DJ, et al. "Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence"; Int J Gynaecol Obstet. 2005 Dec;91(3):246-51. Epub 2005 Oct 20

Balkwill F, Mantovani A (2001) Inflammation and cancer: back to Virchow? Lancet 357(9255):539–545.

Ballard, J., et al. Harnessing a Health Information Exchange to Identify Surgical Device Adverse Events for Urogynecologic Mesh; Abstract

Banks CL, et al. Abscess formation following trans-obturator tape procedures; Int Urogynecol J (2006) 17 (Suppl 2):S171-S359
Abst 204

Barber M, Brubaker L, Nygaard, I et al.  Defining success after surgery for pelvic organ prolapse.  Obstet Gynecol. 2009 September; 114(3): 600–609.

Barber M, et al. A multicenter randomized trial comparing the trannsobturator tape with tension-free vaginal tape for the surgical treatment of stress urinary incontinence; Abst 113

Barber MD, Kleeman S, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial.; Obstetrics & Gynecology,111:611-21,01-Mar-08

Barber MD.. "Cleveland Clinic leads multicenter trial of single-incision 'minisling'for stress urinary incontinence."; Ob/GYN & Women's Health Research Perspectives. Summer 2011. clevelandclinic.org/obgyn

Barber, M., et al. Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape for the treatment of Stress Urinary Incontinence; Obstetrics & Gynecology, Vol. 119, No. 2, Part 1 (Feb 2012)

Barone WR, et al. The impact of boundary conditions on surface curvature of polypropylene mesh in response to uniaxial loading; J Biomechanics, Accepted 28 Feb 2015, In Press

Barone, DVM, MS, Mark A, et al. Determinants of Postoperative Outcomes of Female Genital Fistula Repair Surgery.; Obstet Gynecol, 2012 September; 120(3): 524-531, doi:10.1097/AOG.0b013e31826579e8.

Barrington JW, Arunkalaivanan AS, Swart M (2002) Postcolposuspension syndrome following a tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct 13:187–188

Barry C, Lim YN, Muller R, et al. A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study; The International Urogynecology Journal,19:171-8,19-Jul-07

Basok EK, Yildirim A, Atsu N, et al. Cadaveric fascia lata versus intravaginal slingplasty for the pubovaginal sling: surgical success and patient satisfaction rates.; Urol Int 2008;80(1):46-51

Basu M, et al. A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence; BJOG 2010; 117:730-735

Basu M, et al. Three-year results from a randomised trial of a retropubic mid- urethral sling versus the Miniarc single incision sling for stress urinary incontinence; Int Urogynecol J 2013

Bekelman JE, et al. Scope and Impact of Financial Conflicts of Interest in Biomedical Research A Systematic Review; JAMA, January 22/29, 2003 Vol 289 No. 4, 454-465

Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul;22(14):2021-4.

Bemelmans BLH, Chapple CR.. Are slings now the gold standard treatment for the management of female urinary stress incontinence and if so which technique?; Curr Opin Urol 2003;13:301-307

Benbouzid, S,. Cornu, J., Benchikh, A., Chanu, T., Haab, F., Delmas, V., Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and compilcations after a 4.5 years follow up; Internation Journal of Urology (2012) 19, 1010-1016

Bendavid R Iakovlev V, et al. Mesh-Related SIN Syndrome.  A Surreptitious Irreversible Neuralgia and Its Morphologic Background in the Etiology of Post-Herniorrhaphy Pain2; Int J Clinical Med (2014)(5) 799-810

Benhaim Y, de Tayrac R, Deffieux X, Gervaise A et al: Treatment of genital prolapse with a polypropylene mesh inserted via the vaginal route. Anatomic and functional outcome in women aged less than 50 years. J Gynecol Obstet Biol Reprod (Paris). 2006 May;35(3):219-26.

Benson JT, Lucente V, McClellan E.: Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol. **1996** Dec;175(6):1418-21; discussion 1421-2.

Bermudez EA, Rifai N, Buring JE, et al. Relation between markers of systemic vascular inflammation and smoking in women. Am J Cardiol 2002;89: 1117–9.

Berrocal J, Clave H, Cosson M (The TVM Group) et al: Conceptual advances in the surgical management of genital prolapse.  J Gynecol Obstet Biol Reprod 2004; 33:577-587.

Berthier A, Sentilhes L, Taibi S, Loisel C, Grise P, Marpeau L. Sexual function in women following the transvaginal tension-free tape procedure for incontinence. Int J Gynaecol Obstet. 2008 Aug;102(2):105-9. Epub 2008 Apr 16. PubMed PMID: 18420207.

Bezerra CA and Bruschini H.. Suburethral sling operations for urinary incontinence in women.; Cochrane Database Syst Rev.

Bhandari M, Busse J, Jackowski D et al: Association between industry funding and statistically significant pro-industry findings in medical and surgical randomized trials. CMAJ. 2004 Feb 17;170(4):477-80.

Bhatia N, Murphy M, Lucente V et al: A comparison of short-term sexual function outcomes for patients undergoing the transvaginal mesh procedure using standard polypropylene mesh vs a hybrid polypropylene/poliglecaprone mesh

Bhatia N, Murphy M, Lucente V et al: A comparison of short-term sexual function outcomes for patients undergoing the transvaginal mesh procedure using standard polypropylene mesh vs a hybrid polypropylene/poliglecaprone mesh. (ABSTRACT ONLY).

Bianchi-Ferraro AM, Jarmy-Di Bella ZI, et al Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomizedcontrolled trial.  Int Urogynecol J. 2013 Sep;24(9):1459-65. doi: 10.1007/s00192-012-1998-2. Epub 2012 Dec 4.

Binnebosel M, et al.. Biocompatibility of prosthetic meshes in abdominal surgery; Semin Immunopathol. 2011; [Deleted Object]:235-243

Birder L, Wyndale J: From urothelial signaling to experiencing a sensation related to the urinary bladder. Acta Physio 1-6, 2012

Birder L, Wyndale J: From urothelial signaling to experiencing a sensation related to the urinary bladder. Acta Physio 1-6, 2012.

Birder LA. Nervous network for lower urinary tract function. Int J Urol. 2012 Oct 23.

Birlolini C, Minossi J et al: Mesh cancer: long-term mesh infection leading to squamous cell carcinoma of the abdominal wall. Hernia. 2013 Apr 19.

Birlolini C, Minossi J et al: Mesh cancer: long-term mesh infection leading to squamous cell carcinoma of the abdominal wall. Hernia. 2013 Apr 19. [Epub ahead of print]

Birolini C, Minossi JG, et al. Mesh Cancer: Long-Term Mesh Infection Leading to Squamous-Cell Carcinoma of the Abdominal Wall; Hernia,19-Apr-13

Blaivas J, Purohit R, et al. Salvage Surgery after Failed Treatment of Synthetic Mesh Sling Complications; J Urology, 2013 Oct, Vol 190, 1281-1286

Blaivas JG and Chaikin DC.. Pubovaginal fascial sling for the treatment of all types of stress urinary incontinence: surgical technique and long-term outcome.; The Urologic Clinics of North America,38:7-15,00-Jan-00

Blaivas, et al. Safety considerations for synthetic sling surgery.  2015. Nat. Rev. Urol

Blandon RE, Gebhart JB et al.  Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Feb 10.

Blavais, J,. Purohit, R., Weinberger, J., Tsui, J., Chouhan, J., Sidhu, R., Saleem, K. Salvage Surgery after Failed Treatment of Synthetic Sling Complications. The Journal of Urology: 2013; Vole 190, 1281-1286

Bobyn JD, Wilson  GJ MacGreagor DC et al:  Effect of pore size on the peel strength of attachement of fibrous tissue to pourous surface implants.  J. Biomed Mater Res, pp 571-584.

Bodelsson G, et al. Short term complications of the tension free vaginal tape operation for stress urinary incontinence in women; BJOG (2002) 109: 566-569

Bodenheimer T. Uneasy alliance: Clinical investigators and the pharmaceutical industry.  N Engl J Med.2000;342:1539-1544.

Bohrer JC, Chen CC.  Pudendal neuropathy involving the perforating cutaneous nerve after cystocele repair with graft. Obstet Gynecol. 2008 Aug;112 (2 Pt 2):496-8

Bohrer JC, Chen CC.  Pudendal neuropathy involving the perforating cutaneous nerve after cystocele repair with graft. Obstet Gynecol. 2008 Aug;112 (2 Pt 2):496-8.

Bonnet P, Waltregny D, et al. Transobturator vaginal tape inside out for the surgical treatment of female stress urinary incontinence: Anatomical considerations; The Journal of Urology,173:1223-8,01-Apr-05

Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007) 262-267

Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007) 262-267.

Bouillot JL, et al. Parietal mesh abscess as an original presentation of cancer of the caecum; Digestive Surgery (1999) 16(2) 158-160

Boukerrou M, Rubod C, Dedet B et al: Tissue resistance of free tension procedure: What about healing?  Int Urogynecol J (2008) 19:397-400. Published online Sept 2007.

Boukerrou M, Rubod C, Dedet B et al: Tissue resistance of free tension procedure: What about healing?  Int Urogynecol J (2008) 19:397-400. Published online Sept 2007.

Boulanger L, Boukerrou M, Lambaudie E, Cosson M: Tissue integration and tolerance to meshes used gynecological surgery: an experimental study. Eur J Obstet Gynecol Reprod Biol. 2006 Mar 1;125(1):103-8. Epub 2005 Sep 19.

Boulanger L, Boukerrou M, Lambaudie E, Cosson M: Tissue integration and tolerance to meshes used gynecological surgery: an experimental study. Eur J Obstet Gynecol Reprod Biol. 2006 Mar 1;125(1):103-8. Epub 2005 Sep 19.

Boulanger L, Boukerrou M, Rubod C et al: Development of an animal model to study meshes used in genital prolapse surgery

Boulanger L, Moukerrou M et al.  Bacteriological analysis of meshes removed for complications after surgical management of urinary incontinence or pelvic organ prolapse.  Int Urogynecol J (2008) 19:827-831.

Bourrat M, Armand C et al: Complications and medium-term functional results of TVT in stress urinary incontinence. Prog Urol. 2003 Dec;13(6):1358-64. [in French]

Bowler S. Preparing articles for publication in peer-reviewed journals; American College of Preventive Medicine  www.acpm.org

Boyles S, Edwards R et al: Complications associated with transobturator sling. Int Urogynecol J (2007) 18: 19–22

Boyles SH, McCrery R., Dyspareunia and mesh erosion after mesh placement with a kit procedure. Obstet Gynecol. 2008 Apr;111(4):969-75.

Brill AI.. The hoopla over mesh: what it means for practice.; Obstet Gynecol News,47:14-5 ,01-Jan-12

Brubaker L, Cundiff GW, et al. Abdominal sacrocolpopexy with Burch colposuspension to reduce urinary stress incontinence.; New England Journal of Medicine,354:1557-66,13-Apr-06

Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surgery findings from the Trial of Midurethral Slings (TOMUS) study; Am J Obstet Gynecol 2011; 205: 498.e1-6

Brubaker L, Maher C, et al. Surgery for pelvic organ prolapse.; Female Pelvic Medicine & Recontructive Surgery,16:9-19,01-Jan-10

Brubaker L, Nygaard I, et al. Two-year outcomes after sacrocolpopexy with and without burch to prevent stress urinary incontinence.; Obstetrics and Gynecology,112:49-55, 7/1/2008

Brubaker L,. 5-Year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence2; The Journal of Urology

Brubaker, L., et al. Missing data frequency and correlates in two randomized surgical trials for urinary incontinence in women; Int Urogynecol J Published online 03/24/2015

Brubaker, L.. (2006). Editorial: partner dyspareunia (hispareunia).; Int Urogynecol J Pelvic Floor Dysfunt, 17(4), 311. doi: 10.1007/s00192-006-0097-7

Bump RC, Mattiasson A, Bø K, Brubaker LP et al: The standardization of terminology of female pelvic organ prolapse and pelvic floor dysfunction. Am J Obstet Gynecol. 1996 Jul;175(1):10-7.

Burns-Heffner, C., et al. Testing Compliance of Surgical Meshes Fabricated from Different Polymeric Biomaterials; Abstract #877 2014 Society for Biomaterials

Burton, C., et al. Comments on Araco et al.: TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence.  Int Urogynecol J (2009) 20:369

But, Igor et al: Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J (2008) 19:857–861.

Cadish L, Hacker M, et al. Characterization of Pain After Inside-Out Transobturator Midurethral Sling; Female Pelvic & Reconstructive Surgery Vol 20, (2) March/April 2014

Calhoun TR, Kitten DM. Polypropylene suture -- Is it safe?; J Vasc Surg 1986; 4:98-100

Calvo JJ, Alfara AH, et al. "Stress urinary incontinence surgery with MiniArc sling system: Our experience."; Actas Urologicas Espanolas 2010;34(4):372-377

Cameron AP, et al. The treatment of female stress urinary incontinence:  an evidenced-based review; Open Access J Urology 2011:3 109-120

Campeau L, Tu LM, Lemieux MC, et al. A Multicenter, Prospective Randomized Clinical Trial Comparing Tension-Free Vaginal Tape Surgery and No Treatment for the Management of Stress Urinary Incontinence in Elderly Women; Neurourology and Urodynamics 26:990-994 (2007)

Cao J., et al. In Vitro Study:  Synthetic Prosthetic Meshes for Inguinal Hernia Repair; Presented at AATCC International Conference May 18-20 in Atlanta, GA AATCC Review November/December 2011

Cappelletti M, Attolini G, Cangioni G, et al. The use of mesh in abdominal wall defects.  Minerva Chir. 1997 Oct;52(10):1169-76.

Caquant F, Collinet P, Deobodianance P, et al. Safety of transvaginal mesh procedure: retrospective study of 684 patients. J Obstet Gynaecol Res. 2008 Aug;34(4):449-56

Carey M, Higgs P. Vaginal repair with mesh vs colporrhaphy for prolapse a randomized controlled trial. BJOG. 2009 Sep;116(10):1380-6.

Carey M, Slack M, Higgs P et al: Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG. 2008 February; 115(3): 391–397.

Caruso S, Rugolo S, et al. Clitoral Blood Flow Changes After Surgery for Stress Urinary Incontinence:  Pilot Study on TVT Versus TOT Procedures; Urology 70: 554-557, 2007

Casiano ER, et al. Does concomitant prolapse repair at the time of midurethral sling affect recurrent rates of incontinence; Int Urogynecol J (2011) 22:819-825

Cayan, R.. Sexual function after surgery for stress urinary incontinence: vaginal sling versus Burch colposuspension.; Gynecol Obstet. 2008 Jan; 277(1):31-6 Epub 2007 Jul 25.

Celebi I. Gungorduk K. Ark K. Results of the tension-free vaginal tape procedure for the treatment of female stress urinary incontinence: a 5 year follow-up study. Arch Gynecol Obstet 279: 463-467, 2009.

Celine Mary, Yves Marois, Martin W. King, Gaetan Laroche, Yvan Douville, Louisette Martin, Robert Guidoin, Comparison of the In Vivo Behaviour of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery, ASAIO Journal, 44 (1998) 199-206

Cervigni M, Natale F, et al. Surgical Correction of Stress Urinary Incontinence Associated with Pelvic Organ Prolapse:  Trans-Obturator Approach (Monarc) Versus Retropubic Approach (TVT); Int Urogynecol J 2006;17(suppl. 2):S215 abstract 280. 31st annual IUGA meeting, Athens, Greece, 6-9 September 2006

Cetinel B, Demirkesen O, Onal B, Akkus E, Alan C, Can G: Are there any factors predicting the cure and complication rates of tension-free vaginal tape? Int Urogynecol J Pelvic Floor Dysfunct 2004;15:188–93.

Chae HD, Kim SR, Jeon GH, et al. A comparative study of outside-in and inside-out transobturator tape procedures for stress urinary incontinence.; Gynecol Obstet Invest. 2010;70(3):200-5. doi: 10.1159/000318866. Epub 2010 Jul 17.

Chaikin DC et al  Pubovaginal fascial sling for all types of stress urinary incontinence: long-term analysis.  J Urol. 1998 Oct;160(4):1312-6.

Challoner, D, Korn, D. Medical Devices and the Public's Health The FDA 510(k) Clearance Process at 35 Years2; Institute of Medicine of the National Academies Report Brief July 2011

Challoner, DR, et al. Medical Devices and Health -- Creating a New Regulatory Framework for Moderate-Risk Devices; N Engl J Med 365:11: 977-979

Challoner, DR,. 2011 - IOM Committee on the Public-Health Effectiveness of the FDA 510(k) Clearance Process - letter to FDA re 510k; IOM 2011

Chapple, C., Raz, S., Brubaer, L., Zimmern, P. Mesh Sling in an Era of Uncertainty: Lessons Learned and the Way Forward. European Associations of Urology, 2013.

Charalambous S, Touloupidis S,et al. Transvaginal vs transobturator approach for synthetic sling placement in patients with stress urinary incontinence.; Int Urogynecol J Pelvic Floor Dysfunct. 2008 Mar;19(3):357-60. Epub 2007 Aug 29.

Chen C,  Gustilo-Ashby AM et al.  Anatomic relationships of the tension free vaginal mesh trocars. Am J Obstet Gynecol. 2007 Dec;197(6):666.e1-6.

Chen X, Tong X, Jiang M, et al. A modified inexpensive transobturator vaginal tape inside-out procedure versus tension-free vaginal tape for the treatment of SUI: a prospective comparative study; Archives of Gynecology and Obstetrics,284:1461-6 ,22-Mar-11

Chen Z, Chen Y, Du GH, et al. Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence; Urologia. 2010 Jan-Mar;77(1):37-41; discussion 42.

Cheng D, Liu C.. Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up.; Eur J Obstet Gynecol Reprod Biol. 2012 Apr;161(2):228-31. doi: 10.1016/j.ejogrb.2012.01.011. Epub 2012 Feb 13.

Chinthakanan O, et al. Indication and surgical treatment of midurethral sling complications:  a multicenter study; 2014-A-1239-AUGS/IUGS

Chinthakanan O, et al. Mesh removal following sling/mesh placement:  a multicenter study2; 2014-A-1236-AUGS/IUGA

Chinthakanan, O., Miklos, J.R., Moore, R.D., Mitchell, G., Favors, S., Karp, D.R., Northington, G.M., Nogueiras, G., Davila, G. "Mesh Removal Following Sling/Mesh Placement: A multicenter Study." *Int Urogynecol J* (2014): S139-S143.

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial J Obstet Gynecol 2011;205:69.e1-8.

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. J Obstet Gynecol 2011;205:69.e1-8.

Choe JH, Kim JH, Na TG, et al. Comparative Study of Tension-Free Vaginal Tape (TVT) and Suprapubic Arc (SPARC) Sling Procedure for Female Stress Urinary Incontinence; International Urogynecology Journal 2005

Choi J, et al.. Use of Mesh During Ventral Hernia Repair in Clean-Contaminated and Contaminated Cases; Annals of Surgery, Vol 255, Number 1, Jan 2012

Cholhan HJ, et al. Pre-pubic approach to mid-urethral slings:  3-mmonth interim report on peri-operative experience and complications; 2007 Abstract

Cholhan HJ, Hutchings TB, et al. Dyspareunia associated with paraurethral banding in the transobturator sling2; Am J Obstet Gynecol (2010);202:481.e1-5

Chopra, S: Industry Funding of Clinical trials: Benefit or Bias? JAMA. 2003;290(1):113-114. doi:10.1001/jama.290.1.113.

Chrysostomou A. The management of stress urinary incontinence using transobturator tapes in a tertiary hospital in South Africa; Abst 0177 Oral presentations/Int J Gynecol & Obstet 10752 (2009) S93-S396

Chung C, Kingman T, Tsai L, et al. Serious Complications From a Single-Incision Midurethral Sling Placement; Obstet  & Gynecol, February 2012, Vol 119, No. 2 Part 2,  464-466

Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70.

Claymen HM. Polypropylene; Opthalmology 1981 88:959-976

Clemons, J.L., et al., Impact of the 2011 FDA transvaginal mesh safety update on AUGS

Cobb W, Burns J, Peindl R et al: Textile analysis of heavy weight, mid-weight, and light weight polypropylene mesh in a porcine ventral hernia model.  J Surgical Research 136, 1-7 (2006).

Cobb WS, et al. The argument for lightweight polypropylene mesh in hernia repair; Surg Innov 2005 12: 63-69

Coda, A., et al. Structural Alterations of Prosthetic Mesh in Humans; Hernia. 2003; Mar;7(1):29-34

Collinet P . Ciofu C. Costa P. Cosson M. Deval B . Grise P. Jacquetin B. Haab F; The safety of the inside-out transobturator approach for transvaginal tape (TVT-0) treatment in stress urinary incontinence: French registry data on 984 women . International Urogynecological Journal. 19:711-715, 2008.

Collinet P, Belot F, Debodinance P et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17:315-320.

Colombo M, Vitabello D, et al. Randomized study to compare pereyra and TVT procedures for women with stress urinary incontinence and advanced urogenital prolapse; International Urogynecology Journal August 2005, Volume 16, Issue 2 Supplement, pp S35-S130

CommonHealth. Surgery Under Scrutiny:  What Went Wrong With Vaginal; http://commonhealth.wbur.org/2011/11

Constantini E, Lazzeri M, Kocjanci. ICS Abs 3 Prolonged follow-up shows continence deterioration after transobturator tape: Results from a randomised controlled trial.; International Continence Society Mtg 2013

Contemporary OB/GYN Staff. American Urogynecologic Society voices opposition to restrictions on transvaginal mesh; Contemporary OB/GYN May 01, 2013

Cornel G. Fracture of Polypropylene Suture; Ann Thorac Surg 1982; [Deleted Object]:641

Cornelis R, Hogewoning C, et al. The introduction of mid-urethral slings: an evaluation of literature (Update); Int Urogynecol J (2015) 26: 229-234

Cornelis R, Hogewoning C, et al. The introduction of mid-urethral slings: an evaluation of literature; Int Urogynecol J (Published online 21 August 2014))

Cornu J-N, Haab F.. Mini-slings for female stress urinary incontinence: Not yet at the age of reason.; Eur Urol 2011;60:481-483

Cornu, JN, et al. Midterm prospective evaluation of TVT-Secur reveals high failure rate; European Urology 58 (2010) 157-161

Corona, R., et al. Tension-free Vaginal Tapes and Pelvic Nerve Neuropathy; J Min Invas Gynecol 2008; 15(3):262-267

Corporate ACtion Network. Putting Women at Risk, The Case Against Pelvic Mesh Report; Corporate Action Network August 2014

Corton M. Critical anatomic concepts for safe surgical mesh; Clin Obstet Gynecol 2013 Jun; 56(2):247-56

Cosson M, Caquant F et al. Prolift Mesh for pelvic organ prolapse surgical treatment using the TVM group technique - a retrospective study of 96 women under 50. (Abstract)

Cosson M, Debodinance P, Boukerrou M et al: Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?  Int Urogynecol J (2003) 14:169-178.

