Confidential - Attorneys' Eyes Only

Page 1

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
ATLANTIC COUNTY
CASE NO. 291 CT
MASTER CASE NO. L-6341-10

- - -

IN RE:
PELVIC MESH/GYNECARE
LITIGATION

- - -

CONFIDENTIAL - ATTORNEYS' EYES ONLY
VOLUME I
Thursday, November 15, 2012

- - -

Oral deposition of DANIEL
STEVEN ELLIOTT, M.D., held at MAZIE SLATER
KATZ & FREEMAN, L.L.C., 103 Eisenhower
Parkway, Roseland, New Jersey, commencing at
approximately 9:56 a.m., before Rosemary
Locklear, a Registered Professional
Reporter, Certified Realtime Reporter,
Certified Court Reporter (NJ License No.
30XI00171000), and Notary Public.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 971.591.5672  Fax
deps@golkow.com

Confidential – Attorneys' Eyes Only

Page 2

```
 1    APPEARANCES:
 2
 3         ANDERSON LAW OFFICES, L.L.C.
           BY:  BENJAMIN H. ANDERSON, ESQUIRE
 4         ben@andersonlawoffices.net
           1360 West 9th Street, Suite 215
 5         Cleveland, Ohio 44113
           (216) 589-0256
 6             and
           THE RESTAINO LAW FIRM, P.C.
 7         BY:  JOHN M. RESTAINO, JR., ESQUIRE
           jrestaino@restainolawfirm.com
 8         1550 Larimer Street, Suite 527
           Denver, Colorado 80202
 9         (720) 924-2006
           Appearing on behalf of the Plaintiffs
10
11
           BUTLER SNOW O'MARA STEVENS & CANNADA, P.L.L.C.
12         BY:  NILS B. (BURT) SNELL, ESQUIRE
           burt.snell@butlersnow.com
13         500 Office Center Drive, Suite 400
           Fort Washington, Pennsylvania 19034
14         (267) 513-1885
           Appearing on behalf of the Defendants Johnson
15         & Johnson and Ethicon
16
17         SILLS CUMMIS EPSTEIN & GROSS, P.C.
           BY:  WILLIAM R. STUART, III., ESQUIRE
18         wstuart@sillscummmis.com
           The Legal Center, One Riverfront Plaza
19         Newark, New Jersey 07102
           (973) 643-7000
20         Appearing on behalf of the Defendant Caldero
           Medical, Inc.
21
22                        - - -
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Attorneys' Eyes Only

```
 1                    I N D E X
 2
 3   WITNESS                              PAGE
 4
 5   DANIEL STEVEN ELLIOTT, M.D.
 6
 7        By Mr. Snell                     8
 8
 9                  - - -
10
11              EXHIBIT INDEX
12                                        MAR
     Elliott
13    1    10-page copy of document dated  8
          10/12/12 entitled "Notice to Take
14        Deposition of Dr. Daniel Elliott
          (General)"
15
      2    4-page copy of letter dated 11/7/12  64
16        to Benjamin H. Anderson, Esq., from
          Daniel S. Elliott, M.D.
17
      3    4-page copy of article dated 6/12/03  156
18        entitled "Robotic-Assisted
          Laparoscopic Sacrocolpopexy for
19        Treatment of Vaginal Vault Prolapse"
20    4    5-page copy of article dated 2004  165
          entitled "Gynecologic use of
21        robotically assisted laparoscopy:
          sacrocolpopexy for the treatment of
22        high-grade vaginal vault prolapse"
23    5    5-page copy of article dated 9/13/05  172
          entitled "Long-Term Results of
24        Robotic Assisted Laparoscopic
          Sacrocolpopexy for the Treatment of
25        High Grade Vaginal Vault Prolapse"
```

Confidential - Attorneys' Eyes Only

```
                                                        Page  4

 1                    EXHIBIT INDEX  (Continued)
 2                                                        MAR
      Elliott
 3
      6      4-page copy of article dated 11/14/03      181
 4           entitled "Time Dependent Variations
             in Biomechanical Properties of
 5           Cadaveric Fascia, Porcine Dermis
             Porcine Small Intestine Submucosa
 6           Polypropylene Mesh and Autologous
             Fascia in the Rabbit Model:
 7           Implications for Sling Surgery"
 8    7      6-page copy of article dated 11/11/05      190
             entitled "Time-Dependent Variations
 9           In Inflammation and Scar Formation of
             Six Different Pubovaginal Sling
10           Materials in the Rabbit Model"
11    8      1-page copy of document dated            214
             10/17/12 entitled "Financial
12           Disclosure of Daniel Elliott, M.D."
13
14    (Exhibits retained by the court reporter and
      attached to transcript.)
15
16                         -  -  -
17
18
19
20
21
22
23
24
25
```

Confidential - Attorneys' Eyes Only

Page 113

1    with Prolift+M®?

2        A.    No.

3        Q.    Did you ever undergo any of the

4    Prolift® training?

5        A.    No.

6        Q.    I would assume you never

7    underwent Prosima® training either.

8        A.    Correct.  I have not.

9        Q.    Why did you switch from Gore-Tex

10   mesh to polypropylene mesh?

11       A.    Because I --

12             MR. ANDERSON:  Objection.

13   Asked and answered.

14             Go ahead.

15             THE WITNESS:  I was having too

16   many problems with the Gore-Tex,

17   specifically erosion.  Extrusion.  Excuse

18   me.  Vaginal extrusion.

19   BY MR. SNELL:

20       Q.    And with the Gore-Tex mesh you

21   were having that mesh extrude into the

22   vagina?

23       A.    Correct.

24       Q.    And this was a potential

25   complication that you were aware of during

Confidential - Attorneys' Eyes Only

Page 161

1    any indication of a manufacturer.

2        Q.    Well, what's your understanding

3    of what type of material a Silastic graft

4    is?

5        A.    Well, Silastic is Silastic.  I

6    don't -- I don't know anything else beyond

7    that.

8        Q.    Is it mono-filament,

9    multi-filament?

10       A.    I don't know.

11       Q.    Is it macro-porous or

12   micro-porous?

13             MR. ANDERSON:  Objection.

14             THE WITNESS:  Yeah.  I'm not a

15   biomaterials expert, and I'd have to look at

16   it and measure it and things.

17   BY MR. SNELL:

18       Q.    Is it a synthetic material?

19       A.    Yes.

20       Q.    The Silastic grafts that you were

21   using for prolapse, do you know if they were

22   FDA approved for the treatment of prolapse?

23       A.    Well, since it was provided to me

24   by a company, I don't know what, I'm going

25   to assume it is.