

**MAYO CLINIC**

Search Mayo Clinic

Request an Appointment
Find a Doctor
Find a Job
Give Now

Log in to Patient Account
Translated Content

PATIENT CARE & HEALTH INFO | DEPARTMENTS & CENTERS | RESEARCH | EDUCATION | FOR MEDICAL PROFESSIONALS | PRODUCTS & SERVICES | GIVING TO MAYO CLINIC

Diseases and Conditions

# Urinary incontinence

Print

Basics | Care at Mayo Clinic | In-Depth | Expert Answers | Multimedia | Resources | News From Mayo Clinic

EXHIBIT # 16
D. ELLIOTT, M.D.
9/26/15       ncv

Products and services



## Urinary incontinence surgery in women: The next step

If you have severe symptoms of stress urinary incontinence or overactive bladder, surgery may provide a permanent solution to your problems. But surgery isn't for everyone. Find out what procedures may help in treating urinary incontinence.

By Mayo Clinic Staff

For some women, symptoms of stress incontinence or overactive bladder don't respond to conservative treatment. When urinary incontinence markedly disrupts your life, surgery may be an option.

Urinary incontinence surgery is more invasive and has a higher risk of complications than do many other therapies, but it can also provide a long-term solution in severe cases.

The surgical options available to you depend on the type of urinary incontinence you have. Most options for urinary incontinence surgery treat stress incontinence. However, low-risk surgical alternatives are available for other bladder problems, including overactive bladder — also called urge incontinence or urgency-frequency syndrome.

### Things to consider

Before you choose urinary incontinence surgery:

- **Get an accurate diagnosis.** Different types of incontinence require different surgical approaches. Your doctor may refer you to an incontinence specialist, urologist or urogynecologist for further diagnostic testing.
- **Think about your plans for having children.** Your doctor may recommend waiting for surgery until you're finished with childbearing. The strain of pregnancy and delivery on your bladder, urethra and supportive tissues may undo the benefits of a surgical fix.
- **Understand that surgery only corrects the problem it's designed to treat.** In some cases, surgery may not cure urinary incontinence. For instance, if you have mixed incontinence — a combination of stress incontinence and

Advertisement



Mayo Clinic is a not-for-profit organization. Proceeds from website advertising help support our mission. Mayo Clinic does not endorse non-Mayo products and services.

Advertising & Sponsorship
Policy | Opportunities

Mayo Clinic Store

Check out these best-sellers and special offers on books and newsletters from Mayo Clinic.

**Free E-newsletter**

Subscribe to Housecall

Our general interest e-newsletter keeps you up to date on a wide variety of health topics.

Sign up now

overactive bladder — surgery may improve your stress incontinence but not your overactive bladder. You may still need medication and physical therapy after surgery to treat overactive bladder.

### Understand the risks

Like any surgical procedure, urinary incontinence surgery comes with risks. Although uncommon, potential complications may include:

- Temporary difficulty urinating and incomplete bladder emptying (urinary retention)
- Development of overactive bladder, which could include urge incontinence
- Urinary tract infection
- Difficult or painful intercourse

Talk with your doctor to understand possible risks and benefits of surgery.

### Sling procedures to treat stress incontinence

Most surgical procedures to treat stress incontinence fall into two main categories: sling procedures and bladder neck suspension procedures.  Sling procedures

During a sling procedure, your surgeon uses strips of synthetic mesh, your own tissue or sometimes animal or donor tissue to create a sling or "hammock" under your urethra or bladder neck. The bladder neck is the area of thickened muscle where the bladder connects to the urethra — the tube that carries urine from the bladder. The sling supports the urethra and helps keep it closed — especially when you cough or sneeze — so that you don't leak urine.

The sling procedure that's best for you depends on your individual situation. Discussing the risks and benefits of each type of sling procedure with your doctor can help you make the right choice.

### Tension-free sling

No stitches are used to attach the tension-free sling, which is made from a strip of synthetic mesh tape. Instead, body tissue holds the sling in place. Eventually scar tissue forms in and around the mesh to keep it from moving.

