UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST
VIRGINIA AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS PRODUCTS LIABILITYLITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE FOLLOWING PLAINTIFFS: | Joseph R. Goodwin U. S. District Judge |

**Christine Wiltgen**
Case No. 2:12-cv-01216

**Laura Waynick**
Case No. 2:12-cv-01151

**Denise Burkhart**
Case No. 2:12-cv-01023

**Debra A. and Donald Schnering**
Case No. 2:12-cv-01071
+
**Karen Bollinger**
Case No. 2:12-cv-01215

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF KIMBERLY KENTON, M.D., M.S.**

PLEASE TAKE NOTICE that on _____, or as soon thereafter as the motion may be heard in the above entitled Court located at Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400, Charleston, West Virginia 25301, Plaintiffs, will and do move this Court for an order granting their request to exclude the testimony of Kimberly Kenton, M.D., M.S. ("Dr. Kenton") in the above-captioned matters. Plaintiffs seek to exclude the testimony of Dr. Kenton as set forth in full in the Memorandum in Support of Plaintiffs' Motion to Exclude the

1

Testimony of [Dr. Kenton] ("Memorandum") filed contemporaneously with this Motion, along with the exhibits attached thereto.

This motion will be made and is based on this Notice of Motion and Motion, the Memorandum, and upon such other matters as may properly come before the Court at the hearing hereof.

Date: April 21, 2016.

By: /s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700 Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
*Plaintiff's Steering Committee*

Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300 Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200 Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                              s/Fidelma Fitzpatrick
                                              Fidelma L. Fitzpatrick (USDC of RI #5417)
                                              Motley Rice LLC
                                              321 South Main Street
                                              Providence, RI 02903
                                              Phone: (401) 457-7700
                                              Fax: (401) 457-7708
                                              ffitzpatrick@motleyrice.com