# EXHIBIT A-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES LISTED BELOW | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

| | |
|---|---|
| *Mullins, et al. v. Ethicon, Inc., et al.* | *2:12-cv-02952* |
| *Sprout, et al. v. Ethicon, Inc., et al.* | *2:12-cv-07924* |
| *Iquinto v. Ethicon, Inc., et al.* | *2:12-cv-09765* |
| *Daniel, et al. v. Ethicon, Inc., et al.* | *2:13-cv-02565* |
| *Dillon, et al. v. Ethicon, Inc., et al.* | *2:13-cv-02919* |
| *Webb, et al. v. Ethicon, Inc., et al.* | *2:13-cv-04517* |
| *Martinez v. Ethicon, Inc., et al.* | *2:13-cv-04730* |
| *McIntyre, et al. v. Ethicon, Inc., et al.* | *2:13-cv-07283* |
| *Oxley v. Ethicon, Inc., et al.* | *2:13-cv-10150* |
| *Atkins, et al. v. Ethicon, Inc., et al.* | *2:13-cv-11022* |
| *Garcia v. Ethicon, Inc., et al.* | *2:13-cv-14355* |
| *Lowe v. Ethicon, Inc., et al.* | *2:13-cv-14718* |
| *Dameron, et al. v. Ethicon, Inc., et al.* | *2:13-cv-14799* |
| *Vanbuskirk, et al. v. Ethicon, Inc., et al.* | *2:13-cv-16183* |
| *Mullens, et al. v. Ethicon, Inc., et al.* | *2:13-cv-16564* |
| *Shears, et al. v. Ethicon, Inc., et al.* | *2:13-cv-17012* |
| *Javins, et al. v. Ethicon, Inc., et al.* | *2:13-cv-18479* |
| *Barr, et al. v. Ethicon, Inc., et al.* | *2:13-cv-22606* |
| *Lambert v. Ethicon, Inc., et al.* | *2:13-cv-24393* |
| *Cook v. Ethicon, Inc., et al.* | *2:13-cv-29260* |
| *Stevens v. Ethicon, Inc., et al.* | *2:13-cv-29918* |
| *Harmon v. Ethicon, Inc., et al.* | *2:13-cv-31818* |
| *Snodgrass v. Ethicon, Inc., et al.* | *2:13-cv-31881* |
| *Miller v. Ethicon, Inc., et al.* | *2:13-cv-32627* |
| *Matney, et al. v. Ethicon, Inc., et al.* | *2:14-cv-09195* |
| *Jones, et al. v. Ethicon, Inc., et al.* | *2:14-cv-09517* |
| *Humbert v. Ethicon, Inc., et al.* | *2:14-cv-10640* |
| *Gillum, et al. v. Ethicon, Inc., et al.* | *2:14-cv-12756* |
| *Whisner, et al. v. Ethicon, Inc., et al.* | *2:14-cv-13023* |
| *Tomblin v. Ethicon, Inc., et al.* | *2:14-cv-14664* |
| *Schepleng v. Ethicon, Inc., et al.* | *2:14-cv-16061* |
| *Tyler, et al. v. Ethicon, Inc., et al.* | *2:14-cv-19110* |
| *Kelly, et al. v. Ethicon, Inc., et al.* | *2:14-cv-22079* |
| *Lundell v. Ethicon, Inc., et al.* | *2:14-cv-24911* |

*Cheshire, et al. v. Ethicon, Inc., et al.*                2:14-cv-24999
*Burgoyne, et al. v. Ethicon, Inc., et al.*                2:14-cv-28620
*Bennett, et al. v. Ethicon, Inc., et al.*                2:14-cv-29624

## Rule 26 Report of Kimberly Kenton, MD, MS
### Board-certified, Female Pelvic Medicine & Reconstructive Surgery

This is my report related to the design of Ethicon's TVT™retropubic sling.  My opinions relate to TVT™ being safe for its intended use in treating stress urinary incontinence and describing how the benefits of TVT™ significantly outweigh the risks associated with the procedure.  All of my opinions are held to a reasonable degree of medical certainty, and I reserve the right to amend my report and opinions based on new information.  I have reviewed the expert reports of plaintiffs' experts and have included my reliance materials as an attached exhibit.

## I.  Background and Education:

I am board-certified by the American Boards of Obstetrics & Gynecology and Urology in Female Pelvic Medicine & Reconstructive Surgery and by the American Board of Obstetrics & Gynecology in Obstetrics & Gynecology.  My current position is Professor of Obstetrics/Gynecology and Urology, Division Chief of Female Pelvic Medicine & Reconstructive Surgery (FPMRS) at Northwestern University, Feinberg School of Medicine in Chicago, Illinois.  I am an internationally recognized leader in Female Pelvic Medicine & Reconstructive Surgery/Urogynecology for my expertise in the clinical and surgical care of women with urinary incontinence and pelvic organ prolapse as well as high-quality surgical outcomes and comparative effectiveness research.   I earned a Master of Science in Clinical Research Design and Statistical Analysis at the University of Michigan, Ann Arbor and served as the principal investigator on multiple NIH (National Institute of Health) grants studying urinary incontinence.

I was part of a multicenter group who designed, implemented and published the largest US comparative effectiveness trial comparing transobturator midurethral sling to the gold standard retropubic midurethral sling.  This landmark study showed the efficacy and safety of both types of synthetic midurethral sling.  Gynecare TVT™ was *intentionally* selected as the retropubic sling to be used in this study due to previously published large trials demonstrating efficacy and safety of the procedure and the mesh. I have over 170 peer-reviewed scientific research publications, many of which pertain to the etiology and treatment of urinary incontinence.  Recently, the American College of Obstetricians & Gynecologist and the American Urogynecologic Society asked that I co-author a national Practice Bulletin summarizing current evidence for the evaluation and treatment of urinary incontinence in women.  I also authored the bladder neck fascial sling section of UpToDate.  UpToDate is the only clinical knowledge resource for

2

physicians with research studies demonstrating improved outcomes.  A subject matter expert and at least two different physician reviewers perform a comprehensive review of the literature and develop clear evidenced-based recommendations for treatment. Both documents support published randomized trial and meta-analysis data endorsing midurethral sling as first line treatment for stress incontinence in women based on safety and efficacy.

## II.  Experience:

My experience as a surgeon, educator, and researcher resulted in my leadership in our national certifying and credentialing organizations.  The American Boards of Obstetrics & Gynecology and Urology selected me to serve on the joint Female Pelvic Medicine & Reconstructive Surgery Division charged with developing the exam to certify individual surgeons in FPMRS.  I worked with a small group of six urogynecologists and urologists from across the US to write the exam used to credential sub-specialty surgeons performing surgery for urinary incontinence in women. Likewise, I was part of the team who worked with Accreditation Counsel of Graduate Medical Education (ACGME) to develop guidelines for fellowship training in FPMRS.

## III.  Board Certification:

Board certification is a voluntary process and differs from medical licensure in that medical licensure sets minimum competency requirements to diagnose and treat patients; it is not specialty specific.  Board certification demonstrates a physician's exceptional expertise in a particular specialty.  In addition, the American Board of Medical Specialties [ABMS (parent board to ABOG and ABU)] requires that all certified physicians engage in on-going maintenance of certification to ensure they stay current of advances in the evaluation and treatment of patients by that specialty.  Patients, physicians, health care providers, insurers and quality organizations look for these markers as the best measure of a physician's knowledge, experience, and skills to provide quality health care within a given specialty, recognizing the growing need for research and high-quality specialty care for women with urinary incontinence and pelvic floor disorders beyond that provided by urologists and gynecologists. The ABMS officially approved the specialty of **Female Pelvic Medicine and Reconstructive Surgery** in the spring of 2011.   In so doing, ABMS acknowledged that care for women with complex pelvic floor disorders (such as urinary and fecal incontinence, and pelvic organ prolapse) requires subspecialty training and certification beyond the training acquired by a general obstetrician-gynecologist or a general urologist.  In June of 2013, the American Board of Obstetrics and Gynecology and the American Board of Urology certified the first individual physicians.  My CV is attached as Exhibit "A".

I am charging $600 per hour for meetings and to review documents, $700 per hour for deposition testimony, and $4,000 per day for trial testimony.  I have not testified as an expert in the last four years.

**IV.  Professional Societies:**

I am also a member and have held leadership positions in all of our major professional organizations, including:

- American Urogynecologic Society where I served on, then chaired the Education Committee; the Board of Directors; Grant Review Committee; and Leadership Committee.
- Society of Gynecologic Surgeons where I served on the Research Committee; served then chaired the Education Committee; and the Executive Committee.
- American College of Obstetricians & Gynecologist where I served on the Practice Bulletins Committee for Gynecology and the Clinical Document Review Panel.  Most recently, I chaired the committee responsible for the first Prolog in Female Pelvic Medicine & Reconstructive Surgery.
- Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction where I participated on a small work group who developed a urodynamics curriculum for urology residents.
- American Urologic Association.
- International Urogynecologic Society where I served on the Research & Development Committee.
- International Continence Society.

I devote my time and energy to these organizations as well as our certifying/credentialing boards (ABOG, ABU, and ACGME) because these organizations are *dedicated to improving health outcomes for women with urinary incontinence* and other pelvic floor disorders.  Nearly all of the organizations dedicate significant resources to developing evidenced-based guidelines to help clinicians and patients chose the best health care treatments, which optimize outcomes and complications.  In fact, most of the organizations (AUGS, SUFU, IUGA, and AUA) developed thoughtful, evidenced-based statements supporting the use of synthetic midurethral slings as a primary treatment for stress urinary incontinence in women.  The mission of American Urogynecologic Society, the leader in FPMRS, is to "promote the highest quality patient care through excellence in education, research and advocacy." The Society developed an evidenced based statement on role of midurethral slings and accompanying FAQs for providers and patients because of their commitment to *our patients*.

Learning how to perform surgery using the retropubic midurethral sling is listed as a learning objective in the AUA National Medical Student Curriculum dated August of 2012.  Additionally, the AUGS Resident Learning Objectives suggest residents should

"understand the differences between traditional and minimally invasive surgical approaches, e.g., open Burch versus laparoscopic Burch, and traditional pubovaginal sling versus mid-urethral sling."  The resident should also be able to "discuss risks, benefits, and expected outcomes of nonsurgical and surgical management of SUI." Moreover, the residents should "understand and perform a mid-urethral sling, using either retropubic or transobturator approach."  Residents are also expected to be familiar with synthetic foreign body materials, as they should "understand the vital characteristics of synthetic grafts, e.g., pore size, mono versus polyfilament, material types; understand the relative indications for, and complications associated with, each category of grafts; and understand the management of graft complications, both surgical and non-surgical."  The ACGME Competencies require fellows to demonstrate competence in performing surgery for urinary incontinence using synthetic slings.  The ABOG and ABU Guide to Learning Female Pelvic Medicine and Reconstructive Surgery suggests that FPMRS fellows should be able to perform and describe the complications associated with synthetic retropubic slings and be able to manage complications associated with continence surgery, including: cystotomy, fistula, persistent or recurrent urinary incontinence symptoms, voiding dysfunction or retention, foreign body associated complications, and urinary tract infection.  It is important to note that FPMRS fellows are also expected to cite published success and complication rates for each continence procedure, quality of studies, and level of evidence.  Lastly, the IUGA Guidelines for training in FPMRS suggest that trainees should receive experience in the theory, practice, and performance of minimally invasive slings, mesh use in repairs, use of various graft materials, and sling procedures – retropubic, pubo-vaginal, mid-urethral and transobturator.  As such, residents and fellows are expected to become familiar and keep current with the frequency and severity of complications associated with midurethral slings through their education, training, experience, and review of the medical literature.

I chose to use Ethicon TVT™, TVT™ Exact, and TVT-O™ for the primary surgical treatment of stress urinary incontinence in my patients who selected midurethral sling for over a decade because of the magnitude of the clinical data demonstrating their safety and efficacy.  I have never received any financial support from Ethicon.

**V.  Procedures Performed:**

I have regularly performed surgery to treat stress urinary incontinence since starting my ABOG/ABU accredited fellowship in 1999.  First line surgical treatments of stress incontinence at that time were Burch colposuspension and bladder neck fascial sling.  I performed countless numbers of both procedures, which involve an abdominal incision and are significantly more invasive than midurethral slings.  From 2002-2004, I was part of a large federally supported comparative effectiveness trial comparing outcomes of Burch and bladder neck fascial slings, SISTEr (Stress Incontinence Surgical Treatment Efficacy Trial) directly comparing Burch and bladder neck fascial slings (Albo

M. NEJM 2007).  Unlike a case series evaluating autologous fascial slings, which is considered level 4 evidence, the SISTEr study provides level 1 evidence.

In 2000, the National Institutes of Diabetes, Digestive and Kidney Diseases (NIDDK) established the Urinary Incontinence Treatment Network (UITN), recognizing the need for well-designed outcomes studies for urinary incontinence treatment in women as previous studies had methodological flaws and/or limitations that precluded definitive conclusions about the relative efficacy or differences in complications between procedures.  These limitations included variability in case definition, failure to account for known confounders, lack of standardization of technique, short duration of follow-up, poor generalizability, inadequate power to detect clinically important differences, lack of assessment of complications, and marked variability in outcome assessment (UITN. Urology 2005).  Randomized controlled trials or comparative effectiveness trials are considered the best of all research designs because the act of randomizing patients to receive one intervention or the other ensures that, on average, all other factors are equal between the groups.  Therefore, any significant differences in outcomes or complications between the groups can be attributed to the intervention or procedure and not to some other factor.  Burch and bladder neck slings were selected for comparison by the UITN since they were considered the 'gold standard' procedures for treating stress incontinence in the US at that time; although expert opinion existed regarding the efficacy of the procedures, no prospective comparative data was available to support or refute "expert opinions".  We now have 2-year and 5-year outcome and complication data directly comparing these two procedures (Albo M. NEJM 2007, Brubaker L. JAMA 2012).

I expanded my surgical counseling to include midurethral sling (Ethicon TVT™ in particular) in the mid-2000s based on evolving scientific data, in particular a 14-center randomized trial done in the UK comparing Ethicon TVT™ to Burch colposuspension (Ward KL. BMJ 2002, Ward KL. AJOG 2004, Ward KL. BJOG 2007).  Midurethral slings are less invasive, have fewer complication, (less prolonged voiding dysfunction, and result in quicker recovery times for patients. As part of a clinical research network supported by the National Institutes of Health, I helped design, implement and publish the largest US comparative effectiveness trial comparing transobturator midurethral sling to the gold standard retropubic midurethral sling.  This landmark study showed the efficacy and safety of both types of synthetic midurethral slings at 1, 2 and 5-years after surgery (Richter HE. NEJM 2010, Albo M. J Urol. 2012, Kenton K. J Urol 2015).  Gynecare TVT™ was *intentionally* selected as the retropubic sling to be used in this study due to previously published large trials demonstrating efficacy and safety of the procedure and the mesh.  At the start of the study period (similar to the UK study comparing TVT™ to Burch), only mechanically cut mesh was available, so these data reflect clinical outcomes of mechanically cut mesh.

I have performed over a 1,000 TVT™ and TVT™ Exact procedures and currently offer retropubic midurethral slings as a first line procedure in women with stress urinary

incontinence. As a result, I have significant clinical experience with both mechanically and laser cut sling mesh. Similar to the large body of published clinical outcomes data – including over 100 RCTs, long-term studies[1], Cochrane Reviews[2], Registries[3], Meta-Analyses and Systematic Reviews[4] – I have not found any clinically relevant differences in the design properties or outcomes suggesting clinically significant differences between mechanically cut and laser cut TVT. While theoretical and laboratory data may offer interesting hypotheses worthy of clinical studies, there are presently no substantial comparative clinical data in women with stress incontinence suggesting benefit of one over the other. Given the low rates of mesh exposures in well-designed published trials and long-term studies with follow-up ranging from 10-17 years using mechanically cut sling mesh, it is unlikely that comparative studies of mechanically and laser cut meshes will ever be feasible due to impractically large sample sizes that would be required to show a marginal difference, if any, between mechanically cut and laser cut TVT.

I continue to counsel each woman planning surgery for stress urinary incontinence about the full range of surgical alternatives, including Burch colposuspension, bladder neck fascial sling, and both retropubic and transobturator midurethral slings, but recommend Amid Type I polypropylene, macroporous synthetic midurethal slings, such as TVT, for the majority of my patients. Each procedure is associated with reasonable success rates, but differ with respect to complications and recovery time, and individual women should be allowed to select the risk profile that most suits her goals. The majority of women select the retropubic midurethral sling. However, in select women who decline or are not candidates for synthetic mesh slings, bladder neck fascial slings remain an important, effective treatment option. Several conditions in which autologous fascia sling should be considered include:

- Women with severe stress incontinence and a non-mobile, fixed urethra, bladder neck sling may be preferable due to its slightly more obstructive nature. Some surgeons will place a bladder neck fascial sling under more tension (more obstructive) than a synthetic sling secondary to risks of urethral erosion.
- Women undergoing urethral reconstruction (eg: diverticulectomy or fistula repair) should be considered for concomitant bladder neck slings. Several investigators reported good incontinence outcomes and low complication rates after urethral diverticulectomy and autologous fascial sling.

---

[1] Nilsson (2004, 2008, 2013), Liapis (2008), Kuuva (2005), Celebi (2009), Prien-Larsen (2009), Song (2009), Lee (2010), Reich (2011), Shao (2011), Li (2012), Ward (2007), Kenton (2015), Cresswell (2008), Valpas (2014), Laurikainen (2014), Constantini (2015), Olsson (2010), Groutz (2011), Aigmueller (2011), Heinonen (2012), Serati (2012), Svenningsen (2013).

[2] Ford (2015), Ogah (2009, 2011), Novara (2007, 2008, 2010), Latthe (2007, 2010), Rehman (2011), Lapitan (2012).

[3] Kuuva (2002), Schraffordt (2006, 2007), Tamussino (2001), Nilsson (2012), Svenningsen (2013), Dyrkorn (2010), Tincello (2011).

[4] Schimpf (2014), Tommaselli (2015), Cox (2013)

- Women who had complications from prior mesh placed in the anterior vagina (for incontinence or prolapse) may be candidates for autologous fascia sling. Several case series report good outcomes with removal of prior mesh and/or placement of autologous fascia sling (Milose JC. J Urol. 2015); however, multiple studies also report good outcomes when a second synthetic midurethral sling is placed (Pardon AM. Obstet Gynecol. 2013).

Although the aforementioned patients may benefit from a bladder neck fascial sling, the majority of patients seeking surgical treatment for uncomplicated stress incontinence are best suited for a synthetic midurethral sling.  The bladder neck fascial sling has its place in a surgeon's armamentarium, but should not be considered the gold standard procedure secondary to increased complications and recovery.  Historically, bladder neck fascial slings were reserved for women with 'intrinsic sphincter deficiency' or severe stress incontinence, while Burch was the first line treatment.  The limitation of this treatment strategy was related to diagnosis of intrinsic sphincter deficiency. Numerous clinical investigators tried over the years to determine which patients should get bladder neck slings and which Burch colposuspension using various measure of urethral function (Valsalva Leak Point Pressures, Maximum Urethral Closure Pressures, Electromyography) to diagnose intrinsic sphincter deficiency.  Unfortunately, NONE of the measures discriminated surgical success/failures, thus limiting their clinical utility. To date the BEST comparative data available is the UITN's SISTEr study, published in the New England Journal of Medicine,. Within the last 10 years, the synthetic midurethral sling has replaced traditional, more invasive abdominal procedures as the gold standard for the primary surgical treatment of stress incontinence.

## VI.  Overview of Stress Urinary Incontinence:

Urinary incontinence affects 10–70% of women living in a community setting and up to 50% of nursing home residents and is often the main reason for nursing home admission. Prevalence of incontinence increases gradually during reproductive years peaking around middle age, and then steadily increasing with aging (DuMoulin MF. Scandinavian J Caring Sci. 2009, Offermans MP. Neurourol Urodynam. 2009).   Despite the prevalence of urinary incontinence, many women are hesitant to seek care or discuss their symptoms with a health care provider.  In a survey of women in the United States, only 45 percent of women who reported at least weekly urine leakage sought care for their incontinence symptoms (Hannestad YS. J Clinical Epi 2000). As a result, many incontinent women live with physical, functional, and psychological limitations and diminished quality of life at home and at work.

In 1995, the estimated annual direct cost of urinary incontinence in the United States was $12.43 billion (Wilson L. Obstet Gynecol. 2001), which was greater than the annual direct costs for breast, ovarian, cervical, and uterine cancers combined (Varmus H. Disease-Specific Estimates of Directand Indirect Costs of Illness and NIH Support. Bethesda (MD): Department of Health and Human Services, National Institutes).   In

2001, the demand for treatment for pelvic floor disorders was estimated to increase by 45% over the next 30-years with a commensurate rise in health care costs (Luber KM. AJOG. 2001).  In the United States in 2010, approximately 260,000 women underwent surgical treatment of stress urinary incontinence (Urogyn surgical mesh update, FDA July 2011). Stress urinary incontinence affects 16% of adult women with 78% reporting their symptoms to be bothersome and with nearly 30% reporting their symptoms to be moderately to extremely bothersome.  In 2010, approximately 260,000 women in the United States underwent surgical treatment of SUI.[5]

Since their introduction in the 1990s, midurethral slings have become the primary surgical treatment for stress urinary incontinence in women with a 27% increase in the rate of surgical management of stress urinary incontinence from 2000 to 2009, the majority of which was secondary to increase in number of sling procedures (Anger JT Urol 2009, Jonsson Funk M Obstet Gynecol 2012). Additionally, published surveys and literature have shown a significant increase in synthetic midurethral slings, which corresponds with a sharp decline in the usage of autologous fascial sling and Burch procedures over the past ten years.  A 2015 Cochrane Review of the peer-reviewed literature concluded that "midurethral sling operations are the most extensively researched surgical treatment for stress incontinence in women, have a good safety profile…. and are highly effective in the short and medium term… accruing evidence demonstrates their effectiveness in the long term." (Ford AA. Cochrane Database Syst Rev. 2015).   The authors also conclude that midurethral slings have a "positive impact on improving quality of life of women with stress incontinence."

Another meta-analysis of 62 randomized trials concluded that midurethral slings are as effective as Burch colposuspension and bladder neck fascial slings, but are associated with shorter operative times, quicker recovery, and fewer postoperative complications.[6]  Short-term cure rates of midurethral slings were comparable to bladder neck sling (73% vs 71%, RR 1.0 95% Ci 0.9-1.1), open Burch colposuspension (79% vs 82%, RR 1.0, 95% CI 0.9-1.0), and laparoscopic colposuspension (82% vs 74%, RR 1.1, 95% CI 1.0-1.2).  Rates of new onset urgency and urgency incontinence are **lower** after midurethral sling compared to bladder neck slings.

Several large multicenter trials compared retropubic and transobturator midurethral slings (Richter HE. NEJM. 2012). The Trial of Midurethral Slings (TOMUS) randomized women with stress predominant urinary incontinence to TVT™ (mechanically cut mesh) or transobturator midurethral slings.  Using a composite primary outcome (negative cough stress test, negative pad test, no retreatment, no self-reported symptoms, and no leakage episodes on voiding diary) the procedures were equivalent (81% for TVT™ and 78% for transobturator) at one-year.  However, at 24

---

[5] ACOG and AUGS: Committee Opinion Number 603 – Evaluation of Uncomplicated Stress Urinary Incontinence in Women Before Surgical Treatment.
[6] Ogah 2011 Cochrane Review.

months, neither objective or subjective success rates met the predefined criteria for equivalence.  Voiding dysfunction was more common with retropubic slings (2.7% vs 0%), but neurologic symptoms were more common with transobturator slings (9.4% vs 4.0%).  The most common adverse effect was UTI (26%). ***Mesh complications (3.4%) were uncommon (16 exposures and 2 erosions) in the first 2-years.***  There were only 7 new mesh erosions (3 TVT™, and 4 transobturator slings) between year 2 and 5.

While urethral bulking agents are rarely used as a primary treatment for stress urinary incontinence, they remain an option for women with persistent stress urinary incontinence or women with commodities who cannot tolerate anesthesia or surgery. A recent Cochrane Review found that urethral bulking agents are less effective than sling surgery with 1.7- to 4.7-fold increased likelihood of cure with surgical treatment.

## VII.  Alternative Treatments for Stress Incontinence:

### A.  *Pelvic Floor Muscle Exercises*
Pelvic floor muscle exercises are effective treatment for stress incontinence. Approximately half of women with stress predominant urinary incontinence are satisfied one year after starting pelvic floor muscle training.  A recent trial compared pelvic floor muscle training to midurethral sling for treatment of stress urinary incontinence. Forty-nine percent of women in the pelvic floor muscle-training group crossed over to surgery and 11% of women in the surgery group crossed over to physical therapy.  In intent to treat analysis, subjective cure rates were 85% in the surgery group and 53% in the physical therapy group suggesting initial midurethral sling surgery results in higher cure rates than physical therapy at one-year.

### B.  *Incontinence Pessaries*
Incontinence pessaries can improve stress urinary incontinence symptoms in some women by increasing urethral resistance.  One randomized trial demonstrated similar satisfaction with stress incontinence symptoms one-year after pessary and behavioral-physical therapy (Richter HE. Obstet Gynecol 2010).  There was no benefit to combined therapy with pessary and behavioral-physical therapy.  Health care providers should discuss both pessary and behavioral-physical therapy as effective conservative therapies for stress urinary incontinence.  Patients will likely select based on personal factors; pessary offers more immediate symptom control, while physical therapy may offer long-term neuromuscular changes.

### C.  *Behavioral Modification*
Level I evidence exists supporting role of some behavioral modifications in the treatment of urinary incontinence.  In one study, behavioral therapy including group and individual instruction, scheduled voiding, diary keeping, and pelvic floor muscle exercises resulted in a 50% reduction in mean incontinence episodes compared with a 15% reduction in controls. Behavioral training with biofeedback did not reduce incontinence episodes more that providing verbal feedback or receiving a self-help

10

booklet. Therefore, behavioral therapy improves symptoms of urinary incontinence and can be recommended as a noninvasive treatment in many women.

Obesity is an independent risk factor for the development of incontinence, with obese women having a 4.2-fold greater risk of stress urinary incontinence than those with a normal body mass index.  Several trials demonstrate that moderate weight loss can improve stress urinary incontinence symptoms in overweight and obese women suggesting that even moderate weight loss can improve stress urinary incontinence symptoms.

### D.  Urethral Bulking Agents

While urethral bulking agents are rarely used as a primary treatment for stress urinary incontinence, they remain an option for women with persistent stress urinary incontinence or women with commodities who cannot tolerate anesthesia or surgery. A recent Cochrane Review found that urethral bulking agents are less effective than sling surgery with 1.7- to 4.7-fold increased likelihood of cure with surgical treatment.

### E.  When to Recommend Surgical Treatment

Surgery is indicated for appropriately counseled women with stress urinary incontinence who decline or have insufficient symptom control after conservative treatment.  While surgical treatments are associated with higher success rates than conservative therapy, surgery is also associated with increased morbidity, postoperative voiding difficulty and development urgency incontinence.  Recent randomized trial data demonstrate a higher subjective improvement (91% vs 64%) and objective cure rates (77% vs 59%) one-year after midurethral sling compared to physical therapy, suggesting midurethral sling is an appropriate first-line treatment in appropriately counseled women.  Each woman must balance her symptom bother, quality of life impact, and goals for treatment when deciding upon surgical management of her stress urinary incontinence.  The projected total number of women who will undergo SUI surgery will increase 47.2% from 210,700 in 2010 to 310,050 in 2050.[7]

### F.  Laser cut vs. mechanically cut mesh

I regularly review the medical literature related to surgical procedures and devices used to treat stress urinary incontinence, and I have never seen any clinical outcome literature that would suggest mechanically cut mesh is inferior or causes complications; nor have I seen any literature suggesting that laser cut is superior and causes fewer complications.  In a study from 2006 comparing a laser cut mesh to mechanically cut TVT™-O, which is made from the same material as mechanically cut TVT™, the authors found statistically more vaginal mesh exposures (7.29% vs. 1.78%) in the Obtape laser cut group than in the mechanically cut TVT™-O group at 36 months follow-up and no cases of urethral erosions. This nearly 2% mesh exposure rate of the

---

[7] Wu (2011): Predicting the number of women who will undergo incontinence and prolapse surgery, 2010 to 2050.

mechanically cut mesh is similar to exposure rates of mechanically cut mesh in large multicenter trials and meta-analyses. In addition, the weight of Obtape as 90 g/m² and TVT™-O as 94 g/m², suggests that weight of the mesh was not a contributing factor to an increase in mesh exposures.

The edges of mechanically cut TVT™ mesh are not sharp and do not cut into tissue and cause complications. The unsealed edges provide for greater tissue integration through the 'Velcro effect'. In a 2011 randomized trial by Neuman and colleagues evaluating TVT™-O (mechanically cut) and TVT™-Secur (laser cut), the authors hypothesized that higher rates of dyspareunia in the TVT™-Secur group may be explained "in part by the rigidity and reduced flexibility of the synthetic polypropylene implant because it is laser cut, which tends to result in a stiff tape edge. As a result, the overlying vaginal mucosa is constantly traumatized, much more than it would be with use of mechanically cut tape."

Additionally, I am aware of a study[8] comparing Advantage, which has a laser cut section, to mechanically cut TVT, in which the authors suggested that the heat-treated section of the Advantage sling made the tape stiffer and less elastic in animal and in vitro studies. They theorized that the increase in overactive bladder and voiding difficulty issues with the Advantage "could be related to the slightly stiffer nature of the Advantage sling." Moreover, the authors noted that TVT "is commonly acknowledged as the gold standard of MUS by virtue of its extensive safety and efficacy data in the literature." Regardless, 93.2% of TVT patients and 92.6% of Advantage patients would recommend the procedure to a friend. In a different study[9] comparing Lynx to TVT, the authors found an increased rate of vaginal mesh exposures with Lynx (4% with Lynx vs. 0% with TVT) and wondered if "the heat sealed edges in the Lynx system increased its resistance to deformation, thus increasing the risk of erosion." They suggested that "the open weave Prolene [TVT] mesh also has unique biomechanical properties with low stiffness and low resistance to deformation, which may be the reason for its low risk of erosion." Again, patient satisfaction rates were similar at 92% for both products.

Furthermore, I am also aware of an internal email from an engineer at Ethicon who suggested that laser cut mesh would cause mesh to lay flat and reduce roping and curling, which would then reduce retention rates. Unfortunately, this theory is not substantiated in the peer-reviewed literature, nor have I noticed a difference in retention rates in my patient after placement of mechanically cut or laser cut TVT™ mesh. Likewise, I have also seen a company document suggesting that laser cut TVT™ mesh is 3 times stiffer than mechanically cut mesh when it was subjected to benchtop testing under strain, and the suggestion that stiffer mesh causes an increase in complications, such as pain and mesh exposure. Again, this is an unsubstantiated theory that would suggest a design change is warranted based on clinical data, or that

---

[8] Lim (2010): Do the Advantage slings work as well as the tension-free vaginal tapes? Int Urogyn J (2010).
[9] Aarwalla (2008)

laser cut results in statistically significant lower adverse events. I have not seen a difference in complication rates in the literature or my patients.

**VIII.  TVT is Reasonably Safe for its Intended Use in Treating SUI:  Supported by Cochrane Reviews, Meta-Analyses, Systematic Reviews, RCTs, Prospective and Retrospective Clinical Cohort Studies, Practice Patterns and Surveys, Society Position Statements and Guidelines, Review Articles, Medical Textbooks, My Clinical Experience, Education, My Review of the Medical Literature, and My Discussions with Thought Leaders:**

1.  Midurethral slings are the most extensively researched surgical treatment for stress incontinence in women.  They have a good safety profile and are highly effective in the short and medium term with accruing evidence demonstrating their effectiveness in the long term.

2.  The midurethral sling has replaced alternative procedures (Burch colposuspension and bladder neck fascial sling) as the gold standard, first-line, surgical option for treating stress urinary incontinence. The peer reviewed medical literature and major medical professional societies support the position that polypropylene midurethral slings are the preferred surgical treatment option for stress urinary incontinence over Burch colposuspension and bladder neck fascial slings in most women based on efficacy and safety data.

3.  Although controversy exists over the role of synthetic mesh using in vaginal repair of prolapse, there are substantial safety and efficacy data that support the role of synthetic mesh midurethral sling as a primary treatment option for stress incontinence in women.  For this reason, and to clarify the uncertainty for patients and health care providers, the American Urogynecologic Society and the Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction published a position statement recognizing polypropylene mesh slings as the 'standard of care' in the surgical treatment of stress incontinence.

4.  Midurethral sling surgery results in higher subjective and objective cure rates than pelvic floor physical therapy and pessary use in women with stress urinary incontinence.

5.  Ethicon's TVT™ has a good safety and efficacy profile for treatment of stress incontinence in women, as evidenced in multiple randomized comparative effectiveness trials.

6.  The benefits and utility of midurethral sling, including TVT™ significantly outweigh the potential risk of harms in most women who desire surgical treatment of stress incontinence.

13

7.  TVT™ has been safely for over 17 years.  TVT™ is safe and effective in a variety of patients with similar results from a wide range of surgeons and patients.  A significant number of RCTs, long-term studies, and Cochrane Reviews have shown that retropubic midurethral sling is reasonably safe for its intended use.  Since its introduction as a minimally invasive procedure, the TVT has grown rapidly in popularity as a first line treatment of stress urinary incontinence.  The TVT has also shown excellent results in patients with previous failed incontinence surgery, intrinsic sphincter deficiency, and mixed incontinence.  The reasons behind this success story include the relative ease of performing under local or regional anesthesia, outpatient procedure, good success and satisfaction rates, low complication rates, decreased postoperative pain, and fast recovery.

8.  The medical literature does not support the theory that a change in the design of TVT™ would reduce or eliminate the already low mesh complications (2-3%) associated with TVT™ mesh, while also maintaining high cure rates.

9.  The properties and characteristics of the TVT™ mesh are appropriate and desired for the intended use of treating stress urinary incontinence.  The TVT™ mesh is classified as an Amid Type I, macroporous, polypropylene, monofilament mesh, and its safety profile is supported by numerous medium to long-term clinical studies.  The vast body of clinical literature evaluating TVT™ has shown that the design of TVT™ is appropriate and desired as a result of the excellent outcomes regarding safety, patient satisfaction, and efficacy.  Studies have shown that the Prolene mesh used in TVT has lower complications than the Amid Type III meshes that were previously used, such as Gore-Tex, Mersilene, and Teflon.

10.  Current clinical outcome data in women with stress incontinence suggest that mechanically cut mesh is safe and effective as the majority of randomized trial data and long-term studies include mechanically cut TVT™ mesh.  The way the mesh is cut does not seem to have a clinically significant impact on the mesh in actual women having surgery for stress incontinence.  The TVT™ mesh is such that the 1.1cm width of tape allows for sufficient construction of pores that are able to provide the necessary tissue integration and support under the midurethra.  The TVT™ mesh is appropriate for handling and lays flat under the midurethra.  The theory that a 1.1cm strip of a lighter weight, larger pore mesh would provide the same lasting support without roping or curling is not supported in the clinical literature.  The TVT pore size allows for the intended tissue ingrowth which prevents pore collapse and does not foster shrinkage or contraction (Nilsson 2013, Lo 2004, Lukacz 2003, Rinne 2011).

11.  Based on outcome literature, the pore size and weight of TVT™ are appropriate and acceptable for balancing success rates and complications for treating stress

incontinence. TVT is classified as an Amid Type I macroporous mesh, which is the generally accepted classification for biomaterials. The effective porosity theory adopted by plaintiffs' experts is not generally accepted in the SUI literature or by experts in the field of gynecology, urogynecology, or urology. TVT™ is often referred to as a large pore, lightweight mesh in the medical literature pertaining to SUI. Given the small 1.1 cm width of the TVT™, the mesh construction, pores, and weight are ideal for supporting the midurethra and allowing for tissue ingrowth. Any suggestion that changes would improve patient outcomes and reduce complications, while maintaining or improving clinical efficacy are unfounded and not supported by RCTs or clinical literature. Complications do not occur at an increased frequency because of the pore size or weight of TVT™.

12. All surgical procedures are associated with risks and complications. The complications associated with TVT are acceptably low. Just because a patient experiences a complication does not mean that TVT™ is defective. No device or surgical procedure is perfect, but the mesh used in TVT™ is the best studied surgical procedure for treatment of stress urinary incontinence. Complications can occur due to surgical technique and various patient factors, which can also influence wound healing complications, such as mesh exposure.

13. All surgeries have risks and surgeons must help individual patients weigh her risk profile. Mesh exposures are complications unique to synthetic midurethral slings compared to native tissue repairs and occur in approximately 2-3% of women in the first 2-years after surgery; however, most mesh complications are easy to manage and many exposures are asymptomatic requiring no intervention. Voiding dysfunction, persistent retention, and urinary tract infections are complications that are more common after bladder neck fascial slings.

14. Native tissue repairs with permanent or absorbable sutures can also result in suture exposures and erosions, which could require a re-operation or simple office excision of the exposed or eroded suture.

15. Lighter weight, larger pore meshes have not been shown to be safer or more effective than TVT™ in clinical studies or RCTs.

16. Post-operative chronic pain and dyspareunia are rare complications associated with midurethral sling and TVT™ (Schipf 2014 SGS). In a randomized trial of 565 women undergoing TVT™ or transobturator sling, only 2% of those undergoing TVT™ reported any pain beyond 6-weeks after surgery. Pelvic pain and dyspareunia are common conditions among the general population, even for women who haven't undergone pelvic surgery, and have also been reported in the medical literature for traditional procedures. (Mathias 1996, Jamieson 1996.

15

Francis 1961, Glatt 1990, Laumann 1999, Ozel 2005, Barber 2002).  TVT has shown in studies to improve sexual function (Jha).

17. The complications, as well as the frequency and severity of those complications associated with TVT are known and acceptable to pelvic floor surgeons performing surgeries to treat stress urinary incontinence.  The SGS Systematic Review shows TVT with lower rates of pelvic pain and dyspareunia compared to Burch and the Autologous Fascial Sling (Schimpf 2014).

18. TVT™ fraying is not a defect.  The frayed edges may help with tissue integration and there are no clinical implications associated with mesh fraying.  There are no studies that have shown an increase in adverse events due to fraying of mechanically cut mesh.  The laser cut TVT-Exact also has the potential to fray.  I have not seen in my clinical practice or in the literature, any clinically significant difference in complications or success rates between mechanically cut and laser cut mesh.

19. Several long-term studies on TVT™ would have been mechanically cut TVT, and they all have shown that TVT™ remains safe and effective for over 10 years. These results are consistent with Nilsson's 17-year results.

20. There is no objective clinical evidence that particle loss occurs in vivo.  I have not seen particle loss in my practice in the more than 1,000 synthetic midurethral slings, I have placed, nor have I seen any medical literature showing a clinically or statistically significant increase in complications due to hypothetical particle loss.

21. TVT™ does not undergo clinically significant degradation. There is no peer-reviewed clinical literature, including randomized controlled trials, that supports the theory that TVT™ degrades, loses particles, ropes, frays or curls occur in women over time, or that there are clinically significant risks of degradation. I am not aware of any peer-reviewed published literature that shows any risks or complications associated with theoretical degradation nor am I aware of any professional organizations or content experts who have expressed a concern with degradation associated with TVT™.  The clinical studies (such as Clave's study) plaintiffs' experts rely on to suggest in vivo degradation occurs with TVT are flawed and do not confirm in vivo degradation, nor do they show an increase in clinically significant complications caused by degradation, or how much degradation is required to cause harm.

22. Burch colposuspension and bladder neck fascial sling remain appropriate surgical options in carefully select women, such as those with occult stress incontinence; those undergoing concomitant urethrovaginal fistula or diverticulum; those with prior mesh complications and/or failed midurethral sling; or those who do not want mesh.  The current literature supports repeat midurethral sling after a failed midurethral sling.

16

23. I have performed a search of the literature and have not found any clinical studies or level 1 evidence that attributes any clinically significant risks associated with mechanically cut mesh fraying, roping, curling, particle loss, or degradation; or with laser cut being stiffer and causing more erosions and exposures.

24. The biomechanical properties and foreign body reaction of Prolene have been well-studied for almost 50 years as a suture and a mesh. Polypropylene is an appropriate material for use in clean contaminated surgeries.

25. Inflammation is not a complication. Inflammation is a necessary mechanism of tissue healing. Clinical studies have shown ideal tissue reaction with TVT (Falconer 2001).

26. The FDA performed a literature review of midurethral slings and found that full-length slings, such as TVT, were safe and effective.

27. The effect of attorney advertisements has caused significant confusion among patients. Numerous patients enjoying the benefits of continence with NO adverse complications after midurethral sling seek medical consultation secondary to concerns over 'recalled mesh' after being approached by lawyers or seeing advertisements.[10] AUGS members have expressed their concern for their patients who are being contacted (usually by phone) by individuals unknown to them asking them personal questions about their gynecology surgery.[11] AUGS received 202 responses with 92% indicating that their patients had been contacted by an external source encouraging them to participate in a medical device lawsuit. The majority were contacted by phone after their surgery (96%). The caller knew the patient's name and procedure-specific information. The 2015 AUA Monograph found that, "[m]edia attention and publicly advertised personal injury lawyers' ad campaigns have led to confusion, fear, and negative perception regarding the use of synthetic material for treatment of SUI. The medical community generally has not shared the negative perception of synthetic mid urethral slings." The Monograph went on to note that:

   o One of every three women will experience Stress Urinary Incontinence (SUI) at some point during their lives. Too many of them "live with" the condition, too embarrassed to seek help or thinking that it is a "normal" part of aging and having children.

---

[10] Perkins (2015): The Role of Mid-urethral Slings in 2014: Analysis of the Impact of Litigation on Practice. Curr Bladder Dysfunct Rep.
[11] Nager (2014): AUGS – Final Presidential Blog.

17

- o SUI can interfere with quality of life.  It may affect day-to-day decisions about social activities.

- o The Burch Colposuspension is a more invasive surgical procedure that has become less popular with the advent of the less invasive sling procedures.

- o Slings are the most commonly used surgery for SUI.  Today, synthetic polypropylene mesh slings are the most common operation performed for SUI worldwide.  One advantage of synthetic slings is a faster recovery time for patients.

- o There is support for the use of synthetic materials to treat SUI with minimal morbidity compared to alternative surgeries. There are advantages regarding surgical recovery, need for hospitalization, and reduced problems with urination. However, there are certain mesh-specific complications that can occur but in most patients the risks are considered acceptably low. These mesh-specific complications include prolonged pain (1%), vaginal exposure of the mesh (1-2%) and erosion into the urinary tract (urethra or bladder) (< 0.01%).

28. No clinical evidence exists supporting the idea that the Prolene mesh used in TVT™ is cytotoxic and causes cell death in vivo, or is associate with malignancy that causes an increase in complications or a decrease in efficacy.  There are no reported cases of TVT being causally linked to any cases of cancer.

29. Retropubic midurethral slings have equivalent, if not superior, long-term success rates compared to Burch colposuspension and autologous fascial sling.

30. I have explanted various meshes as well as TVT™, and I have not seen any migrating particles or TVT meshes that were degraded based on an observation with the naked eye.  If any surface cracking or alleged degradation is going to be observed, it would be misleading to suggest that one could see signs of degradation that require SEM imaging or analytical tests to visualize or confirm.

31. In my experience with implanting and explanting TVT, I have not seen loose particles, fraying, or degraded mesh.  I have used both mechanically cut TVT and laser cut TVT and I have not noticed a difference with the properties of the mesh or complications.  I have seen company documents that refer to laser cut meshes as being stiffer which could cause more complications, but that is not what I have seen in my clinical practice or the medical literature.  I have also seen internal documents that suggest mechanically cut mesh frays, ropes, curls, and causes particle loss, but I have not seen that in my clinical practice or in the clinical literature.  Nor have I seen an increase in complications in my patients or

in the clinical literature due to TVT being mechanically cut as opposed to laser cut. Further, I have also seen internal documents that suggest laser cut meshes could the mesh to lay flat and reduce retention, but I have not seen an increase in retention or meshes that aren't laid flat under the midurethra with mechanically cut TVT. Both mechanically cut and laser cut TVT meshes have the potential to fray if they are misused or stretched beyond clinically relevant forces under extreme testing; however, they function the same when used as intended in clinical use for treatment of SUI.

32. High volume surgeons have reduced complications, and implanting surgeons are more often than not informed if their patient has a complication through or referral or by reoperating on the patient (Welk 2015). In the recent Welk study, out of 59,887 women who underwent mesh based procedure for SUI, only 2.2% were treated for complications and the 10 year cumulative incidence rate was 3.29%. Welk and colleagues found that "[t]he cumulative incidence of mesh removal or revision increased from 1.2% after 1 year of follow-up to 2.5% after 10 years of follow-up. The risk of surgical revision or removal of incontinence mesh is relatively rare, but does increase with time to 2.5% after 10 years of follow-up. Patients of high volume surgeons are significantly less likely to experience complications, and women who have undergone multiple sling placements are at much higher risk of experiencing these complications." Other studies report a sling revision rate of 2.7%, with a median time of revision from the index surgery to the revision surgery of 7.8 months (Unger 2015) and 3.7% cumulative rate over 9 years (Funk 2012). Similarly, the sling complication was treated by the same implanting surgeon in 62.1% of the cases. Schimpf (2014) reported low complication rates with TVT based on a systemtic review performed by the SGS. Case reports and case series, such as the Abbott 2014 case series is unreliable, biased, and should not be relied upon to extrapolate complications to an entire population given the small patient population, bias, and low level 4 case series evidence. Further, level 4 case series and case reports do not represent appropriate evidence based medicine for making clinical decisions.

## IX. TVT and Synthetic Midurethral Slings Have Replaced Traditional Procedures as the Gold Standard Surgical Treatment for Stress Urinary Incontinence:

Even as early as 2002, an IUGA survey[12] showed that the procedure of choice for stress incontinence was TVT (48.8%), followed by Burch colposuspension (44%), and suburethral or autologous fascial slings used 3.8% as a primary procedure.

---

[12] Davila (2002): Pelvic Floor Dysfunction Management Practice Patterns: A Survey of Members of the International Urogynecological Association [IUGA].

In a 2005 publication[13] analyzing practice patterns of AUGS members, the authors described a study which reported a prevalence of sexual dysfunction in 48% of patients presenting to a urogynecology clinic.  Pelvic surgery may also increase this risk. Although most reports suggest improvement of sexual function following hysterectomy, there are some patients who may report negative changes postoperatively. Certain surgical repairs such as Burch bladder suspension with posterior colporrhaphy may be associated with increased rates of dyspareunia. Finally, postoperative vaginal stenosis may result from levatorplasty or aggressive trimming of the vaginal mucosa and result in dyspareunia or apareunia.

Another study from 2005[14] analyzed the practice patterns and determining trends of IUGA members, the authors found that "the preferred primary continence procedure was Tension Free Vaginal Tape (TVT) in one hundred and thirty four (68%) respondents. The preferred secondary continence procedure was colposuspension or Trans obturator tape in twenty-six respondents each (13%).  The preferred secondary continence procedure (Table 2) was TVT in a majority (37%) followed a close second by colposuspension (34%). Pubovaginal slings, using autologous fascia and cadaveric fascia, proposed by McGuire accounted for 10% of the preferred secondary continence procedures.  96% of respondents were performing TVT. The majority of the respondents were using regional anaesthesia (45%) for performing TVT followed by local anaesthesia in 33%. General anaesthesia was being used only by 21%. A post procedure cough test was done in 60% cases.  The predominant surgical procedure of choice is now TVT. This has replaced colposuspension as the primary continence surgery of choice.  Since the publication of the recent NICE (National Institute of Clinical Excellence) guidelines on the surgical management of USI, both TVT and colposuspension have been identified as the gold standard surgical procedures in the management of stress incontinence. However as TVT is an easier procedure associated with less morbidity than colposuspension, so is fast becoming more popular. TVT was also more likely to be cost-effective compared to colposuspension as long as the differential inpatient length of stay for women in the TVT group was no more than one day higher than for those who underwent Colposuspension."

A study from 2009[15] looking at trends in treatment of SUI from 1979-2004 found that "With the introduction of the tension-free midurethral sling in 1995, pubovaginal slings have become a common first-line outpatient treatment for SUI," and that "The relative decline in the more traditional suburethral sling procedure (ICD-9-CM, 59.4) and retropubic urethral suspension (ICD-9- CM, 59.5) likely is due to an increase in the use of midurethral slings, replacing these traditional procedures."

---

[13] Pauls / Karram (2005): Practice Patterns of physician members of the American Urogynecologic Society [AUGS] regarding female sexual dysfunction: results of a national survey.

[14] Jha (2005): Surgical Management of Stress Urinary Incontinence: A Questionnaire Based Survey. [IUGA]

[15] Oliphant (2009): Trends in Stress Urinary Incontinence Inpatient Procedures in the United States, 1979-2004.

Similarly, a study from 2009[16] identified patterns in the surgical management of women with stress urinary incontinence in the United States from 1992 to 2001 and found that "[t]he 1990s saw a rapid shift in the surgical management of stress urinary incontinence. The rapid increase in utilization of sling procedures corresponded with a decrease in utilization of the many other available anti-incontinence procedures."

A study from 2010[17] analyzing SUI procedures in Belgium from 1997-2007 found a near fourfold increase in the number of SUI procedures that coincided with the introduction of TVT in the Belgian market between 1998 and 2001.  Rates of anti-incontinence surgery increased by 272% in Belgium between 1997 and 2007.  "This tension-free placed mesh is relatively easy to install and as effective as the open colposuspension. It causes less morbidity compared to the colposuspension and, therefore, has become the gold standard. The tension-free sling has become very popular throughout the world."  Further, "reasons for the important rise in anti-incontinence surgical procedures may be that the tension-free procedures yield an excellent outcome, are of relatively short duration and require only a brief patient stay in the hospital. Another reason may be the easiness for the practitioner to learn the procedure."

A 2011 study[18] evaluating trends in inpatient urinary incontinence surgery in the United States between 1998 to 2007 found that the "total number of SUI surgeries performed during this 10-year period was 759,821. The annual number of procedures increased from 37,953 in 1998 to 94,910 in 2007.  The type of SUI surgery performed also changed (p<0.001). In 1998, retropubic suspensions represented 52.3%, decreasing to 13.8% in 2007. "Other repair of SUI" (ICD-9 59.79) comprised 22.4% in 1998, increasing to 75.2% in 2007, likely representing midurethral slings.  Although numerous incontinence surgeries have been variably popular in recent decades, retropubic colposuspensions and traditional bladder neck slings have proven long-term efficacy. However, these two procedures are not minimally invasive and require an abdominal incision. The midurethral mesh sling, a minimally invasive procedure that can be performed quickly with comparable outcomes to the Burch colposuspension, is now considered by many in the USA to be the new gold standard since its introduction in the USA 10 years ago.  In 1998, the most common procedure was retropubic urethral suspension (52.3%) followed by "other repair of SUI" (22.4%) (Table 2). This finding had reversed by 2007, when the most common procedure was "other repair of SUI" (75.2%) followed by retropubic procedures (13.8%) ("other repair of SUI" represents the ICD-9 procedure code 59.79) (Table 2 and Fig. 1). Suprapubic slings remained the third most common procedure at 15.8% in 1998 and 8.2% in 2007.

---

[16] Anger (2009): Trends in the Surgical Management of Stress Urinary Incontinence among Female Medicare Beneficiaries [1992-2001].

[17] Cammu (2010): Dramatic increase (1997-2007) in the number of procedures for stress urinary incontinence in Belgium.

[18] Wu (2011): Trends in inpatient urinary incontinence surgery in the USA, 1998-2007.

A 2012 study[19] analyzing SUI surgery data from 2000 to 2009 found that there was a dramatic increase in slings, with a corresponding decrease in Burch procedures from 2000 to 2009. Other SUI surgeries had lower rates.  Thus, in 2009, slings represented 89.1% of all SUI procedures followed by collagen with 4.0%, Burch with 3.8%, and all other SUI surgeries combined with 3.0%.

An 11 center RCT from 2012[20] found that "approximately 93% of the participants in both groups received a transobturator or retropubic midurethral sling, and midurethral slings are routinely used in patients with either stress incontinence or both stress and urge (mixed) incontinence.  The surgical treatments that were performed in the urodynamic-testing and evaluation-only groups, respectively, were as follows: retropubic midurethral sling in 64.7% and 64.6%, transobturator midurethral sling in 29.0% and 28.1%, mini-sling in 2.0% and 1.4%, traditional sling in 3.4% and 4.9%, retropubic urethropexy in 0.0% and 0.7%, and urethral-bulking injection in 1.0% and 0.4%."

A study from 2013[21] analyzing a total of 6355 nonpediatric urologists applied for certification or recertification between 2003 and 2012 found that "Two-thirds (4185) reported performing any procedures for female incontinence. Procedures sharply increased from 4632 in 2003 to 7548 in 2004, then remained relatively stable between 2005 and 2012 (range, 8014-10,238 cases). Traditional procedures decreased from 17% of female incontinence procedures in 2003 to 5% in 2004 to <1% since 2010 (P <.0005). Midurethral sling procedures have risen sharply from 3210 procedures in 2003 to 7200 in 2012 (P <.0005)."  The authors concluded that "Midurethral slings have been widely adopted by urologists over the last decade. Increase in sling usage coincided with a drastic decline in traditional repairs, implying that the newer midurethral slings were replacing these traditional procedures for the treatment of female incontinence."  "The medical, psychological, social, and economic burden of female stress urinary incontinence (SUI) is significant.  The more minimally invasive options have gained popularity because of their procedural ease and likely decreased rates of complications. With the apparent proliferation of midurethral slings, we sought to determine the changes in practice pattern of urologists surgically managing SUI in the United States. We conducted an analysis of annual case logs submitted to the American Board of Urology (ABU) for certification and recertification between 2003 and 2012.  Of all urologists treating female incontinence, 3878 (93%) reported any use of slings and 2216 (53%) reported using slings exclusively.  The present study, which evaluates data form the ABU, shows that midurethral slings and urethral bulking agents are the only procedures performed currently for female SUI, with 5 times as many midurethral slings performed as urethral bulking agents.  The treatment for female SUI has evolved over

---

[19] Funk (2012): Trends in the Surgical Management of Stress Urinary Incontinence [United States].

[20] Nager (2012): A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery.

[21] Chughtai (2013): Midurethral Sling Is the Dominant Procedure For Female Stress Urinary Incontinence: Analysis of Case Logs From Certifying American Urologists.

the past decade. The overall number of midurethral slings cases performed for female SUI has doubled. An increased awareness of the problem, an aging population, and the proliferation of synthetic midurethral slings all likely contributed to this trend. Concurrently, there has been a decline in the number of traditional repairs reflecting current urologic training."

Another study from 2011[22] evaluated AUGS Members' use of synthetic mesh after the 2011 FDA Public Health Notification.  The authors found that "Little change in the use of synthetic or biologic slings was seen after the 2011 FDA safety update. Virtually all members continue to use synthetic mesh for slings, including 90% of members that use mesh in 90% to 100% of sling cases, whereas only 10% use biologic grafts for slings.  Table 3: Mesh Sling: 93% (453) – Same use (still using – no change in practice)."

Additionally, a 2013 study[23] compared the effectiveness of mesh versus non-mesh sling surgery in Medicare patients as measured by the frequency of complications with 1 year.  They identified 6,698 Medicare beneficiaries who underwent mesh sling procedures and 445 Medicare beneficiaries who underwent nonmesh sling procedures. "The overall frequency of complications was similar between the two groups at 69.8% and 72.6% in the mesh and nonmesh groups, respectively.  Patients undergoing mesh procedures were less likely than patients undergoing nonmesh procedures to require management for bladder outlet obstruction… and were less likely to have a subsequent sling removal and revision or urethrolysis.  Frequencies of most complications were similar regardless of the use of mesh except for the management of bladder outlet obstruction.  Surgical technology has evolved tremendously over the past two decades, resulting in the development of procedures with decreased morbidity and faster recovery. These changes have facilitated the migration of select procedures from the hospital outpatient department to the ambulatory surgery center, where they typically can be performed at a lower cost per episode. Anti-incontinence surgery is a perfect example of this shift. With the development of polypropylene mesh for use in midurethral slings in the mid-1990s, rates of sling procedures have dramatically increased, replacing older, more invasive inpatient procedures such as the Burch colposuspension.  Between 2006 and 2008, 12,707 slings surgeries were performed, and of these patients, 6,698 (93.8%) and 445 (6.2%) women had procedures using mesh and nonmesh materials, respectively.  Table 3: Complications of Mesh and Nonmesh Slings Within 1 Year of Surgery. Any complication: Mesh = 69.8%; Nonmesh = 72.6%; New diagnosis of pelvic pain: Mesh = 6.4%; Nonmesh = 6.2%.  First complications occurring within 1 year of hospital-based outpatient sling placement were relatively common regardless of whether mesh was used, although the majority of these were minor.  In fact, patients undergoing nonmesh procedures had a less favorable complication profile

---

[22] Clemons (2013): Impact of the 2011 FDA Transvaginal Mesh Safety Update on AUGS Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery.
[23] Suskind (2013): Effectiveness of Mesh Compared with Nonmesh Sling Surgery in Medicare Beneficiaries.

in that they were more likely to require a subsequent intervention for bladder outlet obstruction, including sling removal and revision or urethrolysis procedures. Our findings are also consistent with the American Urological Association Guidelines that suggest that synthetic slings have similar efficacy and less morbidity than nonmesh surgical techniques."

A 2013 study[24] evaluating trends in the surgical management of SUI from2002 t0 2007 found that surgical management of women with SUI shifted toward a dominance of procedures performed in ambulatory surgery centers from 2002 to 2007, although the overall number of procedures remained stable. Slings remained the dominant surgical procedure, followed by injectable bulking agents, both of which are easily performed in outpatient settings.  The past decades have witnessed a shift in the surgical management of SUI toward a dominance of sling procedures. As part of the Urologic Diseases in America Project, we previously analyzed data from Medicare beneficiaries from 1992 to 2001 and found rapid shifts in surgical procedures for female SUI. In 1992, urethropexy (Burch, Marshall-Marchetti-Krantz) was the most commonly performed procedure. However, it was surpassed by the sling and the suburethral bulking procedures by 2001. Similar declines were seen with urethropexy and needle suspensions. Conversely, we demonstrated an increase in slings from among the least commonly performed procedures in 1992 to the most commonly performed procedure in 2001."

A study from 2014[25] compared the surgical trends for primary Sui from 2006-2010 vs. 1997-2005 and found that "the follow-up study, midurethral sling (MUS) application increased significantly from 53.09 % in 2006 to 78.74 % in 2010. It was associated concomitantly with a decrease in retropubic urethropexy (RPU) from 29.68 % to 12.99 %, and pubovaginal sling treatment (PVS) from 9.33 % to 3.46 %. MUS was most commonly used among all patients' and surgeons' age groups, and different accreditation hospital levels.  Of all surgeries 12,351 (81.8 %) were performed by gynecologists, whilst 2,649 (17.5 %) were performed by urologists. Nevertheless, a comparison between the practice patterns of surgeons with different specialties reveals that MUS was the most commonly adopted surgery by both gynecologists (71.38 %) and urologists (57.91 %).  During time-frame comparison, MUS increased 2.7 times (68.79 % vs 25.25 %), accompanied by a decrease in RPU 2.3 times (46.84 % vs 20.18 %) and a decrease in PVS 2.8 times (15.96 % vs 5.66 %). MUS significantly increased up to 78 % in 2010, concomitantly decreasing the numbers of RPU and PVS considerably. In a recent review by Cox et al., MUS has been demonstrated to be just as effective as these traditional procedures, e.g., RPU and PVS, but with less associated morbidity, based on randomized controlled trials. Thus, MUS is granted as a new "gold standard" first-line

---

[24] Rogo-Gupta (2013): Trends in the Surgical Management of Stress Urinary Incontinence Among Female Medicare Beneficiaries, 2002-2007.
[25] Wu (2014): The surgical trends and time-frame comparison of primary surgery for stress urinary incontinence, 2006-2010 vs 1997-2005: a population-based nation-wide follow-up descriptive study.

surgical treatment for women with uncomplicated SUI.  The choice of surgical procedures may more or less depend on the surgeons' preferences for the treatment options. As for surgeons' age, MUS was more commonly used by surgeons aged <50 years, while PVS and periurethral injection were more commonly performed by surgeons aged ≥50 years."

Another study from 2014[26] evaluating the current status of SUI treatments in Korea found that the number of surgical cases decreased continuously from 2008 to 2011. However, the number of transvaginal surgeries using a midurethral sling (R3565) increased continuously. Only a few of the SUI surgeries involved the Burch operation and injection therapy (Table 1).  The sling procedure has become the most common SUI surgery technique.  Table 1: The number of surgical cases according to the year of surgery.  Surgeries in 2008 (n = 42,195) were: Synthetic MUS = 39,516 (96%) Autologous fascial sling = 1,358 (3.3%); Burch colposuspension = 103 (0.2%).  Surgeries in 2009 (n = 42,166) were: Synthetic MUS = 40,684 (98.6%); Autologous fascial sling = 547 (1.3%); and Burch colposuspension = 47 (0.1%).  Surgeries in 2010 (n = 34,787) included: Synthetic MUS = 33,693 (99.3%); Autologous fascial sling = 231 (0.6%); Burch colposuspension = 29 (0.1%).  Surgeries in 2011 (n = 33,173) were:  Synthetic MUS = 32,166 (99.3%); Autologous fascial sling = 227 (0.6%); and Burch colposuspension = 66 (0.2%).

A study from 2015[27] evaluating the IUGA members' practice patterns showed that the preferred method of treatment for SUI is the midurethral sling, regardless of prior treatments, concomitant surgeries, or examination findings.  "Synthetic midurethral slings are predominant in the current treatment of SUI."  "The treatment of stress incontinence has shifted in recent years, with the initial survey showing a predilection for the Burch colposuspension as a primary and secondary surgical treatment for normal pressure urethral SUI (44 and 41%), while the current survey revealed that 2% of respondents were performing the Burch procedure as a primary SUI treatment and 11% of respondents were using it as a secondary treatment."  TVT is the preferred treatment for patients with ISD.

Pelvic organ prolapse and SUI are different health conditions.  Surgeries that use mesh to treat these conditions have their own unique risks and benefits.[28]  All surgeries carry a risk of side effects.  The FDA found that long-lasting side effects from treating SUI with mesh seem to be rare. For patients who choose to have surgery, mesh sling surgery is the most common procedure used.  It is a less invasive surgery, and patients tend to recover quicker than with the alternative surgeries to correct SUI.  (These alternatives

---

[26] Cho (2014): Nationwide Database of Surgical Treatment Pattern for Patients with Stress Urinary Incontinence in Korea.
[27] Ghoniem (2015): Female pelvic medicine and reconstructive surgery practice patterns: IUGA member survey.
[28] Winters: A Conversation with Dr. Winters [President of SUFU]: Questions About "Vaginal Mesh" for SUI Repair.   Urology Care Foundation (AUA).

are slings using patients' own tissues and bladder suspension procedures.)  The AUA's guidelines list mid-urethral, mesh slings, as a "standard" treatment for SUI.  The AUA points to a large number of scientific studies that support the use of mesh slings to treat SUI.

The midurethral sling remains the gold standard surgical repair for treating SUI.[29] "Specifically MUS, which are the predominant SUI surgical procedure and the clear standard of care – remain in the surgeon's armamentarium after the July 2011 FDA safety warning.   A PubMed search of "tension-free vaginal tape" reveals more than 2,000 publications.  Midurethral slings and pubovaginal slings had similar cure rates. Pubovaginal slings, however, had more postoperative lower urinary tract symptoms and a higher reoperation rate.  Pubovaginal slings require an 8-cm lower-abdominal incision, general or regional anesthesia, and hospitalization (usually). They also have higher risks of intraoperative bleeding and wound complications (including incisional hernias) than MUS. By contrast, MUS require 3 small 1-cm incisions and can be performed on an outpatient basis with local anesthesia and sedation. Postoperative recovery is significantly easier and shorter with MUS than with pubovaginal slings.  In this century, the full-length MUS procedures are the predominant SUI surgical procedure and the clear standard of care.  Studies have not demonstrated common or significant vaginal pain or pain with intercourse after MUS.  I urge you to not replace on a widespread basis the most studied, safe, and successful treatment for SUI with a procedure that is considerably more invasive and complicated and can be more painful and require a longer recovery. We all must do our best to clear up the confusion created by misleading television advertisements by law firms. Full-length synthetic midurethral slings remain the current standard of care for stress incontinence surgery."

A 2010 review in the New England Journal of Medicince described that, "[u]ntil recently, the reference standards for incontinence surgery included the Burch retropubic urethropexy and the suburethral fascial sling; however, both require an abdominal incision and are associated with substantial postoperative recovery time and complications. [30]  The fascial sling is also with higher rates of post-operative complications.  Many women are reluctant to undergo either procedure because of the strain that hospitalization and recovery places on their families and jobs.  In 1996, Ulmsten et al introduced a synthetic midurethral sling, the tension-free vaginal tape, which could be inserted by means of a minimally invasive surgical procedure.  Incisions are small, most procedures are performed on an outpatient basis, and postoperative recovery is rapid."

---

[29] Nager (2012): Synthetic full-length midurethral slings remain the standard of care for SUI surgery. OBGManagement
[30] Rogers (2010): What's Best in the Treatment of Stress Urinary Incontinence?  New England Journal of Medicine.

In 2012, Lee and colleagues[31] found that midurethral sling (MUS) is the gold standard for stress urinary incontinence (SUI) in the index patient, with equivalent outcomes and minimal adverse events in comparison with traditional SUI procedures. The midurethral sling (MUS) is now the most commonly performed surgical treatment for stress urinary incontinence (SUI). It is considered the gold standard for patients with genuine SUI.  Encouraged by the excellent outcomes and low morbidity in these index patients, clinicians have extended the use of the MUS to treat SUI in more complex situations, such as recurrent SUI, mixed urinary incontinence (MUI), and SUI in the elderly or obese.  In 1997, the AUA Female Stress Incontinence Clinical Guidelines Panel concluded that the retropubic suspensions and pubovaginal sling (PVS) were the most effective treatments for SUI, reflecting the widespread sentiment that these procedures represented the gold standard at that time.  Only 2 years earlier, Ulmsten and Petros first described the tension-free vaginal tape (TVT), a retropubic midurethral synthetic sling that was considerably less invasive with high short-term success rates. Because of the relative ease of performance and very good initial results, it quickly became one of the most commonly performed procedures and inspired the development of various other MUSs.  Several RCTs have confirmed their findings, culminating in the most recent meta-analysis by Novara and colleagues, which found that the MUS is more effective than the Burch colposuspension and equally as effective as the PVS in achieving objective cure of SUI. Thus, the MUS has effectively been established as the new gold standard for surgical treatment of SUI.  Overall summary of Cochrane meta-analysis for retropubic and transobturator slings.  For retropubic versus transobturator approach: retropubic slings have a slightly higher objective cure rate (88% vs 84%), but there is no difference in subjective cure rate (83% for both groups in the Cochrane meta-analysis). The Pubovaginal Sling has traditionally been identified as the procedure of choice after failed incontinence surgery based on its superior efficacy over colposuspension, and in this setting reported cure and improvement rates have ranged from 59% to 86%, but data have been lacking on its use in the MUS era. Midurethral slings have become the most commonly performed procedures for stress urinary incontinence in North America. Management of vaginal erosions can be straight forward and simple.  The midurethral sling will continue to be extensively utilized in the foreseeable future. Surgical choice between retropubic and obturator versions is driven by surgical experience and patient selection.

A 2012 review in OBGManagement[32] noted that "almost all surgical procedures for stress urinary incontinence performed today involve placement of a retropubic or transobturator midurethral synthetic sling. Today, virtually all of these operations have been replaced in general practice by retropubic or transobturator (TOT) midurethral synthetic slings.  Although Burch colposuspension and the pubovaginal fascial sling procedure are effective for both primary and recurrent SUI, they are more invasive than midurethral slings, cause more voiding dysfunction, and have significantly longer

---

[31] Lee (2012): Midurethral Slings for All Stress Incontinence: A Urology Perspective
[32] Walters (2012): Which Sling for Which SUI Patient?  OBGManagement: Surgical Technique.

recovery times, making them less attractive for most primary and recurrent cases of SUI. The evolution of SUI surgeries has shifted so far toward midurethral slings that Burch colposuspension and the pubovaginal sling procedure are rarely performed or taught in obstetrics and gynecology or urology residency programs.  Compared with synthetic slings, fascial slings are effective but take longer to place and have a higher rate of surgical morbidity and more postoperative voiding dysfunction. They are now mostly indicated for complex recurrent SUI, usually managed by specialists in female pelvic medicine and reconstructive surgery.  Current slings are lightweight polypropylene mesh. Most slings today are tension-free midurethral slings consisting of synthetic, large- pore polypropylene mesh.  Mesh exposures occur with similar frequency for the different sling types as long as large-pore lightweight polypropylene is used. Dehiscence of the suburethral incision (mesh exposure) is uncommon with midurethral slings, occurring in 1% to 2% of patients. Dehiscence can be managed with estrogen cream or trimming of the exposed portion of the sling in the office.

A 2013 review by Cox[33] reviewed a number of Cochrane Reviews and found that "the traditional gold standards of Burch retropubic colposuspension and pubovaginal slings are still appropriate treatment options for some patients, but randomized controlled trials have demonstrated that synthetic midurethral slings are just as effective as these traditional procedures but with less associated morbidity. Thus, midurethral slings— inserted via a retropubic or transobturator approach—have become the new gold standard first-line surgical treatment for women with uncomplicated SUI."  The review noted that retropubic MUSs are effective for patients with mixed urinary incontinence.  "Based on the literature a new gold standard first-line surgical treatment for women with SUI is the synthetic midurethral sling inserted through a retropubic or transobturator approach."  "Synthetic midurethral sling procedures were first developed by Ulmsten in 1995, since which time they have become the most commonly performed procedure for female SUI.  The reasons for this are multiple: the procedures are performed relatively quickly, are easy to learn, and have acceptable rates of morbidity. More importantly, there are now long-term data to show that they compare favorably to the traditional methods of surgical repair for SUI detailed above."

**X. The Benefits of TVT Outweigh the Risks of Harm:**

The AUA Position Statement approved in 2011 and revised in 2013 noted the following about the safety profile and utility of synthetic midurethral slings such as TVT:
- Suburethral synthetic polypropylene mesh sling placement is the most common surgery currently performed for SUI. Extensive data exist to support the use of synthetic polypropylene mesh suburethral slings for the treatment of female SUI, with minimal morbidity compared with alternative surgeries. Advantages include

---

[33] Cox (2013): Surgical Management of Female SUI: Is there a Gold Standard?

shorter operative time/anesthetic need, reduced surgical pain, reduced hospitalization, and reduced voiding dysfunction.

- Mesh-related complications can occur following polypropylene sling placement, but the rate of these complications is acceptably low. Furthermore, it is important to recognize that many sling-related complications are not unique to mesh surgeries and are known to occur with non-mesh sling procedures as well. It is the AUA's opinion that any restriction of the use of synthetic polypropylene mesh suburethral slings would be a disservice to women who choose surgical correction of SUI.

- Additionally, both the Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) and the AUA support the use of multi-incision monofilament midurethral slings for the treatment of SUI in properly selected patients who are appropriately counseled regarding this this surgical procedure by surgeons who are trained in the placement of such devices, as well as the recognition and management of potential complications associated with their use.

- Multiple case series and randomized controlled trials attest to the efficacy of synthetic polypropylene mesh slings at 5-10 years. This efficacy is equivalent or superior to other surgical techniques. There is no significant increase in adverse events observed over this period of followup. Based on these data, the AUA Guideline for the Surgical Management of Stress Urinary Incontinence (2009) concluded that synthetic slings are an appropriate treatment choice for women with stress incontinence, with similar efficacy but less morbidity than conventional nonmesh sling techniques.

AUGS (with over 1,700 members) and SUFU (with over 500 members) adopted a joint position statement in 2014 highlighting the following about the safety and efficacy of midurethral slings:

- The polypropylene mesh midurethral sling is the recognized worldwide standard of care for the surgical treatment of stress urinary incontinence. The procedure is safe, effective, and has improved the quality of life for millions of women.

- Developed in the early 1990's, midurethral slings (MUS) treat stress urinary incontinence (SUI) in a minimally invasive, generally outpatient procedure.

- Polypropylene material is safe and effective as a surgical implant. Polypropylene material has been used in most surgical specialties (including general surgery, cardiovascular surgery, transplant surgery, ophthalmology, otolaryngology, gynecology, and urology) for over five decades, in millions of patients in the US and the world (personal communication with manufacturers of polypropylene suture and mesh). As an isolated thread, polypropylene is a widely used and

29

durable suture material employed in a broad range of sizes and applications. As a knitted material, polypropylene mesh is the consensus graft material for augmenting hernia repairs in a number of areas in the human body and has significantly and favorably impacted the field of hernia surgery. As a knitted implant for the surgical treatment of SUI, macroporous, monofilament, light weight polypropylene has demonstrated long term durability, safety, and efficacy up to 17 years. [Referencing Nilsson's 17 year TVT study].

- The monofilament polypropylene mesh MUS is the most extensively studied anti-incontinence procedure in history. A broad evidence base including high quality scientific papers in medical journals in the US and the world supports the use of the MUS as a treatment for SUI. There are greater than 2000 publications in the scientific literature describing the MUS in the treatment of SUI. These studies include the highest level of scientific evidence in the peer reviewed scientific literature. The MUS has been studied in virtually all types of patients, with and without comorbidities, and all types of SUI. Multiple randomized, controlled trials comparing types of MUS procedures, as well as comparing the MUS to other established non-mesh SUI procedures, have consistently demonstrated its clinical effectiveness and patient satisfaction. Among historical SUI procedures, the MUS has been studied as long in follow-up after implantation as any other procedure and has demonstrated superior safety and efficacy. No other surgical treatment for SUI before or since has been subject to such extensive investigation.

- Polypropylene mesh midurethral slings are the standard of care for the surgical treatment of SUI and represent a great advance in the treatment of this condition for our patients. Since the publication of numerous level one randomized comparative trials, the MUS has become the most common surgical procedure for the treatment of SUI in the US and the developed world. This procedure has essentially replaced open and transvaginal suspension surgeries for uncomplicated SUI. There have been over 100 surgical procedures developed for the management of SUI and there is now adequate evidence that the MUS is associated with less pain, shorter hospitalization, faster return to usual activities, and reduced costs as compared to historic options that have been used to treat SUI over the past century. Full-length midurethral slings, both retropubic and transobturator, have been extensively studied, are safe and effective relative to other treatment options and remain the leading treatment option and current gold standard for stress incontinence surgery. Over 3 million MUS have been placed worldwide and a recent survey indicates that these procedures are used by > 99% of AUGS members.

AUGS and SUFU also issued Frequently Asked Questions for Providers and Patients to convey the following information about Midurethral Slings:

- A broad evidence base including high quality scientific papers in medical journals in the US and the world supports the use of mid-urethral slings as a treatment for SUI. There are greater than 2000 publications in the scientific literature describing mid-urethral slings in the treatment of SUI… Numerous randomized, controlled trials comparing types of midurethral slings, as well as comparing MUS to other established SUI procedures, have consistently demonstrated its clinical effectiveness and patient satisfaction. Among historical SUI procedures, the MUS has been studied as long in follow-up after implantation as any other procedure and has demonstrated superior safety and efficacy. This includes a recent 17 year follow-up study. No other surgical treatment for SUI before or since has been subject to such extensive investigation.

- The MUS is the most studied anti-incontinence procedure in medical history. Furthermore, it is likely that more individuals have undergone this surgical procedure for the treatment of SUI than any other. The difficulties and complications associated with mid-urethral slings are similar in character to that seen with non-mesh procedures (bladder outlet obstruction, urinary tract injury, dyspareunia, pain, etc.) with the exception of vaginal mesh exposure and mesh perforations into the urinary tract.

- Currently available mid-urethral slings are composed of macroporous, knitted, monofilament polypropylene, sometimes known as "Type I" meshes…. Polypropylene material has been used in most surgical specialties (including general surgery, cardiovascular surgery, transplant surgery, ophthalmology, otolaryngology, gynecology, and urology) for over five decades, in millions of patients in the US and the world…. As an implant for the surgical treatment of SUI, macroporous, monofilament polypropylene has demonstrated long-term durability, safety, and efficacy for up to 17 years [Nilsson's 17 year study].

- All midurethral slings available in the US are made of polypropylene knitted into a macroporous mesh.

- Does the MUS mesh made of polypropylene degrade over time? Polypropylene is a stable and well-accepted biomaterial with a history of over five decades of use in mesh implants. In recent years, concerns regarding implanted polypropylene degradation have been raised as a result of very high magnification images that show portions of some explanted synthetic meshes with "cracked" surfaces. These surface changes were further hypothesized to lead to adverse clinical outcomes, though this is not supported by the extensive peer-reviewed literature related to polypropylene mesh repairs. Prospective studies have followed patients with implanted mid-urethral slings for 17 years and show excellent durability and safety of the procedure.

- Two large government funded studies have evaluated the mid-urethral sling's safety and efficacy – both found the procedure to have a low complication rate and a high success rate. Other large scientific studies from around the world have supported the safety and efficacy of the mid-urethral sling.

- A peer-reviewed scientific article reported on the safety outcomes of the mid-urethral sling in Sweden over a 17 year period. It found a high satisfaction rate and no serious long-term adverse events related to the mid-urethral sling.

- Alternative surgical treatment options to the mid-urethral sling have been performed by surgeons for over 100 years….  In general however, the mid-urethral sling has been found to be as or more effective than any of these procedures and is as durable (the surgery maintains its favorable effects over a longer period of time). In addition, the pain related to the procedure, the time required to recover from the surgery, and time to return to normal activities including work is less for the mid-urethral sling than for any of these surgical procedures.

- There is no evidence that any women have developed cancer as a result of a mid-urethral sling.

IUGA approved a similar position statement in 2014 describing the safety and efficacy of midurethral slings:
- Stress urinary incontinence is a common, burdensome and costly condition for women with a negative impact on quality of life.

- Mid-urethral slings are minimally invasive procedures developed in Europe in the 1990s to treat female stress urinary incontinence. These slings are narrow, synthetic polypropylene tapes that are surgically placed beneath the middle part of the urethra (water pipe) to provide dynamic support to stop leakage from the bladder. They have been shown to be as effective as more invasive traditional surgery with major advantages of shorter operating and admission times, and a quicker return to normal activities together with lower rates of complications. This has resulted in MUS becoming the operation of choice in Europe, Asia, South America, South Africa, Australasia and North America for treatment of SUI with several million procedures performed worldwide.

- There is robust evidence to support the use of MUS from over 2,000 publications making this treatment the most extensively reviewed and evaluated procedure for female stress urinary incontinence now in use. These scientific publications studied all types of patients, including those with co-morbidities such as prolapse, obesity and other types of bladder dysfunction. It is, however, acknowledged that any operation can cause complications.  For MUS these include bleeding, damage to the bladder and bowel, voiding difficulty, tape

exposure and pelvic pain; all of these may require repeat surgery but this is uncommon. Nevertheless, the results of a recent large multi-centre trial have confirmed excellent outcomes and a low rate of complications to be expected after treatment with MUS. Additionally, long term effectiveness of up to 80% has been demonstrated in studies including one which has followed up a small group of patients for 17 years.

- As a result, IUGA supports the use of monofilament polypropylene mid-urethral slings for the surgical treatment of female stress urinary incontinence.

Furthermore, IUGA also published guidelines for research and clinical practice in 2008 noting the complications that are related to surgical procedures for SUI:

- Complications listed below related to SUI surgical procedures can potentially involve any of the organs of the pelvis include: Bladder injuries, Urethral injuries, Ureteral injuries, Intestinal injuries, Erosions, Hemorrhage, Fistulae, Prolapse, Voiding dysfunction, Postoperative OAB, ISD, Recurrent incontinence, Dyspareunia, and Pain.

- Intravesical sutures have been reported in almost all SUI surgical procedures. These patients often present with bladder or pelvic pain, frequency, urinary tract infection, or recurrent incontinence.

- Miscellaneous complications reported after the Burch procedure, include massive hemorrhage requiring transfusion, hematoma, bladder injuries diagnosed intraoperatively and postoperatively, ureteral kinking, urinary retention, wound infection, pelvic abscess, UTI, and DVT.

- Voiding dysfunction such as frequency, nocturia, urgency with and without incontinence, hesitancy, retention, incomplete emptying, and recurrent urinary tract infections have been reported after all anti-incontinence procedures. Voiding dysfunction after retropubic colposuspension and mid-urethral sling procedures is usually transient and resolves postoperatively [204, 205]. The incidence of de novo detrusor overactivity and urge urinary incontinence varies depending upon the anti-incontinence procedure with rates as high as 33%. Comparing retropubic vs TO slings, the incidence of urge urinary incontinence and detrusor overactivity rates are lower after TO slings.

- It is clear, however, that after all anti-incontinence surgeries, erosion and migration of suture material, bolsters, supporting tacks, and synthetic mesh material can occur.

- The type of mesh material used in mid-urethral slings and prolapse surgery is of importance as some materials demonstrate higher erosion and extrusion rates than others. Higher rates are reported with synthetic mesh that is woven with

33

small pore size, as macrophage migration to deposit collagen and engulf bacteria is hindered (e.g., ObTape and GoreTex). Fortunately, these materials have been replaced with loosely knitted, macroporous (>75 μm), monofilament polypropylene material with lower complication rates. Mesh extrusion is usually treated with local excision in the office setting.

Australian and New Zealand societies endorsed the synthetic midurethral sling as well in a 2014 position statement from RANZOG and USGA:

- In Australia, the midurethral sling has been the operation of choice to treat female SUI since 2004.  RANZCOG and UGSA support the use of monofilament polypropylene mid-urethral sling for surgical treatment of female stress urinary incontinence.

In a 2013 Position Statement related to meshes for pelvic organ prolapse, AUGS clarified that "Full-length midurethral slings, both retropubic and transobturator, have been extensively studied, are safe and effective relative to other treatment options and remain the leading treatment option and current gold standard of care for stress incontinence surgery."

The National Institute of Health Care and Excellence set forth criteria for treating stress urinary incontinence in the 2013 Guideline, including:

- Section 1.10.2:  If conservative management for SUI has failed, offer:  synthetic mid-urethral tape; open colposuspension; autologous rectus fascial sling.

- Section 1.10.3: Synthetic tapes: When offering a synthetic mid-urethral tape procedure, surgeons should: use procedures and devices for which there is currently high quality evidence of safety and efficacy [Footnote 11: The guideline only recommends the use of tapes with prove efficacy based on robust RCT evidence… TVT for retropubic approach; TVT-O for an "inside-out" transobturator approach….

- Section 1.10.9: Colpopsuspension.  Do not offer laparoscopic colposuspension as a routine procedure for the treatment of stress UI in women.

- Section 1.10.10: Biological Slings:  Do not offer anterior colporrhaphy, needle suspensions, paravaginal defect repair and the Marshall-Marchetti-Krantz procedure for the treatment of stress UI.

The European Association of Urology's 2012 Guidelines for treating urinary incontinence found that:

- The effectiveness of colposuspension deteriorates over 5 yr, and there is a higher rate of genitourinary prolapse than with other operations. Autologous fascial sling has a higher risk of operative complications than open  colposuspension, particularly voiding dysfunction and postoperative urinary tract infection (UTI).

- There has been a rapid adoption of midurethral synthetic sling insertion as the first-line surgical option for SUI because it is effective, it is less invasive, and patients recover more quickly.

- Midurethral sling insertion was associated with a lower rate of new symptoms of urgency and voiding dysfunction compared with colposuspension.

- Recommendations:
  - Offer midurethral sling to women with uncomplicated stress urinary incontinence as the initial surgical intervention whenever available.
  - Offer colposuspension (open or laparoscopic) or autologous fascial sling to women with stress urinary incontinence if midurethral sling cannot be considered.
  - Warn women undergoing autologous fascial sling that there is a high risk of voiding difficulty and the need to perform clean intermittent self-catheterization; ensure they are willing and able to do so.

EUROPEAN UROLOGY 62 (2012) 1118–1129



-

The AUA Guideline for treating incontinence noted in 1997 that "Surgeons now recognize the importance of not making slings overly tight, because of the relationship between excessive tension and complications."  Additional updates occurred in 2009 and 2012.  The AUA Panel Members performed a meta-analysis of the literature, with updates in 2009 and 2012, and determined that:

- Surgeons should take these considerations into account, together with their own areas and levels of expertise and their own previous treatment results, when counseling patients regarding choice of procedure.

- Stress urinary incontinence (SUI) has a significant impact on the quality of life for many women… Many women in the United States (U.S.) elect to have a surgical procedure for management of their SUI symptoms each year.

- The midurethral slings had an efficacy comparable to autologous slings in the surgical treatment of SUI.

- There are complications that may occur that are unique to specific mesh materials; however, these complications appear to be rare. Intraoperative use of cystoscopy can be performed to minimize the risk of urinary tract injury or erosion.
    - Table 1: Cure Rates:
        - Burch at 12-23 mo = 81%; at 24-47 mo = 76%; at ≥ 48 mo = 73%
        - AFS at 12-23 mo = 90%; at 24-47 mo = 81%; at ≥ 48 mo = 82%
        - MUS 12-23 mo = 84%; at 24-47 mo = 81%; at ≥ 48 mo = 84%

    - Table 3: De novo urge incontinence:
        - Burch 8%
        - AFS 9%
        - MUS 6%

    - Table 4: Retention:
        - Burch 3%
        - AFS 8%
        - MUS 3%

- Appendix A11:
    - Burch:
        - Pain = 6%
        - Sexual Dysfunction = 3%
        - Voiding Dysfunction = 10%
    - Autologous Fascial Sling:
        - Pain = 10%
        - Sexual Dysfunction = 8%

- Voiding Dysfunction = * (only case reports of this complication exist, and data are insufficient to estimate the frequency).
  - o MUS:
    - Pain = 1%
    - Sexual Dysfunction = 0%
    - Voiding Dysfunction = 2%

The International Continence Society (ICS) has also issues a Fact Sheet on Urinary Incontinence, which includes the following:

- Definitive therapy for SUI is surgical and involves restoring urethral support through use of a sling. Worldwide, midurethral slings comprised of synthetic mesh have become the treatment of choice for SUI. Long-term data are robust and demonstrate durable efficacy with a very low complication rate, particularly in experienced hands. Various techniques for sling placement and different meshes are employed according to physician preference, but all appear to be equally effective.

- SUI remains a common and distressing condition that adversely affects quality of life.

- There are no approved pharmacologic agents for SUI.

The FDA has looked at the issue of safety and efficacy related to midurethral slings and found the following in a 2013 statement on considerations about surgical mesh for SUI that:

- The safety and effectiveness of multi-incision slings is well-established in clinical trials that followed patients for up to one-year.

- The use of mesh slings in transvaginal SUI repair introduces a risk not present in traditional non-mesh surgery for SUI repair, which is mesh erosion, also known as extrusion.

- Erosion of mesh slings through the vagina is the most commonly reported mesh-specific complication from SUI surgeries with mesh. The average reported rate of mesh erosion at one year following SUI surgery with mesh is approximately 2 percent. Mesh erosion is sometimes treated successfully with vaginal cream or an office procedure where the exposed piece of mesh is cut. In some cases of mesh erosion, it may be necessary to return to the operating room to remove part or all of the mesh.

## XI. Conclusion:

In conclusion, the TVT has revolutionized health care for women by providing a less invasive, durable, quicker, and safer treatment option for women seeking surgical

37

treatment for stress urinary incontinence.  TVT quickly became the gold standard after withstanding the scrutiny of level 1 RCTs, which have repeatedly duplicated the early TVT results of high cure rates and low complications.  Because TVT is the best-studied device and procedure to treat SUI, surgeons are confidently able to recommend TVT as the first-line surgical treatment for SUI.

Signed September 15, 2015

_____

Kimberly Kenton, M.D., MS

# Exhibit A

**Kimberly Kenton, MD, MS, FACS, FACOG**
Professor
Division Chief, Female Pelvic Medicine & Reconstructive Surgery
Fellowship Director, Female Pelvic Medicine & Reconstructive Surgery
Medical Director, Women's Integrated Pelvic Health Program
Departments of Obstetrics & Gynecology and Urology
Division of Female Pelvic Medicine & Reconstructive Surgery
Northwestern University Feinberg School of Medicine
Prentice Women's Hospital
250 E. Superior, Suite 05-2365
Chicago, IL 60611
███████

**Education:**

| | | |
|---|---|---|
| M.S. | Clinical Research Design & Statistical Analysis<br>University Of Michigan, Ann Arbor, MI | 2003-05 |
| Fellowship | Female Pelvic Medicine & Reconstructive Surgery<br>Loyola University Medical Center, Maywood, IL | 2000-02 |
| | Rush University Medical Center, Chicago, IL | 1999-00 |
| Residency | Obstetrics & Gynecology<br>Rush University Medical Center, Chicago, IL | 1995-99 |
| M.D. | Rush Medical College/Rush University, Chicago, IL | 1991-95 |
| Fellowship | Graduate Research, Biology | 1988-91 |
| B.S. | Biology<br>University of Illinois, Urbana-Champaign, IL | 1984-88 |

**Academic Appointments:**

Professor                                                                                    2013-
Chief, Female Pelvic Medicine & Reconstructive Surgery
Department of Obstetrics & Gynecology and Urology
Northwestern University Feinberg School of Medicine
Chicago, IL

Fellowship Director, Female Pelvic Medicine & Reconstructive Surgery            2013-
Department of Obstetrics & Gynecology and Urology
Northwestern University Feinberg School of Medicine
Chicago, IL

Professor                                                                                    2012-
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Associate Professor                                                                    2007-
Tenure                                                                                       2011-
Director, Division of Female Pelvic Medicine & Reconstructive Surgery         2011 -
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Fellowship Director, Female Pelvic Medicine & Reconstructive Surgery            2007-
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Residency Program Director                                                          2010-
Associate Residency Director                                                        2003-10
Department of Obstetrics & Gynecology

Loyola University Stritch School of Medicine
Maywood, IL

Assistant Professor                                                          2003-07
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Instructor                                                                   2002
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Instructor                                                                   1999
Department of Obstetrics & Gynecology
Rush University/Rush Medical College
Chicago, IL

**Licensure and Certification:**
Diplomate, American Board of Obstetrics and Gynecology                        2003
License: Physician and Surgeon, Illinois                                      1995
License: Controlled substance, Illinois                                       1999

**Professional Memberships & Activities:**
American Board of Obstetrics & Gynecology, Diplomate                          2003-
- Female Pelvic Medicine & Reconstructive Surgery Division Member             2009-
- Oral Board Examiner                                                         2008-
- Written Exam Committee, FPMRS                                               2012-

Accreditation Council for Graduate Medical Education
Obstetrics & Gynecology Residency Review Committee                            2012-

National Board of Medical Examiners/United States Medical Licensing Exam
- CCSC Scoring Committee                                                      2012-

American College of Obstetricians & Gynecologists, Fellow                     2003-
- Prolog - Female Pelvic Medicine & Reconstructive Surgery, Chair             2014
- Clinical Document Review Panel-Gynecology                                   2012-
- Gynecology Practice Bulletin Committee                                      2010-12
- Junior Fellow                                                               1995-03
- District IV, Junior Fellow Chair                                            2000
- District IV, Junior Fellow Vice-Chair                                       1999
- ACOG Junior Fellow Representative to Council of Medical Specialty Societies 1999-01
- Illinois Section, Junior Fellow Chair                                       1997
- Illinois Section, Junior Fellow Vice-Chair                                  1996

American Urogynecologic Society                                               1996-
- Board of Directors                                                          2007-13
- AUGS Foundation Board of Directors                                          2011-

- Grant Review Committee                                        2007-
- Education Committee - Chair                                   2007-10
- Education Committee                                           2001-05
- Fellow Representative                                         1999-02

Society of Gynecologic Surgeons                                2005-
- Liason to LCOG/SCOG                                           2012-
- Executive Committee                                          2010-
- Education Committee Chair                                    2010-12
- Executive Board                                              2010-
- Research Committee                                           2006-2009
- Systematic Review Group                                      2008-9
- Fellow's Pelvic Research Network Steering Committee          2008-10

American College of Surgeons, Fellow                           2005-

Society of Urodynamics & Female Urology                        2006-

International Urogynecologic Society                            2005-
- Research & Development Committee                             2005-10

International Continence Society                                2005-

American Professors of Obstetrics & Gynecology                 2004-

American Association of Neuromuscular & Electrodiagnostic Medicine   1999-
- Course Committee                                             2004-06

American Medical Society                                        1992-03

Illinois State Medical Society                                 1992-03
Chicago Gynecologic Society                                    2005-
Chicago Urogynecologic Society                                 2003-

**Editorial Boards**:

| | | |
|---|---|---|
| Female Pelvic Medicine & Reconstructive Surgery | Reviewer | 2010- |
| | Section Editor | 2011- |
| Obstetrics & Gynecology | Reviewer | 2000- |
| | Editorial Board | 2013 |
| | Editorial Intern | 1999 |
| | Top 10% Reviewers | 2003, 2012 |
| British Journal of Obstetrics & Gynecology | Reviewer | 2014- |
| New England Journal of Medicine | Reviewer | 2007- |
| Up to Date | Reviewer | 2006- |
| Neurourology & Urodynamics | Reviewer | 2006- |
| Health Policy | Reviewer | 2005- |
| J Reproductive Medicine | Reviewer | 2005- |
| J of Urology | Reviewer | 2004- |
| International J Obstetrics & Gynecology | Reviewer | 2002- |

| | | |
|---|---|---|
| American J Obstetrics & Gynecology | Reviewer | 2001- |
| • Top 5% Reviewers | | 2004 |
| International Urogynecology Journal | Reviewer | 2001- |

**Awards and Honors:**

| | |
|---|---|
| CREOG Faculty Award for Excellence in Resident Education | 2015 |
| Friends of Prentice Distinguished Physician Award | 2014 |
| Outstanding Teacher Award Feinberg School of Medicine | 2014 |
| Chicago Top Doctors | 2013 |
| ACOG Mentor Award | 2011, 2012 |
| Society for Women's Health Research Award for Scientific Contributions to Women's Health | 2009 |
| AAMC Mid-Career Faculty Development Seminar | 2007 |
| CREOG Faculty Award for Excellence in Resident Education | 2007 |
| APGO/Solvay Educational Scholars Program | 2005 |
| Berlex Foundation Junior Faculty Development Award | 2002 |
| ACOG "Stump the Professor" Award | 2002 |
| Sigma Xi Society Outstanding Scientific Project Award | 1999,98,96 |
| Resident Surgical Skills Award | 1999 |
| Rush Surgical Society Resident Research Award | 1998 |
| Department of Ob-Gyn Resident Research Day Award | 1998 |
| Berlex Resident Teaching Award | 1997 |
| Outstanding Ob-Gyn Student Award | 1995 |
| Forest Hospital Foundation Fellowship | 1993,94 |
| Rush Medical College Dean's Summer Research Fellowship | 1992 |
| De Paul University Teaching Fellowship | 1999-91 |

**Committee Assignments & Administrative Service:**
**Loyola University Stritch School of Medicine**

| | |
|---|---|
| Faculty Development Review Committee | 2011- |
| Graduate Medical Education Committee | 2009- |
| • Chair Grievance Committee | 2011, 12 |
| Faculty Senate | |
| • President | 2009-2011 |
| • President Elect | 2007-08 |
| • Vice President | 2004-06 |
| Research Funding Committee | 2006- |
| Faculty Incentive Steering Committee | 2008 |
| Liason Committee on LCME | 2007-08 |
| Education for MD Degree (LCME) | 2007-08 |
| Medical Council | 2004-06 |
| EPIC Medical Records Subcommittee | 2004-06 |
| EPIC Template Committee | 2004-06 |
| Department of Obstetrics & Gynecology, Education Committee | 2002- |

**Rush University/Rush Medical College**

| | |
|---|---|
| Committee on Committees | 1992-95 |
| Student Judicial Review | 1991-95 |

**Grants:**
**Current Research Support**

| | | |
|---|---|---|
| 1U01DK097776-01 | Cella (PI) | 5/13- |

Symptoms of Lower Urinary Tract Dysfunction Research Network
Cooperative research network to develop quality symptom based instruments and better define phenoptypes of patients
with lower urinary tract dysfunction.
Role: Co-investigator

**<u>Completed Research Support</u>**

1U10 DK60379-01                        Brubaker (PI)                                  07/10-06/13
The Urinary Incontinence Treatment Network
This is a multicenter network established to carry out clinical trial in women with urinary incontinence.
Role: Co-PI

5U10 HD041250                          Brubaker (PI)                                  08/11-07/14
The Pelvic Floor Disorders Network
This is a multicenter network established to investigate pelvic floor disorders in women.
Role: Co-Investigator

RC1 EB010649-01                        Kenton (PI)                                    09/09-08/11
Comparative Effectiveness of Robotic vs Open Sacrocolpopexy for Vault Prolapse
This is a randomized comparative effectiveness trial comparing two routes of access for surgical
treatment of pelvic organ prolapse.
Role: PI

1U10 DK60379-01                        Brubaker (PI)                                  09/01-06/10
The Urinary Incontinence Treatment Network
This is a multicenter network established to carry out clinical trial in women with urinary incontinence.
Role: Co-PI

5U10 HD041250                          Brubaker (PI)                                  09/01-06/11
The Pelvic Floor Disorders Network
This is a multicenter network established to investigate pelvic floor disorders in women.
Role: Co-Investigator

K23 HD047325-01A1                      Kenton (PI)                                    09/04-08/10
Role or Urethral Neuromuscular Function
This goal of this study is to characterize urethral neuromuscular function in stress incontinent and
continent women using neurophysiologic and urodynamic testing.
Role: PI

NIH/NIDDK – 1U10 DK60379-01            Brubaker (PI)                                  09/01-06/06
Urinary Incontinence Treatment Network
Role: Co-PI
Contribution to the Project:  Responsible for project development, recruitment, data collection,
and publication

NIH/NICHD 5U10 HD04 1250               Brubaker (PI)                                  09/01-09/06
Pelvic Floor Disorders Network
Role: Co-investigator
Contribution to the Project:  Responsible for project development, recruitment, data collection,
and publication.

Pfizer Detrol Competitive Grant          Kenton (PI)                              07/07-12/10
Neuromuscular Function in the Urethra of Women with Overactive Bladder
The goal of this study is to characterize urethral neuromuscular function in women with overactive
bladder.

Pfizer Investigator Initiated Grant          Kenton (PI)                          02/04-02/06
Effect of Tolterodine on Sensory Thresholds in the Lower Urinary Tract
The aim of this study was to determine the affect of anticholinergic medication on urethral afferent nerve function.

ACOG Award: Urogynecology of Post-reproductive Women          Kenton (PI)          07/99-06/00
Role of Electromyography in Predicting Outcome After Burch Colposuspension
This study investigated quantitative urethral EMG and outcomes of stress incontinence surgery.

**NIH activities**
Urinary Incontinence Treatment Network
- Steering Committee, Co-PI -  2008-
- Trial of Midurethral Slings (TOMUS) Protocol Committee 2005-
- E-TOMUS Protocol Committee 2008-
  - Chair
- Fitness Intervention Trial Protocol Committee 2008-
  - Chair
- Secondary Procedures for Incontinence Comparative Effectiveness (SPICE)
  Protocol Committee 2009-
  - Chair
- Publications Committee Chair 2009-2011

Pelvic Floor Disorders Network   Grant # 1U10 HD41250-01
- Publications Committee 2006-2008
- Outcomes Following Vaginal Prolapse Repair and Midurethral Sling Trial (OPUS)
  Protocol Committee 2006-
- ROSETTA Protocol Committee 2009-
- UI Prevention Protocol Committee 2009-
- Fitness Intervention Trial Protocol Committee 2009-
  - Chair

National Institutes of Child Health and Human Development, Basic Science and Translational Research in Female
Pelvic Floor Disorders Conference.  2003

National Institute for Diabetes and Digestive and Kidney Diseases, State of the Science Conference: Prevention of
Fecal and Urinary Incontinence in Adults.  2007

Scientific Review Panel, O'Brien Urology Center Grants.  2008

National Institute for Diabetes and Digestive and Kidney Diseases, New Research Directions for Urinary Incontinence
Symposium, Planning Committee.  2009

Office of Research on Women's Health, Moving into the Future: New Dimensions & Strategies for Women's Health at
the NIH: Chair, Bladder & Pelvic Floor Work Group.  2009

Scientific Review Panel, O'Brien Urology Center Grants.  2009

Scientific Review Panel, 05 ZHD1 DSR-L (08) 1 - Pelvic Floor Disorders.  2009

Scientific Review Panel, ZRG1 DKUS-G (12).  2009

Scientific Review Panel, ZRG1 DKUS-G (11)B.  2009

Scientific Review Panel, ZRG1 DKUS-G (51)S.  2009

Scientific Review Panel, 10 ZRG1 DKUS-G (80)S.  2009

Special Emphasis Panel/Scientific Review Group 2011/05 ZRG1 DKUS-G (11) B. 2011
- Chair

Scientific Review Panel, 10 ZRG1 DKUS-G (12)S.  2011

Special Emphasis Panel, Symptoms of Lower Urinary Tract Dysfunction Network, ZDK1- GRB-6 (02) 2012

Special Emphasis Panel/Scientific Review Group ZRG1 DKUS-L (80). 2012

Special Emphasis Panel/Scientific Review Group ZRG1 DKUS-L (80). 2015


**Educational Activities**
*Local Contributions*
<u>*Medical school course*</u>

Loyola University Stritch School of Medicine                                      2007-12
STAR Program
     I mentor a 1st year medical student each summer on an independent researcher project funded through the Dean's office.   Students (N-6) have all published and presented their work locally and/or nationally.

In addition, I have given the following lectures as part of the formal STAR didactic series.
2007-8:        Research in Clinical Practice
2009:           Study Design
2010-12:        Basics of Analyzing Research Data

Loyola University Stritch School of Medicine                                      2002-12
Introduction to the Practice of Medicine – 1
     I mentored a first year medical student for the year.  They attended my clinics and surgeries when available and had the opportunity to take a complete history and physical exam with special attention on the pelvic floor.

Loyola University Stritch School of Medicine                                      2003-13
Gross Anatomy:  Pelvic Anatomy Laboratory
     Attended laboratory sessions on pelvic anatomy (typically 2 per year) and reviewed clinically relevant pelvic and reproductive anatomy with the students.

Rush Medical College                                                              1998-99
Gross Anatomy Course
Invited Lecturer:  Clinical Correlation: Pelvic and Perineum

***<u>Local invited teaching presentations</u>***

| | |
|---|---|
| What's New In Pelvic Floor Disorders<br>Grand Rounds:  St Elizabeth's Hospital | 2014 |
| What's New In Pelvic Floor Disorders<br>Grand Rounds:  St Mary's Hospital | 2014 |
| What's New In Pelvic Floor Disorders<br>Grand Rounds:  West Suburban Hospital | 2014 |
| Recent Advances in Pelvic Floor Disorders<br>Moraine Valley Community College | 2013 |
| Recent Advances in Pelvic Floor Disorders<br>Women's Health Research Institute<br>Northwestern University Feinberg School of Medicine | 2013 |
| Selecting the Best Operation for Pelvic Organ Prolapse<br>Grand Rounds:  Department of Obstetrics & Gynecology<br>　　　　　　　　　Northwestern University | 2013 |
| Neurophysiology of the Pelvic Floor<br>Grand Rounds: Loyola Department of Neurology | 2006 |
| Invited Lecturer<br>Advances in Urogynecology<br>Society of Urologic Nurses Association | 2006 |
| Neurophysiology of the Pelvic Floor<br>Grand Rounds:  Schwab Rehabilitation Institute, Chicago, IL | 2005 |
| 2 lectures: Evaluation of Pelvic organ prolapse & Surgical Anatomy<br>26th Annual Obstetrics and Gynecology Review Course | 2005 |
| Vaginal Agenesis and Reconstruction<br>Grand Rounds:  Loyola Department of Ob/Gyn, Chicago, IL | 2004 |
| Vaginal Reconstruction<br>　　　　　Grand Rounds: Loyola Department of Plastic Surgery, Chicago, IL | 2004 |
| Standardization of Terminology of Lower Urinary Tract Function<br>Grand Rounds: Loyola Department of Urology, Chicago, IL | 2003 |
| Neural Injuries in Pelvic Surgery<br>Grand Rounds: Loyola Department of Ob/Gyn, Chicago, IL | 2000 |
| What Every Pelvic Surgeon Needs to Know About the Nervous System<br>Grand Rounds: Rush Department of Ob/Gyn, Chicago, IL | 1999 |
| Neural Injuries in Obstetrics and Gynecology<br>Grand Rounds: Rush Department of Ob/Gyn, Chicago, IL | 1998 |

*Continuing medical education course*

| | |
|---|---|
| Updates in Women's Health Care | 2005 |
| Advances in Female Pelvic Medicine and Reconstructive Surgery | |
| Invited lecturer | |
| 1-hour lecture | |

| | |
|---|---|
| Illinois ACOG: Updates in Urogynecology | 2005 |
| Burch Procedure.  Is it alive and well? | |
| 1-hour lecture and 30 minute group panel | |

***Advisory and supervisory responsibilities***

| | |
|---|---|
| Supervise and teach urogynecology fellows, Ob/Gyn and Urology residents, and medical students during my ambulatory clinics. | 2002-12 |
| Mentor medical students and residents on clinical research projects.  I have directly supervised numersous medical students, urology and Ob/Gyn residents. | 2001-12 |
| Mentor fellows on designing, implementing, analyzing, and writing clinical research projects. I spend at least 4 hours per weeks outside of scheduled time working with the fellows on their research projects. | 2002-09 |
| Responsible for ensuring the Female Pelvic Medicine and Reconstructive Surgery fellows are competent in urodynamic testing.  I meet with them outside of clinic and conference to review equipment, trouble shooting, and clinical scenarios.  I am in the process of formalizing this teaching endeavor to an objective structured assessment of technical skills (OSATS) exam, which can be validated and published for use in other programs. | 2002-09 |

***Teaching leadership***

| | |
|---|---|
| Residency Director, Obstetrics & Gynecology | 2010- |
| Fellowship Director, Female Pelvic Medicine & Reconstructive Surgery | 2007- |

*Fellowship Graduates:*

1. Lior Lowenstein, MD, MS      Associate Professor, Ramban Medical Center Haifa, Israel
2. Thythy Pham, MD      Private Practice, Resurrection Hospital, Chicago, IL
3. Shameem Abbasy, MD, MPH      Assistant Professor, Rush University
4. Megan Tarr, MD, MS      Assistant Professor, Carolinas Medical Center
5. Jackie Cunkelman, MD, MPH      Private Practice, Denver, CO
6. Olga Ramm, MD, MS      Kaiser Permanente, Oakland, CA
7. Cynthia Fok, MD, MPH      Assistant Professor, University of Minnesota
8. Melinda Abernethy MD, MPH      Assistant Professor, Johns Hopkins University
9. Margaret Mueller MD      Assistant Professor, Northwestern University

| | |
|---|---|
| Associate Residency Program Director, Gynecology & Research | 2003-10 |

| | |
|---|---|
| 1st Female Pelvic Medicine & Reconstructive Surgery Fellowship Directors Meeting | 2008 |

With the support of the American Board of Obstetrics & Gynecology, I brought together national leaders in Obstetrics & Gynecology and Urology to plan and implement a 1-day meeting of all Board-approved Female Pelvic Medicine & Reconstructive Surgery Fellowship Directors.

Clinical Research Education Study Teams (CREST)                                        2006 -
Co-Course Director
        We are developing a novel approach to resident research education.  Each new residency
class meets monthly with a dedicated faculty member to design and implement a research project.
The residents are then able to work as a network to collect, analyze and present data.  We believe
this will raise the quality of resident research from retrospective chart reviews to prospective clinical
trials, facilitate recruitment since the residents are aligned in their mission, and make the process
more enjoyable.  In addition, we are developing a formal research curriculum based on a survey of
US Ob/Gyn residency program directors, including how to design a research project, write a
research protocol, prepare an IRB submission, analyze and interpret results, prepare an abstract,
write a manuscript, and interpret the published literature.
        I have been working with the Ob/Gyn residents who just completed their first year of
residency. They have all passed their human subjects exam and developed a prospective research
protocol to investigate patient's knowledge and expectations before delivery to their satisfaction
after delivery, which will be ready for IRB submission next month.

Course Director:  Clinical Anatomy and Surgical Skills Training (CASST)                 2005-07
        I developed multidisciplinary, multicenter clinical anatomy and surgical skills curriculum for
junior residents in Ob/Gyn and Urology.  I assembled faculty and residents from 2 other Chicago
area Ob/Gyn programs and our Urology department.  The program consisted of 5, 4-hour sessions,
which included short didactics, surgical skills laboratories, and anatomy reviews on prosected
cadavers.  A description of the curriculum has been presented at 5 national meetings (educational
and gynecologic surgery).  Two peer reviewed publications have resulted from the program. In
addition, It won the *Presidential Prize Paper for Research in Gynecologic Surgery* at the Society of
Gynecologic Surgeon's annual meeting in 2007. Mayo Clinic in Rochester Minnesota has adopted
and implemented the CASST curriculum for their Ob/Gyn residents using our materials.

Fellow's Pelvic Research Network                                                        2007-08
        I facilitated one of our fellows in developing and finding national sponsorship from the
Society of Gynecologic Surgeons for a multicenter, research network for fellows in Female Pelvic
Medicine and Reconstructive Surgery.  I am on the advisory board, which teaches and mentors
fellows from 20 different fellowship programs to design, implement, analyze, write, and publish
multicenter research projects.

Leischner Institute Scholars Program                                                   2007-08
        I developed a faculty development program, which was sponsored by the Dean's office
designed to mentor junior faculty from clinical departments in educational techniques and
educational research.  Two faculty from six departments were nominated by their chairperson to
participate in the 18 month long program.  In addition to monthly evening didactics, each faculty
was expected to implement and write-up a scholarly project for publication.  I coordinated the
program with our Dean of Faculty Development and served as a faculty mentor.

Course Director:  Orientation                                                          2006
        I coordinated a one-day, multicenter intern orientation for Ob/Gyn residents from Loyola,
Rush, and Illinois Masonic Medical Centers.  The program was held in Stritch School of Medicine
and included short didactic and hands-on surgical skills and obstetric training sessions.  I
coordinated faculty from all three institutions.

APGO Solvay Scholar                                                                    2006-07

I am currently accepted in a national program sponsored by the American Professors of Gynecology and Obstetrics designed to train leaders in medical student and resident education about curricular design and educational research.  The program lasts 18 months and includes 5 2-5 day sessions with national leaders in medical and surgical education.  All scholars are required to do an educational or curricular development project, which will be presented at the 2007 annual scientific meeting.  I am developing a curriculum designed to teach residents about clinical research and study design.  The needs assessment is completed.  I am in the curricular design phase.

Urogynecology Fellow Conference                                                          2005-

Wednesday mornings are devoted to divisional academic conferences for our fellows.  I have coordinated the academic conferences for the last 2 years.  Conference include: "uroconference" – this conference includes a systematic review national fellowship objectives, a unit on biomedical writing, invited speakers doing related basic science or clinical research, a unit of neurophysiology and electrodiagnostic testing; 'case conference' where faculty, fellows, and residents review urodynamics and surgical cases for the next week; 'journal club'; and 'research conference'- research conference varies by week to include presentation of new concepts, study design and biomedical writing, database analysis, and brainstorming sessions.

Intern Orientation                                                                       2004-06

I developed a 2-day orientation program for the first year Ob/Gyn residents, which included didactics, problem based learning, an introduction to the operating room and a surgical skills session.

Resident Mock Oral Board Exam                                                           2004-06

I restructured the annual oral exam for 2nd year Ob/Gyn residents.  The exam now mimics the format, including standardized cases and a surgical case log, of the Ob/Gyn oral boards.

Summer Lecture Series                                                                   2004-05

I developed a weekly summer conference series for the first and second year Ob/Gyn residents to cover important clinical topics in gynecology and obstetrics.

Morning Gynecology Rounds                                                               2003-06

I implemented daily gynecology rounds with the residents and medical students on various gynecology services.  A member of the Female Pelvic Medicine and Reconstructive Surgery faculty meets with the residents daily at 6:30 am to discuss management of complicated cases.

Names of advisees/trainees:

| Training Duration | Role | Name | Current Position |
| --- | --- | --- | --- |
| 3 years | Fellow, FPMRS | Eman Elkadry | Instructor, Harvard |
| 3 years | Fellow, FPMRS | Fareesa Kahn | Asst Professor, Washington University |
| 3 years | Fellow, FPMRS | Tina Mahajan | Asst Professor, Case Western Reserve |
| 3 years | Fellow, FPMRS | Beth Mueller | Associate Professor, Loyola |
| 3 years | Fellow, FPMRS | Megan Tarr | Assistant Professor, Cleveland Clinic |
| 3 years | Fellow, FPMRS | Olga Ramm | Kaiser Oakland |
| 3 years | Fellow, FPMRS | Jackie Cunkelman | Private Practice, Denver, CO |
| 3 years | Fellow, FPMRS | Leslie Rickey | Assistant Professor, U of Maryland |
| 3 years | Fellow, FPMRS | Lior Lowenstein | Assistant Professor, Haifa, Israel |
| 7 years | Fellow, FPMRS | Thythy Pham | Private Practice, Resurrection |
| 3 years | Fellow, FPMRS | Yashika Dooley | Major, US Air Force, San Antonio, TX |
| 3 years | Fellow, FPMRS | Shameem Abbasy | Assistant Professor, Rush University |

| 4 years | Resident, OG | Kristin Rooney | Attending, Rochester, New York |
| 2 years | Medical Student | Cynthia Brincat | Assistant Professor, Loyola |
| 3 years | Medical Student | Amelia Fitz | Family Medicine |
| 3 years | Resident, OG | Carley Davis | Asst Professor, Medical College of WI |
| 1 year | Medical Student | Joel Lopez | Internal Medicine |
| 1 year | Medical Student | Adam May | Internal Medicine |
| 1 year | Medical Student | Jessica Remke | Emergency Medicine |
| 4 years | Resident, OG | Mindy Lukens | Instructor, Northwestern University |
| 4 years | Resident, OG | Maryam Guiahi | Assistant Professer, U of CO |
| 4 years | Resident, OG | Megan Trester | Private Practice, WI |
| 4 years | Resident, OG | Stephanie Hearty | Faculty, IL Masonic Medical Center |
| 4 years | Resident, OG | Charles Anderson | Fellow, Gyn-Oncology, U of CO |
| 3 years | Resident, OG | Darby Murphy | Private Practice, Chicago |
| 3 years | Resident, OG | Danielle Burkett | Private Practice, Dallas |
| 3 years | Resident, OG | Joanna Horwitz | Private Practice, Chicago |
| 3 years | Resident, OG | Vanessa Kennedy | Fellow, Gyn-Oncology |
| 4 year | Resident, OG | Vance Broach | Fellow, Gyn-Oncology |
| 4 year | Resident, OG | Lyndsey Day | Private Practice, Iowa |
| 4 year | Resident, OG | Ben Barenberg | Fellow, FPMRS |
| 2 years | Resident, Urology | Tony Polcari | Fellow, Endourology |
| 5 years | Resident, UVA | Megan Schmidt | Obstetrics & Gynecology |

### Regional Contributions

Chicago, IL                                                                                                   2014
Grand Rounds: What's New in Pelvic Floor Disorders
Norwegian American Hospital

Chicago, IL                                                                                                   2014
Grant Rounds: Recent Advances in Urinary Incontinence
St Mary & Elizabeth's Hospital

Chicago, IL                                                                                                   2013
Grand Rounds: Recent Advances in Pelvic Floor Disorders
West Suburban Hospital

Chicago, IL                                                                                                   2013
Invited Lecturer
Northwestern University Women's Health Research Institute
Recent Research Advances in Pelvic Floor Disorder

Chicago, IL                                                                                                   2012
Invited Lecturer
Pelvic Floor Disorders
American Urologic Association
Postgraduate Course for Primary Care Physicians

Chicago, IL                                                                                                   2011
Invited Lecturer
Participation in Clinical Research
The Center for Information & Study on Clinical Research Participation
Northwestern University

Chicago, IL                                                                    2007
Invited Lecturer
Advances in Urinary Incontinence Treatment
Society Of Urologic Nurses Association

Indianapolis, IN                                                               2007
Peer Reviewed Oral Presentation
Clinical Anatomy and Surgical Skills Training
Central Group on Education Affairs
Chicago, IL                                                                    2003-04
Invited Lecturer
Evaluation and Management of Urinary Incontinence in Women
59th and 60th Annual Midwest Clinical Conference

Chicago, IL                                                                    2003
Invited Lecturer
Evaluation and Management of Pelvic Floor Disorders
Society of Urologic Nurses Association

***National Contributions***
Cincinnati, OH                                                                 2015
Fellow Surgical Course
Invited Instructor
Nerve Injuries in Pelvic Surgery; Midurethral sling
American Urogynecologic Society

New Orleans, LA                                                                2015
American Urologic Association
Postgraduate Course:  Robotic Sacrocolpoexy

Chapel Hill, NC                                                                2015
University of North Carolina
Department of Obstetrics & Gynecology
Invited Speaker:  Neurologic Complications of Obstetrics & Gynecology;
          Urology for the Urogynecologist

Baltimore, MA                                                                  2015
Johns Hopkins Medical Center
Department of Obstetrics & Gynecology
Howard Kelly Lectureship in Reconstructive Pelvic Surgery
What Every Gynecologist Needs to Know about Urology

Roanoke, VA                                                                    2015
Julian H. Meyer Sr, MD Visiting Professorship
Department of Obstetrics & Gynecology Research Day
Selecting the Best Operation for Pelvic Organ Prolapse
Virginia Tech Carillion Clinic

Baltimore, MD                                                                  2014
American Urologic Association Summer Research Conference

Kimberly Kenton, MD, MS                                                        14

Phenotyping Lower Urinary Tract Symptoms

Cincinnati, OH                                                                2014
Fellow Surgical Course
Invited Instructor
Robotic Sacrocolpopexy; Nerve Injuries in Pelvic Surgery; Retropubic Anatomy
International Academy of Pelvic Surgeons

Washington, DC                                                               2014
Invited Instructor:  Minimally Invasive Sacrocolpopexy; Posterior Compartment
Fellows Postgraduate Course:  Anatomy
American Urogynecologic Society/International Urogynecologic Association

Scottsdale, AZ                                                               2014
Postgraduate Course:  Surgical Anatomy
Society of Gynecologic Surgeons

Cincinnati, OH                                                               2013
Fellow Surgical Course
Invited Instructor
Robotic Sacrocolpopexy; Nerve Injuries in Pelvic Surgery; Retropubic Anatomy
International Academy of Pelvic Surgeons

Sunnyvale, CA                                                                2013
Fellow Surgical Course: Robotics in Pelvic Reconstruction
Society of Gynecologic Surgeons

American Urogynecologic Association                                          2013
Leadership Program
Invited Speaker:  Board of Directors: Member at large

San Diego, CA                                                                2013
Postgraduate Course:  Robotics for Reconstructive Pelvic Surgery
Invited Speaker:  Sacrocolpopexy
American Urologic Association Annual Meeting

Charleston, SC                                                               2013
Postgraduate Course:  Surgical Complications
Nerve Injuries in Pelvic Surgery
Society of Gynecologic Surgeons

Sunnyvale, CA                                                                2012
Fellow Surgical Course: Robotics in Pelvic Reconstruction
Society of Gynecologic Surgeons

Las Vegas, NV                                                                2012
Armed Forces District ACOG
Robert C. Cefalo Memorial Lecture
How to Start a Resident Research Curriculum

Long Island, NY                                                          2012
Long Island Jewish Medical Center
Department of Obstetrics & Gynecology
Grand Rounds: Office Urogynecology for the Generalist

Providence, RI                                                          2011
Postgraduate Course:  Urology for the Urogynecologist
Invited Speaker:  Top 10 Things I Learned from Urology
American Urogynecologic Association Annual Meeting

Albuquerque, New Mexico                                                 2011
University New Mexico
Department of Obstetrics & Gynecology
Visiting Professor
Getting Residents Excited About Research

Sunnyvale, CA                                                           2011
Fellow Surgical Course: Robotics in Pelvic Reconstruction
Society of Gynecologic Surgeons

Washington, DC                                                          2011
Postgraduate Course:  Robotics for Reconstructive Pelvic Surgery
Invited Speaker:  Sacrocolpopexy
American Urologic Association Annual Meeting

Charlottesville, VA                                                     2010
University of Virginia
Department of Obstetrics & Gynecology
Visiting Professor and Lester A. Wilson Lecturer
Selecting the Best Operation for Prolapse Repair

St Petersburg, FL                                                       2010
Invited Speaker: Outcomes Research in Pelvic Floor Disorders
Society of Urodynamics & Female Urology Annual Meeting

Hollywood, FL                                                           2009
Postgraduate course:  Essentials in Education Postgraduate Course: Curriculum
                      Development, Effective Teaching, & Educational Scholarship
Invited Speaker
 American Urogynecologic Society

Chicago, IL                                                             2009
World Robotic Gynecology Congress
Invited speaker: Robotic Sacrocolpopexy after Supracervical Hysterectomy
University of Michigan

Las Vegas, Nevada                                                       2009
Laparoscopy in Female Pelvic Medicine
Invited Speaker:  Robotic Sacrocolpopexy
Society of Female Urology and Urodynamics Annual Meeting
Orlando, Florida                                                        2008

Postgraduate Course: Advanced Gynecologic Surgery
Invited Speaker
(1) Sacrocolpopexy: Routes of Access
(2) Taking Things Out: Mesh Complications
(3) Office Procedures for Urinary Incontinence
Society for Gynecologic Surgeons

Chicago, Illinois                                                                                              2008
Postgraduate Course:  Anatomy of the Pelvic Floor
Course Director:  Invited speaker, organized, and planned a half day anatomy course.
American Urogynecologic Society Annual Meeting

Chicago, Illinois                                                                                              2008
Postgraduate Course for Allied Health Professionals
Invited Speaker
Neurophysiologic Testing
American Urogynecologic Society Annual Meeting

Flint, Michigan                                                                                              2008
Invited Speaker
Complications of Minimally Invasive Surgery
Genesis Health System

Jackson, Mississippi                                                                                         2008
Mississippi Section ACOG
Invited Speaker
Complications of Mesh in Pelvic Surgery; Postoperative Voiding Dysfunction
University of Mississippi Ob-Gyn Alumni Association

Washington, DC                                                                                               2007
Invited Speaker
Research Education
Department of Obstetrics & Gynecology
Georgetown & Washington Hospital Center

Dallas, TX                                                                                                   2007
Visiting Professor
Department of Obstetrics & Gynecology
University of Texas-Southwestern

Dallas, TX                                                                                                   2007
Invited Speaker
Neural Injuries in Pelvic Surgery
Department of Urology
University of Texas-Southwestern

Hollywood, FL                                                                                                2007
Postgraduate Course:  Educational Research Retreat
Facilitator and Invited Speaker: Getting Research Ready for Publication
American Urogynecologic Society Annual Scientific Meeting
Anaheim, CA                                                                                                  2007

Postgraduate Course: Reconstructive Surgery for the Advanced Surgeon
Invited Speaker
(1) Reconstructive Surgery for the Apex
(2) Patient Expectations, Goal Selection, Goal Achievement, & Satisfaction.
American Urologic Association Annual Scientific Meeting

Anaheim, CA                                                                                                2007
Invited Speaker
Debate for POP-Q
Society of Urodynamics and Female Urology Meeting

Long Beach, CA                                                                                            2007
Invited Speaker
Resident Education:  Programs that Promote Faculty and Resident Scholarship
University of California-Irvine
Department of Obstetrics & Gynecology Grand Rounds

Orlando, FL                                                                                                 2007
*Course Director:* Complications in Pelvic Reconstructive Surgery
    I planned and coordinated an interactive half day postgraduate course given before the
    annual meeting of the Society of Gynecologic Surgeons.  I invited a multidisciplinary
    faculty, including urologists and gynecologists from around the country to participate in
    short didactics, case presentations, and panel discussions about complications and difficult
    surgical cases.

Cleveland, Ohio                                                                                          2007
Invited Speaker
Resident Education Programs that Promote Scholarship
Case Western Reserve
Department of Obstetrics & Gynecology Grand Rounds

Birmingham, Alabama                                                                                  2006
Invited Speaker
Is There a Role for Neurophysiologic Testing in Pelvic Floor Disorders?
University of Alabama

Phoenix, Arizona                                                                                         2007

Washington, D.C.                                                                                          2006

Monterey, California                                                                                      2005

Atlanta, Georgia                                                                                           2004
*Course Director*: Pelvic Floor Neurophysiology
American Association of Neuromuscular and Electrodiagnostic Medicine
    I planned and coordinated this 4-hour didactic and hands on workshop. I assembled
physiatry and urogynecology faculty from around the country, gave a 1-hour didactic, then taught
four, 45 minute workshops on pelvic nerve conduction studies using volunteer subjects.
Additionally, I wrote a monograph on Pelvic Floor Neurophysiology to distribute to participants.

Albuquerque, New Mexico                                                                            2006
Course: Treating Urinary Incontinence and Pelvic Organ Prolapse:

A Hands-on Course in Pessary Fitting and Physical Therapy
Invited Speaker
(1) Using Physical Therapy and Pessaries to Treat Pelvic Floor Disorders;
(2) Can We Cure Pelvic Floor Disorders Non-surgically?

Tucson, Arizona                                                                          2006
Member of planning committee and small group facilitator
Educational Research Retreat
Society of Gynecologic Surgeons

Phoenix, Arizona                                                                         2006
Invited speaker
Urinary Incontinence: Step-by-Step Approach
Phoenix Gynecologic Society

Grand Bahamas, Bahamas                                                                   2006
Plenary presentation
Current Perception Threshold Testing
Society of Female Urology and Urodynamics Annual Meeting

Atlanta, Georgia                                                                         2005
San Diego, California                                                                    2004
Postgraduate Course: Teaching and Evaluating Surgical Skills
Invited speaker: Teaching in the Operating Room
American Urogynecologic Society

Salt Lake City, Utah                                                                     2004
Postgraduate Course: Teaching the Teachers
Invited lecturer: Teaching and Evaluating Learner in the Operating Room
American Professors of Gynecology and Obstetrics Annual Meeting

San Francisco, California                                                                2002
Toronto, Canada                                                                          2001
Albuquerque, New Mexico                                                                  2000
Vancouver, British Colombia                                                              1999
Postgraduate Course: Pelvic Floor Neurophysiology
Workshop Instructor: Pudendal and Perineal Nerve Conduction Studies
American Association of Electrodiagnostic Medicine

***International Contributions***
Nice, France                                                                             2015
Postgraduate Courses: (1) Fellow's Course; (2) Complications in Pelvic Floor Surgery;
   (3) Surgery for Pelvic Organ Prolapse
Invited lecturer
International Urogynecologic Society

Rio de Janeiro, Brazil                                                                   2014
Postgraduate Course:
Invited lecturer: (1) Tips & Tricks Laparoscopic Sacrocolpopexy (2) Selecting the Best
   Operation for Prolapse (3) Pelvic Floor Anatomy
International Continence Society

Kimberly Kenton, MD, MS                                               19

Barcelona, Spain                                                              2012
Postgraduate Course:
Invited lecturer: (1) Surgical Anatomy for Reconstructive Surgery (2) Laparoscopy in RPS.
International Continence Society

Glasgow, Scotland                                                            2011
Postgraduate Course:
Invited lecturer: (1) Surgery for Apical Prolapse (2) Robotics in RPS.
International Urogynecologic Society & International Continence Society

Haifa, Israel                                                                2011
Robotic surgery proctor
Ramban Medical Center

Toronto, Canada                                                              2010
Postgraduate Course:
Invited lecturer: (1) Robotic Approaches to Pelvic Reconstruction; (2) Assessment of Surgical
Outcomes International Urogynecologic Society & International Continence Society
San Francisco, CA                                                            2009
Postgraduate Course:
Invited lecturer: (1) Robotic Approaches to Pelvic Reconstruction; (2) Assessment of Surgical Outcomes
International Continence Society

San Francisco, CA                                                            2009
Plenary Session
Invited lecturer: Top 5 Reasons to NOT use Vaginal Mesh in Reconstructive Surgery
International Continence Society

Lake Como, Italy                                                             2009
Postgraduate Course:  Laparoscopic Prolapse Surgery
Invited lecturer:  Robotic Sacrocolpopexy
International Urogynecologic Association

Cairo, Egypt                                                                 2008
Postgraduate Course:  Use of Mesh in Reconstructive Pelvic Surgery
Invited lecturer: Concomitant Procedures & Complications during Sacrocolpopexy
International Continence Society

Barcelona, Spain                                                             2008
Postgraduate Course:  Training and Education in Endoscopy
Invited lecturer:  Setting Up a Multicenter Clinical Anatomy and Surgical Skills Training
                 Program
European Society of Human Reproduction and Embryology

Guadalajara, Mexico                                                          2008
Invited lecturer: Pelvic Floor Neurophysiology; Neural Injuries in Pelvic Surgery
International Congress of Electrodiagnostic Medicine

**Publications (peer reviewed):**

1. Catanzarite T, Bernardi LA, Confino E, **Kenton K**. Ureteral trauma during transvaginal ultrasound-guided oocyte retrieval.  Female Pelvic Med Reconstr Surg. 2015 Sep-Oct;21(5):e44-5.

2. Lewicky-Gaupp C, Leader-Cramer A, Johnson LL, **Kenton K**, Gossett DR.  Wound complications after obstetric anal sphincter injuries.  Obstet Gynecol 2015. May;125(5):1088-93. PMID 25932836

3. Tenfelde S, Tell D, Thomas TN, **Kenton K**.  Quality of life in women who use pessaries for longer than 12 months.  Female Pelvic Med Reconstr Surg 2015. May-Jun;21(3):146-9. PMID 25521465

4. Tarr ME, Brancato SJ, Cunkelman JA, Polcari A, Nutter B, **Kenton K**.  Comparison of postural ergonomics between laparoscopic and robotic sacrocolpopexy: a pilot study.  J Minim Invasive Gynecol. 2015 Feb;22(2):234-8.  PMID 25315401.

5. Mueller MG, Ellimootil C, Abernethy MG, Mueller ER, Hohmann S, Kenton K.  Colpocleisis: a safe, minimally invasive option for pelvic organ prolapse.  Female Pelvic Med Reconstr Surg. 2015 Jan-Feb;21(1):30-3. PMID: 25185616

6. Summer S, Petzel A, Anderson J, **Kenton K**.  Cervical cancer screening rates in a chart review of adolescent patients at an academic institution before and after the publication of the 2009 American Congress of Obstetricians and Gynecologists' recommendations.  Journal Pediatr Adolesc Gynecol. 2015 Aug;28(4):258-62. PMID: 26026218

7. Greer WJ, Gleason JL, **Kenton K**, Szychowski JM, Goode PS, Richter HE.  Medication Effects on Periurethral Sensation and Urethral Sphincter Activity. Female Pelvic Med Reconstr Surg. 2015 Mar-Apr;21(2):77-82. PMID: 25185603

8. **Kenton K**, Stoddard AM, Zyczynski H, Albo M, Rickey L, Norton P, Wai C, Kraus SR, Sirls LT, Kusek JW, Litman HJ, Chang RP, Richter HE; Urinary Incontinence Treatment Network.  5-Year Longitudinal Follow-up after Retropubic and Transobturator Midurethral Slings.  J Urol. 2015 Jan193(1):203-10.  PMID: 25158274

9. Mueller MG, Pilecki MA, Catanzarite T, Jain U, Kim JY, **Kenton K**.  Venous thromboembolism in reconstructive pelvic surgery.  Am J Obstet Gynecol. 2014 Nov;211(5):552.e1-6.  PMID: 25068557

10. Abernethy MG, Davis C, Lowenstein L, Mueller ER, Brubaker L, **Kenton K**.  Urethral sensation following reconstructive pelvic surgery.  Int Urogynecol J. 2014 Nov;25(11):1569-73.  PMID: 24825353

11. Catanzarite T, Rambachan A, Mueller MG, Pilecki MA, Kim JY, **Kenton K**.  Risk factors for 30-day perioperative complications after le fort colpocleisis.  J Urol. 2014 Sep;192(3):788-92. PMID: 24641911

12. Tarr ME, Rivard C, Petzel AE, Summers S, Mueller ER, Rickey LM, Denman MA, Harders R, Durazo-Arvizu R, **Kenton K.**  Robotic objective structured assessment of technical skills: a randomized multicenter dry laboratory training pilot study.  Female Pelvic Med Reconstr Surg. 2014 Jul-Aug;20(4):228-26. PMID 24978090

13. Amundsen CL, Richter HE, Menefee S, Vasavada S, Rahn DD, **Kenton K**, Harvie HS, Wallace D, Meikle S. The refractory overactive bladder: sacral neuromodulation vs. botulinum toxin assessment: ROSETTA trial. Contemp Clin Trials. 2014 Mar;37(2):272-83. PMID: 24486637

14. Anger JT, Mueller ER, Tarnay C, Smith B, Stroupe K, Rosenman A, Brubaker L, Bresee C, **Kenton K**. Robotic compared with laparoscopic sacrocolpopexy: a randomized controlled trial.  Obstet Gynecol. 2014 Jan;123(1):5-12. PMID: 24463657

Kimberly Kenton, MD, MS

21

15. Guiahi M, Westhoff CL, Summers S, **Kenton K**.  Training at a faith-based institution matters for obstetrics and gynecology residents: results from a regional survey.  J Grad Med Educ. 2013 Jun;5(2):244-51. PMID: 24404267

16. Broach V, Day L, Barenberg B, Huang S, **Kenton K**, White P. Use of electronic health record-based tools to imrove appropriate use of the human papillomavirus test in adult women.  J Low Genit tract Dis. 2014 Jan;18(1):26-30. PMID: 23959396

17. McFadden BL, Constantine ML, Hammil SL, Tarr ME, Abed HT, **Kenton KS**, Sung VW, Rogers RG.  Patient recall 6 weeks after surgical consent for midurethral sling using mesh.  Int Urogynecol J 2013 Dec;24(12):2099-104. PMID: 23818127

18. Graziano S, Darby M, Braginsky L, Horwitz J, Kennedy V, Burkett D, **Kenton K**.  Assessement of bowel function in the peripartum period.  Archives of Obstet Gynecol. 2014 Jan;289(1):23-7.  PMID: 23764932

19. Zimmern P, LItman H, Nager C, Sirls L, Krauss S, **Kenton K**, Wilson T, Sutkin G, Siddiqui N, Vasavada S, Norton P; for the Urinary Incontinence Treatment Network. Pre-operative urodynamics in women with stress urinary incontinence increases physician confidence, but does not improve outcomes.  Neurourol Urodyn. 2014 Mar;33(3):302-6.  PMID: 23553613

20. Fok CS, McKinley K, Mueller ER, **Kenton K**, Schreckenberger P, Wolfe A, Brubaker L.  Day of surgery urine cultures identify urogynecologic patients at increased risk for postoperative urinary tract infection.  J Urol 2013 May;189(5):1721-4.  PMID 23219547

21. Borello-France D, Burgio KL, Goode PS, Ye W, Weidner AC, Lukacz ES, Jelovsek JE, Bradley CS, Schaffer J, Hsu Y, **Kenton K,** Spino C; for the Pelvic Floor Disorders Network.  Adherence to behavioral interventions for stress incontinence: rates, barriers, and predictors.  Phys Ther. 2013 Jun;93(6):757-73. PMID: 23431210

22. Erekson EA, Yip SO, Wedderburn TS, Martin DK, Li FY, Choi JN, **Kenton KS**, Fried TR. The VSQ: a questionnaire to measure vulvovaginal symptoms in postmenopausal women. Menopause 2013 Sep;20(9):973-9. PMID: 23481118

23. White P, **Kenton K**. Use of electronic medical record based tools to improve compliance with cervical cancer screening guidelines: effect of an educational intervention on physician's practice patterns.  J Low Genit Tract Dis. 2013 Apr;17(2):175-8.  PMID 23343700

24. Nager CW, Brubaker L, Litman HJ, Zyczynski HM, Varner RE, Amundsen C, Sirls LT, Norton PA, Arisco AM, Chai TC, Zimmern P, Barber MD, Dandreo KJ, Menefee SA, **Kenton K**, Lowder J, Richter HE, Khandwala S, Nygaard I, Kraus SR, Johnson HW, Lemack GE, Mihova M, Albo ME, Mueller E, Sutkin G, Wilson TS, Hsu Y, Rozanski TA, Rickey LM, Rahn D, Tennstedt S, Kusek JW, Gormley EA; the Urinary Incontinence Treatment Network. A randomized trial of urodynamic testing before stress-incontinence surgery.  N Engl J Med. 2012 June 21;366(25):2358-67. PMID: 22551104

25. Wei JT, Nygaard I, Richter HE, Nager CW, **Kenton K**, Amundsen CL, Schaffer J, Meikle SF, Spino C; Pelvic Floor Disorders Network.  A midurethral sling to reduce incontinence after vaginal prolapse repair.  N Engl J Med 2012 Jun 21;366(25):2358-67.  PMID 22716974

26. Gleason JL, **Kenton K**, Greer WJ, Ramm O, Szychowski JM, Wilson T, Richter HE. Sacral neuromodulation effects on periurethral sensation and urethral sphincter activity. Neurourol Urodyn. 2013 Jun;32(5):476-9. PMID: 23168535

27. Gutman RE, Nygaard IE, Ye W, Rahn DD, Barber MD, Zyczynski HM, Rickey L, Nager CW, Varner RE, **Kenton K**, Dandreo KJ, Richter HE; Pelvic Floor Disorders Network and the Urinary Incontinence Treatment Network. The Pelvic Floor Complication Scale: a new instrument for reconstructive pelvic surgery.  Am J Obstet Gynecol. 2013 Jan;208(1):81.e1-9. PMID: 23131463

28. Albo ME, Litman HJ, Richter HE, Lemack GE, Sirls LT, Chai TC, Norton P, Kraus SR, Zyczynski H, **Kenton K**, Gormley EA, Kusek JW; Urinary Incontinence Treatment Network. Treatment success of retropubic and transobturator mid urethral slings at 24 months.  J Urol. 2012 Dec;188(6):228-7. PMID: 23083653

29. Sirls LT, Tennstedt S, Lukacz E, Rickey L, Kraus SR, Markland AD, **Kenton K**, Moalli P, Hsu Y, Huang L, Stoddard AM.  Condition-specific quality of life 24 months after retropubic and transobturator sling surgery for stress urinary incontinence.  Female Pelvic Med Reconstr Surg. 2012 Sep-Oct;18(5):291-5. PMID: 22983273

30. Sirls LT, Richter HE, Litman HJ, **Kenton K**, Lemack GE, Lukacz ES, Kraus SR, Goldman HB, Weidner A, Rickey L, Norton P, Zyczynski HM, Kusek JW; Urinary Incontinence Treatment Network. The Effect of Urodynamic Testing on Clinical Diagnosis, Treatment Plan and Outcomes in Women Undergoing Stress Urinary Incontinence Surgery.  J Urol. 2013 Jan;189(1):204-9. PMID: 22982425

31. Parker-Autry CY, Barber MD, **Kenton K**, Richter HE.  Measuring outcomes in urogynecological surgery: "perspective is everything". Int Urogynecol J. 2013 Jan;24(1):15-25. PMID: 22930213

32. Spirka T, **Kenton K**, Brubaker L, Damaser MS.  Effect of material properties on predicted vesical pressure during a cough in a simplified computational model of the bladder and urethra. Ann of Biomed Eng. 2013 Jan;4)1):185-94. PMID:22907256

33. Ramm O, **Kenton K**.  Robotic/laparoscopic prolapse repair: role of hysteropexy: a urogynecology perspective. Urol Clin North Am 2012;39(3):343-8.  PMID:22877717

34. Barber MD, **Kenton K**, Janz NK, Hsu Y, Dyer K, Greer J, White A, Meikle S, Ye W.  Validation of the activities assessment scale in women undergoing pelvic reconstructive surgery.  Female Pelvic Med Reconstr Surg. 2012 Jul-Aug;18(4):205-10. PMID:22777368.

35. Barber MD, Janz N, **Kenton K**, Hsu Y, Greer J, Dyer K, White A, Meikle S, Ye W.  Validation of surgical pain scales in women undergoing pelvic reconstructive surgery.  Female Pelvic Med Reconstr Surg. 2012 Jul-Aug;18(4):198-204.  PMID:22777367

36. Mueller ER, **Kenton K**, Tarnay C, Brubaker L, Rosenman A, Smith B, Stroupe K, Bresse C, Pantuk A, Schulam P, Anger JT.  Abdominal colpopexy: comparision of edocscopic surgical strategies (ACCESS). Contemp Clin Trials. 2012 Sep;33(5):1011-8.  PMID: 22643040

37. Ramm O, Mueller ER, Brubaker L, Lowenstein L, **Kenton K**.  Complex repetitive discharges – a feature of the urethral continence mechanism or a pathological finding? J Urol. 2012 Jun;187(6):2140-3.  PMID: 22503012

38. Chai TC, **Kenton K**, Xu Y, Sirls L, Zyczynski H, Wilson TS, Rahn DD, Whitcomb EL, Hsu Y, Gormley EA. Effects of concomitant surgeries during midurethral slings (MUS) on postoperative complications, voiding dysfunction, continence outcomes, and urodynamic variables.  Urology. 2012  Jun;79(6):1256-61. PMID: 22542356

39. Tarr M, Klenov V, Tanzy M, Rivard C, McElhinney M, Brubaker L, Mueller E, FitzGerald M, **Kenton K.**  Peri-operative bowel habits of women undergoing gynecologic surgery.  Female Pelvic Med Reconstr Surg

May;18(3):153-7. PMID: 22543766

40. **Kenton K,** Barber M, Wang L, Hsu Y, Rhan D, Whitcomb E, Amundsen C, Bradley CS, Zyczynski H, Richter HE; Pelvic Floor Disorders Network.  Pelvic floor symptoms improve similarly after pessary and behavioral treatment for stress incontinence. Female Pelvic Med Reconstr Surg. 2012 Mar-Apr;18(2):118-21.  PMID: 22453323.

41. Chai TC, Huang L, **Kenton K,** Richter HE, Baker J, Kraus S, Litman H; for the UITN.  Association of baseline urodynamic measures of urethral function with clinical, demographic, and other urodynamic variables in women prior to undergoing midurethral sling surgery.  Neurourol Urodyn. 2012 Apr;31(4):496-501.  PMID 22378483

42. Ramm O, Gleason JL, Segal S, Marshall DD, Kennedy V, **Kenton K.**  Utility of routine preoperative endometrial assessment in women undergoing pelvic floor repair.  Int Urogynecol J. 2012 Jul;23(7):913-7. PMID 22398824

43. Rivard C, Salhadar A, **Kenton K.**  New challenges in detecting, grading, and staging endometrial cancer after uterine morcellation.  J Minim Invasive Gynecol. 2012 May-June;19:313-6. PMID 22417903

44. Wolfe AJ, Toh E, Shibata N, Rong R, **Kenton K,** Fitzgerald M, Mueller ER, Schrekenberger P, Dong Q, Nelson DE, Brubaker L.  Evidence of uncultured bacteria in the adult female bladder.  J Clin Microbiol. 2012 Apr;50(4):1376-83. PMID: 22278835

45. Lowenstein L, Rosenblatt PL, Dietz HP, Bitzer J, **Kenton K.**  New advances in urogynecology.  Obstet Gynecol Int. 2012;2012:453059. PMID: 22220175

46. Lowenstein L, Rickey L, **Kenton K,** FitzGerald MP, Brubaker L, Tulke M, Mueller E.  Reliability and Responsiveness of the Urgency Severity and Life Impact Questionnaire (USIQ).  Int Urogynecol J 2012;23(2)193-6. PMID 21850507

47. Davis C, Lowenstein L, Mueller E, Brubaker L, **Kenton K.**  Measuring urinary sensation with current perception threshold: A Comparison between Method of Limits and Method of Levels. Obstet Gynecol Int. 2012;2012 868915.  PMID: 22018128

48. Lowenstein L, Ramm O, Mueller E, Brubaker L, FitzGerald MP, Lopez J, **Kenton K.**  The impact of dispositional optimism on treatment of pelvic floor dysfunction.  Int Urogynecol J. 2012 Mar;23(3):295-8. PMID: 21887549

49. Lowenstein L, **Kenton K,** Mueller E, Brubaker L, Sabo E, Durazo-Arivzu R, FitzGerald MP.  Solifenacin objectively decreases urinary sensation in women with overactive bladder syndrome. Int Uro Nephrol. 2012 Apr;44(2):425-9.  PMID:21993768

50. Guiahi M, Maguire K, Ripp ZT, Goodman RW, **Kenton K.** Perceptions of family planning and abortion education at a faith-based medical school. Contraception. 2011 Nov;84(5):520-4. Epub 2011 Apr 15. PMID: 22018128

51. **Kenton K,** Mueller EM, Brubaker L. Continent women have better urethral neuromuscular function than those with stress incontinence.  Int J Urogynecol J 2011 Dec;22(12):1479-84. PMID: 21979386

52. **Kenton K,** Mueller EM, Brubaker L. Neuromuscular characterization of the urethra in continent women. Female Pelvic Med Reconstr Surg 2011;17(5):226-30.

53.  Ramm O, **Kenton K.**  Robotics for Pelvic Reconstruction. Curr Bladder Dysfunct Rep. 2011 Jun 30;6(3):176-181.  PMID:21874174

54.  Burkett D, Horwitz J, Kennedy V, Murphy D, Graziano S, **Kenton K**. Assessing current trends in resident hysterectomy training.  Female Pelvic Med Reconstr Surg 2011;17(5):210-214.

55.  Guiahi M, McNulty M, Garbe G, Edwards S, **Kenton K**.  Changing depot medroxyprogesterone acetate access at a faith-based institution.  Contraception 2011 Sept;84(3):280-4.  PMID: 21843694

56.  Nager CW, SIrls L, Litman HJ, Ricther H, Nygaard I, Chai T, Kraus S, Zyczynski H, **Kenton K**, Huang L, Kusek J, Lemak G; Urinary Incontinence Treatment Network. Baseline urodynamic predictors of treatment failure 1 year after mid urethral sling surgery. J Urol. 2011 Aug;186(2):597-603.  PMID:21683412

57.  Brubaker L, **Kenton K**.  Clinical Research Education Study Teams:  A Research Curriculum for Obstetric and Gynecology Residents.  Obstet Gynecol 2011;117:1403-7. PMID 21606753

58.  Sinno S, Shah S, **Kenton K**, Brubaker L, Angelats J, Vandevender D, Cimino V.  Assessing the safety and efficacy of combined abdominoplasty and gynecologic surgery.  Ann Plast Surg. 2011 Sept;67(3):272-4.  PMID:21508816

59.  Abbasy S, **Kenton K**, Brubaker L, Mueller E. Measurement of transurethral bladder neck displacement during tension-free vaginal tape procedure.  Int Urogyne J Nov  2011;22:721-24. PMID 21174078

60.  Goode PS, Burgio KL, Kraus SR, **Kenton K,** Litman HJ, Richter HE.  Urinary Incontinence Treatment Network.  Correlates and predictors of patient satisfaction with drug therapy and combine drug therapy and behavioral training for urgency urinary incontinence in women.  Int Urogynecol J 2011;22(3):327-34. PMID 20945064

61.  Nager CW, Kraus SR, **Kenton K**, Sirls L, Chai TC, Wai C, Sutkin G, Leng W. Litman H, Huang L, Tennstedt S, Richter HE.  Urinary Incontinence Treatment Network.  Urodynamics, the supine empty bladder stress test, and incontinence severity.  Neurouro Urodynam. 2010;29(7):1306-11. PMID:20127832.

62.  Sirls LT, Tennstedt S, Albo M, Chai T, **Kenton K**, Huang L, Stoddard AM, Arisco A, Gormley EA.  Factors associated with quality of life in women undergoing surgery for stress urinary incontinence. J Urol 2010;184(6):2411-5. PMID 20945064

63.  Guiahi M, Cortland C, Graham MJ, Heraty S, Lukens M, Trester M, Summers S, **Kenton K**.  Addressing OB/GYN family planning educational objectives at a faith-based institution using the TEACH program. Contraception 2011; 83(4):367-72. PMID: 21397097

64.  Pham T, Burgart A, **Kenton K**, Mueller E, Brubaker L.  Current Use of Pelvic Organ Prolapse Quantification by AUGS and ICS Members. Female Pelvic Med Reconst Surg 2011;17(2):67-9.

65.  Richter HE, Albo ME, Zyczynski HA, **Kenton K,** et al for the Urinary Incontinence Treatment Network. Retropubic versus transobturator midurethral slings for stress incontinence.  N Engl J Med. 2010 Jun 3;362(22):2066-76. PMID 20479459.

66.  Borello-France D, Burgio KL, Goode PS, Markland AD, **Kenton K**, Balasubramanyam A, Stoddard AM for the Urinary Incontinence Treatment Network.  Adherence to behavioral interventions for urge incontinence when combined with drug therapy: adherence rates, barriers, and predictors. Phys Ther 2010;90(10):1493-505. PMID: 20671098

67. Heilbrun ME, Nygaard IE, Lockhart ME, Richter HE, Brown MB, **Kenton KS**, Rahn DD, Thomas JV, Weidner AC, Nager CW, Delancey JO.  Correlation between levator ani muscle injuries on magnetic resonance imaging and fecal incontinence, pelvic organ prolaspe, and urinary incontinence in primiparous women.Am J Obstet Gynecol 2010;202(5):488.e1-6. PMID: 20223445

68. Burgio KL, Kraus SR, Borello-France D, Chai TC, **Kenton K**, Goode PS, Xu Y, Kusek JW for the UITN.  The effects of drug and behavior therapy for urgency and voiding frequency. Int Urogynecol J  2010;21(6):711-9. PMID 2014307

69. Nager CW, Kraus SR, **Kenton K**, Sirls L, Chai TC, Wai C, Sutkin G, Leng W, Litman H, Huang L, Tennstedt S, Richter HE for the UITN.  Urodynamics, the supine empty bladder stress test, and incontinence severity. Neurourol Urodyn 2010;29(7):1306-11. PMID 20127832

70. Raza-Kahn F, Cunkelman J, Lowenstein L, Shott S, **Kenton K**. Prevalence of bowel symptoms in women with pelvic floor disorders. Int Urogynecol J 2010;21(8):933-8. PMID 20449569.

71. Abbasy S, **Kenton K**.  Obliterative procedures for pelvic organ prolapse.  Clin Obstet Gynecol 2010;53(1):86-98. PMID: 20142646.

72. Richter HE, **Kenton K**, Huang L, Nygaard I, Kraus S, Whitcomb E, Chai T, Lemack G, Sirls L, Dandreo K, Stoddard A.  The impact of obesity on urinary incontinence symptoms, severity, urodynamic characteristics and quality of life.  J Urol 2010;183(2):622-8. PMID: 20018326

73. Summers S, Mueller E,  Darrell B, Pombar X, Kobak W, Graziano S, Irwin T, Mody V, Rickey L, Hruska L, **Kenton K**.  Clinical anatomy and surgical skills training (CASST) for senior residents: a multicenter, multidisciplinary program.  Female Pelvic Med Reconst Surg. 2009;15(4):195-203.

74. Rickey LM, Mueller ER, Graziano S, Lowenstein L, Summers S, Pombar X, Dauzardis M, **Kenton K**.  Clinical anatomy and surgical skill training (CASST) for gynecology and urology residents: Assessment of learners. Female Pelvic Med Reconstr Surg 2009;15(4):189-193.

75. Lowenstein L, Gamble T, Sanses T, van Raalte H, Carberry C., Pham T, Nguyen A, Hoskey K, **Kenton K**. Changes In Sexual  Function  After Treatment For Prolapse Are Related To The Improvement In Body Image Perception. J Sex Med. 2009;7:1023-8. 19912488

76. Mueller ER**, Kenton K.**, Rogers RG, Fenner. Are we are missing an opportunity to teach future primary care providers about female pelvic floor disorder? Int Urogynecol J 2009; 20:1413-15. PMID: 19669684.

77. **Kenton K**, Richter HE, Litman H, Lukacz E, Leng W, Lemack G, Chai TC, Arisco A, Tennstedt S, Steers W. Risk factors associated with urge incontinence after continence surgery.  J Urol 2009; 182(6): 2805-09. PMID: 19837421.

78. **Kenton K**, Lowenstein L, Brubaker L.  Tolterodine causes measurable restoration of urethral sensation in women with urge urinary incontinence.  Neurourol Urodyn 2010;29(4):711-9. PMID: 19771598.

79. Bradley CS, Rahn DD, Nygaard NE, Barber MD, Nager CW, **Kenton KS**, Siddiqui NY, Abel RB, Spino D, Richter WE.  The questionnaire for urinary incontinence diagnosis (QUID): Validity and responsiveness to change in women undergoing non-surgical therapies for treatment of stress predominant urinary incontinence. Neurourol Urodynam 2010;29(5):727-34. PMID: 19787711.

80. Handa VL, Nygaard I, **Kenton K,** Cundiff GW, Chetti C, Ye W, Richter HE.  Pelvic organ support among primiparous women in the first year after childbirth.  Int Uroyn J 2009;20(12):1407-11. PMID: 19777148.

81. Nager CW, Richter HE, Nygaard I, Paraiso MF, Wu JM, **Kenton K**, Atnip SD, Spino C.  Incontinence pessaries:  size, POPQ measures, and successful fitting.  Int Urogyn J 2009:20(9):1023-8. PMID: 19533009.

82. Lowenstein L, Fitz A, **Kenton K**, FitzGerald M, Mueller E, Brubaker L.  Transabdominal uterosacral suspension: outcomes and complications.  Am J Obstet Gynecol 2009;200(6):656.e1-5. PMID: 19342469.

83. Lowenstein L, Gamble T, Deniseiko Sanses T, van Raalte H, Carberry C, Jakus S, Kambiss S, McAchran S, Pham T, Aschkenazi S, Hoskey K, **Kenton K**.  Sexual function is related to body image perception in women with pelvic organ prolapse. J Sex Med 2009;6(8):2286-91. PMID: 19493287.

84. Lowenstein L, **Kenton K**, Brubaker L, Mueller E, Heneghan M, Senka J, FitzGerald MP.  Patients with painful bladder syndrome have altered response to thermal stimuli and catastrophic reaction to painful experiences. Neurourol Urodyn 2009;28:400-4. PMID: 19191279.

85. Lowenstein L, Pham T, Abbasy S, **Kenton K**, Brubaker L, Mueller ER, Shott S, Vardi Y, Gruenwald I, FitzGerald MP.  Observations relating to urinary sensation during detrusor overactivity.  Neurourol Urodyn 2008; 28(6):497-500. PMID: 19090593.

86. Wei J, Nygaard I, Richter H, Brown M, Barber M, Xu X, **Kenton K**, Nager C, Schaffer J, Visco A, Weber A.  Outcomes following vaginal prolapse repair and mid urethral sling (OPUS) trial. Clinical Trials. 2009;6(2):162-71. PMID: 19342469.

87. Chai TC, Albo ME, Richter HE, Norton PA, Dandreo KJ, **Kenton K**, Lowder JL, Stoddard AM for the UITN.  Complications in women undergoing Burch colposuspension versus autologous rectus fascia sling for the treatment of stress urinary incontinence.  J Urol 2009;181(5):192-7. PMID:19296969.

88. Lowenstein L, FitzGerald MP, **Kenton K**, Hatch L, Brubaker L.  Evaluation of urgency in women with a validated urgency severity and impact questionnaire (USIQ).  Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar;20(3):301-7. PMID: 19020786.

89. Markland AD, Richter HE, **Kenton K**, Nager C, Kraus SR, Tennstedt S, Wai C, Xu Y.  Associated factors and the impact of fecal incontinence in women with urge urinary incontinence: from the Urinary Incontinence Treatment Network's BEDRI study.  Am J Obstet Gynecol 2009;200:424.e1-424.e8. PMID: 19200939.

90. Lowenstein L, Davis C, Jesse K, Durazo-Arvizu R, **Kenton K**. Comparison between sensory testing modalities for the evaluation of afferent nerve functioning in the genital area. Int Urogynecol J (2009) 20:83–87. PMID: 18923804.

91. Abbasy S, Lowenstein L, Pham T, Mueller E, **Kenton K**, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant mid-urethral sling.  Int Urogynecol J. Pelvic Floor Dysfunct. 2009 Feb;20(2):213-6. PMID: 19002367.

92. Handa VL, Lockhart ME, **Kenton KS**, Bradley CS, Fielding JR, Cundiff GW, Salomon CG, Hakim C, Ye W, Richter H. Magnetic resonance assessment of pelvic anatomy and pelvic floor disorders after childbirth. Int Urogynecol J 2009; Feb;20(2):133-9. PMID: 18846311.

93. Pham T, **Kenton K**, Mueller E, Brubaker L.  New pelvic symptoms are common after reconstructive pelvic surgery.  Am J Obstet Gynecol 2009 Jan;200(1):88.e1-5. PMID: 18845285.

94. Nygaard I, Barber M, Burgio KL, **Kenton K**, Meikle S, Schaeffer J, Spino C, Whitehead W, Wu J, Brody DJ. Prevalence of symptomatic pelvic floor disorders in women in the United States, 2006-2006.  JAMA 2008;300(11):1311-1316. PMID: 18799443.

95.  Sung VW, Rogers RG, Schaffer JI, Balk EM, Uhling K, Lau J, Abed H, Wheeler TL, Morrill MY, Clemons JL, Rahn DD, Lukban JC, Lowenstein L, **Kenton K**, Young S for the Society of Gynecologic Surgeons Systematic Review Group.  Graft use in transvaginal pelvic organ prolapse repair:  a systematic review.  Obstet Gynecol 2008;112(5):1131-42. PMID: 18978116.

96.  Bradley CS, **Kenton KS**, Richter HE, Gao X, Zyczynski HM, Weber AM, Nygaard IE.  Obesity outcomes after sacrocolpopexy. Am J Obstet Gynecol 2008 Dec;199(6):690.e1-8. PMID: 18845288.

97.  Guiahi M, **Kenton K**, Brubaker L.  Sacrocolpopexy without concomitant posterior repair improves posterior compartment defects.  Int J Urogynecol 2008;19(9):1267-70. PMID: 18496636.

98.  Burgio KL, Kraus SR, Menefee S, Borello-France D, Coron M, Johson HW, Mallett V, Norton P, FitzGerald MP, Dandreo KJ, Richter HE, Rozanski T, Albo M, Zyczynski HM, Lemack GE, Chai TC, Khandwala S, Barker J, Brubaker L, Stoddard AM, Goode PS, Nielsen-Omeis B, Nager CW, **Kenton K**, Tennstedt SL, Kusek JW, Chang TD, Nyberg LM, Steers W for the UITN.  Behavior therapy to enable drug discontinuation in the treatment of urge incontinence: A randomized controlled trial.  Annals Int Med 2008:149(3):161-9. PMID: 18678843.

99.  Lowenstein L, FitzGerald MP, **Kenton K**, Brubaker L, Gruenwald I, Durazo-Arvizu R, Elliot C, Mueller E, Vardi Y.  Clinically useful measures in women with mixed urinary incontinence.  Am J Obstet Gynecol 2008;198(6):661.e1-4. PMID: 18538148.

100.  Dooley Y, Lowenstein L, **Kenton K**, FitzGerald MP, Brubaker L.  Mixed incontinence is more bothersome that pure incontinence subtypes.  Int J Urogynecol 2008;19(10):1359-62. PMID: 18491026.

101.  **Kenton K,** Sultana C, Rogers R, Lowenstein T, Fenner D for the AUGS Education Committee.  How well are we training residents in Female Pelvic Medicine and Reconstructive Surgery?  Am J Obstet Gynecol 2008;198(5):567.e.1-4. PMID:18355789.

102.  Lowenstein L, **Kenton K,** FitzGerald MP, Brubaker L. Validation of real-time urodynamic measure of urinary sensation.  Am J Obstet Gynecol 2008;198(6):664.e1-4. PMID: 18377858.

103.  Lowenstein L, **Kenton K**, Brubaker L, Pillar G, Undevia N, Mueller E, FitzGerald MP. The relationship between obstructive sleep apnea, nocturia and daytime overactive bladder syndrome in women. Am J Obstet Gynecol 2008 May; 198(5): 598.e1-5. PMID: 18455544.

104.  Lowenstein L, Anderson C, **Kenton K**, Dooley Y, Brubaker L.  Obstructive symptoms are not predictive of elevated post-void residual urine volumes.  Int J Urogynecol 2008; 19(6): 801-804. PMID: 18074067.

105.  Lowenstein L, FitzGerald MP, **Kenton K,** Dooley Y, Mueller ER, Brubaker L. Patient selected goals: the 4th dimension in assessment of pelvic floor disorders. Int J Urogynecol  2008;19(1):81-4. PMID: 17497063.

106.  Richter HE, Diokno A, **Kenton K**, Norton P, Chai T, Albo M, Kraus S, Moali P, Zimmern P, Litman H. Predictors of treatment failure 24 months after surgery for stress urinary incontinence.  J Urol 2008 Mar; 179(3): 1024-30. PMID: 18206917.

107.  Lowenstein L, Jesse K, **Kenton K.**  Comparison of perception testing and thermal-vibratory testing. Muscle Nerve 2008 Apr; 37(4): 514-7. PMID: 18060972.

108.  Dooley Y, **Kenton K,** Luke A, Brubaker L.  Urinary incontinence prevalence: results from the national health and nutrition survey (NHANES).  J Urol 2008;179(2):656-61. 18082211.

109.     Raza-Kahn F, Graziano S, **Kenton K**, Shott S, Brubaker L.  Medical record documentation of peripartum urinary incontinence.  J Reprod Med 2008;53:155-60. PMID: 18441717.

110.     Lowenstein L, **Kenton K**, Dooley Y, Mueller ER, Brubaker L.  Women who experience detrusor overactivity at lower bladder volumes report greater bother.  Neurourol Urodyn 2008;27(1):45-7. PMID: 17600369.

111.     Ghoniem G, Stanford E, **Kenton K**, Achtari C, Goldberg R, Mascarenhas T, Parekh M, Tamussino K, Tosson S, Lose G, Petri E.  Evaluation and outcome measures in the treatment of female urinary stress incontinence: international Urogynecological Association (IUGA) guidelines for research and clinical practice.  I Urogynecol J 2008;19(1):5-33. PMID: 18026681.

112.     Richter HE, Goode PS, **Kenton K**, Brown MB, Burgio KL, Kreder K, Moalli P, Wright EJ. Weber AM.  The effect of age on short-term outcomes after abdominal surgery for pelvic organ prolapse.  J Am Geriatr Soc 2007;55:857-63. PMID: 17537085.

113.     **Kenton K**, Lowenstein L, Simmons J, Brubaker L.  Aging and overactive bladder may be associated with loss of urethral sensation in women.  Neurourol Urodyn 2007;26(7):981-4. PMID: 17626276.

114.     Markland A**,** Kraus S, Richter H, Nager C, **Kenton K,** Kerr L, Xu Y. Prevalence and risk factors of fecal incontinence in women undergoing stress incontinence surgery.  Am J Obstet Gynecol 2007;197(6):662.e1-7. PMID: 18067137.

115.     **Kenton K**, Pham T, Mueller E, Brubaker L.  Patient preparedness: An important predictor of surgical outcome.  Am J Obstet Gynecol Dec 2007;197(6):654.e1-6. PMID: 18060968.

116.     Bradley CS, Nygaard IE, Brown MB, Gutman RE, **Kenton K**, Whitehead WE, Goode PS, Wren PA, Ghetti C, Weber AM. Bowel symptoms in women one year after sacrocolpopexy.  Am J Obstet Gynecol Dec 2007; 197(6):642.e1-8. PMID: 18060963.

117.     **Kenton K**, Brubaker L.  Research education in Obstetrics and Gynecology:  How are we doing?  Am J Obstet Gynecol 2007;197(5):532.e1-4. PMID: 17980198.

118.     Lowenstein L, **Kenton K**, Pierce K, FitzGerald MP, Mueller ER, Brubaker L.  Patients' pelvic goals change after initial urogynecologic consultation. Am J Obstet Gynecol 2007;197(6):640-.e1-3. PMID: 18060962.

119.     Lowenstein L, Dooley Y, **Kenton K**, Mueller E, Brubaker L.  Neural pain after uterosacral ligament vaginal suspension. Int Urogyncol J 2007;18(1):109-10. PMID: 16523246.

120.     Mueller E, **Kenton K**, Mahajan S, FitzGerald MP, Brubaker L.  Urodynamic prolapse reduction alters urethral pressure but not filling or pressure flow parameters.  J Urol 2007;177(2):600-3. PMID: 17222641.

121.     Albo M, Richter H, Brubaker L, Norton P, Kraus S, Zimmern PE, Chai TC, Zycynski H, Diokno A, Tennstedt S, Nager C, Lloyd LK, FitzGerald MP, Lemack GE, Johnson HW, Leng W, Mallett V, Stoddard AM, Menefee S, Varner RE, **Kenton K**, Moalli P, Sirls L, Dandreo KJ, Kusek JW, Nyberg LM, Steers W.  Burch colposuspension versus fascial sling to reduce urinary stress incontinence.  N Engl J Med  2007;356(21):2143-55. PMID: 17517855.

122.     Lowenstein L, Brubaker L, **Kenton K,** Kramer H, Shott S, FitzGerald MP. Prevalence and Impact of Nocturia in a Urogynecologic Population. Int Urogynecol J 2007;18(9):1049-52. PMID: 17216553.

123.     Zyczynski H, Lloyd K, **Kenton K,** Menefee S, Borham M, Stoddard A for the UITN.  Correlation of Q-tip values and point Aa in stress incontinent women.  Obstet Gynecol 2007;110:39-43. PMID: 17601894**.**

124.     **Kenton K,** Simmons J, FitzGerald MP, Lowenstein L, Brubaker L.  Urethral and bladder current perception thresholds: Normative data in women.  J Urol 2007;178:189-92. PMID: 17499783.

125.     Lowenstein L, Dooley Y, **Kenton K,** Rickey L, FitzGerald MP, Mueller E, L. Brubaker. The volume at which women leak first in urodynamic testing is not associated with quality of life, measures of urethral integrity or surgical failure. J Urol 2007;178:193-6. PMID: 17499809.

126.     Sultana CJ, **Kenton K,** Ricci E, Rogers RG. The state of residency training in female pelvic medicine and reconstructive surgery. Int Urogynecol J 2007;18(11):1347-50. PMID: 17340049.

127.     Borelle-France D, Handa V, Brown MB, Goode P, Kreder K, Scheufele LL, Weber A, **Kenton K.**  Pelvic floor muscle function in women with pelvic organ prolapse.  Phys Ther 2007;87(4):399-407. PMID: 17341510.

128.     Mahajan ST, FitzGerald MP, **Kenton K,** Shott S, Brubaker L.  Concentric needle electrodes are superior to perineal surface-patch electrodes for EMG documentation of urethral sphincter relaxation during voiding.  Br J Urol 2006;97:117-20. PMID: 16336340.

129.     Mahajan S, Elkadry E, **Kenton K**, Shott S, Brubaker L.  Patient-centered surgical outcomes:  the impact of goal achievement and urge incontinence on patient satisfaction one year after surgery. Am J Obstet Gynecol 2006;194(3):722-8. PMID: 16522404.

130.     **Kenton K,** Mahajan S, FitzGerald MP, Brubaker L.  Recurrent stress incontinence is associated with decreased neuromuscular function in the striated urethral sphincter. Am J Obstet Gynecol 2006;194:1434-7.PMID: 16579918.

131.     Raza-Khan F, Graziano S, **Kenton K**, Shott S, Brubaker L.  Peri-partum urinary incontinence in a racially diverse obstetrical population.  Int Urogynecol J 2006;17(5):525-30. PMID: 16435097.

132.     Raza-Khan F, **Kenton K**, Shott S, Brubaker L.  Usefulness of urine dipstick in a urogynecologic population.  Int Urogynecol J 2006;17(5):489-91.PMID: 16408149.

133.     **Kenton K,** FitzGerald MP, Brubaker L. What's a clinician to do?  Believe the patient or her urinary diary? J Urol  2006;176(2):633-5. PMID: 16813908.

134.     Dooley Y, West K, **Kenton K**, FitzGerald MP, Brubaker L. Bowel symptoms and POP-Q stage are poorly correlated. J Pelvic Med and Surg 2006:12:263-266.

135.     **Kenton K**, Mueller ER, Graziano S, Summers S, Rickey L, Oldham L, Pombar X, Turner F, Darrell B. Clinical anatomy and surgical skills training (CASST): a multicenter, multidisciplinary program.  Am J Obstet Gynecol 2006;195(6):1789-93. PMID: 17132482.

136.     Rooney K, **Kenton K**, Mueller ER, FitzGerald MP, Brubaker L.  Advanced anterior vaginal wall prolapse is highlty correlated with apical prolapse.  Am J Obstet Gynecol 2006;195(6):1837-49. PMID: 17132485.

137.     Bradley CS, Brown MB, Cundiff GW, Goode PS, **Kenton KS**, Nygaard IE, Whitehead WE, Wren PA, Weber AM.  Bowel symptoms in women planning surgery for pelvic organ prolapse.  Am J Obstet Gynecol 2006;195(6);1814-19. PMID: 16996465.

138.     Mahajan ST, **Kenton K**, Bova DA, Brubaker L. Transobturator tape erosion associated with leg pain. Int Urogynecol J 2006:17(1):66-8. PMID: 15965576.

139.     **Kenton K,** FitzGerald MP, Brubaker L. Striated urethral activity does not alter urethral pressure during filling cystometry. Am J Obstet Gynecol 2005; 192:55-9. PMID: 15672003.

140.     Boreham MK, Richter HE, **Kenton K,** Nager CW, Gregory WT, Aronson MP, Vogt VY, McIntire DD, Schaffer JI. Anal incontinence in women presenting for gynecologic care: prevalence, risk factors, and impact upon quality of life. Am J Obstet Gynecol 2005; 192:1637-42. PMID: 15902170.

141.     **Kenton K**, Brincat C, Mutone M, Brubaker L. Repeat cesarean and primary elective cesarean section: recently trained obstetrician-gynecologist practice patterns and opinions. Am J Obstet Gynecol 2005, 192: 1872-6. PMID: 15970836.

142.     FitzGerald MP, **Kenton K,** Brubaker L. Localization of the urge to void in patients with painful bladder syndrome. Neurourol Urodynam 2005;24:633-7. PMID: 16177998.

143.     Brincat C, **Kenton K**, FitzGerald MP, and Brubaker L. Sexual activity predicts continued pessary use. Am J Obstet Gynecol 2004;190:198-200.PMID: 15295365.

144.     Mueller E, **Kenton K,** and Brubaker L. Sliding hernia of the bladder presenting as suprapubic pain in a female. Int Urogynecol J 2004;15:51-2. PMID: 14752600.

145.     Weber AM, Buchsbaum G, Chen B, Clark A, Damaser M, Daneshgari F, Davis G, DeLancey J, **Kenton K,** Weidner A, and Word AR. Basic Science and Translational Research in Female Pelvic Floor Disorders: Proceedings from an NIH Sponsored Meeting. Neurourol Urodyn 2004; 23(4):288-301. PMID: 15227643.

146.     **Kenton K**, Fuller E, and Benson JT. Current perception threshold evaluation of the female urethra. Int Urogynecol J 2003;14(2)133-35. PMID: 12851758.

147.     Elkadry E, **Kenton K,** White P, Creech S, and Brubaker L. Do mothers remember key events during labor? Am J Obstet Gynecol 2003;189(1):195-00. PMID: 12861162.

148.     Elkadry E, **Kenton K,** FitzGerald M, Shott S, and Brubaker L. Patient-selected goals: a new perspective on surgical outcome. Am J Obstet Gynecol 2003;189. PMID: 14710061.

149.     **Kenton K**, Oldham L, and Brubaker L. Open Burch urethropexy has a low rate of perioperative complications. Am J Obstet Gynecol 2002; 187(1):107-10. PMID: 12114897.

150.     **Kenton K** and Brubaker L. Relationship between levator ani contraction and motor unit activation in the urethral sphincter. Am J Obstet Gynecol 2002;187(2): 403-6. PMID: 12193933.

151.     **Kenton K**, MD, Woods M, MD, Brubaker L, MD Uncomplicated erosion of polytetrafluoroethylene grafts into the rectum. Am J Obstet Gynecol 2002; 187(1):233-4. PMID: 12114923.

152.     **Kenton K,** FitzGerald MP, and Brubaker L. Multiple foreign body erosions after laparoscopic colposuspension with mesh. Am J Obstet Gynecol 2002; 187(1):252-3. PMID: 12114923.

153.     **Kenton K**, FitzGerald M, Shott S, and Brubaker L. Role of urethral EMG in predicting outcome of Burch retropubic urethropexy. Am J Obstet Gynecol 2001;85(1):51-5. PMID: 11483903.

154.     FitzGerald M, **Kenton K**, and Brubaker L. Responsiveness of quality of life measurements to change after reconstructive pelvic surgery. Am J Obstet Gynecol 2001;185(1):20-4. PMID: 11483898.

155. **Kenton K**, Shott S, and Brubaker L.  The anatomic and functional variability of rectoceles in women.  Int Urogynecol J 1999; 10(2):96-9.PMID: 10384970.

156. **Kenton K**, Sadowski D, Shott S, and Brubaker L.  A comparison of women with primary and recurrent pelvic organ prolapse. Am J Obstet Gynecol 1999; 180:1415-8. PMID: 10368479.

157. **Kenton K**, Shott S and Brubaker L.  Outcome following recto-vaginal fascia reattachment for rectocele repair.  Am J Obstet Gynecol 1999; 181:1360-4.PMID: 10601913.

158. **Kenton K**, Shott S, and Brubaker L.  Vaginal topography does not correlate well with visceral position in women with pelvic organ prolapse.  Int Urogynecol J 1997; 8(6):336-9.PMID: 9609331.

## Reviews, Chapters, and Editorials

1. Woodruff TK, Green S, Paller A, Schlosser BJ, Spring B, Castle M, Stock MC, Carnethon MR, Clark CT, Gerard E, Turek FW, Wisner KL, Wakschlag LS, Kibbe MR, Mendelson MA, Simon MA, Hansen NM, Kenton K, Garcia PM, Zee P, Ramesy-Goldman R, Sutton SH, Van Horn L. Women's Health (Lond Engl). 2015 Jul;11(4):449-52. PMID: 26237204

2. Matthews CA, **Kenton K**.  Treatment of Vaginal Cuff Evisceration.  Obstet Gynecol. 2014 Oct;124(4):705-8. PMID: 25198277

3. **Kenton K.**  What is new in the evaluation and treatment of urinary incontinence? best articles from the past year.  Obstet Gynecol. 2014 Jan;123(1):179-81. PMID: 24463679

4. **Kenton K.** Pelvic organ prolapse in women: Surgical repair of apical prolapse.  Up to Date.  2011

5. **Kenton K.**  Pelvic organ prolapse in women: Obliterative procedures.  Up to Date. 2010.

6. Lowenstein L, Rosenblatt PL, Dietz HP, Bitzer J, **Kenton K**.  New advances in Urogynecology.  Obstet Gynecol Int.  2012; 2012, Article ID 453059.  PMID: 22220175

7. Tarr M, **Kenton K.**  Robotic Surgery.  In: Cardozo L, Staskin D (eds). Textbook of Female Urology and Urogynecollogy.  3rd Edition.  London: Informa Heathcare, 2010.

8. Abbasy S, **Kenton K**.  Obliterative procedures for pelvic organ prolapse.  Clin Obstet Gynecol 2010 Mar;53(1):86-98. PMID 20142646

9. Daneshgari F, **Kenton K**.  Bladder sensation testing:  Where are we?  Current Bladder Dysfunction Reports.  June 2009.

10. Rickey L, **Kenton K**.  Botulinum toxin: new option for refractory lower urinary tract symptoms in women.  Clin Obstet Gynecol 2008 Mar; 51(1): 176-86. PMID: 18303512.

11. Sultana CJ, **Kenton K,** Ricci E, Rogers RG.  The state of residency training in Female Pelvic Medicine and Reconstructive Surgery.  AUGS Quarterly Report 2007;Vol XXVI, No 2.

12. **Kenton K.**  How to teach and evaluate learners in the operating room.  Obstet Gynecol Clin N Am.  2006; 33(2):325-32. PMID: 16647607.

13. **Kenton K.**  Neurophysiologic Testing.  In:  Zimmern PE, Norton P, Haab F, and Chapple C, eds.  Vaginal Surgery for Incontinence and Prolapse.  Springer-Verlag, 2006:65-75.

14. **Kenton K**, Mueller E.  The global burden of pelvic floor disorders.  BJU 2006;98(Suppl 1):1-5. PMID: 16911592.

15. Khan F, **Kenton K.**  Intraoperative Injury in Reconstructive Pelvic Surgery.  J Pelvic Med 2006;12(5):241-56

16. **Kenton K,** Mueller E.  Surgical Repair of the Middle Compartment. Clin Obstet Gynecol 2005 Sep; 48(3): 691-703. PMID: 16012236.

17. Mueller E, **Kenton K,** Brubaker L. Modern management of genitourinary fistulas.  J Pelvic Surgery 2005;11(5)223-234.

18. Mueller E and **Kenton K**.  The relationship of pelvic organ prolapse and urinary incontinence.  AUGS Quarterly Report; 2003.

19. **Kenton K**. Pessaries.  In: Carlin B and Leong F, eds. Female Pelvic Health and Reconstructive Surgery.  Marce; Dekker, Inc, 2003:407-416.

20. Fenner D, Handa V, **Kenton K,** Paraiso M, Olson A, Rogers R, Walter A, Welgoss J.  American Urogynecologic Society Resident Educational Objectives.  Fifth Edition.  AUGS Website 2003.

21. **Kenton K**.  Supervised antenatal pelvic floor exercises prevented postpartum stress urinary incontinence.  Commentary.  Evidenced-based Obstetrics and Gynecology 2002;4:195-6.

22. **Kenton K**.  Peripheral Neuropathies in Reconstructive Pelvic Surgery.  AUGS Quarterly Report 2002; XXI(2):1-4.

23. **Kenton K** and Brubaker L.  Surgical treatment for stress urinary incontinence.  Evidenced Based Obstet Gynecol 2000;2(4):112.

**Non-print Materials**

1. **Kenton K,** Dooley Y, Brubaker L.  Video:  Team Sacrocolpopexy.  Presented at International Urogynecologic Association Annual Meeting, Athens, Greece, 2006.

2. **Kenton K**.  Diagnosis and Management of Apical Prolapse.  Up to Date 2006.

3. Mahajan S, **Kenton K,** Brubaker L.  Video: Cystoscopic intradetrusor Botulinum A Toxin injection for the treatment of detrusor overeractivity incontinence.  J Pelvic Surgery 2005;11(1):S54.

**Published Abstracts**

1. Ramm O, Gleason JL, Segal S, Marshall DD, Kennedy V, **Kenton K**.  Utility of routine preoperative endometrial assessment in women undergoing pelvic floor repair.  J FPMRS 2011;17(2):S13.

2. Tarr M, Klenov V, Tanzy M, Rivard C, McElhinney M, Brubaker L, Mueller E, FitzGerald M, **Kenton K.**  Peri-operative bowel habits of women undergoing gynecologic surgery.  J FPMRS 2011;17(2):S20.

3. Rivard C, Salhadar A, **Kenton K**.  New challenges in detecting, grading, and staging endometrial cancer after uterine morcellation. J FPMRS 2011;17(2):S28.

4. Greer WJ, Gleason J, Szychowski JM, Goode P, **Kenton K,** Richter HE.  Mediation effects on urethral current perception thresholds and pressure flow parameters.  J FPMRS 2011;17(2):S53.

5. Nager CW, Sirls LT, Litman H, Richter HE, Nygaard I, Chai T, Kraus SR, Zyczynxki HM, Kenton K, Huang L, Kusek JW, Lemak G for UITN.  Baseline urodynamic predictors of treatment failure one year after midurethral sling surgery.  J FPMRS 2011;17(2):S3.

6. Tarr M, Kenton K, **Mueller E**, Brubaker L.  Prior pelvic floor surgery is associated with more bothersome symptoms in urogynecology patients. Journal of Urology 2009; 181(4):482-83.

7. Abbasy S, Michelfelder A, **Kenton K**, Mueller E, FitzGerald M. Home-based cognitive therapy for overactive bladder. Journal of Urology 2009;181(4)561.

8. **Kenton K**, Richter H, Litman H, Leng W, Tennstedt S, Steers W, Lukacz E, Lemack G, Arisco A, Chai T. Preoperative factors associated with urge incontinence after incontinence surgery.  Neuro Urol 2009: 28(2); 120.

9. Tarr M, **Kenton K**, Mueller E, Brubaker L.  Prior POP/SUI surgery is associated with more bothersome pelvic floor symptoms in new urogynecology patients. Neuro Urol 2009; 28(2); 121-22.

10. **Kenton K,** Lowenstein L, Brubaker L.  Tolterodine causes measurable restoration of urethral sensation in women with urge urinary incontinence.  J Pelvic Surgery 2008;14(4):245.

11. **Kenton K,** Spirka T, Butler R, Damaser M, Brubaker L.  Does aging affect sphincter function differently in continent versus stress incontinent women? J Pelvic Surgery 2008;14(4):296.

12. Lowenstein L, Pham T, Abbasy S, **Kenton K,** Brubaker L, Mueller E, Vardi Y, Gruenwald I, FitzGerald MP. Continous measure of lower urinary tract sensation during bladder filling in women with detrusor overactivity.  J Pelvic Surgery 2008;14(4):322-3.

13. Lowenstein L, Davis C, Jesse K, **Kenton K.** Do current perception threshold testing and thermal vibratory sensory analyzer system testing selectively measure different populations of afferent nerves in the genital area? J Pelvic Surgery 2008;14(4):340.

14. Khan F, Cunkelman J, Lowenstein L, **Kenton K.**  Bowel symptoms: the under-reported urogynecologic complaint.  J Pelvic Surgery 2008;14(4):337.

15. Lowenstein L, FitzGerald MP, **Kenton K**, Hatchet L, Durazo-Arvizu R, Goldman K, Brubaker L. Evaluation of urgency with a  validated urgency severity and impact questionnaire: USIQ.  J Pelvic Surgery 2008;14(4):322.

16. Khan FG, Cunkelman J, Adams S, Lowenstein L, **Kenton K**.  The impact of delivery on bowel symptoms in a urogynecologic population. J Pelvic Surgery 2008;14(4):307.

17. Lowenstein L, **Kenton K**, Mueller ER, Brubaker M, Senka J, FitzGerald MP.  Patients with painful bladder syndrome have altered response to thermal stimuli and catastrophic reaction to painful experience.  J Pelvic Surgery 2008;14(4):301.

18. Lowenstein L, Hatchett L, **Kenton K**, Brubaker L, Durazo-Arvizu R, Goldman K, Mueller ER, FitzGerald MP. Urgency severity and bother questionnaire (USBQ) - a new validated questionnaire for the evaluation of urgency. Neurourol Urodynam 2008; 27(2 Suppl):144.

19. Abbassy S, Lowenstein L, Pham T, Mueller E**, Kenton K**, FitzGerald MP, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant midurethral sling.  J Pelvic Med Surg 2008; 14(2): 106.

Kimberly Kenton, MD, MS

20. Markland A, Richter HE, **Kenton K,** Nager WE, Kraus SR, Tennstedt SL, Wai CL, Xu Y.  Predictors of Fecal Incontinence in Women with Urge Urinary Incontinence:  From the Urinary Incontinence Treatment Network's BEDRI Study.  J Pelvic Med Surg 2008; 14(2): 109.

21. Abbassy S, Lowenstein L, Pham T, Mueller E, **Kenton K**, FitzGerald MP, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant midurethral sling. Neurourol Urodynam 2008; 27(2 Suppl):134-5.

22. Lowenstein L, FitzGerald MP, **Kenton K**, Brubaker L, Gruenwald I, Elliott C, Durazo R, Mueller E, Vardi Y. Validation of a real-time urodynamic measure of urinary urgency. Neurourol Urodynam 2008; 27(2 Suppl):138.

23. Lowenstein L, FitzGerald MP, **Kenton K**, G Pillar, Kenton K, Mueller E, Brubaker L. Consider a diagnosis of obstructive sleep apnea in patients with nocturia even when daytime overactive bladder syndrome is present. Neurourol Urodynam 2008; 27(2 Suppl):139.

24. Davis C, **Kenton K**, Lowenstein L, Mueller E, FitzGerald MP, Brubaker L. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery. J Pelvic Med Surg 2008; 14(2): 112

25. Mueller ER, Rogers RG, **Kenton K**.  We are missing an opportunity to teach future primary care providers about female pelvic floor disorders.  J Pelvic Med Surg 2008; 14(2): 122.

26. Davis C, **Kenton K**, Lowenstein L, Mueller E, FitzGerald MP, Brubaker L. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery. Neurourol Urodynam 2008; 27(2 Suppl):150.

27. **Kenton K**, Pham T, Mueller E, FitzGerald MP, Brubaker L.  Patient Readiness: Important Predictor of Surgical Readiness. J Pelvic Surgery 2007; 13(2):60.

28. Rickey L, Graziano S, Lowenstein L, Mueller E, Summers S, **Kenton K.** Clinical Anatomy and Surgical Skills Training (CASST): Assessment of Learners. J Pelvic Surgery 2007; 13(2):60.

29. Fitz A, Mueller E, **Kenton K**, FitzGerald MP, Brubaker L.  Putting things back where they belong: short-term anatomic outcomes of high uterosacral ligament suspension at the time of hysterectomy for prolapse. J Pelvic Surgery 2007;13(2):60.

30.  Anderson C, Lowenstein L, **Kenton K**, Dooley Y, Brubaker L.  Can a surgeon rely on obstructive symptoms to detect urinary retention?  J Pelvic Surgery 2007; 13(2):60.

31.  **Kenton K,** Pham T, Brubaker L. Nearly half of women having reconstructive pelvic surgery report new pelvic symptoms postoperatively.  J Pelvic Surgery 2007; 13(2):60.

32. Lowenstein L, FitzGerald MP, **Kenton K**, BrubakerL, Gruenwald I, Elliott C, Durazo R, Mueller E, Vardi Y. Validation of a real-time urodynamic measure of urinary urgency. J Pelvic Surg 2007; 13:248-9.

33. Mahajan ST, FitzGerald M, **Kenton K**, Brubaker L.  The second continence procedure: Do results depend on what was done first?  J Pelvic Surgery 2006;12(2):111.

34. Dooley YT, West K, **Kenton K**, FitzGerald M, Brubaker L.  Symptoms and anatomy are poorly correlated in women with advanced prolapse.  J Pelvic Surgery 2006;12(2):97.

35.  Sultana CJ, **Kenton K**, Ricci E.  Training in pelvic floor medicine: a survey of Ob/Gyn program directors.  J Pelvic Surgery 2006;12(2):93.

36.  Dooley Y, Rickey L, Lowenstein L, **Kenton K**, FitzGerald MP, Brubaker L. Is Mixed Incontinence More Bothersome Than Pure Stress or Urge Incontinence? Int Urogynecol J 2006;17(Suppl. 2):S120.

37.  **Kenton K**, Brubaker L, FitzGerald MP, Creasman J, Bradley C, Kraus S, Brown J.  "No Opinion": An Opinion of Many Incontinent Women. Int Urogynecol J 2006;17(Suppl. 2):S152.

38.  Dooley Y, **Kenton K**, Durazo-Arvizu R, Cao G, Luke A, Kramer H, Brubaker L.  Black Women Report A Lower Prevalence of Stress Urinary Incontinence Than Other Racial Groups. Int Urogynecol J 2006;17(Suppl. 2):S153.

39.  Dooley Y, West K, **Kenton K**, FitzGerald MP, Brubaker L. Bowel Symptoms and POP-Q Stage are Poorly Correlated. Int Urogynecol J 2006;17(Suppl. 2):S160.

40.  **Kenton K**.  Team Sacrocolpopexy. Int Urogynecol J 2006;17(Suppl. 2):S184.

41.  Lowenstein L, Dooley Y, Rickey L, **Kenton K**, FitzGerald MP, Brubaker L. Are Women Who Leak At Lower Volumes More Bothered By Incontinence? Int Urogynecol J 2006;17(Suppl. 2):S233.

42.  Lowenstein L, Dooley Y, **Kenton K**, FitzGerald MP, Tempelhof MT, Brubaker L. Do Patient Self-Reported Goals Correlate With PFDI Scores and Bother? Int Urogynecol J 2006;17(Suppl. 2):S267.

43.  Mueller ER, **Kenton KS**, Rooney K, Shott S, Brubaker L. Isolated Cystocele Repair May Undertreat Apical Prolapse. Int Urogynecol J 2006; 17(Suppl. 2):S264.

44.  Lowenstein L, Brubaker L, **Kenton K**, FitzGerald MP. The Nights Are The Worst: Prevalence and Impact of Nocturia. Int Urogynecol J 2006; 17(Suppl. 2):S264.

45.  Mahajan ST, FitzGerald MP, **Kenton K**, Brubaker L.  Reliability of the MESA questionnaire as a screening tool for urinary incontinence.  J Pelvic Surgery 2005; 11(2):81.

46.  Zyczynski H, Lloyd LK, **Kenton K**, Menefee S, Boreham M, Stoddard AM for the UITN.  Correlation of Q-tip values and point Aa in stress incontinent women.  J Pelvic Surgery 2005; 11(2):80.

47.  Khan FG, Graziano S, **Kenton K**, Shott S, and Brubaker L.  Antenatal measures of stress incontinence in predicting postpartum stress incontinence.  J Pelvic Surgery 2004; 10(1): S64-5.

48.  Khan FG, Mahajan S, **Kenton K**, FitzGerald MP, and Brubaker L.  Can simple questions substitute for the MESA?  J Pelvic Surgery 2004; 10(1): S64.

49.  Kontak JA, Battaglia G, Walter J, and **Kenton K**.  Regional profile of adrenergic, cholinergic, and serotonergic receptor subtypes in the human female urethra.  J Pelvic Surgery 2004; 10(1): S11.

50.  Mueller E, **Kenton K**, FitzGerald MP, and Brubaker L.  Striated urethral sphincter activity is not affected by pelvic organ prolapse despite changes in maximal urethral closure pressure.  Neurourol Urodyn 2004; 23(5):422-3.

51.  Elkadry E, White P, **Kenton K**, FitzGerald MP, Shott S, and Brubaker L.  Pelvic floor symptoms increase after childbirth even after a low birth weight delivery.  J Pelvic Medicine 2003; 9(5):233.

52.  Simmons J, **Kenton K**, FitzGerald MP, and Brubaker L.  Current Perception Threshold (CPT) measurements of the urethra and bladder in asymptomatic women.  J Pelvic Medicine 2003; 9(5):258.

53. **Kenton K**, Hays K, and Brubaker L.  What are patients learning on the internet?  Int Urogynecol J 2001;12(1):S1.

54. **Kenton K**, Shott S, and Fenner D.  The relationship of pelvic floor strength and genital hiatus size to posterior compartment dysfunction.  Int Urogynecol J 1999;10(1): S14.

## Presentations at Scientific Meetings

### *National*

1. **Kenton K** for the Pelvic Floor Disorders Network.  Overall Pelvic Floor Symptoms Improve Similarly After Pessary and Behavioral Treatment of Stress Incontinence.  Overall Pelvic Floor Symptoms Improve Similarly After Pessary and Behavioral Treatment of Stress Incontinence.  Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

2. Ramm O, Mueller E, Brubaker L, Lowenstein L, **Kenton K**.  Complex Repetitive Discharges are Common in Normal Women.  Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

3. Abbasy S, May A, Mueller E, Brubaker L, FitzGerald M, **Kenton K**. Older Women Seeking Care for Pelvic Floor Disorders Report Similar Goals and Treatment Choices Compared to Younger Women. Short oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

4. Lowenstein L, Rickey L, **Kenton K**, FitzGerald M, Brubaker L, Fordham J, Mueller E.  Reliability & Responsiveness of the Urgency Severity and Life Impact Questionnaire. Short Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

5. Tarr M, Mueller E., Polcari A, Summers S, **Kenton K**. Development of a Robotic Surgical Training Curriculum for Gynecology & Urology Residents: Robotic Objective Structured Assessment of Technical Skills (ROSATS). Poster, 2010 AUGS Annual Scientific Meeting in Long Beach, California.

6. Anger J, Mueller E, Tarnay C, Connor S, Pantuck A, Schulam P, Kwan L, **Kenton K.**. Methodology of the Abdominal Colpopexy:  Comparison of Endoscopic Surgical Strategies (ACCESS) Trial.  Poster, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

7. Lowenstein L, Rickey L, **Kenton K**, FitzGerald MP, Brubaker L, Tulke M, Fordham J, Mueller E. Test-Retest Reliability of the Urgency, Severity and Impact Questionnaire (USIQ) for Patients with Overactive Bladder. Poster, 2010 AUGS Annual Scientific Meeting in Long Beach, California.

8. **Kenton K**, Brubaker L, Mueller E. Urethral Innervation Better in Continent Women than Stress Incontinent Women. Poster, 2009 Annual Meeting of the International Continence Society, San Francisco, California.

9. Abbasy S, Michelfelder A, **Kenton K**, Mueller E, Abbasy S, FitzGerald MP.  Home-based Hypnotherapy for Overactive Bladder.  Poster presentation, 2009 Annual Meeting of the International Continence Society, San Francisco, California.

10. Lowenstein L, **Kenton K**, Brubaker L, Mueller E, Durazo-Arvizu R, Ladwig-Scott E, FitzGerald MP.  Solifenacin Objectively Decreases Urinary Urge Sensation in Women with OAB. Poster presentation, 2009 Annual Meeting of the International Continence Society, San Francisco, California.

11. **Kenton K**, Mueller E, Lowenstein L, Brubaker L.  Urethral Function of Women with Detrusor Overactivity is Intermediate that of Continent and Stress Incontinent Women.  Oral presentation, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

12. Tarr M, Wolfe R, Farooq A, Mueller E, Brubaker L, **Kenton K.** Robot-assisted Laparoscopic Sacrocolpopexy versus Open Sacrocolpopexy: A Single Institution Retrospective Cohort of Perioperative and Short-Term Outcomes.  Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

13. Abbasy S, Lowenstein L, Durazo-Arvizu R, Fordham1 J, Pate P, Mueller E, **Kenton K**, Brubaker L, FitzGerald MP.  Lower Urinary Tract Sensation is Altered with Aging.  Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

14. Abbasy S, Tarr M, Pham T, Brubaker L, **Kenton K**, Mueller E.  Measurement of Transurethral Bladder Neck Distraction during Tension-Free Vaginal Tape Procedure.  Oral Presentation, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

15. Abbasy S, Pham T, Shoham D, Guichan C, FitzGerald MP, **Kenton K**, Mueller E, Brubaker L.  The Incidences of Urogential Fistula and Trachelectomy have Decreased Despite the Rise of Laparoscopy Hysterectomy and Supracervical Hysterectomy Procedures.  Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

16. Pham T, Burgart A, **Kenton K**, Mueller E, Brubaker L. Current use of Pelvic Organ Prolapse Quantification by AUGS and ICS Members. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

17. Pham T, Polcari A, Brubaker L, FitzGerald MP, Mueller E, **Kenton K**. Surgical Outcomes of Secondary Continence Surgeries. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

18. Spirka T, **Kenton K**, Brubaker L, Damaser M.  A Clinically-Relevant Model of Stress Urinary Incontinence: What is the Effect of Material Properties on the Finite Element Simulation of the Bladder, Urethra and Support Structures During a Cough.  Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

19. Mueller ER, **Kenton K**.  Diagnosis and Robotic Repair of Ureteral Structure Following an Intra-Operative Failed Open End to End Anastamosis.  Poster, 2009 Annual American Urologic Association meeting, Hollywood, Florida.

20. Brubaker L, **Kenton K**.  Maintaining the Pipeline to Academia and Clinical Research:  An Ob-Gyn Research Education Program.  CREOG & APGO Annual Meeting 2009.  San Diego, CA. March 2009.

21. Effecting change in resident education:  Development of a family planning curriculum at a faith based academic institution.  Guiahi M, Summers S, **Kenton K**, Westhoff C. CREOG/APGO Annual Meeting 2009.  San Diego, CA.  March 2009.

22. Teaching everything about contraceptive health (TEACH):  Using a six-step approach to guide curriculum development.  Guiahi M, Heraty S, Lukens M, Trester M, Eisenberg D, Summers S, **Kenton K**. CREOG/APGO Annual Meeting 2009.  San Diego, CA.  March 2009.

23. Tolterodine cause measurable restoration of urethral sensation in women with urge urinary incontinence. **Kenton K**, Lowenstein L, Brubaker L.  American Urogynecologic Society 29th Annual Scientific Meeting. Chicago, IL. September 2008.

24. Urgency severity and bother questionnaire (USBQ) - a new validated questionnaire for the evaluation of urgency.  Lowenstein L, Hatchett L, **Kenton K**, Brubaker L, Durazo-Arvizu R, Goldman K, Mueller ER, FitzGerald MP.  Annual Meeting of the Society for Urodynamics and Female Urology. Miami, FL.  February 2008.

25. Validation of a real-time urodynamic measure of urinary urgency. Lowenstein L, FitzGerald MP, **Kenton K**, Brubaker L, Gruenwald I, Elliott C, Durazo R, Mueller E, Vardi Y. Annual Meeting of the Society for Urodynamics and Female Urology. Miami, FL. February 2008.

26. Consider a diagnosis of obstructive sleep apnea in patients with nocturia even when daytime overactive bladder syndrome is present. Lowenstein L, FitzGerald MP, **Kenton K**, G Pillar, Kenton K, Mueller E, Brubaker L. Annual Meeting of the Society for Urodynamics and Female Urology, Miami, FL. February 2008.

27. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery. Davis C, **Kenton K**, Lowenstein L, Mueller E, FitzGerald MP, Brubaker L. Annual Meeting of the Society for Urodynamics and Female Urology.  Miami, FL. February 2008.

28. Clinical Anatomy and Surgical Skills Training (CASST): A multidisciplinary, multicenter program.  **Kenton K**, Graziano S, Mueller E, Summers S, Rickey L, Oldham L, Pombar X, Turner F, Darrell B.  Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ.  April 2006.

29. Can advanced stages of anterior or posterior vaginal wall prolapse occur without apical involvement?  Rooney K, Mueller E, **Kenton K**, FitzGerald MP, Brubaker L.  Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ.  April 2006.

30. Training in pelvic floor medicine: a survey of Ob/Gyn program directors.  Sultana CJ, **Kenton K**, Ricci E.  Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ.  April 2006.

31.  Symptoms and anatomy are poorly correlated in women with advanced prolapse.  Dooley YT, West K, **Kenton K**, FitzGerald M, Brubaker L.  Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ.  April 2006.

32. The second continence procedure: Do results depend on what was done first? Mahajan ST, FitzGerald M, **Kenton K**, Brubaker L.  Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ.  April 2006.

33. How Are Patient's Goals Related to Quality of Life?  Lowenstein  L, Dooley Y, **Kenton K**, FitzGerald MP, Mueller E, Brubaker L.  American Urogynecologic Society 27th Annual Scientific Meeting.  Palm Springs, CA. October 2006.

34.  Is Mixed Incontinence More Bothersome Than Pure Stress or Pure Urge Incontinence? Dooley Y, Rickey L, Lowenstein L, **Kenton K**, FitzGerald MP, West K, Brubaker L. American Urogynecologic Society 27th Annual Scientific Meeting.  Palm Springs, CA.  October 2006.

35.  Nocturia As Clinical Predictor of Obstructive Sleep Apnea.  Garcia J, Undevia N, **Kenton K**, Mueller E, FitzGerald MP.  American Urogynecologic Society 27th Annual Scientific Meeting.  Palm Springs, CA.  October 2006.

36.  "No Opinion": An Opinion of Many Incontinent Women.  **Kenton K**, Brubaker L, FitzGerald MP, Creasman J, Bradley C, Kraus S, Brown J. American Urogynecologic Society 27th Annual Scientific Meeting.  Palm Springs, CA.  October 2006.

37. Localization of the urge to void differs in patients with Painful Bladder Syndrome.  FitzGerald MP, **Kenton K,** Brubaker L.  Society of Urodynamics and Female Urology Annual Meeting.  Orlando, FL.  February 2005.

38. Regional profile of adrenergic, cholinergic, and serotonergic receptor subtypes in the human female urethra. Kontak JA, Battaglia G, Walter J, and **Kenton K**.  Joint Scientific Meeting of American Urogynecologic Society and Society of Gynecologic Surgeons. San Diego, CA.  August 2004.

39. The POP-Q can be streamlined.  Silver A, **Kenton K**, FitzGerald MP, and Brubaker L.  Society for Urodynamics and Female Urology, Winter Scientific Meeting.  Scottsdale, AZ.  February 2004.

40. Repeat cesarean and primary elective cesarean:  recently trained obstetrician-gynecologist practice patterns and options. **Kenton K**, Brincat C, Mutone M, and Brubaker L.  Central Association of Obstetrician and Gynecologists Scientific Meeting.  Washington D.C.  October 2004.

41. Patient selected goals:  a new perspective on surgical outcome.  Elkadry E, **Kenton K,** FitzGerald MP, Shott S, and Brubaker L.  Society of Gynecologic Surgeons 29th Annual Meeting.  Anaheim, CA.  March 2003.

42. Sexual activity and Pessary continuation: clinical predictors of pessary use.  Brincat C, **Kenton K,** FitzGerald MP, and Brubaker L.  American Urogynecologic Society 24th Annual Scientific Meeting.  Hollywood, FL.  September 2003.

43. Anal Incontinence in women presenting for gynecologic care:  Prevalence, risk factors and impact upon quality of life.  Boreham MK, Aronson MP, Gregory WT, **Kenton K**, McIntire DD, Nager CW, Richter HE, Schaffer JI, and Vogt V.  Society of Gynecologic Surgeons 29th Annual Meeting.  Anaheim, CA.  March 2003.

44. In your dreams:  a sliding bladder hernia.  **Kenton K**, Mueller E, and Brubaker L.  American College of Obstetricians & Gynecologists 50th Annual Clinical Meeting.  "Stump the Professors".  Los Angeles, CA.  May 2002.

45. The effect of vaginal delivery on urethral mobility.  **Kenton K**, Carney M, Davies S, Shott S, and Brubaker L.  American Urogynecologic Society 23rd Annual Scientific Meeting.  San Francisco, CA.  October 2002.

46. The relationship between urethral pressure and striated urethral sphincter activity during filling.  **Kenton** K, FitzGerald MP, Brubaker L. American Urogynecologic Society 23rd Annual Scientific Meeting.  San Francisco, CA.  October 2002.

47. Do mothers remember key events during labor?  Elkadry E, **Kenton K**, White P, and Brubaker L.  American Urogynecologic Society 23rd Annual Scientific Meeting.  San Francisco, CA.  October 2002.

48. Open Burch urethropexy has a low rate of perioperative complications.  **Kenton K,** Oldham L, and Brubaker L.  American Urogynecologic Society 22nd Annual Scientific Meeting.  Chicago, IL.  October 2001.

49. Survey on teaching in the operating room.  **Kenton K,** Fenner D.  Society of Gynecologic Surgeon's Annual Meeting.  New Orleans, LA.  February 2000.

50. Current perception threshold evaluation of the female lower urinary tract.  **Kenton K,** Fueller E, and Benson JT.  American Association of Electrodiagnostic Medicine 47th Annual Meeting.  Philadelphia, PA.  September 2000.

51. What are patient's learning on the internet?  **Kenton K**, Hays K, Shott S, and Brubaker L. American Urogynecologic Society 21st Annual Scientific Meeting.  Hilton Head, S.C.  October 2000.

52. Role of urethral EMG in predicting outcome of Burch retropubic urethropexy.  **Kenton K**, FitzGerald MP, and Brubaker L.  American Urogynecologic Society 21st Annual Scientific Meeting.  Hilton Head, S.C.  October 2000.

53. Relationship between levator ani contraction and motor unit activation in the urethral sphincter.  **Kenton K,** Brubaker L.  American Urogynecologic Society 21st Annual Scientific Meeting.  Hilton Head, S.C.  October 2000.

54. Quality of life instruments are responsive to change following surgery for genuine stress incontinence. FitzGerald MP, **Kenton K**, and Brubaker L.  American Urogynecologic Society 21st Annual Scientific Meeting.  Hilton Head, S.C.  October 2000.

55. Outcome following recto-vaginal fascia reattachment for rectocele repair.  **Kenton K,** Shott S, and Brubaker L.  Society of Gynecologic Surgeon's Annual Meeting.  San Diego, CA.  February 1999.

56. A comparison of women with primary and recurrent pelvic organ prolapse.  **Kenton K**, Sadowski D, Shott S, and Brubaker L. American Urogynecologic Society 19th Annual Meeting.  Washington, DC.  November 1998.

57. Relationship of pelvic floor muscle strength and genital hiatus size to posterior compartment dysfunction.  **Kenton K**, Shott S, and Fenner D.  American Urogynecologic Society's 19th Annual Meeting.  Washington, DC.  November 1998.

58. Fluoroscopic rectal parameters during defecation:  a study of rectocele formation.  **Kenton K,** Brubaker L.  American Urogynecologic Society's 17th Annual Meeting.  Seattle, WA.  October 1995.

### *International*

1. Risk factors for urge incontinence after continence surgery. **Kenton K**, Richter HE, Litman H, Lukacz E, Leng W, Lemack G, Chai TC, Arisco A, Tennstedt S, Steers W.  International Urogynecologic Association.  Lake Como, Italy.  June 2009.

2. Effect of material properties.  Spirka T, **Kenton K**, Brubaker L, Damaser, M.  Urodynamic cough simulation:  XII International Symposium on Computer Simulation in Biomechanics. Cape Town, South Africa.  July 2009

3. Is mixed incontinence more bothersome than pure stress or urge Iicontinence? Dooley Y, Rickey L, Lowenstein L, **Kenton K**, FitzGerald MP, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

4. Black women report a lower prevalence of stress urinary incontinence than other racial groups.  Dooley Y, **Kenton K**, Durazo-Arvizu R, Cao G, Luke A, Kramer H, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

5. Team Sacrocolpopexy. **Kenton K**, Dooley Y, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

6. Are Women Who Leak At Lower Volumes More Bothered By Incontinence? Lowenstein L, Dooley Y, Rickey L, **Kenton K**, FitzGerald MP, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

7. Do Patient Self-Reported Goals Correlate With PFDI Scores and Bother?   Lowenstein L, Dooley Y, **Kenton K**, FitzGerald MP, Tempelhof MT, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

8. Isolated Cystocele Repair May Undertreat Apical Prolapse.  Mueller ER, **Kenton KS**, Rooney K, Shott S, Brubaker L.  31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

9. The Nights Are The Worst: Prevalence and Impact of Nocturia.  Lowenstein L, Brubaker L, **Kenton K**, FitzGerald MP. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

10. Evidence of altered neuromuscular function in the striated urethral sphincter of women with prior continence procedures.  **Kenton K**, Mahajan S, FitzGerald MP, Brubaker L.  International Urogynecologic Society Annual Meeting.  Copenhagen, Denmark.  August 2005.

11.  What's a clinician to do?  Believe the patient or her diary?  **Kenton K**, FitzGerald MP, Brubaker L.  International Continence Society 35th Annual Meeting.  Montreal, Canada. September 2005.

12.  Cystoscopic intradetrusor Botulinum A Toxin injection for the treatment of detrusor overeractivity incontinence.  Mahajan S, **Kenton K**, Brubaker L.  International Urogynecologic Society Annual Meeting.  Copenhagen, Denmark.  August 2005.

13. Patient Selected Goals: Perspectives on Surgical Outcomes One Year After Surgery.  Mahajan S, Elkadry E, **Kenton K**, FitzGerald M, Shott S, and Brubaker L.  International Continence Society Annual Meeting.  Paris, France.  August 2004.

14. Striated Urethral Sphincter Activity is not Affected by Pelvic Organ Prolapse Despite Changes in Maximal Urethral Closure Pressure.  Mueller E, **Kenton K,** FitzGerald M, and Brubaker L.  International Continence Society Annual Meeting.  Paris, France.  August 2004.

15. The effect of vaginal delivery on vaginal morphology and urethral function in the rat.  **Kenton K**, Brubaker L, Kerns J, Ferguson C, and Damaser M.  Oral Poster Presentation, International Continence Society Annual Meeting.  Heidelburg, Germany.  August 2002.

16. Fluoroscopy is necessary to confirm visceral position in women with pelvic organ prolapse.  **Kenton K,** Shott S, and Brubaker L.  Oral Presentation: International Continence Society Annual Meeting.  Athens, Greece.  August 1996.

# Exhibit B

# Kimberly Kenton

## Reliance List
### in Addition to Materials Referenced in Report

## MDL - Mullins et al. v. Ethicon, Inc.

**Medical Literature**

| |
|---|
| 2001 Demirci - Long-term results of Burch colposuspension_20132616_1 |
| Aaron, L., et al. Chronic diffuse musculoskeletal pain, fibromyalgia and co-morbid unexplained clinical conditions. Best Practice & Research Clinical Rheumatology Vol. 17, No. 4, pp. 563-574, 2003. |
| Abbott, S. Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery: a multicenter study. Am J Obstet Gynecol 2014; 210(2): 163.e1-163.e8. |
| Abdel-Fattah (2007): Transobturator tension-free vaginal tapes: Are they the way forward in the surgical treatment of urodynamic stress incontinence? |
| Abdel-Fattah M, Barrington JW, Arunkalaivanan AS. Pelvicol pubovaginal sling versus tension free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study. Eur Uro/ 2004;46:629-35. |
| Abdel-Fattah M, Familusi A, Ramsay I, N'Dow J. A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study): 3 years follow-up. Neurourol Urodyn 2011;30:825-826. |
| Abdel-Fattah M, Mostafa A, Familusi A, Ramsay I, James ND (2012) Prospective randomised controlled trial of transobturator tapes in management of urodynamic stress incontinence in women: 3-year outcomes from the Evaluation of Transobturator Tapes study. Eur Urol 62:843–851 |
| Abdel-fattah, M. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: Short term outcomes. European Journal of Obstetrics & Gynecology and Reproductive Biology 149 (2010) 106-111 |
| Abdel-fattah, M. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU International 98 , 594 – 598 |
| Abdel-fattah, M. Lower urinary tract injuries after transobturator tape insertion by different routes: a large retrospective study. BJOG 2006;113:1377–1381. |
| Abdel-fattah, M. Prospective Randomised Controlled Trial of Transobturator Tapes in management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. EUROPEAN UROLOGY 62 (2012) 843–851 |
| Abdel-fattah, M. Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG 2010;117:870–878. |
| Abdel-Fattah, M. Single-Incision Mini-Slings versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontincen: A Meta-Analysis of Effectiveness and Complications. EUROPEAN UROLOGY 60 (2011) 468 – 480 |
| Abdel-Fattah, M., et al. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU Int 2006; 98: 594-598. |
| Abdelwahab, O. Tension-Free Vaginal Tape versus Secure Tension-Free Vaginal Tape in Treatment of Female Stress Urinary Incontinence. Curr Urol 2010;4:93–98 |
| Abduljabbar, H. Comparison of the classic TVT and TVT Secur. Prime Research on Education ISSN: 2251-1253. Vol. 2(9), pp. 344-347, October 31st, 2012 |
| ACOG, Urinary Incontinence in Women. ACOG Practice Bulletin, Number 63, June 2005. Obstet Gynecol 2005; 105:1533-45 |
| Adile B, Granese R, Lo Bue A, GuglioOtta G, Cardella AM, Adile C. A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up. JCS 2003:Abstract 550. |
| Afonso – mechanical properties of polypropylene mesh used in pelvic floor repair; Int Urogynecol J (2008) 19:375-380 |
| Agarwal a N. A randomized comparison of two synthetic mid-urethral tension-free slings. Ura Today IntJ 2008 Oct;1(4) doi:l0.3834/uij. 1939-4810.2008.10.5. |
| Agostini A, et al. "Immediate complications of tension-free vaginal tape (TVT): results of a French survey". Eur J Obstet Gynecol. 2006; 124:237-239. |
| Agostini, A. Immediate Complications of Tension-Free Vaginal Tape (TVT): Results of a French Survey. European Journal of Obstetrics & Gynecology and Reproductive Biology 124 (2006) 237–239 |

Agur W, Riad M, Secco S, Litman H, Madhuvrata P, Novara G, Abdel-Fattah M (2013) Surgical treatment of recurrent stress urinary incontinence in women: a systematic review and meta-analysis of randomised controlled trials. Eur Urol 64:323–336

Ahmed – Outcomes Following Polypropylene mesh pubovaginal slings for stress urinary incontinence; The Journal of Urology, Volume 161, April 1999

Aigmueller T, Bjelic-Radisic V, Kargl J, Hinterholzer S, Laky R, Trutnovsky G, Kolovetsiou-Kreiner V, Tamussino K (2014) Reasons for dissatisfaction ten years after TVT procedure. Int Urogynecol J 25:213-217

Aigmueller, T. Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2011;205:1.e1-1.e5

Alacalay – Burch colposuspension: a 10-20 year follow-up; British Journal of Obstetrics and Gynaecology 1995, Vol. 102, pp740-745

Al-Ali, B., et al. Clinical impact of body mass index on the outcome of the SPARC-sling system for the treatment of female stress urinary incontinence. World J Urol (2013) 31: 875-880.

Alappattu, M., et al. Psychological Factors in Chronic Pelvic Pain in Women: Relevance and Application of the Fear-Avoidance Model of Pain. Phys Ther. 2011; 91: 1542-1550.

Albo – Treatment Success of Retropubic and Transobturator Midurethral Slings at 24 months.

Albo, M. Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007;356:2143-55.

Alcalay, M. Burch colposuspension: a 10—20 year follow up. British Journal of Obstetrics and Gynaecology, September 1995, Vol. 102, pp. 740-745

Aleqijnse, D. Effectiveness of pelvic floor muscle exercise therapy supplemented with a health education program to promote long-term adherence among women with urinary incontinence. Neurourol Urodyn. 2003;22(4):284-95

Alewijnse D, et al. Effectiveness of pelvic floor muscle exercise therapy supplemented with a health education program to promote longterm adherence among women with urinary incontinence. Neurourol Urodyn 2003;22:284-295

Amaro JL, Yamamoto H, Kawano PR, Barros G, Gameiro MOO, Agostinho AD. Clinical and quality-of-life outcomes after autologous fascial sling and tension-free vaginal tape: a prospective randomized trial. Int  Braz J Uro/ 2009;35:60-66; discussion 66-67.

Amat I Tardiu L, Martinez Franco E, Lailla Vicens JM. Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22:827-833.

Ames, B. Environmental pollution, pesticides, and the prevention of cancer: Misconceptions. (1997)

Ames, B. The causes and prevention of cancer: gaining perspective. Environmenal Health Perspectives, Vol 105, Suppl 4, June 1997

Amid, P.K. Classification of biomaterials and theirrelated complications in abdominal wall hernia surgery. Hernia (1197) 1: 15-

Amital, D., et al. The Premenstrual Syndrome and Fibromyalgia - Similarities and Common Features. Clinic Rev Allerg Immunol (2010) 38: 107-115.

Andonian S, Chen T, St-Denis B, Coreas J. Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. Eur Uro/ 2005;47:537-541.

Andonian S, St-Denis B, Lemieux MC, Coreas J. Prospective clinical trial comparing Obtape® and DUPS to TVT: one-year safety and efficacy results. Eur Uro/ 2007;52:245-251.

Anger (2009): Trends in the Surgical Management of Stress Urinary Incontinence among Female Medicare Beneficiaries [1992-2001].

Anger, J. Trends in the Surgical Management of Stress Urinary Incontinence among female medicare beneficiaries. Urology 2009; 74(2): 283-287

Angioli R, et al. "Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective, Randomised Trial". Euro Urol. 2010; 58:671-677.

Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Ural 2010;58 :671-677.

Angioli, Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective Randomised Trial, *European Urology 58 (2010) 671-677*

Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina Kaunas 2009;45:639 643.

Ankardal M, Heiwall B, Lausten-Thomsen N, Carnelid J, Milsom I (2006) Short- and long-term results of the tension-free vaginal tape procedure in the treatment of female urinary incontinence. Acta Obstet Gynecol Scand 85:986-992

Araco, F. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J (2008) 19:917–926

Arunkalaivanan AS, Barrington JW. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:17-23; discussion 21-22.

Athanasiou S, Grigoriadis T, Zacharakis D, Skampardonis N, Lourantou D, Antsaklis A (2014) Seven years of objective and sub-jective outcomes of transobturator (TVT-O) vaginal tape: why do tapes fail? Int Urogynecol J 25:219-225

Athanasiou, S. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J. 2013 Jul 27. [Epub ahead of print]

Athanasiou, Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail?; *Int Urogynecol J (2014) 25:219-225*

Atherton – A comparison of bladder neck movement and elevation after tension-free vaginal tape and colposuspension; British Journal of Obstetrics and Gynaecology, November 2000, Vol 107, pp. 1366-1370

AUA Foundation (2011) Stress Urinary Incontinence Monograph

AUA Foundation 2013 A Patient's Guide, 1 in 3 Women experience Stress Urinary Incontinence.

AUA Guideline for the Surgical Management of Stress Urinary Incontinence (2009)

AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence, Nov. 2011

AUA Update  Guideline for the Surgical Management of Stress Urinary Incontinence (2010)

AUGS (2013) Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders

AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87)

Aydin – Effect of Vaginal Electrical Stimulation on Female Sexual functions; A randomized study; J Sex med 2015; 12:463-469

Aydin S, et al. "An unexpected late complication of retropubic midurethral sling: vaginal obliteration". Int Urogynecol J. 2015; DOI:10.1007/s00192-015-2673-1.

Bai SW, Sohn WH, Chung DJ, Park JH, Kim SK. Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence. Int J Gynaecol Obstet 2005;91:246-251.

Ballester M, Bui C, Frobert JL, Grisard-Anaf M, Lienhart J, Fernandez H et al (2012) Four-year functional results of the suburethral sling procedure for stress urinary incontinence: a French prospective randomized multicentre study comparing the retropubic and transobturator routes. World J Urol 30:117-122

Barber – Sexual Function in Women With Urinary Incontinence and Pelvic Organ Prolapse; The American College of Obstetricians and Gynecologists, Vol. 99, No. 2, February 2002

Barber MD, Kleeman S, Karram MM, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2008;111:611-621.

Barber MD, Weidner AC, Sokol Al, et al. Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2012;119:328-337.

Barber, M. Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape for the Treatment of Stress Urinary Incontinence. Obstet Gynecol 2012;119:328–37

Barry C, Lim YN, Muller R, et al. A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:171-178.

Basu M, Duckett J. A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. BJOG 2010;117:730-735.

Beck RP, McCormick S, Nordstrom L. The fascia lata sling procedure for treating recurrent genuine stress incontinence of urine. Obstet Gynecol l988; 72: 699-703.

Bent AE, Ostergard DR, Zwick-Zaffuto M. Tissue reaction to expanded polytetrafluroethylene suburethral sling for urinary incontinence: clinical and histological study. Am J Ohstet Gynecol 1993;

Bergman – Primary Stress urinary incontinence and pelvic relaxation; Prospective randomized comparison of tree different operations; Am J Obstet Gynecol 1989; 161:97-101

Bernasconi, F. TVT SECUR System: Final results of a prospective, observational, multicentric study. Int Urogynecol J (2012) 23:93–98

Bianchi-Ferraro, A. Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomized controlled trial. Int Urogynecol J (2012)

Binnebosel. Biocompatibility of prosthetic meshes in abdominal surgery . Semin Immunopath (2011) 33:235 243

Bjelic-Radisic V, Greimel E, Trutnovsky G, Zeck W, Aigmueller T, Tamussino K (2011) Patient-reported outcomes and urinary continence five years after the tension-free vaginal tape operation. Neurourol Urodyn 30:1512-1517

Blaivas – Keys to successful pubovaginal sling surgery; Contemporary OB/GYN Vol. 40 No 3 (March 1995)

Blaivas – Pubovaginal fascial sling for the treatment of complicated stress urinary incontinence; The Journal of Urology Vol. 145, 1214 – 1218 (1991)

Blaivas – Pubovaginal Sling; Female Urology, Chapter 17 1994

Blaivas, Iakovlev - Safety considerations for synthetic sling surgery. Urology 2015

Blaivas, J. Female Pelvic Medicine and Reconstructive Surgery Fellowships. Neururology and Urodynamics (2000), Vol 19, No 6

Blaivas, J. Safety considerations for synthetic sling surgery. Nat. Rev. Urol. (2015)

Blaivas, J. Salvage surgery after failed treatment of synthetic mesh sling complications. The Journal of Urology  Vol. 190, 1281-1286, October 2013

Blaivas. J. Not the correct choice. J Urol 194, 1-2 (2015)

Blandon, R. Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J (2009) 20:53-531

Bo K, Kvarstein B, Nygaard I: Lower urinary tract symptoms and pelvic floor muscle exercise adherence after 15 years. Obstet Gynecol 2005, 105(5 Pt 1):999-1005

Bradley, L., et al. Lessons from fibromyalgia: abnormal pain sensitivity in knee osteoarthritis. 2004 Osteoarthritic joint pain. Wiley, Chichester (Novartis Foundation Symposium 260) p 258-276

Brubaker – Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral slings (TOMUS) study; Am J Obstet Gynecol 2011; 205:498e1-6

Brubaker, L. 5-year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. J Uro (2012) Vol. 187, 1324-1330

Brubaker, L. Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study. Am J Obstet Gynecol 2011;205:498.e1-6.

Bryans FE. Marlex gauze hammock sling operation with Cooper's ligament attachment in the management of recurrent urinary stress incontinence. Am J Obstet Gynecoll979; 133: 292-294.

Burch, J. [Treatise] Cooper's ligament urethrovesical suspension for stress incontinence (1968)

Burch, J. Cooper's ligament urethrovesical suspension for stress incontinence: Nine years' experience – results, complications, technique. Am. J. Obst. & Gynec. Vol. 100, No. 6, 764-774.

But I, Faganelj M. Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:857-861.

Cammu H, Van Nylen M, Blockeel C, Kaufman L, Amy JJ: Who will benefit from pelvic floor muscle training for stress urinary incontinence? Am J Obstet Gynecol 2004, 191(4):1152-1157

Cammu, H. Dramatic increase (1997-2007) in the number of procedures for stress urinary incontinence in Belgium. Int Urogynecol J 2010; 21: 1511-1515

Campeau L, Tu LM, Lemieux MC, et al. A multicenter, prospective, randomized clinical trial comparing tension-free vaginal tape surgery and no treatment for the management of stress urinary incontinence in elderly women. Neurourol Urodyn 2007;26:990-994.

Canete P, Ortiz E, Doming S, Cano A (2013) Transobturator suburethral tape in the treatment of stress urinary incontinence: efficacy and quality of life after 5 year follow-up. Maturitas 74:166-171

Caruso S, Rugolo S, Bandiera S, Mirabella D, Cavallaro A, Cianci A. Clitoral blood flow changes after surgery for stress urinary incontinence: pilot study on TVT Versus TOT procedures. Urology 2007;70:554- 557.

Cayan, F., et al. Sexual function after surgery for stress urinary incontinence: vaginal sling versus Burch colposuspension. Arch Gynecol Obstet (2008) 277: 31-36.

Celebi – Results of the tension-free vaginal tape procedure for treatment of female stress urinary incontinence: a 5 year follow-up study; Arch Gynecol Obstet (2009) 279:463-467

Chaikin – Pubovaginal fascial sling for all types of stress urinary incontinence; Long-term analysis; The Journal of Urology Col. 160, 1312-1316 1998

Chaliha C. Complications of surgery for genuine stress incontinence. Br J Obstet Gynaecol 1999; 106:1238-45

Chapple G, Zimmern P, Brubaker, Smith A, Bo K, Multidisciplinary Management of Female Pelvic Floor Disorders, 2006

Chêne G, Amblard J, Tardieu AS, Escalona JR, Viallon A, Fatton B, Jacquetin B (2007) Long-term results of tension-free vaginal tape (TVT) for the treatment of female urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol 134:87-94

Cheng, Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up; *European Journal of Obstetrics & Gynecology and Reproductive Biology 161 (2012) 228-231*

Cheung RYK, Chan SSC, Yiu KW, Chung TKH (2014) Inside-out versus outside-in transobturator tension-free vaginal tape: a 5-year prospective comparative study. Int J Urol 21:74-80

Cho (2014): Nationwide Database of Surgical Treatment Pattern for Patients with Stress Urinary Incontinence in Korea.

Cho, S. Nationwide database of surgical treatment pattern for patients with stress urinary incontinence in Korea. Int Neurourol J 2014; 18:91-94

Choe – The use of synthetic materials in pubovaginal sling; Bladder Disease; Reasearch Concepts and Clinical Applications, Chapter 33 pp481-492 (2003)

Cholhan, H. Dyspareunia association with paraurethral banding in the transobturator sling. Am J Obstet Gynecol 2010;202:481.e1-5.

Christensen – Ling-term Results of the stamey Bladder – Neck Suspension Procedure and of the Burch Colposuspension;Scand J Urol Nephrol 31:349-353-1997

Chughtai BI, Midurethral Sling Is the Dominant Procedure for Female Stress Urinary Incontinence: Analysis of Case Logs From Certifying American Urologists. Urology. 2013 Oct 15. doi:pii: S0090-4295(13)00963-1. 10.1016/j.urology.2013.07.040. (Epub ahead of print)

Clark, A. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol 2003;189:1261-7

Clave, A. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants. Int Urogynecol J (2010) 21: 261-270

Clemons, J. Impact of the 2011 FDA Transvaginal Mesh Safety Update on Augs Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery. Female Pelvic Med Reconstr Surg 2013; 19: 191-198

Cobb, W. The Argument for Lightweight Polypropylene Mesh in Hernia Repair. Surgical Innovation, Vol 12, No 1 (March), 2005

Coda – Structural altercations of prosthetic meshes in humans; Hernia (2003) 7: 29-34

Colaco, M., et al. The Scientific basis for the use of biomaterials in stress urinary incontinence (SUI) and pelvic organ prolapse (POP). BJU Int 2015; 115: 859-866.

Collinet, P. The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711–715

Conze, Klinge. Polypropylene in the intra-abdominal position: Influence of pore size and surface area. Hernia (2004) 8: 365 372

Correction to Alacalay – Burch colposuspension: a 10-20 year follow-up; Bristish Journal of Obstetrics and Gynaecology 1995, Vol. 102, pp740-745; 1996 Br J Obstet Gynaecol 103, 287-290

Cosson, M. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material? Int Urogynecol J (2003) 14: 169-178

Costantini E, Lazzeri M, Zucchi A, di Biase M, Porena M (2014) Long-term efficacy of the transobturator and retropubic midurethral sling for stress urinary incontinence: single-center update from a randomized controlled trial. Eur Urol 66:599-601

Costello, C.R. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. (2007)

Costello. Materials Characterization of Explanted Polypropylene Hernia Meshes. J Biomed Mater Res Part B: Appl Biomater 83B: 44–49, 2007

Cox A, Herschorn S, Lee L. Surgical management of female SUI: is there a gold standard? Nat Rev Urol. 2013 Feb;10(2):78-89.

Cresswell, J., et al. Long-term evaluation of tension-free vaginal tape (TVT) outcomes for a UK Surgeon: Objective assessment and patient satisfaction questionnaires. British Journal of Medical and Surgical Urology (2008) 1, 58-62.

Daher – Pre-pubic TVT: an alternative to classic TVT in selected patients with urinary stress incontinence; European Journal of Obstetrics & Gynecology and Reproductive Biology 107 (2003) 205-207

Danford, J., et al. Postoperative pain outcomes after transvaginal mesh revision. Int Urogynecol J (2015) 26: 65-69.

Darai, E. Functional Results After the Suburethral Sling Procedure for Urinary Stress Incontinence: A Prospective Randomized Multicentre Study Comparing the Retropubic and Transobturator Routes. EUROPEAN UROLOGY 51 (2007) 795-802

Davila (2002): Pelvic Floor Dysfunction Management Practice Patterns: A Survey of Members of the International Urogynecological Association [IUGA].

Davila, G. Pelvic Floor Dysfunction Management Practice Patterns: A survey of members of the international urogynecological association. Int Urogynecol J Pelvic Floor Dysfunct 2002; 13(5): 319-25

De Leval, J. Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out. Eur Urol. 2003 Dec;44(6):724-30

de Leval, J. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J (2011) 22:145–156

de Oliveira L, Girao MJ, Sartori MG, Castro RA, Fonseca E. Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. Int Urogynecol J 2007;18(Suppl l):S180-S181.

De Souza A. Sexual function following retropubic TVT and transobturator Monarc sling in women with intrinsic sphincter deficiency: a multicentre prospective study. Int Urogynecol J. 2012 Feb;23(2):153-8

de Tayrac R, Droupy S, Calvanese L, and Fernandez H. A prospective randomized study comparing TVT and transobturator suburethral tape (T.O.T.) for the surgical treatment of stress incontinence. /CS 2003:Abstract 344.

de Tayrac, Letouzey. Basic science and clinical aspects of mesh infection in pelvic floor reconstructive surgery. Int Urogynecol J. 2011

de Tayrac, R. Basic Science and Clinical Aspects of Mesh Infection in Pelvic Floor Reconstructive Surgery. Int Urogynecol J (2011)

Debodinance, P. Trans-obturator urethral sling for the surgical correction of female stress urinary incontinence: Ouside-in (Monarc) versus inside-out (TVT-O)are the two ways reassuring? European Journal of Obstetrics & Gynecology and Reproductive Biology 133 (2007) 232-238

Debondance – Tension-free vaginal tape (TVT in the treatment of urinary stress incontinence; 3 years experience involving 256 operations; European Journal of Obstetrics & Gynecology and Reproductive Biology 105 (2002) 49-58

Deffieux X, Donnadieu AC, Porcher R, Gervaise A, Frydman R, Fernandez H (2007) Long-term results of tension-free vaginal tape for female urinary incontinence: follow-up over 6 years. Int J Urol 14: 521-526

Deffieux, X. Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J (2010) 21:1337-1345

Degradation slide (Guelcher) of plaintiff's opening powerpoint (Perry trial)

Demirci - Comparison of Pubovaginal sling and burch colposuspension procedures in type I/II genuine stress incontinence; Arch Gynecol Obstet (2001) 265:190-194

Demirci, et al. A Retrospective Review of Perioperative Complications in 360 Patients who had Burch Colposuspension. Aust NZ J Obstet Gynacol 1999; 39:4: 472-475

Demirci, F. Long-Term Results of Burch Colposuspension. Gynecol Obstet Invest 2001; 51: 243-247

Denis, S. Abs 620. Pelvic Organ prolapse treatment by the vaginal route using a Vypro composite mesh: preliminary results about 106 cases. (2004)

Deprest – The biology behind fascial defects and the use of implants in pelvic organ prolapse repair; Int Urogynecol J (2006) 17: S16-S25

deTayrac, R. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602e8

Dietz, H. TVT vs Monarc: a comparative study. Int Urogynecol J (2006) 17: 566-569

Dietz, H.P. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14: 239–243.

Dietz-Does the Tension-Free Vaginal Tape stay Where you Put It? Am J Obstet Gynecol 2003; 188:950-3

Dmochowski, R. Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. J Uro, Vol. 183, 1906-1914, May 2010

Doo CK, Hong B, Chung BJ, Kim JY, Jung HC, Lee KS, Choo MS (2006) Five-year outcomes of the tension-free vaginal tape procedure for treatment of female stress urinary incontinence. Eur Urol 50:333-338

Dooley (2008) Urinary Incontinence Prevalence: Results from the National Health and Nutrition Examination Survey

Drahoradova P, Maata J, Martan A, Svabfk K. Comparative development of quality of life between TVT and Burch colposuspension. /CS 2004:Abstract 278.

Duckett, J. Groin pain after a tension-free vaginal tape or similar subrethral sling: management strategies. BJU International (2005)

Duckett, J. Pain after suburethral sling insertion for urinary stress incontinence. Int Urogynecol J (2013) 24:195-201

Dwyer – Evolution of biological and synthetic grafts in reconstructive pelvic surgery; Int Urogynecol J (2006) 17:S10-S15

Dyrkorn, O. TVT compared with TVT-O and TOT: results from the Norwegian National Incontinence Registry. Int Urogynecol J. 2010; 21: 1321-1326.

El-Barky E, El-Shazly A, El-Wahab OA, Kehinde EO, Al-Hunayan A, Al-Awadi KA. Tension free vaginal tape versus Burch colposuspension for treatment of female stress urinary incontinence. Int Ural Nephrol 2005;37:277-281.

El-Hefnawy AS, Wadie BS, El Mekresh M, Nabeeh A, Bazeed MA. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? Int Urogynecol J 2010;21:947-953.

Elzevier, H. Female Sexual Function after Surgery for Stress Urinary Incontinence: Transobturator Suburethral Tape vs. Tension-Free Vaginal Tape Obturator. J Sex Med 2008;5:400-406

Email dated 7.16.2004 re D'Art - Conversation with Prof. Jacquetin [ETH.MESH.02270857-58]

Endo – Mesh contraction; in vivo documentation of changes in apparent surface area utilizing meshes visible on magnetic resonance imaging int eh rabbit abdominal wall model; In Urogynecol J DOI 10.1007/s00192-013-2293-6 2014

Enhorning G. Simultaneous recording of intravesical and intraurethral pressure.  Acta Chir Scan 1967;s0:309-317.

Eriksen BC. Hagen B, Eik-Nes SH. Molne K. Mjolnerod D, Romslo. Long-term effectivness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand 1990;69:45-50.

Faber K. "How I Do It: Techniques to avoid complications in transvaginal mesh surgery". Can J Urol. 2015; 22(3):7844-7846.

Falconer – Influence of Different Sling materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women; Int Urogynecol J (2001) (Suppl 2):S19-S23

Falconer, C. Clinical Outcome and Changes in Connective Tissue Metabolism After Intravaginal Slingplasty in Stress Incontinent Women. Int Urogynecol J (1996) 7:133-137

Falconer, C. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2):S19 S23

Fantl JA, Newman DK, Colling J, DeLancey JOL, Keeys C, Loughery R, et al. Urinary incontinence in adults: acute and chronic management. Clinical practice guideline. Vol. 2,

FDA March 27, 2013 Statement, Considerations about Surgical Mesh for SUI

Fong, E., et al. Mid-Urethral synthetic slings for female stress urinary incontinence. BJU International, 106: 596-608.

Ford, A., et al. Mid-urethral sling operations for stress urinary incontinence in women (Review). The Cochran Collaboration, Wiley 2015.

Francis – Dyspareunia Following Vaginal Operations; The Journal of Obstetrics and Gynaecology; Vol. LXVIII, No1 February 1961

Freeman R, Holmes D, Hillard T, et al. What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence-a multi-centre randomised controlled trial. Int Urogynecol J 2011;22:279-

Freilich – Removal of Polypropylene Sling Mesh formt he Uretha; AN Anatomic Technique; Urology (2015)

Fuentes AE. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVT-0) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2011;22(Suppl l):S60-S61.

Fultz (2003) Burden of Stress Urinary Incontinence for Community-Dwelling Women

Funk, M. Trends in the surgical management of stress urinary incontinence. Obstet Gynecol 2012; 119: 845-51

Galloway, M., et al. The Complications of Colposuspension. British Journal of Urology (1987) 60, 122-124.

Galzynski K. "A classification of complications in urogynecology". Prz Menopauzalny. 2014; 18(2):127-131.

Gandhi, S. TVT versus SPARC: comparison of outcomes for two midurethral tape prodecures. Int Urogynecol J (2006) 17: 125-130

Garely, A., et al. Diagnosis and Surgical Treatment of Stress Urinary Incontinence. Obstet Gynecol 2014; 124:1011-27.

Gerwin, R. A review of myofascial pain and fibromyalgia - factors that promote their persistence. Acupuncture in Medicine 2005; 23(3): 121-134.

Ghezzi, F. Impact of tension-free vaginal tape on sexual function: results of a prospective study. Int Urogynecol J (2005) 17: 54–59

Ghezzi, F. Influence of the type of anesthesia and hydrodissection on the complication rate after tension-free vaginal tape procedure. European Journal of Obstetrics & Gynecology and Reproductive Biology 118 (2005) 96–100

Giarenis, I. and Cardozo, L. Managing urinary incontinence: what works? Climacteric 2014; 17(Suppl 2): 26-33.

Giarenis, I., Management of recurrent stress urinary incontinence after failed midurethral sling: a survey of members of the International Urogynecological Association (IUGA). Int Urogynecol J, DOI 10.1007/s00192-015-2696-7.

Gilpin, S.A. The pathogenesis of genitourinary prolapse and stress incontinence of urine. A histological and histochemical study. British JOIlmal of Obstetrics and Gynaecology January 1989, Vol. 96, pp. 15-23

Glatt – The Prevalence of Dyspareunia; Obstetrics & Gynecology, Vol.75, No. 3, part 1, March 1990

Glavind K, Glavind E, Fenger-Gron M (2012) Long-term subjective results of tension-free vaginal tape operation for female stress urinary incontinence. Int Urogynecol J 23:585-588

Gleason, J., et al. Outcomes of midurethral sling procedures in women with mixed urinary incontinence. Int Urogynecol J (2015) 26:715-720.

Goktolga U, Atay V, Tahmaz L, Yenen MC, Gungor S, Ceyhan T, Baser I (2008) Tension-free vaginal tape for surgical relief of intrinsic sphincter deficiency: results of 5-year follow-up. J Minim Invasive Gynecol 15:78-81

Goldman H, Complications of Female Incontinence and Pelvic Reconstructive Surgery, 2013

Golomb – Management of Urethral Erosion Caused by a Pubovaginal Fascial Sling; Urology 57: 159-160, 2001

Goode PS, Burgio KL, Locher JL, Roth DL, Umlauf MG, Richter HE, Varner RE, Lloyd LK: Effect of behavioral training with or without pelvic floor electrical stimulation on stress incontinence in women: a randomized controlled trial. JAMA 2003, 90(3):345-352

Greer WJ, Obesity and pelvic floor disorders: a systematic review. Obstet Gynecol. 2008 Aug;112(2 Pt 1):341-9

Grigorescu B, Lazarou G. Managing Voiding Dysfunction After Sling Procedures. Female Patient. 2009; 34:40-44.

Groutz (2010) "Inside Out" Transobturator Tension-free Vaginal Tape for Management of Occult Stress Urinary Incontinence in Women Undergoing Pelvic Organ Prolapse Repair

Groutz A, Rosen G, Cohen A, Gold R, Lessing JB, Gordon D (2011) Ten-year subjective outcome results of the retropubic tension-free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol 18:726-9

Groutz, A. Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health, Volume 20, Number 10, 2011 1525-1528

Groutz, A. Ten year subjective outcome results of the retropubic tension free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol 2010; 18:726–729

Guerrero, K. L. A randomised controlled trial comparing TVT Pelvicol and autologous fascial slings for the treatment of stress urinary incontinence in women. BJOG 2010;117:1493–1503

Hamer MA, Larsson PG, Teleman P, Eten-Bergqvist C, Persson J. Short-term results of a prospective randomized evaluator blinded multicenter study comparing TVT and TVT-Secur. Int Uragynecol J Pelvic Floor Dysfunct 2011;22:781-787.

Hamer, M. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. Int Urogynecol J (2013) 24:223–229

Han – Burch Colposuspension or tension-free vaginal tape for female stress urinary incontinence; International Urogynecology Journal, Vol 12, Suppl 3 2001

Han JY, Effectiveness of retropubic tension-free vaginal tape and transobturator inside-out tape procedures in women with overactive bladder and stress urinary incontinence.  Int Neurourol J. 2013 Sep;17(3):145-51

Han J-Y, Park J, Choo M-S (2014) Long-term durability, functional outcomes, and factors associated with surgical failure of tension-free vaginal tape procedure. Int Urol Nephrol 46:1921-7

Han, Ji-Yeon. Efficacy of TVT-Secur and factors affecting cure of female stress urinary incontinence: 3-year follow-up. Int Urogynecol J (2012) 23:1721–1726

Handa – Sexual Function Before And After Sacrocolpopexy For Pelvic Organ Prolapse; Am J Obstet Gynecol 2007; 197:629.e1 - 629.e6

Haya, N., et al. Prolapse and continence surgery in countries of the Organization for Economic Cooperation and Development in 2012. Am J Obstet Gyencol 2015; 212:755.e1-27.

Heidler S, Kopeinig PO, Puchwein E, Pummer K, Primus G (2010) The suprapubic arch sling procedure for treatment of stress urinary incontinence: a 5-year retrospective study. Eur Urol 57:897-901

Heinonen P, Ala-Nissila S, Raty R, Laurikainen E, Kiiholma P (2013) Objective cure rates and patient satisfaction after the transobturator tape procedure during 6.5-year follow-up. J Minim Invasive Gynecol 20:73-78

Heinonen, P. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol 2012; 19:1003–1009

Heinz. The Reaction of Formaldehyde with Proteins. (1948)

Hellberg, D. The very obese woman and the very old woman: tensionfree vaginal tape for the treatment of stress urinary incontinence. Int Urogynecol J (2007) 18:423–429

Hill, A. Histopathology of excised midurethral sling mesh. Int Urogynecol J (2015) 26:591-595

Hilton P (2008) Long-term follow-up studies in pelvic floor dysfunction: the Holy Grail or a realistic aim? BJOG 115:135–143

Hinoul P. TVT obturator system versus TVT Secur: a randomized controlled trial, short term results. Int Uragynecol J Pelvic Floor Dysfunct 2009;20:S213.

Hinoul, P. A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence. J Urology (April 2011) Vol. 185, 1356-1362,

Hinoul, P. An anatomic comparison of the original versus a modified inside-out transobturator procedure. Int Urogynecol J (2011) 22:997–1004

Hinoul, P. Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J (2007) 18:1201–1206

Hinoul, P. Surgical management of urinary stress incontinence in women: A historical and clinical overview. European Journal of Obstetrics & Gynecology and Reproductive Biology 145 (2009) 219-225

Hogewoning, C., et al. The introduction of mid-urethral slings: an evaluation of literature. Int Urogynecol J DOI10.1007/s00192-014-2488-5

Holmgren, C. Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence – A long-term follow-up. European Journal of Obstetrics & Gynecology and Reproductive Biology 132 (2007) 121-125

Holmgren, C. G. Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence. Obstetrics & Gnecology, VOL. 106, NO. 1, JULY 2005, 38-43

Hota, L. TVT-Secur (Hammock) Versus TVT-Obturator: Randomized Trial of Suburethral Sling Operative Procedures. Female Pelvic Medicin and Reconstructive Surgery (Jan/ Fed 2012) 18:1, p. 41-45

Hou, J., et al. Outcome of Transvaginal Mesh and Tape Removed for Pain Only. The Journal of Urology, Vol. 192, 856-860, September 2014.

Houwert RM, Renes-Zijl C, Vos MC, Vervest HA (2009) TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparative study. Int Urogynecol J Pelvic Floor Dysfunct 20:1327-1333

Houwert, R. TVT-O versus Monarc after a 2—4-year follow-up: a prospective comparativestudy. Int Urogynecol J (2009) 20:1327–1333

Howard F, Perry C, Carter J, El-Minawi, Pelvic Pain: Diagnosis and Management

Howard, F. Chronic Pelvic Pain. Obstetrics and Gynecology Vol. 101, No. 3, March 2003.

Hu TW. Costs of urinary incontinence and overactive bladder in the United States: a comparative study. Urology 2004; 63(3): 461-5

Hwang, E. Predictive factors that influence treatment outcomes of innovative single incision sling: comparing TVT-Secur to an established transobturator sling for female stress urinary incontinence. Int Urogynecol J (2012) 23:907–912

Iglesia, C.B. The use if mesh in gynecologic surgery. Int Urogynecol J (1997) 8:105-115

Ignjatovic – Experimental and clinical use of mesh in urogynecology; Vojnosanit Pegl 2014; 71(7):673-678

International Continence Society Stress Urinary Incontinence Fact Sheet (2013)

Jain P, Jirschele K, Botros SM, Latthe PM. Effectiveness of midurethral slings in mixed urinary incontinence: a systematic review and meta-analysis. Int Urogynecol J. 2011;22:923–932

Jamieson – The Prevalence of Dysmenorrhea, Dyspareunia, Pelvic Pain, and Irritable Bowel Syndrome I Primary Care Practices; Obstetrics & Gynecology, Vol. 87, No. 3 March 1996

Jarvis GJ. Re: Erosion of buttress following bladder suspension [letter, comment]. Br J Urol 1992; 70: 695

Jarvis GJ. Surgery for genuine stress incontinence. Br J Ohstet Gynaecol 1994; 101: 371-374.

Jeffrey – Objective and subjective cure rates after tension-free vaginal tape for treatment of urinary incontinence; Urology 58:702-706, 2001

Jelovsek J. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008;115:219–225.

Jelovsek, J., et al. Randomized trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008; 115: 219-225.

Jha – Impact of Incontinence Surgery on Sexual Function; A systematic Review and Meta – Analysis. J Sex med 2012; 9:34-43

Jha – The impact of TVT on sexual function; Int Urogynecol J (2009) 20;165-169

Jha (2005): Surgical Management of Stress Urinary Incontinence: A Questionnaire Based Survey. [IUGA]

Jha, S. Surgical Management of Stress urinary incontinence a questionnaire based survey. European Urology 2005; 47: 648-652

Jomaa – 25(195) – A Five year follow-up of tension free vaginal tape (TVT) for surgical treatment of female stress Urinary incontinence in local anaesthesa; Interntaional Urogyecology Journal Vol. 12, Suppl 3 2001

Jonsson Funk, M. Sling Revision/ Removal for Mesh Erosion and Urinary Retention: Long-Term Risk and Predictors. Am J Obstet Gynecol. 2013; 208(1): 73.e1-73.e7

Juang C-M, Yu K-J, Chou P, et al. Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-0) plus modified lngelman-Sundberg procedure versus TVT-0 alone in the treatment of mixed urinary incontinence: a randomized study. Eur Ural 2007;51:1671-1678;

Junge – Influence of polyglecaprone 25 (Monocryl) supplementation on the biocompatibility of a polypropylene mesh for hernia repair; Hernia (2005) 9;212-217

Kaelin-Gambirasio, I. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BMC Women's Health 2009, 9:28,

Karaman, U., et al. The impact of obesity on outcomes after retropubic midurethral sling for female stress urinary incontinence. Urodynamics/Incontinence/Female Urology: Female Incontinence - Therapy II

Karateke A, Haliloglu B, Cam C, Sakalli M. Comparison of TVT and TVT-0 in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomized study. Australian NZ J Obstet Gynaecol 2009;49:99-105.

Karram – When and how to place an autologous rectus fascia pubovaginal sling; OBJ management, Vol. 24, No. 11 November 2012

Karram, M. Complications and Untoward Effects of the Tension-Free Vaginal Tape Procedure. The American College of Obstetricians and Gynecologists (2003) Vol. 101, No. 5, Part 1

Karram, M., et al. Avoiding and Managing Complications of Synthetic Midurethral Slings. Cuff Bladder Dysfunct Rep (2015) 10: 64-70.

Kavvadias – Chapter 56 Aloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse; Springer-Verlag Pub. 2010 Hernia Repria Sequelae, Ch. 56, pp. 439-444 (2010)

Kennelly, M. Opposing Views. Synthetic sling for index patients with stress urinary incontinence. J Urol 194, 18-20 (2015)

Kenton – 182 Outcomes and Complicatios of Burch, Fascial, and Midurethral Slings;

Kenton – 5 year Longitudinal follow-up after retropubic and Transobturator Mid Urethral Slings; The Journal of Urology Vol. 193, 203-210 January 2015

Kenton, K. Surgical management of stress urinary incontinence in women: Bladder neck fascial sling procedures. (2015)

Keys, Badlani, Goldman. Post-Implantation Alterations of Polypropylene in the Human. J Urol 2012; 188:27-32

Khan - [Pop 162, 10 yr fu] Long-term follow-up of a multicentre randomised controlled trial comparing tension-free vaginal tape, xenograft and autologous fascial slings for the treatment of stress urinary incontinence in women (2015)

Khan, Z., et al. Long-term follow-up of a multicentre randonised controlled trial comparing tension-free vaginal tape, xenograft and autoloous fascial slings for the treatment of stress urinary incontinence in women. BJU int 2015; 115: 968-977.

Khandwala, S. Experience with TVT-Secur sling for stress urinary incontinence: a 141-case analysis. Int Urogynecol J (2010) 21:767–772

Kim, Jung Jun. Randomized Comparative Study of the U-and H-type Approaches of the TVT-Secur Procedure for the Treatment of Female Stress Urinary Incontinence: One Year Follow-Up. Korean J Urol 2010;51:250-256

King, A. Current controversies regarding oncologic risk associated with polypropylene midurethral slings. Curr Urol Rep (2014) 15:453

King, A. Is there an association between polypropylene midurethral slings and malignancy. Urology 84: 789-792, 2014

Kinn – Burch Colposuspension for Stress Urinary Incontinence; Scand J Urol Nephrol 29: 449-455, 1995

Kjohede, P. Long-term Efficacy of Burch Colposuspension: A 14-year Follow-up Study. Acta Obstet Gynecol Scand 2005; 84: 767–772.

Kjolhede – Prediction of gential prolapse after Burch colposuspension; Acta Obstet Gynecol Scand 1996; 75:849-854

Klein-Patel – paper 11 – Ultra-Lightweight synthetic mesh has similar cellular response but increased tissue ingrowth relative to heavier weight prototype; Female Pelvic Medicine & Reconstructive Surgery, Volume 17, number 5, Supplement 2, September/October 2011

Klinge, U. Demands and Properties of the Alloplastic Implants for the Treatment of Stress Urinary Incontinence. Expert Rev. Med. Devices 4(3), 349–359 (2007)

Klosterhalfen – Influence of implantation interval on the long-term biocompatibility of surgical mesh; British Journal of Surgery 2002, 89, 1043-1048

Klutke, C. Urinary retention after tension-free vaginal tape procedure: incidence and treatment. (2001)

Kobashi, K. Erosion of woven Polyester Pubovaginal Sling. J Urology, Vol. 162, 2070–2072, December 1999

Kociszewski – Tape Functionality: Sonographic Tape Characteristics and Outcome after TVT incontinence Surgery; Neurourol. Urodynam. 27:485-490, 2008

Kokanali MK. "Risk factors for mesh erosion after vaginal sling procedures for urinary incontinence". Eur J Obstet Gynecol. 2014; 177:146-150.

Kolle, D. Bleeding Complications With The Tension-Free Vaginal Tape Operation. American Journal of Obstetrics and Gynecology (2005) 193. 2045-9

Kondo A, I so be Y, Kimura K, et al. Efficacy, safety and hospital costs of tension-free vaginal tape and pubovaginal sling in the surgical treatment of stress incontinence. J Obstet Gynaecol Res 2006;32:539- 544.

Koo, K. AUA Abs: MP81. Transvaginal mesh in the medica following the 2011 FDA update. (2015)

Koo, K., et al. Transvaginal Mesh in the Media Following the 2011 FDA Update. Urodynamics/Incontinence/Female Urology: Female Urology.

Korda – Experience with Silastic Slings for Female Urinary Incontinence; Aust NZJ Obstet Gynaecol 1989; 29:150

Krambeck, Elliott – Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model; Urology 67:1105-1110, 2006

Krofta L, Feyereisl J, Otcenasek M, Velebil P, Kasikova E, Krcmar M. TVT and TVT-0 for surgical treatment of primary stress urinary incontinence: prospective randomized trial. Int Uragynecol J 2010;21:141-148.

Krofta, L. TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. Int Urogynecol J (2010) 21:141–148

Krofta, L. TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. Int Urogynecol J (2010) 21:779–785

Kuehnert, Kling – In vivo MRI visualization of mesh shrinkage using surgical implants loaded with superparamagnetic iron oxides; Surg Endosc (2012) 26: 1468-1475

Kulseng-Hanssen, S. Follow-up of TVT Operations in 1,113 women with mixed urinary incontinence at 7 and 38 months. Int Urogynecol J (2008) 19:391–396

Kursh E, McGure E, Female Urology, 1994

Kuuva – A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure; Acta Obstet Gynecol Scand 2002; 81: 72-77

Kuuva N, Nilsson CG (2006) Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women. Acta Obstet Gynecol Scand 85:482-487

Kuvva – A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure; Acta Obstet Gynecol Scand 2002; 81-72-77

Labrie J, et al. Protocol for Physiotherapy Or TVT Randomised Efficacy Trial (PORTRET): a multicentre randomized controlled trial to assess the cost-effectiveness of the tension free vaginal tape versus pelvic floor muscle training in women with symptomatic moderate to severe stress urinary incontinence. BMC Womens Health. 2009;9:24

Labrie, Julien. Surgery versus Physiotherapy for Stress Urinary Incontinence. N Engl J Med (2013) 369:12, 1124-33.

Lamers BH, Vaart CH van der: Medium-term efficacy of pelvic floor muscle training for female urinary incontinence in daily practice. Int Urogynecol J Pelvic Floor Dysfunct 2007, 18(3):301-307

Lapitan, M. Open retropubic colposuspension for urinary incontinence in women (Review). The Cochran Collaboration, Wiley 2012.

Laterza RM, et al. "Sexuality after 1°-2°-3° Generation of Mid-Urethral Sling for Female Urinary Incontinence". n.j. n.d.; n.v.:n.p.

Latthe, P. Two routes of transobturator tape procedure in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials. BJUI (2009) 106 , 68 – 76

Latthe, P., et al. Transonturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. BJOG 2007; 114: 522-531.

Laumann – Sexual Dysfunction I the United States Prevalence and Predictors; JAMA, February 10, 1999 – Vol. 281, No. 6

Laurikainen – Five-year result of a randomized trial comparing retropubic and transobturator midurethal slings for stress incontinence; European Urology 65 (2014)1109-1114

Laurikainen - ICS Abs 2 Retropubic TVT compared with transobturator TVT (TVT-0) in treatment of stress urinary incontinence: five-year results of a randomized trial (2011)

Laurikainen E, Takala T, Aukee P, et al. Retropubic TVT compared with transobturator TVT (TVT-0) in treatment of stress urinary incontinence: five-year results of a randomized trial. Neuraural Uradyn 2011;30:803-805.

Laurikainen E, Valpas A, Aukee P, Kivelä A, Rinne K, Takala T, Nilsson CG (2014) Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol 65:1109-1114

Laurikainen, E. A nationwide analysys of transvaginal tape release for urinary retention after tension-free vaginal tape procedure. Int Urogynecol J (2006) 17: 111-119

Laurikainen, E. Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol 2014; http://dx.doi.org/10.1016/j.eururo.2014.01.031

Laurikainen, E. Retropubic Compared With Transobturator Tape Placement in Treatment of Urinary Incontinence. J Obstet Gynecol 2007;109:4-11

Laurikainen, E., et al. Five-year Results of a Randomized Trial Comparing Retropubic andTransobturator Midurethral Slings for Stress Incontinence. European Urology 65(2014) 1109-1114

Laurikainen, Five-year Reuslts of a Randomized Trial Comparing Retropubic and Transobturator Midurethral Slings for Stress Incontinence; *European Urology (2014)*

Laurikainen, Nilsson - (clean published) [Pop 254, 5 yr fu] Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence (2014)

Laursen, H., Colposuspension A.M. Burch – an 18-Year Followup Study. Neurourology and Urodynamics Vol. 13, No. 4, 1994.

Laursen. [Pop 771, span of up to 18 yrs] ICS Abs 67 Colposuspension A.M. Burch - An 18-Year Followup Study. Neurology and Urodynamics (1994) Vol 13, No. 4

Leach – Erosion of Woven polyester synthetic ( ("protegen") Pubvaginal Sling; The Journal of Urology,  Volume 161, April 1999

Lee - [Pop 120, 1 yr fu] A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence. 1-year followup (2007)

Lee (2012): Midurethral Slings for All Stress Incontinence: A Urology Perspective

Lee JH, Cho MC, Oh SJ, Kim SW, Paick JS (2010) Long-term outcome of the tension-free vaginal tape procedure in female urinary incontinence: a 6-year follow-up. Korean J Urol 51:409-415

Lee, B., et al. Changes in Sexual Function after Mid-Urethral Tape Sling Operations for Stress Urinary Incontinence in Korean Women. Korean J Urol 2009; 50: 908-915.

Lee, D., et al. Management of complications of mesh surgery. Curr Opin Urol 2015, 25:284-291.

Lee, E. Midurethral slings for all stress incontinence: A urology perspective. Urol Clin N Am 2012; 39: 299-310

Lee, E., Outcomes of Autologous Rectus Fascia Pubovaginal Sling for Severe Intrinsic Sphincter Deficiency and/or Recurrent Stress Urinary Incontinence: up to 11-year Follow-up. Urodynamics/Incontinence/Female Urology: Female Incontinence – Therapy II. Abstract: PD28-06.

Lee, K. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. Int Urogynecol J (2008) 19:577–582

Lee, K., et al. A Prospective Trial Comparing Tension-Free Vaginal Tape and Transobturator Vaginal Tape Inside-Out for the Surgical Treatment of Female Stress Urinary Incontinence: 1-Year Followup. The Journal of Urology Vol. 177, 214-218, January 2007.

Lee, Kyu-Sung. A Prospective Multicenter Randomized Comparative Study Between the U-and H-type Methods of the TVT Secur Procedure for the Treatment of Female Stress Urinary Incontinence: 1-Year Follow-up. EUROPEAN UROLOGY 57 (2010)

Leval, J. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J (2011) 22:145–156

Li B, Zhu L, Lang JH, Fan R, Xu T (2012) Long-term outcomes of the tension-free vaginal tape procedure for female stress urinary incontinence: 7-year follow-up in China. J Minim Invasive Gynecol 19: 201-205

Liapis A, Bakas P, Christopoulos P, Giner M, Creatsas G. Tension-free vaginal tape for elderly women with stress urinary incontinence. Int J Gynaecol Obstet 2006;92:48-51.

Liapis A, Bakas P, Creatsas G (2010) Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow-up. Eur J Obstet Gynecol Reprod Biol 148:199-201

Liapis A, Bakas P, Creatsas G. Burch colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. Eur Ural 2002;41:469-473.

Liapis, A. Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Urogynecol J (2008) 19:185–190

Liapis, A. Tension-Free Vaginal Tape versus Tension-Free Vaginal Tape Obturator in Women with Stress Urinary Incontinence. Gynecol Obstet Invest 2006;62:160-164

Liapis, Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up; *European Journal of Obstetrics & Gynecology and Reproductive Biology 148 (2010) 199-201*

Liapis, Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up; *Int Urogynecol J (2008) 19:1509-1512*

Liebert. Subcutaneous Implants of Polypropylene Filaments. J Biomed Mater Res, Vol. 10, 939-951

Lim YN, Muller R, Corstiaans A, Dietz HP, Barry C, Rane A. Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial. Australian NZ J Obstet Gynaecol 2005;45:52-59.

Lim, J. Short-term clinical and quality-of-life outcomes in women treated by the TVT-Secur procedure. Australian and New Zealand Journal of Obstetrics and Gynaecology 2010; 50: 168–172

Lim, J.L. Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. BJOG 2006;113:1315–1320.

Lleberia, J. Surgical Treatment of Mixed Urinary Incontinence: effect of anterior colpoplasty. Int Urogynecol J (2011) 22:1025–1030

Lo – Ultrasonographic and Urodynamic evaluation after tension free vagina tape procedure (TVT); Acta Obstet Gynecol Scand 2001; 80:65-70

Lo – Ultrasound Assessment of Mid-Uretha Tape at Three-year Follow-up After Tension-free Vaginal Tape Procedure; Urology 63:671-675, 2004

Long Lin, A. In Vivo Tension Sustained By Fascial Sling in Pubovaginal Sling Surgery for Female Stress Urinary Incontinence. J urology (March 2005) Vol. 173, 894–897

Lord – A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and suprapubic urethral support sling for treating stress incontinence; 2006 BJU International, 98, 367-376

Lord HE, Taylor JD, Finn JC, et al. A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and supra pubic urethral support sling for treating stress incontinence. BJU Int 2006;98:367-376.

Lose – Voiding Difficulties After Colposuspension; Obstet Gynecol 69:33, 1987

Lose G, Jorgensen L, Mortensen SO, Molsted-Pedersen L, Kristensen JK. Voiding difficulties after colposuspension.,Obstrt Gynecol 1987; 69: 33-37.

Lucas, EAU Guidelines on Surgical Treatment of Urinary Incontinence; *European Urology 62 (2012) 1118-1129*

Lukacz – The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longtundinal evaluation ; In Urogynecol J (2003) 14: 179-184

Maaita, M. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU International (2002), 90, 540–543

Madhuvrata P, Riad M, Ammembal MK, Agur W, Abdel-Fattah M (2012) Systematic review and meta-analysis of "inside-out" versus "outside-in" transobturator tapes in management of stress urinary incontinence in women. Eur J Obstet Gynecol Reprod Biol 162:1–10

Magee, G., et al. A Real-World Comparative Assessment of Complications Following Various Mid-Urethral Sling Procedures for the Treatment of Stress Urinary Incontinence. Journal of Long-Term Effects of Medical Implants, 22(4): 329-340 (2012).

Magno-Azevedo, V. Single Incision Slings: Is There a Role?. Curr Bladder Dysfunct Rep (2013) 8:19–24

Maher – Pubovaginal or Vicryl Mesh Rectus Fascia Sling in Intrinsic Sphincter Deficiency; Int Urogynceol J (2001) 12:111-116

Maher C, Qatawneh A, Baessler K, Croppe M, Schluter P. Laparoscopic colposuspension or tension-free vaginal tape for recurrent stress urinary incontinence and/or intrinsic sphincter deficiency-a randomized controlled trial. Neurourol Urodyn 2004;23:433-434.

Maldonado, P., et al. Patient satisfaction following midurethral sling surgeries. Curr Opin Obstet Gynecol 2014, 26: 404-408.

Markland (2011) Prevalence and trends of urinary incontinence in adults in the United States, 2001 to 2008

Marks, B. Controversies in the management of mesh-based compliacions: A urology perspective. Urol Clin N Am 39, 419-428 (2012)

Martan, A. TVT SECUR System - Tension-free Support of the Urethra in Women Suffering from Stress Urinary Incontinence - Technique and Initial Experience. Ces. Gynek. 72, 2007, C. 1 s.42-49

Mary, C. Comparison of the In Vivo Behavior of Polyvinylidene Flouride and Polypropylene Sutures Used in Vascular Surgery. ASAIO Journal 1998

Masata J, Svabik K, Drahoradova P, et al. Randomized prospective trial of a comparison of the efficacy of TVT-0 and TVT secur system in the treatment of stress urinary incontinent women - comparison of the long- and short-term results. Neurourol Urodyn 2011;30:805-806.

Masata, J. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT Secur systems in the treatment of stress urinary incontinent women –2-year follow-up. Int Urogynecol J (2012) 23:1403–1412

Mathias - Chronic Pelvic Pain: Prevalence, Health-Related Quality of Life, and Economic Correlates; Obstetrics & Gynecology, Vol. 87, No. 3 March 1996

McCracken GR, Henderson NA, Ashe RG (2007) Five year follow-up comparing tension-free vaginal tape and colposuspension. Ulster Med J 76:146-149

McGuire – Efficacy and Preoperative Prognostic Factors of Autologous Fascia Rectus Sling for Treatment of Female Stress Urinary Incontinence; Urology 78:1034-1039, 2011

McGuire – Experience with pubovaginal slings for urinary incontinence at the University of Michigan; The journal of Urology, Vol. 138, September 1987

McLennan, M. Bladder Perforation During Tension-Free Vaginal Tape Procedures: Abdominal versus Vaginal Approach. Female Pelvic Medicine & Reconstructive Surgery, Volume 18, Number 1, January/February 2012

Memo re R&D Memo on PA Mesh assessments for TVTO-PA [ETH.MESH.09922570-78]

Meschia M, Pifarotti P, Spennacchio M, Buonaguidi A, Gattei U, Somigliana E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gyneco/ 2004;190:609-6713.

Meschia, M. Tension-free tape (TVT) and intravaginal slingplasty (IVS) for stress urinary incontinence: A multicenter randomized trial. American Journal of Obstetrics and Gynecology (2006) 195, 1338-42

Meschia, M. Tension-free vaginal tape: analysis of risk factors for failures. Int Urogynecol J (2007) 18:419–422

Meschia, M. TVT-Secur: A Minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial. Int Urogynecol J (2009) 20:313–317

Meyer CP, Trinh QD. "Complications After Surgery for Stress Urinary Incontinence". The Migliari – Tension-free Vaginal mesh Repair for Anterior Vaginal Wall Prolapse; Eur Urol 2000;38:151-155

Migliari – TVT (tension-free vaginal tape) Procedure for St--- Urinary Incontinence; The Journal of Urology,  Volume 161, April 1999

Minassian, V., et al. Tension-Free Vaginal Tape: Do Patients Who Fail to Follow-up Have the Same Results as those Who Do? Neurourol. Urodynam. 24:35-38, 2005.

Mitsui – Clinical and urogynamic outcomes of pubvaginal sling procedure with autologous rectus fascia for stress urinary incontinence; Int J Urology (2007) 14, 1076-1079

Moalli, Nager. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J (2014)

Moalli, P. Tensile properties of file commonly use mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655 663

Moen, M., A Comparison of Midurethral Sling Versus Burch Urethropexy for Treating Urodynamic Stress Incontinence at the Time of Abdominal Sacrocolpopexy. Journal of Pelvic Medicine & Surgery, Vol. 15, No. 2, March/April 2009.

Mohamad Al-Ali B, Hutterer GC, Puchwein E, Pummer K, Novara G, Primus G (2013) Clinical impact of body mass index on the outcome of the SPARC-sling system for the treatment of female stress urinary incontinence. World J Urol 31:875-80

Moher D, Liberati A, Tetzlaff J, Altman DG, PRISMA Group (2009) Reprint – preferred reporting items for systematic reviews and meta analyses: the PRISMA statement. Phys Ther 89:873–880

Moss – A multicentre review of the tension-free vaginal tape procedure in clinical practice; Journal of Obstetrics and Gynaecology (2002) Vol. 22, No. 5, 519-522

Mostafa A, Lim CP, Hopper L, Madhuvrata P, Abdel-Fattah M (2014) Single-incision mini-slings versus standard midurethral slings in surgical management of female stress urinary incontinence: an updated systematic review and meta-analysis of effectiveness and complications. Eur Urol 65:402–427

Mundy AR. A trial comparing Stamey bladder neck suspension procedure with colposuspension for the treatment of stress incontinence. Br J Urol1983; 55: 687-690.

Muznai D, Canill E, Dubin C, Silverman I. Retropubic vaginopexy for the correction of urinary stress incontinence. Obsret Gynecol 1992; 59: 113-1 17

Nager (2014): AUGS – Final Presidential Blog.

Nager, C. A Randomized Trial of Urodynamic Testing before stress-incontinence surgery. N Engl J Med 2012; 366: 1987-97

Nager, C. Synthetic full-length midurethral slings remain the standard of care for SUI surgery. OBG Management 2012; 24(11): 6-7

Nager, Chares. Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. N Engl J Med 366;21 1987-1997; Supplementary Index

Nager, Charles. Design of the Value of Urodynamic Evaluation (ValUE) Trial: A Non-Inferiority Randomized Trial of Preoperative Urodynamic Investigations. Contemp Clin Trials. 2009 November ; 30(6): 531–539

Nambiar A, Cody JD, Jeffery ST (2014) Single-incision sling opera-tions for urinary incontinence in women. Cochrane Database Syst Rev 6:CD008709

Nerli RB, Kumar AG, Koura A, Prabha V, Alur SB. Transobturator vaginal tape in comparison to tensionfree vaginal tape: A prospective trial with a minimum 12 months follow-up. Indian J Uro/ 2009;25:321- 325.

Neuman M, Sosnovski V, Kais M, Ophir E, Bornstein J (2011) Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence: early postoperative pain and 3-year follow-up. J Minim Invasive Gynecol 18:769-773

Neuman, M. Perioperative Complication and Early Follow-up with 100 TVT-Secur Procedures. Journal of Minimally Invasive Gynecology (2008) 15,480--484

Neuman, M. Post Tension-free Vaginal Tape Voiding Difficulties. Journal of Pelvic Medicine and Surgery • Volume 10, Number 1, January/February 2004

Neuman, M. Training TVT Secur: The first 100 Teaching Operations. Int Urogynecol J (2007) 18 (Suppl 1):S25–S105

Neuman, M. Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence: Early Postoperative Pain and 3-Year Follow-up. Journal of Minimally Invasive Gynecology (2011) 18, 769–773

Neuman, M. TVT and TVT-Obturator: Comparison of Two Operative Procedures. Int Urogynecol J (2006) 17 (Supp. 2) S101-152

Nguyen, J. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants. Obstetrics & Gynecology 119; 3: 539-546 (2012)

NICE Clinical Guideline 171- Urinary Incontinence: The management of urinary incontinence in women. Issued September 2013. (guidance.nice.org.uk/cg171)

Niemczyk - [Pop 100, 2 mo fu] United States Experience with Tension-Free Vaginal Tape Procedure for Urinary Stress Incontinence: Assessment of Safety and Tolerability (2001)

Niemczyk – United Stated experience with tension-free vaginal tape Procedure for urinary stress incontinence: Assessment of safety and tolerability; Techniques in Urology Vol. 7, No. 4, pp261-265

Nilsson - [Pop 58, 17 yrs fu] Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence (2013)

Nilsson - Creating a gold standard surgical procedure. The development and implementation of TVT.  Int Urogynecol J (2015)

Nilsson – Female urinary incontinence: patient-reported outcomes 1 year after midurethral sling operations; Int Urogynecol J (2012) 23:1353-1359

Nilsson – Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence; In Urogynecol J DOI 10.1007/s00192-013-2090-2

Nilsson CG, Palva K, Aarnio R, Morcos E, Falconer C (2013) Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J 24: 1265-1269

Nilsson, C. G. Long-Term Results of the Tension Free Vaginal Tape. Int Urogynecol J (2001) (Suppl 2):S5 S8

Nilsson, C. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004) 104, 1259-1262

Nilsson, C.G. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047

Nilsson, C.G. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J. 2013;24(8):1265-9

Nilsson, Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatement of stress urinary incontinence; *Int Urogynecol J (2008) 19: 1043-1047*

Nilsson, Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontience; *Int Urogynecol J (2013)*

North, C. A 2-year observational study to determine the efficacy of a novel single incision sling procedure (Minitape™) for female stress urinary incontinence. BJOG 2010; 117: 356-360

North, C., et al. A 2-year observational study to determine the efficacy of a novel single incision sling procedure (Minitape) for female stress urinary incontinence. BJOG 2010; 117:356-360.

North, CE, Hilton P, Ali-Ross NS, Smith ARB. A 2-year observational study to determine the efficacy of a novel single incision sling procedure (MinitapeTM) for female stress urinary incontinence. BJOG 2010; 117:356-360

Norton, P. Collagen synthesis in women with Genital Prolapse or Stress Urinary Incontinence. (Abstract  only) 1992

Novara G, ArtibaniW., Barber MD, Chapple CR, Costantini E, Ficarra V, Hilton P, Nilsson CG, Waltregny D (2010) Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. Eur Urol 58: 218–238

Novara G, et al. Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol. 2008 Feb;53(2):288-308.

Novara G, et al. Tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials of effectiveness. Eur Urol. 2007 Sep;52(3):663-78.

Novara G, Galfano A, Boscolo-Berto R, Secco S, Cavalleri S, Ficarra V, Artibani W (2008) Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol 53:288–308

Nwabineli NJ, Mittal S, Russell M, Coleman S (2012) Long-term results of urinary stress incontinence treated with mid-urethral tape as a standalone operation or in combination with pelvic floor reconstruction. J Obstet Gynaecol 32:773-777

Nygaard (2008) Pelvic Floor Disorders Network: Prevalence of symptomatic pelvic floor disorders in US women. JAMA. 2008 Sep 17;300(11):1311-6. doi: 10.1001/jama.300.11.1311.

Nygaard (2013) Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse

Nyyssönen V, Talvensaari-Mattila A, Santala M (2014) A prospective randomized trial comparing tension-free vaginal tape versus transobturator tape in patients with stress or mixed urinary incontinence: subjective cure rate and satisfaction in median follow-up of 46 months. Scand J Urol 48:309-315

Obloza, A., et al. The Current Role of Retropubic Suspensions. Cuff Bladder Dysfunct Rep (2015) 10: 57-63.

Ogah J, Cody DJ, Rogerson L (2011) Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane review. Neurourol Urodyn 30:284–291

Ogah J. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. Cochrane Database Syst Rev. (2009) Oct 7;(4):CD006375

Ogah, J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence inWomen: A Short Version Cochrane Review. Neurourology and Urodynamics 30:284–291 (2011)

Ogah, J., et al. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women (Review). The Cochran Collaboration, Wiley 2010.

Ogah, J., et al. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women: A Short Version Cochran Review. Neurourology and Urodynamics 30:284-291 (2011).

Okulu, E. [Pop144, 4 yr fu, Vypro, Ultrapro, Prolene soft] Use of three types of synthetic mesh material in sling surgery: A prospective randomized clinical trial evaluating effectiveness and complications. Scandinavian Journal of Urology, 2013; 47:217-224

Okulu, E. Use of three types of synthetic mesh material in sling surgery: A prospective randomized clinical trial evaluating effectiveness and complications. Scandinavian Journal of Urology, 2013; 47: 217-224

Oliphant (2009): Trends in Stress Urinary Incontinence Inpatient Procedures in the United States, 1979-2004.

Oliphant, S. Trends in stress urinary incontinence inpatient procedures in the United States, 1979-2004. Am J Obstet Gynecol 2009; 200:521.e1-521.e6

Oliveira, R. Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT_Secur, and Mini-Arc: Results at 12-month Follow-up. EurUrol (2011),doi:10.1016/j.eururo.2011.01.018

Oliveira, R. Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. BJU International 104, 225–228

Olsen, AL. Epidemiology of surgically managed pelvic organ Prolapse and Urinary Incontinence. Obstet Gynecol. 1997 Apr;89(4):501-6.

Olsson – A Three-year postoperative evaluation of tension-free vaginal tape; Gynecol Obstet Invest 1999; 48:267-269

Olsson – Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence; Int Urogynecol J (2010) 21:679-683

Olsson I, Abrahamsson AK, Kroon UB (2010) Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: a retrospective follow-up 11.5 years post-operatively. Int Urogynecol J 21:679-683

Olsson, I. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: A retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679–683

Ortega-Castillo – Surgical Complication with Sythetic Materials; Urinary Incontinence, Mr. Ammar Alhasso (Ed.), InTech

Osborn, D. Obesity and Female Stress Urinary Incontinence. Urology 2013; 82(4): 759-63

Ostergard D, Bent A, Urogynecology & Urodynamics: Theory and Practice - Fourth Edition, 1996

Ozel – The Impact of pelvic Organ Prolapse on Sexual Function in Women with Urinary Incontinence; in Urogynecol J (2005) 17:14-17

Padilla-Fernández B, et al. Results of the surgical correction of urinary stress incontinence according to the type of transobturator tape utilized. Arch Ital Urol Androl. 2013;85:149-53.

Paiva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-1055.

Palobma, S. A randomized controlled trial comparing three vaginal kits of single-incision mini-slings for stress urinary incontinence: surgical data. European Journal of Obstetrics & Gynecology and Reproductive Biology 163 (2012) 108–112

Palva, K. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J (2010) 21:1049-1055

Palva, Nilsson - [Pop 267, 36 mo fu] A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator. 36-month results (2010)

Paraiso MFR, Walters MD, Karram MM, Barber MD. Laparoscopic Burch colposuspension versus tensionfree vaginal tape: a randomized trial. Obstet Gyneco/ 2004;104:1249-1258.

Park YJ, Kim DY (2012) Randomized controlled study of MONARC vs. tension-free vaginal tape obturator (TVT-O) in the treatment of female urinary incontinence: comparison of 3-year cure rates. Korean J Urol 53:258-262

Parnell JPII, Marshall VF, Vaughan ED Jr. Management of recurrent urinary stress incontinence by the Marshall-Marchetti-Krantz vesicourethropexy. J Urol 1984; 132: 912-914.

Patel, M. Is Burch or mid-urethral sling better with abdominal sacral colpopexy? Int Urogynecol J 2009; 20: 787-790

Pauls / Karram (2005): Practice Patterns of physician members of the American Urogynecologic Society [AUGS] regarding female sexual dysfunction: results of a national survey.

Pauls, R. Practice patterns of physician members of the American Urogynecologic Society regarding female sexual dysfunction: results of a national survey. Int Urogynecol J 2005; 16: 460-467

Perkins, C. The role of mid-urethral slings in 2014: Analysis of the impact of litigation on practice. Curr Bladder Dysfunct Rep (2015) 10:39-45

Perkins, C., et al. The Role of Mid-urethral Slings in 2014: Analysis of the Impact of Litigation on Practice. Curr Bladder Dysfunct Rep (2015) 10: 39-45.

Petros - Creating a gold standard surgical procedure. The development and implementation of TVT. Int Urogynecol J (2015)

Petros PE, Ulmsten UI. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scandinavian Journal of Urology and Nephrology. Supplementum 1993;153:1–93

Petros PE, Ulmsten UI. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstetricia et Gynecologica Scandinavica. Supplement 1990;153:7–31.

Petros, P. Creating a gold standard surgical device: scientific discoveries leading to TVT and beyond. Ulf Ulmsten Memorial Lecture 2014. Int Urogynecol J (2015) 26: 471-476.

Petros, Ulmsten - An integral theory and its method for the diagnosis and management of female urinary incontinence. (1993)

Porena M, Costantini E, Frea B, et al. Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial. Eur Uro/ 2007;52:1481-1490.

Porena, M. Tension-Free Vaginal Tape versus Transobturator Tape as Surgery for Stress Urinary Incontinence: Results of a multicenter Randomised Trial. European Urology 52 (2007) 1481-1491

Prien-Larsen JC, Hemmingsen L (2009) Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene tape. Int Urogynecol J Pelvic Floor Dysfunct 20:703-9

Pulliam (2007): Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists [AUGS].

Pulliam, S. Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. Int Urogynecol J (2007) 18:1405 1408

Rajendra M, Han HC, Lee LC, Tseng LAA, Wong HF (2012) Retrospective study on tension-free vaginal tape obturator (TVT-O). Int Urogynecol J 23:327-334

Rechberg, T. A randomized comparison between monofilament and multifilament tapes for stress incontinencesurgery. Int Urogynecol J (2003) 14: 432–436

Rechberger, T. Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol (1998) 1511-1514

Rehman, H., et al. Traditional suburethral sling operations for urinary incontinence in women (Review). The Cochran Collaboration, Wiley 2011.

Reich A, Kohorst F, Kreienberg R, Flock F (2011) Long-term results of the tension-free vaginal tape procedure in an unselected group: a 7-year follow-up study. Urology 78:774-777

Rezapour - [Pop 34, 4 yr fu] Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence - A Long-term Follow up. Int Urogynecol J (2001) (Suppl 2): S9-S11

Rezapour - [Pop 49, mean 4 yr fu] Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2): S12-S14

Rezapour - [Pop 80, 4 yr fu] Tension-Free Vaginal Tape (TVT) in Women with Mixed Urinary Incontinence - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2): S15-S18

Rezapour M, Ulmsten U. Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long Term Follow Up. Int Urogynecol J. 2001;Suppl 2:S9-S11.

Richter – Patient related Factors Associated with Long-term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries; The Journal of Urology Vol. 188, 485-489, August 2012

Richter – Retropubic versus Transobturator midurethral Slings for Stress Incontinence; N Engl J Med 362; 22 2010

Richter HE, A Trial of Continence Pessary vs. Behavioral Therapy vs. Combined Therapy for Stress Incontinence (ATLAS); Obstet Gynecol. 2010 March; 115(3): 609–617

Richter, H. Patient Related Factors Associates with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. J Uro, Vol. 188, 485-489, August 2012

Richter, H. Retropubic versus Transobturator Midurethral Slings for Stress incontinence. n engl j med (2010) 362;22. 2066-2076

Rinne – Dynamic MRI confirms support of the mid uretha by TVT and TVT-O surgery for stress incontinence; Nondic Federation of Societies of Obstetrics and Gynecology 90 (2011) 629-635

Rinne K, et al. "A randomized trial comparing TVT with TVT-O: 12 month-results". Int Urogynecol J. 2008; 19:1049-1054.

Rinne, Nilsson - [12 mo fu] A randomized trial comparing TVT with TVT-O. 12 month results (2008)

Riva D, Sacca V, Tonta A, et al. T.V.T. versus T.O.T: a randomized study at 1-year follow-up. Int Urogynecol J 2006;17(Suppl 2):S93.

Rockville (MD): US Department of Health and Human Services. Public Health Service, Agency for Health Care Policy and Research, 1996.

Rogers (2010): What's Best in the Treatment of Stress Urinary Incontinence?  New England Journal of Medicine.

Rogo-Gupta (2013): Trends in the Surgical Management of Stress Urinary Incontinence Among Female Medicare Beneficiaries, 2002-2007.

Rogo-Gupta, L. Trends in the surgical management of stress urinary incontinence among female medicare beneficiaries, 2002-2007. Urology 2013; 82(10: 38-41

Rogo-Gupta, L., Ch 9 Pain Complications of Mesh Surgery in Goldman's Complications of Female incontinence and pelvic reconstructive surgery. 2013. 87-105.

Ross - Single incision device (TVT Secur) versus retropubic tension-free vaginal tape device (TVT) for the management of stress urinary incontinence in women: a randomized clinical trial (2014)

Ross S, Robert M, Lier D, Eliasziw M, Jacobs P. Surgical management of stress urinary incontinence in women: safety, effectiveness and cost-utility of trans-obturator tape (TOT) versus tension-free vaginal tape (TVT) five years after a randomized surgical trial. BMC Women's Health 2011;11:34.

Rovner ES. Complications of Female Incontinence Surgery, n.p., n.p.: n.p.; n.d.

Schierlitz L, Dwyer PL, Rosamilia A, Murray C, Thomas E, de Souza A, Hiscock R (2012) Three-year follow-up of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency. Obstet Gynecol 119(2 Pt 1):321-327

Schierlitz L, et al. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (tvt) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2010;21(Suppl I):S2-S3.

Schimpf MO, Rahn DD, Wheeler TL et al (2014) Sling surgery for stress urinary incontinence in women: a systematic review and meta-analysis. Am J Obstet Gynecol 211:71.e1–71.e27

Schimpf, M., et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014; 210: 1.e1-1.e24.

Schiotz, H. Ten-year follow-up after conservative treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:911–915

Schraffordt Koops – The effectiveness of tension-free vaginal tape (TVT) and quality of life measured in women with previous urogynecologic surgery; Analysis from the Netherlands TVT database; American Journal of Obstetrics and Gynecology (2006) 195, 439-44

Schraffordt Koops –Quality of life before and after TVT, a prospective multicenter cohort study, results from the Netherlands TVT database; BJOG 2006; 113-26-29

Schraffordt Koops –Result of the Tension-free vaginal tape in patients with concomitant prolapse surgery; a 2-year follow-up study. An Analysis from the Netherlands TVT database; In Urogynecol J (2007) 18;437-442

Scion PA- SUI Treatment Unmet Needs Exploratory Research [ETH.MESH.02219584]

Seklehner, S., et al. A Meta-Analysis of the Performance of Retropubic Mid Urethral Slings versus Transobturator Med Urethral Slings. The Journal of Urology, Vol. 193, 909-915, March 2015.

Serati M, Bauer R, Cornu JN, Cattoni E, Braga A, Siesto G, Lizée D, Haab F, Torella M, Salvatore S (2013) TVT-O for the treatment of pure urodynamic stress incontinence: efficacy, adverse effects, and prognostic factors at 5-year follow-up. Eur Urol 63:872-878

Serati M, Ghezzi F, Cattoni E, Braga A, Siesto G, Torella M, Cromi A, Vitobello D, Salvatore S (2012) Tension-free vaginal tape for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 10-year follow-up. Eur Urol 61:939-946

Serati, M. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up. E Uro 61 (2012) 939 – 946

Serati, Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-up; *European Urology 61 (2012) 939-946*

Serati, TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-year Follow-up; *European Urology 63 (2013) 872-878*

Seratti, M. TVT-O for the treatment of Pure Urodynamics Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. EUROPEAN UROLOGY 63 (2013) 872 – 878

Serey-Eiffel, S., et al. Outpatient suburethral sling in women: Review of the literature. Prog Urol (2015) http://dx.doi.org/10.1016/j.purol.2015.06.001

SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks

Shah, S. Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? UROLOGY 65: 270–274, 2005

Shaker D. "Do Complications Affect Patients' Assessment of the Outcome of Tension Free Vaginal Tape Procedure (TVT)?". . 2015; 26 (Suppl 1):S23-S174.

Sharifiaghdas F, Martazavi N. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. Med Prine Pract 2008;17:209-214.

Sharifiaghdas, F. [Pop 100, mean 40 mos fu] Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: A medium-term follow-up

Shepherd – Uniaxial biomechanical Properties of seven different vaginally implanted meshes for pelvic organ prolapse; Int Urogynecol J (2012) 23:613-620

Shin, Y. Efficacy and Safety of the TVT-Secur and Impact on Quality of Life in Women with Stress Urinary Incontinence: A 2-Year Follow-up. Korean J Urol 2011;52:335-339

Shippey, S. Contemporary Approaches to Cystocele Repair: A Survey of AUGS Members. The Journal of Reproductive Medicine, 53:11 (Nov 2008).

Sivaslioglu AA, Unlubilgin E, Aydogmus S, Keskin L, Dolen I (2012) A prospective randomized controlled trial of the transobturator tape and tissue fixation mini-sling in patients with stress urinary incontinence: 5-year results. J Urol 188:194-

Sivaslioglu, A. A., et al. The management of recurrent cases after the Burch colposuspension: 7 years experience. Arch. Gynecol. Obstet. 283, 787–790 (2011).

Smith, T. Pathologic evaluation of explanted vaginal mesh: Interdisciplinary experience from a referral center. Female Pelvic Med Reconstr Surg 2013; 19:238-241

Sobhgol – Rate and related factors of Dyspareunia in reproductive age women: a cross-sectional study; International Journal of Impotence Research (2007) 19, 88-94

Sola V, et al. "Six Hundred Meshes Under the Urethra in the Urinary Incontinence Surgical Treatment with Three generations of Sub-Mid Urethral Tapes: Comparing Results". Int Urogynecol J. 2010; 22 (Suppl 2):S197-S1768.

Sola, V. Third Generation Sub-Mid Urethral Mesh: Experience with 110 TVT-Secur. Arch. Esp. Urol. 2009; 62 (5): 376-388

Song PH, Kim YD, Kim HT, Lim HS, Hyun CH, Seo JH, Yoo ES, Park CH, Jung HC, Gomelsky A (2009) The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU Int 104:1113-1117

Song, X., et al. The valve of the preoperative 1-h pad test with pessary insertion for prediction the need for a mid-urethral sling following pelvic prolapse surgery: a cohort study. World J Urol DOI 10.1007/s00345-015-1590-8

Srinivasan, A., et al. Myofascial Dysfunction Associated with Chronic Pelvic Floor Pain: Management Strategies. Current Pain and Headache Reports 2007, 11: 359-364.

Stanford, E. A Comprehensive Review of Suburethral Sling Procedure Complications. Journal of Minimally Invasive Gynecology (2008) IS, 132- 145 © 2008

Stanford, E., et al. Evaluation of Local Tolerance and of Tissue Integration with Knitted Urethral Support Prosthesis in Rabbits. Int Urogynecol J (2006) 17 (Suppl. 2): S101-S152.

Stanton S, Zimmern P, Female Pelvic Reconstructive Surgery, 2002

Steege J, Metzger D, Levy, Chronic Pelvic Pain: An Integrated Approach, 1998

Summitt RL Jr, Bent AE and Ostergard DR. The pathophysiology of genuine stress incontinence. Int Urogynecol J 1990;1:12-18.

Summitt RL. Bent AE, Ostergard DR, Hams TA. Suburethral sling procedure for genuine stress incontinence and low urethral closure pressure: a continued experience. lni Urogynecol J 1992; 3: 18-21.

Suskind (2013): Effectiveness of Mesh Compared with Nonmesh Sling Surgery in Medicare Beneficiaries.

Suskind, A. Effectiveness of mesh compared with nonmesh sling surgery in medicare beneficiaries. Obstet Gynecol 2013 122(3): 546-52

Sutcliffe, S., et al. Urological chronic pelvic pain syndrome flares and their impact: qualitative analysis in the MAPP network. Int Urogynecol J (2015) 26:1047-1060.

Svenenningsen – Long-term follow-up of the retropubic tension-free vaginal tape procedure; Int Urogynecol J  DOI 10.1007s/00192-013-2058-2

Svenningsen - (Norwegian registry) Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-8

Svenningsen R, Staff AC, Schiøtz HA, Western K, Kulseng-Hanssen S (2013) Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J 24:1271-1278

Svenningsen, Long-term follow-up of the retropubic tension-free vaginal tape procedure; *Int Urogynecol J (2013)*

Svenningsen, R. Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourol. Urodynam, 2013 Wiley Periodicals.

Syan, R. et al. Guidelines of Guidelines: Urinary Incontinence - Review of Urinary Incontinence Guidelines.  DOI: 10.1111/bju.13187.

Tammaa – Oral Poster 18 – Retropubic versus Transobturator TVT; Five-Year Results of the Austrian Trial; Abstracts/Journal of Minimally Invasive Gynecology 21 (2014) S1-S24

Tamussino – Tension-free Vaginal Tape Operation; Results of the Austrian Registry; The American College of Obstetrics and Gynecologists, Vol. 98, No. 5, part 1 November 2001

Tamussino, K. Tension-free vaginal tape operation: Results of the Austrian Registry. Obstet Gynecol 2001; 98: 732-6

Tamussino, K. Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. Am J Obstet Gynecol 2007;197:634.e1-634.e5.

Tamussino, K.F. Tension-Free Vaginal Tape Operation: Results of the Austrian Registry. (2003)

Tan PF, Yang LL, Ou RB, Tang P, Yang WJ, Huang JB, Wei W, Wei XH, Wang B, Xie KJ (2014) Effectiveness and complication rates of tension-free vaginal tape, transobturator tape, and tension-free vaginal tape-obturator in the treatment of female stress urinary incontinence in a medium- to long-term follow up. Meta-analysis of randomized controlled trials. Saudi Med J 35:20–32

Tan, P., et al. Effectiveness and complication rates of tension-free vaginal tape, transobturator tape, and tension-free vaginal tape-opturator in the treatment of female stress urinary incontinence in a medium- to long-term follow up. Saudi Med J 2014; Vol. 35 (1): 20-32.

Tang, X. Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. Journal of Minimally Invasive Gynecology (2013) 20, 455–459

Tassussino – The Austrian Tension-Free Vaginal Tape Registry; Int Urogynecol J (2001) (Suppl 2) S28-S29

Tate, A. The use of infection prevention practices in female pelvic medicine and reconstructive surgery. Curr Opin Obstet Gynecol. 2010 Oct;22(5):408-13

Tellez Martinez-Fornes M, Fernandez Perez C, Fouz Lopez C, Fernandez Lucas C, Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. Actas Ural Esp 2009;33: 1088-1096.

Teo R, Moran P, Mayne C, Tincello D. Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011;185:1350-1355.

Thiagamoorthy – Sexual function after urinary incontinence surgery; Maruritas 81 (2015) 243-247

Tincello – The TVT worldwide observational registry for long-term data: safety and efficacy of suburethral sling insertion approaches for stress urinary incontinence in women;  the Journal of Urology, Vol. 186, 2310-2315, December 2011

Tincello –063 Twelve-Month Objective and Subjective outcomes from a worldwide registry of tension-free vaginal tapes in women with stress urinary incontinence; In Urogynecol J (2009) 20 (Suppl 2); S73-S239

Tincello DG, Kenyon S, Slack M, et al. Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference trial (CARPET 1). BJOG 2009;116:1809-1814.

Tincello. The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. Jurology (2011) Vol. 186, 2310-2315

Tommaselli GA, D'Afiero A, di Carlo C, Formisano C, Fabozzi A, Nappi C (2013) Tension-free vaginal tape-O and -Secur for the treatment of stress urinary incontinence: a thirty-six-month follow-up single-blind, double-arm, randomized study. J Minim Invasive Gynecol 20:198-204

Tommaselli, G. Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence: a 12-months preliminary study. International Journal of Gynecology & Obstetrics 119S3 (2012) S261–S530

Tommaselli, G. Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2010) 21:1211–1217

Tommaselli, G. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol (2012)

Tommaselli, G. Tension-Free Vaginal Tape-O and –Secur for the Treatment of Stress Urinary Incontinence: A Thirty-Six-Month Follow-up Single-blind, Double-arm, randomized study. Journal of Minimally Invasive Gynecology (2013) 20, 198–204

Tommaselli, G. TVT-Secur for the treatment of female stress urinary incontinence: a 24-month follow-up retrospective study. Arch Gynecol Obstet (2012) 286:415–421

Tommaselli, G., et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J DOI 10.1007/s00192-015-2645-5

Tommaso, M., et al. Fibromyalgia comorbidity in primary headaches. Cephalalgia, 2008, 29, 453-464.

Trabuco, E. Midurethral slings for the treatment of stress urinary incontinence. Long-Term Follow-up. (2014)

Tseng LH, Wang AC, Lin Y-H, Li S-J, Ko Y-J. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:230-235.

Tunn – Changes I the MRI morphology of the stress continence control system after TVT (tension-free vaginal tape) insertion; European Journal of Obstetrics & Gynecology and Reproductive Biology 131 (2007) 2009-213

Tzartzeva, K., et al. Who reports sling and mesh complications to the utilization of the manufacturer and user facility device experience (Maude) database? Neurourology and Urodynamics DOI 10.1002/nau

UITN – The Trial of Mid-Uretral Slings (TOMUS); Design and methology; The Journarl of Applied Research, Vol. 8, No. 1 2008

Ulmsten – A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence; British Journal of Obstetrics and Gynaecology April 1999, Vol 106, pp. 345-350

Ulmsten (1987) Different biochemical composition of connective tissue incontinent and stress incontinent women

Ulmsten U, Henriksson L, Johnson P, Varhos G. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. International Urogynecology Journal including Pelvic Floor Dysfunction 1996;7(2):81–5.

Ulmsten, U. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J, (1998) 9:210-213

Ulmsten, U. A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. British Journal of Obstetrics and Gynecology April 1999, Vol 106, pp. 345-350

Ulmsten, U. An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence. Int Urogyneool J (1996) 7:81-86

Ulmsten, U. An Introduction to Tension Free Vaginal Tape (TVT) - A New Surgical Procedure for Treatment of Female Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S3-S4

Ulmsten, U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe 2001, 40:269-273

Ulmsten. Intravaginal Slingplasty (IVS): an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence.

Unger CA, et al. "Indications and risk factors for midurethral sling revisions". Int Urogynecol J. 2015; DOI:10.1007/s00192-015-2769-7.

Unger, C. Indications and risk factors for midurethral sling revision. Int Urogynecol J (2015)

Urinary Incontinence Treatment Network – Design of the Stress Incontinence Surgical Treatment Efficacy Trial (SISTEr); Urology 66: 1213-1217, 2005

Urinary Incontinence Treatment Network (UITN). The Trial Of Mid-Urethral Slings (TOMUS): Design and Methodology. The Journal of Applied Research • Vol. 8, No. 1, 2008

Usher (1958) Use of Marlex Mesh in the repair of incisional hernias

Ustun Y, Engin-Ustun Y, Gungor M, Tezcan S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc 2003;10:386-389.

Val pas A, Kivela A, Penttinen J, Kujansuu E, Haarala M, Nilsson C-G. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol 2004;104:42-49.

Valpas – TVT versus laparocopic mesh colposuspension; 5 year follow-up results of a randomized clinical trial; Int Urogynecol J DOI 10.1007/s00192-014-2454-2

Valpas, A. and Nilsson, C. Tension-free vaginal tape procedure and laparoscopic colposuspension in the treatment of stress urinary incontinence. Curr Opin Obstet Gynecol 16: 319-323.

Valpas, A., et al. Tension-Free Vaginal Tape and Laparoscopic Mesh Colposuspension for Stress Urinary Incontinence. Obstet Gynecol 2004; 104: 42-9.

Valpas, Nilsson - [Pop 121, 1 yr fu - Ob Gyn] Tension-Free Vaginal Tape and Laparoscopic Mesh Colposuspension for Stress Urinary Incontinence (2004)

Vasavada S, Appell R, Sand P, Raz S, Femal Urology, Urogynecology, and Voiding Dysfunction, 2005

Virtanen – Urogynecologic Ultrasound is a useful Aid in the Assessment of Female stress urinary incontinence – A prospective study with TVT Procedure; In Urogynecol J (2002) 13;218-223

Wadie BS, Edwan A, Nabeeh AM. Autologous fascial sling vs polypropylene tape at short-term followup: a prospective randomized study. J Urol 2005;174:990-993.

Wadie BS, Mansour A, El-Hefnawy AS, Nabeeh A, Khair AA. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function. Int Urogynecol J 2010;21:1485- 1490.

Wai CY Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. Obstet Gynecol 2013;121:1009–16

Wai, Zyczynski, Brubaker (UITN TOMUS) - [Pop 597, 1 yr fu] Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence (2013)

Walsh, C. TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months. BJU International, 108, 652 – 657

Walter, M., Weber, A., Which sling for which SUI patient? OBG Management, May 2012; Vol. 24, No. 5., pp. 29-40.

Walters M, Karram M, Urogynecology and Reconstructive Pelvic Surgery - Fourth Edition, 2015

Walters M, Karram M, Urogynecology and Reconstructive Pelvic Surgery - Second Edition, 1999

Walters M, Karram M, Urogynecology and Reconstructive Pelvic Surgery - Third Edition, 2007

Walters, M. and Karram, M. Sling Procedures for Stress Urinary Incontinence. Urogynecology and Reconstructive Pelvic Surgery – Third Edition, 2007.

Walters, Weber. Which sling for which SUI patient? OBG Management, Vol 24, No. 5, May 2012

Walters/Weber (2012): Which Sling for Which SUI Patient?

Waltregny D, de Leval J (2012) New surgical technique for treatment of stress urinary incontinence TVT-ABBREVO from development to clinical experience. Surg Technol Int 22:149-157

Waltregny D, Gaspar Y, Reul O, Hamida W, Bonnet P, de Leval J (2008) TVT-O for the treatment of female stress urinary incontinence: results of a prospective study after a 3-year minimum follow-up. Eur Urol 53:401-10

Waltregny, D. Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup. J Urology Vol. 175, 2191-2195, June 2006

Waltregny, D. New Surgical Technical for Treatment of Stress Urinary Incontinence TVT-Abbrevo: From Development to Clinical Experience. Surg Technol Int (2012)

Wang -[Pop 503] Burch colposuspension vs. Stamey bladder neck suspension. The Journal of Reproductive Medicine (1996)

Wang AC, Chen M-C. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn 2003;22:185-190.

Wang F, Song Y, Huang H. Prospective randomized trial ofTVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281:279-286.

Wang W, Zhu L, Lang J. Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009;104:113-116.

Wang, A. Burch Colposuspension vs. Stamey Bladder Neck Suspension: A Comparison of Complications with Special Ephasis on Detrusor Instability and Voiding Dysfunction. J Reprod Med 1996; 41: 529-533.

Wang, Yi-jun. Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (20 I I) 22: \369-!J 74

Ward - (Am J OG) [Pop 344, 2 yr. fu IRELAND study] A Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up (2004)

Ward – A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence; two year follow-up; American Journal of Obstetrics and Gynecology (2004) 190, 324-31

Ward – Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence;  BMJ Volume 325 2002

Ward KL, et al. "Tension-Free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow-up". Int J Obstets & Gynaecol. 2007; DOI:10.1111/j.1471-0528.2007.01548.x.

Ward, K. Prospective multicenter randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ (2002)325:67

Ward, K.L. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115:226–233

Weber (2012) Which Sling for which SUI Patient? OBG Management (2012) 24:5, 28-40

Weinberger, M. Long-Term Clinical and Urodynamic Evaluation of the Polytetrafluoroethylene Suburethral Sling for Treatment of Genuine Stress Incontinence. Obstetrics & Gynecology, 86:1, July 1995

Welk B, et al. "(Abstract PD28-09): a Population based assessment of the risk factors for mesh removal or revision after female incontinence procedures". NOMCC: 214. May 17, 2015; Urodynamics/Incontinence/Female Urology: Female Incontinence - Therapy II.

Welk, B. Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. (2015)

Welk, B. Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. Supplemental Online Content (2015)

Weyhe – Experimental comparison of monofile light and heavy polypropylene meshes: less weight does not mean less biological response; World J Surg (2006) 30: 1586-1591

Williams, D. Carcinogenicity of implantable materials: experimental and epidemiological evidence. Int Urogynecol J (2014)

Wiltz AL, Reynolds WS, Jayram G, Fedunok PA, Bales GT. "Management of Vaginal Synthetic Graft Extrusion following Surgery for Stress Urinary Incontinence and Prolapse". Curr Urol. 2009; 3(2):82-86.

Winters: A Conversation with Dr. Winters [President of SUFU]: Questions About "Vaginal Mesh" for SUI Repair.

Wiskind – The incidence of genital prolapse after the Burch colposuspension; Am J Obstet Gynecol 1992; 167:399-405

Withagen, M. Trocar-Guided Mesh Compared with Conventional Vaginal Repair in Recurrent Prolapse, A Randomized Controlled Trial. Vol. 117, No. 2, Part 1, Feb. 2011 Obstetrics and Gynecol

Wood, A. Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient. J Mater Sci: Mater Med (2013) 24:1113-1122

Woodruff. Histologic Comparison of Pubovaginal Sling Graft Materials: A Comparative Study. Urology 72: 85–89, 2008

Wu (2010) Prevalence and incidence of urinary incontinence in a diverse population of women with noncancerous gynecologic conditions

Wu, C. The surgical trends and time-frame comparison of primary surgery for stress urinary incontinence, 2006-2010 vs 1997-2005: a population-based nation-wide follow-up descriptive study. Int Urogynecol J 2014; 25: 1683-1691.

Wu, J. Forecasting the Prevalence of Pelvic Floor Disorders in U.S. women 2010 to 2050. Obstetrics and Gynecology, 114:6, Dec 2009.

Wu, J. Predicting the number of women who will undergo incontinence and prolapse surgery, 2010 to 2050. Am J Obstet Gynecol 2011; 205(3): 230.e1-230.e5

Wu, J. Trends in inpatient urinary incontinence surgery in the USA, 1998-2007. Int Urogynecol J 2011; 22:1437-1443

Yalcin, O., et al. Results of TVT operations alone and combined with other vaginal surgical procedures. Arch Gynecol Obstet (2004) 269: 96-98.

Zaslau S, Dx/Rx: Sexual Dysfunction in Men and Women, 2011

Zhang – Retropublic tension free vaginal tape and inside out transobturator tape: a long-term randomized trial; Int Urogynecol J DOI 10.1007/s00192-015-2798-2

Zhang Y, Jiang M, Tong X-W, Fan B-Z, Li H-F, Chen X-L. The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-0 procedure for the surgical treatment of female stress urinary incontinence. Taiwan J Obstet Gynecol 2011;50:318-321.

Zhu L, Lang J, Hai N, Wong F. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. Int J Gynaecol Obstet 2007;99:14-17.

Zhu YF, Gao GL, He LS, Tang J, Chen QK (2012) Inside out transobturator vaginal tape versus tention-free vaginal tape for primary female stress urinary incontinence: meta-analysis of random¬ized controlled trials. Chin Med J 125:1316–1321

Zimmern P, Norton P, Haab F, Chapple C, Vaginal Surgery for Incontinence and Prolapse, 2006

Zoorob, D., et al. Management of Mesh Complications and Vaginal Constriction: A Urogynecology Perspective. Urol Clin N Am 39 (2012) 413-418.

Zugor V, Labanaris AP, Rezaei-Jafari MR, Hammerer P, Dembowski J, Witt J, Wucherpfennig W (2010) TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow-up of 48 months. Int Urol Nephrol 42:915-920

Zullo MA, Plotti F, Calcagno M, et al. One-year follow-up of tension-free vaginal tape (TVT) and Transobturator suburethral tape from inside to outside (TVT-0) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. Eur Uro/ 2007;51:1376-1382; discussion 1383-1384.

Zyczynski, H. Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012;207:421.e1-6.

| Documents [Bates Range] |
| --- |
| 01/28/98 Letter from FDA re: K974098 TVT System [ETH.MESH.371496-594] |
| 11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11] |
| 05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT Physician Training Policy [ETH.MESH.7393700] |
| 05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT PhysicianTraining Policy [ETH.MESH.7393700] |
| 09/07/2009 Safety review: TVT and TVT-O procedures [ETH.MESH.1751069-94] |
| 10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture |
| 10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| 11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMCP15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11] |
| 12/15/2003, Gynecare Final Report # 03*0740, TVT Obturator System [ETH.MESH.222852-63] |
| 1998 TVT Slide Deck [ETH.MESH.05795537-99] |
| 2000 June TVT Surgeons Resource Monograph [ETH.MESH.10027307] |
| 2001 slides from Parisi binder [ETH.MESH.05795421-508] |
| 2002 Dr. Miklos Minimizing and Managing TVT Complications [ETH.MESH.00397674].pdf |
| 2002 TVT Advanced Users Forum Presentation [ETH.MESH.08156958] |
| 2003 - TVT Support for Incontinence General Prof Ed Deck [ETH.MESH.00373310-88] |
| 2004 Memo from London Brown to Dan Smith re Mechanical Cut vs. Laser Cut Mesh Rationale (T-2321) [ETH.MESH.00858252-53] |
| 2006 - TVT-O Summit Presentation by Raders and Lucente [ETH.MESH.00993273] |
| 2008 - TVT Family of Products [ETH.MESH.00369995] |
| 2009 - The Science of What's Left Behind [ETH.MESH.03751819] |
| 2010 - TVT Exact Prof Ed [ETH.MESH.00295355] |
| 2012 - ETH.MESH.08117473 - TVT-Exact Updated Prof Ed Slide Deck w Production Cover |
| 2013 - Clinical Expertise TVT Prof Ed Slide Deck [ETH.MESH.10281860] |
| Anatomy Videos [ETH.MESH.PM.000006] |
| Anatomy Videos [ETH.MESH.PM.000009] |
| Anatomy Videos [ETH.MESH.PM.000057] |
| Anatomy Videos [ETH.MESH.PM.000068] |
| Anatomy Videos [ETH.MESH.PM.000088] |
| Anatomy Videos [ETH.MESH.PM.000089] |
| Anatomy Videos [ETH.MESH.PM.000090] |
| Anatomy Videos [ETH.MESH.PM.000134] |
| Anatomy Videos [ETH.MESH.PM.000151] |
| Anatomy Videos [ETH.MESH.PM.000154] |
| Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1> |
| Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1> [ETH.MESH.07351297] |
| Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65] |
| Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65] |
| Clinical Expert Report [ETH.MESH.1784823-28] |
| Clinical Expert Report [ETH.MESH.222899-909] |

| |
|---|
| Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81] |
| Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006 [ETH.MESH.01320351-67] |
| Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006. |
| Dan Smith Email re: meeting minutes prof deLeval [ETH.MESH.00575257-58] |
| Dan Smith Email regarding TVT-Secur [ETH.MESH.01822361-63] |
| David Waltregny Email re: mini me follow up from visit [ETH.MESH.01202190-91] |
| Doo – Five year outcomes of the tension-free vaginal tape procedure for treatment of female stress urinal incontinence; European urology 50 (2006) 333-338 [ETH.MESH. 00001065-1070] |
| Email from Dan Smith re: Draft report translated by "Babel fish" http://babelfish.altavista.com/tr [ETH.MESH.865069-72] |
| Email from Dan Smith re: NG TVT-O NDP – Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny [ETH.MESH.2293715-6] |
| Email from Hinoul re: South Africa, TVTO sheaths getting stuck upon removal [ETH.MESH.1210987-95] |
| Email from O'Bryan re: GYNECARE TVT Obturator System – FDA [ETH.MESH.6882641-2] |
| Email from O'Bryan re: ifu [ETH.MESH.3364663-66] |
| Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) |
| Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 |
| Email from Weisberg re: IFU update [ETH.MESH.3365250-1] |
| Email from Weisberg re: Mulberry [ETH.MESH.6886410-11] |
| Email re: conversion to laser cut TVT [ETH.MESH.16416002-04] |
| Email re: Important Laser cut mesh update [ETH.MESH.1809056-58] |
| Email re: Laser Cut TVT [ETH.MESH.6859834-35] |
| Email re: Mesh Fraying Dr. EBERHARD letter [ETH.MESH.7692905-7] |
| Email re: Mini TVT mesh adjustment [ETH.MESH.03910418-21] |
| Email re: OR Agenda Tunn [ETH.MESH.3922926-28] |
| Email re: Performance Evaluation of TVT Prolene Blue Mesh [ETH.MESH.6696411-19] |
| Email re: TVT Laser Cut Mesh [ETH.MESH.525573] |
| Email re: TVT Laser Mesh info [ETH.MESH.442825-26] |
| Email re: TVT Meeting with Agency [ETH.MESH.524746-48] |
| ETH.MESH.07268056 (Internal Ethicon Document): 2011 IUGA SUI Survey Results. |
| Ethicon Memo re: Comparison of Laser-cut and Machine-cut TVT Mesh to Meshes from Competitive Devices (BE-2004-1641)  [ETH.MESH.01809080-81] |
| Ethicon response regarding publication by Clave - [ETH.MESH.07205369-70] |
| Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.5315252-65] |
| Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician |
| Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician [ETH.MESH.10220659] |
| Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides |
| Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides [ETH.MESH.08107354] |

| |
|---|
| GYNECARE TVT tm Retropubic System Tension-free Support for Incontinence; [ETH.MESH.084266834-5] |
| Gynecare TVT with abdominal guides - Early Clincal Experience [ETH.MESH.01271289-ETH.MESH.01271301] |
| History of TVT-O [ETH.MESH.3932909-11] |
| Issue Report TVT Retropubic 1999-2000 (LP536-BP678) [ETH.MESH.02620914-17] |
| Issue Report TVT Retropubic 2001 (LP545-BP700) [ETH.MESH.02622276] |
| KOL Interview - Carl Nilsson [ETH.MESH.04048515-20] |
| KOL Interview [ETH.MESH.4048515-20] |
| Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT |
| Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT [ETH.MESH.04939001] |
| Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79] |
| Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79] |
| London Brown & Gene Kammerer |
| Lucas, M., et al. Failure of Procine Xenograft Sling in a Randomized Controlled Trial of Three Sling Materials in Surgery for Stress Incontinence. [ETH.MESH.00992863-64] |
| Manuscript Draft: (de Leval) Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out [ETH.MESH.262089-123] |
| Memo from Dan Lamont re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis (LP513) [ETH.MESH.02319312-15] |
| Memo from Gene Kammerer re: Review of Surgeon Responses for VOC Questionnaire - MCM feels like scotch brite pad (T-1365) [ETH.MESH.01219542-48] |
| Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT |
| Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT [ETH.MESH.00584811-13] |
| Memo from Katrin Elbert dated December 12, 2012 re: R&D Memorandum on PA Mesh Assessments for TVTO-PA - produced version [ETH.MESH.09922570-78] |
| Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from |
| Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81] |
| Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis [ETH.MESH.1784779-82] |
| Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) RiskAnalysis [ETH.MESH.1784779-82] |
| Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39] |
| Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39] |
| Owens 2012-09-13 3005 - Jacquetin high erosion rate with Vypro [ETH.MESH.02270857] |
| Pariente, J. An Independent Biomechanical Evaluation of Commercially Available Suburethral Slings (LP383) [ETH.MESH.01221055-58] |
| Patient Brochure [ETH.MESH.03458123-38] |
| Patient Brochure [ETH.MESH.03459088-104] |
| Patient Brochure [ETH.MESH.03905968-ETH.MESH.03905975] |
| Patient Brochure [ETH.MESH.03905976-ETH.MESH.03905991] |

| |
|---|
| Patient Brochure [ETH.MESH.03905992-ETH.MESH.03906000] |
| Patient Brochure [ETH.MESH.03906037-ETH.MESH.03906052] |
| Patient Brochure [ETH.MESH.06087471-2] |
| Patient Brochure [ETH.MESH.06087513-4] |
| Patient Brochure [ETH.MESH.08003231-46] |
| Patient Brochure [ETH.MESH.08003247-62] |
| Patient Brochure [ETH.MESH.08003263-78] |
| Patient Brochure [ETH.MESH.08003279-94] |
| Patient Brochure [ETH.MESH.09744840- 45] |
| Patient Brochure [ETH.MESH.09744848- 855] |
| Patient Brochure [ETH.MESH.09744848- 855] |
| Patient Brochure [ETH.MESH.09744858- 63] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17] |
| Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) [ETH.MESH.01320328-33] |
| Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 [ETH.MESH.02614610-624] |
| Photograph of LCM [ETH.MESH.09656792] |
| Photograph of MCM [ETH.MESH.09656795] |
| PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison |
| PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison London Brown & Gene Kammerer [ETH.MESH.00442129] |
| Project Mulberry, Preliminary Clinical Diligence Report [ETH.MESH.1815660-64] |
| Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 [ETH.MESH.223779-84] |
| Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 [ETH.MESH.223779-84] |
| Scion PA-SUI Treatment Unmet Needs Exploratory Research [ETH.MESH.02219584] |
| Study Report dated May 8, 2012: A systematic review of patient-years of experience in prospective randomized controlled trials (RCTs) in incontinence. [ETH.MESH.07246690-719] |
| Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198] |
| Tension-Free Vaginal Obturator Tape (TVOT) – April 30, 2003 – Meeting Report [ETH.MESH.3934952-67] |
| The History of TVT |
| The History of TVT [ETH.MESH.03932912-14] |
| Transobturator Vaginal Tape Inside-Out (TVT-O): From Development to Clinical Experience [ETH.MESH.823793-806] |
| TVT IFU [ETH.MESH.02340471-503] |
| TVT IFU [ETH.MESH.02340471-503] |
| TVT IFU [ETH.MESH.03427878-945] |
| TVT IFU [ETH.MESH.05222673-705] |
| TVT IFU [ETH.MESH.05225354-85] |
| TVT IFU [ETH.MESH.2340504-33] |

| |
|---|
| TVT IFU [ETH.MESH.2340504-33] |
| TVT IFU [ETH.MESH.3427878-83] |
| TVT IFU [ETH.MESH.3427878-83] |
| TVT O IFU [ETH.MESH.2340902-8] |
| TVT Obturator Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09] |
| TVT Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198] |
| TVT Surgeon's Monograph - Color copy [ETH.MESH.10027307-26] |
| TVT-Exact Updated Prof Ed Slide Deck [ETH.MESH.08117473] |
| Wang – Voiding Dysfunction following TVT Procedure; Int Urogynecol J (2002) 13:353-358 [ETH.MESH.00000948-953] |

| Publically Available |
| --- |
| 2011 AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatement of Stress Urinary |
| 2013 AUA SUI Patient Guide |
| 2013 AUGS Position Statement on Restrictions of Surgical Options for PFD Final |
| 2014 Mar 12 - AUGS SUFU FAQs for Patients and Providers re MUS for SUI [www.augs website] |
| 2014 Mar 12 - AUGS SUFU Patient FAQs MUS for SUI |
| 2014 Mar 12 - AUGS SUFU Provider FAQs MUS for SUI |
| 7 Year Dog Study Prolene Sutures (1992) |
| 7-year Dog Study |
| ABOG (The American Board of Obstetrics and Gynecology) and ABU (The American Board of Urology): Guide to Learning in Female Pelvic Medicine and Reconstructive Surgery – 2012 – Division of Female Pelvic Medicine and Reconstructive Surgery. |
| ACGME (Accreditation Council for Graduate Medical Education): ACGME Program Requirements for Graduate Medical Education in Female Pelvic Medicine and Reconstructive Surgery. |
| ACOG (1995) Technical Bulletin. Urinary Incontinence. No. 213 - Oct 1995 (Replaces No. 100, Jan. 1987) |
| ACOG (2005) Practice Bulletin 63 (Obstet Gyn) - Urinary Incontinence in Women |
| ACOG (American College of Obstetricians and Gynecologists) and AUGS: Committee Opinion Number 603 – Evaluation of Uncomplicated Stress Urinary Incontinence in Women Before Surgical Treatment. |
| ACOG (FAQ81) Patient Guide to Urinary Incontinence |
| ACOG Frequently Asked Questions - Chronic Pelvic Pain FAQ099 |
| ACOG Patient Information Sheet (FAQ166) - Surgery for Stress Urinary Incontinence (2011) |
| ACOG: Frequently Asked Questions – Chronic Pelvic Pain. |
| ACOG: Frequently Asked Questions – Dysmenorrhea: Painful Periods. |
| ACOG: Frequently Asked Questions – Pelvic Inflammatory Disease |
| ACOG: Frequently Asked Questions – Surgery for Stress Urinary Incontinence. |
| ACOG: Frequently Asked Questions – When Sex Is Painful. |
| AUA - Monograph on SUI (2011) |
| AUA (American Urological Association): AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence. |
| AUA Guideline: Interstitial Cystitis/Bladder Pain Syndrome. |
| AUA Guidelines for the Surgical Management of Female Stress Urinary Incontinence: Updated 2012 |
| AUA National Medical Student Curriculum: Urinary Incontinence. |
| AUA Position Statement on the Use of Vaginal Mesh for the Repair of Pelvic Organ Prolapse |
| AUA: A Monograph from the Urology Care Foundation: Stress Urinary Incontinence. |
| AUA: Guideline for the Surgical Management of Female Stress Urinary Incontinence: Update (2009) |
| AUGS (American Urogynecologic Society) / SUFU (Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction).  Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence. |
| AUGS / SUFU: Frequently Asked Questions by Patients: Mid-urethral Slings for Stress Urinary Incontinence. |
| AUGS Resident Learning Objectives. |
| AUGS/SUFU: Frequently Asked Questions by Providers: Mid-urethral Slings for Stress Urinary Incontinence. |
| AUGS: Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders. |
| AUGS-SUFU MUS Position Statement on Mesh Midurethral Slings for SUI Approved 1.3.2014 |
| BAUS - Synthetic Vaginal Tapes for Stress Incontinence, British Association of Urological Surgeons |
| BAUS (The British Association of Urological Surgeons): Synthetic Vaginal Tapes for Stress Incontinence: Procedure-Specific Information for Patients. |
| Chronic Pelvic Pain; ACOG Technical Bulletin Number 129 – June 1989 |
| EAU (2012): Guidelines on Surgical Treatment of Urinary Incontinence.  Published in European Urology (Lucas, |

| |
|---|
| EAU (European Association of Urology): Guidelines on Urinary Incontinence. |
| FDA (Food and Drug Administration): Considerations about Surgical Mesh for SUI. |
| FDA 24 Hour Summary |
| FDA 3.27.2013 Position Statement re Considerations about Surgical Mesh for SUI |
| FDA Executive Summary |
| FDA Presentation - FDA Perspective on Surgical Mesh for Stress Urinary Incontinence (SUI), 9.9.2010 |
| FDA: Implants and Prosthetics. |
| FDA: Information for Patients for SUI. |
| FDA: Stress Urinary Incontinence (SUI) |
| ICS (International Continence Society): ICS Fact Sheets: A Background to Urinary and Faecal Incontinence. |
| ICS Fact Sheets A background to urinary and faecal Incontinence. July 2013 [34 pages] |
| ICS Factsheets: A background to Urinary and Faecal Incontinence, 2013 Edition |
| IUGA (2011) - Stress Urinary Incontinence: A Guide for Women |
| IUGA (International Urogynecological Association): Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence. |
| IUGA Guideline:  Evaluation and outcome measures in the treatment of female urinary stress incontinence: International Urogynecological Association (IUGA) guidelines for research and clinical practice. |
| IUGA Guidelines for training in female pelvic medicine and reconstructive pelvic surgery (FPM-RPS); Updated Guidelines 2010. |
| IUGA: Stress Urinary Incontinence: A Guide for Women. |
| NAFC (National Association For Continence): Female Stress Urinary Incontinence Procedures. |
| NICE (National Institute for Heath and Care Excellence): Urinary Incontinence: The Management of Urinary Incontinence in Women.  NICE Clinical Guideline 171. |
| NICE Guideline - Urinary Incontinence: The Management of urininary incontinence in women, 2013 Sept. |
| RANZCOG (Royal Australian and New Zealand College of Obstetricians and Gynaecologists) and UGSA (Urogynaecological Society of Australiasia):  Position Statement on Midurethral Slings. |
| Summary of TVT-O Long Term Studies |
| UCLA website (2015): Urinary incontinence treatments provide a range of options. |
| |
| |
| **Other** |
| A Monograph from the Urology Care Foundation: Stress Urinary Incontinence (16 pages) |
| AUS/ SUFU - Review Course in Female Pelvic Medicine and Reconstructive Surgery, February 1-3, 2013 |
| Bruce Rosenzweig Deposition (Lewis) |
| Bruce Rosenzweig Expert Report & Supplemental (Lewis) |
| Comprehensive Review Course in Female Pelvic Medicine and Reconstructive Surgery, February 1-3, 2013 and April 12-14, 2013 |
| Gynecare TVT Tension-free vaginal tape system - Instructions for Use |
| Hinoul Presentation - November 4, 2009 |
| Howard Jordi Expert Report |
| Meyer CP, Trinh QD. "Complications After Surgery for Stress Urinary Incontinence". JAMA Network - JAMA Surg Website. Available at: http://archsurg.jamanetwork.com/article.aspx?articleid=2432609&resultClick=1. Published September 09, 2015. Accessed September 10, 2015. |
| Michael Margolis Expert Report |
| Miklos – Video Article; Obturator Neuralgia a Rare Complication of TVT Sling: Complete Resolution After Laparoscopic TVT Removal; From the International Urogynecology Associates of Atlanta GA and Beverly hills CA, Accepted Manuscript |

| |
|---|
| Nicholas Jewell Expert Report |
| Ostergard, D. Prolapse Surgery "How to Handle Innovations"  Polypropylene is not inert in the human body" (64 pages) |
| Thomas Muehl Expert Report |
| Uwe Klinge Expert Report |
| Welk B, Al-Hothi H, Winick-Ng J. "Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence". The JAMA Network - JAMA Surg Website. Available at: http://archsurg.jamanetwork.com/article.aspx?articleid=2432613. Published September 09, 2015. Accessed September 10, 2015. |

| Expert Reports |
| --- |
| Blaivas, Jerry (expert report and reliance materials) |
| Carey, Erin |
| Elliott, Daniel (expert report and reliance materials) |
| Guelcher, Scott |
| Iakovlev, Vladimir |
| Jordi, Howard |
| Klinge, Uwe |
| Muehl, Thomas |
| Rosenzweig, Bruce (expert report and reliance materials) |
| Wilson, Anne |