# EXHIBIT B

Kimberly Kenton, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON, INC., | ) | |
| PELVIC REPAIR SYSTEM | ) | |
| PRODUCTS LIABILITY | ) | Master File No. |
| LITIGATION | ) | 2:12-MD-02327 |
| | ) | MDL 2327 |
| | ) | |
| | ) | |
| | ) | JOSEPH R. GOODWIN |
| | ) | U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO: | ) | |
| THE CASES LISTED BELOW | ) | |
| | ) | |
| | ) | |
| Mullins, et al. V. | ) | 2:12-cv-02952 |
| Ethicon, Inc., et al. | ) | |
| | ) | |
| Sprout, et al. V. | ) | 2:12-cv-07924 |
| Ethicon, Inc., et al. | ) | |
| | ) | |
| Iquinto v. Ethicon, Inc., | ) | 2:12-cv-09765 |
| et al. | ) | |
| | ) | |
| Daniel, et al. V. | ) | 2:13-cv-02565 |
| Ethicon, Inc., et al. | ) | |
| | ) | |
| Dillon, et al. V. | ) | 2:13-cv-02919 |
| Ethicon, Inc., et al. | ) | |
| | ) | |
| Webb, et al. V. Ethicon, | ) | 2:13-cv-04517 |
| Inc., et al. | ) | |
| | ) | |
| Martinez v. Ethicon, | ) | 2:13-cv-04730 |
| Inc., et al. | ) | |
| | ) | |
| McIntyre, et al. V. | ) | 2:13-cv-07283 |
| Ethicon, Inc., et al. | ) | |

VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D.
Thursday, February 18, 2016, 5:48 p.m.

Kimberly Kenton, M.D.

Page 2

| | | | |
|---|---|---|---|
| 1 | Oxley v. Ethicon, Inc., et al. | ) | 2:13-cv-10150 |
| 2 | | ) | |
| 3 | Atkins, et al. V. Ethicon, Inc., et al. | ) ) | 2:13-cv-11022 |
| 4 | Garcia v. Ethicon, Inc., et al. | ) ) | 2:13-cv-14355 |
| 5 | | ) | |
| 6 | Lowe v. Ethicon, Inc., et al. | ) ) | 2:13-cv-14718 |
| 7 | Dameron, et al. V. Ethicon, Inc., et al. | ) ) | 2:13-cv-14799 |
| 8 | Vanbuskir, et al., v. Ethicon, Inc., et al. | ) ) | 2:13-cv-16183 |
| 9 | | ) | |
| 10 | Mullens, et al. V. Ethicon, Inc., et al. | ) ) | 2:13-cv-16564 |
| 11 | Shears, et al. V. Ethicon, Inc., et al. | ) ) | 2-13-cv-17012 |
| 12 | | ) | |
| 13 | Javins, et al., v. Ethicon, Inc., et al. | ) ) | 2:13-cv-18479 |
| 14 | Barr, et al. V. Ethicon, Inc., et al. | ) ) | 2:13-cv-22606 |
| 15 | | ) | |
| 16 | Lambert v. Ethicon, Inc., et al. | ) ) | 2:13-cv-24393 |
| 17 | Cook v. Ethicon, Inc., et al. | ) ) | 2:13-cv-29260 |
| 18 | | ) | |
| 19 | Stevens v. Ethicon, Inc., et al. | ) ) | 2:13-cv-29918 |
| 20 | Harmon v. Ethicon, Inc., et al. | ) ) | 2:13-cv-31818 |
| 21 | | ) | |
| 22 | | | |
| 23 | VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D. | | |
| | Thursday, February 18, 2016, 5:48 p.m. | | |
| 24 | | | |

Kimberly Kenton, M.D.

Page 3

```
 1
     Snodgrass v. Ethicon,      )  2:13-cv-31881
 2   Inc., et al.               )
                                )
 3   Miller v. Ethicon, et al.  )  2:13-cv-32627
                                )
 4   Matney, et al. V.          )  2:14-cv-09195
     Ethicon, Inc., et al.      )
 5                              )
     Jones, et al. V. Ethicon,  )  2:14-cv-09517
 6   Inc., et al.               )
                                )
 7   Humbert v. Ethicon, Inc.,  )  2:14-cv-10640
     et al.                     )
 8                              )
     Gillum, et al. V.          )  2:14-cv-12756
 9   Ethicon, Inc., et al.      )
                                )
10   Whisner, et al. V.         )  2:14-cv-13023
     Ethicon, Inc., et al.      )
11                             )
     Tomblin v. Ethicon, Inc.,  )  2:14-cv-14664
12   et al.                     )
                                )
13   Schepleng v. Ethicon,      )  2:14-cv-16061
     Inc., et al.               )
14                             )
     Tyler, et al. V. Ethicon,  )  2:14-cv-19110
15   Inc., et al.               )
                                )
16   Kelly, et al. V. Ethicon,  )  2:14-cv-22079
     Inc., et al.               )
17                             )
     Lundell v. Ethicon, Inc.,  )  2:14-cv-24911
18   et al.                     )
                                )
19   Cheshire, et al. V.        )  2:14-cv-24999
     Ethicon, Inc., et al.      )
20                             )
     Burgoyne, et al. V.        )  2:14-cv-28620
21   Ethicon, Inc., et al.      )
                                )
22   Bennett, et al. V.         )  2:14-cv-29624
     Ethicon, Inc., et al.      )
23                             )
       VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D.
24         Thursday, February 18, 2016, 5:48 p.m.
```

Kimberly Kenton, M.D.

1       A.      Yes.

2       Q.      -- as an academic physician, is that

3    right?

4       A.      Yes.

5       Q.      And yet those were provided to you by

6    counsel, correct?

7       A.      Correct.

8       Q.      And does this reliance list contain all

9    of the Ethicon documents that you reviewed in

10   connection with your report?

11      A.      Yes.

12      Q.      Okay.  You started using the TVT in the

13   mid-2000s, correct?

14      A.      That's correct.

15      Q.      What year did you start using it?

16      A.      Hard to say exactly, but probably around

17   2004-2005.

18      Q.      Okay.  And in your -- how did you treat

19   SUI surgically before you started using the TVT?

20      A.      I am a fellowship-trained

21   urogynecologist for female pelvic medicine

22   reconstructive surgery who did a combination of

23   both bladder neck fascial slings as well as Burch

24   colposuspensions in addition to less invasive

Kimberly Kenton, M.D.

Page 16

1   procedures like urethral bulking, an occasional

2   Kelly plication in patients who had very mild

3   stress incontinence and were older.

4          Q.    How many fascial slings have you done as

5   a --

6          A.    Hundreds.

7          Q.    -- fellowship-trained urogynecologist in

8   female pelvic health and reconstructive surgery?

