# EXHIBIT C

Kimberly Kenton, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON
 2
 3    ---------------------------   )  Master File No.
      IN RE:  ETHICON, INC.,        )  2:12-MD-02327
 4    PELVIC REPAIR SYSTEM          )
      PRODUCTS LIABILITY            )  MDL 2327
 5    LITIGATION                    )
      ---------------------------   )  JOSEPH R. GOODWIN
 6                                  )  U.S. DISTRICT JUDGE
      THIS DOCUMENT RELATES TO      )
 7    PLAINTIFFS:                   )
                                    )
 8    Christine Wiltgen             )
      Case No. 2:12-cv-01216        )
 9                                  )
      Laura Waynick                 )
10    Case No. 2:12-cv-01151        )
                                    )
11    Denise Burkhart               )
      Case No. 2:12-cv-01023        )
12                                  )
      Debra A. and Donald           )
13    Schnering                     )
      Case No. 2:12-cv-01071        )
14                                  )
      Karen Bollinger               )
15    Case No. 2:12-cv-01215        )
      ---------------------------   )
16
17                  GENERAL DEPOSITION OF
18                  KIMBERLY KENTON, M.D.
19                    March 25, 2016
20                   Chicago, Illinois
21
22             GOLKOW TECHNOLOGIES, INC.
23        877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
```

Kimberly Kenton, M.D.

1        A.      Yes.  Sorry.  Yes, if I recall.

2        Q.      We don't have you on video today.  I

3    just have to wait until you give an affirmative

4    answer.

5        A.      Yeah, I apologize.

6        Q.      Now, you use the retropubic device in

7    the majority of your patients instead of the

8    transobturator procedure, correct?

9        A.      I do.

10       Q.      And why is that?

11       A.      Several reasons, the first being I think

12   that when you look -- although the long-term

13   outcome data, you can't declare them equivalent or

14   not equivalent in our own study, there was a

15   slightly higher cure of stress incontinence with

16   the retropubic.

17           And I think that that's consistent with

18   what we understand, what we think we understand

19   about incontinence procedures is the more

20   obstructive they are, the more likely they are to

21   cure stress incontinence and possibly induce a

22   little bit more urgency.  So...

23       Q.      Is there any other reason that you use

24   the retropubic over the transobturator?

Kimberly Kenton, M.D.

1      A.      That's probably the primary one.   I do

2   occasionally use transobturators.   I tend to

3   reserve that for women who have had prior extensive

4   retropubic surgery where I am concerned that there

5   may be bowel in the retropubic space or sometimes

6   older women who I think I would rather have them

7   less likely to be cured and less -- induce less

8   urgency and voiding dysfunction.

9      Q.      And you agree with me that the TVT-O in

10   the reported literature has a higher rate of groin

11   pain in women than the TVT-R, correct?

12      MR. ROSENBLATT:   Object to form.

13   BY THE WITNESS:

14      A.      In the reported literature, particularly

15   in the short term, TVT has higher rates of groin

16   pain.   In contrast, the TVT has slightly higher

17   rates of suprapubic pain.   So, yes, I think there

18   is a difference in the two procedures.

19   BY MS. FITZPATRICK:

20      Q.      And you agree with me that the TVT-O and

21   the TVT-R have different risks and benefits

22   associated with the particular procedures, correct?

23      A.      Agreed.

24      Q.      Okay.   And would you agree with me that

Kimberly Kenton, M.D.

1  the TVT-O has a higher rate of leg pain in the

2  reported literature than the TVT-R?

3       A.    Yes, I would agree with that.

4       Q.    And would you agree with me that the

5  TVT-O has a higher rate of vaginal perforation

6  reported in the literature than the TVT-R?

7       A.    I would agree with that.

8       Q.    Now, when we talked a few months ago you

9  told me that you rarely do a transobturator sling

10  and that it's only in carefully selected women.

11  Does that sound accurate?

12       A.    It does.

