# EXHIBIT E

**Kimberly Kenton, MD, MS, FACS, FACOG**
Professor
Division Chief, Female Pelvic Medicine & Reconstructive Surgery
Fellowship Director, Female Pelvic Medicine & Reconstructive Surgery
Medical Director, Women's Integrated Pelvic Health Program
Departments of Obstetrics & Gynecology and Urology
Division of Female Pelvic Medicine & Reconstructive Surgery
Northwestern University Feinberg School of Medicine
Prentice Women's Hospital
250 E. Superior, Suite 05-2365
Chicago, IL 60611

**Education:**

| | | |
|---|---|---|
| M.S. | Clinical Research Design & Statistical Analysis<br>University Of Michigan, Ann Arbor, MI | 2003-05 |
| Fellowship | Female Pelvic Medicine & Reconstructive Surgery<br>Loyola University Medical Center, Maywood, IL | 2000-02 |
| | Rush University Medical Center, Chicago, IL | 1999-00 |
| Residency | Obstetrics & Gynecology<br>Rush University Medical Center, Chicago, IL | 1995-99 |
| M.D. | Rush Medical College/Rush University, Chicago, IL | 1991-95 |
| Fellowship | Graduate Research, Biology | 1988-91 |
| B.S. | Biology<br>University of Illinois, Urbana-Champaign, IL | 1984-88 |

**Academic Appointments:**

Professor                                                                                           2013-
Chief, Female Pelvic Medicine & Reconstructive Surgery
Department of Obstetrics & Gynecology and Urology
Northwestern University Feinberg School of Medicine
Chicago, IL

Fellowship Director, Female Pelvic Medicine & Reconstructive Surgery        2013-
Department of Obstetrics & Gynecology and Urology
Northwestern University Feinberg School of Medicine
Chicago, IL

Professor                                                                                           2012-
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Associate Professor                                                                          2007-
Tenure                                                                                              2011-
Director, Division of Female Pelvic Medicine & Reconstructive Surgery       2011 -
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Fellowship Director, Female Pelvic Medicine & Reconstructive Surgery        2007-
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Residency Program Director                                                            2010-
Associate Residency Director                                                          2003-10
Department of Obstetrics & Gynecology

Loyola University Stritch School of Medicine
Maywood, IL

Assistant Professor                                                              2003-07
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Instructor                                                                       2002
Departments of Obstetrics & Gynecology and Urology
Loyola University Stritch School of Medicine
Maywood, IL

Instructor                                                                       1999
Department of Obstetrics & Gynecology
Rush University/Rush Medical College
Chicago, IL

**Licensure and Certification:**
Diplomate, American Board of Obstetrics and Gynecology                            2003
License: Physician and Surgeon, Illinois                                          1995
License: Controlled substance, Illinois                                           1999

**Professional Memberships & Activities:**
American Board of Obstetrics & Gynecology, Diplomate                              2003-
- Female Pelvic Medicine & Reconstructive Surgery Division Member                 2009-
- Oral Board Examiner                                                             2008-
- Written Exam Committee, FPMRS                                                   2012-

Accreditation Council for Graduate Medical Education
Obstetrics & Gynecology Residency Review Committee                                2012-

National Board of Medical Examiners/United States Medical Licensing Exam
- CCSC Scoring Committee                                                          2012-

American College of Obstetricians & Gynecologists, Fellow                         2003-
- Prolog - Female Pelvic Medicine & Reconstructive Surgery, Chair                 2014
- Clinical Document Review Panel-Gynecology                                       2012-
- Gynecology Practice Bulletin Committee                                          2010-12
- Junior Fellow                                                                   1995-03
- District IV, Junior Fellow Chair                                                2000
- District IV, Junior Fellow Vice-Chair                                           1999
- ACOG Junior Fellow Representative to Council of Medical Specialty Societies     1999-01
- Illinois Section, Junior Fellow Chair                                           1997
- Illinois Section, Junior Fellow Vice-Chair                                      1996

American Urogynecologic Society                                                   1996-
- Board of Directors                                                              2007-13
- AUGS Foundation Board of Directors                                              2011-

- Grant Review Committee ............................................................... 2007-
- Education Committee - Chair ........................................................ 2007-10
- Education Committee ................................................................... 2001-05
- Fellow Representative .................................................................. 1999-02

Society of Gynecologic Surgeons .................................................... 2005-
- Liason to LCOG/SCOG .................................................................. 2012-
- Executive Committee .................................................................... 2010-
- Education Committee Chair ........................................................... 2010-12
- Executive Board ........................................................................... 2010-
- Research Committee ..................................................................... 2006-2009
- Systematic Review Group .............................................................. 2008-9
- Fellow's Pelvic Research Network Steering Committee .................... 2008-10

American College of Surgeons, Fellow .............................................. 2005-

Society of Urodynamics & Female Urology ........................................ 2006-

International Urogynecologic Society ................................................ 2005-
- Research & Development Committee .............................................. 2005-10

International Continence Society ...................................................... 2005-

American Professors of Obstetrics & Gynecology ............................... 2004-

American Association of Neuromuscular & Electrodiagnostic Medicine ... 1999-
- Course Committee ......................................................................... 2004-06

American Medical Society ............................................................... 1992-03

Illinois State Medical Society ........................................................... 1992-03
Chicago Gynecologic Society ........................................................... 2005-
Chicago Urogynecologic Society ...................................................... 2003-

**Editorial Boards**:

| | | |
|---|---|---|
| Female Pelvic Medicine & Reconstructive Surgery | Reviewer | 2010- |
| | Section Editor | 2011- |
| | | |
| Obstetrics & Gynecology | Reviewer | 2000- |
| | Editorial Board | 2013 |
| | Editorial Intern | 1999 |
| | Top 10% Reviewers | 2003, 2012 |
| British Journal of Obstetrics & Gynecology | Reviewer | 2014- |
| New England Journal of Medicine | Reviewer | 2007- |
| Up to Date | Reviewer | 2006- |
| Neurourology & Urodynamics | Reviewer | 2006- |
| Health Policy | Reviewer | 2005- |
| J Reproductive Medicine | Reviewer | 2005- |
| J of Urology | Reviewer | 2004- |
| International J Obstetrics & Gynecology | Reviewer | 2002- |

| | | |
|---|---|---|
| American J Obstetrics & Gynecology | Reviewer | 2001- |
| • Top 5% Reviewers | | 2004 |
| International Urogynecology Journal | Reviewer | 2001- |

**Awards and Honors:**

| | |
|---|---|
| CREOG Faculty Award for Excellence in Resident Education | 2015 |
| Friends of Prentice Distinguished Physician Award | 2014 |
| Outstanding Teacher Award Feinberg School of Medicine | 2014 |
| Chicago Top Doctors | 2013 |
| ACOG Mentor Award | 2011, 2012 |
| Society for Women's Health Research Award for Scientific Contributions to Women's Health | 2009 |
| AAMC Mid-Career Faculty Development Seminar | 2007 |
| CREOG Faculty Award for Excellence in Resident Education | 2007 |
| APGO/Solvay Educational Scholars Program | 2005 |
| Berlex Foundation Junior Faculty Development Award | 2002 |
| ACOG "Stump the Professor" Award | 2002 |
| Sigma Xi Society Outstanding Scientific Project Award | 1999,98,96 |
| Resident Surgical Skills Award | 1999 |
| Rush Surgical Society Resident Research Award | 1998 |
| Department of Ob-Gyn Resident Research Day Award | 1998 |
| Berlex Resident Teaching Award | 1997 |
| Outstanding Ob-Gyn Student Award | 1995 |
| Forest Hospital Foundation Fellowship | 1993,94 |
| Rush Medical College Dean's Summer Research Fellowship | 1992 |
| De Paul University Teaching Fellowship | 1999-91 |

**Committee Assignments & Administrative Service:**
**Loyola University Stritch School of Medicine**

| | |
|---|---|
| Faculty Development Review Committee | 2011- |
| Graduate Medical Education Committee | 2009- |
| • Chair Grievance Committee | 2011, 12 |
| Faculty Senate | |
| • President | 2009-2011 |
| • President Elect | 2007-08 |
| • Vice President | 2004-06 |
| Research Funding Committee | 2006- |
| Faculty Incentive Steering Committee | 2008 |
| Liason Committee on LCME | 2007-08 |
| Education for MD Degree (LCME) | 2007-08 |
| Medical Council | 2004-06 |
| EPIC Medical Records Subcommittee | 2004-06 |
| EPIC Template Committee | 2004-06 |
| Department of Obstetrics & Gynecology, Education Committee | 2002- |

**Rush University/Rush Medical College**

| | |
|---|---|
| Committee on Committees | 1992-95 |
| Student Judicial Review | 1991-95 |

**Grants:**
<u>Current Research Support</u>

| | | |
|---|---|---|
| 1U01DK097776-01 | Cella (PI) | 5/13- |

Symptoms of Lower Urinary Tract Dysfunction Research Network
Cooperative research network to develop quality symptom based instruments and better define phenoptypes of patients with lower urinary tract dysfunction.
Role: Co-investigator

## Completed Research Support

1U10 DK60379-01                     Brubaker (PI)                          07/10-06/13
The Urinary Incontinence Treatment Network
This is a multicenter network established to carry out clinical trial in women with urinary incontinence.
Role: Co-PI

5U10 HD041250                       Brubaker (PI)                          08/11-07/14
The Pelvic Floor Disorders Network
This is a multicenter network established to investigate pelvic floor disorders in women.
Role: Co-Investigator

RC1 EB010649-01                     Kenton (PI)                            09/09-08/11
Comparative Effectiveness of Robotic vs Open Sacrocolpopexy for Vault Prolapse
This is a randomized comparative effectiveness trial comparing two routes of access for surgical treatment of pelvic organ prolapse.
Role: PI

1U10 DK60379-01                     Brubaker (PI)                          09/01-06/10
The Urinary Incontinence Treatment Network
This is a multicenter network established to carry out clinical trial in women with urinary incontinence.
Role: Co-PI

5U10 HD041250                       Brubaker (PI)                          09/01-06/11
The Pelvic Floor Disorders Network
This is a multicenter network established to investigate pelvic floor disorders in women.
Role: Co-Investigator

K23 HD047325-01A1                   Kenton (PI)                            09/04-08/10
Role or Urethral Neuromuscular Function
This goal of this study is to characterize urethral neuromuscular function in stress incontinent and continent women using neurophysiologic and urodynamic testing.
Role: PI

NIH/NIDDK – 1U10 DK60379-01         Brubaker (PI)                          09/01-06/06
Urinary Incontinence Treatment Network
Role: Co-PI
Contribution to the Project:  Responsible for project development, recruitment, data collection, and publication

NIH/NICHD 5U10 HD04 1250            Brubaker (PI)                          09/01-09/06
Pelvic Floor Disorders Network
Role: Co-investigator
Contribution to the Project:  Responsible for project development, recruitment, data collection, and publication.

Pfizer Detrol Competitive Grant                     Kenton (PI)                                    07/07-12/10
Neuromuscular Function in the Urethra of Women with Overactive Bladder
The goal of this study is to characterize urethral neuromuscular function in women with overactive
bladder.

Pfizer Investigator Initiated Grant          Kenton (PI)                                    02/04-02/06
Effect of Tolterodine on Sensory Thresholds in the Lower Urinary Tract
The aim of this study was to determine the affect of anticholinergic medication on urethral afferent nerve function.

ACOG Award: Urogynecology of Post-reproductive Women          Kenton (PI)          07/99-06/00
Role of Electromyography in Predicting Outcome After Burch Colposuspension
This study investigated quantitative urethral EMG and outcomes of stress incontinence surgery.

NIH activities
Urinary Incontinence Treatment Network
- Steering Committee, Co-PI -  2008-
- Trial of Midurethral Slings (TOMUS) Protocol Committee 2005-
- E-TOMUS Protocol Committee 2008-
  - Chair
- Fitness Intervention Trial Protocol Committee 2008-
  - Chair
- Secondary Procedures for Incontinence Comparative Effectiveness (SPICE)
  Protocol Committee 2009-
  - Chair
- Publications Committee Chair 2009-2011

Pelvic Floor Disorders Network   Grant # 1U10 HD41250-01
- Publications Committee 2006-2008
- Outcomes Following Vaginal Prolapse Repair and Midurethral Sling Trial (OPUS)
  Protocol Committee 2006-
- ROSETTA Protocol Committee 2009-
- UI Prevention Protocol Committee 2009-
- Fitness Intervention Trial Protocol Committee 2009-
  - Chair

National Institutes of Child Health and Human Development, Basic Science and Translational Research in Female Pelvic Floor Disorders Conference.  2003

National Institute for Diabetes and Digestive and Kidney Diseases, State of the Science Conference: Prevention of Fecal and Urinary Incontinence in Adults.  2007

Scientific Review Panel, O'Brien Urology Center Grants.  2008

National Institute for Diabetes and Digestive and Kidney Diseases, New Research Directions for Urinary Incontinence Symposium, Planning Committee.  2009

Office of Research on Women's Health, Moving into the Future: New Dimensions & Strategies for Women's Health at the NIH: Chair, Bladder & Pelvic Floor Work Group.  2009

Scientific Review Panel, O'Brien Urology Center Grants.  2009

Scientific Review Panel, 05 ZHD1 DSR-L (08) 1 - Pelvic Floor Disorders.  2009

Scientific Review Panel, ZRG1 DKUS-G (12).  2009

Scientific Review Panel, ZRG1 DKUS-G (11)B.  2009

Scientific Review Panel, ZRG1 DKUS-G (51)S.  2009

Scientific Review Panel, 10 ZRG1 DKUS-G (80)S.  2009

Special Emphasis Panel/Scientific Review Group 2011/05 ZRG1 DKUS-G (11) B. 2011
- Chair

Scientific Review Panel, 10 ZRG1 DKUS-G (12)S.  2011

Special Emphasis Panel, Symptoms of Lower Urinary Tract Dysfunction Network, ZDK1- GRB-6 (02) 2012

Special Emphasis Panel/Scientific Review Group ZRG1 DKUS-L (80). 2012

Special Emphasis Panel/Scientific Review Group ZRG1 DKUS-L (80). 2015


**Educational Activities**
*Local Contributions*
*Medical school course*
Loyola University Stritch School of Medicine                                         2007-12
STAR Program
        I mentor a 1st year medical student each summer on an independent researcher project
funded through the Dean's office.   Students (N-6) have all published and presented their work
locally and/or nationally.

In addition, I have given the following lectures as part of the formal STAR didactic series.
2007-8:         Research in Clinical Practice
2009:            Study Design
2010-12:         Basics of Analyzing Research Data

Loyola University Stritch School of Medicine                                         2002-12
Introduction to the Practice of Medicine – 1
        I mentored a first year medical student for the year.  They attended my clinics and
surgeries when available and had the opportunity to take a complete history and physical exam
with special attention on the pelvic floor.

Loyola University Stritch School of Medicine                                         2003-13
Gross Anatomy:  Pelvic Anatomy Laboratory
        Attended laboratory sessions on pelvic anatomy (typically 2 per year) and reviewed
        clinically relevant pelvic and reproductive anatomy with the students.

