# Exhibit D

CURRICULUM VITAE

**BRIAN N. SCHWARTZ, M.D.**
**FLORIDA UROLOGY PHYSICANS**

**RESIDENCY TRAINING**

| | |
|---|---|
| 1995-1996 | Chief Resident, Urology |
| | University of Rochester, Rochester, New York |
| | (Edward M. Messing, M.D., Chairman, Department of Urology) |
| 1994-1995 | Assistant Chief Resident, Urology |
| | University of Rochester, Rochester, New York |
| 1993-1994 | Resident, Urology |
| | University of Rochester, Rochester, New York |
| 1992-1993 | Associate Resident, Urology |
| | University of Rochester, Rochester, New York |
| 1991-1992 | Assistant Resident, General Surgery |
| | University of Rochester, Rochester, New York |
| | (Seymour I. Schwartz, M.D., Chairman, Department of Surgery) |
| 1990-1991 | Intern, General Surgery |
| | University of Rochester, Rochester, New York |

**EDUCATION**

| | |
|---|---|
| 1986-1990 | Washington University School of Medicine, St. Louis, Missouri |
| | Doctor of Medicine |
| 1983-1986 | University of Pennsylvania, Philadelphia, Pennsylvania |
| | Bachelor of Arts in Biology, Cum Laude |

**BOARD CERTIFICATION**

| | |
|---|---|
| 1999 | American Board of Urology |

**BOARD RECERTIFICATION**

| | |
|---|---|
| 2007 | American Board of Urology |

**SCIENTIFIC PUBLICATION AND PRESENTATIONS**

Prostatic Neuroendocrine Cell Products in Human Seminal Plasma. *Brian Schwartz*, Masatsugu Iwamura, Susan Schoen, Sten Gershagan, Abraham T.K. Cockett, Per-Anders Abrahamsson, Leonard Deftos. Presented at the AUA Annual Meeting, May 1994.

Efforts of Substance P Analogues on Human Prostate Cancer Cell Growth in Vitro. Masatsugu Imamura, *Brian Schwartz*, Katherine Packman, Abraham T.K. Cockett, Sten Gershagen. Presented at the AUA Annual Meeting, May 1994.

Bladder Neck Contracture Following Radical Retropubic Prostatectomy. Brian Schwartz, Charles McCall, Erdal Erturk. Presented at the American Society for Laser Medicine and Surgery, April, 1995.

Preliminary Clinical Results Utilizing Cryoablation in the Treatment of Prostate Cancer. *Brian Schwartz*, David P. Dever. Presented at the Western Sectional Meeting of the AUA, November, 1995.

Surgical Management of Male Infertility. *Brian Schwartz*. Presented at the Second Annual Southwest Florida Infertility Forum, October, 1996.

## PROFESSIONAL AFFILIATIONS

Diplomat, National Board of Medical Examiners
Member, American Urological Association
Member, Southeastern Section American Urological Association
Member, Lee County Medical Society

## HOSPITAL STAFF

Lee Memorial Health System
Gladiolus Surgery Center

## HOSPITAL COMMITTEES

Credentialing Committee
Executive Committee

## ADMINISTRATIVE ACTIVITIES

Medical Director, 21st Century Oncology
Managing Partner, Florida Urology Physicians

## PRECEPTORSHIPS

Preceptor, American Medical Systems – Monarc Subfascial Hammock
Preceptor & Consultant, Ethicon/Gynecare – Transvaginal Tape Obturater System
Preceptor & Consultant, Laserscope – Photoselective Laser Vaporization of Prostate (PVP)
Preceptor & Consultant, Fortec Medical - Photoselective Laser Vaporization of Prostate (PVP)