Exhibit O

Brian Schwartz, M.D.

```
 1                UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    CHARLESTON DIVISION
 3
     IN RE:  ETHICON, INC. PELVIC REPAIR     Master File No.
 4   SYSTEM PRODUCTS LIABILITY LITIGATION      2:12-MD-02327
 5   THIS DOCUMENT RELATES TO THE FOLLOWING
     CASES IN THE WAVE 1 OF MDL 200:
 6   -------------------------------------
 7
 8   WENDY HAGANS,
 9            Plaintiff,
10   v.                     Case No: 2:12-cv-00783
11   ETHICON, INC., ET AL.,
12          Defendant(s).
     _____/
13
14                     DEPOSITION OF
                   BRIAN SCHWARTZ, M.D.
15
16          Taken in re: TVT-S litigation
17
18       DATE TAKEN:     March 25, 2016
         TIME:           2:00 p.m.
19       PLACE:          5237 Summerlin Commons Blvd.
                         Fort Myers, Florida
20
21
22       Examination of the witness taken before:
23            Elizabeth M. Brooks, RPR, FPR
                 2650 Airport Road South
24                  Naples, FL  34112
25
```

Brian Schwartz, M.D.

```
 1                    APPEARANCES

 2

 3   For the Plaintiff(s):    P. LEIGH O'DELL, ESQ.

                              Beasley, Allen, Crow,

 4                            Methvin, Portis & Miles, PC

                              218 Commerce Street

 5                            P.O. Box 4160

                              Montgomery, AL  36104

 6                            leigh.odell@beasleyallen.com

 7

 8

 9   For the Defendant(s):    BARRY J. KOOPMANN, ESQ.

                              Bowman and Brooke, LLP

10                            150 S. 5th Street

                              Suite 3000

11                            Minneapolis, MN  55402

                              barry.koopmann@bowmananbrooke.com

12

13

14                    * * * * * * *

15

16

17

18

19

20

21

22

23

24

25
```

Brian Schwartz, M.D.

```
 1                        INDEX

 2    WITNESS                                    PAGE

 3    BRIAN SCHWARTZ, M.D.
```

```
 4       Direct Examination by Ms. O'Dell          6

 5       Cross Examination by Mr. Koopmann          49

 6       Redirect Examination by Ms. O'Dell         83
```

```
 7                    * * * * * * *

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Brian Schwartz, M.D.

| | | EXHIBITS | |
|---|---|---|---|
| 1 | | | |
| 2 | DESCRIPTION | | PAGE |
| 3 | Exhibit 1 | Notice of Deposition | 6 |
| 4 | Exhibit 5 | Binder labeled Dr. Brian Schwartz, TVT-Secur General Report | 6 |
| 5 | | | |
| 6 | Exhibit 6 | Article entitled Transobturator vs Single-Incision Suburethral Mini-slings by Menahem Newman, et al | 7 |
| 7 | | | |
| 8 | | | |
| | Exhibit 7 | Article entitled Single-Incision Mini-Slings versus Standard Midurethral Slings by Mostafa, et al | 8 |
| 9 | | | |
| 10 | | | |
| 11 | Exhibit 8 | Article entitled TVT-Secur Mini-sling for Stress Urinary Incontinence by Colin A. Walsh | 8 |
| 12 | | | |
| 13 | Exhibit 10 | Article entitled Randomized Controlled Trial Comparing TVTO and TVT-S by Bianchi-Ferraro, et al | 9 |
| 14 | | | |
| 15 | | | |
| | Exhibit 9 | Article entitled The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches by Tincello, et al | 9 |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | Exhibit 11 | Article entitled TVT-Secur (Hammock) versus TVT-Obturator by Lakha S. Hota, et al | 10 |
| 20 | | | |
| 21 | Exhibit 12 | Article entitled Single-Incision Mini-Slings Versus Standard Midurethral Slings by Abdel-Fattah, et al | 10 |
| 22 | | | |
| 23 | | | |
| | Exhibit 13 | Article entitled Midterm Prospective Evaluation of TVT-Secur Reveals High Failure Rate by Cornu, et al | 11 |
| 24 | | | |
| 25 | | | |

Brian Schwartz, M.D.

EXHIBITS
(continued)

| DESCRIPTION | | PAGE |
|---|---|---|
| Exhibit 14 | Article entitled A 2-Year Observational Study to Determine the Efficacy of a Novel Single Incision Sling Procedure (Minitape) by North, et al | 11 |
| Exhibit 2 | Report for Gynecare TVT-Secure, Brian N. Schwartz, M.D. | 12 |
| Exhibit 3 | Curriculum Vitae | 12 |
| Exhibit 4 | Brian Schwartz, Reliance List | 12 |
| Exhibit 15 | Email from Gadot to Brown dated 6/20/06 | 19 |
| Exhibit 16 | Article entitled TVT-Secur (hammock) Versus TVT-Obturator by Hota, et al | 24 |
| Exhibit 17 | Article entitled Randomized Trial of a Comparison of the efficacy of the TVT-O and single-incision tape TVT Secur systems by Masata, et al | 30 |
| Exhibit 18 | Article entitled Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape by Barber, et al | 32 |
| Exhibit 19 | Article entitled Single-Incision Sling Operations for Urinary Incontinence in Women(Review) by Nambiar, et al | 38 |
| Exhibit 20 | IFU for TVT-Secur | 56 |

Brian Schwartz, M.D.

```
 1   WHEREUPON,

 2                   BRIAN SCHWARTZ, M.D.,

 3   having been duly sworn to tell the truth, testified upon

 4   his oath as follows:

 5                   DIRECT EXAMINATION

 6   BY MS. O'DELL:

 7       Q    Dr. Schwartz, I'm showing you what we

 8   previously marked as Exhibit 1, and it is the notice of

 9   deposition for your TVT-Secur deposition.

10           (Exhibit 1 marked for identification.)

11   BY MS. O'DELL:

12       Q    You previously provided to us some invoices in

13   relation to your work with the Ethicon Wave cases.

14           Do you have any additional invoices for the

15   TVT-Secur?

16       A    I do not.

17       Q    What do you have in front of you?

18       A    I have a binder marked TVT-Secur General

19   Report.

20       Q    Okay.  And I'm going to hand you a sticker,

21   and if you would mark that as Exhibit 5, please.

22           (Exhibit 5 marked for identification.)

23   BY MS. O'DELL:

24       Q    Have you brought with you any other materials

25   related to your work on the TVT-Secur general report?
```

Brian Schwartz, M.D.

```
 1       A    No.  I have some other articles as well, but
 2   some of them are redundant, some aren't.
 3       Q    Reviewing now a stack of articles in a clip.
 4   When did you obtain these articles?
 5       A    At various times.
 6       Q    Were they provided you to you by Ethicon
 7   counsel?
 8       A    Some were, some were not.
 9       Q    And I'm going to mark them individually.  If
10   you'll please identify in order what I've marked as
11   Exhibit 6.
12            (Exhibit 6 marked for identification.)
13            THE WITNESS:  You want me to read the title
14       and first author?
15   BY MS. O'DELL:
16       Q    I think first author, year and title would be
17   good.
18       A    Okay.  Neuman, 2011, Transobturator versus
19   Single Incision Suburethral Mini-slings for Treatment of
20   Female Stress Urinary Incontinence:  Early Postoperative
21   Pain and Three-year Follow-up.
22       Q    Did Ethicon counsel provide that to you?
23       A    This was a mixed bag of articles that I
24   printed and that they provided.
25       Q    Did you do a PubMed search -- excuse me -- for
```

Brian Schwartz, M.D.

```
1   your work in relation to the TVT-Secur?

2       A    I did search for specific articles, yes.

3       Q    What database did you use?

4       A    Oh, I just used Google.

5            (Exhibit 7 marked for identification.)

6            THE WITNESS:  It seems to get me almost every

7       article that I'm looking for.

8   BY MS. O'DELL:

9       Q    I'm showing you what's marked as Exhibit 7.

10  It's Mostafa, 2014, Single Incision Mini-slings versus

11  Midurethral Slings.

12           Did you review that prior to writing your

13  report in this case?

14      A    Let me look.

15           I don't remember.

16      Q    Was that provided to you by Ethicon counsel?

17      A    I believe it was.

18           (Exhibit 8 marked for identification.)

19  BY MS. O'DELL:

20      Q    Let me show you what I'm marking as Exhibit 8,

21  which is a study by Walsh, TVT-Secur mini-sling for

22  Stress Incontinence, 2011.

23           Was that provided to you by Ethicon counsel?

24      A    I don't know what this one was.

25      Q    Did you review it?
```

Brian Schwartz, M.D.

```
 1        A    I did.

 2        Q    Did you have it prior to writing your report?

 3        A    I think I did.

 4        Q    Are you sure about that?

 5        A    No.

 6             (Exhibit 10 marked for identification.)

 7   BY MS. O'DELL:

 8        Q    I'm going to show you what I'm marking as

 9   Exhibit 10.

10        A    Is that Walsh 2011?  So that's redundant, so I

11   did have that, the Walsh article.

12        Q    Do you have the Schimpf article in your

13   notebook?

14        A    2014, yes.

15             (Exhibit 9 marked for identification.)

16   BY MS. O'DELL:

17        Q    Okay.  Let me show you what I've marked as

18   Exhibit 9.  It's an article by Tincello dated 2011.

19   It's the TVT Worldwide.

20        A    Yes.  And that's in the booklet.

21        Q    Do you have the Hota publication in your

22   booklet?  It's year 2012, TVT-Secur Hammock Versus

23   TVT-obturator?

24        A    It is not here, but I've read that.  Is it in

25   my pile?
```

Brian Schwartz, M.D.

```
1       Q    I'll hand it to you.  I'm marking it as

2  Exhibit 11.

3            (Exhibit 11 marked for identification.)

4            MR. KOOPMANN:  What was 10?

5            MS. O'DELL:  I did it again?  I'll remark it

6       as Exhibit 10.

7  BY MS. O'DELL:

8       Q    Is Tang, 2014, in your notebook --

9       A    Yes.

10      Q    Do you have Bianchi-Ferraro, 2014?

11      A    No.

12      Q    I'm marking that as Exhibit 10.

13           Ethicon counsel provided that to you, true?

14      A    I think so.

15      Q    Is Tommaselli, 2015, in your notebook?

16      A    Yes.

17      Q    Abdel-farrah, 2011, is that in your notebook?

18      A    No.

19           (Exhibit 12 marked for identification.)

20           MS. O'DELL:  I'll mark it as Exhibit 12.

21  BY MS. O'DELL:

22      Q    Do you have Cornu, C-O-R-N-U, 2010, Mid-Term

23  Prospective Evaluation of TVT-Secur Reveals High Failure

24  Rate?  Is that in your notebook?

25      A    No.
```

Brian Schwartz, M.D.

```
 1        Q    I'm marking it as Exhibit 13.

 2             (Exhibit 13 marked for identification.)

 3   BY MS. O'DELL:

 4        Q    Was this provided to you by Ethicon counsel?

 5        A    No.

 6        Q    And how did you obtain it?

 7        A    Online.

 8        Q    And when did you do that search?

 9        A    I don't know.  Is there a date on the --

10        Q    There is not a publication date on the

11   article.

12             Was it something that you located after you

13   wrote your report?

14        A    No, no.  I don't think so.  I think I printed

15   them off, because there were some references in other

16   articles, that I would make a list and then go online

17   and search and print them off.

18        Q    All right.  And let me show you what I'm going

19   to mark as Exhibit 14.

20             (Exhibit 14 marked for identification.)

21   BY MS. O'DELL:

22        Q    Dr. Schwartz, I'm marking as Exhibit 14 a

23   publication by North entitled A 2-Year Observational

24   Study to Determine Efficacy of Novel Single Incision

25   Procedure (Minitape), and it was published in the
```

Brian Schwartz, M.D.

```
 1   British Journal of Obstetrics and Gynecology.

