# EXHIBIT A

**EXHIBIT A**

This Motion and Memorandum of Law relate to the following plaintiffs:

| Civil Action Nos. | | |
|---|---|---|
| | *Massey v. Ethicon, Inc.* | 2:12-cv-00880; |
| | *Wright v. Ethicon, Inc.* | 2:12-cv-01090; |
| | *Boggs v. Ethicon, Inc.* | 2:12-cv-00368; |
| | *Kirkpatrick v. Ethicon, Inc.* | 2:12-cv-00746; |
| | *Kriz v. Ethicon, Inc.* | 2:12-cv-00938; and |
| | *Patterson v. Ethicon, Inc.* | 2:12-cv-00418 |