# EXHIBIT A

# EXHIBIT A

This Motion and Memorandum of Law relate to the following plaintiff:

| Civil Action No. | *Gomez v. Ethicon, Inc.* | 2:12-cv-00344 |