**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEMS
      PRODUCT LIABILITY LITIGATION          MDL No. 2327

---------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL
WAVE 1 CASES

**PRETRIAL ORDER # 228**
(Defendants Johnson & Johnson and Ethicon, Inc.'s
Motion for Protective Order Under PTO 205)

      Pending before the court is Defendants Johnson & Johnson and Ethicon, Inc.'s
Motion for Protective Order Under PTO 205. (ECF NO. 1913). In view of Defendants'
Notice of Withdrawal of Motion for Protective Order Under PTO 205 (ECF No. 1984), the
court **DENIES** Defendants' Motion for Protective Order as moot.  It is so **ORDERED**.

      The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-02327 and in
the Ethicon Wave 1 cases. In cases subsequently filed in this district after 2:16-cv-03847,
a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing
in each new action at the time of filing of the complaint. In cases subsequently removed
or transferred to this court, a copy of the most recent pretrial order will be provided by
the Clerk to counsel appearing in each new action upon removal or transfer. It shall be
the responsibility of the parties to review and abide by all pretrial orders previously

entered by the court. The orders may be accessed through the CM/ECF system or the

court's website at **http://www.wvsd.uscourts.gov.**

**ENTERED:** April 25, 2016

Cheryl A. Eifert
United States Magistrate Judge