## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Maritza Ortiz<br>Carolyn Meadows<br>Ginger Johnson<br>Valerie S. Johnson<br>Leila Johnson<br>Christine Collins<br>Rhonda Karr<br>Cherie Dell<br>Patricia Mosely<br>Pamela Watson<br>Karen Herrera-Pleasant<br>Geraldine Barile<br>Sandra Smith<br>John Mitchell<br>Linda Kierstead<br>Teresa Cantrell<br>Sandra Hardee<br>Sharon Shoffner<br>Mary Hall<br>Debbie Cobb<br>Kristen Viers<br>Raymond Mosely<br>Jacqueline Leone-Joy<br>Renee Sotero<br>Rebbecca Powell<br>Martha Swain<br>Karen Weiss<br>Jane Nogrady<br>Pamela Wolfe<br>Angela Carter<br>Ginger Scholl<br>Donna Stadler<br>Mary Wooley<br>Rita Howard<br>Margaret Fagundes<br>Georgette Wahl<br>Carolyn Leonard<br>Dora Craighead<br>Kimberly Hyams<br>Kathy Alonzo<br>Melissa Allred<br>Lynda Barcroft<br>Jerri Wilson | Texas Northern | 3:16-cv-950 | 2:16-cv-3805 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Dianne Capps<br>Sara Lynn Thompson<br>Zulema Castaneda<br>Connie Robinson<br>Anna Carman<br>Patricia Ahmad<br>LaVonda Murphy<br>Marion Spencer<br>Estate of Rita Hickman<br>Sheila Petree<br>Christi Schooley<br>Betty Foster<br>Charlotte Knowles<br>Joy Moore<br>Shelley Winn<br>Lisha Thorpe<br>Binnie Gatewood<br>Monica Agyin<br>Edith Castillo<br>Gloria Marold<br>Victoria Davila<br>Rachel Canales<br>Louise Kite<br>Judy Redfern<br>Lisa Eakes<br>Tammy Turner<br>Dixie Lounsberry<br>Laritha Bonner<br>Jeri Carroll<br>Letitia Cannon<br>Rebecca Tarango<br>Deborah Washington<br>Stephanie Millhouse<br>Karen Danaher<br>Emily Brown<br>Sheila Foland<br>Sandy Wentworth<br>Donna Daniels<br>Cheryl Urwin-Stewart<br>Fredal Rycus<br>Brenda Maiden<br>Susan Prescott<br>Toni Jones<br>Gayle Christen Barnes<br>Paula Dodge | Texas Northern | 3:16-cv-950 | 2:16-cv-3805 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Karen Kapala<br>Karen Mattice<br>Dena Adams<br>Susan Harper<br>Paula Holsapple<br>Laurie Powell<br>Jeannine Leblanc-Grant<br>Sally Demaray<br>Tosha Farris<br>Amanda Welsh<br>Linda Davis<br>Elaine Dodson<br>Jaime Smith<br>Judy Kelly<br>Judith Almond<br>Sue Keller<br>Ginger McKee<br>Darlene Rowles<br>Teresa Reimer<br>Marsha Moore<br>Melanie Morris<br>Lillie Davis<br>Beatrice Jenkins<br>Yazmina Bethancourt<br>Barbara Miller<br>Cheryl Seward<br>Barbara Speece<br>Lisa Glidden<br>Sandra Wendell<br>Jody Goltz<br>Donna Johnson<br>Annie Johnson<br>Deborah Hall<br>Cecelia King | Texas Northern | 3:16-cv-950 | 2:16-cv-3805 |