**Exhibit B**

I. <u>**For Directly Filed Cases:**</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

**Civil Action No. _____**
**(Severed from Civil Action No. _____ )**

_____

**SHORT FORM COMPLAINT**

**II. For All Other Cases:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

    **Plaintiffs,**

v.    Civil Action No. _____
        (Severed from SDWV Civil Action
        No. _____)

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**

**COMPLAINT AND JURY DEMAND**