IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br>WAVE 1 CASES | |

**MOTION TO SUBSTITUTE AMENDED**
**EXHIBIT A TO DAUBERT MOTION**

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon"), by counsel, move to replace "Exhibit A" to their Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. filed on April 20, 2016, [ECF No. 1977], with the "Amended Exhibit A" attached to this Motion. Amended Exhibit A updates and makes current the information set forth in the original Exhibit A.

Wherefore, Defendants urge this Court to enter an Order granting Defendants leave to substitute Amended Exhibit A for Exhibit A attached to the "Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D."

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON


*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:   304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br>WAVE 1 CASES | |

## CERTIFICATE OF SERVICE

I certify that on April 25, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>  */s/ David B. Thomas*
> David B. Thomas (W.Va. Bar #3731)
> THOMAS COMBS & SPANN PLLC
> 300 Summers St.
> Suite 1380 (25301)
> P.O. Box 3824
> Charleston, WV 25338
> Telephone: 304.414.1807
> dthomas@tcspllc.com