## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Joyce Adams<br>Joyce Kessinger<br>Karla Faraci<br>Donna Myer<br>Sherry Cody<br>Linda Botella<br>Sally Campbell<br>Christine Baldwin<br>Kimberly Kalnbach<br>Douglas Kalnbach<br>Mary S. Latham-West<br>Debbie Breehl<br>Charlotte Davis<br>Mabel Smith<br>Donna Shatterly<br>Margaret Butler<br>Peggy Lee Brown<br>Peggy Lee Brown<br>Kimberly Holms<br>Louann Haley<br>Peggy Dickerson<br>Vicki Couch<br>Sandra Goglio<br>Ruby Pond<br>Karen Mantle<br>Peggy Taylor<br>Gina Wilson<br>Paulette Sisson<br>Tamara Walther<br>Anita Bushnell<br>Christina Zolinski<br>Peggy Rozga<br>Rita Teamer<br>Joyner James<br>Kellene Mosher<br>Patricia Cruz<br>Jessica Commodore<br>Patrick Commodore<br>Jamie Lindeman<br>Mark Lindeman<br>Laura Faulkner<br>Suzanne Davis<br>Lisa Rich | Texas Northern | 3:16-cv-952 | 2:16-cv-3814 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Sarah Spicer<br>Judy O'Connell<br>Leona Gutierrez<br>Shirley Moss<br>Patricia Guthrie<br>Sandra Stiltner<br>Joyce Fuller<br>Herman Fuller<br>Kelly Reed<br>Evelyn Paine<br>Diana Hutchings<br>Deborah Snavely<br>Loreena Judkins<br>Linda Bays<br>Grace Eldridge<br>Lou Ward<br>Lori Shelton<br>John Shelton, III<br>Teresa Wilkins<br>Dorothy Rice<br>Arlene Berglund<br>Lisa Dinucci<br>Angela Hibbs<br>Janet Wyatt<br>Theresa Joyner<br>Kathy Barker<br>Rebecca Corcoran<br>Charlotte Searles<br>Meloney Stutts<br>Patricia Mejia<br>Karen Martin<br>Sandra Horst<br>Elizabeth Lovell<br>Loris Matthew<br>Amber Ceniceros<br>Pamela Dahmer<br>Patricia Skinner<br>San Juanita Zuniga<br>Mary Jane Troyer<br>Julia Doncel<br>Vickie Cartwright<br>Mary Brown<br>Sandra Sumner<br>Janis Bonaparte<br>Jessica Smith | Texas Northern | 3:16-cv-952 | 2:16-cv-3814 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Gloria Wayem<br>Connie Haley<br>Pamela Lomax<br>Emelda Zammett<br>Susan Geier<br>Dorothy Walsh<br>Penny Bloxom<br>Jeanne Vollbracht<br>Patricia Mounce<br>Debbie Shrum<br>Jennifer Summerville<br>LaDonna Stutesman<br>Berth Brandon<br>Harrison Patricia<br>Taeya Clark<br>Mary Robinson<br>Santana Lopez<br>Kelly Schmitt<br>Susan Raygoza<br>Melissa Eller<br>Wanda Root<br>Karen Jasinski<br>Jacqueline Smith<br>Patricia Ritter<br>Krystal Bryant<br>Verna Jones<br>Yvonne McEwen<br>Lisa Lapham<br>Kimberly Farmer<br>Judy Raulerson<br>Lorraine Brock<br>Beulah Van Camp<br>Sharon Rabuck<br>Rosalie Ruggiero<br>Marie Sorey<br>Cathy Allen<br>Debra Elliott<br>Christine Hamilton<br>Clara Jackson<br>Yolanda Cruz<br>Catrese Jenkins<br>Maira Parez<br>Pauline Davilla<br>Wanda Brinsfield<br>Shirley Goodin | Texas Northern | 3:16-cv-952 | 2:16-cv-3814 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Anna Hall<br>Helen Shepard<br>Dianne Bobbitt<br>Jane Regulinski<br>Evelyn Martinez<br>Lella Argyle<br>Charlene Monaco Martin<br>Joy Dacey<br>Teasia Boone<br>Nina Fleagle<br>Maralyn Castillo<br>Rebecca Maxwell<br>Lily Pantoja<br>Mamie Osborne<br>Ellen Skowronek<br>Elissa Wolfe<br>Suzanne Smith<br>Gena George<br>Joann Hebel<br>Tiffany Goss<br>Jackie Callahan<br>Linda Lundell<br>Ida Rowser<br>Betty Bauer<br>Shirley Hedrick<br>Karen Nichols<br>Virginia Garcia<br>Barbara Pritchett<br>Margaret Darby<br>Stacy Worley<br>Mima Edwards<br>Peggy Rubin<br>Lurdes Olague<br>Crystal Hibdon<br>Rebecca Hendricks<br>Barbara Acuff<br>Daisy Beasley<br>Judy Irvin<br>Christy Rouse<br>Gloria Steelman | Texas Northern | 3:16-cv-952 | 2:16-cv-3814 |