## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Martha Murillo<br>Kathleen Bates<br>Jamie Anzaldua<br>Michelle Jackson<br>Odis Payne<br>Donna Neill<br>Cheryl Biederstadt<br>Monica Lorenz<br>Bonnie Konrad<br>Linda Bandy<br>Debra Manderfield<br>Gale Mitchell<br>Angela Reed-Smartt<br>Lorraine Spivey<br>Christine Belcher<br>Janet Stagray<br>Gertrude Escalona Justo<br>Carla Anne Owen<br>Linda Brooks<br>Tammy Hawkes<br>Hilda Crabtree<br>Teresa Smith<br>Linda Butler<br>Ginger Ostendorf<br>Cathy Choate<br>Linda Tursic<br>Jane Robinson<br>Veronica Kelly<br>Carolyn Lilly<br>Melody VanDenBeldt<br>Deborah Kleek<br>Eva Corcoran<br>Margaret Colbert<br>Rhoda Elliott<br>Sylvia Quintana<br>Gloria Morsell<br>Edwina Rose<br>Terri Ballard<br>Carolyn Wall<br>Sheri Izworski<br>Barbour Cris Sprouse<br>George Izworski<br>Anna Hanbury | Texas Northern | 3:16-cv-955 | 2:16-cv-3847 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| David Hanbury<br>Rebecca Shaw<br>Eugenia Bender<br>Larry Bender<br>Glendia Ezell<br>Shontelle Smith<br>Hazel King Faust<br>Madeline Taylor<br>Peggy Young<br>Helen Hunt<br>Cynthia Rawlings<br>Leta Wilson<br>Denise Fontaine<br>Brooke Woodman<br>Constance Chapman<br>LaDonna Terrell<br>Stephanie Whittington<br>Sandra Neace<br>Denise Balko<br>Mary Armour<br>Teonia Atkinson<br>Denis Davis<br>Brenda Herndon<br>Kimberly Magruder<br>Kim Price<br>Marlynn Rodriguez<br>Dawn Schrock<br>Shirley Scieszka<br>Renea Semeneck<br>Brandy Shafer<br>Leona Mahoney<br>Peggy Palomarez<br>Victoria Kingston<br>Mary Webster<br>Hope Tippens<br>Pauline Hunter<br>Deborah Omellette<br>Darlene Morgan<br>Sharolynn Crutchfield<br>Mary Toler<br>Donnis Townsend<br>Beckie Rader<br>Rhonda Moore<br>Barbara Fishburn<br>Cynthia Brewer | Texas Northern | 3:16-cv-955 | 2:16-cv-3847 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Annmarie Allie<br>Daisy Tolen<br>Wanda Williams<br>Billie Christopher<br>Judith Pojda<br>Edith Kruh<br>Betty Dye<br>Elaine Jacoby<br>Kennetha Curtis<br>Holli Madsen<br>Donna Clifford<br>Diane Thompson<br>Madeline Allen<br>Linda Belile<br>Jessica McBath<br>Peggy Hallman<br>Susan Adams<br>Joyce Kurtz<br>Robin Bowen<br>Sheila Calvert<br>Elaine Wood<br>Carney West<br>Linda Campbell<br>Paula Robinson<br>Leticia Santiago<br>Jane Harvey<br>Betty Gouge<br>Becky Gonder<br>Dawnette Franco-Wright<br>Charlotte Pemelton<br>Laura Heckman<br>Alanna Manning<br>Judith Clarke<br>Shirley Fischer<br>Angela Mausert<br>Tally Chang<br>Connie Napier<br>Terri Luther<br>Kathy Hickey<br>Mary Canter<br>Kathy Hughes<br>Ruth Diefenderfer<br>Madalena Lovato<br>Cheryl Cole<br>June Bowen | Texas Northern | 3:16-cv-955 | 2:16-cv-3847 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Lorie Wilsey<br>Betty Colburn<br>Jennifer Warren<br>Genevieve Moreno<br>Kathy Simpson<br>Valerie Weston<br>Mary Krall<br>Shawanda Gallow<br>Karen Shepard<br>Elizabeth Klein<br>Marion Copeland<br>Patty Ackman<br>Yvonne Helton<br>Kelly Pennacchini<br>Carol Tigar<br>Teresa Hartman<br>Karen Marques<br>Glenna Black<br>Shelby Bankston<br>Cynthia Starnes<br>Gail Zann<br>Brenda Winter<br>Dorothy Avery<br>Earnestine Scriven<br>Carolyn Davis<br>Roberta Cordova<br>Catherine Scandlon<br>Nancy Massie<br>Joan Shepherd<br>Sarah Lugo<br>Mary Lou Dehart<br>Effie Crowder<br>Margaret Lafollette<br>Shenelle Perry<br>Bernice Mack<br>Sharon Ingram<br>Mary Helen Barrera<br>Elizabeth Thompson<br>Dana Rocha<br>Ghedra Dunn<br>Theresa Dallas<br>Antoinette Lepore<br>Marcia Williams<br>Susan Lowry<br>Jill Beaver | Texas Northern | 3:16-cv-955 | 2:16-cv-3847 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Shirley Spuehler<br>Marcia Derosier<br>Tammy Platzek<br>Jodine Betrozoff-Rubey<br>Maria Agosto<br>Deloris Kennedy<br>Elaine Whitaker<br>Melonie Shultz<br>Leticia Villa<br>Sharon Sowers<br>Debra Bustillo<br>Leona Martin<br>Pamela Boles<br>Laura Burks<br>Rochelle Cobenais<br>Nancy Weckman<br>Gerri Moore<br>Charla English<br>Elsie Arb<br>Helene Lebied<br>Kimberly Archuleta<br>Laura Rodriguez<br>Mary Greco<br>Theresa Galano-Burkett<br>Brenda Pye<br>Norma Setum | Texas Northern | 3:16-cv-955 | 2:16-cv-3847 |