# EXHIBIT B

# CURRICULUM VITAE

## PERSONAL INFORMATION

| | |
|---|---|
| **NAME:** | E. Stanton Shoemaker, M.D. |
| **ADDRESS:** | [redacted] |
| **TELEPHONE:** | [redacted] |
| **STATUS:** | [redacted] |
| **CITIZENSHIP:** | USA |
| **UNDERGRADUATE EDUCATION:** | University of Texas<br>Bachelor of Arts – 1968 |
| **MEDICAL:** | University of Texas Medical Branch<br>Galveston, Texas |
| **EDUCATION:** | M.D. – 1973 |
| **INTERNSHIP:** | Parkland Hospital, Dallas, Texas – 1973 |
| **RESIDENCY:** | Parkland Hospital, Dallas, Texas – 1977 |
| **BOARD CERTIFICATION:** | American Board of Obstetrics and Genecology<br>Fellow of American College of OB/GYN<br>Diplomat of American College of OB/GYN |
| **EMPLOYMENT:** | Coastal Bend Women's Center, Private group practice Specializing in Obstetrics, Gynecology, Infertility, and Family Planning, Abdominal Laparoscopic Surgery, Pelvic Floor Reconstruction, Urinary Incontinence.<br>1977-Present |
| **PROFESSIONAL ORGANIZATIONS:** | Nueces County Medical Society<br>Texas Medical Association<br>American Association of GYN Laparoscopists |

E. Stanton Shoemaker, M.D.
Curriculum Vitae
Page Two

**PROFESSIONAL APPOINTMENTS:**

Advisory Board, Med Care International
1981 – 1994

Bay Area Medical Center
Member of Board of Trustees
1993 – 1995

Bay Area Medical Center
Chairman, Department of OB/GYN – 1998

Preceptor for Ethicon Endosurgery
Laparoscopic Bladder Neck Suspension, Laparoscopic Hysterectomy.
Preceptor for Ethicon Women's Health and Urology.
Proctor for Ethicon for Prolift and TVT Permanent Grafts
Pelvic Floor Reconstruction.
2004 – Present

Developed Robotic Surgery Department at Bay Area Medical Center and Proctor for Intuitive Laparoscopic Hysterectomy and Sacral Colpopexy

Anthem Health Insurance
Medical Advisory Board
1995 – 1996

Prudential Health Care
Medical Advisory Board
1994 – 1996

Medical Advisory Board Driscoll Medical Plan in Women's Health

American Association of Gynecologic Laparoscopists
National Symposium of Endoscopic Surgery (Telescopy)
1996 – Present

**PROPERTY & LAND DEVELOPMENT:**

1) Assisted Columbia Hospital Corporation in development of Bay Area Medical Center. In charge of development of

      Women's Services – physical plant and programs – 1990 – 1993.
2) Built free standing Outpatient Surgery Center 1981 (3rd in Texas)
3) Rebuilt Surgical Specialty Hospital – 1993.

**CONTINUING EDUCATION:**

      Uretex Support System – Urinary Incontinence Sling Therapy – 8-2004

      Pelvicol Acellular Collagen Matrix –
Bard Pelvicol Acellular Collagen Matrix for Pelvic Floor Reconstruction – 8-2004

      Science Care Bioskills – Gynecare Prolift Pelvic Floor Repair System – 5-2005

      Vaser Institute – Fundamentals of Body Sculpting – Introductory Abdominal Applications – Liposelection – 6-2006

      Age Management Medicine – Foundation of Care Management – Las Vegas, Nevada – 11-26-07 – 11-29-07

**PUBLICATIONS:**   "Telescopy," American Association of Gynecologic Laparoscopists – 1998

      "Effects of Thiazide Diuretics on Pre-eclampsia" Texas Medicine – 1973

      "Risks and Benefits of Estrogen Replacement Therapy in Postmenopausal Women" – 1978

## E. STANTON SHOEMAKER, M.D., F.A.C.O.G.

After attending medical school at the University of Texas Medical Branch at Galveston, then completing a four year residency program in Obstetrics and Gynecology at Southwestern Medical School in Dallas, Dr. Shoemaker joined Dr. Bernhardt Rothschild and Dr. James L. Barnard, Jr. in Corpus Christi. They became the first group Obstetrics and Gynecology practice in south Texas.

Dr. Shoemaker has always been dedicated to improving women's health, and he quickly began to make changes in the local health care community. In 1981 he was instrumental in building one of the first freestanding outpatient surgical centers in Texas. He recognized the efficiency and cost effectiveness of being able to do many operations without long-term stays in the hospital, a concept that has now become standard for over 75% of all surgical procedures done in the United States. The original surgical center is now Columbia Surgicare Hospital and to this day is one of the most successful surgical centers in the county.

During the 1980s as his practice was building, Dr. Shoemaker became a very skilled laparoscopic surgeon. He realized that sophisticated operative laparoscopy could lead to quicker recovery for the patients with much less pain. He further realized that with minimally invasive procedures, not only were the patients' hospital stays reduced, but patients were also back to work functioning as normal human beings within days instead of weeks.

Dr. Shoemaker's skills were "put to the test" in 1988 when he and Dr. Bud Doser, a local general surgeon, performed the first laparoscopic cholecystemtomy in the state of Texas. Although this procedure was at first criticized by the local medical establishment and numerous academic centers, it is now the standard of care for all gallbladder removals around the world. The laparoscopic approach has now carried over into hysterectomy, removal of uterine fibroids, removal of ovaries, and now bladder neck suspensions for urinary incontinence, as well as pelvic floor reconstruction. Dr. Shoemaker is considered by many an excellent pelvic floor reconstructive surgeon. He is often asked to teach these skills to other gynecologic surgeons.

In the early 1990s, Dr. Shoemaker was called upon to help design the Women's Services Department for Bay Area medical Center in Corpus Christi. After extensive travel and consultation, he helped complete one of the state-of-the-art facilities in the country. He subsequently served on that hospital's board of directors for the next four years.

**PROCTOR AND KEY OPINION LEADER**

| | |
|---|---|
| 1991 – 2001 | Ethicon Endosurgery |
| | Laparoscopically Assisted Vaginal Hysterectomy |
| | Laparoscopic Burch |
| | Laparoscopic Supracervical Hysterectomy |
| | Endoscopic Suturing |
| | |
| 2006 – 2011 | Ethicon Women's Health and Urology |
| | Prolift |
| | Prosima |
| | TVT and TVT-O |
| | TVT-Exact |
| | TVT-Abrevo |
| | |
| 2011 – Present | Intuitive Surgery |
| | Total Laparoscopic Hysterectomy Davinci Robotic Surgery |
| | Abdominal Sacrocolpopexy |
| | |
| 2012 – Present | ACell Company |
| | Pelvic Floor Reconstruction |
| | Matristem Biologic Graft |