# EXHIBIT F

| | |
|---|---|
| **From:** | Kammerer, Gene [ETHUS] |
| **Sent:** | Mon, 10 May 2004 16:20:27 GMT |
| **To:** | Melican, Mora [ETHUS] <MMELICAN@ETHUS.JNJ.COM>; Brown, Kelly [ETHUS] <KBrown8@ETHUS.JNJ.com>; Gosiewska, Anna [ETHUS] <AGosiews@ETHUS.JNJ.com> |
| **CC:** | Walji, Zenobia [ETHUS] <ZWalji2@ETHUS.JNJ.com> |
| **Subject:** | FW: Mesh for TVM |

Here is some input from the Gynecare European unit regarding mesh used for pelvic floor repair. Pro. Jacquetin is the inventor of the Pelvic floor repair technique Gynecare will be marketing next year. We are working very closely with him and Dr. Cosson to develop it. Based on this information and other communications I have had it seems our competition is ahead of us in this area. We need to think about how we can fast forward this project, get more support from both Gynecare and Ethicon as well as quickly optimize the construction. Kelly, let's add this in to our meeting agenda tomorrow.

Gene

-----Original Message-----
**From:** Berthier, Ophelie [JNJFR]
**Sent:** Monday, May 10, 2004 11:39 AM
**To:** Walji, Zenobia [ETHUS]
**Cc:** Bonet, Giselle [ETHUS]; Kammerer, Gene [ETHUS]; Arnaud, Axel [JNJFR]
**Subject:** Mesh for TVM

Zenobia,

I know you are working on new mesh materials with Gene and I'd like to share with you the inputs of Pr Jacquetin and Dr Cosson.

Their main concern is now the shrinkage of the mesh which may lead to pain, dyspareunia...Indeed now that they have tremendously improved the technique and lowered the erosion rate what needs to be improved is the shrinkage of the mesh (in this case gynemesh soft).

We will need to adress this when thinking about a next generation mesh. Is synthetic coated with collagen better (like Ugytex from Sofradim)? It sounds like surgeons are very happy with ugytex. However, there is no real scientific proof today this coated mesh reduces erosion or shrinkage.

Pr Jacquetin and Dr Cosson are extremely interested and know a lot about meshes. I'd like to involve them in any way we can when looking for new mesh materials.
I know TYCO went to see Dr Cosson and had shown him very interesting mesh materials (he couldn't tell me more about it as he has a confidentiality agreement with them). We need to be proactive as now it sounds like we have a great technique...and a good but not perfect mesh...

Thanks again for all your support,

Ophélie

**Ophélie Berthier**
**Gynecare Marketing Manager**
**Phone:(33) 1 55 00 31 99**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00584846