APPROVED and SO ORDERED.
ENTER: 264814238

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327**<br>**MDL 2327**<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |
| THIS DOCUMENT RELATES TO:<br>WAVE 1 CASES | |

## MOTION TO SUBSTITUTE AMENDED
## EXHIBIT A TO DAUBERT MOTION

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon"), by counsel, move to replace "Exhibit A" to their Motion to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D. filed on April 20, 2016, [ECF No. 1987], with the "Amended Exhibit A" attached to this Motion. Amended Exhibit A updates and makes current the information set forth in the original Exhibit A.

Wherefore, Defendants urge this Court to enter an Order granting Defendants leave to substitute Amended Exhibit A for Exhibit A attached to the "Motion to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D."

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON


*/s/ David B. Thomas*

David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:  304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*

Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:  601.985.4523
christy.jones@butlersnow.com