IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
      PELVIC REPAIR SYSTEM                              MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

O R D E R

Pending before the court is a Request for Approval of Substitution or Withdrawal of Counsel filed on January 27, 2016 [ECF No. 1862], a Motion for Substitution and Withdrawal as Counsel filed on February 17, 2016 [ECF No. 1880], and an Amended Motion to Withdrawal *[sic]* as Attorney filed on February 19, 2016 [ECF No. 1884]. In the motions, counsel from Girardi | Keese are requesting to withdraw. The amended motion states that in the main MDL and each member case in MDL No. 2327 in which Thomas V. Girardi and Amy Fisch Solomon, of Girardi | Keese appear, they be withdrawn as counsel. In support of the motion, Thomas V. Girardi and Amy Fisch Solomon state that other counsel remain in each member case in which Girardi | Keese have appeared.

It is **ORDERED** that the Request for Approval of Substitution or Withdrawal of Counsel [ECF No. 1862] and the Motion for Substitution and Withdrawal as Counsel [ECF No. 1880] are **DENIED as moot**. The Amended Motion to Withdrawal *[sic]* as Attorney [ECF No. 1884] is **GRANTED.**

The Clerk is **DIRECTED** to terminate Thomas V. Girard and Amy Fisch Solomon as counsel of record, both on the main master docket and for each individual

member case in MDL 2327 with which Thomas V. Girardi and Amy Fisch Solomon are associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 26, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE