# MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Barbara Kurtz<br>Susan Brown<br>Carol Kiel<br>Mary Patchan<br>Donna Lawrence<br>Anita Franks<br>Teresa M. Allen<br>Donna Cherry<br>Karen Ladd<br>James Ladd<br>Ann Bulmer<br>Sandy Grady<br>Kathy Gullick<br>Tyra Horton<br>Anne Holly Anderson<br>Tracy Sippel<br>Aurelia Donnelly<br>Kathryn Voltz<br>Kathryn McDonald<br>Victoria Sweet<br>Cynthia Krypciak<br>Della R. Archer<br>Cynthia Geiwitz<br>Sondra Forbes<br>Alma Franco<br>Donna Schibler<br>Judith Smrcka<br>Angela Bowman<br>Iona Shelton<br>Mamie Bennett<br>Sherry Buchanan<br>Tabatha Smitley<br>Ruth Council<br>Cheryl Relles<br>Mary Browder<br>Perva Leach<br>Patricia Austin<br>Pamela Doemling<br>Hazel Webb<br>Christine Mock<br>Jennifer Mooney<br>Nancy Tevis<br>Donna Keeney | Texas Northern | 3:16-cv-963 | 2:16-cv-3888 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Judy Oldfield<br>Brenda Hildebrand<br>Saada Berry<br>Nancy Wojtum<br>Deborah McNeil<br>Reshell Washington<br>Tressa Keith<br>Connie Cravens<br>Nelda Stephens<br>Enedina Thorndike<br>Phyllis Tanguay<br>Helen Gray<br>Anne-Marie Worrey<br>Frances Milazzo<br>Denise Griffin<br>Barbara Hockaday<br>Dorothy Renaud<br>Carol Tenorio<br>Barbara Burrows<br>Barbara Pack<br>Eileen Cavanaugh<br>Sharon Daly<br>Wanda Spangler<br>Irma Gaytan<br>Goldie Lam<br>Bernice Nelson-Jones<br>Gail Hollon<br>Patricia Jabro<br>Vicki Torix<br>Patricia Morris<br>Kathy Elswick<br>Margaret Stapleton<br>Brenda Joyce Timberlake-Hill<br>Heather Owings<br>Ann Renee Conley<br>Frances Adams<br>Karen Bass-Brubaker<br>Dolores Clark<br>Juanita Petitfills<br>Judy Hagy<br>Leslie Dias<br>Terronda Mincey<br>Joseph Owings<br>Christina Carillo<br>Maxine Davis Myers | Texas Northern | 3:16-cv-963 | 2:16-cv-3888 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Cindy Dellinger<br>Brenda Prewitt<br>Bobby Prewitt<br>Debra Young<br>Linda Bramwell<br>Debra Buelna<br>Shirley Wilson<br>Carole Keary<br>Kimberly Kinzer-Basham<br>Jean McBay<br>Valerie Levett<br>Dorothy Davis<br>Helen Hausman<br>Deloris Harding<br>Barbara Minard<br>Betty Martin<br>Debbie Stack<br>Shirley Gilbert<br>Mary Sperry<br>Annie Sapp<br>Judith Orr<br>Mary Wilson<br>Nicki Gonzalez<br>Joan Lane<br>Louise Noble<br>Tammy Porter<br>Trina Turpin<br>Gail Harris<br>Mary James<br>Marilyn Owensby<br>Ramona Kirksey<br>Sandra Eutsler<br>Lisa Poole<br>Ellen Barnes<br>Gail McDowell<br>Angelica Contreras<br>Carla Friday<br>Katie Davidson<br>Sally Fowks<br>Charlene Fields<br>Linda Grover<br>Rubye Williams<br>Margaret Miller<br>Martha Reed<br>Masie Gowens | Texas Northern | 3:16-cv-963 | 2:16-cv-3888 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Wanda Griffis<br>Susan Clark<br>Marilyn Isbell<br>Colleen Cobb<br>Helen Roberts<br>Nancy Djirikian<br>Glynell McDaniel<br>Myriam Iturres<br>Linda Posey<br>Julia Pillars<br>Carol Bostwick<br>Lucille Maxwell<br>Diane Gravley<br>Evelyn Craig<br>Nellie Isaacs<br>Gloria Cox<br>Jacqueline Green<br>Pamela Welch<br>Carol Johnston<br>Connie Buescher<br>Peggy Mills<br>Paulett Butcher<br>Lori Younse<br>Mindie Duhon<br>Shelby Hagen<br>Yvonne Hall<br>Carol Capurro<br>Grace Cartwright<br>Lorena Cardenas<br>Mary Kinney<br>Linda Kirk<br>Rosemary Kline<br>Catherine McQuaide<br>Patricia Jo Henson<br>Karen Gilbert<br>Joyce Mitchell<br>Billie Pryce<br>Barbara Payton<br>Alice Hemphill<br>Belinda Esancy<br>Cammy Riley<br>Taina Johnson<br>Concepcion Clement<br>Faith Ernst<br>Annette Olson | Texas Northern | 3:16-cv-963 | 2:16-cv-3888 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Patricia Strother<br>Pamela Ripley<br>Lisa Lozano<br>Helen Montgomery<br>Beverly Benjamin<br>Edna Crauswell<br>Emma Hughes<br>Mildred Bell<br>Brenda Uhlmann<br>Sheila Murray<br>Nancy Piercy<br>Barbara Fry | Texas Northern | 3:16-cv-963 | 2:16-cv-3888 |