# EXHIBIT A

**PLAINTIFFS' MOTION TO EXCLUDE OR OTHERWISE LIMIT THE OPINIONS AND TESTIMONY OF SCOTT SERELS, M.D., RELATES TO THE FOLLOWING CASES:**

- *Ridgley v. Ethicon, Inc., et al*, No. 2:12-cv-01311