# EXHIBIT D

# SCOTT R. SERELS, M.D.

**CURRENT ADDRESS**



## CURRENT POSITION

**Bladder Control Center of Norwalk** (division of The Urology Associates of Norwalk), Norwalk, Connecticut. - Director of daily operations which involve urodynamics, female urology, and neurourology.  July 1999 - present.

**Norwalk Hospital**, Norwalk, Connecticut. - Urogynecology Section Head involved with developing the section and overseeing the creation of a center of excellence. 2005 - present

## POST GRADUATE MEDICAL TRAINING

CLEVELAND CLINIC FOUNDATION, Cleveland, Ohio. - Clinical Associate specializing in female urology / urodynamics / neurourology with Dr. Rodney Appell. - July 1998 - July 1999.

ALBERT EINSTEIN COLLEGE OF MEDICINE AND MONTEFIORE MEDICAL CENTER, Bronx, N.Y. - Completed four year urologic residency.  July 1994 - July 1998.

LOS ANGELES, CA. -  Rotation in female urology with Dr. Shlomo Raz and Dr. Gary Leach.  - January 1997.

MEMORIAL SLOAN KETTERING, NY, NY.  - Rotation in urologic oncology.  - November and December 1995.

ALBERT EINSTEIN COLLEGE OF MEDICINE AND MONTEFIORE MEDICAL CENTER, Bronx, N.Y. - Completed two years of surgical residency.  July 1992 - July 1994.



PLAINTIFF'S
EXHIBIT NO. 4
FOR IDENTIFICATION
DATE 9/7/16 RPTR 25
PENGAD 800-631-6989

**EDUCATION**

NEW YORK UNIVERSITY SCHOOL OF MEDICINE, New York, N.Y.
        Obtained Medical degree in May 1992.

BRANDEIS UNIVERSITY, Waltham, MA
        Bachelor of Arts in Biology and Economics, Magna Cum Laude, May 1988
        Honors Thesis in Biology: Investigating the ATPase Effects of Smooth Muscle
Myosin.


**BOARD STATUS**

Board Certified in Urology 2008
Part I Examination of The American Board of Urology: Passed May 1998
Part II Examination of The American Board of Urology: Passed February 2001
American Board of Urology recertified in 2009

Boarded in **Female Pelvic Medicine and Reconstructive Surgery in 2013**

**AWARDS**

Recipient of Scallon Surgical Award for surgical innovations, May 2001

Montefiore Medical Center Resident Recognition Award, May 1995

Recipient of the *Samuel Soifer Memorial Award*, May 1992 for Excellence in Urology.

**MEMBERSHIPS**

American Urological Association: Associate Member
Society of Urodynamics and Female Urology
American Association of Clinical Urologists

**Extracuricular Activities**

Scuba Diving, Wind Surfing, Biking, Boating, Tennis

**PELVIC PROLAPSE AND INCONTINENCE COURSES**

**Lecturere for solyx throughout the US and Europe**

Lecturer for Single incision slings and single incision prolapse procedures both nationally and internationally

Lecturer for uphold/pinnacle products on multiple occasions throughout country

Lecturer for Apogee/perigee products on multiple occasions throughout the country

Lecturer for Miniarc on multiple occasions throughout the country

Lecturer for Monarc on multiple occasions throughout the country

Lecturer for Sparc on multiple occasions throughout the country

Lecturer for Prolift on multiple occasions throughout the country

Lecturer for TVT-S on multiple occasions throughout the country

Involved in  many previous research studies for various products

Consultant for incontinence and prolapse products

Multiple Grand Rounds given in various locations throughout the country

**PUBLICATIONS**

**Serels, S**.,Duoso, M. Long term follow up of the Solyx single-incision sling system in the treatment of female stress urinary incontinence. Pending publication

**Serels, S.** Cadaveric Assessment of Synthetic Mid-Urethral Sling Placement. *Open Journal of Urology*, **2011, 1, 19-24** doi:10.4236/oju.2011.12006 Published Online May 2011.

**Serels, S .** Research takes aim at mesh erosion. Urology Times. Feb. 2011.

**Serels S**, Nosseir SB, Lind LR, Winkler HA. Safety and efficacy of the Solyx single-incision sling for the treatment of stress urinary incontinence: preliminary results. UroToday Int J. 2011 Feb4(1):art5. doi:10.3834/uij.1944-5784.2011.02.05.

