# EXHIBIT E

# Scott Serels

## Reliance List
## *in Addition to Materials Referenced in Report*

## MDL Wave 1

Serels, Scott - Materials List, Updated 2.26.2016.XLSX
Medical Literature

**Medical Literature**

| |
|---|
| Abdel-Fattah, M, et al (2008). Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapse. BJOG 115: 22-30.Urogynecol j 22: 789-798. |
| Abdelmonem AM. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. European Journal of Obstetrics & Gynecology and Reproductive Biology 151 (2010) 190-192 |
| Abed, H.  Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review.  Int Urogynecol J; 2011;11:1384-95. |
| Adhoute F, et al. - (French, Eng abs) Use of transvaginal polypropylene mesh (Gynemesh) for the treatment of pelvic floor disorders in women.  Prospective study in 52 patients. Prog Urol 2004;14(2):196-196. |
| Adhoute, F., et al.  Use of transvaginal polypropylene mesh (Gynemesh) for the treatment of pelvic floor disorders in women.  Prospective study in 52 patients. Prog Urol 2004;14(2):196-196. |
| Agarwala N. Laparoscopic sacral colpopexy with Gynemesh as graft material - Experience and results, J Minim Invasive Gynecol. 2007 Sep-Oct;14(5):577-83 |
| Agostini, A. Immediate Complications of Tension-Free Vaginal Tape (TVT): Results of a French Survey. Eur J Obstet Gynecol Reprod Biol. 2006 Feb 1;124(2):237-9 (2006) |
| Aigmueller, T. Ten-year follow-up after the Tension-free Vaginal Tape Procedure. Am J Obstet Gynecol 2011;205 |
| Aigmueller. Reasons for dissatisfaction ten years after TVT Procedure. Int Urogynecol J (2014) 25:213-217. |
| Albo, M.E. Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med |
| Albo, M.E. Treatment Success of Retropubic and Transobturator Mid Urethral Slings at 24 Months. The Journal of Urology Vol. 188, 2281-2287, December (2012) |
| Ali S, et al. Abs 292 A Prospective Randomized Trial using Gynemesh PS for the Repair of Anterior Vaginal Wall Prolapse. Int Urogynecol J (2006) 17 (Suppl 2): S171-359 |
| Al-Nazer MA, et al. Abs 084 Comparative study between anterior colporrhaphy versus vaginal wall repair with mesh for management of anterior vaginal wall prolapse.Int Urogynecol J (2007) 18 (Suppl 1): S25-S105 |
| Alperin M, et al. Perioperative outcomes of the Prolift pelvic floor repair systems following introduction to a urogynecology teaching service. Int Urogynecol J (2008) 19:1617-1622 |
| Altman, D.  Anterior colporrhaphy versus transvaginal mesh for pelvic-organ prolapse. N Engl J Med |
| Altman, D.  Perioperative morbidity using transvaginal mesh in pelvic organ prolapse repair. Obstet Gynecol |
| Altman, D. et al. (2009). Sexual Dysfunction after Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse. Obstet Gynecol 113: 127-33 |
| Amid, P.K. Classification of Biomaterials and their related Complications in Abdominal Wall Hernia Surgery. |
| Anderson, K.F Surgical management of ICS, IUGA class 1-4 transvaginal mesh (TVM) prolapse kit complications: 8-year review of 82 patients from a single center. (2015) |
| Angioli. Eur Urol - Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Urol. 2010 Nov;58(5):671-7 |
| Athanasiou, S. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J (2014) 25:219–225 (2014) |
| Athanasiou. [Pop 124, 7 yr fu] Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J. 2013 Jul 27. [Epub ahead of print] (2014) |
| Aube, M. ICS Abstract 456 - Long Term Efficacy and Patient Satisfaction of Pelvic Organ Prolapse Reduction Using |
| Balchandra, P. Perioperative outcomes and prospective patient reported outcome measure for transvaginal mesh surgery. Arch Gynecol Obstet (2015) |
| Barber, M.  Comparison of 2 transvaginal surgical approaches and perioperative behavioral therapy for apical vaginal prolapse – The OPTIMAL randomized trial.  JAMA:2014;311;1023-1034. |
| Barber, M.  Factorial comparison of 2 transvaginal surgical approaches and perioperative behavioral therapy for apical vaginal prolapse.  JAMA:2014;11:1719. |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX

Medical Literature

| |
|---|
| Barber, M.D. Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse. JAMA. 2014;311(10)1023-1034 (2014) |
| Barber, M.D. Transobturator Tape Compared with Tension-Free Vaginal Tape for the Treatment of Stress Urinary Incontinence. Obstet Gynecol 2008;111:611-21 (2008) |
| Barber, Matthew D. et al. Defining Success After Surgery for Pelvic Organ Prolapse. Obstetrics & Gynecolog (Sept 2009), Vol 114, No. 3, pgs 600 – 609 |
| Bartley, J.  Secondary surgery after vaginal prolapse repair with mesh is more common for stress incontinence and voiding dysfunction than for mesh problems or prolapse recurrence.  Int Urol Nephrol 2015:DOI |
| Benboouzid, S.  Pelvic organ prolapse transvaginal repair by the Prolift system: evaluation of efficacy and complications after a 4.5 years follow up.  Int J Urol 2012:19;1010-16. |
| Benson, J.  Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation.  Am J Obstet Gynecol 1996;175:1418-1422. |
| Bergman, A. Three Surgical Procedures for Genuine Stress Incontinence: Five-year follow-up of a prospective randomized study. Am J Obstet Gynecol 1995;173:66-71 (1995) |
| Berrocal, J.  Conceptual advances in the surgical management of genital prolapse. J Gynecol Obstet Biol Reprod |
| Bezhenar. [Pop 467. 7 yr] ICS Abs 768 7- year old clinical experience of treating women's urinary incontinence using suburethral slings. (2013) |
| Bezhenar. 7-year old clinical experience of treating women's urinary incontinence using suburethral slings. |
| Bhatia, N.  A comparison of sexual function outcomes 1 year after undergoing a transvaginal mesh procedure using polypropylene mesh vs. hybrid polypropylene/poliglecaprone mesh. Female Pelvic Med Reconstr Surg |
| Brito, L.G. Comparison of the Efficacy and Safety' of Surgical Procedures Utilizing Autologous Fascial and Transobturaior Slings in Patients with Stress Urinary Incontinence. J Reprod Med 2013;58:19-24 (2013) |
| Brown (2002) Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol, Volume 186, |
| Brown BN, et al. Characterization of the host inflammatory response following implantation of prolapse mesh in rhesus macaque. AJOG (2015) |
| Brubaker, L. 5-Year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. The Journal of Urology Vol. 187, 1324-1330, April (2012) |
| Brubaker, L. Adverse Events over Two Years after Retropubic or Transobturator Midurethral Sling Surgery: Findings from the Trial of Midurethral Slings (TOMUS) Study. Am J Obstet Gynecol 2011;205:498.e1-6. (2011) |
| Burgio, Kathryn L. Patient Satisfaction with Stress Incontinence Surgery. Neurourol Urodyn. 2010 November; |
| Caquant, F.  Safety of transvaginal mesh procedure: retrospective study of 684 patients. J. Obstet Gynaecol Res; |
| Carbone, J.M. Pubovaginal Sling using Cadaveric Fascia and Bone Anchors: Disappointing Early Results. The Journal of Urology Vol. 165, 1605-1611, May 2001 |
| Carey, M. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG |
| Chai, T.C. Complications in Women Undergoing Burch Colposuspension versus Autologous Rectus Fascial Sling for Stress Urinary Incontinence. The Journal of Urology Vol. 181, 2192-2197, May (2009) |
| Cheng. [Pop 103, 5 yr fu] Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol (2012) 161:228-231 |
| Chughtai, B.I. Midurethral Sling Is the Dominant Procedure for Female Stress Urinary Incontinence: Analysis of Case Logs From Certifying American Urologists. Urology (2013) |
| Clemons, J.L. Impact of the 2011 FDA Transvaginal Mesh Safety Update on AUGS Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery. Female Pelvic Med Reconstr Surg 2013;19: 191-198 |
| Coady D. Chronic sexual pain. A layered guide to evaluation. Contemporary Ob/Gyn, September 2015, pp. 18-28. |
| Coady, D. Chronic Sexual Pain. A layered guide to evaluation. Contemporary Ob/Gyn, September 2015, pp. 18- |
| Cobb, W.S. The Argument for Lightweight Polypropylene Mesh in Hernia Repair. Surgical Innovation, Vol. 12, No 1(March), 2005: pp 69-69 (2005) |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX
Medical Literature

