IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member cause in which Freese & Goss, PLLC is associated. The telephone number, facsimile, and email addresses remain unchanged.

Effective May 1, 2016, Freese & Goss, PLLC attorneys in this matter will relocate their offices to:

FREESE & GOSS, PLLC
3500 Maple Ave., Suite 1100
Dallas, TX 75219

This Motion applies to attorneys Tim K. Goss, Tamara L. Banno, John Harloe, and Yvette Diaz.

Accordingly, Plaintiffs respectfully request the Court an Order updating the address of the aforementioned attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which Freese & Goss, PLLC is associated.

Dated: April 28, 2016                                     Respectfully Submitted,


    _s/ Tim K. Goss_____

Tim K. Goss
Tamara L. Banno
FREESE & GOSS, PLLC
3500 Maple Ave., Suite 1100
Dallas, TX 75219
Telephone: 214-761-6610
Facimile: 214-761-6688
tim@freeseandgoss.com
tbanno@freeseandgoss.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 28th day of April, 2016.

                 _s/ Tim K. Goss_____
                 Tim K. Goss