# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: *Shirley Freeman and William Freeman* v. *Ethicon, Inc., et al.* Case No. 2:12-cv-00490 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## STIPULATION AND AGREEMENT OF THE PARTIES REGARDING DEPOSITION OF BRIAN RAYBON, M.D.

Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") and Plaintiffs Shirley and William Freeman ("Plaintiffs"), by and through their respective counsel, stipulate and agree as follows:

1. The parties' current deadline for filing *Daubert* motions in April 21st, as set forth in Pretrial Order #205 (ECF No. 1787).

2. Ethicon requested dates for Dr. Raybon's deposition in advance of the April 21st deadline for filing *Daubert* motions, but Dr. Raybon's only available dates were April 16th or 18th. The parties have worked together to obtain a mutually agreeable date for the deposition of Plaintiffs' expert Dr. Brian Raybon, and have agreed upon a date of April 18th for the deposition.

3. This matter is not currently set for trial.

4.   The parties recognize the timing of Dr. Raybon's deposition and the preparation of the transcript of the deposition will make it exceedingly difficult for Ethicon to file a *Daubert* motion regarding Dr. Raybon's opinions by the current April 21st filing deadline.

ACCORDINGLY, the Parties STIPULATE AND AGREE as follows:

1.   Ethicon may file a Daubert motion challenging the admissibility of Dr. Raybon's opinions no later than April 29, 2016.

DATED: April 12, 2016

Stipulated and agreed:

/s/ *David E. Tuszynski*
David E. Tuszynski
GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive NE
Atlanta, Georgia 30305
Telephone: (404) 262-2225
Facsimile: (404) 365-5041

*Counsel for Plaintiffs Shirley Freeman and William Freeman*

/s/ *Barry J. Koopmann*
Barry J. Koopmann (MN Bar #0328881)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

*Counsel for Defendants Ethicon, Inc. and Johnson & Johnson*

2

## ORDER

IT IS SO ORDERED.

Dated: _____, 2016.

                          BY THE COURT:

                          _____
                          Joseph R. Goodwin
                          United States District Court Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

    /s/ *Barry J. Koopmann*
Barry J. Koopmann (MN Bar #0328881)

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Shirley Walker and Roosevelt Walker,*<br><br>*v.*<br><br>*Ethicon, Inc., et al.*<br><br>*Case No. 2:12-cv-00873* | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## STIPULATION AND AGREEMENT OF THE PARTIES REGARDING DEPOSITION OF BRIAN RAYBON, M.D.

Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") and Plaintiffs Shirley and Roosevelt Walker ("Plaintiffs"), by and through their respective counsel, stipulate and agree as follows:

1. The parties' current deadline for filing *Daubert* motions in April 21st, as set forth in Pretrial Order #205 (ECF No. 1787).

2. Ethicon requested dates for Dr. Raybon's deposition in advance of the April 21st deadline for filing *Daubert* motions, but Dr. Raybon's only available dates were April 16th or 18th. The parties have worked together to obtain a mutually agreeable date for the deposition of Plaintiffs' expert Dr. Brian Raybon, and have agreed upon a date of April 18th for the deposition.

3. This matter is not currently set for trial.

4. The parties recognize the timing of Dr. Raybon's deposition and the preparation of the transcript of the deposition will make it exceedingly difficult for Ethicon to file a *Daubert* motion regarding Dr. Raybon's opinions by the current April 21st filing deadline.

ACCORDINGLY, the Parties STIPULATE AND AGREE as follows:

1. Ethicon may file a Daubert motion challenging the admissibility of Dr. Raybon's opinions no later than April 29, 2016.

DATED: April 13, 2016

Stipulated and agreed:

/s/ *John J. Foley*
John J. Foley (IL Bar # 6288152)
Thomas I. Sheridan, III (NY Bar # 1398791)
SIMMONS HANLY CONROY LLC
One Court Street
Alton, Illinois 62002
Phone: (618) 259-2222
Fax: (618) 259-2251

*Attorney for Plaintiff Shirley Walker and Roosevelt Walker*


/s/ *Barry J. Koopmann*
Barry J. Koopmann (MN Bar #0328881)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

*Counsel for Defendants Ethicon, Inc. and Johnson & Johnson*

2

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2016.

         BY THE COURT:

         _____
         Joseph R. Goodwin
         United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                         /s/ *Barry J. Koopmann*
                                                       Barry J. Koopmann (MN Bar #0328881)

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO PLAINTIFFS:<br><br>*Elizabeth Blynn Wilson Wolfe*<br><br>*v.*<br><br>*Ethicon, Inc., et al.*<br><br>Case No. *2:12-cv-01286* | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## STIPULATION AND AGREEMENT OF THE PARTIES REGARDING DEPOSITION OF BRIAN RAYBON, M.D.

Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") and Plaintiff Elizabeth Blynn Wilson Wolfe ("Plaintiff"), by and through their respective counsel, stipulate and agree as follows:

1. The parties' current deadline for filing *Daubert* motions in April 21st, as set forth in Pretrial Order #205 (ECF No. 1787).

2. Ethicon requested dates for Dr. Raybon's deposition in advance of the April 21st deadline for filing *Daubert* motions, but Dr. Raybon's only available dates were April 16th or 18th. The parties have worked together to obtain a mutually agreeable date for the deposition of Plaintiff's expert Dr. Brian Raybon, and have agreed upon a date of April 18th for the deposition.

3. This matter is not currently set for trial.

4. The parties recognize the timing of Dr. Raybon's deposition and the preparation

of the transcript of the deposition will make it exceedingly difficult for Ethicon to file a *Daubert* motion regarding Dr. Raybon's opinions by the current April 21st filing deadline.

ACCORDINGLY, the Parties STIPULATE AND AGREE as follows:

1. Ethicon may file a *Daubert* motion challenging the admissibility of Dr. Raybon's opinions no later than April 29, 2016.

DATED: April 12, 2016

Stipulated and agreed:

/s/ Douglas C. Monsour
Douglas C. Monsour (TX Bar #00791289)
Katy Krottinger (TX Bar #24077251)
MONSOUR LAW FIRM
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010

*Attorney for Plaintiff Elizabeth Blynn Wilson Wolfe*

/s/ Barry J. Koopmann
Barry J. Koopmann (MN Bar #0328881)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

*Counsel for Defendants Ethicon, Inc. and Johnson & Johnson*

## ORDER

IT IS SO ORDERED.

Dated: _____, 2016.

BY THE COURT:

_____
Joseph R. Goodwin
United States District Court Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                       /s/ *Barry J. Koopmann*
                                                       Barry J. Koopmann (MN Bar #0328881)