# EXHIBIT E

Robert Brian Raybon, M.D.

```
 1              UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                  CHARLESTON DIVISION
 4   IN RE: ETHICON, INC., PELVIC )
     REPAIR SYSTEM PRODUCTS        ) Master File No.
 5   LIABILITY LITIGATION          ) 2:12-MD-02327
     ----------------------------) MDL 2327
 6   THIS DOCUMENT RELATES TO THE ) JOSEPH R. GOODWIN
     FOLLOWING CASES IN WAVE 1 OF ) U.S. DISTRICT JUDGE
 7   MDL 200:                      )
     SHIRLEY FREEMAN, et al.       ) CIVIL ACTION FILE
 8   v.                            ) No. 2:12-CV-00490
     ETHICON, INC., et al.         )
 9   ----------------------------)
     SHIRLEY WALKER, et al.        )
10                                 ) CIVIL ACTION FILE
     v.                            ) No. 2:12-CV-00873
11                                 )
     ETHICON, INC., et al.         )
12   ----------------------------)
     WILSON WOLFE, et al.          )
13                                 ) CIVIL ACTION FILE
     v.                            ) No. 2:12-CV-01286
14                                 )
     ETHICON, INC., et al.         )
15   ----------------------------)
16
17          Deposition of ROBERT BRIAN RAYBON,
18      M.D., taken on behalf of the Defendants,
19      pursuant to the stipulations agreed to
20      herein, before Maxyne Bursky, Registered
21      Professional Reporter, at 440 College
22      Avenue, Athens, Georgia, on the 18th day
23      of April, 2016, commencing at the hour of
24      8:51 a.m.
```

Robert Brian Raybon, M.D.

1                    INDEX TO EXAMINATION
2     Examination                                       Page
3              By Mr. Koopmann                            5
4
5                      INDEX TO EXHIBITS
6     Exhibit                  Description              Page
7        1      Notice to take deposition
                of Dr. Raybon                             6
8
         2      Flash drive containing Dr. Raybon's
9               Rule 26 reliance material                9
10       3      Volume I-II of Dr. Raybon's Rule 26
                Expert Report End Notes, for
11              Prolift+M, Tabs 1-19 and 20-49           10
12       4      Volume I-III of Dr. Raybon's Rule
                26 Expert Report End Notes, for
13              Prolift, Tabs 1-17, 18-32 and 33-66      10
14       5      Letter to Dr. Raybon from Mr.
                Matthews 10-20-15 with attached
15              emails, 4 pages                          10
16       6      Invoices from Dr. Raybon to the
                Blasingame firm, 6 pages                 10
17
         7      Curriculum vitae of Dr. Raybon,
18              3 pages                                  10
19       8      CD of Dr. Raybon's Rule 26 reports
                and attachments                          11
20
         9      Rule 26 report of Dr. Raybon on
21              Prolift, 43 pages                        12
22      10      Rule 26 report of Dr. Raybon on
                Prolift+M, 28 pages                      12
23
        11      Multi-page document entitled Exhibit
24              B, reliance list for Prolift             12

Robert Brian Raybon, M.D.

1                    INDEX TO EXHIBITS

2    Exhibit               Description              Page

3     12    Multi-page document entitled Exhibit
            B, reliance list for Prolift+M        12

4

      13    Copy of article entitled Comparison
5           of 2 Transvaginal Surgical
            Approaches and Perioperative
6           Behavioral Therapy for Apical
            Vaginal Prolapse by Drs. Barber, et
7           al, Pages 1023-1034 plus three pages
            of tables                             118

8

      14    Copy of article entitled Tissue
9           Integration and Tolerance to Meshes
            Used in Gynecologic Surgery: An
10          Experimental Study by Drs.
            Boulanger, et al., 6 pages            177

11

12                      -   -   -

13

14

15

16

17

18

19

20

21

22

23

24

Robert Brian Raybon, M.D.

```
 1    APPEARANCES OF COUNSEL:
 2    On behalf of the Plaintiff Freeman:
 3              ANDREW J. HILL, III, ESQ.
                Blasingame Burch Garrard & Ashley, PC
 4              440 College Avenue
                Suite 320
 5              Post Office Box 832
                Athens, Georgia 30601
 6              706.354.4000
                706.549.3545   (facsimile)
 7              ajh@bbgbalaw.com
 8

      On behalf of the Plaintiff Walker:
 9    (Teleconferenced)
10              THOMAS I. SHERIDAN, ESQ.
                Simmons Hanly Conroy, LLC
11              112 Madison Avenue
                New York, New York 10016
12              212.784.6404
                212.784.6400   (facsimile)
13              tsheridan@simmonsfirm.com
14

      On behalf of the Defendants:
15
                BARRY J. KOOPMANN, ESQ.
16              Bowman and Brooke, LLP
                Suite 3000
17              150 South Fifth Street
                Minneapolis, Minnesota 55402
18              612.339.8682
                612.672.3200   (facsimile)
19              barry.koopman@bowmanandbrooks.com
20
                        -   -   -
21
22
23
24
```

Robert Brian Raybon, M.D.

```
 1              ROBERT BRIAN RAYBON, M.D.,

 2    having been first duly sworn, testifies as follows:

 3    EXAMINATION

 4    BY MR. KOOPMANN:

 5         Q.    Good morning.

 6         A.    Good morning.

 7         Q.    Please state your full name for the

 8    record, please.

 9         A.    Robert Brian Raybon.

10         Q.    Good morning, Dr. Raybon.  We met briefly

11    off the record, but again for the record, my name is

12    Barry Koopmann and I am one of the attorneys

13    representing Johnson & Johnson/Ethicon in this

14    litigation.

15              You understand we are here today to take

16    your deposition regarding the Prolift device for the

17    Wilson Wolfe case and the Prolift+M device for the

18    Friedman and Walker cases?

19         A.    Yes, sir.

20         Q.    You have been deposed several times

21    before; is that correct?

22         A.    That's correct.

23         Q.    So you are generally familiar with the

24    process?
```

Robert Brian Raybon, M.D.

1   Prolift instructions for use or IFU?

2       A.   That would have been when that, as I said,

3   that rep came around back in that time.  As I said,

4   I'm pretty confident he came by before I went to

5   this cadaver lab and so I think he gave me an IFU or

6   some other product information as well as a DVD or

7   CD to review.

8       Q.   Do you remember who that rep was?

9       A.   Yes, his name was Marquel, M-A-R-Q-U-E-L,

10  Fleetwood, just like the Cadillac.

11      Q.   Do you think that was also the first time

12  you read a Prolift brochure, when Mr. Fleetwood gave

13  you some product information?

14      A.   I'm pretty confident that was.  Remember

15  at that time, this stuff was just getting going, I

16  mean, literally, I can't swear to this, but I don't

17  think Prolift had been out on the market in Georgia,

18  or nationally, for that matter, that long.  I think

19  it, put it to you this way:  He told me years later

20  that, I think I did the first Prolift in Georgia

21  there.

