IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO: Ethicon Wave 1 cases listed in Exhibit A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION TO EXCLUDE THE GENERAL OPINIONS OF
DEFENSE EXPERT CHRISTOPHER RAMSEY, M.D.**

COME NOW Plaintiffs to respectfully request that this Court exclude the opinions of Christopher Ramsey, M.D., because he is not qualified as an expert under Federal Rule of Evidence 702, and because he did not engage in a reliable methodology to reach his opinions, as required by the *Daubert* standard. The basis for the motion is set forth in the accompanying Memorandum in Support. The motion is supported by the following exhibits:

**Exhibit A:** List of cases on which Dr. Ramsey is designated

**Exhibit B:** Ramsey Deposition, April 6-7, 2016

**Exhibit C:** Ramsey CV

**Exhibit D:** Ethicon IFU chart for pelvic mesh products

**Exhibit E:** Updated Annotated IFU for TVT

**Exhibit F:** Hinoul Testimony, *Batiste v. McNabb*, No. DC-12-14350 (Tex. Dist. Ct. 95th Dist. March 26, 2014)

**Exhibit G:** Ramsey TVT Report

1

**Exhibit H:** FDA 522 Order, Jan. 3, 2012

**Exhibit I:** Smith Memo to several recipients, March 19, 2010, at ETH.MESH.06927249

**Exhibit J:** Neuman, et al., *Transobturator vs Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence: Early Postoperative Pain and 3-Year Follow-up*, J. OF MINIMALLY INVASIVE GYNECOLOGY, Nov.-Dec. 2011

**Exhibit K:** Haab, et al., *TVT Secur Single-Incision Sling After 5 Years of Follow-Up: The Promises Made and the Promises Broken*, EUROPEAN UROLOGY 62, 2012.

Dated: May 2, 2016

    Respectfully submitted,

    /s/Thomas P. Cartmell
    Thomas P. Cartmell, Esq.
    Jeffrey M. Kuntz, Esp.
    Wagstaff & Cartmell LLP
    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
    816-701-1102
    Fax 816-531-2372
    tcartmell@wcllp.com
    jkuntz@wcllp.com

    /s/ D. Renee Baggett
    Bryan F. Aylstock, Esq.
    Renee Baggett, Esq.
    Aylstock, Witkin, Kreis and Overholtz, PLC
    17 East Main Street, Suite 200
    Pensacola, Florida  32563
    (850) 202-1010
    (850) 916-7449 (fax)
    rbaggett@awkolaw.com
    baylstock@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on May 2, 2016, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/Thomas P. Cartmell
**Attorney for Plaintiffs**