# Exhibit B

Christopher E. Ramsey M.D.

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    CHARLESTON DIVISION
 3
      IN RE: ETHICON, INC.       )   Master File No.
 4    PELVIC REPAIR SYSTEM        )   2:12-MD-02327
      PRODUCTS LIABILITY          )
 5    LITIGATION                  )   MDL No. 2327
      _____ )
 6                                )
      THIS DOCUMENT RELATES TO    )   JOSEPH R.
 7    PLAINTIFFS:                 )   GOODWIN
                                  )   U.S. DISTRICT
 8    Mary Hendrix               )   JUDGE
          Case No. 2:12-cv-00595  )
 9    Danni Laffoon              )
          Case No. 2:12-cv-00485  )
10    Alfreda Lee                )
          Case No. 2:12-cv-01013  )
11    Mary Holzerland            )
          Case No. 2:12-cv-00875  )
12    Heather Long               )
          Case No. 2:12-cv-01275  )
13    Donna Shepherd             )
          Case No. 2:12-cv-00967  )
14    Cheryl Lankston            )
          Case No. 2:12-cv-00755  )
15    _____
16
17
18
                        DEPOSITION OF
19
            CHRISTOPHER E. RAMSEY, M.D.
20
          Taken on behalf of the Plaintiff
21
                    April 6, 2016
22
23                    6:11 p.m.
24
```

Christopher E. Ramsey M.D.

1    said earlier ten proctor- -- ten observations and

2    then maybe ten proctorships.

3        Q.        How many times total do you think

4    Ethicon paid you for an event?

5        A.        Like I said, 15 to 20 times, probably.

6        Q.        Did you ever serve on any advisory

7    boards for Ethicon?

8        A.        No.  Not --

9        Q.        No?

10       A.        No.

11       Q.        Ethicon ever ask you to serve on any

12   advisory boards?

13       A.        No.

14       Q.        Ever serve on any product review

15   committees --

16       A.        No.

17       Q.        -- for Ethicon?

18       A.        No committees, no.

19       Q.        Ethicon ever ask you to serve on any

20   product review committees?

21       A.        No.

22       Q.        Ever serve on any product design

23   committees for Ethicon?

24       A.        No.

Christopher E. Ramsey M.D.

```
1        Q.       Ever serve on any IFU committees for

2   Ethicon?

3        A.       No.

4        Q.       Ethicon ever ask you to serve on any

5   IFU committees?

6        A.       No.

7                 MR. MORIARTY:  Objection.

8                 Go ahead.

9   BY MR. JONES:

10       Q.       Ethicon ever ask you to serve on any

11  product design committees?

12                MR. MORIARTY:  Objection.

13                Go ahead.

14                THE WITNESS:  No.

15  BY MR. JONES:

16       Q.       Sounds like -- is it fair to say for a

17  six-year period you were a consultant physician for

18  Ethicon?

19       A.       Yes.

20       Q.       And during that six-year period,

21  Ethicon never approached you to serve on any

22  advisory boards or product review committees,

23  correct?

24                MR. MORIARTY:  Objection.
```

Christopher E. Ramsey M.D.

```
 1              THE WITNESS:  Right, correct.

 2  BY MR. JONES:

 3     Q.      Did they ever ask you -- did Ethicon

 4  ever ask you to provide input into drafting any

 5  IFUs?

 6     A.      No.

 7     Q.      Did Ethicon ever ask you to provide any

 8  input into assisting with any department at Ethicon

 9  in drafting IFUs?

10     A.      No.

11     Q.      Did Ethicon ever ask you to help design

12  any of their mesh products?

13     A.      No.

14     Q.      Ethicon ever ask you to do a

15  risk/benefit analysis on any of their mesh

16  products?

17     A.      No.

18     Q.      When did you first become certified in

19  urology, board certified?

20     A.      Board certified in 2004, is when my

21  board certification took place.

22     Q.      When is the first time you put in a

23  transvaginal mesh product?

