# Exhibit C

# CHRISTOPHER ERIC RAMSEY, M.D.

Office  
Tennessee Urology Associates

Home 

## EDUCATION

<u>University of Oklahoma Health Sciences Center</u>  
Resident in Urology  
Oklahoma City, Oklahoma  
July, 1997 – June, 2002  
Board Certified in Urology 2004-present

<u>Medical College of Ohio</u>  
Doctor of Medicine  
Toledo, Ohio  
August, 1993 – June, 1997

<u>Dartmouth College</u>  
Bachelor of Arts  
Major in History  
Hanover, New Hampshire  
August, 1987 – June, 1991

## HONORS

<u>Oklahoma City Surgical Society Award</u>  
Resident Research Day  
University of Oklahoma Health Sciences Center  
Oklahoma City, Oklahoma  
May, 1999

<u>Alpha Omega Alpha</u>  
Medical College of Ohio  
Toledo, Ohio  
October, 1996

## LEADERSHIP

Robotics Committee Chairman – Physicians Regional Medical Center 2006-presen

## PROCTORING

Proctor for Ethicon and Intuitive Surgical

Attachment A

## PUBLICATIONS

Urethrorectal Fistuala: Transanal, Transsphincteric Approach With Locally Based Pedicle Interposition Grafts. Jounal of Urology. 169(6):2181-2183, June 2003.

## PRESENTATIONS

American Urological Association Annual Meeting
Anaheim, California  May, 2001
"Single Stage Urethroplasty with Double Buccal Mucosal Grafts"

American Urological Association Annual Meeting
Atlanta, Georgia  May, 2000
"Transanal, Transsphincteric Repair of Urethrorectal Fistula"

Southcentral Section of the AUA Annual Meeting
Santa Fe, New Mexico  October, 1999
"Single Stage Urethroplasty with Double Buccal Mucosal Grafts"

Southwest Surgical Society Annual Meeting
San Diego, California  April, 1999
"Thrombosis of a Femoral Pseudoaneurysm with Percutaneous Thrombin Injection"

## RESEARCH

Urological Research
Effects of Cisplatin, Methotrexate, and Cyclophosphamide on Bladder Tumors
March, 1996 – June, 1997
Medical College of Ohio
Toledo, Ohio

Hematology/Oncology Research
Multiple Myeloma and Amyloidosis
June, 1994 – August, 1994
University of Tennessee Medical Center
Knoxville, Tennessee

## MEDICAL SOCIETIES

American Medical Association
American Urological Association
Tennessee Medical Association
Knoxville Academy of Medicine
Fellow of the American College of Surgeons