# Exhibit D

In re: Ethicon, Inc. Pelvic Repair System, Products Liability Litigation
In re: Pelvic Mesh/Gynecare Litigation

Updated IFU Index and Production Bates Range Chart

Produced to Plaintiffs on 11/6/15 Pursuant to the Protective Orders
Entered in the Ethicon MDL (MDL No. 2327) on 7/30/12 and
the New Jersey Litigation, In Re: Pelvic Mesh/Gynecare Litigation
(Case No. 291 CT), on 8/8/12

# IFU CHART

| # | Product | Artwork Approval Date | Production Prefix | Start Bates | End Bates | RMC/LAB # | First Use Date | Last Use Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Gynemesh PS | 9/24/08 | ETH.MESH. | 2342218 | 02342249 | 389766 LAB-0012266[1] | 12/8/08 | 4/14/14 |
| 2 | Gynemesh PS | 9/24/08 | ETH.MESH. | 2342250 | 02342277 | 389593.R03 | 12/18/08 | 11/30/10 |
| 3 | Gynemesh PS | 5/13/05 | ETH.MESH. | 2342278 | 02342290 | 389593.R02 | 3/31/06 | 12/11/08 |
| 4 | Gynemesh PS | 3/8/03 | ETH.MESH. | 2342194 | 02342217 | 389593.R01 | 3/20/03 | 3/30/06 |
| 5 | Gynemesh PS | 2/4/13 | ETH.MESH | 08221376 | 08221436 | 389766R01 LAB-0012266v2 | 3/16/13 | To Present Day |
| 6 | Gynemesh PS | 1/12/15 | ETH.MESH | 22128963 | 22129030 | 389766R02 LAB-0012266v3 | 4/3/15 | To Present Day |
| 7 | Prolene Mesh | 3/31/08 | HMESH.ETH | 00072065 | 00072066 | 389731 LAB-0010427[1] | 10/6/08 | 8/22/10 |
| 8 | Prolene Mesh | 6/4/99 | ETH.MESH. | 2342102 | 02342102 | 389392.R02 LAB-0010365 | 5/29/99 | 5/19/15 |
| 9 | Prolene Mesh | 6/29/10 | HMESH.ETH | 00072070 | 00072072 | 389731R04 LAB-0010427[3] | 8/23/10 | To Present Day |
| 10 | Prolene Mesh | 7/20/10 | HMESH.ETH | 03034869 | 03034870 | 389746R03 LAB-0010384[2] | 10/9/10 | To Present Day |
| 11 | Prolene Soft | 11/29/00 | ETH.MESH. | 2342101 | 02342101 | 389578.R02 LAB-0010386 | 12/5/00 | 10/8/10 |
| 12 | Prolene Soft | 3/31/08 | ETH.MESH. | 2342097 | 02342097 | 389737 | 4/13/09 | 8/22/10 |
| 13 | Prolene Soft | 6/29/10 | ETH.MESH. | 2616825 | 02616827 | 389737R04 LAB-0010432 | 8/23/10 | To Present Day |
| 14 | Prolift | 5/10/10 | ETH.MESH. | 2341658 | 02341733 | P19070/H LAB-0011099[2] | 5/11/10 | To Discontinuance |
| 15 | Prolift | 9/30/09 | ETH.MESH. | 2001398 | 02001473 | P19070/G LAB-0011099[1] | 10/1/09 | 5/7/10 |
| 16 | Prolift | 12/3/07 | ETH.MESH. | 2341454 | 02341521 | P19070/E | 12/17/07 | 9/24/09 |

