**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF
ROBERT D. MOORE, D.O.**

In accordance with the extension of time agreed to by the parties, Defendants Ethicon, Inc. and Johnson & Johnson (Ethicon) move to exclude certain general-causation testimony of Robert D. Moore, D.O. Dr. Moore is not qualified to offer certain opinion testimony, and some of his proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), and as expressed by this Court in prior rulings. Ethicon incorporates its Memorandum in Support of Motion to Exclude General-Causation Testimony of Robert D. Moore, D.O,, and also the following exhibits:

1. The list of cases to which this motion applies, identified by case style and number, attached as Exhibit A;

2. Letter dated April 27, 2016, which represents the agreement of counsel to extend the filing date of this motion to May 2, 2016, attached as Exhibit B;

3. Rule 26 Expert Report of Robert D. Moore, [D.O.] regarding TVT-O, attached as Exhibit C;

4. Excerpts from the deposition of Robert D. Moore, D.O. taken April 15, 2016, attached as Exhibit D;

5. Article titled *The IUGA/ICS classification of synthetic mesh complications in female pelvic floor reconstructive surgery: a multicenter study*, authored by John Miklos et al., Int'l Urogryncol J, attached as Exhibit E;

6. Abstract titled *Indication and surgical treatment of midurethral sling complications: a multicenter study*, authored by O. Chinthakanan et al., attached as Exhibit F;

7. Abstract titled *Mesh removal following sling/mesh placement: a multicenter study*, authored by O. Chinthakanan et al., attached as Exhibit G;

8. Article titled *Randomized Trial of Tension-Free Vaginal Tape and Tension-Free Vaginal Tape-Obturator for Urodynamic Stress Incontinence in Women*, authored by R. Teo et al., J. Urology, which is attached as Exhibit H; and

9. Article titled *Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O)*, authored by P. Hinoul et al., attached as Exhibit I.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the General-Causation Testimony of Robert D. Moore, D.O.

        Respectfully submitted,

        ETHICON, INC. AND
        JOHNSON & JOHNSON

        */s/ Rita A. Maimbourg*
        Rita A. Maimbourg
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone:    216.592.5000
        Facsimile:     216.592.5002
        rita.maimbourg@tuckerellis.com

        */s/ David B. Thomas*
        David B. Thomas (W.Va. Bar #3731)
        THOMAS COMBS & SPANN PLLC
        300 Summers St.
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        Tel:   304.414.1807
        dthomas@tcspllc.com

        */s/ Christy D. Jones*
        Christy D. Jones
        BUTLER SNOW LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        Tel:   601.985.4523
        christy.jones@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on May 2, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5002
rita.maimbourg@tuckerellis.com

012177\004186\2682165.1