# EXHIBIT B



950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

April 27, 2016

DIRECT DIAL 216.696.3219 | rita.maimbourg@tuckerellis.com

**VIA EMAIL**
James B. Matthews
Josh B. Wages
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA 30603

    Re:    Robert D. Moore, D.O.

Dear Counsel:

    This letter will confirm our email communications regarding the timetable for briefing any Daubert issues relating to Dr. Robert Moore who was deposed on April 15, 2016. Following the timetable established by Judge Goodwin in Pretrial Order No. 217, the deadlines applicable to Dr. Moore are as follows:

    Filing of Daubert Motions - May 2, 2016

    Responses to Daubert Motions - May 20, 2016

    Reply to Response to Daubert Motions - May 27, 2016

    If my understanding of our communications is incorrect, please let me know right away. Thank you.

Very truly yours,

TUCKER ELLIS LLP

*Rita A. Maimbourg*

Rita A. Maimbourg

RAM:llw

cc:    Donna Jacobs (via email)
       Brenda Jones (via email)