# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

## MOTION REGARDING INTERIM REIMBURSEMENT OF COSTS

Pursuant to Pretrial Order No. 221 dated April 4, 2016 Regarding Interim Reimbursement of Costs, as Chairman of the Common Benefit Fee and Cost Committee ("FCC"), invoices from Crivella West in the amount of $60,000.00 and Smith Cochran & Hicks for $35,712.50 have been submitted to all FCC members for their review and comments. Copies are attached as Exhibit A to this request. No objections have been received from any of the FCC members. Consequently, on behalf of the FCC, permission is requested of the Court to allow payment of these expenses from the Common Benefit Fund.

On behalf of the FCC, it is requested that the Court approve payment of these expenses.

DATED: May 3, 2016

Respectfully submitted,

By:   /s/ Henry G. Garrard, III
       Henry G. Garrard, III
       Chairman of the Fee & Compensation Committee
       hgg@bbgbalaw.com
       Georgia Bar No. 286300

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**
440 College Avenue North
Athens, GA  30601
Telephone (706) 354-4000
Facsimile  (706) 549-3545

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Further, I certify that I served a copy of this Motion upon the below via electronic mail:

Renee Baggett
Aylstock, Witkin, Kreis & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
RBaggett@awkolaw.com
Member of FCC

Riley L. Burnett, Jr.
Burnett Law Firm
55 Waugh Drive, Suite 803
Houston, TX 77007
rburnett@rburnettlaw.com
Member of FCC

Thomas P. Cartmell
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
tcartmell@wcllp.com
Member of FCC

Clayton A. Clark
Clark, Love & Hutson, G.P.
440 Louisiana Street, Suite 1600
Houston, TX 77002
CClark@triallawfirm.com
Member of FCC

Yvonne M. Flaherty
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis MN 55401
ymflaherty@locklaw.com
Member of FCC

Carl N. Frankovitch
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV 26062
carl@facslaw.com
Member of FCC

William H. McKee, Jr.
Arnett Carbis Toothman Wealth Advisors LLC
101 Washington Street East
Charleston, WV  25301
bmckee@suddenlink.net
Member of FCC

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
jrice@motleyrice.com
Member of FCC

By:    /s/ Henry G. Garrard, III
Henry G. Garrard, III
Chairman of the Fee & Compensation Committee
hgg@bbgbalaw.com
Georgia Bar No. 286300

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**
440 College Avenue North
Athens, GA  30601
Telephone (706) 354-4000
Facsimile  (706) 549-3545