# EXHIBIT A

Crivella West Incorporated
712 Washington Rd
Pittsburgh PA 15228

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2016 | 3758 |

**Bill To**

Gary B. Blasingame, Esq.
BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.
440 College Avenue, Suite 320
Athens, Georgia 30601

| | Project | Terms | Time Period |
|---|---|---|---|
| | TVM | Net 30 | March 2016 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | American Medical Systems, Inc., MDL No. 2325, U.S.D.C. SDWV, Charleston Division; C.R. Bard, Inc., MDL No. 2187, U.S.D.C. SDWV, Charleston Division; Boston Scientific Corp., MDL No. 2326, U.S.D.C. SDWV, Charleston Division; Ethicon, Inc., MDL No. 2327, U.S.D.C. SDWV, Charleston Division; and Cook Medical, Inc., MDL No. 2440, U.S.D.C. SDWV, Charleston Division.<br><br>Crivella West Amendment Term Analytics and Document Management Services. Fixed price per amended contract dated 10/07/2014 to 80 million pages.<br><br>Total Number of pages on site: 89,235,158<br><br>Number of pages in excess of 80 million: 9,235,158*<br><br>*cost for pages in excess of 80 million to be invoiced upon parties' resolution of charge for pages in excess of 80 million. | 60,000.00 | 60,000.00 |

**Balance Due**     **$60,000.00**



## Smith, Cochran & Hicks, P.L.L.C.

3510 MacCorkle Ave., SE
Charleston, WV 25304
Phone: (304) 345-1151

Visit us on the web: www.schcpa.com

| ID: TVM | Invoice: | 25880 |
| --- | --- | --- |
| TVM MDL Settlements | Date: | 03/31/2016 |
| | Due Date: | 04/30/2016 |
| TVM MDL PSC | | |
| Charleston, WV 25326 | | |

For professional service rendered as follows:

| | | Hours | Amount |
| --- | --- | --- | --- |
| Jenkins, John, CPA, CVA | | 115.00 | 23,000.00 |
| Ross-Given, Elizabeth | | 169.50 | 12,712.50 |
| | Time | 284.50 | $35,712.50 |
| | **Invoice Total** | | **$35,712.50** |

---

Please return this portion with payment to:

Smith, Cochran & Hicks, P.L.L.C.
3510 MacCorkle Ave., SE
Charleston, WV 25304
Phone: (304) 345-1151

ID: TVM
TVM MDL Settlements

Invoice: 25880
Date: 03/31/2016
Due Date: 04/30/2016

Amount Due: $35,712.50

Amount Enclosed: $_____