**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**


IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                        MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE
ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

  Plaintiffs in the cases listed on the attached Exhibits A-I and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.   Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis                          /s/ Erik W. Legg
Barbara R. Binis                              Erik W. Legg
REED SMITH                                    FARRELL WHITE & LEGG
Three Logan Square, Suite 3100                P. O. Box 6457
1717 Arch Street                              Huntington, WV 25772-6457
Philadelphia, PA 19103                        304.522.9100 (phone)
215.851.8100 (phone)                          304.522.9162 (fax)
215.851.1420 (fax)                            EWL@farrell3.com
bbinis@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Laura J. Baughman
Laura J. Baughman
BARON & BUDD
Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-4281
214.521.3605 (phone)
214.520.1181 (fax)
lbaughman@baronbudd.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Richard A. Capshaw
Richard A. Capshaw
CAPSHAW & ASSOCIATES
Suite 201
3031 Allen Street
Dallas, TX 75204
214.761.6610 (phone)
214.761.6611 (fax)
richard@capslaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Andrea Little Gentle
Andrea Little Gentle
DANIELS & GENTLE
Suite 980
6363 Woodway
Houston, TX 77057
713.979.4279 (phone)
713.979.4280 (fax)
andrea.gentle@danielsgentle.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Bobby Jewell Bell, Jr.
Bobby Jewell Bell, Jr.
HOLLIS WRIGHT & COUCH
Suite 1500
505 North 20th Street
Birmingham, AL 35203
205.324.3600 (phone)
205.324.3636 (fax)
bob@hollis-wright.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Lee B. Balefsky
Lee B. Balefsky
KLINE & SPECTER
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
215.772.1000 (phone)
215.735.0960 (fax)
Lee.Balefsky@Klinespecter.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Alexandra V. Boone
Alexandra V. Boone
MILLER WEISBROD
Suite 300
11551 Forest Central Drive
Dallas, TX 75243
214.987.0005 (phone)
214.987.2545 (fax)
aboone@millerweisbrod.com
*Attorney for Plaintiffs on Exhibit F*

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM
P. O. Box 1138
Portsmouth, VA 23705
757.393.6020 (phone)
757.399.3019 (fax)
will@moodyrrlaw.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
Email: dpotts@potts-law.com
*Attorney for Plaintiffs on Exhibit H*

/s/ Sejal K. Brahmbhatt
Sejal K. Brahmbhatt
WILLIAMS KHERKHER HART BOUNDAS
Suite 600
8441 Gulf Freeway
Houston, TX 77017
713.230.2227 (phone)
713.643.6226 (fax)
sbrahmbhatt@williamskherkher.com
*Attorney for Plaintiffs on Exhibit I*

Dated:  May 4, 2016

**EXHIBIT A – BARON & BUDD, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-00751 | Margaret Larson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – CAPSHAW & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-18115 | Nancy Marx v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

**EXHIBIT C – DANIELS & GENTLE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-26733 | Frances J. Payne v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – HOLLIS WRIGHT & COUCH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-03976 | Linda McMeans v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT E – KLINE & SPECTER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-04398 | Johnetta Bradley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT F – MILLER WEISBROD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-12073 | Sara Campos v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – THE MOODY LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-07321 | Hallie Hawkins, Jerry Hawkins v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:13-CV-00806 | Linda Friedrich, David Friedrich v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT H – THE POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05719 | Carolyn L. Andreola v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-05130 | Barbara Johnstad v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-CV-07226 | Afsaneh Pahlavan, Daryush Pahlavan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT I – WILLIAMS KHERKHER HART BOUNDAS, LLP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-12599 | Janet Michelle Gerharter, Keith Gerharter v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-12865 | Carolyn Ann Booth, George Walter Booth, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-13128 | Penny Gibson, Michael Gibson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-21021 | Bobbie Denise Tiner v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-27248 | Suzanne C. Esaine v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation, C. R. Bard, Inc. |
| 2:13-CV-32531 | Bonnie Lou Teal, Clark Teal v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-cv-10702 | Veronica Woodring, Philip Woodring III v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-12829 | Annie Crain, Kerry Crain v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-16269 | Mary Jane Andrews, Robin Andrews v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


/s/ Barbara R. Binis