**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION

                                  MDL No. 2327

-----------------------------------------------

THIS DOCUMENT RELATES TO
ETHICON WAVE 1 AND 2 CASES

**ORDER**

Pending before the court is Plaintiffs' Motion to Exceed Page Limitation for Memorandum in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Jerry Blaivas, M.D., filed May 3, 2016. [ECF No. 2122].

For good cause shown, it is **ORDERED** that the Motion is **GRANTED.**  Any response in opposition to defendants' motion related to Dr. Blaivas may not exceed 30 pages.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  May 5, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE