**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **All Plaintiffs,** | |
| **v.** | **MDL No. 2327** |
| **ETHICON INC., JOHNSON & JOHNSON** | **In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation,** |
| **Defendants.** | **JOSEPH G. GOODWIN U.S. DISTRICT JUDGE** |

### NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Bartimus, Frickleton, Robertson & Goza, P.C. has changed names to Bartimus, Frickleton and Robertson, P.C., effective April 4, 2016. This Notice of Firm Name Change effects attorney, Anne M. Tarvin with Bartimus Frickleton and Robertson, P.C.  This notice applies to each individual case as it is filed in this MDL No. 2327 for which Anne M. Tarvin is an attorney of record.  All addresses and telephone numbers remain the same.

Respectfully submitted,

**BARTIMUS, FRICKLETON and ROBERTSON, P.C.**

  /s/Anne M. Tarvin
**Anne M. Tarvin            MO Bar # 65405
11150 OVERBROOK ROAD, SUITE 200
LEAWOOD, KS 66211
(913) 266-2300
(913) 266-2366            FAX
atarvin@bflawfirm.com**

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2016, I filed this document with the clerk of the court via the electronic filing system and provided a copy to all counsel of record.


/s/ Anne M. Tarvin_____