# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:<br>WAVE 1 CASES** | **JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE** |

## DEFENDANTS' MOTION TO EXCLUDE
## CERTAIN OPINIONS OF ALAN GARELY, M.D.

Defendants Ethicon, Inc. and Johnson & Johnson (hereinafter "Ethicon") move to exclude certain opinions of Alan Garely, M.D. In support of this motion, Ethicon states:

1. Plaintiffs improperly seek to elicit testimony from Dr. Garely that is well beyond his expertise, such as opinions related to the adequacy of product warnings, opinions as to design and biocompatibility of the meshes in Prolift and Prolift +M, and the knowledge and state of mind of the parties.

2. Many of Dr. Garely's general causation opinions are unreliable, lacking in acceptable methodology or scientific support, and are thus inadmissible.

Ethicon incorporates by reference its Memorandum of Law in Support of its Motion to Exclude Certain Opinions of Alan Garely, M.D., and the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Case List |
| B | Rule 26 Expert Report of Alan D. Garely, M.D., Prolift |

| | |
|---|---|
| C | Excerpts from the Deposition of Alan D. Garely, M.D., dated April 15, 2016 |
| D | Gynecare Prolift IFU © 2004 |
| E | Prolift Surgeon's Resource Monograph |

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting Memorandum of Law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude Certain Opinions of Alan Garely, M.D.

Dated: May 5, 2016

Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

*/s/ Kelly S. Crawford*
Kelly S. Crawford
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

2

## CERTIFICATE OF SERVICE

I certify that on May 5, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                              */s/ Kelly S. Crawford*
                                                  Kelly S. Crawford