# EXHIBIT C

Alan Garely, M.D., FACOG, FACS

```
 1           UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON
 2   -------------------------------------------------
     IN RE:  ETHICON, INC., PELVIC    Master File No.
 3   REPAIR SYSTEM PRODUCTS               2:12-MD-02327
     LIABILITY LITIGATION                   MDL 2327
 4                                 U.S. DISTRICT JUDGE
                                           JOSEPH R.
 5                                           GOODWIN
     -------------------------------------------------
 6   Deposition of ALAN GARELY, M.D., relating to the
     following cases in Wave 1 of MDL 200:
 7
     Carey Beth Cole, et al. V. Ethicon, Inc.
 8   Civil Action No. 2:12-cv-00483
 9   Amanda Deleon, et al. V. Ethicon, Inc.
     Civil Action No. 2:12-cv-00358
10
     Rose Gomez, et al. V. Ethicon, Inc.
11   Civil Action No. 2:12-cv-00344
12   Donna Zoltowski, et al. V. Ethicon, Inc.
     Civil Action No. 2:12-cv-00811
13   -------------------------------------------------
14
15       DEPOSITION OF ALAN GARELY, M.D., FACOG, FACS
16              Friday, April 15, 2016
17               New York, New York
18
19
20           GOLKOW TECHNOLOGIES, INC.
21       877.370.3377 ph | 917.591.5672 fax
22              Deps@golkow.com
23
24
```

Alan Garely, M.D., FACOG, FACS

```
 1   with almost all of them.

 2        Q   We'll come back to the products in a

 3   little bit.  Am I correct, Dr. Garely, that you

 4   are not an expert in biomaterials?

 5        A   Well, I'm familiar with biomaterials,

 6   but I'm not a biomaterial engineer.

 7        Q   Okay.  You're not a polymer scientist,

 8   correct?

 9        A   That is correct.

10        Q   You're not a trained pathologist,

11   correct?

12        A   That is correct.

13        Q   And you're not board certified in

14   pathology, correct?

15        A   That is correct.

16        Q   You're not trained in neuropathology;

17   is that correct?

18        A   That is correct.

19        Q   And you're not an epidemiologist,

20   correct?

21        A   That is correct.

22        Q   Have you ever been involved in drafting

23   instructions for use for a medical device?

24        A   When -- I've been involved in advising
```

Alan Garely, M.D., FACOG, FACS

1   companies in formulating the instructions for

2   use, but I've actually not physically put the

3   pencil to the paper and written up those

4   instructions myself.

5       Q   Tell me what you have done in advising

6   companies on instructions for use.

7       A   Well, when I was asked to be an expert

8   by Ethicon, back in the late '90s, to come

9   on-board and evaluate the TVT sling, I was sent

10  as part of a group to Sweden and we learned the

11  procedure from the inventors of the TVT

12  procedure.

13          When we came back to the United States,

14  we were intimately involved in formulating the

15  IFUs to help instruct and educate physicians in

16  the United States on how to use the product.

17      Q   So that was the TVT Retropubic, the

18  original TVT sling?

19      A   Yes, ma'am.

20      Q   As best as you can remember, what was

21  your involvement with respect to the TVT IFU at

22  the time, did you receive a draft of it and

23  review it and provide commentary, what did you

24  do exactly with respect to the IFU?

Alan Garely, M.D., FACOG, FACS

```
 1       A    It was almost 20 years ago.  I just

 2  recall that we would have a lot of meetings with

 3  the people who were putting the product out.

 4  We -- we did everything from educational

 5  preparation, educational materials, to helping

 6  design the way that the product looked.

 7            We went through different iterations of

 8  the needles and the mesh, and we discussed

 9  things that belonged in the IFU so that

10  physicians could be properly educated on the use

11  of the product.

12       Q    As you sit here today, can you recall

13  actually reviewing draft versions of the IFU and

14  providing feedback on those draft versions?

15       A    There were so many papers that we were

16  looking at and formulating that to say that I

17  specifically remember any one of those, I can't

18  get my mind around that, no.

19       Q    Dr. Garely, is it fair to say that you

20  do not hold yourself out as an expert in product

21  labeling?

22       A    I don't understand the question.

23       Q    You don't consider yourself an expert

24  in formulating labels for medical devices and
```

Alan Garely, M.D., FACOG, FACS

1    what components those labels need to have?

2         A    I guess I'm not familiar with what a

3    label would be.

4         Q    Fair point.  Am I correct that you

5    don't hold yourself out as an expert of what the

6    requirements of the contents of an instructions

7    for use should be?

8         A    Well, I do believe that I'm an expert

9    when it comes to the instructions for use when

10   it applies to products that I'm familiar with,

11   yes.

12        Q    Have you reviewed regulatory guidances

13   or regulations that address what the

14   requirements of device labeling are?

15        A    Only in documents that I reviewed from

16   internal documents of when companies were

17   writing their IFUs and they had background

18   information to go on, but that would have been

19   the only time that I would have reviewed those

20   documents.

21        Q    And what are the documents that you

22   reviewed?

23        A    Whatever -- from this case or from the

24   Bard case, when I had the internal documents

Alan Garely, M.D., FACOG, FACS

1   from the companies where they were trying to

2   come up with IFUs and they were talking about

3   the regulatory issues regarding the IFUs, those

4   were the documents that I saw.

