# EXHIBIT L

In The Matter Of:

## *Sandra Schumacher vs. C.R. Bard (200)*

___

## *Brian Flynn, M.D.*

October 30, 2014

___

**Tiffany Alley Global Reporting & Video**

730 Peachtree Street NE

Suite 470

Atlanta, GA 30308

770.343.9696

www.tiffanyalley.com



```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                 CHARLESTON DIVISION
```

IN RE:  C.R. BARD, INC.,         MDL NO. 2187
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

DEPOSITION OF:  BRIAN J. FLYNN, M.D. - October 30, 2014

SANDRA SUE SCHUMACHER,           Case No. 2:13-cv-27023

Plaintiff,

v.

C.R. BARD, INC.,

Defendant.

       PURSUANT TO NOTICE, the deposition of BRIAN J. FLYNN, M.D., was taken on behalf of the Defendant at 12631 East 17th Avenue, Room L15-5500, Aurora, Colorado 80045, on October 30, 2014, at 7:16 a.m., before Kirsten M. Thorngate, Registered Professional Reporter and Notary Public within Colorado.

Case 2:12-md-02327   Document 2130-12   Filed 05/05/16   Page 4 of 5 PageID #: 52920

Sandra Schumacher vs. C.R. Bard (200)   Brian Flynn, M.D.   10/30/2014

Page 2

      A P P E A R A N C E S

For the Plaintiff:

         MARY LIU, ESQ.
         Aylstock, Witkin, Kreis & Overholtz, PLLC
         248 3rd Street
         Suite 715
         Oakland, California 94607

For the Defendant:
         ERIC BUHR, ESQ.
         Reed Smith LLP
         355 South Grand Avenue
         Suite 2900
         Los Angeles, California 90071-1514

Page 3

                I N D E X
EXAMINATION OF BRIAN J. FLYNN, M.D.:          PAGE
October 30, 2014

By Mr. Buhr                                   4, 138

By Ms. Liu                                    81, 143

                                              INITIAL
DEPOSITION EXHIBITS:                          REFERENCE

Exhibit #1   Testimonial history              8

Exhibit #2   Curriculum vitae of Flynn        8

Exhibit #3   Deposition notice                15

Exhibit #4   Copy of Flynn's file records     17

Exhibit #5   Flynn chart notes                17

Exhibit #6   Article, "Surgical management of lower    82
             urinary mesh perforation after
             mid-urethral polypropylene mesh sling:
             mesh excision, urinary tract
             reconstruction and concomitant
             pubovaginal sling with autologous
             rectus fascia"

Exhibit #7   Pathology report, 8/13/14        105

Exhibit #8   Telephone and Correspondence     109
             Encounter, 9/10/14

Exhibit #9   Office visit, 5/22/08            130

Page 4

 2    WHEREUPON, the following proceedings were
 3  taken pursuant to the Federal Rules of Civil
 4  Procedure.
 5        *    *    *    *    *
 6    BRIAN J. FLYNN, M.D.,
 7  having been first duly sworn to state the whole truth,
 8  testified as follows:
 9              EXAMINATION
10  BY MR. BUHR:
11    Q.  Good morning, Doctor.  We met briefly
12  before the deposition, but for the record, my name is
13  Eric Buhr.  I represent C.R. Bard in this case.  We've
14  never met before today, correct?
15    A.  We have not.
16    Q.  Have you met with attorneys for
17  plaintiffs prior to this deposition?
18    A.  No.
19    Q.  And do you understand that your
20  deposition is being taken today in your capacity as a
21  treating physician of Ms. Schumacher?
22    A.  I do.
23    Q.  And have you had your deposition taken
24  before?
25    A.  Many times.

Page 5

 1    Q.  Do you have any estimate as to how many
 2  times?
 3    A.  Since 2009, let's see.  12 times since
 4  2009.
 5    Q.  And do you recall if that was in the
 6  capacity as a treating physician or as an expert
 7  witness?
 8    A.  It looks like about 70 percent as a
 9  treating physician.  Five times as an expert.
10    Q.  Have you ever testified at trial?
11    A.  Yes.
12    Q.  About how many times?
13    A.  Twice.
14    Q.  What types of cases were those?
15    A.  One was a case involving a plaintiff
16  against a gynecologist for a ureteral injury during
17  hysterectomy.  That was in August of 2013.  And then
18  there was a case in October of 2012 against a
19  gynecologist for a similar matter, for a ureteral
20  injury during hysterectomy.
21    Q.  And those two cases where you testified
22  at trial, were you testifying as an expert or as a
23  treating physician?
24    A.  Both times as a treating physician.  I
25  had managed the ureteral injury from the plaintiff who

