# EXHIBIT N

```
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF KERN
CASE NO. 1500-cv-279123 LHB
Assigned to the Honorable Lorna H. Brumfield
Reservation No.: 4676
```
_____
DEPOSITION OF BRIAN FLYNN, M.D.        January 7, 2015
_____

COLEEN M. PERRY,

Plaintiff,

vs.

HUNG T. LUU, M.D.; JOHNSON & JOHNSON, a New Jersey corporation; ETHICON, INC., a New Jersey corporation; and DOES 1-60,

Defendants.

_____

APPEARANCES:

    WAGSTAFF & CARTMELL, LLP
        By Jeffrey M. Kuntz, Esq.
        4740 Grand Avenue
        Suite 300
        Kansas City, Missouri  64112
          Appearing telephonically on behalf of
          Plaintiff.

    BUTLER SNOW, LLP
        By Nils B. (Burt) Snell, Esq.
        500 Office Center Drive
        Suite 400
        Fort Washington, Pennsylvania  19034
    and

    BOWMAN AND BROOKE, LLP
        By Barry J. Koopmann, Esq.
        150 South Fifth Street
        Suite 3000
        Minneapolis, Minnesota  55402
          Appearing on behalf of Defendants.

    Also present:  Sean Keith, Esq.

Page 2

```
 1      Pursuant to Notice and the California Rules
 2  of Civil Procedure, the deposition of BRIAN FLYNN, M.D.,
 3  called by Plaintiff, was taken on Wednesday, January
 4  7, 2015, commencing at 1:37 p.m., at 1801 California
 5  Street, Suite 5100, Denver, Colorado, before Dianna
 6  L. Buckstein, Professional Shorthand Reporter and
 7  Notary Public within and for the State of Colorado.
 8
 9
10              I N D E X
11
12  DEPOSITION OF BRIAN FLYNN
13  EXAMINATION BY:                    PAGE
14    Mr. Kuntz              5, 266, 269
15    Mr. Snell              235, 268, 271
16    Mr. Koopmann              --
17
18  EXHIBITS                   INITIAL REFERENCE
19  Exhibit 1  Rule 26 Expert Report     20
              of Brian J. Flynn
20
    Exhibit 2  Plaintiff's Second        42
21             Amended Notice of Oral
               and Videotaped Deposition
22             of Defendant Johnson &
               Johnson and Ethicon, Inc.'s
23             Expert Brian J. Flynn, M.D.
24  Exhibit 3  Chart of billing that     44
               totals $10,200.00
25
```

Page 4

```
 1  EXHIBITS                   INITIAL REFERENCE
 2  Exhibit 18  Black binder labeled       96
                TVT-O RCTs
 3
    Exhibit 19  Deposition of Anju         96
 4              Mathur, M.D.
 5  Exhibit 20  Deposition of Eric         96
                Rovner, M.D.
 6
    Exhibit 21  CD labeled Ethicon         96
 7              Pelvic Mesh Litigation
 8  Exhibit 22  CD labeled Gyne-mesh:      96
                Medical Literature;
 9              SUI
10  Exhibit 23  CD labeled Mesh Materials  96
11  Exhibit 24  CD labeled Ethicon         96
                Gynecare Pelvic Mesh
12              Litigation
13  Exhibit 25  Silver thumb drive         96
14  Exhibit 26  Handwritten notes          96
15  Exhibit 27  Document entitled          96
                Flynn, Brian - Materials
16              List.XLSX, Medical
                Literature
17
    Exhibit 28  Black thumb drive          96
18
    Exhibit 29  Document entitled         192
19              Anatomy
20  Exhibit D1  Brian J. Flynn, MD,       236
                Summary of Opinions
21
    Exhibit D2  IME report by             237
22              Brian J. Flynn, M.D.
23
24
25
```

Page 3

```
 1  EXHIBITS                   INITIAL REFERENCE
 2  Exhibit 4  Article entitled Surgical   52
               management of lower
 3             urinary mesh perforation
               after mid-urethral
 4             polypropylene mesh sling:
               mesh excision, urinary tract
 5             reconstruction and concomitant
               pubovaginal sling with
 6             autologous rectus fascia
 7  Exhibit 5  Master Consulting           96
               Agreement
 8
    Exhibit 6  Black binder                96
 9
    Exhibit 7  Black binder labeled        96
10             Records: Dr. Luu and
               Dr. Allen
11
    Exhibit 8  Orange folder of            96
12             documents
13  Exhibit 9  Black binder labeled        96
               Dr. Allen Deposition
14
    Exhibit 10 Black binder labeled        96
15             TVT-O Company Docs
16  Exhibit 11 Black binder labeled        96
               TVT-R RCTs
17
    Exhibit 12 Black binder labeled        96
18             TVT-R Materials
19  Exhibit 13 Black binder labeled        96
               Ethicon Pelvic Mesh
20             Litigation
21  Exhibit 14 Black binder                96
22  Exhibit 15 Black binder                96
23  Exhibit 16 Black binder labeled        96
               SUI Medical Literature
24
    Exhibit 17 Black binder labeled        96
25             TVT Company Docs
```

