# EXHIBIT A

Kimberly Kenton, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., ) | |
| PELVIC REPAIR SYSTEM ) | |
| PRODUCTS LIABILITY ) | Master File No. |
| LITIGATION ) | 2:12-MD-02327 |
| ) | MDL 2327 |
| ) | |
| ) | JOSEPH R. GOODWIN |
| ) | U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO: ) | |
| THE CASES LISTED BELOW ) | |
| ) | |
| Mullins, et al. V. ) | 2:12-cv-02952 |
| Ethicon, Inc., et al. ) | |
| Sprout, et al. V. ) | 2:12-cv-07924 |
| Ethicon, Inc., et al. ) | |
| Iquinto v. Ethicon, Inc., ) | 2:12-cv-09765 |
| et al. ) | |
| Daniel, et al. V. ) | 2:13-cv-02565 |
| Ethicon, Inc., et al. ) | |
| Dillon, et al. V. ) | 2:13-cv-02919 |
| Ethicon, Inc., et al. ) | |
| Webb, et al. V. Ethicon, ) | 2:13-cv-04517 |
| Inc., et al. ) | |
| Martinez v. Ethicon, ) | 2:13-cv-04730 |
| Inc., et al. ) | |
| McIntyre, et al. V. ) | 2:13-cv-07283 |
| Ethicon, Inc., et al. ) | |

VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D.
Thursday, February 18, 2016, 5:48 p.m.

Golkow Technologies, Inc. - 1.877.370.DEPS

Kimberly Kenton, M.D.

## Page 2

| | |
|---|---|
| 1 | Oxley v. Ethicon, Inc., ) 2:13-cv-10150 |
| | et al. ) |
| 2 | ) |
| | Atkins, et al. V. ) 2:13-cv-11022 |
| 3 | Ethicon, Inc., et al. ) |
| | ) |
| 4 | Garcia v. Ethicon, Inc., ) 2:13-cv-14355 |
| | et al. ) |
| 5 | ) |
| | Lowe v. Ethicon, Inc., et ) 2:13-cv-14718 |
| 6 | al. ) |
| | ) |
| 7 | Dameron, et al. V. ) 2:13-cv-14799 |
| | Ethicon, Inc., et al. ) |
| 8 | ) |
| | Vanbuskir, et al., v. ) 2:13-cv-16183 |
| 9 | Ethicon, Inc., et al. ) |
| | ) |
| 10 | Mullens, et al. V. ) 2:13-cv-16564 |
| | Ethicon, Inc., et al. ) |
| 11 | ) |
| | Shears, et al. V. ) 2-13-cv-17012 |
| 12 | Ethicon, Inc., et al. ) |
| | ) |
| 13 | Javins, et al., v. ) 2:13-cv-18479 |
| | Ethicon, Inc., et al. ) |
| 14 | ) |
| | Barr, et al. V. Ethicon, ) 2:13-cv-22606 |
| 15 | Inc., et al. ) |
| | ) |
| 16 | Lambert v. Ethicon, Inc., ) 2:13-cv-24393 |
| | et al. ) |
| 17 | ) |
| | Cook v. Ethicon, Inc., et ) 2:13-cv-29260 |
| 18 | al. ) |
| | ) |
| 19 | Stevens v. Ethicon, Inc., ) 2:13-cv-29918 |
| | et al. ) |
| 20 | ) |
| | Harmon v. Ethicon, Inc., ) 2:13-cv-31818 |
| 21 | et al. ) |
| | ) |
| 22 | |
| 23 | VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D. |
| | Thursday, February 18, 2016, 5:48 p.m. |
| 24 | |

