# EXHIBIT C

1              IN THE UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON
2

3      --------------------------     )  Master File No.
       IN RE:  ETHICON, INC.,         )  2:12-MD-02327
4      PELVIC REPAIR SYSTEM           )
       PRODUCTS LIABILITY             )  MDL 2327
5      LITIGATION                     )
       --------------------------     )  JOSEPH R.  GOODWIN
6                                     )  U.S.  DISTRICT JUDGE

       THIS DOCUMENT RELATES TO       )
7      PLAINTIFFS:                    )
                                      )
8      Christine Wiltgen              )
       Case No.  2:12-cv-01216        )
9                                     )
       Laura Waynick                  )
10     Case No.  2:12-cv-01151        )
                                      )
11     Denise Burkhart                )
       Case No.  2:12-cv-01023        )
12                                    )
       Debra A.  and Donald           )
13     Schnering                      )
       Case No.  2:12-cv-01071        )
14                                    )
       Karen Bollinger                )
15     Case No.  2:12-cv-01215        )
       --------------------------     )
16

17                 GENERAL DEPOSITION OF

18                 KIMBERLY KENTON, M.D.

19                    March 25, 2016

20                   Chicago, Illinois

21

22              GOLKOW TECHNOLOGIES, INC.

23        877.370.3377 ph | 917.591.5672 fax

24                 deps@golkow.com

1

2

3

4          The deposition of KIMBERLY KENTON, M.D.,

5     called by the Plaintiffs for examination, taken

6     pursuant to the Federal Rules of Civil Procedure of

7     the United States District Courts pertaining to the

8     taking of depositions, taken before CORINNE T.

9     MARUT, C.S.R. No. 84-1968, Registered Professional

10    Reporter and a Certified Shorthand Reporter of the

11    State of Illinois, at the offices of Drinker Biddle

12    & Reath LLP, Suite 3700, 191 North Wacker Drive,

13    Chicago, Illinois, on March 25, 2016, commencing at

14    1:51 p.m.

15

16

17

18

19

20

21

22

23

24

Kimberly Kenton, M.D.

```
 1    APPEARANCES:
 2    ON BEHALF OF THE PLAINTIFFS:
 3          MOTLEY RICE LLC
             321 South Main Street
 4          Providence, Rhode Island   02903
             401-457-7728
 5          BY:  FIDELMA L. FITZPATRICK, ESQUIRE
                  ffitzpatrick@motleyrice.com
 6
 7    ON BEHALF OF PLAINTIFF KAREN BOLLINGER:
         (via telephonic communication)
 8
             FREESE & GOSS, PLLC
 9          1520 North State Street
             Jackson, Mississippi   39202
10          601-961-4050
             BY:  SHEILA M. BOSSIER, ESQUIRE
11                  SBossier@freeseandgoss.com
12
13    ON BEHALF OF THE DEFENDANTS:
14          BUTLER SNOW LLP
             1020 Highland Colony Parkway, Suite 1400
15          Ridgeland, Mississippi   39157
             601-985-4596
16          BY:  PAUL S. ROSENBLATT, ESQUIRE
                  Paul.Rosenblatt@butlersnow.com
17
18
19    ALSO PRESENT:
20          LAURA HOLCOMB, Senior Paralegal,
                  Motley Rice LLC
21
22
23
24    REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968
```

Kimberly Kenton, M.D.

1        A.      Yes.   Sorry.   Yes, if I recall.

2        Q.      We don't have you on video today.   I

3    just have to wait until you give an affirmative

4    answer.

5        A.      Yeah, I apologize.

6        Q.      Now, you use the retropubic device in

7    the majority of your patients instead of the

8    transobturator procedure, correct?

9        A.      I do.

10       Q.      And why is that?

11       A.      Several reasons, the first being I think

12   that when you look -- although the long-term

13   outcome data, you can't declare them equivalent or

14   not equivalent in our own study, there was a

15   slightly higher cure of stress incontinence with

16   the retropubic.

17               And I think that that's consistent with

18   what we understand, what we think we understand

19   about incontinence procedures is the more

20   obstructive they are, the more likely they are to

21   cure stress incontinence and possibly induce a

22   little bit more urgency.   So...

23       Q.      Is there any other reason that you use

24   the retropubic over the transobturator?

1    want to know if you're aware of anything.  I think

2    what you're telling me is you don't know of any

3    studies that have been done like that and you don't

4    know how such a study would even be conducted.  Is

5    that fair enough?

6         MR. ROSENBLATT:  Object to form.

7    BY THE WITNESS:

8         A.    I wouldn't know how to conduct that

9    study.

10   BY MS. FITZPATRICK:

11        Q.    Okay.  Do you know of any clinical

12   trials that have been done to assess specifically

13   the safety of the TVT-O device made by Ethicon?

14        A.    So, a clinical trial by definition is

15   comparative.  You can't really do a randomized

16   controlled trial to look at safety because,

17   fortunately, most of these complications are rare.

