# EXHIBIT A

# Curriculum Vitae

## Michael Karram, M.D.F.A.C.O.G.

| | |
|---|---|
| **DATE OF BIRTH:** | ▮▮▮▮▮▮▮▮▮ |
| **ADDRESS:** | Residence: ▮▮▮▮▮▮ |
| | Primary Office: ▮▮▮▮▮▮ |
| | Second Office: ▮▮▮▮▮▮ |
| | Third Office: ▮▮▮▮▮▮ |
| **CITIZENSHIP:** | USA |
| **MARITAL STATUS:** | ▮▮▮▮▮▮ |
| **LICENSURE:** | Ohio #35-05-0312-K |
| | Indiana #01033209 |
| | Kentucky #21418 |

**BOARD CERTIFICATION:** 11-86 Certified American Board of Obstetrics and Gynecology
Fellow of the American Board of Obstetrics and Gynecology

1995 Recertified
2002-2013 Recertified

**EDUCATION:**

| | |
|---|---|
| 1965-1969 | Defiance High School |
| 1969-1973 | BS Ohio State University |
| 1973-1978 | MD Cairo University (HONORS) |
| 1979-1980 | Internship Case Western Reserve Cleveland, Ohio |
| 1980-1983 | Resident Good Samaritan Hospital Cincinnati, Ohio OB-GYN |
| 1983-1984 | Chief Resident Good Samaritan Hospital OB-GYN |

**EMPLOYMENT:**

| | |
|---|---|
| 1984-Present | Private Practice Cincinnati, Ohio |
| | Seven Hills Women's Health Centers |
| | Practice with special interest in Female Pelvic Medicine and Reconstructive Surgery, Urogynecology, and Minimally Invasive Surgery |
| 1988-2006 | Consultant OB-GYN Hill Top Research Inc. |
| 1999-Present | Consultant Ethicon Women's Health and Urology Speaker and Preceptor |
| 1999-2003 | Consultant Procter and Gamble Speaker Program on Osteoporosis. |
| 2002-2004 | Consultant Organon Pharmaceuticals |
| 2003-2004 | Consultant Pfizer Pharmaceuticals |
| 2003-Present | Consultant Cytec Coorporation |
| 2004-2003 | Consultant Eli Lilly Pharmaceuticals |
| 2004-Present | Medical Advisory Board Procter and Gamble |
| 2005-Present | Consultant, Speaker, and Preceptor Ethicon Women's Health and Urology |
| 2006-Present | Consultant, Speaker, and Preceptor American Medical Systems |

**APPOINTMENTS:** Committee for Medical Education Good Samaritan Hospital
Laser Task Force

- 1 -

# Curriculum Vitae

## Michael Karram, M.D.F.A.C.O.G.

Patient Care Committee Good Samaritan Hospital
Clinical Instructor Good Samaritan Hospital
Clinical Instructor Bethesda Hospital
Quality Assurance Committee Good Samaritan Hospital
Quality Assurance Committee Bethesda Hospital
Cesarean Section Rate Ad Hoc Committee
Board Member Seven Hills Women's Health Centers
Chairman Finance Committee Seven Hills Women's Health Centers
President and Medical Director Seven Hills Women's Health Centers
Director, Division of Urogynecology and Pelvic Surgery SHWHC
Reviewer Green Journal Obstetrics and Gynecology
Associate Professor Obstetrics and Gynecology, University of
   Cincinnati, Cincinnati, Ohio
Division of Urogynecology, Christ Hospital , Cincinnati, Ohio
Faculty, Female Pelvic Medicine and Reconstructive Surgery
   Fellowship Christ Hospital, Cincinnati, Ohio
Director, Minimally Invasive Gynecologic Surgery, Christ Hospital,
   Cincinnati, Ohio

