# EXHIBIT B

# Michael Karram

## Amended Reliance List
## *in Addition to Materials Referenced in Report*

## MDL Wave 1

Michael Karram - Amended Materials List 4.8.16.XLSX
Medical Literature

| Description |
|---|
| Agostini, A. Immediate Complications of Tension-Free Vaginal Tape (TVT): Results of a French Survey. Eur J Obstet Gynecol Reprod Biol. 2006 Feb 1;124(2):237-9 (2006) |
| Aigmueller T. Ten-year follow-up after the Tension-free Vaginal Tape Procedure. Am J Obstet Gynecol 2011;205 |
| Aigmueller. Reasons for dissatisfaction ten years after TVT Procedure. Int Urogynecol J (2014) 25:213-217. |
| Albo, M.E. Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007;356:2143-55 (2007) |
| Albo, M.E. Treatment Success of Retropubic and Transobturator Mid Urethral Slings at 24 Months. The Journal of Urology Vol. 188, 2281-2287, December (2012) |
| Amid, P.K.  Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia:1997:1:15-21. |
| Angioli. Eur Urol - Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Urol. 2010 Nov;58(5):671-7 |
| Athanasiou, S. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J (2014) 25:219–225 (2014) |
| Athanasiou, S. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J. 2013 Jul 27. [Epub ahead of print] |
| Barber, M.D. Transobturator Tape Compared with Tension-Free Vaginal Tape for the Treatment of Stress Urinary Incontinence. Obstet Gynecol 2008;111:611-21 (2008) |
| Bartley, J.  Secondary surgery after vaginal prolapse repair with mesh is more common for stress incontinence and voiding dysfunction than for mesh problems or prolapse recurrence.  Int Urol Nephrol 2015:DOI 10.1007/s11255-015-0930-3. |
| Bergman, A. Three Surgical Procedures for Genuine Stress Incontinence: Five-year follow-up of a prospective randomized study. Am J Obstet Gynecol 1995;173:66-71 (1995) |
| Bezhenar. 7-year old clinical experience of treating women's urinary incontinence using suburethral slings. (2013) |
| Brito, L.G. Comparison of the Efficacy and Safety' of Surgical Procedures Utilizing Autologous Fascial and Transobturaior Slings in Patients with Stress Urinary Incontinence. J Reprod Med 2013;58:19-24 (2013) |
| Brubaker, L. 5-Year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. The Journal of Urology Vol. 187, 1324-1330, April (2012) |
| Brubaker, L. Adverse Events over Two Years after Retropubic or Transobturator Midurethral Sling Surgery: Findings from the Trial of Midurethral Slings (TOMUS) Study. Am J Obstet Gynecol 2011;205:498.e1-6. (2011) |
| Burgio, Kathryn L. Patient Satisfaction with Stress Incontinence Surgery. Neurourol Urodyn. 2010 November; 29(8): 1403-1409 (2010) |
| Carbone, J.M. Pubovaginal Sling using Cadaveric Fascia and Bone Anchors: Disappointing Early Results. The Journal of Urology Vol. 165, 1605-1611, May 2001 |
| Chai, T.C. Complications in Women Undergoing Burch Colposuspension versus Autologous Rectus Fascial Sling for Stress Urinary Incontinence. The Journal of Urology Vol. 181, 2192-2197, May (2009) |
| Chapple CR, Raz S, Brubaker L, Zimmern PE (2013) Mesh sling in an era of uncertainty: lessons learned and the way forward. EurUrol 64(4):525–529 |

