# Exhibit B

# Stephen M. Factor, MD, FCAP, FACC
### PROFESSOR OF PATHOLOGY & MEDICINE
#### 19 Dan Beard Lane
#### Redding, CT 06896

Office (718) 918-4811
Fax   (718) 918-7855
stephen.factor@einstein.yu.edu

October 9, 2012

Nils B. (Burt) Snell, Esq.
Butler, Snow, O'Mara
  Stevens & Cannada, PLLC
Suite 400
500 Office Center Drive
Fort Washington, PA 19034

**Re:    Pamela Wicker**

Dear Mr. Snell:

I am the Chairman of the Department of Pathology at Jacobi Medical Center. I am licensed to practice medicine in the State of New York and I am also a Licensed Laboratory Director by the State of New York. I am certified by the American Board of Pathology in anatomic and clinical pathology. I have academic appointments in the Department of Pathology and the Department of Medicine (Division of Cardiology) at the Albert Einstein College of Medicine, Bronx, N.Y., where I serve as a fully tenured professor. I am a Fellow of the College of American Pathology and the American College of Cardiology. Additional information regarding my training, employment history, qualifications and publications are detailed in my curriculum vitae, which is attached.

I have reviewed pathological materials as set forth below and also attached is a list of materials that I have reviewed in this matter. The following is a description and analysis of the pathological materials pertaining to Mrs. Pamela Wicker and my opinions in this matter.

**CONFIDENTIAL**

**Pamela Wicker Pathology Materials:**

**Yale-New Haven: S08-37794, 10/20/08**
**Uterus & Cervix: Hysterectomy; Enterocoele, Excision**

**Cervix (1,2):** Multiple sclerotic vessels in cervix and endocervix; hyperkeratosis and parakeratosis of cervical mucosa, consistent with prolapse; focal chronic cervicitis with focally intense inflammation; squamous metaplasia of endocervix.
**Endocervix (3,4):** Sclerotic vessels, and nerves present in endocervical stroma; nerves are focally disordered and disrupted, deep in tissue towards outer (parametrial) surface; many hyalinized vessels with amorphous, hyaline material in adventitia; similar hyaline material around nerves; vessel (artery) with hyaline material in media and intima of vessel. [See below for description of Congo red staining].
**Endomyometrium (5,6):** Multiple sclerotic vessels with numerous vessels showing hyalinization by amorphous material; elastosis (?) of media and adventitia with resemblance to amyloid; endometrium with cystic atrophy; hyaline material is also in stroma; some vessels are completely occluded; hyaline material also focally involved nerves; no evidence of ischemic changes associated with occluded vessels.

**Congo red staining of endomyometrium slides 5,6:**

Two unstained slides were stained with Congo red for amyloid analysis. A (+) control revealed staining of tissue known to be affected by amyloidosis (orange-red by light microscopy, with apple-green bi-refringence by polarized microscopy). Staining of the endomyometrium revealed multiple small and large stromal vessels (arteries and veins) with focal deposition of amorphous material in intima/media/adventitia with strong staining by Congo red by routine microscopy. Many vessels affected by fibromuscular sclerosis with luminal stenosis and focal occlusion. Some interstitial staining by Congo red was present, mainly associated with small vessels. Polarized microscopy revealed apple-green bi-refringence consistent with amyloid protein deposition.

**Yale-New Haven: S09-4582, (Plaintiff's re-cut, dated 2/14/12)**
**Vaginal mesh revision (2/20/09)**

There were 8 pieces of tissue.
1. Vaginal mucosa with mesh fibers embedded in stroma; fibrosis with unremarkable chronic inflammatory response
2. Mesh fibers/stroma/fibrosis (no mucosa) – central area of recent necrosis with mesh fibers and maturing granulation tissue; ? area of surface erosion with fibrin and red blood cells
3. Piece of tissue with stroma/fibrosis/mucosa - ?erosion, with chronic inflammatory response; central area of stroma with edema and fibrin; adjacent to mucosa without mesh fibers
4. Similar to #3; stroma/mesh fibers/chronic inflammation – focal fibrin and edema; minimal to absent neutrophils (PMNs), with no mucosa

2

5. Mucosa with deep mesh fibers surrounded by fibrosis and mild-moderate chronic inflammation – mesh approximately 2 mm from surface (entire tissue is 3 mm in thickness), and mesh is at margin
6. Mucosa with small area of mesh associated with chronic inflammation at the edge
7. Piece of tissue with definite erosion, described in more detail below
8. Piece with mucosa and no mesh

The tissues described above were irregular fragments of fibrous tissue with multiple mesh fibers and spaces consistent with mesh falling out of the section. The residual fibers were bi-refringent by polarized light. Lymphocytes, monocytes, scattered eosinophils with focal degranulation, and multinucleated foreign-body giant cells (MNGC) were variably present. In several fragments with mesh, the inflammatory response was not intense or remarkable. There was another segment with focally dense (intense) lymphocytic inflammation immediately below mucosa, but without mesh. The eroded specimen had islands of squamous mucosa with focal necrosis, associated with PMNs, eosinophils, and macrophages. The vaginal mucosa was eroded associated with mesh fibers, PMNs and eosinophils. The necrosis/erosion was acute/recent. The surface erosion had a deeper area of mesh fibers with surrounding necrosis and acute inflammation.

The area of erosion did not appear infected (no bacterial colonies or abscesses; but superinfection can only be ruled out by culture). The mesh was surrounded by fibrous tissue. The inflammatory response was not remarkable or intense, except in the eroded segment the inflammation was acute and chronic. Intense chronic inflammation was focally below the mucosa, in a segment without mesh.

Defense slides (re-cut 9/4/12) showed the area of erosion as above. One piece with mesh fibers, evenly spaced in stroma consistent with fibrosis extending through mesh interstices (approximately 2 mm spaces).

**UCLA: S09-12315 (Tissues have multiple ink marking dots)**
**Removal of mesh from vagina (7/9/09)**

Fibrous tissue with multiple clusters of mesh fibers (some residual bi-refringent fibers; others with spaces consistent with fibers fallen out of tissue), surrounded by fibrous tissue and chronic inflammation (macrophages). Inflammation is not intense. Some mesh fibers are associated with small amounts of compact fibrin. No PMNs; few MNGC. Most of tissue is hyalinized or paucicellular; most have spindle-cells consistent with fibroblasts. Tissues polarize consistent with type I collagen (regular periodicity consistent with 640 nm). A few small areas of hyalinization are not bi-refringent consistent with altered glycosylated collagen, elastosis, or amyloid (tissues were examined prior to congo red staining of S08-37794). There are dots around the hyalinized areas. Hyalinized foci are not associated with mesh fibers.

3

**UCLA: S12-18948 (Defense slides)**

A1-2: Fibrous tissue with diffuse cautery artifact.
A1-3: Fibrous tissue with mesh fibers, chronic inflammation, MNGC, and bony
metaplasia (small foci). There were multiple blood vessels (both patent and occluded)
with amorphous hyaline material in the vessel walls and adventitia, identical to uterine
vessels with confirmed amyloid deposition. Similar amorphous tissue was also present in
the stroma. The slides were similar to the Plaintiff's set of slides.

**Conclusions:**

The tissue response to PROLIFT Ethicon Mesh is not unusual or unique. It is similar to
the response secondary to implantation of all foreign materials used for tissue support
including sutures (mono- and polyfilament), Dacron, PTFE, and bio-materials that I have
studied. Foreign bodies, and specifically mesh of all types and pore size, elicit fibrosis
with ingrowth of type I collagen between the mesh pores in order to incorporate the mesh
into the tissue for biological support(and in the case of vascular grafts, to prevent blood
vessel leakage). Fibrosis, regardless of whether it is secondary to traumatic or iatrogenic
injury, or a response to tissue necrosis or damage, elicits a chronic inflammatory response
in association with the maturation of the collagen fibers. The development of collagen,
including that secondary to the use of mesh, leads initially to granulation tissue
(capillaries and fibroblasts, with deposition of pro-collagen, immature collagen (type III),
and finally mature type I collagen over time. This process of collagen being secreted by
fibroblasts and maturing is always associated with inflammation. During granulation
tissue there are PMNs and mononuclear cells; as granulation tissue evolves into fibrosis
and neo-vasculature, the inflammatory component consists of mononuclear cells
(lymphocytes, monocytes, plasma cells, and variable eosinophils). If the fibrosis develops
in response to a foreign body, including mesh implantation, then the inflammatory
response includes reactive macrophages, and MNGC (with both derived from
monocytes). If foreign bodies are present, the inflammatory response is chronic and
persistent. It is also important, when evaluating tissue fibrosis and inflammation
associated with foreign material, to recognize that patient responses are variable and
unpredictable. For unknown reasons, some patients may have a much more intense
response than others, even when using similar materials and surgical techniques.

Surgery, *per se*, regardless of whether foreign material is used (including sutures) will
lead to tissue damage with necrosis of connective tissue and fat. There is always some
degree of associated damage to blood vessels, and tissue nerve bundles, leading to
entrapment. These responses also are not unique to mesh.

Erosions of foreign materials (including meshes of all types) also are not unique or
atypical. It is not unusual or uncommon to observe erosion of mesh materials in inguinal
or umbilical hernia repairs; with PTFE used for vascular grafts (often arterio-venous
fistulae) with erosion through the skin. Erosions of any type lead to a more pronounced
inflammation at the site, with both an acute and chronic inflammatory response, edema,
and fibrin deposition. Thus the response seen in Ms. Wicker's tissues (S09-4582), in the

focal fragment(s) with erosion, was not unusual, and cannot be specifically ascribed to Ethicon mesh.

As demonstrated in S08-37794, Ms. Wicker had a degenerative condition before any mesh was implanted. Amyloidosis is an irreversible deposition of water-insoluble 12 nm microfibrils due to multiple different etiologies. Without special testing (e.g. serum protein electrophoresis, and immunohistochemistry, among others), it cannot be determined what was the cause of her amyloidosis. The common etiologies include that due to immunological light chains (often secondary to plasma cell dyscrasia or multiple myeloma); transthyretin (a protein often associated with cardiac deposition); or SAA (due to chronic inflammatory processes such as chronic osteomyelitis, or chronic tuberculosis). However, there are multiple additional etiologies, with varied proteins forming the amyloid deposits (one of the most widespread is the amyloid in cerebral plaques of patients with Alzheimer's disease). Virtually all amyloid, regardless of etiology, stains with Congo red with apple-green bi-refringence, or with a fluorescent dye, thioflavin. Both can only confirm the presence of amyloid, but not its subtype. Amyloid also may deposit in variable ways in tissue. It may be limited to blood vessels, and be present only in specific organs and not elsewhere (e.g. cardiac amyloid of the elderly, and brains of patients with Alzheimer's disease). In Ms. Wicker's case, the amyloid affected blood vessels, both large and small, but was present within fibromuscular stroma, and infiltrated occasional nerves. Whether it was limited to her gynecologic organs is unknown. Amyloid also may affect tissue tensile strength, as it interferes with collagen fiber cross-linking. Thus its presence in Ms. Wicker's gynecologic tissue may have contributed to the mesh erosions that developed (and also may have caused the uterine prolapse and pelvic floor weakness that led to the use of mesh, in the first place). Amyloid, by infiltrating blood vessels and leading to stenosis and focal occlusion, may have further pre-disposed her to erosion of mesh by ischemic injury of fibromuscular connective tissue, and ulceration of mucosa. Although fibromuscular connective tissue has a relatively low oxygen requirement, it still can undergo necrosis if there is inadequate blood flow. The only areas in which actual necrosis was identified was in the tissue with erosion (S09-4582). Thus, it is possible that the erosion was not specifically caused by the mesh, but was secondary to tissue damage as a result of her underlying vascular and stromal amyloidosis.

In conclusion, it is my opinion stated within a reasonable degree of medical certainty, that there is nothing unique about the response seen in Ms. Wicker's tissues to the Ethicon mesh. She did not have "intense" or remarkable inflammation, and the tissues affected by amyloid were damaged independent to the mesh emplacement. The focus of Dr. Welch's report of May 15, 2012, ascribing a "…florid chronic inflammatory response, [that] is not mild or minimal…[that] led to extensive fibrosis and scarring which has destroyed blood vessels, and trapped nerves thus likely interfering with normal tissue nourishment and function and causing pain," is not supported by the findings nor by an understanding of normal tissue responses to foreign bodies of all types. It is an overstatement of the nature and causes of the inflammation and scarring, and it completely overlooks the contributions of amyloidosis to blood vessel damage, nerve entrapment, and potential effects on tissue nourishment.

5

All of the statements and opinions expressed in this report have been done so within a reasonable degree of medical certainty.  I reserve the right to supplement my opinions and respond to the testimony of Dr. Welch.  I may also provide additional testimony in response to testimony of plaintiff's experts on subjects which are within the scope of my professional expertise.

Sincerely,

Stephen M. Factor, M.D.
Professor of Pathology & Medicine
Albert Einstein College of medicine
Chairman, Department of Pathology
Jacobi Medical Center

**LIST OF MATERIALS – PAMELA WICKER**

**I.  PATHOLOGY / MEDICAL RECORDS / OTHER RECORDS**

Pathology slides in the Wicker case

Disc containing pictures of pathology slides for Wicker case

Operative and Pathology Reports for Wicker

Pamela Wicker
A Different Approach, 1-35
Allan Abramson, 1
Associated Neurologists of Southern Connecticut, 1-18
Diane Berson, 1-8
Louis Bigliani, 1-20
Carl Mueller, 1-6
Christopher Linstrom, 1-9
Coastal Orthopaedics, 1-4
Columbia Orthopaedics, 1-4
Roy Davidovitch, 1-20
Yale Uro, 1-34
Michael Starr, 1
Ping Yu, 1-3
Weinstein, 1-21
Erika Schwartz, 1-59
Frank Clark Urological Center, 1-98 (medical records), 1-6 (billing)
Richard Gacek, 1-3
Gastroenterology Consultants, 1-16
Greenwich Dermatology, 1-10
Greenwich Hospital, 1-66 (medical records), 1-6 (billing)
Hip and Pelvis Institute, 1-39
Hospital for Special Surgery, 1-172 (medical records), 1-17 (billing)
James Talbot, 1-28
Long Island Jewish Medical Center, 1
Mark Goldstein, 1
Medical Center of Plano, 1
Medicare Medicaid, 1
Moore Center for Physical Therapy, 1-60
Neurology Associates of Norwalk, 1-12
New Canaan, 1-60
Norwalk Hospital, 1-6 (medical records), 1-12 (billing)
NY Orthopedics, 1-6
Obstetrics and Gynecology Associates, 22-111

Orthopaedic & Neurosurgery Specialists, 1-62
Patricia Wexler, 1-29
QFC Pharmacy, 1
Russel Huang, 1-12
Sean McCance, 1-6
Shoreline Medical, 1-110
Smith Institute, 1-34
Soundview Medical, 1-112
Stamford Cosmetic, 1-13
Stamford Hospital, 1-76 (medical records), 1-6 (billing)
UCLA Medical Center, 1-33
Urology Associates of Norwalk, 1-4
Varnum's Pharmacy, 1-52
Women's Health Care of New England, 1-37
Women's International Pharmacy, 1
Women's Specialists of Plano, 1
Yale Urogynecology and Reconstructive Pelvic Surgery, 1-87
Yale New Haven, 1-56 (medical records), 1-8 (billing)
Medical records provided by plaintiff
SSA Records, 1-3
WICKERP_GH_MDR00001-5
Pamela Wicker Complaint and Plaintiff Fact Sheet


## II. DEPOSITIONS AND EXHIBITS

Pamela Wicker, 4.2.12
Pamela Wicker, 4.3.12
Richard Bercik, 3.22.12
William Wicker, 4.3.12
Kevin Benson, 4.9.12
Bradley Gross, 6.6.12
Jeffrey Gross, 10.14.10
Linda Gross, 10.12.10

Linda Gross, 10.13.10
Linda Gross, 4.10.12
Terry Gross, 6.6.12
Tyler Gross, 6.6.12
Mary Johnson, 6.8.12
Jacalynn Lake, 6.8.12
Clark Likness, 6.7.12
Emanual Trabuco, 6.28.12
Edwin Gerrish, 7.30.12
Julie Gollnick, 7.31.12
Karen Holscher, 7.31.12

Alan Lawrence, 7.30.12
Patrick Retterath, 7.30.12

## III. ARTICLES / OTHER

Abdel-fattah, et al (2008) Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapsed

Abed, et al. (2011) Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapsed repair with graft materials: a systematic review

Afonso, et al. (2007) Mechanical properties of polypropylene mesh used in pelvic floor repair

Altman, et al. (2007) Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair

Altman, Daniel (2009) Sexual Dysfunctino after Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse

Altman, Daniel (2007) Short-term outcome after transvaginal mesh repair of pelvic organ prolapsed

Azevedo (2004) Understanding the Enzymatic Degradation of Biodegradable Polymers and Strategies to Control Their Degradation Rate

Bafghi, et al. (2005) Comparison between monofilament and multifilament polypropylene tapes in urinary incontinence

Barbolt (2006) - Biology of Polypropylene/Polyglactin 910 grafts

Binnebosel (2010) Impact of mesh positioning on foreign body reaction and collagenous ingrowth in a rabbit model of open incisional hernia repair

Binnebosel (2011) Biocompatibility of prosthetic meshes in abdominal surgery

Birch (2002) The role of synthetic and biological prostheses in reconstructive pelvic floor surgery

Blais (1976) The photo-oxidation of Polypropylene Monofilaments

Boukerrou (2007) Study of the biomechanical properties of synthetic mesh implanted in vivo

Boukerrou (2008) Tissue resistance of the tension-free procedure: What about healing?

Boulanger (2006) Tissue integration and tolerance to meshes used in gynecologic surgery: An experimental study

Boulanger (2008) Bacteriological Analysis of Meshes Removed for Complications after surgical management of urinary incontinence or pelvic organ prolapse

Boulanger (2008) Development of an animal model to study meshes used in genital prolapse surgery

Bracco, et al. (2005) Comparison of polypropylene and polyethylene terephthalate (Dacron) meshes for abdominal wall hernia repair: A chemical and porphological study

Bringman (2010) Hernia repair: the search for ideal meshes

Caquant, et al. (2008) Safety of Trans Vaginal Mesh procedure: Retrospective study of 684 patients

Clave, et al. (2009) Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants

Cobb (2005) The Argument for lightweight Polypropylene Mesh in Hernia Repair

Cobb (2006) Textile Analysis of Heavyweight, Mid-Weight and Light-Weight Polypropylene Mesh in a Porcine Ventral Hernia Model

Cobb, Heniford (2009) Mesh Terminology 101

Cosson (2003) Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal materials?

