# Exhibit C

**Stephen M. Factor, MD, FCAP, FACC**
PROFESSOR OF PATHOLOGY & MEDICINE
19 Dan Beard Lane
West Redding, CT 06896

Office (718) 918-4811
Fax   (718) 918-7855
Email factor@aecom.yu.edu

November 21, 2012

Nils B. (Burt) Snell, Esq.
Butler, Snow, O'Mara,
  Stevens & Canada, PLLC
Suite 400
500 Office Center Drive
Fort Washington, PA 19034

                      **Re:   Supplement**

Dear Mr. Snell:

I have reviewed 4 re-cut slides from Ms. Wicker (S08-3774), stained by Dr. Welch. The slides included two Congo red and two trichrome stains from uterine tissues PE and AE, and a positive Congo red control.

The findings on Dr. Welch's stained slides do not alter my conclusions regarding Congo red staining of these tissues.

Sincerely,

Stephen M. Factor, M.D.