# EXHIBIT F

# Level of evidence

| Levels of evidence | Oxford Centre of EBM |
|---|---|
| Ia | Systematic reviews (meta-analyses) of RCTs |
| Ib | Randomized controlled trials |
| II | Cohort studies |
| III | Case-control-studies |
| IV | Case-series |
| V | Expert opinion |

Validity/Strength of Inference ↑

Bias
Bias
Bias
Bias
Bias
Bias

Δ π EXHIBIT 17
Deponent Toglia
Date 10/2/15  Rptr.
WWW.DEPOBOOK.COM