Cosson M, Debodinance P, Boukerrou M et al: Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?  Int Urogynecol J (2003) 14:169-178.;

Cosson M, Lambaudie E, Boukerrou M, Lobry P, Crépin G, Ego A. A biomechanical study of the strength of vaginal tissues. Results on 16 post-menopausal patients presenting with genital prolapse. Eur J Obstet Gynecol Reprod Biol. 2004 Feb 10;112(2):201-5

Cosson M, Rosenthal C, Debodinance P:  Prospective clinical assessment for Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse - 3 year results. (ABSTRACT ONLY)

Cosson, M., et al. Trans-vagianl mesh technique for Treatment of Pelvic Organ Prolapse: 5 years of Prospective follow up;

Costa P, Ballanger P, et al. Transobturator Tape for SUI. Preliminary Results of Prospective Multicenter Register; ICS Abstract #379,05-Oct-03

Costa P, Grise P, et al. Surgical treatment of female stress urinary incontinence with a trans-obturator-tape (T.O.T.) Uratape: short term results of a prospective multicentric study; European Urology

Costa P. Comparisons of Safety and Efficacy of the Obtryx Sling and Advantage Mid-Urethral Sling for the Treatment of Stress Urinary Incontinence:  Propensity Matching Results in a Large International Registry; Abstract 614 (2010)

Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007 Sep;14(3):168-76.

Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007Sep;14(3):168-76.

Costello CR, et al. Materials Characterization of Explanted Polypropylene Hernia Meshes; J Biomed Mater Res Part B: Appl Biomater 83B: 44-49, 2007

Cox A, Herschorn S, et al. Surgical management of female SUI: Is there a gold standard?; Nat Rev Urol 2013;10:78-89

Cozad MJ, et al. Materials characterization of explanted polypropylene, polyethylene terephthaiate, and expanded polytetrafluoroethylene composites:  Spectral and thermal analysis; J Biomed Mater Res Part B: Appl Biomater 94B: 455-462, 2010

Crosby E, Abernethy M, et al. Symptom Resolution After Operative Management of Complications From Transvaginal Mesh2; Obstet & Gynecol January 2012, Vol 123, No. 1, 134-139

Crosby, E., Abernathy, M., Berger, M., DeLancey, J., Fenner, D., Morgan, D. Symptom Resolution From Operative Management of Complications From Transvaginal Mesh., 2014. American College of Obstetricians and Gynecologists

Culligan PJ, Murphy M, et al.  Long term success of abdominal sacral colpopexy using synthetic mesh.  Am J Obstet Gynecol. 2002 Dec;187(6):1473-80; discussion 1481-2.

Cundiff G, Varner E et al: Risk factors for mesh/suture erosion following sacral colpopexy. Am J Obstet Gynecol. 2008 Dec;199(6):688.e1-5.

Curfman, GD., et al. Medical Devices -- Balancing Regulation and Innovation; N Engl J Med 365; 11: 975-977

Daher N, et al. Pre-pubic TVT:  an alternative to calssic TVT in selected patients with urinary stress incontinence; European J Obstet & Gynecol and Reproduct Biology 107 (2003) 205-207

Dallenbach et al:  Incidence and risk factors for reoperation of surgically treated pelvic organ prolapse. Int Urogynecol J (2012) 23:35–41.

Daneshgari  F, Kong W, et al. Complications of Mid Urethral Slings: Important Outcomes for Future Clinical Trials.; The Journal of Urology Vol 180, 1890-1897 November 2008.

Daraï E, Frobert JL, et al. Functional results after the suburethral sling procedure for urinary stress incontinence: a prospective randomized multicentre study comparing the retropubic and transobturator routes.; Eur Urol 2007 Mar;51(3):795-801; discussion 801-2.  Epub 2006 Sep 8

Das, N., et al. Review Article: Microbial Degradation of Petroleum Hydrocarbon Contaminants: An Overview; Biotechnology Res Int 2011: 1-13 Article ID 941810

Dati S, et al. Obtryn (TM) system: transobturatory out-in sling in the treatment of isolated or pop-associated urinary incontinence (Abstract only); Int Urogynecol J (2007) 18 (Suppl l): S152

David-Montefiore E,et al. Peri-operative complications and pain after the suburethral sling procedure for urinary stress incontinence: a French prospective randomised multicentre study comparing the retropubic and transobturator routes.; European Urology,49:133-8 ,02-Nov-05

Davila G, Baessler K, Cosson M et al: Selection of patients in whom vaginal graft use may be appropriate. Consensus of the 2nd IUGA Grafts Roundtable: optimizing safety and appropriateness of graft use in transvaginal pelvic reconstructive surgery. Int Urogynecol J. 2012 Apr;23 Suppl 1:S7-14. Epub 2012 Mar 7

de Landsheere L, Ismail S, Lucot JP, Deken V, Foidart JM, Cosson M.: Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol. 2012 Jan;206(1):83.e1-7. Epub 2011 Jul 30.

de Leval J, Thomas A, Waltregny D (2011) The original versus a modified inside-out transobturator procedure: 1-year results of aprospective randomized trial. Int Urogynecol J 22:145–156

de Leval J.. Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out; European Urology,44:724-30,02-Oct-03

de Oliveira LM, Girao MJBC, et al. Comparison of Retro-Pubic TVT, Pre-Pubic TVT and TVT Transobturator in Surgical Treatment of Women With Stress Urinary Incontinence; International Urogynecology Journal

De Ridder D, et al. Single incision mini-sling versus a transobutaror sling: a comparative study on MiniArc and Monarc slings; Int Urogynecol J (2010) 21:773-778

De Souza A. Sexual function following retropubic TVT and transobturator Monarch sling in women with intrinsic sphincter deficiency: a multicentre prospective study .; Int Urogynecol J (2012) 23:153-158

de Tayrac R, Deffieux X, et al. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence.; American Journal of Obstetrics and Gynecology,190:602-8 ,01-Mar-04

de Tayrac R, Deffieux X, et al. A transvaginal ultrasound study comparing transobturator tape and tension-free vaginal tape after surgical treatment of female stress urinary incontinence.; Int Urogynecol J (2006) 17: 466-471

de Tayrac R, Deffieux X, Gervaise A et al: Long term anatomical and functional assessment of trans vaginal cystocele repair using polypropylene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 2006 Sep;17(5):483-8.

de Tayrac R, Droupy S, et al. A Prospective Randomized Study Comparing TVT and Transobturator Suburethral Tape (TOT) for the Surgical Treatment of Stress Incontinence; ICS Abstract #344,,05-Oct-03

De Tayrac R, Gervaise A, Chauveaud A et al: Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct;83(10):950-4.;

De Tayrac R, Gervaise A, Chauveaud A et al: Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct;83(10):950-4.

De Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80.

De Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80.

de Tayrac R, Letouzey V. Basic Science and clinical aspects of mesh infection in pelvic floor reconstructive surgery. Int Urogynecol J. 2011 Jul;22(7):775-80.

de Tayrac R, Picone O, et al. A 2-year anatomical and functional assessment oftransvaginal rectocele repair using a polypropylene mesh. Int Urogynecol J (2006) 17: 100-105.

De Tayrac, Deffieux X et al: A prospective randomized trial comparing tension free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602-8.

de Tayrac, R et al.. Long-term anatomical and functional assessment of trans- vaginal cystocele repair using a tension-free polypropylene mesh.; Int Urogynecol J (2006) 17: 483-488.

Debodinance P, Berrocal J, Clave H: Changing attitudes on the surgical treatment of urogential prolapse: birth of the tension-free vaginal mesh. J Gynecol Obstet Biol Reprod (Paris). 2004 Nov;33(7):577-88. (original manuscript in French only.  Only have English abstract.)

Debodinance P, Cosson M, Collinet P et al: Synthetic meshes for transvaginal surgical cure of gential prolapse: evaluation in 2005. J Gynecol Obstet Biol Reprod (Paris). 2006 Sep;35(5 Pt 1):429-54.

Debodinance P, Engrand J. Development of better tolerated prosthetic materials: applications in gynecological surgery. J Gynecol Obstet Biol Reprod (Paris). 2002 Oct;31(6):527-40. .

Debodinance P, Lagrange E, Amblard J, Jacquetin B (2007) TVT SECUR: more and more minimal invasive-preliminary prospective study on 40 cases. Int Urogynecol J Pelvic Floor Dysfunct 18 (Suppl 1):S136

Debodinance P, Lagrange E, Amblard J, Lenoble C, Lucot JP, Villet R et al (2008) TVT Secur: more and more minimally invasive. Preliminary prospective study of 110 cases. J Gynecol Obstet Biol Reprod (Paris) 37:229–236.

Deffieux X, Daher N, et al. Transobturator TVT-O versus retropubic TVT:  results of a multicenter randomized controlled trial at 24 months follow-up; Int Urogynecol J. 2010 Nov;21(11):1337-45.

Deffieux X, De Tayrac R, Huel C, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jan;18(1):73-9.

Deffieux X, Huel C, De Tayrac R et al: Vaginal mesh extrusion after transvaginal repair of cystocele using a prosthetic mesh: Treatment and functional outcomes. J Gynecol Obstet Biol Reprod (Paris). 2006 Nov;35(7):678-84.

Del Rosario J. Urena R. Manduley A. Cordoba L. Chronic pelvic pain as a complication of cystourethropexy with tension free vaginal tape. Arch Esp Urol. 59(5):533-5, June 2006.

Delorme E, Droupy S, et al. Transobturator tape (Uratape): a new minimally-invasive procedure to treat female urinary incontinence; European Urology,45:203-7 ,01-Feb-04

Delorme E. Transobturator urethral suspension:  mini-invasive procedure in the treatment of stress urinary inccontinence in women; Prog Urol 2001 Dec; 11(6):1306-13

Demirkesen, O, et al. Are the effectiveness and complication rates of transoburator and tension-free vaginal tape similat?; Türk Üroloji Dergisi: 34(4): 456-462, 2008

Demirkesen, O. Does vaginal anti-incontinence surgery affect sexual satisfaction? A comparison of TVT and Burch –colposuspension.; Int Braz J Urol. 2008 Mar- Apr; 34 (2):214-9

Deng M, Chen G, et al. A Study on In Vitro Degradation Behavior of a Poly(glycolide-co-L-lactide) Monofilament; Acta Biomaterialia,4:1382-91,11-Apr-08

Deng, DY, et al. Presentation and management of major complications of midurethral slings:  are complications under-reported?; Neurourol and Urodyna (2007) 26: 46-52

Deprest J, Zheng F, Konstantinovic M et al (2006) The biology behind fascial defects and the use of implants in pelvic organ prolapse repair. Int Urogynecol J 17:S16–S25.

Deprest, et al.. The need for preclinical research on pelvic floor reconstruction; BJOG 2013; 120:  141-143

DeSouza R, Shapiro A, et al. "Adductor brevis myosistis following transobturator tape procedure: a case report and review of the literature."; Int Urogyn J 2007;18:817-820

Detollenaere, RJ., et al. Short Term Anatomical Results of a Randomized Controlled Non Inferiority Trial Comparing Sacrospinous Hysteropexy and Vaginal Hysterectomy in Treatment of Uterine Prolapse Stage 2 or Higher2; Int Urogynecol J (2013) 24 (Suppl 1): S1-S152

Deval B and Haab F.. Management of the complications of the synthetic slings.; Current Opinion in Urology

Deval B, Birsan A, et al. Objective and Subjective Cure Rates After Tension-free Vaginal Tape for Treatment of Urinary Incontinence.; Urology,58: 702-706 ,01-Nov-01

Di Piazza L, Piroli Torelli D,et al. Complications in short suburethral sling positioning.; Int Urogyn J 2009;20(Suppl 3):S403-404 IUGA Abst 430

Diallo S, Cour F, et al. Evaluating single-incision slings in female stress urinary incontinence: The usefulness of the CONSORT statement criteria.; Urol 2012;80:535-541

Dietz H, Vancaillie P, Svehla M. Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct;14(4):239-43.

Digesu G, Chaliha C, Salvatore S et al: The relationship of vaginal prolapse severity to symptoms and quality of life.  BJOG July 2005 vol. 112:971-976.

Dindo D, Demartines N, Clavien P: Classification of surgical complications: a new proposal with evaluation in a cohort of 6336 patients and results of a survey. Ann Surg. 2004 Aug;240(2):205-13

Diwadkar G, Barber M, Feiner B, et al. Complications and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol. 2009 Feb;113(2 Pt 1):367-73.;

Dobson A, et al. Trans-obturator surgery for stress urinary incontinence:  1-year follow-up of a cohort of 52 women; Int Urogynecol J (2006)  Accepted 6 March 2006

Dora C, DiMaro D, Zobitz, M, Elliott, D:  Time dependent variations in biochemical properties of cadaveric fascia, porcine dermis, porcine small intestine submucosal, polypropylene mesh and autologous fascia in the rabbit model:  Implications for sling surgery.   Journal of Urology Vol. 171, 1970–1973, May 2004.

Drahoradova P, Masata J, et al. Comparative Development of Quality of Life Between TVT and Burch Colposuspension; Proceedings of the 34th Annual Meeting of the International Continence Society and the International UroGynecological Association August 25-27; Paris, France (, 2004) Abstract 278

Drahoradova P,. Longitudinal trends with improvement in quality of life after TVT, TVT O and Burch colposuspension procedures.; Med Sci Monit. 2011; 17(2):CR67-72

Drews RC. Polypropylene in the human eye; Am Intra-Occular Implant Soc J 1983 Spring 9:137-142

Duckett J, Baranowski A. Pain after suburethral sling insertion for urinary stress incontinence; Int Urogynecol J (2013) 24:195-201

Duckett JR, Jain S. Groin pain after a tension-free vaginal tape or similar suburethral sling: management strategies. BJU Int 2005;95(1):95–7

DukeMedicine. Alert - Pelvic floor disorders Incontinence and vaginal prolapse; DukeMedicine

Dunn GE, et al. Changed Women:  The Long-Term Impace of Vaginal Mesh Complications; Female Pelvic Med Reconstr Surg 2014;20: 131-136

Dunn, G., Hansen, B., Egger, M., Nygaard, I., Sanchez-Birkeah, A., Hsu, Y., Clark, L. "Changed Women: The Long-Term Impact of Vaginal Mesh Complications." *Female Pelvic Medicine & Reconstructive Surgery* (2014). Volume 20, Number 3.

Duong TH, Taylor D, et al. A Multicenter Study of Vesicovaginal Fistula Formation Following Cystotomy During Hysterectomy for Benign Indications; Felmale Pelvic Med & Reconstruc Surgery (2010)16(2) Supp S5-S43

Dwyer P: Ulf Ulmsten (1938–2004) leader and innovator in urogynaecology. Int Urogynecol J (2004) 15: 221–222.

Dwyer, PL. Editorial The 75% rule:  all stress incontinence procedures are alike; Int Urogynecol J (2011) 22:769-770

Dykorn O, Kulseng-Hanssen S: TVT compared with TVT-O and TOT: results from the Norwegian National Incontinence Registry. Int Urogynecol J (2010) 21:1321–1326.

EAU 2009:. Single-incision mid-urethral sling has high cure rate for stress urinary incontinence.; Medscape Mar 31, 2009.

EAU. Guidelines on Surgical Treatment of Urinary Incontinence; Published online 6 November 2012

Ek M, Altman D, Falconer C et al: Effects of anterior trocar guided-transvaginal mesh surgery on lower urinary tract symptoms. Neurourol Urodyn. 2010 Nov;29(8):1419-23

Ek M, Tegeerstedt G, Falconer C et al: Urodynamic assessment of anterior vaginal wall surgery: a randomized comparison between colporraphy and transvaginal mesh. Neurourol Urodyn. 2010 Apr;29(4):527-31.

Eland IA, et al. Attitudinal surgey of volunatry reporting of adverse drug reactions; Br J Clin Pharmacol (1999) 48, 623-627

El-Barky E, El-Shazly A, et al. Tension free vaginal tape versus Burch colposuspension for treatment of stress urinary incontinence.; Int Urol Nephrol. 2005;37(2):277-81

El-Hefnawy AS, Wadie BS, et al. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT?; Int Urogynecol J. 2010 Aug;21(8):947-53

Ellington DR and Richter HE.. Indications, Contraindications, and Complications of Mesh in Surgical Treatment of Pelvic Organ Prolapse; Clincial Obstetrics & Gynecology,56:276-88,01-Jun-13

Elliott DS. Con: mesh in vaginal surgery: do the risks outweigh the benefits? Curr Opin Urol. 2012 Jul; 22(4):276-81.

Elmer C Altman D, Engh M et al: Trocar-guided transvaginal mesh repair of pelvic organ prolapse.  Obstet Gynecol. 2009 Jan;113(1):117-26

Elmer C, Blomgren B, Falconer C et al: Histological inflammatory response to transvaginal polypropylene mesh for pelvic reconstructive surgery.  J Urol. 2009 Mar;181(3):1189-95.

Elmer C, Falconer C, Hallin A et al: Risk factors for mesh complications after trocar guided transvaginal mesh kit repair of anterior vaginal wall prolapse. Neurourol Urodyn. 2012 Apr 19. doi: 10.1002/nau.22231.

Elser, D. New Options for Stress Urinary Incontinence; The Female Patient, Supp. Aug. 2009

Elzevier H, Putter H et al: Female sexual function after surgery for stress urinary incontinence: transobturator suburethral tape vs. tension fre vaginal tape obturator. J Sex Med. 2008 Feb;5(2):400-6. Epub 2007 Nov 27

Endo M, et al. Mesh contraction: in vivo documentation of changes in apparent surface area utilizing meshes visible on magnetic resonance imaging in the rabbit abdominal wall model; Int Urogynecol J (2014) 25:737-743

Enzelsberger H, Schalupny J, et al. TVT versus TOT - A prospective randomized study for the treatment of female stress urinary incontinence at a followup of 1 year [German].; Geburtsh Frauenheilk 65:506-511

Eschenbach et al: Prevalence of hydrogen peroxide-producing Lactobacillus species in normal women and women with bacterial vaginosis. J Clin Microbiol. Feb 1989; 27(2): 251–256.

Ethicon, iNC. 2012. Sacrocolpopexy with ARTISYN™ Y-Shaped Mesh, Sales Process; ETH.MESH.08114911 - ETH.MESH.08114934

Falagas M, Velakoulis S, Iavazzo C, et al. Mesh-related infections after pelvic organ prolapse repair surgery. Eur J Obstet Gynecol Reprod Biol. 2007 Oct;134(2):147-56.

Falconer, C., et al. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women; Int Urogynecol J (2001) (Suppl 2): S19-S23

Farrell S, Dempsey T, Geldenhuys L: Histological examination of "fascia" used in colporrhaphy. Obstet Gynecol. 2001 Nov;98(5 Pt 1):794-8

Farrell SA,. The evaluation of stress incontinence prior to primary surgery; J obstet Gynaecol Can 2003;25(4):313-8

Fattah MA, Sivanesan K. Ramsay I. Pringle S. Bjornsson S. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU international. 594-598, 2006.

Fatton R, Amblard P, Debodinance P. Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift technique)--a case series multicentric study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jul;18(7):743-52.

FDA Blue Book. Device Labeling Guidance #G91-1 (blue book memo) 1991. last updated 5/09.

FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence. http://www.fda.gov/medicaldevices/safety/alertsandnotices /publichealthnotifications/ucm061976.htm

FDA. §801.63 Medical devices; warning statements for devices containing or manufactured with chlorofluorocarbons and other class I ozone-depleting substances; 2014 Food and Drug Administration, HHS §801.63

FDA. FDA's Role and Activities; FDA webpage 4/29/2014

FDA. Surgical mesh for treatment of women with pelvic organ prolapse and stress urinary incontinence; FDA Executive Summary 2011

Feifer A and Corcos J.. The use of synthetic sub-urethral slings in the treatment of female stress urinary incontinence.; Int Urogynecol J (2007) 18:1087-1095

Feiner B and Maher C.. Vaginal mesh contraction: definition, clinical presentation, and management.; Obstetrics & Gynecology,115:325-30 ,01-Feb-10

Female Urology, Urogynecology and Voiding Dysfunction. Edited by Vasavada, Appell, Sand, Raz. 2005 Edition.

Feng CL, Chin HY, Wang KH.. Transobturator vaginal tape inside out procedure for stress urinary incontinence: results of 102 patients.; Int Urogynecol J Pelvic Floor Dysfunct. 2008 Oct;19(10):1423-7. doi: 10.1007/s00192-008-0658-z. Epub 2008 May 31.

Feola A,  Moalli PA, et al. Stress-Shielding the impact of Mesh Stiffness on Vaginal Function; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Feola A, Moalli P et al:  Characterizing the ex vivo textile and structural properties of synthetic prolapse mesh products. Int Urogynecol J (2013) 24:559–564.