For a tension-free sling procedure, your surgeon may use one of three approaches:

- **Retropubic.** With the retropubic approach, your surgeon makes a small cut (incision) inside your vagina just under your urethra. Your surgeon also makes two small openings above your pubic bone just large enough for a needle to pass through. Your surgeon then uses a needle to pass the sling under the urethra and up behind the pubic bone. A few absorbable stitches close the vaginal incision, and the needle sites may be sealed with skin glue or stitches.
- **Transobturator.** With the transobturator approach, your surgeon makes a similar vaginal incision as in the retropubic approach and also creates a small opening on each side of your labia for the needle to pass through. The sling passes in a different pathway from the retropubic approach, but it's still placed under the urethra. Your surgeon closes the vaginal

Mayo Clinic Health Letter
The Mayo Clinic Handbook for Happiness
Mayo Clinic Essential Guide to Prostate Health
Guide to Your Baby's First Years
The Mayo Clinic Diet Online

Ads by Google

### Car Loans w/ Bad Credit
car.com/Bad-Credit-Car-Loan
100% Acceptance! $1500/Month Income Pre-Qualifies $7K-$25K — Apply Here

### Free Monistat Coupons
befrugal.com/Monistat
Instant Savings on Feminine Care. Print Free Coupons for Monistat!

### Snoring Mouth Guard
dealhunter.us/All-Information
Look up Snoring Mouth Guard Save Time and Money Now !

### Top Savings Accounts 2015
bestsavingsaccounts.ratecatcher.com
Earn 10X More than Average Savings. Sort Rates-Pick Best & Apply Online

incision with absorbable stitches and the needle site with skin glue or stitches.
- **Single-incision mini.** With this approach, your surgeon makes only one small incision in your vagina to perform the procedure. Through this single incision, your surgeon places the sling in a manner similar to the retropubic and transobturator approaches. No other incisions or needle sites are needed.

Recovery time for tension-free sling surgery varies. Your doctor may recommend two to four weeks of healing before returning to activities that include heavy lifting or strenuous exercise. It may be up to six weeks before you're able to resume sexual activity.

Using surgical mesh is a safe and effective way to treat stress urinary incontinence. However, complications can occur in some women, including erosion of the material, infection and pain.

### Conventional sling

With a conventional approach, your surgeon makes an incision in your vagina and places a sling made of synthetic mesh tape — or possibly your own tissue or tissue from an animal or deceased donor — under the neck of your bladder. Through another incision in your abdomen, your surgeon pulls the sling to achieve the right amount of tension and attaches each end of the sling to pelvic tissue (fascia) or your abdominal wall using stitches.

A conventional sling sometimes requires a larger incision than does a tension-free sling. You may need an overnight stay in a hospital and usually a longer recovery period. You may also need a temporary catheter after surgery while you heal.

Next

Share    Tweet

April 18, 2014

References

See more In-depth

### Products and Services

Book: The Mayo Clinic A to Z Health Guide
Book: Mayo Clinic on Managing Incontinence, Second Edition
Book: Mayo Clinic on Healthy Aging

### See also

Acetyl-L-carnitine: Can it relieve MS fatigue?
Adult bed-wetting: A concern?

Aging
Bladder control problems
Bladder control problems in women: Seek treatment
Medications for bladder control problems
Bone metastasis

Show more

## Other Topics in Patient Care & Health Info

| Healthy Lifestyle | Symptoms A-Z | Diseases and Conditions A-Z | Tests and Procedures A-Z |
| Drugs and Supplements A-Z | Appointments | Patient and Visitor Guide | Patient Online Services |

Home    Diseases and Conditions    Urinary incontinence    In-Depth                ART-20046858
Urinary incontinence surgery in women - The next step

REQUEST APPOINTMENT    GIVE NOW    CONTACT US    ABOUT MAYO CLINIC    EMPLOYEES    SITE MAP    ABOUT THIS SITE

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
Privacy Policy
Notice of Privacy Practices

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

We comply with the HONcode standard for trustworthy health information: verify here.

© 1998-2015 Mayo Foundation for Medical Education and Research. All rights reserved.