9          A.    Hundreds.

10          Q.    How many Burch procedures have you done

11   in your time?

12          A.    Hundreds, perhaps more.

13          Q.    When's the last time you did a fascial

14   sling?

15          A.    Probably three months ago.

16          Q.    And in 2015 can you estimate for me

17   about how many fascial slings you performed?

18          A.    Probably six.

19          Q.    And when's the last time you did a Burch

20   procedure?

21          A.    July of 2015.

22          Q.    Okay.  And can you estimate for me how

23   many Burch procedures you did in 2015?

24          A.    Five.

Kimberly Kenton, M.D.

Page 17

1          Q.      And how many TVT procedures did you do
2     in 2015 approximately?
3          A.      I'm trying to do like math, which is not
4     my strong suit.  Probably like 150, 200.
5          Q.      Do you still only see patients one day a
6     week?
7          A.      One and a half days a week.
8          Q.      And what days do you see patients?
9          A.      I see patients on Tuesdays and Wednesday
10    mornings and then I operate a day and a half a week
11    as well.
12         Q.      Okay.  And what days do you operate?
13         A.      Mondays and Wednesday afternoon.
14         Q.      And then what do you do on Thursday and
15    Friday?
16         A.      Research, administration, national work.
17         Q.      What type of research do you do?
18         A.      Mostly clinical outcomes research and
19    comparative effectiveness trials.  We do have some
20    translational programs going on the urinary
21    microbiome.
22         Q.      Do you mind keeping your voice up a
23    little?  I'm having a little bit of a hard time
24    hearing you.

Kimberly Kenton, M.D.

Page 187

1      Q.    It's okay to say you don't know if you

2    don't know.  I just --

3      MR. SNELL:  If you don't understand her

4    question, tell her that again and maybe she can try

5    to rephrase it or formulate it so you can

6    understand it.

7            She's already told you that three times.

8    BY THE WITNESS:

9      A.    Yeah, I mean, I need more clarification.

10   I have said that a couple times.

11   BY MS. FITZPATRICK:

12     Q.    You understand that there is different

13   types of polypropylene, but you don't understand

14   the question when I say what type of polypropylene

15   is the Ethicon medical device?  I can leave it at

16   that, that you don't understand the question.

17     A.    Okay.

18     Q.    That's good enough.

19     A.    That's good enough.

20     Q.    What antioxidants are added to the

21   polypropylene that is used in the Ethicon TVT?

22     A.    As I indicated before, that is not the

23   level of expertise I have.

24     Q.    Who makes the polypropylene that is used

Kimberly Kenton, M.D.

Page 188

1    in the Ethicon TVT?

2         A.    I have no idea.

3         Q.    Do you know whether the polypropylene

4    that is used in the Ethicon TVT is the same as the

5    polypropylene that is used in the Boston Scientific

6    Advantage?

7         A.    I do not.

8         Q.    Do you know whether the antioxidants

9    that are used in the TVT -- do you know whether

10   antioxidants are used in the TVT polypropylene?

11        A.    As I said, I do not know that level.

12        Q.    Do you know whether --

13        A.    Because I don't think it's clinically

14   relevant as evidenced by the multitude of

15   peer-reviewed literature.

16        Q.    Do you believe that the multitude of

17   peer-reviewed literature establishes that all

18   polypropylene midurethral slings perform in the

19   same way?

20        A.    I do not think that they -- it

21   establishes they all perform in the same way.

22        Q.    Do you think that the peer-reviewed

23   literature establishes that different polypropylene

24   midurethral slings -- let me change this question a

Kimberly Kenton, M.D.

Page 192

1     A.     No, I don't disagree with that answer.

2     Q.     So, you do understand and you do believe

3     that there is a difference between product design

4     and clinical outcomes?

5     A.     I mean, they're -- I mean, designing a

6     product and like analyzing an outcome data, of

7     course that's different.

8     Q.     Okay.  And your expertise here is as a

9     clinician and a researcher looking at the clinical

10    outcomes associated with the TVT device, correct?

11    MR. SNELL:  Objection.

12    BY THE WITNESS:

13    A.     No, I actually think that I am a surgeon

14    scientist who, as I've said before, has been

15    involved in design.

16    BY MS. FITZPATRICK:

17    Q.     Okay.  Have you been involved in the

18    design of the -- has Ethicon ever hired you or

19    retained you in association with the design of any

20    of its pelvic mesh products?

21    A.     They haven't and I -- as I indicated

22    earlier, I have never been hired or allowed myself

23    to be hired formally by any industry or design

24    company.

Kimberly Kenton, M.D.

Page 242

1        **A.**     I believe --

2        MR. SNELL:  Form, scope.  Go ahead.

3     BY THE WITNESS:

4        **A.**     While they've never been directly

5     compared, I think that Gore-Tex sutures -- I mean,

6     it depends on what you're using it for, of course.

7              At the time of sacral colpopexy,

8     probably have a slightly higher suture extrusion or

9     erosion rate into the vagina but those are

10    typically managed with a quick snip in the office.

11    The suture comes out and you can move on.  So, I

12    don't think it's a clinically relevant difference.

13    BY MS. FITZPATRICK:

14       **Q.**     Okay.

15       MS. FITZPATRICK:  Are we at 11?

16       THE REPORTER:  11 is next.

17                     (WHEREUPON, a certain document was

18                     marked as Kenton Deposition Exhibit

19                     No. 11:  Article by Blaivas, et

20                     al., "Safety considerations for

21                     synthetic sling surgery.")

22    BY MS. FITZPATRICK:

23       **Q.**     Dr. Kenton, I've given you an article

24    entitled "Safety Considerations for Synthetic Sling

Golkow Technologies, Inc. - 1.877.370.DEPS

Kimberly Kenton, M.D.

Page 243

1    Surgery" that was published in 2015.

2              Have you seen this article before?

3      A.    I've seen it.

4      Q.    Have you read it?

5      A.    I have not.

6      Q.    Okay.  And are you familiar with any of

7    the authors?

8      A.    I know Dr. Blaivas.

9      Q.    Is there anyone else here that you know?

10     A.    No.

11     Q.    How do you know Dr. Blaivas?

12     A.    He used to be the editor for one of our

13   journals.  I've taught in a course with him before.

14     Q.    Now, you've offered opinions here on

15   safety issues concerning the TVT sling, correct?

16     A.    Correct.

17     Q.    Why haven't you read this article?

18     A.    This is essentially a book chapter that

19   is just one, a group of people reviewing it and not

20   in a systematic format and formulating their

21   opinions.

22     Q.    Okay.

23     A.    I think that maybe ten years ago when I

24   was a fellow I would have read something like this.

Kimberly Kenton, M.D.