13       Q.    And I think what you told me is you use

14  it in older women.  But can you tell me now what

15  are the characteristics of the carefully selected

16  women on whom you choose to do an obturator

17  procedure rather than the retropubic procedure?

18       A.    So, as I said, people who have had

19  extensive prior retropubic surgery where their

20  retropubic space may have been opened like from

21  having a prior Burch and a hysterectomy at the same

22  time.  Sometimes there can be bowel in that space.

23  So, I prefer not to be in the retropubic space.

24            And then the other big group of women

Kimberly Kenton, M.D.

1   want to know if you're aware of anything.  I think

2   what you're telling me is you don't know of any

3   studies that have been done like that and you don't

4   know how such a study would even be conducted.  Is

5   that fair enough?

6        MR. ROSENBLATT:  Object to form.

7   BY THE WITNESS:

8        A.    I wouldn't know how to conduct that

9   study.

10  BY MS. FITZPATRICK:

11       Q.    Okay.  Do you know of any clinical

12  trials that have been done to assess specifically

13  the safety of the TVT-O device made by Ethicon?

14       A.    So, a clinical trial by definition is

15  comparative.  You can't really do a randomized

16  controlled trial to look at safety because,

17  fortunately, most of these complications are rare.

18  So, most of the clinical trials are designed to

19  look at efficacy with safety endpoints.

20            And then it brings us to the systematic

21  reviews and the meta-analyses where we use,

22  fortunately, validated outcome measures that we can

23  try to compile those to more objectively look at

24  safety.

Kimberly Kenton, M.D.

1    rare?

2         A.    Sure.  I mean, I'm not sure I walk

3    around with a clear cutoff of what rare is.

4         Q.    Okay.  But somewhere in that

5    neighborhood?

6         A.    Yeah.

7         Q.    Okay.  You know, though, that there are

8    complications that are unique to the helical

9    trocars that are used with the TVT-O versus the

10   trocars that are used with the TVT Retropubic,

11   correct?

12        A.    So, can we just like upfront -- I think

13   that there are unique complications associated with

14   the transobturator route of sling placement that

15   differ from the retropubic.  I don't know if it's

16   from the trocar or the sling or if I just took a

17   surgical instrument and put it through that space

18   it would be different.  Do you understand the

19   difference in those?

20        Q.    Okay.

21        A.    Let's just like so we don't have to keep

22   going back to that thing.  I think that there are

23   differences in complications with the two

24   procedures, whether it's the trocar, whether it's

Kimberly Kenton, M.D.

1    the method of passage.

2              I mean, I could theoretically say that I

3    could just take a surgical instrument and still

4    pass it like how we used to with old-fashioned

5    retropubic slings.  That's exactly how we pass the

6    TVT.  It's not that different.

7              If I took a uterine packing forceps and

8    pass it through the transobturator space, I think

9    we would see similar complications that are unique

10   to passing something through the transobturator

11   space.

12       Q.    Okay.  So, let's --

13       A.    It's the route of access more than I

14   think it's the device, like that particular trocar.

15       Q.    So, with -- just let me see if I have

16   got this right.

17              So, what you're saying with the TV --

18   some of the unique complications, and we can get to

19   what those are, but those unique complications with

20   the obturator procedure, you think are more related

21   to the route of access through the obturator space

22   than the actual trocar itself causing the injury?

23       A.    Correct.

24       Q.    Is that -- okay.

Kimberly Kenton, M.D.

1  used in both the TVT-O and the TVT-R from a Class I

2  device to a Class II device?

3      MR. ROSENBLATT:  Take your time to read

4  through the document if that's what she's asking

5  you about.

6      THE WITNESS:  I don't think she's asked me

7  that.

8  BY MS. FITZPATRICK:

9      Q.    No, I was asking you whether you knew --

10     A.    Yeah.

11     Q.    -- that the FDA had proposed that.

12     A.    No.

13     Q.    So, if you take a look at what's in

14  front of you, and this came out in February 26 of

15  2016.

16          Have you seen or has anyone from Ethicon

17  made you aware that the FDA is looking at

18  reclassification of urogynecological surgical mesh

19  instrumentation?

20     A.    No.

21     Q.    If you take a look at this document,

22  on -- in the "Conclusion" section, on page 22, it

23  reads, "The FDA proposes that urogynecologic

24  surgical mesh instrumentation are reclassified from

Kimberly Kenton, M.D.

1   Class I to Class II with special controls and be

2   subject to pre-market notification requirements."

3           Do you see that?

4       A.   I do.  It's great.

5       Q.   And this came out -- why do you say

6   that's great?

7       A.   Because should have had this type of an

8   approval process for all surgical devices 20 years

9   ago.

10      Q.   So, you think this would have been a

11  good thing to have the trocars classified as a

12  Class II device instead of a Class I device from

13  the time that they have been on the market?

14      A.   I don't -- as I said, I'm not -- I'm not

15  so sure I agree with them that it's about the

16  instrumentation as much as the whole -- this is

17  similar to the whole procedure.

18           I think that for, as you know, for a

19  surgical procedure to get approved ten years ago,

20  five years ago, it didn't have to be even implanted

21  in people based on the 510(k) approval process.

22           So, I think all this is going to benefit

23  women and men because it applies to many other

24  fields of medicine as well.

Kimberly Kenton, M.D.

1    surgical procedure safer in association with the

2    TVT-R device.  Do you recall that?

3        MR. ROSENBLATT:  Object to form.

4    BY THE WITNESS:

5        A.    So, I had conversation -- I told you

6    that we had conversations, not with -- about --

7    with a different company.  My fellows had.  With

8    a -- so, not TVT-R.

9            But a retropubic midurethral sling or

10   transobturator regarding tensioning to more

11   standardize tensioning.  Didn't make it safer.  It

12   made it easier to standardize when you're teaching.

13   BY MS. FITZPATRICK:

14       Q.    Okay.  But you will agree with me that

15   you also had the opinion that some of the

16   complications are caused by overtensioning the

17   device at the time of implant, correct?

18       A.    I think that that's a million dollar

19   question.  If we could figure out exactly how to

20   tension it the same way for every woman, but yes.

21            I think that all slings that you can put

22   in like more tightly, they are going to be more

23   obstructive and they will create more voiding

24   dysfunction.

Kimberly Kenton, M.D.

1      Q.    Okay.  So, I think that what we had

2  discussed was that --

3      A.    I would be retired and not sitting here

4  if I knew how to tension it exactly right for every

5  woman.

6      Q.    Okay.  And, so, that's something that is

7  inherent in the transobturator midurethral slings

8  as well, the difficulty in getting consistent

9  tensioning from patient to patient to patient to

10  patient, correct?

11      A.    Yeah.  I think that -- I think -- I

12  think what I meant to say or what I implied or

13  wanted to say was it's not inherent.

14           So, you don't -- you are trying to

15  compensate for a nerve and a muscle that don't

16  work.  How sick your nerve and muscle are may be

17  different, if you have incontinence, may be

18  different than how sick mine is.

19           I think that one of the limitations of

20  all continence procedures is how do I decide how to

21  tight to make it for you that you can void freely

22  and not have stress incontinence.  It may be

23  different for me.

24           And I think that that's uniform across

Kimberly Kenton, M.D.

1    all continence procedures and that's to me the

2    million dollar question that we can move beyond.

3              But then there is this way, since we

4    don't really know who needs a tighter one or a