Rush Medical College                                                                1998-99
Gross Anatomy Course
Invited Lecturer:  Clinical Correlation: Pelvic and Perineum

_Local invited teaching presentations_

| | |
|---|---|
| What's New In Pelvic Floor Disorders<br>Grand Rounds:  St Elizabeth's Hospital | 2014 |
| What's New In Pelvic Floor Disorders<br>Grand Rounds:  St Mary's Hospital | 2014 |
| What's New In Pelvic Floor Disorders<br>Grand Rounds:  West Suburban Hospital | 2014 |
| Recent Advances in Pelvic Floor Disorders<br>Moraine Valley Community College | 2013 |
| Recent Advances in Pelvic Floor Disorders<br>Women's Health Research Institute<br>Northwestern University Feinberg School of Medicine | 2013 |
| Selecting the Best Operation for Pelvic Organ Prolapse<br>Grand Rounds:  Department of Obstetrics & Gynecology<br>                    Northwestern University | 2013 |
| Neurophysiology of the Pelvic Floor<br>Grand Rounds: Loyola Department of Neurology | 2006 |
| Invited Lecturer<br>Advances in Urogynecology<br>Society of Urologic Nurses Association | 2006 |
| Neurophysiology of the Pelvic Floor<br>Grand Rounds:  Schwab Rehabilitation Institute, Chicago, IL | 2005 |
| 2 lectures: Evaluation of Pelvic organ prolapse & Surgical Anatomy<br>26th Annual Obstetrics and Gynecology Review Course | 2005 |
| Vaginal Agenesis and Reconstruction<br>Grand Rounds:  Loyola Department of Ob/Gyn, Chicago, IL | 2004 |
| Vaginal Reconstruction<br>         Grand Rounds: Loyola Department of Plastic Surgery, Chicago, IL | 2004 |
| Standardization of Terminology of Lower Urinary Tract Function<br>Grand Rounds: Loyola Department of Urology, Chicago, IL | 2003 |
| Neural Injuries in Pelvic Surgery<br>Grand Rounds: Loyola Department of Ob/Gyn, Chicago, IL | 2000 |
| What Every Pelvic Surgeon Needs to Know About the Nervous System<br>Grand Rounds: Rush Department of Ob/Gyn, Chicago, IL | 1999 |
| Neural Injuries in Obstetrics and Gynecology<br>Grand Rounds: Rush Department of Ob/Gyn, Chicago, IL | 1998 |

*Continuing medical education course*

| | |
|---|---|
| Updates in Women's Health Care | 2005 |
| Advances in Female Pelvic Medicine and Reconstructive Surgery | |
| Invited lecturer | |
| 1-hour lecture | |
| | |
| Illinois ACOG: Updates in Urogynecology | 2005 |
| Burch Procedure.  Is it alive and well? | |
| 1-hour lecture and 30 minute group panel | |

***Advisory and supervisory responsibilities***

| | |
|---|---|
| Supervise and teach urogynecology fellows, Ob/Gyn and Urology residents, and medical students during my ambulatory clinics. | 2002-12 |
| | |
| Mentor medical students and residents on clinical research projects.  I have directly supervised numersous medical students, urology and Ob/Gyn residents. | 2001-12 |
| | |
| Mentor fellows on designing, implementing, analyzing, and writing clinical research projects. I spend at least 4 hours per weeks outside of scheduled time working with the fellows on their research projects. | 2002-09 |
| | |
| Responsible for ensuring the Female Pelvic Medicine and Reconstructive Surgery fellows are competent in urodynamic testing.  I meet with them outside of clinic and conference to review equipment, trouble shooting, and clinical scenarios.  I am in the process of formalizing this teaching endeavor to an objective structured assessment of technical skills (OSATS) exam, which can be validated and published for use in other programs. | 2002-09 |

*Teaching leadership*

| | |
|---|---|
| Residency Director, Obstetrics & Gynecology | 2010- |
| | |
| Fellowship Director, Female Pelvic Medicine & Reconstructive Surgery | 2007- |

*Fellowship Graduates:*

| | |
|---|---|
| 1.  Lior Lowenstein, MD, MS | Associate Professor, Ramban Medical Center Haifa, Israel |
| 2.  Thythy Pham, MD | Private Practice, Resurrection Hospital, Chicago, IL |
| 3.  Shameem Abbasy, MD, MPH | Assistant Professor, Rush University |
| 4.  Megan Tarr, MD, MS | Assistant Professor, Carolinas Medical Center |
| 5.  Jackie Cunkelman, MD, MPH | Private Practice, Denver, CO |
| 6.  Olga Ramm, MD, MS | Kaiser Permanente, Oakland, CA |
| 7.  Cynthia Fok, MD, MPH | Assistant Professor, University of Minnesota |
| 8.  Melinda Abernethy MD, MPH | Assistant Professor, Johns Hopkins University |
| 9.  Margaret Mueller MD | Assistant Professor, Northwestern University |

| | |
|---|---|
| Associate Residency Program Director, Gynecology & Research | 2003-10 |
| | |
| 1st Female Pelvic Medicine & Reconstructive Surgery Fellowship Directors Meeting | 2008 |

With the support of the American Board of Obstetrics & Gynecology, I brought together national leaders in Obstetrics & Gynecology and Urology to plan and implement a 1-day meeting of all Board-approved Female Pelvic Medicine & Reconstructive Surgery Fellowship Directors.

Clinical Research Education Study Teams (CREST)                          2006 -
Co-Course Director

      We are developing a novel approach to resident research education.  Each new residency class meets monthly with a dedicated faculty member to design and implement a research project. The residents are then able to work as a network to collect, analyze and present data.  We believe this will raise the quality of resident research from retrospective chart reviews to prospective clinical trials, facilitate recruitment since the residents are aligned in their mission, and make the process more enjoyable.  In addition, we are developing a formal research curriculum based on a survey of US Ob/Gyn residency program directors, including how to design a research project, write a research protocol, prepare an IRB submission, analyze and interpret results, prepare an abstract, write a manuscript, and interpret the published literature.

      I have been working with the Ob/Gyn residents who just completed their first year of residency. They have all passed their human subjects exam and developed a prospective research protocol to investigate patient's knowledge and expectations before delivery to their satisfaction after delivery, which will be ready for IRB submission next month.

Course Director:  Clinical Anatomy and Surgical Skills Training (CASST)          2005-07

      I developed multidisciplinary, multicenter clinical anatomy and surgical skills curriculum for junior residents in Ob/Gyn and Urology.  I assembled faculty and residents from 2 other Chicago area Ob/Gyn programs and our Urology department.  The program consisted of 5, 4-hour sessions, which included short didactics, surgical skills laboratories, and anatomy reviews on prosected cadavers.  A description of the curriculum has been presented at 5 national meetings (educational and gynecologic surgery).  Two peer reviewed publications have resulted from the program. In addition, It won the *Presidential Prize Paper for Research in Gynecologic Surgery* at the Society of Gynecologic Surgeon's annual meeting in 2007. Mayo Clinic in Rochester Minnesota has adopted and implemented the CASST curriculum for their Ob/Gyn residents using our materials.

Fellow's Pelvic Research Network                                        2007-08

      I facilitated one of our fellows in developing and finding national sponsorship from the Society of Gynecologic Surgeons for a multicenter, research network for fellows in Female Pelvic Medicine and Reconstructive Surgery.  I am on the advisory board, which teaches and mentors fellows from 20 different fellowship programs to design, implement, analyze, write, and publish multicenter research projects.

Leischner Institute Scholars Program                                    2007-08

      I developed a faculty development program, which was sponsored by the Dean's office designed to mentor junior faculty from clinical departments in educational techniques and educational research.  Two faculty from six departments were nominated by their chairperson to participate in the 18 month long program.  In addition to monthly evening didactics, each faculty was expected to implement and write-up a scholarly project for publication.  I coordinated the program with our Dean of Faculty Development and served as a faculty mentor.

Course Director:  Orientation                                          2006

      I coordinated a one-day, multicenter intern orientation for Ob/Gyn residents from Loyola, Rush, and Illinois Masonic Medical Centers.  The program was held in Stritch School of Medicine and included short didactic and hands-on surgical skills and obstetric training sessions.  I coordinated faculty from all three institutions.

APGO Solvay Scholar                                                    2006-07

I am currently accepted in a national program sponsored by the American Professors of Gynecology and Obstetrics designed to train leaders in medical student and resident education about curricular design and educational research.  The program lasts 18 months and includes 5 2-5 day sessions with national leaders in medical and surgical education.  All scholars are required to do an educational or curricular development project, which will be presented at the 2007 annual scientific meeting.  I am developing a curriculum designed to teach residents about clinical research and study design.  The needs assessment is completed.  I am in the curricular design phase.

Urogynecology Fellow Conference                                                                                 2005-

Wednesday mornings are devoted to divisional academic conferences for our fellows.  I have coordinated the academic conferences for the last 2 years.  Conference include: "uroconference" – this conference includes a systematic review national fellowship objectives, a unit on biomedical writing, invited speakers doing related basic science or clinical research, a unit of neurophysiology and electrodiagnostic testing; 'case conference' where faculty, fellows, and residents review urodynamics and surgical cases for the next week; 'journal club'; and 'research conference'- research conference varies by week to include presentation of new concepts, study design and biomedical writing, database analysis, and brainstorming sessions.

Intern Orientation                                                                                                            2004-06

I developed a 2-day orientation program for the first year Ob/Gyn residents, which included didactics, problem based learning, an introduction to the operating room and a surgical skills session.

Resident Mock Oral Board Exam                                                                                     2004-06

I restructured the annual oral exam for 2nd year Ob/Gyn residents.  The exam now mimics the format, including standardized cases and a surgical case log, of the Ob/Gyn oral boards.

Summer Lecture Series                                                                                                    2004-05

I developed a weekly summer conference series for the first and second year Ob/Gyn residents to cover important clinical topics in gynecology and obstetrics.

Morning Gynecology Rounds                                                                                          2003-06

I implemented daily gynecology rounds with the residents and medical students on various gynecology services.  A member of the Female Pelvic Medicine and Reconstructive Surgery faculty meets with the residents daily at 6:30 am to discuss management of complicated cases.

Names of advisees/trainees:

| Training Duration | Role | Name | Current Position |
|---|---|---|---|
| 3 years | Fellow, FPMRS | Eman Elkadry | Instructor, Harvard |
| 3 years | Fellow, FPMRS | Fareesa Kahn | Asst Professor, Washington University |
| 3 years | Fellow, FPMRS | Tina Mahajan | Asst Professor, Case Western Reserve |
| 3 years | Fellow, FPMRS | Beth Mueller | Associate Professor, Loyola |
| 3 years | Fellow, FPMRS | Megan Tarr | Assistant Professor, Cleveland Clinic |
| 3 years | Fellow, FPMRS | Olga Ramm | Kaiser Oakland |
| 3 years | Fellow, FPMRS | Jackie Cunkelman | Private Practice, Denver, CO |
| 3 years | Fellow, FPMRS | Leslie Rickey | Assistant Professor, U of Maryland |
| 3 years | Fellow, FPMRS | Lior Lowenstein | Assistant Professor, Haifa, Israel |
| 7 years | Fellow, FPMRS | Thythy Pham | Private Practice, Resurrection |
| 3 years | Fellow, FPMRS | Yashika Dooley | Major, US Air Force, San Antonio, TX |
| 3 years | Fellow, FPMRS | Shameem Abbasy | Assistant Professor, Rush University |

| 4 years | Resident, OG | Kristin Rooney | Attending, Rochester, New York |
| 2 years | Medical Student | Cynthia Brincat | Assistant Professor, Loyola |
| 3 years | Medical Student | Amelia Fitz | Family Medicine |
| 3 years | Resident, OG | Carley Davis | Asst Professor, Medical College of WI |
| 1 year | Medical Student | Joel Lopez | Internal Medicine |
| 1 year | Medical Student | Adam May | Internal Medicine |
| 1 year | Medical Student | Jessica Remke | Emergency Medicine |
| 4 years | Resident, OG | Mindy Lukens | Instructor, Northwestern University |
| 4 years | Resident, OG | Maryam Guiahi | Assistant Professer, U of CO |
| 4 years | Resident, OG | Megan Trester | Private Practice, WI |
| 4 years | Resident, OG | Stephanie Hearty | Faculty, IL Masonic Medical Center |
| 4 years | Resident, OG | Charles Anderson | Fellow, Gyn-Oncology, U of CO |
| 3 years | Resident, OG | Darby Murphy | Private Practice, Chicago |
| 3 years | Resident, OG | Danielle Burkett | Private Practice, Dallas |
| 3 years | Resident, OG | Joanna Horwitz | Private Practice, Chicago |
| 3 years | Resident, OG | Vanessa Kennedy | Fellow, Gyn-Oncology |
| 4 year | Resident, OG | Vance Broach | Fellow, Gyn-Oncology |
| 4 year | Resident, OG | Lyndsey Day | Private Practice, Iowa |
| 4 year | Resident, OG | Ben Barenberg | Fellow, FPMRS |
| 2 years | Resident, Urology | Tony Polcari | Fellow, Endourology |
| 5 years | Resident, UVA | Megan Schmidt | Obstetrics & Gynecology |

*Regional Contributions*

Chicago, IL                                                                                                 2014
Grand Rounds: What's New in Pelvic Floor Disorders
Norwegian American Hospital

Chicago, IL                                                                                                 2014
Grant Rounds: Recent Advances in Urinary Incontinence
St Mary & Elizabeth's Hospital

Chicago, IL                                                                                                 2013
Grand Rounds: Recent Advances in Pelvic Floor Disorders
West Suburban Hospital

Chicago, IL                                                                                                 2013
Invited Lecturer
Northwestern University Women's Health Research Institute
Recent Research Advances in Pelvic Floor Disorder

Chicago, IL                                                                                                 2012
Invited Lecturer
Pelvic Floor Disorders
American Urologic Association
Postgraduate Course for Primary Care Physicians

Chicago, IL                                                                                                 2011
Invited Lecturer
Participation in Clinical Research
The Center for Information & Study on Clinical Research Participation
Northwestern University

Chicago, IL                                                                      2007
Invited Lecturer
Advances in Urinary Incontinence Treatment
Society Of Urologic Nurses Association

Indianapolis, IN                                                                 2007
Peer Reviewed Oral Presentation
Clinical Anatomy and Surgical Skills Training
Central Group on Education Affairs
Chicago, IL                                                                      2003-04
Invited Lecturer
Evaluation and Management of Urinary Incontinence in Women
59th and 60th Annual Midwest Clinical Conference

Chicago, IL                                                                      2003
Invited Lecturer
Evaluation and Management of Pelvic Floor Disorders
Society of Urologic Nurses Association

*National Contributions*
Cincinnati, OH                                                                   2015
Fellow Surgical Course
Invited Instructor
Nerve Injuries in Pelvic Surgery; Midurethral sling
American Urogynecologic Society

New Orleans, LA                                                                  2015
American Urologic Association
Postgraduate Course:  Robotic Sacrocolpoexy

Chapel Hill, NC                                                                  2015
University of North Carolina
Department of Obstetrics & Gynecology
Invited Speaker:  Neurologic Complications of Obstetrics & Gynecology;
            Urology for the Urogynecologist

Baltimore, MA                                                                    2015
Johns Hopkins Medical Center
Department of Obstetrics & Gynecology
Howard Kelly Lectureship in Reconstructive Pelvic Surgery
What Every Gynecologist Needs to Know about Urology

Roanoke, VA                                                                      2015
Julian H. Meyer Sr, MD Visiting Professorship
Department of Obstetrics & Gynecology Research Day
Selecting the Best Operation for Pelvic Organ Prolapse
Virginia Tech Carillion Clinic