 2           How did you obtain that article?

 3       A   Online.

 4       Q   And did you locate that article at the same

 5   time you were searching and located the Cornu

 6   publication, Exhibit 13?

 7       A   Most likely.

 8       Q   And were those articles that you located in

 9   preparation for your deposition today?

10       A   Yes.

11           (Exhibit 2 marked for identification.)

12           (Exhibit 3 marked for identification.)

13   BY MS. O'DELL:

14       Q   I'm handing to you Exhibit 2.  If you'll

15   please identify that for the record.

16       A   That is the report for Gynecare TVT-Secur.

17       Q   And please identify Exhibit 3.

18       A   My recent CV.

19           (Exhibit 4 marked for identification.)

20   BY MS. O'DELL:

21       Q   And then Exhibit 4?

22       A   A reliance list of additional materials.

23       Q   And, Doctor, the reliance materials we've

24   marked as Exhibit 4 is a document that was prepared by

25   counsel for Ethicon, true?
```

Brian Schwartz, M.D.

```
 1        A    Correct.

 2        Q    And is it fair to say that in rendering your

 3   opinions in relation to the TVT-Secur, you've relied on

 4   the materials in the notebook in front of you and the

 5   other references that we have just marked?

 6        A    Those and any other -- any and all articles

 7   that I've read, in the urology journals particularly.

 8        Q    Are you talking about in terms of your routine

 9   reading or are you talking about specifically in

10   relation to TVT-Secur consulting work you are doing here

11   today?

12        A    I would say it includes articles of my routine

13   reading.

14        Q    What journals do you subscribe to?

15        A    The Journal of Urology.  Urology -- Renal &

16   Urology News.  Oh, goodness.  And several cancer

17   journals.

18        Q    Do you subscribe to the International

19   Urogynecology Journal?

20        A    I do not.

21        Q    The American Journal of Obstetrics &

22   Gynecology?

23        A    No.

24        Q    Are you a member of AUGS?

25        A    No.
```

Brian Schwartz, M.D.

1      Q    Are you a member of IUGA?

2      A    No.

3      Q    Are you a member of what's referred to as

4  SUFU?

5      A    No.  That's a voluntary organization that I

6  have not joined.

7      Q    Well, all professional organizations are

8  voluntary.

9      A    There are no prerequisites for AUA members to

10  join SUFU.  You just have to pay a fee and get the

11  journal.

12      Q    Fair enough.  But you are not a member?

13      A    Correct.

14      Q    And you don't get publications from them or

15  read their, you know, newsletters, updates, et cetera?

16      A    Only when they are referred to in the journals

17  I mentioned.

18      Q    Do you subscribe to any type of electronic

19  update that you receive, you know, just on your phone?

20  I've heard some of them referred to as UpToDate.  There

21  are some other services?

22      A    The American Urological Association sends a

23  daily e-mail with new information from all different

24  types of journals.

25      Q    Do you find -- well, let me ask you this.

Brian Schwartz, M.D.

```
 1              Would you agree with me that Nature Reviews

 2    Urology is a reputable journal?

 3       A    I'm not familiar with Nature Reviews Urology.

 4       Q    Are you familiar with the group of journals

 5    called Nature?

 6       A    Yes.

 7       Q    And do you find -- is Nature considered to be

 8    a credible and a reliable group of journals?

 9       A    Nature is certainly a very credible journal.

10       Q    Top-tier journal?  Would you agree with that?

11       A    I would agree.

12       Q    In looking at your report and comparing it to

13    your report for the TVT-O, there are a number of

14    sections that are nearly identical.  Certainly when you

15    look at roman numeral one of your report, which is

16    Exhibit 2, the background which covers your education

17    and training and your own clinical experience with

18    stress incontinence, I asked you a number of questions

19    about that portion of your report in the TVT-O

20    deposition.

21              Would you stipulate that your answers -- if I

22    were to re-ask the questions in relation to your

23    TVT-Secur report, are they the same or would be the

24    same?

25       A    Yes.
```

Brian Schwartz, M.D.

```
 1      Q    So, in other words, I'm going to try my best

 2  not to re-tread --

 3      A    Thank you.

 4      Q    -- where we have been before.

 5           I'll ask you the same question in regard to

 6  Section II of your report, roman numeral two, which

 7  deals with urinary incontinence and covers the type,

 8  definitions, risk factors --

 9      A    Okay.

10      Q    -- diagnosis, impact on quality of life.

11           And I'm going to also include in this Section

12  III, the treatment options for stress urinary

13  incontinence.

14           Would you stipulate with me that your answers

15  to my questions, if I were to re-ask you now the same

16  ones I posed to you in the TVT-O deposition, they would

17  be the same?

18      A    Yes.

19           MR. KOOPMANN:  Counsel, just for my

20      clarification, are you talking about questions you

21      asked about those sections?

22           MS. O'DELL:  Yes.

23           MR. KOOPMANN:  I'll just lodge an objection,

24      because I don't recall you asking questions about

25      those particular sections.
```

Brian Schwartz, M.D.

```
 1            MS. O'DELL:  I think if you -- I went through
 2       it in some detail, and specifically we had a nice
 3       discussion about Page 6 of your report, but --
 4            MR. KOOPMANN:  Okay.
 5            MS. O'DELL:  But what I'm trying to do is to
 6       make our time be used more constructively.
 7            THE WITNESS:  Thank you.
 8  BY MS. O'DELL:
 9       Q    If you'll turn to Page 16, Dr. Schwartz, you
10  recount when Ethicon released the TVT-Secur sling for
11  commercialization, which was 2006.
12            When did you begin to use the TVT-Secur?
13       A    Soon after it was made available.
14       Q    And, if I'm remembering correctly, you've
15  placed approximately 300 TVT-Secur slings?
16       A    Yes.
17       Q    And that would be since 2006, I suppose?
18       A    Since it was released, is when I started using
19  them, basically.
20       Q    And then it was withdrawn from the market.  Do
21  you recall what year?
22       A    They were no longer produced as of two years
23  ago.  I'm -- I don't know exactly.
24       Q    Do you think that's a significant event, the
25  fact that Ethicon withdrew the TVT-Secur from the
```

Brian Schwartz, M.D.

1    market?

2        A    I thought it was an event that was sad for me

3    and my patients.

4        Q    In terms of your decisions to adopt a

5    procedure, what evidence are you looking for in terms of

6    efficacy and safety in order to make a decision to

7    implant a product?

8        A    Well, I was very familiar with the Ethicon

9    mesh.  I had been using it for many years and was very

10   happy with the results, and I saw an opportunity to use

11   a sling that required even less dissection, less

12   downtime following surgery, which in turn resulted in

13   higher patient satisfaction.

14       Q    Now, when you began to use the TVT-Secur,

15   there was no clinical data to support the efficacy and

16   safety, true?

17       A    The clinical data that I was aware of and

18   thought to be important was the pull-out strength,

19   because that indicated to me that I wasn't using a

20   device that was, was going to be clearly inferior to

21   what I was already using.  And so, with that data, I

22   felt that the changes were otherwise so minimal that I

23   was comfortable progressing to a less invasive device.

24       Q    Where did you get the pull-out data that you

25   are referring to?

Brian Schwartz, M.D.

1    A    I was given that from discussions with our

2    local Gynecare representative.

3    Q    That was not peer reviewed, that was not

4    published in a peer-reviewed journal, true, at the time

5    you received it?

6    A    Yes.  That is not how I was made aware of it.

7    Q    And that was not data from studies involving

8    patients, it was bench testing, correct?

9    A    Right.  You cannot do that type of study on

10   patients.

11   Q    Well, my point being, I asked you about

12   clinical data, and you responded by saying pull-out

13   data, which is not clinical data, as you point out, it

14   is bench testing.

15        So my question was, Did you begin to use

16   TVT-Secur at a time when there was no clinical data,

17   true?

18   A    I did not have any -- yes.  I did not have any

19   additional data, correct.

20        (Exhibit 15 marked for identification.)

21   Q    Well, let me show you what's marked as Exhibit

22   15 to your deposition.  This is an e-mail that was

23   exchanged among employees of Ethicon in relation to the

24   launch of the TVT-Secur.

25        You are familiar with Dr. Nilsson, correct?

Brian Schwartz, M.D.

```
 1      A     From the studies he's published.

 2      Q     He is an Ethicon consultant, correct?

 3            MR. KOOPMANN:  Object to form.

 4            THE WITNESS:  I just know him from the

 5      studies, know his name.

 6  BY MS. O'DELL:

 7      Q     And he is well regarded as a researcher in the

 8  area of female incontinence, true?

 9      A     Once again, I just know him from the studies

10  that he's published.

11      Q     One way or the other, you don't know?

12      A     Right.

13      Q     But obviously Ethicon was listening to

14  Dr. Nilsson, because, if you'll look down, midway down

15  the first page of Exhibit 15, you'll see, regarding the

16  proposed RCT, "Both Professor Nilsson and Professor

17  Artibani expressed their worries about us launching the

18  TVT-Secur with no clinical data."

19            Do you see that?

20      A     I do.

21      Q     So, when you adopted the TVT-Secur, there was

22  no evidence, clinical evidence to support its efficacy

23  in patients?

24            MR. KOOPMANN:  Object to form.

25  BY MS. O'DELL:
```

Brian Schwartz, M.D.

1      Q    True?

2      A    Well, there was a tremendous amount of data

3  regarding the mesh that would be utilized in TVT-Secur.

4      Q    You are talking about TVT and TVT-O studies?

5      A    Correct.

6      Q    But there were no studies that involved a

7  single incision, that involved pieces of fleece made of

8  vicryl PDS, you know, used to anchor the device in the

9  obturator internus muscle.  That had not been studied in

10  women, true?

11      A    Not that I know of.

12      Q    You write on Page 18 of your report that,

13  "Overall, my TVT-Secur patients did great.  If the

14  TVT-Secur was available, I would still be using it."

15          Did you maintain a log of the procedures that

16  you performed with the TVT-Secur?

17      A    No.

18          MR. KOOPMANN:  Object to form.

19          THE WITNESS:  No.

20  BY MS. O'DELL:

21      Q    Did you maintain a registry of outcomes for

22  the patients that you implanted with a TVT-Secur?

23      A    No.

24      Q    Did you have patients that you implanted with

25  the TVT-Secur have a failure of the device?

Brian Schwartz, M.D.

1     A    Yes.

2     Q    And how many?

3     A    My experience mirrored that of the TVT

4  obturator in terms of effectiveness.

5     Q    Are you comparing your effectiveness with the

6  TVT-O to the effectiveness of the TVT-Secur?

7     A    For me.

8     Q    So you are not referring to clinical

9  literature, you are referring to your experience?

10     A    Right.  That was my impression of what you

11  were asking.

12     Q    Okay.  I'm just making sure, because, when you

13  said "comparable to the TVT-O," I'm trying to understand

14  if you were talking about the literature or talking

15  about --

16     A    Comparable to my experience with the TVT-O.

17     Q    And what was that in terms of failure rate?

18     A    The satisfaction rate was well between 80 and

19  90 percent, which was the same experience that I was

20  having with the TVT obturator.

21     Q    80 to 90 percent.  Did I understand that

22  correctly?

23     A    Yes.  Yes.

24     Q    In placing the TVT-Secur, did you prefer

25  the -- which method did you prefer, the U approach or

Brian Schwartz, M.D.

```
 1   the hammock approach?

 2        A    The hammock approach.

 3        Q    If you will turn to Page 19.  You begin a

 4   section of your report where you go through two studies,

 5   essentially.

 6             How did you identify those studies for

 7   inclusion in your report?

 8             MR. KOOPMANN:  Object to form.

 9             THE WITNESS:  Review of the literature that

10        was available.