**Serels SR**,  Toglia MR;  Forero-Schwanhaeuser S,   He W Impact of Solifenacin on Diary-Recorded and Patient-Reported Urgency in  Patients with Severe Overactive

Bladder (OAB) Symptoms. Curr Med Res Opin. 2010 Oct;26(10):2277-85.

**Serels, S.**,Duoso, M., Short, G. Preliminary findings with the Solyx single-incision sling system in female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2010 May;21(5):617.

**Serels S**.  Pelvic prolapse surgery. *Urology Times Clinical Edition*.June 2009.

Toglia M, **Serels S**, Laramee C, Karram M Smith N, Nandy I, Andoh M, Siefeldin R. Solifenacin for Overactive Bladder: Patient reported Outcomes from a Large Placebo-Controlled Trial. Postgraduate Medicine Sept. 2009, Vol 121, No 5, pages 151-158.

Moore, R;  **Serels, S ;** Davilla, G. Minimally invasive treatment for female stress urinary incontinence.  *Expert Review of Obstetrics and Gynecology* March 2008, Vol. 3, No. 2, Pages 257-272.

Moore RD, **Serels SR**, Davila GW, Settle P. Minimally Invasive Treatment for Female Stress Urinary Incontinence (SUI): A Review Including TVT, TOT, and Mini-Sling. Surg Technol Int. 2009;18:157-73.

Karram MM, Toglia MR, **Serels SR**, Andoh M, Fakhoury A, Forero-Schwanhaeuser S. Treatment with solifenacin increases warning time and improves symptoms of overactive bladder: results from VENUS, a randomized, double-blind, placebo-controlled trial. Urology. 2009 Jan;73(1):14-8

Anderson R, Macdiarmond S, Kell S, Barada J, **Serels S**, Goldberg R.  Comparison of the effectiveness and tolerability of extended-release formulations of oxybutynin and tolterodine in women with or without prior anticholinergic treatment for overactive bladder. *Int urogyn J 2008*

Dodds, P; Batter, S; Shield, D; **Serels, S;** Garafalo, F; Maloney, P.  ADAPTION OF ADULTS TO UNCORRECTED HYPOSPADIAS.  *Urology 2008 :* 685

**Serels S**. Current Thoughts on synthetic mid-urethral slings.*Curr Urol Reports* 2007, 8:359-363.

Moore, R; Erickson, T; **Serels, S**; Feagins, B.  Retrospective review of early experience using the AMS MiniArc Single Incision Sling.  *The Journal of Minimally Invasive Gynecology*, Volume 14, Issue 6, Pages S129-S130 November 2007.

Davila GW, Johnson D, **Serels S**.Multicenter experience with the Monarc transobturator sling system to treat stress urinary incontinence.
Int Urogynecol J Pelvic Floor Dysfunct. 2006 Sep;17(5):460-5.

Erdem N, **Serels S** Managing overactive bladder Nonpharmacolgic and pharmacologic treatments. *Eldercare* 5(3): 9-12, 2005.

Erdem N, **Serels S** Understanding and managing elderly patients with overactive bladder and urge urinary incontinence. *Geriatrics* suppl 4-15, 2004

**Serels** S. Darifenacin : a viewpoint by scott **serels**. *Drugs & Aging. 21(13):893-4, 2004.*

**Serels SR.** The Wet Patient: Understanding Patients with Overactive Bladder and Incontinence. Curr Med Res Opin 2004; 20(6): 791-801.

**Serels SR.** The Wet Patient: Understanding Overactive Bladder and Urge Incontinence. *Urology Times*( Suppl). 2004

Dodds PR, Batter SJ, and **Serels SR**. Priapism Following Ingestion of Tamulosin. *J Urol* 2003; 169: 2302

**Serels SR** and Appell RA. Minimally Invasive Techniques for Surgical Treatment of Stress Urinary Incontinence. In: Vasan S S (Ed) *Urinary Incontinence*. 2002.

**Serels SR** and Appell RA. Contemporary Diagnosis and Management of Bladder Control Problems. Newtown: Handbooks in Health Care Co. 2002.

Wang HZ. Day N. Valcic M. Hsieh K. **Serels** S. Brink PR. Christ GJ. Intercellular communication in cultured human vascular smooth muscle cells. *American Journal of Physiology - Cell Physiology. 2001; 281(1):C75-88.*

Melman A. **Serels** S. Priapism. *International Journal of Impotence Research.2000; 12 Suppl 4:S133-9.*

**Serels SR**, Rackley RR, and Appell RA. Comparison of in situ vaginal wall sling procedures. *Contemp Urol* 2000; 12: 43-48.