| |
|---|
| Collinet P. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17: 315–320 |
| Cosson, M.  Prolift (Mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 687 patients.  ICS Abs 121 (2005). |
| Cox A and Herschern S. Evaluation of Current Biologic Meshes in Pelvic Organ Prolapse Repair. Curr Urol. Rep |
| Cox, A. Surgical management of female SUI: is there a gold standard? Nat. Rev. Urol. 10, 78–89 (2013) |
| Cuevas R, et al. Abs 1108 Prolift like (PL) surgery: A management option for severe pelvic organ prolapse (POP) in a public hospital in a developing country. Int Urogynecol J (2011) 22 (Suppl 2): S197-S1768 |
| Da  Silveira, S.  Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment.  Int Urogynecol J 2014. |
| Daly JO. Commentary on Jallah, Moalli 2015 Vaginal mesh products, each an entity unto itself. (2015) |
| Damoiseaux, A. IUGA Abs PP 01- Long-term follow-up (7 years) of a randomized controlled trial: Trocar-guided mesh compared with conventional vaginal repair in recurrent pelvic organ prolapse. (2015) |
| Dandolu, V. IUGA Abs PP 37 - Mesh complications in U.S. after transvaginal mesh repair versus abdominal or laparoscopic sacrocolpopexy. (2015) |
| Dati S, et al. [Pop 23] Prolift vs. Avaulta For Transvaginal Repair Of Severe Pelvic Prolapse. (2008) |
| De Landsheere, L.  Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow up.  Am J Obstet Gyneol 2012;206:83.e1-7. |
| De Leval, J. New Surgical Technique for Treatment of Stress Urinary Incontinence TVT-Obturator: New Developments and Results. Urology Surgical Technology International XIV (200) |
| De Leval, J. Novel Surgical Technique for the Treatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out. European Urology 44 (2003) 724-730 (2003) |
| de Tayrac R, et al. - Abs. 149 Cystocele Repair with a Fixation-Free Prosthetic Polypropylene Mesh. (2001) |
| de Tayrac R, et al.  Cystocele repair by the vaginal route with a tension-free sub-bladder prosthesis. J Gynecol Obstet Biol Reprod (Paris) 2002;31(6):597-599.  (Certified translation) |
| Dean, N. Laparoscopic Colposuspension for Urinary Incontinence in Women (Review). The Cochrane Library |
| Deffieux - (French, Eng Abs) Vaginal mesh extrusion after transvaginal repair of cystocele using (2006) |
| Delorme, E. Transobturator Tape (Uratape): A New Minimally-Invasive Procedure to Treat Female Urinary Incontinence. European Urology 45 (2004) 203-207 (2004) |
| Deprest J, et al. The biology behind fascial defects and the use of implants in pelvic organ prolapse repair. Int Urogynecol J (2006) 17: S16-S25 |
| Dietz, V.  Pelvic organ prolapse and sexual function.  Int Urogyneol J; 2013:24:1853-1857. |
| Diwadkar, G.  Complication and reoperation rates after apical vaginal prolapse surgical repair.  Obstet Gynecol |
| Dwyer, P.L. Editorial: Carcinogenicity of implanted synthetic grafts and devices. Int Urogynecol J (2014) |
| Elmer, C.  Risk factors for mesh complications after trocar guided transvaginal mesh kit repair of anterior vaginal wall prolapse. Neurourology and Urodynamics 2012. DOI 10.1002/nau. |
| Elmer, C., et al. (2009). Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse. Obstet Gynecol 113: |
| Falconer, C. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2): S19-S23 (2001) |
| Fan X, et al. [sheep] Comparison of polypropylene mesh and procine-derived, cross-linked urinary bladder matrix materials implanted in the rabbit vagina and abdomen, Int Urogynecol J (2014) 25: 683-689 |
| Farthmann J, et al. Lower exposure rates of partially absorbable mesh compared to nonabsorbable mesh for cystocele treatment: 3-year follow-up of a prospective randomized trial, Int Urogynecol J (2013) 24: 749-758 |
| Fatton, B.  Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift technique) – a case series multicentric study.  Int Urogynecol J 2007:18:743-752. |
| Feiner, et al (2008). Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review. BJOG 116: 15-24. |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX
Medical Literature