22      Q.   So is it fair for me to understand that

23  the first time you ever heard of the Prolift device

24  was when Mr. Fleetwood mentioned it to you and then

Robert Brian Raybon, M.D.

1    you learned how to implant it at the cadaver lab?

2        A.   Yes, sir, and I had reviewed the materials

3    he had given me as well.

4        Q.   I think you indicated in your Rule 26

5    report that you used a Prolift device about 25

6    times; is that correct?

7        A.   Correct.

8        Q.   Was it 25 times exactly or about there?

9        A.   I tried to go on the low end.  I feel it

10   was probably higher than that but I want to -- I

11   definitely feel confident with 25.

12       Q.   Over what time span did you use those 25

13   Prolift devices?

14       A.   At that time, I was doing about, it ranged

15   from 100 to about 100 -- I remember my high point

16   there was 130 vaginal repairs there in a year.  And

17   so I'm pretty confident it was over the course of

18   the next six months, whenever I started that.

19            And maybe even less, because I was, I

20   mean, very, very, very busy during that time and I

21   was, I would kind of, you know, I was doing Avaulta

22   at the same time.  And because at that time, my

23   thinking was, certainly maybe Avaulta, maybe Bard

24   doesn't have a lock on the best way to do this.  I

Robert Brian Raybon, M.D.

1    mean, I should at least explore something else and I

2    did get trained on it and had reviewed everything.

3    So that's why I chose Prolift.

4            If I hadn't been, I probably, it would

5    have been a toss-up at that point that I did Apogee

6    or Perigee or Prolift and I probably at that point

7    would have had to go to training to do one of those

8    two.

9        Q.    So after you left the cadaver lab, was it

10   the case that the Avaulta was not on the market so

11   you couldn't go back and start using that again?

12       A.    It was just getting ready to get released,

13   like literally within a month or two of that lab

14   because I did the first one of those in the world

15   when it came out commercially.

16           Obviously, I did not, Jim Ross did the, a

17   lot of the initial work, but before it was

18   commercially available, that's what they would say,

19   when I would teach at these conferences or whatever,

20   they would say, Raybon did the first commercially

21   available Avaulta in the world.  So it was pretty

22   soon after that.

23       Q.    Were there aspects of the Prolift device

24   or the procedure to implant the Prolift device that

Robert Brian Raybon, M.D.

1      A.   Anywhere in the body, you mean abdominal

2   or vaginal?

3      Q.   Yes.

4      A.   Oh, yes.  I mean, any surgeon has had a

5   wound dehiscence, positively.

6      Q.   Would you agree that there are a lot of

7   doctors in the United States who believe that

8   Prolift was safe and effective based on the

9   published data?

10      A.   I would say that there are a pretty good

11   number that felt like it was safe.

12      Q.   And you disagree with those doctors?

13      A.   I disagree with those doctors.

14      Q.   When the Prolift device was introduced,

15   that wasn't the first time surgeons implanted mesh

16   transvaginally, correct?

17      A.   Correct.  If I remember correctly, I

18   believe there were some attempts back in the 80s,

19   late 80s with some different materials and I don't

20   think it ended up very well.

21      Q.   When was the first time you ever heard of

22   the Prolift+M device?

23      A.   I think it was several years after I had

24   stopped doing Prolift and I believe the rep at that

Robert Brian Raybon, M.D.

1    time who was not Mr. Fleetwood, I cannot remember

2    the fellow's name, came by and detailed me on it and

3    brought lunch there.  I think in Georgia, because of

4    the volume of procedures and how busy I was, I think

5    I had a target on my back, not just for Prolift but

6    any of the manufacturers that had Prolift

7    procedures -- excuse me, prolapse procedures.  And

8    so, even though I had stopped using it, I tried to

9    be informed of what was out there just so I would at

10   least know.

11           And I think that was the, I'm pretty sure

12   that was the first time or, of course, I could have

13   seen it in a journal there, an advertisement there

14   perhaps.

15        Q.   You have never used the Prolift device in

16   any of your patients, correct?  Prolift+M device --

17   strike that.  Let me start over.

18        A.   Okay.

19        Q.   You never used the Prolift+M device in any

20   of your patients, correct?

21        A.   I did not.

22        Q.   Did you ever study the Prolift+M in a

23   clinical research setting?

24        A.   No, I did not.

Robert Brian Raybon, M.D.

1      Q.   Would you agree that in some patients, the

2   use of Prolift+M was very efficacious?

3      A.   To be honest with you, I think that you

4   can say that, just like what you said before, there

5   are some people with vaginal mesh, transvaginal mesh

6   implantation that have done okay.  And I wouldn't

7   change that for Prolift+M, I wouldn't lump them all

8   in one basket, but there are some that thankfully

9   have done well.

10     Q.   So you would also agree that there are

11  some patients who have had a Prolift+M implanted who

12  have had no complications?

13     A.   I would say there are some, yes.

14     Q.   And there are patients who have had a good

15  experience with the Prolift+M device?

16     A.   I suspect there are, yes, sir.

17     Q.   What do you think the rate of mesh

18  exposure is with the Prolift+M?

19     A.   I don't think that it is any different.

20     Q.   As the Prolift?

21     A.   Correct, because I have definitely, I have

22  removed quite a number of Prolift products, some of

23  which have been Prolift and some of which have been

24  Prolift+M and I didn't get a feel that in those that

Robert Brian Raybon, M.D.

1    have but I think now being a little wiser in the

2    ways of the world, in the last eight to ten years,

3    yes.  I do a lot of up to date searches on a lot of

4    things just to make sure I remain up to date in my

5    thinking.

6         Q.   Is it fair to say that the primary means

7    by which you obtain information about short-term or

8    long-term risks that you counsel your patients about

9    is from your review of medical textbooks,

10   peer-reviewed literature, your education, your

11   training, your discussions with other surgeons and

12   your clinical experience?

13        A.   I think so.  I think these days, textbooks

14   are becoming close to the bottom of the list.  By

15   the time they are published, they are out of date.

16        Q.   Is it fair to say that you don't rely on

17   medical device manufacturers to tell you how to

18   practice medicine?

19        A.   Absolutely not.  I do not rely on that.

20        Q.   You certainly don't rely on a medical

21   device manufacturer to tell you how to counsel your

22   individual patients on the risks and benefits of the

23   procedures that may or may not be appropriate for

24   that particular patient, correct?

Robert Brian Raybon, M.D.

1      A.   I agree with that.  I think the medical

2  device manufacturer's role is to be another item on

3  that list that you just mentioned a while ago that I

4  consult.  They can be a useful information person

5  that can get information for you and so forth.  But

6  you shouldn't rely just on that alone.

7      Q.   There was not a single transvaginal mesh

8  product to treat prolapse for which there were more

9  clinical studies published in the medical literature

10 for Prolift, correct?

11     A.   Say that one more time.

12     Q.   There was not a single transvaginal mesh

13 product to treat prolapse for which there were more

14 clinical studies published in the medical literature

15 than Prolift, correct?

16     A.   I think you may be right on that, yes.  I

17 think that is correct.