24     A.      Probably around 2000, in residency.
```

Christopher E. Ramsey M.D.

1    and TVT Retropubic.  I probably did -- I didn't do

2    very many TVT Retropubics total, including in

3    residency and private practice.  So between 25 to

4    50 Retropubics ever.  And I haven't done one of

5    those in several -- years.

6        Q.      Okay.  We'll get to that later.

7        A.      Okay.

8        Q.      At 2000- -- in 2005, you had implanted

9    around 100 TVT mesh products, correct?

10       A.      Correct.

11       Q.      In 2005, Ethicon approached you to be a

12   consultant physician for them, correct?

13       A.      Right.

14       Q.      So a year after you became board

15   certified in urology, you were a consultant

16   physician for Ethicon related to transvaginal mesh

17   products, correct?

18       A.      Repeat the question again.

19       Q.      One year following -- a year after you

20   became board certified in urology, you signed a

21   contract to be a consultant physician for Ethicon

22   related to transvaginal mesh products?

23       A.      Probably.

24       Q.      What percentage of your practice is

Christopher E. Ramsey M.D.

1    relating to treating males?

2        A.       Now it's probably 70 percent.

3        Q.       Currently 70 percent of your practice

4    relates to treating males?

5        A.       Yes.

6        Q.       Do you know whether you're one of the

7    most prolific users of the da Vinci robot system in

8    the United States or not?

9        A.       I think I am.

10       Q.       What procedures do you use the da Vinci

11   robot system for?

12       A.       Prostatectomy, nephrectomy, partial

13   nephrectomy, nephroureterectomy, pyeloplasty,

14   ureteral reimplantation.

15       Q.       Do any of those procedures relate to

16   the treatment of females?

17       A.       Yes.

18       Q.       Which ones?

19       A.       Pyeloplasty, nephrectomy, partial

20   nephrectomy, nephroureterectomy, reimplantation,

21   fistula.

22       Q.       Any of those relate to treating stress

23   urinary incontinence?

24       A.       No.

Christopher E. Ramsey M.D.

1      A.      Yes.  That's correct.

2      Q.      Are you going to be offering opinions

3    in this litigation as to the safety of the TVT

4    Exact?

5      A.      Not that I know of.

6      Q.      Okay.  How about TVT Abbrevo?

7      A.      Not that I know of.

8      Q.      How about TVT-Secur?

9      A.      Yes.

10     Q.      TVT-R?

11     A.      Yes.

12     Q.      TVT-O?

13     A.      Yes.

14            MR. JONES:  All right.  Exhibit 3.

15            (Whereupon Exhibit 3 was marked as an

16    exhibit.)

17    BY MR. JONES:

18     Q.      Take a look at that.  Tell us what

19    Exhibit 3 is.

20     A.      This is my reliance list.  And it's

21    specifically for Cheryl Lankston, but I think it's

22    basically the reliance list I've used for all my

23    reports.

24     Q.      Okay.  And did you draft this reliance

Christopher E. Ramsey M.D.

1    list?

2        A.        I assisted with the drafting of this

3    list.

4        Q.        Okay.  How did you assist in drafting

5    this list?

6        A.        The -- the Ethicon lawyers helped me

7    with -- with some -- some of this.

8        Q.        Okay.  What is your understanding of

9    what's included in the reliance list --

10       A.        These are --

11       Q.        -- marked as Exhibit 3?

12       A.        These are studies and documents that I

13   used to make my list -- I'm sorry -- make my expert

14   reports.

15       Q.        How long did you spend reviewing the

16   materials listed in your reliance list?

17       A.        Oh, gosh.  I continue to do it,

18   continue to review them.  But probably 30 or 40

19   hours.

20       Q.        You're continuing to review those

21   materials, correct?

22       A.        Yes.

23       Q.        So, as of today, you have not reviewed

24   every single one of the materials listed in your

Christopher E. Ramsey M.D.

1    reliance list, correct?

2        A.      I have reviewed all of them.  I may not

3    have read every single word in every one of them,

4    but I've reviewed them and looked at them.

5        Q.      Every single one of the items listed on

6    your reliance list --

7        A.      To the best of my knowledge.

8        Q.      -- marked as Exhibit 3, you have

9    actually taken a look at and reviewed, correct?

10       A.      To the best of my knowledge.

11       Q.      Okay.  And if it's not listed -- if an

12   item is not listed on Exhibit 3, your reliance

13   list, then it's an item that you have not reviewed

14   in preparation for your report and your opinions in

15   this case, correct?

16       A.      I probably have reviewed other things

17   that are not on this list that -- that I have

18   reviewed.

19       Q.      Okay.

20       A.      I cannot tell you the exact documents

21   that I may have looked at.

22               You know, for sure I've looked at

23   Campbell's "Urology," other well-known -- excuse

24   me -- books and volumes on urology.

Christopher E. Ramsey M.D.

```
 1      A.      No.

 2      Q.      Do you know who Catherine Beath is?

 3      A.      No.

 4      Q.      Do you know who Ming Chin is?

 5      A.      No.

 6      Q.      Do you know who Martin Weisberg is?

 7      A.      No.

 8      Q.      Do you know who Laura Angelini is?

 9      A.      No.

10      Q.      Do you know who Aaron Kirkemo is?

11      A.      No.

12      Q.      Can you name a single medical director

13   at Ethicon?

14      A.      No.

15      Q.      Can you name a single TVT design

16   engineer at Ethicon?

17      A.      I guess you can call Dr. Ulmsten a

18   design engineer.

19      Q.      Do you know who Dan Lamont is?

20      A.      No.

21      Q.      Do you know who Dan Smith is?

22      A.      No.

23      Q.      Do you know who designed the TVT-Secur?

24      A.      No.
```

Christopher E. Ramsey M.D.

```
 1     BY MR. JONES:

 2          Q.        Complication rates?

 3          A.        Complication, yes.

 4          Q.        You will be offering opinions in this

 5     litigation related to the complication rates of the

 6     TVT products, correct?

 7          A.        Yes.

 8          Q.        The materials on your reliance list,

 9     did Ethicon provide you these materials?

10          A.        They helped me with -- with this.

11     There are some that are known fairly well, but --

12     but, yes, I did have help.

13          Q.        Okay.  How did you get the internal

14     documents?

15          A.        Oh, Ethicon gave me the internal

16     documents.

17          Q.        How did you get the medical literature?

18          A.        Oh, from -- the medical literature?

19          Q.        Yes.

20          A.        Those are published in our medical

21     journals.

22          Q.        How did you get them?

23          A.        By reading the journals, by going to

24     conferences.
```

Christopher E. Ramsey M.D.

1      Q.       Okay.  Turn to page -- so you actually

2   went and retrieved these articles listed in the

3   medical --

4      A.       So -- most of these were given to me,

5   but I --

6      Q.       Most of these were given to you by

7   Ethicon?

8      A.       -- but I knew what they -- I knew what

9   a lot of them are.

10     Q.       That's what I'm getting at --

11     A.       Right.

12     Q.       -- is how you actually physically got

13   these.

14     A.       Oh, they were given to me.

15     Q.       Ethicon physically gave you these

16   documents?

17     A.       Well, my lawyers did.

18     Q.       Ethicon's lawyers physically gave you

19   these documents?

20     A.       Yes.

21     Q.       And they're the ones who decided which

22   articles to give you, correct?

23     A.       Not all of them, no.

24     Q.       Sometimes you asked for some articles?

Christopher E. Ramsey M.D.

```
 1        A.      Yes.

 2        Q.      Which ones?

 3        A.      Gosh, I can't --

 4        Q.      As you sit here today, you can't name a

 5    single article?

 6        A.      I can't -- I can't name a single

 7    article that I asked for specifically.

 8        Q.      How about -- turn to the first page.

 9        A.      Uh-huh.

10        Q.      I'll pick one out for you.  This

11    Abdel-Fattah, "Single-Incision Mini-Slings Versus

12    Standard Midurethral Slings in Surgical Management

13    of Female SUI:  A Meta-analysis of Effectiveness

14    and Complications," in "European Urology."

15               Do you see that listed on page 1?

16        A.      Which one -- which one is that one?

17        Q.      I just read it.

18        A.      Yeah.  Which one down the list?  One,

19    two, three, four, five -- five?

20        Q.      Yeah.

21        A.      Yeah.  That's one that I've seen in

22    some -- in the conferences in the past.  I can't

23    remember when.