| # | Product | Artwork Approval Date | Production Prefix | Start Bates | End Bates | RMC/LAB # | First Use Date | Last Use Date |
|---|---|---|---|---|---|---|---|---|
| 17 | Prolift | 12/17/04 | ETH.MESH. | 2341522 | 02341589 | P19070/B | 1/11/05 | 12/13/07 |
| 18 | Prolift +M | 3/23/10 | ETH.MESH. | 2615519 | 02615658 | P19074/K | 2/4/11 | To Discontinuance |
| 19 | Prolift +M | 6/24/08 | ETH.MESH. | 1595614 | 01595753 | P19074/J | 12/12/08 | 1/13/11 |
| 20 | Prosima | 3/17/10 | ETH.MESH. | 2341398 | 02341453 | P21070/D LAB-0011038[2] | 6/18/10 | To Discontinuance |
| 21 | TVT | 7/15/10 | ETH.MESH. | 3427878 | 03427945 | P15506 LAB-0012841[3] | 11/29/10 | 11/26/14 |
| 22 | TVT | 9/26/08 | ETH.MESH. | 2340504 | 02340567 | P15506/E LAB-0012841[1] | 10/13/08 | 11/23/10 |
| 23 | TVT | 10/11/05 | ETH.MESH. | 5222673 | 05222704 | P15506/D | 4/7/06 | 10/7/08 |
| 24 | TVT | 10/29/04 | ETH.MESH. | 2340471 | 02340503 | P15506/C | 2/11/05 | 4/7/06 |
| 25 | TVT | 10/11/01 | ETH.MESH. | 2340306 | 02340369 | P15506/B | 12/22/03 | 2/11/05 |
| 26 | TVT | 3/29/00 | ETH.MESH. | 5225354 | 05225385 | P15506 | 9/8/00 | 11/26/03 |
| 27 | TVT | 9/25/13 | ETH.MESH | 02617809 | 02617877 | P15506 LAB-0012841[4] | 12/9/14 | 8/31/15 |
| 28 | TVT | 3/19/15 | ETH.MESH | 22129031 | 22129094 | P15506 LAB-0012841v5 | 10/7/15 | To Present Day |
| 29 | TVTAA | 3/26/03 | ETH.MESH | 10668033 | 10668108 | P17170A | 5/5/04 | 1/31/05 |
| 30 | TVTAA | 12/11/06 | ETH.MESH | 10708634 | 10708709 | P17170B | 3/29/05 | 8/12/08 |
| 31 | TVTAA | 4/11/08 | ETH.MESH | 10668117 | 10668180 | P17170C LAB-100117642[1] | 6/19/08 | 11/3/14 |
| 32 | TVTAA | 10/24/13 | HMESH.ETH | 03041822 | 03041886 | P17170C LAB-100117642[2] | 12/11/14 | 9/16/15 |
| 33 | TVTAA | 5/15/15 | | | | P17170 LAB-100117642v4 | | To Present Day |

| # | Product | Artwork Approval Date | Production Prefix | Start Bates | End Bates | RMC/LAB # | First Use Date | Last Use Date |
|---|---|---|---|---|---|---|---|---|
| 34 | TVT-Abbrevo | 7/13/10 | ETH.MESH | 2341203 | 02341266 | P24070 LAB-0012890[3] | 9/10/10 | 11/27/14 |
| 35 | TVT-Abbrevo | 7/31/14 | ETH.MESH | 02617489 | 02617553 | P24070 LAB-0012890 [5] | 7/1/15 | 9/15/15 |
| 36 | TVT-Abbrevo | 3/19/15 | HMESH.ETH | 11049264 | 11049328 | P24070 LAB-0012890 [6] | 9/24/15 | To Present Day |
| 37 | TVT-Exact | 2/23/10 | ETH.MESH. | 5799233 | 05799316 | P25070A LAB-0012869[1] | 5/4/10 | 6/6/13 |
| 38 | TVT-Exact | 2/11/13 | ETH.MESH | 10670138 | 10670222 | P25070 LAB-0012869[2] | 8/5/13 | 10/17/13 |
| 39 | TVT-Exact | 5/24/13 | HMESH.ETH | 03038566 | 03038649 | P25070 LAB-0012869[3] | 10/23/13 | 11/26/14 |
| 40 | TVT-Exact | 7/30/14 | ETH.MESH | 02618012 | 02618095 | P25070 (RMC P25070) LAB-0012869[4] | 8/12/14 | 9/9/15 |
| 41 | TVT-Exact | 3/18/15 | ETH.MESH | 22129185 | 22129264 | P25070 LAB-0012869v5 | 9/18/15 | To Present Day |
| 42 | TVT-O | 3/17/10 | ETH.MESH. | 2340902 | 02340973 | P18070/E LAB-0010875[2] | 5/12/10 | 11/27/14 |
| 43 | TVT-O | 4/11/08 | ETH.MESH. | 860239 | 00860310 | P18070/D LAB-0010875[1] | 4/23/08 | 5/7/10 |
| 44 | TVT-O | 4/22/05 | ETH.MESH. | 2340974 | 02341046 | P18070/C | 5/25/05 | 4/29/08 |
| 45 | TVT-O | 3/7/05 | ETH.MESH. | 2340756 | 02340828 | P18070/B | 3/7/05 | 5/19/05 |
| 46 | TVT-O | 10/28/03 | ETH.MESH. | 2340829 | 02340901 | P18070/A | 1/7/04 | 3/4/05 |
| 47 | TVT-O | 7/30/14 | HMESH.ETH | 11043471 | 11043547 | P18070 LAB-0010875 [4] | 12/15/14 | 9/16/15 |
| 48 | TVT-O | 3/19/15 | ETH.MESH | 22128727 | 22128806 | P18070 LAB-0010875v5 | 9/22/15 | To Present Day |
| 49 | TVT-S | 11/30/05 | ETH.MESH. | 2340568 | 02340755 | P20070A LAB-0010882 | 12/16/05 | To Discontinuance |