5       Q   Have you ever reviewed FDA regulations

6   relating to labeling and what needs to go into

7   product instructions for use?

8       A   I don't know that I've specifically

9   seen that document.

10      Q   Have you ever reviewed the document

11  that is known as the FDA Blue Book Memo on what

12  needs to go into instructions for use?

13      A   That one sounds familiar.  I just don't

14  recall having -- what I would have read in it.

15  But it does sound familiar.

16      Q   It sounds familiar to you, but as you

17  sit here today, you're not sure whether or not

18  you've looked at that particular document?

19      A   Correct.

20      Q   Have you ever reviewed Ethicon's

21  standard operating procedures regarding what

22  information needs to go into instructions for

23  use?

24      A   I don't know if I've looked at that

Alan Garely, M.D., FACOG, FACS

1    manual, only what I've seen from the internal

2    documents and discussion of what should be

3    included and excluded from the IFU.

4        Q    Okay.  As you sit here right now, you

5    can't recall looking at a particular Ethicon

6    labeling standard operating procedure, SOP

7    document, that lays out what needs to be in an

8    instructions for use, correct?

9        A    Based on the internal documents that I

10   read, I don't even know if such a thing existed

11   because they were choosing to exclude

12   information that would have helped physicians to

13   use the product better.

14            So if there was some guideline, some

15   guideline that would have told them what to do,

16   I don't know that they followed it.  Apparently

17   they just chose indiscriminately to include or

18   exclude information that could have or could not

19   have been helpful to physicians.

20            MS. KABBASH:  Move to strike as

21   nonresponsive.

22   BY MS. KABBASH:

23       Q    My question, Doctor, is as you sit here

24   today, am I correct that you do not recall

Alan Garely, M.D., FACOG, FACS

1    reviewing a particular Ethicon standard

2    operating procedure document related to what

3    should go in labeling?

4        A    I don't recall.

5        Q    Am I correct that you are not an expert

6    in design control procedures and requirements

7    for bringing a product through development?

8        A    I don't know what you mean by "design

9    control."

10       Q    So there are various FDA regulations

11   and requirements that govern a company's process

12   of bringing a product through the design stages,

13   and eventually to market, they're called design

14   controls.  And are you familiar with FDA

15   regulations that govern what a company must

16   accomplish in their design controls?

17       A    Only from my participation in products

18   coming from the drawing board to marketing.

19   That's my only experience with that.

20       Q    And you would not hold yourself out as

21   an expert in FDA regulations on design controls,

22   correct?

23       A    That would be correct.

24       Q    You would not be able to speak to how,

Alan Garely, M.D., FACOG, FACS

```
 1    assessments or -- are you familiar with what an

 2    FMEA or a DDSA is; do you know what those

 3    documents are?

 4         A    I'm not good on the acronyms.  Could

 5    you tell me what they stand for?

 6         Q    I will try.  Design Device Safety

 7    Assessment.  I need to remind myself what an

 8    FMEA is, Failure Mode Effects Analysis.  Are you

 9    familiar with what those documents are and what

10    purpose they serve within a company's design

11    control processes?

12         A    I do and I am.

13         Q    Have you had involvement in the

14    preparation of those documents?

15         A    I believe that I was involved in the

16    preparation of those documents for a device.

17         Q    Which device was that?

18         A    I think I was involved in that for the

19    device of ligature made by -- at the time I

20    think it was U.S. Surgical and I think it was

21    acquired or changed its name to Covidien.

22         Q    And what type of device is that?

23         A    It's a device that -- it grabs tissue,

24    it seals the tissue with heat, and then it cuts
```

Alan Garely, M.D., FACOG, FACS

1    the prolapse.

2           It's not a very elegant operation and

3    the success rates were not very good.

4       Q   How many times have you used biologic

5    grafts to treat prolapse?

6       A   Innumerable, I could not venture a

7    guess.  I used them for probably two or three

8    years on multiple cases.

9       Q   Do you still use them today?

10      A   Not as a -- not as a material to -- for

11   prolapse.  I use them for -- to help with

12   healing.

13      Q   Which biologic grafts have you used?

14      A   I used -- what was the name of that

15   one.  It encapsulated -- it was like a porcine

16   dermis.  It was --

17          MR. MATTHEWS:  Who made it?

18          THE WITNESS:  I think it was made by

19   Bard.

20          MR. MATTHEWS:  Pelvicol?

21      A   Pelvicol, thank you.  I used Pelvicol a

22   lot.  I used Surgisis.  There were -- there were

23   a few others.  I just don't remember.  It's been

24   such a long time since I've used biologics, it's

Alan Garely, M.D., FACOG, FACS

1      Q   Sofradim?

2      A   Sofradim.  And I put that mesh into a

3  patient once.

4      Q   I take it it didn't go very well?

5      A   It went well.  But I developed a -- I

6  put the one in and then I wanted to see how the

7  patient would do and the patient developed an

8  erosion.  And I also had used Marlex at some

9  point when I was just finishing my fellowship in

10  1995, I used Marlex on a few patients and I

11  didn't like the way that it healed.  It was too

12  hard.

13      Q   Both the IntePro and the Caldera mesh

14  are made of polypropylene, correct?

15      A   Correct.

16      Q   And is it fair to say that you've used

17  IntePro and the Caldera product thousands of

18  times?