Case 2:12-md-02327   Document 2130-12   Filed 05/05/16   Page 5 of 5 PageID #: 52921

Sandra Schumacher vs. C.R. Bard (200)        Brian Flynn, M.D.        10/30/2014

Page 138

1  asked him to call me if that happened. But I never
2  heard anything, so I would assume that nothing
3  happened.
4         MS. LIU: Okay. I believe that's all I
5  have right now.
6         MR. BUHR: I just have a few very quick
7  follow-ups, and then I think we can be done.
8              EXAMINATION
9  BY MR. BUHR:
10    Q. You mentioned before type I mesh. I know
11  you're not intimately familiar with the Avaulta or the
12  Align products, but do you know whether they are
13  considered type I mesh?
14        MS. LIU: Objection.
15    A. My understanding is that all of the
16  products that are available on the market since, say,
17  2004 with respect to polypropylene or type I products,
18  whether they're slings or prolapse kits or abdominal
19  sacrocolpopexy meshes.
20    Q. (BY MR. BUHR) You mentioned during
21  counsel's questioning that the -- you felt the
22  anterior Avaulta mesh was a little bit more
23  superficial than you would expect?
24    A. That's correct.
25    Q. But you can't tell whether it was placed

Page 139

1  there initially or whether it migrated there; is that
2  right?
3     A. That's right.
4         MS. LIU: Objection.
5     Q. (BY MR. BUHR) And you answered a number
6  of questions about the pathology report. Just for the
7  record, you're not a pathologist or an expert in
8  pathology, correct?
9         MS. LIU: Objection.
10    A. Correct.
11    Q. (BY MR. BUHR) In terms of some of the
12  admonitions that we went through that were listed on
13  the pathology report, that doesn't necessarily reflect
14  the admonitions while the product was implanted; is
15  that right?
16        MS. LIU: Objection.
17    A. It doesn't reflect the entire time, but I
18  think it does reflect what it looked like when it was
19  removed.
20       So there's an encapsulated product
21  essentially, and we open up the capsule and take the
22  product out. So that thickness was what was inside
23  her body the day she had surgery.
24    Q. (BY MR. BUHR) So even though while the
25  product is implanted it's connected to other parts of

Page 140

1  the mesh -- it's connected to tissue that's in the
2  body when you remove it -- isn't there going to be
3  somewhat of a change in dimensions when you remove it
4  from those other forces in the body?
5         MS. LIU: Objection.
6     A. There might be some small changes, but
7  for the most part, it looks very similar to what it
8  looked like when it was inside the body.
9     Q. (BY MR. BUHR) Have you ever read any
10  studies suggesting that to get an accurate view of any
11  type of contracture of the mesh, there needs to be
12  some type of CT scan or other scan while it's
13  implanted in the body to get a true measurement?
14        MS. LIU: Objection.
15    A. I don't think CT is helpful. Vaginal
16  ultrasound has been shown to be promising for mesh,
17  but CT scan, MRI, plain X-ray generally does not image
18  mesh.
19    Q. (BY MR. BUHR) Would you agree that some
20  type of imaging while it's in the body would lead to a
21  more accurate view of the mesh rather than a pathology
22  report after it's explanted?
23        MS. LIU: Objection.
24    A. No. I wouldn't agree with that.
25    Q. (BY MR. BUHR) We talked a little bit

Page 141

1  about the pain that Ms. Schumacher was experiencing,
2  both the dyspareunia and, again, pelvic pain. Did you
3  consider any other potential causes of that pain?
4         MS. LIU: Objection.
5     A. Yes. I consider all possible causes.
6     Q. (BY MR. BUHR) What other potential
7  causes were there for her pelvic pain?
8         MS. LIU: Objection.
9     A. Were there or could there be?
10    Q. (BY MR. BUHR) Well, let's start with
11  could there be.
12    A. Could there be. Could be vaginal
13  infection, vaginal atrophy. There are patients with
14  pelvic pain that's idiopathic, you know, that's
15  unrelated to any specific etiology. Pelvic floor
16  muscle spasm.
17       But ordinarily when I see someone that
18  has a foreign body and it's painful over the foreign
19  body, then that's usually the cause.
20       Most of the patients when they are
21  referred to me have been worked up pretty extensively
22  and managed locally and have exhausted simpler
23  measures before they would end up seeing me.
24    Q. Can, I guess, hysterectomy cause pelvic
25  pain?