Page 5

```
 1           P R O C E E D I N G S
 2              BRIAN FLYNN, M.D.,
 3  being first duly sworn in the above cause, was
 4  examined and testified as follows:
 5              EXAMINATION
 6  BY MR. KUNTZ:
 7     Q   Doctor, state your full name for the
 8  record, please.
 9     A   I'm Dr. Brian Joseph Flynn, M.D.
10     Q   And where do you currently work?
11     A   I work for the University of Colorado at
12  Denver.
13     Q   And you understand we're here to talk today
14  about the TVT Abbrevo as it related to Coleen Perry,
15  correct?
16     A   Correct.
17     Q   And you currently don't use the TVT
18  Abbrevo, right?
19     A   Incorrect.
20     Q   Okay.  When did you start using the TVT
21  Abbrevo after you stopped for a brief period of time?
22         MR. SNELL:  Objection to form.
23     A   I don't remember ever stopping.  I've used
24  the TVT Abbrevo starting in 2011.
25     Q   (By Mr. Kuntz) And you use it currently?
```

Brian Flynn, M.D.

Page 62

1  A  Yes.
2  Q  And what do you recall about those
3  documents, or what documents did you review?
4  A  I can't remember the specific documents
5  without having them in front of me, but just in
6  general, that people were at least opening up the
7  discussion on what key opinion leaders and others
8  thought about how to tension it. Should it be
9  tensioned the same or differently.
10  Q  Do you recall reviewing any documents that
11  physicians -- or strike that.
12      Do you recall reviewing any documents in
13  forming your opinion in this case about Ethicon
14  employees having concerns about tensioning with
15  laser-cut mesh?
16  A  I think that there was some awareness. I
17  guess you could use the word "concern." There was
18  discussion, like I mentioned, that it's something
19  that people who instruct on the procedure were
20  wondering what they should be telling their students.
21  Q  Is there any -- you had talked about easier
22  to deploy and tensioning -- I think you said looser
23  with the laser-cut mesh are things you taught at
24  cadaver labs, correct?
25  A  Those were comments that I would make to

Page 63

1  people who would ask me advice about it. I can't say
2  for sure it occurred at a cadaver lab. It could have
3  occurred at other Ethicon events or at scientific
4  meetings or just, you know, amongst -- conversation
5  with colleagues in other specialties at the hospitals
6  that I work at.
7  Q  What do you tell your students at
8  University of Colorado about laser-cut mesh versus
9  mechanical-cut mesh?
10  A  Well, at this point, it's not a
11  conversation we really have because all we've been
12  using is laser-cut mesh really since it became
13  available.
14      So it's more of a historic conversation.
15  That probably would be beyond what a student would be
16  interested in, but it was conversations that I had,
17  you know, when there was a transition period.
18      So during those years, say, from '7 to like
19  '10 or '11, it would be a conversation, but once we
20  had a group of residents who only had experience with
21  the laser-cut, that's all they knew. They really
22  didn't need to understand tensioning mechanically-cut
23  because it was something that I wasn't using in my
24  practice; hence, they wouldn't be using.
25  Q  Is the TVT Exact laser-cut mesh?

Page 64

1  A  It is, yes.
2  Q  Is -- do you believe laser-cut mesh is
3  better than mechanical-cut mesh?
4  A  I would say it's different. I prefer it,
5  but I don't think there's any scientific studies to
6  say it's superior.
7  Q  Do you -- have you read any deposition of
8  Ethicon employees that believe that the laser-cut
9  mesh is superior to the mechanical-cut mesh?
10      MR. SNELL: Foundation objection. Go
11  ahead.
12  Q  (By Mr. Kuntz) I guess you haven't read
13  any internal depositions from any Ethicon employees?
14  A  No. I've just seen bits and pieces from
15  depositions. Some of them in the form of exhibits
16  that were put in front of me in other depositions
17  that I've given, and then some of the in-house
18  documents that I have in front of me, they -- but no,
19  I don't have a lot of that information. I wasn't
20  privy of a lot of that information.
21  Q  Did you ever, in forming your opinions,
22  think, "Hey, maybe I want to read what the internal
23  Ethicon employees, scientists, and medical directors
24  were saying about the issues in this case"?
25      MR. SNELL: Objection, form, compound.

Page 65

1  A  No. I don't think that's really my role in
2  this case. I'm not a materials science expert, and I
3  think there's other people that are experts for
4  Ethicon that can probably speak to it better than me.
5  Q  (By Mr. Kuntz) Speak to what better than
6  you?
7  A  Speak to the biomechanical data, if there's
8  any differences. I'm aware of differences that I see
9  grossly with my naked eye when I have the material in
10  front of me, you know, how the edges are smoother on
11  the mechanically-cut, how the mesh is -- appears to
12  be brighter or bluer.
13      You know, those are things that I see, you
14  know, in my practice and when I'm implanting a mesh.
15  Q  So you believe other people are suited to
16  talk about the scientific or differences between
17  laser-cut mesh and mechanical-cut mesh as opposed to
18  you?
19      MR. SNELL: Objection. It misstates.
20  A  I'm stating I'm prepared to answer
21  questions as a physician and a clinician with respect
22  to laser-cut and mechanically-cut, but I'm not an
23  employee of Ethicon. I didn't develop the mesh.
24      I feel there's people better in the company
25  to explain those differences than I am, yes. I'm not

17 (Pages 62 to 65)