## Page 3

| | |
|---|---|
| 1 | |
| | Snodgrass v. Ethicon, ) 2:13-cv-31881 |
| 2 | Inc., et al. ) |
| | ) |
| 3 | Miller v. Ethicon, et al. ) 2:13-cv-32627 |
| | ) |
| 4 | Matney, et al. V. ) 2:14-cv-09195 |
| | Ethicon, Inc., et al. ) |
| 5 | ) |
| | Jones, et al. V. Ethicon, ) 2:14-cv-09517 |
| 6 | Inc., et al. ) |
| | ) |
| 7 | Humbert v. Ethicon, Inc., ) 2:14-cv-10640 |
| | et al. ) |
| 8 | ) |
| | Gillum, et al. V. ) 2:14-cv-12756 |
| 9 | Ethicon, Inc., et al. ) |
| | ) |
| 10 | Whisner, et al. V. ) 2:14-cv-13023 |
| | Ethicon, Inc., et al. ) |
| 11 | ) |
| | Tomblin v. Ethicon, Inc., ) 2:14-cv-14664 |
| 12 | et al. ) |
| | ) |
| 13 | Schepleng v. Ethicon, ) 2:14-cv-16061 |
| | Inc., et al. ) |
| 14 | ) |
| | Tyler, et al. V. Ethicon, ) 2:14-cv-19110 |
| 15 | Inc., et al. ) |
| | ) |
| 16 | Kelly, et al. V. Ethicon, ) 2:14-cv-22079 |
| | Inc., et al. ) |
| 17 | ) |
| | Lundell v. Ethicon, Inc., ) 2:14-cv-24911 |
| 18 | et al. ) |
| | ) |
| 19 | Cheshire, et al. V. ) 2:14-cv-24999 |
| | Ethicon, Inc., et al. ) |
| 20 | ) |
| | Burgoyne, et al. V. ) 2:14-cv-28620 |
| 21 | Ethicon, Inc., et al. ) |
| | ) |
| 22 | Bennett, et al. V. ) 2:14-cv-29624 |
| | Ethicon, Inc., et al. ) |
| 23 | ) |
| | VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D. |
| 24 | Thursday, February 18, 2016, 5:48 p.m. |

## Page 4

1
2
3
4   The videotaped deposition of KIMBERLY KENTON, M.D.
5   called by the Plaintiffs for examination, taken
6   pursuant to the Federal Rules of Civil Procedure of
7   the United States District Courts pertaining to the
8   taking of depositions, taken before CORINNE T.
9   MARUT, C.S.R. No. 84-1968, Registered Professional
10  Reporter and a Certified Shorthand Reporter of the
11  State of Illinois, at the offices of Drinker Biddle
12  & Reath LLP, Suite 3700, 191 North Wacker Drive,
13  Chicago, Illinois, on February 18, 2016, commencing
14  at 5:48 p.m.
15
16
17
18
19
20
21
22
23
24

## Page 5

1   APPEARANCES:
2   ON BEHALF OF THE PLAINTIFFS:
3      MOTLEY RICE LLC
       321 South Main Street
4      Providence, Rhode Island 02903
       401-457-7728
5      BY: FIDELMA L. FITZPATRICK, ESQ.
       ffitzpatrick@motleyrice.com
6
7      MOTLEY RICE LLC
       28 Bridgeside Boulevard
8      Mt. Pleasant, South Carolina 29464
       843-518-0645
9      BY: MARGARET M. THOMPSON, M.D., J.D.
       mmthompson@motleyrice.com
10
11     WAGSTAFF & CARTMELL, LLP
       4740 Grand Avenue, Suite 300
12     Kansas City, Missouri 64112
       816-701-1100
13     BY: JEFFREY M. KUNTZ, ESQ.
       jkuntz@wcllp.com
14
15  ON BEHALF OF THE DEFENDANTS:
16     BUTLER SNOW LLP
       500 Office Center Drive, Suite 400
17     Fort Washington, Pennsylvania 19034
       267-513-1885
18     BY: NILS B. (BURT) SNELL, ESQ.
       Burt.Snell@butlersnow.com
19
20     BUTLER SNOW LLP
       1020 Highland Colony Parkway, Suite 1400
21     Ridgeland, Mississippi 39157
       601-985-4596
22     BY: PAUL S. ROSENBLATT, ESQ.
       Paul.Rosenblatt@butlersnow.com
23
    VIDEOTAPED BY: MILO SAVICH
24  REPORTED BY: CORINNE T. MARUT, C.S.R. No. 84-1968

2 (Pages 2 to 5)

Golkow Technologies, Inc. - 1.877.370.DEPS

Kimberly Kenton, M.D.