18   So, most of the clinical trials are designed to

19   look at efficacy with safety endpoints.

20              And then it brings us to the systematic

21   reviews and the meta-analyses where we use,

22   fortunately, validated outcome measures that we can

23   try to compile those to more objectively look at

24   safety.

Kimberly Kenton, M.D.

1    rare?

2         A.    Sure.    I mean, I'm not sure I walk

3    around with a clear cutoff of what rare is.

4         Q.    Okay.    But somewhere in that

5    neighborhood?

6         A.    Yeah.

7         Q.    Okay.    You know, though, that there are

8    complications that are unique to the helical

9    trocars that are used with the TVT-O versus the

10   trocars that are used with the TVT Retropubic,

11   correct?

12        A.    So, can we just like upfront -- I think

13   that there are unique complications associated with

14   the transobturator route of sling placement that

15   differ from the retropubic.    I don't know if it's

16   from the trocar or the sling or if I just took a

17   surgical instrument and put it through that space

18   it would be different.    Do you understand the

19   difference in those?

20        Q.    Okay.

21        A.    Let's just like so we don't have to keep

22   going back to that thing.    I think that there are

23   differences in complications with the two

24   procedures, whether it's the trocar, whether it's

Kimberly Kenton, M.D.

1    the method of passage.

2              I mean, I could theoretically say that I

3    could just take a surgical instrument and still

4    pass it like how we used to with old-fashioned

5    retropubic slings.  That's exactly how we pass the

6    TVT.  It's not that different.

7              If I took a uterine packing forceps and

8    pass it through the transobturator space, I think

9    we would see similar complications that are unique

10   to passing something through the transobturator

11   space.

12        Q.    Okay.  So, let's --

13        A.    It's the route of access more than I

14   think it's the device, like that particular trocar.

15        Q.    So, with -- just let me see if I have

16   got this right.

17              So, what you're saying with the TV --

18   some of the unique complications, and we can get to

19   what those are, but those unique complications with

20   the obturator procedure, you think are more related

21   to the route of access through the obturator space

22   than the actual trocar itself causing the injury?

23        A.    Correct.

24        Q.    Is that -- okay.

Kimberly Kenton, M.D.

1      Q.    Okay.  So, I think that what we had

2  discussed was that --

3      A.    I would be retired and not sitting here

4  if I knew how to tension it exactly right for every

5  woman.

6      Q.    Okay.  And, so, that's something that is

7  inherent in the transobturator midurethral slings

8  as well, the difficulty in getting consistent

9  tensioning from patient to patient to patient to

10  patient, correct?

11      A.    Yeah.  I think that -- I think -- I

12  think what I meant to say or what I implied or

13  wanted to say was it's not inherent.

14            So, you don't -- you are trying to

15  compensate for a nerve and a muscle that don't

16  work.  How sick your nerve and muscle are may be

17  different, if you have incontinence, may be

18  different than how sick mine is.

19            I think that one of the limitations of

20  all continence procedures is how do I decide how to

21  tight to make it for you that you can void freely

22  and not have stress incontinence.  It may be

23  different for me.

24            And I think that that's uniform across

Kimberly Kenton, M.D.

1        Q.      And the TVT-O is designed by Ethicon to

2   be implanted surgically through the obturator

3   space, correct?

4        A.      Correct.

5        Q.      And sometimes that surgical placement

6   can cause complications that are unique to the

7   obturator midurethral slings, correct?

8        A.      Correct.  I can agree with all that.

9        Q.      And in addition to the surgical

10   procedure that you use through the obturator space,

11   there is a piece of mesh that's used, correct?

12        A.      Yes.

13        Q.      And that mesh is left in the obturator

14   space when you're done with your surgery, correct?

15        A.      Correct.

16        Q.      And that mesh in the whole pelvic

17   region, that can cause certain complications for

18   women, correct?

19        A.      Correct.

20        Q.      And, so, it seems to me that what this

21   study is suggesting is that the complications that

22   are related to the TVT-O either are related to the

23   surgical route of implantation or the use of mesh.

24              And all I am asking is do you agree with

Kimberly Kenton, M.D.

1    me that those are two different --

2         A.    Yes.

3         Q.    Okay.  Now, are you aware of what

4    technique was used to implant the TVT-O devices

5    that were at issue in Exhibit 6?

6         A.    I would have to look back through the

7    paper.

8         Q.    So, if you can quickly look through this

9    paper, I would appreciate it, because the surgical

10   technique that was used in this procedure was not

11   the surgical technique that was or that is

12   recommended by J & J/Ethicon, correct?

13              Instead, it's a surgical technique that

14   was modified as originally described by

15   Dr. de Leval?

16      MR. ROSENBLATT:  Object to form.

17   BY THE WITNESS:

18        A.    No.  I would have to -- I mean, I would

19   have to read that and I would have to read the

20   paper.

21   BY MS. FITZPATRICK:

22        Q.    This is your paper, right, this is the

23   one that you relied on?

24        A.    Well, I read the literature all the

Kimberly Kenton, M.D.