**PRESENTATIONS/LECTURES:**

1. 2/82 Grand Rounds GSH
   "Management of the DES Exposed Female"
2. 3/83 Grand Rounds GSH
   "Update: Management of Herpes in Pregnancy"
3. 6/84 Grand Rounds GSH
   "Management of the Unstable Bladder"
4. 11/85 Obstetrical Nursing Conference
   "Interpretation of Fetal Monitoring Strips"
5. 1/86 City Wide Conference on OB Nursing
   "Modern Treatment Modalities of Preterm Labor"
6. 4/87 Resident Conference GSH
   "Management of the Abnormal Pap"
7. 6/88 Paramedics Conference GSH
   "Trauma in Pregnancy"
8. 6/88 OR Nursing Staff Meeting Providence Hospital
   "Human Papilloma Virus"
9. 5/99 Grand Rounds Seven Hills Women's Health Centers
   "The Role of Endometrial Ablation in the Management of Menorraghia"
10. 8/99 Lecture to Ob/Gyn Residents
    "The Etiology, Workup, and Management of Menorraghia"
11. 9/00 Grand Rounds Seven Hills Women's Health Centers
    "Contemporary Workup and Management of Stress Urinary Incontinence"
12. 9/01 Contemporary Management of Dysfunctional Uterine Bleeding Including Endometrial Ablation Techniques, Cleveland, Ohio
13. 9/01 Contemporary Management of Dysfunctional Uterine Bleeding Including Endometrial Ablation Techniques, Akron, Ohio
14. 11/01 Interpretation of Urodynamic Results in the Management of Stress Urinary Incontinence SHWHC
15. 5/03 Featured Speaker at American College of OB/GYN annual Meeting New Orleans, Louisiana: The Role of Endometrial Ablation in the Management of Dysmenorrhea.
16. 9/03 Use of New Thermachoice III Balloon for Edometrial Ablation Knoxville, Tenn.

<u>Curriculum Vitae</u>

## Michael Karram, M.D.F.A.C.O.G.

17. 12/03 Bethesda Hospital Grand Rounds New Concepts in the Workup and Management of Urge Incontinence.
18. 8/04 Modern Management of Urge Incontinence Cincinnati, Ohio
19. 5/04 Program Director, Updates in Gynecology for the Primary Care Physician, Cincinnati, Ohio
20. 12/04 and 1/05 Faculty member CME Web cast program on Stress urinary incontinence.
21. 10/04 Poster presentation at AAGL 'The use of T3 Balloon for the Treatment of Menorrahgia.
22. 6/07 Grand rounds Miami Valley Hospital Dayton, Ohio Use of Mesh in Pelvic Organ Prolapse Surgery
23. 7/08 Grand rounds University of Kentucky Department of OB/GYN Use of Mesh in Pelvic Organ Prolapse Surgery
24. 4/2011 Moderator and Faculty Minimally Invasive Surgery and Advance Pelvic Organ Surgery Symposium Fresno, California
25. 5/2011 Grand Rounds Upstate New York University School of Medicine, Advanced Techniques in the Management of Pelvic Organ Prolapse Syracuse, New York

**PROFESSIONAL SOCIETIES:** Junior Fellow of the American College of OB-GYN
Diplomat of the American College of OB-GYN
Fellow of the American College of OB-GYN
Ohio State Medical Association
American Medical Association
OB-GYN Society of Cincinnati
Kentucky Medical Association
Society of Laparoscopists and Endoscopists
American Association of Gynecologic Laparoscopists
International Urogynecology Association (IUGA)
American Urogynecology Society (AUGS)

**HONORS:** Nominated for Health Care Heroes of Cincinnati

**RESEARCH AND PUBLICATIONS:**

PQ1402-02B Co- Investigator "A randomized, controlled clinical trial of Thiamphenicol versus Cefoxitin/Doxycycline in the treatment of acute pelvic inflammatory disease." Pharmaguest Laboratories.

PPct #78 Co- Investigator "Comparison of skin wetness, microflora, and dermal effects in women wearing Catamenial Pads. Hill Top Research, Inc.

Study #91-9311-60 Primary Investigator "A Double Blind Evaluation of Transdermal Estradiol (Noven vs. Placebo) in the treatment of menopausal symptoms.

Study #91-9282-60 Primary Investigator "A Double Blind, Placebo-controlled, Parallel group, Multicenter study comparing the efficiency and safety of two Estradiol doses delivered transdermally (CI989) for the treatment of menopausal vasomotor symptoms.

Study #95-0050-78 Primary Investigator "A Multicenter, Randomized, Double-Blind, Parallel Group, Dose Ranging study to evaluate the safety of cyclophasic hormone replacement therapy regimen of Estradiol and Norgestimate and its effect on the endometrial histology and vaginal bleeding in post menopausal women."

## Curriculum Vitae

**Michael Karram, M.D.F.A.C.O.G.**

Study #96-1081-70 Primary Investigator "Evaluation of the Modified Feminine Hygiene Tampons.