Michael Karram - Amended Materials List 4.8.16.XLSX
Medical Literature

| |
|---|
| Cheng, D. Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. European Journal of Obstetrics & Gynecology and Reproductive Biology 161 (2012) 228–231 |
| Chughtai, B.I. Midurethral Sling Is the Dominant Procedure for Female Stress Urinary Incontinence: Analysis of Case Logs From Certifying American Urologists. Urology (2013) |
| Cox, A. Surgical management of female SUI: is there a gold standard? Nat. Rev. Urol. 10, 78–89 (2013) |
| De Leval, J. New Surgical Technique for Treatment of Stress Urinary Incontinence TVT-Obturator: New Developments and Results. Urology Surgical Technology International XIV (200) |
| De Leval, J. Novel Surgical Technique for the Treatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out. European Urology 44 (2003) 724-730 (2003) |
| Dean, N. Laparoscopic Colposuspension for Urinary Incontinence in Women (Review). The Cochrane Library 2010, Issue 2 (2010) |
| Delorme, E. Transobturator Tape (Uratape): A New Minimally-Invasive Procedure to Treat Female Urinary Incontinence. European Urology 45 (2004) 203-207 (2004) |
| Falconer, C. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2): S19-S23 (2001) |
| Ford AA, et al. (Cochrane Review[FULL]) Mid-urethral sling operations for stress urinary incontinence in women (Review). (2015) |
| Ford, Ogah, et al. Summary Cochrane Review - Mid-urethral sling operations for stress urinary incontinence in women. (2015) |
| Francis, W.  Dyspareunia following vaginal operations.  Journal of Obstet & Gynacol British Commwlth; 1961:LXVIII;1-10. |
| Ghezzi, F. Impact of Tension-free Vaginal Tape on Sexual Function: Results of a Prospective Study. Int Urogynecol J (2005) 17:54-59 (2005) |
| Ghezzi, F. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence with Intrinsic Sphincteric Deficiency. Int Urogynecol J (2006) 17: 335-339 (2006) |
| Glatt, A.  The prevalence of dyspareunia.  Obstet & Gynecol; 1990;75:433-436. |
| Goldman HB, Dwyer PL (2015) Polypropylene mesh slings and cancer: an incidental finding or association? Int Urogynecol J. doi: 10.1007/s00192-015-2892-5 |
| Groutz (2010) "Inside Out" Transobturator Tension-free Vaginal Tape for Management of Occult Stress Urinary Incontinence in Women Undergoing Pelvic Organ Prolapse Repair |
| Groutz, A. Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health, Volume 20, Number 10, 2011 1525-1528 |
| Groutz, A. Ten year subjective outcome results of the retropubic tension free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol 2010; 18:726–729 |
| Handa, V.L. Banked Human Fascia Lata for the Suburethral Sling Procedure: A Preliminary Report. Obstet Gynecol 1996; 88:1045-9. (1996) |
| Heinonen, P. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol 2012; 19:1003–1009 |
| Hinoul, P. Surgical Management of Urinary Stress Incontinence in Women: A Historical and Clinical Overview. European Journal of Obstetrics & Gynecology and Reproductive Biology 145 (2009) 219-225 (2009) |
| Holmgren C. Quality of Life after Tension-Free Vaginal Tape for Female Stress Incontinence. Scandinavia Journal of Urology and Nephrology, 2006; 40: 131-137 (2006) |