Cosson (2004) A biomechanical study of the strength of vaginal tissues Results on 16 post-menopausal patients presenting with genital prolapse

Cosson (2012) Biomechanical Properties of Human Pelvic Organs

Cosson, et al. (2005) Prolift (Mesh (Gynecare) for Pelvic Organ Prolapse Surgical Treatment
Using the TVM Group Technique: A Retrospective Study of 687 Patients

Costello (2007) Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient

Costello, et al. (2007) Materials Characterization of Explanted Polypropylene Hernia Meshes

Cozad (2010) Material characterization of explanted polypropylene, polyethylene terephthalate, and expanded polytetraflouroethylene composites: Spectral and thermal analysis

Davila, et al. (2006) Clinical implications of the biology of grafts: conclusions of the 2005 IUGA Grafts Roundtable

Debodinance (1999) Tolerance of synthetic tissues in touch with vaginal scars review to the point of 287 cases

Deprest (2005) Synthetic and Biodegradable Prostheses in Pelvic Floor Surgery

Deprest (2006) The biology behind fascial defects and the use of implants in pelvic organ prolapse repair

Deprest (2007) Tensile Strength and Host Response towards Silk and Type I Polypropylene Implants Used for Augmentation of Fascial Repair in a Rat Model

Dietz (2003) Mechanical properties of urogynecologic implant materials

Dora, et al. (2004) Time Dependent Variations in Biomechanical Properties of Cadaveric Fascia, Porcine Dermis, Porcine Small Intestine Submucosa, Polypropylene Mesh and Autologous Fascia in the Rabbit Model: Implications for Sling Surgery

Dwyer (2006) Evolution of biological and synthetic grafts in reconstructive pelvic surgery

Elmer, Caroline (2009) Histological Inflammatory Response to Transvaginal Polypropylene Mesh for Pelvic Reconstructive Surgery

Elmer, Caroline (2009) Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse

Elmer, Caroline (2012) Risk Factors for Mesh Complications after Trocar Guided Transvaginal Mesh Kit Repair of Anterior Vaginal Wall Prolapse

Eth Doc (2012) PSE Study No. 08-0311 (Shrinkage)

FDA Reclass on PP Sutures

Iglesia, et al. (2010) Abstract Vaginal Mesh for Prolapse: A Randomized Controlled Trial

Jacquetin (2004) Conceptual Advances in the Surgical Management of Genital Prolapse

Jacquetin, et al. (2010) Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study

Jacquetin, et al. Abstract Prospective Clinical Assessment of the Trans Vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse – One Year Results of 175 Patients

Julian (1996) The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall

Junge (2009) Adhesion formation of a polyvinylidenfluoride/polypropylene mesh for intra-abdominal placement in a rodent animal model

Karlovsky, et al. (2005) Synthetic Biomaterials for Pelvic Floor Reconstruction

Klinge (1998) Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair

Klinge (1998) Shrinking of Polypropylene Mesh in vivo: An Experimental Study in Dogs

Klinge (1999) Foreign Body Reaction to Meshes Used for the Repair of Abdominal Wall Hernias

Klinge (2002)  Functional and morphological evaluation of a low-weight, monofilament Polypropylene Mesh for Hernia Repair

Klinge (2002)  Influence of implantation interval on the long-term biocompatibility of surgical mesh

Klinge (2002)  PVDF as a new polymer for the construction of surgical meshes

Klinge (2002) Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model

Klinge (2002) Influence of Mesh Materials on Collagen Deposition in a Rat Model

Klinge (2003) Open Mesh Repair

Klinge (2003) Vypro II® Mesh in Hernia Repair: Impact of Polyglactin on Long-Term Incorporation in Rats

Klinge (2004) - Polypropylene in the intra-abdominal position_ Influence of pore size

Klinge (2005) Influence of polyglecaprone 25 (Monocryl) supplementation on the biocompatibility of a polypropylene mesh for hernia repair

Klinge (2005) The lightweight and large porous mesh concept for hernia repair

Klinge (2006) Light weight meshes in incisional hernia repair.

Klinge (2007) Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response

Klinge (2007) Polymeric meshes induce zonal regulation of matrix metalloproteinase-2 gene expression by macrophages and fibroblasts

Klinge (2008) New polymer for intra-abdominal meshes-PVDF copolymer

Klinge (2010) Large-Pore PDS Mesh Compared to Small-Pore PG Mesh

Klinge (2011) Comparison of Long-Term Biocompability of PVDF and PP Meshes

Klinge (2012) In vivo MRI visualization of mesh shrinkage using surgical implants loaded with superparamagnetic iron oxides

Klinge (2012)  Mesh biocompatibility: effects of cellular inflammation and tissue remodelling

Klinge (2012)  Modified classification of surgical meshes for hernia repair based on the analyses of 1,000 explanted meshes

Klinge, et al. (2002) Impact of Polymer Pore Size on the Interface Scar Formation in a Rat
Model (ETH.MESH.02221640 – ETH.MESH.02221646)

Klosterhalfen (2003) Biological response to mesh

Klosterhalfen, et al. (2005) The lightweight and large porous mesh concept for hernia repair (ETH.MESH.02221647 – ETH.MESH.02221661)

Laroche (1995) Polyvinylidene Floride Monofilament Sutures: Can They Be Used Safely for Long-Term Anastomoses in the Thoracic Aorta?

Lucente, et al. Abstract Trans-Vaginal Mesh (TVM): An Innovative Approach to Placing Synthetic Mesh Transvaginally for Surgical Correction of Pelvic Support Defects – Peri-Operative Safety Results

Mary (1998) Comparison of the In Vivo behavior of Polyvinylidene Flouride and Polypropylene Sutures Used in Vascular Surgery

Miller, et al. (2011) Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse – 5-year Results

Moalli (2012) Uniaxial biomechanical properties of seven different vaginally implanted meshes for pelvic organ prolapse

Moore, et al. (2009) Vaginal Mesh Kits for Pelvic Organ Prolapse, Friend or Foe: A Comprehensive Review

Mouritsen (2007) Vaginal pressure during daily activities before and after vaginal repair

Muhl (2008) New Objective Measurement to Characterize the Porosity of Textile Implants

Nieminen, et al. (2008) Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh

Nilsson, et al. (2008) Eleven years prospective follow-up of the the tension-free vaginal tape procedure for treatment of stress urinary incontinence

Ostergard (2011) Degradation, infection and heat effects on polypropylene mesh for pelvic implantation: what was known and when it was known

Ozog (2011) Persistence of polypropylene mesh anisotropy after implantation: an experimental study

Ozog (2011) Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair

Pandit, et al. (2004) Design of surgical meshes – an engineering perspective

Pascual (2008) Early tissue incorporation and collagen deposition in lightweight polypropylene meshes: bioassay in an experimental model of ventral hernia

Rubod & Cosson (2008)  Biomechanical properties of vaginal tissue - preliminary results

Scheidbach (2004) - In vivo studies comparing the biocompatibility of various polypropylene meshes and their handling properties during endoscopic total extraperitoneal (TEP) patchplasty

Schug-Paff (2008) A lightweight, partially absorbable mesh (Ultrapro) for endoscopic hernia repair: experimental biocompatibility results obtained with a porcine model

Sivaslioglu, et al. (2008) A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocele

Sokol 1-Year Objective and Functional Outcomes of a Randomized Clinical Trial of Vaginal Mesh for Prolapse (VAMP) (ETH.MESH.00410458 – ETH.MESH.01823861)

Stanford, et al. (2005) The Use of Mesh in pelvic reconstructive surgery

Tsui, et al. (2005) Complications of synthetic graft materials used in suburethral sling procedures

Usher (1958) Use of marlex mesh in the repair of incisional hernias

Usher (1959) Further observations on the use of marlex mesh – a new technique for the repair of inguinal hernias

Usher (1962) Polypropylene monofilament - a new biologically inert suture for closing contaminated wounds

Williams (1982) Biodegradation of Surgical Polymers

Williams (1992) Mechanisms of Biodegradation of Implantable Polymers

Williams (1994) Biodetrioration/biodegradation of polymeric medical devices In Situ

Winters (2011) Vaginal and Abdominal Reconstructive Surgery for Pelvic Organ Prolapse – Chapter 72 in Wein 10th Ed.

Withhagen, Mariella (2010) Does trocar-guided tension-free vaginal mesh (Prolift) repair provoke prolapse of the unaffected compartments?

Withagen, Mariella (2011) Risk Factors for Exposure, Pain, and Dyspareunia after Tension-Free Vaginal Mesh Procedure

Woodruff (2008) Histologic Comparison of Pubovagianl Sling Graft Materials A comparative Study

Gynecare Gynemesh PS Nonabsorbable Prolene Soft Mesh IFU

Gynecare Prolift IFU dated 2004 (Exh. 10) ETH-00295 – ETH-00300

Gynecare Prolift IFU dated 2009 (Exh. 13) ETH-10977 – ETH-10983

Anatomic Overview of Prolift Anterior and Posterior Procedure

Gynecare Prolift Pelvic Floor Repair Systems Procedure DVD

TVT  IFUs

Gynemesh PS A New Mesh for Pelvic Floor Repair – Early Clinical Experience

Gynecare Prolift Pelvic Floor Repair System Surgical Technique Guide

Ethicon Memo to R. Roussesau from Thomas Barbolt dated 12/2/99 re:
Biocompatibility Risk Assessment for Soft PROLENE Mesh

Ethicon Report, PSE Accession No. 00-272, Project No. 48010 Design Verification:
Evaluation of Visibility, Hardness, Resistance to Cannula Damage, and Fixation
Properties of Soft Prolene Mesh ETH.MESH00220901 – 0911

Ethicon March 5, 2001 Memo to Prolene Soft Mesh Team re: Prolene Soft Mesh
Validation Completion Report for Pre and Intra-Operative Usage from Mark Mooney
Ethicon Final Report PSE Accession No. 00-0035 An Exploratory 91-day Tissue
Reaction Study of Polypropylene-Based Surgical Mesh in Rats (PSE ACC. NO. 00-
0035) dated 7/11/01

Ethicon December 2, 2001 Memo to Maggie D'Aversa from David Stoloff re:
Gynemesh Prolene Soft Mesh – Preclinical Functionality Testing Strategy
ETH.MESH.00220875 – 0877

Ethicon Final Report PSE Accession No. 01-0321, Project No. 48010 A 28-day
Tissue Reaction Study of Prolene Polypropylene Mesh and Autoclaved Prolene
Polypropylene Mesh Implanted Intramuscularly and Subcutaneously in Rats dated
5/23/02 – ETH.MESH02216602 – 6611

Ethicon Final Report PSE Accession No. 02-0079 14-day Adhesion Prevention Study
of Interceed Fabric, PDS or POE VI-Based Films on Prolene-Soft, Pronova, or Vypro
Mesh, and Competitive products in the Rabbit Sidewall Model with Peritoneal
Defects dated 10/28/02 – ETH.MESH.021338843 – 3861

Ethicon Report PSE Accession No. 02-0579 Project No. 48010, Histological
Evaluation and Comparison of Mechanical Pull Out Strength of Prolene Mesh and
Prolene Soft Mesh in a Rabbit Model dated  3/5/03.  First page only numbered
0300241

Ethicon Report dated 1/19/05 Biocompatability Risk Assessment for Gynecare PROLIFT Total Pelvic Floor Repair System ETH.MESH.01310817 - ETH.MESH.01310829

Ethicon Completion Report: BE-2004-1606 Design Verification for the Gynecare Prolift Kit – Interface, Human Factors, Function, and Clinical Requirements dated 1/27/05 ETH.MESH.01310776 – 0812

Clinical Study Report Evaluation of the TVM technique for treatment of genital prolapse dated 6/27/06 – Clinical assessment of feasibility, complications and effectiveness at twelve months, three years and five years of the TVM technique for genital prolapse ETH.MESH.00012009 - ETH.MESH.00012089

Clinical Study Report Evaluation of the TVM technique for treatment of genital prolapse dated 6/28/06 – Clinical assessment of the TVM technique for treatment of genital prolapse. Final report of 12-month evaluation.  ETH.MESH.00012090 - ETH.MESH.00012163

Final Report PSE Study No. 08-0311; Project No 67624 – A 6-month Pilot Study to Evaluate Matrix Materials in a Rabbit Subcutaneous Implantation Model dated 2/24/12

Chart comparing Ethicon, AMS and Bard's products by Characteristic, Area Weight, Largest Pore Size (n=5), Porosity, Bending Stiffness-Body, and Burst Pressure – Body

Ethicon Performance Evaluation Technical Report Assessment of Competitor Pelvic Floor Repair Meshes, Version 1 Study Number CPC-2006-0552 ETH.MESH.02181321 – 1337

International Urogynecological Association: The Usage of Grafts in Pelvic Reconstructive Surgery Symposium 2005

Uwe Klinge Expert Report


Thomas Muhl Expert Report

Thomas Mang Expert Report

Donald Kreutzer Expert Report

William Welch Expert Report

Michael Margolis Expert Report on Wicker

Ronni Seltzer Expert Report on Wicker

Claire Serrato Expert Report on Wicker

Ann Weber Expert Report on Wicker

William Welch Expert Report on Wicker

*Stephen M. Factor, M.D.*

*October, 2012*

<u>CURRICULUM VITAE</u>

Name:  Stephen Michael Factor, M.D.

Date of Birth:  October 28, 1942

Place of Birth:  New York, NY

Nationality:  USA

Present Title:  Professor of Pathology and Professor of Medicine (Cardiology) with tenure

Board Certification:  Anatomic and Clinical Pathology, 1975

Licensure:  New York State, #108706, 1971
            New York State Licensed Laboratory Director

**EDUCATION:**
    Queens College of the City University of New York, NY, B.A., 1964
    Albert Einstein College of Medicine, Bronx, NY, M.D., 1968

**HONORS:**
Albert Einstein College of Medicine, Bronx, NY:

| | |
|---|---|
| Alpha Omega Alpha Honor Society (election Junior year) | 1967 |
| Abraham and Joseph Spector Fellowship in Pathology | 1978-present |
| Leo M. Davidoff Society for excellence in teaching | 1988 |
| Tenured appointment | 1989 |
| First recipient, Harry Eagle Award for Outstanding Basic Science Teaching | 1995 |
| Distinguished Alumnus (selected from over 8,000 graduates) | 1998 |

National:

| | |
|---|---|
| Fellow, American College of Cardiology | 1983 |
| Fellow, New York Cardiological Society | 1985 |
| Fellow, College of American Pathologists | 1986 |
| President, Society for Cardiovascular Pathology | 1988-1989 |
| Editor-in-Chief and Founding Editor, CARDIOVASCULAR PATHOLOGY | 1991-2001 |
| Fellow, Wildlife Conservation Society | 1999-2002 |

1

*Stephen M. Factor, M.D.*

## CLINICAL AND ADMINISTRATIVE RESPONSIBILITIES:

Jacobi Medical Center (formerly Bronx Municipal Hospital Center), Bronx, NY

|  |  |
|---|---|
| Director, Department of Anatomic Pathology | 1985-1997 |
| Member, Executive Committee, Medical Board | |
| Attending Pathologist | |
| Chairman, Department of Pathology | 1997- |
| Chairman, Search Committee for Chairman, | |
|     Department of Surgery | 2010-2011 |
| Member, Executive Committee, New York Medical Associates (NYMA) | |

## PROFESSIONAL EXPERIENCE:

University of Michigan Hospitals, Ann Arbor, MI

Department of Surgery

| | |
|---|---|
| Intern | 1968-1969 |
| Resident | 1969-1970 |

Albert Einstein College of Medicine and Affiliated Hospitals,
Bronx Municipal Hospital Center and Weiler Hospital of the Albert Einstein College of Medicine, Bronx, NY

Department of Pathology

| | |
|---|---|
| Resident, Anatomic and Clinical Pathology | 1970-1971 |

| | |
|---|---|
| United States Army Medical Corps | 1971-1973 |
| Captain (1971), and Major (1972-1973) | |
| Martin Army Hospital, Fort Benning, GA | |
| Chief, Anatomic Pathology Service | 1972-1973 |

Homer Cobb Memorial Hospital, Phenix City, AL

| | |
|---|---|
| Visiting Pathologist | 1972-1973 |

Albert Einstein College of Medicine and Affiliated Hospitals,
Bronx Municipal Hospital Center and Weiler Hospital of the Albert Einstein College of Medicine, Bronx, NY

Department of Pathology

| | |
|---|---|
| Resident, Anatomic and Clinical Pathology | 1973-1975 |
| Chief Resident | 1974-1975 |

Albert Einstein College of Medicine, Bronx, NY

*Department of Pathology*

| | |
|---|---|
| Assistant Instructor | 1974-1975 |
| Assistant Professor | 1975-1980 |
| Associate Professor | 1980-1985 |
| Professor | 1985 |
| Tenured appointment | 1989 |
| Vice Chairman for Anatomic Pathology | 1993-1995 |

*Stephen M. Factor, M.D.*

*Department of Medicine*
| | |
|---|---|
| Associate Professor, Division of Cardiology | 1987 |
| Professor, Division of Cardiology | 1989 |
| Tenured appointment | 1989 |

**MEDICAL SCHOOL SERVICE:**
Albert Einstein College of Medicine, Bronx, NY:
| | |
|---|---|
| Student-Faculty Senate, elected Senator | 1976-1981 |
| | 1982-1986 |
| | 1988-1990 |
| | 1990-1992 |
| | 1993-1995 |
| Student Promotions Committee | 1978-1998 |
| Dean's Advisory Committee on the Electron Microscopy Center | 1980-1981 |
| Space Committee | 1983-1984 |
| Committee on Appointments and Promotions, Professors | 1985-1990 |
|     Co-chairman | 1988-1989 |
|     Chairman | 1989-1990 |
| Search Committee, Chairman Physiology and Biophysics | 1988-1991 |
| Search Committee, Chairman Cardiothoracic Surgery | 1988-1990 |
| Chairman, Subcommittee for Institutional Self-Study, | |
|     Clinical Departments, LCME | 1990-1991 |
| Educational Policy and Planning Committee | 1991-1995 |
|     Co-chairman | 1992-1995 |
| Tenure Committee | 1996-1999 |
| Division of Education, Co-chairman | 1996-2000 |
| Search Committee, Chairman Internal Medicine | 1998-1999 |
| Division of Education, Executive Committee | 2000-present |
| Medical School Student Admission Committee | 1977-present |
|     Co-chairman | 1987-2010 |
| Basic Science Course Leaders Committee | 2003-present |
| Scientific Foundations of Medicine Committee | 2003-present |