Feola, A.. Deterioration in biomechanical properties of the vagina following implantation of a high-stiffness prolapse mesh; BJOG An International Journal of Obstetrics and Gynaecology 2013

Firoozi F and Goldman HB.. Pure transvaginal excision of mesh erosion involving the bladder; The International Urogynecology Journal,,04-Apr-13

Firoozi F, Goldman H. Transvaginal excision of mesh erosion involving the bladder after mesh placement using a prolapse kit - a novel technique. Urology. 2010 Jan;75(1):203-6

Fischer A, Fink T, et al. Comparison of retropubic and outside-in transoburator sling systems for the cure of female genuine stress urinary incontinence; European Urology,48:799-804,15-Aug-05

Fisher H, Lotze P: Nerve injury locations during retropubic sling procedures. Int Urogynecol J (2011) 22:439–441.

Flam F, Boijsen M, and Lind F.. Necrotizing fasciitis following transobturator tape treated by extensive surgery and hyperbaric oxygen.; Int Urogynecol J (2009) 20:113-115

Fletcher AP. Spontaneous adverse drug reaction reporting vs event monitoring:  a comparison; J Royal Society Med (1991) 84: 341-344

Flock F, Reich A, et al. Hemorrhagic complications associated with tension-free vaginal tape procedure.; Obstetrics & Gynecology,104:989-94,01-Nov-04

Flood CG, et al. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles; Int Urogynecol J Pelvic Floor Dysfunct 1998; 9(4): 200-4

Food and Drug Administration (FDA).. FDA executive summary. Surgical mesh for the treatment of women with pelvic organ prolapsed and stress urinary incontinence.; Obstetrics and Gynecology Devices Advisory Committee Meeting,, 9/8/2011

Food and Drug Administration (FDA).. FDA Safety Communication: Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse.; 40737

Foon R, Toozs-Hobson P, Latthe P. Adjuvant materials in anterior vaginal wall prolapse surgery:  a systematic review of effectiveness and complications. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1697-706.

Foote J, et al. Referral Patterns and Complications of Midurethral Slings; Abstract 843

Ford, et al. Mid-urethral slin operations for stress urinary incontinence in women. 2015 The Cochrane Collaboration.

Freeman R, Holmes D, et al. What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence - a multi-centre randomised controlled trial; Int Urogynecol J. 2011 Mar;22(3):279-86

Frenkl TL, Rackley RR, et al. Management of Iatrotgenic Foreign Bodies of the Bladder and Urethra Following Pelvic Floor Surgery; Neuro and Urodynam (2008)27:491-495

Funk MJ, Siddiqui NY, et al. Long-term Outcomes After Stress Urinary Incontinence Surgery; Obstetrics & Gynecology,120:83-90,01-Jul-12

Gabriel B, Rubod C, Brieu M, Dedet B, de Landsheere L, Delmas V, Cosson M. Vagina, abdominal skin, and aponeurosis: do they have similar biomechanical properties? Int Urogynecol J. 2011 Jan;22(1):23-7. Epub 2010 Aug 27.)

Galloway N, Davies N, Stephenson TP. The complications of colposuspension. Br J Urol 1987;60:122–124.

Gamble T, et al. Predicting persistent dstrusor overactivity after sling procedures; Int Urogynecol J (2008) 19 (Suppl 1): S64-S65

Gangam N, Kanee A: Retroperitoneal hemorrhage after a vaginal mesh prolapse procedure. Obstet Gynecol. 2007 Aug;110(2 Pt 2):463-4.

Ganj F, Ibeanu O, Bedestani A et al: Complication of transvaginal monofilament polypropylene mesh in POP repair. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug;20(8):919-25. Epub 2009 Apr 7.

GAO. Medical Devices FDA Should Take Steps to Ensure That High-Risk Device Types Are Approved through the Most Stringent Premarket Review Process; GAO Report to Congressional Addressees January 2009

Garber, AM. Modernizing Device Regulation; N Engl J Med (2010) 362:13: 1161-1163

Garcia M, Ruiz V, Godoy A, et al:  Differences in polypropylene shrinkage depending on mesh position in an experimental study.  American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542

Gauruder-Burmester A, Koutouzidou P et al: Effect of vaginal polypropylene mesh implants on sexual function. Eur J Obstet Gynecol Reprod Biol. 2009 Jan;142(1):76-80.

Gebhart JB, Dixon DA, et al. Three-year outcomes of Uretex Urethral Support System for treatment of stress urinary incontinence; The International Urogynecology Journal,19:1075-9,28-Feb-08

Geoffrion R, et al. Closing the Chapter on Obtape: a case report of delayed thigh abscess and a literature reivew; J Obstet Gynaecol Can 2008; 30(2): 143-147

Gerstenbluth, RE., et al. Simultaneous Urethral Erosion of Tension-Free Vaginal Tape and Woven Polyester Pubovaginal Sling; J Urol. 2003, Aug; 170 (2 Pt 1): 525-6

Ghadimi BM, Langer C, Becker H (2002) The carcinogenic potential of biomaterials in hernia surgery. Chirurg 73(8):833–837.

Ghezzi F, Serati M, Cromi A, Uccella S, Triacca P, Bolis P. Impact of tension-free vaginal tape on sexual function: results of a prospective study. Int Urogynecol J Pelvic Floor Dysfunct. 2006 Jan;17(1):54-9. Epub 2005 Jun 23

Gilberti C, et al. Transobturator Tape for Treatment of Female Stress Urinary Incontinence: Objective and Subjective Results After a Mean Follow-up of Two Years.; Urology 2007;69:703-707

Goldman, Howard B. *Complications of Female Incontinence and Pelvic Reconstructive Surgery* . Humana Press, 2013.

Gomelsky A, et al. Biocompatibility Assessment of synthetic sling materials for female stress urinary incontinence; J Uro (2007)178:1171-1181

Greca FH. The influence of differing pore sizes on the biocompatibility of two polypropylene meshes in the repair of abdominal defects. Experimental study in dogs.; Hernia. (2001); 5: 59-64.

Green J, Buencamino D, et al. A comparison of the transobturator tape and transabdominal tension free vaginal tape procedures for the surgical treatment of stress urinary incontinence; Presented at the 35th Annual Meeting of the International Continence Society, 28th August-2nd September 2005, Montreal, Canada.

Greenwald D, Shumway S, et al. Mechanical Comparison of 10 Suture Materials Before and After in Vivo Incubation; J Surg Research 1994; 56:372-377

Gristina, A.G.. (1987).  Biomaterial-centered infection: microbial adhesion versus tissue integration.; Science, 237:1588-1595.

Groah S et al:  Excess
risk of bladder cancer in spinal cord injury: evidence for an association between indwelling catheter use and bladder cancer. Arch Phys Med Rehabil. 2002 Mar;83(3):346-51.

Groutz A, Cohen A, et al. The safety and efficacy of the ""inside-out"" trans-obturator TVT in elderly versus younger stress-incontinent women: a prospective study of 353 consecutive patients.; Neurourol Urodyn. 2011 Mar;30(3):380-3. doi: 10.1002/nau.20976.

Groutz A, Levin I, Gold R, et al. """Inside-out"" transobturator tension-free vaginal tape for management of occult stress urinary incontinence in women undergoing pelvic organ prolapse repair."; Urology. 2010 Dec;76(6):1358-61. doi: 10.1016/j.urology.2010.04.070. Epub 2010 Oct 25.

Groutz A, Rosen G, Gold R, et al. Long-term outcome of transobturator tension-free vaginal tape: efficacy and risk factors for surgical failure.; J Womens Health (Larchmt). 2011 Oct;20(10):1525-8. doi: 10.1089/jwh.2011.2854. Epub 2011 Aug 5.

Guerrero KL, Emery SJ, et al. "A randomised controlled trial comparing TVT, Pelvicol and autologous fascial slings for the treatment of stress urinary incontinence in women "; BJOG 2010 Nov;117(12):1493-502.

Guidoin R, Chakfe N. Aneurysmal Deteroration of Arterial Substitutes; Current Therapy in Vascular Surgery 2: 324-328

Gurshumov EL. Mapper AS. Siercki AR. Small bowel perforation in a hernia sac after TVT placement at the time of Colpocleisis. Int Urogynecol J, July 2009.

Haferkamp, A., et al. Urethral Erosion of Tension-Free Vaginal Tape; J Urol. 2002;167(1): 250

Halaska, M., Maxova, K., Sottner, O., Svabik, K., Mlcoch, M., Kolarik, D., Mama, I., Krofta, L., Halaska, M. A multicenter, randized prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. American Journal of Obstetrics and Gynecology; 2012

Hamilton B, McCrery R: Dyspareunia and mesh erosion after vaginal mesh placement with a kit procedure. Obstet Gynecol 2008, 4:969-975

Hammad FT, et al. Erosions and Urinary Retention Following Polypropylene Synthetic Sling:  Australasian Surgey; Eur Urol 47 (2005) 641-647

Hammad FT. TVT can also cause urethral diverticulum . International Urogynecological Journal . 18:467- 469, 2007.

Hammett J, et al. Short-term surgical outcomes and characteristics of patients with mesh complications from pelvic organ prolapse and stress urinary incontinence surgery2; Int Urogynecol J (2014) 25:465-470

Han H, Shukiman I, Lee L (2007) TVT SECUR in treating female stress urinary incontinence: early experience. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S184–S185.

Han WHC.. Burch colposuspension or tension-free vaginal tape for female urinary incontinence? (Abstract).; International Urogynecology Journal and Pelvic Floor Dysfunction

Handa VL, et al. Banked human fascia lata for the suburethral sling procedure:  a preliminary report; Obstet Gynecol 88(6): 1045-9 1996 Dec

Hansen BL, et al. Long-Term Follow-up of Treatment for Synthetic Mesh Complications; Female Pelvic Med Reconstr Surg 2014;20: 126-130

Harding CK, et al. A prospective study of surgeon and patient-perceived outcome following transobturator tape insertion for treatment of urodynamic stress incontinence; Br J Med and Surg Urol (2009) 2, 197-201

Hartung DM, et al. Reporting Discrepancies between clinicaltrials.gov results database and peer-reviewed publications; Ann Intern Med 2014;160:477-483

Hassan MF, et al. Treatment success of transobturator tape compared with tension free vaginal tape for stress urinary incontinence at 24 months:  a randomized controlled trial; Open J Obstet and Gynecol, 2014, 4, 169-175

Hawker et al:  Measures of Adult Pain.  Arthritis Care & Research. Vol. 63, No. S11, November 2011, pp S240 –S252

Haylen, BT, et al. An International Urogynecological Association (IUGA)/International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) and grafts in female pelvic fl; Neurourology and Urodynamics,30:2-12,01-Jan-11

Hay-Smith J, Berghmans B, Burgio K, et al. Adult Conservative Management. In: Abrams P, Cardozo L, Khoury S, Wein A, editors. Incontinence; 4th International Consultation on Incontinence; Paris: Health Publication Ltd; 2009. pp. 1025–1120.

Hazell L, et al. Under-reporting of adverse drug reactions a systematic review; Drug Safety 2006; 29(5) 385-396

Hazenwinkel M, Hinoul P et al: Persistent groin pain following a transobturator sling procedure for stress urinary incontinence: a diagnostic and therapeutic challenge. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar;20(3):363-5. Epub 2008 Sep 4.

Health Canada. Health Canada Warns of Serious, Life-Altering Complications Associated with Transvaginal Mesh _ NewsInferno; http://www.newsinfero.com/health-canada-warns

Heesakkers JP. Vierhout ME. Some complications of tension-free midurethral tapes for the treatment of stress incontinence in women. Ned Tijdschr Geneeskd. 151(24):1361-6, June 2007.

Heinonen, P.. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome; International Journal of Urology (2012) 19, 1003-1009

Heise, CP, et al. Mesh Inguinodynia:  A New Clinical Syndrome After Inguinal Herniorrhaphy?; J Am Coll Surg.  1998 Nov; 187(5): 514-8

Heniford, B.T.. """The benefits of lightweight meshes in Ventral Hernia Repair in Ventral Hernia Repair"""; Video produced by Ethicon. 2007

Herbertsson G, Iosif CS. Surgical results and urodynamic studies 10 years after retropubic colporurethropexy. Acta Obstet Gynecol Scand 1993;72:298–301.

Hernádez-Gascón B, et al. Mechanical behaviour of synthetic surgical meshes:  Finite element simulation of the herniated abdominal wall; Acta Biomaterialia 7 (2011) 3905-3913

Hilger W, Walter A, Zobitz M et al: Histological and biomechanical evaluation of implanted graft materials in a rabbit vaginal and abdominal model. Am J Obstet Gynecol 2006; 195:1826-31.

Hilton P. Long-term follow-up studies in pelvic floor dysfunction:  the Holy Grail or a realistic aim?; BJOG 2008; 115: 135-143

Hilton, P., et al. Postural Perineal Pain Associated With Perforation of the Lower Urinary Tract Due to Insertion of a Tension-Free Vaginal Tape; BJOG (2003) 110: 79-82

Hiltunen R, Takala, T, Heiskanen E et al: Low-weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial. Obstet Gynecol. 2007 Aug;110(2 Pt 2):455-62.

Hines, Jonas Zajac, et al.. Left to Their Own Devices: Breakdowns in United States Medical Device Premarket Review; PLOS Med 7(7): e1000280 July 13, 2010

Hinoul P, Bonnet P, Krofta L,et al. An anatomic comparison of the original versus a modified inside-out transobturator procedure; Int.Urogynecol J(2011) 22(8) 997-1004

Hinoul P, et al. A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence; J Urology 2011 (185): 1356-1362

Hinoul P, et al. TVT obturator system versus TVT secur: arandomized controlled trial, short term results; Int Urogynecol J (2009) 20:S213

Hinoul P, Ombelet W, Matthe P et al:  A prospective study to evaluate the anatomic and functional outcome of a transobturator mesh kit (Prolift Anterior) for symptomatic cystocele repair. J Minim Invasive Gynecol 2008;15(5):615-620.

Hinoul P, Roovers JP, et al. Surgical management of urinary stress incontinence in women: A historical and clinical overview.; Eur J Obstet Gyn Reprod Biol 2009;145:219-225

Hinoul P, Vanormelingen L et al: Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J Pelvic Floor Dysfunction 2007;18:1201-6.

Hogston P. Single surgeon experience with 125 trans-obturator sling procedures; Int Urogynecol J (2011) 22 (Suppl 3) S1947

Hokenstad ED, et al. Health-related quality of life and outcomes after surgical treatment of complications from vaginally placed mesh; Female Pelvic Med Reconstr Surg 2015;21:  176-180

Holmgren, C. Quality of life after tension-free vaginal tape surgery for female stress incontinence; Scandinavian Journal of Urology and Nephrology, 2006; 40: 131-137

Hong MK, Liao CY, et al. Internal Pudendal Artery Injury during Prolapse Surgery Using Nonanchored Meesh; J Min Invas Gynecol (2011) 18, 678-681

Hota L, Hanaway K et al: TVT-Secur (Hammock) versus TVT-Obturator: A randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg. 2012 ; 18(1): 41–45

Hou JC, et al. Outcome of Transvaginal Mesh and Tape Removed for Pain Only; The Journal of Urology Vol 192, 856-860, September 2014

Howden NS, Zyczynski HM, et al. Comparison of autologous rectus fascia and cadaveric fascia in pubovaginal sling continence outcomes; The American Journal of Obstetrics & Gynecology,194:1444-9,31-Mar-06

Hsiao SM, et al. Sequential comparisons of postoperative urodynamic changes between retropubic and transobturator midurethral tape procedures; World J Urol 2008 Dec;26(6):643-8

Hubka P, Masata J et al:  Anatomical relationship and fixation of tension free vaginal tape Secur. Int Urogynecol J (2009) 20:681–688

Hubka P, Masata J, Nanka O, et al. Possible complications of the TVT-S vaginal tape in the H-position.; ICS Abstract #286,,00-Jan-00

Hubka P, Nanka O et al:  TVT-S in the U-position--Anatomical study. Int Urogynecol J (2011) 22:241–246.

Hubka P, Svabik K et al: A serious bleeding complication with injury of the corona mortis with the TVT-Secur procedure: two cases of contact of TVT-S with the corona mortis during cadaver study. Int Urogynecol J (2010) 21:1179–1180.

Huffaker RK. Yandell PM. Shull BL. Tension-free vaginal tape bowel perforation. Int Urogynecol Journal, 2009.

Hurtado EA, Appell RA. Management of complications arising from transvaginal mesh kit procedures:  a tertiary referral center's experience; Int Urogynecol J (2009) 20:11-17

Iakovlev V, et al. Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications Mesh Is Not Inert; ICS Abstract 228, 2014

Iakovlev V, Guelcher S, et al. In vivo degradation of surgical polypropylene meshes: A finding overlooked for decades; Virchows Arch (2014) 465 (Suppl 1): S35

Iakovlev V, Mekel G, Blaivas J. Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications: Mesh Is Not Inert; ICS.org abst 228 Study St Michael's Hospital, Univ. Toronto

Iakovlev V. Explanted surgical meshes: what pathologists and industry failed to do for 50 years; Virchows Arch (2014) 465 (Suppl 1):S1-S379

Iakovlev VV, Carey ET, Steege J. Pathology of Explanted Transvaginal Meshes2; Accepted Abstract

Iakovlev VV, et al. Pathology of Explanted Transvaginal Meshes; Int J Med Health Pharmaceu and Biomedical Engineering 2014, (8)9: 510-513

Iakovlev, V., et al. OFP-13-001 In vivo degradation of surgical polypropylene meshes: A finding overlooked for decades; Virchows Arch (2014) 465 (Suppl 1): S35

ICS. ICS Fact Sheets A Background to Urinary and Faecal Incontinence Prepared by the Publications & Communications Committee; 42198

Iglesia C, Sokol A, Sokol E, et al. Vaginal mesh for prolapse: a randomized controlled trial. Obstet Gynecol. 2010 Aug;116(2 Pt 1):293-303.

Iglesia CB, et al. The use of mesh in gynecologic surgery; Int Urogynecol J (1997)8:105-115

Iglesia CB. Pelvic Organ Prolapse Surgery: Long-term Outcomes and Implications for Shared Decision Making; The Journal of American Medical Association,309:2045-6,15-May-13

Iglesia, CB. Stop Using Synthetic Mesh for Routine Repair of Pelvic Organ ProlapseStart Performing Native Tissue Repairs and Reserve Mesh for Selective Cases; OBG Management 2013; 25: 24-25

Ignjatovic I, Stosic D: Retrovesical haematoma after anterior Prolift procedure for cystocele correction. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Dec;18(12):1495-7. Epub 2007 Jun 29.

IUGA. Stress Urinary Incontinence A Guide for Women; IUGA 2011

Jaburek L, Jaburkova J, et al. Risk of haemorrhagic complications of retropubic surgery in females: anatomic remarks; Biomedical Papers of the Medical Faculty of the University Palacky, Olomouc, Czech Republic,155:75-7,01-Mar-11

Jacquetin  B, Caquant F, Collinet P:  Prolene Soft Mesh for POP surgical treatment - a prospective study of 264 patients. (ABSTRACT ONLY)

Jacquetin  B, Fatton B, Rosenthal C et al. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J. 2010 Dec;21(12):1455-62.

Jacquetin B, Cosson M, Lucente V et al: Prospective clinical assessment of the transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse-one year results of 175 patients.  (Abstract  #291: Presentation International Continence Society 2006).

Jacquetin B, Cosson M: Complications of vaginal mesh: our experience. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug;20(8):893-6.

Jallah, Z., et al. The impact of prolapse mesh on vaginal smooth muscle structure and fuction. 2015 Royal College of Obstetricians and Gynaecologists.

Jeffery S, Nieuwoudt A: Beyond the complications: medium-term anatomical, sexual and functional outcomes following removal of trocar-guided transvaginal mesh. a retrospective cohort study. Int Urogynecol J. 2012 Apr 20. Epub ahead of print.

Jelovsek JE, Barber MD, et al. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up; BJOG,115:219-25; discussion 225,01-Jan-08

Jha S. Radley S. Farkas A. Jones G. The impact of TVT on sexual function. Int Urogynecol Journal 20: 165-169, 2009

Jha, Swati. Impact of Incontinence Surgery on Sexual Function: A Systematic Review and Meta-Analysis; J Sex Med 2012; 9: 34-43

Jia X, Glazener C, Mowatt G, et al. Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse: systemic review and meta-analysis. BJOG 2008 Oct;115(11):1350-61.

Joint Meeting of the International Continence Society and the International Urogynecological Association August 23-27, 2010 Toronto, Canada.  Poster Presentation.

Jones K, Moalli P et al:  Tensile Properties of Commonly used prolapse meshes.  Int Urogynecol J Pelvic Floor Dysfunct. 2009 July ; 20(7): 847–853.

Jongebloed, WL, et al.. Degradation of Polypropylene in the Human Eye:  A Sem-Study; Doc Ophthalmol,Vol 64, No. 1, pp. 143-152, 1986

Jonsson Funk M, Siddiqui NY, et al. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors; Am J Obstet Gynecol 2013; 208:73.e1-7

Julia JJ, et al. Long term experinece in 72 patients with the Advantage® sling system; www.bostonscientific.com/gynecology

Julian TM.. The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall.; The American Journal of Obstetrics and Gynecology,175:1472-5,01-Dec-96

Jun KK, Oh S, et al; Long-term clinical outcomes of the tension-free vaginal tape procedure for the treatment of stress urinary incontinence in elderly women over 65. Korean J Urol. 2012 Mar;53(3):184-8. doi:

Jung HC, Kim JY, Lim HS, et al.. Three-year Outcomes of the IRIS procedure for Treatment of Female Stress Urinary Incontinence: Comparison with TVT Procedure.; J Korean Med Sci. (2007); 22: 497-501.

Junge, K., Rosch, R. Klinge, U.et a. Risk factors related to recurrence in inguinal hernia repair:  a retrospective analysis.; Hernia (2006)10: 309-315.

Kaelin-Gambirasio I, Jacob S,et al. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up.; BMC Womens Health. 2009 Sep 25;9:28. doi: 10.1186/1472-6874-9-28.

Kane AR, et al. Midurethral Slings for Stress Urinary Incontinence; Clinical Obstetrics and Gynecol (2008) 51(1): 124-134

Kang D., et al. MP75-16 Patient Quality of Life AFter Removal of Vaginal Mesh; Urology J Vol 191, No. 4S e879

Karateke A, Haliloglu B, Cam C, Sakalli M.  Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomised study.  Aust N Z J Obstet Gynaecol. 2009 Feb;49(1):99-105.