Page 278

1      Q.      -- specific articles that compare the

2    TVT to the autologous fascial sling, correct?

3      A.      Correct.

4      Q.      And in these Schimpf -- in the five

5    articles that or the five RCTs that Schimpf reports

6    on, the efficacy between the pubovaginal sling and

7    the polypropylene midurethral sling is

8    approximately the same, correct?

9      MR. SNELL:    Foundation.

10   BY THE WITNESS:

11     A.      Depends on how you define "efficacy."

12   The efficacy of as far as subjective outcomes are

13   better with the midurethral sling.

14   BY MS. FITZPATRICK:

15     Q.      I'm sorry.  I just didn't hear you

16   again.

17     A.      Subjective outcomes, they conclude, are

18   superior with midurethral sling to pubovaginal

19   sling.

20             Efficacy is a tricky question in

21   quality-of-life outcomes.

22     Q.      Okay.  So -- give me one second on this

23   so I can get these organized.

24     A.      I would also like to mention that if

Kimberly Kenton, M.D.

Page 279

1    we're going to talk about a very well-done,

2    systematic controlled trial having low quality of

3    evidence, the Blaivas article --

4        Q.    I'm so sorry.  I just cannot hear you.

5        A.    If we want to focus on the quality of

6    the evidence of the trials and the systematic

7    review being low, we can -- the Blaivas article

8    doesn't even hit the -- like doesn't even hit the

9    radar.  So, if these are low --

10       Q.    I don't understand what you mean

11   "doesn't hit the radar."

12       A.    Like there is no --

13       Q.    It's not a randomized controlled trial,

14   correct?

15       A.    Well, and it's -- it's based on lower

16   evidence than randomized controlled trial.  These

17   data wouldn't even be ranked.

18       Q.    You think the 397 articles and studies

19   that Dr. Blaivas has cited are data that wouldn't

20   even be ranked and are not reliable, is that what

21   your testimony is?

22       A.    The majority of those articles are not

23   well-done, prospective, randomized controlled

24   trials or prospective data.  They wouldn't even be

Kimberly Kenton, M.D.

Page 280

1    included in the study design of a systematic

2    analysis.  That's correct.

3         Q.     Should we go through the 397 so you can

4    tell me what you think is authoritative or not?

5              I'm not really understanding.  I thought

6    you brought up Schimpf.  We're going through -- I

7    quote a section from this.  But if you want to go

8    back to Blaivas, we can talk about that.

9    MR. SNELL:  It's your time, counsel.  You can

10   do what you want.  If you want to ask her about

11   each of the 300 studies, feel free to.

12   BY MS. FITZPATRICK:

13        Q.     You haven't even read this article.  How

14   do you know what the 397 cites in the article are

15   to if you've never even read it?

16        A.     As we have talked about with the levels

17   of evidence, that is an opinion piece where someone

18   has just taken a bunch.  There is rules on how you

19   do a systematic review.

20        Q.     Was anyone claiming that this was a

21   systematic review?

22        A.     No, but you want to talk about the

23   quality of the data here.  I think we need to talk

24   about the quality of the data there.

Kimberly Kenton, M.D.

Page 281

1      Q.      Okay.   The data that Dr. Blaivas cites
2   in here are reflected in his 397 footnotes,
3   correct?

4      A.      Correct.

5      Q.      And before you sat down today you've
6   never actually read this article, correct?

7      A.      That's correct.

8      Q.      Which means you haven't read the 397
9   footnotes, so you don't know what articles are
10   actually cited in Dr. Blaivas' paper, correct?

11      A.      I know the amount of high-quality data,
12   the highest quality data in our field, and there is
13   nowhere near 300 high-quality, sadly, outcome
14   papers or safety papers on any incontinence
15   procedures.

16      Q.      Okay.   And, in fact, how many what you
17   call high-quality data in your field exists
18   concerning the safety of the TVT retropubic
19   mechanically-cut sling?

20      A.      We can go through this.   These are the
21   highest quality data we have.

22      Q.      Okay.   So, when you say -- but you'll
23   agree with me --

24      A.      And I would say --

Kimberly Kenton, M.D.

Page 282

1      Q.      -- you don't actually know what

2   Doctor --

3      A.     The second level of data that I would

4   use, it's not going to be included in a systematic

5   review.  If you want to do safety and outcome are

6   some of the large database studies where they

7   follow 60,000 women, not case series of one

8   surgeon's like 69 patients.

9      Q.    Okay.  Doctor, you don't know what's in

10  the 397 footnotes so you wouldn't possibly sit

11  here --

12     A.     We looked at a couple of them.  I am

13  happy --

14     Q.    We looked at two of them.

15     A.     I am happy to go through them.

16     Q.    Well, you're supposedly an expert in

17  your field.  You didn't feel it necessary to read

18  this article.  You've never looked at the

19  footnotes.

20            You will agree with me, please, that you

21  cannot comment on the literature that's cited in

22  Dr. Blaivas' paper if you don't even know what that

23  literature is, right?

24     MR. SNELL:  Objection; form.

Kimberly Kenton, M.D.

Page 283

1    BY THE WITNESS:

2         A.    Yeah, I disagree with that but...

3    BY MS. FITZPATRICK:

4         Q.    You can.  You can comment on the quality

5    of the literature even though you haven't looked at

6    this, you haven't read it and you don't know what's

7    in these footnotes?

8         A.    We just spent probably 15 minutes going

9    through some of the paper -- some of the --

10        Q.    We went through two --

11        A.    Read the paper.

12        Q.    We went through two of 397.

13        A.    No, we went through the -- read several

14   paragraphs of how he came upon those conclusions.

15        Q.    I'm talking about the data that's in the

16   390 -- you've never -- let's do it this way.

17               Turn to page 22 of Dr. Blaivas'.

18        A.    I'm not going to go --

19        Q.    You've never read this page before, have

20   you?

21        A.    I'm not going to go through --

22        Q.    Have you ever read this page before,

23   Doctor?

24        A.    The references, his references?

Kimberly Kenton, M.D.

Page 284

1      Q.    Yes.

2      A.    I have not read that particular page of

3  his references.

4      Q.    Have you read page 23?  Have you read

5  that reference?

6      A.    Actually we did look at page 22.

7      Q.    Have you read this whole page, Doctor?

8      A.    I have skimmed that page.

9      Q.    Have you read this page?

10     A.    Yes.

11     Q.    Do you know what these 51 articles are?

12     A.    I don't know all of them.  I know a

13  great deal of them.

14     Q.    Doctor, you never looked at it before

15  you sat down.

16     MR. SNELL:  Objection; form.

17  BY MS. FITZPATRICK:

18     Q.    You've never looked at this.  You have

19  never looked at this paper and yet you are going to

20  tell a jury here that you've read through these 51

21  and you know enough of what these are and are not?