5    looser one, that when you are doing multiple times,

6    and I train residents and fellows, that I got to

7    just standardize how we do it.

8              And one of the things that I found

9    useful was what you were referring to is putting a

10   Babcock or a surgical instrument to just sort of

11   keep that standard.

12             I don't know that it makes it safer by

13   doing that.  Some people may leak more.  But I

14   think that that's -- we don't know the perfect way

15   to tension any sling, whether it be -- or any

16   continence procedure for that matter.

17        Q.    And the reason that it's difficult is

18   the pelvic anatomy of women can be marginally

19   different, correct?  My nerves may not be exactly

20   where your nerves are?

21        A.    I would say it's different because there

22   is probably a multifactorial etiology for what

23   causes stress incontinence in women, and we are not

24   fixing the underlying.

Kimberly Kenton, M.D.

1           So, we think women have stress

2    incontinence and the propensity of the data is

3    because you have a neuromuscular injury to the

4    striated urethral sphincter, which is -- a simple

5    analogy.  Think of your bladder as a birthday party

6    balloon.  Little spigot.  Knot on the end.  The

7    knot is the urethral sphincter.

8           So, the nerve that goes to innervate

9    that muscle doesn't work as well.  The muscle is

10   not as strong.  I can't make that nerve or that

11   muscle better.  So, all incontinence procedures

12   inherently like work to compensate for that in some

13   way.

14       Q.    So, are you saying it doesn't cure the

15   underlying cause of the stress urinary

16   incontinence; it tries to manage the symptoms --

17       A.    Yes.

18       Q.    -- around the --

19       A.    I would agree with that statement.

20       Q.    Okay.  And, so, when you are looking at

21   implanting whether it's a retropubic or a

22   transobturator sling to manage that complication,

23   there is no way -- and you're implanting it in

24   women -- the women's anatomy, just even where you

Kimberly Kenton, M.D.

1    place that sling, is a little bit different from

2    woman to woman to woman, correct?

3           Like a woman -- let me ask it like this.

4    A woman who is 100 pounds isn't going to be -- have

5    the same exact pelvic anatomy sitting

6    placement-wise as a woman who is 200 pounds, is

7    she?

8       MR. ROSENBLATT:  Object to form.

9    BY THE WITNESS:

10      A.    I think that a woman -- two women that

11   are -- weigh 90 pounds aren't going to have the

12   same anatomy as each other.  The same way no one

13   has the same nose or the same eyes.  So, yes.

14   BY MS. FITZPATRICK:

15      Q.    So, the pelvic anatomy differs from

16   woman --

17      A.    Be identical twins.

18      Q.    -- to woman to woman.

19           Even then, it's probably not exactly the

20   same, is it?

21      A.    Yeah, you're right.

22      Q.    So, when you're implanting into women,

23   you have to take -- attempt, to the best of your

24   ability, to take into account the differences in

Kimberly Kenton, M.D.

1    the placement of a woman's anatomy, correct?

2        A.    Yeah.

3        Q.    And that's a difficult thing to do from

4    patient to patient to patient to patient, correct?

5        A.    I don't think it's a difficult thing to

6    do.

7        Q.    You think that all doctors are able to

8    easily place a transobturator sling with the

9    correct tensioning with the correct placement every

10   time from woman to woman to woman even given that

11   difference in anatomy?

12       MR. ROSENBLATT:   Object to form.

13   BY THE WITNESS:

14       A.    I don't know that the correct -- yeah, I

15   don't think that the anatomy is probably the big

16   difference.   I don't know that they can always

17   tension it perfectly even in two people.   I'm not

18   sure -- I'm not sure that the reason for the

19   variation in outcomes is anatomic.

20   BY MS. FITZPATRICK:

21       Q.    What is the reason for the variation in

22   outcomes with tensioning?

23       A.    I mean, I think that that would be -- I

24   wish I knew that because then we could have 100

Kimberly Kenton, M.D.