Baltimore, MD                                                                    2014
American Urologic Association Summer Research Conference

Kimberly Kenton, MD, MS                                      14

Phenotyping Lower Urinary Tract Symptoms

| | |
|---|---|
| Cincinnati, OH | 2014 |
| Fellow Surgical Course | |
| Invited Instructor | |
| Robotic Sacrocolpopexy; Nerve Injuries in Pelvic Surgery; Retropubic Anatomy | |
| International Academy of Pelvic Surgeons | |

Washington, DC                                                                          2014
Invited Instructor:  Minimally Invasive Sacrocolpopexy; Posterior Compartment
Fellows Postgraduate Course:  Anatomy
American Urogynecologic Society/International Urogynecologic Association

Scottsdale, AZ                                                                          2014
Postgraduate Course:  Surgical Anatomy
Society of Gynecologic Surgeons

Cincinnati, OH                                                                          2013
Fellow Surgical Course
Invited Instructor
Robotic Sacrocolpopexy; Nerve Injuries in Pelvic Surgery; Retropubic Anatomy
International Academy of Pelvic Surgeons

Sunnyvale, CA                                                                          2013
Fellow Surgical Course: Robotics in Pelvic Reconstruction
Society of Gynecologic Surgeons

American Urogynecologic Association                                                     2013
Leadership Program
Invited Speaker:  Board of Directors: Member at large

San Diego, CA                                                                          2013
Postgraduate Course:  Robotics for Reconstructive Pelvic Surgery
Invited Speaker:  Sacrocolpopexy
American Urologic Association Annual Meeting

Charleston, SC                                                                          2013
Postgraduate Course:  Surgical Complications
Nerve Injuries in Pelvic Surgery
Society of Gynecologic Surgeons

Sunnyvale, CA                                                                          2012
Fellow Surgical Course: Robotics in Pelvic Reconstruction
Society of Gynecologic Surgeons

Las Vegas, NV                                                                          2012
Armed Forces District ACOG
Robert C. Cefalo Memorial Lecture
How to Start a Resident Research Curriculum

Long Island, NY                                                            2012
Long Island Jewish Medical Center
Department of Obstetrics & Gynecology
Grand Rounds: Office Urogynecology for the Generalist

Providence, RI                                                            2011
Postgraduate Course:  Urology for the Urogynecologist
Invited Speaker:  Top 10 Things I Learned from Urology
American Urogynecologic Association Annual Meeting

Albuquerque, New Mexico                                                   2011
University New Mexico
Department of Obstetrics & Gynecology
Visiting Professor
Getting Residents Excited About Research

Sunnyvale, CA                                                            2011
Fellow Surgical Course: Robotics in Pelvic Reconstruction
Society of Gynecologic Surgeons

Washington, DC                                                            2011
Postgraduate Course:  Robotics for Reconstructive Pelvic Surgery
Invited Speaker:  Sacrocolpopexy
American Urologic Association Annual Meeting

Charlottesville, VA                                                       2010
University of Virginia
Department of Obstetrics & Gynecology
Visiting Professor and Lester A. Wilson Lecturer
Selecting the Best Operation for Prolapse Repair

St Petersburg, FL                                                        2010
Invited Speaker: Outcomes Research in Pelvic Floor Disorders
Society of Urodynamics & Female Urology Annual Meeting

Hollywood, FL                                                            2009
Postgraduate course:  Essentials in Education Postgraduate Course: Curriculum
                      Development, Effective Teaching, & Educational Scholarship
Invited Speaker
 American Urogynecologic Society

Chicago, IL                                                              2009
World Robotic Gynecology Congress
Invited speaker: Robotic Sacrocolpopexy after Supracervical Hysterectomy
University of Michigan

Las Vegas, Nevada                                                        2009
Laparoscopy in Female Pelvic Medicine
Invited Speaker:  Robotic Sacrocolpopexy
Society of Female Urology and Urodynamics Annual Meeting
Orlando, Florida                                                         2008

Kimberly Kenton, MD, MS                                                  16

Postgraduate Course: Advanced Gynecologic Surgery
Invited Speaker
(1) Sacrocolpopexy: Routes of Access
(2) Taking Things Out: Mesh Complications
(3) Office Procedures for Urinary Incontinence
Society for Gynecologic Surgeons

Chicago, Illinois                                                                                      2008
Postgraduate Course:  Anatomy of the Pelvic Floor
Course Director:  Invited speaker, organized, and planned a half day anatomy course.
American Urogynecologic Society Annual Meeting

Chicago, Illinois                                                                                      2008
Postgraduate Course for Allied Health Professionals
Invited Speaker
Neurophysiologic Testing
American Urogynecologic Society Annual Meeting

Flint, Michigan                                                                                        2008
Invited Speaker
Complications of Minimally Invasive Surgery
Genesis Health System

Jackson, Mississippi                                                                                 2008
Mississippi Section ACOG
Invited Speaker
Complications of Mesh in Pelvic Surgery; Postoperative Voiding Dysfunction
University of Mississippi Ob-Gyn Alumni Association

Washington, DC                                                                                       2007
Invited Speaker
Research Education
Department of Obstetrics & Gynecology
Georgetown & Washington Hospital Center

Dallas, TX                                                                                             2007
Visiting Professor
Department of Obstetrics & Gynecology
University of Texas-Southwestern

Dallas, TX                                                                                             2007
Invited Speaker
Neural Injuries in Pelvic Surgery
Department of Urology
University of Texas-Southwestern

Hollywood, FL                                                                                        2007
Postgraduate Course:  Educational Research Retreat
Facilitator and Invited Speaker: Getting Research Ready for Publication
American Urogynecologic Society Annual Scientific Meeting
Anaheim, CA                                                                                          2007

Kimberly Kenton, MD, MS                                                    17

Postgraduate Course: Reconstructive Surgery for the Advanced Surgeon
Invited Speaker
(1) Reconstructive Surgery for the Apex
(2) Patient Expectations, Goal Selection, Goal Achievement, & Satisfaction.
American Urologic Association Annual Scientific Meeting

Anaheim, CA                                                              2007
Invited Speaker
Debate for POP-Q
Society of Urodynamics and Female Urology Meeting

Long Beach, CA                                                          2007
Invited Speaker
Resident Education:  Programs that Promote Faculty and Resident Scholarship
University of California-Irvine
Department of Obstetrics & Gynecology Grand Rounds

Orlando, FL                                                             2007
*Course Director:* Complications in Pelvic Reconstructive Surgery
    I planned and coordinated an interactive half day postgraduate course given before the
    annual meeting of the Society of Gynecologic Surgeons.  I invited a multidisciplinary
    faculty, including urologists and gynecologists from around the country to participate in
    short didactics, case presentations, and panel discussions about complications and difficult
    surgical cases.

Cleveland, Ohio                                                         2007
Invited Speaker
Resident Education Programs that Promote Scholarship
Case Western Reserve
Department of Obstetrics & Gynecology Grand Rounds

Birmingham, Alabama                                                    2006
Invited Speaker
Is There a Role for Neurophysiologic Testing in Pelvic Floor Disorders?
University of Alabama

Phoenix, Arizona                                                       2007

Washington, D.C.                                                       2006

Monterey, California                                                   2005

Atlanta, Georgia                                                       2004
*Course Director:* Pelvic Floor Neurophysiology
American Association of Neuromuscular and Electrodiagnostic Medicine
    I planned and coordinated this 4-hour didactic and hands on workshop. I assembled
physiatry and urogynecology faculty from around the country, gave a 1-hour didactic, then taught
four, 45 minute workshops on pelvic nerve conduction studies using volunteer subjects.
Additionally, I wrote a monograph on Pelvic Floor Neurophysiology to distribute to participants.

Albuquerque, New Mexico                                               2006
Course: Treating Urinary Incontinence and Pelvic Organ Prolapse:

A Hands-on Course in Pessary Fitting and Physical Therapy
Invited Speaker
(1) Using Physical Therapy and Pessaries to Treat Pelvic Floor Disorders;
(2) Can We Cure Pelvic Floor Disorders Non-surgically?

Tucson, Arizona                                                                                     2006
Member of planning committee and small group facilitator
Educational Research Retreat
Society of Gynecologic Surgeons

Phoenix, Arizona                                                                                   2006
Invited speaker
Urinary Incontinence: Step-by-Step Approach
Phoenix Gynecologic Society

Grand Bahamas, Bahamas                                                                  2006
Plenary presentation
Current Perception Threshold Testing
Society of Female Urology and Urodynamics Annual Meeting

Atlanta, Georgia                                                                                    2005
San Diego, California                                                                           2004
Postgraduate Course: Teaching and Evaluating Surgical Skills
Invited speaker: Teaching in the Operating Room
American Urogynecologic Society

Salt Lake City, Utah                                                                             2004
Postgraduate Course: Teaching the Teachers
Invited lecturer: Teaching and Evaluating Learner in the Operating Room
American Professors of Gynecology and Obstetrics Annual Meeting

San Francisco, California                                                                     2002
Toronto, Canada                                                                                  2001
Albuquerque, New Mexico                                                                  2000
Vancouver, British Colombia                                                             1999
Postgraduate Course: Pelvic Floor Neurophysiology
Workshop Instructor: Pudendal and Perineal Nerve Conduction Studies
American Association of Electrodiagnostic Medicine

*International Contributions*
Nice, France                                                                                        2015
Postgraduate Courses: (1) Fellow's Course; (2) Complications in Pelvic Floor Surgery;
    (3) Surgery for Pelvic Organ Prolapse
Invited lecturer
International Urogynecologic Society

Rio de Janeiro, Brazil                                                                         2014
Postgraduate Course:
Invited lecturer: (1) Tips & Tricks Laparoscopic Sacrocolpopexy (2) Selecting the Best
    Operation for Prolapse (3) Pelvic Floor Anatomy
International Continence Society

Kimberly Kenton, MD, MS                                                19

Barcelona, Spain                                                              2012
Postgraduate Course:
Invited lecturer: (1) Surgical Anatomy for Reconstructive Surgery (2) Laparoscopy in RPS.
International Continence Society

Glasgow, Scotland                                                            2011
Postgraduate Course:
Invited lecturer: (1) Surgery for Apical Prolapse (2) Robotics in RPS.
International Urogynecologic Society & International Continence Society

Haifa, Israel                                                                2011
Robotic surgery proctor
Ramban Medical Center

Toronto, Canada                                                              2010
Postgraduate Course:
Invited lecturer: (1) Robotic Approaches to Pelvic Reconstruction; (2) Assessment of Surgical
Outcomes International Urogynecologic Society & International Continence Society
San Francisco, CA                                                            2009
Postgraduate Course:
Invited lecturer: (1) Robotic Approaches to Pelvic Reconstruction; (2) Assessment of Surgical Outcomes
International Continence Society

San Francisco, CA                                                            2009
Plenary Session
Invited lecturer: Top 5 Reasons to NOT use Vaginal Mesh in Reconstructive Surgery
International Continence Society

Lake Como, Italy                                                             2009
Postgraduate Course:  Laparoscopic Prolapse Surgery
Invited lecturer:  Robotic Sacrocolpopexy
International Urogynecologic Association

Cairo, Egypt                                                                 2008
Postgraduate Course:  Use of Mesh in Reconstructive Pelvic Surgery
Invited lecturer: Concomitant Procedures & Complications during Sacrocolpopexy
International Continence Society

Barcelona, Spain                                                             2008
Postgraduate Course:  Training and Education in Endoscopy
Invited lecturer:  Setting Up a Multicenter Clinical Anatomy and Surgical Skills Training
                   Program
European Society of Human Reproduction and Embryology

Guadalajara, Mexico                                                          2008
Invited lecturer: Pelvic Floor Neurophysiology; Neural Injuries in Pelvic Surgery
International Congress of Electrodiagnostic Medicine

**Publications (peer reviewed):**

1. Catanzarite T, Bernardi LA, Confino E, **Kenton K**. Ureteral trauma during transvaginal ultrasound-guided oocyte retrieval.  Female Pelvic Med Reconstr Surg. 2015 Sep-Oct;21(5):e44-5.

2. Lewicky-Gaupp C, Leader-Cramer A, Johnson LL, **Kenton K**, Gossett DR.  Wound complications after obstetric anal sphincter injuries.  Obstet Gynecol 2015. May;125(5):1088-93. PMID 25932836

3. Tenfelde S, Tell D, Thomas TN, **Kenton K**.  Quality of life in women who use pessaries for longer than 12 months.  Female Pelvic Med Reconstr Surg 2015. May-Jun;21(3):146-9. PMID 25521465

4. Tarr ME, Brancato SJ, Cunkelman JA, Polcari A, Nutter B, **Kenton K**.  Comparison of postural ergonomics between laparoscopic and robotic sacrocolpopexy: a pilot study.  J Minim Invasive Gynecol. 2015 Feb;22(2):234-8.  PMID 25315401.

5. Mueller MG, Ellimootil C, Abernethy MG, Mueller ER, Hohmann S, Kenton K.  Colpocleisis: a safe, minimally invasive option for pelvic organ prolapse.  Female Pelvic Med Reconstr Surg. 2015 Jan-Feb;21(1):30-3. PMID: 25185616

6. Summer S, Petzel A, Anderson J, **Kenton K**.  Cervical cancer screening rates in a chart review of adolescent patients at an academic institution before and after the publication of the 2009 American Congress of Obstetricians and Gynecologists' recommendations.  Journal Pediatr Adolesc Gynecol. 2015 Aug:28(4):258-62. PMID: 26026218

7. Greer WJ, Gleason JL, **Kenton K**, Szychowski JM, Goode PS, Richter HE.  Medication Effects on Periurethral Sensation and Urethral Sphincter Activity. Female Pelvic Med Reconstr Surg. 2015 Mar-Apr;21(2):77-82. PMID: 25185603

8. **Kenton K**, Stoddard AM, Zyczynski H, Albo M, Rickey L, Norton P, Wai C, Kraus SR, Sirls LT, Kusek JW, Litman HJ, Chang RP, Richter HE; Urinary Incontinence Treatment Network.  5-Year Longitudinal Follow-up after Retropubic and Transobturator Midurethral Slings.  J Urol. 2015 Jan193(1):203-10.  PMID: 25158274

9. Mueller MG, Pilecki MA, Catanzarite T, Jain U, Kim JY, **Kenton K**.  Venous thromboembolism in reconstructive pelvic surgery.  Am J Obstet Gynecol. 2014 Nov:211(5):552.e1-6.  PMID: 25068557

10. Abernethy MG, Davis C, Lowenstein L, Mueller ER, Brubaker L, **Kenton K**.  Urethral sensation following reconstructive pelvic surgery.  Int Urogynecol J. 2014 Nov;25(11):1569-73.  PMID: 24825353

11. Catanzarite T, Rambachan A, Mueller MG, Pilecki MA, Kim JY, **Kenton K**.  Risk factors for 30-day perioperative complications after le fort colpocleisis.  J Urol. 2014 Sep;192(3):788-92. PMID: 24641911

12. Tarr ME, Rivard C, Petzel AE, Summers S, Mueller ER, Rickey LM, Denman MA, Harders R, Durazo-Arvizu R, **Kenton K**.  Robotic objective structured assessment of technical skills: a randomized multicenter dry laboratory training pilot study.  Female Pelvic Med Reconstr Surg. 2014 Jul-Aug;20(4):228-26. PMID 24978090