11   BY MS. O'DELL:

12        Q    You specifically note Shin and Neuman.  You

13   specifically note those.

14             Did you consider others in your evaluation of

15   the efficacy and safety?

16        A    Yes.

17        Q    Okay.

18        A    And there were -- yes.  There were quite a few

19   that were available to choose from.

20        Q    Okay.  And what I'm trying to determine is how

21   you settled on Neuman and Shin in focusing, you know,

22   writing your report, Neuman, Shin and Tincello?

23        A    I would have to review those studies and the

24   other studies.  I mean, most of them will be because

25   they are quality studies.
```

Brian Schwartz, M.D.

```
 1      Q    So if you found them to be of inferior quality

 2  as a study, you chose not to put those in, into the body

 3  of your report?

 4      A    Depends what's available.

 5      Q    Well, what --

 6      A    The body of literature available.

 7      Q    What methodology or criteria do you use in

 8  evaluating whether a study is credible or good quality

 9  evidence?

10      A    Well, the study design.  There are certainly

11  Cochrane reviews.  There are large meta-analyses.  There

12  are data published by the various organizations, several

13  of which you've mentioned.  Sometimes those are

14  available, sometimes they aren't available.

15      Q    Let me show you what I've marked as Exhibit

16  16.

17          (Exhibit 16 marked for identification.)

18  BY MS. O'DELL:

19      Q    This is a study by Hota, H-O-T-A, published in

20  the Journal of Female Pelvic Medicine & Reconstructive

21  Surgery in 2012.  It compares the TVT-Secur to the

22  TVT-O.  It's an original article.  The authors are from

23  Harvard Medical School, or in associated hospitals in

24  the Boston area.  It involves 43 women that were

25  randomized to TVT-S and 44 to TVT-O.
```

Brian Schwartz, M.D.

```
 1              Do you find this to be a credible piece of

 2   evidence to evaluate in determining the safety and

 3   efficacy of the TVT-Secur?

 4      A    This is another piece of medical literature

 5   that is worthwhile to have read and critiqued, and --

 6      Q    Did you consider it in reaching your

 7   conclusions regarding the TVT-Secur?

 8      A    I did read this article, and I found the

 9   results were so very different than most of the other

10   literature that I didn't include it.

11      Q    And this is an article that came to your

12   attention after the writing of your report, true?

13              MR. KOOPMANN:  Object to the form.

14              THE WITNESS:  I don't know the answer to that.

15   BY MS. O'DELL:

16      Q    This is not an article that you included in

17   your report, true?

18      A    Correct.

19      Q    And it's an article that, as I appreciate what

20   you just said, you discounted in terms of rendering your

21   opinions regarding the TVT-Secur, because you felt like

22   it was an outlier; is that a fair statement?

23      A    Yes.

24      Q    And wouldn't it also be true that this

25   publication is very negative regarding the efficacy and
```

Brian Schwartz, M.D.

```
 1   the safety of the TVT-Secur?

 2            MR. KOOPMANN:  Object to the form.

 3            THE WITNESS:  It certainly reveals data

 4        suggesting less efficacy.

 5   BY MS. O'DELL:

 6       Q    Well, let's go through it.  Not only efficacy

 7   but also safety.

 8            Looking at the results for efficacy for the

 9   TVT-Secur, it says, "52.4 percent, or 22 of the 42,

10   participants randomized to the TVT-S had a positive

11   cough stress test, CST, result and evaluation after 12

12   weeks or one year."

13            In other words, they experienced a failure of

14   the device, true?

15            MR. KOOPMANN:  Object to the form.

16            THE WITNESS:  Insomuch as specifically

17        addressing the cough test.  But, as you know from

18        the conclusion, the procedures resulted in similar

19        quality of life improvements.

20   BY MS. O'DELL:

21       Q    Well, that's not really a fair recitation of

22   the study results, because, Doctor, if you would turn

23   over to Page 43 of the publication, on the right side it

24   says, "When assessed at one year after surgery the

25   incidence of a positive cough stress test result was
```

Brian Schwartz, M.D.

```
 1   54.8 percent in the TVT-S group, compared to 9.1 percent

 2   in the TVT-O group.  The subjective cure rate, based on

 3   the quality of life in symptom questionnaires, however,

 4   indicates an overall improvement in the quality of life

 5   and symptoms after both procedures.  Because of the

 6   significant difference noted in the primary outcome

 7   cough stress test between groups at the time of this

 8   interim analysis, the study was terminated early."

 9          And so not a very good result for those in the

10   TVT-S group, true?

11          MR. KOOPMANN:  Object to form.

12          THE WITNESS:  True.  Once again, my assessment

13      of this was it was an outlier, and when I review

14      articles, I have to, you know -- I try to take many

15      factors into account.  And the -- having

16      discussions with colleagues regarding this

17      procedure, there were variable results, and some

18      had -- some had reported exceptional results and

19      some did not.  And, to a degree, I attribute that

20      to the slightly more technically challenging nature

21      of performing the procedure.

22   BY MS. O'DELL:

23      Q    In the Hota study, if you have it still in

24   front of you, on the same page, in regard to

25   complications, at Year 1 mesh exposure was noted in 19.1
```

Brian Schwartz, M.D.

1   percent of women who had the TVT-Secur and 0 percent of

2   the women who had the TVT, true?

3        A    What table are you --

4        Q    I was on the same page as we were before, Page

5   43.

6        A    Yes.

7        Q    On the left-hand side.

8        A    Yes.  Yes.

9        Q    So --

10        A    Yes.  I see they had eight mesh exposures in

11   the Secur group and none in the obturator group.

12        Q    So 19.1 of the percent of the women who had a

13   TVT-Secur suffered an exposure, correct?

14        A    Correct.  And, once again, that raises a big

15   flag for me in terms of the technique.  You know, why

16   was this result so very different than my experience and

17   most other published reports?

18        Q    Is it your -- is it your opinion that, if

19   there is a failure of a TVT-Secur, it's surgeon error?

20             MR. KOOPMANN:  Object to the form.

21             THE WITNESS:  A suboptimal result can always

22        be from surgeon error.

23   BY MS. O'DELL:

24        Q    I'll ask the question from the other

25   direction.

Brian Schwartz, M.D.

```
 1              Are there instances that you would admit that
 2   are failures of the TVT-Secur?
 3        A    Are there instances where I have had failure
 4   of the TVT-Secur?  Yes.
 5        Q    That's not what I asked you.
 6        A    Okay.
 7        Q    I asked you if you take the position that the
 8   TVT-Secur fails only in the setting of a surgeon not
 9   implanting the device correctly.
10        A    No.  No.  I don't take that position.  There
11   are many reasons why incontinence procedures fail.
12   Every single method has failure.
13        Q    And, despite the Hota publication, and others,
14   it's your position that the TVT-Secur is effective and
15   it is not inferior to other midurethral slings; is that
16   right?
17        A    My position of my experience with my patients
18   is that the device did not have inferior efficacy.
19   Review of the data shows, or what I feel is the most
20   reliable data, shows efficacy that approaches the, and
21   sometimes equal to, the other sling techniques.
22        Q    I think we marked it earlier.  Let me check.
23   The Masata publication.
24              MR. KOOPMANN:  Mostafa.
25              MS. O'DELL:  Masata, M-A-S-A-T-A, randomized
```

Brian Schwartz, M.D.

```
 1      clinical trial.

 2              THE WITNESS:  Mostafa.

 3              MS. O'DELL:  Maybe I didn't.  I'll mark it as

 4      Exhibit 17.

 5              (Exhibit 17 marked for identification.)

 6  BY MS. O'DELL:

 7      Q    Have you seen that, Dr. Schwartz?

 8      A    I don't recall seeing this.

 9      Q    And this is a publication from 2012 in the

10  International Journal of Urogynecology, and it's a

11  randomized trial.  And you would agree with me that a

12  randomized controlled clinical trial is the gold

13  standard of clinical research, true?

14      A    True.  It certainly has to have enough

15  patients to be appropriately powered to have statistical

16  results.

17      Q    And this is a randomized clinical trial

18  comparing the TVT-O to the TVT-Secur involving 197

19  women.

20              And if you'll look in the Results section,

21  you'll see that they randomized some patients in the

22  TVT-Secur to hammock and some to the U placement.  And

23  68.8 percent of those in the TVT-Secur hammock group had

24  a negative stress test.

25              And, looking at it the other way, there was a
```

Brian Schwartz, M.D.

```
 1   31.2 percent of the patients who had a positive stress

 2   test.  In other words, the sling was not being effective

 3   for their stress incontinence, correct?

 4       A    Yes.  I mean, the subjective reports are also

 5   worth looking at, but I believe them to be fairly

 6   similar here.

 7       Q    Well, it's very similar.  For the TVT-Secur

 8   hammock, the objective cure rates were 68.8, and 68.8 in

 9   the subjective, so they are the same.  So that means

10   it's 31 percent failure rate, true?

11            MR. KOOPMANN:  Object to form.

12            THE WITNESS:  Correct.

13   BY MS. O'DELL:

14       Q    And, in regard to the TVT-Secur U group, there

15   was a 69.2 percent objective cure rate, a 61.5 percent

16   subjective cure rate.  And so, from a subjective

17   standpoint, there was a 39.5 percent failure rate of the

18   TVT-Secur, correct?

19       A    In the TVT-Secur U group?

20       Q    Right.

21       A    Is that what you are referring to?

22       Q    That is what I'm referring to.

23       A    Okay.

24       Q    And if you'll turn over to Page 1409, Table 3.

25            In the TVT-S hammock group there was a 12.5
```

Brian Schwartz, M.D.

1   percent re-operation rate for SUI.

2          Do you see that?

3   A    Yes.

4   Q    And for the TVT-Secur U group there was a 10.8

5   percent re-operation for SUI.

6          Do you see that?

7   A    Yes.

8   Q    And you did not take this data into

9   consideration when rendering your opinions, true?

10  A    This is not included in my report.

11  Q    And are you familiar with the Barber study?

12  It was published in Obstetrics & Gynecology in 2012.

13  A    I think I have that.

14  Q    Do you have that, sir?

15  A    Yes.

16  Q    It's in your notebook?

17  A    Yes.

18  Q    Okay.

19         MS. O'DELL:  I have a copy, if you need it.

20         MR. KOOPMANN:  Sure.  Thank you.

21         (Exhibit 18 marked for identification.)

22  BY MS. O'DELL:

23  Q    And this is the publication by Barber,

24  Single-Incision Mini-Sling Compared With Tension-Free

25  Vaginal Tape for the Treatment of Stress Urinary

Brian Schwartz, M.D.

 1   Incontinence, and it was published in 2012.  So it's

 2   also a randomized controlled clinical trial, true?

 3            And that would be a Level 1 bit of evidence,

 4   true?

 5       A    Likely.

 6       Q    Aren't RCTs always Level 1 evidence?

 7       A    There are some that aren't so good.

 8       Q    But in terms of the evaluation of clinical

 9   literature, RCTs are Level 1 evidence?  Can we agree on

10   that?

11       A    Yes.

12       Q    And this involved 263 patients.

13            And one year after surgery or implant, the

14   rate of cure for mini-sling was 55.8 percent.

15            Do you see that?

16       A    I do.

17       Q    The conclusion the authors draw is that, "The

18   mini-sling placed in a U position results in similar

19   subjective cure rates to TVT one year after surgery, but

20   postoperative incontinence severity is greater with the

21   mini-sling than with the TVT."

22            Did I read that correctly?

23       A    You did.  My concern with this study is the

24   low reported TVT success rate.

25       Q    Do you think somehow these physicians didn't

Brian Schwartz, M.D.

1    know what they were doing?

2        A    I can certainly not make that comment.  I

3    don't, obviously, know them nor have worked with them,

4    and there is some, some very accomplished names I

5    recognize as part of the authors, but that is -- that's

6    just not a typical study reported success rate with TVT,

7    and the study is showing very similar results.

8        Q    Well, in fact, you know what?  Dr. Barber is

9    at Cleveland Clinic.  You find Cleveland Clinic to be a

10   reputable institution, don't you, sir?

11       A    I can't equate a good surgeon with a reputable

12   institution.

13       Q    Okay.  And do you know Mark Toblia?

14       A    I don't.

15       Q    Okay.  He's an Ethicon consultant like

16   yourself.  He's an expert in the Wave cases.

17            And do you have any reason to call into

18   question his surgical ability?

19       A    I'm not questioning any of these authors'

20   surgical ability, and I did not bring up their surgical

21   ability.  I was just commenting that, when you look at a

22   study, it's important to recognize whether the success

23   rates are typical for what is otherwise reported, and

24   this is not.

25            So I'm -- can infer from that that maybe this

Brian Schwartz, M.D.

1    is related to the results in the TVT-Secur group.

2    That's the most I can say about that.

3         Q    The authors conclude on Page 136, "The minor

4    improvements in complication rates and the

5    post-operative patient experience demonstrated by the

6    TVT-Secur seem to be overshadowed by significantly

7    greater incontinence severity after surgery."

8              Did I read that correctly?

9         A    I didn't see it, but --

10        Q    It's the second to last sentence of the

11   publication.

12        A    Okay.  Right.

13             So I interpret that as their results were very

14   similar between Secur and retropubic TVT.  But in those

15   who failed, those with the Secur failed worse.

16        Q    Well, and those who failed in the Secur group

17   were -- 44.2 percent of those who were implanted with

18   the TVT-Secur experienced a failure of the device.

19             Correct?

20        A    That's correct.  That is what they report.

21        Q    And this is a randomized controlled clinical

22   trial, Level 1 evidence, true?

23        A    Correct.

24        Q    And then let me ask you, did you include the

25   Barber study in your report?

Brian Schwartz, M.D.