**Serels SR** and Appell RA. Bone Fixation in the Setting of Pubovaginal Sling Surgery. In: Raz S (Ed) *Atlas of the Urologic Clinics of North America: Vaginal Reconstructive Surgery(vol 8).* Philadelphia: W.B Saunders  2000.

**Serels SR** and Appell RA. Clinical Pharmacology. In: Appell RA (Ed) Voiding Dysfunction : diagnosis and treatment. Totowa: Humana Press 2000.

**Serels SR**, Rackley RR, and Appell RA. Surgical Treatment for Stress Urinary Incontinence Associated with Valsalva Induced Detrusor Instability. *J Urol* 2000; 163: 884-887.

**Serels SR** and Appell RA. Tolterodine: A new treatment option for the overactive bladder. *Today's Ther Trends* 1999; 17: 13-21.

**Serels SR** and Appell RA. Tolterodine: A new antimuscarinic agent for the treatment of the hyperactive bladder. *Exp Opin Invest Drugs* 1999; 8: 7.

**Serels SR**, Rackley RR, and Appell RA. In-situ slings with concurrent cystocele repair Techniques in Urology 1999; 5: 129-132.

**Serels S**. and Melman A. Priapism. In: Carson C.C., Kirby R.S., Goldstein I. (Eds) *Textbook of Male Erectile Dysfunction* . Oxford: Isis Medical Media 1999.

**Serels S.**, Day N.S., Wen Y.P., Giraldi A., Melman A. and Christ G.J. Molecular studies human connexin 43 (Cx 43) expression n isolated corporal tissue strips and cultured corporal smooth muscle cells. *Int J Impot Res* 1998; 10(3): 135-143.

Giraldi A., **Serels S.**, Autieri M., Melman A. and Christ G.J. Endothelin-1 as a Putative Modulator of gene Expression and Cellular Physiology in Cultured Human Corporal Smooth Muscle Cells. *J Urol* 1998; 160: 1856-1862.

**Serels S**. and Melman A. Tamoxifen as a Treatment of Gynecomastia/Mastodynia Resulting from Hormonal Deprivation . *J Urol* 1998; 159: 1309.

**Serels S**. and Stein S. Prospective Cross-over Study Comparing Hyoscyamine, Doxazosin, and Combination Therapy for the Treatment of Urgency and Frequency in Women . *Neurourology and Urodynamics* 1998; 17: 31-36.

**Serels S**. and Fleischmann J.D. Screening for Prostste Cancer: What Makes Sense and What Does Not. *Resident & Staff Physician* 1997; 43: 25-27.

**Serels S**. and Stein S. Meta-analysis of Four Different Surgical Treatments for Stress Urinary Incontinence. *Canadian  J. Urology* 1997; 4: 300-304.

Lerner S., **Serels S.**, Zincke H. Nephron-Sparing Surgery: A Review. *Mediguide to Urology* 1997; 9(5): 1-8.

**Serels S**. and Fleischmann J.D. Current concepts of the role of biologic response modifiers in the management of superficial bladder cancer. *World Journal of Urology* 1997; 15: 96-102.

**Serels S**. and Kogan S. Bilateral Giant Abdominoscrotal Hydroceles in Childhood. *Urology* 1996; 47: 763-765.

Stein M. and **Serels S**. Medical and Surgical Treatment of Benign Prostatic Hypertrophy. *Resident & Staff Physician* 1995; 41: 27-35.

**Serels S.**, Liebmann J., Ritch R., Milch F., Eisenberg W., Tears of the Retinal Pigment Epithelium: Occurrence in Association with Choroidal Effusion. *Ophthalmic Surgery* 1991; 22: 142-144.

## PRESENTATIONS / ABSTRACTS

**Serels, S.**,Duoso, M., RE: LONG TERM FOLLOW UP OF THE SOLYX SINGLE–INCISION SLING IN THE TREATMENT OF FEMALE STRESS URINARY INCONTINENCE(SUI) *American Association of gynecologic Surgeons 2013*

**Serels S.** Cadaveric Assessment of Immediate Pull Out Strength of the Three Common Synthetic Sling Approaches: Single Incision, Retropubic, and Transobturator *American Association of gynecologic Surgeons 2010*

**Serels S**, Nosseir, S, Larry L, Winkler H. Prospective multi-center study looking at the Safety and Efficacy of the Solyx™ SIS System. *American Association of gynecologic Surgeons 2010*