| |
|---|
| Feola A, et al. [monkeys] Deterioration in biomechanical properties of the vagina following implantation of a high-stiffness prolapse mesh, BJOG 2013 Jan;120(2):224-32 |
| Fialkow, M. Incidence of recurrent pelvic organ prolapse 10 years following primary surgical management: a retrospective cohort study. Int Urogynecol J: 2008:19:1483-1487. |
| Firoozi, F. Short and intermediate-term complications of the Prolift transvaginal mesh procedure. Int |
| Ford AA, et al. (Cochrane Review[FULL]) Mid-urethral sling operations for stress urinary incontinence in women |
| Ford, Ogah, et al. Summary Cochrane Review - Mid-urethral sling operations for stress urinary incontinence in |
| Francis, W. Dyspareunia following vaginal operations. Journal of Obstet & Gynacol British Commwlth; |
| Ganj, F. Complications of transvaginal monofilament prolpropylene mesh in pelvic organ prolapse repair. Int Urogynecol J (2009) 20:919-925. |
| Ghezzi, F. Impact of Tension-free Vaginal Tape on Sexual Function: Results of a Prospective Study. Int Urogynecol J (2005) 17:54-59 (2005) |
| Ghezzi, F. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence with Intrinsic Sphincteric Deficiency. Int Urogynecol J (2006) 17: 335-339 (2006) |
| Glatt, A. The prevalence of dyspareunia. Obstet & Gynecol; 1990;75:433-436. |
| Greer, W.J. Obesity and Pelvic Floor Disorders: A Review of the Literature. Obstet Gynecol. 2008 August ; 112(2 |
| Groutz (2010) "Inside Out" Transobturator Tension-free Vaginal Tape for Management of Occult Stress Urinary Incontinence in Women Undergoing Pelvic Organ Prolapse Repair |
| Groutz, A. Long-term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health Vol. 20, No. 10, (2011) |
| Groutz, A. Ten-Year Subjective Outcome Results of the Retropubic Tension-free Vaginal Tape for Treatment of Stress Urinary Incontinence. Journal of Minimally Invasive Gynecology (2011) 18, 726–729 (2011) |
| Groutz. [Pop 52, 10 yr fu] Ten-year subjective outcome results of the retropubic tension-free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol (2011) 18:726-9 |
| Groutz. [Pop 61, 5 yr fu] Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health, Vol 20, No 10 (2011) 1525-1528 |
| Gupta, P. AUA Abs PD20-08 The impact of comorbid chronic pain syndromes on sexual activity and dyspareunia pelvic organ prolapse repair. (2015) |
| Halaska, M. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterecotmy vaginal vault prolapse. Am J Obstet Gynecol |
| Handa VL, Zyczynski HM, Brubaker L, et al. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007;197:629.e1-6. |
| Handa, V.L. Banked Human Fascia Lata for the Suburethral Sling Procedure: A Preliminary Report. Obstet Gynecol |
| Hanes CR and Long FH. SGS Oral Poster 24 - Vaginal Sacral Colpopexy (Gynemesh PS). Journal of Pelvic Medicine & Surgery, Volume 15, Number 2, March/April 2009 |
| Heinonen, P. IUGA Abs OP 093 Long-term outcome after transvaginal mesh repair of pelvic organ prolapse. |
| Heinonen, P. Tension-free Vaginal Tape Procedure without Preoperative Urodynamic Examination: Long-term Outcome. International Journal of Urology (2012) 19, 1003–1009 (2012) |
| Heinonen. [Pop 191, mean 10.5 yrs fu] Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. International Journal of Urology (2012) 19, 1003-1009 |
| Hendrix, S. Pelvic organ prolapse in the Women's Health Initiative: Gravity and gravidity. Am J Obstet Gynecol, (2002) Volume 186, Number 6 |
| Hinoul, P. Surgical Management of Urinary Stress Incontinence in Women: A Historical and Clinical Overview. European Journal of Obstetrics & Gynecology and Reproductive Biology 145 (2009) 219-225 (2009) |
| Hoenil J, et al. Efficacy and outcome of anterior vaginal wall repair using polypropylene mesh (Gynemesh). J Obstet Gynaecol Res, Vol. 33, No 5: 700-704, October 2007 |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX
Medical Literature

| |
|---|
| Holmgren C. Quality of Life after Tension-Free Vaginal Tape for Female Stress Incontinence. Scandinavia Journal of Urology and Nephrology, 2006; 40: 131-137 (2006) |
| Holmgren, C. Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence-A long-term follow-up. Eur J Obstet Gynecol Reprod |
| Horbach, N.S. A Suburethral Sling Procedure with Polytetrafluoroethylene for the treatment of Genuine Stress Incontinence in Patients with Low Urethral Closure Pressure. Obstet Gynecol 71:648, (1998) |
| Iglesia, C. Vaginal Mesh for Prolapse: A Randomized Controlled Trial. OBSTETRICS & GYNECOLOGY, 116:2:1, |
| Imamura, M. Systematic Review and Economic Modelling of the Effectiveness and Cost-Effectiveness of Non-Surgical Treatments for Women with Stress Urinary Incontinence. Health Technology Assessment 2010; Vol. 14: |
| Jacquetin, B et al. (2010). Total transvaginal mesh technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J 21: 1455-1462 |
| Jacquetin, B.  Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: 1 5-year prospective follow-up study.  Int Urogynecol J 2013. DOI 10.1007/s00192-013-2080-4. |
| Jacquetin, B. Complications of vaginal mesh: our experience. Int Urogynecol J (2009) 20:893-896 |
| Jacquetin, et al (2006). (Abstract) Prospective Clinical Assessment of the Trans Vaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - One Year Results of 175 Patients |
| Jallah Z, et al. The impact of prolapse mesh on vaginal smooth muscle structure and function. (2015) |
| Jelovsek, J.E. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008;115:219–225 (2008) |
| Kahn, M. Posterior colporrhaphy: its effects on bowel and sexual function. British Journal of Obstet & Gynacol; |
| Kaplan, S.A. Comparison of Fascial and Vaginal Wall Slings in the Management of Intrinsic Sphincter Deficiency. Urology 47:885-889, (1996) |
| Karram, M. Surgery for posterior vaginal wall prolapse.  Int Urogyneol J; 2013:24:1835-1841. |
| Kawadias T, et al. Ch. 56 Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ |
| Keegan, P.E. Periurethral Injection Therapy for Urinary Incontinence in Women (Review). The Chochrane Library |
| Kenton K, et al. Surgical management of stress urinary incontinence in women: Bladder neck fascial sling |
| Khandwala (2011) 2011 ICS Abstract 571 - clinical outcomes of an observational registry utilizing a trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh |
| Khandwala, S., et al.  Transvaginal mesh Surgery for Pelvic Organ Prolapse: One-Year Outcome Analysis. Female Pelvic Medicine & Reconstructive Surgery. March/April 2013; 19(2): 84-89. |
| King A. Is there an association between polypropylene midurethral slings and malignancy. Urology 84: 789-792, |
| Kjolhede, P. Long-term efficacy of Burch Colposuspension: a 14-year follow-up study. Acta Obstet Gynecol Scand |
| Klein-Patel ME, et al. Abs S-230 Synthetic Mesh Implantation Results in Increased Active MMP-2 and -9 in a Mouse Model, Reproductive Sci 2013 Mar, Suppl, 20(3), S-230 |
| Komesu, Y.  Posterior repair and sexual function.  AJOG:2007:54:101-103. |
| Kozal, S.  Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems. Can Urol Assoc J |
| Kuuva, N. A Nationwide Analysis of Complications Associated with the Tension-Free Vaginal Tape (TVT) Procedure. Acta Obstet Gynecol Scand 2002; 81:72-77 (2002) |
| Labrie, J. Surgery versus Physiotherapy for Stress Urinary Incontinence. N Engl J Med 2013;369:1124-33 (2013) |
| Lane, F.  Repair of Posthysterectomy vaginal-vault prolapse. Obstet & Gynecol. 1962:20:72-77. |
| Larouche M, et al. Outcomes of trocar-guided Gynemesh PS versus single-incision trocarless Polyform transvaginal mesh procedures, Int Urogynecol J. 2014 |
| Laurikainen, E. Five-year Results of Randomized Trial Comparing Retropubic and Transobturator Midurethral Slings for Stress Incontinence. European Urology (2014) |
| Laurikainen. [Pop 254, 5 yr fu] Five year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol (2014) |