18     Q.   There are more medical studies done to

19 evaluate the safety and efficacy of Prolift than

20 there were for any other transvaginal mesh medical

21 device used to treat prolapse, correct?

22     A.   I would agree that there's more in the

23 literature on Prolift.  I don't necessarily know

24 about the medical and safety, that there's more on

Robert Brian Raybon, M.D.

1    that in there.

2         Just with the transvaginal mesh things we

3    talked about, the Cochran review, a lot of the

4    questions, one of the things you just asked, the

5    literature there was very low to low quality.  So I

6    don't know that there's great quality on that.

7         Q.   Other than Prolift, Gynemesh PS was the

8    most studied transvaginal mesh product to treat

9    pelvic organ prolapse, correct?

10        A.   I think it definitely hit the ground, it

11   was one of the first ones on the ground.  By that

12   very fact, there's more information that you suggest

13   out there.

14        Q.   Are you aware of any valid scientific

15   evidence or data stating that there is another mesh

16   material in the world that is safer and more

17   effective for treating pelvic organ prolapse than

18   polypropylene?

19        A.   I think from reviewing Ethicon's internal

20   documents, I think that they had come up with one

21   they felt.

22        Q.   What was that?

23        A.   The PVDF that you mentioned, or what was

24   their term going to be for it, ProNova.

Robert Brian Raybon, M.D.

1    Q.    Did you consider those internal company

2    documents that you are referencing that in turn

3    reference PVDF or ProNova to be valid scientific

4    evidence or data?

5    A.    I think that a company such as

6    Johnson/Ethicon has a lot of assets at their

7    disposal to look into such things, and I think that

8    certainly some of their key people really felt like

9    it had a lot of potential benefits there.  But when

10   you asked me about reviewing internal documents, I

11   didn't have access to those until this litigation.

12   So before the litigation, I wouldn't have had any

13   idea.

14   Q.    Are you aware of any peer-reviewed

15   published data stating that there is another mesh

16   material in the world that is safer and more

17   effective for treating pelvic organ prolapse than

18   polypropylene?

19   A.    I don't know of one right off the top of

20   my head.

21   Q.    What are the risk factors that can lead to

22   a mesh exposure in a patient?

23   A.    I think there are many that fall under

24   different categories.  Obviously, one is going to be

Robert Brian Raybon, M.D.

1    surgeon's technique.  You have to mention that.

2              Number two, what the patient brings to the

3    table.  Does she have medical issues that would

4    compromise wound healing?  Is she going to be a

5    compliant patient?  There's many things there.

6              Then you have to figure the properties of

7    the mesh itself.  I think I have become fond of

8    quoting in the last several years, right mesh, right

9    patient, right surgeon.  And for the outcome to be

10   the best, you have to have all three.

11       Q.    Sometimes mesh exposures are asymptomatic,

12   correct?

13       A.    That's correct.

14       Q.    Meaning the patient isn't experiencing any

15   symptoms from it?

16       A.    Correct.  She may come in and not even

17   know she has it until she has her annual exam.

18       Q.    Do you believe that the safer alternative

19   design to Prolift is a native tissue repair?

20       A.    I think if you are talking about vaginal

21   prolapse repairs, I think that if you are talking

22   about safety and the potential for extensive

23   morbidity, then a native tissue repair wins hands

24   down when we are looking just at that.

Robert Brian Raybon, M.D.

1      Q.   Do you have an alternative design for the

2   Prolift or Prolift+M devices that you think would

3   have made them safer?

4      A.   I think that the obturator approach,

5   looking backwards, shouldn't have been done there.

6   I think the arm meshes lent itself to asymmetric

7   scarring and contracture which producing a lot of

8   the pain and discomfort and dyspareunia that we see

9   today.  So the first thing is I wouldn't do an arm

10  mesh, number one.

11          They were looking at this anyway as part

12  of their next generation of a tissue that was

13  designed specifically for the pelvic floor.  That

14  was one of the things we were looking at, is doing

15  away with the arms or making the arms absorbable

16  where the arms would no longer exist.

17          I think that's an interesting concept,

18  arms that don't last or go away.  But I think,

19  number one, it has to not go through the obturator.

20  Number two, I think what would need to be used is

21  the absolute best material that's available, drawing

22  upon experts that have studied this, that have

23  studied degradation of polypropylene in the body for

24  many, many years.  And then the last thing is

Robert Brian Raybon, M.D.

1    really, really invest in the education of the

2    surgeons.

3         Q.   Are there any other aspects of the design

4    of the Prolift or Prolift+M devices that you think

5    could be made safer?

6         A.   I think those are the big things.  I think

7    you get rid of the trocar-based transobturator

8    passes.  You put a lot of time and effort into your

9    surgeon training and make sure that they are

10   adequately training and are comfortable, and then

11   use the best material possible.  I think those are

12   the big three.

13        I think some of the other stuff like shape

14   of the mesh, those type dimensions are, you are

15   never going to please every surgeon.  I think those

16   are not as important there.

17        Q.   Have you done any testing or experiments

18   to investigate the feasibility or the safety of mesh

19   devices using these alternative design features that

20   you just described?

21        A.   We get some stuff, not with Prolift, no,

22   but I did some stuff similar to what you are asking

23   with Bard there where there was a few cadaver

24   courses, quote, a few cadaver sessions where I was

Robert Brian Raybon, M.D.

1    the only physician in attendance.  I was there with,

2    I remember one specifically where it was myself,

3    some support staff and a Ph.D. anatomist, from I

4    think it was UT, that was present.

5         We were looking at some designs some of

6    which I had some input into, some I did not.  And I

7    have no knowledge if any of those ever went

8    anywhere.

9         Q.   Was that sort of a round table discussion

10   where they would bounce ideas off you and see what

11   you thought about them or was it testing where you

12   actually did some sort of action on these things?

13        A.   Yes, both.  I would say that some of the

14   round table stuff was done perhaps at separate

15   sittings where it was me as well as multiple other

16   physicians giving their ideas on things, and then I

17   happened to be chosen for whatever reason for a

18   couple of sessions where I was the only action

19   person; so that in other words, there were several

20   cadavers.

21        I would put some of their ideas into

22   action, if you will, and then the anatomist would do

23   cutdowns to figure out what I had just done.

24        Q.   Have you ever created a pelvic organ

Robert Brian Raybon, M.D.

1    prolapse mesh device with this design that you just

2    described where it did not incorporate the obturator

3    approach with trocars, it had no arms, and utilized

4    the best mesh available?

5         A.    I have not.

6         Q.    When you said the alternative design that

7    you would advocate for the Prolift or Prolift+M

8    devices would incorporate the best material

9    available, what material is that?

10        A.    I think that, obviously, there could be

11   some differences to the polypropylene or there may

12   be other things that could be additives to the

13   polypropylene.  There are antioxidants that can be

14   added to help with some of these reactions that we

15   are seeing, the chronic inflammatory, the foreign

16   body reactions we have seen.

17             Those are things, I have a little bit of

18   knowledge and basis of because of my prior

19   experience and, of course, the mesh work.  At least

20   on paper, this ProNova or the PVDF sounds enticing.