24        Q.      Okay.
```

Christopher E. Ramsey M.D.

1      Q.       Which physicians refer patients to you

2   to treat mesh complications?

3      A.       I honestly don't know.  I've not had

4   anybody refer their own complications to me.

5      Q.       Okay.

6      A.       I've had maybe -- a couple GYNs refer

7   patients of theirs that they noticed had mesh

8   complications to me, but I don't -- I don't recall

9   the specific physicians.

10     Q.       And those surgeons currently are

11  referring you patients specifically to treat mesh

12  complications, correct?

13     A.       Well, not specific -- that's part of

14  what they refer, that -- they're just -- the

15  physicians refer to me most of their patients

16  anyway for whatever GYN issue that they want me to

17  treat.

18            So if they have a patient that comes to

19  see them and they may have had a mesh put in by

20  somebody else, a sling put in by somebody else, and

21  there's an issue, then they'll send them to me.

22     Q.       Okay.

23     A.       Doesn't happen very often.

24     Q.       Doesn't happen very often?

Christopher E. Ramsey M.D.

1      A.       No.  Women.  Specifically women.  I'm

2    sorry.  There are men with stress incontinence I

3    deal with, but --

4      Q.       But never over half, correct?

5      A.       Never over half of my practice being

6    female stress incontinence?  No.

7      Q.       Not a single year as -- that you've

8    been a practicing urologist has over half of your

9    practice related to treating women with stress

10   urinary incontinence, correct?

11     A.       That's correct.

12     Q.       Do you hold yourself out in any regard

13   in the medical community as an expert in treating

14   mesh complications?

15     A.       I don't try to advertise myself as a

16   doctor who treats mesh complications.  I would say

17   that I'm an expert at treating mesh complications.

18     Q.       Have you referred patients suffering

19   from mesh complications to any other surgeons?

20     A.       Yes.

21     Q.       Who?

22     A.       I usually send them to Vanderbilt.

23     Q.       Who at Vanderbilt?

24     A.       Dr. Demkowski, and I'm not certain --

Christopher E. Ramsey M.D.

```
 1      Surgeons."

 2          Q.        Anything else?

 3          A.        No other journals, no.

 4          Q.        Okay.  Gold journal and "Journal of

 5      Urology" are the only two journals you subscribe to

 6      that might relate to stress urinary incontinence

 7      and transvaginal mesh, correct?

 8          A.        Correct.

 9          Q.        How often do you do an independent

10      literature search on the products you use in your

11      practice?

12          A.        Usually when I first start to use the

13      product, and then intermittently afterwards,

14      depending on, you know, if I see something new in a

15      conference that may pertain to that device, then

16      I'll look into that as well.

17          Q.        Okay.  It's your practice as a

18      physician, prior to using a product, you perform an

19      independent literature search on that product,

20      correct?

21          A.        Yes.

22          Q.        And I take it you don't just rely on

23      the representations of that company's sales rep?

24          A.        No, no.
```

Christopher E. Ramsey M.D.

1           Go ahead.

2                THE WITNESS:  No, I haven't seen any --

3     any type of long-term study that has suggested that

4     a softer mesh may have a better result or decrease

5     the inflammation compared to what's already been

6     shown to have very good efficacy.

7     BY MR. JONES:

8        Q.     Have you seen any medical literature

9     that discusses whether stiff mesh may be

10    potentially detrimental to the woman's adjacent

11    tissues to the mesh?

12               MR. MORIARTY:  Objection to form.

13               Go ahead.

14               THE WITNESS:  No, I have not.

15    BY MR. JONES:

16       Q.     You haven't reviewed any medical

17    literature that discusses the stiffness values of

18    transvaginal mesh and that relationship to

19    complications in women?

20       A.     I haven't seen anything like that.

21       Q.     Okay.  Do you know who Pam Moalli is?

22       A.     I have seen Moalli's studies.

23       Q.     Okay.  And generally speaking, what is

24    the discussion involved in the Moalli studies?

Christopher E. Ramsey M.D.

1      A.      No.

2      Q.      Have you been ever asked to participate

3   in a clinical trial for the treatment of female SUI

4   with transvaginal mesh?

5      A.      No.

6      Q.      Ethicon's never asked you to

7   participate in a study like that?

8      A.      No.

9      Q.      AMS never asked you to participate in a

10   study like that?

11      A.      No.

12      Q.      Have you ever published -- how about

13   this:  Have you ever done any studies focusing on

14   treating pelvic pain in women?

15      A.      No.

16      Q.      Ever studied treating dyspareunia in

17   women?

18      A.      Have I studied it?

19      Q.      Yeah.

20      A.      Or have I done a study?

21      Q.      Have you done a study?

22      A.      No.

23      Q.      Published any literature on dyspareunia

24   in women?

Christopher E. Ramsey M.D.

```
 1      A.      No.

 2      Q.      Published any articles whatsoever on

 3   women's SUI?

 4      A.      No.

 5      Q.      Using mesh in women -- published

 6   anything on using mesh in women?

 7      A.      No.

 8      Q.      How about on -- have you done any

 9   research on graft materials --

10      A.      I've --

11      Q.      -- of treatment of SUI in women?

12      A.      I've researched it.

13      Q.      Okay.  And what was the just findings

14   of your research?

15      A.      Again, not clinical research -- not --

16   not bench science research, but just clinical

17   research of the medical literature.