19      A   That would be correct.

20      Q   So between the -- your use of Ethicon's

21  Prolene mesh, I think you said some limited use

22  of the Prolene Soft mesh, your use of Caldera's

23  product and IntePro, fair to say that you have

24  implanted a polypropylene graft to treat

Alan Garely, M.D., FACOG, FACS

1    abdominal sacrocolpopexy in thousands of women,

2    correct?

3         A    That's correct.

4         Q    And that's going back to your

5    fellowship, correct, or even to your residency?

6         A    Oh, no, I did not use these devices in

7    residency.

8         Q    Okay.

9         A    Since fellowship, yes.  But the

10   majority clearly -- my fellowship was two years.

11   The majority of these cases were not as a

12   trainee, but as an attending physician.

13        Q    So you clearly believe that

14   polypropylene is an appropriate graft to use to

15   treat prolapse in an abdominal approach,

16   correct?

17        A    Correct, in an abdominal approach.

18        Q    Doctor, let me try in a sense to sort

19   of cut to the chase on one particular issue.  Is

20   it your opinion that the polypropylene is fine

21   to use to treat prolapse, but it should not be

22   used in a transvaginal approach; is that -- if I

23   had to kind of boil down your opinion, is that

24   what your opinion is?

Alan Garely, M.D., FACOG, FACS

1    doing with Boston Scientific?

2        A    And the IVS Tunneller.

3        Q    So you did use the IVS Tunneller to

4    treat an anterior defect?

5        A    Not anterior, you said apical.

6        Q    I apologize, I misspoke.  Have you ever

7    used transvaginal mesh to treat an anterior

8    defect?

9        A    When I used the Prolene mesh on the

10   device with Boston Scientific, we were also

11   using it to treat anterior defects.

12       Q    Am I correct that you have never

13   implanted Gynemesh PS transvaginally in any

14   women?

15       A    I think you're correct.

16       Q    You've never implanted the Prolift,

17   correct?

18       A    I've never implanted the Prolift.

19       Q    And you've never implanted the

20   Prolift+M, correct?

21       A    Correct.

22       Q    You've never implanted Bard's Avaulta?

23       A    Correct.

24       Q    You've never implanted AMS's Elevate?

Alan Garely, M.D., FACOG, FACS

```
 1      A    That's correct.

 2      Q    Have you ever looked at a piece of

 3    Gynemesh PS under the microscope?

 4      A    No.

 5      Q    Have you ever looked at a piece of

 6    Prolift+M under the microscope?

 7      A    Well, I'd like to just add to that in

 8    that I've not physically put the mesh under the

 9    microscope, but I have papers that I have

10    reviewed that have pictures of the material

11    under the microscope, so I've looked at

12    photographs of microscopic material, but I've

13    never actually physically taken the mesh and put

14    it under the microscope myself.

15      Q    You've not performed benchtop testing

16    on Prolift or Gynemesh PS mesh or tools,

17    correct?

18      A    Correct.

19      Q    And you've not performed benchtop

20    testing on Prolift+M mesh or tools, correct?

21      A    Correct.

22      Q    You have not performed animal studies

23    on Prolift or Gynemesh PS mesh, correct?

24      A    Correct.
```

Alan Garely, M.D., FACOG, FACS

```
 1   radiologist, was at my center at Winthrop, where

 2   I was based, and I went between Winthrop and

 3   Sinai, but I sat with Jonathan and looked at a

 4   lot of the images with him, but he did all the

 5   interpretations.

 6        Q   Doctor, if you could turn to your

 7   report for Prolift, which is Exhibit 2.  And

 8   turn to page 6.

 9        A   Okay.

10        Q   Doctor, on page 6 under opinion 2A, you

11   opine that Ethicon brought these products to

12   market without FDA 510(k) clearance, correct?

13   Do you state that opinion there?

14        A   I do.

15        Q   And by "these products," I understand

16   that you mean the Prolift kits, the different

17   iterations of the Prolift kit?

18        A   That's correct.

19        Q   Am I correct that you've never worked

20   at the FDA?

21        A   That is correct.

22        Q   Am I correct that while you may have

23   some familiarity with the 510(k) process, you

24   don't hold yourself out as an expert in the
```

Alan Garely, M.D., FACOG, FACS

1      510(k) clearance process, correct?

2          A    Correct.

3          Q    You're not an expert on FDA

4      regulations, correct?

5          A    I'm not a regulatory expert, correct.

6          Q    Have you ever reviewed a company's

7      510(k) submission to the FDA before you became

8      an expert in mesh litigation?

9          A    I have worked as an industry consultant

10     on and off for the last 25 years.  There have

11     been products where things were coming to market

12     and as part of an advisory group, I have looked

13     at the 510(k) applications.  I don't know

14     specifically which products those would have

15     been, but I have seen the applications.

16         Q    Have you ever provided feedback to the

17     company submitting the 510(k) applications on

18     the content of the application and what should

19     or should not be in it?

20         A    Well, I know that when I reviewed some

21     of these before they were submitted -- and I

22     wasn't just by myself, it was usually with a

23     group of people, and we would look at these.