Page 182

1  Q. And you agree that it's not appropriate
2  for a patient to review a consent form for the
3  first time on the day of surgery, correct?
4     MR. SNELL: Form, overbroad.
5  BY THE WITNESS:
6  A. Do you mean that it's not appropriate
7  for that patient to be counseled about the
8  alternatives, purpose, risks, benefits and
9  complications of surgery on the day of surgery for
10 the first time?
11 Q. Yes.
12 A. Yes, I would agree with that.
13 Q. Now, you don't design medical devices,
14 do you?
15 A. Do I go into a lab and design them?
16 Q. Um-hmm.
17 A. No. But I participate in the design.
18 Q. Have you ever designed a medical device
19 yourself?
20 A. I actually have one patent.
21 Q. Okay. And what is that patent?
22 A. It is a suture management device for
23 abdominal sacral colpopexy.
24 Q. Have you ever participated in the design

Page 183

1  of a mesh that's implanted transvaginally into
2  women?
3  A. Do you mean like going into a lab and
4  designing or doing --
5  Q. In any way.
6  A. I mean, I think that people have asked
7  me for my opinions and like in that regard I've
8  participated in design.
9  Q. Who's asked you for your opinion?
10 A. You know, people at the meetings. It
11 gets talked about. We discuss it.
12 Q. Has a medical device manufacturer ever
13 consulted you about the design of a transvaginally
14 placed mesh product?
15 A. Not formally but, yes, we have had
16 conversations.
17 Q. Okay. Do you think that you've ever
18 participated in the design of a transvaginally
19 placed mesh product?
20 A. I think I have.
21 Q. Okay. Which one?
22 A. Again, I don't keep track of who is
23 designing what. But we have had -- I've had
24 conversations many years ago about -- about

Page 184

1  different size trocars that they were -- when they
2  were trying to do different size trocars; about,
3  you know, the concept of transobturator slings and
4  going through the -- the placement of going through
5  the obturator foramen.
6  Q. Do you consider yourself an expert in
7  medical device design?
8  A. I feel that medical device design
9  requires a team and since I'm one of the premier
10 leading surgeons in this field, I do feel like I
11 have some expertise in that.
12 Q. Do you think you're an expert in polymer
13 science?
14 A. I do not think I'm an expert in polymer
15 science.
16 Q. Do you think you're an expert in
17 polypropylenes?
18 A. In the like --
19 Q. Do you think you're a polypropylene
20 expert?
21 A. I think I have some expertise in
22 polypropylenes since I've been using polypropylene
23 and implanting it in patients for a decade.
24 Q. What polypropylene is used in the

Page 185

1  Ethicon TVT?
2  A. Can you please be more specific?
3  Q. Which polypropylene is it?
4  A. What do you mean "which polypropylene"?
5  Q. Who manufactures it?
6  A. Oh. I don't know who -- I think there
7  is more than one way to be an expert in something.
8  Q. Okay.
9  A. I think that the people that can tell
10 you exactly what the chemical makeup of
11 polypropylene is have no idea, no experience
12 putting it in a patient. And, so, I think it takes
13 a village.
14 Q. I'm not questioning your qualifications
15 right now on whether you can implant mesh. I'm
16 trying to see if there is anything that you don't
17 think that you're an expert in that's related to
18 mesh. And, so, what I'm asking you for --
19 A. I don't think I'm an expert in
20 co-polymer science.
21 Q. You're not an expert in polymer science.
22    Do you know what polypropylene the
23 Ethicon meshes are made of?
24 A. Didn't we just --