1    fulfilled the promise shown in the short-term and

2    medium-term.  Therefore, it is imperative that more

3    careful long-term evaluation of TVT-O techniques is

4    carried out with the focus on complications and

5    durability.  Larger studies with longer follow-up

6    periods should identify risk factors for failure

7    and thus lead to better preoperative consultation."

8              Do you see that?

9        A.    Yes.

10       Q.    Do you agree with that comment?

11       A.    So, which part of it?  There is like

12   several comments there.  Can we just figure out

13   what you want me to agree or disagree?

14       Q.    Sure.  Do you think it's imperative that

15   more careful long-term evaluation of TVT-O

16   techniques is carried out with the focus on

17   complications and durability?

18       A.    I think that, yes, that all

19   obturators -- all surgical procedures in general.

20       Q.    Do you believe that for the TVT-O

21   technique specifically that there should be more

22   careful long-term evaluation of its technique with

23   the focus on complications and durability?

24       A.    I think that we actually have good

Kimberly Kenton, M.D.

1    medium-term data at about five years.  But, yes, we

2    need to follow women for longer periods of time.

3          Q.     Okay.  And do you agree with this paper

4    that larger studies with longer follow-up periods

5    should identify risk factors for failure and

6    then -- and thus lead to better preoperative

7    consultation?

8          A.     I don't think that -- I think it's a

9    nice statement, but I don't think that you're going

10   to get longer studies that are well done with

11   longer term follow-up.  I think it's going to have

12   to be systematic reviews and meta-analyses that are

13   trying to compile these things.  You can't get

14   women to be in studies for 10, 20 years.  It's hard

15   to do.

16         Q.     Well, but a systematic review and a

17   meta-analysis isn't going to tell you what the

18   complications are going to look like at 8 or 10 or

19   15 or 20 years, correct?

20         A.     Well, they will.  When we get cohorts

21   and RCT data out far enough, it will help us with

22   that.

23         Q.     So, then what I guess I'm trying to

24   understand is you just told me that it's difficult

Kimberly Kenton, M.D.

1    know which complications.  Yeah.

2         Q.    If the complication --

3         A.    That's what I said.

4         Q.    -- was included in Dr. Culligan's paper,

5    it would be included somewhere in Table 3

6    associated with a pubovaginal sling?

7         A.    I -- I think so, yes.

8         Q.    Okay.  Are autologous fascial slings an

9    appropriate alternative to the transobturator --

10   TVT-O transobturator sling?

11        A.    Yes.

12        Q.    Is the Burch procedure an acceptable

13   appropriate alternative to the TVT-O transobturator

14   sling?

15        A.    Yes.

16        Q.    And neither of those procedures produces

17   the same rate of groin pain or leg pain as does the

18   TVT-O procedure, correct?

19        A.    Correct.

20        MR. ROSENBLATT:  Object to form.

21   BY THE WITNESS:

22        A.    They have a different type of

23   risk/benefit ratio.

24   BY MS. FITZPATRICK:

Kimberly Kenton, M.D.

1     more --

2          Q.     Yeah, I think if you are looking at the

3     adverse events.

4          A.     Okay.  I am looking at the wrong page.

5     I'm in "Warnings and Precautions."

6          Q.     Or "Adverse Reactions."

7          A.     Are you in "Warnings and Precautions"?

8          Q.     No, I'm on "Adverse Reactions."

9          A.     Much smaller list.

10         Q.     I will admit some of this is

11    extraordinarily hard to read.

12         A.     Much smaller list.  "Adverse Reactions."

13         Q.     The adverse reactions are the same for

14    the TVT and the TVT-O, correct?

15         A.     Yes.

16         Q.     So, there is nothing that in those --

17    that "Adverse Reactions" section that can alert the

18    doctor to what you know and have testified about

19    the difference in the risk profiles for these

20    particular products?

21         A.     Not in the "Adverse Reactions" portion.

22    They're the same.  But there is other information

23    that can alert them.

24         Q.     In the IFU?  Tell me what's different.

Kimberly Kenton, M.D.

1      A.      "Transient leg pain lasting 24 to 48

2   hours."  I'm pretty sure that isn't in the

3   retropubic one.  I mean, some are common sense.

4      Q.      There is nothing in the obturator one

5   about chronic leg pain, correct?

6      A.      Not that -- is this -- yeah, there is.

7      Q.      One slightly easier.

8      A.      Not chronic, no.

9      Q.      Chronic, yes.  That's what I was asking.

10             There is nothing about --

11     A.      Very short time.

12     Q.      -- groin pain, but it's the transient

13   one.  Okay.

14             Anything else?

15     A.      That's the only thing that like popped.

16   Like in this other one they are talking about

17   postoperative restrictions.

18     Q.      I think that's in both of them.

19     A.      Oh, yeah.  It's higher up on the other

20   one.

21             So, it seems that that's the primary

22   difference.

23     Q.      So, apart from the reference to the

24   transient leg pain -- hang on.  The brains of the