Primary Investigator: A comparative Bioavailability Study of a New Aqueous Film- Coated Combination Tablet Formulation of Test Medication Relative to a Sugar Coated Tablet Formulation.

Primary Investigator: An Assessment of the Bioavailability of a Combination Tablet Formulation of the Test Medication (75/30) Relative to a Combination Solution.

Primary Investigator: Test Medication Dosing Study.

Primary Investigator: A Double-Blind, Placebo-Controlled, Parallel Group, Multicenter Study Comparing the Efficiency and Safety of Two Estradiol Doses Delivered Transdermally for Treatment of Menopausal Vasomotor Symptoms.

Primary Investigator: A Double Blind Evaluation of Transdermal Estradiol in the Treatment of Menopausal Symptoms.

Primary Investigator: Comparison of Two Transdermal Estradiol Patches with Placebo in the Treatment of Postmenopausal Symptoms During a 12 Week Period.

Primary Investigator: Primary Skin Irritation Test of a Transdermal patch following three successive applications for 10 days in the postmenopausal women

Primary Investigator: Phototoxicity Bioassay of a Transdermal patch in postmenopausal women.

Primary Investigator: A Multicenter, Randomized, Double-Blind, Parallel Group, Dose-Ranging study to evaluate the safety of a Cyclophasic Hormone Replacement Therapy Regimen of Estradiol and Norgestimate and its effect on Endometrial Histology and vaginal bleeding in postmenopausal women. (R.W. Johnson)

Co-Principal Investigator: A randomized, Double-Blind, Placebo-Controlled, Ascending Single-Dose Tolerance study of Topiglan (Topical Gel Formulation of Alprostadil) applied indirectly to the vagina of healthy women. (MacroChem Corporation)

Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Single-Dose, Normal Volunteer Tolerance study of Topiglan (Topical Gel Formulation of Alprostadil and Sepa) following application to the glans penis and during subsequent vaginal intercourse. (MacroChem Corporation)

Principal Investigator: A Blinded Cumulative Irritation Study of the Testosterone Matrix Transdermal System (TMTDS) in healthy postmenopausal hysterectomized women. (Protocol # 1999098 Proctor and Gamble)

Co-Investigator: Prevalence of Toxic Shock Syndrome Toxin #1 (TSST-1) producting strains of Staphylococcus Aureus and the presence of Antibodies of (TSST-1) in Menstruating women. (Proctor and Gamble)

<u>**Curriculum Vitae**</u>

**Michael Karram, M.D.F.A.C.O.G.**

Primary Investigator: Adhesion and Irritation study of the Climara 0.05 mg/day Estradiol Transdermal System and the Mylan Transdermal System delivering 0.05 mg/day Estradiol.

Primary Investigator: Open-Label, Multicenter Trial to Determine the Preference of Alora vs Vivelle Dot in Patients Currently Taking Oral Estrogen (Watson Laboratories)

Primary Investigator: Clinical Evaluation of Gynecare Thermachoice III Uterine Balloon System for Menorrhagia.

Proctor and Gamble Grant to Evaluate the Effectiveness of Hormone Replacement Therapy on the Prevention of Osteoporosis.

Primary Investigator: Consumer Use Study with Gel Formula PD-F-2742, Protocol No. CA-P-2741.
Primary Investigator: Evaluation of Photoallergy and Phototoxicity of an Estradiol Hydroalcoholic Gel in Postmenopausal Women. (Solvay Pharmaceuticals)

Primary Investigator: A Phase III, Randomized, Double-blind, Placebo–controlled, Multicenter Trial of the Safety and Efficacy of Ferumoxytol for the Treatment of Iron Deficiency Anemia (AMAG Pharmaceuticals, Inc.)

Co-Investigator: A Randomized, Double-blind, Placebo-controlled, Clinical Trial Evaluating the Safety and Efficacy of Oral Recombinant Salmon Calcitonin (rsCT) in the Prevention of Postmenopausal Osteoporosis in Women at Increased Risk of Fracture. (PRA International, Inc.)

Author, Chapter 16: Techniques and Complications of Planned and Emergency Cesarean Section; Management of Acute Obstetric Emergencies: Elsevier Saunders 2011

**HOSPITAL AFFLIATIONS:**  Bethesda North Hospital (Active)
Good Samaritan Hospital (Active)
The Christ Hospital (Active)