Michael Karram - Amended Materials List 4.8.16.XLSX
Medical Literature

| |
|---|
| Holmgren, C. Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence-A long-term follow-up. Eur J Obstet Gynecol Reprod Biol.132 (2007) 121-125 (2007) |
| Horbach, N.S. A Suburethral Sling Procedure with Polytetrafluorethylene for the treatment of Genuine Stress Incontinence in Patients with Low Urethral Closure Pressure. Obstet Gynecol 71:648, (1998) |
| Jelovsek, J.E. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008;115:219–225 (2008) |
| Jennings TA, Peterson L, Axiotis CA, Friedlaender GE, Cooke RA, Rosai J (1988) Angiosarcoma associated with foreign body material. A report of three cases. Cancer 62(11):2436–2444 |
| Kaplan, S.A. Comparison of Fascial and Vaginal Wall Slings in the Management of Intrinsic Sphincter Deficiency. Urology 47:885-889, (1996) |
| Kawadias T, et al. Ch. 56 Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. (2010) |
| Keegan, P.E. Periurethral Injection Therapy for Urinary Incontinence in Women (Review). The Chochrane Library 2009, Issue 1 (2009) |
| Kenton K, et al. Surgical management of stress urinary incontinence in women: Bladder neck fascial sling procesures. UpToDate (2015) |
| King A. Is there an association between polypropylene midurethral slings and malignancy. Urology 84: 789-792, 2014 |
| King AB, Zampini A, Vasavada S, Moore C, Rackley RR, Goldman HB (2014) Is there an association between polypropylene midurethral slings and malignancy? Urology 84(4):789–792 |
| Kjolhede, P. Long-term efficacy of Burch Colposuspension: a 14-year follow-up study. Acta Obstet Gynecol Scand 2005: 84:767-772 (2005) |
| Kuuva, N. A Nationwide Analysis of Complications Associated with the Tension-Free Vaginal Tape (TVT) Procedure. Acta Obstet Gynecol Scand 2002; 81:72-77 (2002) |
| Kwon SY, Latchamsetty KC, Benson J, Carreno M (2012) Inflammatory myofibroblastic tumor of the urinary tract following a TVT. Female Pelvic Med Reconstr Surg 18(4):249–251 |
| Labrie, Julien. Surgery versus Physiotherapy for Stress Urinary Incontinence. *N Engl J Med* (2013) 369:12, 1124-33. |
| Laurikainen. [Pop 254, 5 yr fu] Five year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol (2014) |
| Lee, D. Long-Term Outcomes of Autologous Pubovaginal Fascia Slings: Is There a Difference between Primary and Secondary Slings? Neurourol. Urodynam. (2013) |
| Lee, et al. Efficacy and Safety of "Tension-Free" Placement of Gynemesh PS for the Treatment of Anterior Vaginal Wall Prolapse, Int Neurourol J. 2010 Apr;14(1):34-42 |
| Lemack, G.E. Normal Preoperative Urodynamic Testing Does Not Predict Voiding Dysfunction after Burch Colposuspension Versus Pubovaginal Sling. The Journal of Urology Vol. 180, 2076-2080, November (2008) |
| Lenz F, et al. [cadaver] Anatomical Position of Four Different Transobturator Mesh Implants for Female Anterior Prolapse Repair. Geburtsh Frauenheilk 2013; 73: 1035-1041. |
| Liapis, A. Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. European Journal of Obstetrics & Gynecology and Reproductive Biology 148 (2010) 199-201 |
| Liapis, A. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J (2008) 19:1509–1512 (2008) |

Michael Karram - Amended Materials List 4.8.16.XLSX
Medical Literature

| |
|---|
| Lin HZ, Wu FM, Low JJ, Venkateswaran K, Ng RK (2015) A first reported case of clear cell carcinoma associated with delayed extrusion of midurethral tape. Int Urogynecol J. doi:10.1007/s00192-015-2876-5 |
| Linder BJ, et al. Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J (2016) |
| Luber, K.M. The Definition, Prevalence and Risk Factors for Stress Urinary Incontinence. Rev Urol. 2004;6(suppl 3):S3-S9 (2004) |
| Lucas MG, et al. (Short version) EAU Guidelines on Surgical Treatment of Urinary Incontinence. European Urology 62 (2012) 1118-1129 |
| Maaita, M. Sexual Function after using Tension-Free Vaginal Tape for the Surgical Treatment of Genuine Stress Incontinence. BJU International (2002), 90, 540-543 (2002) |
| McGregor DB, Baan RA, Partensky C, Rice JM, Wilbourn JD (2000) Evaluation of the carcinogenic risks to humans associated with surgical implants and other foreign bodies-a report of an IARC monographs programme meeting. International Agency for Research on Cancer. Eur J Cancer 36(3):307–313 |
| Moalli, P. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J (2014) |
| Moalli, P.A. Tensile properties of five commonly used mid-urethral slings relative to the TVT™. Int Urogynecol J (2008) 19:655-663 (2008) |
| Morgan, J.E. The Marlex sling operation for the treatment of recurrent stress urinary incontinence: A 16 – year review. Am J Obstet Gynecol 151;2: 224-226 (1985) |
| Murphy, M, et al (2011). Time to rethink: An Evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse". Int Urogynecol J D01 10.1007/s00192 001 1581 2 |
| Nager, C.W. A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. N Engl J Med (2012) |
| Nilsson, C.G. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047 |
| Nilsson, C.G. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J. 2013;24(8):1265-9 |
| Novara G. Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. European Urology 58 (2010) 218-238 (2010) |
| Ogah, J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women (Review). The Cochrane Library 2009, Issue 4 (2009) |
| Ogah, J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women: A Short Version Cochrane Review. Neurology and Urodynamics 30:284-291 (2011) |
| Okuda H, et al. Abs 474 Improvement of Voiding Function by a Tension-Free Vaginal Mesh Procedure for Cystocele and the Necessity of a Second-Stage Transobturator Vaginal Tape Procedure. (2009) |
| Olsen, AL. Epidemiology of surgically managed pelvic organ Prolapse and Urinary Incontinence. Obstet Gynecol. 1997 Apr;89(4):501-6. |
| Olsson, I. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. Int Urogynecol J (2010) 21:679–683 |