**WITHIN THE DEPARTMENT OF PATHOLOGY:**
| | |
|---|---|
| Chairman, Resident Affairs Committee | 1976-1983 |
| Chairman, Resident Selection Committee | 1983-1985 |
| Course Leader & Primary Lecturer in Cardiovascular Pathology | |
|     and Medicine | 1976-present |
| Senior Faculty Advisory Committee | 1986-1993 |
| Steering Committee | 1993-1995 |

3

*Stephen M. Factor, M.D.*

**INVITED LECTURES & PROGRAM CHAIRMANSHIPS (SELECTED):**   1983-present
Blenheim Conference on Ischemic Heart Disease
    Blenheim Palace, England
    Invited participant-1983

Chinese Academy of Medical Sciences
    Peoples Republic of China
    Invited lecturer, 10 Medical Schools-1985

Third Antwerp-La Jolla-Kyoto Research Conference on Cardiac Function
    Kyoto, Japan
    Invited participant, and Session Chairman-June, 1987

Fourth World Congress for Microcirculation
    Tokyo and Osaka, Japan
    Invited participant and Session Chairman-July-August, 1987

International Society for Heart Research
    European Division, Budapest, Hungary
    Invited participant and Session Chairman-September, 1987

Inflammatory Heart Disease
    Snowmass, CO
    Invited participant-July, 1988

International Society for Heart Research
    European Division, Oxford, England
    Session Chairman-September, 1988

American Heart Association, 61st Annual Scientific Session
    Washington, D.C.
    Session Co-chairman-November, 1988

NIH Conference on Modeling in Biomedical Research
    Invited speaker-May, 1989

International Symposium on the Diabetic Heart
    Tokyo, Japan
    Invited speaker and Session Chairman-October, 1989

American Heart Association, 62nd Annual Scientific Session
    New Orleans, LA
    Session Co-Chairman-November, 1989

Conference on Diabetes

4

*Stephen M. Factor, M.D.*

Montpelier, France
Invited speaker-July, 1990

University of Pennsylvania, Department of Cardiothoracic Surgery
Philadelphia, PA
Invited speaker-August, 1990

Endocrines and the Heart
Brussels, Belgium
Invited speaker-October, 1990

Frontiers in Heart Failure
Whistler, British Columbia
Invited speaker-February, 1991

Society for Cardiovascular Pathology
Chicago, IL
Invited speaker-March, 1991

Chairman, Mini-Symposium on Cardiovascular Pathology, FASEB
Atlanta, GA-April, 1991

Second International Symposium on Myocarditis
Airlie, VA
Invited speaker-May, 1991

International Symposium on Idiopathic Dilated Cardiomyopathy
Baden-Baden, Germany
Invited speaker-January, 1992

Cellular Abnormalities Associated with Cardiomyopathies in Animals
Tokyo, Japan
Invited Speaker
Member, International Advisory Committee-May, 1992

Symposium on Ischemic Heart Disease International Academy of Pathology
Madrid, Spain
Invited Speaker-October, 1992

Second International Cardiovascular Pathology Course University of Toronto
Invited Speaker-June, 1992

*Stephen M. Factor, M.D.*

Third International Symposium on the Pig Model for Biomedical Research (Hypertrophic
    Cardiomyopathy)
    Taipei, Taiwan
    Invited Speaker-November, 1992

American Physiology Society (FASEB)
    Symposium Speaker-April, 1993

International Society for Heart Research (ISHR)
    Symposium Speaker-June, 1993

National Taiwan University, Taiwan
Kaoshshiung Medical College, Taiwan
Chinese University of Hong Kong
    Invited Lecturer-October, 1993

XIIth World Congress of Cardiology
    Berlin, Germany
    Invited Speaker-September, 1994

XXth International Congress of the International Academy of Pathology
    Hong Kong
    Symposium Chairman and Organizer-October, 1994

Congress of the Italian Society of Cardiology
    Rome, Italy
    Invited Lecturer and Honoree of the Cardiovascular
    Pathology Group-December, 1994

American Society of Investigative Pathology
    Atlanta, GA
    Symposium Co-chairman and Lecture-April, 1995

Chagas' Heart Disease Symposium
    Milan, Italy
    Invited Speaker-June, 1995

Symposium on Hypertensions and Diabetes Mellitus
    Budapest, Hungary
    Invited Speaker-July, 1995

Dedication of Cardiovascular Center, Pig Research Institute of Taiwan
    Maioli, Taiwan
    Keynote Speaker-October, 1995
Keystone Symposium, Immunologic Aspects of Cardiovascular Disease

6

*Stephen M. Factor, M.D.*

Invited Speaker-January, 1997

International Society for Heart Research
     Symposium Co-chairman
     Vancouver-July, 1997

US & Canadian Academy of Pathology
     Cardiovascular Pathology Symposium
     Boston, MA
     Invited Speaker-March, 1998

Oklahoma University Health Sciences Center
     Oklahoma City, OK
     Invited Speaker-November, 1998

Heart Failure Society of America
     San Francisco, CA
     Invited Speaker-September, 1999

Curriculum Committee: Diabetes for the Cardiovascular Specialist
     Atlanta, GA
     Invited Speaker and Participant, November, 1999

US & Canadian Academy of Pathology Cardiac Case Conference
     Chicago, IL
     Invited Speaker, February, 2002

**OTHER:**

| | |
|---|---|
| NIH Special Study Section, Ad Hoc Member | 1984 |
| National Panel on Definition and Diagnosis of Myocarditis Invited participant | 1984 |
| Consultant and Panel Pathologist Multicenter Myocarditis Treatment Trial | 1986-1994 |
| Site Visitor, Massachusetts General Hospital Ischemia SCOR Grant | 1986-1987 |
| NIH (NHLBI), Cardiovascular A Study Section Ad Hoc Member | 1990 |
| NIH Parent Review Committee, Atherosclerosis SCOR (including chairing site visit) | 1991 |
| NIH (NHLBI) Special Study Section Cardiovascular Disease in Blacks and Women | 1992 |

*Stephen M. Factor, M.D.*

| | |
|---|---|
| NIH (NHLBI) Reverse site visit member | |
| Ischemia SCOR | 1994 |
| | |
| NIH (NHLBI) Ad Hoc Member, Cardiovascular B Study Section | 1996 |
| | |
| NIH (NHBLI) Member, SCOR Study Section | 1996 |
| | |
| American Heart Association, Committee on Scientific Sessions | |
| Program, Circulation Council | 1996 |
| | |
| NIH (NHLBI) Special Emphasis Panel | |
| Genesis of Cardiomyopathy with HIV Infection and Alcohol Abuse | 1999 |
| | |
| Mortality and Morbidity Panel, REMATCH Trial- Left Ventricular Assist Device | |
| (LVAD), Columbia-Presbyterian | 2000- |

**PROFESSIONAL SOCIETIES:**
Federation of American Societies for Experimental Biology (AAP)
Fellow, American College of Cardiology
Fellow, College of American Pathologists

| | |
|---|---|
| New York Pathological Society - Trustee | 1990-1994 |

New York Pathologists Club
New York and American Heart Association
American Heart Association Council on Basic Science
Fellow, The New York Cardiological Society
International Academy of Pathology, North American Division
International Society for Heart Research, American Division
International Association for Cardiac Biological Implants Society for Cardiovascular Pathology
Society for Cardiovascular Pathology (Founding Member)

| | |
|---|---|
| Steering Committee and Chairman of Governance Committee | 1986-1987 |
| Vice President and President-elect | 1987-1988 |
| President | 1988-1989 |
| Chairman, Publications Committee | 1989-1990 |
| Immediate Past President and Member of Executive Board | 1989-1991 |
| Member of Executive Board, ex officio | 1991-present |
| Association of Directors of Anatomic and Surgical Pathology | 1993-2004 |

*Stephen M. Factor, M.D.*

**EDITORIAL ACTIVITIES:**

1. Editorial Boards

| | |
|---|---|
| The Journal of the American College of Cardiology | 1986-1991 |
| The American Journal of Cardiovascular Pathology | 1986-1996 |
| The American Journal of Pathology | 2008- |

2. Editor-in-Chief, Cardiovascular Pathology

1991-1996
1997-2001

3. Ad Hoc Manuscript Reviewer for:

American Journal of Pathology
Circulation
Circulation Research
American Journal of Physiology
Diabetes
Microvascular Research
Journal of The American College of Cardiology
Basic Research in Cardiology
American Journal of Cardiology
Journal of Molecular and Cellular Cardiology
Laboratory Investigation
Research Communications in Chemical Pathology and Pharmacology
New England Journal of Medicine
Life Sciences Journal
Journal of Clinical Investigation

**OTHER REVIEWS:**

External Reviewer, grant applications to:

Heart and Stroke Foundation of Canada
British Columbia Health Care Research Foundation

| | |
|---|---|
| American Heart Association (abstracts, Scientific Session) | 1988-present |
| American College of Cardiology (abstracts, Scientific Session) | 1989-present |
| Academic Consultant in Pathology to Columbia University Press, | |
| Publisher of The Columbia Encyclopedia | 1990-1993 |

**MAJOR RESEARCH INTERESTS:**

Cardiomyopathy (clinical and animal models)
Diabetic and hypertensive heart disease
Myocardial ischemia and infarction (experimental and clinical)
Cardiac microcirculation
Myocardial connective tissue matrix
Atherosclerosis
Pulmonary circulation

*Stephen M. Factor, M.D.*

**GRANT SUPPORT:**
NIH #HL-20426 MYOCARDIAL FUNCTION IN DIABETES MELLITUS
PI:  EH Sonnenblick
9/1/81-3/31/84
SM Factor:  12% effort

NIH #HL-23171 CORONARY CIRCULATION IN MYOCARDIAL ISCHEMIA
PI:  ES Kirk
7/1/78-6/30/84
SM Factor:  20% effort

NIH #HL-18824 MECHANISMS OF HEART FAILURE IN THE MYOPATHIC HAMSTER
PI: EH Sonnenblick
4/1/79-3/31/84
SM Factor:  7% effort
7/1/84-6/30/87 Total amount of grant: $1,104,002
SM Factor:  25% effort

NIH #HL-29812 MICROVASCULAR DETERMINANTS OF FOCAL MYOCARDIAL NECROSIS
PI:  SM Factor
7/1/83-6/30/86 Total amount of grant:  $226,099
SM Factor:  20% of effort

NIH #HL-33240 HEART FAILURE IN HYPERTENSIVE DIABETIC ANIMALS
PI:  FS Fein
2/1/84-11/30/87 Total amount of grant:  $372,856
SM Factor:  5% of effort

NIH #HL-35882 PATHOGENESIS OF CARDIOMYOPATHY
PI:  M Wittner
12/1/85-11/30/88
SM Factor:  5% of effort

NIH #HL-23171 CORONARY CIRCULATION IN MYOCARDIAL ISCHEMIA
PI:  R Forman
7/1/84-6/30/87 Total amount of grant:  $382,959
SM Factor:  10% of effort

NIH #HL-34744-01 IMMUNOSUPPRESSIVE THERAPY FOR BIOPSY-PROVEN MYOCARDITIS
PI:  JW Mason
7/1/86-6/30/89 Total amount of grant: $4,718,460 (grant extended 1990) Consultant
SM Factor:  2 meetings yearly

10

*Stephen M. Factor, M.D.*

NIH #HL-37412-01 PROGRAM PROJECT: MECHANISMS OF MYOCARDIAL DYSFUNCTION
AND FAILURE
PI: EH Sonnenblick
9/30/88-9/29/93 Total amount of grant: $4,845,894
SM Factor, PI Project #3, 9/30/91-9/29/92 $130,697

NIH #HL-27219-11 THE CORONARY CIRCULATION AND MYOCARDIAL ISCHEMIA
PI: C Eng
7/1/88-6/30/91 Total amount of grant: $439,714
SM Factor: 10% of effort
7/1/93-6/30/94 (Subcontract: Total Direct Amount $19,948)

NIH # HL-07071 (Training Grant) CARDIOVASCULAR PHYSIOLOGY AND
PATHOPHYSIOLOGY
PI: RS Aronson
7/1/85-6/30/90 Annual Direct Costs: $99,614

NY Heart Association, MEDICAL STUDENT RESEARCH FELLOWSHIP
PI: SM Factor
7/92-6/95

NIH #A-3312-01 GENETIC BASIS OF THE PATHOLOGIC ANTI-MYOSIN RESPONSE
PI: B Diamond
7/1/94-6/30-98 Total amount of grant: $1,017,990
SM Factor: 10% of effort

NY Heart Association, MEDICAL STUDENT RESEARCH FELLOWSHIP
PI: SM Factor
7/94-6/97

NIH #1R01AR 43018, GENETIC BASIS OF THE PATHOLOGIC ANTI-MYOSIN RESPONSE
PI: B Diamond
6/23/95-4/30/99 Annual Direct Costs: $12,500
SM Factor: 2% of effort

**PERSONAL:**
    Married to the former Sandra Helene Basner, M.S., J.D.
    Children: Jason Robert, J.D.
        Rachel Elizabeth, M.D.
    Home Address: 19 Dan Beard Lane West Redding, CT 06896

*Stephen M. Factor, M.D.*

## PUBLICATIONS:

1. Hall JW, Factor SM, Cerny JC:  Traumatic renal artery aneurysm in a solitary kidney.  J Urol 107:17-20, 1972

2. Factor SM:  Papillary adenocarcinoma of the endometrium with psammoma bodies.  Arch Pathol 98:201-205, 1974

3. Halpern GN, Kalies DW, Factor SM, Wein AJ:  Malacoplakia causing bilateral ureteropelvic junction obstruction. Urology 3:628- 631, 1974

4. Factor SM:  Granulomatous pneumonitis:  a result of intrapleural instillation of atabrine and talcum powder.  Arch Pathol 100:499- 502, 1975

5. Friedman A, Factor SM:  Correlation conferences in radiology and pathology:  calcified upper abdominal mass.  NY State J Med 76:1320-1323, 1976

6. Lutzker L, Factor SM:  The effects of water soluble contrast agents on colon mucosa.  Radiology 118:545-548, 1976

7. Factor SM, Turi G, Biempica L:  Primary cardiac neurilemmoma. Cancer 37:883-890, 1976

8. Factor SM:  Intramyocardial small vessel disease in chronic alcoholism.  Am Heart J 92:561-575, 1976

9. Coltoff-Schiller B, Goldfischer S, Wolinsky H, Factor SM:  Lipid accumulation in human aortic smooth muscle lysosomes.  Am J Pathol 83:39-44, 1976

10. Factor SM, Biempica L, Ratner I, Ahuja KK, Biempica S:  Carcinoma of the breast with multinucleated reactive stromal giant cells. Virch Arch Pathol A 374:1-12, 1977

11. Factor SM, Biempica L, Goldfischer S:  Intralysosomal accumulation of lipid in the atherosclerosis of chronic organ transplantation.  Arch Pathol Lab Med 101:474-477, 1977

12. Puri S, Farmer P, Factor SM:  Sclerosing mediastinitis due to aspergillus.  NY State J Med 77:774-777, 1977

13. Pasternak BM, Rosen S, Sanson L, Factor SM:  Progressive occlusive thromboarteriopathy.  Angiology 29:705-712, 1978

14. Factor SM, Biempica L, Winn RM:  The histiocytic origin of the multinucleated cells in myeloma kidney.  Hum Pathol 9:114-120, 1978

12

*Stephen M. Factor, M.D.*

15. Factor SM: Endocardial fibroelastosis: myocardial and vascular alterations associated with viral-like nuclear particles. Am Heart J 96:791-801, 1978

16. Factor SM, Sonnenblick EH, Kirk ES: Histological border zone of acute myocardial infarction: islands or peninsulas? Am J Pathol 92:111-124, 1978

17. Factor SM, Goldfischer S, Biempica L: Coronary intimal sclerosis in Morquio's syndrome. Virch Arch Pathol A 379:1-10, 1978

18. Strobeck JE, Factor SM, Bhan A, Sole M, Liew CC, Fein F, Sonnenblick EH: Hereditary and acquired cardiomyopathies in experimental animals: mechanical, biochemical, and structural
features. Ann NY Acad Sci 317:59-88, 1979

19. Frishman W, Factor SM, Jordan A, Hellman C, Elkayam U, Lejemtel T, Strom J, Unschuld H, Becker R: Right atrial myxoma: unusual clinical presentation and atypical glandular histology. Circulation 59:1070-1075, 1979

20. Factor SM, Frishman W: Sudden death in a narcotic addict four months following aortic valve replacement. (CPC). Am Heart J 98:233-242, 1979

21. Koss J, Factor SM: Diabetes mellitus, malabsorption, and congestive heart failure in a middle-aged man. A case of thesaurosclerosis. (CPC). Am Heart J 98:77-787, 1979

22. Herskowitz A, Factor SM: Duplication of the mitral valve, with a discussion of the embryogenesis of AV valve duplication. NY State J Med 70:260-263, 1979

23. Lejemtel T, Factor SM, Koenigsberg M, O'Reilly M, Frater R, Sonnenblick EH: Mural vegetations at the site of endocardial trauma in bacterial endocarditis complicating idiopathic subaortic stenosis. Am J Cardiol 44:569-574, 1979

24. Okun EM, Factor SM, Kirk ES: End-capillary loops in the heart: An explanation for discrete myocardial infarctions without border zones. Science 206:565-567, 1979

25. Ongseng F, Chervu LR, Kogan SJ, Factor SM, Levitt SB, Blaufox MD: Static testicular imaging utilizing 201 Tl. Invest Urol 16:451- 452, 1979

26. Factor SM, Reichel J: Primary pulmonary hypertension. (CPC). Am Heart J 99:789-798, 1980

27. Herskowitz A, Cho S, Factor SM: Syphilitic coronary arteritis. NY State J Med 80:971-974, 1980

28. Factor SM, Minase T, Sonnenblick EH: Clinical and morphological features of human hypertensive-diabetic cardiomyopathy. Am Heart J 99:446-458, 1980