Karram M, Lucente V, Khandwala S, Nilsson C, Artibani W, Dmochowski R (2007) An evaluation of the Gynecare TVT Secur system (tension-free support for incontinence) for the treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S3

Karram MM, Segal JL, et al. Complications and untoward effects of the tension-free vaginal tape procedure.; Obstetrics and Gynecology,101:929-32. ,01-May-03

Karsenty G, et a. Severe soft tissue infection of the thigh after vaginal erosion of transobturator tape for stress urinary incontinence; Int Urogynecol J 2007;18:207- 221

Kasturi S, Diaz S, McDermott C et al: De novo stress urinary incontinence after negative prolapse reduction stress testing for total vaginal mesh procedures: incidence and risk factors. Am J Obstet Gynecol. 2011 Nov;205(5):487.e1-4. Epub 2011 Jul 20. .

Katz, S.. Bacterial adherence to surgical sutures: a possible factor in suture induced infections.; Ann Surg, 194:35-41

Kavvadias T, Klinge U, Schuessler. "Ch. 56 Alloplastic Implants for the Treatment of Stress Urinary Incontinence"; Hernia Repair Sequelae , editors, V. Schumpelick, RJ Fitzgibbons, Springer-Verlag publ, 2010, pp. 439-444

Kennelly MJ, et al. Prospective evaluation of a single incision sling for stress urinary incontinence; J Urology (2010)184: 604-609

Kessler, D: Introducing a New Approach to Reporting Medication and Device Adverse Effects and Product Problems: JAMA, June 2, 1993 – Volume 269, No 21

Khandwala S, Jayachandran C et al: Experience with TVT-Secur sling for stress urinary incontinence: a 141 case analysis. Int Urogynecol J (2010) 21:767–772.

Khandwala S, Jayachandran C: Transvaginal mesh surgery for pelvic organ prolapse--Prolift + M: a prospective clinical trial. Int Urogynecol J. 2011 Nov;22(11):1405-11

Khandwala S, Lucent V, et al. Preliminary Results of Peri-Operative and 3-Month Outcomes From a World-Wide Observational Registry of Tension-Free Vaginal Tapes in Women with Stress Urinary Incontinence; ICS Abstract 493

Khanuengkitkong S, et al. Delayed vaginal and urethral mesh exposure:  10 years after TVT surgery; Int Urogynecol J (2013) 24: 519-521

Killingsworth LB. Wheeler TL. Burgio KL . Martirosian TE. Redden DT. Richter HE. One year outcomes of tension free vaginal tape (TVT) mid- urethral slings in overweight and obese women . Int Urogynecol Journal 20: 1103-1108, 2009.

Kim J, Na Y, Lee J, Seo J. et al.. Comparative Study of Tension-free Vaginal Tape (TVT) and Suprapubic arc (SPARC) Sling Procedure for Female Stress Urinary Incontinence.; V. Schumpelick, RJ Fitzgibbons, Springer-Verlag publ, 2010, pp. 439-444

Kim JY, Jung HC, Moon KH, et al. Comparisons of IRIS, TVT and SPARC Procedure for Stress Urinary Incontinence.; European Urology Supplement

Kim Y, Kim S, Kim W et al: Acute and serious myositis with abscess in thigh muscle after transobturator tape implantation. Int Neurourol J. 2010 Oct;14(3):182-5. Epub 2010 Oct 31.

King AB, Wolters JP, Klausner AP, Rapp DE.  Vaginal Symptoms and Sexual Function After Tension-free Vaginal Tape-obturator Placement: Minimum 12-Month Follow-up. Urology. 2013 Jan;81(1):50-4. Epub 2012 Nov 30.

Kjolhede, Preben. Long-term efficacy of Burch colposuspension: a 14 year follow-up study; Acta Obstet Gynecol Scand 2005: 84:767-772

Kjolhede, Preben. Prognostic factors and long-term results of the Burch colposuspension; Acta Obstet Gynecol Scand 1994; 73: 642-64

Klein-Patel M, et al. Ultra-lightweight synthetic mesh has similar cellular response but increased tissue ingrowth relative to heavier weight prototype; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Klinge U, et al. High structural stability of textile implants prevents pore collapse and preserves effective porosity at strain; BioMed Research Internal (2015) Art ID 953209; 1-7

Klinge U, Klosterhalfen B, Muller M et al:  Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

Klinge U, Klosterhalfen M, Muller A et al:  Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

Klinge U, Klosterhalfen M: Modified classification of surgical meshes for hernia repair based on the analysis of 1,000 explanted meshes. Hernia. 2012 Jun;16(3):251-8. Epub 2012 May 5.

Klinge U, Park J, Klosterhalfen B: The ideal mesh? Pathobiology 2013;80:169–175.

Klinge, U., et al. Do Multifilament Alloplastic Meshes Increase the Infection Rate?  Analysis of the Polymeric Surface, the Bacteria Adherence, and the In Vivo Consequences in a Rat Model; J Biomed Mater Res 2002; 63:765-771

Klinge, U., et al. Shrinking of Polyproplene Mesh In Vivo:  An Experimental Study in Dogs; Eur J Surg. 1998: 164; 965-969

Klinge, U., Koch, A., Weyhe, D., Nicolo, E., Bendavid, R. and Fiebeler, A. (2014) Bias-Variation Dilemma Challenges Clinical Trials: Inherent Limitations of Randomized Controlled Trials and Meta-Analyses Comparing Hernia
Therapies. International Journal of Clinical Medicine, 5, 778-789. http://dx.doi.org/10.4236/ijcm.2014.513105

Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17.

Klosterhalfen B, Klinge U, Schumpelick V (2001) Carcinogenicity of implantable biomaterials. In: Bendavid R (ed) Abdominal Wall Hernias: principles and management. Springer, New York, pp 235–236.

Klosterhalfen B, Klinge U: Retrieval study at 623 human mesh explants made of polypropylene - impact of mesh class and indication for mesh removal on tissue reaction. J Biomed Mater Res B Appl Biomater. 2013 May 19. doi: 10.1002/jbmb.32958. [Epub ahead of print].

Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [Abstract]  Chirugr 2000;71:43-51.

Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.

Klutke C, Siegel S, Carlin B, et al: Urinary retention after tension free vaginal tape procedure: incidence and treatment. Urology. 2001 Nov;58(5):697-701.

Kobashi KC. Management of Erosion of Graft Materials in Pelvic Floor Reconstruction; The Scientific World J (2009) 9, 32-26

Kobashi, K, et al. Erosion of Woven Polyester Pubovaginal Sling; The Journal of Urology, Vol. 162, 2070-72 (Dec 1999)

Kobashi, K, et al. Management of Vaginal Erosion of Polypropylene Mesh Slings; The Journal of Urology, Vol. 169, 2242-2243 (June 2003)

Koch YK, Zimmern P, A critical overview of the evidence base for the contemporary surgical management of stress incontinence, Current Opinion in Urology, 2008 Jul; 18 (4): 370-6.

Kociszewski J. Tape Functionality: Sonographic Tape Characteristics and Outcome After TVT Incontinence Surgery; Neurourol Urodynam. 27.6 (2008): 485-490

Koelbl H, Halaska M,et al. Burch Colposuspension and TVT: Perioperative Results of a Prospective Randomized Trial in Patients with Genuine Stress Incontinence.; Neurourol Urodyn 22 (2003): 327.

Kölle D, Tamussino K, Hanzal E, et al. Bleeding complications with the tension-free vaginal tape operation. Am J Obstet Gynecol. 2005;193:2045–9.

Kondo A, Isobe Y, Kimura K, et al. Efficacy, Safety and Hospital Costs of Tension-free Vaginal Tape and Pubovaginal Sling in the Surgical Treatment of Stress Incontinence.; J Obstet Gynaecol Res. 2006 Dec;32(6):539-44.

Koo et al:  Pelvic Congestion Syndrome and pelvic varicosities.  Tech Vasc Interv Radiol. 2014 Jun;17(2):90-5.

Koops, S, et al. What determines a successful tension-free vatinal tape?  A prospective multicenter cohort study: Results from The Netherlands TVT database; Am J Obstet Gynecol (2006) 194. 65-74

Krambeck A, Dora C, Elliott D. Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model. Urology. 2006 May;67(5):1105-10.

Krause H, Bennett M, Forwood M. Biomechanical properties of raw meshes used in pelvic floor reconstruction. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1677-81

Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model.  Aust N Z J Obstet Gynaecol. 2006 Feb;46(1):42-5.

Krauth JS, Rasoamiaramanana H,et al. Sub-urethral tape treatment of female urinary incontinence--morbidity assessment of the trans-obturator route and a new tape (I-STOP): a multi-centre experiment involving 604 cases; European Urology

Krlin R, Murphy A, Goldman H: Pro: the contemporary use of transvaginal mesh in surgery for pelvic organ prolapse. Curr Opin Urol. 2012 May 19. [Epub ahead of print]

Krofta L, et al. TVT and TVT-O for Surgical Treatment of Primary Stress Urinary Incontinence Prospective Randomized Trial.; Int Urogynecol J 2010;21:141-148

Krofta L, Feyereisl J et al: TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. Int Urogynecol J (2010) 21:779–785

Kruger J, Dunning D:  Unskilled and unaware of it: How difficulties in recognizing one's own incompetence lead to inflated self-assessments.  J Pers Soc Psychol 1999 Dec;77(6):1121-34.

Kuhn A, Burkhard F, et al; Sexual function after suburethral sling removal for dyspareunia. Surg Endosc. 2009 Apr;23(4):765-8

Kuhn A, Burkhard F, et al; Sexual function after suburethral sling removal for dyspareunia. Surg Endosc. 2009 Apr;23(4):765-8.

Kuo HC.. Comparison of video urodynamic results after the pubovaginal sling procedure using rectus fascia and polypropylene mesh for stress urinary incontinence; The Journal of Urology,65:163-8,01-Jan-01

Kuuva N and Nilsson CG.. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure; Acta Obstetricia et Gynecologica Scandinavica ,81:72-7,01-Jan-02

Kuuva, N, et al.. Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women; Acta Obstetricia Gynecologica Scandanavica 2006(85: 4 482-87)

Kwon S, Latchamsetty K et al:  Inflammatory myofibroblastic tumor of the urinary tract following a TVT. Female Pelvic Med Reconstr Surg. 2012 Jul-Aug;18(4):249-51

Kwon SY, Latchamsetty KC, et al. Inflammatory Myofibroblastic Tumor of the Urinary Tract Following a TVT; Female Pelvic Medicine & Recontructive Surgery,18:249-51,01-Jul-12

L. Velemir, B. Fatton, B. Jacquetin: Mesh shrinkage: How to asses, how to prevent, how to manage. IUGA Como, Italy June 16-20, 2009

Labrie J, van der Graaf Y,et al. Protocol for physiotherapy OR TVT Randomised efficacy trial (PORTRET): a multicenter randomized controlled trial to assess the cost-effectiveness of the tension free vaginal tape versus pelvic floor muscle training in women with symptomatic moderate to s; BMC Women's Health 2009;9:24-32

Landsheere L, Ismail S, Lucot J et al: Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up.  Am J Obstet Gynecol. 2012 Jan;206(1):83.e1-7.

Langer et al:  Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int urogynecol J. Pelvic Floor Dysfunction.   2001;12(5):323-6; discussion 326-7.

Lapitan MC, Cody JD, and et al. Open retropubic colposuspension for urinary incontinence in women.; Cochrane Database of Systematic Reviews ,CD002912,21-Jan-09

Larsson PG, Teleman P, Persson J (2010) A serious bleeding complication with injury of the corona mortis with the TVT-Secur procedure. Int Urogynecol J Pelvic Floor Dysfunct doi:10.1007/s00192-010-1103-7

LaSala C, Schimpf M: Occurrence of Postoperative hematomas after prolapse repair using a mesh augmentation system. Obstet Gynecol. 2007 Feb;109(2 Pt2):569-72.

Latthe PM, Foon R, and Toozs-Hobso. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications; BJOG 2007; 114:522-531

Latthe PM, Singh P, Foon R, et al. Two routes of transobturator tape procedures in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials.; BJUI 2009; 106:68-76

Laurikainen E, Valpas A, Kivelä A, Kalliola T, Rinne K, Takala T, Nilsson CG:  Retropubic compared with transobturator tape placement in treatment of urinary incontinence: arandomized controlled trial.  Obstet Gynecol. 2007 Jan;109(1):4-11.

Lawndy S, Withagen M, Kluivers et al: Between hope and fear: patient's expectations prior to pelvic organ prolapse surgery.  Int Urogynecol J (2011) 22:1159-1163.

Lee D, Bacsu C, et al. Meshology:  a fast-growing field involving mesh and/or tape removal procedures and their outcomes; Expert Rev. Med Devices Early online 1-16 (2014)

Lee D, Dillon B, Lemack G, et al. "Transvaginal Mesh Kits-- How ""Serious"" Are the Complications and Are They Reversible?"; Urology 81: 43-49, 2013

Lee KS, Choo MS, Lee YS, et al. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of femals stress urinary incontinence; Int Urogynecol J. (2008) 19:577-582.

Lee KS, Han DH, Choi YS, et al. A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year follow up.; J Urology (2007) 177: 214-218

Letouzey V, Deffieux X, Gervaise A et al:  Transvaginal cystocele repair using a tension-free polypropylene mesh: more than 5 years of follow-up. Eur J Obstet Gynecol Reprod Biol. 2010 Jul;151(1):101-5.

Levin I, Groutz A, Gold R, et al. Surgical Complications and Medium-term Outcome Results of Tension-free Vaginal Tape: A Prospective Study of 313 Consecutive Patients.; Neurology and Urodynamics ,23:7-9,01-Jan-04

Levy, B., et al. Best Options, Techniques, and Coding Tips for Pelvic Prolapse Repair; OBG Management Supp.Sept. 2007; S1-S12

Li B, Zhu L, Lang J, Fan R,et al. Long-term Outcomes of the Tension-Free Vaginal Tape Procedure for Female Stress Urinary Incontinence:  7-Year Follow-up in China; J Min Invas Gynecol 2012; 19(2):201-205

Li X, et al.. Characterizing the ex vivo mechanical properties of synthetic polypropylene surgical mesh; J Mechanical Behavior Biomedical Materials (2014) 48-55

Liang R, Abramowitch S, et al. Vaginal Degeneration Following Implantation of Synthetic Mesh With Increased Stiffness; BJOG (2013); 120(2): 233-243

Liang R, et al. Impact of prolapse meshes on the metabolismof vaginal extracellular matrix in rhesusmacaque; Am J Obstet Gynecol 2015;212:174.e1-7.

Liang R, et al. Increasing stiffness of synthetic mesh negatively impacts vaginal connective tissue; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Liapis A, Bakas et al: Tension-free vaginal tape for elderly women with stress urinary incontinence. International Journal of Gynecology & Obstetrics Volume 1, Pages 48-51, January 2006.

Liapis A, Bakas G: Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Urogynecol J (2008) 19:185–190

Liapis A, Bakas P, et al. Tension-free Vaginal Tape for Elderly Women with Stress Urinary Incontinence.; International Journal of Gynecology & Obstetrics (2006) 92, 48-51

Liapis A, Bakas P, Giner M, et al. Tension-free vaginal tape versus tension-free vaginal tape obturator in women with stress urinary incontinence; Gynecol Obstetric Invest 62:160-164

Liapis A. Bakas P. Creatsas G. Long term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7- year follow up. Int Urogynecol J 19: 1509-1512, 2008.

Liebert T, Chartoff R, Costgrove S. Subcutaneous Implants of Polypropylene Filaments. J.Biomed. Mater. Res. 1976; 10:939-951, Williams D. Review Biodegradation of surgical polymers. Journal of Materials Science. 1982; 17:1233-1246

Lim J, Cornish A et al: Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. BJOG. 2006 Nov;113(11):1315-20.

Lim YN, et al. Do the Advantage slings work as well as the tension-free vaginal tapes?; Int Urogynecol J (2010) 21:1157-1162

Lim YN, Muller R, et al. "Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial."; Australian and New Zealand Journal of Obstetrics and Gynaecology,45:52-9,24-Feb-05

Lin A, Wang et al:  In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar;173(3):894-7.

Lindstrom D, Sadr Azodi O, Wladis A, et al. Effects of a perioperative smoking cessation intervention on postoperative complications: A randomized trial. Ann Surg 2008;248:739–45.

Lisa Rogo-Gupta, Shlomo Raz. "Pain Complications of Mesh Surgery." Goldman, Howard B. *Complications of Female Incontinence and Pelvic Reconstructive Surgery* . Human Press, 2013. 87-105.

Litwiller JP, et al. Effect of lithotomy positions on strain of the obturator and lateral femoral cutaneous nerves; Clin Anat 2004 Jan; 17(1): 45-9

Litwiller, SE et al. Presentation Number: Poster 109 Long term efficacy and safety of the Obtryxtm (Boston Scientific Corp.) sling for treatment of stress urinary incontinence in a community setting:  an analysis of outcomes and quality of life; J Pelvic Med & Surg (2009) 12(5) 353

Liu PE, Su CH, Lau HH, et al. Outcome of tension-free obturator tape procedures in obese and overweight women.; Int Urogynecol J. 2011 Mar;22(3):259-63. doi: 10.1007/s00192-010-1311-1. Epub 2010 Nov 12.

Lopes E, Lemos N, Carramao S et al: Transvaginal polypropylene mesh versus  sacrospinous ligament fixation for the treatment of uterine prolapse: 1-year follow-up of a randomized controlled trial. Int Urogynecol J. 2010 Apr;21(4):389-94.

Lord HE, Taylor JD, et al. A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and suprapubic urethral support sling for treating stress incontinence.; BJU International,98:367-76 (2006)

Lose G, et al:  Pad-weighing test performed with standardized bladder volume . Urology. 1988 Jul;32(1):78-80.

Lowder JL, Park AJ, Ellison R et al. The role of apical vaginal support in the appearance of anterior and posterior vaginal prolapse. Obstet Gynecol. 2008 Jan;111(1):152-7.

Lowman J, Woodman P et al: Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol. 2008 May;198(5):561.e1-4

Lowman J, Woodman P et al: Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol. 2008 May;198(5):561.e1-4.

Lowman JK, Woodman PJ, Nosti PA, et al. Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol. 2008;198:561.e1–561.e4.

Lowry, F. EAU 2009 Single-incision mid-urethral sling has high cure rate for stress urinary incontinence; Medscape. Mar 31, 2009

Lucas M, Emery S, Alan W, et al. Failure of porcine xenograft sling in a randomised controlled trial of three sling materials in surgery for stress incontinence (Abstract).; Proceedings of the International Continence Society (34th Annual Meeting) and the International UroGynecological Association. 2004.

Lucas, M, Bosch, R, et al.. EAU Guidelines on Surgical Treatment of Urinary Incontinence; European Urology 62 (2012) 1118-1129

Lucente V,  Jacquetin B, Miller D, et al: Tranvaginal Mesh (TVM) An innovative approach to placing synthetic mesh transvaginally for surgical correction of pelvic support defects--perioperative safety results.  (abstract and video submission only)

Lucente V, Hale D, Miller D et al: A clinical assessment of Gynemesh PS for the repair of pelvic organ prolapse (POP). (Poster presentation only)

Lucente V, Miller D, Babin B: Prospective clinical assessment of the Total Vaginal Mesh (TVM) technique for treatment of pelvic organ prolapse (POP)  6 &12 month results. (ABSTRACT ONLY)

Lucente V, Molden, S, Barker, M, Karram, M, Point-Counterpoint: Transvaginal Placement of Synthetic Grafts to repair Pelvic Organ Prolapse, Current Bladder Dysfunction Reports, 2008.

Lucioni A, Rapp D, Gong E et al: The surgical technique and early postoperative complications of the Gynecare Prolift pelvic floor repair system. Can J Urol. 2008 Apr;15(2):4004-8.

Mahdy A. Elmissiry M. Ghoniem GM. Urethral diverticulum after tension-free vaginal tape procedure: case report. Urology 72(2): 461.e5-461.e6, 2008.

Maher C, Feiner B, Baessier K, et al. Surgical management of pelvic organ prolapse in women. The updated summary version Cochrane review. Int Urogynecol J. 2011 Nov;22(11):1445-57. Epub 2011 Sep 17.

Maher C, Qatawneh A, et al. Laparoscopic Colposuspension or Tension-free Vaginal Tape for Recurrent Stress Urinary Incontinence and/or Intrinsic Sphincter Deficiency in a Randomized Controlled Trial.; Neurourol Urodyn 2004; 23:433-434

Mahmoud, W.M., Vieth, R.F., et al.. Migration of bacteria along synthetic polymeric fibers.; J Biomater Sci Polym Ed, 4(6):567-578

Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.

Mansoor A, Védrine N et al. Surgery of female urinary incontinence using transobturator tape (TOT): a prospective randomised comparative study with TVT (Abstract).; Neurourology and Urodynamics 22.5 (2003): 88-88.

Marchionni M, Bracco G, Checcucci V: True incidence of vaginal vault prolapse. Thirteen years of experience. J Reprod Med. 1999 Aug;44(8):679-84.

Marcus-Braun N, Bourret A, et al. Persistent pelvic pain following transvaginal mesh surgery: a cause for mesh removal; Euro J Obstet & Gynecol and Reprod Bio 162 (2012) 224-228

Marcus-Braun N, von Theobald P. Mesh removal following transvaginal mesh placement: a case series of 104 operations.; Int Urogynecol J (2010) 21:423-430

Marguilies R, Lewicky C, Dee F et al: Complications requiring reoperation following vaginal mesh kit procedures for prolapse. Am J Obstet Gynecol 2008; 199:678.e1-678.e4.

Margulis V, Defreitas G, Zimmern PE. Urinary retention after tension-free vaginal tape procedure: from incision to excision...to complete urethrolysis. Urology. 2001 Nov;58(5):697-701

Margulis V, Defreitas G, Zimmern PE. Urinary retention after tension-free vaginal tape procedure: from incision to excision...to complete urethrolysis. Urology. 2001 Nov;58(5):697-701.