22     A.    I do.  I -- as I've indicated earlier in

23  my testimony, I spent a great deal of time going

24  through the peer-reviewed literature.  I am

Kimberly Kenton, M.D.

Page 285

1    familiar with many of these papers.  I can

2    eyeball --

3        Q.    You don't know what he cites?

4        MR. SNELL:  Don't interrupt.  She is answering

5    your question.

6    BY THE WITNESS:

7        A.    And I can eyeball many of these studies

8    and know that I have seen them in the past,

9    probably 15 years ago.  I would have actually read

10   some of them.  And they are like antiquated and

11   not -- they have been replaced by higher quality

12   data.

13   BY MS. FITZPATRICK:

14       Q.    Okay.  Is there any high-quality data

15   that's referenced in Dr. Blaivas' 397 footnotes?

16       A.    Sure.  There is the -- there is a

17   reference for -- I just saw it.  The -- one of --

18   the TOMUS 24-month outcome paper is referenced

19   there.

20       Q.    What's missing from this that you

21   consider to be high-quality data that Dr. Blaivas

22   should have relied on?

23       A.    I think that it's --

24       Q.    What data is missing from here?

Kimberly Kenton, M.D.

Page 286

1      A.     I can't tell go through here and tell
2  you what's missing, but I can --

3      Q.     That's because you haven't read it,
4  right?

5      A.     I can tell you what's included.  There's
6  reasons that many of these papers aren't included
7  in a systematic review, which we have established
8  is -- or meta-analyses, is the highest level of
9  evidence we have.

10     Q.     So, your complaint with Dr. Blaivas'
11 paper is that he cites -- he provides too much
12 information, he cites too many papers?

13     A.     He provides --

14     Q.     Not that he hasn't cited relevant ones.
15 Correct?

16     MR. SNELL:  Form.

17 BY THE WITNESS:

18     A.     Well, I think you can by -- I think he
19 cites relevant and irrelevant and doesn't
20 effectively weight them appropriately.

21 BY MS. FITZPATRICK:

22     Q.     Can I ask you, how do you know that if
23 you haven't read the paper?

24     A.     Because that is what a review article

Kimberly Kenton, M.D.

Page 287

1   does.  It's the nature of the document.

2        Q.    How do you know what he's weighted or he

3   hasn't if you've never read the paper?

4        A.    Well, first of all, we have read parts

5   of it together.

6        Q.    Doctor, please tell me that when a

7   patient comes in and you tell her that you're up to

8   date on the medical literature, that you keep on

9   top of it, that the way that you do it is something

10  a little better than looking at random sentences in

11  an article and skimming one page of a reference

12  list.  That's not how you do research, is it?

13       MR. SNELL:  Objection; form.

14  BY THE WITNESS:

15       A.    This is not a research article.

16  BY MS. FITZPATRICK:

17       Q.    You --

18       A.    This is --

19       Q.    This is not how you do research.

20       A.    This is essentially a book chapter.

21  This is an opinion piece.

22       Q.    This is not how you do research.  Is

23  that -- please answer my question.

24       MR. SNELL:  Objection; form.  It's been asked

Kimberly Kenton, M.D.

Page 288

1    and answered.

2    BY MS. FITZPATRICK:

3        Q.    It's --

4        A.    This is not --

5        MR. SNELL:  It's been asked and answered.

6    BY MS. FITZPATRICK:

7        Q.    Frankly --

8        A.    It's not how I do research because it's

9    not research.  No one can do research that way.

10       Q.    It is absolutely mind-boggling to me

11   that you would sit here and offer criticisms of an

12   article and make assumptions about an article that

13   you haven't even read.

14       MR. SNELL:  Objection.  That's not a question.

15   BY MS. FITZPATRICK:

16       Q.    I'm wondering is that how you do

17   research?  Do you make assumptions about things

18   that you haven't even read?

19       MR. SNELL:  Same objection.  Now

20   argumentative.

21       THE WITNESS:  You think?

22   BY THE WITNESS:

23       A.    So, as I said, that is not research and

24   there are different -- I feel like we have gone

Golkow Technologies, Inc. - 1.877.370.DEPS

Kimberly Kenton, M.D.

Page 289

1    through this numerous times, that there are levels

2    of evidence and the highest -- I'm not going to

3    make my decisions based upon essentially a book

4    chapter, which is not even peer-reviewed.  I mean,

5    it probably has some peer review.

6        Q.    Is it your -- is it actually your

7    testimony you're making an assumption this is not a

8    peer-reviewed article?

9        A.    No.  I did -- I actually -- did you

10    listen to what I said?

11        Q.    Yes.

12        A.    I actually said it is peer-reviewed.

13        Q.    Which is not -- "essentially a book

14    chapter, which is not even peer-reviewed."

15        A.    And then what did I say right after

16    that?

17        Q.    "Probably has some peer review."

18            Do you know whether this is

19    peer-reviewed or not?  Sitting here today do you

20    know whether this is peer-reviewed or not?

21        A.    Urology a is peer-reviewed journal.

22        Q.    Okay.  So, this is a peer-reviewed

23    article, correct?

24        A.    That's correct.

Kimberly Kenton, M.D.

Page 290

1      Q.     And it does cite Level 1 evidence,
2    correct?
3      A.     And it cites a whole lot of Level 3 case
4    series from a single site.
5      Q.     Is there any Level 1 evidence that you
6    believe is missing from this?
7      A.     I couldn't answer that question.
8      Q.     You can't answer that question because
9    you haven't read it, right?
10     A.     Correct.
11     Q.     Okay.  Is it possible that you don't
12   like this article because it's written by someone
13   who testifies on behalf of injured women?  Is that
14   part of the reason that you just decided that
15   you're going to discount anything that's said in
16   here and make assumptions that are not based on
17   fact?
18       MR. SNELL:  Form, foundation.
19   BY THE WITNESS:
20     A.     Absolutely not.
21       MR. SNELL:  Actually misstates her opinion.
22   BY THE WITNESS:
23     A.     I can unequivocally say that's not the
24   case.

Kimberly Kenton, M.D.

Page 291

1    BY MS. FITZPATRICK:

2        Q.    I just --

3        A.    The same article could be written in

4    support of TVT or midurethral sling and I wouldn't

5    be citing it and supporting it because there is

6    higher levels of data and better papers that

7    compile the data than this.  It's got nothing to do

8    with what it says.  It's the process in which these

9    data are compiled.

10       Q.    Okay.

11       MS. FITZPATRICK:  Let's mark this as

12   Exhibit 12.

13                    (WHEREUPON, a certain document was

14                    marked as Kenton Deposition Exhibit

15                    No. 12:  AUGS-SUFU "Position

16                    Statement on Mesh Midurethral

17                    Slings for Stress Urinary

18                    Incontinence.")

19   BY MS. FITZPATRICK:

20       Q.    Have you seen this before, Dr. Kenton?

21       A.    The AUGS position, SUFU position

22   statement, I have.