```
 1    percent cure rates with stress incontinence.
 2    Nobody knows that.
 3             People can give you theories, but like
 4    no one knows that because if they did, like, if you
 5    look at the rates of incontinence and pelvic floor
 6    disorders, they would just cure everybody and we
 7    could kind of move on.
 8        Q.    Okay.
 9        A.    I mean, that's the big question we have
10    clinically is how do you find that one in ten --
11    like, you know, one in ten women who is still have
12    some symptoms after you do an incontinence
13    procedure on her.
14        Q.    Let me move on to -- a little bit.
15             I think you've already told me that the
16    risk profile with the TVT-O and the TVT-R are
17    different, correct?
18        A.    Correct.
19        Q.    What is your opinion of the most
20    frequent complications associated with the TVT-O
21    procedure?
22        A.    So, do you want to do this from just
23    anecdotally from my recall or do you want to do it
24    from the literature?
```

Kimberly Kenton, M.D.

1    slings were an inherently bad procedure and it

2    created disproportionate leg pain.

3            I don't believe taking the device off

4    the market is going to make that go away because I

5    could take an old surgical instrument the same way

6    we did with fascial slings and put it through that

7    space.

8            It's not the device.  It's -- it's

9    like -- if there is a problem, it's inherent.  We

10   had the same problems with fascial slings that we

11   do with midurethral slings at much lower

12   frequencies when we were -- do you understand the

13   difference between that?

14           Like it's no different than using a

15   forceps to put it through or they used to have --

16   like they made needles for needle suspensions.

17       Q.    Okay.  Let me ask you a couple --

18       MR. ROSENBLATT:  Is someone on the phone?

19       MS. FITZPATRICK:  There was.  I think no

20   longer, but there was an attorney from another law

21   firm listening in.

22   BY MS. FITZPATRICK:

23       Q.    Let me ask you something.  I want to ask

24   you two questions about your answer there.

Kimberly Kenton, M.D.

1          Why do you think this lawsuit is about

2    taking the TVT-O or the TVT-R off the market?

3          A.    I don't.  I didn't imply that it was.

4          But I think there is a lot of focus on

5    the device, and I'm not sure it's -- I mean, if you

6    think it's a bad technique, I'm not sure it's the

7    device is the problem rather than the concept of

8    putting something through the transobturator space.

9          Q.    Do you think putting something through

10   the transobturator space and leaving it there as a

11   permanent implant, do you think that's a good idea?

12         A.    Based on the data, for most women it

13   works fine.  They have high success rates and low

14   complication rates.

15         Can I just -- do you understand like

16   where I am trying to differentiate like the thing?

17         It's not -- let's say I did agree with

18   that.  Then -- so, like the Capio, like the -- that

19   Boston Sci one.  So, they are not using a device,

20   but they're finding a way to suture to a ligament

21   and -- you know what I mean?

22         Like it's not -- yeah.  I don't think I

23   can explain this.  I don't know, but I think -- I

24   don't -- to me when you talk about the device,

Kimberly Kenton, M.D.

1      Q.     And the TVT-O is designed by Ethicon to

2   be implanted surgically through the obturator

3   space, correct?

4      A.     Correct.

5      Q.     And sometimes that surgical placement

6   can cause complications that are unique to the

7   obturator midurethral slings, correct?

8      A.     Correct.  I can agree with all that.

9      Q.     And in addition to the surgical

10  procedure that you use through the obturator space,

11  there is a piece of mesh that's used, correct?

12     A.     Yes.

13     Q.     And that mesh is left in the obturator

14  space when you're done with your surgery, correct?

15     A.     Correct.

16     Q.     And that mesh in the whole pelvic

17  region, that can cause certain complications for

18  women, correct?

19     A.     Correct.

20     Q.     And, so, it seems to me that what this

21  study is suggesting is that the complications that

22  are related to the TVT-O either are related to the

23  surgical route of implantation or the use of mesh.