13. Amundsen CL, Richter HE, Menefee S, Vasavada S, Rahn DD, **Kenton K**, Harvie HS, Wallace D, Meikle S. The refractory overactive bladder: sacral neuromodulation vs. botulinum toxin assessment: ROSETTA trial. Contemp Clin Trials. 2014 Mar;37(2):272-83. PMID: 24486637

14. Anger JT, Mueller ER, Tarnay C, Smith B, Stroupe K, Rosenman A, Brubaker L, Bresee C, **Kenton K**. Robotic compared with laparoscopic sacrocolpopexy: a randomized controlled trial.  Obstet Gynecol. 2014 Jan;123(1):5-12. PMID: 24463657

15. Guiahi M, Westhoff CL, Summers S, **Kenton K**.  Training at a faith-based institution matters for obstetrics and gynecology residents: results from a regional survey.  J Grad Med Educ. 2013 Jun;5(2):244-51. PMID: 24404267

16. Broach V, Day L, Barenberg B, Huang S, **Kenton K**, White P. Use of electronic health record-based tools to imrove appropriate use of the human papillomavirus test in adult women.  J Low Genit tract Dis. 2014 Jan;18(1):26-30. PMID: 23959396

17. McFadden BL, Constantine ML, Hammil SL, Tarr ME, Abed HT, **Kenton KS**, Sung VW, Rogers RG.  Patient recall 6 weeks after surgical consent for midurethral sling using mesh.  Int Urogynecol J 2013 Dec;24(12):2099-104. PMID: 23818127

18. Graziano S, Darby M, Braginsky L, Horwitz J, Kennedy V, Burkett D, **Kenton K**.  Assessement of bowel function in the peripartum period.  Archives of Obstet Gynecol. 2014 Jan;289(1):23-7.  PMID: 23764932

19. Zimmern P, LItman H, Nager C, Sirls L, Krauss S, **Kenton K**, Wilson T, Sutkin G, Siddiqui N, Vasavada S, Norton P; for the Urinary Incontinence Treatment Network. Pre-operative urodynamics in women with stress urinary incontinence increases physician confidence, but does not improve outcomes.  Neurourol Urodyn. 2014 Mar;33(3):302-6.  PMID: 23553613

20. Fok CS, McKinley K, Mueller ER, **Kenton K**, Schreckenberger P, Wolfe A, Brubaker L.  Day of surgery urine cultures identify urogynecologic patients at increased risk for postoperative urinary tract infection.  J Urol 2013 May;189(5):1721-4.  PMID 23219547

21. Borello-France D, Burgio KL, Goode PS, Ye W, Weidner AC, Lukacz ES, Jelovsek JE, Bradley CS, Schaffer J, Hsu Y, **Kenton K**, Spino C; for the Pelvic Floor Disorders Network.  Adherence to behavioral interventions for stress incontinence: rates, barriers, and predictors.  Phys Ther. 2013 Jun;93(6):757-73. PMID: 23431210

22. Erekson EA, Yip SO, Wedderburn TS, Martin DK, Li FY, Choi JN, **Kenton KS**, Fried TR. The VSQ: a questionnaire to measure vulvovaginal symptoms in postmenopausal women. Menopause 2013 Sep;20(9):973-9. PMID: 23481118

23. White P, **Kenton K**. Use of electronic medical record based tools to improve compliance with cervical cancer screening guidelines: effect of an educational intervention on physician's practice patterns.  J Low Genit Tract Dis. 2013 Apr;17(2):175-8.  PMID 23343700

24. Nager CW, Brubaker L, Litman HJ, Zyczynski HM, Varner RE, Amundsen C, Sirls LT, Norton PA, Arisco AM, Chai TC, Zimmern P, Barber MD, Dandreo KJ, Menefee SA, **Kenton K**, Lowder J, Richter HE, Khandwala S, Nygaard I, Kraus SR, Johnson HW, Lemack GE, Mihova M, Albo ME, Mueller E, Sutkin G, Wilson TS, Hsu Y, Rozanski TA, Rickey LM, Rahn D, Tennstedt S, Kusek JW, Gormley EA; the Urinary Incontinence Treatment Network. A randomized trial of urodynamic testing before stress-incontinence surgery.  N Engl J Med. 2012 June 21;366(25):2358-67.  PMID: 22551104

25. Wei JT, Nygaard I, Richter HE, Nager CW, **Kenton K**, Amundsen CL, Schaffer J, Meikle SF, Spino C; Pelvic Floor Disorders Network.  A midurethral sling to reduce incontinence after vaginal prolapse repair.  N Engl J Med 2012 Jun 21;366(25):2358-67.  PMID 22716974

26. Gleason JL, **Kenton K**, Greer WJ, Ramm O, Szychowski JM, Wilson T, Richter HE. Sacral neuromodulation effects on periurethral sensation and urethral sphincter activity. Neurourol Urodyn. 2013 Jun;32(5):476-9. PMID: 23168535

27. Gutman RE, Nygaard IE, Ye W, Rahn DD, Barber MD, Zyczynski HM, Rickey L, Nager CW, Varner RE, **Kenton K**, Dandreo KJ, Richter HE; Pelvic Floor Disorders Network and the Urinary Incontinence Treatment Network. The Pelvic Floor Complication Scale: a new instrument for reconstructive pelvic surgery.  Am J Obstet Gynecol. 2013 Jan;208(1):81.e1-9. PMID: 23131463

28. Albo ME, Litman HJ, Richter HE, Lemack GE, Sirls LT, Chai TC, Norton P, Kraus SR, Zyczynski H, **Kenton K**, Gormley EA, Kusek JW; Urinary Incontinence Treatment Network. Treatment success of retropubic and transobturator mid urethral slings at 24 months.  J Urol. 2012 Dec;188(6):228-7. PMID: 23083653

29. Sirls LT, Tennstedt S, Lukacz E, Rickey L, Kraus SR, Markland AD, **Kenton K**, Moalli P, Hsu Y, Huang L, Stoddard AM.  Condition-specific quality of life 24 months after retropubic and transobturator sling surgery for stress urinary incontinence.  Female Pelvic Med Reconstr Surg. 2012 Sep-Oct;18(5):291-5. PMID: 22983273

30. Sirls LT, Richter HE, Litman HJ, **Kenton K**, Lemack GE, Lukacz ES, Kraus SR, Goldman HB, Weidner A, Rickey L, Norton P, Zyczynski HM, Kusek JW; Urinary Incontinence Treatment Network. The Effect of Urodynamic Testing on Clinical Diagnosis, Treatment Plan and Outcomes in Women Undergoing Stress Urinary Incontinence Surgery.  J Urol. 2013 Jan;189(1):204-9. PMID: 22982425

31. Parker-Autry CY, Barber MD, **Kenton K**, Richter HE.  Measuring outcomes in urogynecological surgery: "perspective is everything". Int Urogynecol J. 2013 Jan;24(1):15-25. PMID: 22930213

32. Spirka T, **Kenton K**, Brubaker L, Damaser MS.  Effect of material properties on predicted vesical pressure during a cough in a simplified computational model of the bladder and urethra. Ann of Biomed Eng. 2013 Jan;4)1):185-94. PMID:22907256

33. Ramm O, **Kenton K**.  Robotic/laparoscopic prolapse repair: role of hysteropexy: a urogynecology perspective.  Urol Clin North Am 2012;39(3):343-8.  PMID:22877717

34. Barber MD, **Kenton K**, Janz NK, Hsu Y, Dyer K, Greer J, White A, Meikle S, Ye W.  Validation of the activities assessment scale in women undergoing pelvic reconstructive surgery.  Female Pelvic Med Reconstr Surg. 2012 Jul-Aug;18(4):205-10. PMID:22777368.

35. Barber MD, Janz N, **Kenton K**, Hsu Y, Greer J, Dyer K, White A, Meikle S, Ye W.  Validation of surgical pain scales in women undergoing pelvic reconstructive surgery.  Female Pelvic Med Reconstr Surg. 2012 Jul-Aug;18(4):198-204.  PMID:22777367

36. Mueller ER, **Kenton K**, Tarnay C, Brubaker L, Rosenman A, Smith B, Stroupe K, Bresse C, Pantuk A, Schulam P, Anger JT.  Abdominal colpopexy: comparision of edocscopic surgical strategies (ACCESS).  Contemp Clin Trials. 2012 Sep;33(5):1011-8.  PMID: 22643040

37. Ramm O, Mueller ER, Brubaker L, Lowenstein L, **Kenton K**.  Complex repetitive discharges – a feature of the urethral continence mechanism or a pathological finding? J Urol. 2012 Jun;187(6):2140-3.  PMID: 22503012

38. Chai TC, **Kenton K**, Xu Y, Sirls L, Zyczynski H, Wilson TS, Rahn DD, Whitcomb EL, Hsu Y, Gormley EA. Effects of concomitant surgeries during midurethral slings (MUS) on postoperative complications, voiding dysfunction, continence outcomes, and urodynamic variables.  Urology. 2012  Jun;79(6):1256-61. PMID: 22542356

39. Tarr M, Klenov V, Tanzy M, Rivard C, McElhinney M, Brubaker L, Mueller E, FitzGerald M, **Kenton K**.  Peri-operative bowel habits of women undergoing gynecologic surgery.  Female Pelvic Med Reconstr Surg

May;18(3):153-7. PMID: 22543766

40. **Kenton K,** Barber M, Wang L, Hsu Y, Rhan D, Whitcomb E, Amundsen C, Bradley CS, Zyczynski H, Richter HE; Pelvic Floor Disorders Network. Pelvic floor symptoms improve similarly after pessary and behavioral treatment for stress incontinence. Female Pelvic Med Reconstr Surg. 2012 Mar-Apr;18(2):118-21. PMID: 22453323.

41. Chai TC, Huang L, **Kenton K,** Richter HE, Baker J, Kraus S, Litman H; for the UITN. Association of baseline urodynamic measures of urethral function with clinical, demographic, and other urodynamic variables in women prior to undergoing midurethral sling surgery. Neurourol Urodyn. 2012 Apr;31(4):496-501. PMID 22378483

42. Ramm O, Gleason JL, Segal S, Marshall DD, Kennedy V, **Kenton K.** Utility of routine preoperative endometrial assessment in women undergoing pelvic floor repair. Int Urogynecol J. 2012 Jul;23(7):913-7. PMID 22398824

43. Rivard C, Salhadar A, **Kenton K.** New challenges in detecting, grading, and staging endometrial cancer after uterine morcellation. J Minim Invasive Gynecol. 2012 May-June;19:313-6. PMID 22417903

44. Wolfe AJ, Toh E, Shibata N, Rong R, **Kenton K,** Fitzgerald M, Mueller ER, Schrekenberger P, Dong Q, Nelson DE, Brubaker L. Evidence of uncultured bacteria in the adult female bladder. J Clin Microbiol. 2012 Apr;50(4):1376-83. PMID: 22278835

45. Lowenstein L, Rosenblatt PL, Dietz HP, Bitzer J, **Kenton K.** New advances in urogynecology. Obstet Gynecol Int. 2012;2012:453059. PMID: 22220175

46. Lowenstein L, Rickey L, **Kenton K,** FitzGerald MP, Brubaker L, Tulke M, Mueller E. Reliability and Responsiveness of the Urgency Severity and Life Impact Questionnaire (USIQ). Int Urogynecol J 2012;23(2)193-6. PMID 21850507

47. Davis C, Lowenstein L, Mueller E, Brubaker L, **Kenton K.** Measuring urinary sensation with current perception threshold: A Comparison between Method of Limits and Method of Levels. Obstet Gynecol Int. 2012;2012 868915. PMID: 22018128

48. Lowenstein L, Ramm O, Mueller E, Brubaker L, FitzGerald MP, Lopez J, **Kenton K.** The impact of dispositional optimism on treatment of pelvic floor dysfunction. Int Urogynecol J. 2012 Mar;23(3):295-8. PMID: 21887549

49. Lowenstein L, **Kenton K,** Mueller E, Brubaker L, Sabo E, Durazo-Arivzu R, FitzGerald MP. Solifenacin objectively decreases urinary sensation in women with overactive bladder syndrome. Int Uro Nephrol. 2012 Apr;44(2):425-9. PMID:21993768

50. Guiahi M, Maguire K, Ripp ZT, Goodman RW, **Kenton K.** Perceptions of family planning and abortion education at a faith-based medical school. Contraception. 2011 Nov;84(5):520-4. Epub 2011 Apr 15. PMID: 22018128

51. **Kenton K,** Mueller EM, Brubaker L. Continent women have better urethral neuromuscular function than those with stress incontinence. Int J Urogynecol J 2011 Dec;22(12):1479-84. PMID: 21979386

52. **Kenton K,** Mueller EM, Brubaker L. Neuromuscular characterization of the urethra in continent women. Female Pelvic Med Reconstr Surg 2011;17(5):226-30.

53.  Ramm O, **Kenton K**.  Robotics for Pelvic Reconstruction. Curr Bladder Dysfunct Rep. 2011 Jun 30;6(3):176-181.  PMID:21874174

54.  Burkett D, Horwitz J, Kennedy V, Murphy D, Graziano S, **Kenton K**. Assessing current trends in resident hysterectomy training.  Female Pelvic Med Reconstr Surg 2011;17(5):210-214.

55.  Guiahi M, McNulty M, Garbe G, Edwards S, **Kenton K**.  Changing depot medroxyprogesterone acetate access at a faith-based institution.  Contraception 2011 Sept;84(3):280-4.  PMID: 21843694

56.  Nager CW, SIrls L, Litman HJ, Ricther H, Nygaard I, Chai T, Kraus S, Zyczynski H, **Kenton K**, Huang L, Kusek J, Lemak G; Urinary Incontinence Treatment Network. Baseline urodynamic predictors of treatment failure 1 year after mid urethral sling surgery. J Urol. 2011 Aug;186(2):597-603.  PMID:21683412

57.  Brubaker L, **Kenton K**.  Clinical Research Education Study Teams:  A Research Curriculum for Obstetric and Gynecology Residents.  Obstet Gynecol 2011;117:1403-7. PMID 21606753

58.  Sinno S, Shah S, **Kenton K**, Brubaker L, Angelats J, Vandevender D, Cimino V.  Assessing the safety and efficacy of combined abdominoplasty and gynecologic surgery.  Ann Plast Surg. 2011 Sept;67(3):272-4.  PMID:21508816

59.  Abbasy S, **Kenton K**, Brubaker L, Mueller E. Measurement of transurethral bladder neck displacement during tension-free vaginal tape procedure.  Int Urogyne J Nov  2011;22:721-24. PMID 21174078

60.  Goode PS, Burgio KL, Kraus SR, **Kenton K**, Litman HJ, Richter HE.  Urinary Incontinence Treatment Network.  Correlates and predictors of patient satisfaction with drug therapy and combine drug therapy and behavioral training for urgency urinary incontinence in women.  Int Urogynecol J 2011;22(3):327-34. PMID 20945064

61.  Nager CW, Kraus SR, **Kenton K**, Sirls L, Chai TC, Wai C, Sutkin G, Leng W. Litman H, Huang L, Tennstedt S, Richter HE.  Urinary Incontinence Treatment Network.  Urodynamics, the supine empty bladder stress test, and incontinence severity.  Neurouro Urodynam. 2010;29(7):1306-11. PMID:20127832.