```
 1       A    I don't believe so.

 2       Q    Now, you go on, on Page 21 of your report, and

 3   you write, "A 2015 Cochrane review analyzed 81 separate

 4   studies involving 12,113 women.  Fifty-five of the

 5   trials involving 8,652 women compared the use of the

 6   transobturator route and the retropubic route.  The

 7   study did not include single incision sling like the

 8   TVT-Secur.  It does speak to the safety and efficacy of

 9   the mesh used in the TVT-Secur."

10            Did I read that correctly?

11       A    Yes.

12       Q    And what basis do you have to conclude that

13   the Cochrane review, which does not involve the

14   TVT-Secur or mini-sling, is an appropriate study to

15   consider in rendering an opinion about the safety and

16   efficacy of the TVT-Secur?

17       A    I'm simply inferring a comparison with the

18   mesh.

19       Q    You are extrapolating?

20       A    Yes.

21       Q    That Cochrane review is the retropubic sling

22   versus the TVT-O sling.  And you are saying you are

23   extrapolating that data onto the TVT-Secur, even though

24   that particular Cochrane review did not involve

25   mini-slings, correct?
```

Brian Schwartz, M.D.

```
1       A    Correct.

2       Q    We talked about, several times over the course

3   of the day, your confidence in Cochrane reviews as a

4   reliable piece of evidence for evaluating a midurethral

5   sling.

6       A    Yes.

7       Q    So wouldn't the better reference to understand

8   the safety and efficacy of mini-slings be a Cochrane

9   review that actually involved mini-slings?

10      A    I would certainly want to consider that.

11      Q    I mean, if you were going to cite a Cochrane

12  review, the one, you know, that you would want to cite,

13  in determining if the TVT-Secur is safe and effective,

14  would be a Cochrane review involving mini-slings, true?

15           MR. KOOPMANN:  Object to form.

16           THE WITNESS:  True.  I believe here I was

17       merely referring to just safety of the mesh and

18       mesh exposure.

19  BY MS. O'DELL:

20      Q    Well, you actually don't limit it to that.

21  You go on to talk about overall safety and overall

22  effectiveness.

23           And so is it fair to say that, if there is a

24  Cochrane review that covers mini-slings, you would defer

25  to the findings and data included in that review, true?
```

Brian Schwartz, M.D.

```
 1              MR. KOOPMANN:  Object to the form.

 2              THE WITNESS:  I would likely -- I would

 3      certainly want to strongly consider using that

 4      information.

 5   BY MS. O'DELL:

 6      Q    Did you include in your report or in your

 7   reliance materials the Cochrane review involving the

 8   mini-slings?

 9      A    Do we have a title?

10      Q    Is it in your report?

11      A    I don't think it's in my report.

12              (Exhibit 19 marked for identification.)

13   BY MS. O'DELL:

14      Q    Let me show you what I'm going to mark as

15   Exhibit 19 and ask if you've seen this before.

16      A    Yes.  I have read this.

17      Q    You did not include this in your report, true?

18      A    Correct.

19      Q    And the title of Exhibit 19 is Single Incision

20   Sling Operations for Urinary Incontinence in Women,

21   reviewed by Nambiar.  And this is a Cochrane review,

22   correct?

23      A    Correct.

24      Q    And if you'll turn to Page 2, you'll see that

25   under Background it says, "It should be noted that the
```

Brian Schwartz, M.D.

```
 1   TVT-Secur is one type of single incision sling that's

 2   been withdrawn from the market because of poor results."

 3           Do you see that?

 4       A   Under Authors Conclusions?

 5       Q   Under Background, Page 2.

 6       A   It is my understanding that it was not

 7   withdrawn from the market because of poor results.

 8       Q   Do you see the statement, sir?

 9       A   I do.

10       Q   That is certainly a conclusion that the

11   Cochrane review reached, correct?

12       A   That's what is written here.

13       Q   Okay.  If you'll turn over to Page 3, you'll

14   see under Main Results that they identify 31 trials

15   involving 3,290 women.

16       A   Yes.

17       Q   And the types of single incision slings

18   included in the review were -- and it lists them

19   starting with the TVT-Secur.

20           Do you see that?

21       A   I do.

22       Q   And it goes on to conclude, "Women were more

23   likely to be remain incontinent after surgery with

24   single incision slings.  They were retropubic slings,

25   such as tension-free vaginal tape with a TVT."
```

Brian Schwartz, M.D.

1          Did I read that correctly?

2     A    Yes.

3     Q    And then the next paragraph, it says, "Single

4 incision slings resulted in higher incontinence rates

5 compared with the inside-out transobturator slings.  The

6 adverse event profile was significantly worse,

7 specifically consisting of higher risk of vaginal mesh

8 exposure, bladder/urethral erosion, and operative blood

9 loss."

10          Do you see that?

11    A    I do.

12    Q    And then, if you move down further, it says,

13 "Overall results showed that TVT-Secur is considerably

14 inferior to retropubic and inside-out transobturator

15 slings."

16          Did I read that correctly?

17    A    Yes.

18    Q    And their conclusions are, "TVT-Secur is

19 inferior to standard mid-urethral slings for the

20 treatment of women with stress incontinence and has

21 already been withdrawn from clinical use."

22          Did I read that correctly?

23    A    Yes.

24    Q    Dr. Schwartz, wouldn't this Cochrane review

25 have been a much more appropriate Cochrane review to

Brian Schwartz, M.D.

```
 1    include in your report than the 2015 review that you

 2    included on Page 21?

 3              MR. KOOPMANN:  Object to the form.

 4              THE WITNESS:  It does state that evidence was

 5         insufficient to suggest a significant difference

 6         between any of the slings, and the comparisons

 7         made.

 8    BY MS. O'DELL:

 9         Q    It concludes TVT is inferior to standard

10    midurethral slings for the treatment of SUI.

11              And wouldn't that have been a more objective

12    and relevant Cochrane review to include in your report,

13    rather than the 2015 Cochrane review that related to

14    retropubic and TVT slings?

15         A    I think this would be something reasonable to

16    consider.

17         Q    And that is not something that you considered

18    and included in your report, true?

19         A    True.

20              MR. KOOPMANN:  Object to the form.

21    BY MS. O'DELL:

22         Q    True?

23         A    True.

24         Q    If you look at Page 22, you cite a study by

25    the Society of Gynecologic Surgeons, Systemic Review
```

Brian Schwartz, M.D.

1    Group, and that would be the Schimpf study, correct?

2        A    Do I have it here?  Yes.

3        Q    And if you will turn in the Schimpf

4    publication in your binder, to e15 -- and you find this

5    publication to be reliable, correct?

6        A    Yes.

7        Q    The Schimpf publication, if you will turn to

8    Page e.16, I think it is, found that "objective data

9    from traditional midurethral slings, TVT and

10   retropubic -- excuse me -- TVT and TVT-O slings were

11   superior to mini-slings."

12            True?

13       A    I'm sorry.  Where are you reading from on 16?

14       Q    Yes.  Excuse me.  I should have pointed you

15   there.  I forgot to, actually.

16            It says in the second full paragraph on the

17   left side, it says, "Meta-analysis of objective cure

18   outcomes significantly favored traditional, full-length

19   midurethral slings, all of which happened to be an

20   obturator sling, compared to mini-slings."

21            Do you see that?

22       A    I do, and I see the next paragraph results as

23   well, which I think is important.

24       Q    Okay.  Just getting there.

25            "Results were similar for meta-analysis of

Brian Schwartz, M.D.

```
 1   subjective cure outcomes.  There were data included for

 2   both obturator and retropubic traditional midurethral

 3   slings.  Traditional midurethral slings were found to be

 4   superior to mini-slings."

 5            TVT-Secur is included in the data for

 6   mini-slings, correct?

 7        A    Yes.  I believe so.

 8        Q    And, in fact, if you will turn over to the

 9   page before, just turn back one page.  At the bottom it

10   says, "There were 15 RCTs providing data for this

11   question, which represented three-arm and two-arm

12   studies by original design.  The comparator arm of

13   traditional full-length midurethral slings was either an

14   obturator or retropubic; no studies compared Burch,

15   urethropexy or pubovaginal slings to mini-slings.  The

16   majority of the studies in this category used a

17   TVT-Secur."

18        A    Yes.

19        Q    So, in fact, the data that they were looking

20   at for their evaluation of midurethral slings, in large

21   measure, was TVT-Secur, true?

22        A    Correct.

23        Q    And on that basis they concluded that

24   traditional full-length slings were to be recommended to

25   maximize cure rate?
```

Brian Schwartz, M.D.

1       A    If one is only taking cure rates into account,

2    yes.

3       Q    Well, if you take into -- if you are not going

4    to focus only on cure rates or efficacy, let's focus on

5    complications.

6            If you'll look at Page e16 again.  It says,

7    middle paragraph, "Dyspareunia is rare with any type of

8    sling but is more common with a mini-sling than either a

9    retropubic or obturator sling.  Mini-slings have the

10   highest rate of urethral perforation for either

11   retropubic or obturator, but the lowest rate of groin

12   pain compared to either route."

13           So, in other words, even from a safety

14   perspective the midurethral slings showed a higher rate

15   of dyspareunia and a higher rate of urethral perforation

16   in this particular study, true?

17      A    True, with it being understood that the rates

18   of these are exceptionally low.

19      Q    Now, when you quote the Schimpf article on

20   Page 22, Doctor, you say, "Overall the authors conclude

21   that, quote, The evidence supporting use of midurethral

22   sling and pubovaginal sling is high quality."

23           Do you see that?  Page 22 of your report,

24   bottom of the page, last sentence.

25      A    Yes.

Brian Schwartz, M.D.

1      Q    That sentence does not relate to midurethral

2   slings, does it?

3           MR. KOOPMANN:  Object to the form.

4   BY MS. O'DELL:

5      Q    Excuse me.  I'm sorry.

6           That sentence does not relate to mini-slings,

7   correct?

8      A    Correct.  Well, I don't know if it included --

9   I can't recall.

10     Q    I'll represent to you that pubovaginal slings

11   were considered in a different category than

12   mini-slings, and midurethral slings were retropubic and

13   transobturator, they did not include mini-slings.

14     A    Okay.

15     Q    So that sentence is out of place in your

16   report.  It does not relate to mini-slings, correct?

17     A    I have to go back to -- yes.

18     Q    That sentence does not relate to mini-slings,

19   correct?

20     A    I tend to agree with you.

21     Q    And in your discussion of the Schimpf

22   systematic review, you do not include in your report

23   their recommendation that patients be implanted with

24   traditional full-length midurethral slings instead of

25   mini-slings in order to maximize cure rates, true?

Brian Schwartz, M.D.