**Serels, S.** Cadaveric Assessment of Synthetic Mid-Urethral Sling Placement.  International Continence Society 2009 Scientific Program, *Societe Internationale d'Urologie 2009, American Association of gynecologic Surgeons 2009*

**Serels, S.**,Duoso, M., Short, G.  Retrospective review of early experience using the Boston Scientific SolyxTM Single Incision Sling System to treat stress urinary incontinence in women: intraoperative experience.  *Societe Internationale d'Urologie 2009*

*Serels, S. Video presentaion of the Solyx SIngle Incision Sling.* International Continence Society 2009

**Serels, S**, Christine LaramÉe, M.D., Sergio Forero-Schwanhaeuser, M.D., Weizhong He, Ph.D. IMPACT OF SOLIFENACIN ON PATIENT-REPORTED OUTCOMES IN SUBJECTS WITH SEVERE overactive bladder symptoms **presented at western section of the AUA (2008)**

**Serels,S.** Christine LaramÉe, M.D., Sergio Forero-Schwanhaeuser, M.D., Weizhong He, Ph.D.\*: SOLIFENACIN USE IN BLACK PATIENTS WITH OVERACTIVE BLADDER: URGENCY AND HEALTH-RELATED QUALITY OF LIFE OUTCOMES **presented at western section of the AUA (2008)**

David Staskin MD; Roger Dmochowski MD; **Scott Serels** MD; Al Fakhoury PharmD. Report from a randomized, placebo-controlled study showing significant improvement in urgency and patient-reported outcomes in overactive bladder patients treated with solifenacin. Presented at the New England AUA annual meeting. 2007.

Anderson, R; MacDiarmid, S; Kell, S; Barada, J; **Serels, S**; Goldberg, R.  Effectiveness and tolerability of extended-release oxybutynin vs. extended-release tolterodine in women with or without prior anticholinergic treatment for over-active bladder.

International Urogynecology Journal and Pelvic Floor Dysfunction 2006

**Serels, S.** , Andoh, M. ,Smith, N. **,** *Urology*, 68, p.72-72, Nov 2006 and presented at SIU Meeting, New Zealand.
Solifenacin significantly improves urgency in overactive bladder (OAB) patients compared to placebo

**Serels, S.**, Andoh, M., Smith, N. , *Urology*, 68, p.73-73, Nov 2006 and presented at SIU Meeting, New Zealand.
 Solifenacin treatment in patients with OAB reduces symptom bother and improves health-related quality of life

**Serels S**, Andoh M,  Smith N, Solifenacin Treatment in Patients with OAB Reduces Symptom Bother and Improves Health-Related Quality of Life. Presented at societe international urologic. Cape town, South Africa Nov 2006

**Serels S**, Andoh M,  Smith N Solifenacin Significantly Improves Urgency in Overactive Bladder (OAB) Patients Compared to Placebo. Presented at societe international urologic. Cape town, South Africa Nov 2006

**Serels SR.** Monarc transobturator sling for stress urinary incontinence: operative technique, morbidity, and 6 month interim results of a multi-center  prospective study. Presented at Northeastern and New England AUA Annual Meeting, Bermuda Nov 2005

**Serels SR.** Suprapubic slings in the treatment of stress urinary incontinence with low leak point pressure and decreased hypermobility.  Presented at Northeastern and New England AUA Annual Meeting, Bermuda Nov 2005

**Serels SR.** Botulinum toxin as a treatment for the overactive bladder in a community setting.  Presented at Northeastern and New England AUA Annual Meeting, Bermuda Nov 2005

**Serels SR** Stress urinary incontinence- past, present, future presented at Westchester Medical Center gynecology grand rounds Dec 2005

**Serels SR** Stress urinary incontinence- past, present, future presented at Huntington Hospital gynecology grand rounds Sept 2005

**Serels SR.** Overactive Bladder-New treatment options.  Presented at St Johns hospital surgical grand rounds, Yonkers NY Nov 2004

**Serels SR.** Transobturator Slings in the Treatment of Stress Urinary Incontinence. Presented at New England AUA Annual Meeting, Amelia Island Sept 2004

Davila G, Johnson J, **Serels S**.  Early US experience with a transobturator sling to treat stress urinary incontince. ICS IUGA joint meeting August 23-27 2004 Paris, France.

Moore R, Miklos J, Knoll L, Dupont M, Winkler H, Lind L, **Serels S**, Karram M, Walters

M, Davilla G Preliminary Procedural and safety data from the united states clinical study on AMS Monarc subfacial hammock. ICS IUGA joint meeting August 23-27 2004 Paris, France.)