Medical Literature

| |
|---|
| Lee, D. Long-Term Outcomes of Autologous Pubovaginal Fascia Slings: Is There a Difference between Primary and Secondary Slings? Neurourol. Urodynam. (2013) |
| Lee, et al. Efficacy and Safety of "Tension-Free" Placement of Gynemesh PS for the Treatment of Anterior Vaginal Wall Prolapse, Int Neurourol J. 2010 Apr;14(1):34-42 |
| Lemack, G.E. Normal Preoperative Urodynamic Testing Does Not Predict Voiding Dysfunction after Burch Colposuspension Versus Pubovaginal Sling. The Journal of Urology Vol. 180, 2076-2080, November (2008) |
| Lenz F, et al. [cadaver] Anatomical Position of Four Different Transobturator Mesh Implants for Female Anterior Prolapse Repair. Geburtsh Frauenheilk 2013; 73: 1035-1041. |
| Letouzey V, et al. - AAGL Abs 102 Long-Term Results after Trans-Vaginal Cystocele Repair Using Polypropylene Mesh. Journal of Minimally Invasive Gynecology 15 (2008) S1-S159 |
| Liang R, et al. (monkeys) Impact of prolapse meshes on the metabolism of vaginal extracellular matrix in rhesus |
| Liang R, et al. Vaginal degeneration following implantation of synthetic mesh with increase stiffness. BJOG 2013 |
| Liapis, A. Efficacy of inside-out Transobturator Vaginal Tape (TVTO) at 4 years follow up. European Journal of Obstetrics & Gynecology and Reproductive Biology 148 (2010) 199-201 (2010) |
| Liapis, A. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J (2008) 19:1509–1512 (2008) |
| Liapis. [Pop 115, 4 yr fu] Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow-up. Eur J Obstet Gynecol Reprod Biol (2010) 148:199-201 |
| Liapis. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and y-year follow-up. Int Urogynecol J (2008) 19:1509-1512 |
| Linder BJ, et al. Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J (2016) |
| Liu C., et al. IUGA Abs. 331 The Mechanical Properties and Deformation of Three Commonly Used Artificial Meshes, Int Urogynecol J (2009) 20(Suppl 3): S241-S491 |
| Long, C. Three-year outcome of transvaginal mesh repair for the treatment of pelvic organ prolapse. Eur J Obstet Gynecol 2012:161:105-108. |
| Long, CY. Comparison of clinical outcome and urodynamic findings using Perigee and/or Apogee versus Prolift anterior and/or posterior system devices fro the treament of pelvic organ prolapse. Int Urogynecol J (2011) |
| Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence : A retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679-683 (2010) |
| Lowman, J. Does the Prolift system cause dyspareunia? Am J Obstet Gynecol 2008:199:707.e1-707.e6. |
| Luber, K.M. The Definition, Prevalence and Risk Factors for Stress Urinary Incontinence. Rev Urol. 2004;6(suppl |
| Lucas MG, et al. (Short version) EAU Guidelines on Surgical Treatment of Urinary Incontinence. European |
| Lucente V, et al. (P+M) AUGS Poster 6 Medium-term clinical outcomes following trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. Female Pelvic Medicine & Reconstructive Surgery (2012) |
| Lucente V, et al. AUGS, SGS Oral Poster 55 - A Clinical Assessment of GYNEMESH PS for the Repair of Pelvic Organ Prolapse (POP). Journal of Pelvic Medicine & Surgery, Volume 10, Supplement 1, 2004 |
| Lucente, V. Oral Poster 55 – A Clinical Assessment of Gynemesh PS for the repair of POP. Journal of Pelvic Medicine and Surgery (2004) Vol 10, S35 |
| Lucente, V. Outcome Incidence: A Retrospective Series of Over 1000 Patients Following Tranvaginal Mesh Surgery For Pelvic Organ Prolapse. Female Pelvice Medicine and Reconstructive Surgery, 18:8, Supp. 1 Sept/ Oct |
| Luck, A. Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive |
| Lykke, R. The indication for hysterectomy as a risk factor for subsequent pelvic organ prolapse repair. Int |
| Maaita, M. Sexual Function after using Tension-Free Vaginal Tape for the Surgical Treatment of Genuine Stress Incontinence. BJU International (2002), 90, 540-543 (2002) |
| Maher C, et al. (full 141pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |

Medical Literature

| |
|---|
| Maher C, et al. (Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |
| Maher, C et al. (2008). Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurourol Urodyn 27: 3-12 |
| Maher, C.  Surgical management of pelvic organ prolapse in women.  Cochrane Review (2013). |
| Maher, C. Laparoscopic sacral colpopexy versus total Vaginal mesh for Vaginal vault Prolapse: A Randomized Trial. Am J Obstet Gynecol 2011;204 1.e1-1.d7 |
| Manodoro S, et al. (Sheep) Graft-related complications and biaxial tensiometry following experimental vaginal implantation of flat mesh of variable dimensions, BJOG. 2013 Jan;120(2):244-50 |
| Mattimore, J. AUA Abs FRII-07 - The History of Pelvic Organ Prolapse from antiquity to present day. (2015) |
| Memon HU, et al. [rats] Comparison of graft-reinforced repairs and suture repair using a novel biomechanical test. Int Urogynecol J (2015) |
| Migliari, R.  Tension-free vaginal mesh repair for anterior vaginal wall prolapse.  Eur Urol. 2000;38:151-155. |
| Milani, A.  Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1 year outcomes. Am J Obstet Gynecol 2011;204:74.e1-8 |
| Miller D, et al. AUGS Abs Paper 24 Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Prolapse: 5-Year Results. Female Pelvic Med Reconstr Surg 2011;17: 139-143 |
| Miller, D.  Prosepctive clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse – 5 year results. Female Pelvic Med Reconstr Surg 2011;17:139-143. |
| Moalli, Nager. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J (2014) |
| Moalli, P.A. Tensile properties of five commonly used mid-urethral slings relative to the TVT™. Int Urogynecol J |
| Moore, R. Vaginal Mesh Kits for Pelvic Organ Prolapse, Friend or Foe: A Comprehensive Review. The Scientific World Journal (2009) 9, 163-189. |
| Morgan, J.E. The Marlex sling operation for the treatment of recurrent stress urinary incontinence: A 16 – year review. Am J Obstet Gynecol 151;2: 224-226 (1985) |
| Murphy, M, et al (2011). Time to rethink: An Evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse". Int Urogynecol J D01 10.1007/s00192 001 1581 2 |
| Nager, C.W. A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. N Engl J Med (2012) |
| Narimoto K, et al. Abs 456 Safeness of tension free vaginal mesh procedure for treatment of post hysterectomy prolapse in Japan. Int Irogynecol J (2009) 20 (Suppl 3): S241-S491 |
| Natale F, et al. A prospective, randomized, controlled study comparing Gynemesh, a synthetic mesh, and Pelvicol, a biologic graft, in the surgical treatment of recurrent cystocele. Int Urogynecol J (2009) 20:75-81. |
| Nicita, G.  A new operation for genitourinary prolapse.  Journal of Urology.1998;160:741-745. |
| Nicolau-Toulouse V, et al. Does Bilateral Sacrospinous Fixation with Synthetic Mesh Recreate Nulliparous Pelvic Anatomy? An MRI Evaluation. Femal Pelvic Med Reconstr Surg (2014) 20:4; 222-227. |
| Nilsson, C.G. Eleven Years Prospective Follow-up of the Tension-free Vaginal Tape Procedure for Treatment of Stress Urinary Incontinence. Int Urogynecol J (2008) 19:1043-1047 (2008) |
| Nilsson, C.G. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J (2013) |
| Novara G. Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. |
| Nygaard, I.  Long-term outcomes following abdominal sacrocolpopexy for pelvic organ prolapse. JAMA. |
| Nygaard, I.  Prevalence of symptomatic pelvic floor disorders in US Women.  JAMA 2008; 300:1311-1316. |
| Ogah, J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women (Review). The Cochrane Library 2009, Issue 4 (2009) |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX
Medical Literature