21   There certainly may be other products out there that

22   I'm not aware of.

23        Q.    Have you reviewed any published medical

24   literature regarding PVDF or ProNova?

Robert Brian Raybon, M.D.

1      A.    Just I have seen what Ethicon's documents

2   were.

3      Q.    So no published materials on that?

4      A.    No, I have not.

5      Q.    Do you know what antioxidants are in the

6   Gynemesh PS used in the Prolift device?

7      A.    Do I know what the antioxidants --

8      Q.    Are.

9      A.    No, not off the top of my head.

10      Q.    Do you know what antioxidants are in the

11   old Promesh that's utilized in the Prolift?

12      A.    No, sir.

13      Q.    So when you say the best material

14   available, you don't have a specific material in

15   mind other than PVDF or ProNova?

16      A.    That's the only specific material in mind.

17   I think that if, sitting down with a bunch of people

18   that could make it happen, biomaterials scientists

19   and so forth, I think I could have some

20   knowledgeable input as to some desirable traits, but

21   no, I don't have a specific one in mind.  I can tell

22   you what those traits should be, perhaps, but no.

23      Q.    Have you ever done any testing or

24   experiments utilizing PVDF mesh or ProNova mesh?

Robert Brian Raybon, M.D.

1      A.   No, sir.

2      Q.   Are there any PVDF meshes on the market

3   that you are aware of?

4      A.   Not that I'm aware of.

5      Q.   Have you checked into that?

6      A.   I have not.

7      Q.   If there are PVDF meshes on the market,

8   would you be interested in using those?

9      A.   I'd be interested in looking into it,

10  absolutely.

11     Q.   But you haven't gone out and looked to see

12  if there are any PVDF meshes on the market?

13     A.   No, my knowledge, once again, has just

14  been, what, six or seven months.

15     Q.   I want to ask you the same questions about

16  the Prolift+M.  How would you change that to make it

17  safer?  Would it be the same things you discussed

18  with the Prolift?

19     A.   I think so.  I think there was more of an

20  inflammatory problem with the monocryl being in

21  there than they anticipated.  Also, it needs to be,

22  the other thing with the mesh, it needs to be

23  isotropic, not anisotropic like it is.

24     Q.   What isotropic meshes for treatment of

Robert Brian Raybon, M.D.

1    pelvic organ prolapse are available on the market?

2        A.    I can say that in regards to the Prolift

3    mesh, it is more one-directional there, anisotropic.

4    You want something that has --

5        Q.    What ones are on the market is what I

6    wanted.

7        A.    The Restorelle is more that way than

8    Prolift.  But if there is mesh out there that's

9    marketed as such, then the answer is no.

10       Q.    So the Restorelle is more isotropic than

11   Prolift?

12       A.    It is more isotropic, in my opinion.

13       Q.    So you said that Prolift+M mesh has more

14   of an inflammatory response than Gynemesh PS?

15       A.    Especially in the short term because of

16   the monocryl that's in there.  It is one of those

17   things, I think, that as I said earlier in the

18   deposition, I think the idea was worth pursuing.  I

19   just don't think it should have been pursued on the

20   open market.

21       Q.    So is your alternative design for the

22   Prolift+M, a mesh that has no absorbable component

23   or would it be a mesh with a different absorbable

24   component than the monocryl?

Robert Brian Raybon, M.D.

1    A.   Obviously, I don't think monocryl should

2  be it, with the experience that they had.  But maybe

3  there's another one that could be done.  Once again,

4  you got to rely on your research to point you in the

5  right direction.

6    Q.   But as you sit here today, you don't have

7  a different absorbable component that you would

8  advocate as safer than Prolift+M?

9    A.   No, I do not at this time.

10    Q.   As a practical matter, do you believe

11  there is any single mesh of any type that can be

12  used appropriately for transvaginal implantation to

13  treat pelvic organ prolapse?

14    A.   In other words, is there one that I would

15  use today?

16    Q.   Yes.

17    A.   First of all, as I told you earlier, I

18  think that the decision to use it can't be

19  undertaken lightly.  I think there are patients

20  where it may be appropriate.

21         Having said that, the ones that I have

22  used most recently was Elevate there.  One of the

23  big key differences there that it had was that it

24  was not a transobturator approach there.  Of the,

Robert Brian Raybon, M.D.

1  Page 2 that one of the reasons you stopped using the

2  Prolift products in 2008 was due to unacceptably

3  high erosion rate, correct?

4       A.   Yes.

5       Q.   What was that erosion rate?

6       A.   It was over ten percent.  I had been

7  using, as we discussed earlier, hand-sewn meshes and

8  so forth.  And my erosion rate with hand-sewn meshes

9  was down in the three percent range.

10           And then with this, as I said, I did at

11  minimum 25, and so it was higher than ten percent.

12  And it just got me scared.

13       Q.   There aren't any data that we could look

14  at to verify that that was the rate, is there?

15       A.   No, sir, as we discussed, I have been

16  through three MRs and some of that was PACH.

17       Q.   You also indicated one of the reasons you

18  stopped using Prolift products was that Gynecare did

19  not exercise due diligence in ensuring that

20  implanting physicians were adequately trained.

21       A.   Correct.

22       Q.   Did you feel that you were adequately

23  trained on the Prolift device when you went to that

24  cadaver lab?

Robert Brian Raybon, M.D.

1      A.    I did.  I had a lot of knowledge.  I had

2   been to a fellowship, I had a lot of knowledge of

3   pelvic floor anatomy and surgeries.

4           I had already been doing the dissection

5   with free-cut mesh, as we discussed.  So I felt I

6   had a good, strong foundation and I got

7   device-specific training by one of their preceptors.

8   So yes, I did feel like it.

9      Q.    On Page 3 of your Prolift report you

10  indicate that, "Ethicon marketed its Prolift mesh

11  devices without first obtaining FDA 510(k) clearance

12  and sold the product for more than three years in

13  the United States without governmental permission."

14     A.    Yes.

15     Q.    What was the basis for that statement?

16     A.    That was in the news.

17     Q.    What news story are you referring to?

18     A.    Gosh, it was, I can't remember, was it the

19  Wall Street Journal or Bloomberg or something?  I

20  remember, I think, a buddy of mine even said, hey,

21  check out whichever one it was.  And I think it was

22  one of the financial things because they were really

23  -- I think it was one of the financials, either Wall

24  Street Journal or Bloomberg, but it was in the news.

Robert Brian Raybon, M.D.

1      Q.   So is it your opinion that the Prolift was

2   marketed illegally?

3      A.   I will say that they did not get their --

4   if they didn't meet the requirements of the FDA, is

5   that not illegal?  I don't know.

6           I know I can't ask you a question, but I

7   don't know the legalese and all that.  To me, they

8   didn't do the government requirements.

9      Q.   So is it fair to say since you don't know

10   the legal requirements, that you don't know if

11   Ethicon's marketing of the Prolift was illegal?

12      A.   I can't comment on that.  I'd have to let

13   one of you guys say that.

14      Q.   You say you have worked with medical

15   device manufacturers in the development and

16   evaluation of pelvic repair mesh products.