18      Q.      Okay.

19      A.      So I've not --

20      Q.      You've never done a study --

21      A.      Correct.

22      Q.      -- on the Burch procedure, correct?

23      A.      No.

24      Q.      Never done a study on any graft
```

Christopher E. Ramsey M.D.

1   material, correct?

2       A.      Correct.

3       Q.      Never done a study on any mesh

4   material, correct?

5       A.      Correct.

6       Q.      Never done a study on SUI in women,

7   correct?

8       A.      Correct.

9       Q.      Don't have any current research on

10  women's health, correct?

11      A.      Correct.

12      Q.      You're not an expert in chemical

13  engineering, correct?

14      A.      Correct.

15      Q.      Not an expert in pathology, correct?

16      A.      Correct.

17      Q.      You're not an expert in polymer

18  chemistry, correct?

19      A.      Correct.

20      Q.      You've got no background whatsoever in

21  polymer chemistry, correct?

22      A.      Well, as far as dealing with the mesh

23  products, that would be the only background that I

24  would have.

Christopher E. Ramsey M.D.

1      Q.      You have no educational background in

2    polymer chemistry whatsoever, correct?

3      A.      Correct.

4      Q.      Undergrad or medical education,

5    correct?

6      A.      Correct.

7      Q.      Whatsoever?  Okay.

8              You've never done bench research on

9    synthetic mesh, correct?

10     A.      Correct.

11     Q.      Never done any lab research on

12   synthetic mesh, correct?

13     A.      Correct.

14     Q.      Never done any bench research on SUI

15   devices, period, correct?

16     A.      Correct.

17     Q.      Never done any lab research on SUI

18   devices, correct?

19     A.      Correct.

20     Q.      You are not a biomaterials specialist,

21   correct?

22             MR. MORIARTY:  Objection.  Form.

23             Go ahead.

24             THE WITNESS:  Same thing I said earlier

Christopher E. Ramsey M.D.

1    about the polymer chemistry.  With my, you know,

2    clinical experience in handling those type of

3    things, I'm very comfortable with it.

4    BY MR. JONES:

5        Q.      You've never held yourself out as a

6    biomaterials specialist before, correct?

7        A.      No.

8        Q.      Okay.  And you've never published

9    anything in the medical literature?

10       A.      Correct.  Well, no, wait.  No.  I take

11   that -- yes, I have published.

12       Q.      I'll strike that.

13       A.      I've got a couple --

14       Q.      I'll strike that.  That's a bad

15   question.

16               Let me get to -- how about this:

17   The -- any of the opinions that you're expressing

18   in your general expert report, have any of those

19   opinions been published in a peer-reviewed medical

20   journal?

21       A.      Have any of my opinions?  Specifically

22   my opinions?

23       Q.      Yes.

24       A.      No.

Christopher E. Ramsey M.D.

1      Q.      Okay.  And you've never tried to have

2   any opinions that you've expressed in your report

3   published in peer-reviewed medical literature,

4   correct?

5      A.      Correct.

6      Q.      And no one's asked you to ever try to

7   have your opinions published in any peer-reviewed

8   medical literature, correct?

9      A.      Relating to SUI?

10     Q.      Yeah.

11     A.      Correct.

12     Q.      You've never published anything,

13   medical literature or otherwise, on the appropriate

14   warnings that must be in medical device IFUs,

15   correct?

16     A.      Correct.

17     Q.      You've never studied what warnings are

18   required to be in a medical device IFU, correct?

19     A.      Repeat that question.

20     Q.      You've never done a study --

21     A.      Okay.  You kind of confused me when you

22   say "You never studied," because --

23     Q.      I'll ask a better question.

24     A.      Correct.

Christopher E. Ramsey M.D.

```
 1        Q.        You've never done a study on what
 2   warnings are required to be in a medical device
 3   IFU, correct?
 4        A.        Correct.
 5        Q.        You've never done a study on what
 6   industry standards govern medical device IFUs,
 7   correct?
 8        A.        Correct.
 9        Q.        You don't know what industry standards
10   govern medical device IFUs, correct?
11        A.        I think I would say I know what -- what
12   standards govern it.  The FDA has --
13        Q.        Industry standards.
14        A.        I guess --
15        Q.        Industry standards.  So the industry
16   among -- the standards among the industry.  Putting
17   aside regulation standards, I'm just asking, are
18   you familiar with the industry standards that
19   govern what warnings must be in medical device
20   IFUs?
21        A.        I guess I believe I do know what they
22   are.  Again, it relates to, you know, specifically
23   the safety of the -- of the device; that is
24   important to me in IFUs.  The potential
```

Christopher E. Ramsey M.D.

1    complications that can be -- can be related to the

2    device, specifically to the device.

3                Does that answer your question?

4        Q.      Are those all the industry standards

5    you're familiar with that govern what warnings must

6    be in a medical device IFU?

7        A.      I'm sure that there are more.

8        Q.      As you sit here today, you can't think

9    of those, correct?

10       A.      I can probably think about them for a

11   while and name some things, but I'd have to think.

12       Q.      Tell you what, next break, I'll give

13   you all the time you want to think about it, and

14   just see what you can come up with tonight.  If you

15   come up with any, just let us know at any time.

16                What -- since you're familiar with the

17   industry standards that govern the warnings on

18   medical devices, I have a series of questions for

19   you.

20       A.      Okay.

21       Q.      Is it true that a medical device

22   company must include all risks that are associated

23   with the device in the IFU?

24       A.      No.

Christopher E. Ramsey M.D.

1      Q.       Is it true a medical device company

2   must include all possible risks associated with the

3   use of the device in the IFU?

4      A.       No.

5      Q.       Do you agree that a medical device

6   company must include all risks associated with the

7   proper use of the device in the IFU?

8      A.       No.

9      Q.       Is it your opinion that the only risk a

10   medical device company must include in the IFU is a

11   risk associated with the unique use of that device?

12      A.       That's correct.

13      Q.       What is the risk that you believe

14   Ethicon must include in the TVT-O IFU?

15      A.       I think that the -- the main risk is

16   exposure of the graft.

17      Q.       Exposure of the mesh --

18      A.       Mesh -- thank you --

19      Q.       -- correct?

20      A.       -- according to my definition.

21      Q.       Exposure of the mesh.

22               Any other risk required under the

23   industry standards that Ethicon must include in the

24   IFU?

Christopher E. Ramsey M.D.

1    mesh company IFUs, you won't be using that

2    experience as background for your opinions as to

3    the adequacy of the Ethicon TVT IFUs?

4        A.      No.

5        Q.      The same question for any other medical

6    device IFUs that you've reviewed.

7        A.      Which ones would you say?

8        Q.      The da Vinci and robot ones.

9        A.      No, I wouldn't use the IFU for that.

10       Q.      Okay.  Any other AMS mesh IFUs?

11       A.      No.  I haven't used any other AMS mesh

12   products.

13       Q.      Okay.  As you sit here today, can you

14   point to a single medical device IFU that you've

15   used in all your time as a urologist that adheres

16   to your standard of only risk -- only listing the

17   risk that is associated -- uniquely associated with

18   that device?

19       A.      None of them do.

20       Q.      None of them do?

21       A.      No.

22       Q.      Not a single medical device IFU that

23   you've ever looked at in your time as a urologist

24   adheres to the standard that you've presented

Christopher E. Ramsey M.D.

```
1    today, correct?