24     There were times when we would make suggestions

Alan Garely, M.D., FACOG, FACS

```
 1    if we thought things needed to be added.  I

 2    don't know that I ever said something should

 3    have ever been omitted.

 4        Q   You made suggestions on additions to

 5    make to the 510(k) application itself?

 6        A   Correct.

 7        Q   And what product or submission was

 8    that?

 9        A   I have been part of these groups on so

10    many products, I don't specifically remember

11    because it wasn't something that I would have

12    ever thought I would have needed to remember.  I

13    just remember looking at the binders.  I'm

14    trying to think.

15        Q   Let me ask you, when was the last time

16    you recall providing such feedback?

17        A   It would have been before 2003.

18        Q   So it would have been at least 13 years

19    ago that you would have provided such feedback,

20    correct?

21        A   Correct.

22        Q   Have you ever reviewed the FDA guidance

23    document on when to submit a 510(k)?

24        A   I don't recall.
```

Alan Garely, M.D., FACOG, FACS

1       Q    Have you ever reviewed Federal statutes

2   or regulations on whether a product is

3   misbranded or adulterated?

4       A    I do not recall.

5       Q    As you sit here today, is it fair to

6   say that you don't have an understanding of what

7   Federal statutes or regulations address

8   misbranding or adulteration of products?

9       A    Not today, no.

10      Q    Am I correct that you will not be

11  offering opinions at trial regarding whether

12  Ethicon complied with FDA requirements or

13  regulations in its sale of Prolift or in its

14  labeling for Prolift?

15      A    Just what I put in my expert report on

16  2A.

17      Q    You indicate here that Ethicon brought

18  Prolift to market without FDA 510(k) clearance,

19  correct?

20      A    That is correct.

21      Q    Am I correct that --

22          MR. MATTHEWS:  I can state in my place

23  that he will not be offering an opinion on that

24  at trial.  You can ask him about it all you

Alan Garely, M.D., FACOG, FACS

1    want.

2              MS. KABBASH:  On 2A?

3              MR. MATTHEWS:  2A.

4              MS. KABBASH:  Okay.  I will rely on

5    that representation.

6    BY MS. KABBASH:

7         Q    Dr. Garely, would you agree with me

8    that there is no transvaginal mesh kit to treat

9    prolapse that has been the subject of more

10   studies than Prolift?  Would you agree with

11   that?

12        A    I have not done an independent research

13   into the other mesh kits for me to be able to

14   say that Prolift has had the most amount of

15   research.  I cannot say that.

16        Q    So as we sit here today, you don't know

17   whether that's true or not?

18        A    Not to my -- not to my memory.

19        Q    Do you know if Prolift has more RCTs in

20   particular studying it than other manufacturers'

21   mesh kits?

22        A    I have not delved into the research of

23   the other mesh kits.  I cannot say.

24        Q    So you have not studied the quality and

Alan Garely, M.D., FACOG, FACS

1    recall that?

2        A    Well, there were so many different

3    iterations of the pore size based on whether it

4    was at rest or whether it was at stretch or

5    tension or whether -- the axis of the stretch

6    occurred.  So know that greater than 1

7    millimeter was good and 2.4, that was better

8    than 1, but there was a distortion of the pores

9    that occurred, once the tissue was implanted --

10   once the material was implanted into the tissue.

11       Q    On what are you basing your opinion

12   that there was a distortion of the pores that

13   occurred?  What body of information is that

14   opinion based on?

15       A    It's in my -- somewhere in my report,

16   but it was based on internal documents from

17   research that I had looked at that was done by

18   Johnson & Johnson.

19       Q    Okay.  Are you pointing to any --

20   besides company documents, which you've just

21   discussed, is there any medical literature that

22   you can specifically point me to that concludes

23   that the pores in Prolift mesh deform or

24   distort?

Alan Garely, M.D., FACOG, FACS

```
1        A    Yes.

2        Q    Which study?

3        A    Well, I cite different papers in my

4   footnotes in different parts of this paper.

5        Q    Where are you?

6        A    I'm on page 12.  And talking about

7   excessive scarification and shrinkage, when

8   there's shrinkage, there's a decrease in the

9   pore size.  That's reference 22.

10       Q    Reference 22 is to Ethicon cadaver

11  labs, correct?

12       A    That reference for that point.

13       Q    But my question is, can you point me to

14  a study piece -- a published -- peer-reviewed

15  published medical literature?

16            Let me ask a more precise question.

17  Can you point me to any peer-reviewed published

18  medical literature that has concluded that the

19  pores in Ethicon's Prolift mesh collapse or

20  deform to be less than 1 millimeter?

21       A    Well, the -- there's the same mesh that

22  was used on abdominal hernia repairs

23  demonstrated shrinkage.  I don't -- I'd have to

24  see the papers right in front of me to recall
```

Alan Garely, M.D., FACOG, FACS

1    whether or not they said that the pore size

2    actually shrunk.  I need a minute to just take a

3    look.

4         Q   Why don't we go off the clock for a

5    second, and you can take a look to find it.

6         A   Okay.

7             (Whereupon, a brief recess is

8    taken.)

9             THE WITNESS:  Okay.

10   BY MS. KABBASH:

11        Q   Okay?

12        A   What I was relying on was the internal

13   documents from Ethicon which are cited as

14   number 6 and number 7.  Those would be --

15        Q   I apologize.  What page are you on?

16        A   It would be page 9.  The top paragraph

17   number 3 with reference number 6 and reference

18   number 7.  Those were internal documents done by

19   Ethicon.

20             So off the top of my head, no, I cannot

21   cite a published paper, but Ethicon knew from

22   their own internal research that the pores did

23   shrink down to less than 1 millimeter.