| |
|---|
| Oppenheimer BS, Oppenheimer ET, Stout AP, Willhite M, Danishefsky I (1958) The latent period in carcinogenesis by plastics in rats and its relation to the presarcomatous stage. Cancer 11(1): 204–213 |
| Osborn, D.J. Obesity and Female Stress Urinary Incontinence. Urology (2013) |
| Ostergard DR, Azadi A (2014) To mesh or not to mesh with polypropylene: does carcinogenesis in animals matter? Int Urogynecol J 25(5):569–571 |
| Palva, K. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J (2010) 21:1049-1055 |
| Paraiso, M.F.R. Laparoscopic Burch Colposuspension versus Tension-Free Vaginal Tape: A Randomized Trial. Obstet Gynecol 2004;104:1249-58 (2004) |
| Petros, P.E.P. An Integral Theory of Female Urinary Incontinence: Experimental and Clinical Considerations. Acta Obstet Gynecol Scand 1990: 69 Suppl 153:7-31 (1990) |
| Petrou, S.P. Suprameatal Transvaginal Urethrolysis. The Journal of Urology Vol. 161, 1268-1271, April 1999 |
| Rehman, H. Traditional Suburethral Sling Operations for Urinary Incontinence in Women (Review). The Cochrane Library 2011, Issue 1 (2011) |
| Richter, H.E. Factors Associated with Incontinence Frequency in a Surgical Cohort of Stress Incontinent in Women. American Journal of Obstetrics and Gynecology (2005) 193, 2088-93 (2005) |
| Richter, H.E. Patient Related Factors Associated with Long-Term Urinary Continence after Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. The Journal of Urology Vol. 188, 485-489, August (2012) |
| Richter, H.E. Retropubic versus Transobturator Midurethral Slings for Stress Incontinence. N Engl J Med 2010;362:2066-76 (2010) |
| Rogo-Gupta L, Litwin MS, Saigal CS, Anger JT, Urologic Diseases in America Project (2013) Trends in the surgical management of stress urinary incontinence among female Medicare beneficiaries, 2002–2007. Urology 82(1):38–41 |
| Serati, M. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up. European Urology 61 (2012) 939 – 946 |
| Serati, M. TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. European Urology 6 3 (2013) 872 – 878 |
| Shah. K. Surgical management of lower urinary mesh perforation after mid-urethral polypropylene mesh sling: mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus fascia. Int Urogynecol J (2013) 24:2111–2117 (2013) |
| Suskind, A.M. Effectiveness of Mesh Compared with Nonmesh Sling Surgery in Medicare Beneficiaries. Obstet Gynecol 2013;0:1–7 (2013) |
| Svenningsen - (Norwegian registry) Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-8 |
| Ulmsten, U. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (1998) 9:210-213 (1998) |
| Ulmsten, U. An Ambulatory Surgical Procedure under Local Anesthesia for Treatment of Female Urinary Incontinence. Int Urogynecol J (1996) 7:81-86 (1996) |
| United States Food and Drug Administration (2011) Serious complications associated with transvaginal placement of surgical mesh for pelvic organ prolapse: FDA Safety Communication |
| Walters, M.D. Which Sling for which SUI Patient? Obgmanagement.com Vol. 24, No. 5, May (2012 |