13

*Stephen M. Factor, M.D.*

29.  Factor SM, Okun EM, Minase T:  Capillary microaneurysms in the human diabetic heart. N Eng J Med 302:384-388, 1980

30.  Factor SM:  Microvascular injection of the human heart.  Med Radiogr Photogr 56:cover (and accompanying article), 1980

31.  Factor SM, Okun EM, Kirk ES:  The histological lateral border of acute canine myocardial infarction:  a function of the microcirculation.  Circ Res 48:640-649, 1981

32.  Tanowitz H, Davies P, Factor SM, Minase T, Herskowitz A, Wittner M:  Comparison of choline acetyl transferase activity and morphology in susceptible and resistant inbred mice infected with the Brazil strain of T. cruzi.  Exp Parasitol 51:269-278, 1981

33.  Factor SM, Rubin K, Frishman W:  Adult respiratory distress syndrome one month following myocardial infarction.  NY State J Med 81:226-234, 1981

34.  Factor SM, Bhan R, Minase T, Wolinsky H, Sonnenblick EH:  Hypertensive-diabetic cardiomyopathy in the rat: an experimental model of human disease.  Am J Pathol 102:219-228, 1981

35.  Factor SM:  Intramural pathology in the diabetic heart: interstitial and microvascular alterations. Mt Sinai J Med 49:208-214, 1981

36.  Koenigsberg M, Factor SM, Cho S, Herskowitz A, Nitowsky H, Morecki R:  Fetal Marfan's syndrome:  prenatal ultrasound diagnosis with pathological confirmation of skeletal and aortic lesions.  Prenat Diag 1:241-247, 1982

37.  Factor SM, Kirk ES: Microcirculatory determinants of infarct dimensions.  In, MICRO-CIRCULATION OF THE HEART, (eds. H Tillmanns, W Kubler, H Zebe).  Springer-Verlag, Berlin, 1982, pp 141-148

38.  Sonnenblick EH, Factor SM, Strobeck JE, Capasso J, Fein F:  The pathophysiology of heart failure:  the primary role of microvascular hyper-reactivity and spasm in the development of congestive cardiomyopathies.  In, CONGESTIVE HEART FAILURE: CURRENT RESEARCH AND CLINICAL APPLICATIONS, (eds. E Braunwald, MB Mock, J Watson).  Grune & Stratton, NY, 1982, pp 323-327

39.  Factor SM, Minase T, Cho S, Dominitz R, Sonnenblick EH:  Microvascular spasm in the cardiomyopathic Syrian hamster: a preventable cause of focal myocardial necrosis. Circulation 66:342-354, 1982

40.  Factor SM, Cho S, Sonnenblick EH:  Diabetic heart disease: microvascular abnormalities in clinical and experimental cardiomyopathy.  In, ADVANCES IN PATHOLOGY, (ed. E Levy). Pergamon Press, Oxford, 1982, pp 323-327

*Stephen M. Factor, M.D.*

41.   Factor SM, Sonnenblick EH:  Hypothesis: is congestive cardiomyopathy secondary to a hyper-reactive myocardial microcirculation (microvascular spasm)?  Am J  Cardiol 50:1149- 1152, 1982

42.   Factor SM, Cho S, Sternlieb I, Scheinberg IH, Goldfischer S:  The cardiomyopathy of Wilson's disease: myocardial alterations in nine cases.  Virch Arch Pathol A 397:301-311, 1982

43.   Gabbay S, Factor SM, Strom J, Becker R, Frater RWM:  Sudden death due to cuspal dehiscence of the Ionescu-Shiley valve in the mitral position.  J Thorac Cardiovasc Surg 84:313-314, 1982

44.   Factor SM, Okun EM, Minase T, Kirk ES:  The microcirculation of the human heart: end-capillary loops with discrete perfusion fields.  Circulation 66:1241-1248, 1982

45.   Matos MI, Factor SM:  Hemoptysis and abdominal pain in a 74 year old man. (CPC). Einstein Quart J Biol Med 1:95-102, 1982

46.   Forman R, Cho S, Factor SM, Kirk ES:  Acute myocardial infarct extension into a previously preserved subendocardial region at risk in dogs and patients.   Circulation 67:117-124, 1983

47.   Frater RWM, Gabbay S, Shore D, Factor S, Strom J:  Reproducible replacement of elongated or ruptured mitral valve chordae.  Ann Thorac Surg 35:14-28, 1983

48.   Factor SM, Minase T, Bhan R, Wolinsky H, Sonnenblick EH:  Hypertensive-diabetic cardiomyopathy in the rat: ultrastructural features.  Virch Arch Pathol A 398:305-317, 1983

49.   Sonnenblick EH, Strobeck J, Capasso J, Factor SM: Ventricular Hypertrophy:  Models and Methods.  In, PERSPECTIVES IN CARDIOVASCULAR RESEARCH, (eds. RC Tarazi, JB Dunar).  Raven Press, NY, 1983, pp 13-20

50.   Hyman A, Podolsky A, Factor SM:  Focal adrenal necrosis and fibrosis in a general autopsy population.  New York State J Med 83:829-834, 1983

51.   Factor SM, Sonnenblick EH:  Microvascular spasm as a cause of cardiomyopathies. Cardiovasc Rev Rep 4:1177-1182, 1983

52.   Pick P, Jean E, Horoupian D, Factor S:  Xanthogranuloma of the dura in systemic Weber-Christian disease. Neurology 33:1067- 1070, 1983

53.   Fein FS, Factor SM, Cho S, Miller-Green B, Carroll D, Sonnenblick EH:  Catecholamine induced myocardial necrosis in experimental diabetes mellitus.  Arch Pathol Lab Med 107:480-483, 1983

*Stephen M. Factor, M.D.*

54.  Robinson TF, Cohen-Gould L, Factor SM:  Skeletal framework of mammalian heart muscle.  Arrangement of inter- and pericellular connective tissue structures.  Lab Invest 49:482-498, 1983

55.  Sonnenblick EH, Factor SM, Lejemtel TH:  The rationale for inotropic therapy in heart failure.  Cardiovasc Rev Rep 4:910- 925, 1983

56.  Strom JA, Gabbay S, Factor SM, Frishman WH, Frater RWM:  Prospective diagnosis of a dehisced cusp of an Ionescu-Shiley pericardial xenograft valve by non-invasive methods.  Med Ultrasound 7:127-131, 1983

57.  Katz DA, Ben-Ezra J, Factor SM, Horoupian DS, Goldfischer S:  Fatal pulmonary and cerebral fat embolism in systemic lupus erythematosus.  JAMA 250:2666-2669, 1983

58.  Strain JE, Grose RM, Factor SM, Fisher JD:  Endomyocardial biopsy results in patients with clinically normal hearts and spontaneous ventricular tachycardia.  Circulation 68:1171-1181, 1983

59.  Eng C, Cho S, Factor SM, Sonnenblick EH, Kirk ES:  Myocardial micronecrosis produced by microsphere embolization.  Role of an alpha adrenergic tonic influence of the coronary microcirculation.  Circ Res 54:74-82, 1984

60.  Rose AG, Halper J, Factor SM:  Pulmonary arteriopathy in Takayasu's disease.  Arch Pathol Lab Med 108:664-648, 1984

61.  Factor SM, Minase T, Cho S, Fein F, Capasso JM, Sonnenblick EH:  Coronary microvascular abnormalities in the hypertensive-diabetic rat.  A cause of cardiomyopathy?  Am J Pathol 116:9-20, 1984

62.  Halper J, Factor SM:  Coronary lesions in neurofibromatosis associated with presumptive coronary spasm and fatal myocardial infarction.  Am Heart J 108:420-422, 1984

63.  Fein FS, Capasso JM, Aronson RS, Cho S, Nordin C, Miller-Green B, Sonnenblick EH, Factor SM: Combined renovascular hypertension and diabetes in rats:  a new preparation of congestive cardiomyopathy.  Circulation 70:318-330, 1984

64.  Gabbay S, Bortolotti U, Cipolletti G, Wasserman F, Frater RWM, Factor SM:  The Meadox unicusp pericardial bioprosthetic heart valve:  new concept.  Ann Thorac Surg 37:448-456, 1984

65.  Gabbay S, Bortolotti U, Factor S, Shore DF, Frater RWM:  Calcification of implanted xenograft pericardium influence of site and function.  J Thorac Cardiovasc Surg 87:782-787, 1984

*Stephen M. Factor, M.D.*

66.  Gabbay S, Bortolotti U, Wasserman F, Factor S, Strom J, Frater RWM: Fatigue-induced failure of the Ionescu-Shiley pericardial xenograft in the mitral position: in vivo and in vitro correlation and a proposed classification. J Thorac Cardiovasc Surg 87:836-844, 1984

67.  Gabbay S, Bortolotti U, Wasserman F, Tindel N, Factor SM, Frater RWM: Long-term follow-up of the Ionescu-Shiley mitral pericardial xenograft. J Thorac Cardiovasc Surg 88:758-763, 1984

68.  Sonnenblick EH, Factor SM: Heterogeneous transmural blood flow and microvascular spasm as causes of heart failure in ischemic heart disease and cardiomyopathies. In, REGULATION OF CARDIAC FUNCTION, (eds. H Abe, Y Ito, M Tada, LH Opie). Japan Scientific Society Press, Tokyo, 1984, pp 191-196

69.  Gabbay S, Bortolotti U, Wasserman F, Factor SM: Haemodynamics and durability of mitral bioprostheses-an in vitro study. Eur Heart J 5 (suppl D):65-71, 1984

70.  Kirk ES, Factor S, Sonnenblick EH: Newer concepts in the pathophysiology of ischemic heart disease. G Ital Cardiol 4:881-891, 1984

71.  Robinson TF, Cohen-Gould L, Remily RM, Capasso JM, Factor SM: Extra-cellular structures in heart muscle. Adv Myocardiol 5:243-255, 1985

72.  Sonnenblick EH, Factor SM: Microvascular spasm as a cause of cardiomyopathies and the calcium blocking agent (verapamil) as potential primary therapy. Am J Cardiol 55:179-184, 1985

73.  Forman R, Cho S, Factor SM, Kirk ES: Lateral border zone: quantitation of lateral extension of subendocardial infarction in the dog. J Am Coll Cardiol 5:1125-1131, 1985

74.  Factor SM, Cho S, Wittner M, Tanowitz H: Abnormalities of the coronary microcirculation in acute murine Chagas' disease. Am J Trop Med Hyg 34:246-253, 1985

75.  Sole MJ, Factor SM: Hamster cardiomyopathy: A genetically transmitted sympathetic dystrophy. In, PATHOGENESIS OF STRESS- INDUCED HEART DISEASE, (eds. RE Beamish, V Panagia, NS Dhalla). Martinus Nijhoff Publishing, Boston, 1985, pp 34-43

76.  Jones JG, Factor SM: Familial congestive cardiomyopathy with nemaline rods in heart and skeletal muscle. Virch Arch Pathol A 408:307-312, 1985

77.  Factor SM, Cho S: Smooth muscle contraction bands in the media of coronary arteries: a post-mortem marker of ante-mortem spasm? J Am Coll Cardiol 6:1329-1337, 1985

78.  Brosnan CF, Goldmuntz EA, Cammer W, Factor SM, Bloom BR, Norton WT: Prazosin, an alpha-I-adrenergic receptor antagonist, suppresses experimental autoimmune encephalomyelitis in the Lewis rat. Proc Natl Acad Sci 82:5915-5919, 1985

79.  Factor SM, Kirk ES:  Pathophysiology of myocardial ischemia. In, THE HEART, (ed. JW Hurst). 6th edition, Chap 44, McGraw Hill, NY, 1985, pp. 856-881

80.  Factor SM, Sonnenblick EH:  The pathogenesis of clinical and experimental congestive cardiomyopathies:  Recent concepts. Prog Cardiovasc Dis 27:395-420, 1985

81.  Factor SM:  The diagnostic usefulness of right ventricular endomyocardial biopsy.  Heart Failure 2:56-63, 1986

82.  Mancini DM, LeJemtel TH, Factor S, Sonnenblick EH:  The central and peripheral components of heart failure.  Am J Med 80:2-13, 1986

83.  Gelman KM, Ben-Ezra JM, Steinschneider M, Keefe DL, Dutcher J, Factor SM:  Primary cardiac lymphoma.  Am Heart J 111:808-811, 1986

84.  Bier A, Jones J, Lazar E, Factor S, Keefe D: Endocarditis of a tricuspid prosthesis causing valvular stenosis and shunting through a patent foramen ovale.  Chest 90:293-295, 1986

85.  Robinson TF, Factor SM, Sonnenblick EH:  The heart as a dynamic suction pump.  A reappraisal of the classic Frank-Starling law of the heart.  Sci Am 254:84-91, 1986

86.  Bortolotti U, Gallo JI, Gabbay S, Factor SM, Sisto D, Frater RWM: Replacement of mitral valve chordae with autologous pericardium in dogs.  Thorac Cardiovasc Surg 32:15-17, 1986

87.  Vetter HO, Burack JH, Factor SM, Macaluso MA, Frater RWM: Replacement of chordae tendineae of the mitral valve using the new expanded PFTE-suture in sheep.  In, BIOLOGICAL AND BIOPROSTHETIC VALVES, (eds. R Bodnar, M Yacoub).  York Medical Books, NY, 1986, pp 772-784

88.  Gallo I, Nistal F, Fernandez D, Factor SM, Frater RWM: Comparative study of T6-treated and standard Hancock-I porcine xenografts. Experimental study in weanling sheep. Thorac Cardiovasc Surg 34:310-315, 1986

89.  Bortolotti U, Zussa C, Factor S, Frater RWM:  Glutaraldehyde treated auto, homo, and xenograft pericardium in atrial, mitral, aortic and pericardial applications.  Life Supp Syst 4 (suppl 2):148-150, 1986

90.  Aretz HT, Billingham ME, Edwards WD, Factor S, Fallon JT, Fenoglio JJ Jr, Olsen EGJ, Schoen F:  Myocarditis: a histopathologic definition and classification.  Am J Cardiovasc Pathol 1:3-14, 1987

91.  Factor SM, Robinson TF, Dominitz R, Cho S:  Alterations of the myocardial skeletal framework in acute myocardial infarction with and without ventricular rupture.  J

*Stephen M. Factor, M.D.*

Cardiovasc Pathol 1:91-98, 1987

92. Eng C, Cho S, Factor SM, Kirk ES: A non-flow basis for the vulnerability of the subendocardium. J Am Coll Cardiol 9:374-379, 1987

93. Vetter HO, Factor SM, Frater RWM: The use of glycerol-treated homologous pericardium as a substitute for cusps and chordae tendineae of the mitral valve in sheep. Thorac Cardiovasc Surg 35:11-15, 1987

94. Factor SM: Pathology and pathophysiology of the coronary microcirculation in myocardial ischemia. In, THE STRESSED HEART, (ed. MJ Legato). Martinus Nijhoff Publishing, Boston, 1987, pp 127-147

95. Robinson TF, Factor SM, Capasso JM, Wittenberg BA, Blumenfeld 00, Seifter S: Morphology, composition and function of struts between cardiac myocytes of rat and hamster. Cell Tiss Res 249:247-255, 1987

96. Cohen-Gould L, Robinson, TF, Factor SM: Intrinsic connective tissue abnormalities in the heart muscle of cardiomyopathic Syrian hamsters. Am J Pathol 127:327-334, 1987

97. Conway RS, Factor SM, Sonnenblick EH, Baez S: Microvascular reactivity of the myopathic Syrian hamster cremaster muscle. Cardiovasc Res 21:796-803, 1987

98. Kim KK, Factor SM: Membranoproliferative glomerulonephritis and plexogenic pulmonary arteriopathy in a homosexual AIDS patient: Case Report. Hum Pathol 18:1293-1296, 1987

99. Zhao M, Zhang H, Robinson TF, Factor SM, Sonnenblick H, Eng C: Profound structural alterations of the extracellular collagen matrix in post-ischemic dysfunctional ("stunned") but viable myocardium. J Am Coll Cardiol 10:1322-1334, 1987

100. Morris SA, Tanowitz H, Factor SM, Bilezikian JP, Wittner M: Myocardial adenylate cyclase activity in acute murine Chagas' disease. Circ Res 62:800-810, 1988

101. Factor SM, Robinson TF: Comparative connective tissue structure-function relationships in biologic pumps. Lab Invest 58:150-156, 1988

102. Factor SM, Sonnenblick EH: Microvascular spasm in the cardiomyopathic Syrian hamster as a cause of focal necrosis and myocardial failure. In, PATHOGENESIS OF MYOCARDITIS AND CARDIOMYOPATHY: RECENT EXPERIMENTAL AND CLINICAL STUDIES, (eds. C Kawai, WH Abelmann). Columbia University Press, NY, 1988, pp 63-78

103. Buttrick P, Malhotra A, Factor S, Geenen D, Scheuer J: The effects of chronic dobutamine administration on the normal and hypertensive rat heart. Circ Res

*Stephen M. Factor, M.D.*

63:173-181, 1988

104.  Shanlin RJ, Sole MJ, Rahimifar M, Tator CH, Factor SM:  Increased intracranial pressure elicits hypertension, increased sympathetic activity, electrocardiographic abnormalities and myocardial damage in rats.  J Am Coll Cardiol 12:727-736, 1988

105.  Factor SM, Malhotra A, Cho S, Scheuer J, Sonnenblick EH, Capasso JM:  Prevention of hereditary cardiomyopathy in the Syrian hamster with chronic verapamil therapy.  J Am Coll Cardiol 12:1599-1604, 1988

106.  Robinson TF, Cohen-Gould L, Factor SM, Eghbali M, Blumenfeld OO: Structure and function of connective tissue in cardiac muscle: Collagen type I and III in endomysial struts and pericellular fibers.  Scan Microsc 2:1005-1015, 1988

107.  Jones JG, Cho S, Factor SM:  The anatomy and pathophysiology of the microvasculature in different organs:  relationship to vasculogenic necrosis and tissue damage.  In, METHODS AND ACHIEVEMENTS IN EXPERIMENTAL PATHOLOGY, (ed. G. Jasmin). Vol. 13, Karger, Basel, 1988, pp 114-143