Marks B, Goldman H. Controversies in the Management of Mesh-Based Complications:  A Urology Perspective; Urol Clin N Am 39 (2012) 419-428

Marsh F and Rogerson L.. Groin abscess secondary to trans obturator tape erosion: case report and literature review.; Neurol Urodynam 26:543-546, 2007

Marsh F, Assassa P (2007) An audit of the introduction of TVT Secur in clinical practice. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S26

Marszalek M. Roehlich M. Racz U. Metzenbauer M. Ponholzer A. Rauchenwald M. Madersbacher S. Sexual function after tension-free vaginal tape procedure. Urologia Internationalis. 78:126-129, 2007.

Martan A, Masata J, Svabik K (2007) Initial experience with TVT-Secur system procedure and the reason for persistent stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18 (Suppl 1):S26–S27

Martan A, Svabik K. et al.  Incidence and prevalence of complications after urogynecological and reconstructive pelvic floor surgery. Ceska Gynekol. 2007 Dec;72(6):410-5.

Martin-Alguacil N, Pfaff D et al: Clitoral sexual arousal: an immunocytochemical and innervation study of the clitoris. BJU Int. 2008 Jun;101(11):1407-13.

Martinez-Fornes. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence; Actas Urol Esp. 2009 Nov;[Deleted Object](10):1088-96

Mary, Celine, et al. Comparison of the In Vivo Behavior of the Polyvinylidene Floride and Polypropylene Sutures Used In Vascular Surgery; ASAIO Journal 1998: 199-206

Masata J, Hubka P: Pudendal neuralgia following transobturator inside-out tape procedure (TVT-O)--case report and anatomical study. Int Urogynecol J (2012) 23:505–507

Masata J, Svabik K: Randomized trial of a comparison of the efficacy of TVT-O and single incision tape TVT Secur systems in the treatment of stress urinary incontinent women--2-year follow-up. Int Urogynecol J (2012) 23:1403–1412.

Mathias SD, Kupperman M et al:  Chronic pelvic pain: prevalence, health-related quality of life, and economic correlates. Obstet Gynecol. 1996 Mar;87(3):321-

May, J, et al. M429 OUTCOME OF OBTRYX; Poster presentations / Inte J Gynecol & Obstet 11953 (2012) S531-S867

Mazouni, Chafika. Urinary complications and sexual function after the tension-free vaginal tape procedure; Acta Obstetricia et Gynecologica Scandinavica volume 83 Issue 10 pages 955-961 October 2004

McCracken, G.R.. Five Year Follow-Up Comparing Tension-Free Vaginal Tape and Colposuspension; Ulster Med J 2007; 76(3) 146-149

McNanley AR, et al. Poster Presentation Abstracts 108 Recovery after robotic sacrocolpopexy:  the patient's perspective; J Pelvic Med & Surg (2009) 12(5) 353

Medical Records of Dale Watkins

Meier, B. Group Faults the FDA on Oversight of Devices; New York Times 04/12/2011

Mellier G, Benayed B, et al. Suburethral tape via the obturator route: is the TOT a simplification of the TVT?; Int Urogynecol J (2004) 15: 227-232

Merritt, K.. Factors Influencing Bacterial Adherence to Biomaterials; J Biomater Appl. 1991;5:185-203

Meschia M, Bertozzi R et al:  Peri-operative morbidity and early results of a randomised trial comparing TVT and TVT-O.  Int Urogynecol J (2007) 18:1257–1261.

Meschia M, et al. Single-incision mid-urethral sling: impact of obesity on outcome.; Eur J Obstet Gynecol Reprod Biol 2013;170:571-574

Meschia M, et al. Tension-Free Vaginal Tape:  Analysis of Outcomes and Complications in 404 Stress Incontinent Women; Int Urogynecol J (2001) (Suppl 2): S24-S27

Meschia M, Pifarotti P, et al. A Multicenter Randomized Comparison of Tension-free Vaginal Tape (TVT) and Trans-obturator in-out Technique (TVT-O) for the Treatment of Stress Urinary Incontinence: One Year Results.; International Urogynecology Journal

Meschia M, Pifarotti P, et al. A randomized comparision of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence; Am J Obstet Gynecol. 2004 Mar;190(3):609-13.

Meschia M, Pifarotti P, et al. Tension-free Vaginal Tape (TVT) and Intravaginal Slingplasty (IVS) for Stress Urinary Incontinence: a Multicenter Randomized Trial.; Am J Obstet Gynecol. 2006 Nov;195(5):1338-42. Epub 2006 Jun 12

Miklos JR, Chinthakana O, et al. The IUGA_ICS classification of synthetic mesh complications in femals pelvic floor reconstructive surgery:  A multicenter study2; Int Urogynecol J (2014) 25 (Suppl 1):S140-S141

Milani A, Hinoul P, Gauld J, Cosson M, Prolift+M Investigators: Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1 year outcome. Am J Obstet Gynecol. 2011 Jan;204(1):74.e1-8. Epub 2010 Oct 20.

Milani R, Salvatore S, Soligo M, et al.  Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan;112(1):107-11.

Milani R, Withagen M, The H et al: Sexual function following trocar-guided mesh or vaginal native tissue repair in recurrent prolapse: a randomized controlled trial. J Sex Med. 2011 Oct;8(10):2944-53.

Miller D, Lucente V, et al. Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse-5-year results.; Female Pelvic Med Reconstr Surg 2011; 17: 139-143

Miller JR, Botros SM, et al. Comparing stress urinary outcomes of tension free vaginal tape with transobturator tape sling: a retrospective cohort study; Presented at ICS 2005, 35th annual meeting of the International Continence Society, Aug. 31-Sept. 2, 2005, Montreal, Canada.

Mirosh M and Epp A.. TVT vs laparoscopic Burch colposuspension for the treatment of stress urinary incontinence.;
http://www.ics.org/Abstracts/Publish/43/00640.pdf

Mischinger J, et al. Different surgical approaches for stress urinary incontinence in women; Minerva Ginecol 2013; 65: 21-8

Misrai V, Roupret M, et al. Surgical resection for suburethral sling complications after treatment for stress urinary incontinence; J Urol 2009 May;181(5):2198-202; discussion 2203

Moalli, P., et al. Tensile Properties of Five Commonly Used Mid-Urethral Slings Relative to the TVT; Int Urogynecol J (2008) 19:655-663

Mokrzycki M, Hampton B: Pelvic arterial embolization in the setting of acute hemorrhage as a results of the anterior Prolift Procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jul;18(7):813-5.

Molden S, Lucente V: New Minimally invasive slings: TVT Secur:  Current Urology Reports September 2008, Volume 9, Issue 5, pp 358-361

Moldovan C et al:  Transvaginal retropubic sling systems: efficacy and patient acceptability. Int J Womens Health. 2015 Feb 16;7:227-37. doi: 10.2147/IJWH.S59265. eCollection 2015.

Moller AM, Villebro N, Pedersen T, et al. Effect of preoperative smoking intervention on postoperative complications: A randomised clinical trial. Lancet 2002;359:114–7.

Montefiore, E, Frobert J et al. Peri-Operative Complications and Pain After the Suburethral Sling Procedure for Urinary Stress Incontinence: A French Prospective Randomised Multicentre Study Comparing the Retropubic and Transobturator Routes. Eur Urol. 2006 Jan;49(1):133-8. Epub 2005 Nov 2.

Montoya TI, et al. Anatomic relationships of pudendal nerve branches; Am J Obstet Gynecol 2011; 205: 504.e1-5

Moon, HB., et al. Occurrence and Accumulation Patterns of Polycyclic Aromatic Hydrocarbons and Synthetic Musk Compounds in Adipose Tissues of Korean Females.; Chemosphere. (2012) 86:485-90

Moore R, Mitchell G, et al. "ICS Abs 827 MiniArc single incision sling: 1 year follow-up on a new minimally invasive treatment for female SUI."; International Continence Society Mtg 2009

Moore RD, et al. Minimally Invasive Treatment for Female Stress Urinary Incontinence; Expert Rev Obstet Gynecol 3(2), 257-272 (2008)

Moore RD, Miklos JR.. Single incision mini-sling. 1 year follow-up on a new minimally invasive treatment for female SUI.; Int Urogyn J 2009;20(Suppl 3):S312-313 IUGA Abs 298

Moore WS, Hall AD. Late Suture Failure in the Pathogenesis of Anastomotic False Aneurysms; Annals of Surgery 172.6 (1970):1064-1068

Morey AF, Medendorp AR, Noller MW, Transobturator versus transabdominal mid urethral slings: a multi-institutional comparison of obstructive voiding complications. J Urol. 2006 Mar;175(3 Pt 1):1014-7

Morey AF, Medendorp AR, Noller MW, Transobturator versus transabdominal mid urethral slings: a multi-institutional comparison of obstructive voiding complications. J Urol. 2006 Mar;175(3 Pt 1):1014-7.

Morgan TO Jr1, Westney OL, et al. Pubovaginal sling: 4-YEAR outcome analysis and quality of life assessment. J Urol. 2000 Jun;163(6):1845-8.

Moride Y, et al. Under-reporting of adverse drug reactions in general practice; Br J Clin Pharmacol 1997; 43: 177-181

Morley R and Nethercliffe J.. Minimally invasive surgical techniques for stress incontinence surgery.; Best Practice & Research Clinical Obstetrics & Gynaecology ,19:925-40,07-Nov-05

Morton HC, et al. Urethral injury associated with minimally invasive mid-urethral sling procedures for the treatment of stress urinary incontinence:  a case series and systematic literature search; BJOG 2009;1 16:1120-1126

Mostafa A, et al. Single-incision mini-slings versus standard midurethral slings in surgical management of female stress urinary incontinence: An updated systematic review and meta-analysis of effectiveness and complications; Eur Urol 2014;65:4-2-427.

Mostafa A, Agur W, Abdel-All M, et al. Multicenter Prospective Randomized Study of Single-incision Mini-sling Vs Tension-free Vaginal Tape-obturator in Management of Female Stress Urinary Incontinence: A Minimum of 1-Year Follow-up. Urology. 2013 Jul 8. pii: S0090-4295(13)00562-1. doi: 10.1016/j.urology.2013.02.080. [Epub ahead of print]

Mostafa A, Agur W, Abdel-All M, et al:  A multicentre prospective randomised study of single-incision mini-sling (Ajust®) versus tension-free vaginal tape-obturator (TVT-O™) in the management of female stress urinary incontinence: pain profile and short-term outcomes.   Eur J Obstet Gynecol Reprod Biol. 2012 Nov;165(1):115-21.

Mothos et al:  Systematic assessment of surgical complications in 438 cases of vaginal native tissue repair for pelvic organ prolapse adopting Clavien–Dindo classification. Arch Gynecol Obstet DOI 10.1007/s00404-014-3549-1

Mouzoon, N, Garome, M, et al.. Substantially Unsafe Medical Devices Pose Great Threat to Patients; Safeguards Must be Strengthened, Not Weakened; Public Citizen, February 2012

Mucowski SJ, Jurnalov C, Phelps JY. Use of vaginal mesh in  the  face of recent FDA warnings and litigation. Am J Obstet Gynecol. 2010 Aug;203(2):103.e1-4. doi: 10.1016/j.ajog.2010.01.060. Epub 2010 Mar 15.

Mueller, ER. Retropubic Bladder Neck Suspensions; In H.B. Goldman (Ed.), Complications of Female Incontinence and Pelvic Reconstructive Surgery (pp. 107-114):  Humana Press

Muffy TM, et al. Interventional Radiologic Treatment of pelvic hemorrhage after placement of mesh for reconstructive pelvic surgery; Obstet Gynecol 2012; 119:459-62

Muhl, T., Binnebösel, M., Klinge, U., Goedderz, T.: New Objective Measurement to Characterize the Porosity of Textile Implants, Journal of Biomedical Materials Research Part B: Applied Biomaterials 84B: 176–183, 2008.

Muir TW, Tulikangas PK, Fidela Paraiso M, Walters MD. The relationship of tension-free vaginal tape insertion and the vascular anatomy.  Obstet Gynecol. 2003 May;101(5 Pt 1):933-6.

Murphy (Lucente, Goldman) - Time to rethink: an evidence-based response from pelvic surgeons to the FDA safety communication: "Update on serious complications associated with transvaginal placement of surgical mesh for pelvic organ prolapse."  Int Urogynecol J (2012) 23:5-9.

Murphy M, Sternschuss G, Haff R, van Raalte H, Lucente V: Quality of life and surgical satisfaction after vaginal reconstructive vs. obliterative surgery for the treatment of advanced pelvic organ prolapse. Am J Obstet Gynecol. 2008 May;198(5):573.e1-7.

Murphy M, van Raalte H, et al. "Incontinence-related quality of life and sexual function following the tension-free vaginal tape versus the ""inside-out"" tension-free vaginal tape obturator."; Int Urogynecol J (2008) 19:481-487

N/A. "American National Standard Biological evaluationof medical devices--Part 7:  Ethylene oxide sterilization residuals"; ANSI/AAMI/ISO 10993-7:2008

N/A. "IUGA Sexual Dysfunction in Women Roundtable, June 6-8, 2008, Lago Mar Resort, Fort Lauderdale, Florida, USA"; Int Urogynecol J (2009) 20 (Suppl 1): S1-S2

N/A. 2005 IUGA Grafts Roundtable  International Urogynecological Association:  The Usage of Grafts in Pelvic Reconstructive Surgery Symposium 2005 July 8-10, 2005, Lago Mar Resort, Fort Lauderdale FL, USA; Int Urogynecol J (2006) 17: S1-S3

N/A. Discrepancies between trial results reported on clinical trial registry and in journals; Medical Press medicalxpress.com March 11, 2014

N/A. Emedicine – Medscape.com (2013) Burch colposuspension;

N/A. Emedicine – Medscape.com (2013) Vaginal sling procedures;

N/A. FDA.gov (2013) Stress Urinary Incontinence;

N/A. Hazardous Substances; CAW Health, Safety & Environment Fact Sheet, Aug 2011

N/A. IAGE News Letter 2011-2012;

N/A. Medical Devices and the Public's Health The FDA 510(k) Clearance Process at 35 Years; IOM Report Brief July 2011

N/A. Netdoctor.com (2013) Stress Urinary Incontinence – Pelvic Floor exercise;

N/A. Regulatory Issues:  FDA urged to replace 510(k) process; OR Manager (2011) 27;9: 1

N/A. WebMD.com (2013) Mechanical devices for Urinary Incontinence in Women;

N/A. Wikipedia.org (2013) Urinary Incontinence;

N/A. Womensdoctor.com (2013) Burch Procedure and Paravaginal Repair;

Nager C, Albo M:  Testing in women with lower urinary tract dysfunction. Clin Obstet Gynecol. 2004 Mar;47(1):53-69.

Nambiar A, Cody JD, Jeffery ST. Single-incision sling operations for urinary incontinence in women (Review). The Cochrane Library, 2014, Issue 6.

Natale, F, La Penna C, Padoa A et al: A prospective randomized controlled study comparing Gynemesh®, a synthetic mesh, and Pelvicol®, a biologic graft, in the surgical treatment of recurrent cystocele.  Int Urogynecol J (2009) 20:75-81.

Naumann G, Lobodasch K,et al. Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery.; http://www.ics.org/Abstracts/Publish/44/000481.pdf

Nazemi TM, Yamada B, et al. Minimum 24-Month Followup of the Sling for the Treatment of Stress Urinary Incontinence; The Journal of Urology,179:596-9,21-Dec-07

Nerli RB, Kumar AG, Koura A, Prabha V, Alur SB. Transobturator vaginal tape in comparison to tension free vaginal tape: A prospective trial with a minimum 12 months follow-up. Indian J Urol. 2009 Jul;25(3):321-5.

Neuman M, Sosnovski V, et al. Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence: early postoperative pain and 3-year follow-up.; J Minim Invasive Gynecol. (2011) 18: 769-773

Neuman M. Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence:  Early Postoperative Pain and 3-year Follow Up. J Min. Invas. Gynecol 2011 Nov-Dec;18(6):769-73.

Neuman M. TVT and TVT Obturator comparison of two operative procedures; European J Obstet & Gynecol and Reproduct Biology 131 (2007) 89-92

Neuman M; TVT-Obturator: Short term data on an operative procedure for the cure of female stress urinary incontinence performed on 300 patients . 51:1083-1088, 2007.

Nezhat FR, et al. Robotic-assisted laparoscopic transection and repair of an obturator nerve during pelvic lymphadenectomy for endometrial cancer; Obstet Gynecol 2012; 119: 462-4

Nguyen JN and Burchette RJ.. Outcome after anterior vaginal prolapsed repair: a randomized controlled trial.; Obstetrics & Gynecology (2008),111 (4):891-898

Nguyen JN, Jakus-Waldman SM, et al. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants.; Obstetrics & Gynecology, (2012)119(3):539-546

NICE Guidance. http://guidance.nice.org.uk/index.jsp?action=article&o=32572;

NICE. 2013-NICE-urinary incontinence p24- Synthetic tapes; NICE clinical guideline 171 pg 24

NICE. Clinical Guideline 171 Urinary Incontinence:  The management of urinary incontinence in women; NICE clinical guideline 171 (2013)

NICE. Eighth Report of Session 2012-13 Volume ll;

NICE. Urinary Incontinence.  The management of urinary incontinence in women  Issued:  September 2013; NICE clinical guideline 171

NICE. Urinary incontinence: The management of urinary incontinence in women; NICE clinical guideline 171 (2013)

Niemczyk P, Klutke JJ, Carlin BI, Klutke CG. United States experience with tension-free vaginal tape procedure for urinary stress incontinence: assessment of safety and tolerability.  Tech Urol. 2001 Dec;7(4):261-5

Nieminen K, Hiltunen R, Heiskanen E et al: Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1611-6. .

Nieminen K, Hiltunen R, Takala T, et al. Outcomes after anterior wall repair with mesh: a randomized controlled trial with a 3 year follow-up. Am J Obstet Gynecol. 2010 Sep;203(3):235. .

Nienhuijs S, et al.  Chronic pain after mesh repair of inguinal hernia: a systematic review. American Journal of Surgery 2007; 194(3): 394-400. (11% incidence chronic mesh inguinal hernia pain)

Nilsson C G, Palva K, Rezapour M, Falconer C. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J. 2008;19:1043-1047

Nilsson C.G., et al. Reprint: Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence; Int Urogynecol J (2001)(Supp. 2):S5-S8 Eth.Mesh.00159481-00159484

Nilsson CG, et al. Seven year follow up of the tension free vaginal tape procedure for treatment of urinary incontinence; Obstet Gynecol 2004; 104: 1259-62

Nilsson CG, et al. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence; Int Urogynecol J 24, 1265-1269 (2013)

Nilsson CG, Kuuva N, Falconer C, Rezapour M, and Ulmsten U. Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. The International Urogynecology Journal,,23-Jun-05

Nilsson, C. Creating a gold standard surgical procedure: the development and implementation of TVT; Int Urogynecol J DOI 10.1007/s00192-014-2616-2 (2015)

Nilsson, CG, et al. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence2; Int Urgynecol J (2008) 19:1043-1047

Noblett KL, Shen B, et al. Lynx midurethral sling system: a 1-year prospective study on efficacy and safety; 5479411

Norton, P. New technology in gynecologic surgery. Is new necessarily better?; Obstet & Gynecol (2006)108(3)2:707-708

Nossier S, et al. Presentation Number:  Poster 30 Safety and efficacy of the Solyx™ single-incision sling system; Female Pelvic Medicine & Reconstructive Surgery (2010) 16(5)2:S110-S1111

Novara G et al: Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol. 2010 Aug;58(2):218-38.

Novara G, et al. Tension-free midurethral slings in the treatment of female stress urinary incontinence:  a systematic review and meta-analysis of randomized controlled trials of effectiveness; European Urol 52 (2007) 663-679

Novara G, et at, Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension free midurethral tapes to other surgical procedures and different devices, European Urology, 2008 Feb: 53 (2): 288-308.

Novara G, Galfano A, Mancini M, Ficarra V, and Artibani W.  Critical Assessment of Pelvic Floor Surgical Reconstruction Outcome; European Association of Urology;,4:202-13,01-Oct-06

Nygaard I, Barber MD, Burgio KL, Kenton K, Meikle S, Schaffer J, Spino C, Whitehead WE, Wu J, Brody DJ; and Pelvic Floor Disorders Network.  Prevalence of symptomatic pelvic floor disorders in US women; Journal of the American Medical Association,300:1311-6 ,17-Sep-08

Nygaard I, Brubaker L, Zyczynski HM, Cundiff G, Richter H, Gantz M, Fine P, Menefee S, Ridgeway B, Visco A, Warren LK, Zhang M, and Meikle S. Long-term Outcomes Following Adbdominal Sacrocolpopexy for Pelvic Organ Prolapse;  The Journal of American Medical Association,309:2016-24,15-May-13

Nygaard IE, McCreery R, Brubaker L, Connolly A, Cundiff G, Weber AM, Zyczynski H; Pelvic Floor Disorders Network.  Abdominal sacrocolpopexy: a comprehensive review.  Obstetrics & Gynecology,104:805-23,01-Oct-04

Nygaard, I. Approval Process for Devices and Mesh for Surgical Treatment of Pelvic Organ Prolapse and Urinary Incontinence; Clinical Obstet and Gynecol (2013) 56(2): 229-231

Nyguyen J, Burchette R. Outcomes after anterior vaginal prolapse repair: a randomized controlled trial.  Obstet Gynecol. 2008; 111(4):891-8.

Ogah J, Cody DJ, and Rogerson L.. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane Review; Neurourology and Urodynamics(2011)30:284-291

Ogle CA, Linder BJ, Elliott DS. Holmium laser excision for urinary mesh erosion: a minimally invasive treatment with favorable long-term results. Int Urogynecol J. 2015 Jun 11.

OHSU. Clinical trial results inconsistently reported among journals, government website _ News _ OHSU; 03/31/14 Portland, Ore.

Okcu G, Erkan S, Yercan HS, Ozic U (2004) The incidence and location of corona mortis. Acta Orthop 75:53–55.