23       Q.    This is a "Position Statement on Mesh

24   Midurethral Slings for Stress Urinary

Kimberly Kenton, M.D.

Page 292

1    Incontinence," correct?

2         A.    It is.

3         Q.    And if you look at the back, it's got 14

4    references, correct?

5         A.    Correct.

6         Q.    Do you consider -- you don't consider

7    Dr. Blaivas' peer-reviewed article to be reliable

8    or to inform your opinions.  Do you consider the

9    AUGS position statement to be reliable and inform

10   your opinions?

11        A.    I think that the AUGS position statement

12   is reliable.  It is not what drives my opinions.

13        Q.    Okay.  Why is the AUGS-SUFU position

14   statement reliable but Dr. Blaivas' peer-reviewed

15   publication, "Safety Considerations for Synthetic

16   Sling Surgery," not reliable?

17        A.    I think that if you look at the things

18   that are being cited here, they're relying -- the

19   AUGS position statement is relying on primarily

20   RCTs, a systematic review, surgery versus

21   physiotherapy for stress incontinence, randomized

22   controlled trial in the New England Journal of

23   Medicine, a Cochrane review and so -- another

24   Cochrane review, another systematic analysis,

Kimberly Kenton, M.D.

Page 293

1    another RCT.

2              So, the level of data that they relied

3    on to make this position statement, they didn't

4    overstretch, they didn't comment on things that

5    don't have high-quality data.

6         Q.    So, you know or do you know that what's

7    cited in the position statement is also cited in

8    Dr. Blaivas' article?  Do you know that or not?

9         A.    I do.

10        Q.    Okay.  So, the AUGS position statement

11   and Dr. Blaivas rely on these same literature that

12   you consider to be reliable, correct?

13        MR. SNELL:  Form, foundation.

14   BY THE WITNESS:

15        A.    As I stated, it's not what is -- it's

16   not what is included.  It's what it -- excluded.

17   It's what's included in here.

18   BY MS. FITZPATRICK:

19        Q.    Now, you're not testifying --

20        A.    Much of -- much of the things, like the

21   complication data in here, are based on case

22   reports and small case series.

23        Q.    How do you know that if you haven't read

24   it?

Kimberly Kenton, M.D.

Page 294

1      A.     Because I'm familiar with the

2  literature.  When you're looking at like the

3  abscesses from TOTs, those are not.  Those are

4  small.  Those are case reports and case series.

5      Q.     Let me ask you.  Just leave that there.

6             What did Dr. Blaivas cite?  What

7  articles -- you said, just told me that you're

8  looking at abscesses from TVT.  Those are case

9  reports and case series.  What is it?  What did he

10 cite?

11     MR. SNELL:  Objection; misstates.  She said

12 TVT-O.  I think you ought to fix your question.

13 BY MS. FITZPATRICK:

14     Q.     What did he cite?

15     A.     I can't tell you the papers, but I know

16 the literature.  There is --

17     Q.     If you don't know what he cited, how can

18 you make that --

19     A.     Because I know --

20     Q.     -- assumption?

21     A.     Because I know what's out there to cite.

22 It's not a huge body of literature.  I read it.

23     Q.     Did it ever occur to you to maybe take a

24 look at this article, even if you disagree with

Kimberly Kenton, M.D.

Page 295

1    Dr. Blaivas' assumptions, and maybe look at the

2    backup data to see if there is anything there that

3    you didn't know before?

4        A.    So, I guess I don't -- I didn't feel --

5    I don't feel the need to read a review article when

6    I can read the data and interpret it and make my

7    own assumptions.

8        Q.    You don't -- my point is, Dr. Kenton,

9    you don't know what data he relied on.  Why is it

10   so hard to say, "Yes, I don't know what data he

11   relied on because I didn't read the article"?

12       MR. SNELL:  Because she's answered your

13   question three times.  Objection; asked and

14   answered numerous times.

15   BY MS. FITZPATRICK:

16       Q.    So, you rely on AUGS and SUFU.  Do you

17   think this AUGS-SUFU statement is a systematic or

18   scientific review of literature in any way?

19       A.    I said that it was not.  It was based on

20   systematic reviews and randomized controlled

21   trials.

22       Q.    Okay.  And when you look at the

23   "Midurethral Sling Task Force" on page 3 of the

24   AUGS-SUFU.

Kimberly Kenton, M.D.

Page 300

1    your position?  How do you reconcile that?

2        **A.**    I can --

3        MR. SNELL:  Hold on.  Objection; compound and

4    also misstates her opinion and this has been asked

5    and answered about four times now.  It's also

6    argumentative.  Go ahead.

7    BY THE WITNESS:

8        **A.**    Can you repeat the question.

9    BY MS. FITZPATRICK:

10       **Q.**    Sure.  Happy to do that.

11           You've testified -- I'll break it down

12   into a whole bunch of little questions.

13           You've testified that you believe that

14   the AUGS and SUFU statement are reliable, correct?

15       **A.**    Yes.

16       **Q.**    You've testified that you don't believe

17   that Dr. Blaivas' article is reliable, correct?

18       **A.**    I didn't say it wasn't reliable.  I said

19   it's not how I -- it's not a document that I would

20   use to make my decisions.  I didn't use this

21   document to make my decisions either for the

22   record.

23       **Q.**    Okay.  So, then let me ask you this:  Is

24   Dr. Blaivas' article in a peer-reviewed publication

Kimberly Kenton, M.D.

Page 301

1    reliable?

2        A.    I guess we should get down to like --

3    you're going to be annoyed about "reliable."  What

4    do you mean reliable?  It's a reliable

5    interpretation of -- it's reliable outcome of his

6    interpretation of the literature, much of which is

7    his.

8        Q.    Dr. Kenton, can you explain something to

9    me.  When I asked you if AUGS-SUFU is reliable, you

10   said yes unequivocally.  When I asked you the next

11   question, is Dr. Blaivas reliable, you can't give

12   me a yes or no answer.

13            Did your definition of "reliable" change

14   or your understanding of the word change between

15   those two questions?

16       A.    I feel that I've answered this question

17   on numerous -- numerous times.  This paper --

18       Q.    Is AUGS-SUFU reliable?

19       A.    This paper is relying on mostly Level 1

20   evidence, systematic reviews, meta-analyses or

21   randomized controlled trials.  They don't overstate

22   their position.  They take the data and what we

23   know and they make comments.

24            This also includes and makes case

Kimberly Kenton, M.D.