24           And all I am asking is do you agree with

Kimberly Kenton, M.D.

1   medium-term data at about five years.  But, yes, we

2   need to follow women for longer periods of time.

3       Q.    Okay.  And do you agree with this paper

4   that larger studies with longer follow-up periods

5   should identify risk factors for failure and

6   then -- and thus lead to better preoperative

7   consultation?

8       A.    I don't think that -- I think it's a

9   nice statement, but I don't think that you're going

10  to get longer studies that are well done with

11  longer term follow-up.  I think it's going to have

12  to be systematic reviews and meta-analyses that are

13  trying to compile these things.  You can't get

14  women to be in studies for 10, 20 years.  It's hard

15  to do.

16      Q.    Well, but a systematic review and a

17  meta-analysis isn't going to tell you what the

18  complications are going to look like at 8 or 10 or

19  15 or 20 years, correct?

20      A.    Well, they will.  When we get cohorts

21  and RCT data out far enough, it will help us with

22  that.

23      Q.    So, then what I guess I'm trying to

24  understand is you just told me that it's difficult

Kimberly Kenton, M.D.

1    would consider that to be a serious complication or

2    not, you just don't know that from looking at this?

3         A.    No, I didn't say that I wouldn't -- if

4    you classify -- it depends on like -- so, when I

5    classify things as adverse events and serious

6    adverse events, there is a standardized

7    classification scale that we use when we are

8    reporting clinical outcomes.  These met the --

9    based on all sorts of criteria.

10             So, you didn't ask me if -- do I think

11   it's an adverse event?  They reported pain, yes.  I

12   just want it to be taken, that statement to be

13   taken in context of -- I do think that they're

14   different and I -- I think it's important to not

15   talk about pain, immediate postoperative pain, the

16   same way we are talking about prolonged pain.

17        Q.    Would you agree with me that women who

18   receive the obturator sling can have chronic groin

19   pain that lasts longer than the immediate

20   postoperative period?

21        A.    Yes, I would.

22        Q.    Would you agree with me that women who

23   have the obturator sling can have chronic leg pain

24   that lasts longer than the immediate postoperative

Kimberly Kenton, M.D.

1    period?

2         A.     I would.

3         Q.     Would you agree with me that the

4    obturator sling increases or -- use of the

5    obturator midurethral sling increases the incidence

6    of groin pain in women over women who have had the

7    TVT Retropubic sling?

8         A.     I would.

9         Q.     Would you agree with me that the rate of

10   women who have chronic leg pain following the

11   obturator procedure is greater than that of women

12   who have the retropubic procedure?

13        A.     I would.

14        Q.     And, so, you will agree with me that the

15   TVT-O puts women at an increased risk for chronic

16   groin pain over some of the other procedures,

17   including the retropubic procedure, that's

18   available, correct?

19        A.     I would.

20        MR. ROSENBLATT:  Object to form.

21   BY MS. FITZPATRICK:

22        Q.     And you will agree with me that the

23   TVT-O procedure puts women at an increased risk for

24   chronic leg pain over the retropubic procedure,

Kimberly Kenton, M.D.

1    correct?

2        MR. ROSENBLATT:   Object to form.

3    BY THE WITNESS:

4        A.    I would.

5    BY MS. FITZPATRICK:

6        Q.    And you'll agree with me that 16%

7    complaint of leg pain, whether it's immediately

8    postoperative or chronic, is not rare?

9        A.    Agree.

10       Q.    And you'll agree with me that a 6.5%

11   rate of groin pain, whether it's immediately

12   postoperative or it's chronic, is not rare?

13       A.    Yeah, I would say that a 6.5% rate of

14   having a surgical site pain is not terrible.

15            You could argue that 100 percent of

16   people should have pain.

17            I'm talking like short term.  You have

18   an abdominal incision, you have pain.  But I agree

19   that it should resolve quickly.

20       Q.    I want you to take a look at 71.e10.

21       A.    Okay.

22       Q.    And, again, we are on Table 3 and I'm

23   looking at vaginal perforations here.

24            And there was -- 20 studies were looked

Kimberly Kenton, M.D.