62.  Sirls LT, Tennstedt S, Albo M, Chai T, **Kenton K**, Huang L, Stoddard AM, Arisco A, Gormley EA.  Factors associated with quality of life in women undergoing surgery for stress urinary incontinence. J Urol 2010;184(6):2411-5. PMID 20945064

63.  Guiahi M, Cortland C, Graham MJ, Heraty S, Lukens M, Trester M, Summers S, **Kenton K**.  Addressing OB/GYN family planning educational objectives at a faith-based institution using the TEACH program.  Contraception 2011; 83(4):367-72. PMID: 21397097

64.  Pham T, Burgart A, **Kenton K**, Mueller E, Brubaker L.  Current Use of Pelvic Organ Prolapse Quantification by AUGS and ICS Members. Female Pelvic Med Reconst Surg 2011;17(2):67-9.

65.  Richter HE, Albo ME, Zyczynski HA, **Kenton K**, et al for the Urinary Incontinence Treatment Network.  Retropubic versus transobturator midurethral slings for stress incontinence.  N Engl J Med. 2010 Jun 3;362(22):2066-76. PMID 20479459.

66.  Borello-France D, Burgio KL, Goode PS, Markland AD, **Kenton K**, Balasubramanyam A, Stoddard AM for the Urinary Incontinence Treatment Network.  Adherence to behavioral interventions for urge incontinence when combined with drug therapy: adherence rates, barriers, and predictors. Phys Ther 2010;90(10):1493-505. PMID: 20671098

67. Heilbrun ME, Nygaard IE, Lockhart ME, Richter HE, Brown MB, **Kenton KS**, Rahn DD, Thomas JV, Weidner AC, Nager CW, Delancey JO.  Correlation between levator ani muscle injuries on magnetic resonance imaging and fecal incontinence, pelvic organ prolaspe, and urinary incontinence in primiparous women.Am J Obstet Gynecol 2010;202(5):488.e1-6. PMID: 20223445

68. Burgio KL, Kraus SR, Borello-France D, Chai TC, **Kenton K**, Goode PS, Xu Y, Kusek JW for the UITN.  The effects of drug and behavior therapy for urgency and voiding frequency. Int Urogynecol J  2010;21(6):711-9. PMID 2014307

69. Nager CW, Kraus SR, **Kenton K**, Sirls L, Chai TC, Wai C, Sutkin G, Leng W, Litman H, Huang L, Tennstedt S, Richter HE for the UITN.  Urodynamics, the supine empty bladder stress test, and incontinence severity. Neurourol Urodyn 2010:29(7):1306-11. PMID 20127832

70. Raza-Kahn F, Cunkelman J, Lowenstein L, Shott S, **Kenton K**. Prevalence of bowel symptoms in women with pelvic floor disorders. Int Urogynecol J 2010;21(8):933-8. PMID 20449569.

71. Abbasy S, **Kenton K**.  Obliterative procedures for pelvic organ prolapse.  Clin Obstet Gynecol 2010;53(1):86-98. PMID: 20142646.

72. Richter HE, **Kenton K**, Huang L, Nygaard I, Kraus S, Whitcomb E, Chai T, Lemack G, Sirls L, Dandreo K, Stoddard A.  The impact of obesity on urinary incontinence symptoms, severity, urodynamic characteristics and quality of life.  J Urol 2010;183(2):622-8. PMID: 20018326

73. Summers S, Mueller E,  Darrell B, Pombar X, Kobak W, Graziano S, Irwin T, Mody V, Rickey L, Hruska L, **Kenton K**.  Clinical anatomy and surgical skills training (CASST) for senior residents: a multicenter, multidisciplinary program.  Female Pelvic Med Reconst Surg. 2009;15(4):195-203.

74. Rickey LM, Mueller ER, Graziano S, Lowenstein L, Summers S, Pombar X, Dauzardis M, **Kenton K**.  Clinical anatomy and surgical skill training (CASST) for gynecology and urology residents: Assessment of learners. Female Pelvic Med Reconstr Surg 2009;15(4):189-193.

75. Lowenstein L, Gamble T, Sanses T, van Raalte H, Carberry C., Pham T, Nguyen A, Hoskey K, **Kenton K**. Changes In Sexual  Function  After Treatment For Prolapse Are Related to The Improvement In Body Image Perception. J Sex Med. 2009;7:1023-8. 19912488

76. Mueller ER, **Kenton K**., Rogers RG, Fenner. Are we are missing an opportunity to teach future primary care providers about female pelvic floor disorder? Int Urogynecol J 2009; 20:1413-15. PMID: 19669684.

77. **Kenton K**, Richter HE, Litman H, Lukacz E, Leng W, Lemack G, Chai TC, Arisco A, Tennstedt S, Steers W. Risk factors associated with urge incontinence after continence surgery.  J Urol 2009; 182(6): 2805-09. PMID: 19837421.

78. **Kenton K**, Lowenstein L, Brubaker L.  Tolterodine causes measurable restoration of urethral sensation in women with urge urinary incontinence.  Neurourol Urodyn 2010;29(4):711-9. PMID: 19771598.

79. Bradley CS, Rahn DD, Nygaard NE, Barber MD, Nager CW, **Kenton KS**, Siddiqui NY, Abel RB, Spino D, Richter WE.  The questionnaire for urinary incontinence diagnosis (QUID): Validity and responsiveness to change in women undergoing non-surgical therapies for treatment of stress predominant urinary incontinence. Neurourol Urodynam 2010;29(5):727-34. PMID: 19787711.

80. Handa VL, Nygaard I, **Kenton K**, Cundiff GW, Chetti C, Ye W, Richter HE.  Pelvic organ support among primiparous women in the first year after childbirth.  Int Uroyn J 2009;20(12):1407-11. PMID: 19777148.

81. Nager CW, Richter HE, Nygaard I, Paraiso MF, Wu JM, **Kenton K**, Atnip SD, Spino C. Incontinence pessaries: size, POPQ measures, and successful fitting. Int Urogyn J 2009;20(9):1023-8. PMID: 19533009.

82. Lowenstein L, Fitz A, **Kenton K**, FitzGerald M, Mueller E, Brubaker L. Transabdominal uterosacral suspension: outcomes and complications. Am J Obstet Gynecol 2009;200(6):656.e1-5. PMID: 19342469.

83. Lowenstein L, Gamble T, Deniseiko Sanses T, van Raalte H, Carberry C, Jakus S, Kambiss S, McAchran S, Pham T, Aschkenazi S, Hoskey K, **Kenton K**. Sexual function is related to body image perception in women with pelvic organ prolapse. J Sex Med 2009;6(8):2286-91. PMID: 19493287.

84. Lowenstein L, **Kenton K**, Brubaker L, Mueller E, Heneghan M, Senka J, FitzGerald MP. Patients with painful bladder syndrome have altered response to thermal stimuli and catastrophic reaction to painful experiences. Neurourol Urodyn 2009;28:400-4. PMID: 19191279.

85. Lowenstein L, Pham T, Abbasy S, **Kenton K**, Brubaker L, Mueller ER, Shott S, Vardi Y, Gruenwald I, FitzGerald MP. Observations relating to urinary sensation during detrusor overactivity. Neurourol Urodyn 2008; 28(6):497-500. PMID: 19090593.

86. Wei J, Nygaard I, Richter H, Brown M, Barber M, Xu X, **Kenton K**, Nager C, Schaffer J, Visco A, Weber A. Outcomes following vaginal prolapse repair and mid urethral sling (OPUS) trial. Clinical Trials. 2009;6(2):162-71. PMID: 19342469.

87. Chai TC, Albo ME, Richter HE, Norton PA, Dandreo KJ, **Kenton K**, Lowder JL, Stoddard AM for the UITN. Complications in women undergoing Burch colposuspension versus autologous rectus fascia sling for the treatment of stress urinary incontinence. J Urol 2009;181(5):192-7. PMID:19296969.

88. Lowenstein L, FitzGerald MP, **Kenton K**, Hatch L, Brubaker L. Evaluation of urgency in women with a validated urgency severity and impact questionnaire (USIQ). Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar;20(3):301-7. PMID: 19020786.

89. Markland AD, Richter HE, **Kenton K**, Nager C, Kraus SR, Tennstedt S, Wai C, Xu Y. Associated factors and the impact of fecal incontinence in women with urge urinary incontinence: from the Urinary Incontinence Treatment Network's BEDRI study. Am J Obstet Gynecol 2009;200:424.e1-424.e8. PMID: 19200939.

90. Lowenstein L, Davis C, Jesse K, Durazo-Arvizu R, **Kenton K**. Comparison between sensory testing modalities for the evaluation of afferent nerve functioning in the genital area. Int Urogynecol J (2009) 20:83–87. PMID: 18923804.

91. Abbasy S, Lowenstein L, Pham T, Mueller E, **Kenton K**, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant mid-urethral sling. Int Urogynecol J. Pelvic Floor Dysfunct. 2009 Feb;20(2):213-6. PMID: 19002367.

92. Handa VL, Lockhart ME, **Kenton KS**, Bradley CS, Fielding JR, Cundiff GW, Salomon CG, Hakim C, Ye W, Richter H. Magnetic resonance assessment of pelvic anatomy and pelvic floor disorders after childbirth. Int Urogynecol J 2009; Feb;20(2):133-9. PMID: 18846311.

93. Pham T, **Kenton K**, Mueller E, Brubaker L. New pelvic symptoms are common after reconstructive pelvic surgery. Am J Obstet Gynecol 2009 Jan;200(1):88.e1-5. PMID: 18845285.

94. Nygaard I, Barber M, Burgio KL, **Kenton K**, Meikle S, Schaeffer J, Spino C, Whitehead W, Wu J, Brody DJ. Prevalence of symptomatic pelvic floor disorders in women in the United States, 2006-2006. JAMA 2008;300(11):1311-1316. PMID: 18799443.

95. Sung VW, Rogers RG, Schaffer JI, Balk EM, Uhling K, Lau J, Abed H, Wheeler TL, Morrill MY, Clemons JL, Rahn DD, Lukban JC, Lowenstein L, **Kenton K**, Young S for the Society of Gynecologic Surgeons Systematic Review Group.  Graft use in transvaginal pelvic organ prolapse repair:  a systematic review.  Obstet Gynecol 2008;112(5):1131-42. PMID: 18978116.

96. Bradley CS, **Kenton KS**, Richter HE, Gao X, Zyczynski HM, Weber AM, Nygaard IE.  Obesity outcomes after sacrocolpopexy. Am J Obstet Gynecol 2008 Dec;199(6):690.e1-8. PMID: 18845288.

97. Guiahi M, **Kenton K**, Brubaker L.  Sacrocolpopexy without concomitant posterior repair improves posterior compartment defects.  Int J Urogynecol 2008;19(9):1267-70. PMID: 18496636.

98. Burgio KL, Kraus SR, Menefee S, Borello-France D, Coron M, Johson HW, Mallett V, Norton P, FitzGerald MP, Dandreo KJ, Richter HE, Rozanski T, Albo M, Zyczynski HM, Lemack GE, Chai TC, Khandwala S, Barker J, Brubaker L, Stoddard AM, Goode PS, Nielsen-Omeis B, Nager CW, **Kenton K**, Tennstedt SL, Kusek JW, Chang TD, Nyberg LM, Steers W for the UITN.  Behavior therapy to enable drug discontinuation in the treatment of urge incontinence: A randomized controlled trial.  Annals Int Med 2008;149(3):161-9. PMID: 18678843.

99. Lowenstein L, FitzGerald MP, **Kenton K**, Brubaker L, Gruenwald I, Durazo-Arvizu R, Elliot C, Mueller E, Vardi Y.  Clinically useful measures in women with mixed urinary incontinence.  Am J Obstet Gynecol 2008;198(6):661.e1-4. PMID: 18538148.

100. Dooley Y, Lowenstein L, **Kenton K**, FitzGerald MP, Brubaker L.  Mixed incontinence is more bothersome that pure incontinence subtypes.  Int J Urogynecol 2008;19(10):1359-62. PMID: 18491026.

101. **Kenton K,** Sultana C, Rogers R, Lowenstein T, Fenner D for the AUGS Education Committee.  How well are we training residents in Female Pelvic Medicine and Reconstructive Surgery?  Am J Obstet Gynecol 2008;198(5):567.e.1-4. PMID:18355789.

102. Lowenstein L, **Kenton K,** FitzGerald MP, Brubaker L. Validation of real-time urodynamic measure of urinary sensation.  Am J Obstet Gynecol 2008;198(6):664.e1-4. PMID: 18377858.

103. Lowenstein L, **Kenton K**, Brubaker L, Pillar G, Undevia N, Mueller E, FitzGerald MP. The relationship between obstructive sleep apnea, nocturia and daytime overactive bladder syndrome in women. Am J Obstet Gynecol 2008 May; 198(5): 598.e1-5. PMID: 18455544.

104. Lowenstein L, Anderson C, **Kenton K**, Dooley Y, Brubaker L.  Obstructive symptoms are not predictive of elevated post-void residual urine volumes.  Int J Urogynecol 2008; 19(6): 801-804. PMID: 18074067.

105. Lowenstein L, FitzGerald MP, **Kenton K,** Dooley Y, Mueller ER, Brubaker L. Patient selected goals: the 4th dimension in assessment of pelvic floor disorders. Int J Urogynecol  2008;19(1):81-4. PMID: 17497063.

106. Richter HE, Diokno A, **Kenton K**, Norton P, Chai T, Albo M, Kraus S, Moali P, Zimmern P, Litman H.  Predictors of treatment failure 24 months after surgery for stress urinary incontinence.  J Urol 2008 Mar; 179(3): 1024-30. PMID: 18206917.

107. Lowenstein L, Jesse K, **Kenton K.**  Comparison of perception testing and thermal-vibratory testing.  Muscle Nerve 2008 Apr; 37(4): 514-7. PMID: 18060972.

108. Dooley Y, **Kenton K,** Luke A, Brubaker L.  Urinary incontinence prevalence: results from the national health and nutrition survey (NHANES).  J Urol 2008;179(2):656-61. 18082211.

109.     Raza-Kahn F, Graziano S, **Kenton K**, Shott S, Brubaker L.  Medical record documentation of peripartum urinary incontinence.  J Reprod Med 2008;53:155-60. PMID: 18441717.

110.     Lowenstein L, **Kenton K**, Dooley Y, Mueller ER, Brubaker L.  Women who experience detrusor overactivity at lower bladder volumes report greater bother.  Neurourol Urodyn 2008;27(1):45-7. PMID: 17600369.

111.     Ghoniem G, Stanford E, **Kenton K**, Achtari C, Goldberg R, Mascarenhas T, Parekh M, Tamussino K, Tosson S, Lose G, Petri E.  Evaluation and outcome measures in the treatment of female urinary stress incontinence: international Urogynecological Association (IUGA) guidelines for research and clinical practice.  I Urogynecol J 2008;19(1):5-33. PMID: 18026681.

112.     Richter HE, Goode PS, **Kenton K**, Brown MB, Burgio KL, Kreder K, Moalli P, Wright EJ. Weber AM.  The effect of age on short-term outcomes after abdominal surgery for pelvic organ prolapse.  J Am Geriatr Soc 2007;55:857-63. PMID: 17537085.

113.     **Kenton K**, Lowenstein L, Simmons J, Brubaker L.  Aging and overactive bladder may be associated with loss of urethral sensation in women.  Neurourol Urodyn 2007;26(7):981-4. PMID: 17626276.

114.     Markland A, Kraus S, Richter H, Nager C, **Kenton K,** Kerr L, Xu Y. Prevalence and risk factors of fecal incontinence in women undergoing stress incontinence surgery.  Am J Obstet Gynecol 2007;197(6):662.e1-7. PMID: 18067137.