```
 1        A    True, with the qualifier that, taking into

 2   account my experience with postoperative complications

 3   and quick recovery balanced those results.

 4        Q    And so you outline some of the results from

 5   the Schimpf review in your report, but you did not

 6   include the conclusion regarding mini-slings because of

 7   your personal experience in your practice?  Is that a

 8   fair statement?

 9        A    Well, there is -- there are -- I mean, to

10   follow the sentence we were just discussing, it did --

11   it does say that full length slings had better cure

12   rates.

13        Q    Did you include the recommendation of Schimpf

14   and the other authors regarding mini-slings?

15        A    No.

16        Q    And they recommend not using mini-slings like

17   TVT-Secur, correct?

18        A    They recommend a full-length midurethral

19   sling.

20        Q    Now, we marked previously the Cornu study as

21   Exhibit 13, and is this an article that you identified

22   in preparation for your deposition today?

23        A    Yes.

24        Q    And it's not an article that you reference in

25   your report, true?
```

Brian Schwartz, M.D.

```
 1        A    True.

 2        Q    And this is a perspective study involving 45

 3   patients, 41 who received a TVT-Secur under local

 4   anesthesia and outpatient, and then I guess four that

 5   had a TVT-Secur implanted, along with a Prolift, under

 6   general anesthesia.

 7             If you will look at the results of this study,

 8   Dr. Schwartz, it appears, of this group, 42 percent of

 9   the patients experienced a failure.

10             Do you see that?

11        A    Yes.

12        Q    And I'll direct you over to Page 3 of the

13   exhibit.  And if you'll look -- and Page 3, on the

14   left-hand side, about midway down, it says, "12 patients

15   underwent supplementary surgery for SUI with TVT

16   replacement in 10 cases and a TVT-O in two cases."

17             Do you see that?

18        A    I do.

19        Q    And so, of the 41 patients who were involved

20   in this particular study, it appears that 29 percent had

21   to have a second operation within the first year, true?

22        A    True.

23        Q    The authors go on to say on Page 3, on the

24   right-hand side under Discussion, "In our experience,

25   this innovative device -- referring to the TVT-Secur --
```

Brian Schwartz, M.D.

```
 1   failed to demonstrate high clinical efficacy on SUI

 2   symptoms."

 3           Did I read that correctly?

 4       A   I'm sorry.  I am still looking for the

 5   sentence.  On 160?

 6       Q   Let's see.  Mine is numbered a little bit

 7   differently than yours, I think, because I don't -- I

 8   didn't print it from the same source, but let's just go

 9   to the conclusion.  That may be easier.

10           So if you see the Conclusion, it says, "A

11   significant degradation over time was assessed with an

12   overall failure rate of 42 percent at three-year

13   follow-up."

14           Do you see that?

15       A   Yes.

16       Q   It says, "These results demonstrate the

17   importance of a long follow-up when a new device is

18   evaluated in the field of urinary incontinence.

19   Indications of TVT-Secur for SUI in women should be

20   reconsidered."

21           Did I read that correctly?

22       A   Yes, you did.

23       Q   And for these authors, they did not find or

24   the evidence did not -- let me strike that.

25           The results of that study concluded that the
```

Brian Schwartz, M.D.

1    TVT was -- TVT-Secur was not an effective product, true?

2        A    That is true.  This study was the most

3    significant outlier of all of the TVT-Secur studies I

4    could find.  And this group -- this unique group did

5    have very poor results.

6        Q    But their results are on par with Dr. Barber's

7    and others in the Foundation for Female Health and

8    Awareness Research Network that was published in ACOG.

9    And Dr. Cornu's results are on par with the Cochrane

10   review.

11            They are not really an outlier, are they, sir?

12       A    Oh, no.  This is an outlier.

13       Q    All right.  Okay.  Moving on, Page 24 of your

14   report, which is Exhibit 2, you cite the AUGS and SUFU

15   position statement on mesh midurethral slings.

16            Are you familiar with that statement, sir?

17       A    I am.  I have to reread it.

18       Q    Have you looked at the references cited in the

19   statement?

20       A    In the body of the report?

21       Q    No.  I'm talking about the position statement

22   itself.

23       A    Oh, yes.  I would have to go back to this.

24            Okay.

25       Q    If you'll turn to the last page of the

Brian Schwartz, M.D.

```
 1   statement --

 2       A    Uh-huh.

 3       Q    -- in the reference list -- the reference

 4   list.

 5            And Dr. Schwartz, would you agree with me that

 6   none of the references relied on in this statement

 7   included data from midurethral -- excuse me, from

 8   mini-slings?

 9       A    I did not see that any of this data referred

10   to mini-slings.

11       Q    Okay.  And in fact, the position statement is

12   referring to midurethral slings such as the retropubic

13   slings and the transobturator folding slings, true?

14       A    I don't believe there was a specific comment

15   reflecting that in the statement.

16       Q    So there was no -- there was no reference to

17   mini-slings in the position statement, true?

18       A    Correct.

19       Q    If you'll go continue forward in your report,

20   sir, you have a discussion -- one other quick question.

21            Are you a member of the International

22   Continence Society?

23       A    No.

24       Q    Were you aware of an ICS fact sheet before it

25   was provided to you in the context of litigation?
```

Brian Schwartz, M.D.

1     A    I cannot recall.

2     Q    And you're not a member of the American

3  College of Obstetrics & Gynecology, true?

4     A    Correct.

5     Q    And so you would not receive practice

6  bulletins from ACOG in your practice, true?

7     A    No.  But when there are statements made by

8  ACOG that affect urologic care as well, those would

9  usually be made clearly available to urologists, and

10  sometimes even printed in the urology journals.

11     Q    Was ACOG Bulletin No. 145 provided to you in

12  any format outside of the context of this litigation?

13     A    Are we  -- can you tell me --

14     Q    Page --

15     A    -- what the title of that --

16     Q    Page 26.

17     A    Okay.  155?

18     Q    Yes.

19     A    Okay.  I thought you said 145.

20     Q    If I did, I'm sorry.  I misspoke.

21     A    I'm sorry.  I can't recall.

22     Q    Page 27 of your report at the top refers back

23  to actually the Practice Bulletin No. 155 for

24  obstetricians and gynecologists on urinary incontinence,

25  and you go on to write, "The guidelines state that,

Brian Schwartz, M.D.

1    quote, synthetic midurethral slings demonstrate efficacy

2    that is similar to the traditional suburethral fascial

3    slings, open colposuspension and laparoscopic

4    colposuspension, but are associated with fewer adverse

5    events."

6           That statement, Dr. Schwartz, is referring to

7    traditional full-length slings, not mini-slings,

8    correct?

9       A    I believe so.

10      Q    You go on to write, "The TVT-Secur sling is

11   only available in a laser-cut version."

12          And then you contrast mechanically cut TVT-O

13   slings to laser-cut TVT-Secur slings.

14      A    My comment there was that I've -- that I use

15   both mechanically cut and laser-cut TVT-O slings.

16      Q    But in regard to the dichotomy between

17   laser-cut and mechanical cut, that's not relevant to

18   TVT-Secur, true?

19      A    That is not relevant.

20      Q    And when you write, "The strong efficacy and

21   safety exhibited in the published literature on MUS, or

22   midurethral slings, predating the availability of

23   laser-cut mesh slings is consistent with a strong

24   efficacy and safety exhibited in the published

25   literature since laser-cut mesh has been available."

Brian Schwartz, M.D.

```
 1              That sentence is not relevant to mini-slings,

 2    correct?

 3              MR. KOOPMANN:  Object to the form.

 4              THE WITNESS:  Yes.  That's not directly

 5        related to mini-slings.

 6    BY MS. O'DELL:

 7        Q    And in fairness, that's a holdover in your

 8    TVT-O general report.

 9              That sentence is a holdover from your TVT-O

10    general report, true?

11        A    It certainly could be, if I had that.

12        Q    I'll represent to you it's identical.

13              So if I represent to you that it's identical,

14    would you agree?

15        A    I would.  I would, yes.

16        Q    Okay.  I had a long discussion with you,

17    Dr. Schwartz, about contraction in our first deposition

18    today.

19        A    Yes.

20        Q    Would you stipulate that your testimony

21    regarding contraction in regard to the TVT-Secur would

22    be the same as what you testified to earlier with the

23    TVT-O?

24              MR. KOOPMANN:  Object to the form.

25              THE WITNESS:  Yes.
```

Brian Schwartz, M.D.

```
 1   BY MS. O'DELL:

 2        Q    I want to ask you the same question in

 3   relation to degradation.

 4             Is your testimony regarding degradation of the

 5   mesh used in the TVT-Secur the same as you testified

 6   earlier in relation to the TVT-O?

 7             MR. KOOPMANN:  Object to the form.

 8             THE WITNESS:  Yes.

 9             MS. O'DELL:  Would you mind if we went off the

10        record just for a moment?

11             (A recess was taken at 3:45 p.m.)

12             (Back on the record at 3:50 p.m.)

13             MS. O'DELL:  Back on.

14   BY MS. O'DELL:

15        Q    Doctor, in your deposition relating to your

16   TVT-O report, I asked you a series of questions

17   regarding pore size and the weight of mesh, and

18   specifically about your experience in terms of -- strike

19   that and start again.

20             I asked you a series of questions related to

21   whether you had studied pore size and density of mesh,

22   whether you had published on those issues, and do you

23   recall those questions?

24        A    I do.

25        Q    Rather than me re-asking them, would you
```

Brian Schwartz, M.D.

```
 1   stipulate that the answers that you gave in regard to

 2   those questions regarding pore size, density and your

 3   experience with those issues are equally applicable to

 4   your TVT-Secur report?

 5            MR. KOOPMANN:  Object to the form.

 6            THE WITNESS:  I do.

 7   BY MS. O'DELL:

 8       Q    On Page 30 of your report, at the bottom you

 9   state that "Plaintiffs' experts have also suggested that

10   the removal of the TVT-Secur, if necessary, requires

11   expertise that many implanting surgeons do not possess.

12   First it should be noted that removal of the entire

13   TVT-Secur sling would be uncommonly indicated."

14            In Hota, for example, that we reviewed, there

15   was a 19 percent failure rate in the first year with a

16   re-operation in that same year of 19 percent.

17            Obviously, we have been through a series of

18   studies where there is a very high failure rate and a

19   greater than 10 percent re-operation rate.

20            Having said that, on what basis do you say

21   removal of the entire TVT-Secur sling would be

22   uncommonly indicated?