**Serels SR.** Treatment of Mixed Incontinence with Extended Release Formulations of Oxybutynin and Tolterodine. Presented at New England AUA Annual Meeting, Amelia Island Sept 2004.

**Serels S** A Prospective, Randomized, Double-Blind Study of the Effecacy and Tolerability of the Extended-Release Formulations of Oxybutynin and Tolterodine:Results of the Opera Trial. Presented at the 72nd NE-AUA annual meeting, Quebec, Canada, 2003.

**Serels S** Comparison of Two Treatments for Overactive Bladder in Patients NaÔve to Anticholinergic  Medications. Presented  at the 72nd NE-AUA annual meeting, Quebec, Canada, 2003.

**Serels S**, New Developments in the Treatment of Incontinence at Norwalk Hospital Medical Grand Rounds. 5/03.

**Serels S**, Incontinece. Presented at St Vincent Hospital Grand Round lecture series. 4/03.

**Serels S**, New Developments in the Treatment of Incontinence Presented at Norwalk Hospital Medical Gynecologic Grand Rounds. 4/03.

**Serels S** New Treaments for Stress Urinary Incontinence. Presented at the Scanlon Society annual meeting, New Hamshire, 2002.

**Serels S** Abdominal Sacral Colpopexy: A Novel Surgical Approach. Presented at the Scanlon Society annual meeting, New Hamshire, 2002.

**Serels S**, Devices for Urinary Control. Presented Yale University Gynecologic lecture series 4/01.

**Serels S,** The Overactive Bladder. Presented Grand Rounds for SyracuseUniversity urology department 10/00.

**Serels S**, Rackley R, Appell R. Comparison of Cadaveric Fascia Lata. Presented at Internatinal continence Society 8/99.

**Serels S**. Urinary Incontinence: an overview. Medical Grand Rounds at Norwalk Hospital 8/99.

**Serels S**. Recurrent and Atypical Urinary Tract Infections. Presented Advances in Urology course sponsored by The Cleveland Clinic foundation 3/99.

**Serels S**. Stroke: urodynamic testing and empiric treatment. Presented Advances in Urology course sponsored by The Cleveland Clinic foundation 3/99.

**Serels S**. Medical management of the overactive bladder. Pharmacia Upjohn lecture series 9/98.

Sadhukhan P, Rackley R, Bandyopadhyay S, **Serels S**, Appell R. Extraction of cellular genetic material from human fascia lata allografts. Presented at the 94th AUA annual meeting, Dallas Texas, 1999.

**Serels S**, Day N, Wen YP, Giraldi A, Melman A, Christ GJ. Molecular studies of human connexin 43 (Cx43): evidence for the validity of in vitro cellular studies and age-dependent alterations in Cx43 mRNA levels in human corpus cavernosum smooth muscle. Presented at the AUA 92nd annual meeting, New Orleans Louisiana, 1997.

**Serels S**. and Stein S. Prospective Cross-over Study Comparing Hyoscyamine, Doxazosin, and Combination Therapy for the treatment of Urgency and Frequency in Women. Presented at the AUA 91st annual meeting, Orlando Florida, 1996.

**Serels S**. and Stein S. Meta-analysis of Four Different Surgical Treatments for Stress Urinary Incontinence. Presented at the AUA 91st annual meeting, Orlando Florida, 1996.

Christ G.J., Spektor M., Gondre C.M., Wen Y.P., Valcic, M., **Serels, S.**, and Rosenbaum, R. Pharmacomechanical Coupling, Signal Transduction and Intercellular Communication in Human Vascular Smooth Muscle. Presented at the Experimental Biology meeting Washington, D.C. 1996.

**Serels S**. Evaluation of Voiding Symptoms in Healthy Women. Presented at the Valentine Essay Competition, New York, NY 1995.

Kahan N.Z., **Serels S**., Lerner S.E., and Lai P. A single institution's initial experience with transperineal ultrasound guided seed implantation for prostate cancer. Presented at urologic meeting in Israel 1996.

**Serels S**., Liebmann J., Ritch R., Marmor M., Apraclonidine Reduces the POST-Dilation Intraocular Pressure Rise; presented annual meeting of the Association for Research in Vision and Ophthalmology, Sarasota Florida, May 1991.

**AUDIO TAPES**

Recurrent and atypical urinary tract infections. **Audio-Digest**. Obstetrics & Gynecology
Volume 46, Issue 14 July 21, 1999.