| |
|---|
| Ogah, J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women: A Short Version Cochrane Review. Neurourology and Urodynamics 30:284-291 (2011) |
| Okuda H, et al. Abs 474 Improvement of Voiding Function by a Tension-Free Vaginal Mesh Procedure for Cystocele and the Necessity of a Second-Stage Transobturator Vaginal Tape Procedure. (2009) |
| Olsen, AL. Epidemiology of surgically managed pelvic organ Prolapse and Urinary Incontinence. Obstet Gynecol. |
| Olsson. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. Int Urogynecol J (2010) 21:679-683 |
| Osborn, D.J. Obesity and Female Stress Urinary Incontinence. Urology (2013) |
| Paily V. IUGA Abs 854 Transvaginal Repair of Vault Prolapse with Full Length Polypropylene Mesh at Los Cost, Int Urogynecol J (2011) 22 (Suppl 2): S197-S1768 |
| Palva, K. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J (2010) 21:1049-1055 (2010) |
| Pandit, L.  Postmenopausal vaginal atrophy and atrophic vaginitis.  Amer. Journal of Med. Sciences; |
| Paraiso, M.F.R. Laparoscopic Burch Colposuspension versus Tension-Free Vaginal Tape: A Randomized Trial. Obstet Gynecol 2004;104:1249-58 (2004) |
| Park, et al. Laparoscopic Reconstructive Surgery is Superior to Vaginal Reconstruction in the Pelvic Organ Prolapse, Int J Med Sci. 2014; 11(11): 1082–1088 |
| Petros, P.E.P. An Integral Theory of Female Urinary Incontinence: Experimental and Clinical Considerations. Acta Obstet Gynecol Scand 1990: 69 Suppl  153:7-31 (1990) |
| Petrou, S.P. Suprameatal Transvaginal Urethrolysis. The Journal of Urology Vol. 161, 1268-1271, April 1999 |
| Rehman, H. Traditional Suburethral Sling Operations for Urinary Incontinence in Women (Review). The Cochrane Library 2011, Issue 1 (2011) |
| Reid RI and Luo K. Site-specific prolapse surgery. II. Vaginal paravaginal repair augmented with either synthetic mesh or remodeling xenograft, Int Urogynecol J (2011) 22:601-609 |
| Richter, H.E. Factors Associated with Incontinence Frequency in a Surgical Cohort of Stress Incontinent in Women. American Journal of Obstetrics and Gynecology (2005) 193, 2088-93 (2005) |
| Richter, H.E. Patient Related Factors Associated with Long-Term Urinary Continence after Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. The Journal of Urology Vol. 188, 485-489, August (2012) |
| Richter, H.E. Retropubic versus Transobturator Midurethral Slings for Stress Incontinence. N Engl J Med |
| Rogers, R.G. Sexual function in women with pelvic floor disorders. Can Urol Assoc J 2013;7(9-10):S199-201 |
| Rohrnbauer B, et al. [rabbit] Combined biaxial and uniaxial mechanical characterization or prosthetic meshes in a rabbit model, J Biomech. 2013 Jun 21;46(10):1626-32 |
| Rosati M, et al. A review on the role of laparoscopic sacrocervicopexy, Curr Opin Obstet Gynecol. 2014 |
| Samour H, et al. Minimally invasive cystocele repair technique using a polypropylene mesh introduced with the transobturator route, Arch Gynecol Obstet (2014) |
| Sand, P.  Prospective randomized trial of polyglactin 910 mesh to prevent recurrence of cystoceles and rectoceles.  Am J Obstet Gynecol. 2001;184:1357-1364. |
| Sato, K. AUA Abs PD50-03 - Sexual function in female patients who underwent pelvic floor reconstruction with follow-up for a minimum of 5 years. (2015) |
| Serati, M. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-up. European Urology 61 (2012) 939-946 (2012). |
| Serati. [Pop 191 5 yr fu] TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. European Urology 63 (2013) 872-878 |
| Serati. [Pop 58, but 10 yrs fu] Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-up. European Urology 61 (2012) 939-946 |
| Sergent F, et al. Which prostheses to use in mesh sacrocolpopexy. Experimental and clinical study. (2014) |