17      A.   Yes.

18      Q.   Is that the TOPAS work that you referred

19   to earlier?

20      A.   I have done TOPAS work, Avaulta; Bard was

21   not only Avaulta but it was also slings.  I have

22   done some other work with AMS/Astora.  I did not do

23   any with Ethicon.  I did not do any Boston -- yes,

24   those were the ones.

Robert Brian Raybon, M.D.

1      Q.    What was your role in the design of the

2    Avaulta product?

3      A.    The Avaulta product, when I first got

4    involved with that, their initial Avaulta

5    biosynthetic was in its final stages.  And so I was

6    more involved there at the end as, hey, okay, this

7    is the final thing; how does this look; is this

8    going to work good, and so forth.

9           Now what I call, and a lot of us term, the

10   second generation Avaulta which the trocars were

11   radically changed, the design of the mesh was

12   radically changed, I had a lot more input into that,

13   like at some of these round table sessions as you

14   referred to as well as some cadaver sessions that

15   were geared just to their KOLs, if you will.

16     Q.    Have you ever developed a battery of

17   testing that was to be done on a device during a

18   device's development?

19     A.    No, sir.

20     Q.    When we were talking earlier about your

21   IFU-related opinions of the Prolift and Prolift+M

22   IFUs, are there any standards that you are

23   referencing where I can go and look on the internet

24   look up that particular standard?

Robert Brian Raybon, M.D.

1      A.    I don't know a standard, but this is

2   probably a bad analogy, but who is the guy, the

3   famous Supreme Court guy or whoever that says, I

4   know obscenity when I see it?  I think I know a good

5   IFU when I see it.

6           I don't know that there are standards

7   there.  I can certainly go on with you at length

8   about what I think should have been in here, as we

9   have already done.

10      Q.    When you say on Page 3 of your Prolift

11   report that, "In designing a pelvic repair mesh

12   product intended to be sold and implanted by

13   physicians like myself, a reasonable device

14   manufacturer must consider and weigh all of the

15   known risks versus the benefits of a particular

16   design as well as all information known to the

17   manufacturer that may bear on the safety and

18   efficacy of the design including the gravity,

19   severity, likelihood and avoidability of the dangers

20   associated with the design."

21           Did I read that correctly?

22      A.    Yes, sir.

23      Q.    What is the basis for that statement, that

24   those are the things that a reasonable device

Robert Brian Raybon, M.D.

1    manufacturer must do in designing a product?

2         A.    As we were discussing earlier, certainly I

3    think that it's been established that anterior

4    compartment mesh does have a benefit in anatomical

5    success.  We have discussed that earlier, and I

6    don't disagree with what it has shown.  But my

7    rejoinder to that would be, at what cost.  The --

8         Q.    All I am asking is what the standard is.

9    Where did this standard come from that we just read?

10   Is there some standard I can look up on the

11   internet?

12        A.    No, there's no standard.  That's just kind

13   of --

14        Q.    Your take?

15        A.    It is common sense stuff.  These are

16   things you trust the manufacturer to do their due

17   diligence in bringing the design to the market, that

18   these things have been done, addressed the positives

19   and the negatives, and made sure that those equal

20   out or are beneficial.

21        Q.    On Page 4 you talk about your opinion

22   that, "The risks inherent in the design of the

23   Prolift outweigh its benefits for several reasons."

24             So you did a risk/benefit analysis with

Robert Brian Raybon, M.D.

1      A.    No, sir, thank you.

2      Q.    On Pages 14 through 18 of your Prolift

3   report you go through and list a number of things

4   that you think that Ethicon failed to put into the

5   IFU for the Prolift that they should have put into

6   the Prolift; is that fair to say?

7      A.    Correct.

8      Q.    Is it your opinion that the FDA would have

9   allowed Ethicon to include all of these things in

10   the Prolift IFU or Prolift+M IFU to the extent it is

11   applicable to those devices?

12      A.    I think they would have, because there

13   were some changes that I saw in Ethicon's documents

14   where the FDA came back and said, you need to add

15   this, you need to add this, some of it had to do

16   with the risk of the surgery, and there was some

17   that Ethicon just didn't want to do.

18            So, yes, I feel like some of the risk

19   verbiage that the FDA wanted in the revised IFU, I

20   think, yes, they would have allowed a lot of what I

21   have suggested.

22      Q.    Are there any limits that you are aware of

23   on what the FDA will allow a medical device

24   manufacturer to include in an IFU?

Robert Brian Raybon, M.D.

```
 1        A.    No, sir, I'm not aware of any limits.

 2        Q.    Do you consider yourself to be an expert

 3   in FDA regulations?

 4        A.    I do not consider myself to be an expert

 5   in FDA regulations.

 6        Q.    You are not an expert in the FDA

 7   regulatory process for bringing medical devices to

 8   market, are you?

 9        A.    No, I'm not.

10        Q.    What training have you had with respect to

11   the interpretation of FDA regulations, any?

12        A.    No formal training, no.

13        Q.    Any informal training?

14        A.    Just, once again, since all this

15   litigation and concern started, even starting back

16   where the FDA made their first mesh proclamation

17   back a number of years ago, between that and then my

18   involvement in some of the clinical trials I have

19   been involved with, because I was involved with, as

20   you know, TOPAS, and I was also doing some of the

21   522 studies for AMS.

22        Q.    Is TOPAS an acronym?

23        A.    Yes, sir, transobturator posterior anal

24   sling.
```

Robert Brian Raybon, M.D.

```
 1        Q.    Through how much of the obturator foramen
 2   does the TOPAS point pass?
 3        A.    Almost immediately when it traverses the
 4   obturator foramen, it dives and goes posteriorly
 5   there, so it doesn't really dive into the pelvis
 6   like you are thinking like heading into the vagina,
 7   it doesn't do that.  It immediately, once it passes
 8   the bone, it goes south, assuming the patient is
 9   sitting on an exam table, it goes posteriorly and
10   then down around the anus and back up.
11        Q.    Does it pass through the obturator
12   internus and externus muscles?
13        A.    Yes, it does.
14        Q.    Have you ever written to the FDA and
15   provided them with your opinion regarding
16   transvaginal mesh kits like the Prolift and
17   Prolift+M?
18        A.    No, I have not.
19        Q.    Have you ever spoken with anyone at the
20   FDA about your opinions regarding the Prolift device
21   or Prolift+M device?
22        A.    No, I have not.
23        Q.    Have you ever had a patient experience a
24   complication following a uterosacral ligament
```

Robert Brian Raybon, M.D.

1    benefits, like I get to use PubMed and I get to do

2    things of that sort, I get some research, someone

3    can research something for me.

4         Q.   You get to put it on your CV?

5         A.   Right.

6         Q.   Does the Medical College of Georgia know

7    that you are serving as an expert on behalf of the

8    Plaintiffs in this litigation?

9         A.   I don't know.  I don't necessarily think

10   so.

11        Q.   Are you an expert in determining corporate

12   motive, knowledge or intent?