2        A.      Correct.

3        Q.      Are you familiar with the Abbott

4    article?

5        A.      Spell that.

6        Q.      A-b-b-o-t-t.

7        A.      Abbott?

8        Q.      Sarah Abbott?

9        A.      Not off the top of my head, no.

10       Q.      Mickey Krimm is a coauthor on it?

11       A.      The names sound familiar, but I'm not

12   sure.  I obviously can't tell you specifics.

13       Q.      2014?

14       A.      I don't know.  I don't know the

15   specifics.  When I read my articles, I honestly

16   don't remember the authors.

17       Q.      Okay.  It discusses warnings -- warning

18   statements --

19       A.      Okay.

20       Q.      -- in IFUs.

21       A.      Right.

22       Q.      Still nothing?

23       A.      Sounds familiar, vaguely familiar, but

24   I'm not sure.
```

Christopher E. Ramsey M.D.

1    correct?

2    A.      No.

3    Q.      Have you reviewed the design history

4    file for laser-cut mesh?

5    A.      I've read some articles about the

6    laser-cut mesh, but I'm not certain exactly what

7    you're talking about --

8    Q.      Okay.  You --

9    A.      -- but I've read documents about it.

10   Q.      Do you know what a design history file

11   is?

12   A.      I can -- I guess I can guess.  I'm not

13   specifically aware of --

14   Q.      Don't guess.

15   A.      Okay.

16   Q.      Do you know what a -- do you know what

17   the stage-gates are in a design process for a

18   medical device?

19   A.      No.

20   Q.      Did Ethicon ever add any warnings to

21   the TVT-O IFU since launch?

22         MR. MORIARTY:  Objection.  Go ahead.

23         THE WITNESS:  I'm not aware that

24   they've added to the TVT-O.

Christopher E. Ramsey M.D.

1    BY MR. JONES:

2        Q.      How about the TVT-R?

3        A.      Not that I'm familiar with.

4        Q.      Okay.  You're not familiar with any

5    changes -- strike that.

6               You're not familiar with any additions

7    that Ethicon's made to the warning statements in

8    the TVT-O or TVT-R IFU, correct?

9        A.      I'm not aware of them.

10               MR. MORIARTY:  When it's convenient,

11   let's take five minutes.

12               MR. JONES:  Let's take five minutes.

13   Let's take a break.

14               (Brief recess.)

15   BY MR. JONES:

16       Q.      Doctor, after a short break, are you

17   ready to proceed?

18       A.      Yes.

19       Q.      Do you use the website

20   ceramsey@charter.net?

21       A.      That's a -- may be an old email address

22   of mine.

23       Q.      Okay.  But you're familiar with that

24   email address?

Christopher E. Ramsey M.D.

1     Q.     -- will you be offering any opinions in

2    this litigation that any of the TVT-O products are

3    safer than any of the TVT products?  Meaning --

4    meaning, will you be making a distinction as to the

5    level of safety of those devices -- will you be

6    offering an opinion that TVT-R is safer than TVT-S?

7             MR. MORIARTY:  Objection --

8             THE WITNESS:  No.

9             MR. MORIARTY:  -- form.

10   BY MR. JONES:

11    Q.     Will you be offering an opinion in this

12   litigation that TVT-S is safer than TVT-R?

13    A.     I would say yes.

14    Q.     Okay.  Will be you offering an opinion

15   in this case that TVT-S is safer than TVT-O?

16    A.     Yes.

17    Q.     Will be you offering an opinion that --

18   in this case that mini-slings are safer than

19   Retropubic slings?

20    A.     Yes.

21    Q.     Will be you offering an opinion in this

22   litigation that mini-slings are safer than

23   Obturator slings?

24    A.     Yes.

Christopher E. Ramsey M.D.

```
 1       Q.      Exhibit 4 is your CV?

 2       A.      Okay.

 3       Q.      Correct?

 4       A.      Yes.

 5       Q.      Do you recognize this as your CV?

 6       A.      I do.

 7              (Whereupon Exhibit 4 was marked as an

 8    exhibit.)

 9              THE WITNESS:  Impressive.

10    BY MR. JONES:

11       Q.      It is.  A couple things --

12       A.      It's not as long as the other ones I've

13    seen.

14       Q.      Proctoring, you've listed proctor for

15    Ethicon and Intuitive Surgical, correct?

16

17       A.      Correct.

18       Q.      Those are both medical device

19    companies, correct?

20       A.      Correct.

21       Q.      Have you done any proctoring for --

22    outside of proctoring for medical device companies?

23       A.      Proctoring for medical. . .

24              I'm sorry.  I have to think about that.
```

Christopher E. Ramsey M.D.

1    A.    No.

2    Q.    Have you ever given any presentations

3 at any medical societies on transvaginal mesh?

4    A.    No.

5    Q.    Have you given any presentations to

6 medical societies on female stress urinary

7 incontinence?

8    A.    No.

9    Q.    Have you given any presentation at any

10 medical society since 2001?

11    A.    No.

12    Q.    And when did you finish your residency?

13    A.    2002.

14    Q.    Okay.  Following your residency, have

15 you given a single presentation at any medical

16 society?

17    A.    No, not at a medical society, no.

18    Q.    Okay.  That obviously includes SUI,

19 female SUI --

20    A.    Correct.

21    Q.    -- transvaginal mesh?  Yeah.

22          Under "Research" you've listed two

23 entries --

24    A.    I have.

Christopher E. Ramsey M.D.

```
 1      Q.      -- one in '96 and one in '94.

 2              Have you done any research since the

 3    entry listed March 1996?

 4      A.      Not what I would call clinical

 5    research.

 6      Q.      Not that you would list here on your

 7    CV?

 8      A.      Right.  Not -- the presentations were

 9    research, but. . .

10      Q.      Okay.  Under "Medical Societies,"

11    when -- are you a member of AUGS?