24        Q   Okay.  So just to make the record

Alan Garely, M.D., FACOG, FACS

1   clear, as we sit here right now, you cannot

2   point me to a piece of published medical

3   literature which concludes that the pore size of

4   Prolift mesh deforms to less than 1 millimeter,

5   correct, as we sit here right now?

6       A   Well, there's -- I mean, I don't have

7   my PubMed in front of me, but if I'm -- and I

8   don't know that I can recall specifically that

9   Klausterhoffen made a note about pore size.  But

10  I think that one of his papers did discuss

11  shrinkage of pore size, but I can't be a hundred

12  percent certain without looking at the paper.

13      Q   And you have not cited that paper in

14  your report, correct?

15      A   I don't think I did.

16      Q   Okay.  You also have -- let's go to

17  page 11 of your report, which I think we're

18  already here.  Opinion number 6, you say, "As

19  the Prolift mesh scars in, the resulting

20  shrinkage or contracture of the tissues

21  surrounding the mesh can entrap nerves, deform

22  the vagina and pelvic anatomy," et cetera.  And

23  then you go on to say below that, you discuss

24  nerve entrapment with chronic pain.  Do you see

Alan Garely, M.D., FACOG, FACS

1     that?

2         A    I do.

3         Q    You say sometimes after one year there

4     are no complaints and then complaints happen --

5     oh, I'm sorry, you're quoting something here, an

6     Ethicon surgeon panel meeting, and it goes on to

7     say, "Often the result of tiny nerves in the

8     granuloma and that's just a matter of" -- strike

9     that.

10             In this opinion, you were making -- you

11    were opining that patients may suffer

12    complications from tiny nerves that get

13    entrapped in the mesh, correct?

14        A    I was opining that I agreed with

15    Ethicon's surgeon panel's assessment.  I was

16    agreeing with them.

17        Q    And that opinion is that tiny nerves

18    can get entrapped in the mesh due to

19    contraction, correct?

20        A    Yes.

21        Q    Okay.  And you also hold this same

22    opinion with respect to Prolift+M, correct?

23        A    I do.

24        Q    Okay.  Would you agree that the

Alan Garely, M.D., FACOG, FACS

1    and the pain got better, you would deduce or

2    make an assumption that there were nerves in the

3    mesh, correct?

4        A    That's fair.

5        Q    To actually investigate the explants

6    and see if there is evidence of nerves in the

7    mesh, you would have to take that mesh, put it

8    on a slide, and put it under a microscope and

9    look at it, correct?

10       A    Well, it's a matter -- it's a point of

11   semantics, but yes, if you wanted to actually

12   prove it, it's not something that's done in

13   common practice.

14       Q    I think plaintiff's expert pathologist

15   might disagree with that, but...

16            Am I correct that you were not trained

17   in interpreting what can be viewed on explant

18   slides under a microscope?  In other words, not

19   only have you not put a mesh slide under a

20   microscope and looked at it, even if you had,

21   you are not trained in how to interpret what

22   you're seeing on that slide; is that correct?

23       A    Just from what I know from basic

24   histology and pathology in medical school.  And

Alan Garely, M.D., FACOG, FACS

```
 1    I did do two months of pathology as a resident
 2    as well.
 3         Q    And that was about 20 years ago?
 4         A    I did that probably -- I did that
 5    rotation in my second year of residency, that
 6    was 1990.
 7         Q    Is it fair to say that if you -- if we
 8    had a mesh that was on a slide and it got put
 9    under the microscope, you would need the
10    assistance of a pathologist to be able to
11    properly and reliably interpret what was on that
12    mesh slide, correct?  Or some other professional
13    with a background other than yours?
14         A    I could probably muddle through it on
15    the bigger structures, but I would have a
16    problem on the smaller things.
17         Q    Tiny nerves in particular, correct?
18         A    I'm not really good at looking at tiny
19    nerves under the microscope.
20         Q    You don't typically use a microscope to
21    make treatment recommendations and decisions for
22    your patients, correct?
23         A    I do not.
24         Q    And you don't use a microscope in order
```

Alan Garely, M.D., FACOG, FACS

```
 1    to assess how to treat complications if you have

 2    patients with complications, correct?

 3         A    I do not.

 4         Q    Do you know which stains need to be

 5    used so that nerves can be seen on a mesh slide

 6    under a microscope?

 7         A    I know for a fact that I used to know

 8    the answer to this, but as I sit here today, I

 9    do not recall.

10         Q    Okay.  Do you know what level of

11    magnification needs to be used so that nerves

12    can be viewed in a mesh explant?

13         A    Now I feel bad that I didn't pay more

14    attention in pathology.  I do not recall.

15         Q    Okay.  If we move to page 12 -- I'm

16    coming to a good stopping point soon, I'm just

17    trying to get there.  I'm not trying to starve

18    you or anything, believe me.

19              As we come to page 12 of your report,

20    you have opinion number 7, and in the second

21    paragraph of opinion 7 or paragraph 7, you say,

22    "As the parts of the mesh arms of Prolift kits

23    incorporate into tissue via a scarring process,

24    they pull asymmetrically on the center mesh
```

Alan Garely, M.D., FACOG, FACS

1       Q   Am I correct, Doctor, that in this

2   opinion, regarding the asymmetrical pulling on

3   the arms and the roping and curling opinion,

4   that in your report as you articulate these

5   opinions, you have not relied on peer-reviewed

6   medical literature to support these opinions?