| |
|---|
| Waltregny, D. Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study after a 1-Year Minimum Follow-up. The Journal of Urology Vol. 175, 2191-2195, June (2006) |
| Wang F, Song Y, Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281:279-286. |
| Ward, K. Prospective Multicenter Randomised Trial of Tension-Free vaginal tape and Colposuspension as primary treatment for stress incontinence. Bmj.com 2002;325:67 (2002) |
| Ward, K.L. A Prospective Multicenter Randomized Trial of Tension-Free Vaginal Tape and Colposuspension for Primary Urodynamic Stress Incontinence: Two-year Follow-up. American Journal of Obstetrics and Gynecology (2004) 190, 324-31 (2004) |
| Ward, K.L. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115:226–233 (2008) |
| Welk B, et al. Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. JAMA Surgery (2015) |
| Wu JM, Matthews CA, Conover MM, Pate V, Jonsson Funk M (2014) Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. Obstet Gynecol 123(6):1201–1206 |
| Wu, C. Concomitant trocar-guided transvaginal mesh surgery with a midurethral sling in treating advanced pelvic organ prolapse associated with stress or occult stress urinary incontinence. Taiwanese J Obstet Gynecol 2013:52;516-522. |
| Zyczynski, H.M. Sexual activity and function in women more than 2 years after Midurethral sling placement. Am J Obstet Gynecol 2012;207:421 (2012) |

Michael Karram - Amended Materials List 4.8.16.XLSX
Production Materials

| Document Description [Bates Range] |
| --- |
| AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence (Published online, November 2011) |
| AUGS Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence, published 01/03/2014 |
| AUGS Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders (published March 2013) |
| AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87) |
| De Leval (2003) Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out |
| ETH.MESH.00393045-46 (2008 - 582) TVT-O Procedural Steps |

Other Materials

| Pubically Available |
|---|
| 2011 ACOG Committee Opinion Number 513. Vaginal placement of synthetic mesh for pelvic organ prolapse. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;188-:1459-1464. |
| 2011 ACOG Frequently Asked Questions.  American College of Obstetricians and Gynecologists. ACOG FAQ12. |
| 2011 AUA Position Statement on the use of vaginal mesh for the repair of pelvic organ prolapse. |
| 2011 IUGA Pelvic Organ Prolapse A guide for women. |
| 2013 ACOG Frequently Asked Questions. American College of Obstetricians and Gynecologists. ACOG FAQ183. |
| 2013 AUGS Position Statement on restriction of surgical options for pelvic floor disorders. Advancing Female Pelvic Medicine and Reconstructive Surgery. 2013;March:1-6. |
| 2014 Mar 12 - AUGS SUFU Provider FAQs MUS for SUI |
| 2015 ACOG Practice Bulletin Summary of 155 |
| 2015 ACOG, AUGS Practice Bulletin 155 Full |
| FDA Executive Summary, Surgical Mesh for Treatment of Women with Pelvic organ Prolapse and Stress Urinary Incontinence, Obstetrics & Gynecology Devices Advisory Committee Meeting, Sept. 8-9, 2011. |
| FDA Public Health Notification.  2008. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/PublicHealthNotifications/ |
| FDA Public Health Notification.  2011. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435. |
| FDA, Medical Devices/Considerations about Surgical Mesh for SUI, http://www.fda.gov/medicaldevices/productsandmedicalprocedures/impla ntsandprosthetics/default.htm (updated March 27, 2013) |

| Other |
|---|
| TVT Instructions For Use |