108.  Robinson TF, Geraci MA, Sonnenblick EH, Factor SM:  Coiled perimysial fibers of papillary muscle in rat heart; morphology, distribution, and changes in configuration.  Circ Res 63:577-592, 1988

109.  Factor SM, Flomenbaum M, Zhao M-J, Eng C, Robinson TF:The effects of acutely increased ventricular cavity pressure on intrinsic myocardial connective tissue.  J Am Coll Cardiol 12:1582-1589, 1988

110.  Rose AG, Novitzky D, Factor SM:  Spasm-induced smooth muscle contraction bands in the media of coronary arteries: an experimental study in baboons.  Am J Cardiovasc Pathol 2:63-67, 1988

111.  Gabbay S, Kadam P, Factor S, Cheung TK:  Do heart valve bioprostheses degenerate for metabolic or mechanical reasons?  J Thor Cardiovasc Surg 95:208-215, 1988

112.  Sonnenblick EH, Factor SM, Eng C, LeJemtel TH, Anversa P:  The primary etiology of heart failure: Myocyte loss, reactive hypertrophy, dynamic ischemia, and ventricular wall remodelling. In, CARDIAC AND RENAL FAILURE:  AN EXPANDING ROLE FOR ACE INHIBITORS, (eds. CT Dollery, LM Sherwood).  Hanley and Belfus, Inc., Philadelphia, PA, 1988

113.  Factor SM:  Pathophysiology of myocardial ischemia.  In, THE HEART, (ed. JW Hurst). 7th edition, Chap 49, 1989

114.  Sonnenblick EH, LeJemtel TH, Eng C, Zhao M, Factor SM, Anversa P: The relationship of dynamic ischemia, ventricular wall remodeling, and reactive hypertrophy to the development of cardiomyopathies: pathophysiological and therapeutic considerations.  In,

*Stephen M. Factor, M.D.*

NEW FRONTIERS IN CARDIOVASCULAR THERAPY: FOCUS ON ANGIOTENSIN CONVERTING ENZYME INHIBITIONS, (eds. EH Sonnenblick, JH Laragh, M Lesch). Excerpta Medica, NJ, 1989, pp 167-175

115. Fein FS, Cho S, Zola BE, Miller B, Factor SM: Cardiac pathology in the hypertensive-diabetic rat: bi-ventricular damage with right ventricular predominance. Am J Pathol 134:1159-1166, 1989

116. Flomenbaum M, Soeiro R, Udem SA, Kress Y, Factor SM: Proliferative membranopathy and human immunodeficiency virus in AIDS hearts. J Acq Imm Def Synd 2:129-135, 1989

117. LeJemtel TH, Factor SM, Forman R: Circulating neurohumoral factors may alter vascular structures in congestive heart failure. Heart Failure 5:29-35, 1989

118. Factor SM: Editorial: Acquired immune deficiency syndrome: the heart of the matter. J Am Coll Cardiol 13:1037-1038, 1989

119. van Hoeven KH, Factor SM: Diabetic heart disease: the clinical and pathological spectrum-Part I. Clin Cardiol 12:600-604, 1989

120. van Hoeven KH, Factor SM: Diabetic heart disease: the clinical and pathological spectrum-Part II. Clin Cardiol 12:667-671, 1989

121. Tanowitz HB, Morris SA, Weiss LM, Bilezikian JP, Factor SM, Wittner M: Effect of verapamil on the development of chronic experimental Chagas' disease. Am J Trop Med Hyg 41:651-657, 1989

122. van Hoeven KH, Factor SM: Pathology of the cardiac collagen matrix: mechanical and functional effects. In, CARDIAC MECHANICS AND FUNCTION IN THE NORMAL AND DISEASED HEART, (eds. M Hori, H Suga, J Baan, EL Yellin). Springer-Verlag, Tokyo, 1989, pp. 45-53

123. Morris SA, Weiss L, Factor SM, Bilezikian JP, Tanowitz H, Wittner M: Verapamil ameliorates clinical, pathological and biochemical manifestations of experimental Chagasic cardiomyopathy in mice. J Am Coll Cardiol 14:782-789, 1989

124. Siri FM, Nordin C, Factor SM, Sonnenblick EH, Aronson R: Compensatory hypertrophy and failure in general pressure overloaded guinea pig heart. Am J Physiol 257:H1016-H1024, 1989

125. Sonnenblick EH, Zhao M, Eng C, LeJemtel TH, Factor SM, Anversa P: ACE inhibitors in acute and chronic ischemia: Current Status and Future Promise. Brit J Clin Pharmacol 280:1595-1655, 1989

126. Fein FS, Zola BE, Malhotra A, Cho S, Factor SM, Scheuer J, Sonnenblick EH:

21

Hypertensive-diabetic cardiomyopathy in rats. Am J Physiol 258:H793-H805, 1990

127. van Hoeven KH, Factor SM:  Endomyocardial biopsy diagnosis of small vessel disease: a clinicopathological study.  Int J Cardiol 26:103-110, 1990

128. Takahashi S, Barry AC, Factor SM:  Collagen degradation in acute myocardial infarction in rats. Biochem J 265:233-241, 1990

129. Dahm M, Lyman WD, Schwell AB, Factor SM, Frater RWM: Immunogenicity of glutaraldehyde-tanned bovine pericardium. J Thorac Cardiovasc Surg 99:1082-1090, 1990

130. Factor SM:  Pathological alterations of myocyte-connective tissue interactions in cardiovascular diseases:  structure-function relationships.  In, CARDIAC MYOCYTE-CONNECTIVE TISSUE INTERACTIONS IN HEALTH AND DISEASE, (eds. TF Robinson, RHK Kinne).  Karger, Basel, 1990, pp. 130-146

131. Factor SM: (Editorial):  Borderline myocarditis on initial endomyocardial biopsy:  no man's land no more?  J Am Coll Cardiol 15:290-291, 1990

132. van Hoeven KH, Reed LJ, Factor SM:  Autopsy documented cure of multiple myeloma fourteen years after M2 chemotherapy.  Cancer 66:1472-1474, 1990

133. van Hoeven KH, Factor SM:  A comparison of the pathological spectrum of hypertensive, diabetic, and hypertensive-diabetic heart disease.  Circulation 82:848-855, 1990

134. Advani SV, Gennen D, Malhotra A, Factor SM, Scheuer J:  Swimming causes myosin adaptions in the rat cardiac isograft.  Circ Res 67:780-783, 1990

135. van Hoeven KH, Segal B, Factor SM: AIDS cardiomyopathy: first rule out other myocardial risk factors.  Int J Cardiol 29:35-37, 1990

136. Tanowitz HB, Burns ER, Sinha A, Kahn N, Morris SA, Factor SM, Hatcher VB, Bilezikian JP, Baum SG, Wittner M:  Enhanced platelet adherence and aggregation in Chagas' disease: a potential pathogenic mechanism for cardiomyopathy. Am J Trop Med Hyg 42:274-281, 1990

137. Factor SM, van Hoeven, KH, Fein FS:  The pathology of clinical and experimental diabetic cardiomyopathy. Fund Clin Pharmacol 4 (suppl 1):245, 1990

138. Factor SM, Butany J, Sole MJ, Wigle ED, Williams WC, Rojkind M: Pathological fibrosis and matrix connective tissue in the subaortic myocardium of patients with hypertrophic cardiomyopathy.  J Am Coll Cardiol 17:1343-1351, 1991

139. Factor SM, van Hoeven KH, Cho S, Fein FS:  Microangiopathy and focal myocardial injury: Their role in the development of diabetic cardiomyopathy.  In, THE DIABETIC HEART,

*Stephen M. Factor, M.D.*

(eds. M Nagano, NS Dhalla).  Raven Press, NY, 1991, pp. 89-101

140.  van Hoeven KH, Factor SM:  The diabetic heart: clinical, experimental, and pathological features. Acta Cardiol 46:329- 339, 1991

141.  Pirofski L, Horwitz MS, Scharff MD, Factor SM: Murine adenovirus infection of SCID mice induces hepatic lesions that resemble human Reye's syndrome. Proc Natl Acad Sci 88:4358-4362, 1991

142.  Fein FS, Cho S, Malhotra A, Akella J, van Hoeven KH, Scheuer J, Sonnenblick EH, Factor SM: Beneficial effects of diltiazem on the natural history of hypertensive-diabetic cardiomyopathy in rats. J Amer Coll Cardiol 18:1406-1417, 1991

143.  Buttrick P, Malhotra A, Factor SM, Geenan D, Leinwand L, Scheuer J:  Effect of aging and hypertension on myosin biochemistry and gene expression in rat heart. Circ Res 68:645-652, 1991

144.  Gong G, Ling Z, Seifter E, Factor SM, Frater RWM:  Aldehyde tanning:  the villain in bioprosthetic calcification.  Eur J Cardiothorac Surg 5:288-293, 1991

145.  Factor SM: (Editorial):  Cardiovascular Pathology:  A new journal for an old need. Cardiovasc Pathol 1:1-2, 1992

146.  Fabry ME, Fine E. Rajanayagam V. Factor SM, Gore J, Sylla M, Nagel RL:  Demonstration of endothelial adhesion of sickle cells *in vivo*:  A distinct role for deformable SS discocytes. Blood 79:1602-1611, 1992

147.  Factor SM, Segal BH, van Hoeven KH:  Diabetes and coronary artery disease. Cor Art Dis 3:4-10, 1992

148.  Liao K, Seifter E, Factor SM, Yellin EL, Frater RWM:  Diphenylhydantoin inhibits calcification of bovine pericardial implants and myocardium. J Surg Res 53:349-356, 1992

149.  Tanowitz HB, Gumprecht JP, Surr D. Calderon TM, Ventura MC, Raventos-Suarez C, Kellie S, Factor SM, Hatcher VB, Wittner M, Berman JW:  Cytokine gene expression of endothelial cells infected with Trypanosoma cruzi.  J Inf Dis 166:598-603, 1992

150.  Factor SM, Menegus MA, Kress Y, Cho S, Fisher JD, Sakai LY, Goldfischer S: Microfibrillar cardiomyopathy:  A new entity resembling cardiac amyloidosis.  Cardiovasc Pathol 1:307-316, 1992

151.  Tanowitz HB, Morris SA, Factor SM, Weiss LM, Wittner M: Parasitic diseases of the heart. I. Acute and chronic Chagas' disease. Cardiovasc Pathol 1:7-16, 1992

152.  Schwartz DS, Factor SM, Schwartz JD, Blitz A, McLoughlin D, Tellis V, Frame R, Brodman RF: Histologic evaluation of the inferior epigastric artery in patients with known

23

Stephen M. Factor, M.D.

atherosclerosis. Eur J Cardiothorac Surg 6:438-441, 1992

153. Fabry ME, Constantini F, Pachnis A, Suzuka SM, Bank N, Aynedjian HS, Factor SM, Nagel RL: High expression of human ß[s] and/- globins in transgenic mice: Erythrocyte abnormalities, organ damage, and the effect of hypoxia. Proc Natl Acad Sci 89:12155-12159, 1992

154. Offen D, Spatz L, Escowitz H, Factor S, Diamond B: Induction of tolerance to an IgG autoantibody. Proc Natl Acad Sci 89:8332- 8336, 1992

155. Schwartz DS, Factor SM, Schwartz JD, Blitz A, Mcloughlin D, Tellis V, Frame R, Brodman RF: Histologic evaluation of the inferior epigastric artery inpatients wih known atherosclerosis. Eur J Cardiothorac Surg 6:438-441, 1992

156. Bache R, Factor SM: Pathophysiology of Myocardial Ischemia. In, THE HEART, (ed. JW Hurst). 8th Edition, Chap 47, 1993

157. Factor SM: Microcirculation in the cardiomyopathic Syrian hamster and in human congestive cardiomyopathy. Proceedings of the International Symposium on Idiopathic Dilated Cardiomyopathy, Molecular and Structural Mechanisms, Clinical Consequences. Idiopathic Dilated Cardiomyopathy, (eds. Figulla et al). Springer-Verlag, Berlin, 1993, pp 165-175

158. Factor SM, Tanowitz H, Wittner M, Ventura MC: Interstitial connective tissue matrix alterations in acute murine Chagas' disease. Clin Immunol Immunopathol 68:147-152, 1993

159. Zhao M, Factor SM, Eng C: Stunned myocardium in models of repeated coronary occlusion. In, STUNNED MYOCARDIUM: BASIC AND CLINICAL ASPECTS, (eds. R Kloner, K Pryzklenk). Marcel Dekker, NY, 1993, pp. 71-91

160. van Hoeven KH, Kitsis RN, Katz SD, Factor SM: Peripartum versus idiopathic dilated cardiomyopathy in young women - clinical, pathologic and prognostic features. Int J Cardiol 40:57-65, 1993

161. Segal BH, Factor SM: Myocardial risk factors other than human immunodeficiency virus infection contribute to cardiomyopathy in acquired immune deficiency syndrome. Mod Pathol 6:560-564, 1993

162. Gong G, Lyman WD, Factor SM, Frater RWM: Bioprosthetic cardiac valve degeneration: A role for the immune system. J Heart Valve Dis 2:684-693, 1993

163. Liao L, Sindhwani R, Leinwand L, Diamond B, Factor S: Cardiac alpha-myosin heavy chains differ in their induction of myocarditis. Identification of pathogenic epitopes. J Clin Invest 90:2877-2882, 1993

24

*Stephen M. Factor, M.D.*

164. van Hoeven KH, Factor SM, Kress Y, Woodruff JM: Visceral myogenic tumors. A manifestation of HIV infection in children. Am J Surg Pathol 17:1176-1181, 1993

165. LeJemtel TH, Eikayam U, Costanzo-Nordin MR, Sole M, Factor SM: Peripartum cardiomyopathy: A human model of reversible left ventricular dilatation. Heart Failure 9(2):63-68, 1993

166. Factor SM: Role of the extracellular matrix in dilated cardiomyopathy. Heart Failure 9:260-268, 1993

167. Meisner JS, Daboin NA, Keller P, Sisto D, Factor SM, Strom JA: Myxoma of the mitral valve detected by transesophageal echocardiography. Am Heart J 125:1449-1451, 1993

168. Eng C, Zhao M, Factor SM, Sonnenblick EH: Post-ischemic cardiac dilatation and remodeling: reperfusion injury of the interstitium. Eur Heart J 14 (suppl A):27-32, 1993

169. Lonn E, Factor SM, Wen WH, Zhao M, van Hoeven KH, Dawood F, Liu P: Effects of oxygen free radicals and scavengers on the cardiac extracellular collagen matrix during ischemia-reperfusion. Canad J Cardiol 10:203-213, 1994

170. Calderon TM, Factor SM, Hatcher VB, Berliner JA, Berman JW: An endothelial cell adhesion protein for monocytes recognized by monoclonal antibody IG9: expression *in vivo* in inflamed human vessels and atherosclerotic human and Watanabe rabbit vessels. Lab Invest 70(6):836-849, 1994

171. Factor SM: In, NOMENCLATURE AND CRITERIA FOR DIAGNOSIS OF DISEASE OF THE HEART AND GREAT VESSELS, Ninth Edition, New York Heart Association (member of Criteria Committee, Cardiac Pathology) 1994

172. Factor SM: The collagen matrix of the normal and failing heart. Cardio 11:44-49, 1994

173. Reyes AT, Kantrowitz AB, Issenberg HJ, Factor SM, Frame R, Brodman RF: Use of neurosurgical techniques for removal of a cardiac tumor. Ann Thorac Surg 57:741-743, 1994

174. Kosierkiewcz TA, Factor SM, Dickson DW: Immunocytochemical studies of atherosclerotic lesions of cerebral berry aneurysms. J Neuropathol Exp Neurol 53:399-406, 1994

175. Liu S-k, Chiu YT, Shyu JJ, Factor SM, Chu R, Lin JH, Hsou HL, Fox PR, Yang PC: Hypertrophic cardiomyopathy in pigs: quantitative pathologic features in 55 cases. Cardiovasc Pathol 3(4):261-268, 1994

176. Dickson DW, Davies P, Bevona C, Van Hoeven KH, Factor SM, Grober E, Aronson MK,

Crystal HA: Hippocampal sclerosis: a common pathological feature of dementia in very old (∃80 years of age) humans. Acta Neuropathol 88:212-221, 1994

177. Trupkiewicz JG, McNamara TS, Cook RA, Grenell SL, Weidenheim KM, Factor SM: Cerebral infarction associated with coarctation of the aorta in a lowland gorilla (gorilla, gorilla, gorilla). J Zoo Wildlife Med 26:123-131, 1995

178. Factor SM: (Editorial): Cardiovascular Pathology: From whence we came ... to where we are going. Cardiovasc Pathol 4(4):233-234, 1995

179. Hassankhani A, Steinhelper ME, Soonpaa MH, Katz EB, Taylor DA, Andrade-Rozental A, Factor SM, Steinberg JJ, Field LJ, Federoff HJ: Overexpression of NGF within the heart of transgenic mice causes hyperinnervation, cardiac enlargement, and hyperplasia of ectopic cells. Develop Biol 169:309-321, 1995

180. Mason JW, O'Connell JB, Herskowitz A, Rose NR, McManus BM, Billingham ME, Moon TE, and the Myocarditis Treatment Trial Investigators (Factor SM): A clinical trial of immunosuppressive therapy for myocarditis. NEJM 333(5):269-275, 1995

181. Tanowitz HB, Factor SM, Morris SA, Spray DC, Huang H, Chen B, Campos de Carvalho AC, Saez J, Christ GJ, Weiss LM, Wittner M: Myopathogenesis of Chagas. BAM 5(3):261-280, 1995

182. Vikstrom KL, Factor SM, Leinwand LA: A murine model for hypertrophic cardiomyopathy. Z Kardiol 84(Suppl 4):49-54, 1995

183. Fabry ME, Sengupta A, Suzuka SM, Constantini F, Rubin EM, Hofrichter J, Christoph G, Mancie E, Factor SM, Nagel RL: A second generation transgenic mouse expressing both Hbs and Hbs-Antilles results in increased phenotypic severity. Blood 86:2419-2428, 1995

184. Ioffe E, Bhaumik M, Liu Y, Poirer F, Factor S, Robertson EJ, Stanley P: WW6: an embryonic stem cell line that can be tracked in chimeras. Proc Natl Acad Sci 92:7357-7361, 1995