Okulu E, Kayigil O, et al. Use of three types of synthetic mesh material in sling surgery - a prospective randomized clinical trial evaluating effectiveness and complications; Scandinavian J Urology 2013; 47: 217-224

Oliveira R, Botelho F et al: Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT-Secur, and Mini-Arc: Results at 12-Month Follow-Up. Eur Urol. 2011 Jun;59(6):940-4.

Olsen A, Smith V, Bergstrom J: Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet Gynecol. 1997 Apr;89(4):501-6.

One year results of a prospective randomized trial comparing the original inside-out transobturator (TVT-O™) procedure and a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence [abstract] ICS-IUGA,,23-Aug-10

Ortega-Castillo V and Neri-Ruz ES. Chapter 15: Surgical Complications with Synthetic Materials; Urinary Incontinence (book published by InTech),241-62,02-Apr-12

Osborn, D. J. et al. Analysis of patient and technical factors associated with midurethral sling mesh exposure and perforation. Int. J. Urol. 11, 1167–1170 (2014).

Osterberg, B., et al. Effect of Suture Materials on Bacterial Survival in Infected Wounds.  An Experimental Study; Acta Chir Scand.  1979; 145(7):431-4

Ostergard, Donald R. Presentation: "Polypropylene is Not Inert in the Human Body"

Ostergard D: Polypropylene vaginal mesh grafts in gynecology. Obstet Gynecol. 2010 Oct;116(4):962-6.

Ostergard DR. Degradation, infection and heat effects on polypropylene mesh for pelvic implantation:  what was known and when it was known; Int Urogynecol J (2011) 22:771-774

Ostergard DR. Lessons from the past:  directions for the future  Do new marketed surgical procedures and grafts produce ethical, personal liability, and legal concerns for physicians?; Int Urogynecol J (2007) 18:591-598

Ostergard, DR. Vaginal mesh grafts and the Food and Drug Administration; Int Urogynecol J (2010) 21: 1181-1183

Oswald, E. Turi. The Deterioration of Polypropylene By Oxidavive Degradation; Polymer Engineering and Science 5 (1965) 152-158

Otto, J., Kaldenhoff, E., Kirschner-Hermanns, R., Mühl, T., Klinge, U.: Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates, Journal of Biomedical Materials Research Part A , to be published in 2013

Ozog Y., et al. Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair; Int Urogynecol J published online:  12 May 2011

Ozog Y., et al. Weight of Polypropylene Mesh is Not the Only Property Defining in Vivo Mesh Biomechanics; IUGA Abstract 47

Pace G, Vicentini G: Female sexual function evaluation of the tension-free vaginal tape (TVT) and transobturator suburethral tape (TOT) incontinence surgery: results of a prospective study. J Sex Med. 2008 Feb;5(2):387-93.

Pacquee S, Palit G, Jacquemyn Y: Complications and patient satisfaction after transobturator anterior and/or posterior tension-free vaginal polypropylene mesh for pelvic organ prolapse. Acta Obstet Gynecol Scand. 2008;87(9):972-4.

Palma P, et al. Arcus to acrus microsling:  technique and preliminary results; Int Urogynecol J Accepted 23 February 2008

Palma P, et al. Monoprosthesis for anterior vaginal prolapse and stress uringary incontinence:  midterm results of an international multicentre prospective study; Int Urogynecol J (2011) 22:1535-1541

Palva K, Rinne K, Aukee P, Kivela A, Laurikainen E, Takala T, Valpas A, Nilsson C. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results; Int Urogynecol J(2010) 21: 1049-1055

Palva K, Rinne K, et al. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results; Int Urogynecol J(2010) 21: 1049-1055

Palva K, Rinne K, Nilsson CG. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J Pelvic Floor Dysfunct. 2010 Sep;21(9):1049-55.

Pandit A, Henry J. Design of surgical meshes - an engineering perspective. Technol Health Care. 2004;12(1):51-65.

Paplomata E, Balaxix D, Pantelis T et al: Genital floor repair using polypropylene meshes: a comparative study. (ABASTRACT ONLY).

Paraiso MF, Walters MD, et al. Laparoscopic Burch Colposuspension versus Tension-free vaginal tape: a randomized trial; Obstetrics & Gynecology (2004)104(6):1249-1258

Parden AM, Gleason JL, et al. Incontinence outcomes in women undergoing primary and repeat midurethral sling procedures.; Obstet Gynecol (2013);121(201):273-278

Pariente et.al., An independent biomechanical evaluation of commercially available suburethral slings.

Pariente, JL.. Mechanical evaluation of various suburethral tapes used for the treatment of stress urinary incontinence.; (2005) Progres en Urologie, 15 (6), pp. 1106-1109 (French - abstract only)

Park Y, Kim D: Randomized Controlled Study of Monarc vs. Tension-free Vaginal Tape Obturator  in the Treatment of Female Urinary Incontinence: Comparison of 3-Year Cure Rates. Korean J Urol. 2012 Apr;53(4):258-62.

Parnell, BA, et al. Gentiofemoral and Perineal Neuralgia After Transobturator Midurethral Sling;  Obstet Gynecol. 2012 Feb; 119(2 Pt 2):428-31

Paulson J, Baker J:  De novo Pudendal neuropathy after TOT-O surgery for stress urinary incontinence.
JSLS. 2011 Jul-Sep; 15(3): 326–330.

Pelvic Med Reconstr Surg, 2013. 19(4): p. 191-8.

Peoples, AJ., et al.  Determination of Volatile Purgeable Alogenated Hydrocarbons in Human Adipose Tissue and Blood Serum; Bull. Environm. Contam. Toxicol. 23, 244-249 (1979)

Persson J, Teleman P, Etén-Bergquist C, and Wølner-Hanssen P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure; Acta Obstetricia et Gynecologica Scand 2002 Nov; 81(11):1066-73

Peters A, et al. Referral Patterns for Pelvic Floor Surgical Prosthesis Complications:  From Symptom Onset and Initial Treatments to Evaluation at a Tertiary Care Center; Female Pelvic Med Reconstr Surg 2015;21:  116-120

Petri E, Ashok K. Comparison of late complications of retropubic and transobturator slings in stress urinary incontinence; Int Urogynecol J (2012) 23:321-325

Petri E, Ashok K. Complications of synthetic slings used in female stress urinary incontinence and applicability of the new IUGA-ICS classification2; Euro Obstet & Gynecol and Reproductive Biology J 165 (2012) 347-351

Petri E, Ashok, K:  Complications of synthetic slings used in female stress urinary incontinence and applicability of the new IUGA-ICS classification. Eur J Obstet Gynecol Reprod Biol. 2012 Dec;165(2):347-51. Epub 2012 Sep 1

Petros P, et al. Evolution of midurethral and other mesh slings – a critical analysis.; Neurology Urodynamics 2012;9999:1-7

Petros P, Richardson PA.. Midurethral tissue fixation system sling – a "micromethod" for cure of stress urinary incontinence – preliminary report.; Aust NZ J Obstet Gynaecol 2005;45:372-375

Petros PE and Ulmsten UI.. An integral theory of female urinary incontinence: Experimental and clinical considerations; Acta Obstet  Gynecol Scand (1990) 69 Suppl 153:7-31

Petros PEP, Richardson PA.. Midurethral tissue fixation system (TFS) sling for cure of stress incontinence – 3 year results.; Int Urogynecol J 2008;19:869-871.

Pezzone MA, Liang R, Fraser MO. A model of neural cross-talk and irritation in the pelvis: implications for the overlap of chronic pelvic pain disorders. Gastroenterology128: 1953–1964, 2005.

Pham S, Rodeheaver GT, et al. Ease of Continuous Dermal Suture Removal; J Emergence Med 1990; 8:539-543

Phillips L. Flood CG. Schutz JA. Case report of tension-free vaginal tape associated bowel obstruction and relationship to body habitus. Int Urogynecol Journal 20: 367-386, 2009

Pierce L, Grunlan M, Hou Y et al: Biomechanical properties of synthetic and biologic graft materials following long-term implantation in the rabbit abdomen and vagina. Am J Obstet Gynecol. 2009 May;200(5):549.e1-8.

Pierre, Gounon. Abstract "Histological analysis of peri prothetic tissues of mesh explanted for complication after SUI or POP surgery"; Universite de Nice Sophia Antipolis France

Pikaart DP, et al. Laparoscopic removal of pubovaginal polypropylene tension-free tape slings; JSLS (2006) 10:220-225

Pocock ST. The pros and cons of noninferiority trials; Fundamental & Clinical Pharmacol 17 (2003) 483-490

Polichetti M, et al. "IUGA Abs. 557 SUS(suburethral support): a new technique for short suburethral sling application"; Int Urogyn J 2009;20(Suppl 3):S477-478

Porena M, Costantini E et al: Tension-Free Vaginal Tape versus Transobturator Tape as Surgery for Stress Urinary Incontinence: Results of a Multicentre Randomised Trial. November 2007 (Vol. 52, Issue 5, pages 1481 - 1491).

Porena M, Costantini E, et al. Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial.; Eur Urology, (2007)52:1481-1490

Portney S. Advertising and Promotion of Medical Devices; J Health Law (2006) 39(2) 265-282

Postlethwait RW. Five Year Study of Tissue Reaction to Synthetic Sutures; Ann Surg 190(1):54-57 (1979)

Postlethwait RW. Long-Term Comparative Study of Nonabsorbably Sutures; Ann Surg (1970) 171(6): 892-898

Powerpoint Titled "Mesh Shrinkage: How to assess, how to prevent, how to manage?"

Presthus JB, VanDrie D, et al. Short-Term Assessment of MiniArc Single Incision for Treatment of Stress Urinary Incontinence; The Journal of Minimally Invasive Gynecology,15:28S-9S Abstract 103,01-Nov-08

Propex Geotextile Systems. Propex EB-405 Durability of Polypropylene; Propex EB-405

Public Citizen. Substantially Unsafe  Medical Devices Pose Great Threat to Patients: Safeguards Must be Strengthened, Not Weakened; Public Citizen, February 2012

Pukall CF, et al. Neural correlates of painful genital touch in women with vulvar vestibulitis syndrome; Pain 2005 May; 115(1-2):118-27

Pungpapong SU, Thum-umnauysuk S (2005) Incidence of corona mortis; preperitoneal anatomy for laparoscopic hernia repair. J Med Assoc Thai 88:51–53.

Pushkar DY, Godunov BN, Gvozdev M, Kasyan GR. Complications of mid-urethral slings for treatment of stress urinary incontinence.  Int J Gynaecol Obstet. 2011 Apr;113(1):54-7. doi: 10.1016/j.ijgo.2010.10.024

Quereux F. Morce K. Landreat V. Beauville E. Quereux C. Leveque J.  Bladder erosion few years after TVT procedure. Journal De Gynecologie Obstetrique et Biologie De La Reproduction. 36(1):75-77, 2007.

Rajendra M, Han H et al: Retrospective study on tension-free vaginal tape obturator (TVT-O). Int Urogynecol J (2012) 23:327–334.

Rao JN, Sant Cassia LJ. Ethics of undisclosed payments to doctors recruiting patients in clinical trials.  BMJ.2002;325:36-37.

Rardin CR, Moore R, Ward RM, and Myers DL. Recurrent Thigh Abscess with Necrotizing Fasciitis from a Retained Transobturator Sling Segment; The Journal of Minimally Invasive Gynecology,16:84-7,01-Jan-09

Ravve, C.. Principles of Polymer Chemistry; 2000, Revised edition

Rechberger T, Rzeźniczuk K, Skorupski P, Adamiak A, Tomaszewski J, Baranowski W, and Jakowicki JA. A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery; Int Urogynecol J Pelvic Floor Dysfunct. 2003 Dec;14(6):432-6. Epub 2003 Nov 25

Rechberger T, Wrobel A, et al. "The tissue reaction to polypropylene mono-et multifilamentous tape used in surgical techniques of stress urinary incontinence treatment."; Gin Pol 2003;74(9):1008-1013

Rees PM, et al. Sexual function in men and women with neurological disorders2; Lancet 2007; 369: 512-525

Reisenauer C, Kirschniak A, et al. Transobturator tape inside-out. A minimally invasive treatment of stress urinary incontinence: surgical procedure and Anatomical considerations; European Journal of Obstetrics & Gynecology and Reproductive  Biology(2006) 127: 123-129

Reisenauer C, Kirshniak A, Drews U et al: Anatomical conditions for pelvic floor reconstruction with polypropylene implant and its application for the treatment of vaginal prolapse. Eur J Obstet and Gynecol Repr Biol 2007;131:214-25.

Reisenauer C, Shiozawa T, et al. Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device; Obstet Gynecol 2010; 203:1.e1-1.e7

Relman AS, Angell M. America's other drug problem: how the drug industry distorts medicine and politics.  New Republic.2002;227:27-41.

Renganathan A, Basu M, Duckett J.. A series of Advantage suburethral slings; J Obstet Gynaecol Aug 2011;31:521-523

Reynolds S, Kit L et al: Obturator Foramen Dissection for Excision of Symptomatic Transobturator Mesh. J Urol. 2012 May;187(5):1680-4. doi: 10.1016/j.juro.2011.12.065. Epub 2012 Mar 15.

Rezapour M, et al.. Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) -- A Long-Term Follow-Up; Int Urogynecol J (2001) (Suppl 2): S12-S14

Rezapour M., et al. Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow up; Int Urogynecol J (2001) (Suppl 2):S9-S11

Rezapour, M., et al. Tension-Free Vaginal Tape (TVT) in Women with Mixed Urinary Incontinence -- A Long-Term Follow-Up; Int Urogynecol (2001) (Suppl 2): S15-S18

Rice NT, Hu Y, et al. Pelvic mesh complications in women before and after the 2011 FDA public health notification; Female Pelvic Med Reconstr Surg (2013);19:33-338

Richards SR. Balaloski SP. Vulvar hematoma following a transobturator sling. International Urogynecological Journal . 17:672- 673, 2006.

Richter et al:  Retropubic versus Transobturator Mid-urethral Slings for Stress Incontinence. N Engl J Med 2010;362:2066-76.

Ridgeway B, Arias B, and Barber M. Variation of the obturator foramen and pubic arch of the female bony pelvis; The American Journal of Obstetrics & Gynecology,198:546.e1-4,01-May-08

Ridgeway B, Arias B, and Barber M.. Variation of the obturator foramen and pubic arch of the female bony pelvis; The American Journal of Obstetrics & Gynecology,198:546.e1-4,01-May-08

Ridgeway B, Arias B, Barber M: Variation of the obturator foramen and pubic arch of the female bony pelvis. Am J Obstet Gynecol. 2008 May;198(5):546.e1-4.

Rigaud J, Delavierre D,et al. Management of chronic pelvic and perineal pain after suburethral tape placement for urinary incontinence; Prog Urol. 2010 Nov;20(12):1166-74. Epub 2010 Oct 20. Review. French

Rigaud J, et al. Functional Results After Tape Removal for Chronic Pelvic Pain Following Tension-Free Tape or Transobturator Tape.  (2010) The Journal of Urology. Vol. 184, 610-615

Rignaud J, Pothin P, et al. Functional Results After Tape Removal for Chronic Pelvic Pain Following Tension-Free Vaginal Tape or Transobturator Tape; J Urology (2010) 184: 610-615

Rinne K, Laurikainen E et al:  A randomized trial comparing TVT with TVT-O- 12-month results. Int Urogynecol J (2008) 19:1049–1054.

Rinne K, Laurikainen E, Kivelä A, Aukee P, Takala T, Valpas A, and Nilsson CG. A randomized trial comparing TVT with TVT-O: 12-month results; The International Urogynecology Journal,19:1049-54,29-Mar-08

Riva D, Sacca V, Tonta A, et al. T.V.T. versus T.O.T.: A Randomized Study at 1-year Follow-up; International Urogynecology Journal, 2006 Sept 17(2) Supp: 57-100

Robert M, et al. Patient expectations, subjective improvement and objective cure: is there a difference between the transobturator tape and the tension free vaginal tape procedure? (Abstract); Abstract 217

Robinson D., et al. What Women Want - Their Interpretation of the Concept of Cure; Journal of Pelvic Medicine & Surgery, Vol. 9 Issue 6, pp. 273-277, 2003

Robinson GA, et al. Motor neuron target selectivity and survival after prolonged axotomy; Restor Neurol Neurosci. 2013 Jan 1;31(4):451-60

Rogers AS, et al. Physician knowledge, attitudes, and behavior related to reporting adverse drug events; Arch Intern Med 1988 Jul: 148(7): 1596-600

Rogers RG. Urinary Stress Incontinence in Women; N Engl J Med 2008; 358:1029-36

Rogerson, et al. Mid-Urethal sling opeations for stress urinary incontinence in women (Review). 2015. The Cochrane Collaboration.

Rogo-Gupta, L., Raz, S.. Pain Complications of Mesh Surgery.; In H.B. Goldman (Ed.), Complications of Female Incontinence and Pelvic Reconstructive Surgery (pp. 87-105): Humana Press. (2013)

Rogowski A, Bienkowski P, Tosiak A, Jerzak M, Mierzejewski P, and Baranowski W.
Mesh Retraction Correlates with Vaginal Pain and Overactive Bladder Symptoms After Anterior Vaginal Mesh Repair
The International Urogynecology Journal,,08-Jun-13

Rogowski A, Bienkowski, et al. Mesh retraction correlates with vaginal pain and overactive bladder symptoms after anterior vaginal mesh repair2; Int Urogynecol J (2013) 24:2087-2092

Rosch R, et al. Mesh implants In hernia repair. Inflammatory cell response in a rat model.; Eur Surg Res (2003)35(3): 161-6

Rosch R, Junge K, Hölzl F et al (2004) How to construct a mesh. In: Schumpelick V, Nyhus LM (eds) Meshes: benefits and risks. Springer, Berlin, pp 179–184.

Rosengren A, Bjursten L., Pore size in implanted polypropylene filters is critical for tissue organization. J Biomed Mater Res A. 2003 Dec 1;67(3):918-26.

Ross S, et al. Ethical issues associated with the introduction of new surgical devices, or just because we can, doesn't mean we should; June JOGC Juin 2008 508-513

Ross S, et al. Incontinence-specific quality of life measures used in trials of treatments for female urinary incontinence:  a systematic review; Int Urogynecol J (2006) 17(3): 272-85

Ross S, Robert M, et al. Transobturator tape compared with tension free vaginal tape for stress incontinence: a randomized controlled trial. Obstet Gynecol. 2009 Dec; 114(6): 1287-94

Ross S, Robert M, Lier D, Eliasziw M, Jacobs P. Surgical Management of Stress Urinary Incontinence in Women: Safety, Effectiveness, and Cost-Utility of Trans-Obturator Tape (TOT) versus Tension-free Vaginal Tape (TVT) Five Years After a Randomized Surgical Trial; BMC Women's Health 2011, 11:34

Ross S, Robert M, Swaby C, Dederer L, Lier D, Tang S, Brasher P, Birch C, Cenaiko D, Mainprize T, Murphy M, Carlson K, Baverstock R, Jacobs P, and Williamson T. Transobturator Tape Compared With Tension-Free Vaginal Tape for Stress Incontinence
Obstetrics & Gynecology,114:1287-94,01-Dec-09

Roth, T: Management of persistent groin pain after transobturator sling. Int Urogynecol J (2007) 18:1371–1373

Roth, Ted M.. Management of persistent groin pain after transobturator sling; Int Urogynecol J (2007) 18:1371-1373 doi: 10.1007/s00192-007-0365-1

Roumeguère T, Quackels T, Bollens R, de Groote A, Zlotta A, Bossche MV, et al. Trans-obturator vaginal tape (TOT) for female stress incontinence: one year follow-up in 120 patients. Eur Urol. 2005;48:805-9. Epub 2005 Aug 31

Roy S, Mohandas A, Coyne K et al: Assessment of the psychometric properties of the short-form prolapse/urinary incontinence sexual questionnaire (PISQ-12) following surgical placement of Prolift+M: A transvaginal partially absorbable mesh system for the treatment of pelvic organ prolapse.  J Sec Med 2012;9:1190-1199.

Rubod C, Boukerrou M, Brieu M et al: Biomechanical properties of vaginal tissue: preliminary results. Int Urogynecol J (2008) 19:811-816.

Ruddick CN, Chen MC, Mongiu AK, Klumpp DJ. Organ cross talk modulates pelvic pain. Am J Physiol Regul Integr Comp Physiol 2007;293: R1191–8.

Russell R. Zimmern cites shortcomings in published outcomes for anti-incontinence surgery; Newsroom Center Times, March 28-31, 2011

Salonia A, Briganti A, Deho F, Zanni G, Rigatti P, Montorsi F, Women's sexual dysfunction: a review of the "surgical landscape", European Urology

Saltz S, Haff R, Lucente V (2007) Short-term assessment of patients undergoing the new tension free vaginal tape: Secur procedure for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S27–S28

Sand PK. Sumit Trial Outcomes:  Clinical Insights Into Percutaneous Tibial Nerve Stimulation; Abstracts Female Pelvic Med & Reconstru Surg (2011) 17(5): S2

Santoro M, Gorrie TM. Ethics and the Pharmaceutical Industry; Eds New York:  Cambridge University Press 2005

Sarsotti C, et al. The transobturatoric tape procedure for stress urinary incontinence:  results of an Argentinean multicenter experience; Int Urogynecol J (2007) 18 (Suppl l):S107-S244 Abst 375

Sayer T, Lim J., et al. Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device; Int Urogynecol J DOI 10.1007/s00192-011-1600-3

Scales, J.T.. Tissue reactions to synthetic materials.; Proc R Soc Med, 46:647-652.

Scheiner D, Betschart C et al: Twelve months effect on voiding function of retropubic compared with outside-in and inside-out transobturator midurethral slings. Int Urogynecol J (2012) 23:197–206.