Page 302

1   series -- I mean, case reports and small little

2   documents and over -- potentially makes conclusions

3   that we can't make from those level of data.  So,

4   this is a potential overstatement.

5       Q.    Okay.  But, Doctor, if you haven't read

6   it, how do you know whether it's an overstatement,

7   an understatement or a neutral statement?

8       A.    Well, we read the part together talking

9   about complications from TVT-O.  Those are -- I

10  know like those are case reports.

11      Q.    At what point did you take a look at

12  what Dr. Blaivas cited and go back to the reference

13  list, see what those articles were and go through

14  it?  You didn't do that.

15      A.    I didn't have to.

16      Q.    So, you -- you know what?  Maybe this

17  is -- maybe this is just your position and we

18  can...

19            You don't believe that in order to

20  assess whether there is an overstatement,

21  understatement or neutral statement of a position

22  in this paper, you don't believe you have to read

23  it in order to do that?

24      MR. SNELL:  Form, misstates.

Kimberly Kenton, M.D.

Page 303

1    BY THE WITNESS:

2        **A.**    As we've discussed, I think that the

3    level of that kind of a paper is one or a group of

4    people sifting through the literature in a

5    non-systematic method, using a non-systematic

6    methodology and coming up with conclusions.  That

7    is not what happens when you do a systematic

8    review.

9    BY MS. FITZPATRICK:

10       **Q.**    Okay.  But I'm not talking about a

11   systematic review.  I'm talking about a position

12   statement.  This is not a systematic review of the

13   literature, correct?

14       **A.**    No.  It is --

15       **Q.**    And in fact --

16       **A.**    It relies upon Level 1 data almost

17   exclusively.  So, it's not commenting on things

18   that are kind of out there that we don't really

19   know.  So...

20       **Q.**    And your assumption is that that's what

21   Dr. Blaivas' paper does even though you haven't

22   read it?

23       MR. SNELL:  Objection; misstates.

24   BY THE WITNESS:

Kimberly Kenton, M.D.

Page 304

1      **A.**    I read a portion of it and I know that

2    that's what it does.

3    BY MS. FITZPATRICK:

4      **Q.**    You've read about four sentences with

5    me, Dr. Kenton.  Is that -- when you read an

6    article, do you think you can read four sentences

7    and make a determination?  Is that how you do it?

8      **A.**    I can make a determination of the

9    overstatement of the complications, yeah, because

10   that's what we read.

11     **Q.**    Is this how you prepared your expert

12   report?  Did you read just a couple sentences from

13   an article or a document, make an assumption about

14   it, put it in your expert report and move on?

15     **A.**    I didn't have to make an assumption

16   about this.  I know the data around and what's been

17   published around complications of infection

18   around --

19     **Q.**    Tell me what the overstatement is.  Open

20   the paper and tell me what the overstatement is.

21     **A.**    I'm trying to find the part that we were

22   reading.

23     **Q.**    I'll help you out.  It's page 7.

24     **A.**    So, "Thigh abscesses, a complication

Kimberly Kenton, M.D.

Page 305

1    unique to the TOT sling, have been reported in the

2    past decade."

3            Q.    So, is that untrue?

4            A.    It's not untrue.

5            Q.    Is that an overstatement?

6            A.    But I think that to take -- the reason

7    that that doesn't hit the peer-reviewed like

8    systematic review of literature is because you

9    can't take an isolated case of anything.  I mean,

10   people die walking across the street.

11           So, when you have an isolated rare event

12   and it gets reported as a case report, it's

13   important to know, it informs things.  But it is

14   not going to be like -- you're not going to make a

15   determination on how you treat millions based on an

16   isolated case report.

17           Q.    Okay.

18           A.    Or several.

19           Q.    You said -- you used the word

20   "overstatement."

21           Is it incorrect, is it an overstatement

22   in any way to say "Thigh abscesses, a complication

23   unique to the TOT sling approach, have been

24   reported in the past decade"?  Is that an

Golkow Technologies, Inc. - 1.877.370.DEPS

Kimberly Kenton, M.D.

Page 306

1    overstatement?

2        A.    The statement alone isn't an

3    overstatement.

4        Q.    Okay.

5        A.    The interpretation that one shouldn't

6    use midurethral slings based on case reports I

7    think would be an overstatement.

8        Q.    Show me where that is.  Show me where

9    that says shouldn't use -- you shouldn't use

10   midurethral slings based on case reports.  Show me

11   where Dr. Blaivas says that in this paper.

12       A.    Perhaps, perhaps he doesn't.

13       Q.    Okay.  So you don't actually know what

14   he says in this paper because you haven't read it.

15       MR. SNELL:  Form, asked and answered.

16   BY MS. FITZPATRICK:

17       Q.    Is that right?

18       A.    We read parts of it together.  As I've

19   indicated, this isn't the level of data in papers

20   that I base my opinions on.

21       Q.    Okay.  So, let me ask you a

22   hypothetical.

23       A.    So, I never would have brought this to

24   the table.

Kimberly Kenton, M.D.

Page 307

1      Q.     I come in to see you for stress urinary

2    incontinence.  Okay.  And you talk to me about

3    putting in a transobturator sling.  Correct?

4      A.     If you had certain criteria, yes.

5      Q.     Sure.  Let's assume I fit whatever the

6    criteria it is for you.

7             And you know that thigh abscesses have

8    been reported in the literature associated with the

9    transobturator sling procedure.  Correct?  You have

10   that knowledge?

11     A.     Definitely.

12     Q.     Are you going to tell me about that or

13   are you not going to tell me about it because it's

14   not Level 1 evidence?

15     A.     Of course I'm going to tell you that you

16   have a risk of infection and -- I'm going to go

17   through the whole nine yards.

18     Q.     And are you going to tell me that I have

19   a risk of a thigh abscess as part of the infection

20   because you know that it's been reported in the

21   literature?

22     A.     Sure.  And you have a risk of a

23   abdominal abscess or retropubic abscess if I do a

24   retropubic or a pubovaginal sling.

Kimberly Kenton, M.D.

Page 308

1    Q.    So, it's important enough information

2    that you would tell a patient because a patient has

3    a right to know that a thigh abscess can occur with

4    the placement of a transobturator sling, correct?

5    A.    Correct.

6    Q.    So, what's wrong with Dr. Blaivas

7    telling doctors that thigh abscesses, a

8    complication unique to the transobturator sling

9    approach, have been reported in the past decade?

10   Isn't that important information for a doctor to

11   know?

12   A.    I would hope that the doctors were

13   putting midurethral sling or midurethral slings in

14   would have known about those case reports on their

15   own, but -- sure.

16   Q.    But don't you think -- there is 2,000 --

17   what, 2,000 plus articles that are out there that

18   deal with midurethral slings, right?