```
 1    at for the obturator sling, correct?

 2         A.    Correct.

 3         Q.    And there were a total of 82 events out

 4    of 2498 patients, 2,498 patients, correct?

 5         A.    Yes.

 6         Q.    And depending on the study, there was

 7    some studies, they ranged -- the rate of vaginal

 8    perforation associated with the obturator procedure

 9    ranged from zero up to 10.87%, correct?

10         A.    That's correct.

11         Q.    And would you agree with me that 10.87%

12    rate of vaginal perforation is not rare in that --

13    according to that study?

14         A.    Yes.

15         Q.    The overall incidence of vaginal

16    perforation was 2.8% for the obturator sling,

17    correct?

18         A.    Correct.

19         Q.    And you'll agree with me that that's

20    significantly higher than the 0.73% that is

21    reported for the retropubic sling, correct?

22         A.    Yeah.  I mean, I think that if we are

23    going to get into the details, I think one of the

24    limitations with discussing vaginal perforations,
```

Kimberly Kenton, M.D.

1    know which complications. Yeah.

2          Q.     If the complication --

3          A.     That's what I said.

4          Q.     -- was included in Dr. Culligan's paper,

5    it would be included somewhere in Table 3

6    associated with a pubovaginal sling?

7          A.     I -- I think so, yes.

8          Q.     Okay. Are autologous fascial slings an

9    appropriate alternative to the transobturator --

10   TVT-O transobturator sling?

11         A.     Yes.

12         Q.     Is the Burch procedure an acceptable

13   appropriate alternative to the TVT-O transobturator

14   sling?

15         A.     Yes.

16         Q.     And neither of those procedures produces

17   the same rate of groin pain or leg pain as does the

18   TVT-O procedure, correct?

19         A.     Correct.

20         MR. ROSENBLATT:  Object to form.

21   BY THE WITNESS:

22         A.     They have a different type of

23   risk/benefit ratio.

24   BY MS. FITZPATRICK:

Kimberly Kenton, M.D.

 1   offer women both the TVT and the TVT-O procedure,

 2   correct?

 3        A.    That's correct.

 4        Q.    And you let them make the decision on

 5   which sling they want on based on the information

 6   that you give?

 7        A.    Of course.

 8        Q.    Do you counsel your patients that the

 9   TVT-O results in higher levels of leg and groin

10   pain?

11        A.    I do.

12        Q.    Do you counsel them that it results in a

13   higher rate of sling erosion and the need to return

14   to the operating room?

15        MR. ROSENBLATT:  Object to form.

16   BY THE WITNESS:

17        A.    I think that those differences, when I

18   look at my own outcome data through TOMUS, are

19   negligible.  So, I don't think that there is a

20   significantly higher rate of vaginal erosion with a

21   transobturator sling.

22   BY MS. FITZPATRICK:

23        Q.    Okay.

24        A.    I mean, I usually tell them this is what

Kimberly Kenton, M.D.

1    doing my own procedure and not tell anybody.

2             And if I put any sort of a surgical

3    instrument, whether it be a trocar that I made,

4    whether it be a uterine packing forceps is what I

5    personally used when I did fascial slings, like,

6    and you put it through that space, you're going to

7    have a higher rate of complications.

8             Like it's not that -- it's putting the

9    thing through the space.  It's not inherently a

10   design flaw in the instrumentation.

11        Q.    Could it have anything to do at all with

12   being a blind procedure?

13        A.    I mean, you can -- I think that your

14   rate of -- I would -- I would hypothesize that your

15   rate of having a bladder perforation, although in a

16   blind procedure, would be -- or an injury to the

17   thigh would be higher in a blind procedure than in

18   an open, although we know even in open sling

19   procedures when we actually did a Baker dissection,

20   you could get them.  So, it doesn't take it down to

21   zero.

22             I think we are actually saying mostly

23   the same thing.  I just -- this is more for

24   principle and it's got nothing to do with this.

Kimberly Kenton, M.D.

1    Q.    A Burch?

2    A.    Yeah.  Wrong trial.

3    Q.    Okay.  So, let me --

4    A.    That's what you mean by native tissue

5    repair.  I mean, native tissue repair is usually

6    prolapse operation.

7    Q.    Yeah.  You're right.

8    A.    That's okay.

9    Q.    And I'm trying to shortcut and I

10   shouldn't be.

11   A.    That's okay.  I agree with that.

12   Q.    So, let me put it this way.