115.     **Kenton K**, Pham T, Mueller E, Brubaker L.  Patient preparedness: An important predictor of surgical outcome.  Am J Obstet Gynecol Dec 2007;197(6):654.e1-6. PMID: 18060968.

116.     Bradley CS, Nygaard IE, Brown MB, Gutman RE, **Kenton K**, Whitehead WE, Goode PS, Wren PA, Ghetti C, Weber AM. Bowel symptoms in women one year after sacrocolpopexy.  Am J Obstet Gynecol Dec 2007; 197(6):642.e1-8. PMID: 18060963.

117.     **Kenton K**, Brubaker L.  Research education in Obstetrics and Gynecology:  How are we doing?  Am J Obstet Gynecol 2007;197(5):532.e1-4. PMID: 17980198.

118.     Lowenstein L, **Kenton K**, Pierce K, FitzGerald MP, Mueller ER, Brubaker L.  Patients' pelvic goals change after initial urogynecologic consultation. Am J Obstet Gynecol 2007;197(6):640-.e1-3. PMID: 18060962.

119.     Lowenstein L, Dooley Y, **Kenton K**, Mueller E, Brubaker L.  Neural pain after uterosacral ligament vaginal suspension. Int Urogyncol J 2007;18(1):109-10. PMID: 16523246.

120.     Mueller E, **Kenton K**, Mahajan S, FitzGerald MP, Brubaker L.  Urodynamic prolapse reduction alters urethral pressure but not filling or pressure flow parameters.  J Urol 2007;177(2):600-3. PMID: 17222641.

121.     Albo M, Richter H, Brubaker L, Norton P, Kraus S, Zimmern PE, Chai TC, Zycynski H, Diokno A, Tennstedt S, Nager C, Lloyd LK, FitzGerald MP, Lemack GE, Johnson HW, Leng W, Mallett V, Stoddard AM, Menefee S, Varner RE, **Kenton K,** Moalli P, Sirls L, Dandreo KJ, Kusek JW, Nyberg LM, Steers W.  Burch colposuspension versus fascial sling to reduce urinary stress incontinence.  N Engl J Med  2007;356(21):2143-55. PMID: 17517855.

122.     Lowenstein L, Brubaker L, **Kenton K,** Kramer H, Shott S, FitzGerald MP. Prevalence and Impact of Nocturia in a Urogynecologic Population. Int Urogynecol J 2007;18(9):1049-52. PMID: 17216553.

123.     Zyczynski H, Lloyd K, **Kenton K,** Menefee S, Borham M, Stoddard A for the UITN.  Correlation of Q-tip values and point Aa in stress incontinent women.  Obstet Gynecol 2007;110:39-43. PMID: 17601894**.**

124.     **Kenton K,** Simmons J, FitzGerald MP, Lowenstein L, Brubaker L.  Urethral and bladder current perception thresholds: Normative data in women.  J Urol 2007;178:189-92. PMID: 17499783.

125.     Lowenstein L, Dooley Y, **Kenton K,** Rickey L, FitzGerald MP, Mueller E, L. Brubaker. The volume at which women leak first in urodynamic testing is not associated with quality of life, measures of urethral integrity or surgical failure. J Urol 2007;178:193-6. PMID: 17499809.

126.     Sultana CJ, **Kenton K,** Ricci E, Rogers RG. The state of residency training in female pelvic medicine and reconstructive surgery. Int Urogynecol J 2007;18(11):1347-50. PMID: 17340049.

127.     Borelle-France D, Handa V, Brown MB, Goode P, Kreder K, Scheufele LL, Weber A, **Kenton K.**  Pelvic floor muscle function in women with pelvic organ prolapse.  Phys Ther 2007;87(4):399-407. PMID: 17341510.

128.     Mahajan ST, FitzGerald MP, **Kenton K,** Shott S, Brubaker L.  Concentric needle electrodes are superior to perineal surface-patch electrodes for EMG documentation of urethral sphincter relaxation during voiding.  Br J Urol 2006;97:117-20. PMID: 16336340.

129.     Mahajan S, Elkadry E, **Kenton K,** Shott S, Brubaker L.  Patient-centered surgical outcomes:  the impact of goal achievement and urge incontinence on patient satisfaction one year after surgery. Am J Obstet Gynecol 2006;194(3):722-8. PMID: 16522404.

130.     **Kenton K,** Mahajan S, FitzGerald MP, Brubaker L.  Recurrent stress incontinence is associated with decreased neuromuscular function in the striated urethral sphincter. Am J Obstet Gynecol 2006;194:1434-7.PMID: 16579918.

131.     Raza-Khan F, Graziano S, **Kenton K,** Shott S, Brubaker L.  Peri-partum urinary incontinence in a racially diverse obstetrical population.  Int Urogynecol J 2006;17(5):525-30. PMID: 16435097.

132.     Raza-Khan F, **Kenton K,** Shott S, Brubaker L.  Usefulness of urine dipstick in a urogynecologic population.  Int Urogynecol J 2006;17(5):489-91.PMID: 16408149.

133.     **Kenton K,** FitzGerald MP, Brubaker L. What's a clinician to do?  Believe the patient or her urinary diary? J Urol  2006;176(2):633-5. PMID: 16813908.

134.     Dooley Y, West K, **Kenton K,** FitzGerald MP, Brubaker L. Bowel symptoms and POP-Q stage are poorly correlated. J Pelvic Med and Surg 2006:12:263-266.

135.     **Kenton K,** Mueller ER, Graziano S, Summers S, Rickey L, Oldham L, Pombar X, Turner F, Darrell B.  Clinical anatomy and surgical skills training (CASST): a multicenter, multidisciplinary program.  Am J Obstet Gynecol 2006;195(6):1789-93. PMID: 17132482.

136.     Rooney K, **Kenton K,** Mueller ER, FitzGerald MP, Brubaker L.  Advanced anterior vaginal wall prolapse is highlty correlated with apical prolapse.  Am J Obstet Gynecol 2006;195(6):1837-49. PMID: 17132485.

137.     Bradley CS, Brown MB, Cundiff GW, Goode PS, **Kenton KS,** Nygaard IE, Whitehead WE, Wren PA, Weber AM.  Bowel symptoms in women planning surgery for pelvic organ prolapse.  Am J Obstet Gynecol 2006;195(6):1814-19. PMID: 16996465.

138.      Mahajan ST, **Kenton K**, Bova DA, Brubaker L.  Transobturator tape erosion associated with leg pain.  Int Urogynecol J 2006:17(1):66-8. PMID: 15965576.

139.      **Kenton K,** FitzGerald MP, Brubaker L.  Striated urethral activity does not alter urethral pressure during filling cystometry.  Am J Obstet Gynecol 2005; 192:55-9. PMID: 15672003.

140.      Boreham MK, Richter HE, **Kenton K,** Nager CW, Gregory WT, Aronson MP, Vogt VY, McIntire DD, Schaffer JI.  Anal incontinence in women presenting for gynecologic care: prevalence, risk factors, and impact upon quality of life.  Am J Obstet Gynecol 2005; 192:1637-42. PMID: 15902170.

141.      **Kenton K**, Brincat C, Mutone M, Brubaker L.  Repeat cesarean and primary elective cesarean section: recently trained obstetrician-gynecologist practice patterns and opinions.  Am J Obstet Gynecol 2005, 192: 1872-6. PMID: 15970836.

142.      FitzGerald MP, **Kenton K,** Brubaker L.  Localization of the urge to void in patients with painful bladder syndrome.  Neurourol Urodynam 2005;24:633-7. PMID: 16177998.

143.      Brincat C, **Kenton K**, FitzGerald MP, and Brubaker L.  Sexual activity predicts continued pessary use.  Am J Obstet Gynecol 2004;190:198-200.PMID: 15295365.

144.      Mueller E, **Kenton K,** and Brubaker L.  Sliding hernia of the bladder presenting as suprapubic pain in a female.  Int Urogynecol J 2004;15:51-2. PMID: 14752600.

145. Weber AM, Buchsbaum G, Chen B, Clark A, Damaser M, Daneshgari F, Davis G, DeLancey J, **Kenton K,** Weidner A, and Word AR.  Basic Science and Translational Research in Female Pelvic Floor Disorders: Proceedings from an NIH Sponsored Meeting.  Neurourol Urodyn 2004; 23(4):288-301. PMID: 15227643.

146. **Kenton K**, Fuller E, and Benson JT.  Current perception threshold evaluation of the female urethra.  Int Urogynecol J 2003;14(2)133-35. PMID: 12851758.

147. Elkadry E, **Kenton K,** White P, Creech S, and Brubaker L. Do mothers remember key events during labor? Am J Obstet Gynecol 2003;189(1):195-00. PMID: 12861162.

148. Elkadry E, **Kenton K,** FitzGerald M, Shott S, and Brubaker L.  Patient-selected goals: a new perspective on surgical outcome.  Am J Obstet Gynecol 2003;189. PMID: 14710061.

149. **Kenton K**, Oldham L, and Brubaker L.  Open Burch urethropexy has a low rate of perioperative complications.  Am J Obstet Gynecol 2002; 187(1):107-10. PMID: 12114897.

150. **Kenton K** and Brubaker L. Relationship between levator ani contraction and motor unit activation in the urethral sphincter. Am J Obstet Gynecol  2002;187(2): 403-6. PMID: 12193933.

151. **Kenton K**, MD, Woods M, MD, Brubaker L, MD Uncomplicated erosion of polytetrafluoroethylene grafts into the rectum. Am J Obstet Gynecol 2002; 187(1):233-4. PMID: 12114923.

152. **Kenton K,** FitzGerald MP, and Brubaker L.  Multiple foreign body erosions after laparoscopic colposuspension with mesh.  Am J Obstet Gynecol 2002; 187(1):252-3. PMID: 12114923.

153. **Kenton K**, FitzGerald M, Shott S, and Brubaker L.  Role of urethral EMG in predicting outcome of Burch retropubic urethropexy.  Am J Obstet Gynecol 2001;85(1):51-5. PMID: 11483903.

154. FitzGerald M, **Kenton K**, and Brubaker L.  Responsiveness of quality of life measurements to change after reconstructive pelvic surgery.  Am J Obstet Gynecol 2001;185(1):20-4. PMID: 11483898.

155. **Kenton K**, Shott S, and Brubaker L.  The anatomic and functional variability of rectoceles in women.  Int Urogynecol J 1999; 10(2):96-9.PMID: 10384970.

156. **Kenton K**, Sadowski D, Shott S, and Brubaker L.  A comparison of women with primary and recurrent pelvic organ prolapse. Am J Obstet Gynecol 1999; 180:1415-8. PMID: 10368479.

157. **Kenton K**, Shott S and Brubaker L.  Outcome following recto-vaginal fascia reattachment for rectocele repair.  Am J Obstet Gynecol 1999; 181:1360-4.PMID: 10601913.

158. **Kenton K**, Shott S, and Brubaker L.  Vaginal topography does not correlate well with visceral position in women with pelvic organ prolapse.  Int Urogynecol J 1997; 8(6):336-9.PMID: 9609331.

**Reviews, Chapters, and Editorials**

1. Woodruff TK, Green S, Paller A, Schlosser BJ, Spring B, Castle M, Stock MC, Carnethon MR, Clark CT, Gerard E, Turek FW, Wisner KL, Wakschlag LS, Kibbe MR, Mendelson MA, Simon MA, Hansen NM, Kenton K, Garcia PM, Zee P, Ramesy-Goldman R, Sutton SH, Van Horn L. Women's Health (Lond Engl). 2015 Jul;11(4):449-52. PMID: 26237204

2. Matthews CA, **Kenton K**.  Treatment of Vaginal Cuff Evisceration.  Obstet Gynecol. 2014 Oct;124(4):705-8. PMID: 25198277

3. **Kenton K.**  What is new in the evaluation and treatment of urinary incontinence? best articles from the past year.  Obstet Gynecol. 2014 Jan;123(1):179-81. PMID: 24463679

4. **Kenton K.** Pelvic organ prolapse in women: Surgical repair of apical prolapse.  Up to Date.  2011

5. **Kenton K.**  Pelvic organ prolapse in women: Obliterative procedures.  Up to Date. 2010.

6. Lowenstein L, Rosenblatt PL, Dietz HP, Bitzer J, **Kenton K**.  New advances in Urogynecology.  Obstet Gynecol Int.  2012; 2012, Article ID 453059.  PMID: 22220175

7. Tarr M, **Kenton K.**  Robotic Surgery.  In: Cardozo L, Staskin D (eds). Textbook of Female Urology and Urogynecollogy.  3rd Edition.  London: Informa Heathcare, 2010.

8. Abbasy S, **Kenton K**.  Obliterative procedures for pelvic organ prolapse.  Clin Obstet Gynecol 2010 Mar;53(1):86-98. PMID 20142646

9. Daneshgari F, **Kenton K**.  Bladder sensation testing:  Where are we?  Current Bladder Dysfunction Reports. June 2009.

10. Rickey L, **Kenton K**.  Botulinum toxin: new option for refractory lower urinary tract symptoms in women.  Clin Obstet Gynecol 2008 Mar; 51(1): 176-86. PMID: 18303512.

11. Sultana CJ, **Kenton K,** Ricci E, Rogers RG.  The state of residency training in Female Pelvic Medicine and Reconstructive Surgery.  AUGS Quarterly Report 2007;Vol XXVI, No 2.

12. **Kenton K.**  How to teach and evaluate learners in the operating room.  Obstet Gynecol Clin N Am.  2006; 33(2):325-32. PMID: 16647607.

13. **Kenton K.**  Neurophysiologic Testing.  In:  Zimmern PE, Norton P, Haab F, and Chapple C, eds.  Vaginal Surgery for Incontinence and Prolapse.  Springer-Verlag, 2006:65-75.

14. **Kenton K**, Mueller E.  The global burden of pelvic floor disorders.  BJU 2006;98(Suppl 1):1-5. PMID: 16911592.

15. Khan F, **Kenton K.**  Intraoperative Injury in Reconstructive Pelvic Surgery.  J Pelvic Med 2006;12(5):241-56

16. **Kenton K,** Mueller E.  Surgical Repair of the Middle Compartment. Clin Obstet Gynecol 2005 Sep; 48(3): 691-703. PMID: 16012236.

17. Mueller E, **Kenton K,** Brubaker L. Modern management of genitourinary fistulas.  J Pelvic Surgery 2005;11(5)223-234.

18. Mueller E and **Kenton K**.  The relationship of pelvic organ prolapse and urinary incontinence.  AUGS Quarterly Report; 2003.

19. **Kenton K**. Pessaries.  In: Carlin B and Leong F, eds. Female Pelvic Health and Reconstructive Surgery.  Marce; Dekker, Inc, 2003:407-416.

20. Fenner D, Handa V, **Kenton K,** Paraiso M, Olson A, Rogers R, Walter A, Welgoss J.  American Urogynecologic Society Resident Educational Objectives.  Fifth Edition.  AUGS Website 2003.

21. **Kenton K**.  Supervised antenatal pelvic floor exercises prevented postpartum stress urinary incontinence.  Commentary.  Evidenced-based Obstetrics and Gynecology 2002;4:195-6.

22. **Kenton K**.  Peripheral Neuropathies in Reconstructive Pelvic Surgery.  AUGS Quarterly Report 2002; XXI(2):1-4.