23       A    Well, for all of the TVT slings that I've

24   implanted, I've never had to fully excise a TVT-Secur

25   sling or a TVT-O sling or a TVT sling.
```

Brian Schwartz, M.D.

 1      Q    You testified earlier that you had removed,

 2  partially or in total, approximately 30 mesh devices.

 3           How many of those were TVT-Secur devices?

 4      A    I'm going to -- I'm going to give you an

 5  estimate of half.

 6      Q    Is removal of the TVT-Secur possible?  I mean,

 7  the whole sling, you know, the anchors and all, after

 8  it's been implanted?  Have you ever removed the entire

 9  TVT-Secur, from end to end?

10           MR. KOOPMANN:  Object to the form.

11           THE WITNESS:  I have never had an occasion

12      where that was necessary.

13  BY MS. O'DELL:

14      Q    So you have not attempted that procedure, in

15  other words, a complete removal of a TVT-Secur?

16      A    Correct.

17      Q    I'll show you what I'm marking as Exhibit 20.

18           (Exhibit 20 marked for identification.)

19  BY MS. O'DELL:

20      Q    And is this the IFU for the TVT-Secur?

21      A    I believe it is.

22      Q    And if you'll turn to Page 20 of the actual

23  IFU, or I can refer to it by Bates number.

24      A    Please, the latter.

25      Q    587.  Begins the section entitled Warnings and

Brian Schwartz, M.D.

```
 1    Precautions.  Do you see that?

 2        A    Yes.

 3        Q    And then if you'll continue on to the next

 4    page, and then also to Bates page ending 589, where it

 5    discusses adverse reactions, are you familiar with this

 6    portion of the IFU, Dr. Schwartz?

 7        A    Yes.

 8        Q    And you would agree with me that neither in

 9    the Warnings and Precautions section nor in the Adverse

10    Reaction section is there any reference to pain?

11        A    There is no -- as I read it, there is no

12    particular reference to pain, but all surgeons

13    understand that every surgical procedure is potentially

14    associated with pain, both acute and chronic.

15        Q    And in this particular IFU, Ethicon has not

16    included a reference to pelvic pain, true?

17        A    Same -- true.  Same answer as before.

18        Q    Dyspareunia is not included, true?

19        A    True, but once again, all competent surgeons

20    understand that that is, just like pain, a potential

21    risk from pelvic, especially vaginal, surgery.

22        Q    The Warnings and Precautions section and the

23    Adverse Reaction section does not include a reference to

24    an increased risk of overactive bladder, does it, sir?

25        A    Once again, I take the same position, that
```

Brian Schwartz, M.D.

```
 1   that's a potential complication with any type of

 2   continence surgery.

 3       Q    And there is no reference to urgency or

 4   frequency, true?

 5       A    Correct.

 6       Q    I ask you, in relation to the TVT, I'll ask

 7   you again.

 8            You've not consulted with a medical device

 9   manufacturer regarding the drafting of an IFU, true?

10       A    Correct.

11       Q    And you have not drafted one on your own?

12       A    Correct.

13       Q    And other than skimming the guidelines that

14   were provided to you by Ethicon counsel, you are not

15   otherwise familiar with the FDA's guidelines for

16   warnings and precautions and adverse reactions contained

17   in an IFU, true?

18            MR. KOOPMANN:  Object to the form.

19            THE WITNESS:  Yes.  Just what is stated in the

20       copy that we had gone into earlier.

21   BY MS. O'DELL:

22       Q    You have on Page 33 of your report a section

23   on professional education, Dr. Schwartz.

24            Do you hold an opinion about Ethicon's

25   professional education program in relation to the
```

Brian Schwartz, M.D.

```
 1   TVT-Secur?

 2        A    My experience has all been positive and very

 3   helpful.

 4        Q    But you are not opining as to their overall

 5   training program?  Do I understand that correctly?

 6             MR. KOOPMANN:  Object to the form.

 7             THE WITNESS:  I'm just commenting upon what

 8        their -- how their training program interacted with

 9        me.

10             MS. O'DELL:  I'll reserve.  I have about seven

11        or eight minutes.

12             Thank you, sir.

13                     CROSS EXAMINATION

14   BY MR. KOOPMANN:

15        Q    Dr. Schwartz, does your TVT-Secur general

16   report that you have in front of you in Exhibit 5 set

17   forth your opinions regarding the TVT-Secur to a

18   reasonable degree of medical and scientific certainty?

19        A    Yes.

20        Q    My questions from this morning's deposition

21   regarding what you considered in evaluating the safety

22   and efficacy of the TVT obturator, and the adequacy of

23   the warnings and the TVT obturator IFU, would your

24   answer to those questions also apply to the TVT-Secur?

25             MS. O'DELL:  Object to the form.
```

Brian Schwartz, M.D.

```
 1            THE WITNESS:  Yes.

 2   BY MR. KOOPMANN:

 3       Q    And my questions from this morning's

 4   deposition about your practice of evidence based

 5   medicine and the hierarchy of levels of evidence, would

 6   your answers to those questions this morning also apply

 7   in this deposition regarding the TVT-Secur?

 8       A    Yes.

 9       Q    You mentioned that the TVT-Secur withdrawal

10   from the market was a sad event for you and your

11   patients.

12            What did you mean by that?

13            MS. O'DELL:  Object to the form.

14            THE WITNESS:  I found the addition of the

15       TVT-Secur another very useful tool in my

16       incontinence armamentarium to treat women with

17       stress urethral incontinence, and I feel that it

18       still has a very useful role in the treatment of

19       women with stress urinary incontinence.  I feel

20       that, while there is some data that is poor, there

21       are other high quality studies that show very

22       favorable data, and my experience has mirrored the

23       more favorable ones.

24   BY MR. KOOPMANN:

25       Q    Okay.  Is the polypropylene mesh that is used
```

Brian Schwartz, M.D.

```
 1    in the TVT-Secur the same exact mesh that's used in the

 2    TVT and TVT-O slings?

 3              MS. O'DELL:  Object to the form.

 4              THE WITNESS:  The laser-cut mesh is exactly

 5         the same.

 6    BY MR. KOOPMANN:

 7         Q    The polypropylene material is the same

 8    polypropylene in all of the slings?

 9         A    Correct.

10         Q    The entire TVT family of slings?

11         A    Correct.

12         Q    Did you feel like the clinical data that

13    existed regarding the TVT and TVT-O slings supported

14    your use of the TVT-Secur sling when you started using

15    it?

16              MS. O'DELL:  Object to the form.  Asked and

17         answered.

18              THE WITNESS:  Yes.

19    BY MR. KOOPMANN:

20         Q    And the TVT-Secur sling lays at the midurethra

21    when implanted?

22         A    All three slings should lay at exactly the

23    same position in the mid-urethra.

24         Q    And by "all three slings," you mean the TVT

25    sling, the TVT-O sling and the TVT-Secur sling?
```

Brian Schwartz, M.D.

```
 1        A    Yes.

 2        Q    I just asked you some questions earlier today

 3   about some registry studies by authors Abdel-fattah,

 4   Jonsson Funk and Welk and Unger.

 5             Do you remember that line of questioning?

 6        A    Yes.

 7        Q    Okay.  While those studies may not parse out

 8   what exact midurethral slings they are talking about,

 9   are you of the opinion that those registry studies

10   support your opinions regarding the safety and efficacy

11   of the TVT-Secur?

12             MS. O'DELL:  Object to the form.

13             THE WITNESS:  They do.

14             MS. O'DELL:  You said Jonsson, Abdel-fattah

15        and --

16             MR. KOOPMANN:  Welk.

17   BY MR. KOOPMANN:

18        Q    Counsel asked you some questions about the

19   Hota study earlier; is that right?

20        A    Yes.

21        Q    And that was Exhibit 16, correct?

22        A    I have Hota as 11, Exhibit 11.

23        Q    All right.  And if you'll turn to the third

24   page of the Hota study, right above the Conclusions

25   section.
```

Brian Schwartz, M.D.

```
 1        A    Yes.

 2        Q    It says there, "Both TVT-S and TVT-O resulted

 3   in improved quality of life in symptoms from baseline to

 4   12 weeks.  There was no difference between the groups

 5   for either the PFDI-20 or the PFIQ-7."

 6             Is that what they indicate there?

 7        A    Yes.

 8        Q    And then they indicate, "A similar pattern of

 9   improvement was seen at one year."  Is that correct?

10             MS. O'DELL:  Object to the form.

11             THE WITNESS:  Yes.

12   BY MR. KOOPMANN:

13        Q    And in the right-hand column on that same

14   page, the paragraph starting with "when assessed," do

15   you see that paragraph?

16        A    Yes.

17        Q    They say in the second sentence of that

18   paragraph, "The subjective cure rates based on the

19   quality of life symptom questionnaires, however,

20   indicate an overall improvement in quality of life and

21   symptoms after both procedures," meaning both the

22   TVT-Secur and the TVT-O; is that right?

23             MS. O'DELL:  Object to the form.

24             THE WITNESS:  Yes.

25   BY MR. KOOPMANN:
```

Brian Schwartz, M.D.

```
 1        Q     If you'll go to the next page of the Hota

 2   study, Page 44, the authors noted halfway down the

 3   left-hand column that, "There was lower incidence of

 4   postoperative pain at one week in the TVT-S group

 5   compared to that in the TVT-O group."

 6              Is that correct?

 7        A     Yes.

 8        Q     And they said that, "This could be attributed

 9   to less dissection and trauma to the surrounding tissue

10   in the placement of TVT-S compared to TVT, which does

11   not penetrate the obturator membrane."

12              Is that what they said?

13        A     Yes.

14        Q     And then at the bottom of that column they

15   said, "Despite the fact that the TVT-S group had higher

16   post-operative TST, both groups had similar improvements

17   in quality of life."

18              Is that correct?

19              MS. O'DELL:  Object to the form.

20              THE WITNESS:  Yes.

21   BY MR. KOOPMANN:

22        Q     You were asked about a study by Masata that

23   was marked as Exhibit 17.

24              Do you have that one?

25        A     Not Mostafa?
```

Brian Schwartz, M.D.

```
 1        Q     Masata.  Exhibit 17.

 2        A     Yes.

 3        Q     Turn to Page 1407 of that study, please.

 4        A     Yes.

 5        Q     Over in the right-hand column, in the second

 6   full paragraph, about halfway down, it says, "In all

 7   study groups surgery significantly improved quality of

 8   life using the I-QOL and I-CIQ questionnaires and VAS."

 9              Correct?

10        A     Correct.

11              MS. O'DELL:  Object to the form.

12              THE WITNESS:  Correct.

13   BY MR. KOOPMANN:

14        Q     And what did they note regarding overall

15   satisfaction in the groups studied in the next sentence,

16   Page 1407?

17        A     Where it says there was no significant

18   difference?

19        Q     Yes.

20        A     There was no significance difference in the

21   overall satisfaction between the groups.

22        Q     Meaning between the TVT-S group and the TVT-O

23   group?

24              MS. O'DELL:  Objection.  Misstates facts.

25              THE WITNESS:  Yes.
```

Brian Schwartz, M.D.

```
 1   BY MR. KOOPMANN:

 2        Q    In the Table 3 on Page 1409 -- do you see that

 3   table?

 4        A    Yes.

 5        Q    And they list a P value for the various things

 6   they studied or analyzed in Table 3; is that right?

 7        A    Yes.

 8        Q    And is the P value indicative of whether or

 9   not the difference between the slings was significant,

10   statistically significant?

11        A    Yes.

12        Q    And for re-operation for SUI it indicates

13   "NA"; is that right?

14        A    Correct.

15        Q    And then for Tape Erosion it also notes "NA";

16   is that correct?

17        A    Yes.

18        Q    Which appears to mean there was not a

19   statistically significant difference between them?

20        A    That's how I interpreted it.

21        Q    You were also asked some questions about the

22   Barber study marked as Exhibit 18.

23             Do you have that one?

24        A    Yes.  Here.  I have it.

25        Q    Okay.
```

Brian Schwartz, M.D.

```
 1      A    Yes.

 2      Q    So the conclusion of the authors in this study

 3  was, at least as stated in the abstract, "The mini-sling

 4  placed in the U position resulted in similar subjective

 5  cure rates to TVT one year after surgery but

 6  postoperative incontinence severity is greater with the

 7  mini-sling and the TVT."

 8           Correct?

 9      A    Correct.

10      Q    Yes.

11      A    So as far as the similar subjective cure rates

12  between the mini-sling and the TVT were concerned, the

13  subjective cure rates were similar; is that right?