| |
|---|
| Shah. K. Surgical management of lower urinary mesh perforation after mid-urethral polypropylene mesh sling: mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus fascia. Int |
| Shek, K. Pop 95 30 Prolift  IUGA Abs 31 Perigee versus Anterior Prolift in the treatment of Cystocele. Int Urogynecol J (2008) 19 (Suppl 1): S88-89 |
| Shepherd J, et al. AUGS Poster 22 Ex Vivo Tensile Properties of Seven Vaginal Prolapse Meshes. Female Pelvic Med Reconstr Surg 2010; 16(5) (Suppl 2): S108. |
| Sho T, et al. Retrospective study of tension-free vaginal mesh operation outcomes for prognosis improvement, J Obstet Gynaecol Res. 2014 Jun;40(6):1759-63 |
| Silva, W.  Uterosacral ligament vault suspension. Five Year Outcomes.  Obstet Gynecol:2006;108:255-263. |
| Skaff JM, et al. [rabbits] ICS Abs 24 Changing mesh material would change inflammatory response? Differences between Polypropylene (Gynemesh) and Polyvinylidene Fluoride (Dynamesh) mesh implant in rabbits vaginal |
| Sokol, A.  One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Am J Obstet Gynecol 2012;206:86.e1-9. |
| Sola V, et al. Tension Free Monofilament Macropore Polypropylene Mesh (Gynemesh PS) in Female Genital Prolapse Repair. International Braz J Urol, Vol. 32 (4): 410-415, July-August, 2006 |
| Stubbs JT. SGS Video Presentation 3 - Repair of Recurrent Pelvic Organ Prolapse Using Polypropylene Mesh. Journal of Pelvic Medicine & Surgery, Volume 13, Number 2, March/April 2007 |
| Subak, L. Cost of Pelvic Organ Prolapse Surgery in the United States. The American College of Obstetricians and Gynecologists, 98:4, Oct 2001. |
| Sung, V, et al. (2008). Graft Use in Transvaginal Pelvic Organ Prolapse Repair - A Systematic Review. Amer Col Obstet Gynecol 112(5) 1131-1135. |
| Suskind, A.M. Effectiveness of Mesh Compared with Nonmesh Sling Surgery in Medicare Beneficiaries. Obstet Gynecol 2013;0:1–7 (2013) |
| Svabik, K. Comparison of vaginal mesh repair with sacrosinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial.  ISUOG |
| Svenningsen, R. Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J |
| Svenningsen. (Norwegian registry) [Pop 542, median 129 mo fu] Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-8 |
| Swift, S. Correlation of symptoms with degree of pelvic organ support in a general population of women: What is pelvic organ prolapse? Am J Obstet Gynecol 2003;189:372-9 |
| Takeyama M, et al. IUGA Abs 079 Feasability of the Tension-Free Vaginal Mesh Procedure Using Soft Polypropylene Mesh (Gyunemesh PS) in Japan, Int Urogyncol J (2007) 18 (Suppl 1): S25-S105 |
| Toglia, M.  Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture.  AJOG:2008;49;600.e1-600.e4. |
| Tomoe H. Improvement of overactive bladder symptoms after tension-free vaginal mesh operation in women with pelvic organ prolapse: correlation with preoperative urodynamic findings. International Journal of Urology |
| Ubertazzi, E.P. IUGA Abs OP 122 - Trans vaginal mesh (TVM) five years follow up. A retrospective study from |
| Ulmsten, U. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (1998) 9:210-213 (1998) |
| Ulmsten, U. An Ambulatory Surgical Procedure under Local Anesthesia for Treatment of Female Urinary Incontinence. Int Urogynecol J (1996) 7:81-86 (1996) |
| van der Weiden RMF and Bergkamp ABM. Colposacropexy with mesh or collagen implant and titanium bone anchors placed in sacral segments 3  and 4. Journal of Pelvic Medicine & Surgery, Vol. 9,  No. 1, 9-14 (2003) |
| Walid MS, et al. Laparoscopic removal of infected mesh colposacropexy, Arch Gynecol Obstet (2009) 280:103- |
| Walters, M.D. Which Sling for which SUI Patient? Obgmanagement.com Vol. 24, No. 5, May (2012 |
| Waltregny, D. Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study after a 1-Year Minimum Follow-up. The Journal of Urology Vol. 175, 2191- |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX
Medical Literature

| |
|---|
| Wang F, Song Y, Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet |
| Ward, K. Prospective Multicenter Randomised Trial of Tension-Free vaginal tape and Colposuspension as primary treatment for stress incontinence. Bmj.com 2002;325:67 (2002) |
| Ward, K.L. A Prospective Multicenter Randomized Trial of Tension-Free Vaginal Tape and Colposuspension for Primary Urodynamic Stress Incontinence: Two-year Follow-up. American Journal of Obstetrics and Gynecology |
| Ward, K.L. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115:226–233 (2008) |
| Weber, A. Anterior colporrhaphy: a randomized trial of three surgical techniques. Am J Obstet Gynecol. |
| Weber, A. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol; 2000;182:1610-1615. |
| Welk B, et al. Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. JAMA |
| Whiteside, J. Risk factors for prolapse recurrence after vaginal repair. Am J Obstet & Gynecol 2004; 191:1533- |
| Withagen MI, et al. Laparoscopic sacrocolpopexy with bone anchor fixation: short-term anatomic and functional results, Int Urogynecol J (2012) 23: 481-486 |
| Withagen, M, et al. (2010). Does trocar-guided tension-free vaginal mesh (Prolift'") repair provoke prolapse of the unaffected compartments? Int Urogynecol J 21: 271-278 |
| Withagen, M, et al. (2011). Risk Factors for Exposure, Pain, and Dyspareunia after Tension-Free Vaginal Mesh Procedure. Obstet Gynecol 118: 629-36. |
| Withagen, M. Sexual functioning after tension free vaginal mesh procedure (Prolift) for pelvic organ prolapse. |
| Withagen, M. Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse. Obstet |
| Wu, C. Concomitant trocar-guided transvaginal mesh surgery with a midurethral sling in treating advanced pelvic organ prolapse associated with stress or occult stress urinary incontinence. Taiwanese J Obstet Gynecol |
| Wu, J. Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. Obstet Gynecol 2014; |
| Yazdany, T. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. Int Urogyneol J;2010:21:813-818. |
| Zhang L, et al. Short-term effects on voiding function after mesh-related surgical repair of advanced pelvic organ prolapse. The Journal of The North American Menopause Society (2015) Vol 22, No 9: 993-999 |
| Zyczynski HM, et al. One Year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal |
| Zyczynski, H.M. Sexual activity and function in women more than 2 years after Midurethral sling placement. Am J Obstet Gynecol 2012;207:421 (2012) |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX

Production Materials

| |
|---|
| 12/15/2003, Gynecare Final Report # 03*0740, TVT Obturator System [ETH.MESH.222852-63] |
| 1986 Annual Report (ETH.MESH.09634081) |
| 2004 Gynemesh PS Study Poster - AUGS 2004 San Diego |
| 2005 Prolift IFU [ETH.MESH.02341522-02341527] |
| 2005 Prolift Patient Brochure [ETH.MESH.03905968-03905975] |
| 2005 Prolift Profession Educational Slide Deck [ETH.MESH.09100506] |
| 2005-06 Prof Ed Slides |
| 2006 Apr 19 - Laser Cut Mesh for Gynecare TVT- CER Laser Cut Mesh [ETH.MESH.00167104 -10] |
| 2006 Mar 3 Flatow memo - CPC-2006-0165 Performance evaluation of TVT PROLENE blue Mesh_ Elongation Properties of Mechanical Cut verses Laser Cut |
| 2007 Prolift Professional Education Slide Deck |
| 2007 Prolift Surgeon's Resource Monograph |
| 2007 Prolift Surgical Technique Guide |
| 2008 Prolift Patient Brochure |
| 2008 Prolift Slide deck [ETH-10505-96] |
| 2009 Prolift IFU [ETH-10977] |
| 2011 Pelvic Organ Prolapse and Stress Urinary Incontinence Patient Counseling Guide |
| 5.15.08 Summary of Safety and Effectiveness - Prolift |
| 510(k) files for Gynemesh PS [ETH-00797-927] |
| 6.2.2006 Ethicon Expert Meeting Meshes for Pelvic Floor Repair.[ETH.MESH.00870466-76] |
| A Clinical Assessment of Gynemesh PS for the repair of pelvic organ prolapse by V. Lucente, et al. |
| Approval letter (ETH.MESH.09625731 – 09625737) |
| Approval letter (ETH.MESH.09634299 – 09634303) |
| Burkley 2012-10-02 951 - Gynemesh PS pore size photo (Burkley) [ETH.03788] |
| Burkley 2012-10-02 954 - Gynemesh PS pore size email [ETH.83454-55] |
| CID.ETHMESH.00035303-36] Gynemesh PS Presentation |
| Clinical Expert Report [ETH.MESH.222899-909] |
| D00001256-2005 Prolift Ed Gynecare Prolift Pelvic Floor Repair |
| D00001260-2007 and 2008 Prolift and M Prof Ed |
| De Leval (2003) Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out |
| Defense 1584 - Zyczynski HM, et al. One Year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. AJOG 2010. |
| Defense 2 - Clinical Assessment of Gynemesh PS for the Repair of Pelvic Organ Prolapse |
| EHT.MESH.04465690-92 - MSE0079 - Material Specification for Gynemesh PS - Revision A |
| Email from Arnaud re: Transient Leg Pain with Mulberry [ETH.MESH.3911390-1] |
| Email from Dan Smith re: Draft report translated by "Babel fish" http://babelfish.altavista.com/tr [ETH.MESH.865069-72] |
| Email from Dan Smith re: NG TVT-O NDP – Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny [ETH.MESH.2293715-6] |
| Email from Hinoul re: South Africa, TVTO sheaths getting stuck upon removal [ETH.MESH.1210987-95] |
| Email from O'Bryan re: GYNECARE TVT Obturator System – FDA [ETH.MESH.6882641-2] |
| Email from O'Bryan re: ifu [ETH.MESH.3364663-66] |
| Email from Weisberg re: IFU update [ETH.MESH.3365250-1] |
| Email from Weisberg re: Mulberry [ETH.MESH.6886410-11] |
| ETH.MESH.00018344-479 - Gynemesh PS Prof Ed Slide Deck 2007 |
| ETH.MESH.00018382 - Gynemesh PS Prof Ed Slide Deck 2007_DX24191 |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX

Production Materials

| |
|---|
| ETH.MESH.00020763 |
| ETH.MESH.00020764 |
| ETH.MESH.00093526-544 |
| ETH.MESH.00093991 |
| ETH.MESH.00372564-372568 |
| ETH.MESH.00393045 - 46 (2008 - 582) TVT-O Procedural Steps |
| ETH.MESH.00394849 - Gynemesh PS Panel - Dr. England |
| ETH.MESH.00484929 |
| ETH.MESH.00523942 (2005 - 1638) Waltregny TVT-O Summit |
| ETH.MESH.00637343 - Gynemesh PS |
| ETH.MESH.00747864 - Gynemesh PS DDSA Rev. 2 |
| ETH.MESH.00747864-74 - Gynemesh PS DDSA (rev. 2 - Feb. 2005) |
| ETH.MESH.00991195-257 |
| ETH.MESH.00993273 (2091_2006-02-01) - TVT-O 2006 |
| ETH.MESH.01075187-215 |
| ETH.MESH.01310817-10829 |
| ETH.MESH.01595614-753 |
| ETH.MESH.01612323-333 |
| ETH.MESH.02001398-473 |
| ETH.MESH.02017152 - 7158 - Ethicon Expert Meeting: Meshes for Pelvic Floor Repair |
| ETH.MESH.02105765-02105771 |
| ETH.MESH.02215374-75 - Key Gynemesh PS Study - Jacuqetin, et al. Prolene Soft Mesh for POP Surgical Treatment: A prospective Study of 264 Patients. |
| ETH.MESH.02232773-801 |
| ETH.MESH.02232854-874 |
| ETH.MESH.02233126-187 |
| ETH.MESH.02233290 |
| ETH.MESH.02248778 - Mechanical vs Machine Cut (Laser.Ultrasonic) Mesh Particle loss less than 2 percent for |
| ETH.MESH.02259836 - Graft or no graft finl 11-21-04 |
| ETH.MESH.02341454-521 |
| ETH.MESH.02341658-733 |
| ETH.MESH.02341734-02341809 |
| ETH.MESH.02342194 - Gynemesh PS IFU - 03.20.03 - 03_30_06l |
| ETH.MESH.02615519-658 |
| ETH.MESH.03715787 - Gynemesh PS CER (2002) - Weisberg |
| ETH.MESH.03751819 |
| ETH.MESH.03905976-991 |
| ETH.MESH.03905992-6000 |
| ETH.MESH.03906001-020 |
| ETH.MESH.03906037-052 |
| ETH.MESH.04046302 - TVT and TVT-O |
| ETH.MESH.06400722 - GYNECARE GYNEMESH PS CE Mark Technical File |
| ETH.MESH.08117625-626 |
| ETH.MESH.10038839 - Gynemesh PS Slide Deck 2004 |
| ETH.MESH.10038844 - The Use of Graft Material in Prolapse Repair - Dr. Sepulveda |
| ETH.MESH.10179518 - Gynemesh PS CER signed by Piet Hinoul April 26, 2013 |
| ETH.MESH.10686760 - Gynemesh PS aFMEA 2013 |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX
Production Materials