13        A.   I would say no.

14        Q.   When did you become an expert on the

15   Prolift+M device?

16        A.   I think -- when I was retained?  What's

17   the exact question?

18        Q.   You are testifying here as an expert on

19   the Prolift+M device?

20        A.   Yes, sir.

21        Q.   When did you become that?

22        A.   I feel like in general I'm an expert in

23   mesh and I'm an expert in the surgeries required.  I

24   guess, I think I would consider myself more of an

Robert Brian Raybon, M.D.

```
 1    expert on mesh in general in the pelvis and the use
 2    of mesh in general.  I haven't really thought about
 3    it as I'm an expert just on one particular one with
 4    the exception being, of course, I now have in the
 5    last several months have learned a lot of very
 6    specific things about the Prolift.
 7              I hadn't thought about the question that
 8    way.
 9       Q.   Have you ever drafted an IFU for a
10    surgical implant for a medical device manufacturer?
11       A.   No.
12       Q.   Have you ever drafted the warning that
13    accompanied an implantable medical device for a
14    medical device manufacturer?
15       A.   No, sir.
16       Q.   Is it fair to say you don't know what
17    processes are followed for preparing medical device
18    warnings?
19       A.   I don't know what the FDA's thoughts are
20    on that matter, no.
21       Q.   Is it fair to say you don't know the
22    regulations governing medical device warnings?
23       A.   I do not know, no.
24       Q.   Have you ever drafted a patient brochure
```

Robert Brian Raybon, M.D.

1    for a surgical implantable device?

2        A.    No, sir.

3        Q.    You are not an expert in the design of

4    medical devices, are you?

5        A.    No, sir.

6        Q.    You are not an expert in the design of

7    clinical trials or testing of medical devices, are

8    you?

9        A.    No, sir.

10       Q.    You don't hold yourself out to the

11   community as a warnings expert, do you?

12       A.    No, sir.

13       Q.    Have you had any human factors training or

14   education?

15       A.    What?

16       Q.    Human factors training or education.

17       A.    What is that?

18       Q.    Any training regarding how people interact

19   with warnings and perceive and react to that

20   information, things like that.

21       A.    I would say yes and no.  As far as taking

22   a class or something, no.  But one of the issues

23   that I was involved with, I think we had to take an

24   online course that dealt with something to that

Robert Brian Raybon, M.D.

1    effect.   So I guess I'm somewhat familiar with that.

2         Q.    You are not a pathologist, correct?

3         A.    Correct.

4         Q.    You are not a materials scientist?

5         A.    Correct.

6         Q.    Have you ever participated in an animal

7    study evaluating polypropylene mesh?

8         A.    No, sir.

9         Q.    Have you ever done any lab or benchtop

10   testing on polypropylene mesh?

11        A.    No, sir.

12        Q.    Have you ever done any biomechanical

13   testing of any polypropylene mesh?

14        A.    I don't know if this would qualify.   To me

15   partly it would.   As I said, back when I was doing

16   work with Bard, we used to -- we would do cadaver

17   courses and so forth.

18             I'm not talking about to train other

19   physicians, but where we would look at different

20   meshes or anchorings and we would study pullout

21   strength and that sort of thing.   So that might

22   qualify partially, to answer your question.

23        Q.    Do you know what the weight of the Prolift

24   mesh is?

Robert Brian Raybon, M.D.

1      A.    Still do.

2      Q.    When you assess a woman's progress in

3   labor by determining cervical dilation, do you do

4   that by palpating the cervix?

5      A.    Digitalization, yes, we do a vaginal exam.

6      Q.    Digital meaning your fingers?

7      A.    We put our fingers in, yes, sir.

8      Q.    Did you review any of Ethicon's design

9   protocols for the Prolift or Prolift+M devices?

10      A.    Design protocols, I reviewed a lot of what

11   they had.  I don't know what part of it was a design

12   protocol or not.

13      Q.    How did you decide what materials to cite

14   in the end notes of your report or the footnotes of

15   your reports?

16      A.    As the report was unfolding and I was

17   writing it and revising it and revising it and

18   writing it and revising it, I had all the documents

19   around.  And it took a while to do, because I would

20   have to go back and find things.

21          But basically, I have a locked room at my

22   other office where I keep all the stuff, and that's

23   where I go to write on it.  So it's all right there

24   at my fingertips.

Robert Brian Raybon, M.D.

1     Q.   You have a locked room at your office

2   where you keep the stuff that you have produced here

3   today?

4     A.   Yes, sir.

5     Q.   Any other stuff?

6     A.   Any other stuff?

7     Q.   In that locked room regarding your file

8   materials for these cases?

9     A.   Just things that are with this ongoing

10   litigation or whatever.  I'm sorry, I don't

11   understand your question.

12     Q.   I want to understand if there are any file

13   materials that you utilized in forming your opinions

14   regarding the Prolift and Prolift+M products that

15   are back in that locked room in your office that

16   aren't here today.

17     A.   Oh, no, no, sir.  I'm sorry.

18     Q.   You say at the bottom of Page 21 of your

19   Prolift report that, "Based upon the current

20   literature regarding armed TVM kits and the articles

21   and abstracts regarding the Gynemesh PS and Prolift

22   products, upon what I have observed when I have

23   removed Prolift mesh, and upon what I have learned

24   from my review of Ethicon's internal documents and

Robert Brian Raybon, M.D.

1    testimony, it is my opinion that the risks of

2    implanting the Prolift far outweighed any perceived

3    benefits with unacceptable rates of mesh exposures,

4    erosions, dyspareunia, urinary and bowel problems,

5    chronic or permanent pelvic pain, painful mesh

6    shrinkage, revisions and reoperations in an attempt

7    to address these complications and recurrences of

8    prolapse following mesh removal surgeries."

9         Did I read that correctly?

10   A.    Yes, you did.

11   Q.    When you refer to unacceptable rates of

12   those various complications listed there, do you

13   have in mind what an acceptable rate of mesh

14   exposure is?

15   A.    When I was doing my hand-sewn ones, mine

16   was at three percent or less.  So for exposure, to

17   have an exposure is not my -- it can be very

18   annoying and concerning to the patient, but if

19   that's the solitary thing, I can fix that.  It's

20   these other issues that are a bit concerning.

21   Q.    So a three percent exposure rate is okay

22   with you?

23   A.    That would be ideally even less.  My sling

24   exposure rate is less than one.

Robert Brian Raybon, M.D.

1      Q.    When you say sling, what do you mean?

2      A.    Once again, a sling is polypropylene mesh.

3  When we first started out, there were people that

4  were having erosion rates of five to seven percent.

5  Mine for the last several years has been like

6  0.4 percent there.

7      Q.    Understandably, you want the rate to be as

8  low as possible.

9      A.    Absolutely.

10      Q.    But is a five percent exposure rate

11  acceptable to you?

12      A.    I guess if it delivered as promised and

13  there was none of these other complications, I could

14  probably live with that.

15      Q.    Do you use TVT slings?

16      A.    I don't.

17      Q.    How do you treat stress urinary

18  incontinence?

19      A.    I don't use the TVT brand.  I use others

20  slings.