12      A.      No.

13      Q.      Are you a member of SUFU?

14      A.      No.

15      Q.      Are you a member of ICS?

16      A.      No.

17      Q.      IUGA?

18      A.      No.

19      Q.      AGOS?

20      A.      No.

21              MR. MORIARTY:  He's making them up now.

22    BY MR. JONES:

23      Q.      Have -- are you a urogynecologist?

24      A.      No.
```

Christopher E. Ramsey M.D.

1      Q.      Did you do a fellowship?

2      A.      No.

3      Q.      Okay.  Did you apply to sit for the

4   FPRM exam in 2013?

5      A.      You're making that one up, too.

6      Q.      Yeah.  I may be.

7      A.      No.  No.  I know what you're talking

8   about.  No, I did not.

9      Q.      Okay.  If you know the proper acronym,

10   feel free to correct me.

11              Female Pelvic -- but you understand

12   that there was a credentialing program sometime in

13   2003 -- 2013?

14     A.      Yes.

15     Q.      And you didn't apply to take that test?

16     A.      No.

17     Q.      Why not?

18     A.      Because I didn't do most of the things

19   that they do, which is a lot of pelvic floor. . .

20     Q.      Okay.  So you wouldn't have even

21   qualified to take the test, correct?

22     A.      Probably could have -- sure, I could

23   have qualified to take the test.  I don't think

24   that they had any -- anybody can take the test if

Christopher E. Ramsey M.D.

1    you're a urologist or a gynecologist, but I

2    wouldn't -- I wouldn't have done it.

3        Q.      If you had researched it and there was

4    a minimal requirement for the level of -- or level

5    and/or number of pelvic floor surgeries that you

6    had to do in order to even sit for the exam, it's

7    possible that you wouldn't have been even able to

8    sit for the exam, correct?

9        A.      That's true.

10       Q.      Okay.  And you're not -- as you sit

11   here today, you don't know the requirements,

12   correct?

13       A.      No.

14       Q.      But you didn't try to apply for it?

15       A.      No.

16            MR. MORIARTY:  So it's after 9:00.

17   Let's just look for the next convenient stopping

18   point.

19            MR. JONES:  Okay.

20   BY MR. JONES:

21       Q.      Under "Honors," "Leadership,"

22   "Publications," "Presentations," and/or "Research,"

23   none of the listings in your CVA [verbatim] relate

24   to SUI or transvaginal mesh, correct?

Christopher E. Ramsey M.D.

```
 1      A.      In my CV?  No.  Correct.

 2              (Whereupon Exhibit 5 was marked as an

 3      exhibit.)

 4      BY MR. JONES:

 5      Q.      Exhibit 5.

 6      A.      I did bring them.

 7      Q.      You did bring them.  Somebody brought

 8      them.

 9              What is Exhibit 5, Doctor?

10      A.      When?

11      Q.      What is Exhibit 5, Doctor?

12      A.      What is -- oh, it's a consulting

13      agreement for Ethicon.

14      Q.      Take a look -- take a second and look

15      through Exhibit 5, and all I'm going to ask is what

16      the documents are, if you're familiar with them,

17      you know, if your name appears on them and what

18      year they are.  I'm just going to ask basic

19      questions like that --

20      A.      Okay.

21      Q.      -- and then we'll be done for the

22      evening.  But take a second and look through them.

23      A.      (Reviews documents.)

24              Okay.  I've looked at the first one.
```

Christopher E. Ramsey, M.D.

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                   CHARLESTON DIVISION

 3

     IN RE: ETHICON, INC.        )   Master File No.
 4   PELVIC REPAIR SYSTEM        )   2:12-MD-02327
     PRODUCTS LIABILITY          )
 5   LITIGATION                  )   MDL No. 2327
     _____)
 6                               )
     THIS DOCUMENT RELATES TO    )   JOSEPH R.
 7   PLAINTIFFS:                 )   GOODWIN
                                 )   U.S. DISTRICT
 8   Mary Hendrix               )   JUDGE
         Case No. 2:12-cv-00595  )
 9   Danni Laffoon              )
         Case No. 2:12-cv-00485  )
10   Alfreda Lee                )
         Case No. 2:12-cv-01013  )
11   Mary Holzerland            )
         Case No. 2:12-cv-00875  )
12   Heather Long               )
         Case No. 2:12-cv-01275  )
13   Donna Shepherd             )
         Case No. 2:12-cv-00967  )
14   Cheryl Lankston            )
         Case No. 2:12-cv-00755  )
15   _____

16

17

18                   CONTINUED

19                 DEPOSITION OF

20          CHRISTOPHER E. RAMSEY, M.D.

21        Taken on behalf of the Plaintiff

22                  April 7, 2016

23

24
```

Christopher E. Ramsey, M.D.

1    correct?

2       A.      Yes.

3       Q.      2014, you performed work for Ethicon,

4    correct?

5       A.      Yes.

6       Q.      Same for 2013?

7       A.      Probably not.

8       Q.      Probably not.  So we've got from 2003

9    to 2012 you were a consultant for Ethicon, correct?

10      A.      Correct.

11      Q.      A paid consultant for Ethicon from 2002

12   to -- from 2003 to 2012, correct?  I'll restate

13   that.

14              From 2003 to 2012, you were a paid

15   consultant for Ethicon, correct?

16      A.      Between those years, I was.

17      Q.      Okay.  And then, starting back up in

18   2013, you once again renewed your relationship with

19   Ethicon as a consultant physician, correct?

20              MR. MORIARTY:  Objection.  Asked and

21   answered.

22              THE WITNESS:  2014.

23   BY MR. JONES:

24      Q.      2014.  So following becoming board

Christopher E. Ramsey, M.D.

1              MR. MORIARTY:  Objection.  Form.

2              THE WITNESS:  I don't think that they

3      bring into question the safety.  They bring into

4      question the efficacy.

5      BY MR. JONES:

6         Q.     You know that the FDA's position on

7      TVT-Secur is that the efficacy of TVT-Secur has not

8      been adequately demonstrated, correct?

9         A.     I don't think that they're saying that

10     it has not been adequately demonstrated.  I think

11     they're saying that they would like to see more

12     information to show that it has efficacy.

13        Q.     Do you agree or disagree that the FDA's

14     current position is that the safety of the

15     TVT-Secur device has not been adequately

16     demonstrated?

17             MR. MORIARTY:  Objection.

18             THE WITNESS:  I don't think that's

19     their position.

20     BY MR. JONES:

21        Q.     Do you agree or disagree that the FDA's

22     position is that the efficacy of the TVT-Secur

23     device has not been adequately demonstrated?

24        A.     Again, I think that they have concerns

Christopher E. Ramsey, M.D.