7           We've just discussed the cadaver lab

8   that you just mentioned.  We've discussed your

9   experience with the 10 to 20 explants.  Am I

10  correct that in support of your roping and

11  curling opinion and your asymmetrical pulling

12  opinion, you are not relying in this report on

13  peer-reviewed medical literature, correct?

14      A   I don't -- I don't know what else to

15  call it when the -- when the arms rope and curl,

16  other than roping and curling.

17          MS. KABBASH:  Move to strike.

18  BY MS. KABBASH:

19      Q   You have not cited in your report on

20  these two points any peer-reviewed medical

21  literature that supports your opinions on

22  roping, curling and asymmetrical pulling,

23  correct?

24      A   I don't know that it's not included in

Alan Garely, M.D., FACOG, FACS

1    any of the references that I've put forth into

2    my expert report, but off the top of my head, I

3    can't recall a specific paper where they noted

4    roping and curling.

5        Q    Okay.  Why don't we break for lunch.

6             (Whereupon, a luncheon recess is

7    taken.)

8             MR. MATTHEWS:  He'll read and sign.

9    BY MS. KABBASH:

10       Q    Dr. Garely, we took a break for lunch.

11   Are you ready to proceed?

12       A    Yes, ma'am.

13       Q    Dr. Garely, will you be offering an

14   opinion at trial to a reasonable degree of

15   medical certainty that polypropylene mesh

16   degrades after implantation in the body?

17       A    Only what I've referenced in my expert

18   report.

19       Q    You've referenced in your expert report

20   -- you have a paragraph on page 23 that there's

21   a statement in the IFU, "The material in

22   Gynemesh is not absorbed nor is it subject to

23   degradation or weakening by the action of tissue

24   enzymes is contradicted by Ethicon internal

Alan Garely, M.D., FACOG, FACS

1    documents and reports which clearly show that

2    the material was subject to degradation inside

3    the body."

4            That's what your statement in your

5    report is, correct?

6        A    Correct.

7        Q    So is your opinion that the line in the

8    IFU is contradicted by Ethicon's internal

9    documents?

10       A    I'm not saying that it's contradicted.

11   I'm just saying that it's not substantiated by

12   the documents that I reviewed based on the

13   internal -- the internal documents from the

14   company.

15       Q    And what documents are those that you

16   reviewed?

17       A    It's reference 39.

18       Q    And in reference 39, you reference a

19   series of internal Ethicon minutes and

20   PowerPoint documents and internal memos,

21   correct?

22       A    Correct.

23       Q    And that is the basis for your opinion

24   that you -- we just discussed about the line in

Alan Garely, M.D., FACOG, FACS

1   the IFU about degradation, correct?

2       A    That's my basis of opinion.

3       Q    Okay.   There -- you have not cited in

4   footnote 39 any medical literature,

5   peer-reviewed medical literature to support your

6   opinion, correct?

7       A    Correct.

8       Q    I have to ask the question again, sir.

9   Am I correct that at trial you will not be

10  opining to a reasonable degree of medical

11  certainty that polypropylene mesh degrades

12  within the body?   Let me strike that.

13          Is it your opinion to a reasonable

14  degree of medical certainty that polypropylene

15  mesh degrades within the body?   Do you believe

16  that?

17      A    I believe it has possibly -- I don't

18  think the degradation related to the mesh is the

19  major part of why this mesh is problematic.

20      Q    Okay.   I appreciate that, but that

21  wasn't my question.   My question is, do you have

22  an opinion to a reasonable degree of medical

23  certainty that polypropylene mesh degrades

24  within the body?   That is not one of your

Alan Garely, M.D., FACOG, FACS

```
 1    opinions, is it, Doctor?

 2         A    No, it's not.

 3         Q    Certainly if you believe that, you

 4    wouldn't have implanted thousands of retropubic

 5    slings into women, correct?

 6         A    Correct.

 7         Q    Okay.  So your sole opinion with

 8    respect to degradation is that the statement in

 9    the IFU that we just discussed is not supported

10    by the internal company documents that you cite

11    in footnote 39, correct?

12         A    I'm sorry, repeat that question.

13              MS. KABBASH:  Sure.  Can I ask you,

14    Dana, to repeat it?

15              (Whereupon, the question is read back

16    by the reporter.)

17         A    Correct.

18         Q    Doctor, on page 29 of your report, and

19    you're welcome to refer to it, you opine that

20    Ethicon had at its disposal a number of safer

21    feasible alternative designs that could have

22    been utilized instead of the Prolift kits,

23    correct?

24         A    That's correct.
```

Alan Garely, M.D., FACOG, FACS

```
 1   not have mesh arms and does not involve the use

 2   of trocars?

 3       A   Yes.

 4       Q   But you did not ever try Prosima,

 5   correct?

 6       A   I did not.

 7       Q   And you have not reviewed in

 8   preparation -- strike that.

 9           You have not reviewed the medical

10   literature addressing Prosima in preparing your

11   opinions in your report, correct?

12       A   That's correct.

13       Q   You also mention polyvinylidene

14   fluoride, and then you have in parentheses,

15   PVDF/PRONOVA.  What is PVDF and what is PRONOVA,

16   are they the same thing or different things?

17       A   PVDF is the basis of the PRONOVA mesh.

18       Q   Is PRONOVA a mesh?

19       A   It's a mesh.

20       Q   Where is PRONOVA -- is PRONOVA

21   available --

22       A   I don't believe it is available.  It's

23   available to -- internally to the company that

24   makes it, which is Johnson & Johnson, but I
```

Alan Garely, M.D., FACOG, FACS

1    don't believe at this time that it's

2    commercially available.