185. Liao L, Sindhwani R, Rojkind M, Factor S, Leinwand L, Diamond B: Antibody-mediated autoimmune myocarditis depends on genetically determined target organ sensitivity. J Exp Med 181:1123-1131, 1996

186. Tanowitz HB, Kaul DK, Chen B, Morris SA, Factor SM, Weiss LM, Wittner M: Trypanosoma cruzi: compromised microcirculation in acute murine Trypanosoma cruzi infection. J Parasitol 82:124-130, 1996

187. d'Amati G, Factor SM: Endomyocardial biopsy findings in patients with ventricular arrhythmias of unknown origin and no structural heart disease. Cardiovasc Pathol 5:139-144, 1996

*Stephen M. Factor, M.D.*

188. Edwards JG, Lyons GF, Micales BK, Malhotra A, Factor SM, Leinwand LA: Cardiomyopathy in transgenic MYF5 mice.  Circ Res 78:379-387, 1996

189. Abadi M, Stephney G, Factor SM:  Cardiac pentastomiasis and tuberculosis:  The worm-eaten heart:  Cardiovasc Pathol 5:169-174, 1996

190. Factor SM, Wittner M, Tanowitz HB:  Chagas' disease:  Microvascular and interstitial matrix abnormalities characteristic of congestive cardiomyopathy of diverse etiology.  Cardiovasc Pathol 5:203-208, 1996

191. Concepcion L, Markowitz GS, Borczuk AC, Factor SM:  Comparison of changing autopsy trends in the Bronx AIDS population.  Mod Pathol 9(10):1001-1006, 1996

192. Vikstrom KL, Factor SM, Leinwand LA:  Mice expressing mutant myosin heavy chains are a model for familial hypertrophic cardiomyopathy.  Molec Med 2(5):556-567, 1996

193. Factor SM, Borczuk A, Charron MJ, Fein FS, van Hoeven KH, Sonnenblick EH:  Myocardial alterations in diabetes and hypertension.  Diab Res Clin Prac 31:Suppl S133-S142, 1996

194. Markowitz GS, Concepcion L, Factor SM, Borczuk AC:  Autopsy patterns of disease among subgroups of an inner-city Bronx AIDS population. J Acq Imm Def Synd Hum Retrovirol 13:48-54, 1996

195. van Hoeven KH, Anyaegbunam A, Hochster H, Matano S, Whitty E, Distant J, Crawford C, Factor SM: The histologic threshhold for acute chorionitis and chorioamnionitis, its relation to acute funisitis, and its clinical significance. Lab Med 16:731-744, 1996

196. Borczuk A, Factor SM:  Pathologic alterations of the heart in diabetes mellitus.  In, THE HEART IN DIABETES, (eds. JC Chathan, J Forder, JH McNeill).  Kluwer Academic Publishers, Chap 2, 1996, pp 23-40

197. McNamara TS, Lucio-Martinez B, Factor SM, Kress Y: Investigation of a herpes viral infection in three species of pheasants.  Proceedings, Am Assn Zoo Vet 169-171, 1996

198. Factor SM, Bache R:  Pathophysiology of myocardial ischemia. In, THE HEART, (ed. Hurst JW), 9th edition, Chap 43, 1997

199. Borczuk AC, Berman JW, Factor SM:  Distribution of endothelin immunoreactivity in human kidney correlates with antemortem acute renal failure.  A possible portmortem immunohisto-chemical test.  Human Pathol 28:193-199, 1997

200. Edelman M, Silverlstein D, Strom J, Factor SM:  Cardiomyopathy in a male with cytsinosis.  Cardiovasc Pathol 6:43-47, 1997

*Stephen M. Factor, M.D.*

201. Borczuk AC, van Hoeven KH, Factor SM: Review and hypothesis: The eosinophil and peripartum heart disease (myocarditis and coronary artery dissection): coincidence or pathological significance? Cardiovasc Res 33:527-532, 1997

202. Kaufer E, Factor SM, Frame R, Brodman RF: Pathology of the radial and internal thoracic arteries used as coronary artery bypass grafts. Ann Thorac Surg 63:1118-1122, 1997

203. Shirani J, Bradlow JA, Metveyeva P, Losada M, Factor SM, Strom JA, Sisto D: Transient loss of vision as the presenting symptom of papillary fibroelastoma of aortic valve. Cardiovasc Pathol 6:237-240, 1997

204. Stenbit AE, Tsao T-S, Burcelin R, Li J, Geenen DL, Factor SM, Brosius FC III, Killen P, Houseknecht, Katz EB, Charron MJ: GLUT4 heterozygous knockout mice develop muscle insulin resistance and diabetes. Nature Med 3:1096-1101, 1997

205. Siri F, Malhotra A, Factor SM, Sonnenblick EH, Fein FS: Prolonged ejection duration helps to maintain pump performance of the renal-hypertensive-diabetic rat heart: correlations between isolated papillary muscle function and ventricular performance in situ. Cardiovasc Res 34:230-240, 1997

206. Yao L, Berman JW, Factor SM, Lowy FD: Correlation of histopathologic and bacteriologic changes with cytokine expression in an experimental model of bacteremic *Staphylococcus aureus* infection. Infect Immunol 65:3889-3895, 1997

207. Huang H, Chan J, Wittner M, Weiss LM, Bacchi CJ, Yarlett N, Martinez M, Morris SA, Braunstein VL, Factor SM, Tanowitz HB: *Trypanosoma cruzi* infection induces myocardial nitric oxide synthase. Cardiovasc Pathol 6(3):161-166, 1997

208. Markowitz GS, Factor SM, Borczuk AC: Splenic para-amyloid material. A possible vasculopathy of the acquired immunodeficiency syndrome. Human Pathol 29:371-376, 1998

209. Tardiff JC, Factor SM, Tompkins BD, Hewett TE, Palmer BM, Moore RL, Schwartz S, Robbins J, Leinwand LA: A truncated cardiac troponin T molecule in transgenic mice suggests multiple cellular mechanisms for familial hypertrophic cardiomyopathy. J Clin Invest 101:2800-2811, 1998

210. Yao S-S, Meisner JS, Factor SM, Frank CW, Strom JA, Shirani J: Assessment of left atrial appendage structure and function by transesophageal echocardiography. Echocardiography 15:243-256, 1998

211. Lee P, Morley G, Huang Q, Fischer A, Seiler S, Horner JW, Factor S, Vaidya D, Jalife J, Fishman GI: Conditional lineage ablation to model human diseases. Proc Natl Acad Sci 95:11371-11376, 1998

*Stephen M. Factor, M.D.*

212.  Vikstrom KL, Bohlmeyer T, Factor SM, Leinwand LA: Hypertrophy, pathology, and molecular markers of cardiac pathogenesis. Circ Res 82:773-778, 1998

213.  Borczuk AC, Niedt G, Sablay LB, Kress Y, Mannion CM, Factor SM, Tanaka KE: Fibrous long-spacing collagen in bacillary angiomatosis. Ultrastruct Pathol 22(2):127-133, 1998

214.  Jelicks LA, Shirani S, Wittner M, Chandra M, Weiss LM, Factor SM, Bekirov I, Braunstein VL, Chan J, Huang H, Tanowitz HB: Application of cardiac gated magnetic resonance imaging in murine Chagas= disease. Am J Trop Med Hyg 61(2):207-214, 1999

215.  Tardiff JC, Hewett TE, Palmer BM, Olsson C, Factor SM, Moore RL, Robbins J, Leinwand LA: Cardiac troponin T mutations result in allele-specific phenotypes in a mouse model for hypertrophic cardiomyopathy.  J Clin Invest 104(4):469-481, 1999

216.  Huang H, Chan J, Wittner M, Jelicks LA, Morris SA, Factor SM, Weiss LM, Braunstein VL, Bacchi CJ, Yarlett N, Chandra M, Shirani J, Tanowitz HB: Expression of cardiac cytokines and inducible form of nitric oxide synthase (NOS2) in *Trypanosoma cruzi*-infected mice. J Mol Cell Cardiol 31:75-88, 1999

217.  Tsao T-S, Stenbit AE, Factor SM, Chen W, Rossetti L, Charron MJ: Prevention of insulin resistance and diabetes in mice heterozygous for GLUT4 ablation by transgenic complementation of GLUT4        in skeletal muscle.  Diabetes 48:775-782, 1999

218.  Welikson RE, Buck SH, Patel JR, Moss RL, Vikstrom KL, Factor SM, Miyata S, Weinberger HD, Leinwand LA: Cardiac myosin heavy chains lacking the light chain binding domain cause cardiomyopathy in mice. Am J Physiol-Heart Circ Physiol 276:H2148-H2158, 1999

219.  Tardiff JC, Hewett TE, Palmer BM, Olsson C, Factor SM, Moore RL, Robbins J, Leinwand, LA:  Cardiac troponin T mutations result in allele-specific phenotypes in a mouse model for hypertrophic cardiomyopathy.  J Clin Invest 104:469-481, 1999

220.  Malkiel S, Factor S, Diamond B: Autoimmune myocarditis does not require B cells for antigen presentation.  J Immunol 163:5265-5268, 1999

221.  Kuan AP, Chamberlain W, Malkiel S, Lieu HD, Factor SM, Diamond B, Kotzin BL: Genetic control of autoimmune myocarditis mediated by myosin-specific antibodies. Immunogenet  49:79-85, 1999

222.  Huang H, Chan J, Wittner M, Jelicks LA, Morris SA, Factor SM, et al: Expression of cardiac cytokines and inducible form of nitric oxide synthase (N0S2) in *Trypanosoma cruzi*-infected mice. J Mol Cell Cadiol 31(1):75088, 1999

223.  Maisch B, Bultman B, Factor S, Grone H-J, Hufnagel G, Kawamura K, Kuhl U, Olsen E,

29

Pankuweit S, Virmani R: World Heart Federation consensus conferences= definition of inflammatory cardiomyopathy (myocarditis): Report from two expert committees on histology and viral cardiomyopathy. Heartbeat 4:3-4, 1999

224.   Wu G, Markowitz GS, Li L, D=Agati VD, Factor SM, Geng L, Tibara S, Tuchman J, Cai Y, Park JH, van Adelsberg J, Hou H Jr., Kucherlapati R, Edelmann W, Somlo S: Cardiac defects and renal failure in mice with targeted mutations in Pkd2. Nat Genet 24(1):75-78, 2000

225.   Kardon D, Borczuk AC, Factor SM: Mechanism of pericardial expansion with cardiac enlargement. Cardiovasc Pathol 9:9-15, 2000

226.   Kuan AP, Zuckier L, Liao L, Factor SM, Diamond B: Immunoglobulin isotype determines pathogenicity in antibody-mediated myocarditis in naïve mice. Circulaton Res 86:281-285, 2000

227.   Stenbit AE, Katz EB, Chatham JC, Gennen DL, Factor SM, Weiss RG, Tsao T-S, Malhotra A, Chacko VP, Ocampo C, Jelicks LA, Charron MJ: Preservation of glucose metabolism in hypertrophic GLUT4-null hearts. Am J Physiol-Heart Circ Physiol 279:H313-H318, 2000

228    Tardiff JC, Hewett TE, Factor SM, Vikstrom KL, Robbins J, Leinwand LA: Expression of the beta (slow) -isoform of MHC in the adult mouse heart causes dominant-negative functional effects. Am J Physiol-Heart Circ Physiol 278:H412-H419, 2000

229.   Qui JG, Factor S, Chang TH, Knighton D, Nadel H, Levenson SM: Wound healing: captopril, an angiogenesis inhibitor, and *Staphylococcus aureus* peptidoglycan. J Surg Res 92:117-185, 2000

230.   Peuch A., Saint-Jore B, Merscher S, Russell RG, Cherif D, Sirotkin H, Xu H, Factor S, Kucherlapati R, Skoultchi AI: Normal cardiovascular development in mice deficient for 16 genes in 550 Kb of the velocardiofacial/DiGeorge syndrome region. Proc Natl Acad Sci 97:10090-10095, 2000

231.   Petkova SB, Tanowitz HB, Magazine HI, Factor SM, Chan J, Pestell RG, et al:Myocardial expression of endothelin-1 in murine *Trypanosoma cruzi* infection. Cardiovasc Pathol 9(5):257-265, 2000

232.   Factor SM: The cardiovascular pathology of diabetes mellitus. In, Diabetes and Cardiovascular Disease. A Practical Primer (ed. TD Giles). LSU Health Sciences center, 2000, pp 1-14

233.   Fabry ME, Suzuka SM, Weinberg RS, Lawrence C, Factor SM, Gilman JG, Costantini F, Nagel RL: Second generation knock-out sickle mice. The effect of HbF. Blood 97:410-418, 2001

*Stephen M. Factor, M.D.*

234.   Fabry ME, Romero JR, Suzuka SM, Gilman JG, Feeling-Taylor A, Odunusi E, Factor S, Bouhassira EE, Lawrence C, Smithies O, Nagel RL: Hemoglobin C in transgenic mice: effect of Hbc expression from founders to full mouse globin knockouts.  Blood Cells Mol Dis 26:331-347, 2001

235.   Quinn A, Kosanke S, Fischetti VA, Factor SM, Cunningham MW: Induction of autoimmune recombinant streptococcal M protein.  Inf Immunol 69:4072-4078, 2001

236.   Petkova SB, Huang H, Factor SM, Pestell RG, Boumediene B, Jelicks LA, Weiss LM, et al: The role of endothelin in the pathogenesis of Chagas= disease.  Intl J Parasitol 31:499-511, 2001

237.   Mavi G, Qui J-G, Factor S, The EL, Leon W, Levenson SM:  Local instillation of *Staphylococcus aureus* peptidoglycan at operation prevents wound healing impairment following trauma. J Trauma 51:728-735, 2001

238.   Merscher S, Funke B, Epstein JA, Heyer J, Puech A, Lu MM, Xavier RJ, Demay MB, Russell RG, Factor S, Tokooya K, Jore BS, Lopez M, Pandita RK, Lia M, Carrion D, Xu H, Schorle H, Koble JB, Scambler P, Wynshaw-Boris A, Skoulchi AI, Morrow BE, Kucherlapati R:  TBXI is responsible for cardiovascular defects in velo-cardiofacial/DiGeorge syndrome.  Cell 104:619-629, 2001

239.   Rose EA,Gelijns AC, Moskowitz AJ et al.  (SM Factor Member of Study Group):  Long-term use of a left ventricular assist device for end-stage heart failure.  N Engl J Med 345:1435-1443, 2001

240.   Factor SM:  Letter from the Editor.  Cardiovasc Pathol 10:265, 2001

241.   Factor SM:  The cardiovascular pathology of diabetes mellitus.  Cardiovasc Rev Rep 22:660-664, 2001

242.   Galvin JE, Hemric ME, Kosanke S, Factor SM, Cunningham MW, Quinn A: Induction of myocarditis and valvulitis in lewis rats by different epitopes of cardiac myosin and its implications in rheumatic carditis.  Am J Pathol 160:297-306, 2002

243.   Chandra M, Shirani J, Shtutin V, Weiss L, Factor SM, Petkova SB, Rojkind J, Dominguez-Rosales JA, Jelicks LA, Wittner M, Tanowitz HB:  Cardioprotective effects of Verapamil on myocardial structure and function in a murine model of chronic *Trypanosoma cruzi* infection (Brazil strain): an echocardiographic study.  Intl J Parasitol 32:207-215, 2002

244.   Jelicks LA, Chandra M, Shtutin V, Petkova SB, Tang B, Christ GJ, Factor SM, Wittner M, Huang H, Douglas SA, Weiss LM, D'Orleans-Juste P, Shirani J, Tanowitz HB:  Phosphoramidon treatment improves the consequences of Chagasic heart disease. Clin Sci 103(suppl 48):267S-271S, 2002

31

245.  Chandra M, Tanowitz HB, Petkova SB, Huang H, Weiss LM, Wittner M, Factor SM, Shtutin V, Jelicks LA, Chan J, Shirani J:  Significance of inducible nitric oxide synthase in acute myocarditis caused by *Trypanosoma cruzi* (Tulahuen strain).  Intl J Parasitol 32:897-905, 2002

246.  Huang H, Yanagisawa M, Kisanuki YK, Jelicks LA, Chandra M, Factor SM, Wittner M, Weiss LM, Pestell RG, Shtutin V, Shirani J, Tanowitz HB:  Role of cardiac myocyte-derived endothelin-1 on Chagasic cardiomyopathy:  molecular genetic evidence.  Clin Sci 103(suppl 48):263S-266S, 2002

247.  Park DS, Woodman SE, Schubert W, Cohen AW, Frank PG, Chandra M, Shirani J, Razani B, Tang B, Jelicks LA, Factor SM, Weiss LM, Tanowitz HB, Lisanti MP: Caveolin-1/3 double-knockout mice are viable, but lack both muscle and non-muscle caveolae, and develop a severe cardiomyopathic phenotype. Am J Pathol 160(6):2207-2217, 2002

248.  Tatar EL, Alderman MH, Factor SM, Cohen H, Trieger N: Serum homocysteine in men with controlled hypertension taking dihydropyridine calcium channel blockers.  Einstein Quart J Biol Med 19:33-37, 2002

249.  Woodman SE, Park DS, Cohen AW, Cheung M, Chandra M, Shirani J, Tang B, Jelicks LA, Kitsis RN, Christ GJ, Factor SM, Tanowitz HB, Lisanti MP:  Caveolin-3 knock-out mice develop a progressive cardiomyopathy and show hyperactivation of the p42/44 MAP kinase cascade.  J Biol Chem 277:38988-38997, 2002

250.  Jelicks LA, Chandra M, Shirani J, Shtutin V, Tang B, Christ GJ, Factor SM, Wittner M, Huang H, Weiss LM, Mukherjee S, Bouzahzah B, Petkova SB, Teixeira MM, Douglas SA, Loredo ML, D'Orleans-Juste P, Tanowitz HB:  Cardioprotective effects of phosphoramidon on myocardial structure and function in murine Chagas' disease.  Intl J Parasitol 32:1487-1506, 2002

251.  Tanowitz AB, Factor SM, Shirani J, Ilercil A, Wittner M, Scharfstein J, Kirchhoff LU: Recent developments in the pathology of Chagas' disease with emphasis on the cardiovascular system.  In, World Class Parasites (Tyler KM, Miles MA, editors), Vol 7, Kluwer Academic Publishers, Boston, 2002, pp 81-96