Scheiner D, Betschart C, et al. Retropubic TVT vs. Transobturator Outside-in TOT and TVT-O: One-year results from our prospective randomized study.; Neurourology and Urodynamics Eth.Mesh.00587443-00587444

Scheiner DA, et al. Twelve months effect on voiding function of retropubic compared with outside-in and inside-out transobturator midurethral slings; Int Urogynecol J 2012 Feb;23(2):197-206

Schierlitz L, Dwyer P, et al. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (TVT) in women with severe genital prolpase and occult stress incontinence: long term follow up.; Int Urogynecol J (2010) 21 (Suppl 1):S1-S428

Schierlitz L, Dwyer P, et al. A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans-obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISD): the three year follow up.; Int Urogynecol J (2010) 21 (Suppl 1):S1-S428

Schierlitz L, Dwyer PL, Rosamilia A, Murray C, Thomas E, De Souza A, Lim YN, and Hiscock R. Effectiveness of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency: a randomized controlled trial; Obstetrics & Gynecology,112:1253-61,01-Dec-08

Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014;211:71.e1-27.

Schneider, H.. Long-Term Performance of Polypropylene Geosynthetics; Durability and Aging of Geosynthetics, edited by R.M. Koerner, Elsevier Applied Science, 1989, pp. 95-109

Scottish News. Mesh surgery scandal: Controversial implants to be banned by Dumfries and Galloway health board; Scottish News article

Seker D, Kulacoglu H. Long-term complications of mesh repairs for abdominal wall hernias. J Long Term Eff Med Implants. 2011;21(3):205-18.

Sekiguchi Y, et al. Outpatient mid urethral tissue fixation system sling for urodynamic stress urinary incontinence: 1-year results.; J Urol 2009;182:2810-283.

Sentilhes L, Berthier A et al: Sexual function after transobturator tape procedure for stress urinary incontinence. Urology. 2008 Jun;71(6):1074-9. Epub 2008 Mar 20.

Sentilhes L, Berthier A, et al: Female sexual function following surgery for stress urinary incontinence: tension-free vaginal versus transobturator tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Apr;20(4):393-9. doi: 10.1007/s00192-008-0778-5. Epub 2008 Dec 17.

Sentilhes L, Berthier A, et al: Female sexual function following surgery for stress urinary incontinence: tension-free vaginal versus transobturator tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Apr;20(4):393-9. doi: 10.1007/s00192-008-0778-5. Epub 2008 Dec 17

Sepulcri Rde et al: Depressive symptoms, anxiety, and quality of life in women with pelvic endometriosis. Eur J Obstet Gynecol Reprod Biol. 2009 Jan;142(1):53-6.

Serati M, Salvatore S, et al. Surgical treatment for female stress incontinence: What is the gold-standard procedure?; Int Urogynecol J 2009;20:619-621

Serati, M.. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10- Year Follow-Up; Eur Urol61 (2012) 939-946

Serati, M.. The Impact of the Mid-Urethral Slings for the Treatment of Stress Urinary Incontinence on Female Sexuality.; J Sex Med 2009; 6:1534-1542

Serels S, et al. Long term follow up of the Solyx single incision sling in the treatment of female stress urinary incontinence (SUI); Open J Urology 2014, 4, 13-17

Serels S, et al. Preliminary findings with the Solyx™ single-incision sling system in female stress urinary incontinence; Int Urogynecol J (2010) 21:557-561

Serels S, et al. Safety and efficacy of the Solyx single-incision sling for the treatment of stress urinary incontinence.  Preliminary results; Urotoday Int J. 2011 Feb;4(1):art5

Serels S.. Cadaveric assessment of synthetic mid-urethral sling placement.; Open J Urol 2011;1:19-24

Sergent F, Sebban A, et al; Per- and postoperative complications of TVT (tension-free vaginal tape). Acta Obstet Gynecol Scand. 2002 Jan;81(1):72-7.  [Article in French]

Shah K, Nikolavsky D, Flynn B. Bacteriological analysis of explanted transvaginal meshes. Abstract #1144 American Urological Association National Meeting San Diego 2013.

Shah, K, Nikolavsky, D, et al.. Surgical management of lower urinary mesh perforation after mid-urethral polypropylene mesh sling: mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus fascia; Int Urogynecol J DOI 10.1007/s00192-013-2146-3 (2013)

Shah, S.M.. Impact of Vaginal Surgery For Stress Urinary Incontinence On Female Sexual Function: Is The Use Of Polypropylene Mesh Detrimental?; Urology (2005) 65: 270-274

Sharifiaghdas F and Mortazavi N.. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up; Med Princ Pract 2008; 17:209-214

Shek D, Dietz H, Rane A et al: Transobturator mesh for cystocele repair. a short to medium term follow up using 3D/4D ultrasound. Ultrasound Obstet Gynecol. 2008; 32:82-86.

Shepherd J, Feola A, et al. Uniaxial Tensile Properties of Seven Vaginally Implanted Meshes for Pelvic Organ Prolapse; IUGA Abstract

Shepherd JP, et al. Uniaxial biomechanical properties of seven different vaginally implanted meshes for pelvic organ prolapse; Int Urogynecol J (2012) 23:613-620

Shindel AW, et al. Urethral slings placed by the transobturator approach: evolution in the technique and review of the literature; Curr Urol Rep 2005; 6(5):385-92

Siegel AL. Urethral necrosis and proximal urethro-vaginal fistula resulting from tension-free vaginal tape. International Urogynecological Journal. 17:661-664, 2006

Siegel AL. Urethral necrosis and proximal urethro-vaginal fistula resulting from tension-free vaginal tape. International Urogynecological Journal. 17:661-664, 2006.

Simon M, Debodinance P: Vaginal prolapse repair using the Prolift Kit: a registry of 100 successive cases. Eur J Obstet Gynecol Reprod Biol. 2011 Sep;158(1):104-9.

Simsiman AJ, Powell CR, Stratford RR, Menefee SA. Suburethral sling materials: best outcome with autologous tissue; The American Journal of Obstetrics & Gynecology,193:2112-6,01-Dec-05

Simsiman AJ, Powell CR, Stratford. Suburethral sling materials: best outcome with autologous tissue; The American Journal of Obstetrics & Gynecology,193:2112-6,01-Dec-05

Sivanesan K. Comment on "tvt and tvt-obturator: comparison of two operative procedures"; Eur J Obstet Gynecol Reprod Biol 131 (2007) 87-90

Sivanesan K. Fattah MA. Ghani R. External iliac artery injury during insertion of tension-free vaginal tape: a case report and literature review. International Urogynecological Journal. 18:1105-1108, 2007.

Sivaslioglu A, Unlubilgin E, Dolen I. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocele. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Apr;19(4):467-71.

Sivaslioglu AA, et al. A prospective randomized controlled trial of the transobturator tape and tissue fixation mini-sling in patients with stress urinary incontinence:  5-year results; J urology (2012) 188: 194-199

Sivaslioglu AA, et al. A prospective randomized controlled trial of the transobturator tape and tissue fixation system minisling in 80 patients with stress urinary incontinence – 3 year results; Pelviperineology 2010;29:56-59.

Skala C, Renezeder K, et al. The IUGA ICS classification of complications of prosthesis and graft insertion; Int Urogynecol J (2011) 22:1429-1435

Skala CE, Renezeder K, et al. Mesh-complications following prolapse surgery:  management and outcome; Euro Obstet & Tynecol and Reprod Biology J 159 (2011) 453-456

Skoczylas L, Shepherd J et al: Managing mesh exposure following vaginal prolapse repair: a decision analysis comparing conservative versus surgical treatment. Int Urogynecol J (2013) 24:119–125.

Skriapas K. Poulakis V. Dillenburg W. De Vries R. Witzsch U. Melekos M. Becht E. Tension free vaginal tape (TVT) in morbidly obese patients with severe urodyanamic stress incontinence as last option treatment. European Urology. 49:544-550, 2006

Skypunch, OW. Giant Papillary Conjunctivitis from an Exposed Prolene Suture; Can. J. Ophthalmology, 1986; 21(5:189-192)

Slack, M. D. (2015). The safety of surgical meshes used in urogynaecological surgery. *Scientific Committe on Emerging and Newly Identitfied Health Risks*  (pp. 1-3).

Smith JJ, et al. Long-term outcomes and review of complications in 75 patients with Boston Scientific Advantage mesh in mid-urethral slings; www.bostonscientific.com

Smith PP, et al. Comparison of single-incision mid-urethral tape (Ophira™) and transobturator tape (Obtryx™) sub-urethral sling procedures for female stress urinary incontinence; JCMR 2013 5(5) 58-61

Sokol, A., et al. One-Year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse; American Journal of Obstetrics & Gynecology; 2012: 206:66

Song  Y, Ye P, Hong X et al:  Changes in levator ani muscle after vaginal hysterectomy and prolapse repair using total Prolift. Int J Gynaecol Obstet. 2009 Jul;106(1):53-6. Epub 2009 Apr 8.

Song PH. Kim YD. Kim HT. Lim SU. Hyun CH. Seo JH. Park CH. Jung HC. The 7 year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU International. March 13, 2009

Song YF, Huang HJ, Xu B, Hao L.[Comparative study of tension-free vaginal tape and fascia lata for stress urinary incontinence]. [Chinese]. Zhonghua Fu Chan Ke Za; Zhi. 2004 Oct;39(10):658-61. Chinese.

Songara, RK et al. Need for harmonization of labeling of medical devices:  a review; J Adv Pharm Technol Res. 1020 Apr-Jun; 1(2): 127-144

Sorensen LT, Karlsmark T, Gottrup F. Abstinence from smoking reduces incisional wound infection: A randomized controlled trial. Ann Surg 2003; 238:1–5.

Sorensen LT, Toft BG, Rygaard J, et al. Effect of smoking, smoking cessation, and nicotine patch on wound dimension, vitamin C, and systemic markers of collagen metabolism. Surgery 2010;148:982–90.

Sound Urological Associates. Women's Health webpage; Sound Urology Webpage http://soundurology.com/womens-health/ 2/16/2015

Spinosa J, Dubuis P, and Riederer. Transobturator surgery for female stress incontinence: a comparative anatomical study of outside-in vs inside-out techniques; BJU International,100:1097-102,14-Sep-07

Spinsosa J, Dubuis P et al: Transobturator surgery for female stress incontinence: a comparative anatomical study of outside-in vs inside-out techniques. BJU Int. 2007 Nov;100(5):1097-102. Epub 2007 Sep 14.

Srikrishna S, Robinson D, Cardozo L et al: Experiences and expectation of women with Urogenital prolapse: a quantitative and qualitative exploration.  2008. BJOG115:1362-1368

Srikrishna S, Robinson D, Cardozo L:  A longitudinal study of patient and surgeon goal achievement 2 years after surgery following pelvic floor dysfunction surgery. BJOG. 2010 Nov;117(12):1504-11.

Stanton SL et al.. Some Reflections on Tension-Free Vaginal Tape – A New Surgical Procedure for Treatment of Female Urinary Incontinence; Int Urogynecol J (2001) (Suppl 2):  S1-S2

Starr DS, Weatherford ST, et al. Suture Material as a Factor in the Occurrence of Anastomotic False Aneurysms; Arch Surg April 1979; 114: 412-415

Staskin DR, Plzak L. Synthetic Slings:  Pros and Cons; Current Urology Reports 2002, 3:414-417

Steege, J.F.. Evaluation and Treatment of Dyspareunia; Obstetrics Y Gynecology: May 2009- Volume 113- Issue 5- pp 1124-1136

Sternschuss G, Ostergard DR, and Patel H. Post-Implantation Alterations of Polypropylene in the Human; Journal of Urology,188:27-32,12-May-12

Strasberg SM, et al. The accordion severity grading system of surgical complications; Annals of Surgery 2009; 250(2):177-186

Strus, M., et al.  Hydrogen Peroxide Produced by Lactobacillus Species as a Regulatory Molecule for Vaginal Microflora; Med Dosw Mikrobiol 2004;56:67-77

Strus, M., et al. The In Vitro Effect of Hydrogen Peroxide on Vaginal Microbial Communities; FEMS Immunol Med Microbiol. 2006 Oct;48(1):56-63

Su T, Lau H, Huang W et al: Short term impact on female sexual function of pelvic floor reconstruction with the Prolift procedure. J Sex Med. 2009 Nov;6(11):3201-7.

SUFU and AUGS Position Statement on Mesh Midurethral Slings (MUS) for Stress Urinary Incontinence 2014.

Sung et al.,Comparison of Retropubic versus Transobturator Approach to Midurethral slings: A Sytematic Review and Meta-Analysis, Am J Obstet Gyncol. 2007 July; 197(1):3-11.

Sung VW, Schleinitz MD, Rardin CR, Ward RM, and Myers DL. Comparison of retropubic vs transobturator approach to midurethral slings: a systematic review and meta-analysis; The American Journal of Obstetrics & Gynecology,197:3-11,01-Jul-07

Svabik K, Martan A, et al. Ultrasound appearances after mesh implantation--evidence of mesh contraction or folding?; Int Urogynecol J (2011) 22:529-533

Svenningsen, Rune. Long-term follow-up of the retropubic tension-free vaginal tape procedure; Int Urogynecol J (2013) 24:1271-1278 DOI 10.1007/s00192-013-2058-2

Sweat S, Lightner, D:  Complications of sterile abscess formation and pulmonary embolism following periurethral bulking agents. J Urol. 1999 Jan;161(1):93-6.

Sweat, S., et al.  Polypropylene Mesh Tape for Stress Urinary Incontinence:  Complication of Urethral Erosion and Outlet Obstruction; The Journal of Urology, Vol. 168, 144-146, (July 2002)

Szarnicki RJ. Polypropylene Suture Fracture; Ann Thorac Surg 1985 April; 39(4):400

Tahseen S, et al. Effect of transobturator tape on overactive bladder symptoms and urge urinary incontinence in women with mixed urinary incontinence; Obstet Gynecol 2009; 113:617-23

Takeyama M, Koyama M, Murakami G et al:  Nerve preservation in the tension free vaginal mesh procedures for pelvic organ prolapse - a cadaveric study. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Apr;19(4):559-66. Epub 2007 Oct 10.

Tamai A, et al. TVt and TOT:  a comparison between these two techniques based onour clinical experience; Urologia 2008 October-December; 75(4): 232-236

Tamussino K, Hanzal E, et al. Transobturator tapes for stress urinary incontinence: Results of the Austrian registry; Am J Obstet Gynecol 2007; 197:634e1-634e5

| |
|---|
| Tamussino K, Hanzal E, Kolle D et al: Tension-free vaginal tape operation: results of the Austrian Registry. Obstet Gynecol. 2001 Nov;98(5 Pt 1):732-6. |
| Tamussino K, Hanzal E, Kolle D et al: Tension-free vaginal tape operation: results of the Austrian Registry. Obstet Gynecol. 2001 Nov;98(5 Pt 1):732-6. |
| Tamussino K, Tammaa A, Hanzal E, Umek W, Bjelic V, Koelle D. TVT vs. TVT-O for primary stress incontinence: a randomized clinical trial; Int Urogynecol J (2008) 19 (Suppl 1):S1-S166 |
| Tarcan T, et al. Safety and Efficacy of retropubic or transobturator midurethral slings in a randomized cohort of Turkish women; Urol Int Published online Aug 20, 2014 |
| Tardiu L, Franco E, et al: Contasure-Needleless® compared with transobturator-TVT® for the treatment of stress urinary incontinence. Int Urogynecol J (2011) 22:827–833. |
| Taub, D., et al. Complications Following Surgical Intervention for Stress Urinary Incontinence: A National Perspective; Neurourology and Urodynamics 24:659-605 (2005) |
| Taylor S et al: Does contraction of mesh following tension free hernioplasty effect testicular or femoral vessel blood flow? Hernia 2001 Mar 5 (1):13-5. (Prosthetic mesh can contract by 20-75% within ten months of implantation) |
| Téllez Martínez-Fornés M, Fernández Pérez C, Fouz López C, Fernández Lucas C, and Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence; Actas Urologicas Españolas 2009 Nov;33(10):1088-96 |
| Teo R, Moran P et al: Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol. 2011 Apr;185(4):1350-5 |

| |
|---|
| The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2009 "; The American Congress of Obstetricians and Gynecologists website,01-Jan-09 |
| The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2010"; The American Congress of Obstetricians and Gynecologists website,01-Aug-12 |
| The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2011"; The American Congress of Obstetricians and Gynecologists website,01-Mar-13 |
| The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2012"; The American Congress of Obstetricians and Gynecologists website,01-Mar-13 |
| The American College of Obstetricia. Committee Opinion No. 513: Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse; Obstetrics & Gynecology,118:1459-64,01-Dec-11 |
| The American College of Obstetricians and Gynecologists Committee Opinion No. 513: Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse Obstetrics & Gynecology,118:1459-64,01-Dec-11 |
| The British Association of Urologic. Synthetic Vaginal Tapes for Stress Incontinence Procedure-Specific Information for Patients; |
| The Federal and Drug Administration.  Urogynecological surgical mesh: Update on the safety and effectiveness of transvaginal placement for pelvic organ prolapse. July 2011 |
| The Federal and Drug Administration.  Urogynecological surgical mesh: Update on the safety and effectiveness of transvaginal placement for pelvic organ prolapse. July 2011. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435.htm |
| Tijdink M, Vierhout M, Heesakker J et al: Surgical management of mesh-related complications after prior pelvic floor reconstructive surgery with mesh. Int Urogynecol J. 2011 Nov;22(11):1395-404. |

Timmer M: Technical note - Evaluation of Mesh contraction in a swine fascia Implantation Model. (ABSTRACT ONLY)

Tincello D, Botha, T, Kirkemo et al: The TVT Worldwide Observational Registry for Long-Term Data: safety and efficacy of suburethral sling insertion approaches for stress urinary incontinence in women. J Urol. 2011 Dec;186(6):2310-5. doi: 10.1016/j.juro.2011.07.078. Epub 2011 Oct 20.

Tincello D, Kenyon S, et al. Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1); BJOG 2009; 116:1809-1814

Tincello DG, Botha T, Grier D, Jones P, Subramanian D, Urquhart C, Kirkemo A, and Khandwala S.  The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women; Journal of Urology,186: 2310-5,01-Dec-11

Tipton, JS. Obturator neuropathy; Curr Rev Musculoskelet Med. 2008 Dec;1(3-4):234-7

Tirlapur SA, Vlismas A, Ball E, and Khan KS. Nerve stimulation for chronic pelvic pain and bladder pain syndrome: a systematic review; Acta Obstetricia et Gynecologica Scandinavica,,24-May-13

Tommaselli G, Formisano C et al:  Effects of a modified technique for TVT-O positioning on postoperative pain: single-blinded randomized study. Int Urogynecol J (2012) 23:1293–1299.

Tommaselli GA, Di Carlo C, Gargano V, Formisano C, Mariamaddalena S, and Nappi C. Efficacy and Safety of TVT-Secur in the Treatment of Female Stress Urinary Incontinence: 1-year follow-up; The International Urogynecology Journal,21:1211-7,26-May-10

Tommaselli GA, D'Afiero A, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Tension-free vaginal tape-O and -Secur for the treatment of stress urinary incontinence: a thirty-six-month follow-up single-blind, double-arm, randomized study. J Minim Invasive Gynecol. 2013 Mar;20(2):198-204. Epub 2013 Jan 23.

Tommaselli GA, D'Afiero A, et al. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol Reprod Biol. 2013 Apr;167(2):225-9.

Tønnesen H1, Nielsen PR, et al Smoking and alcohol intervention before surgery: evidence for best practice.  Br J Anaesth. 2009 Mar;102(3):297-306.

Toshiaki T. Ko K. Takaoki H. Bladder perforation of the tension-free vaginal tape detected with a flexible cystoscope. Acta Urologica Japonica. 52(10):805-807, 2006.

Touboul - Major Venous Hemorrhagic Complication during Transvaginal cystocele repair using the transobturator approach.

Touboul, C.. Perneal approach to vascular anatomy during transobturator cystocele repair; BJOG 2009: 116:708-712

Trivedi, et al. Understanding Female Urinary Incontinence and Master Management; S. Narayan & Sons 2014

Truntzer J et al. Smoking cessation and bone healing: optimal cessation timing.  Eur J Orthop Surg Traumatol. 2014 May 31. [Epub ahead of print]

Tseng LH, Wang AC, Lin YH, Li SJ, Ko YJ. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women; The International Urogynecology Journal,16:230-5,27-Oct-04

Tsivian A, Kessler O, Mogutin B, Rosenthal J, Korczak D, Levin S, et al. Tape related complications of the tension- free vaginal tape procedure. J Urol 2004;171(2 Pt 1):762–4.

Tunn R, Picot A, Marschke J et al: Sonomorphological evaluation of polypropylene mesh implants after vaginal mesh repair in women with cystocele or rectocele. Ultrasound Obstet Gynecol 2007; 29:449-452.

Tunuguntla H et al:
Female sexual dysfunction following vaginal surgery: a review. J Urol. 2006 Feb;175(2):439-46.

Turut P, Florin P, et al. Les Complications Dues Au Prolene; Bull.Soc.Opht.France 1981: 8-9

Twiss C and Raz S. Complications of synthetic mid-urethral slings; laborie.com,,01-Mar-08

Twiss C and Raz S.. Complications of synthetic mid-urethral slings; laborie.com,,01-Mar-08

Tzartzeva K, et al. In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women2; ICS Abstract 366, 2014

Tzartzeva K, Lingam D, et al. In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women; Study: UT SW Med Center, UT Dallas

U.S. Preventive Services Task Force (August 1989). Guide to clinical preventive services: report of the U.S. Preventive Services Task Force. DIANE Publishing. pp. 24–. ISBN 978-1-56806-297-6.

UCLA. Clinical Updates - Surgical mesh for pelvic organ prolapse repair the subject of FDA warning; UCLA Clinical Updates webpage 9/19/2012

Ulmsten U, et al. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of struess urinary incontinence; Int Urogynecol J (1998) 9:2010-213

Ulmsten U, Falconer C, Johnson P, Jomaa M, Lannér L, Nilsson CG, and Olsson I. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence; The International Urogynecology Journal,9:210-213,20-Jun-05

Ulmsten U., et al.  An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence; Int Urogynecol J, 1996; 7:81-86 Eth.Mesh.05795664-05795669

Ulmsten U., et al.  Reprint:  A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence; British Journal of Obstetrics and Gynecology, April 1999, Vol. 106, pp. 345-350 Eth.Mesh.00158629-00158636

Ulmsten U.. An Introduction to Tension-Free Vaginal Tape (TVT) – A New Surgical Procedure for Treatment of Female Urinary Incontinence; Int Urogynecol J (2001)(Suppl 2):S3-S4

Unger, CA., et al. Outcomes following treatment for pelvic floor mesh complications; (2014) Int Urogynecol J 25:745-749

Urogynecology and Reconstructive Pelvic Surgery. Edited by Walters and Karram.  2007 edition.