19   A.    Yes, more than any other incontinence

20   procedure we have.

21   Q.    Right.  But very, very few of those are

22   actually the Level 1 evidence that you rely on for

23   your decisions, correct?

24   A.    Correct.

Kimberly Kenton, M.D.

Page 309

1     Q.    But the rest of those articles provide

2  some information to physicians such as yourself,

3  correct?

4     A.    Correct.

5     Q.    And you don't suggest that a physician

6  who implants TVTs is responsible for going out

7  every day into the medical literature and every day

8  reading over those 2,000 articles, correct?

9     A.    Correct.

10    Q.    And, so, peer-reviewed articles like

11  Dr. Blaivas' synthesize what's out there in the

12  medical literature, correct?

13    MR. SNELL:  Object to the foundation on what

14  he actually did.  Synthesis.

15    MS. FITZPATRICK:  She seems to know what he

16  did.

17    MR. SNELL:  Well, you are positing that he

18  synthesized it when you know I have deposed him on

19  what all he left out of this.  So, that's my

20  foundation about what he supposedly did.

21    MS. FITZPATRICK:  Well, I don't believe you're

22  a doctor, Burt.  I don't believe you've done

23  medical research.

24    THE WITNESS:  Let's not go there again.

Kimberly Kenton, M.D.

Page 310

1    MR. SNELL:  It's okay.  I'm just making my

2    objection.  That's fine.

3        MS. FITZPATRICK:  No, you're not.  You're

4    making an improper objection and you know that.

5        MR. SNELL:  Absolutely not.  You've made

6    representations about what he did in your question,

7    and I'm allowed to object on the foundation on

8    that.  That's the only reason I made this.

9        MS. FITZPATRICK:  No, you're testifying, Burt,

10   and cut it out.

11       MR. SNELL:  I'm not.

12   BY MS. FITZPATRICK:

13       Q.    Please answer the question, Dr. Kenton.

14       A.    So, this paper where he reports a TOT

15   abscess, and he is just talking about the

16   complications of midurethral sling, is not -- as I

17   said, it can be on either side.

18            This is not where I personally go to

19   rely on somebody else's synthesis of the literature

20   that isn't comparative.  There is no comparators in

21   here.  So, there is a TOT abscess.

22            Do they talk about the complications of

23   a higher rate of bowel injury with a Burch or like

24   abdominal wall abscesses with a sling?

Kimberly Kenton, M.D.

Page 311

1      Q.     Maybe if -- maybe if you read the
2   article you'd know.

3      A.     Perhaps I would.  But as I said, this
4   isn't the level of evidence I rely upon.

5      Q.     But this AUGS-SUFU statement --

6      A.     I didn't say it's the level of evidence
7   I rely on.

8      Q.     So, you would not rely on the
9   AUGS-SUFU statement --

10      A.     Do I think it's a reliable statement?
11   They're not overstating anything.

12      Q.     But you don't rely on the AUGS-SUFU
13   statement for reaching your conclusions in this
14   particular case, correct?  That's --

15      A.     No.

16      Q.     This is not the evidence that you have
17   relied on?

18      A.     I think one of the very first things I
19   testified to is I rely on my own review of the
20   peer-reviewed literature.

21      Q.     And it's not the AUGS-SUFU statement,
22   correct?

23      A.     Do I rely on it?  I -- I think it's
24   useful, but it's not the thing that -- this isn't

Kimberly Kenton, M.D.

Page 312

1    what made me decide to keep using midurethral

2    slings.

3        Q.    Okay.  Let's go back to where we

4    started.  You wanted to look at Doctor -- at the

5    Schimpf article.

6             I'm looking on the section on

7    pubovaginal slings versus midurethral sling and

8    what I'm trying to understand is -- well, let me

9    ask this.

10            Do you believe that the TVT Retropubic

11   is a safer alternative to an autologous fascial

12   sling?

13       A.    I do.  I think it has different risks

14   and benefits.

15       Q.    Is it a safer procedure than the

16   autologous -- is it a safer alternative to the

17   autologous fascial sling?

18       A.    As I said, I think that as with all

19   procedures, there is a different risk/benefit

20   profile.  I mean, I think I testified yesterday

21   that I discuss those risks and I help each

22   individual woman decide which risk/benefit profile

23   she is trying to take.

24       Q.    Okay.  And what I'm trying to

Kimberly Kenton, M.D.

Page 317

1    the video record.

2    BY MS. FITZPATRICK:

3        Q.    Now, Dr. Kenton, one of the criticisms

4    that you have of Dr. Blaivas' paper is that he

5    includes case reports and non-Level 1 evidence in

6    it, correct?

7        A.    So, I think that I would like to

8    clarify.  I'm not criticizing his paper.  You asked

9    me if I read it.  That's not the level -- that's

10   not the type of article I read in making a

11   decision.

12       Q.    Okay.  But, Dr. Kenton, we spent quite a

13   bit of time on this record with you saying that you

14   believed that Dr. Blaivas was looking at and

15   included literature that was low-level literature,

16   correct?

17       A.    I think that you're making it personal

18   that it's something about Dr. Blaivas.  I've said

19   on numerous occasions that type of document is not

20   what I rely upon because they include not all

21   high-level evidence.  That's why they designed

22   systematic reviews and meta-analyses, and I've said

23   that repeatedly.

24       Q.    Okay.  So, you're not critical, then, of

Kimberly Kenton, M.D.

Page 318

1    the literature that Dr. Blaivas has relied on, is

2    that right?

3         MR. SNELL:   Form.

4    BY MS. FITZPATRICK:

5         Q.    It seemed like for about an hour you

6    were very critical of what you believed he had or

7    hadn't relied on and the quality of that review.

8         MR. SNELL:   Form, asked and answered.

9    BY THE WITNESS:

10        A.    I would say that what I was saying, you

11   were accusing me of not reading this.  I explained

12   the reason I don't read these level of data,

13   regardless of what side they're on, is because

14   they're not a statistical accumulation of

15   high-quality data.

16             And then we went into like going through

17   what are the limitations with these type of data

18   compared to something like a systematic review or

19   meta-analysis.

20        MS. FITZPATRICK:   Okay.  If we can mark this

21   as Exhibit 12.  I'm sorry.  The first one has a

22   highlight on it.

23             What are we at?

24        THE REPORTER:   13.

Kimberly Kenton, M.D.

Page 341

1    systematic or comprehensive review of the

2    literature on midurethral slings, would that change

3    your opinion as to its reliability?

4        MR. SNELL:   Foundation.

5    BY THE WITNESS:

6        A.    I -- it's clearly not based -- it's not

7    a systematic review.  I mean, it's a -- it's a

8    review of the literature similar to the one that we

9    talked about with Dr. Blaivas where they reviewed

10   some literature and they offered their position on

11   it.