13   A.    I agree with that.

14   Q.    So, you agree with me that a woman

15   undergoing surgical intervention for an SUI, that a

16   Burch procedure is an appropriate surgical

17   intervention?

18   A.    I think it should be discussed.

19   Q.    Okay.  And that an autologous fascial

20   sling is an appropriate surgical intervention?

21   A.    Yes.

22   Q.    And the TVT-O is an appropriate surgical

23   intervention?

24   A.    Yes.

Kimberly Kenton, M.D.

1      A.     Are these recent IFUs?  Just out of

2    curiosity.  I don't read them, as I indicated

3    before.

4      Q.     2009.

5      MR. ROSENBLATT:  I will just point out that

6    the TVT-O IFU says 2005 on it.

7      MS. HOLCOMB:  I think it's according to the

8    chart you all provided.  It was in use up until --

9      MS. FITZPATRICK:  No, actually, the TVT-O is

10   status 2010.  So, it was in use, if you look on the

11   front page.

12     MR. ROSENBLATT:  Okay.

13   BY THE WITNESS:

14     A.     I just want to make sure because a lot

15   of the data that we've discussed has come out in

16   like 2014 to '16.

17   BY MS. FITZPATRICK:

18     Q.     Okay.

19     A.     And I don't -- like I said, I don't use

20   the IFUs, so I'm not familiar with them.

21     Q.     Okay.  Understanding that, I'm just --

22     A.     But I will answer your questions.

23     Q.     -- just wondering if you can tell me,

24   looking at these two, if there is anywhere that

Kimberly Kenton, M.D.

1    Ethicon advised physicians that there was a

2    difference in the relative risks associated with

3    the devices.

4         A.    It seems like these are just general,

5    like if you're doing surgery, you may injure an

6    organ type.

7         Q.    So, would you agree with me, at least

8    from the IFUs that you looked at, there is no

9    distinction drawn between the relative risks from

10   the TVT -- I will call it the retropubic procedure

11   versus the obturator procedure?

12        A.    In an effort of time that you guys have,

13   I'm going to assume that they're pretty much the

14   same.

15        Q.    Okay.  I want you to take a look at it

16   just quickly if you can.  I'm not trying to --

17        A.    Here it talks about transient leg pain

18   in one.

19             That looks like there might be some

20   differences.

21        Q.    Okay.  What do you see as the

22   differences in them?

23        A.    Like in the obturator one, it says,

24   "Transient leg pain lasting 24 to 48 hours."

Kimberly Kenton, M.D.

1    more --

2        Q.    Yeah, I think if you are looking at the

3    adverse events.

4        A.    Okay.  I am looking at the wrong page.

5    I'm in "Warnings and Precautions."

6        Q.    Or "Adverse Reactions."

7        A.    Are you in "Warnings and Precautions"?

8        Q.    No, I'm on "Adverse Reactions."

9        A.    Much smaller list.

10       Q.    I will admit some of this is

11   extraordinarily hard to read.

12       A.    Much smaller list.  "Adverse Reactions."

13       Q.    The adverse reactions are the same for

14   the TVT and the TVT-O, correct?

15       A.    Yes.

16       Q.    So, there is nothing that in those --

17   that "Adverse Reactions" section that can alert the

18   doctor to what you know and have testified about

19   the difference in the risk profiles for these

20   particular products?

21       A.    Not in the "Adverse Reactions" portion.

22   They're the same.  But there is other information

23   that can alert them.

24       Q.    In the IFU?  Tell me what's different.

Kimberly Kenton, M.D.

```
 1          A.     "Transient leg pain lasting 24 to 48

 2     hours."  I'm pretty sure that isn't in the

 3     retropubic one.  I mean, some are common sense.

 4          Q.     There is nothing in the obturator one

 5     about chronic leg pain, correct?

 6          A.     Not that -- is this -- yeah, there is.

 7          Q.     One slightly easier.

 8          A.     Not chronic, no.

 9          Q.     Chronic, yes.  That's what I was asking.

10                 There is nothing about --

11          A.     Very short time.

12          Q.     -- groin pain, but it's the transient

13     one.  Okay.

14                 Anything else?

15          A.     That's the only thing that like popped.

16     Like in this other one they are talking about

17     postoperative restrictions.

18          Q.     I think that's in both of them.

19          A.     Oh, yeah.  It's higher up on the other

20     one.

21                 So, it seems that that's the primary

22     difference.

23          Q.     So, apart from the reference to the

24     transient leg pain -- hang on.  The brains of the
```