23. **Kenton K** and Brubaker L.  Surgical treatment for stress urinary incontinence.  Evidenced Based Obstet Gynecol 2000;2(4):112.

## Non-print Materials

1. **Kenton K,** Dooley Y, Brubaker L.  Video:  Team Sacrocolpopexy.  Presented at International Urogynecologic Association Annual Meeting, Athens, Greece, 2006.

2. **Kenton K**.  Diagnosis and Management of Apical Prolapse.  Up to Date 2006.

3. Mahajan S, **Kenton K,** Brubaker L.  Video: Cystoscopic intradetrusor Botulinum A Toxin injection for the treatment of detrusor overeractivity incontinence.  J Pelvic Surgery 2005;11(1):S54.

## Published Abstracts

1. Ramm O, Gleason JL, Segal S, Marshall DD, Kennedy V, **Kenton K**.  Utility of routine preoperative endometrial assessment in women undergoing pelvic floor repair.  J FPMRS 2011;17(2):S13.

2. Tarr M, Klenov V, Tanzy M, Rivard C, McElhinney M, Brubaker L, Mueller E, FitzGerald M, **Kenton K.**  Peri-operative bowel habits of women undergoing gynecologic surgery.  J FPMRS 2011;17(2):S20.

3. Rivard C, Salhadar A, **Kenton K**.  New challenges in detecting, grading, and staging endometrial cancer after uterine morcellation. J FPMRS 2011;17(2):S28.

4. Greer WJ, Gleason J, Szychowski JM, Goode P, **Kenton K,** Richter HE.  Mediation effects on urethral current perception thresholds and pressure flow parameters.  J FPMRS 2011;17(2):S53.

5. Nager CW, Sirls LT, Litman H, Richter HE, Nygaard I, Chai T, Kraus SR, Zyczynxki HM, Kenton K, Huang L, Kusek JW, Lemak G for UITN. Baseline urodynamic predictors of treatment failure one year after midurethral sling surgery. J FPMRS 2011;17(2):S3.

6. Tarr M, Kenton K, **Mueller E**, Brubaker L. Prior pelvic floor surgery is associated with more bothersome symptoms in urogynecology patients. Journal of Urology 2009; 181(4):482-83.

7. Abbasy S, Michelfelder A, **Kenton K**, Mueller E, FitzGerald M. Home-based cognitive therapy for overactive bladder. Journal of Urology 2009;181(4)561.

8. **Kenton K**, Richter H, Litman H, Leng W, Tennstedt S, Steers W, Lukacz E, Lemack G, Arisco A, Chai T. Preoperative factors associated with urge incontinence after incontinence surgery. Neuro Urol 2009: 28(2); 120.

9. Tarr M, **Kenton K**, Mueller E, Brubaker L. Prior POP/SUI surgery is associated with more bothersome pelvic floor symptoms in new urogynecology patients. Neuro Urol 2009; 28(2); 121-22.

10. **Kenton K,** Lowenstein L, Brubaker L. Tolterodine causes measurable restoration of urethral sensation in women with urge urinary incontinence. J Pelvic Surgery 2008;14(4):245.

11. **Kenton K,** Spirka T, Butler R, Damaser M, Brubaker L. Does aging affect sphincter function differently in continent versus stress incontinent women? J Pelvic Surgery 2008;14(4):296.

12. Lowenstein L, Pham T, Abbasy S, **Kenton K,** Brubaker L, Mueller E, Vardi Y, Gruenwald I, FitzGerald MP. Continous measure of lower urinary tract sensation during bladder filling in women with detrusor overactivity. J Pelvic Surgery 2008;14(4):322-3.

13. Lowenstein L, Davis C, Jesse K, **Kenton K.** Do current perception threshold testing and thermal vibratory sensory analyzer system testing selectively measure different populations of afferent nerves in the genital area? J Pelvic Surgery 2008;14(4):340.

14. Khan F, Cunkelman J, Lowenstein L, **Kenton K.** Bowel symptoms: the under-reported urogynecologic complaint. J Pelvic Surgery 2008;14(4):337.

15. Lowenstein L, FitzGerald MP, **Kenton K**, Hatchet L, Durazo-Arvizu R, Goldman K, Brubaker L. Evaluation of urgency with a validated urgency severity and impact questionnaire: USIQ. J Pelvic Surgery 2008;14(4):322.

16. Khan FG, Cunkelman J, Adams S, Lowenstein L, **Kenton K**. The impact of delivery on bowel symptoms in a urogynecologic population. J Pelvic Surgery 2008;14(4):307.

17. Lowenstein L, **Kenton K**, Mueller ER, Brubaker M, Senka J, FitzGerald MP. Patients with painful bladder syndrome have altered response to thermal stimuli and catastrophic reaction to painful experience. J Pelvic Surgery 2008;14(4):301.

18. Lowenstein L, Hatchett L, **Kenton K**, Brubaker L, Durazo-Arvizu R, Goldman K, Mueller ER, FitzGerald MP. Urgency severity and bother questionnaire (USBQ) - a new validated questionnaire for the evaluation of urgency. Neurourol Urodynam 2008; 27(2 Suppl):144.

19. Abbasy S, Lowenstein L, Pham T, Mueller E, **Kenton K**, FitzGerald MP, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant midurethral sling. J Pelvic Med Surg 2008; 14(2): 106.

20. Markland A, Richter HE, **Kenton K,** Nager WE, Kraus SR, Tennstedt SL, Wai CL, Xu Y.  Predictors of Fecal Incontinence in Women with Urge Urinary Incontinence:  From the Urinary Incontinence Treatment Network's BEDRI Study.  J Pelvic Med Surg 2008; 14(2): 109.

21. Abbassy S, Lowenstein L, Pham T, Mueller E, **Kenton K**, FitzGerald MP, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant midurethral sling. Neurourol Urodynam 2008; 27(2 Suppl):134-5.

22. Lowenstein L, FitzGerald MP, **Kenton K,** Brubaker L, Gruenwald I, Elliott C, Durazo R, Mueller E, Vardi Y. Validation of a real-time urodynamic measure of urinary urgency. Neurourol Urodynam 2008; 27(2 Suppl):138.

23. Lowenstein L, FitzGerald MP, **Kenton K**, G Pillar, Kenton K, Mueller E, Brubaker L. Consider a diagnosis of obstructive sleep apnea in patients with nocturia even when daytime overactive bladder syndrome is present. Neurourol Urodynam 2008; 27(2 Suppl):139.

24. Davis C, **Kenton K,** Lowenstein L, Mueller E, FitzGerald MP, Brubaker L. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery. J Pelvic Med Surg 2008; 14(2): 112

25. Mueller ER, Rogers RG, **Kenton K**.  We are missing an opportunity to teach future primary care providers about female pelvic floor disorders.  J Pelvic Med Surg 2008; 14(2): 122.

26. Davis C, **Kenton K,** Lowenstein L, Mueller E, FitzGerald MP, Brubaker L. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery. Neurourol Urodynam 2008; 27(2 Suppl):150.

27. **Kenton K,** Pham T, Mueller E, FitzGerald MP, Brubaker L.  Patient Readiness: Important Predictor of Surgical Readiness. J Pelvic Surgery 2007; 13(2):60.

28. Rickey L, Graziano S, Lowenstein L, Mueller E, Summers S, **Kenton K.** Clinical Anatomy and Surgical Skills Training (CASST): Assessment of Learners. J Pelvic Surgery 2007; 13(2):60.

29. Fitz A, Mueller E, **Kenton K**, FitzGerald MP, Brubaker L.  Putting things back where they belong: short-term anatomic outcomes of high uterosacral ligament suspension at the time of hysterectomy for prolapse. J Pelvic Surgery 2007;13(2):60.

30.  Anderson C, Lowenstein L, **Kenton K,** Dooley Y, Brubaker L.  Can a surgeon rely on obstructive symptoms to detect urinary retention?  J Pelvic Surgery 2007; 13(2):60.

31.  **Kenton K,** Pham T, Brubaker L. Nearly half of women having reconstructive pelvic surgery report new pelvic symptoms postoperatively.  J Pelvic Surgery 2007; 13(2):60.

32. Lowenstein L, FitzGerald MP, **Kenton K,** BrubakerL, Gruenwald I, Elliott C, Durazo R, Mueller E, Vardi Y. Validation of a real-time urodynamic measure of urinary urgency. J Pelvic Surg 2007; 13:248-9.

33. Mahajan ST, FitzGerald M, **Kenton K,** Brubaker L.  The second continence procedure: Do results depend on what was done first?  J Pelvic Surgery 2006;12(2):111.

34. Dooley YT, West K, **Kenton K,** FitzGerald M, Brubaker L.  Symptoms and anatomy are poorly correlated in women with advanced prolapse.  J Pelvic Surgery 2006;12(2):97.

35.  Sultana CJ, **Kenton K,** Ricci E.  Training in pelvic floor medicine: a survey of Ob/Gyn program directors.  J Pelvic Surgery 2006;12(2):93.

36. Dooley Y, Rickey L, Lowenstein L, **Kenton K**, FitzGerald MP, Brubaker L. Is Mixed Incontinence More Bothersome Than Pure Stress or Urge Incontinence? Int Urogynecol J 2006;17(Suppl. 2):S120.

37. **Kenton K**, Brubaker L, FitzGerald MP, Creasman J, Bradley C, Kraus S, Brown J. "No Opinion": An Opinion of Many Incontinent Women. Int Urogynecol J 2006;17(Suppl. 2):S152.

38. Dooley Y, **Kenton K**, Durazo-Arvizu R, Cao G, Luke A, Kramer H, Brubaker L. Black Women Report A Lower Prevalence of Stress Urinary Incontinence Than Other Racial Groups. Int Urogynecol J 2006;17(Suppl. 2):S153.

39. Dooley Y, West K, **Kenton K**, FitzGerald MP, Brubaker L. Bowel Symptoms and POP-Q Stage are Poorly Correlated. Int Urogynecol J 2006;17(Suppl. 2):S160.

40. **Kenton K**. Team Sacrocolpopexy. Int Urogynecol J 2006;17(Suppl. 2):S184.

41. Lowenstein L, Dooley Y, Rickey L, **Kenton K**, FitzGerald MP, Brubaker L. Are Women Who Leak At Lower Volumes More Bothered By Incontinence? Int Urogynecol J 2006;17(Suppl. 2):S233.

42. Lowenstein L, Dooley Y, **Kenton K**, FitzGerald MP, Tempelhof MT, Brubaker L. Do Patient Self-Reported Goals Correlate With PFDI Scores and Bother? Int Urogynecol J 2006;17(Suppl. 2):S267.

43. Mueller ER, **Kenton KS**, Rooney K, Shott S, Brubaker L. Isolated Cystocele Repair May Undertreat Apical Prolapse. Int Urogynecol J 2006; 17(Suppl. 2):S264.

44. Lowenstein L, Brubaker L, **Kenton K**, FitzGerald MP. The Nights Are The Worst: Prevalence and Impact of Nocturia. Int Urogynecol J 2006; 17(Suppl. 2):S264.

45. Mahajan ST, FitzGerald MP, **Kenton K**, Brubaker L. Reliability of the MESA questionnaire as a screening tool for urinary incontinence. J Pelvic Surgery 2005; 11(2):81.

46. Zyczynski H, Lloyd LK, **Kenton K**, Menefee S, Boreham M, Stoddard AM for the UITN. Correlation of Q-tip values and point Aa in stress incontinent women. J Pelvic Surgery 2005; 11(2):80.

47. Khan FG, Graziano S, **Kenton K**, Shott S, and Brubaker L. Antenatal measures of stress incontinence in predicting postpartum stress incontinence. J Pelvic Surgery 2004; 10(1): S64-5.

48. Khan FG, Mahajan S, **Kenton K**, FitzGerald MP, and Brubaker L. Can simple questions substitute for the MESA? J Pelvic Surgery 2004; 10(1): S64.

49. Kontak JA, Battaglia G, Walter J, and **Kenton K**. Regional profile of adrenergic, cholinergic, and serotonergic receptor subtypes in the human female urethra. J Pelvic Surgery 2004; 10(1): S11.

50. Mueller E, **Kenton K**, FitzGerald MP, and Brubaker L. Striated urethral sphincter activity is not affected by pelvic organ prolapse despite changes in maximal urethral closure pressure. Neurourol Urodyn 2004; 23(5):422-3.

51. Elkadry E, White P, **Kenton K**, FitzGerald MP, Shott S, and Brubaker L. Pelvic floor symptoms increase after childbirth even after a low birth weight delivery. J Pelvic Medicine 2003; 9(5):233.

52. Simmons J, **Kenton K**, FitzGerald MP, and Brubaker L. Current Perception Threshold (CPT) measurements of the urethra and bladder in asymptomatic women. J Pelvic Medicine 2003; 9(5):258.

53.  **Kenton K**, Hays K, and Brubaker L.  What are patients learning on the internet?  Int Urogynecol J 2001;12(1):S1.

54.  **Kenton K**, Shott S, and Fenner D.  The relationship of pelvic floor strength and genital hiatus size to posterior compartment dysfunction.  Int Urogynecol J 1999;10(1): S14.

Presentations at Scientific Meetings

*National*

1.  **Kenton K** for the Pelvic Floor Disorders Network.  Overall Pelvic Floor Symptoms Improve Similarly After Pessary and Behavioral Treatment of Stress Incontinence.  Overall Pelvic Floor Symptoms Improve Similarly After Pessary and Behavioral Treatment of Stress Incontinence.  Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

2.  Ramm O, Mueller E, Brubaker L, Lowenstein L, **Kenton K**.  Complex Repetitive Discharges are Common in Normal Women.  Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

3.  Abbasy S, May A, Mueller E, Brubaker L, FitzGerald M, **Kenton K**. Older Women Seeking Care for Pelvic Floor Disorders Report Similar Goals and Treatment Choices Compared to Younger Women. Short oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

4.  Lowenstein L, Rickey L, **Kenton K**, FitzGerald M, Brubaker L, Fordham J, Mueller E.  Reliability & Responsiveness of the Urgency Severity and Life Impact Questionnaire. Short Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

5.  Tarr M, Mueller E., Polcari A, Summers S, **Kenton K**. Development of a Robotic Surgical Training Curriculum for Gynecology & Urology Residents: Robotic Objective Structured Assessment of Technical Skills (ROSATS). Poster, 2010 AUGS Annual Scientific Meeting in Long Beach, California.

6.  Anger J, Mueller E, Tarnay C, Connor S, Pantuck A, Schulam P, Kwan L, **Kenton K**.. Methodology of the Abdominal Colpopexy:  Comparison of Endoscopic Surgical Strategies (ACCESS) Trial.  Poster, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

7.  Lowenstein L, Rickey L, **Kenton K**, FitzGerald MP, Brubaker L, Tulke M, Fordham J, Mueller E. Test-Retest Reliability of the Urgency, Severity and Impact Questionnaire (USIQ) for Patients with Overactive Bladder. Poster, 2010 AUGS Annual Scientific Meeting in Long Beach, California.

8.  **Kenton K**, Brubaker L, Mueller E. Urethral Innervation Better in Continent Women than Stress Incontinent Women. Poster, 2009 Annual Meeting of the International Continence Society, San Francisco, California.

9.  Abbasy S, Michelfelder A, **Kenton K**, Mueller E, Abbasy S, FitzGerald MP.  Home-based Hypnotherapy for Overactive Bladder.  Poster presentation, 2009 Annual Meeting of the International Continence Society, San Francisco, California.