14           MS. O'DELL:  Object to the form.

15           THE WITNESS:  Yes.

16  BY MR. KOOPMANN:

17      Q    And so the mini-slings's subjective cure rate

18  was similar to the gold standard, full-length

19  midurethral sling?

20           MS. O'DELL:  Object to the form.

21           THE WITNESS:  That's what it states.

22  BY MR. KOOPMANN:

23      Q    And turn to Page 333, please.

24      A    Okay.

25      Q    In the right-hand column in the last
```

Brian Schwartz, M.D.

1    paragraph, the authors noted that, "Patients receiving

2    TVT were more likely to have a bladder perforation

3    during sling placement than those in the mini-sling

4    group."

5              Is that correct?

6        A    Correct.

7        Q    And if you'll turn to the next page, Table 4,

8    they note some more detailed data regarding subjective

9    cure; is that fair to say?

10       A    Yes.

11       Q    Okay.  And at the bottom of Table 4 there is a

12   section that's labeled Patient Global Assessment of

13   Improvement.

14             Do you see that?

15       A    Yes.

16       Q    That shows that, for the mini-sling group, 63

17   of 109 patients were very much better?

18       A    Yes.

19       Q    And 24 of 109 patients were much better?

20       A    Yes.

21       Q    And then 11 out of 109 patients were somewhat

22   better?

23       A    Yes.

24       Q    So that's 98 patients out of 109 said they

25   were either very much better, much better or somewhat

Brian Schwartz, M.D.

1    better with the mini-sling?

2        A    Yes.  Ninety of the patients.

3        Q    They noted in the left-hand column below Table

4    4, towards the bottom of that column, that, "No mesh

5    exposures were noted during the follow-up in the

6    mini-sling group and one individual in the TVT group had

7    mesh exposure noted at six weeks that was successfully

8    managed with topical estrogen and observation."

9             Is that right?

10       A    Correct.

11       Q    If you will turn to Table 5, please, Page 336.

12            They noted in Table 5, up at the top in the

13   Intraoperative Complications section that, for bladder

14   injuries, there was only one bladder injury with

15   mini-slings, correct?

16       A    Yes.

17       Q    And then how many bladder injuries were there

18   with the tension-free vaginal tape, full-length sling?

19       A    Six.

20       Q    And then, for the re-operation rates, which

21   are listed at the bottom of that table, there were two

22   re-operations for incontinence surgery in the mini-sling

23   group, correct?

24       A    Correct.

25       Q    And then there were four in the tension-free

Brian Schwartz, M.D.

1   vaginal tape full-length sling group, correct?

2        A    Correct.

3        Q    Do you have the Nambiar study, the Cochrane

4   review that was marked as Exhibit --

5        A    Nineteen?

6        Q    -- nineteen.

7             In the Main Results section of Exhibit 19, in

8   the paragraph starting off with "single incision slings

9   resulted" -- do you see that paragraph?

10       A    Yes.

11       Q    Okay.  About halfway through that paragraph

12  the authors noted that, "Postoperative pain was less

13  common with single incision slings and rates of

14  long-term pain or discomfort were marginally lower but

15  the clinical significance of these differences is

16  questionable."

17            Did I read that correctly?

18       A    Yes.

19       Q    In your experience, in your patient

20  population, using the TVT-Secur slings, did patients

21  have lower rates of immediate postoperative pain than

22  they did following full-length sling procedures?

23       A    Yes.

24       Q    The next paragraph, starting with "evidence

25  was insufficient."

Brian Schwartz, M.D.

```
 1      A    Yes.

 2      Q    A few lines down in that paragraph the authors

 3   noted that, "Risks of postoperative and long-term

 4   groin/thigh pain were slightly lower with single

 5   incision slings, but overall evidence was insufficient

 6   to suggest a significant difference in the adverse event

 7   profile for single incision slings compared with

 8   transobturator slings."

 9           Is that right?

10      A    That's how it reads.

11      Q    And is a Cochrane review essentially a

12   systematic review and meta-analysis of a larger body of

13   literature?

14      A    Yes.

15      Q    And did you consider, in forming your

16   opinions, other systematic reviews and meta-analyses of

17   bodies of literature pertaining to the TVT-Secur?

18           MS. O'DELL:  Object to the form.

19           THE WITNESS:  Yes.

20   BY MR. KOOPMANN:

21      Q    Counsel asked you earlier about the authors'

22   conclusions in that Nambiar study about the TVT-Secur

23   being inferior to standard midurethral slings for the

24   treatment of women with stress incontinence.

25           Is it fair to say that you've read lots of
```

Brian Schwartz, M.D.

```
 1   data reporting widely varying efficacy rates for the

 2   TVT-Secur sling?

 3             MS. O'DELL:  Object to the form.

 4             THE WITNESS:  That is correct.

 5   BY MR. KOOPMANN:

 6      Q    Some studies you've reviewed, including RCTs,

 7   report very strong efficacy rates for the sling?

 8             MS. O'DELL:  Object to form.

 9             THE WITNESS:  Yes.

10   BY MR. KOOPMANN:

11      Q    And other studies, including RCTs, report

12   lower efficacy rates?

13      A    Correct.

14      Q    And the high efficacy rates that you see

15   reported in the literature is consistent with your

16   experience using the TVT-Secur sling?

17      A    Yes.

18      Q    The authors also concluded in this article by

19   Nambiar and colleagues, "Not enough evidence has been

20   found on other single incision slings compared with

21   retropubic or transobturator slings to allow reliable

22   comparisons."

23             Is that right?

24             MS. O'DELL:  Object to the form.

25             THE WITNESS:  Yes.
```

Brian Schwartz, M.D.

```
 1   BY MR. KOOPMANN:

 2       Q    You were asked some questions about the

 3   Schimpf study --

 4       A    Yes.

 5       Q    -- earlier.

 6            Do you have that in front of you?

 7       A    Yes.

 8       Q    Turn to Table 3, please, in that study.

 9       A    Yes.

10       Q    Table 3 again reports the rates of adverse

11   events, or various types of adverse events and various

12   types of incontinence treatments, correct?

13       A    Yes.

14       Q    And what was the rate of hematoma for

15   mini-slings?

16       A    0.85 percent.

17       Q    And what was the rate of hematoma for Burch

18   procedures?

19       A    1.4 percent.

20       Q    And what was the rate of hematoma for

21   pubovaginal sling procedures?

22       A    2.2 percent.

23       Q    And what was the rate of dyspareunia for

24   mini-slings?

25       A    0.74 percent.
```

Brian Schwartz, M.D.

1      Q    And what was the rate for pubovaginal slings?

2      A    0.99 percent.

3      Q    And what was the rate of return to the

4  operating room for erosions in the mini-sling group?

5      A    1.4 percent.

6      Q    And what was the rate of return to operating

7  room for erosions in the pubovaginal sling group?

8      A    1.6 percent.

9      Q    And what were the rates in the retropubic and

10 obturator groups, respectively?

11     A    1.9 percent and 2.7 percent.

12     Q    And retropubic and transobturator slings are

13 considered to be the gold standard of incontinence

14 treatment?

15          MS. O'DELL:  Object to the form.

16          THE WITNESS:  Yes.

17 BY MR. KOOPMANN:

18     Q    What was the rate of exposure in the

19 mini-sling group?

20     A    2.0 percent.

21     Q    And what was it in the pubovaginal sling

22 group?

23     A    5.4 percent.

24     Q    What was the rate of wound infection in the

25 mini-sling group?

Brian Schwartz, M.D.

```
 1       A    0.31 percent.

 2       Q    And what was the rate in the pubovaginal sling

 3    group?

 4       A    2.6 percent.

 5       Q    What was the rate of wound infection in the

 6    Burch procedure group?

 7       A    7.0 percent.

 8       Q    What was the rate of urinary tract infection

 9    in the mini-sling group?

10       A    3.6 percent.

11       Q    What was the rate in the pubovaginal sling

12    group?

13       A    4.2 percent.

14       Q    And what was the rate in the Burch procedure

15    group?

16       A    5.9 percent.

17       Q    What was the rate of bowel injury in the

18    mini-sling group?

19       A    0.74 percent.

20       Q    What was the rate of bowel injury in the Burch

21    procedure group?

22       A    3.13 percent.

23       Q    What was the rate of nerve injury in the

24    mini-sling group?

25       A    Zero.
```

Brian Schwartz, M.D.

```
 1       Q    What was the rate of OAB or urgency in the

 2  mini-sling group?

 3       A    5.4 percent.

 4       Q    And what was the rate of overactive bladder or

 5  urgency in the Burch procedure group?

 6       A    4.3 percent.

 7       Q    What was the rate in the pubovaginal sling

 8  group?

 9       A    8.6 percent.

10       Q    What was the rate of urinary retention lasting

11  more than six of weeks postoperatively in the mini-sling

12  group?

13       A    3.3 percent.

14       Q    What was the rate of retention lasting more

15  than six weeks postoperatively in the pubovaginal sling

16  and Burch procedure groups, respectively?

17       A    7.5 percent and 7.6 percent.

18       Q    What was the rate of groin pain in the

19  mini-sling group?

20       A    0.62 percent.

21       Q    What was it in the Burch procedure group?

22       A    1.1 percent.

23       Q    What was the rate of leg pain in the

24  mini-sling group?

25       A    1.6 percent.
```

Brian Schwartz, M.D.

```
 1        Q    What was the rate of bladder perforation in

 2   the mini-sling group?

 3        A    0.85 percent.

 4        Q    And what was the rate of bladder perforation

 5   in the pubovaginal sling group?

 6        A    2.3 percent.

 7        Q    What was the rate of bladder perforation in

 8   the Burch procedure group?

 9        A    2.8 percent.

10        Q    Is the Schimpf study one of the studies that

11   you've reviewed and relied on in forming your opinion

12   regarding the TVT-Secur's safety?

13        A    Yes.

14        Q    When you look at systematic reviews and

15   meta-analyses of literature that various authors have

16   published, do those authors sometimes set out to find

17   the literature regarding a certain device, and both the

18   systematic review and meta-analyses will end up

19   analyzing different sets of literature?

20             MS. O'DELL:  Object to the form.

21             THE WITNESS:  Typically the systematic reviews

22        will look at -- will not look at the same group,

23        the same group of studies or all of the same

24        studies.

25   BY MR. KOOPMANN:
```

Brian Schwartz, M.D.

```
1      Q    Even though they may set out to look at all of

2   the literature about a certain device, they end up

3   looking at different sets, correct?

4           MS. O'DELL:  Object to the form.

5           THE WITNESS:  Typically, yes.

6   BY MR. KOOPMANN:

7      Q    You were asked some questions earlier about

8   and Cornu study that was marked as Exhibit 13.

9           Do you recall that?

10     A    Yes.

11     Q    And that study is not a randomized controlled

12  trial; is that right?

13     A    Correct.

14     Q    They only looked at TVT-Secur patients?

15     A    Yes, with or without Prolift.

16     Q    And then on Page 4, right before the

17  Conclusions section, the authors of that Cornu study

18  noted, "This evaluation limited by a small number of

19  patients treated and patient selection criteria which

20  were very large to reflect daily practice.  Moreover,

21  the design of this study is prospective but did not

22  include a comparison group."