| |
|---|
| ETH.MESH.10686833 - Risk Management Report (RMR) for Gynemesh PS 2013 |
| ETH.MESH.10977-10983 |
| ETH.MESH.11543641 - Gynemesh PS Awareness Module |
| ETH.MESH.11543719 |
| ETH.MESH.11543719 - Robinson Gynemesh PS Presentation 4.7.04 |
| ETH.MESH.16262740 - (2004) Gynemesh PS |
| ETH.MESH.PM.000001 |
| ETH.MESH.PM.000002 |
| ETH.MESH.PM.000006 |
| ETH.MESH.PM.000007 |
| ETH.MESH.PM.000009 |
| ETH.MESH.PM.000014 |
| ETH.MESH.PM.000015 |
| ETH.MESH.PM.000019 |
| ETH.MESH.PM.000027 |
| ETH.MESH.PM.000032 |
| ETH.MESH.PM.000033 |
| ETH.MESH.PM.000034 |
| ETH.MESH.PM.000037 |
| ETH.MESH.PM.000038 |
| ETH.MESH.PM.000039 |
| ETH.MESH.PM.000048 |
| ETH.MESH.PM.000056 |
| ETH.MESH.PM.000057 |
| ETH.MESH.PM.000058 |
| ETH.MESH.PM.000065 |
| ETH.MESH.PM.000068 |
| ETH.MESH.PM.000075 |
| ETH.MESH.PM.000076 |
| ETH.MESH.PM.000078 |
| ETH.MESH.PM.000088 |
| ETH.MESH.PM.000089 |
| ETH.MESH.PM.000090 |
| ETH.MESH.PM.000092 |
| ETH.MESH.PM.000134 |
| ETH.MESH.PM.000145 |
| ETH.MESH.PM.000151 |
| ETH.MESH.PM.000154 |
| ETH.MESH.PM.000190 |
| ETH.MESH.PM.000192 |
| ETH-00254-00261 |
| ETH-00295-00300 |
| Ethicon Final Report, PSE Accession No. 00-0035 |
| FDA letter (ETH.MESH.09630649) |
| FDA Mesh Clearance Letter (ETH.MESH.05217098 – 05217100) |
| FDA Updated Clearance letter (ETH.MESH. 10040062 – 10040065) |
| Final printed labeling (ETH.MESH.09629447 – 09629448) |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX

Production Materials

| |
|---|
| Government Submissions Log Sheet (ETH.MESH.09625725 – 09625729) |
| Gynecare Gynemesh PS a New Mesh for Pelvic Floor Repair [ETH.MESH.03736120-27] |
| Gynecare Prolift Pelvic Floor Repair ETH.MESH.04181761-2 |
| Gynecare Prolift Pelvic Floor Repair ETH-07252-ETH-7281 |
| Gynecare Prolift Pelvic Floor Repair System ETH.MESH.00001314 |
| Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| Gynemesh PS Approval File [FDA] |
| Gynemesh PS Early Clinical Experience  White Paper |
| Gynemesh PS IFU [ETH_10437] |
| Gynemesh PS use in PFR (EWHU, Hatangadi) |
| History of TVT-O [ETH.MESH.3932909-11] |
| IFU for Gynemesh PS (Gynemesh) [ETH-10437-49] |
| IND 1688 (ETH.MESH.09625989 – 09626241) |
| July 5, 1990 FDA Order (ETH.MESH.09634664 – 09634688) |
| Letter to Bryan Lisa from Mark M. Melkerson ETH-01363-01365 |
| Letter to Gregory Jones from Celia M. Witten ETH.MESH.00031324-31325 |
| Lucente - Prospective Clinical Assessment of the TVM technique |
| Manuscript Draft: (de Leval) Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out [ETH.MESH.262089-123] |
| Memo to Customer from Sean M. OBryan ETH.MESH00031323 |
| Memo to Hospital Materials Managers & or Directors ETH-18415 |
| Modified PROLENE Mesh 510(k) (ETH.MESH.05217103 – 05217144) |
| October 12, 1990 FDA letter (ETH.MESH.09634662 – 09634663) |
| Patient Brochure - Pelvic Organ Prolapse Get the Facts, Be Informed, Make YOUR Best Decision |
| PFR (GyneMesh PS) & UI (2004) |
| Project Mulberry, Preliminary Clinical Diligence Report [ETH.MESH.1815660-64] |
| Receipt Letter (ETH.MESH.09625816) |
| Submission Letter (ETH.MESH.09625817) |
| Supplement 34 (extracted page) (ETH.MESH.09634318) |
| Tension-Free Vaginal Obturator Tape (TVOT) – April 30, 2003 – Meeting Report [ETH.MESH.3934952-67] |
| Transobturator Vaginal Tape Inside-Out (TVT-O): From Development to Clinical Experience [ETH.MESH.823793- |
| TVT 510(k) (ETH.MESH.08476210 – 08476342 and ETH.MESH.10040062 – 10040065) |
| TVT O IFU [ETH.MESH.2340902-8] |
| TVT Obturator Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09] |
| Waltregny (2006) Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup [ETH.MESH.3939167-71] |

Serels, Scott - Materials List, Updated 2.26.2016.XLSX

Other Materials

| |
|---|
| **Expert Reports** |
| Blaivas Report and Materials Cited in Report |
| Elliot Report and Materials Cited in Report |
| Rosenzweig Report and Materials Cited in Report |
| |
| |
| **Publically Available** |
| 000001_4275674 - Use of Gynemesh PS in Prolapse Surgery |
| 2004 Gynemesh PS Study Poster - AUGS 2004 San Diego |
| 2004 ICS IUGA Abstract 620: Pelvic organ prolapse treatment by the vaginal route using Vypro composite mesh- preliminary results about 106 cases. |
| 2011 ACOG Committee Opinion Number 513. Vaginal placement of synthetic mesh for pelvic organ prolapse. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;188-:1459-1464. |
| 2011 ACOG Frequently Asked Questions. American College of Obstetricians and Gynecologists. ACOG FAQ12. |
| 2011 AUA Position Statement on the use of vaginal mesh for the repair of pelvic organ prolapse. |
| 2011 IUGA Pelvic Organ Prolapse A guide for women. |
| 2013 ACOG Frequently Asked Questions. American College of Obstetricians and Gynecologists. ACOG FAQ183. |
| 2013 AUGS Position Statement on restriction of surgical options for pelvic floor disorders. Advancing Female Pelvic Medicine and Reconstructive Surgery. 2013;March:1-6. |
| 2015 ACOG Practice Bulletin Summary of 155 |
| 2015 ACOG, AUGS Practice Bulletin 155 Full |
| Biocompatibility Risk Assessment Report for GYNECARE GYNEMESH PS PROLENE Soft Mesh |
| Biocompatibility Risk Assessment Report for GYNECARE GYNEMESH PS PROLENE Soft Mesh-Appendix 1 |
| Biocompatibility Risk Assessment Report for GYNECARE GYNEMESH PS PROLENE Soft Mesh-Appendix 2 |
| FDA 24-Hour Summary, Obstetrics & Gynecology Devices Panel, Sept. 8-9, 2011. |
| FDA Executive Summary, Surgical Mesh for Treatment of Women with Pelvic organ Prolapse and Stress Urinary Incontinence, Obstetrics & Gynecology Devices Advisory Committee Meeting, Sept. 8-9, 2011. |
| FDA Public Health Notification. 2008. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/PublicHealthNotifications/ |
| FDA Public Health Notification. 2011. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435. |
| FDA, Medical Devices/Considerations about Surgical Mesh for SUI, http://www.fda.gov/medicaldevices/productsandmedicalprocedures/impla ntsandprosthetics/default.htm (updated March 27, 2013) |
| Gynemesh PS Chart |
| Gynemesh PS white paper |
| SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks |
| 2014 Mar 12 - AUGS SUFU Provider FAQs MUS for SUI |
| |
| |
| **Other** |
| Chart of Supplemental NDAs |
| TVT Instructions For Use |