21      Q.    What slings do you use?

22      A.    I use, recently I have used Altus, which

23  is a Coloplast sling.  I have used, Desara, I think

24  is it D-E-S-A-R-A, which is by Caldera.

Robert Brian Raybon, M.D.

1              I have used Sparc, S-P-A-R-C, which is by

2     AMS, but now will be going off the market there.

3         Q.    All polypropylene slings?

4         A.    All polypropylene.

5         Q.    What's an acceptable rate of erosions for

6     you?

7         A.    I would say the same.  I'd like it, I

8     mean, erosion and exposure, I'm sorry, in my mind I

9     kind of lump them in because they are in the vagina.

10        Q.    Five percent would be okay?

11        A.    Or less, yes, as low as possible.

12        Q.    What's an acceptable dyspareunia rate for

13    you in a pelvic organ prolapse repair?

14        A.    Zero.

15        Q.    One percent is unacceptable?

16        A.    No, I guess I could live with that.

17    Obviously, it is probably the thing that one

18    patient, if they have severe dyspareunia and

19    previously their sex life was good, it is a horrible

20    thing to take care of.

21        Q.    The next page, Page 22, you talk about how

22    there were alternative designs available for the

23    Prolift kits, right?  We have talked a bit about

24    that today already?

Robert Brian Raybon, M.D.

1      A.    Yes, sir.

2      Q.    One thing you say there is "introduction

3  of stress shielding to prevent pore collapse."

4            What do you mean by that?

5      A.    What stress shielding is referring to in

6  this sentence there is that material that you put

7  in, it takes the physical forces or the stress off

8  the surrounding tissues.  You certainly have to be

9  careful with the terminology because, and in the

10 long term, you don't want stress shielding to

11 necessarily be there, because if you remember the

12 Moalli study we discussed, it was felt that some of

13 the vaginal degeneration that was seen with the

14 Prolift mesh was due in fact to stress shielding.

15           Now, in my mind, I may have this wrong,

16 but in my mind, stress shielding, the way I meant

17 the connotation here is, you want it there in a way

18 to protect the pore size to keep the mesh lying

19 flat, to keep the mesh pores open such that ingrowth

20 can occur.  Once that occurs, the stress shielding

21 ideally could wither away or go away.

22     Q.    Does abdominally placed polypropylene mesh

23 degrade, in your opinion?

24     A.    Yes.

Robert Brian Raybon, M.D.

1      Q.   Do you believe that Proline sutures

2  degrade?

3      A.   Yes.

4      Q.   On Page 22 at the bottom of the page you

5  say, "I personally observed and treated patients who

6  have been implanted with Ethicon Prolift products

7  that experienced the following device-related

8  complications."  And then on the next page you say

9  that, "Those are directly attributable to the

10  defective design of these products as described

11  previously."

12          Right?

13     A.   Yes.

14     Q.   What design defect in the Prolift and

15  Prolift+M devices causes chronic or permanent pelvic

16  pain?

17     A.   That had to do with the armed nature of

18  the mesh which we have discussed as well as the

19  chronic and ongoing inflammatory/foreign body

20  response induced by the degrading polypropylene

21  mesh.

22     Q.   Anything else?

23     A.   I think that the other thing is poor

24  surgeon training.

Robert Brian Raybon, M.D.

1      Q.    Have you ever developed a training course

2   for surgeons to go through in preparation for using

3   a medical device for the first time?

4      A.    No.   I've taught some very small ones and

5   I was given kind of free reign to do what I wanted,

6   but no, I don't think I built it from the ground up.

7      Q.    What design defect causes chronic or

8   permanent inflammation of tissues surrounding mesh?

9      A.    That's going to be the degradation of the

10  polypropylene.

11     Q.    Anything else?

12     A.    That's the main thing.

13     Q.    What defect in the Prolift or Prolift+M

14  devices causes excessive scar plate formation, scar

15  banding and contracture of mesh arms?   I will leave

16  it at that.

17     A.    Sir?

18     Q.    I'll leave it at that.

19     A.    One, that's going to be your adequate or

20  inadequate pore size once the mesh is placed.   You

21  want the mesh to maintain its pore size until the

22  ingrowth occurs.

23           That is where you are going to get your

24  bridging, your bridging fibrosis which is going to

Robert Brian Raybon, M.D.

1    lead to your scar banding.  When you are talking

2    about the arms, then that has to do with the

3    curvature of the arms and basically the mesh arms

4    end up by curving and overlapping themselves.  That

5    doubles your mesh density which is going to cause

6    excessive scar plate formation.

7        Q.    What defect in the Prolift or Prolift+M

8    devices causes erosion of mesh into the bladder and

9    rectum and exposure of mesh into the vagina?

10       A.    Once again, obviously, you can't say

11   something like that without commenting on surgical

12   training and surgical technique.  But then once

13   again, in something like that where you basically

14   have created like a fistula-type track, inflammation

15   and chronic inflammation is a key point.

16       Q.    What defect in the Prolift and Prolift+M

17   devices, design defect, that is, causes pudendal

18   neuralgia?

19       A.    That can be many things.  Number one, it

20   can be the technique itself of passing these trocars

21   blindly.  I believe it was the posterior pass that

22   advocated going through the sacrospinous ligament

23   where traumatically the pudendal nerve would be the

24   most at risk of being ensnared in the resultant mesh

Robert Brian Raybon, M.D.

1   arm or lacerated by the tip of the trocar.

2          Additionally, it has been well-described

3   in the literature the fibrosis around such, how it

4   can affect the surrounding nerves.  And nerves can

5   end up getting entrapped or encapsulated in the

6   ongoing fibrotic response.

7          So it can be the actual technique itself,

8   whether it's from a poor design by a manufacturer or

9   the execution of that by the surgeon.  But also,

10  once again, the chronic inflammation is going to

11  play a role in this.

12         Q.   What is the generally accepted method for

13  measuring pore size or porosity in mesh?

14         A.   I believe, if I'm not mistaken, that is

15  with a SEM scan, scanning electron microscopy, I

16  believe.  I don't think it is TDM, I think it is

17  scanning electron microscopy.

18         Q.   Can you hold a ruler up to the mesh to

19  measure the pore size?

20         A.   Wait a minute, we are talking about the

21  macro picture, the mesh is laying there, that type

22  of thing.

23         Q.   Yes.

24         A.   Yes, you can do that.  I forgot what

Robert Brian Raybon, M.D.

1    amount of force if any is put on it, but yes, you

2    can do that.  I was thinking about microscopically.

3        Q.    Have you ever taken a piece of Gynemesh PS

4    or ULTRAPRO mesh and laid it next to a ruler and

5    measured how big the pores are?

6        A.    No.

7        Q.    What's the design defect in the Prolift or

8    Prolift+M devices that in your opinion causes pelvic

9    floor muscle spasms?

10       A.    Once again, the chronic inflammation; the

11   passage of these arms through the various muscles

12   that are present; as well as the irritation and

13   inflammation of the nerves.  Once these nerves --

14   this has been well-described -- are chronically

15   irritated, their threshold for wanting to fire is

16   actually lowered dramatically.