1    directors at Ethicon as to the adequacy of the

2    warnings in the TVT IFUs?

3        A.      I think that the IFUs are adequate, and

4    so I -- I -- I think that anything that's been

5    discussed inside of Ethicon doesn't really pertain

6    to what would apply to me.

7        Q.      The discussions Ethicon medical

8    directors had inside the company about the warnings

9    in the TVT IFUs are not relevant to you, correct?

10       A.      I think they need to have these

11   discussions and be very candid within themselves

12   about what needs to be put in an IFU before they

13   put it in the IFU.

14              So once it is in the IFU -- and I've

15   looked at the IFU and I think the IFU is

16   adequate -- whatever went on within Ethicon doesn't

17   pertain to me.  I mean, that's all internal

18   business decisions that don't apply to me

19   clinically.

20       Q.      Do you think Ethicon makes business

21   decisions on what to include in its TVT IFUs?

22       A.      I don't think they make business

23   decisions to include what goes in the IFU.

24       Q.      How many times has Ethicon changed the

Christopher E. Ramsey, M.D.

1    TVT-Secur IFU?

2        A.      The TVT-Secur IFU?

3        Q.      Yeah.

4        A.      Honestly, I don't know how many times

5    they've changed the TVT-Secur IFU.

6                MR. JONES:  I'll mark for the record

7    Exhibit 15.

8                (Whereupon Exhibit 15 was marked as an

9    exhibit.)

10   BY MR. JONES:

11       Q.      Take a look at Exhibit 15, Doctor.

12       A.      Okay.

13       Q.      Turn -- what is Exhibit 5?

14       A.      It says "Gynecare TVT" Tension-Free

15   Vaginal Tape, 2015.

16       Q.      Okay.  Do you recognize --

17       A.      It's instructions for use.

18       Q.      You recognize Exhibit 15 as the

19   Gynecare TVT instructions for use, correct?

20       A.      For TVT.

21       Q.      For TVT Retropubic, correct?

22       A.      Does it say "retropubic"?  It just says

23   "TVT vaginal tape."

24       Q.      You recognize Exhibit 15 as the

Christopher E. Ramsey, M.D.

```
 1     list the frequency of the adverse reactions in the

 2     IFU?

 3         A.      No.

 4         Q.      Should a medical device company list

 5     the frequency of the adverse reactions in the IFU?

 6         A.      No.

 7         Q.      Should a medical company list the

 8     severity of the adverse reactions in the IFU?

 9         A.      No.

10         Q.      Should a medical company list the

11     duration of the adverse reactions listed in the TVT

12     IFU?

13         A.      Not in the IFU, no.

14         Q.      Should a medical device company make

15     any statements about the duration of adverse

16     reactions in the IFU?

17         A.      No.

18         Q.      Should Ethicon make any statements

19     about the specific design features unique to the

20     TVT mesh in the IFU?

21                 MR. MORIARTY:  Objection.  Form.

22                 Go ahead.

23                 THE WITNESS:  The specific design

24     features on how to use it, yes.
```

Christopher E. Ramsey, M.D.

```
1      A.      I don't think it is.

2      Q.      Okay.  Mesh -- the mesh used in the TVT

3   line of products in your opinion can never be a

4   cause of chronic pain in women, correct?

5      A.      I don't believe the mesh is the cause

6   of chronic pain in women.

7      Q.      And the mesh used in the TVT line of

8   products in your opinion can never be the cause of

9   chronic pain in women, correct?

10     A.      It's not the cause of chronic pain.

11     Q.      Okay.  The mesh used in the TVT line of

12  products in your opinion cannot be a cause of

13  dyspareunia, correct?

14     A.      I don't think that the mesh is a cause

15  of dyspareunia.

16     Q.      Never, correct?

17     A.      I've never seen it.

18     Q.      Ever?

19     A.      I have not, not in my clinical

20  practice.

21     Q.      You've never read about it either, have

22  you?

23     A.      I've read about it in certain articles

24  that suggest it, but I don't -- I don't think
```

Christopher E. Ramsey, M.D.

```
1    that's the case.

2        Q.      Okay.  You've read in medical journal

3    articles that the mesh used in the TVT line of

4    products can be a cause of dyspareunia, correct?

5        A.      In some articles they suggest that it

6    can be.

7        Q.      You disagreed with those articles,

8    correct?

9        A.      Yes.

10       Q.      Okay.  And can the mesh used in the TVT

11   line of products be a cause of discomfort for

12   women?

13       A.      Yes, it can be.

14       Q.      Okay.  Can the mesh used in the TVT

15   line of products cause irritation to women's

16   vaginal tissues?

17       A.      With an exposure, there can be some

18   irritation.

19       Q.      When the mesh used in the TVT line of

20   products is exposed, it can cause irritation to

21   women, correct?

22       A.      Correct.

23       Q.      It can cause discomfort to women,

24   correct?
```

Christopher E. Ramsey, M.D.

1    Q.       And did you follow that?

2    A.       Yes.

3    Q.       And is that something that you followed

4    throughout the term of your consulting --

5    A.       Yes.

6    Q.       -- relationship with Ethicon?

7    A.       Yes.

8    Q.       Did you know that internally Ethicon

9    considered TVT-Secur a failed product?

10              MR. MORIARTY:  Objection.  Form.

11              Go ahead.

12              THE WITNESS:  I didn't know that.

13   BY MR. JONES:

14   Q.       You've never seen any document where

15   Ethicon employees referred to TVT-Secur as a failed

16   product?

17   A.       No.

18   Q.       You've never seen any internal

19   documents where the engineers who worked on the

20   design of TVT-Secur referred to it as a failed

21   product?