3        Q    Am I correct that you are not aware --

4    strike that.

5            Am I correct that FDA has never cleared

6    or approved PRONOVA for use in the United States

7    to treat pelvic organ prolapse; is that correct?

8        A    I don't know for a fact, but I believe

9    it is correct.

10       Q    Am I correct that FDA has never cleared

11   PVDF mesh for use in the United States to treat

12   prolapse?

13       A    I don't believe so.

14       Q    Have you ever used PVDF or PRONOVA

15   mesh?

16       A    I have not.

17       Q    Have you ever -- to your knowledge, are

18   there any studies published in the medical

19   literature about the use of PVDF or PRONOVA for

20   pelvic organ prolapse repair?

21       A    I think the only literature I reviewed

22   regarding PVDF was based on internal

23   documentation from Johnson & Johnson.

24       Q    Am I correct, Dr. Garely, that your

Alan Garely, M.D., FACOG, FACS

 1    opinion proposing PVDF/PRONOVA as a proposed

 2    alternative design is based solely on company

 3    documents that you have reviewed in your role as

 4    an expert?

 5        A   Yes.

 6        Q   So if there is -- so fair to say you

 7    have not reviewed any medical literature on the

 8    application of PVDF in a hernia application,

 9    correct?

10        A   That was not something that I was

11    looking at, no.

12        Q   And am I correct that you have not

13    reviewed any medical literature assessing PVDF

14    or PRONOVA in an indication -- or let me start

15    that over again.

16            You have not reviewed any medical

17    literature assessing PVDF or PRONOVA to treat

18    pelvic organ prolapse, correc_?

19        A   I only mentioned it because the

20    internal documentation showed that -- that

21    Ethicon's own people were considering this as an

22    alternative because they thought it was a better

23    material.  That's the only reason that I

24    included it in here, was I followed the guide

Alan Garely, M.D., FACOG, FACS

1    from Ethicon.

2         Q    But you are not aware of any clinical

3    studies that actually assess whether PVDF or

4    PRONOVA would be safe and effective when used to

5    treat prolapse, correct?

6         A    Correct.

7         Q    You're not aware of any such data,

8    right?

9         A    Correct.

10        Q    And am I correct that your opinion on

11   PVDF or PRONOVA as an alternative design is

12   based on your inferences of what Ethicon knew

13   about PVDF?

14        A    It wasn't so much of an inference as it

15   was just restating what was stated in the

16   internal documentation, which was they, the

17   people in the documents that were provided to

18   me, had opined that they thought PVDF would be a

19   better alternative than polypropylene.

20        Q    Isn't it correct that the people at

21   Ethicon who were discussing that were

22   considering PVDF as an alternative as they

23   consider lots of materials as alternatives --

24   well, strike that.                    Am I correct

Alan Garely, M.D., FACOG, FACS

1    honor code, your own belief system.

2        Q    The J&J credo is not a regulatory

3    standard, correct?

4        A    They -- it's their credo.  If they

5    state it, then they should live to the -- to

6    their credo, then why state it?

7        Q    I appreciate that.  But my question is,

8    can you point to any Federal regulation,

9    guidance or other type of objective standard

10   that requires Ethicon's IFU to include

11   frequency, severity, duration and permanence

12   information?  Can you point to such a standard?

13       A    As I sit here right now, I cannot point

14   to it.

15       Q    Would you agree with me that the 2009

16   version of the Prolift IFU did include frequency

17   information because it reported the results of

18   the -- one-year results of the French and U.S.

19   TVM studies?

20       A    I would have to see the IFU because I

21   don't recall the different iterations of it, but

22   if you're telling me that's what it said, I will

23   believe you and I would have no reason to doubt

24   that to be true.

Alan Garely, M.D., FACOG, FACS

```
 1    every sentence in the entire thing.  But I chose

 2    to sort of not clog up the entire paper, my

 3    expert report, with a thousand references.  I

 4    tried to use references that I thought were more

 5    applicable to the thought process of each

 6    section in general.              So I don't

 7    know that there was anything specific in this

 8    report that would have helped me support my

 9    position.

10        Q    Am I correct that you didn't have --

11    play any role in the generation of this

12    document, correct?

13        A    No.

14        Q    Okay.  You were not one of the surgeons

15    that was consulted or attended the user forums

16    from which this information came about, right?

17        A    If I was, I have no memory of it.

18        Q    Okay.  If you look to your report --

19    Doctor, would you implant PVDF transvaginally in

20    one of your patients?

21        A    I would not.

22        Q    You would not?

23        A    Not based on not knowing clinical data

24    on the product, I would not, or unless I
```