252.  Huang H, Petkova SV, Cohen AW, Bouzahzah B, Chan J, Zhou J-N, Factor SM, Weiss LM, Krishnamachary M, Mukherjee S, Wittner M, Kitsis RN, Pestell RG, Lisanti MP, Albanese C, Tanowitz HB:  Activation of transcription factors (AP-1 and NF-κB) in murine chagasic myocarditis.  Inf Immun 71:2859-2867, 2003

253.  Cohen AW, Park DS, Woodman SE, Williams TM, Chandra M, Shirani J, DeSouza AP, Kitsis RN, Russell RG, Weiss LM, Tang B, Jelicks LA, Factor SM, Shtutin V, Tanowitz HB, Lisanti MP:  Caveolin-1 null mice develop cardiac hypertrophy with hyperactivation of p42/44 MAP kinase in cardiac fibroblasts.  Am J Physiol Cell Physiol 284:C457-C474,

*Stephen M. Factor, M.D.*

2003

254. Lee P, Sata M, DeFer DJ, Factor SM, Walsh K, Kitsis RN: Fas pathway is a critical mediator of cardiac myocyte death and MI during ischemia-reperfusion in vivo. Am J Physiol Heart Circ Physiol 284:H456-H463, 2003

255. Schubert W, Yang XY, Yang TTC, Factor SM, Lisanti MP, Molkentin JD. Rincon M, Chow C-W: Requirement of transcription factor NFAT in developing myocardium. J Cell Biol 161:861-874, 2003

256. Wencker D, Chandra M, Nguyen K, Miao W, Garantziotis S, Factor SM, Shirani J, Armstrong RC, Kitsis RN: A mechanistic role for cardiac myocyte apoptosis in heart failure. J Clin Invest 111:1497-1504, 2003

257. Tarzami ST, Miao W, Mani K, Lopez L, Factor SM, Berman JW, Kitsis RN: Opposing effects mediated by the chemokine receptor, CXCR2, on myocardial ischemia-reperfusion injury: recruitment of potentially damaging neutrophils and direct myocardial protection. Circulation 108:2387-2392, 2003

258. Park DS, Cohen AW, Frank PG, Razani B, Lee H, Williams TM, Chandra M, Shirani J, Souza AP, Tang B, Jelicks LA, Factor SM, Weiss LM, Tanowitz HB, Lisanti MP: Caveolin-1 null (-/-) mice show dramatic reductions in life span. Biochemistry 42(51):15124-15131, 2003

259. Woodman SE, Cheung MW-C, Tarr M, North AC, Schubert W, Lagaud G, Marks CB, Russell RG, Hassan GS, Factor SM, Christ GJ, Lisanti MP: Urogenital alterations in aged male caveolin-1 knockout mice. J. Urol 171(2 Pt 1):950-957, 2004

260. DeSouza AP, Tanowitz HB, Chandra M, Shtutin V, Weiss LM, Morris SA, Factor SM, Huang H, Wittner M, Shirani J, Jellicks LA: Effects of early and late verapamil administration on the development of cardiomyopathy in experimental chronic Trypanosoma cruzi (Brazil strain) infection. Parasitol Res 92(6):496-501, 2004

261. Akkerman A, Huang W, Wang X, Ramanujam M, Schiffer L, Maidaio M, Factor SM, Davidson A: CTLA4Ig prevents initiation but not evolution of anti-phospholipid syndrome in NZW/BXSB mice. Autoimmunity 37 (6-7):445-451, 2004

262. Dembitsky WP, Tector AJ, Park S, et al. (SM Factor Member of Study Group): Left ventricular assist device performance with long-term circulatory support: lessons from the REMATCH trial. Ann Thorac Surg 78:2123-2130, 2004

263. Boczko J, Tar M, Melman A, Jelicks LA, Wittner M, Factor SM, Zhao D, Hafron J, Weiss LM, Tanowitz HB, Christ GJ: *Trypanosoma cruzi* infection induced changes in the innervation, structure and function of the murine bladder. J Urol 173:1784-1788, 2005

33

264.   Tanowitz HB, Huang H, Jelicks LA, Chandra M, Loredo ML, Weiss LM, Factor SM, Shtutin V, Mukherjee S, Kitsis RN, Christ GJ, Wittner M, Shirani J, Kisanuki YY, Yanagisawa M:  Role of endothelin-1 in the pathogenesis of chronic chagasic heart disease.  Infect Immun 73:2496-2503, 2005

265.   Ertz-Berger BR, He H, Dowell C, Factor SM, Haim TE, Nunez S, Schwartz SD, Ingwall JS, Tardiff JC: Changes in the chemical and dynamic properties of cardiac troponin T cause discrete cardiomyopathies in transgenic mice.  Proc Natl Acad Sci, USA 102:18219-18224, 2005

266.   Combs TP, Nagajyothi, Mukherjee S, de Almeida CJ, Jelicks LA, Schubert W, Lin Y, Jayabalan DS, Zhao D, Braunstein VL, Landskroner-Eiger S, Cordero A, Factor SM, Weiss LM, Lisanti MP, Tanowitz HB, Scherer PE:  The adipocyte as an important target cell for Trypanosoma cruzi infection.  J Biol Chem 280:24085-24094, 2005

267.   De Souza AP, Cohen AW, Park DS, Woodman SE, Tang B, Gutstein DE, Factor SM, Tanowitz HB, Lisanti MP, Jelicks LA:  MR imaging of caveolin gene-specific alterations in right ventricular wall thickness.  Magn Reson Imaging 23:61-68, 2005

268.   Nagajyothi F, Desruisseaux M, Bouzahzah B, Weiss LM, Andrade Ddos S, Factor SM, Scherer PE, Albanese C, Lisanti MP, Tanowitz HB:  Cyclin and caveolin expression in an acute model of murine Chagasic myocarditis.  Cell Cycle 5(10):107-112, 2006

269.   Bouzahzah B, Nagajyothi F, Desruisseaux MS, Krishnamachary M, Factor SM, Cohen AW, Lisanti MP, Petkova SB, Pestell RG, Wittner M, Mukherjee S, Weiss LM, Jelicks LA, Albanese C, Tanowtz HB:  Cell cycle regulatory proteins in the liver in murine *Trypanosoma cruzi* infection.  Cell Cycle 5(20):2396-2400, 2006

270.   Patel MK, Factor SM, Wang J, Jana S, Strauch B:  Limited myocardial muscle necrosis model allowing for evaluation of angiogenic treatment modalities.  J Reconstr Microsurg 22(8):611-615, 2006

271.   Yang XY, Yang TT, Schubert W, Factor SM, Chow CW:  Dosage-dependent transcriptional regulation by the calcineurin/NFAT signaling in developing myocardium transition.  Dev Biol 303(2):825-837, 2007

272.   Ashton AW, Mukherjee S, Nagajyothi FN, Huang H,  Braunstein VL, Desruisseaux MS, Factor SM, Lopez L, Berman JW, Wittner M, Scherer PE, Capra V, Coffman TM, Serhan CM, Gotlinger KK, Weiss L, Tanowitz HB: Thromboxane $A_2$ is a key regulator of pathogenesis during *Trypanosoma cruzi* infection. J Exp Med 204(4):929-940, 2007

273.   Kahn P, Ramanujam M, Bethunaickan R, Huang W, Tao H, Madaio MP, Factor SM, Davidson A:  Prevention of murine antiphospholipid syndrome by BAFF blockade. Arthritis Rheum 58:2824-2834, 2008

274.   Solaymani-Mohammadi S, Coyle CM, Factor SM, Petri WA Jr:  Amebic colitis in an

antigenically and serologically negative patient:  usefulness of a small-subunit ribosomal RNA gene-based polymerase chain reaction in diagnosis.  Diagn Microbiol Infect Dis 62(3):333-335, 2008

275.   Ny L, Li H, Mukherjee S, Persson K, Holmqvist B, Zhao D, Shtutin V, Huang H, Weiss LM, Machado FS, Factor SM, Chan J, Tanowitz HB, Jelicks LA:  A magnetic resonance imaging study of intestinal dilation in Trypanosoma cruzi-infected mice deficient in nitric oxide synthase.  Am J Trop Med Hyg 79:760-767, 2008

276.   Tanowitz HB, Machado FS, Jelicks LA, Shirani J, Campos de Carvalho AC, Spray DC, Factor SM, Kirchoff LV, Weiss LM:  Perspectives on Trypanosoma cruzi-induced heart disease (Chagas Disease).  Prog Cardiovasc Dis 51(6):524-539, 2009

277.   Ramanujam M, Kahn P, Huang W, Tao H, Madaio MP, Factor SM, Davidson A:  Interferon-alpha treatment of female (NZW x BXSB)F(1) mice mimics some but not all features associated with the Yaa mutation.  Arthritis Rheum 60(4):1096-1101, 2009

278.   Dar P, Rosenthal J, Factor S, Dubiosso, R, Murthy AS:  First-trimester diagnosis of fetal epignathus with 2- and 3-dimensional sonography.  J Ultrasound Med 28:1743-1746, 2009

279.   Nawrocki AR, Hofmann SM, Teupser D, Basford JE, Durand JL, Jelicks LA, Woo CW, Kuriakose G, Factor SM, Tanowitz HB, Hui DY, Tabas I, Scherer PE:  Lack of association between adiponectin levels and atherosclerosis in mice.  Arterioscler Thromb Vasc Biol 30(6):1159-1165, 2010

280.   Nagajyhothi F, Zhao D, Machado FS, Weiss LM, Schwartz GJ, Desruisseaux MS, Zhao Y, Factor SM, Huang H, Albanese C, Teixeira MM, Scherer PE, Chua C Jr, Tanowitz HB:  Crucial role of the central leptin receptor in murine *Trypanosoma cruzi* infection.  J Infect Dis 2002(7), 2010

281.   Mukherjee S, Machado FS, Huang H, Oz HS, Jelicks LA, Prado CM, Koba W, Fine EJ, Zhao D, Factor SM, Collado JE, Weiss LM, Tanowitz HB, Ashton AW: Aspirin treatment of mice infected with *Trypanosoma cruzi* and implications for the pathogenesis of Chagas Disease. PLoS ONE 6 (Issue 2), 2011

**BOOKS:**

Factor SM, Lamberti-Abadi MA, Abadi J:  Handbook of Pathology and Pathophysiology of Cardiovascular Disease.  Kluwer Academic Publishers, Boston, 2002.

**ABSTRACTS:**

1.   Factor SM, Sonnenblick EH, Kirk ES:  Histological border zone of acute myocardial infarction: Islands or peninsulas?  Circulation 56(suppl III):7I, 1977

*Stephen M. Factor, M.D.*

2.   Factor SM, Yoran C, Sonnenblick EH, Kirk ES: Calcium and 99m Tc pyrophosphate localization in the border zone of canine myocardial infarcts. Circulation 56(suppl III):I38, 1977

3.   Goldfischer S, Factor SM, Biempica L: Thesaurosclerosis: Vascular disease in Morquio's syndrome. Fed Proc 37:801, 1978

4.   Minase T, Factor SM, Sonnenblick EH:  Clinical and morphological features of human hypertensive- diabetic cardiomyopathy.  Fed Proc 37:900, 1978

5.   Factor SM, Bhan R, Minase T, Wolinsky H, Sonnenblick EH: Morphologic features of hypertensive- diabetic cardiomyopathy in the rat.  Fed Proc 37:498, 1978

6.   Bhan R, Factor SM, Minase T, Wolinsky H, Sonnenblick EH: Ultrastructural features of hypertensive-diabetic cardiomyopathy in the rat.  Fed Proc 37:489, 1978

7.   Ongseng F, Chervu LR, Kogan SJ, Factor SM, Blaufox MD: Testicular imaging with TI-2OI. Society of Nuclear Medicine, 25th Annual Meeting, 1978

8.   Okun E, Factor SM, Kirk ES:  The histological border of myocardial infarction.  A function of microcirculation.  Fed Proc 38:1209, 1979

9.   Factor SM, Okun EM, Kirk ES:  Microextension of acute myocardial necrosis into the normal zone of 7 day canine infarcts. Circulation 60(suppl II):II4, 1979

10.  Okun EM, Factor SM, Kirk ES:  End-capillary loops in the heart: An explanation for discrete myocardial infarction without border zones.  Circulation 60(suppl II):394, 1979

11.  Factor SM, Minase T, Okun EM, Herskowitz A, Sonnenblick EH: Coronary microvascular spasm in the cardiomyopathic Syrian hamster: A primary case of focal cell necrosis? Circulation 62(suppl III):254, 1980

12.  Factor SM, Minase T, Sonnenblick EH: Microvascular abnormalities in the hypertensive-diabetic rat heart.  Circulation 62(suppl III):247, 1980

13.  Robinson TF, Factor SM, Sonnenblick EH:  The skeletal framework of the heart: The hierarchical arrangement of inter-and peri- cellular connections.  Circulation 62(suppl III):247, 1980

14.  Forman R, Factor SM, Kirk ES:  Temporary preservation of ischemic subendocardial tissue in region at risk. Circulation 62(suppl III):242, 1980

15.  Factor SM, Cho S, Sonnenblick EH:  Verapamil treatment of the cardiomyopathic Syrian hamster: Effects on the microcirculation and the extent of myocardial necrosis. Fed Proc

Stephen M. Factor, M.D.

40:758, 1981

16.  Cho S, Factor SM, Sternlieb I, Scheinberg IH, Goldfischer S: The cardiomyopathy of Wilson's disease:  myocardial alterations in seven cases. Fed Proc 40:752, 1981

17.  Factor SM, Okun EM, Minase T, Kirk ES:  The microcirculation of the human heart: end-capillary loops with discrete perfusion fields.  Circulation 64(suppl IV):139, 1981

18.  Cho S, Factor SM, Eng C, Kirk ES:  Enhanced vulnerability of midwall myocardium to focal necrosis following microsphere embolization.  Circulation 64(suppl IV):266, 1981

19.  Eng C, Factor SM, Cho S, Kirk ES:  Myocardial micronecrosis due to microsphere embolization: mediation by an alpha adrenergic mechanism.  Circulation 64(supp IV):232, 1981

20.  Factor SM, Sonnenblick EH:  Coronary microvascular spasm:  a possible cause of focal myocardial necrosis and congestive cardiomyopathy.  Fed Proc 4:446, 1982

21.  Kirk ES, Eng C, Cho S, Factor SM:  Myocardium at risk:  the micro-circulatory unit.  Fed Proc 41:1762, 1982

22.  Levitt B, Factor SM, Somberg JC:  Digitoxin blockade of adriamycin cardiotoxicity in the rabbit.  Am J Cardiol 49:985, 1982

23.  Factor SM, Cho S, Kirk ES:  Non-specificity of triphenyl tetrazolium chloride for the gross diagnosis of acute myocardial infarction.  Circulation 66(suppl II):84, 1982

24.  Kirk ES, Eng C, Cho S, Factor SM:  Failure to demonstrate salvage of myocardium at 6 hours with ibuprofen using triphenyl tetrazolium chloride.  Circulation 66(suppl II):84, 1982

25.  Strain J, Grose R, Factor S, Matos J, Kim S, Fisher J: Clinically normal patients with spontaneous ventricular tachycardia: endomyocardial biopsy results. Circulation 66(suppl II):343, 1982

26.  Factor SM, Cho S:  Alpha adrenergic blockade of the cardiomyopathic Syrian hamster: further evidence for the microvascular etiology of micronecrosis.  Fed Proc 42:920, 1983

27.  Strain JE, Grose RM, Hirsch CL, Kramer DC, Cho S, Factor SM: Atypical presentation of myocarditis.  Circulation 68(suppl III):27, 1983

28.  Strain JE, Fine EJ, Grose RM, Kramer DC, Cho S, Factor SM: Comparison of myocardial biopsy and gallium-67 imaging for diagnosing myocarditis.  Circulation 68(suppl III):208, 1983

29.  Robinson TF, Cohen-Gould L, Factor SM:  Hierarchical arrangement of inter- and

*Stephen M. Factor, M.D.*

pericellular connective tissue structures in heart muscle.  Biophys J 41:97A, 1983

30.  Robinson TF, Factor SM, Sonnenblick EH, Cohen-Gould L, Remily R, Capasso JM: Function of epimysial collagen fibers in cardiac muscle:  structural-functional correlations. J Mol Cell Cardiol 15:37, 1983

31.  Robinson TF, Factor SM, Cohen-Gould L, Capasso JM:  Structure and function of epimysial collagen fibers in heart muscle.  Biophys J 45(2):105A, 1984

32.  Strain JE, Grose RM, Hirsch CL, Kramer DC, Cho S, Factor SM: Discordance of clinical and histological response to therapy in chronic myocarditis.  J Am Coll Cardiol 3:520, 1984

33.  Robinson TF, Cohen-Gould L, Factor SM:  Epimysial collagen fibers in heart muscle: structure-function.  Anat Rec 208:149A, 1984

34.  Strain JE, Keefe DL, Grose RM, Cho S, Factor SM:  Coronary vasculitis diagnosed by endomyocardial biopsy.  Circulation 70(suppl II):I50, 1984

35.  Biempica L, Factor S, Cho S, Goldfischer S:  Correlation between histological changes and microvascular abnormalities demonstrated by silicone rubber perfusion in alcoholic cirrhosis.  Hepatology 4:1073, 1984

36.  Robinson T, Factor S, Schwartz E, Capasso J, Cohen-Gould L, Blumenfeld 0:  Collagen struts of mammalian heart muscle: structure and function.  J Mol Cell Cardiol 16(suppl I):1984

37.  Factor SM, Robinson TF, Cho S:  Alterations of the myocardial skeletal framework in acute experimental and clinical infarction with and without ventricular rupture.  J Am Coll Cardiol 5:401, 1985

38.  Vetter HO, Tamura K, Factor SM, Frater RWM:  Materials for cusp substitution in valvular surgery: An experimental investigation. Presented at the Society of Thoracic Surgeons 22nd Annual Meeting, Washington, D.C., 1985

39.  Conway RS, Factor SM, Baez S:  Increased sensitivity of myopathic hamster arterioles to norepinephrine.  Fed Proc 45:409, 1986

40.  Strain J, Grose R, Factor S, Norin A:  Human myocarditis:  an autoimmune disease involving cytolytic lymphocytes?  Fed Proc 45:491, 1986