US Preventive Services Task Force (August 1989). Guide to clinical preventive services: report of the U.S. Preventive Services Task Force. DIANE Publishing. pp. 24–. ISBN 978-1-56806-297-6.

Ustinova EE, Fraser MO, Pezzone MA. Colonic irritation in the rat sensitizes urinary bladder afferents to mechanical and chemical stimuli: an afferent origin of pelvic organ cross-sensitization. *Am J Physiol Renal Physiol* 290: F1478–F1487, 2006.

Ustinova et al: Sensitization of pelvic nerve afferents and mast cell infiltration in the urinary bladder following chronic colonic irritation is mediated by neuropeptides. *Am J Physiol Renal Physiol* 292: F123–F130, 2007.

Ustün Y, Engin-Ustün Y, Güngör M, and Tezcan S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy; J Am Assoc Gynecol Laparosc. 2003 Aug;10(3):386-9

Utomo E et al:  Validation of the urogenital distress inventory (UDI-6) and incontinence impact questionnaire (IIQ-7) in a Dutch population. Neurourol Urodyn. 2013 Oct 26

V. Iakovlev, S. Guelcher, R. Bendavid.
In Vivo Degradation of Surgical Polypropylene Meshes:
A Finding Overlooked for Decades. Virchows Archiv
2014, 463(1): 35

V. Iakovlev.
Explanted Surgical Meshes: What Pathologists and
Industry Failed to do for 50 Years. Virchows Archiv
2014, 463(1): 337

Vaiyapuri G, Han H, Lee L et al: Use of the Gynecare
Prolift System in surgery for pelvic organ prolapse: 1-year
outcome. Int Urogynecol J. 2011 Jul;22(7):869-77. .

Vakili B, Trang H, Loesch H et al:  Outcomes of vaginal
reconstructive surgery with and without graft material.
American Journal of Obstetrics and Gynecology (2005)
193:2126-32.

Valentim-lourenco A, Benoun M, Mascarenhas T, Cruz F,
Moniz L. TORP- comparing the efficacy, execution and
early complications of TVT and TVT-0; International
Urogynecology Journal.
Eth.Mesh.06133411-06133412

Valentim-lourenco A, et al. "TORP- comparing the
efficacy, execution and early complications of TVT and
TVT-0"; International Urogynecology Journal

Valpas A, Kivelä A, et al. Tension-free vaginal tape and
laparoscopic mesh colposuspension for stress urinary
incontinence; Obstetrics & Gynecology, 2004 July;
104(1):42-49

Valpas A, Kivelä A, Penttinen J, Kujansuu E, Haarala M,
and Nilsson CG. Tension-free vaginal tape and
laparoscopic mesh colposuspension for stress urinary
incontinence; Obstetrics & Gynecology, 2004 July;
104(1):42-49

van Raalte H, Lucente V, Molden S et al: One-year
anatomic and quality-of-life outcomes after the Prolift
procedure for treatment of posthysterectomy prolapse. Am
J Obstet Gynecol. 2008 Dec;199(6):694.e1-6. .

Vassallo, BJ., et al. Management of Iatrogenic Vaginal Constriction; Obstet Gynecol. 2003 Sept; 102(3): 512-20

Vaze A, Goldman H et al: Determining the course of the dorsal nerve of the clitoris. Urology. 2008 Nov;72(5):1040-3

Velemie, L, Amblard J, Fatton B et al: Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol. 2010 Apr;35(4):474-80.

Velemir L, Amblard J, Jacquetin B, Fatton B. Urethral erosion after suburethral synthetic slings: risk factors, diagnosis, and functional outcome after surgical management. Int Urogynecol J Pelvic Floor Dysfunct. 2008. Jan 18.

Velemir, L, Amblard J, Fatton B et al: Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol. 2010 Apr;35(4):474-80.

Vervest HAM, Bisseling TM, et al. "The prevalence of voiding difficulty after TVT, its impact on quality of life, and related risk factors."; Int Urogynecol J 2007;18:173-182

Vervest HAM. Bongers MY. Van der Wurff AAM. Nerve injury: an exceptional cause of pain after TVT. International Urogynecological Journal . 17:665-667, 2006

Vervest HAM. Bongers MY. Van der Wurff AAM. Nerve injury: an exceptional cause of pain after TVT. International Urogynecological Journal . 17:665-667, 2006.

Viereck, Volker ; Rautenberg, et al. Midurethral Sling Incision: Indications and Outcomes; Int Urogynecol J (2013) 24:645-653

Vierhout M, Withagen M, Futterer J: Rectal obstruction after a vaginal posterior compartment polypropylene mesh fixed to the sacrospinous ligaments. Int Urogynecol J (2011) 22:1035–1037. .

Vierhout ME. Severe hemorrhage complicating tension-free vaginal tape (TVT): a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12(2):139-40.

Voeller, GR. New Developments in Hernia Repair; Surg Technol XI: 111-116

Vollebregt, A., et al. Bacterial Colonisation of Collagen-Coated Polypropylene Vaginal Mesh: Are Additional Intraoperative Serility Procedures Useful?; Int Urogynecol J Pelvic Floor Dysfunct. 2009 Nov;20(11):1345-51

Von Theobald P, Zimmerman CW, et al. New Techniques in Genital Prolapse Surgery; 2011 XII, 310 p, Hardcover ISBN: 978-1-84885-135-4

Wadie BS, Edwan A, and Nabeeh AM.. Autologous fascial sling vs polypropylene tape at short-term followup: a prospective randomized study; J Urology, 2005 Sept; 174:990-993

Wadie BS, Mansour A, EI-Hefnawy AS, Nabeeh A, and Khair AA. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function; Int Urogynecol J (2010) 21:1485-1490

Wadie BS, Mansour A, et al. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function; Int Urogynecol J (2010) 21:1485-1490

Wai CY, Atnip S , Williams KN, Schaffer JN. Urethral erosion of tension - free vaginal tape presenting as recurrent stress urinary incontinence . Int Urogyn Journal 15 ( 5), Oct 2004

Wai CY, Atnip S , Williams KN, Schaffer JN. Urethral erosion of tension - free vaginal tape presenting as recurrent stress urinary incontinence . Int Urogyn Journal 15 ( 5), Oct 2004.

Wai CY.. Surgical treatment for stress and urge urinary incontinence.; Obstet Gynecol Clin N Amer 2009;36:509-519

Wai, C.Y.. Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence.; Obstet Gynecol (2013) 121:1009-1016

Walid MS, Heaton RL: Laparoscopic apical mesh excision for deep dyspareunia caused by mesh banding in the vaginal apex. Arch Gynecol Obstet. 2009 Sep;280(3):347-50.

Wall L, Brown D: The perils of commercially driven surgical innovations. Am J Obstet Gynecol. 2010 Jan;202(1):30.e1-4. Epub 2009 Jul 15

Wall L, Brown D: The perils of commercially driven surgical innovations. Am J Obstet Gynecol. 2010 Jan;202(1):30.e1-4. Epub 2009 Jul 15.

Walsh CA. TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months; BJU International,108:652-7,14-Jul-11

Walter JE.  SOGC Technical Update No. 254: Transvaginal Mesh Procedures for Pelvic Organ Prolapse. Society of Obstetricians and Gynaecologists of Canada; Journal of Obstetrics and Gynaecology Canada,33:168-74 ,01-Feb-11

Walter JE.. SOGC Technical Update No. 254: Transvaginal Mesh Procedures for Pelvic Organ Prolapse. Society of Obstetricians and Gynaecologists of Canada; Journal of Obstetrics and Gynaecology Canada,[Deleted Object]:168-74 ,01-Feb-11

Walters M, Tulikangas, P et al; Vascular Injury During TensionFree Vaginal Tape Procedure for Stress Urinary Incontinence. Obstet Gynecol. 2001 Nov;98(5 Pt 2):957-9

Waltregny  D, de Leval et al:  Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence- Interim Results of a Prospective Study After a 1-Year Minimum Follow up.  J Urol. 2006 Jun;175(6):2191-5.

Waltregny D, de Leval J: The TVT-obturator surgical procedure for the treatment of female stress urinary incontinence: a clinical update. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar;20(3):337-48. Epub 2008 Nov 4.

Waltregny D, Gaspar Y, Reul O, Hamida W, Bonnet P, and de Leval J. TVT-O for the treatment of female stress urinary incontinence: Results of a prospective study after a 3-year minimum follow-up; European Urology,53:401-10,21-Aug-07

Wang AC and Chen MC.. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial; Neurourology and Urodynamics 22:185-190 (2003)

Wang AC et al: A microbiological and immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid-urethral sling procedures—a prospective case-controlled study. Int Urogynecol J (2008) 19:1145–1150.

Wang AC, Lee L, Lin C, et al. A histologic and immunohistochemical analysis of defective vaginal healing after continence raping procedures: A prospective case-controlled pilot study; American Journal of Obstetrics and Gynecology (2004) 191, 1868-74

Wang F, Song Y and Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China; Arch Gynecol Obstet. 2010 Feb; 281(2) 279-86

Wang W. Zhu L. Lang J. Transobturator tape procedure versus tension free vaginal tape for treatment of stress urinary incontinence. 104:113-116, 2009

Wang Y, Li F et al: Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2011) 22:1369–1374

Wang, A.C., et al. A histologic and immunohistochemical analysis of defective vaginal healing after continence raping procedures: A prospective case-controlled pilot study Americal Journal of Obstetrics and Gynecology (2004) 191, 1868-74

Wang, AC. A microbiological and immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid-urethral sling procedures—a prospective case-controlled study.; Int Urogynecol J (2008) 19:1145-1150

Ward KL and Hilton P (on behalf of UK and Ireland TVT Trial Group). A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up; The American Journal of Obstetrics & Gynecology,190:324-31,01-Feb-04

Ward KL and Hilton P (on behalf of UK and Ireland TVT Trial Group). Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence; BMJ,325:1-7,13-Jul-02

Ward KL and Hilton P et al. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up; The American Journal of Obstetrics & Gynecology,190:324-31,01-Feb-04

Ward KL and Hilton P et al. Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence2; BMJ,325:1-7,13-Jul-02

Ward KL and Hilton P.. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up; BJOG 2008:115:226-233

Ward KL and Hilton P.Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up; BJOG 2008:115:226-233

Weber AM, Abrams P, Brubaker L., The Standardization of terminology for researchers in female pelvic floor disorders. Int Urogynecol J (2001) 12:178–186. .

Weber AM, et al. The standardization of terminology for researchers in female pelvic floor disorders; Int Urogynecol J (2001) 12: 178-186

Weber AM, Walters MD, Piedmonte MR.Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2000 Jun;182(6):1610-5.

Weber AM, Walters MD, Piedmonte MR et al: Anterior colporrhaphy: a randomized trial of three surgical techniques.  Am J Obstet Gynecol. 2001 Dec;185(6):1299-304; discussion 1304-6.

Weber AM, Walters MD, Piedmonte MR et al: Anterior colporrhaphy: a randomized trial of three surgical techniques.  Am J Obstet Gynecol. 2001 Dec;185(6):1299-304; discussion 1304-6. .

Weis J; Pelvic floor myofascial trigger points: manual therapy for interstitial cystitis and the urgency-frequency syndrome. J. Urol Vol 166, 2226-2231. Dec 2001

Weis J; Pelvic floor myofascial trigger points: manual therapy for interstitial cystitis and the urgency-frequency syndrome. J. Urol Vol 166, 2226-2231. Dec 2001.

Westermann L, Brown A, et al. Delayed Presentation of an Enterocutaneous Fistula After Tension-Free Vaginal Tape Sling; Female Pelvic Reconstr Surg 2011; 17: 258-259

Westney L, McGuire E, Cespedes R, Amundsen C:  Long term results of Ingel-Sundberg denervation procedure for urge incontinence refractory to medical therapy. J Urol. 2002 Sep;168(3):1044-7.

Wetta LA, Gerten K, Wheeler T et al: Synthetic Graft Use in Vaginal Prolapse Surgery: Objective and Subjective Outcomes. Int Urogynecol J Pelvic Floor Dysfunct. 2009 November ; 20(11): 1307–1312. doi:10.1007/ s00192-009-0953-3.

White , R.A., Hirose, F.M., et al.. (1981). Histopathologic observations after short-term implantation of two porous elastomers in dogs.; Biomaterials, 2:171-176.

Whiteside J, Barber M, Walters M:  Anatomy of ilioinguinal and hypogastric nerves in relation to trocar placement and low transverse incisions.  Am J Obstet Gynecol. 2003 Dec;189(6):1574-8; discussion 1578.

Whiteside J, Walters M: Anatomy of the obturator region: relations to a trans-obturator sling. Int Urogynecol J (2004)_ 15:223-226.

Whiteside JL and Walters MD. Anatomy of the obturator region: relations to a trans-obturator sling; The International Urogynecology Journal,15:223-6,24-Feb-04

Willard F, Schuenke M: The neuroanatomy of female pelvic pain. From Pain in Women: A Clinical Guide. Bailey and Bernstein editors.

Willard, FH, et al. The Neuroanatomy of Female Pelvic Pain; Pain in Women:  A Clinical Guide, Chapter 2

Williams D.. Review Biodegradation of surgical polymers; Journal of Materials Science. 1982; 17:1233-1246

Wilson, C, et al. Short-term efficacy of transobturator sling in women veterans with a history of sexual trauma; MAAUA 68th Annual Meeting Abstracts (2010)

Withagen M Vierhout M, Hendricks J et al: Risk factors for exposure, pain, and dyspareunia after tension-free vaginal mesh procedures. Obstet Gynecol. 2011 Sep;118(3):629-36. .

Withagen MI, Milani AL, et al. Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapsed: a randomized controlled trial.; Obstetrics & Gynecology,117:242-50 ,01-Feb-11

Wolter CE, Starkman JS, et al. Removal of transobturator midurethral sling for refractory thigh pain.; Urology (2008) 72: 461.el-461.e3

Wood, A.J., et al.  Materials characterization and historical analysis of explanted polyproplene, PTFE, and PET hernia meshes from an Individual Patient; J Mater Sci: Mater Med (2013) 24:11 13-1122

Wu JM, Kawasaki A, Hundley AF, Dieter AA, Myers ER, and Sung VW. Predicting the number of women who will undergo incontinence and prolapse surgery, 2010 to 2050; The American Journal of Obstetrics & Gynecology,205:230.e1-5 ,02-Apr-11

Wyczolkowski, M., et al. Reoperation After Complicated Tension-Free Vaginal Tape Procedures; The Journal of Urology, Vol 166, 1004-1005 (Sept 2001)

Yamada B, Govier et al: High rate of vaginal erosions associated with Mentor ObTape. J Urol. 2006 Aug;176(2):651-4; discussion 654.

Yang C, et al. Presentation Number:  Oral Poster 18 Anchor extraction forces for single-incision slings: strength comparison in a rabbit model; Female Pelvic Med & Reconstr Surg (2011) 17(5)2:S92

Yang CH, Chan PH, Lai SK, et al. A retrospective study comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of female stress urinary incontinence --- a preliminary report.; J Chin Med Assoc. 2007 Dec;70(12):541-4. doi: 10.1016/S1726-4901(08)70057-1.

Yucel S, De Souza A Jr, Baskin LS (2004) Neuroanatomy of the human female lower urogenital tract. J Urol 172:191–195.

Zahn CM Siddique S et al: Anatomic comparison of two transobturator tape procedures. Obstet Gynecol 2007;109:701-6.

Zeidel A, Beilin B, Yardeni I, et al. Immune response in asymptomatic smokers. Acta Anaesthesiol Scand 2002;46:959–64.

Zhong C, Yuan C, Guang-hui D, et al. Comparison of three kinds of midurethral slings for surgical treatment of female stress urinary incontinence.; Urologia 2010;77(1):37-42

Zhu L, Lang J, Hai N, and Wong F. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence; International Journal of Gynecology & Obstetrics (2007) 99, 14-17

Zhu Y, Gao G et al:  Inside out transobturator vaginal tape versus tension-free vaginal tape for primary female stress urinary incontinence: meta-analysis of randomized controlled trials. Chin Med J 2012;125(7):1316-1321

Zilbert AW, Farrell SA. External iliac artery laceration during tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12(2):141-3

Zuckerman DM., et al. Medical Device Recalls and the FDA Approval Process; Arch Intern Med 2011:17(11): 1006-1011 Published Online February 14, 2011

Zugor V , Labanaris AP, Rezaei - Jafari MR, Hammerer P, Dembowski J, Witt J, Wucherpfennig W. TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow up of 48 months. Int Urol Nephrol. 2010 Feb 10

Zugor V, Labanaris AP, et al. "TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow-up of 48 months. "; Int Urol Nephrol 42, 915-20 (2010)

Zullo MA, Plotti F, Calcagno M, Marullo E, Palaia I, Bellati F, Basile S, Muzii L, Angioli R, and Panici PB. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial; European Urology,51:1376-82,07-Nov-06

Zullo MA, Plotti F, et al. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial.; European Urology,51:1376-82,07-Nov-06

Zullo MA. Ruggiero A. Montera R. Collettini F. Battista C. Muzii L. Zobel BB. Angioli R. Pelvic-cutaneous fistula after retropubic vaginal tape placement. International journal of gynecology and obstetrics. 105(2): 178-179, 2009

Zumbe J. Porres D. Degiorgis PL. Wyler S. Obturator and thigh abscess after transobturator tape implantation for stress urinary incontinence. Urol Int. 81: 483-485. 2008.

Zwarenstein M, et al. Improving the reporting of pragmatic trials:  an extension of the CONSORT statement; BMJ 2008; 337:12390

Zycynski HM, Carey MP, et al. One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device; Am J Obstet Gynecol 2010; 203:587.e1-8

Zyczynski H, Carey M, Robinson D, Sikirica V et al: One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. (ABSTRACT ONLY presentation American Urological Association, 2009 and International Urogynecological Association meeting 2009)

| Deponent | Date |
|---|---|
| Zenobia Wajli | All dates |
| Judy Gauld | All dates |
| Scott Ciarrocca | All dates |
| Matthew Henderson | All dates |
| Paul Parisi | All dates |
| Bryan Lisa | All dates |
| Sean O'Bryan | All dates |
| Angelini, Laura, Transcripts and Exhibits | All dates |
| Arnaud, Axel, MD Transcripts and Exhibits | All dates |
| Barbolt, Thomas A., Ph.D Transcripts and Exhibits | 10/10/2012; 08/04/2013; 08/15/2013; 01/07/2014; 01/08/2014 |
| Batke, Boris Transcripts and Exhibits | 8/1-2/2013 |
| Beath, Catherine Transcripts and Exhibits | 07/11-12/2013 |
| Burkley, Dan Transcripts and Exhibits | 5/22/2013; 5/23/2013 |
| Chen, Meng, MD Transcripts and Exhibits | 10/29-30/2013 |
| London-Brown, Allison Transcripts and Exhibits | All dates |
| Hart, James D., MD Transcripts and Exhibits | 09/17/2013; 12/20/2013 |
| Hellhammer, Brigette, MD Transcripts and Exhibits | 09/11-12/2013 |
| Hinoul, Piet Transcripts and Exhibits | 04/05/2012; 06/26-27/2013; 01/13-15/2014 |
| Holste, Joerg Transcripts and Exhibits | 07/29-30-2013 |
| Horton, Ron Transcripts and Exhibits | 7/1/2015 |
| Isenberg, Richard, MD Transcripts and Exhibits | 11/5/13 and 11/6/13 |

| | |
|---|---|
| Divilio, Thomas Transcrips and Exhibits | All dates |
| Kirkemo, Aaron, Transcripts and Exhibits | All dates |
| Kammerer, Gene, Transcript and Exhibits | All dates |
| Lin, Susan, Transcripts and Exhibits | 3/12-13/2013; 05/3,6/2013; 08/01/2013 |
| Lamont, Daniel J. Transcript | 4/3-4/2013; 9/11/2013 |
| Owens, Charlotte Transcript and Exhibits | 9/12/2012; 6/20/2013 |
| Robinson, David Transcripts and Exhibits | 07/24-25/2013; 09/11/2013 |
| Selman, Renee Transcript and Exhibits | 6/21/2013 |
| Smith, Dan, Transcripts and Exhibits | 05/15-16/2013; 06/04-05/2013; 08/20-21/2013 |
| Vailhe, Christophe, Ph.D., Transcripts and Exhibits | 06/20-21/2013 |
| Weisberg, Martin, MD Transcripts and Exhibits | 05/30-31/2013; 08/09/2013 |
| McCoy, Sheri Transcripts and Exhibits | All dates |
| Yale, Mark, Transcript and Exhibits | 8/7/2013 |
| Trial Testimony of Piet Hinoul - Batiste v. Ethicon | 3/26/14; 3/27/14; 3/28/14 |
| Jones, Scot Transcript and Exhibits | 6/9/2014 |
| Testimony and Exhibits from Batiste v. Ethicon Trial | |

| | |
|---|---|
| Deposition of Bruce Rosenzweig, MD | 9/22/2015 |
| Deposition of Jerry Blaivas, MD | 9/17/2015 |

| Expert Reports |
| --- |
| Dr. Bruce Rosenzweig |
| Dr. Jerry Blaivas |
| Dr. John Miklos |
| Dr. Scott Guelcher |
| Dr. Jimmy Mays |
| Dr. Anne Wilson |
| Dr. Howard Jordi |
| Dr. Vlad Iakovlev |
| Dr. Uwe Klinge |
| Dr. Thomas Muehl |
| Dr. Suzanne Parisian |
| Duane Priddy, Ph.D. |