12   BY MS. FITZPATRICK:

13       Q.    How do you know it's the same as the one

14   done by Dr. Blaivas?

15       A.    It's the same level of evidence when you

16   talk about scientific evidence.

17       Q.    Fine.  You consider them to be --

18       A.    I don't know how they -- how either of

19   them went about their processes.

20       Q.    Okay.  That's what I wanted to get to.

21             So, what you're saying when you say

22   they're the same, it's the same level of evidence

23   from Dr. Blaivas' paper to the SUFU-AUGS statement

24   in your opinion but you're not commenting on how

Kimberly Kenton, M.D.

Page 342

1    comprehensive the literature reviews for either one

2    were, correct?

3        MR. SNELL:   Form.

4    BY THE WITNESS:

5        A.    I think the -- I would comment based on

6    the data lists that they are -- they are different.

7    BY MS. FITZPATRICK:

8        Q.    Okay.  And based on just the data lists,

9    you'll agree that Dr. Blaivas' is more

10   comprehensive, correct, because he cites almost 400

11   articles as opposed to 11?

12       A.    I think that more comprehensive does not

13   mean better.  For instance, if each of these

14   individual randomized controlled trials that you

15   just pointed out with 20 or 40 people in them were

16   cited and taken as an isolated paper on its own,

17   they're meaningless.

18           So, it doesn't help to have that added

19   to the literature until you compile them together.

20       Q.    Then why did you include in your

21   references opinions and case reports if those are

22   meaningless?

23       A.    I didn't say.  These are randomized

24   controlled trials that you handed me that are

Kimberly Kenton, M.D.

Page 379

1    tenderness in a particular area of the vagina that

2    when you touch it, it hurts like heck.

3          A.    That's a trigger point.  That could be

4    muscular.

5          Q.    Okay.

6          A.    It's hard to -- I will -- it's hard to

7    distinguish if it's the foreign body or it is the

8    muscle that's causing that pinpoint tenderness

9    frequently.

10          Q.    So, if you palpate suburethrally where

11    the mesh is and it hurts a lot, right in that area,

12    how do you as a doctor go about figuring out

13    whether it's related to the mesh or whether it's a

14    pelvic floor muscle dysfunction somewhere else?

15          A.    If -- occasionally if it looks like the

16    mesh is exposed or there is something that makes me

17    more suspicious for mesh, I go on the mesh.

18                Otherwise, I usually start with physical

19    therapy and with a good, well-trained physical

20    therapist and see if they improve.

21          Q.    Okay.  What if the mesh isn't exposed?

22          A.    With midurethral slings, typically, if

23    it's palpate tenderness under the urethra, as I

24    said, and I can -- you know, levators and muscles

Kimberly Kenton, M.D.

1    pain" used in the medical literature in association

2    with a TVT sling?

3         A.    I've seen it used in association with.

4    But chronic pain actually, chronic pelvic pain has

5    a very discrete diagnosis -- I mean definition.

6    But, yes, I've seen that terminology used.

7         Q.    Okay.  The chronic pelvic pain that you

8    talk about that has a very discrete diagnosis, have

9    you seen that reported in the medical literature

10   associated with the TVT?

11        A.    Yes.

12        Q.    The chronic pelvic pain -- and is that

13   Level 1 evidence that you have seen?

14        A.    Yeah, it does fall into some of the

15   randomized controlled trial data.

16        Q.    Okay.  Is chronic pain associated with

17   the autologous fascial sling reported in the

18   medical literature?

19        A.    It is.

20        Q.    In what level?

21        A.    Level 1.

22        Q.    And where is that reported?

23        A.    There is pelvic pain reported in the

24   SISTEr trial as well.

Kimberly Kenton, M.D.

Page 426

1              No. 21, Ethicon document, "All

2              active contracts for 2008 through

3              Nov. 19, 2008"; Bates No.

4              Eth.Mesh.05013617, and No. 22,

5              11/11/2010 Ethicon document re

6              contracts; no Bates numbers.)

7        MR. SNELL:  That's it.

8        MS. FITZPATRICK:  Are you done testifying,

9   Mr. Snell?

10       MR. SNELL:  I'm not testifying.  I was

11   questioning.

12              FURTHER EXAMINATION

13   BY MS. FITZPATRICK:

14       Q.    Turn to page 11 of your report.

15              You don't cite this 2006 study.  What is

16   it?

17       A.    What do you mean I don't cite it?

18       Q.    I don't see a footnote that tells me

19   what study --

20       A.    I didn't put the reference in?

21       Q.    No.  What study is it?

22       A.    I mean, if I did have the reference,

23   I'll have to go back and pull it from my file.

24       Q.    Do you believe that it's -- it would be

Kimberly Kenton, M.D.

Page 427

1    appropriate for me to use data on complication

2    rates related to the ObTape and as a basis for what

3    I can expect out of complications from a TVT

4    device?

5         A.    I believe that ObTape has higher erosion

6    rates than TVT.

7         Q.    Okay.  So, why would you use a paper

8    that's comparing the erosion rates of an ObTape

9    laser-cut to a TVT-O mechanical-cut to support your

10   opinion that there is no difference between the

11   TVT Retropubic mechanically-cut and the TVT

12   laser-cut?

13        A.    Because there are very few data about

14   actually mechanically-cut versus laser-cut, and

15   that's about as good as the data is going to get.

16        Q.    That's the best you can get.  But you

17   agree with me, that's not a very good comparison,

18   is it?

19        A.    It's not any better than the -- it's --

20   to me it's not better or worse than the theories

21   that an engineer who has never touched a patient

22   has.

23        Q.    Is that sufficient data for you as a

24   surgeon to rely on to make the determination that

Kimberly Kenton, M.D.

Page 429

1    is a difference, and there is a propensity of data

2    to support the mechanically-cut TVT is safe.

3    BY MS. FITZPATRICK:

4         Q.    Okay.  Do you believe that a study

5    comparing an ObTape laser-cut group to a

6    mechanically-cut TVT-O group is an appropriate

7    comparator or data to use when trying to determine

8    the clinical performance differences between the

9    TVT-R mechanical-cut and the TVT-R laser-cut?

10        MR. SNELL:  Objection; form, asked and

11   answered.

12   BY THE WITNESS:

13        A.    I don't believe that there are any

14   compelling data to use to compare those two.

15   BY MS. FITZPATRICK:

16        Q.    Okay.  Including this 2006 study that

17   you cite, correct?

18        A.    Correct.  It's the only thing that's out

19   there --

20        Q.    Thank you.

21        A.    -- which is why I included it.

22        MS. FITZPATRICK:  Nothing further.

23        THE VIDEOGRAPHER:  Okay.

24        MR. SNELL:  That's it.  Thank you.