10.  Lowenstein L, **Kenton K**, Brubaker L, Mueller E, Durazo-Arvizu R, Ladwig-Scott E, FitzGerald MP.  Solifenacin Objectively Decreases Urinary Urge Sensation in Women with OAB. Poster presentation, 2009 Annual Meeting of the International Continence Society, San Francisco, California.

11.  **Kenton K**, Mueller E, Lowenstein L, Brubaker L.  Urethral Function of Women with Detrusor Overactivity is Intermediate that of Continent and Stress Incontinent Women.  Oral presentation, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

12. Tarr M, Wolfe R, Farooq A, Mueller E, Brubaker L, **Kenton K.** Robot-assisted Laparoscopic Sacrocolpopexy versus Open Sacrocolpopexy: A Single Institution Retrospective Cohort of Perioperative and Short-Term Outcomes. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

*13.* Abbasy S, Lowenstein L, Durazo-Arvizu R, Fordham1 J, Pate P, Mueller E, **Kenton K**, Brubaker L, FitzGerald MP. Lower Urinary Tract Sensation is Altered with Aging. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

*14.* Abbasy S, Tarr M, Pham T, Brubaker L, **Kenton K**, Mueller E. Measurement of Transurethral Bladder Neck Distraction during Tension-Free Vaginal Tape Procedure. Oral Presentation, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

15. Abbasy S, Pham T, Shoham D, Guichan C, FitzGerald MP, **Kenton K**, Mueller E, Brubaker L. The Incidences of Urogential Fistula and Trachelectomy have Decreased Despite the Rise of Laparoscopy Hysterectomy and Supracervical Hysterectomy Procedures. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

16. Pham T, Burgart A, **Kenton K**, Mueller E, Brubaker L. Current use of Pelvic Organ Prolapse Quantification by AUGS and ICS Members. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

17. Pham T, Polcari A, Brubaker L, FitzGerald MP, Mueller E, **Kenton K**. Surgical Outcomes of Secondary Continence Surgeries. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

18. Spirka T, **Kenton K**, Brubaker L, Damaser M. A Clinically-Relevant Model of Stress Urinary Incontinence: What is the Effect of Material Properties on the Finite Element Simulation of the Bladder, Urethra and Support Structures During a Cough. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

19. Mueller ER, **Kenton K**. Diagnosis and Robotic Repair of Ureteral Structure Following an Intra-Operative Failed Open End to End Anastamosis. Poster, 2009 Annual American Urologic Association meeting, Hollywood, Florida.

20. Brubaker L, **Kenton K**. Maintaining the Pipeline to Academia and Clinical Research: An Ob-Gyn Research Education Program. CREOG & APGO Annual Meeting 2009. San Diego, CA. March 2009.

21. Effecting change in resident education: Development of a family planning curriculum at a faith based academic institution. Guiahi M, Summers S, **Kenton K**, Westhoff C. CREOG/APGO Annual Meeting 2009. San Diego, CA. March 2009.

22. Teaching everything about contraceptive health (TEACH): Using a six-step approach to guide curriculum development. Guiahi M, Heraty S, Lukens M, Trester M, Eisenberg D, Summers S, **Kenton K**. CREOG/APGO Annual Meeting 2009. San Diego, CA. March 2009.

23. Tolterodine cause measurable restoration of urethral sensation in women with urge urinary incontinence. **Kenton K**, Lowenstein L, Brubaker L. American Urogynecologic Society 29th Annual Scientific Meeting. Chicago, IL. September 2008.

24. Urgency severity and bother questionnaire (USBQ) - a new validated questionnaire for the evaluation of urgency. Lowenstein L, Hatchett L, **Kenton K**, Brubaker L, Durazo-Arvizu R, Goldman K, Mueller ER, FitzGerald MP. Annual Meeting of the Society for Urodynamics and Female Urology. Miami, FL. February 2008.

25. Validation of a real-time urodynamic measure of urinary urgency. Lowenstein L, FitzGerald MP, **Kenton K**, Brubaker L, Gruenwald I, Elliott C, Durazo R, Mueller E, Vardi Y. Annual Meeting of the Society for Urodynamics and Female Urology. Miami, FL. February 2008.

26. Consider a diagnosis of obstructive sleep apnea in patients with nocturia even when daytime overactive bladder syndrome is present. Lowenstein L, FitzGerald MP, **Kenton K**, G Pillar, Kenton K, Mueller E, Brubaker L. Annual Meeting of the Society for Urodynamics and Female Urology, Miami, FL. February 2008.

27. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery. Davis C, **Kenton K**, Lowenstein L, Mueller E, FitzGerald MP, Brubaker L. Annual Meeting of the Society for Urodynamics and Female Urology. Miami, FL. February 2008.

28. Clinical Anatomy and Surgical Skills Training (CASST): A multidisciplinary, multicenter program. **Kenton K**, Graziano S, Mueller E, Summers S, Rickey L, Oldham L, Pombar X, Turner F, Darrell B. Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ. April 2006.

29. Can advanced stages of anterior or posterior vaginal wall prolapse occur without apical involvement? Rooney K, Mueller E, **Kenton K**, FitzGerald MP, Brubaker L. Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ. April 2006.

30. Training in pelvic floor medicine: a survey of Ob/Gyn program directors. Sultana CJ, **Kenton K**, Ricci E. Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ. April 2006.

31. Symptoms and anatomy are poorly correlated in women with advanced prolapse. Dooley YT, West K, **Kenton K**, FitzGerald M, Brubaker L. Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ. April 2006.

32. The second continence procedure: Do results depend on what was done first? Mahajan ST, FitzGerald M, **Kenton K**, Brubaker L. Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ. April 2006.

33. How Are Patient's Goals Related to Quality of Life? Lowenstein L, Dooley Y, **Kenton K**, FitzGerald MP, Mueller E, Brubaker L. American Urogynecologic Society 27th Annual Scientific Meeting. Palm Springs, CA. October 2006.

34. Is Mixed Incontinence More Bothersome Than Pure Stress or Pure Urge Incontinence? Dooley Y, Rickey L, Lowenstein L, **Kenton K**, FitzGerald MP, West K, Brubaker L. American Urogynecologic Society 27th Annual Scientific Meeting. Palm Springs, CA. October 2006.

35. Nocturia As Clinical Predictor of Obstructive Sleep Apnea. Garcia J, Undevia N, **Kenton K**, Mueller E, FitzGerald MP. American Urogynecologic Society 27th Annual Scientific Meeting. Palm Springs, CA. October 2006.

36. "No Opinion": An Opinion of Many Incontinent Women. **Kenton K**, Brubaker L, FitzGerald MP, Creasman J, Bradley C, Kraus S, Brown J. American Urogynecologic Society 27th Annual Scientific Meeting. Palm Springs, CA. October 2006.

37. Localization of the urge to void differs in patients with Painful Bladder Syndrome. FitzGerald MP, **Kenton K**, Brubaker L. Society of Urodynamics and Female Urology Annual Meeting. Orlando, FL. February 2005.

38. Regional profile of adrenergic, cholinergic, and serotonergic receptor subtypes in the human female urethra. Kontak JA, Battaglia G, Walter J, and **Kenton K**. Joint Scientific Meeting of American Urogynecologic Society and Society of Gynecologic Surgeons. San Diego, CA. August 2004.

39. The POP-Q can be streamlined.  Silver A, **Kenton K**, FitzGerald MP, and Brubaker L.  Society for Urodynamics and Female Urology, Winter Scientific Meeting.  Scottsdale, AZ.  February 2004.

40. Repeat cesarean and primary elective cesarean:  recently trained obstetrician-gynecologist practice patterns and options.  **Kenton K**, Brincat C, Mutone M, and Brubaker L.  Central Association of Obstetrician and Gynecologists Scientific Meeting.  Washington D.C.  October 2004.

41. Patient selected goals:  a new perspective on surgical outcome.  Elkadry E, **Kenton K,** FitzGerald MP, Shott S, and Brubaker L.  Society of Gynecologic Surgeons 29th Annual Meeting.  Anaheim, CA.  March 2003.

42. Sexual activity and Pessary continuation: clinical predictors of pessary use.  Brincat C, **Kenton K,** FitzGerald MP, and Brubaker L.  American Urogynecologic Society 24th Annual Scientific Meeting.  Hollywood, FL. September 2003.

43. Anal Incontinence in women presenting for gynecologic care:  Prevalence, risk factors and impact upon quality of life.  Boreham MK, Aronson MP, Gregory WT, **Kenton K**, McIntire DD, Nager CW, Richter HE, Schaffer JI, and Vogt V.  Society of Gynecologic Surgeons 29th Annual Meeting.  Anaheim, CA.  March 2003.

44. In your dreams:  a sliding bladder hernia.  **Kenton K**, Mueller E, and Brubaker L.  American College of Obstetricians & Gynecologists 50th Annual Clinical Meeting.  "Stump the Professors".  Los Angeles, CA.  May 2002.

45. The effect of vaginal delivery on urethral mobility.  **Kenton K**, Carney M, Davies S, Shott S, and Brubaker L. American Urogynecologic Society 23rd Annual Scientific Meeting.  San Francisco, CA.  October 2002.

46. The relationship between urethral pressure and striated urethral sphincter activity during filling.  **Kenton** K, FitzGerald MP, Brubaker L. American Urogynecologic Society 23rd Annual Scientific Meeting.  San Francisco, CA.  October 2002.

47. Do mothers remember key events during labor?  Elkadry E, **Kenton K**, White P, and Brubaker L.  American Urogynecologic Society 23rd Annual Scientific Meeting.  San Francisco, CA.  October 2002.

48. Open Burch urethropexy has a low rate of perioperative complications.  **Kenton K,** Oldham L, and Brubaker L. American Urogynecologic Society 22nd Annual Scientific Meeting.  Chicago, IL.  October 2001.

49. Survey on teaching in the operating room.  **Kenton K,** Fenner D.  Society of Gynecologic Surgeon's Annual Meeting.  New Orleans, LA.  February 2000.

50. Current perception threshold evaluation of the female lower urinary tract.  **Kenton K,** Fueller E, and Benson JT. American Association of Electrodiagnostic Medicine 47th Annual Meeting.  Philadelphia, PA.  September 2000.

51. What are patient's learning on the internet?  **Kenton K**, Hays K, Shott S, and Brubaker L. American Urogynecologic Society 21st Annual Scientific Meeting.  Hilton Head, S.C.  October 2000.

52. Role of urethral EMG in predicting outcome of Burch retropubic urethropexy.  **Kenton K**, FitzGerald MP, and Brubaker L.  American Urogynecologic Society 21st Annual Scientific Meeting.  Hilton Head, S.C.  October 2000.

53. Relationship between levator ani contraction and motor unit activation in the urethral sphincter.  **Kenton K,** Brubaker L.  American Urogynecologic Society 21st Annual Scientific Meeting.  Hilton Head, S.C.  October 2000.

54. Quality of life instruments are responsive to change following surgery for genuine stress incontinence. FitzGerald MP, **Kenton K**, and Brubaker L.  American Urogynecologic Society 21st Annual Scientific Meeting. Hilton Head, S.C.  October 2000.

55. Outcome following recto-vaginal fascia reattachment for rectocele repair.  **Kenton K**, Shott S, and Brubaker L. Society of Gynecologic Surgeon's Annual Meeting.  San Diego, CA.  February 1999.

56. A comparison of women with primary and recurrent pelvic organ prolapse.  **Kenton K**, Sadowski D, Shott S, and Brubaker L. American Urogynecologic Society 19th Annual Meeting.  Washington, DC.  November 1998.

57. Relationship of pelvic floor muscle strength and genital hiatus size to posterior compartment dysfunction. **Kenton K**, Shott S, and Fenner D.  American Urogynecologic Society's 19th Annual Meeting.  Washington, DC. November 1998.

58. Fluoroscopic rectal parameters during defecation:  a study of rectocele formation.  **Kenton K,** Brubaker L. American Urogynecologic Society's 17th Annual Meeting.  Seattle, WA.  October 1995.

*International*

1. Risk factors for urge incontinence after continence surgery. **Kenton K**, Richter HE, Litman H, Lukacz E, Leng W, Lemack G, Chai TC, Arisco A, Tennstedt S, Steers W.  International Urogynecologic Association.  Lake Como, Italy.  June 2009.

2. Effect of material properties.  Spirka T, **Kenton K**, Brubaker L, Damaser, M.  Urodynamic cough simulation:  XII International Symposium on Computer Simulation in Biomechanics. Cape Town, South Africa.  July 2009

3. Is mixed incontinence more bothersome than pure stress or urge licontinence? Dooley Y, Rickey L, Lowenstein L, **Kenton K**, FitzGerald MP, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

4. Black women report a lower prevalence of stress urinary incontinence than other racial groups.  Dooley Y, **Kenton K**, Durazo-Arvizu R, Cao G, Luke A, Kramer H, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

5. Team Sacrocolpopexy. **Kenton K**, Dooley Y, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

6. Are Women Who Leak At Lower Volumes More Bothered By Incontinence? Lowenstein L, Dooley Y, Rickey L, **Kenton K**, FitzGerald MP, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

7.  Do Patient Self-Reported Goals Correlate With PFDI Scores and Bother?  Lowenstein L, Dooley Y, **Kenton K**, FitzGerald MP, Tempelhof MT, Brubaker L. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

8.  Isolated Cystocele Repair May Undertreat Apical Prolapse.  Mueller ER, **Kenton KS**, Rooney K, Shott S, Brubaker L.  31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

9. The Nights Are The Worst: Prevalence and Impact of Nocturia.  Lowenstein L, Brubaker L, **Kenton K**, FitzGerald MP. 31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

10. Evidence of altered neuromuscular function in the striated urethral sphincter of women with prior continence procedures.  **Kenton K**, Mahajan S, FitzGerald MP, Brubaker L.  International Urogynecologic Society Annual Meeting.  Copenhagen, Denmark.  August 2005.

11.  What's a clinician to do?  Believe the patient or her diary?  **Kenton K**, FitzGerald MP, Brubaker L.  International Continence Society 35th Annual Meeting.  Montreal, Canada. September 2005.

12.  Cystoscopic intradetrusor Botulinum A Toxin injection for the treatment of detrusor overeractivity incontinence.  Mahajan S, **Kenton K**, Brubaker L.  International Urogynecologic Society Annual Meeting.  Copenhagen, Denmark.  August 2005.

13. Patient Selected Goals: Perspectives on Surgical Outcomes One Year After Surgery.  Mahajan S, Elkadry E, **Kenton K**, FitzGerald M, Shott S, and Brubaker L.  International Continence Society Annual Meeting.  Paris, France.  August 2004.

14. Striated Urethral Sphincter Activity is not Affected by Pelvic Organ Prolapse Despite Changes in Maximal Urethral Closure Pressure.  Mueller E, **Kenton K**, FitzGerald M, and Brubaker L.  International Continence Society Annual Meeting.  Paris, France.  August 2004.

15. The effect of vaginal delivery on vaginal morphology and urethral function in the rat.  **Kenton K**, Brubaker L, Kerns J, Ferguson C, and Damaser M.  Oral Poster Presentation, International Continence Society Annual Meeting.  Heidelburg, Germany.  August 2002.

16. Fluoroscopy is necessary to confirm visceral position in women with pelvic organ prolapse.  **Kenton K**, Shott S, and Brubaker L.  Oral Presentation: International Continence Society Annual Meeting.  Athens, Greece.  August 1996.