23          Is that right?

24     A    Correct.

25     Q    So we don't know what the surgeons would have
```

Brian Schwartz, M.D.

1    seen in a comparison of the TVT-Secur with the TVT or

2    TVT-O; is that fair?

3              MS. O'DELL:  Objection to form.

4              THE WITNESS:  That is fair.

5    BY MR. KOOPMANN:

6        Q    You were asked some questions about a

7    statement in your report at Page 27 that said, "The

8    strong efficacy and safety exhibited in the published

9    literature on midurethral slings predating the

10   availability of laser-cut mesh slings is consistent with

11   a strong efficacy and safety exhibited in the published

12   literature since laser-cut mesh has been available."

13             Is that correct?

14       A    Correct.

15       Q    Does the data regarding -- strike that.

16             Is that statement that you made true with

17   respect to the data on laser-cut mesh slings in general

18   versus mechanically cut mesh slings in general?

19             MS. O'DELL:  Object to the form.

20             THE WITNESS:  Yes.

21   BY MR. KOOPMANN:

22       Q    You were asked some questions about the TVT

23   IFU that was marked as Exhibit 20, and you were asked

24   whether pain or pelvic pain or dyspareunia were noted.

25             Do you recall those questions?

Brian Schwartz, M.D.

```
 1      A    I do.

 2      Q    One of the things noted in the Warnings and

 3  Precautions section of the IFU for the TVT-Secur marked

 4  as Exhibit 20 is -- well, it says, "The Gynecare

 5  TVT-Secur system should be used with care to minimize

 6  the chance of damage to large vessels, nerves, bladder

 7  and bowel."

 8           Do you recall reading that in the IFU?

 9      A    Yes.

10      Q    And then it says, in the Adverse Reactions

11  section, "Punctures or lacerations or injury to vessels,

12  nerves, bladder, urethra or bowel may occur during

13  instrument passage and may require surgical repair."

14           Do you recall reading that in the IFU?

15      A    Yes.

16      Q    And do those two items in the IFU tell you, as

17  somebody that went to medical school and did a residency

18  and has been a practicing urologist for many years, that

19  pain, pelvic pain or dyspareunia could result from the

20  use of the device?

21           MS. O'DELL:  Objection to form.

22           THE WITNESS:  Yes.

23  BY MR. KOOPMANN:

24      Q    With a punctured or lacerated nerve, for

25  instance, pain, pelvic pain or dyspareunia could result?
```

Brian Schwartz, M.D.

```
 1       A    Yes.

 2       Q    You were asked some questions about the AUGS

 3    and SUFU position statement earlier.

 4            Do you recall those questions?

 5       A    Yes.

 6       Q    Okay.  And do the statements made in that

 7    position statement relating to polypropylene -- strike

 8    that.

 9            Do the statements made in that position

10    statement relate to polypropylene midurethral slings

11    made of the exact same mesh as the TVT-Secur?

12       A    Yes.

13       Q    One of the studies you relied on in forming

14    your opinions in this case is a systematic review and

15    meta-analysis by Dr. Colin Walsh; is that right?

16            MS. O'DELL:  Object to the form.

17            THE WITNESS:  Yes.

18    BY MR. KOOPMANN:

19       Q    And that systematic review and meta-analysis

20    looked at 1,178 women undergoing the TVT-S procedure

21    from ten studies, correct?

22            MS. O'DELL:  Barry, do you have a copy of

23       that?

24            THE WITNESS:  Yes.

25    BY MR. KOOPMANN:
```

Brian Schwartz, M.D.

1      Q     And in that study they found both objective

2  and subjective cure rates at 12 months with 76 percent?

3      A     Yes.

4      Q     They found a 2.4 percent incidence of mesh

5  exposure in the first year?

6      A     Yes.

7      Q     They found a dyspareunia rate of what?

8      A     1 percent.

9      Q     And what was the rate of return to theater for

10  complications in the TVT figure?

11      A     0.8 percent.

12      Q     You cited an article by Dr. Tommaselli in your

13  report of 2015.  The article is from 2015.

14            Is that correct?

15      A     Yes.  I'm looking.

16      Q     Do you have it in front of you now?

17      A     Yes.  The January 2015 study.

18      Q     Yes.

19      A     Okay.

20      Q     Called Tension-Free Vaginal Tape Obturator and

21  Tension-Free Vaginal Tape-Secur for the Treatment of

22  Stress Urinary Incontinence?

23      A     Yes.

24      Q     So this was a five-year follow-up randomized

25  study?

Brian Schwartz, M.D.

```
 1        A    Yes.

 2        Q    And it's an RCT?

 3        A    Yes.

 4        Q    And in the Conclusion section, the authors

 5   noted that, "The TVT-Secur did not show an inferior

 6   subjective success rate in comparison with TVT-O five

 7   years after the original procedure, even though

 8   displaying a clear trend toward lower efficacy."

 9             Is that right?

10        A    Yes.

11        Q    So there was a trend toward lower efficacy,

12   but it wasn't significantly significant?

13        A    Correct.

14             MR. KOOPMANN:  Those are all of the questions I

15        have for you.

16             MS. O'DELL:  I have a few follow-ups,

17        Dr. Schwartz.

18                      REDIRECT EXAMINATION

19   BY MS. O'DELL:

20        Q    You were asked about the Abdel-fattah, Unger,

21   Welk and Jonsson Funk publications that we spoke about

22   at length this morning in regard to the TVT-O, and

23   counsel for Ethicon just asked you about them in

24   relation to TVT-Secur.

25             Each of those publications are epidemiological
```

Brian Schwartz, M.D.

```
 1   studies that address midurethral slings as a group,

 2   true?

 3        A    Once again, I would have to look at them, but

 4   if --

 5        Q    From your review of them, sir, are you --

 6   would you agree with me that they do not delineate among

 7   patients who were implanted with either the TVT-Secur or

 8   another mini-sling, true?

 9        A    I believe that's the case.

10        Q    You were also asked about the Cochrane review

11   that was authored by Nambiar --

12        A    Yes.

13        Q    -- regarding single incision slings.

14             And, as I understand it, you've testified that

15   the review performed by Cochrane covered different

16   randomized controlled clinical trials than those

17   reviewed by Schimpf and others in their publication?

18             MR. KOOPMANN:  Object to the form.

19   BY MS. O'DELL:

20        Q    Did I understand your testimony?

21        A    That they were not -- that they both did not

22   use the exact same groups.

23        Q    Well, if you'll look -- and I'm sure you've

24   got Schimpf in front of you, and I know you have the

25   Cochrane review in front of you, if you'll look at
```

Brian Schwartz, M.D.

```
 1   whichever one you have in your hand first.  And I'm

 2   happy to start there.

 3        A    Okay.

 4        Q    If you'll look at the Cochrane review, they

 5   identified 31 RCTs with 3,290 women.

 6             Do you see that on Page 3 of the exhibit under

 7   Main Results?

 8        A    Yes.

 9        Q    And in the Schimpf publication on Page 2, if

10   you'll look in the literature flow chart, Figure 1,

11   you'll see that they included RCTs, 23 mini-sling RCTs,

12   correct?

13        A    Yes.

14        Q    And would it be fair to say -- and they were

15   published at similar time points, both in 2014, correct,

16   both the Cochrane and the Schimpf articles?

17        A    Yes.

18        Q    And would it be fair to say, in light of the

19   relatively small number of studies, RCTs in particular,

20   that were conducted involving the TVT-Secur, that

21   Schimpf and Cochrane would have covered the same RCTs,

22   though Cochrane included a few more, true?

23             MR. KOOPMANN:  Object to form.

24             THE WITNESS:  I can't say that for sure.  I

25        would assume there would be overlap.
```

Brian Schwartz, M.D.

```
 1   BY MS. O'DELL:

 2       Q    And substantial overlap in terms of the small

 3   number of RCTs that were performed on the TVT-Secur,

 4   true?

 5            MR. KOOPMANN:  Object to form.

 6            THE WITNESS:  I would assume there would be

 7       overlap.

 8   BY MS. O'DELL:

 9       Q    Okay.  Based on your testimony in response to

10   Ethicon's counsel regarding the Cochrane review, are you

11   changing your testimony that a Cochrane review is a

12   reliable, credible Level 1 source of data?

13       A    I am not.

14            MR. KOOPMANN:  Objection.

15            THE WITNESS:  I'm not changing my position.

16   BY MS. O'DELL:

17       Q    And so when the Cochrane review concludes that

18   the TVT-Secur is inferior to standard midurethral slings

19   for the treatment of women with stress incontinence and

20   has already been withdrawn from the market, you have no

21   reason to disagree with their evaluation of the data,

22   correct?

23       A    It is my job to question the data.

24       Q    Do you have any evidence to support a

25   conclusion that the Cochrane analysis that has been
```

Brian Schwartz, M.D.

```
 1   published regarding midurethral -- excuse me,

 2   mini-slings, and specifically the comments related to

 3   the TVT-Secur, are incorrect?

 4       A    As a result of their review, no, I do not have

 5   any reason to believe that.

 6       Q    You rely on the Walsh study that was published

 7   in 2011 or the review?

 8       A    Yes.

 9       Q    Are you aware, Dr. Schwartz, that Dr. Walsh

10   has a relationship with Ethicon?

11       A    No.

12            MR. KOOPMANN:  Object to the form.

13   BY MS. O'DELL:

14       Q    And what's an inferiority study?

15       A    It's typically to assess whether or not new

16   product is inferior to the existing product.

17       Q    So it is a different structure in terms of a

18   clinical trial to a one-to-one comparison from one

19   product to another, true?  In other words, the data and

20   the way that the data -- the way the data is evaluated

21   is different in an inferiority study as opposed to a

22   one-to-one comparison of efficacy and safety?

23       A    I don't know the answer to that.

24       Q    When you reviewed the Tommaselli study that

25   was published in the European Journal of Obstetrics in
```

Brian Schwartz, M.D.

 1   2015, did you consider the fact that it was an

 2   inferiority study?

 3       A    I read the study and do my best to assess the

 4   data.

 5       Q    But an inferiority study is not something that

 6   you are familiar with, correct?

 7            MR. KOOPMANN:  Object to form.

 8            THE WITNESS:  No.  That's not what you asked

 9       me before.  I was asked if I understood what the

10       statistical differences were and how the data is

11       analyzed differently.  That, I do not understand.

12       I haven't tried to.

13   BY MS. O'DELL:

14       Q    And so when you reviewed the Tommaselli study,

15   you would not have had an appreciation of the difference

16   in the statistical analysis of an inferiority study when

17   you reviewed the data, true?

18       A    I can interpret the study similarly to any

19   other study, but specifically assessing the difference

20   in the statistical analysis, I'm not familiar with.

21            MS. O'DELL:  I have nothing further, Doctor.

22            MR. KOOPMANN:  No.

23            (Deposition concluded at 4:45 p.m.)

24

25

Brian Schwartz, M.D.

```
 1                    CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA    )

 4   COUNTY OF COLLIER   )

 5

 6

 7          I, Elizabeth M. Brooks, Notary Public, State

 8   of Florida, do hereby certify that, BRIAN SCHWARTZ,

 9   M.D., personally appeared before me on the 25th day of

10   March, 2016, and was duly sworn.

11

12          Signed this 29th day of March, 2016.

13

14

15                        _____

                          Elizabeth M. Brooks

16                        Notary Public

                          State of Florida

17                        My Commission No. FF 014169

                          Expires:  June 27, 2017

18

19

20

21

22

23

24

25
```

Brian Schwartz, M.D.

```
 1                CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA

 3   COUNTY OF COLLIER

 4            I, Elizabeth M. Brooks, Registered

 5   Professional Reporter, Florida Professional Reporter, do

 6   hereby certify that I was authorized to and did

 7   stenographically report the deposition of BRIAN

 8   SCHWARTZ, M.D.; that a review of the transcript was not

 9   requested, and that the foregoing transcript is a true

10   record of my stenographic notes.

11            I FURTHER CERTIFY that I am not a relative,

12   employee or attorney, or counsel of any of the parties,

13   nor am I a relative or employee of any of the parties'

14   attorney or counsel connected with the action, nor am I

15   financially interested in the action.

16            DATED this 29th day of March, 2016, at Naples,

17   Collier County, Florida.

18

19                         _____

                           Elizabeth M. Brooks

20                         Registered Professional Reporter

                           Florida Professional Reporter

21

22

23

24

25
```