17           So then things that might otherwise

18   stimulate a pelvic floor muscle contraction --

19   excuse me, things that otherwise would not stimulate

20   a pelvic floor muscle spasm are now stimulating

21   them.  It may just be activities of daily life.

22       Q.    How much farther away does the TOPAS sling

23   traverse from the pudendal nerve than the Prolift?

24       A.    Gosh, it is like the equivalent from here

Robert Brian Raybon, M.D.

1    to California.  It is not even in the ballpark.

2         Q.    How many centimeters?

3         A.    Gosh, six, seven, eight, nine.

4         Q.    What's that based on?

5         A.    Just knowledge of anatomy.  It's nowhere

6    close.

7         Q.    Is there a cadaver study that's been done

8    that shows that difference?

9         A.    I think if I can show you on a skeleton,

10   you would see it is not even in the same

11   neighborhood.

12        Q.    What is the design defect in the Prolift

13   or Prolift+M devices that causes nerve damage and

14   dyspareunia?

15        A.    Once again, that is, the nerve damage can

16   be many ways.  One, it can be the passage -- once

17   again, I guess now we are not talking about pudendal

18   nerve anymore, we are talking about nerves in

19   general here, just to be clear.

20             So nerve damage as you get excessive

21   fibrosis or scarification, numerous pathology

22   studies have shown that they found nerve fibers in

23   this.  So the nerves can get caught up in this

24   ongoing severe scarification is going to be a result

Robert Brian Raybon, M.D.

1    of the healing as well as the chronic ongoing

2    inflammation.  Scarification, once again, obviously

3    we said earlier in this deposition, is a good thing

4    for healing, but at some point it needs to quit.

5         Q.   Is there a standardized weight

6    classification system for mesh?

7         A.   Standardized weight, like if it is 20

8    micrograms, it is low weight; if it is 30 micrograms

9    it is --

10        Q.   Right.

11        A.   I don't know that it is standardized.

12        Q.   So there is no standardized weight

13   classification system that you know of for mesh?

14        A.   Not right off.  I think it is one of those

15   things, you kind of know it when you see it.

16        Q.   Do you agree that with any implant in any

17   part of the body, there's the possibility of a

18   chronic foreign body reaction?

19        A.   I think that's a very fair statement.

20        Q.   Not every chronic foreign body reaction

21   leads to pain; is that fair?

22        A.   That's correct.

23        Q.   Recurrence of prolapse is a possibility

24   with any pelvic organ prolapse procedure, correct?

Robert Brian Raybon, M.D.

1      A.    Yes, sir.

2      Q.    Just because recurrence of prolapse is

3   possible with a pelvic organ prolapse procedure

4   doesn't mean that procedure or device is defective,

5   does it?

6      A.    Yes and no.  So, for example, if the

7   prolapse recurred because of a problem with the

8   device that you had to go in and required its

9   removal, I attribute that to the device.

10     Q.    What is the alleged design defect with the

11  Prolift or Prolift+M devices that you think causes

12  stress urinary incontinence, urge incontinence or

13  urinary retention?

14     A.    I think you have to break those down

15  carefully.  Urinary retention is probably going to

16  be twofold.  One is going to be perhaps related to

17  the dissection or improper dissection required, even

18  though I will say I found it interesting that there

19  was an email in Ethicon's stuff from David Robinson

20  regarding a couple of patients that he was made

21  aware of that had urinary retention, and both of

22  these patients were operated on by what I intimated

23  to be KOLs.  One of them was Dennis Miller there.

24            It seemed to be prolonged and ongoing and

Robert Brian Raybon, M.D.

```
 1   and ongoing and ongoing after several weeks.  So it
 2   raises a question of, is that related to the actual
 3   passage of the arms and digging up some of the
 4   nerves and so forth.
 5              As far as the stress urinary incontinence
 6   goes, I think some of that has to do with, once
 7   again, with the training there.  The urge
 8   incontinence is going to be more related to the
 9   chronic irritation and inflammation going on and
10   lowering the threshold for the nerves to fire.
11        Q.   I added up on your invoices that we have
12   marked as Exhibit 6 the total amounts reflected on
13   those invoices.  That amount was $90,375.  Does that
14   sound about right in terms of the amount you have
15   been paid or have invoiced for your work in the
16   pelvic mesh litigation involving Ethicon?
17        A.   It sounds about right, yes, sir.
18        Q.   How much have you earned to date from your
19   work as an expert witness in all of the transvaginal
20   mesh litigation combined, not just limiting it to
21   Ethicon?
22        A.   $250,000.  I don't know.  With this 90,000
23   that you just mentioned and what I have done before,
24   it's probably at least 250.
```

Robert Brian Raybon, M.D.

1       Q.   You earn $4,000 for a half day of trial

2    testimony and $8,000 for a full day?

3       A.   Yes, sir.

4       Q.   For your deposition time, you earn $600

5    per hour with a minimum four-hour charge?

6       A.   Yes, sir.

7       Q.   For travel time to the deposition, you

8    earn $200 in 30-minute increments?

9       A.   Yes, sir.

10      Q.   So if it goes 36 minutes, you would charge

11   $400 for that hour of travel?

12      A.   Yes, sir.  I think the first hour I

13   probably would do just 200 and after that -- I'm

14   sorry, I'm getting confused now.

15      Q.   When you travel to testify at a trial for

16   Mr. Hill's firm, the Blasingame firm, how do you get

17   there?

18      A.   I have flown.

19      Q.   Did you fly commercial or on a private

20   plane or jet?

21      A.   It's private.

22      Q.   Did you ever fly in a commercial plane or

23   jet to get to a trial involving the Blasingame firm?

24      A.   No, sir.

Page 248

1                    C E R T I F I C A T E

2

    G E O R G I A:

3

    HENRY COUNTY:

4

5          I hereby certify that the foregoing
    deposition was reported, as stated in the
    caption, and the questions and answers
6    thereto were reduced to the written page
    under my direction; that the foregoing
7    pages 1 through 245 represent a true and
    correct transcript of the evidence given.
8    I further certify that I am not in any
    way financially interested in the result
9    of said case.
           Pursuant to Rules and Regulations of
10    the Board of Court Reporting of the
    Judicial Council of Georgia, I make the
11    following disclosure:
           I am a Georgia Certified Court
12    Reporter.  I am here as an independent
    contractor for Golkow Global Litigation
13    Services.
           I was contacted by the offices of
14    Golkow Global Litigation Services to
    provide court reporting services for this
15    deposition.  I will not be taking this
    deposition under any contract that is
16    prohibited by O.C.G.A. 15-14-37 (a) or
    (b).
17          I have no written contract to provide
    reporting services with any party to the
18    case, any counsel in the case, or any
    reporter or reporting agency from whom a
19    referral might have been made to cover
    this deposition.  I will charge my usual
20    and customary rates to all parties in the
    case.
21    This, the 20th day of April, 2016.

22

23          *Maxyne Bursky*
           MAXYNE BURSKY, CCR-2547

24