22   A.       No.

23   Q.       Have you seen any presentations by

24   Ethicon related to TVT-Secur discussing the lessons

Christopher E. Ramsey, M.D.

```
 1    BY MR. JONES:

 2         Q.      I've marked Exhibit 9 [verbatim], which

 3    is a printout from Tennessee Urology Associates'

 4    website.

 5                  Do you recognize this?

 6         A.      Yes.

 7         Q.      Is this your website?

 8         A.      It looks like it.  It's brand new.

 9         Q.      Okay.  And under -- at the bottom of

10    page 1, under "Da Vinci Surgery Providers," there's

11    a paragraph explaining background information about

12    yourself, correct?

13         A.      Right.

14         Q.      It reads, "Dr. Ramsey's practice has a

15    special concentration in robot-assisted

16    laparoscopic procedures," correct?

17         A.      Yes.

18         Q.      And does it state anywhere on this

19    website that you have a special concentration in

20    treatment of female SUI?

21         A.      Well, this is the da Vinci surgery page

22    on our -- on our website.  And under a bio of

23    myself, there should be -- and if there's not, I

24    need to correct it because this is -- it's a
```

Christopher E. Ramsey, M.D.

```
 1    relatively -- we have a new website that we have

 2    through our company.

 3              Our old website had all the procedures

 4    we used to use, and this is new.  So I haven't

 5    looked at it since this has been done.  But it

 6    should say all the things that I provide, including

 7    stone surgery, treatment of the cancers --

 8    Q.      Okay.

 9    A.      -- erectile dysfunction, stress

10    incontinence.

11              So -- but this is a specific link on

12    that.  This isn't just my page; this is a -- the

13    da Vinci page for patients who are interested in

14    that part.

15    Q.      Okay.  Your website profile is listed

16    in the da Vinci surgery website on Tennessee

17    Urology Associates, correct?

18    A.      Say that one more time.

19    Q.      Your profile is listed on the da Vinci

20    surgery website on Tennessee Urology Associates,

21    correct?

22    A.      I guess I don't know what you mean by

23    "the da Vinci surgery website."

24    Q.      The da Vinci section.
```

Christopher E. Ramsey, M.D.

```
1      A.      The section, yes.

2              MS. MEAD:  Madam Court Reporter?

3              (Off-the-record discussion.)

4   BY MR. JONES:

5      Q.      So at least according to this exhibit,

6   nowhere do you list any special concentration or

7   emphasis --

8              (Off-the-record discussion.)

9   BY MR. JONES:

10     Q.      All right.  Doctor, let's proceed.

11             According to Exhibit 29, which is a

12  section of the Tennessee Urology Associates

13  website, you don't list any special concentration

14  in treating female SUI, correct?

15     A.      It wouldn't be on that page.

16     Q.      Okay.  If -- if it is on the website, I

17  can go there and pull it; we'll find it, right?

18     A.      If it is on there, yeah.

19     Q.      Okay.

20     A.      And if it it's not, I want to know so I

21  can get it updated --

22     Q.      That's fine.

23     A.      -- so thanks for checking.

24             (Whereupon Exhibit 30 was marked as an
```

Christopher E. Ramsey, M.D.

```
 1    exhibit.)

 2    BY MR. JONES:

 3       Q.     Let's look at Exhibit 30.  Tell me what

 4    Exhibit 30 is.

 5       A.     It's a Tennova Hospital.  It's one of

 6    the local hospital chains.

 7              MR. MORIARTY:  Do I get one?

 8              MR. JONES:  Yeah.

 9    BY MR. JONES:

10       Q.     Do you practice there?

11       A.     That's where I do some of my surgeries.

12       Q.     Okay.  Anywhere on this website does it

13    state you have a special concentration in treating

14    female SUI?

15       A.     It does not.

16       Q.     Okay.  It does state you have a special

17    concentration in robotic-assisted -- robotic-

18    assisted laparoscopic surgery, though, correct?

19       A.     Yes.

20       Q.     You can put that aside.

21              (Whereupon Exhibit 31 was marked as an

22    exhibit.)

23    BY MR. JONES:

24       Q.     Do you believe that in -- serving as a
```

Christopher E. Ramsey, M.D.

1    so --

2        Q.     Okay.  I'll strike that question.

3    Withdraw that question.  Won't use that one.

4              Never attended any of the annual

5    Ethicon summits, outside of the one time you

6    visited New Jersey, correct?

7        A.     Not that I remember.

8        Q.     Okay.  Not that you remember, so it's

9    possible?

10       A.     I didn't.

11       Q.     Okay.  You didn't?

12       A.     (Witness moves head up and down.)

13       Q.     Last couple questions.  Are you

14   familiar with the article "TVT-Secur single-

15   incision sling after 5 years of follow-up:  The

16   promises made and the promises broken"?

17       A.     I may have read that.  I'm not

18   certain --

19       Q.     Sort of a significant title, "promises

20   made and promises broken."

21       A.     Who wrote it?

22       Q.     Francois Haab.

23       A.     Haab.  I'm not familiar with that,

24   but --

Christopher E. Ramsey, M.D.

1    Q.    Okay.

2    A.    -- I'm not -- I'm not very familiar

3  with the article.  I may have read it.

4    Q.    If it's not on your reliance list,

5  you're not relying on it, correct?

6    A.    If it's not on my reliance list, I

7  probably did not read it.

8    Q.    Okay.  But a title like that, promises

9  made and promises broken with TVT-Secur, would be

10  kind of -- sticks out, correct?

11    A.    Sure.  What journal was that in?  Does

12  it say?

13    Q.    "Urology."

14    A.    Okay.

15    Q.    2012.

16    A.    Okay.

17    Q.    Not familiar with it?

18    A.    Not off the top of my head.

19    Q.    Not on your reliance list?

20    A.    I don't know.

21    Q.    Feel free, if you want to take -- go

22  off the record and look at your reliance list and

23  see if it's on there.

24          THE WITNESS:  Do you have my reliance

Christopher E. Ramsey, M.D.

```
1    list?

2              MR. MORIARTY:  Have you already looked?

3              MR. JONES:  It's not on there.

4              THE WITNESS:  Okay.  It would take me a

5    while to look through it.

6    BY MR. JONES:

7         Q.    So if you'll -- you can look at another

8    time, but based on the representation that it's not

9    in your reliance list, it's an article that you

10   won't be relying on, correct?

11        A.    Correct.

12        Q.    Okay.  And you're not familiar with it,

13   correct?

14        A.    No, I don't remember the article.

15        Q.    Okay.  Have you read any TVT-Secur

16   articles by Dr. Newman?

17        A.    Newman?  Not that I know of.

18        Q.    Okay.  Have you seen any -- has Ethicon

19   shown you any internal memos or communications from

20   Dr. Newman about the TVT-Secur device?

21        A.    I wouldn't know.

22        Q.    None that stand out as you sit here

23   today?

24        A.    I don't recollect Dr. Newman.
```