Alan Garely, M.D., FACOG, FACS

```
 1    participated in a study for the product.

 2         Q    That would be -- clinical data on that

 3    product would be the prerequisite for you to

 4    consider implanting PVDF in one of your

 5    patients, correct?

 6         A    Clinical data in the vagina, correct.

 7         Q    Doctor, have you ever seen an IFU for a

 8    transvaginal mesh implant to treat POP that you

 9    concluded was adequate?

10         A    I don't know.  I never looked at an IFU

11    with that eye.  I would have to have all the

12    IFUs in front of me, read through them and make

13    that assessment.  I can't do that right now.

14         Q    You've reviewed Bard IFUs?

15         A    I have.

16         Q    Have you reviewed IFUs of any other

17    manufacturers?

18         A    I reviewed -- for pelvic organ

19    prolapse?

20         Q    Yes.

21         A    Or for incontinence?

22         Q    For pelvic organ prolapse.

23         A    For pelvic organ prolapse, I've looked

24    at the Apogee and the Perigee IFUs.  I have not
```

Alan Garely, M.D., FACOG, FACS

```
 1        A   Well, it's always -- it's always a
 2   tough question to ask a physician, is this going
 3   to be a permanent condition?  Well, it's only
 4   permanent until you cure it.  It's not permanent
 5   if you cure it.  As long as it's ongoing, it's
 6   permanent unless -- as long -- if the patient
 7   died today and the patient had the problem, that
 8   was considered permanent.
 9            So if you're asking me on a followup
10   study of a year or two years, can they make an
11   assessment about permanency, it can be implied
12   if patients don't get better that are in the
13   study.           I can speak for myself as a
14   doctor who takes care of many of these patients
15   that despite multiple removals of the mesh,
16   these patients have chronic and ongoing
17   dyspareunia and chronic pelvic pain that, in my
18   opinion, barring some miracle, they're going to
19   have permanency of their complaints.
20        Q   Am I correct that your opinion that
21   patients' injuries, including dyspareunia and
22   pelvic pain, is permanent, because that's one of
23   your opinions, that that is based on what you've
24   seen in your practice and not based on any
```

Alan Garely, M.D., FACOG, FACS

1    particular piece of medical literature that

2    you've relied upon?

3        A    Well, every paper that I've cited in my

4    expert report that has followed patients out, I

5    don't know that any of those patients that

6    have -- any of those papers that have followed

7    patients for more than two years have ever said,

8    and by the way, we had all the patients in this

9    study that had pelvic pain and dyspareunia, 100

10   percent of them have had resolution of their

11   symptoms, given if the paper were powered

12   appropriately.                      Obviously if

13   the paper had a small number of patients,

14   there's a statistical chance that some of them

15   in that paper may experience resolution.  But

16   I'm saying that among -- the discussions that I

17   have among my peers at professional society

18   meetings and among patients that I see in my

19   practice and patients that are seen in other

20   practices that specialize in the repair of

21   transvaginal mesh complications, I can say with

22   a hundred percent certainty that there are some

23   patients in this -- in my practice that will go

24   on to have lifelong dyspareunia and pelvic pain

Alan Garely, M.D., FACOG, FACS

1    because they've already seen four or five other

2    doctors and have had four or five operations to

3    try to relieve the pain and nothing seems to

4    work.

5            I'm not saying I would give up on them

6    and say, okay, you now have permanent pelvic

7    pain, you have to live with it for the rest of

8    your life and we're just going to accept that.

9    I refuse to do that.

10           I am always looking for something to

11   help and alleviate the chronicity of pain that

12   my patients experience.  I -- I -- that's one of

13   my things that is sort of a hallmark of our

14   practice, that we try not to give up on anybody.

15       Q   You are not relying on any

16   peer-reviewed medical literature or any medical

17   literature to support your conclusion that

18   pelvic pain and dyspareunia following Prolift is

19   permanent and not treatable, correct?

20       A   Anything that's published in the

21   literature regarding patients is just someone

22   else's experience with their patients.  That's

23   all they're reporting.  They're reporting in

24   their experience, this is how our patients did.

Alan Garely, M.D., FACOG, FACS

1          I can tell you that without publishing

2     my experience on these patients, that I have

3     patients who have permanent disability up until

4     this point that I don't know if it will get

5     better.  So if you're asking me is there a

6     publication that says that these patients are

7     going to get better?

8          No, there's no paper that's going to

9     say that these patients are going to get better,

10    just like there's no paper that has said we can

11    predict with 100 percent certainty that every

12    one of these patients is going to have lifelong

13    pain.  I don't really -- I'm telling you that

14    there are patients that are going to be plagued

15    with pain for the rest of their lives, barring a

16    miracle.  That's the best I can do.

17       Q    And your opinion about that is based on

18    what you've seen in your patients, correct?

19       A    In a very large -- one of the largest

20    pelvic surgery practices in the country.

21       Q    Your practice, correct?

22       A    My practice.

23       Q    I just realized, I never marked your

24    reliance lists.  Let's do that.

Alan Garely, M.D., FACOG, FACS

```
 1                    CERTIFICATION

 2

 3

 4          I, DANA N. SREBRENICK, a Notary Public for

 5     and within the State of New York, do hereby

 6     certify:

 7          That the witness, ALAN GARELY, M.D., FACOG,

 8     FACS, whose testimony as herein set forth, was

 9     duly sworn by me; and that the within transcript

10     is a true record of the testimony given by said

11     witness.

12          I further certify that I am not related to

13     any of the parties to this action by blood or

14     marriage, and that I am in no way interested in

15     the outcome of this matter.

16          IN WITNESS WHEREOF, I have hereunto set my

17     hand this 18th day of April 2016.

18

19          _____

20          DANA N. SREBRENICK, CLR, CRR

21

22               *       *       *

23

24
```