41.  Bortolotti U, Zussa C, Factor S, Frater RWM:  Glutaraldehyde treated auto, homo and xenograft pericardium in atrial, mitral, aortic and pericardial applications.  Presented at the European Society for Artifical Organs, Avignon France, September, 1986

38

42.   Vetter HO, Factor SM, Frater RWM:  The use of glycerol-treated homologous pericardium as a substitute for chordae tendineae of the mitral valve in sheep.  Presented at the 15th Annual Meeting of the German Society for Thoracic and Cardiovascular Surgery, 1986

43.   Bortolotti U, Zussa C, Factor S, Frater R: Glutaraldehyde treated auto, homo, and xenograft pericardium in atrial, mitral, aortic, and pericardial applications.  XIII Annual Meeting, Life Support Systems, Avignon, France, September, 1986

44.   Buttrick P, Malhotra A, Factor S, Geenen D, Scheuer J:  The effects of chronic dobutamine treatment on the normotensive and hypertensive heart.  J Am Coll Cardiol 9:37A, 1987

45.   Rose AG, Novitzky D, Factor SM:  Spasm-induced smooth muscle contraction bands in the media of coronary arteries:  an experimental study in baboons. Lab Invest 56:66A, 1987

46.   Factor SM, Fein F, Cho S: The coronary microcirculation in clinical and experimental diabetic heart disease.  J Mol Cell Cardiol 19(suppl III):S21, 1987

47.   Dahm M, Lyman WD, Factor SM, Eghball M, Schwell AB, Frater RWM: Immunogenicity of glutaraldehyde-tanned bovine pericardial xenografts.  J. Mol Cell Cardiol 19(suppl IV):S81, 1987

48.   Flomenbaum M, Zhao M-J, Robinson TF, Factor SM:  Effects of increased ventricular cavity pressure on intrinsic myocardial connective tissue and myocytes.  Presented at the 2nd Scientific Session of the Society for Cardiovascular Pathology, Anaheim, CA, November 15, 1987

49.   Factor SM, Cho S, Conway R, Forman R, Eng C:  The relationship of the coronary microcirculation to myocardial micronecrosis and infarction.  Presented at the Fourth World Congress for Microcirculation, Tokyo, Japan, July, 1987

50.   Factor SM, Cho S, Minase T, Capasso JM, Fein F:  Coronary microvascular abnormalities in the diabetic heart.  Presented at the Satellite Conference of the Fourth World Congress for Microcirculation, Osaka, Japan, July 1987

51.   Factor SM, Cho S, Scheuer J, Sonnenblick EH, Malhotra A: Prevention of hereditary cardiomyopathy in the Syrian hamster with chronic verapamil therapy.  J Mol Cell Cardiol 20 (suppl V):581, 1988

52.   Factor SM, Flomenbaum M, Udem SA, Kress Y, Soiero R: Proliferative membranopathy and human immunodeficiency virus in AIDS hearts.  Circulation 78(suppl II):535, 1988

53.   Factor SM, Butany J, Sole MJ, Wigle ED, Rojkind M:  Matrix and scar-type connective tissue in the subaortic myocardium of patients with hypertrophic cardiomyopathy.

*Stephen M. Factor, M.D.*

Presented at the 3rd Annual Scientific Session of the Society for Cardiovascular Pathology, Washington, D.C., November, 1988

54. Cho S, Morin L, Issenberg HL, Morecki R. Factor SM: Cardiac lesions in children with acquired immune deficiency syndrome. Lab Invest 60:16A, 1989

55. Cho S, Matano S, Factor SM: Cardiac lesions in 118 autopsied acquired immune deficiency syndrome patients: intravenous drug abusers vs homosexuals. Lab Invest 60:17A, 1989

56. Zhao M, Forman R, Sonnenblick EH, Zhang H, Charney RH, Factor SM, Eng C: Pressure- sarcomere length relationship in the stunned myocardium. Circulation 80(suppl II):97, 1989

57. Charney RH, Takahashi S, Zhao M, Sonnenblick EH, Factor SM, Eng C: Collagen loss in the stunned myocardium. Circulation 80(Suppl II):99, 1989

58. Zhao M, Forman R, Sonnenblick EH, Zhang H, Charney RH, Factor SM, Eng C: Sarcomere misregistration in the stunned myocardium: evidence for intracellular slippage. Circulation 80 (suppl II):513, 1989

59. Factor SM, van Hoeven KH, Cho S, Fein FS: Microangiopathy and focal myocardial injury: their role in the development of diabetic cardiomyopathy. Presented at the International Symposium on the Diabetic Heart, Tokyo, Japan, October, 1989

60. Factor SM, Rojkind M, McNamara T: Cardiac connective tissue matrix in the giraffe heart: a model of physiologic hypertrophy. Presented at the 4th Annual Scientific Session of the Society for Cardiovascular Pathology, New Orleans, LA, November, 1989

61. Factor SM, Sonnenblick EH, Chadwick RS: The effects of the myocardial connective tissue matrix on cardiac mechanics: anatomy-phylogeny-theoretical physics. Presented at NIH Conference on Modeling in Biomedical Research, Bethesda, Maryland, May, 1989

62. van Hoeven K, Factor SM: A comparison of the pathological spectrum of hypertensive, diabetic, and hypertensive-diabetic heart disease. Lab Invest 62:103A, 1990

63. van Hoeven K, Segal B, Factor SM: Comparison of cardiac pathology in acquired immunodeficiency syndrome among patients with and without other cardiac risk factors. Lab Invest 62:103A, 1990

64. Ventura MC, Factor SM, Wittner M, Tanowitz H, Rojkind M: Gelatinase and collagenase activity in Trypanosoma cruzi. FASEB J 4:A343, 1990

65. Lonn E, Wer WH, Factor S, van Hoeven KH, Dawood F, Liu P: Effect of oxygen free radicals and scavengers on collagen content during ischemia-reperfusion. Presented to

*Stephen M. Factor, M.D.*

Canadian Cardiovascular Society, Halifax, NS, October, 1990

66. Carnavale K, Cajigas A, Factor S, Steinberg JJ:  A morphometric evaluation of islets of Langerhans in normal elderly and disease matched diabetes.  Diabetes 39:173A, 1990

67. Calderon TM, Yao L, Factor SM, Brosnan CF, Hatcher VB, Berman JW: Cytokine induction of a monocyte adhesion protein on human endothelial cells. Circulation 82(suppl III): 94, 1990

68. Chalifour LE, Gomes ML, Wang N-S, Mes-Masson A-M, Factor, SM: Cardiomyopathy in polyomavirus large T-antigen transgenic mice. Circulation 82(suppl III):290, 1990

69. Factor SM, Wittner, M, Tanowitz, H, Ventura MC, Rojkind M: Collagen matrix damage and Trypanosoma cruzi induced collagenolysis in murine Chagas' disease. Circulation 82 (suppl III): 291, 1990

70. Lonn E, Factor SM, Wen W-H, van Hoeven, KH, Dawood F, Liu P: effect of oxygen free radicals and scavengers on myocardial collagen during ischemia-reperfusion. Circulation 82(suppl III):298, 1990

71. Cho S, Lee KB, Park CG, Choi IJ, Factor SM: Effects of nifedipine, reserpine, prazosin, and phenoxybenzamine in cardiomyopathic Syrian hamsters.  Lab Invest 64:17A, 1991

72. Pirofski L, Horwitz MS, Scharff MDS, Factor SM: Mouse adenovirus type 1 induces Reye-like lesions in the livers of SCID mice.  Lab Invest 64:89A, 1991

73. Factor SM, Cho S, Kress, Y, Menegus M, Reyes A, Sakai L, Goldfischer S: Microfibrillar cardiomyopathy: a new entity resembling cardiac amyloidosis.  Lab Invest 64:74A, 1991

74. van Hoeven K, Kitsis RN, Katz SD, Factor SM: Peripartum versus idiopathic dilated cardiomyopathy in young woman: a comparison. Lab Invest 64:22A, 1991

75. Cho S, Shin DW, Chung SH, Kim SY, Choi IJ, Factor SM: Aspirin and verapamil reduce monocrotaline induced pulmonary hypertension in the rat. Am Rev Respir Dis 143:A187, 1991

76. Cho S, Shin DW, Chung SH, Kim SY, Choi IJ, Factor SM: Platelet aggregation and vasoreactivity in monocrotaline induced pulmonary hypertension. Am Rev Respir Dis 143:A187, 1991

77. Cho S, Issenberg H, Factor SM: Endomyocardial biopsy diagnosis of myocarditis in children: safe and useful.  Lab Invest 64:107A, 1991

78. Calderon TM, Yao L, Brosnan CF, Hatcher VB, Factor SM, Berman JW: A cytokine induced human ndothelial cell-monocyte adhesion molecule expressed in vessels with atherosclerotic lesions. FASEB J 5:A1438, 1991

*Stephen M. Factor, M.D.*

79. Fabry ME, Constantini F, Pachnis A, Hofrichter J, Christoph GW, Factor S, Nagel RL: A transgenic mouse line expressing a high level of HbS. Clin Res 39(2):276a, 1991

80. Calderon TM, Yao L, Cuff CA, Hatcher VB, Factor SM, Berman JW: Cell surface expression of a monocyte adhesion protein on cytokine-activated human endothelial cells and atherosclerotic human and Watanabe rabbit coronary vessels. J Cell Biochem (suppl 16A):10, 1992

81. van Hoeven KH, Matano S, Hochster H, Anyaegbunam A, Witty JE, Factor SM: Acute chorioamnionitis with funisitis: A clinicopathologic study. Lab Invest 66:111A, 1992

82. Segal B, Factor SM: Myocardial risk factors contribute to cardio- myopathy in AIDS patients. Lab Invest 66:23A, 1992

83. Fabry ME, Costantini F, Pachnis A, Band N, Aynedjian HS, Factor SM, Nagel RL: Organ damage in transgenic mice with high expression of hemoglobin S. Clin Res 40(2):212a, 1992

84. Zhao M, Sonnenblick EH, Zhang H, Factor SM, Eng C: Cytoskeletal alterations in the stunned myocardium. FASEB J 6:A1245, 1992

85. Factor SM: The pathogenesis of cardiomyopathy in the Syrian hamster: Abnormalities of the microcirculation and the myocardial connective tissue matrix. J Mol Cell Cardiol 24(suppl II):S433, 1992

86. Fabry ME, Constantini F, Pahnis A, Band N, Aynedjian H, Factor S, Nagel RL: High expression of ß$^s$ and human / in transgenic mice: Organ Pathology. Annual Meeting of the National Sickle Cell Disease Program, March 14-18, 1992

87. Factor SM, Cho S: Plexogenic pulmonary arteriopathy: 3- dimensional casts and serial sections reveal pseudoaneurysms, spasm, and hypoperfusion. Lab Invest 68:22A, 1993

88. Edwards JG, Smith CK, Santerre RF, Bales K, Gardin J. Factor SM, Leinwand LA: Cardiomyopathy in transgenic Myf5 mice. Presented at the Scientific Conference on the Molecular Biology of the Normal, Hypertrophied, and Failing Heart. August, 1993

89. Aretz HT, Billingham ME, Edwards WD, Factor SM, Fallon JT, Hammond EH, McManus BM, Schoen FJ (The NIH Multicenter Myocarditis Treatment Trial Panel): The utility of the Dallas criteria for the histopathological diagnosis of myocarditis in endomyocardial biopsy specimens. Circulation 88:552, 1993

90. d'Amati G, Factor SM: Endomyocardial biopsy findings in patients with ventricular arrhythmias of unknown origin. Lab Invest 70:27A, 1994

91. Liu S-K, Chiu Y-T, Fox PR, Factor SM, Shyu J-J, Chu R: Interstitial connective tissue

*Stephen M. Factor, M.D.*

abnormalities in feline cardiomyopathies. Lab Invest 70:29A, 1994

92.  Liu S-K, Chiu Y-T, Shyu J-J, Factor SM, Chu R, Lin J-H, Tsau H-L: Hypertrophic cardiomyopathy in pigs. Lab Invest 70:29A, 1994

93.  Tanaka K, Dever L, Factor S, Wright S, Tomasz A:  Anti-CD18 antibody prevents polymorphonuclear cell (PMN) diapedesis but not margination induced by pneumococcal (PN) cell wall (CW) in the rabbit model of meningitis. Lab Invest 70:145A, 1994

94.  Kosierkiewicz T, Factor SM, Cho S, Steinberg JJ:  The autopsy in the elderly surgical patient:  Risk management quality assurance in the hospital setting. Lab Invest 70:164A, 1994

95.  Steinberg JJ, Winiarsky R, Savala E, DeSalle L, St. Pre M, Moosikasuwan M, Cajigas A, Chang TH, Factor SM, Levenson SM: DNA biomarkers antecede semiquantitative anthracycline cardiomyopathy. Lab Invest 70:31A, 1994

96.  Rao RS, Factor SM, Menegus MA, Monrad ES, Sherry B, Greenberg MA, Berman JW:  Increased expression of chemokine-beta proteins in human retenotic coronary artery lesions following angioplasty.  J Am Coll Cardiol suppl:123A, 1994

97.  Vikstrom KL, Factor SM, Leinwand LA:  Transgenic mouse model for familial hypertrophic cardiomyopathy.  Circulation, 1995

98.  Edwards J, Sclais S, Lyons, Malhotra A, Smith C, Santerre R, Bales K, Factor S, Leinwand L:  Cardiomyopathy in transgenic Myf5 mice. Circulation, 1995

99.  Borczuk A, Berman JW, Factor SM:  Correlation of endothelin immunoreactivity in human kidney with acute renal failure.  Lab Invest 72:158A, 1995

100.  Pathak A, Weber KL, Moses JW, Monrad ES, Lerrick K, Monrad S, Menegus M, Factor SM, Berman JW:  Role of chemokine beta proteins in the development of unstable plaques in coronary atherosclerosis.  FASEB J 9:A321, 1995

101.  Weber KJ, Pathak A, Moses JW, Cohen NT, Higgins JE, Monrad S, Menegus M, Greenberg M, Factor SM, Berman JW:  Induction of monocyte chemoattractant protein-1 and its role in the development of unstable coronary atherosclerotic plaques.  Circulation 92(suppl1):160, 1995

102.  Factor SM, Sonnenblick EH:  Myocardial alterations in diabetes and hypertension. J Mol Cell Cardiol 27:A422, 1995

103.  Borczuk AC, Markowitz GS, Concepcion L, Factor SM:  Bronx AIDS:  cardiac involvement by infections and malignancies.  Lab Invest 74:27A, 1996

104. Borczuk AC, Niedt G, Sabley LB, Kress Y, Mannion CM, Factor SM, Tanaka KE: Fibrous long-spaced collagen (FLSC) in bacillary angiomatosis. Lab Invest 74:128A, 1996

105. Concepcion L, Markowitz GS, Borczuk AC, Factor SM: Comparison of changing autopsy trends in the Bronx AIDS population. Lab Invest 74:129A, 1996

106. Markowitz GS, Concepcion L, Factor SM, Borczuk AC: AIDS in the Bronx: an autopsy study of risk factors and AIDS defining diagnoses. Lab Invest 74:130A, 1996

107. Costello P, Markowitz GS, Factor SM, Borczuk AC: Patterns of pulmonary cytomegalovirus (CMV) infection in AIDS and correlation with systemic disease. Lab Invest 74:154A, 1996

108. Yao L, Lowy FD, Factor SM, Berman JW: Cytokine gene expression in an experimental animal model of bacteremic staphylococcus aureus infection. FASEB J, 1996

109. Huang H, Wittner M, Chan J, Weiss LM, Morris SA, Yarlett N, Martinez M, Braunstein V, Factor SM, Tanowitz HB: Inducible nitric oxide synthase expression in the myocardium of *Trypanosoma cruzi* infected mice. 45th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Baltimore, MD, 1996

110. Tardiff JC, Factor SM, Hewett TE, Robbins J, Leinwand LA: Expression of a mutant CtNt molecule implicated in familial hypertrophic cardiomyopathy results in widespread ventricular remodeling in transgenic mice. Circulation 96(suppl I), 1997

111. Wickender AD, Huang Q, Factor SM, Backx PH, Fishman GI: Expression of a dominant-negative Kv4.2 channel in the hearts of transgenic mice. Circulation 96(suppl I):422, 1997

112. Welikson RE, Vikstrom KL, Factor SM, Weinberger HD, Leinwand LA: Heavy chains lacking the light chain binding domain cause genetically dominant cardiomyopathy in mice. Circulation 96 (suppl I):571, 1997

113. Tardidff J, Nakao K, Bristow M, Factor S, Hewett T, Robbins J, Leinwand L: Myosin gene expression in heart failure. Presented at the Steamboat Springs Heart Meeting, 1998

114. Tardiff JC, Hewett TE, Factor SM, Robbins J, Leinwand LA: Expression of the fetal isoform of MyHC in the adult mouse heart causes dominant-negative effects. Circulation 98(suppl I): 467,1998

115. Wencker D, Khine CC, Chandra M, Garantzioti S. Ng K, Factor SM, Shirani J, Kitsis RN: Myocyte apoptosis is sufficient to cause dilated cardiomyopathy. Circulation 100(suppl I), 1999

116. Wencker D, Chandra M, Armstrong RC, Garantziotis S, Factor SM, Shirani J, Kitsis RN: Rescue of dilated cardiomyopathy by capase inhibition in FkBP-capase-8-transgenic mice.

*Stephen M. Factor, M.D.*

Circulation 102(Supp): 1-8, 2000

117. Ertz-Berger BL, Doan TM, Jewett TE, Factor SM, Robbins J, Tardiff JC: Single amino acid substitutions at codon 92 of the cardiac troponin T gene exhibit distinct cardiovascular phenotypes in transgenic mice. Circulation 102(Supp II):217, 2000

118. Peng C-F, Lee P, Deguzman A, Miao W, Chandra M, Shirani J, Factor S, et al: Multiple independent mutations in apoptotic signaling pathways markedly decrease infarct size due to myocardial ischemia-reperfusion. Circulaton 104(Supp II):187, 2001

119. Ertz-Berger B, Hewett TE, Dowell C, Factor SM, Robbins J, Tardiff JC: Independent mutations in the tropomyosin binding domain of cardiac TNT exhibit allele-specific phenotypes in transgenic mice. Circulation 106(Suppl II):205-206, 2002

Factor CV-08