# EXHIBIT D

# GYNECARE TVT*

## *Obturator System*

**Tension-free Support for Incontinence**

GYNECARE TVT* *obturatorsysteem*
**Spanningsvrij steunbandje tegen incontinentie**

GYNECARE TVT* *obturatorsystem*
**Spændingsfri støtte til inkontinens**

GYNECARE TVT* *-obturaattorijärjestelmä*
**Jännityksetön tuki inkontinenssin hoitoon**

*Système obturateur* GYNECARE TVT*
**Dispositif sans tension contre les incontinences**

GYNECARE TVT* *Obturator System*
**Spannungsfreie Unterstützung bei Inkontinenz**

*Sistema otturatorio* GYNECARE TVT*
**Dispositivo tension-free per l'incontinenza**

*Sistema obturador* GYNECARE TVT*
**Apoio sem tensão para incontinência**

*Sistema obturador* GYNECARE TVT*
**Protector sin tensión para la incontinencia**

GYNECARE TVT* *obturatoriabandsystem*
**Tensionsfritt stöd för behandling av inkontinens**

*Σύστημα επιπωματικού* GYNECARE TVT*
**Σύστημα υποστήριξης για την αντιμετώπιση της
ακράτειας, χωρίς τάση**



EC
Legal Manufacturer
ETHICON, Sàrl
Rue du Puits-Godet 20
CH-2000 Neuchâtel
Switzerland

*Manufactured for:*

# GYNECARE

WORLDWIDE
A division of ETHICON, INC.
a *Johnson & Johnson* company
Somerville, New Jersey 08876-0151

Made in Switzerland
©ETHICON, INC.  2003 *Trademark

RMC P18070/A

**ETH.MESH.02340829**

**ENGLISH**

GYNECARE TVT* *Obturator System*
**Tension-free Support for Incontinence**

GYNECARE TVT *Obturator* **Device,**
              **Sterile Single Use**

GYNECARE TVT *Obturator* **Helical Passers,**
              **Sterile Single Use**

GYNECARE TVT *Obturator* **Atraumatic Winged Guide,**
              **Sterile Single Use**

**Please read all information carefully.**

Failure to properly follow instructions may result in improper functioning of the device and may lead to injury.

**Important:**

This package insert is designed to provide instructions for use of the GYNECARE TVT* *Obturator* System, including the GYNECARE TVT *Obturator* device, Helical Passers and Atraumatic Winged Guide. It is not a comprehensive reference to surgical technique for correcting SUI (Stress Urinary Incontinence). The device should be used only by physicians trained in the surgical treatment of stress urinary incontinence and specifically in implanting the GYNECARE TVT *Obturator* device. These instructions are intended for general use of the device. Variations in use may occur in specific procedures due to individual technique and patient anatomy.

**DESCRIPTION**

The GYNECARE TVT *Obturator* System is a sterile, single patient use procedure kit consisting of:

**GYNECARE TVT Obturator device**

The GYNECARE TVT *Obturator* device is a sterile, single patient use device, consisting of one piece of undyed or blue (Phtalocyanine blue, Color index Number 74160) PROLENE* polypropylene mesh (tape) approximately 1/2 x 18 inches (1.1 x 45 cm) covered by a plastic sheath overlapping in the middle. Plastic tube receptacles are attached at each end. PROLENE polypropylene mesh is constructed of knitted filaments of extruded polypropylene strands identical in composition to that used in PROLENE polypropylene non-absorbable surgical suture. This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE mesh is knitted by a process that interlinks each fiber junction and that providing elasticity in both directions. This bi-directional elastic property allows adaptation to various stresses encountered in the body.

**GYNECARE TVT Helical Passers**

The GYNECARE TVT Helical Passers are two stainless steel, curved wire passers with plastic handles that are designed to deliver the GYNECARE TVT *Obturator* device. Helical Passers are provided as left and right units, pre-assembled to the GYNECARE TVT *Obturator* device. The Helical Passer MUST not be bent or deformed in any way.

**GYNECARE TVT Atraumatic Winged Guide**

The GYNECARE TVT Atraumatic Winged Guide is a stainless steel accessory instrument, which facilitates the passage of the GYNECARE TVT Helical Passers through the dissection tract.

**INDICATIONS**

The GYNECARE TVT *Obturator* device is intended to be used in women as a sub-urethral sling for the treatment of stress urinary incontinence (SUI) resulting from urethral hypermobility and/or intrinsic sphincter deficiency.

**INSTRUCTIONS FOR USE**
**(Note: hand positions shown in illustrations may vary)**

1.  Place the patient in the dorsal lithotomy position with the hips hyperflexed over the abdomen. The buttocks should be positioned flush with the edge of the table.

2.  The procedure can be carried out under local, regional or general anesthesia.

3.  Optionally, the labia may be sutured laterally to provide exposure.

4.  Insert a urethral catheter into the bladder and empty the bladder.

5.  Mark the exit points of the plastic tubes by tracing a horizontal line at the level of the urethral meatus, and a second line parallel and 2 cm above the first line. Locate the exit points on this line, 2 cm lateral to the folds of the thigh (the skin may be flattened by stretching). Mark the exit points, alternatively a 5–10 mm incision may be made at each exit point or at a later stage of the procedure. *(See Figure 1)*

ETH.MESH.02340830



**FIG. 1**

6. Using Allis clamps for traction, make a 1 cm midline incision in the vaginal mucosa starting 1 cm proximal to the urethral meatus.

***(Note: It is suggested that the device insertion be completed on one side before beginning dissection of the second side.)***

Using a "push-spread technique", begin blunt dissection preferably using pointed, curved scissors. The path of the lateral dissection should be oriented at a 45° angle from the midline, with the scissors oriented either on the horizontal plane or with the tips pointed slightly upward *(See Figure 2)*. Continue dissection toward the "junction" between the body of the pubic bone and the inferior pubic ramus. *(See Figure 2)*



**FIG. 2**

When the "junction" between the body of the pubic bone and the inferior pubic ramus is reached, perforate the obturator membrane. A loss of resistance can be felt when the membrane is perforated. The channel should be approximately 5–7 mm in diameter and no deeper than 5 cm. Dissection beyond 5 cm may allow unintended entry into the Space of Retzius. If the bone is not reached after dissecting 5 cm, re-evaluate that the angle of dissection is correct.

7. Remove the GYNECARE TVT Winged Guide from the package. *(See Figure 3)*



**FIG. 3**

8. Insert the GYNECARE TVT Winged Guide into the dissected tract until it passes the inferior pubic ramus and enters the opening previously made in the obturator membrane. Loss of resistance can be felt as the Winged Guide passes through the obturator membrane.

If difficulty is encountered during insertion of the guide, reconfirm the direction of the tract with the scissors.

***(Note: The open side of the guide must be facing the surgeon. The bendable tab can be bent to increase the length of the guide if needed, See Figure 5.)***

2

ETH.MESH.02340831

9. Remove the GYNECARE TVT Helical Passers/Device Assembly and the GYNECARE TVT *Obturator device assembly from the sterile pack (See Figure 3 for components).*

*(Note: To ensure correct orientation of the Helical Passers and tape, verify that the GYNECARE logo and thumb indent on the plastic handle are facing the surgeon, and that the points are on the outside facing the surgeon. The Helical Passer in the surgeon's left hand must be used on the patient's right side; See Figure 4.)*



**FIG. 4**

10. Place one of the Helical Passers on the sterile drape or other suitable sterile location until needed. Assure that the tape is not twisted.

11. Insert the correct GYNECARE TVT Helical Passer into the dissected tract following the channel of the GYNECARE TVT Winged Guide. Push the device inward, traversing, and slightly passing the obturator membrane. Make sure the device handle is oriented so the straight tip of the Helical Passer is aligned with the channel in the GYNECARE TVT Winged Guide and remains in that orientation until the tip traverses the obturator membrane. *(See Figure 5)*



**FIG. 5**

12. Once in this position, remove the GYNECARE TVT Winged Guide and keep sterile for later use on the same patient.



**FIG. 6**

13. Once the GYNECARE TVT Winged Guide has been removed, rotate the handle of the Helical Passer simultaneously as you move the handle towards the midline. *(See Figure 6)* *(Note: Never allow the handle to be orientated in a horizontal position.)*

3

ETH.MESH.02340832



**FIG. 7**

14.  The point of the Helical Passer should exit near the previously determined exit points *(See Figure 7)*. However, slight skin manipulation may be required. If the skin incision has not been previously made, make it at the point where the tip of the helical passer tents the skin. When the tip of the plastic tube appears at the skin opening, grasp it with a clamp and, while stabilizing the tube near the urethra remove the Helical Passer by a reverse rotation of the handle. *(See Figure 8)*



**FIG. 8**

15.  Pull the plastic tube completely through the skin until the tape appears. *(See Figure 9)*



**FIG. 9**

16.  Repeat the technique on the patient's other side ensuring that the tape lies flat under the urethra. *(See Figure 10)*

     ***(Note: If a twist in the tape is discovered, ensure that the twist is not positioned under the urethra after the excess tape is pulled through.)***

4

ETH.MESH.02340833



**FIG. 10**

17. When both plastic tubes have been extracted through the skin incisions, cut the plastic tubes from the tape and plastic sheaths. Position the tape loosely e.g. without tension, and flat under the mid-urethra. At this stage a cough test can be performed. This allows adjustment of the tape so that only a few drops of urine are lost during the cough. (*See Figure 11*)



**FIG. 11**

When the tape is in position, remove the plastic sheath that covers the tapes. To avoid positioning the tape with tension, place a blunt instrument (e.g., scissors or forceps) between the urethra and the tape during removal of the plastic sheaths.

***(Note: Premature removal of the sheath may make subsequent adjustments difficult.)***

18. Following tape adjustment close the vaginal incision. Cut the tape ends at the exit points just below the skin of the inner thigh. Close the skin incisions with suture or surgical skin adhesive.

19. Cystoscopy can be performed at the discretion of the surgeon. If cystoscopy was performed following the first passage, make sure the bladder is emptied prior to initiating passage of the second side. Post-operative indwelling catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2–3 hours after the operation.

**CONTRAINDICATIONS**

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

**WARNINGS AND PRECAUTIONS**

- Do not use GYNECARE TVT *Obturator* procedure for patients who are on anti-coagulation therapy.

- Do not use GYNECARE TVT *Obturator* procedure for patients who have a urinary tract infection.

- Users should be familiar with surgical technique for urethral suspensions and should be adequately trained in the GYNECARE TVT *Obturator* procedure before employing the GYNECARE TVT *Obturator* device.

- Acceptable surgical practice should be followed for the GYNECARE TVT *Obturator* procedure as well as for the management of contaminated or infected wounds.

- The GYNECARE TVT *Obturator* procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to patient anatomy and correct passage of the device will minimize risks.

- Bleeding may occur post-operatively. Observe for any symptoms or signs before releasing the patient from hospital.

- Although bladder injury is unlikely to occur with this technique, cystoscopy may be performed at the discretion of the surgeon.

- Do not remove the plastic sheaths until the tape has been properly positioned.

- Ensure that the tape is placed with no tension under the mid-urethra.

- Do not perform this procedure if you think the surgical site may be infected or contaminated.

5

ETH.MESH.02340834

- Since no clinical information is available about pregnancy following sub-urethral sling procedure with the GYNECARE TVT *Obturator* System, the patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.

- Since no clinical information is available about vaginal delivery following a sub-urethral sling procedure with the GYNECARE TVT *Obturator* System, in case of pregnancy delivery via cesarean section should be considered.

- Post-operatively, the patient should be advised to refrain from heavy lifting and/or exercise (e.g., cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can usually return to other normal activity after one or two weeks.

- The patient should be instructed to contact the surgeon immediately if dysuria, bleeding or other problems occur.

- Transient leg pain lasting 24–48 hours may occur and can usually be managed with mild analgesics.

- As with other incontinence procedures, de novo detrusor instability may occur following a sub-urethral sling procedure utilizing the GYNECARE TVT *Obturator* System. To minimize this risk, make sure to place the tape as described above.

- Do not contact the PROLENE mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.

- Do not resterilize GYNECARE TVT *Obturator* device or its components. Discard opened, unused devices.

- Prophylactic antibiotics can be administered according to the surgeon's usual practice.

### ADVERSE REACTIONS

- Punctures or lacerations of vessels, nerves, bladder, urethra or bowel may occur during needle passage and may require surgical repair.

- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation or inflammation.

- As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheaths initially covering the PROLENE mesh are designed to minimize the risk of contamination.

- Over correction, i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

### ACTIONS

Animal studies show that implantation of PROLENE mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue, that can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

### HOW SUPPLIED

The GYNECARE TVT *Obturator* System is provided sterile (ethylene oxide) for single use. Do not resterilize. Do not use if package is opened or damaged. Discard opened, unused devices.

### STORAGE

Recommended storage conditions for the GYNECARE TVT *Obturator* System single use device are below 25°C, away from moisture and direct heat. Do not use after expiry date.

*CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.*

*Trademark



ETH.MESH.02340835

**NEDERLANDS**

**GYNECARE TVT\*** *obturatorsysteem*
**Spanningsvrij steunbandje tegen incontinentie**

**GYNECARE TVT** *obturator* **steunbandje,**
 **voor eenmalig steriel gebruik**

**GYNECARE TVT** *obturator* **gebogen**
 **inbrenginstrumenten, voor eenmalig**
 **steriel gebruik**

**GYNECARE TVT** *obturator* **atraumatische vleugel-**
 **applicatiegeleider, voor eenmalig**
 **steriel gebruik**

**Lees alle informatie zorgvuldig.**

Indien men aanwijzingen niet nauwkeurig opvolgt, kan dit ondoelmatig functioneren van het hulpmiddel tot gevolg hebben en letsel veroorzaken.

**Belangrijk:**

Met deze bijsluiter wordt beoogd, aanwijzingen te verschaffen voor het gebruik van het GYNECARE TVT\* *obturator* systeem, met inbegrip van het GYNECARE TVT *obturator* steunbandje, de gebogen inbrenginstrumenten en de atraumatische vleugel-applicatiegeleider. Dit document behelst geen volledig overzicht van chirurgische technieken voor de behandeling van urinaire stressincontinentie. Het hulpmiddel mag uitsluitend worden gebruikt door artsen die een opleiding hebben genoten in de chirurgische behandeling van urinaire stressincontinentie (SUI) en, meer specifiek, in het implanteren van het GYNECARE TVT *obturator* steunbandje. Deze aanwijzingen hebben betrekking op het algemeen gebruik van het hulpmiddel. Het gebruik kan per procedure verschillen, naargelang de individuele operatietechniek en de anatomie van de patiënt.

**BESCHRIJVING**

Het GYNECARE TVT *obturator* systeem is een steriele procedurekit voor gebruik bij één patiënt. De kit bestaat uit:

**GYNECARE TVT obturator steunbandje**

Het GYNECARE TVT *obturator* steunbandje is een steriel hulpmiddel voor gebruik bij één patiënt, dat bestaat uit een stuk ongeverfd of blauw (ftalocyanineblauw, kleurindex 74160) PROLENE\* polypropyleen mesh-tape van ca. 1,1 x 45 cm, dat bekleed is met een plastic omhulsel met een overlapping in het midden. Aan beide uiteinden van de tape bevinden zich plastic slangaansluitingen. PROLENE polypropyleen mesh is opgebouwd uit gebreide filamenten van geëxtrudeerde polypropyleen strengen waarvan de samenstelling identiek is aan die van de strengen in PROLENE polypropyleen niet-resorbeerbare chirurgische hechtmaterialen. Vastgesteld is dat dit materiaal bij gebruik als hechtmateriaal niet reactief is en dat het bij klinisch gebruik zijn kracht voor onbeperkte tijd behoudt. PROLENE mesh wordt gebreid met gebruikmaking van een proces waarbij alle knooppunten de vezels onderling met elkaar verbonden zijn en waardoor in beide richtingen elasticiteit wordt verschaft. Deze eigenschap van tweerichtingselasticiteit maakt adaptatie mogelijk aan diverse spanningen die in het lichaam worden ondervonden.

**GYNECARE TVT gebogen inbrenginstrumenten**

De GYNECARE TVT inbrenginstrumenten zijn twee roestvrijstalen, gebogen draaddoorhaal-instrumenten met plastic handvatten. De instrumenten zijn speciaal ontworpen voor het aanbrengen van het GYNECARE TVT *obturator* steunbandje. De inbrenginstrumenten worden geleverd in tweetallen voor bediening met de linker- en rechterhand, en zijn tevoren geassembleerd met het GYNECARE TVT *obturator* steunbandje. De inbrenginstrumenten mogen OP GENERLEI WIJZE worden verbogen of anderszins vervormd.

**GYNECARE TVT atraumatische vleugel-applicatiegeleider**

De GYNECARE TVT atraumatische vleugel-applicatiegeleider is een roestvrijstalen hulpinstrument, waarmee de doorgang van de GYNECARE TVT gebogen inbrenginstrumenten door het weefselpreparatietraject wordt vergemakkelijkt.

**INDICATIES**

Het GYNECARE TVT *obturator* steunbandje is bedoeld voor toepassing bij vrouwen als sub-uretrale suspensieband voor de behandeling van urinaire stressinsufficiëntie, voortkomend uit hypermobiliteit van de urethra en/of door intrinsieke sfincterinsufficiëntie.

7

ETH.MESH.02340836

**GEBRUIKSAANWIJZING**
**(Opmerking: De in de illustraties getoonde handposities zijn niet eenduidig dwingend.)**

1. Leg de patiënt dorsaal in lithotomiepositie, met de heupen in hyperflexie ten opzichte van het abdomen. De billen moeten op hetzelfde niveau als de rand van de operatietafel zijn gepositioneerd.

2. De procedure kan onder lokale, regionale of algehele anesthesie worden uitgevoerd.

3. Het is mogelijk de schaamlippen lateraal te hechten om het behandelgebied vrij te prepareren.

4. Breng een urethra-katheter in de blaas in en ledig de blaas.

5. Markeer de uitgangslocaties van de plastic buisjes door een horizontale lijn te trekken op het niveau van de urethramond en een tweede lijn evenwijdig aan de eerste en 2 cm daarboven. Lokaliseer de uitgangslocaties op deze lijn, 2 cm lateraal van de dijbeenplooien (de huid kan worden afgevlakt door deze strak te trekken). Markeer de uitgangslocaties. Ook kan op beide uitgangspunten een incisie van 5–10 mm worden gemaakt, op dit tijdstip of in een latere procedurefase *(zie figuur 1)*.



**FIGUUR 1**

6. Maak, met gebruikmaking van Allis klemmen voor de tractie, een mediale incisie van 1 cm in het vaginaslijmvlies, beginnende op 1 cm proximaal van de urethramond.

   *(Opmerking: Aanbevolen wordt, het inbrengen van het steunbandje aan één kant te voltooien voordat begonnen wordt met het prepareren van de andere kant.)*

   Begin met stompe dissectie, gebruikmakend van een "duw-en-spreidtechniek", bij voorkeur met een puntige, gebogen schaar. Het laterale preparatietraject moet een oriëntatie hebben van 45° ten opzichte van mediaal, en de schaar moet daarbij horizontaal of met de tips enigszins naar boven zijn georiënteerd *(zie figuur 2)*. Ga verder met lospreparen in de richting van de "voeg" tussen de romp van het schaambeen en het os pubis "ramus inferior" *(zie figuur 2)*.



**FIGUUR 2**

Bij het bereiken van de "voeg" tussen de romp van het schaambeen en het os pubis "ramus inferior" moet het membraan van de obturator worden doorboord. Daarbij kan weerstandsvermindering voelbaar zijn. Het kanaal moet een diameter van ca. 5–7 mm hebben en mag niet meer dan 5 cm diep zijn. Indien dieper dan 5 cm wordt losgeprepareerd, bestaat het gevaar van onbedoelde toegang tot de Retzius-ruimte. Controleer of onder de juiste hoek is geprepareerd indien het bot na 5 cm dissectie nog niet is bereikt.

7. Neem de GYNECARE TVT vleugel-applicatiegeleider uit de verpakking *(zie figuur 3)*.

ETH.MESH.02340837



**Vleugel-applicatiegeleider**

**Gebogen inbrenginstrumenten en steunbandje, vooraf geassembleerd**

**FIGUUR 3**

8.  Breng de GYNECARE TVT vleugel-applicatiegeleider in het losgeprepareerde weefselkanaal in totdat de geleider het os pubis "ramus inferior" passeert en in de vooraf gemaakte opening in het obturatormembraan doordringt. Bij het doorsteken van het obturatormembraan door de applicatiegeleider kan weerstandsvermindering voelbaar zijn.

    Indien het inbrengen van de applicatiegeleider problemen oplevert, moet de oriëntatie van het traject van de prepareerschaar opnieuw worden gecontroleerd.

    *(Opmerking: De applicatiegeleider moet het de open zijde naar de chirurg zijn gericht. Indien nodig kan de flexibele lip van worden gebogen om de lengte van de geleider te vergroten; zie figuur 5.)*

9.  Neem de GYNECARE TVT gebogen inbrenginstrumenten met het GYNECARE TVT *obturator* steunbandje uit de steriele verpakking *(zie figuur 3 voor samenstelling).*

    *(Opmerking: Om zeker te zijn van een juiste oriëntatie van de gebogen inbrenginstrumenten en het steunbandje dient men zich ervan te overtuigen dat het GYNECARE logo de duimafdruk op de plastic handgreep naar de chirurg zijn gericht en dat de punten aan de buitenkant liggen, eveneens naar de chirurg gericht. Rechts van de mediaanlijn van het lichaam van de patiënt wordt gewerkt met het inbrenginstrument in de linkerhand van de chirurg; zie figuur 4.)*



**FIGUUR 4**

10. Leg een van de gebogen inbrenginstrumenten op de steriele afdekdoek of op een andere geschikte steriele plek, totdat u dit instrument nodig hebt. Verzeker u ervan dat het steunbandje niet is gespiraliseerd.

11. Breng het juiste GYNECARE TVT inbrenginstrument in het losgeprepareerde kanaal in, volgens hetzelfde traject als de GYNECARE TVT applicatiegeleider. Duw het steunbandje heen en weer draaiend naar binnen tot iets voorbij het obturatormembraan. Zorg dat de handgreep van het inbrenginstrument zodanig is georiënteerd dat de rechte tip van het gebogen inbrenginstrument lijnt met het kanaal in de GYNECARE TVT vleugel-applicatiegeleider, en in die oriëntatie gehandhaafd blijft totdat de tip het obturatormembraan doorboort *(zie figuur 5).*



**Vleugel-applicatiegeleider**

**Buigbaar**

**FIGUUR 5**
9

ETH.MESH.02340838

12. Verwijder na het bereiken van deze positie de GYNECARE TVT applicatiegeleider en houd deze steriel zodat de geleider later weer op dezelfde patiënt kan worden gebruikt.



**FIGUUR 6**

13. Draai, na verwijdering van de GYNECARE TVT applicatiegeleider, de handgreep van het inbrenginstrument en beweeg de handgreep tegelijkertijd in de richting van de mediaanlijn *(zie figuur 6)*. **(Opmerking: Laat de handgreep nooit een horizontale oriëntatie aannemen.)**



**FIGUUR 7**

14. De punt van het inbrenginstrument moet de buikwand verlaten dicht bij de vooraf bepaalde uitgangslocatie *(zie figuur 7)*. Hierbij kan echter enige huidmanipulatie nodig zijn. Indien tevoren geen huidincisie is gemaakt, moet deze nu worden gemaakt op de plek waar de tip van het inbrenginstrument de huid omhoog duwt. Pak het uiteinde van het plastic buisje met een klem vast wanneer dit in de huidopening te voorschijn komt en neem het inbrenginstrument uit door de handgreep in omgekeerde richting te roteren, terwijl u het buisje naast de urethra stabiliseert *(zie figuur 8)*.



**FIGUUR 8**

ETH.MESH.02340839

15. Trek het plastic buisje geheel door de huid totdat het steunbandje verschijnt *(zie figuur 9)*.



**FIGUUR 9**

16. Herhaal de beschreven procedure aan de andere lichaamszijde van de patiënt en zorg er daarbij voor dat het bandje plat onder de urethra blijft liggen *(zie figuur 10)*.

   ***(Opmerking: Indien u in het bandje een draaiing ontdekt, moet het bandje zodanig worden gepositioneerd dat de draaiing zich niet onder de urethra bevindt nadat de extra lengte van het bandje door de tweede opening is getrokken.)***



**FIGUUR 10**

17. Wanneer de beide plastic buisjes door de huidincisies zijn getrokken, worden de buisjes van het bandje en van de plastic omhulsels losgeknipt. Zorg dat het bandje losjes, d.w.z. zonder spanning, en plat onder het middengedeelte van de urethra komt te liggen. In deze procedurefase kan een hoesttest worden uitgevoerd. Hierbij kan de trekspanning van het bandje worden bijgesteld, zodat bij het hoesten slechts enkele druppels urine worden verloren *(zie figuur 11)*.



**FIGUUR 11**

Wanneer het bandje de juiste positie heeft, wordt de plastic hoes die het bandje omhult verwijderd. Om te voorkomen dat het bandje spanning ondervindt, moet tijdens het verwijderen van het omhulsel een stomp instrument (b.v. een schaar of tang) tussen de urethra en het bandje worden geplaatst.

***(Opmerking: Door voortijdige verwijdering van het omhulsel zouden later uit te voeren bijstellingen worden bemoeilijkt.)***

18. Sluit de vagina-incisie nadat het bandje goed is gesteld. Knip de uiteinden van het bandje bij de uitgangslocaties af, net onder de huid van het binnendijbeen. Sluit de huidincisies met hechtdraad of chirurgische hechtpasta.

19. Naar beoordeling van de chirurg kan cystoscopie worden uitgevoerd. Indien na de eerste insertie cystoscopie is uitgevoerd, moet de blaas worden geledigd voordat met de insertie aan de tweede lichaamszijde wordt begonnen. Postoperatieve verblijfskatheterisatie is doorgaans niet nodig. De patiënt moet worden aangemoedigd, 2–3 uur na de operatie een poging tot blaaslediging te doen.

11

ETH.MESH.02340840

**CONTRA-INDICATIES**

Zoals voor alle suspensieprocedures geldt, dient deze ingreep niet te worden uitgevoerd bij zwangere patiënten. Daar de PROLENE polypropyleen mesh niet significant uitrekbaar is, dient deze ingreep bovendien niet te worden uitgevoerd bij onvolgroeide patiënten en bij patiënten met zwangerschapsplannen.

**WAARSCHUWINGEN EN VOORZORGSMAATREGELEN**

- Pas de GYNECARE TVT *obturator* procedure niet toe bij patiënten die behandeld worden met anticoagulantia.

- Pas de GYNECARE TVT *obturator* procedure niet toe bij patiënten met een urineweginfectie.

- De gebruiker moet vertrouwd zijn met chirurgische urethrasuspensietechnieken en moet zich afdoende hebben bekwaamd in de uitvoering van de GYNECARE TVT *obturator* procedure voordat hij/zij het GYNECARE TVT *obturator* steunbandje daadwerkelijk aanbrengt.

- Bij het uitvoeren van de GYNECARE TVT *obturator* procedure en bij de behandeling van besmette of geïnfecteerde wonden moet gebruik worden gemaakt van algemeen aanvaarde chirurgische praktijkmethoden.

- Bij het uitvoeren van de GYNECARE TVT *obturator* procedure moet contact met grote bloedvaten, zenuwen, blaas en darmen zorgvuldig worden vermeden. Door aandacht te besteden aan de anatomie van de patiënt en aan het correct inbrengen van het steunbandje houdt men de risico's minimaal.

- Er kan postoperatieve bloeding optreden. Controleer of er hiervan symptomen of indicaties zijn voordat de patiënt uit het ziekenhuis wordt ontslagen.

- Hoewel blaasletsel bij deze methode onwaarschijnlijk is, kan naar beoordeling van de chirurg cystoscopie worden uitgevoerd.

- Verwijder het plastic omhulsel pas nadat het steunbandje goed is gepositioneerd.

- Zorg ervoor dat het steunbandje spanningsloos onder het middengedeelte van de urethra geplaatst wordt.

- Voer deze procedure niet uit indien er verdenking bestaat van infectie of besmetting van het te behandelen gebied.

- Er is geen klinische informatie beschikbaar over zwangerschappen na procedures met sub-uretrale suspensiebandjes met gebruikmaking van het GYNECARE TVT *obturator* systeem. Daarom moet de patiënt van de mogelijkheid op de hoogte worden gesteld dat toekomstige zwangerschappen de effecten van de chirurgische procedure teniet kunnen doen en dat de incontinentie in zo'n geval kan recidiveren.

- Aangezien er geen klinische gegevens bekend zijn over vaginale partus na procedures met sub-uretrale suspensiebandjes met gebruikmaking van het GYNECARE TVT *obturator* systeem, moet in geval van zwangerschap een geboorte middels sectio caesarea worden overwogen.

- De patiënt moet worden geïnstrueerd om na de operatie ten minste drie tot vier weken geen zware objecten te tillen en/of andere lichamelijke inspanningen te leveren (b.v. fietsen of joggen), en om gedurende een maand geen seksuele omgang te hebben. Doorgaans kan de patiënt na een of twee weken haar overige normale activiteiten hervatten.

- De patiënt moet worden geïnstrueerd, onmiddellijk met de chirurg contact op te nemen indien dysurie, bloeding of andere problemen optreden.

- Gedurende 24–48 uur postoperatief kan voorbijgaande pijn in de benen optreden. Deze kan doorgaans worden behandeld met lichte pijnstillers.

- Evenals bij andere incontinentieprocedures het geval is, kan na een procedure met sub-uretrale suspensiebandjes met gebruikmaking van het GYNECARE TVT *obturator* systeem de novo detrusor-instabiliteit optreden. Dit risico kan worden verkleind door het nauwgezet volgen van de hierboven beschreven plaatsingsmethode.

- Laat het PROLENE mesh niet in aanraking komen met nietjes, clips of klemmetjes, aangezien het daardoor mechanische schade kan oplopen.

- Steriliseer het GYNECARE TVT *obturator* steunbandje of andere systeemcomponenten niet opnieuw. Werp geopende en niet gebruikte hulpmiddelen weg.

- Overeenkomstig de gebruikelijke praktijkmethoden van de chirurg kunnen profylactische antibiotica worden toegediend.

**BIJWERKINGEN**

- Tijdens het inbrengen van de naald kan zich punctuur of laceratie van bloedvaten, zenuwen, blaas of darmen voordoen. Dit vergt mogelijk operatieve reparatie.

- Er kan sprake zijn van lokale irritatie bij het wondgebied en van overgevoeligheidsreacties op lichaamsvreemde materialen, beide van voorbijgaande aard. Dergelijke reacties kunnen extrusie, erosie, fistelvorming en inflammatie tot gevolg hebben.

- Zoals met alle lichaamsvreemde voorwerpen het geval is, kan PROLENE mesh een bestaande infectie verergeren. Het plastic omhulsel waarmee de PROLENE mesh aanvankelijk is bekleed dient ter beperking van het risico van besmetting.

- Indien er te krachtig wordt gecorrigeerd, d.w.z. als er te veel spanning op het bandje wordt uitgeoefend, kan dit een tijdelijke of permanente obstructie van het onderste gedeelte van de urinewegen veroorzaken.

ETH.MESH.02340841

**WERKINGEN**

Onderzoek op dieren heeft aangetoond dat implantatie van PROLENE mesh een minimale ontstekingsreactie in de weefsels teweegbrengt. Deze is van voorbijgaande aard en wordt gevolgd door afzetting van een dunne fibreuze weefsellaag die door de mazen van de mesh groeit en de mesh zo in het omliggende weefsel opneemt. Het materiaal wordt niet geabsorbeerd en is evenmin onderhevig aan afbreking of verzwakking door de werking van weefselenzymen.

**LEVERING**

Het GYNECARE TVT *obturator* systeem wordt steriel geleverd (ethyleenoxide), voor eenmalig gebruik. Steriliseer het product niet opnieuw. Gebruik het product niet wanneer de verpakking geopend of beschadigd is. Werp geopende en niet gebruikte hulpmiddelen weg.

**OPSLAG**

De aanbevolen opslagvoorwaarden voor het GYNECARE TVT *obturator* systeem voor eenmalig gebruik zijn: temperatuur maximaal 25 °C, op veilige afstand van vocht of directe hitte. Gebruik het product niet na het verstrijken van de uiterste gebruiksdatum.

*LET OP: Krachtens de federale wetgeving (in de Verenigde Staten van Amerika) mag dit hulpmiddel uitsluitend door of in opdracht van een arts worden verkocht.*

*Handelsmerk



**ETH.MESH.02340842**

**DANSK**

**GYNECARE TVT\*** *obturatorsystem*
**Spændingsfri støtte til inkontinens**

**GYNECARE TVT** *obturatoranordning,*
             steril, til engangsbrug

**GYNECARE TVT** *obturator* **spiralformede førere,**
             sterile, til engangsbrug

**GYNECARE TVT** *obturator* **atraumatisk ledeskinne**
             med vinger, steril, til engangsbrug

**Læs venligst al information omhyggeligt.**
Hvis disse anvisninger ikke følges nøje, kan det resultere i, at anordningen ikke fungerer korrekt, og medføre personskade.

**Vigtigt:**
Denne indlægsseddel er en vejledning i anvendelsen af GYNECARE TVT\* *obturatorsystemet,* herunder GYNECARE TVT *obturatoranordningen,* de spiralformede førere samt den atraumatiske ledeskinne med vinger. Det er ikke en omfattende beskrivelse af kirurgisk teknik til korrigering af SUI, "Stress Urinary Incontinence" (stressinkontinens). Anordningen bør kun anvendes af læger, der er uddannet i kirurgisk behandling af stressinkontinens og specifikt i implantering af GYNECARE TVT *obturatoranordningen.* Dette er beregnet som en general anvisning. Anvendelsen kan variere ved særlige procedurer pga. individuelle teknikker og patientens anatomi.

**BESKRIVELSE**
GYNECARE TVT *obturatorsystemet* er et sterilt proceduresæt til engangsbrug. Sættet består af:

**GYNECARE TVT obturatoranordning**
GYNECARE TVT *obturatoranordningen* er en steril anordning til anvendelse på en enkelt patient. Den består af et stykke ufarvet eller blåt (Phtalocyanin-blå, farveindeksnr. 74160) PROLENE\* polypropylen-net (bånd) på ca. 1,1 x 45 cm, dækket af et plasthylster, der overlapper på midten. Der er fastgjort en plastslange i hver ende. PROLENE polypropylen-nettet er fremstillet af knyttede filamenter, som består af ekstruderede polypropylentråde, der har samme sammensætning som dem, der anvendes til PROLENE ikke-resorberbar kirurgisk polypropylensutur. Materialet er blevet rapporteret som værende ikke-reaktivt og i stand til at bevare styrken uendeligt i klinisk anvendelse, når det anvendes som sutur. PROLENE-nettet er knyttet vha. en proces, der sammenkæder hver enkelt fibersamling og giver elasticitet i begge retninger. Elasticiteten i to retninger gør det muligt at tilpasse det til forskellige former for belastninger i kroppen.

**GYNECARE TVT spiralformede førere**
GYNECARE TVT spiralformede førere er to buede trådførere af rustfrit stål med plasthåndtag, der er fremstillet til at indsætte GYNECARE TVT *obturatoranordningen.* De spiralformede førere er udstyret som venstre- og højreenheder, klargjort fra fabrikken til GYNECARE TVT *obturatoranordningen.* Den spiralformede fører må IKKE bøjes eller deformeres på nogen måde.

**GYNECARE TVT atraumatisk ledeskinne med vinger**
GYNECARE TVT atraumatisk ledeskinne med vinger er et ekstra instrument af rustfrit stål, som letter indføringen af GYNECARE TVT spiralformede førere gennem dissektionsvejen.

**INDIKATIONER**
GYNECARE TVT *obturatoranordningen* er beregnet som en sub-urethral slynge i behandlingen af kvindelig stressinkontinens (SUI), som følge af urethral hypermobilitet og/eller intern insufficient sphincter.

**BRUGSANVISNING**
**(Bemærk: Håndstillingerne vist på illustrationerne kan variere)**

1.  Anbring patienten i lithotomi-leje med hoftefleksion over abdomen. Balderne bør anbringes plant med bordets kant.

2.  Proceduren kan udføres ved lokal-, regional- eller helbedøvelse.

3.  Labia kan eventuelt sutureres lateralt for at yde eksponering.

4.  Indfør et urethralkateter i blæren og tøm den.

5.  Afmærk plastslangernes udgangspunkter ved at tegne en vandret linje på niveau med den urethrale meatus, og en anden linje parallelt med og 2 cm over den første linje. Find udgangspunkterne på denne linje 2 cm lateralt for lårenes folder (huden kan strækkes ud). Afmærk udgangspunkterne. Alternativt kan en 5–10 mm incision foretages ved hvert udgangspunkt eller på et senere stade af proceduren *(se figur 1).*

**ETH.MESH.02340843**



**FIGUR 1**

6.  Ved hjælp af Allis-klemmer til at skabe traktion foretages en 1 cm midtlinje incision i den vaginale slimhinde, der starter 1 cm proksimalt for den urethrale meatus.

    *(Bemærk: Det anbefales, at anordningens indsættelse færdiggøres på den ene side, før dissektion påbegyndes på den anden side.)*

    Ved hjælp af en "skub-spred-teknik" påbegyndes stump dissektion, fortrinsvis med en spids, buet saks. Den laterale dissektionsvej bør vendes i en 45° vinkel fra midtlinjen med saksen vendt enten på horisontalplanet eller med spidsen vendt en smule opad *(se figur 2).* Fortsæt dissektion mod "mødepunktet" mellem skambenet og ramus inferior ossis pubis *(se figur 2).*



**FIGUR 2**

Når "mødepunktet" mellem skambenet og ramus inferior ossis pubis er nået, perforeres obturatormembranen. Tab af modstand kan fornemmes, når membranen perforeres. Kanalen skal være ca. 5–7 mm i diameter og ikke dybere end 5 cm. Dissektion over 5 cm kan medføre utilsigtet indtræden i spatium retropubicum. Hvis knoglen ikke er nået efter 5 cm's dissektion, revurderes om vinklen på dissektionen er korrekt.

7.  Tag GYNECARE TVT ledeskinnen med vinger ud af pakken *(se figur 3).*



Ledeskinne med vinger

Spiralformede førere/ samlet anordning

**FIGUR 3**

8.  Indfør GYNECARE TVT ledeskinnen med vinger i den dissekerede bane, indtil den passerer ramus inferior ossis pubis og føres ind i åbningen, der tidligere blev lavet i obturatormembranen. Tab af modstand kan fornemmes, idet ledeskinnen med vinger føres igennem obturatormembranen.

    Hvis der opstår vanskeligheder under indføringen af ledeskinnen, bekræftes banens retning igen med saksen.

    *(Bemærk: Ledeskinnens åbne side skal være vendt mod kirurgen. Den bøjelige flap kan bøjes for at øge ledeskinnens længde, om nødvendigt. Se figur 5.)*

9.  Udtag GYNECARE TVT spiralformede førere/samlet anordning og GYNECARE TVT *obturatoranordningen* fra den sterile pakke *(se komponenter i figur 3).*

15

**ETH.MESH.02340844**

*(Bemærk: For at sikre korrekt retning af de spiralformede førere og båndet, verificeres det, at GYNECARE-logoet og tommelfingerfordybningen på plastik håndtaget peger imod kirurgen, og at spidserne vender udad med retning mod kirurgen. Den spiralformede fører i kirurgens venstre hånd skal anvendes på patientens højre side. Se figur 4.)*



**FIGUR 4**

10. Anbring en af de spiralformede førere på det sterile afdækningsstykke eller et andet passende sterilt sted, indtil der er brug for den. Sørg for, at båndet ikke er snoet.

11. Indsæt den korrekte GYNECARE TVT spiralformede fører i den dissekerede bane, hvor den følger kanalen med GYNECARE ledeskinnen med vinger. Skub anordningen indad, og lad den krydse og næsten passere obturatormembranen. Sørg for, at anordningens håndtag er vendt, således at den lige spids på den spiralformede fører er i plan med kanalen på GYNECARE TVT ledeskinnen, og at den forbliver vendt på denne måde, indtil spidsen krydser obturatormembranen *(se figur 5).*



**FIGUR 5**

12. Når GYNECARE TVT-ledeskinnen med vinger er i denne stilling, fjernes den og holdes steril til senere brug på samme patient.



**FIGUR 6**

13. Når GYNECARE TVT ledeskinnen med vinger er blevet fjernet, roteres håndtaget på den spiralformede fører samtidig med, at du bevæger håndtaget mod midtlinjen *(se figur 6).* **(Bemærk: Lad aldrig håndtaget vende horisontalt.)**

16

**ETH.MESH.02340845**



**FIGUR 7**

14. Den spiralformede førers spids bør komme ud nær de tidligere bestemte udgangspunkter *(se figur 7)*. Det kan dog være nødvendigt med en let manipulering af huden. Hvis hudincisionen ikke allerede er foretaget, laves denne på det sted, hvor den spiralformede førers spids laver en bule i huden. Når spidsen af plastslangen stikker frem gennem hudåbningen, gribes den med en pean, og mens slangen stabiliseres nær urethra, fjernes den spiralformede fører med en omvendt drejning af håndtaget *(se figur 8)*.



**FIGUR 8**

15. Træk plastslangen helt igennem huden, indtil båndet kommer til syne *(se figur 9)*.



**FIGUR 9**

16. Gentag teknikken på patientens anden side og sørg for, at båndet ligger fladt under urethra *(se figur 10)*.

   ***(Bemærk: Hvis der opdages en snoning på båndet, skal man sørge for, at snoningen ikke placeres under urethra efter, at det overskydende bånd er trukket igennem.)***

17

ETH.MESH.02340846



**FIGUR 10**

17. Når begge plastslanger er blevet trukket ud igennem hudincisionerne, skæres de af båndet og plasthylstrene. Anbring båndet løst, dvs. uden at stramme, og fladt under urethras midterdel. På dette stade kan der udføres en hostetest. Dette muliggør justering af båndet, således at kun få dråber urin udskilles, når patienten hoster *(se figur 11)*.



**FIGUR 11**

Når båndet er på plads, fjernes plasthylstret, der dækker båndene. For at undgå at båndet strammes, placeres et stump instrument (f.eks. en saks eller pincet) mellem urethra og båndet, mens plasthylstrene fjernes.

***(Bemærk: For tidlig fjernelse af hylstret kan føre til, at efterfølgende justeringer bliver vanskelige.)***

18. Efter justering af båndet lukkes den vaginale incision. Klip båndenderne af ved udgangspunkterne lige under huden på inderlåret. Luk hudincisionerne med sutur eller kirurgisk hudlim.

19. Cystoskopi kan udføres efter kirurgens skøn. Hvis cystoskopi blev udført efter den første indsætning, skal man sørge for, at blæren er tømt, før indsættelsen påbegyndes på den anden side. Post-operativ oplægning af kateter à demeure er normalt ikke påkrævet. Patienten skal opfordres til at prøve at tømme blæren 2–3 timer efter operationen.

**KONTRAINDIKATIONER**

Som ved enhver suspensionsoperation bør dette indgreb ikke udføres på gravide patienter. Derudover bør det ikke anvendes på patienter med fremtidig vækstpotentiale inklusiv kvinder, som har planer om at blive gravide, da PROLENE propylen-nettet ikke vil strække sig tilstrækkeligt.

**ADVARSLER OG FORSIGTIGHEDSREGLER**

- GYNECARE TVT *obturatorproceduren* må ikke anvendes på patienter, der er i anti-koagulationsbehandling.

- GYNECARE TVT *obturatorproceduren* må ikke anvendes på patienter, som har urinvejsinfektion.

- Brugere bør være bekendte med den kirurgiske teknik for urethrale suspensioner og være tilstrækkeligt uddannede i GYNECARE TVT *obturatorproceduren*, før GYNECARE TVT *obturatoranordningen* tages i brug.

- Korrekt kirurgisk praksis skal følges ved GYNECARE TVT *obturatorproceduren* og såvel som ved håndtering af kontaminerede eller inficerede sår.

- GYNECARE TVT *obturatorproceduren* skal udføres med omhu for at undgå at ramme store kar, nerver, blære og tarm. Opmærksomhed rettet mod patientanatomi og korrekt indsættelse af anordningen vil minimere risici.

- Blødning kan forekomme post-operativt. Hold øje med eventuelle symptomer eller tegn, før patienten sendes hjem fra hospitalet.

- Selvom det er usandsynligt, at beskadigelse af blæren vil forekomme med denne teknik, kan cystoskopi udføres efter kirurgens skøn.

- Plasthylstrene må ikke fjernes, før båndet er placeret korrekt.

- Sørg for, at båndet er anbragt uden stramning under urethras midterdel.

- Proceduren må ikke udføres, hvis du mistænker, at incisionsstedet er inficeret eller kontamineret.

18

**ETH.MESH.02340847**

- Eftersom der ikke findes kliniske oplysninger om graviditet efter sub-urethral slyngeprocedure vha. GYNECARE TVT *obturatorsystemet*, skal patienten informeres om, at fremtidig graviditet kan gøre det kirurgiske indgreb virkningsløst, og at patienten kan risikere at blive inkontinent igen.

- Eftersom der ikke findes kliniske oplysninger om vaginal fødsel efter sub-urethral slyngeprocedure vha. GYNECARE TVT *obturatorsystemet*, bør kejsersnit overvejes i tilfælde af graviditet.

- Patienten skal informeres om at undgå at løfte tunge ting og/eller motionere (f.eks. cykling, jogging) i mindst tre til fire uger efter operationen og undgå samleje i en måned. Patienten kan sædvanligvis genoptage andre normale aktiviteter efter 1–2 uger.

- Patienten skal instrueres i at kontakte kirurgen straks, hvis der opstår dysuri, blødning eller andre problemer.

- Forbigående ømsmerter, der varer 24–48 timer, kan forekomme og sædvanligvis behandles med et mildt analgetikum.

- Som ved andre inkontinensprocedurer, kan der opstå ny instabilitas af detrusor efter en sub-urethral slyngeprocedure vha. GYNECARE TVT *obturatorsystemet*. For at minimere risikoen skal man sørge for, at båndet placeres, som beskrevet ovenfor.

- PROLENE-nettet må ikke komme i kontakt med staplere, clips eller andre former for klemmer, da der kan opstå mekanisk skade på nettet.

- Hverken GYNECARE TVT *obturatoranordningen* eller dens komponenter må resteriliseres. Bortskaf åbnede, ubrugte anordninger.

- Profylaktisk antibiotika kan administreres i henhold til kirurgens sædvanlige praksis.

### BIVIRKNINGER

- Punkteringer eller lacerationer af kar, nerver, blære, urethra eller tarm kan opstå under nålepassagen og kræve operation.

- Forbigående lokalirritation på sårstedet og en forbigående fremmedlegemereaktion kan forekomme. Denne reaktion kan resultere i udstødelse, erosion, fisteldannelse eller inflammation.

- Som ved alle fremmedlegemer kan PROLENE-nettet forværre en eksisterende infektion. Plasthylstrene, der i starten dækker PROLENE-nettet, er konstrueret til at minimere risikoen for kontaminering.

- Overkorrigering, dvs. hvis båndet strammes for meget, kan forårsage temporær eller vedvarende obstruktion af de nedre urinveje.

### VIRKNINGER

Dyreforsøg har vist, at implantation af PROLENE-nettet fremkalder en minimal forbigående inflammatorisk reaktion i væv, som efterfølges af aflejring af et tyndt lag fibrøst væv, der kan vokse gennem maskerne i nettet og således inkorporere nettet i tilstødende væv. Materialet resorberes ikke, og det nedbrydes eller svækkes heller ikke af vævsenzymer.

### LEVERING

GYNECARE TVT *obturatorsystemet* leveres sterilt (ethylenoxid) til engangsbrug. Det må ikke resteriliseres. Må ikke anvendes, hvis emballagen er åbnet eller beskadiget. Kassér åbnede, ubrugte anordninger.

### OPBEVARING

Det anbefales, at GYNECARE TVT *obturatorsystemet* til engangsbrug opbevares ved en temperatur under 25 °C, beskyttet mod fugt og direkte varme. Må ikke anvendes efter, at udløbsdatoen er overskredet.

*FORSIGTIG: Gældende lov (i USA) begrænser salget af dette produkt til læger eller på ordination af en læge.*

*Varemærke



**ETH.MESH.02340848**

**SUOMI**

## GYNECARE TVT* -obturaattorijärjestelmä
## Jännityksetön tuki inkontinenssin hoitoon

### GYNECARE TVT -obturaattori,
### steriili ja kertakäyttöinen

### GYNECARE TVT -obturaattorin kääntyvät asettimet,
### steriilit ja kertakäyttöiset

### GYNECARE TVT -obturaattorin atraumaattinen,
### siivekkeellinen ohjain, steriili
### ja kertakäyttöinen

**Lue kaikki ohjeet huolellisesti.**

Ohjeiden laiminlyönti voi johtaa laitteen toimintahäiriöön ja aiheuttaa vamman.

**Tärkeää:**

Tässä tuoteselosteessa annetaan GYNECARE TVT* -obturaattorijärjestelmän käyttöä koskevia ohjeita. Järjestelmään kuuluvat mm. GYNECARE TVT -obturaattori, -kääntyvät asettimet ja atraumaattinen, siivekkeellinen ohjain. Siinä ei anneta yksityiskohtaisia ponnistusinkontinenssin kirurgista korjausmenetelmää koskevia ohjeita. Laitetta saavat käyttää ainoastaan lääkärit, joilla on kokemusta ponnistusinkontinenssin kirurgisista hoitomenetelmistä ja erityisesti GYNECARE TVT -obturaattorin implantoinnista. Nämä ohjeet ovat yleisiä laitteen käyttöä koskevia ohjeita. Käyttö voi vaihdella tietyissä toimenpiteissä kirurgin menetelmän ja potilaan anatomian mukaisesti.

**KUVAUS**

GYNECARE TVT -obturaattorijärjestelmä on steriili, potilaskohtainen toimenpidepakkaus, joka sisältää seuraavat osat:

**GYNECARE TVT -obturaattori**

GYNECARE TVT -obturaattori on steriili, potilaskohtainen laite, johon kuuluu yksiosainen värjäämätön tai siniseksi värjätty (ftalosyaniinisininen, värinumero 74160), noin 1,1 x 45 cm:n kokoinen PROLENE*-polypropyleeniverkkonauha, jota suojaa nauhan keskellä päällekkäin menevä muovisuojus. Nauhan molemmissa päissä on muoviputkikiinnittimet. PROLENE-polypropyleeniverkko muodostuu polypropyleenisäikeistä kudotusta langasta, jonka tyyppistä käytetään resorboitumattomassa PROLENE-ommellangassa. Tämän materiaalin ei ole todettu ommellankana käytettäessä aiheuttavan kudosreaktioita ja se pysyy kliinisessä käytössä pysyvästi muuttumattomana. PROLENE-verkko on kudottu menetelmällä, joka liittää yhteen jokaisen säikeen haaran, minkä ansiosta se joustaa molempiin suuntiin. Tämän kaksisuuntaisen joustavuuden ansiosta verkko mukautuu erilaisiin kehon rasituksiin.

**Kääntyvät GYNECARE TVT -asettimet**

Kääntyvät GYNECARE TVT -asettimet ovat ruostumattomasta teräslangasta valmistetut kaarevat asettimet. Niissä on muovikahvat, joiden avulla GYNECARE TVT -obturaattori viedään sisään. Asettimia on yksi vasemman- ja yksi oikeanpuoleinen yksikkö ja ne toimitetaan valmiiksi GYNECARE TVT -obturaattoriin kiinnitettyinä. Kääntyvää asetinta EI SAA taivuttaa tai vääntää millään tavalla.

**Atraumaattinen, siivekkeellinen GYNECARE TVT -ohjain**

Atraumaattinen, siivekkeellinen GYNECARE TVT -ohjain on ruostumattomasta teräksestä valmistettu instrumentti, jota käytetään apuna kääntyvien GYNECARE TVT -asettimien sisäänvientiin dissektiokanavan läpi.

**INDIKAATIOT**

GYNECARE TVT -obturaattoria käytetään naisilla virtsaputken alapuolisena tukinauhana virtsaputken hypermobiliteetin ja/tai sisemmän sulkijalihaksen heikkouden aiheuttaman ponnistusinkontinessin hoidossa.

**KÄYTTÖOHJEET**

**(Huomautus: Kuvissa esitetyt käsien asennot voivat vaihdella.)**

1.  Sijoita potilas selinmakuulle (dorsaalinen litotomia-asento) jalat kohotettuina ja lonkat vatsan päällä. Istumallihasten on oltava pöydän reunan tasalla.

2.  Toimenpide voidaan suorittaa paikallis- tai johtopuudutuksessa tai yleisanestesiassa.

3.  Labia voidaan ommella lateraalisesti sisäänmenon helpottamiseksi kirurgin valinnan mukaisesti.

4.  Vie virtsaputkikatetri virtsarakkoon ja tyhjennä virtsarakko.

ETH.MESH.02340849

5. Merkitse muoviputkien ulostulokohdat vetämällä vaakasuora viiva virtsaputken aukon tasolle ja toinen samansuuntainen viiva 2 cm ensimmäisen viivan yläpuolelle. Paikanna ulostulokohdat tällä viivalla, 2 cm lateraalisesti reisien taitoskohtaan nähden (ihoa voidaan tasoittaa venyttämällä). Merkitse ulostulokohdat ihoon tai tee vaihtoehtoisesti molempiin ulostulokohtiin 5–10 mm:n avausviilto tässä vaiheessa tai toimenpiteen myöhemmässä vaiheessa *(katso kuvaa 1)*.



**KUVA 1**

6. Käytä Allis-puristimia vetoapuna ja tee 1 cm keskilinjan viilto emättimen limakalvoon alkaen noin 1 cm:n etäisyydeltä virtsaputken ulkoaukon proksimaalipuolella.

   **(Huomautus: Suosittelemme, että laite viedään sisään ensin toiselta puolelta ennen vastakkaisen puolen dissektion tekemistä.)**

   Aloita tylppä dissektio kapeakärkisiä, kaarevia saksia ja "työntö-levitysmenetelmää" käyttäen. Lateraalinen dissektioreitti on suunnattava 45 asteen kulmaan keskilinjalta niin, että sakset ovat vaakatasossa tai kärjet osoittavat jonkin verran ylöspäin *(kuva 2)*. Jatka dissektiota häpyluun rungon ja alemman haarakohdan yhtymäkohtaa kohti *(kuva 2)*.



**KUVA 2**

   Kun häpyluun rungon ja alemman haarakohdan "yhtymäkohta" saavutetaan, perforoi obturaattorin kalvo. Vastus vähenee, kun kalvo on perforoitu. Kanavan on oltava läpimitaltaan noin 5–7 mm ja korkeintaan 5 cm pitkä. Yli 5 cm pitkä dissektio voi aiheuttaa tahattoman sisäänmenon häpyluun ja virtsarakon väliseen tilaan. Jos luuta ei saavuteta vaikka aluetta on dissekoitu 5 cm:n pituudelta, tarkista onko dissektiokulma oikea.

7. Ota siivekkeellinen GYNECARE TVT -ohjain pakkauksesta *(kuva 3)*.



**KUVA 3**

8. Työnnä siivekkeellistä GYNECARE TVT -ohjainta dissektiokanavaan, kunnes se ohittaa häpyluun alemman haarakohdan ja menee sisään aiemmin obturaattorin kalvoon perforoidusta aukosta. Vastus vähenee, kun siivekkeellinen ohjain työntyy obturaattorin kalvon läpi.

   Jos ohjainta työnnettäessä tuntuu vastusta, varmista kanavan suunta saksien avulla.

   **(Huomautus: Ohjaimen avoimen puolen on osoitettava kirurgia kohti. Taitettavaa siivekettä voidaan taittaa ohjaimen työskentelypituuden lisäämiseksi tarvittaessa kuvan 5 mukaisesti.)**

21

ETH.MESH.02340850

9.  Ota kääntyvät GYNECARE TVT -asettimet ja GYNECARE TVT -*obturaattori* steriilistä pakkauksesta *(osat esitetty kuvassa 3).*

    *(Huomautus: Kääntyvät asettimet ja nauha on suunnattu oikein, kun muovikahvojen GYNECARE-logo ja peukalosyvennys osoittavat kirurgia kohti ja asettimien kärjet ovat muoviputkien ulkopuolella ja osoittavat kirurgia kohti. Kirurgin vasemmassa kädessä olevaa asetinta käytetään potilaan oikealla puolella kuvan 4 esittämällä tavalla.)*



**KUVA 4**

10. Aseta toinen kääntyvistä asettimista steriilille liinalle tai muulle asianmukaiselle steriilille alueelle odottamaan käyttöä. Varmista, ettei nauha ole kiertynyt.

11. Vie oikea kääntyvä GYNECARE TVT -asetin dissektiokanavaan siivekkeellisen GYNECARE TVT -ohjaimen muodostamaa kanavaa pitkin. Työnnä laitetta sisäänpäin jonkin verran obturaattorin kalvon läpi. Varmista, että laitteen kahva on suunnattu suoraan niin, että kääntyvän asettimen suora kärki on kohdakkain siivekkeellisen GYNECARE TVT -ohjaimen kanavan kanssa ja pysyy paikallaan kunnes kärki on mennyt obturaattorin kalvon läpi *(kuva 5).*



**KUVA 5**

12. Kun asetin on tässä asennossa, poista siivekkeellinen GYNECARE TVT -ohjain ja pidä sitä steriilillä alueella myöhempää vastakkaisen puolen toimenpidettä varten samalla potilaalla.



**KUVA 6**

13. Kun siivekkeellinen GYNECARE TVT -ohjain on poistettu, käännä asettimen kahvaa samalla kun siirrät sitä keskilinjaa kohti *(kuva 6).* **(Huomautus: Kahvaa ei saa suunnata vaakasuuntaan.)**

22

**ETH.MESH.02340851**



**KUVA 7**

14. Kääntyvän asettimen kärjen on tultava ulos lähellä aiemmin merkittyä ulostulokohtaa *(kuva 7)*. Ihoa voidaan kuitenkin joutua siirtämään jonkin verran. Jos ihoviiltoa ei ole vielä tehty, tee ihoviilto siihen kohtaan, jossa asettimen kärki työntyy ulospäin ihon alla. Kun muoviputken kärki tulee ulos avausviillosta, tartu siihen puristimella ja poista asetin kääntämällä kahvaa vastakkaiseen suuntaan ja pitämällä putkea samalla paikallaan virtsaputken lähellä *(kuva 8)*.



**KUVA 8**

15. Vedä muoviputki kokonaan ihon läpi, kunnes nauha tulee esiin ihoviillosta *(kuva 9)*.



**KUVA 9**

16. Toista toimenpide vastakkaisella puolella ja varmista, että nauha pysyy suorassa virtsaputken alapuolella *(kuva 10)*.

*(Huomautus: Jos huomaat, että nauha on kääntynyt, varmista ettei kääntynyttä nauhaa jää virtsaputken alapuolelle sen jälkeen, kun ylimääräinen nauhaosa vedetään pois potilaasta.)*

23

ETH.MESH.02340852



**KUVA 10**

17. Kun molemmat muoviputket on vedetty pois ihoviiltojen kautta, katkaise muoviputket nauhasta ja sitä suojaavasta muovisuojuksesta. Sijoita nauha löysälle, niin ettei se kiristä yhtään ja on suorassa, virtsaputken keskiosan alapuolelle. Tässä vaiheessa voidaan suorittaa yskäisytesti. Testin avulla nauhaa voidaan säätää niin, että ainoastaan muutama tippa virtsaa karkaa yskäisyn aikana *(kuva 11)*.



**KUVA 11**

Kun nauha on paikallaan, poista sitä suojaava muovisuojus. Nauhan kiristymisen estämiseksi aseta tylppä instrumentti (esim. sakset tai pihdit) virtsaputken ja nauhan väliin muovisuojusten poistamisen ajaksi.

***(Huomautus: Muovisuojuksen ennenaikainen poisto voi vaikeuttaa poistonjälkeistä nauhan kireyden säätöä.)***

18. Kun nauhan säädöt on tehty, sulje emättimeen tehty avausviilto. Katkaise nauhan päät ulostulokohdissa aivan sisäreiden ihon alapuolelta. Sulje avausviillot ompelein tai kirurgisella kudosliimalla.

19. Kystokopia voidaan suorittaa kirurgin harkinnan mukaisesti. Jos kystokopia suoritettiin nauhan ensimmäisen puolen sisäänviennin jälkeen, varmista että virtsarakko tyhjennetään ennen nauhan toisen puolen sisäänvientiä. Leikkauksenjälkeistä katetrointia ei yleensä tarvita. Potilasta on kehotettava yrittämään virtsarakon tyhjentämistä 2–3 tuntia leikkauksen jälkeen.

### KONTRAINDIKAATIOT

Kuten minkä tahansa suspensiokirurgian ollessa kyseessä, tätä toimenpidettä ei saa suorittaa raskaana olevalle potilaalle. Tämän lisäksi, koska PROLENE-polypropyleeniverkko ei veny huomattavassa määrin, toimenpidettä ei saa suorittaa vielä kasvaville potilaille, mukaan lukien raskautta suunnitteleville naisille.

### VAROITUKSET JA VAROTOIMET

- GYNECARE TVT -*obturaattoritoimenpidettä* ei saa suorittaa potilaille, joille annetaan antikoagulanttihoitoa.

- GYNECARE TVT -*obturaattoritoimenpidettä* ei saa suorittaa potilaille, joilla on virtsatietulehdus.

- Toimenpiteen suorittajien on tunnettava virtsaputken suspensiotoimenpiteet ja heillä on oltava riittävä GYNECARE TVT -*obturaattoritoimenpidettä* koskeva koulutus ennen GYNECARE TVT -*obturaattorin* käyttöä.

- GYNECARE TVT -*obturaattoritoimenpiteen* yhteydessä on noudatettava hyväksyttyjä kirurgisia toimenpiteitä sekä kontaminoituneita ja tulehtuneita haavoja koskevaa käytäntöä.

- GYNECARE TVT -*obturaattoritoimenpide* on suoritettava huolellisesti ja suuria verisuonia, hermoja, virtsarakkoa ja suolistoa välttäen. Riskit minimoidaan kiinnittämällä huomio potilaan anatomiaan ja laitteen asianmukaiseen sisäänvientiin.

- Leikkauksen jälkeen voi esiintyä verenvuotoa. Kaikkia oireita tai merkkejä on seurattava ennen kuin potilas päästetään pois sairaalasta.

- Vaikka virtsarakon vaurio on epätodennäköistä tämän menetelmän yhteydessä, kirurgi voi harkintansa mukaan suorittaa kystoskopisen tutkimuksen.

- Muovisuojusta ei saa poistaa ennen kuin nauha on asetettu kunnolla paikoilleen.

24

ETH.MESH.02340853

- Varmista, että nauha kulkee virtsaputken keskiosan alapuolelta eikä ole kireällä.

- Tätä toimenpidettä ei saa suorittaa, jos kirurgisen toimenpidealueen epäillään olevan tulehtunut tai kontaminoitunut.

- Koska saatavilla ei ole tietoa virtsaputkenalaisen nauhatoimenpiteen vaikutuksista myöhempään raskauteen GYNECARE TVT -*obturaattorijärjestelmää* käytettäessä, potilasta on muistutettava siitä, että mahdolliset tulevat raskaudet voivat mitätöidä toimenpiteen vaikutukset ja aiheuttaa inkontinenssin palautumisen.

- Koska saatavilla ei ole kliinistä tietoa virtsaputkenalaisen nauhatoimenpiteen jälkeisestä alatiesynnytyksestä GYNECARE TVT -*obturaattorijärjestelmää* käytettäessä, mahdollisen raskauden yhteydessä on harkittava sektiota.

- Leikkauksen jälkeen potilasta on kehotettava välttämään raskaiden esineiden nostamista ja/tai rasittavia kuntoharjoituksia (esim. pyöräily ja hölkkä) vähintään kolmen-neljän viikon ajan sekä yhdyntää kuukauden ajan. Potilas voi tavallisesti suorittaa muita normaaleja toimia taas yhden kahden viikon kuluttua.

- Potilasta on kehotettava ottamaan välittömästi yhteyttä kirurgiin, jos hänellä esiintyy kipua virtsatessa, verenvuotoa tai muita ongelmia.

- Ohimenevää kipua voi esiintyä alaraajoissa noin 24–48 tunnin ajan ja se voidaan normaalisti hallita kipulääkityksellä.

- Kuten kaikkien inkontinenssitoimenpiteiden yhteydessä, de novo -tyhjentäjälihaksen instabiliteettia voi esiintyä virtsaputkenalaisen nauhatoimenpiteen jälkeen GYNECARE TVT -*obturaattorijärjestelmää* käytettäessä. Tämän riskin minimoimiseksi nauha on implantoitava potilaaseen yllä kuvattujen ohjeiden mukaisesti.

- PROLENE-verkko ei saa koskettaa hakasia, klipsejä tai puristimia, sillä ne voivat aiheuttaa verkon mekaanisia vaurioita.

- GYNECARE TVT -*obturaattoria* tai sen osia ei saa steriloida uudelleen. Hävitä avatut, mutta käyttämättömät laitteet.

- Profylaktista antibioottilääkitystä voidaan antaa kirurgin normaalin käytännön mukaisesti.

**KOMPLIKAATIOT**

- Neulan sisäänviennin yhteydessä saattaa tapahtua kirurgista korjausta vaativia verisuonien, hermojen, virtsarakon tai suolen lävistyksiä tai repeämiä.

- Haava-alueella voi esiintyä tilapäistä paikallista ärsytystä sekä tilapäistä vierasainereaktiota. Tämä voi johtaa laitteen poistumiseen kehosta, eroosioon, fistelin muodostumiseen tai tulehdukseen.

- Kuten kaikki vierasaineet, PROLENE-verkko voi pahentaa olemassa olevaa infektiota. PROLENE-verkkoa sisäänvientivaiheessa suojaava muovisuojus vähentää kontaminoitumisen vaaraa.

- Ylikorjaus, toisin sanoen nauhan kiristäminen liian kireälle, voi aiheuttaa tilapäistä tai pysyvää alempien virtsateiden tukkeutumista.

**VAIKUTUKSET**

Eläinkokeissa on osoitettu, että PROLENE-verkko aiheuttaa kudoksessa vain erittäin vähäisen, tilapäisen tulehdusreaktion, jota seuraa ohuen verkonsilmien läpikasvavan sidekudoskerroksen muodostuminen, mikä kiinnittää verkon ympäröivään kudokseen. Materiaali ei resorboidu, eikä se myöskään hajoa tai heikkene kudosentsyymien vaikutuksesta.

**TOIMITUSTAPA**

GYNECARE TVT -*obturaattorijärjestelmä* toimitetaan steriilinä (etyleenioksidi) kertakäyttöön. Ei saa steriloida uudelleen. Ei saa käyttää, jos pakkaus on avattu tai vaurioitunut. Hävitä avatut, käyttämättömät laitteet.

**SÄILYTYS**

Kertakäyttöisiä GYNECARE TVT -*obturaattorijärjestelmää* on säilytettävä alle 25 °C:n lämpötilassa suojattuna kosteudelta ja lämmöltä. Ei saa käyttää viimeisen käyttöpäivän jälkeen.

*HUOMIO: Yhdysvaltain liittovaltion lain mukaan tämän tuotteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä.*

*Tavaramerkki



25

**ETH.MESH.02340854**

**FRANÇAIS**

*Système obturateur* **GYNECARE TVT***
**Dispositif sans tension contre les incontinences**

*Obturateur* **GYNECARE TVT, usage unique stérile**

**Spirales de mise en place pour *obturateur*
GYNECARE TVT, usage unique stérile**

**Guide atraumatique à ailettes pour *obturateur*
GYNECARE TVT, usage unique stérile**

**Lire attentivement toutes les informations.**
Toute inobservation de ces instructions pourrait entraîner un fonctionnement incorrect du dispositif et provoquer des blessures.

**Important :**
Cette notice constitue le mode d'emploi du système *obturateur* GYNECARE TVT*, y compris le dispositif *obturateur*, les spirales de mise en place et le guide atraumatique à ailettes GYNECARE TVT. Il ne s'agit pas d'un document de référence complet en matière de technique chirurgicale pour remédier aux problèmes d'incontinences urinaires à l'effort. Ce dispositif doit être utilisé uniquement par des médecins formés au traitement chirurgical des incontinences urinaires à l'effort et tout spécialement à l'implantation du dispositif *obturateur* GYNECARE TVT. Ces instructions sont conçues pour un usage général du dispositif. L'utilisation du dispositif peut être modifiée pour répondre à des variantes personnelles de la technique opératoire et à des variations anatomiques de la patiente.

**DESCRIPTION**
Le système *obturateur* GYNECARE TVT est une trousse d'intervention stérile à usage unique destinée à une seule patiente, et comporte les éléments suivants :

**Obturateur GYNECARE TVT**
L'*obturateur* GYNECARE TVT est un dispositif stérile, destiné à une seule patiente, et composé d'un morceau de bande en polypropylène PROLENE* non teintée ou bleue (bleu de phtalocyanine, numéro d'indice de coloration 74160) d'environ 1,1 x 45 cm, recouverte d'une gaine en plastique en son centre. Des logements de tube en plastique sont fixés à chaque extrémité. La maille en polypropylène PROLENE est constituée de filaments entrelacés de brins de polypropylène extrudé dont la composition est identique à celle des sutures chirurgicales non résorbables PROLENE en polypropylène. Lorsqu'il est utilisé pour des sutures, ce matériau s'est avéré inerte et indéformable en usage clinique. La maille PROLENE est obtenue au moyen d'un procédé qui entrelace chaque jonction de fibres et qui permet d'obtenir une élasticité dans les deux directions. Cette propriété offre une adaptation aux contraintes de l'organisme.

**Spirales GYNECARE TVT**
Les spirales GYNECARE TVT sont deux dispositifs en acier inoxydable munis d'une poignée en plastique et conçus pour mettre en place l'*obturateur* GYNECARE TVT. Le coffret comprend une spirale droite et une spirale gauche qui sont déjà montées sur l'*obturateur* GYNECARE TVT. Elles ne DOIVENT en aucun cas être courbées ni déformées.

**Guide atraumatique à ailettes GYNECARE TVT**
Le guide atraumatique à ailettes GYNECARE TVT est un accessoire en acier inoxydable qui facilite le passage des spirales GYNECARE TVT dans le passage disséqué.

**INDICATIONS**
L'*obturateur* GYNECARE TVT est conçu pour être utilisé sur des patientes comme bandelette sous-urétrale pour le traitement de l'incontinence urinaire à l'effort provenant d'une hypermobilité urétrale et/ou d'une déficience sphinctérienne intrinsèque.

**MODE D'EMPLOI**
**(Remarque : la position des mains sur les illustrations peut varier.)**
1. Placer la patiente en position gynécologique dorsale avec les hanches hyperfléchies au-dessus de l'abdomen. Les fesses doivent arriver au niveau du bord de la table.
2. L'intervention peut être effectuée sous anesthésie locale, régionale ou générale.
3. Il est également possible de suturer les lèvres sur le côté pour une meilleure exposition.
4. Insérer un cathéter urétral dans la vessie pour la vider.

**ETH.MESH.02340855**

5.  Pour marquer les points de sortie des tubes en plastique, tracer une ligne horizontale au niveau du méat urétral, et une deuxième ligne parallèle à la première, deux centimètres au-dessus. Placer ensuite les deux points de sortie sur cette ligne, deux centimètres à côté du pli de la cuisse (aplanir éventuellement la peau en l'étirant). Marquer les points de sortie ; il est également possible de pratiquer une incision de 5 à 10 mm au niveau de chaque point de sortie ou plus tard lors de l'intervention *(cf. figure 1)*.



**FIGURE 1**

6.  Au moyen d'une pince d'Allis pour la traction, pratiquer une incision médiane d'un centimètre dans la muqueuse vaginale en commençant à un centimètre du méat urétral.

    ***(Remarque : il est conseillé de terminer l'insertion du dispositif d'un côté avant de commencer la dissection de l'autre côté.)***

    Utiliser une technique consistant à pousser et à étirer pour pratiquer une dissection par clivage, en utilisant de préférence des ciseaux courbes pointus. L'orientation de la dissection latérale doit former un angle de 45° par rapport à la ligne médiane, avec les ciseaux dirigés selon le plan horizontal ou avec les pointes légèrement vers le haut *(cf. figure 2)*. Continuer la dissection en direction de la « jonction » entre l'os du pubis et la branche pubienne inférieure *(cf. figure 2)*.



**FIGURE 2**

    Lorsque la « jonction » entre l'os du pubis et la branche pubienne inférieure est atteinte, perforer la membrane de l'obturateur. Une perte de la résistance se fait sentir une fois la perforation effectuée. Le canal doit avoir un diamètre d'environ 5 à 7 mm et ne pas dépasser les 5 cm de profondeur. Toute dissection au-delà de 5 cm pourrait entraîner une pénétration involontaire dans l'espace de Retzius. Si l'on n'atteint pas l'os après une dissection de 5 cm, il convient alors de revérifier si l'angle de dissection est correct.

7.  Retirer le guide à ailettes GYNECARE TVT de l'emballage *(cf. figure 3)*.



**FIGURE 3**

8.  Insérer le guide à ailettes GYNECARE TVT dans le passage disséqué jusqu'à ce qu'il dépasse la branche pubienne inférieure et entre dans l'ouverture pratiquée précédemment dans la membrane de l'obturateur. Une disparition de la résistance est sensible lorsque le guide à ailettes passe à travers la membrane de l'obturateur.

ETH.MESH.02340856

Si une difficulté survient lors de l'insertion du guide, revérifier la direction du passage avec les ciseaux.

*(Remarque : le côté ouvert du guide doit être dirigé vers le chirurgien. Le cas échéant, la languette flexible peut être repliée pour augmenter la longueur du guide, cf. figure 5.)*

9.  Retirer l'ensemble dispositif/spirales GYNECARE TVT et l'*obturateur GYNECARE TVT* de l'emballage stérile *(cf. figure 3 pour les composants).*

*(Remarque : pour garantir une orientation correcte de la bande et des spirales, vérifier si le logo GYNECARE et la place du pouce sur les poignées en plastique sont bien dirigés vers le chirurgien, et si les pointes sont tournées vers l'extérieur, en direction du chirurgien. La spirale se trouvant dans la main gauche du chirurgien correspond au côté droit de la patiente, cf. figure 4.)*



**FIGURE 4**

10. Placer l'une des spirales sur le champ stérile ou tout autre emplacement stérile approprié jusqu'au moment de s'en servir. S'assurer que la bandelette n'est pas tordue.

11. Insérer la spirale GYNECARE TVT correcte dans le passage disséqué en suivant le canal du guide à ailettes GYNECARE TVT. Pousser le dispositif vers l'intérieur pour traverser et dépasser légèrement la membrane de l'obturateur. Vérifier si la poignée du dispositif est orientée de manière à ce que l'extrémité droite de la spirale soit alignée sur le canal du guide à ailettes GYNECARE TVT et reste dirigée ainsi jusqu'à ce qu'elle traverse la membrane de l'obturateur *(cf. figure 5).*



**FIGURE 5**

12. Une fois dans cette position, retirer le guide à ailettes GYNECARE TVT et le conserver stérile pour un usage ultérieur sur la même patiente.



**FIGURE 6**

28

ETH.MESH.02340857

13. Une fois le guide à ailettes GYNECARE TVT retiré, faire pivoter la poignée de la spirale tout en la faisant progresser vers la ligne médiane *(cf. figure 6).* **(Remarque : la poignée ne doit jamais être dirigée en position horizontale.)**



**FIGURE 7**

14. La pointe de la spirale doit sortir près du point de sortie déterminé auparavant *(cf. figure 7).* Cependant, une petite manipulation cutanée peut s'avérer nécessaire. Si l'incision cutanée n'a pas déjà été effectuée, elle doit être pratiquée au point où l'extrémité de la spirale apparaît sous la peau. Lorsque l'extrémité du tube en plastique apparaît au niveau de l'incision, le saisir au moyen d'une pince et, tout en maintenant le tube immobile au niveau de l'urètre, retirer la spirale avec une rotation inverse de la poignée *(cf. figure 8).*



**FIGURE 8**

15. Tirer entièrement le tube en plastique à travers la peau jusqu'à l'apparition de la bandelette *(cf. figure 9).*



**FIGURE 9**

16. Procéder de même pour l'autre côté de la patiente et s'assurer que la bandelette repose à plat sous l'urètre *(cf. figure 10).*

**(Remarque : si une torsion est présente dans la bandelette, s'assurer qu'elle ne se retrouve pas placée sous l'urètre après avoir tiré l'excédent de bandelette.)**

29

ETH.MESH.02340858



**FIGURE 10**

17. Lorsque les deux tubes en plastique sont sortis par les incisions cutanées, couper ces tubes de la bandelette et des gaines en plastique. Placer la bandelette à plat, sans la tendre, sous le milieu de l'urètre. Procéder à un test de toux afin de pouvoir tendre la bandelette de manière à obtenir seulement une perte de quelques gouttes d'urine lors de la toux *(cf. figure 11).*



**FIGURE 11**

Une fois la bandelette en place, retirer la gaine en plastique qui la recouvre. Pour éviter de trop tendre la bandelette, placer un instrument non tranchant (ciseaux ou pince par exemple) entre l'urètre et la bandelette lors du retrait des gaines en plastique.

***(Remarque : un retrait prématuré de la gaine peut entraîner des problèmes d'ajustement ultérieurs.)***

18. Après avoir ajusté la bandelette, refermer l'incision vaginale. Couper les extrémités de la bandelette aux points de sortie, juste sous la peau de la partie interne des cuisses. Fermer les incisions cutanées au moyen de points de suture ou d'adhésif cutané chirurgical.

19. Le chirurgien peut choisir de procéder à une cystoscopie. Si une cystoscopie a déjà été effectuée après le premier passage, s'assurer que la vessie est vide avant de commencer le passage du second côté. Suite à l'opération, il n'est en général pas nécessaire de laisser de sonde à demeure. Prévoir d'inviter la patiente à vider sa vessie 2 ou 3 heures après l'opération.

**CONTRE-INDICATIONS**

Comme tout type d'intervention de soutènement, cette procédure ne doit pas être utilisée chez la femme enceinte. De plus, la bandelette PROLENE n'est pas suffisamment élastique pour être utilisée chez la patiente susceptible d'être enceinte ou dont la croissance n'est pas terminée.

**MISES EN GARDE ET PRÉCAUTIONS D'EMPLOI**

- La mise en place d'un *obturateur* GYNECARE TVT ne doit pas être effectuée sur des patientes sous anticoagulants.

- Ne pas utiliser d'*obturateur* GYNECARE TVT chez une femme présentant une infection du tractus urinaire.

- Avant d'employer l'*obturateur* GYNECARE TVT, les utilisateurs doivent connaître les techniques chirurgicales de soutènement urétral et avoir reçu une formation appropriée pour l'usage de ce dispositif.

- Il est impératif de respecter les bonnes pratiques chirurgicales pour la mise en place de l'*obturateur* GYNECARE TVT ainsi que pour le traitement des plaies contaminées ou infectées.

- La procédure relative à l'*obturateur* GYNECARE TVT doit être observée avec précaution afin d'éviter les gros vaisseaux, les nerfs, la vessie et l'intestin. Les risques seront minimisés si le chirurgien tient compte de l'anatomie de la patiente et procède avec précaution pour le passage du dispositif.

- Une hémorragie post-opératoire est possible. Il convient d'en rechercher les symptômes et les signes avant d'autoriser la sortie de la patiente de l'hôpital.

- Même si une lésion de la vessie est peu probable avec l'emploi de cette technique, le chirurgien peut choisir de procéder à des cystoscopies.

- Ne pas retirer les gaines en plastique tant que la bandelette n'a pas été correctement positionnée.

- S'assurer que la bandelette est placée sans tension sous la zone mi-urétrale.

ETH.MESH.02340859

- Ne pas procéder à cette intervention s'il est possible que le site chirurgical soit infecté ou contaminé.

- Comme aucune information clinique n'est disponible sur les femmes enceintes suite à la pose d'une bandelette sous-urétrale au moyen du système *obturateur* GYNECARE TVT, il convient d'informer la patiente que toute grossesse ultérieure risque d'annuler les effets de l'intervention chirurgicale, auquel cas le problème d'incontinence pourrait réapparaître.

- Comme aucune information clinique n'est disponible sur l'accouchement par voie basse suite à la pose d'une bandelette sous-urétrale au moyen du système *obturateur* GYNECARE TVT, il convient de prévoir une césarienne en cas de grossesse.

- Après l'opération, il doit être recommandé à la patiente d'éviter de soulever des objets lourds ou de s'adonner à des exercices trop contraignants (par ex., cyclisme, jogging) pendant au moins trois à quatre semaines. Les rapports sexuels sont aussi à éviter pendant un mois. La patiente peut normalement reprendre ses activités quotidiennes habituelles après une ou deux semaines.

- La patiente doit immédiatement prendre contact avec le chirurgien en cas de dysurie, de saignements ou de tout autre problème.

- Des douleurs passagères dans les jambes pendant 24 à 48 heures sont possibles et peuvent normalement être traitées avec de faibles doses d'analgésiques.

- Comme avec d'autres interventions visant à remédier aux incontinences, une instabilité de novo du detrusor peut se produire suite à la pose d'une bandelette sous-urétrale au moyen du système *obturateur* GYNECARE TVT. Pour minimiser ce risque, s'assurer de placer la bandelette comme indiqué ci-dessus.

- Ne pas placer la bandelette de PROLENE au contact d'agrafes, de clips ou de clamps qui seraient susceptibles de la détériorer.

- Ne pas restériliser l'*obturateur* GYNECARE TVT ni ses composants. Jeter les dispositifs non utilisés dont l'emballage a été ouvert.

- Des antibiotiques prophylactiques peuvent être prescrits selon les habitudes du chirurgien.

**RÉACTIONS INDÉSIRABLES**

- Des perforations ou des lacérations de vaisseaux, de nerfs, de la vessie ou de l'intestin peuvent se produire lors du passage de l'aiguille et entraîner la nécessité d'une réparation chirurgicale.

- Une irritation transitoire au niveau du site de la plaie et une réaction provisoire aux corps étrangers peuvent apparaître. Cette réponse peut se traduire par une extrusion, une érosion, la formation de fistules ou une inflammation.

- Comme tous les corps étrangers, la bandelette de PROLENE est susceptible d'activer une infection existante. Les gaines en plastique qui couvrent initialement la bandelette de PROLENE sont conçues pour minimiser les risques de contamination.

- Une correction excessive, c'est-à-dire une trop grande tension de la bandelette, peut causer une obstruction temporaire ou permanente du tractus urinaire inférieur.

**PERFORMANCES**

Les études sur animaux ont démontré que la mise en place d'une bandelette de PROLENE provoque une réaction inflammatoire tissulaire minime transitoire suivie du dépôt d'une couche fibreuse tissulaire mince qui peut pénétrer à travers les interstices de la bandelette et l'incorporer ainsi au tissu adjacent. Le matériau n'est pas résorbé ou dégradé ni fragilisé par l'action des enzymes tissulaires.

**PRÉSENTATION**

Le système *obturateur* GYNECARE TVT à usage unique est fourni stérile (stérilisation à l'oxyde d'éthylène). Ne pas restériliser. Ne pas utiliser si l'emballage est ouvert ou détérioré. Jeter les dispositifs non utilisés dont l'emballage a été ouvert.

**STOCKAGE**

Il est recommandé de stocker le système *obturateur* GYNECARE TVT à usage unique à une température inférieure à 25 °C, à l'abri de l'humidité et de la chaleur directe. Ne pas utiliser au-delà de la date de péremption.

*ATTENTION : en vertu de la loi fédérale des États-Unis, ce dispositif ne peut être vendu que par un médecin ou sur ordonnance médicale.*

\*Marque commerciale



ETH.MESH.02340860

DEUTSCH

**GYNECARE TVT\*** *Obturator System*
**Spannungsfreie Unterstützung bei Inkontinenz**

**GYNECARE TVT** *Obturator* **Implantat,**
        **steril, zum Einmalgebrauch**

**GYNECARE TVT** *Obturator* **Applikatoren,**
        **steril, zum Einmalgebrauch**

**GYNECARE TVT** *Obturator* **atraumatische Flügelsonde,**
        **steril, zum Einmalgebrauch**

**Bitte alle Informationen sorgfältig durchlesen.**

Wenn die Anweisungen nicht korrekt befolgt werden, kann dies zu Fehlfunktionen des Systems und zu Verletzungen führen.

**Wichtig:**

Diese Packungsbeilage enthält die Gebrauchsanweisung für das GYNECARE TVT\* *Obturator* System, einschließlich GYNECARE TVT *Obturator* Implantat, Applikatoren und atraumatischer Flügelsonde. Sie darf nicht als umfassendes Handbuch der chirurgischen Technik zur Behandlung der SHI (Stress-Harninkontinenz) angesehen werden. Das Produkt sollte nur von Ärzten verwendet werden, die Erfahrung in der chirurgischen Behandlung einer Stress-Harninkontinenz und insbesondere der Implantation des GYNECARE TVT *Obturator* Implantats haben. Diese Anweisungen beziehen sich auf die allgemeine Verwendung des Produkts. Abweichungen in der Anwendung können sich infolge individueller Operationsmethoden oder der Anatomie der Patientin ergeben.

**BESCHREIBUNG**

Das GYNECARE TVT *Obturator* System ist ein steriles Kit zum Einmalgebrauch und besteht aus:

**GYNECARE TVT Obturator Implantat**

Das GYNECARE TVT *Obturator* Implantat ist ein steriles Produkt zur einmaligen Anwendung, das aus einem ungefärbten oder blauen (Phtalocyaninblau, Farbindexnummer 74160) PROLENE* Polypropylen-Netz (Streifen) besteht, das ca. 1,1 cm x 45 cm misst und von einem Plastikschutz umgeben ist, der sich in der Mitte des Streifens überlappt. An jedem Ende ist eine röhrenförmige Kunststoffhülse befestigt. Das PROLENE Polypropylen-Netz besteht aus verknüpften Fasern von extrudierten Polypropylensträngen, die denen des PROLENE nicht resorbierbaren, chirurgischen Polypropylen-Nahtmaterials entsprechen. Es wurde berichtet, dass dieses Material bei Verwendung als chirurgisches Nahtmaterial keinerlei Reaktionen hervorruft und seine Festigkeit bei klinischer Anwendung unbeschränkt erhalten bleibt. Das PROLENE-Netz ist so verknüpft, dass die Faserverbindungen miteinander verkettet sind, wodurch es bidirektional dehnbar ist. Diese bidirektionale Elastizität ermöglicht die Adaptation an verschiedene Belastungssituationen im Körper.

**GYNECARE TVT Obturator Applikatoren**

Die GYNECARE TVT Applikatoren sind zwei gebogene Edelstahl-Nadeln mit Kunststoffgriffen zur Einführung des GYNECARE TVT *Obturator* Implantats. Die Applikatoren werden paarweise als rechtes und linkes Instrument und am GYNECARE TVT *Obturator* Implantat vormontiert geliefert. Die Einführungsspirale darf KEINESFALLS in irgendeiner Weise gebogen oder verformt werden.

**GYNECARE TVT Obturator atraumatische Flügelsonde**

Die GYNECARE TVT atraumatische Flügelsonde ist ein Hilfsinstrument aus Edelstahl, das die Passage der GYNECARE TVT Applikatoren durch den Schnitt erleichtert.

**INDIKATIONEN**

Das GYNECARE TVT *Obturator* Implantat wird als suburethrale Schlinge bei Frauen zur Behandlung von Stress-Harninkontinenz (SHI) verwendet, die durch eine Hypermobilität der Urethra und/oder eine intrinsische Sphinkterinsuffizienz bedingt ist.

**GEBRAUCHSANWEISUNG**
**(Hinweis: Die in den Abbildungen gezeigten Handpositionen können variieren.)**

1. Die Patientin in der dorsalen Steinschnittlage mit über den Bauch hyperflexierten Hüften positionieren. Die Gesäßbacken sollten bündig mit der Tischkante positioniert werden.

2. Der Eingriff kann in Lokal-, Regional- oder Allgemeinanästhesie durchgeführt werden.

3. Wahlweise können die Labien seitlich angenäht werden, um den Zugang zu erleichtern.

4. Einen Harnröhrenkatheter in die Blase schieben und die Blase entleeren.

ETH.MESH.02340861

5.  Die Austrittspunkte der Kunststoffröhrchen durch eine horizontale Linie auf Höhe der Harnröhrenöffnung und eine zweite Linie, die parallel im Abstand von 2 cm oberhalb der ersten Linie verläuft, markieren. Die Austrittspunkte auf dieser Linie 2 cm lateral der Hüftbeugefalte lokalisieren (die Haut lässt sich durch Ziehen glätten). Die Austrittspunkte markieren; alternativ kann eine 5–10 mm lange Inzision an beiden Punkten sofort oder erst in einer späteren Phase des Eingriffs gemacht werden *(siehe Abbildung 1).*



**ABBILDUNG 1**

6.  Unter Zuganwendung mit Allis-Klemmen eine 1 cm lange Mittellinien-Inzision in der Vaginalmukosa machen, ab 1 cm proximal der Harnröhrenöffnung.

    ***(Hinweis: Es wird empfohlen, die Insertion des Implantats auf einer Seite abzuschließen, bevor auf der anderen Seite inzidiert wird.)***

    Die stumpfe Präparation mit einer „Schub-Spreiz-Technik" beginnen, vorzugsweise mit einer spitzen, gebogenen Schere. Die laterale Präparation sollte mit einem Winkel von 45° von der Mittellinie weg erfolgen, wobei die Schere entweder horizontal oder mit den Spitzen leicht nach oben gehalten wird *(siehe Abbildung 2).* Die Präparation bis zur „Kreuzung" des Schambeinkörpers mit dem unteren Ramus des Schambeins fortführen *(siehe Abbildung 2).*



**ABBILDUNG 2**

Wenn die „Kreuzung" des Schambeinkörpers mit dem unteren Ramus des Schambeins erreicht ist, die Obturatormembran perforieren. Wenn die Membran perforiert ist, lässt sich ein verringerter Widerstand fühlen. Der Kanal sollte einen Durchmesser von 5–7 mm haben und nicht tiefer als 5 cm sein. Eine Präparation über 5 cm hinaus kann zur unbeabsichtigten Eröffnung des Retzius-Raums führen. Wenn nach 5 cm Präparation der Knochen nicht erreicht wird, nochmals überprüfen, ob der Präparationswinkel korrekt ist.

7.  Die GYNECARE TVT Flügelsonde aus der Packung nehmen *(siehe Abbildung 3).*



**ABBILDUNG 3**

8.  Die GYNECARE TVT Flügelsonde in den präparierten Gang schieben, bis sie den unteren Ramus des Schambeins passiert und in die zuvor angelegte Öffnung der Obturatormembran gelangt. Der fehlende Widerstand, wenn die Flügelsonde durch die Obturatormembran geht, ist spürbar.

    Wenn beim Einschieben der Sonde Schwierigkeiten auftreten, nochmals die Richtung des Gangs mit der Schere bestätigen.

33

ETH.MESH.02340862

*(Hinweis: Die offene Seite der Sonde muss zum Operateur zeigen. Die biegsame Platte kann umgebogen werden, um die Sonde bei Bedarf zu verlängern, siehe Abbildung 5.)*

9. Die GYNECARE TVT Applikatoren und das GYNECARE TVT *Obturator* Implantat aus der sterilen Verpackung nehmen *(Komponenten siehe Abbildung 3)*.

*(Hinweis: Um die korrekte Orientierung der Applikatoren und des Implantats zu gewährleisten, müssen das GYNECARE Logo und die Daumenvertiefung am Kunststoffgriff zum Operateur und die Spitzen nach außen zeigen. Der Applikator in der linken Hand des Operators muss auf der rechten Seite der Patientin verwendet werden; siehe Abbildung 4.)*



**ABBILDUNG 4**

10. Eine der Applikatoren auf das sterile Tuch oder an einen anderen sterilen Ort legen, bis sie gebraucht wird. Das Implantat darf dabei nicht verdreht sein.

11. Den richtigen GYNECARE TVT Applikator in den präparierten Gang schieben und dabei dem Kanal der GYNECARE TVT Flügelsonde folgen. Das Instrument nach innen drücken, wobei die Obturatormembran durchquert und passiert wird. Dabei muss der Griff so orientiert sein, dass die gerade Spitze der Einführungsspirale entsprechend dem Kanal in der GYNECARE TVT Flügelsonde ausgerichtet ist und in dieser Stellung bleibt, bis die Spitze die Obturatormembran durchquert *(siehe Abbildung 5)*.



**ABBILDUNG 5**

12. Wenn diese Position erreicht ist, die GYNECARE TVT Flügelsonde entfernen und für die spätere nochmalige Verwendung bei der gleichen Patientin steril halten.



**ABBILDUNG 6**

13. Sobald die GYNECARE TVT Flügelsonde entfernt ist, den Griff des Applikators gleichzeitig drehen und zur Mittellinie hin bewegen *(siehe Abbildung 6)*. **(Hinweis: Der Griff darf niemals in horizontaler Position ausgerichtet sein.)**

34

ETH.MESH.02340863



**ABBILDUNG 7**

14.  Die Spitze des Applikators sollte in der Nähe des zuvor bestimmten Austrittspunkts austreten *(siehe Abbildung 7)*. Es kann jedoch eine geringfügige Hautmanipulation erforderlich sein. Wenn die Hautinzision nicht schon zuvor gemacht wurde, ist sie nun an der Stelle durchzuführen, an der die Spitze des Applikators die Haut vorwölbt. Wenn die Spitze des Kunststoffröhrchens in der Hautöffnung erscheint, die Spitze mit einer Klemme greifen und der Applikator durch entgegengesetzte Drehung des Griffs entfernen, während das Röhrchen neben der Harnröhre stabilisiert wird *(siehe Abbildung 8)*.



**ABBILDUNG 8**

15.  Das Kunststoffröhrchen vollständig durch die Haut ziehen, bis der Streifen erscheint *(siehe Abbildung 9)*.



**ABBILDUNG 9**

16.  Das Verfahren auf der anderen Seite der Patientin wiederholen, dabei muss das Implantat flach unter der Harnröhre liegen *(siehe Abbildung 10)*.

   *(Hinweis: Wenn eine Verdrehung des Implantats entdeckt wird, darf sich die Verdrehung nicht unter der Harnröhre befinden, wenn der restliche Streifen durchgezogen ist.)*

35

ETH.MESH.02340864



**ABBILDUNG 10**

17. Wenn beide Kunststoffröhrchen durch die Hautinzisionen gezogen sind, die Kunststoffröhrchen vom Streifen und dem Plastikschutz abschneiden. Das Implantat locker, d.h. spannungsfrei, und flach unter dem Mittelteil der Harnröhre positionieren. An diesem Punkt kann ein Hustentest durchgeführt werden. Dieser ermöglicht die Anpassung des Streifens, so dass beim Husten nur wenige Tropfen Urin abgehen *(siehe Abbildung 11)*.



**ABBILDUNG 11**

Wenn das Implantat korrekt positioniert ist, die Plastikhülle entfernen, die den Streifen abdeckt. Um ein Anspannen des Bands zu vermeiden, ist ein stumpfes Instrument (Schere oder Pinzette) beim Anpassen zwischen Urethra und Streifen zu platzieren, während der Plastikschutz entfernt wird.

***(Hinweis: Ein vorzeitiges Entfernen der Schutzhülle kann nachfolgende Anpassungen erschweren.)***

18. Nach Anpassung des Implantats die vaginale Inzision verschließen. Die Streifenenden an den Austrittspunkten direkt unter der Haut abschneiden. Die Hautinzisionen mit einer Naht oder chirurgischem Hautkleber verschließen.

19. Nach Ermessen des Arztes kann eine Zystoskopie durchgeführt werden. Wenn im Anschluss an die erste Passage eine Zystoskopie durchgeführt wurde, muss die Blase entleert werden, bevor mit der Passage der zweiten Seite begonnen wird. Nach diesem Eingriff ist eine postoperative Katheterisierung im Allgemeinen nicht nötig. Die Patientin sollte 2–3 Stunden nach Operationsende zur Entleerung der Blase aufgefordert werden.

**KONTRAINDIKATIONEN**

Wie bei jeder Suspensionsoperation sollte diese Prozedur nicht bei Patientinnen mit bestehender Schwangerschaft durchgeführt werden. Bei der Verwendung des PROLENE Polypropylen-Netzes im wachsenden Organismus sollte bedacht werden, dass das Netz sich trotz seiner Flexibilität nicht dem Wachstum entsprechend dehnen kann. Dieses ist auch bei Patientinnen mit geplanter oder zukünftig gewünschter Schwangerschaft zu beachten.

**WARNHINWEISE UND VORSICHTSMASSNAHMEN**

• Das GYNECARE TVT *Obturator* System nicht bei Patientinnen verwenden, die gerinnungshemmende Medikamente einnehmen.

• Das GYNECARE TVT *Obturator* System nicht bei Patientinnen mit Harnwegsinfektionen verwenden.

• Die Anwender sollten mit der chirurgischen Technik für urethrale Suspensionen vertraut und entsprechend für das GYNECARE TVT *Obturator* System ausgebildet sein, bevor sie ein GYNECARE TVT *Obturator* Implantat einsetzen.

• Sowohl beim GYNECARE TVT *Obturator* System als auch bei der Versorgung von kontaminierten oder infizierten Operationswunden sind die anerkannten chirurgischen Techniken anzuwenden.

• Das GYNECARE TVT *Obturator* Verfahren sollte mit Sorgfalt durchgeführt werden, um eine Beschädigung größerer Blutgefäße sowie von Nerven, Blase und Darm zu vermeiden. Durch Beachtung der Anatomie der Patientin und die korrekte Passage des Geräts werden Risiken minimiert.

ETH.MESH.02340865

- Es können postoperative Blutungen auftreten. Auf diesbezügliche Symptome oder Anzeichen achten, bevor die Patientin aus dem Krankenhaus entlassen wird.

- Obwohl eine Verletzung der Blase bei dieser Technik unwahrscheinlich ist, kann nach ärztlichem Ermessen eine Zystoskopie durchgeführt werden.

- Plastikhülle nicht entfernen, bevor das Implantat korrekt platziert ist.

- Das Implantat muss unter minimaler Spannung unter dem mittleren Teil der Urethra platziert sein.

- Dieses Verfahren nicht durchführen, wenn Verdacht auf eine Infektion oder Kontamination des Operationsgebiets besteht.

- Da keine klinischen Informationen über eine Schwangerschaft nach suburethraler Umschlingung mit dem GYNECARE TVT *Obturator* System vorliegen, sollte die Patientin dahingehend beraten werden, dass eine künftige Schwangerschaft die Wirkung des Eingriffs aufheben und die Inkontinenz erneut auftreten kann.

- Da keine klinischen Informationen über eine normale Entbindung nach suburethraler Umschlingung mit dem GYNECARE TVT *Obturator* System vorliegen, sollte im Falle einer Schwangerschaft eine Entbindung durch Kaiserschnitt erwogen werden.

- Nach der Operation ist die Patientin darüber zu informieren, dass sie mindestens 3–4 Wochen kein schweres Heben bzw. keinen anstrengenden Sport (z.B. Radfahren, Jogging) betreiben sollte und dass Geschlechtsverkehr einen Monat lang vermieden werden sollte. Die Patientin kann für gewöhnlich nach ein bis zwei Wochen alle anderen normalen Aktivitäten wieder ausführen.

- Bei Auftreten einer Dysurie, Blutung oder anderer Probleme sollte die Patientin sofort den Chirurgen benachrichtigen.

- Es können vorübergehende Schmerzen in den Beinen für 24–48 Stunden auftreten, die normalerweise mit leichten Analgetika beherrschbar sind.

- Wie bei anderen Inkontinenzbehandlungen kann eine erneute Instabilität des Entleerungsmuskels nach suburethraler Umschlingung mit dem GYNECARE TVT *Obturator* System auftreten. Um dieses Risiko zu minimieren, muss der Streifen wie oben beschrieben platziert werden.

- Das PROLENE Netz darf nicht mit Klammern, Clips oder Klemmen in Kontakt kommen, da es dabei zu einer mechanischen Schädigung kommen kann.

- Das GYNECARE TVT *Obturator* System oder seine Komponenten dürfen nicht erneut sterilisiert werden. Geöffnete, nicht verwendete Packungen entsorgen.

- Eine prophylaktische Verordnung von Antibiotika ist entsprechend der üblichen Verfahrensweise des Chirurgen möglich.

## NEBENWIRKUNGEN

- Bei der Nadelpassage kann es zu Beschädigungen von Blutgefäßen, Nerven, Blase oder Darm in Form von Einstichen oder Rissen kommen, die chirurgischer Reparatur bedürfen.

- Es kann vorübergehend zu einer lokalen Irritation der Wunde und einer Fremdkörperreaktion kommen. Dies kann zu einer Extrusion, Erosion, Fistelbildung oder Entzündung führen.

- Wie alle Fremdkörper kann das PROLENE Netz eine vorhandene Infektion negativ beeinflussen. Der Plastikschutz des PROLENE Netzes dient dazu, das Risiko einer Kontamination auf ein Minimum zu beschränken.

- Bei einer Überkorrektur, d.h. bei einer zu starken Spannung des Streifens, kann es zu einer vorübergehenden oder permanenten Stenose der unteren Harnwege kommen.

## WIRKUNG

Tierstudien zeigen, dass die Implantation eines PROLENE Netzes eine vorübergehende minimale entzündliche Reaktion im Gewebe auslöst. Eine dünne Lage fibrösen Gewebes wächst dann durch die Zwischenräume des Netzes, wodurch das Netz in das umgebende Gewebe inkorporiert wird. Das Material wird weder resorbiert noch durch Gewebeenzyme degradiert oder geschwächt.

## LIEFERFORM

Das GYNECARE TVT *Obturator* System wird steril (Ethylenoxid) zum Einmalgebrauch geliefert. Nicht erneut sterilisieren. Nicht verwenden, wenn die Verpackung geöffnet oder beschädigt ist. Geöffnete, nicht verwendete Packungen entsorgen.

## AUFBEWAHRUNG

Es wird empfohlen, das GYNECARE TVT *Obturator* System bei Temperaturen unter 25 °C und geschützt vor Feuchtigkeit und direkter Hitzeeinwirkung aufzubewahren. Nach Ablauf des Verfalldatums nicht mehr verwenden.

ETH.MESH.02340866

*ACHTUNG: Laut Gesetz in den USA darf dieses Produkt nur an Ärzte oder auf ärztliche Anordnung verkauft werden.*

\*Warenzeichen



38

ETH.MESH.02340867

**ITALIANO**

*Sistema otturatorio* **GYNECARE TVT***
**Dispositivo tension-free per l'incontinenza**

**Dispositivo *otturatorio* GYNECARE TVT
sterile, monouso**

**Tunnelizzatori *otturatori* elicoidali GYNECARE TVT
sterili, monouso**

**Guida *otturatoria* atraumatica con alette GYNECARE TVT
sterile, monouso**

**Leggere attentamente le istruzioni.**

Il mancato rispetto delle istruzioni può comportare un funzionamento errato del dispositivo con conseguente pericolo di lesioni.

**Importante:**

Questo inserto fornisce le istruzioni per l'uso del sistema *otturatorio* GYNECARE TVT*, compreso il dispositivo *otturatorio*, i tunnelizzatori *otturatori* elicoidali e la guida *otturatoria* atraumatica con alette GYNECARE TVT. Questo inserto non deve essere considerato una guida esauriente per la tecnica chirurgica di correzione dell'incontinenza urinaria da sforzo. Il dispositivo dovrebbe essere utilizzato solo da medici addestrati nel trattamento chirurgico dell'incontinenza urinaria da sforzo e, in particolare, nell'impianto del sistema *otturatorio* GYNECARE TVT. Queste istruzioni sono intese per l'uso generico del dispositivo. In procedure specifiche, l'uso del dispositivo può variare a seconda delle tecniche individuali e dell'anatomia della paziente.

**DESCRIZIONE**

Il sistema *otturatorio* GYNECARE TVT è un kit di procedura sterile, da usarsi su di una sola paziente, composto da:

**Dispositivo otturatorio GYNECARE TVT**

Il dispositivo *otturatorio* GYNECARE TVT è un prodotto sterile, da usarsi su di una sola paziente, composto da un nastro di maglia in polipropilene PROLENE* non colorata o blu (blu di ftalocianina, codice colore 74160) di circa 1,1 x 45 cm, ricoperto da una guaina in plastica, sovrapposta al centro. I tubi in plastica sono collegati a ciascuna estremità. Il nastro in polipropilene PROLENE è costituito da filamenti di polipropilene estruso intrecciati in una maglia, di composizione identica a quelli usati nelle suture chirurgiche non assorbibili in polipropilene PROLENE. Questo materiale, usato come sutura, è risultato non reattivo e, in applicazioni cliniche, ha dimostrato di mantenere la propria resistenza indefinitamente. Il nastro in PROLENE è lavorato con un processo che collega fra di loro ogni giunzione di fibra e che conferisce elasticità in entrambe le direzioni. Questa proprietà elastica bi-direzionale consente l'adattamento alle varie tensioni presenti nel corpo umano.

**Tunnelizzatori otturatori elicoidali GYNECARE TVT**

I tunnelizzatori *otturatori* elicoidali GYNECARE TVT consistono in due tunnelizzatori in acciaio inossidabile, a filo curvo con impugnature in plastica, progettati per utilizzare il dispositivo *otturatorio* GYNECARE TVT. I tunnelizzatori otturatori elicoidali sono forniti sia per sinistri che per destri e sono preassemblati al dispositivo *otturatorio* GYNECARE TVT. Il tunnelizzatore otturatorio elicoidale non DEVE mai essere piegato o deformato in alcun modo.

**Guida otturatoria atraumatica con alette GYNECARE TVT**

La guida *otturatoria* atraumatica con alette GYNECARE TVT è uno strumento accessorio in acciaio inossidabile che facilita il passaggio dei tunnelizzatori *otturatori* elicoidali GYNECARE TVT attraverso il tratto della dissezione.

**INDICAZIONI**

Il dispositivo *otturatorio* GYNECARE TVT è destinato ad essere usato nelle donne come sling sub-uretrale per il trattamento dell'incontinenza urinaria da sforzo (IUS) causata da una ipermobilità uretrale e/o da una insufficienza intrinseca dello sfintere.

**ISTRUZIONI PER L'USO**
**(Nota: le posizioni delle mani mostrate nelle illustrazioni possono variare).**

1.   Posizionare la paziente in posizione litotomica dorsale con le anche iperflesse sull'addome. Le natiche dovrebbero essere allineate al bordo del tavolo.

2.   La procedura chirurgica è eseguita in anestesia locale, regionale o generale.

3.   A scelta, è possibile suturare le labbra lateralmente per fornire esposizione.

4.   Inserire un catetere uretrale nella vescica e svuotarla.

39

**ETH.MESH.02340868**

5. Contrassegnare i punti di uscita dei tubi in plastica, tracciando una linea orizzontale al livello del meato uretrale, nonché una seconda linea parallela e posta 2 cm al di sopra della prima linea. Individuare i punti di uscita su questa linea, 2 cm lateralmente rispetto alle pieghe della coscia (è possibile appiattire le cute tirandola). Contrassegnare i punti di uscita, in alternativa è possibile eseguire un'incisione di 5–10 mm in ciascun punto di uscita o in una fase successiva della procedura *(osservare la figura 1)*.



**FIGURA 1**

6. Con i morsetti Allis per la trazione, eseguire un'incisione a linea mediana di 1 cm nella mucosa vaginale, partendo da 1 cm prossimale al meato uretrale.

*(Nota: si suggerisce di completare l'inserimento del dispositivo da un lato prima di iniziare la dissezione del secondo).*

Adottando una tecnica "spingi e apri", iniziare una dissezione smussa usando preferibilmente forbici appuntite e curve. È necessario orientare il percorso della dissezione laterale ad un angolo di 45° dalla linea mediana, con forbici orientate sul piano orizzontale oppure con le punte rivolte leggermente verso l'alto *(osservare la figura 2)*. Continuare la dissezione verso la "congiunzione" fra il corpo dell'osso pubico e il ramo pubico inferiore *(osservare la figura 2)*.



**FIGURA 2**

Quando si raggiunge la "giunzione" fra il corpo dell'osso pubico e il ramo pubico inferiore, perforare la membrana dell'otturatore. Quando la membrana viene perforata, è possibile avvertire una perdita di resistenza. Il canale deve avere un diametro di circa di 5–7 mm e non deve essere più profondo di 5 cm. Una dissezione oltre i 5 cm può causare un ingresso involontario nello spazio di Retzius. Dopo la dissezione di 5 cm, se non si raggiunge l'osso, valutare di nuovo che l'angolo di dissezione sia corretto.

7. Rimuovere dalla confezione la guida *otturatoria* atraumatica con alette GYNECARE TVT *(osservare la figura 3)*.



**FIGURA 3**

8. Inserire la guida *otturatoria* atraumatica con alette GYNECARE TVT nel tratto in cui è stata eseguita la dissezione, finché questa non oltrepassa il ramo pubico inferiore ed entra nell'apertura praticata precedentemente nella membrana dell'otturatore. Quando la guida con alette viene fatta passare attraverso la membrana dell'otturatore, è possibile avvertire una perdita di resistenza.

40

**ETH.MESH.02340869**

Se si avverte una certa difficoltà durante l'inserimento della guida, riconfermare la direzione del tratto con le forbici.

*(Nota: il lato aperto della guida deve essere rivolto verso il chirurgo. Se necessario, è possibile piegare la linguetta pieghevole per aumentare la lunghezza della guida, osservare la figura 5).*

9.  Rimuovere i tunnelizzatori *otturatori* elicoidali GYNECARE TVT ed il dispositivo *otturatorio* GYNECARE TVT dalla confezione sterile *(per i componenti, osservare la figura 3).*

*(Nota: per garantire la giusta direzione dei tunnelizzatori otturatori elicoidali e del nastro, verificare che il logo GYNECARE ed il solco per pollice dell'impugnatura in plastica siano rivolti verso il chirurgo e i punti sulla parte esterna si trovino di fronte al chirurgo. È necessario che il chirurgo usi il tunnelizzatore otturatorio elicoidale con la mano sinistra, mentre opera sulla parte destra della paziente; osservare la figura 4).*



**FIGURA 4**

10.  Posizionare uno dei tunnelizzatori otturatori elicoidali sul telo sterile o in altri luoghi sterili adatti, finché sarà necessario. Assicurarsi che il nastro non sia attorcigliato.

11.  Inserire il tunnelizzatore *otturatorio* elicoidale GYNECARE TVT proprio nel tratto in cui è stata eseguita la dissezione, seguendo il canale della guida *otturatoria* atraumatica con alette GYNECARE TVT. Spingere il dispositivo all'interno, facendolo attraversare e passare leggermente oltre la membrana dell'otturatore. Accertarsi che l'impugnatura del dispositivo sia orientata in modo che la punta retta del tunnelizzatore otturatorio elicoidale sia allineata con il canale della guida *otturatoria* atraumatica con alette GYNECARE TVT e rimanga in quella direzione finché la punta non attraversi la membrana dell'otturatore *(osservare la figura 5).*



**FIGURA 5**

12.  Una volta raggiunta questa posizione, rimuovere la guida *otturatoria* atraumatica con alette GYNECARE TVT e mantenerla sterile per un uso successivo sulla stessa paziente.



**FIGURA 6**

41

ETH.MESH.02340870

13. Una volta rimossa la guida *otturatoria atraumatica con alette GYNECARE TVT*, ruotare l'impugnatura del tunnelizzatore otturatorio elicoidale e contemporaneamente spostarla verso la linea mediana *(osservare la figura 6)*. **(Nota: non orientare mai l'impugnatura in posizione orizzontale).**



**FIGURA 7**

14. È necessario far uscire la punta del tunnelizzatore otturatorio elicoidale dai punti di uscita determinati precedentemente *(osservare la figura 7)*. Può tuttavia essere necessaria una leggera manipolazione della cute. Se precedentemente non è stata eseguita alcuna incisione della cute, eseguirla nel punto in cui la punta del tunnelizzatore otturatorio elicoidale preme contro di essa, tendendola. Quando la punta del tubo in plastica fuoriesce dall'apertura della cute, afferrarla con un morsetto e mentre si rende stabile il tubo accanto all'uretra, rimuovere il tunnelizzatore otturatorio elicoidale con una rotazione inversa dell'impugnatura *(osservare la figura 8)*.



**FIGURA 8**

15. Tirare completamente il tubo in plastica attraverso la cute, finché non fuoriesce il nastro *(osservare la figura 9)*.



**FIGURA 9**

16. Ripetere la stessa tecnica nell'altro lato della paziente, verificando che il nastro giaccia piatto sotto l'uretra *(osservare la figura 10)*.

**(Nota: se si scopre una torsione del nastro, tirare il medesimo e verificare che la torsione non si trovi proprio sotto l'uretra).**

42

ETH.MESH.02340871



**FIGURA 10**

17. Una volta estratti entrambi i tubi in plastica attraverso le incisioni della cute, tagliarli dal nastro e dalle guaine in plastica. Posizionare il nastro in modo che sia lasso, vale a dire senza tensione, e si trovi piatto sotto la porzione media dell'uretra. In questa fase è possibile eseguire un test facendo tossire la paziente. Ciò consente una regolazione del nastro, in modo che durante un colpo di tosse vadano perse solo poche gocce di urina *(osservare la figura 11)*.



**FIGURA 11**

Quando il nastro è in posizione, rimuovere la guaina in plastica che copre il nastro. Per evitare di applicare tensione al nastro, posizionare uno strumento smusso (ad esempio forbici o pinze) tra l'uretra e il nastro durante la rimozione delle guaine in plastica.

***(Nota: la rimozione prematura della guaina può rendere difficile le successive regolazioni).***

18. Chiudere l'incisione vaginale dopo aver regolato il nastro. Tagliare le estremità del nastro nei punti di uscita, proprio sotto la cute della coscia interna. Chiudere le incisioni sulla cute con una sutura o con adesivo chirurgico cutaneo.

19. A discrezione del chirurgo, è possibile eseguire una cistoscopia. Se dopo il primo passaggio è stata eseguita una cistoscopia, assicurarsi che la vescica sia vuota prima di iniziare il passaggio del secondo lato. Normalmente non è necessaria alcuna cateterizzazione post-operatoria a permanenza. Incoraggiare la paziente a svuotare la vescica dopo 2–3 ore dall'intervento.

**CONTROINDICAZIONI**

Come per ogni tipo di chirurgia di sospensione, questa tecnica non deve essere eseguita nelle gestanti. Inoltre, poiché la rete in polipropilene PROLENE non si tenderebbe adeguatamente, questa procedura non deve essere eseguita su pazienti con potenziale incremento ponderale, incluse donne che stanno pianificando una futura gravidanza.

**AVVERTENZE E PRECAUZIONI**

- Non utilizzare la procedura con il dispositivo *otturatorio* GYNECARE TVT su pazienti sottoposte a terapia anticoagulante.

- Non utilizzare la procedura con il dispositivo *otturatorio* GYNECARE TVT su pazienti che presentano un'infezione alle vie urinarie.

- Prima di utilizzare il dispositivo *otturatorio* GYNECARE TVT, gli utenti dovranno conoscere in modo approfondito le tecniche chirurgiche di sospensione dell'uretra ed essere adeguatamente specializzati nella procedura con il dispositivo *otturatorio* GYNECARE TVT.

- Attenersi ad una pratica chirurgica riconosciuta per la procedura con il dispositivo *otturatorio* GYNECARE TVT e per la gestione di ferite infette o contaminate.

- La procedura con il dispositivo *otturatorio* GYNECARE TVT dovrà essere eseguita con la massima attenzione, avendo cura di evitare grandi vasi, nervi, vescica e intestino. Per ridurre al minimo i rischi è importante conoscere l'anatomia della paziente ed effettuare un passaggio corretto del dispositivo.

- È possibile che si verifichi un'emorragia dopo l'intervento. Prestare attenzione ad eventuali sintomi o segni clinici prima di dimettere la paziente dall'ospedale.

- Sebbene sia improbabile che si verifichino lesioni della vescica con questa tecnica, a discrezione del chirurgo sarà possibile eseguire una cistoscopia.

- Rimuovere le guaine in plastica solo dopo aver posizionato correttamente il nastro.

43

**ETH.MESH.02340872**

- Assicurarsi che il nastro sia posizionato sotto la porzione media dell'uretra in assenza di tensione.

- Non eseguire questa procedura se si pensa che il sito chirurgico possa essere infettato o contaminato.

- Poiché non vi sono informazioni cliniche sulla gravidanza dopo l'applicazione di sling sub-uretrale con il sistema *otturatorio* GYNECARE TVT, informare la paziente che una futura gravidanza potrebbe vanificare gli effetti della procedura chirurgica e che l'incontinenza potrebbe manifestarsi di nuovo.

- Poiché non vi sono informazioni cliniche su parti naturali dopo l'applicazione di sling sub-uretrale con il sistema *otturatorio* GYNECARE TVT, in caso di gravidanza è necessario prendere in considerazione il parto cesareo.

- Dopo l'intervento, la paziente dovrà astenersi dal sollevare pesi e/o svolgere esercizio fisico (ad es. ciclismo, corsa) per almeno tre o quattro settimane e dovrà evitare rapporti sessuali per un mese. Di solito, la paziente potrà tornare a svolgere le normali attività dopo una o due settimane.

- È necessario avvertire la paziente di contattare immediatamente il medico in caso di disuria, sanguinamento o altri problemi correlati.

- È possibile che si presenti un dolore transitorio alle gambe di durata 24–48 ore, che di solito potrà essere risolto mediante analgesici leggeri.

- Come per altre tecniche per l'incontinenza, dopo l'applicazione della sling sub-uretrale utilizzando il sistema *otturatorio* GYNECARE TVT, potrebbe di nuovo verificarsi un'instabilità del detrusore Per ridurre al minimo questo rischio, assicurarsi di aver posizionato il nastro come descritto in precedenza.

- Per evitare danni meccanici alla rete, non mettere in contatto il nastro di PROLENE con punti, clip o fermagli.

- Non risterilizzare il dispositivo *otturatorio* GYNECARE TVT o qualunque suo componente. Eliminare dispositivi aperti e non usati.

- È possibile somministrare antibiotici di profilassi secondo la procedura usuale del chirurgo.

## EFFETTI INDESIDERATI

- Durante il passaggio dell'ago possono verificarsi buchi o lacerazioni di vasi, nervi, vescica, uretra o intestino, che potrebbero necessitare di una riparazione chirurgica.

- È possibile che nel sito della ferita si manifesti un'irritazione transitoria locale o una reazione transitoria da corpo estraneo. Tale reazione può dar luogo a estrusione, erosione, formazione di fistola o infiammazione.

- Come per qualsiasi corpo estraneo, la rete in PROLENE può aggravare un'infezione già esistente. Le guaine in plastica che all'inizio ricoprono la rete in PROLENE servono a ridurre al minimo il rischio di contaminazione.

- Una correzione eccessiva, ad es. troppa tensione sul nastro, può causare un'ostruzione temporanea o permanente delle vie urinarie inferiori.

## AZIONI

Studi eseguiti su animali dimostrano che l'impianto della rete PROLENE suscita nei tessuti una reazione infiammatoria minima, di natura transitoria, seguita poi dal deposito di un sottile strato fibroso di tessuto, che può crescere attraverso gli interstizi della maglia, incorporando di conseguenza la maglia nel tessuto adiacente. Il materiale non viene assorbito, né subisce degrado o indebolimento dall'azione degli enzimi tessutali.

## CONFEZIONE

Il sistema *otturatorio* GYNECARE TVT è fornito sterile (trattato con ossido di etilene) ed è monouso. Non risterilizzare. Non usare se la confezione è stata aperta o danneggiata. Eliminare dispositivi aperti e non usati.

## CONSERVAZIONE

Si consiglia di conservare il sistema *otturatorio* GYNECARE TVT monouso ad una temperatura inferiore a 25 °C, in luogo asciutto e lontano da fonti di calore. Non usare dopo la data di scadenza.

*ATTENZIONE: la legge federale statunitense limita la vendita di questo dispositivo ai medici o su prescrizione medica.*

*Marchio di fabbrica



ETH.MESH.02340873

**PORTUGUÊS**

*Sistema obturador* **GYNECARE TVT\***
**Apoio sem tensão para incontinência**

**Dispositivo *obturador* GYNECARE TVT,
estéril, para uma única utilização**

**Passadores helicoidais para *obturador* GYNECARE TVT,
estéreis, para uma única utilização**

**Guia alado atraumático para *obturador* GYNECARE TVT,
estéril, para uma única utilização**

**Por favor, leia atentamente todas as informações.**

O não cumprimento das instruções poderá originar o funcionamento indevido do dispositivo e provocar lesões pessoais.

**Importante:**

Este folheto informativo destina-se a fornecer instruções para a utilização da sistema *obturador* GYNECARE TVT\*, incluindo o dispositivo *obturador*, passadores helicoidais e guia alado atraumático GYNECARE TVT. Não constitui uma referência completa sobre a aplicação da técnica cirúrgica de correcção da incontinência urinária de esforço (SUI). O dispositivo deve ser usado apenas por médicos especializados no tratamento cirúrgico da incontinência urinária de esforço e, especificamente, na implantação do dispositivo *obturador* GYNECARE TVT. Estas instruções destinam-se ao uso genérico do dispositivo. Podem ocorrer variações na utilização em procedimentos específicos devido a técnicas individuais e à anatomia da doente.

**DESCRIÇÃO**

O sistema *obturador* GYNECARE TVT é um kit esterilizado, destinado a um procedimento numa única doente, composto por:

**Dispositivo obturador GYNECARE TVT**

O dispositivo *obturador* GYNECARE TVT consiste num dispositivo estéril, para utilização numa única doente, constituído por uma peça de rede de polipropileno PROLENE\* (faixa), não corada ou de cor azul (azul de ftalocianina, número do índice da cor 74160), com aproximadamente 1,1 x 45 cm, revestida por uma bainha de plástico que se sobrepõe no meio. Existem receptáculos de tubo de plástico fixos em cada extremidade. A rede de polipropileno PROLENE é composta por filamentos tecidos de polipropileno obtido por extrusão, cuja composição é idêntica à da sutura cirúrgica de polipropileno não absorvível PROLENE. Este material, quando usado como sutura, demonstrou não ser reactivo e mantém a sua resistência indefinidamente em uso clínico. A rede PROLENE é tecida mediante um processo que entrelaça as uniões de cada fibra e que lhe confere elasticidade em ambas as direcções. Esta propriedade elástica bidireccional permite a adaptação às diversas tensões a que o organismo está sujeito.

**Passadores helicoidais GYNECARE TVT**

Os passadores helicoidais GYNECARE TVT são dois passadores metálicos curvos em aço inoxidável, dotados de punhos de plástico e concebidos para a colocação do dispositivo *obturador* GYNECARE TVT. Os passadores helicoidais são fornecidos como unidades esquerda e direita, pré-montados no dispositivo *obturador* GYNECARE TVT. O passador helicoidal NÃO DEVE ser dobrado ou deformado sob nenhuma forma.

**Guia alado atraumático GYNECARE TVT**

O guia alado atraumático GYNECARE TVT consiste num instrumento acessório em aço inoxidável que facilita a passagem dos passadores helicoidais GYNECARE TVT através da área de dissecção.

**INDICAÇÕES**

O dispositivo *obturador* GYNECARE TVT destina-se a ser utilizado em mulheres, como suporte sub-uretral para o tratamento da incontinência urinária de esforço (SUI), causada por hiper-mobilidade uretral e/ou deficiência do esfíncter intrínseco.

**INDICAÇÕES DE UTILIZAÇÃO**
**(Nota: As posições das mãos mostradas nas ilustrações podem variar.)**

1. Coloque a doente na posição de litotomia dorsal, com as ancas em hiperflexão por cima do abdómen. As nádegas devem estar posicionadas justas à extremidade da mesa.

2. O procedimento pode ser efectuado sob anestesia local, regional ou geral.

3. Opcionalmente, os lábios podem ser suturados externamente, para permitir uma maior exposição.

4. Introduza um cateter uretral na bexiga e esvazie a bexiga.

ETH.MESH.02340874

5. Marque os pontos de saída dos tubos de plástico traçando uma linha horizontal ao nível do meato uretral, e uma segunda linha paralelamente e 2 cm acima da primeira linha. Localize os pontos de saída nesta linha, 2 cm por fora das dobras da coxa (a pele pode ser aplainada esticando). Marque os pontos de saída, alternativamente pode ser feita uma incisão de 5–10 mm em cada ponto de saída ou numa fase posterior do procedimento *(consulte a Figura 1).*



**FIGURA 1**

6. Utilizando clampes Allis para tracção, faça uma incisão de 1 cm na linha média, ao nível da mucosa vaginal, começando 1 cm proximal ao meato uretral.

   ***(Nota: Sugere-se a conclusão da introdução do dispositivo num dos lados antes de se iniciar a dissecção do segundo lado.)***

   Utilizando uma "técnica de empurrar-espalhar", inicie dissecções rombas, utilizando preferencialmente uma tesoura curva e afiada. O trajecto da dissecção externa deve ser orientado a um ângulo de 45° com a linha média, com a tesoura orientada no plano horizontal ou com as pontas viradas ligeiramente para cima *(consulte a Figura 2).* Continue a dissecção até à "junção" entre o corpo do osso púbico e o ramo inferior do púbis *(consulte a Figura 2).*



**FIGURA 2**

   Quando atingir a "junção" entre o corpo do osso púbico e o ramo inferior do púbis, perfure a membrana do obturador. Quando a membrana for perfurada, irá sentir uma perda de resistência. O canal deve ter um diâmetro aproximado de 5–7 mm e uma profundidade inferior a 5 cm. Uma dissecção para além de 5 cm pode permitir uma entrada indesejada no espaço de Retzius. Se não atingir o osso depois de dissecar 5 cm, reavalie o ângulo de dissecção, para confirmar que é correcto.

7. Retire o guia alado GYNECARE TVT da embalagem *(consulte a Figura 3).*



**FIGURA 3**

8. Introduza o guia alado GYNECARE TVT na área dissecada até que passe pelo ramo inferior do púbis e entre na abertura previamente feita na membrana do obturador. À medida que o guia alado atravessa a membrana do obturador, poderá sentir uma perda de resistência.

   Se encontrar dificuldades durante a introdução do guia, volte a confirmar a direcção do trajecto utilizando a tesoura.

46

**ETH.MESH.02340875**

*(Nota: O lado aberto do guia tem que estar virado para o cirurgião. Se for necessário, a asa curvável pode ser dobrada para aumentar o comprimento do guia, consulte a Figura 5.)*

9.  Retire o conjunto do dispositivo/passadores helicoidais GYNECARE TVT e o conjunto do dispositivo *obturador GYNECARE TVT* da embalagem estéril *(consulte a Figura 3 para os componentes).*

*(Nota: Para garantir uma orientação correcta dos passadores helicoidais e faixa, confirme que o logotipo GYNECARE e que o entalhe para o polegar presentes no punho de plástico estão virados para o cirurgião, e que os pontos estão no exterior, virados para o cirurgião. O passador helicoidal na mão esquerda do cirurgião deve ser utilizado no lado direito da doente; consulte a Figura 4.)*



**FIGURA 4**

10. Coloque um dos passadores helicoidais num pano estéril ou noutro local estéril adequado, até que este seja necessário. Assegure-se de que a faixa não está torcida.

11. Introduza o passador helicoidal GYNECARE TVT correcto na área dissecada, seguindo o canal do guia alado GYNECARE TVT. Empurre o dispositivo para dentro, atravessando e passando ligeiramente a membrana do obturador. Certifique-se de que o punho do dispositivo está orientado de forma a que a ponta recta do passador helicoidal fique alinhada com o canal do guia alado GYNECARE TVT e de que fica nessa orientação até que a ponta atravesse a membrana do obturador *(consulte a Figura 5).*



**FIGURA 5**

12. Uma vez nesta posição, remova o guia alado GYNECARE TVT e conserve-o estéril, para utilização posterior na mesma doente.



**FIGURA 6**

13. Depois da remoção do guia alado GYNECARE TVT, rode a punho do passador helicoidal e simultaneamente mova a punho para a linha média *(consulte a Figura 6).* **(Nota: Nunca permita que o punho fique orientado em posição horizontal.)**

47

**ETH.MESH.02340876**



**FIGURA 7**

14. O ponto do passador helicoidal deve sair próximo dos pontos de saída previamente determinados *(consulte a Figura 7)*. Todavia, poderá ser necessária uma ligeira manipulação da pele. Se não tiver feito previamente a incisão cutânea, faça-a no ponto em que a ponta do passador helicoidal levanta a pele. Quando a ponta do tubo de plástico aparecer na abertura da pele, agarre-a com um clampe e, enquanto estabiliza o tubo próximo da uretra, retire o passador helicoidal fazendo uma rotação inversa do punho *(consulte a Figura 8)*.



**FIGURA 8**

15. Puxe completamente o tubo de plástico através da pele, até que apareça a faixa *(consulte a Figura 9)*.



**FIGURA 9**

16. Repita a técnica no outro lado da doente, assegurando-se de que a faixa assenta plana por baixo da uretra *(consulte a Figura 10)*.

**(Nota: Caso se detecte uma torção na faixa, assegure-se de que a torção não fica posicionada por baixo da uretra depois de puxar a fita em excesso.)**

48

ETH.MESH.02340877



**FIGURA 10**

17. Quando os dois tubos de plástico tiverem sido extraídos através das incisões cutâneas, corte os tubos de plástico da faixa e bainhas de plástico. Posicione a faixa frouxamente, por exemplo sem tensão, e placa por baixo da zona média da uretra. Nesta fase, pode efectuar-se um teste de tosse. Tal permite o ajuste da faixa, de forma a que só se percam algumas gotas de urina durante a tosse *(consulte a Figura 11)*.



**FIGURA 11**

Quando a faixa estiver posicionada, retire a bainha de plástico que cobre as faixas. Para evitar o posicionamento da faixa com tensão, coloque um instrumento rombo (por exemplo, tesoura ou pinça) entre a uretra e a faixa durante a remoção das bainhas de plástico.

***(Nota: A remoção prematura da bainha pode tornar difíceis ajustes subsequentes.)***

18. Depois de ajustar faixa, encerre a incisão vaginal. Corte as extremidades da faixa nos pontos de saída, imediatamente por baixo da pele da zona interna da coxa. Encerre as incisões cutâneas com sutura ou adesivo cutâneo cirúrgico.

19. Pode realizar-se uma cistoscopia, de acordo com o critério do cirurgião. Se tiver sido realizada cistoscopia depois da primeira passagem, certifique-se de que a bexiga é esvaziada antes de iniciar a passagem do segundo lado. Não é tipicamente necessária algaliação permanente no pós-operatório. Deve-se encorajar a paciente a tentar urinar duas ou três horas depois da operação.

## CONTRA-INDICAÇÕES

Tal como acontece com qualquer cirurgia de suspensão, este procedimento não deve ser efectuado em pacientes grávidas. Além disso, como a rede de polipropileno PROLENE não tem uma capacidade extensível significativa, não deve ser utilizada em pacientes com potencial de crescimento futuro, incluindo pacientes que planeiam uma gravidez futura.

## AVISOS E PRECAUÇÕES

- Não usar o procedimento com o *obturador* GYNECARE TVT em doentes submetidas a terapêutica anti-coagulante.

- Não usar o procedimento com o *obturador* GYNECARE TVT em doentes que apresentem infecção urinária.

- Os utilizadores devem estar familiarizados com a técnica cirúrgica de suspensão uretral e devem possuir uma formação adequada relativamente ao procedimento com o *obturador* GYNECARE TVT antes de utilizar o dispositivo *obturador* GYNECARE TVT.

- Deverá ser utilizada uma técnica cirúrgica apropriada para o procedimento com o *obturador* GYNECARE TVT, assim como para o tratamento de feridas contaminadas ou infectadas.

- O procedimento com o *obturador* GYNECARE TVT deverá ser efectuado com extremo cuidado de forma a evitar vasos de grande calibre, nervos, a bexiga e os intestinos. O facto de ter atenção à anatomia da doente e à passagem adequada do dispositivo irá minimizar os riscos.

- Pode ocorrer hemorragia no pós-operatório. Ter atenção a quaisquer sintomas ou sinais antes de dar alta à doente.

- Embora seja improvável que ocorram lesões vesicais com esta técnica, pode ser realizada uma cistoscopia de acordo com o critério do cirurgião.

- Não retirar as bainhas de plástico até que a faixa esteja colocada de forma apropriada.

- Assegurar-se de que a faixa está colocada sem tensão sob a linha média da uretra.

49

**ETH.MESH.02340878**

- Não realizar este procedimento caso se pense que o local cirúrgico pode estar infectado ou contaminado.

- Dado que não se encontram disponíveis quaisquer informações relativas a gravidez após um procedimento de suspensão sub-uretral com o sistema *obturador* GYNECARE TVT, a doente deverá ser aconselhada de que uma futura gravidez poderá anular os efeitos do procedimento cirúrgico e a doente poderá voltar a ser incontinente.

- Dado que não se encontram disponíveis quaisquer informações clínicas relativas a parto por via vaginal após um procedimento de suspensão sub-uretral com o sistema *obturador* GYNECARE TVT, em caso gravidez deve considerar-se o parto por cesariana.

- No pós-operatório, deverá ser recomendado à doente que não levante pesos e/ou faça exercícios físicos (como ciclismo e correr) durante pelo menos três a quatro semanas, e que não tenha relações sexuais durante um mês. A doente poderá habitualmente voltar a outras actividades normais após uma ou duas semanas.

- Se ocorrer disúria, hemorragia ou outros problemas, a doente deverá ser instruída a contactar imediatamente o cirurgião.

- Pode ocorrer dor transitória nas pernas, com duração de 24 a 48 horas, que pode ser habitualmente controlada com analgésicos fracos.

- Como os demais procedimentos para a incontinência, após um procedimento de suspensão sub-uretral com o sistema *obturador* GYNECARE TVT pode ocorrer instabilidade do detrusor de novo. Para minimizar este risco, certifique-se de que coloca a faixa conforme acima descrito.

- Evitar o contacto da rede PROLENE com agrafos, pinças ou clampes de nenhum tipo, uma vez que isso poderá causar danos mecânicos na rede.

- Não reesterilize o dispositivo *obturador* GYNECARE TVT nem os seus componentes. Descartar os dispositivos abertos, que tenham sido utilizados ou não.

- Podem ser administrados antibióticos profilácticos, de acordo com a prática habitual do cirurgião.

## REACÇÕES ADVERSAS

- Podem ocorrer perfurações ou lacerações de vasos, nervos, bexiga, uretra ou intestino durante a passagem da agulha, que podem exigir reparação cirúrgica.

- Pode ocorrer uma irritação transitória no local da ferida e uma reacção transitória a corpo estranho. Esta reacção poderia causar extrusão, erosão, formação de fístulas e inflamação.

- Tal como acontece com qualquer corpo estranho, a rede PROLENE poderá agravar uma infecção existente. As bainhas de plástico que cobrem inicialmente a rede PROLENE têm a finalidade de reduzir ao mínimo o risco de contaminação.

- Uma correcção excessiva, isto é, a aplicação de demasiada tensão na faixa, pode provocar uma obstrução temporária ou permanente das vias urinárias inferiores.

## ACTUAÇÃO

Os estudos em animais revelam que a implantação de PROLENE provoca uma reacção inflamatória mínima nos tecidos, a qual é transitória e é seguida pela deposição de uma fina camada de tecido fibroso que pode crescer através dos interstícios da rede, incorporando deste modo a rede nos tecidos adjacentes. O material não é absorvido nem está sujeito a degradação ou enfraquecimento pela acção das enzimas dos tecidos.

## APRESENTAÇÃO

O sistema *obturador* GYNECARE TVT é fornecido esterilizado (óxido de etileno), para uma única utilização. Não reesterilize. Não usar se a embalagem estiver aberta ou danificada. Descartar os dispositivos abertos, que tenham sido utilizados ou não.

## ARMAZENAMENTO

As condições de armazenamento recomendadas para o sistema *obturador* GYNECARE TVT de uso único são a uma temperatura inferior a 25 °C, em local seco e fresco. Não usar findo o prazo de validade.

*CUIDADO: A lei federal (dos Estados Unidos da América) só permite a venda deste dispositivo a médicos ou sob receita destes.*

*Marca registada



**ETH.MESH.02340879**

**ESPAÑOL**

*Sistema obturador* **GYNECARE TVT***
**Protector sin tensión para la incontinencia**

**Dispositivo del *obturador* GYNECARE TVT,
estéril para un solo uso**

**Pasadores helicoidales del *obturador* GYNECARE TVT,
estériles para un solo uso**

**Guía con aletas atraumática del *obturador*
GYNECARE TVT, estéril para un solo uso**

**Por favor lea con atención toda la información.**
De no seguir las instrucciones correctamente, el dispositivo podría no funcionar de forma adecuada e incluso causar lesiones personales.

**Importante:**
Este manual tiene el fin de proveer instrucciones para el uso del sistema *obturador* GYNECARE TVT*, incluyendo el dispositivo, los pasadores helicoidales y la guía con aletas atraumática del *obturador* GYNECARE TVT. No es una guía completa para técnicas quirúrgicas para la corrección de la incontinencia urinaria de esfuerzo. El dispositivo debe ser empleado solamente por médicos que cuenten con la formación necesaria para el tratamiento quirúrgico de la incontinencia urinaria de esfuerzo y, específicamente, para la implantación del dispositivo del *obturador* GYNECARE TVT. Estas instrucciones se refieren al uso general del dispositivo. Puede haber variantes en el uso en procedimientos específicos debido al uso de técnicas individuales y a la anatomía de la paciente.

**DESCRIPCIÓN**
El sistema *obturador* GYNECARE TVT es un kit de procedimiento estéril para uso en una sola paciente que consta de los siguientes elementos:

**Dispositivo del obturador GYNECARE TVT**
El dispositivo del obturador GYNECARE TVT es un dispositivo estéril para uso en una sola paciente. Consta de una pieza de malla (banda) de polipropileno PROLENE* sin teñir o de color azul (azul ftalocianina, número 74160) de aproximadamente 1,1 x 45 cm cubierta con una vaina de plástico superpuesta en el medio y receptáculos tubulares plásticos en cada extremo. La malla de polipropileno PROLENE está hecha de filamentos tejidos de hebras de propileno extrusionado, cuya composición es idéntica a la utilizada en las suturas quirúrgicas no absorbibles de polipropileno PROLENE. Según se ha comprobado, este material no es reactivo cuando se emplea como sutura y retiene su resistencia indefinidamente en el uso clínico. La malla de PROLENE está tejida mediante un proceso que entrelaza la unión de cada fibra y proporciona elasticidad en ambas direcciones. Esta elasticidad bidireccional permite la adaptación a los diferentes niveles de tensión presentes en el cuerpo.

**Pasadores helicoidales GYNECARE TVT**
Los pasadores helicoidales GYNECARE TVT son dos pasadores de alambre curvos de acero inoxidable con mangos de plástico diseñados para aplicar el dispositivo del *obturador* GYNECARE TVT. Los pasadores helicoidales se suministran como una unidad izquierda y una unidad derecha y vienen previamente montadas al dispositivo del *obturador* GYNECARE TVT. Los pasadores helicoidales no DEBEN doblarse ni deformarse de ninguna manera.

**Guía con aletas atraumática GYNECARE TVT**
La guía con aletas atraumática GYNECARE TVT es un instrumento accesorio de acero inoxidable que facilita el pasaje de los pasadores helicoidales GYNECARE TVT por el área de disección.

**INDICACIONES**
El dispositivo del *obturador* GYNECARE TVT está indicado como cabestrillo suburetral para el tratamiento de mujeres con incontinencia urinaria de esfuerzo causada por la hipermovilidad uretral y/o deficiencia intrínseca del esfínter.

**INSTRUCCIONES DE USO**
**(Nota: las posiciones de las manos que se ilustran en las figuras pueden variar.)**

1.   Coloque a la paciente en la posición de litotomía dorsal con las caderas hiperflexionadas sobre el abdomen. Las nalgas deben colocarse al nivel del borde de la mesa.

2.   El procedimiento puede llevarse a cabo bajo anestesia local, pero también puede efectuarse usando anestesia regional o general.

3.   Los labios pueden suturarse de forma lateral para obtener mayor exposición.

51

**ETH.MESH.02340880**

4. Introduzca un catéter uretral en la vejiga y vacíela.

5. Marque los puntos de salida de los tubos plásticos trazando una línea horizontal al nivel del meato uretral y una segunda línea paralela 2 cm por encima de la primera línea. Ubique los puntos de salida sobre esta línea, a 2 cm de los lados de los pliegues del muslo (puede estirarse la piel para alisarla). Marque los puntos de salida. Como alternativa, puede realizarse una incisión de 5–10 mm en cada punto de salida o en una etapa posterior del procedimiento *(vea la figura 1)*.



**FIGURA 1**

6. Utilizando un par de pinzas Allis para tracción, haga una incisión de 1 cm de largo en la línea media de la mucosa vaginal, comenzando a 1 cm en posición proximal al meato uretral.

***(Nota: se recomienda finalizar la inserción del dispositivo sobre un lado antes de comenzar con la disección del segundo lado.)***

Utilizando una técnica de "empuje-extensión", comience la disección roma, preferentemente con un par de tijeras curvas con punta. El recorrido de la disección lateral debe formar un ángulo de 45° respecto de la línea media, con las tijeras orientadas sobre el plano horizontal o con las puntas ligeramente hacia arriba *(vea la figura 2)*. Continúe la disección hacia la "unión" entre el cuerpo del hueso púbico y la rama púbica inferior *(vea la figura 2)*.



**FIGURA 2**

Cuando llegue a la "unión" entre el cuerpo del hueso púbico y la rama púbica inferior, perfore la membrana del obturador. Es posible que sienta una pérdida de resistencia al perforar la membrana. El canal debe tener un diámetro de aproximadamente 5–7 mm y una profundidad de 5 cm como máximo. Una disección más profunda podría permitir el ingreso accidental en el espacio de Retzius. Si no llega al hueso después de una disección de 5 cm, asegúrese de que el ángulo de disección es correcto.

7. Retire la guía con aletas GYNECARE TVT del envase *(vea la figura 3)*.



**FIGURA 3**

8. Introduzca la guía con aletas GYNECARE TVT en el área disecada pasando la rama púbica inferior hasta que ingrese en la abertura previamente realizada en la membrana del obturador. Es posible que sienta una pérdida de resistencia a medida que la guía con aletas pasa por la membrana del obturador.

ETH.MESH.02340881

Si encuentra dificultades al introducir la guía, verifique la dirección del tracto con las tijeras.

***(Nota: el lado abierto de la guía debe estar de cara al cirujano. La pestaña flexible puede doblarse para aumentar la longitud de la guía en caso de ser necesario; vea la figura 5.)***

9.  Retire el conjunto de pasadores helicoidales/dispositivo GYNECARE TVT y el conjunto del dispositivo del *obturador* GYNECARE TVT del envase estéril *(vea los componentes en la figura 3).*

***(Nota: para asegurar la correcta orientación de los pasadores helicoidales y la banda, cerciórese de que el logotipo de GYNECARE y la muesca para el dedo pulgar sobre el mango de plástico queden de cara al cirujano y que las puntas se encuentren sobre el lado exterior, también de cara al cirujano. El pasador helicoidal en la mano izquierda del cirujano debe utilizarse sobre el lado derecho de la paciente; vea la figura 4.)***



**FIGURA 4**

10. Coloque uno de los pasadores helicoidales sobre el paño estéril u otro lugar estéril adecuado hasta que sea necesario utilizarlo. Asegúrese de que la banda no está torcida.

11. Introduzca el pasador helicoidal GYNECARE TVT correcto en el área disecada siguiendo el canal de la guía con aletas GYNECARE TVT. Empuje el dispositivo hacia adelante, atravesando y pasando ligeramente la membrana del obturador. Asegúrese de que el mango del dispositivo está orientado de modo tal que la punta recta del pasador helicoidal quede alineada con el canal de la guía con aletas GYNECARE TVT y que se mantiene en esa orientación hasta que la punta haya atravesado la membrana del obturador *(vea la figura 5).*



**FIGURA 5**

12. Una vez en esta posición, retire la guía con aletas GYNECARE TVT y consérvela estéril para su uso posterior en la misma paciente.



**FIGURA 6**

13. Una vez retirada la guía con aletas GYNECARE TVT, gire el mango del pasador helicoidal mientras mueve el mango hacia la línea media *(vea la figura 6).* **(Nota: no permita nunca que el mango quede orientado en posición horizontal.)**

53

ETH.MESH.02340882



**FIGURA 7**

14. La punta del pasador helicoidal debe salir cerca de los puntos de salida previamente determinados *(vea la figura 7)*. No obstante, puede requerirse una ligera manipulación de la piel. Si no se ha realizado antes la incisión en la piel, hágala en este momento en el lugar en que la punta del pasador sobresale por debajo de la piel. Cuando la punta del tubo plástico aparezca por la abertura de la piel, sujétela con una pinza y, mientras estabiliza el tubo cerca de la uretra, retire el pasador helicoidal haciendo girar el mango en sentido inverso *(vea la figura 8)*.



**FIGURA 8**

15. Tire del tubo plástico hasta que pase completamente a través de la piel y aparezca la banda *(vea la figura 9)*.



**FIGURA 9**

16. Repita la técnica sobre el otro lado de la paciente, asegurándose de que la banda queda en posición horizontal debajo de la uretra *(vea la figura 10)*.

    *(Nota: en caso de descubrir que la banda está torcida, asegúrese de que no se encuentra torcida debajo de la uretra después de haber pasado la banda excedente.)*

ETH.MESH.02340883



**FIGURA 10**

17.  Una vez extraídos ambos tubos plásticos a través de las incisiones en la piel, corte los tubos de la banda y las vainas plásticas. Ubique la banda de forma floja, sin tensarla, y en posición horizontal debajo de la uretra media. En este momento puede realizarse la prueba de la tos. Esta prueba permitirá ajustar la banda para que sólo se pierdan unas gotas de orina al toser *(vea la figura 11)*.



**FIGURA 11**

Cuando la banda esté ubicada, retire la vaina plástica que cubre las bandas. Para evitar la tensión en la banda, se debe colocar un instrumento romo (tijeras o fórceps) entre la uretra y la banda mientras se retiran las vainas plásticas.

***(Nota: la retirada prematura de la vaina puede dificultar los ajustes subsiguientes.)***

18.  Después de ajustar la banda cierre la incisión vaginal. Recorte los extremos de la banda en los puntos de salida exactamente debajo de la piel del muslo interior. Cierre las incisiones en la piel con sutura o adhesivo quirúrgico para piel.

19.  Puede realizarse una cistoscopia a discreción del cirujano. Si se realizó una cistoscopia después del primer pasaje, asegúrese de vaciar la vejiga antes de iniciar el pasaje del segundo lado. Después de este procedimiento, normalmente no es necesario el cateterismo postoperatorio. Intente convencer a la paciente para que pruebe a vaciar la vejiga 2–3 horas después de la operación.

**CONTRAINDICACIONES**

Al igual que con cualquier cirugía de suspensión, este procedimiento no debe realizarse en pacientes embarazadas. Además, dado que la malla de polipropileno PROLENE no se estirará de forma significativa, este procedimiento no debe realizarse en pacientes con potencial de crecimiento futuro, incluyendo mujeres que tengan pensado quedar embarazadas en el futuro.

**ADVERTENCIAS Y PRECAUCIONES**

*   No usar el procedimiento *obturador* GYNECARE TVT en pacientes sometidas a terapia de anticoagulación.

*   No usar el procedimiento *obturador* GYNECARE TVT en pacientes con infección en el tracto urinario.

*   Los usuarios deben familiarizarse con la técnica quirúrgica para suspensiones uretrales y recibir la formación adecuada en el procedimiento *obturador* GYNECARE TVT antes de utilizar el dispositivo del *obturador* GYNECARE TVT.

*   Se deben emplear prácticas quirúrgicas aceptables para el procedimiento *obturador* GYNECARE TVT, así como para el tratamiento de heridas contaminadas o infectadas.

*   El procedimiento *obturador* GYNECARE TVT debe realizarse con cuidado para evitar dañar vasos grandes, nervios, la vejiga y los intestinos. Prestando atención a la anatomía local y pasando las agujas adecuadamente se reducen los riesgos al mínimo.

*   Puede producirse hemorragia después de la intervención. Observe cualquier síntoma o indicio antes de dar de alta a la paciente.

*   Aunque es poco probable que se produzcan lesiones en la vejiga con esta técnica, puede realizarse una cistoscopia a discreción del cirujano.

*   No retirar las vainas de plástico hasta que la banda se haya situado correctamente.

*   Cerciorarse de que la banda esté colocada sin tensión bajo la parte media de la uretra.

55

**ETH.MESH.02340884**

- No realizar este procedimiento si cree que el sitio quirúrgico puede estar infectado o contaminado.

- Debido a que no se cuenta con información clínica sobre el embarazo después de un procedimiento de cabestrillo suburetral con el sistema *obturador* GYNECARE TVT, debe informarse a la paciente que los embarazos futuros pueden anular los efectos del procedimiento quirúrgico y que podría volver a ser incontinente.

- Debido a que no se cuenta con información clínica acerca del parto vaginal después de un procedimiento de cabestrillo suburetral con el sistema *obturador* GYNECARE TVT, debe considerarse una cesárea en caso de embarazo.

- Debe recomendarse a la paciente que, después de la operación, no levante objetos pesados ni haga ejercicio (por ejemplo, ir en bicicleta o correr) durante al menos tres o cuatro semanas y que se abstenga de realizar actividad sexual durante un mes. La paciente puede realizar cualquier otra actividad normal después de una o dos semanas.

- Debe indicarse a la paciente que llame al cirujano inmediatamente en caso de disuria, hemorragia u otros problemas.

- Puede producirse dolor temporal en la pierna con una duración de 24–48 horas pero, por lo general, puede tratarse con analgésicos leves.

- Al igual que con otros procedimientos de tratamiento de la incontinencia, puede producirse inestabilidad de novo del detrusor después de un procedimiento de cabestrillo uretral utilizando el sistema *obturador* GYNECARE TVT. Para reducir este riesgo, asegúrese de colocar la banda como se describe en los pasos anteriores.

- No tocar la banda de PROLENE con grapas, clips o pinzas de ningún tipo, ya que se podría causar algún daño mecánico a la malla.

- No reesterilizar el dispositivo del *obturador* GYNECARE TVT ni sus componentes. Desechar los dispositivos abiertos no utilizados.

- Pueden administrarse antibióticos profilácticos según la práctica habitual del cirujano.

### REACCIONES ADVERSAS

- Las laceraciones o perforaciones en vasos, nervios, la vejiga, la uretra o los intestinos durante la introducción de la aguja pueden necesitar reparación quirúrgica.

- Puede presentarse una irritación local transitoria en la herida y una respuesta transitoria al cuerpo extraño. Esta respuesta podría causar extrusión, erosión, formación de fístulas e inflamación.

- Al igual que cualquier cuerpo extraño, la malla de PROLENE podría potenciar una infección existente. La vaina de plástico que cubre inicialmente la malla de PROLENE tiene el fin de reducir al mínimo el riesgo de contaminación.

- El exceso de corrección, es decir, la aplicación de demasiada tensión a la banda, puede causar una obstrucción temporal o permanente de las vías urinarias inferiores.

### ACCIONES

Los estudios en animales indican que la implantación de PROLENE provoca una reacción inflamatoria mínima en los tejidos de carácter transitorio, seguida por la deposición de una capa delgada de tejido fibroso que puede crecer a través de los intersticios de la malla, incorporando de este modo la malla en los tejidos adyacentes. El material no es absorbido ni sometido a degradación o debilitamiento por la acción de las enzimas de los tejidos.

### PRESENTACIÓN

El sistema *obturador* GYNECARE TVT se suministra esterilizado (por óxido de etileno) para un solo uso. No reesterilizar. No utilizar si el paquete está abierto o dañado. Desechar los dispositivos abiertos no utilizados.

### ALMACENAJE

Se recomienda almacenar el sistema *obturador* GYNECARE TVT de un solo uso a temperaturas de menos de 25 °C, alejado de la humedad y del calor directo. No usarlo después de la fecha de caducidad.

*ATENCIÓN: las leyes federales de los EE.UU. restringen la venta de este dispositivo al personal facultativo o bajo su prescripción.*

*Marca



**ETH.MESH.02340885**

SVENSKA

**GYNECARE TVT\*** *obturatoriabandsystem*
**Tensionsfritt stöd för behandling av inkontinens**

**GYNECARE TVT** *obturatoriaband*,
 sterilt, för engångsbruk

**GYNECARE TVT spiralformade nålar för införing**
 av *obturatoriaband*,
 sterila, för engångsbruk

**GYNECARE TVT atraumatisk vingförsedd guide**
 för *obturatoriaband*,
 steril, för engångsbruk

**Läs noga igenom all information.**

Underlåtenhet att noggrant följa dessa anvisningar kan resultera i att instrumenten inte fungerar korrekt och kan även medföra skador.

**Viktigt:**

Denna bipacksedel innehåller instruktioner för användning av GYNECARE TVT\* *obturatoriabandsystem*, inklusive GYNECARE TVT *obturatoriaband*, spiralformade nålar och atraumatisk vingförsedd guide. Bipacksedeln utgör ej någon fullständig referensskrift för kirurgisk teknik vid behandling av ansträngningsinkontinens. Produkten får endast användas av läkare med utbildning i kirurgisk behandling av ansträngningsinkontinens och specifik utbildning i implantation av GYNECARE TVT *obturatoriaband*. Dessa anvisningar är avsedda för den användning av denna produkt som i allmänhet tillämpas. Andra användningssätt kan förekomma vid specifika typer av ingrepp, avhängigt individuell teknik och patientens anatomi.

**BESKRIVNING**

GYNECARE TVT *obturatoriabandsystem* är en steril sats avsedd för ingrepp på en patient, och innehåller:

**GYNECARE TVT obturatoriaband**

GYNECARE TVT *obturatoriaband* är en steril produkt avsedd för användning till en patient, som består av ett ofärgat eller blått (ftalocyaninblått, färgindexnummer 74160) PROLENE\* polypropylennät (band), cirka 1,1 x 45 cm, inneslutet i ett plasthölje som går omlott i mitten. I varje ände finns ett plasthör fastsatt. PROLENE polypropylennät är framställt av stickade filament av extruderade polypropylenfibrer, av exakt samma sammansättning som den som används i PROLENE icke-resorberbar polypropylensutur. Detta material har vid användning som suturmaterial rapporterats vara icke-reaktivt och behålla sin styrka i obegränsad tid vid klinisk användning. PROLENE-nätet är stickat med användning av en teknik som sammanlänkar varje fiberkorsning, vilket ger elasticitet i båda riktningarna. Denna tvåvägselasticitet möjliggör anpassning till de olika påfrestningar som kan förekomma i kroppen.

**GYNECARE TVT spiralformade nålar**

GYNECARE TVT spiralformade nålar utgörs av två införingsnålar av böjd rostfri stålvajer med plasthandtag, designade för införing av GYNECARE TVT *obturatoriaband*. De spiralformade nålarna tillhandahålles i form av en högersidig och en vänstersidig enhet, hopmonterade med GYNECARE TVT *obturatoriaband*. Den spiralformade nålen FÅR EJ böjas eller på något sätt omformas.

**GYNECARE TVT atraumatisk vingförsedd guide**

GYNECARE TVT atraumatisk vingförsedd guide är ett tillbehör av rostfritt stål som används för att underlätta passagen av GYNECARE TVT spiralformade nålar genom dissektionsområdet.

**INDIKATIONER**

GYNECARE TVT *obturatoriaband* är avsett att användas som en suburetral slynga för behandling av kvinnor med ansträngningsinkontinens till följd av hypermobil uretra och/eller sfinkterinsufficiens.

**BRUKSANVISNING**
**(Obs! Handställningarna som visas i illustrationerna kan variera.)**

1. Placera patienten i dorsalt litotomiläge med höftlederna hyperflekterade över buken. Klinkorna skall vara placerade så att de är jäms med bordskanten.

2. Ingreppet kan utföras i lokal-, regional eller allmän anestesi.

3. Om så önskas kan labiae fästas upp lateralt med suturer för bättre sikt.

4. För in en uretrakateter i blåsan och töm blåsan.

ETH.MESH.02340886

5.  Markera exitpunkterna för plaströren genom att rita en horisontell linje i nivå med uretrala meatus och en andra linje 2 cm ovanför och parallell med den första linjen. Lokalisera exitpunkterna på denna andra linje, 2 cm lateralt om lårvecken (huden kan sträckas så att den plattas ut). Markera exitpunkterna. Alternativt kan en 5–10 mm incision läggas vid varje exitpunkt eller vid ett senare skede under ingreppet *(se figur 1)*.



**FIGUR 1**

6.  Använd en Allis-tång för att anbringa traktion och lägg en 1 cm lång incision i medellinjen i vaginalslemhinnan med start 1 cm proximalt om uretrala meatus.

    ***(Obs! Vi föreslår att införandet av bandet fullförs på ena sidan innan dissektionen påbörjas på den andra sidan.)***

    Använd "push-spread"-teknik och påbörja trubbig dissektion, helst med användning av en spetsig, böjd sax. Den laterala dissektionen skall gå i en bana orienterad i 45° vinkel från medellinjen, med saxen orienterad antingen i horisontalplanet eller med spetsarna något uppåtriktade *(se figur 2)*. Fortsätt dissektionen i riktning mot "övergången" mellan corpus ossis pubis och ramus inferior ossis pubis *(se figur 2)*.



**FIGUR 2**

När "övergången" mellan corpus ossis pubis och ramus inferior ossis pubis har nåtts, perforeras membrana obturatoria. När membranet perforeras känns en plötslig minskning av motståndet. Kanalen bör vara cirka 5–7 mm i diameter och ej djupare än 5 cm. Djupare dissektion än 5 cm kan medföra att man oavsiktligt kommer in i det prevesikala spatiet. Om benet inte har nåtts efter 5 cm dissektion bör det kontrolleras att dissektionsvinkeln är korrekt.

7.  Ta ut GYNECARE TVT vingförsedd guide ur förpackningen *(se figur 3)*.



**FIGUR 3**

8.  För in GYNECARE TVT vingförsedd guide i den dissekerade kanalen tills den passerar ramus inferior ossis pubis och kommer in i den tidigare gjorda öppningen i membrana obturatoria. När den vingförsedda guiden passerar membrana obturatoria kan en plötslig minskning av motståndet kännas.

    Vid svårigheter vid införandet av guiden skall kanalens riktning kontrolleras med hjälp av saxen.

    ***(Obs! Guidens kanalsida måste vara vänd mot kirurgen. Den böjbara fliken kan vid behov böjas så att guiden förlängs, se figur 5.)***

ETH.MESH.02340887

9.  Ta ut GYNECARE TVT *obturatoriaband* tillsammansmed de spiralformade nålarna och plaströren ur sterilförpackningen *(se figur 3 för en illustration av komponenterna).*

*(Obs! För att säkerställa att de spiralformade nålarna och bandet är orienterade korrekt skall det kontrolleras att GYNECARE-logon och tumgreppet på plasthandtagen är vända mot kirurgen och att plaströrens spetsiga ändar är vända utåt. Den spiralformade nålen som kirurgen håller i vänster hand måste användas på patientens högra sida; se figur 4.)*



**FIGUR 4**

10. Placera en av de spiralformade nålarna på den sterila duken eller annan lämplig steril plats, tills den skall användas. Säkerställ att bandet inte är vridet.

11. För in korrekt GYNECARE TVT spiralformad nål i det dissekerade området genom att följa kanalen i GYNECARE TVT vingförsedd guide. Skjut in bandet så att det passerar igenom och går något förbi membrana obturatoria. Kontrollera att handtaget är orienterat så att den spiralformade nålens raka ände är inriktad längs med kanalen i GYNECARE TVT vingförsedd guide och förblir orienterad på detta sätt tills spetsen passerar membrana obturatoria *(se figur 5).*



**FIGUR 5**

12. Avlägsna GYNECARE TVT vingförsedd guide i detta läge och håll den steril för senare användning till samma patient.



**FIGUR 6**

13. Efter att GYNECARE TVT vingförsedd guide har avlägsnats, vrid den spiralformade nålens handtag samtidigt med att handtaget förs mot medellinjen *(se figur 6). (Obs! Handtaget får aldrig vara placerat horisontellt.)*

59

ETH.MESH.02340888



**FIGUR 7**

14.  Den spiralformade nålens spets skall komma ut intill den tidigare markerade exitpunkten *(se figur 7)*. En lätt manipulering av huden kan dock krävas. Om en hudincision inte har lagts tidigare läggs en incision vid den punkt där den spiralformade nålens spets ses bukta fram under huden. När plaströrets ände kommer fram i hudöppningen sätts en klämmare över änden och den spiralformade nålen avlägsnas genom att handtaget vrids i motsatt riktning jämfört med tidigare, samtidigt med att röret stabiliseras intill uretra *(se figur 8)*.



**FIGUR 8**

15.  Dra ut plaströret helt genom huden tills bandet framträder *(se figur 9)*.



**FIGUR 9**

16.  Upprepa förfarandet på patientens andra sida och se samtidigt till att bandet ligger plant under uretra *(se figur 10)*.

   ***(Obs! Om det upptäcks att bandet är vridet på något ställe skall det säkerställas att vridningen inte ligger under uretra efter att den extra bandlängden har dragits igenom.)***

60

ETH.MESH.02340889



**FIGUR 10**

17. Efter att båda plaströren har extraherats via hudincisionerna kapas plaströren av från bandet och plasthöljena. Placera bandet löst, dvs. utan spänning, och plant under uretras mittersta del. I detta skede kan en hosttest utföras. Bandet kan nu justeras så att endast ett par droppar urin rinner ut när patienten hostar *(se figur 11).*



**FIGUR 11**

När bandet är i korrekt läge avlägsnas plasthöljet som skyddar bandet. För att undvika att bandet anbringas under spänning placeras ett trubbigt instrument (t.ex. sax eller tång) mellan uretra och bandet när plasthöljet avlägsnas.

***(Obs! Om plasthöljet avlägsnas för tidigt kan senare justering försvåras.)***

18. Efter att bandet har justerats sluts vaginalincisionen. Kapa bandändarna vid exitpunkterna straxt under huden på lårets insida. Slut hudincisionerna med sutur eller kirurgiskt vävnadslim.

19. Cystoskopi kan utföras efter kirurgens bedömning. Om cystoskopi utfördes efter den första passagen skall det säkerställas att blåsan är tömd innan passage av bandet påbörjas på den andra sidan. Postoperativ kateterisering med kvarkateter är normalt inte nödvändigt. Patienten bör uppmanas att försöka tömma blåsan 2–3 timmar efter operationen.

## KONTRAINDIKATIONER

Liksom för andra suspensionsoperationer gäller att detta ingrepp ej skall utföras på gravida. Eftersom PROLENE polypropylennät inte tänjs ut i någon nämnvärd grad skall ingreppet ej utföras på patienter som fortfarande växer eller kvinnor som planerar framtida graviditet.

## VARNINGAR OCH FÖRSIKTIGHETSÅTGÄRDER

- Behandling med GYNECARE TVT *obturatoriaband* får ej användas till patienter som står på antikoagulantia.

- GYNECARE TVT *obturatoriaband* får ej användas till patienter med pågående urinvägsinfektion.

- Användaren skall vara förtrogen med den kirurgiska teknik som används vid suspension av uretra och skall ha erhållit adekvat utbildning i ingrepp med GYNECARE TVT *obturatoriaband* innan GYNECARE TVT *obturatoriaband* tas i bruk.

- Accepterad kirurgisk praxis skall följas vid ingreppet med GYNECARE TVT *obturatoriaband,* liksom vid behandling av kontaminerade eller infekterade sår.

- Vid ingrepp med GYNECARE TVT *obturatoriaband* skall försiktighet iakttas så att skador på stora kärl, nerver, blåsa och tarm undviks. Hänsynstagande till patientens anatomi och korrekt framföring av bandet bidrar till att minimera riskerna.

- Blödning kan förekomma postoperativt. Undersök om symptom eller tecken på blödning föreligger innan patienten skrivs ut från sjukhuset.

- Även om det är mindre sannolikt att blåsskador uppstår vid användning av denna teknik kan cystoskopi utföras, efter kirurgens bedömning.

- Plasthöljena får inte avlägsnas förrän bandet har placerats i korrekt läge.

- Säkerställ att bandet är placerat med minimal spänning under uretras mellersta del.

- Om det kan befaras att operationsområdet är infekterat eller kontaminerat får detta ingrepp ej utföras.

ETH.MESH.02340890

- Eftersom ingen klinisk information för närvarande föreligger avseende graviditet efter suburetral slyngplastik med GYNECARE TVT *obturatoriabandsystem* skall patienten informeras om att framtida graviditeter kan omintetgöra effekten av den kirurgiska behandlingen och att patienten då åter kan bli inkontinent.

- Eftersom ingen klinisk information för närvarande föreligger avseende vaginal förlossning efter suburetral slyngplastik med GYNECARE TVT *obturatoriabandsystem* skall förlossning via kejsarsnitt övervägas om patienten blir gravid.

- Efter operationen skall patienten instrueras om att avhålla sig från tunga lyft och/eller motion (t.ex. cykling, joggning) i minst tre till fyra veckor samt avstå från samlag under en månad postoperativt. Patienten kan vanligen återgå till övriga normala aktiviteter efter en eller två veckor.

- Patienten skall instrueras att omgående kontakta läkaren om dysuri, blödning eller andra problem uppstår.

- Övergående bensmärtor som varar i 24–48 timmar kan förekomma och kan vanligen behandlas med lätta analgetika.

- Liksom vid andra inkontinensoperationer kan nytillkommen detrusorinstabilitet förekomma efter suburetral slyngplastik med GYNECARE TVT *obturatoriabandsystem*. För att minimera denna risk skall bandet placeras enligt ovanstående beskrivning.

- PROLENE-nätet får inte komma i kontakt med suturklamrar, clips eller klämmare, eftersom mekaniska skador på nätet kan uppstå.

- GYNECARE TVT *obturatoriaband* och tillhörande komponenter får ej resteriliseras. Kassera oanvända produkter vars förpackningar har öppnats.

- Profylaktisk antibiotikabehandling kan tillämpas enligt kirurgens sedvanliga praxis.

**BIVERKNINGAR**

- Punktion eller laceration av blodkärl, nerver, urinblåsa, uretra eller tarm kan förekomma i samband med nålpassagen och kan kräva kirurgisk reparation.

- Övergående lokal irritation kring såren och övergående främmandekroppsreaktion kan förekomma. Denna reaktion kan resultera i utstötning, erosion, fistelbildning och inflammation.

- Som vid med alla främmande kroppar, kan PROLENE-nätet förvärra en befintlig infektion. Plasthöljena som initialt täcker PROLENE-nätet under ingreppet är utformade för att minimera risken för kontaminering.

- Överkorrektion, dvs. om bandet spänns för hårt, kan leda till övergående eller permanent obstruktion av de nedre urinvägarna.

**EGENSKAPER**

Djurstudier visar att implantation av PROLENE-nät orsakar en minimal inflammatorisk vävnadsreaktion, som är övergående och följs av deponering av ett tunt bindvävslager som kan växa igenom nätmaskorna och på så sätt införliva nätet med intilliggande vävnad. Materialet resorberas inte och bryts inte heller ned eller försvagas av vävnadsenzymer.

**LEVERANS**

GYNECARE TVT *obturatoriabandsystem* levereras sterilt (etylenoxid), för engångsbruk. Får ej resteriliseras. Produkten får ej användas om förpackningen varit öppnad tidigare eller är skadad. Kassera oanvända produkter vars förpackningar har öppnats.

**FÖRVARING**

GYNECARE TVT *obturatoriabandsystem* för engångsbruk bör förvaras vid temperatur under 25 °C och skyddas mot fukt och direkt värme. Får ej användas efter utgångsdatum.

*OBS! Enligt amerikansk federal lagstiftning får denna anordning endast säljas av eller på order av läkare.*

*Varumärke



**ETH.MESH.02340891**

ΕΛΛΗΝΙΚΑ

Σ **GYNECARE TVT\***
Σύστημα υποστήριξης για την αντιμετώπιση της ακράτειας, χωρίς τάση

Στείρα συσκευή *επιπωματικού* GYNECARE TVT, μίας χρήσης

Στείροι ελικοειδείς εισαγωγείς *επιπωματικού* GYNECARE TVT, μίας χρήσης

Στείρος ατραυματικός πτερυγωτός οδηγός *επιπωματικού* GYNECARE TVT, μίας χρήσης

**Διαβάστε προσεκτικά όλες τις πληροφορίες.**
Εάν δεν ακολουθήσετε σωστά τις οδηγίες, η συσκευή πιθανόν να μη λειτουργήσει σωστά και ενδέχεται να προκληθεί τραυματισμός.

**Σημαντικό:**
Το παρόν ένθετο συσκευασίας έχει σχεδιαστεί για να παρέχει οδηγίες για τη χρήση του συστήματος *επιπωματικού* GYNECARE TVT\*, στο οποίο συγκαταλέγονται η συσκευή *επιπωματικού*, οι ελικοειδείς εισαγωγείς και ο ατραυματικός πτερυγωτός οδηγός GYNECARE TVT. Δεν αποτελεί ολοκληρωμένο οδηγό αναφοράς για χειρουργικές τεχνικές αποκατάστασης της ακράτειας ούρων από προσπάθεια (SUI). Η συσκευή θα πρέπει να χρησιμοποιείται αποκλειστικά από ιατρούς εκπαιδευμένους στη χειρουργική αντιμετώπιση της ακράτειας ούρων από προσπάθεια και ειδικότερα στην εμφύτευση της συσκευής *επιπωματικού* GYNECARE TVT. Αυτές οι οδηγίες προορίζονται για γενικές χρήσεις της συσκευής. Ενδέχεται να εφαρμοστούν παραλλαγές στη χρήση σε συγκεκριμένες επεμβάσεις, λόγω της χρησιμοποιούμενης τεχνικής και της ανατομίας της εκάστοτε ασθενούς.

**ΠΕΡΙΓΡΑΦΗ**
Το σύστημα *επιπωματικού* GYNECARE TVT είναι ένα στείρο κιτ επέμβασης για χρήση σε μία μόνον ασθενή, το οποίο αποτελείται από:

**Συσκευή επιπωματικού GYNECARE TVT**
Η συσκευή *επιπωματικού* GYNECARE TVT είναι μια στείρα συσκευή για χρήση σε μία μόνον ασθενή, η οποία αποτελείται από ένα τμάχιο άχρωμο ή μπλε (μπλε οθαλοκυανίνης, αριθμός χρωματικού δείκτη 74160) δικτυωτού πλέγματος PROLENE\* από πολυπροπυλένιο (ταινία), διαστάσεων περίπου 1,1 x 45 cm, το οποίο καλύπτεται από ένα πλαστικό θηκάρι δύο τμημάτων που αλληλοεπικαλύπτονται στη μέση. Σε κάθε άκρο της συσκευής είναι προσαρτημένα πλαστικά σωληνάρια υποδοχής. Το πλέγμα πολυπροπυλενίου PROLENE κατασκευάζεται από πλεκτά νήματα εξωθημένου πολυπροπυλενίου, πανομοιότυπου σε σύνθεση με εκείνο που χρησιμοποιείται στα μη απορροφήσιμα χειρουργικά ράμματα πολυπροπυλενίου PROLENE. Το υλικό αυτό, όταν χρησιμοποιείται ως ράμμα, έχει αναφερθεί ότι είναι μη δραστικό και ότι διατηρεί την αντοχή του επ' άσριστο κατά την κλινική χρήση. Το δικτυωτό πλέγμα PROLENE πλέκεται με μια διεργασία που συνδέει μεταξύ τους τις ενώσεις των ινών, εξασφαλίζοντας έτσι την ελαστικότητα και προς τις δύο κατευθύνσεις. Αυτή η ελαστικότητα προς δύο κατευθύνσεις επιτρέπει την προσαρμογή του στις διάφορες τάσεις που παρουσιάζονται στο σώμα.

**Ελικοειδείς εισαγωγείς GYNECARE TVT**
Οι ελικοειδείς εισαγωγείς GYNECARE TVT είναι δύο εισαγωγείς κυρτού σύρματος από ανοξείδωτο χάλυβα με πλαστικές λαβές, οι οποίοι προορίζονται για την εμφύτευση της συσκευής *επιπωματικού* GYNECARE TVT. Οι ελικοειδείς εισαγωγείς παρέχονται ως αριστερή και δεξιά μονάδα, προσαναρμολογημένοι στη συσκευή *επιπωματικού* GYNECARE TVT. Ο ελικοειδής εισαγωγέας ΔΕΝ ΠΡΕΠΕΙ να καμφθεί ή να παραμορφωθεί κατά οποιονδήποτε τρόπο.

**Ατραυματικός πτερυγωτός οδηγός GYNECARE TVT**
Ο ατραυματικός πτερυγωτός οδηγός GYNECARE TVT είναι ένα βοηθητικό εξάρτημα από ανοξείδωτο χάλυβα, το οποίο διευκολύνει τη δίοδο των ελικοειδών εισαγωγέων GYNECARE TVT διαμέσου της οδού ανατομής.

ETH.MESH.02340892

**ΕΝΔΕΙΞΕΙΣ**

Η συσκευή *επιπωματικού* GYNECARE TVT προορίζεται για χρήση σε γυναίκες, ως υπο-ουρηθρική σφενδόνη, για τη θεραπεία της ακράτειας ούρων από προσπάθεια (SUI), η οποία οφείλεται σε ουρηθρική υπερκινητικότητα και/ή εγγενή ανεπάρκεια του σφιγκτήρα.

**ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ**
**(Σημείωση: Οι θέσεις των χεριών που φαίνονται στις εικόνες ενδέχεται να ποικίλουν.)**

1.  Τοποθετήστε την ασθενή σε ύπτια θέση λιθοτομής, με τα ισχία σε υπέρκαμψη επάνω στην κοιλιακή χώρα. Οι γλουτοί θα πρέπει να τοποθετηθούν κατά μήκος του άκρου της τράπεζας.

2.  Η επέμβαση μπορεί να γίνει υπό τοπική, περιφερική ή γενική αναισθησία.

3.  Προαιρετικά, τα χείλη μπορούν να συρραφούν πλευρικά για να επιτευχθεί μεγαλύτερη έκθεση.

4.  Εισάγετε έναν ουρηθρικό καθετήρα στην ουροδόχο κύστη και εκκενώστε την.

5.  Σημειώστε τα σημεία εξόδου των πλαστικών σωληναρίων, ιχνοθετώντας μια οριζόντια γραμμή στο επίπεδο του ουρηθρικού στομίου και μια δεύτερη γραμμή παράλληλη με την πρώτη και 2 cm πάνω από αυτήν. Εντοπίστε τα σημεία εξόδου επάνω σε αυτή τη γραμμή, 2 cm πλευρικά των πτυχών του μηρού (μπορείτε να εξομαλύνετε το δέρμα τεντώνοντάς το). Σημειώστε τα σημεία εξόδου ή, εναλλακτικά, κάντε μια τομή 5–10 mm σε κάθε σημείο εξόδου σε μεταγενέστερο στάδιο της επέμβασης (*δείτε την εικόνα 1*).



**EIKONA 1**

6.  Χρησιμοποιώντας σφιγκτήρες Allis για την έλξη, κάντε μια τομή 1 cm στη μέση γραμμή του κολπικού βλεννογόνου, ξεκινώντας 1 cm εγγύς του ουρηθρικού στομίου.

    *(Σημείωση: συνιστάται να ολοκληρωθεί η εισαγωγή της συσκευής από τη μία πλευρά προτού ξεκινήσει η ανατομή στη δεύτερη πλευρά.)*

    Χρησιμοποιώντας μια "τεχνική ώθησης-διάνοιξης", ξεκινήστε την εμβλεία ανατομή, χρησιμοποιώντας κατά προτίμηση μυτερό, κυρτό ψαλίδι. Η πορεία της πλευρικής διατομής θα πρέπει να σχηματίζει γωνία 45° ως προς τη μέση γραμμή, με το ψαλίδι να βρίσκεται είτε στο οριζόντιο επίπεδο είτε με τα άκρα στραμμένα ελαφρώς προς τα επάνω (*δείτε την εικόνα 2*). Συνεχίστε την ανατομή προς την κατεύθυνση της "συμβολής" μεταξύ του σώματος του ηβικού οστού και του κατώτερου ηβικού κλάδου (*δείτε την εικόνα 2*).



**EIKONA 2**

ETH.MESH.02340893

Όταν φτάσετε στη ''συμβολή'' μεταξύ του σώματος του ηβικού οστού και του κατώτερου ηβικού κλάδου, διατρήστε την επιπωματική μεμβράνη. Μπορείτε να αισθανθείτε μείωση της αντίστασης όταν η μεμβράνη διατρηθεί. Το κανάλι πρέπει να έχει διάμετρο 5–7 mm και βάθος 5 cm το πολύ. Η ανατομή σε βάθος μεγαλύτερο από 5 cm ενδέχεται να προκαλέσει ακούσια είσοδο στο χώρο μεταξύ του ηβικού οστού και της ουροδόχου κύστης (χώρος Retzius). Εάν, μετά από ανατομή 5 cm, δεν έχετε προσεγγίσει το οστό, βεβαιωθείτε ότι η γωνία της ανατομής είναι σωστή.

7. Αφαιρέστε τον πτερυγωτό οδηγό GYNECARE TVT από τη συσκευασία *(δείτε την εικόνα 3)*.



**Πτερυγωτός οδηγός**   **Διάταξη ελικοειδών εισαγωγέων και συσκευής**

**ΕΙΚΟΝΑ 3**

8. Εισαγάγετε τον πτερυγωτό οδηγό GYNECARE TVT μέσα στην οδό της ανατομής, μέχρις ότου περάσει τον κατώτερο ηβικό κλάδο και εισέλθει στο άνοιγμα που έχει ήδη δημιουργηθεί στην επιπωματική μεμβράνη. Μπορείτε να αισθανθείτε μείωση της αντίστασης καθώς ο πτερυγωτός οδηγός περνά διαμέσου της επιπωματικής μεμβράνης.

Εάν συναντήσετε δυσκολία κατά την είσοδο του οδηγού, επιβεβαιώστε την κατεύθυνση του καναλιού χρησιμοποιώντας το ψαλίδι.

*(Σημείωση: Η ανοικτή πλευρά του οδηγού πρέπει να είναι στραμμένη προς τον χειρουργό. Η εύκαμπτη γλωττίδα μπορεί να καμφθεί για να αυξηθεί το μήκος του οδηγού, εάν αυτό απαιτείται – δείτε την εικόνα 5.)*

9. Αφαιρέστε τη διάταξη ελικοειδών εισαγωγέων και της συσκευής GYNECARE TVT και τη διάταξη της συσκευής επιπωματικού GYNECARE TVT από τη στείρα συσκευασία *(δείτε την εικόνα 3 για τα εξαρτήματα)*.

*(Σ                                                             , β*

*– δείτε την εικόνα 4.)*



**ΕΙΚΟΝΑ 4**

10. Τοποθετήστε έναν από τους ελικοειδείς εισαγωγείς επάνω στο στείρο ιμάτιο ή σε άλλη κατάλληλη στείρα θέση μέχρις ότου χρειαστεί. Βεβαιωθείτε ότι η ταινία δεν έχει συστραφεί.

11. Εισαγάγετε τον σωστό ελικοειδή εισαγωγέα GYNECARE TVT στην οδό της ανατομής, ακολουθώντας το κανάλι του πτερυγωτού οδηγού GYNECARE TVT. Ωθήστε τη συσκευή προς τα μέσα, διασχίζοντας και περνώντας ελαφρώς την επιπωματική μεμβράνη. Βεβαιωθείτε ότι η λαβή της συσκευής είναι έτσι προσανατολισμένη ώστε το ευθύ άκρο του ελικοειδούς εισαγωγέα να είναι ευθυγραμμισμένο με το κανάλι του πτερυγωτού οδηγού GYNECARE TVT, και ότι διατηρεί τον προσανατολισμό αυτό μέχρις ότου το άκρο διασχίσει την επιπωματική μεμβράνη *(δείτε την εικόνα 5)*.

ETH.MESH.02340894



**ΕΙΚΟΝΑ 5**

12. Μόλις φτάσετε στη θέση αυτή, αφαιρέστε τον πτερυγωτό οδηγό GYNECARE TVT
    και κρατήστε τον στειρό για περαιτέρω χρήση στην ίδια ασθενή.



**ΕΙΚΟΝΑ 6**

13. Αφού αφαιρέσετε τον πτερυγωτό οδηγό GYNECARE TVT, περιστρέψτε τη λαβή
    του ελικοειδούς εισαγωγέα και παράλληλα μετακινήστε τη λαβή προς τη μέση
    γραμμή *(δείτε την εικόνα 6). (Σ*



*(δείτε την εικόνα 7).* Ωστόσο, ενδέχεται να
χρειαστεί ελαφρός χειρισμός του δέρματος. Εάν δεν είχε γίνει προηγουμένως
τομή στο δέρμα, κάντε την τώρα στο σημείο όπου το άκρο του ελικοειδούς
εισαγωγέα φαίνεται να πιέζει το δέρμα. Όταν στο άνοιγμα του δέρματος φανεί
το άκρο του πλαστικού σωληναρίου, συλλάβετέ το με έναν σφιγκτήρα και,
ενόσω σταθεροποιείτε το σωληνάριο κοντά στην ουρήθρα, αφαιρέστε τον
ελικοειδή εισαγωγέα περιστρέφοντας αντίστροφα τη λαβή *(δείτε την εικόνα 8).*

ETH.MESH.02340895



**ΕΙΚΟΝΑ 8**

15. Έλξατε το πλαστικό σωληνάριο τελείως διαμέσου του δέρματος, μέχρις ότου εμφανιστεί η ταινία *(δείτε την εικόνα 9)*.



**ΕΙΚΟΝΑ 9**

16. Επαναλάβετε την τεχνική στην άλλη πλευρά της ασθενούς, φροντίζοντας ώστε η ταινία να βρίσκεται επίπεδη κάτω από την ουρήθρα *(δείτε την εικόνα 10)*.

   *(Σημείωση: Εάν διαπιστώσετε ότι η ταινία έχει περιστραφεί, βεβαιωθείτε ότι η περιστροφή αυτή δεν βρίσκεται κάτω από την ουρήθρα μετά τη διέλευση της περίσσειας της ταινίας.)*



**ΕΙΚΟΝΑ 10**

17. Όταν και τα δύο πλαστικά σωληνάρια έχουν εξέλθει διαμέσου των τομών στο δέρμα, κόψτε τα πλαστικά σωληνάρια από την ταινία και τα πλαστικά θηκάρια. Τυπώθηκέτε την ταινία χαλαρά, χωρίς τάση, και επίπεδα κάτω από τη μέση ουρήθρα. Σε αυτό το στάδιο μπορείτε να εκτελέσετε έναν έλεγχο με βήχα. Αυτό θα σας επιτρέψει να ρυθμίσετε την ταινία έτσι ώστε κατά τη διάρκεια του βήχα να διαφεύγουν μόνον λίγες σταγόνες ούρων *(δείτε την εικόνα 11)*.

67

ETH.MESH.02340896



**ΕΙΚΟΝΑ 11**

Όταν η ταινία τοποθετηθεί στη σωστή θέση, αφαιρέστε το πλαστικό θηκάρι που καλύπτει τις ταινίες. Για να αποφύγετε την τοποθέτηση της ταινίας υπό τάση, τοποθετήστε ένα αμβλύ εργαλείο (π.χ. ψαλίδι ή λαβίδα) μεταξύ της ουρήθρας και της ταινίας, κατά την αφαίρεση των πλαστικών θηκαριών.

*(Σημείωση: Η πρόωρη αφαίρεση του θηκαριού ενδέχεται να δυσχεράνει τις επακόλουθες ρυθμίσεις.)*

18. Μετά από τη ρύθμιση της ταινίας, κλείστε την κολπική τομή. Κόψτε τα άκρα της ταινίας στα σημεία εξόδου, ακριβώς κάτω από το δέρμα του εσωτερικού μηρού. Κλείστε τις τομές του δέρματος με ράμμα ή με χειρουργικό συγκολλητικό δέρματος.

19. Η διενέργεια ή όχι κυστεοσκόπησης επαφίεται στην κρίση του χειρουργού. Εάν εκτελέστηκε κυστεοσκόπηση μετά το πέρασμα της συσκευής από τη μια πλευρά, βεβαιωθείτε ότι η κύστη έχει εκκενωθεί προτού ξεκινήσετε το πέρασμα της συσκευής στη δεύτερη πλευρά. Μετεγχειρητικά, δεν απαιτείται συνήθως η τοποθέτηση μόνιμου εσωτερικού καθετήρα. Θα πρέπει να ενθαρρύνετε την ασθενή να δοκιμάσει να κενώσει την κύστη της 2–3 ώρες μετά από την επέμβαση.

**ΑΝΤΕΝΔΕΙΞΕΙΣ**

Όπως συμβαίνει με όλες τις επεμβάσεις ανάρτησης, η επέμβαση αυτή δεν θα πρέπει να εκτελείται σε έγκυες ασθενείς. Επιπλέον, καθώς το πλέγμα πολυπροπυλενίου PROLENE δεν μπορεί να διαταθεί σε σημαντικό βαθμό, δεν θα πρέπει να εφαρμόζεται σε ασθενείς που είναι πιθανόν να αναπτυχθούν, συμπεριλαμβανομένων των γυναικών που σχεδιάζουν μελλοντική εγκυμοσύνη.

**ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ**

- Μην χρησιμοποιείτε την επέμβαση *επιπωματικού* GYNECARE TVT σε ασθενείς οι οποίες ακολουθούν αντιπηκτική θεραπεία.

- Μην εκτελείτε την επέμβαση *επιπωματικού* GYNECARE TVT σε ασθενείς με ουρολοίμωξη.

- Πριν από τη χρήση της συσκευής *επιπωματικού* GYNECARE TVT, οι χρήστες θα πρέπει να είναι εξοικειωμένοι με τη χειρουργική τεχνική ανάρτησης της ουρήθρας και θα πρέπει να είναι επαρκώς εκπαιδευμένοι στην επέμβαση *επιπωματικού* GYNECARE TVT.

- Για την επέμβαση *επιπωματικού* GYNECARE TVT, όπως και για τη θεραπεία μολυσμένων ή επιμολυσμένων τραυμάτων, ακολουθήστε τις γενικά αποδεκτές χειρουργικές πρακτικές.

- Η επέμβαση *επιπωματικού* GYNECARE TVT θα πρέπει να εκτελείται με προσοχή ώστε να αποφεύγονται τα μεγάλα αγγεία, τα νεύρα, η κύστη και το έντερο. Οι κίνδυνοι ελαχιστοποιούνται εάν δοθεί προσοχή στην ανατομία της ασθενούς και στη σωστή διέλευση της συσκευής.

- Ε                                                    . Εξετάστε την ασθενή για οποιαδήποτε συμπτώματα ή σημεία πριν από την έξοδό της από το νοσοκομείο.

- Παρόλο που δεν είναι πιθανή η πρόκληση βλάβης στην κύστη κατά τη χρήση της τεχνικής αυτής, η διενέργεια ή όχι κυστεοσκόπησης επαφίεται στην κρίση του χειρουργού.

- Μην αφαιρείτε τα πλαστικά θηκάρια μέχρις ότου τοποθετηθεί σωστά η ταινία.

- Βεβαιωθείτε ότι η ταινία έχει τοποθετηθεί με την ελάχιστη τάση κάτω από τη μέση ουρήθρα.

- Μην εκτελείτε την επέμβαση εάν πιστεύετε ότι το σημείο της χειρουργικής επέμβασης ενδέχεται να έχει υποστεί λοίμωξη ή μόλυνση.

ETH.MESH.02340897

- Καθώς δεν υπάρχουν διαθέσιμες κλινικές πληροφορίες σε σχέση με την κύηση μετά από επέμβαση υπο-ουρηθρικής σφενδόνης με το σύστημα *επιπωματικού* GYNECARE TVT, η ασθενής θα πρέπει να ενημερωθεί για το γεγονός ότι τυχόν μελλοντική κύηση ενδέχεται να ανατρέψει τα αποτελέσματα της χειρουργικής επέμβασης, με συνέπεια να επανέλθει η ακράτεια.

- Καθώς δεν υπάρχουν διαθέσιμες κλινικές πληροφορίες σε σχέση με τον κολπικό τοκετό μετά από επέμβαση υπο-ουρηθρικής σφενδόνης με το σύστημα *επιπωματικού* GYNECARE TVT, σε περίπτωση εγκυμοσύνης θα πρέπει να εξεταστεί η δυνατότητα τοκετού μέσω καισαρικής τομής.

- Μετά από την επέμβαση, συνιστάται στην ασθενή να αποφεύγει να σηκώνει βάρη και/ή να ασκείται (π.χ. ποδηλασία, τρέξιμο) επί τρεις έως τέσσερις εβδομάδες τουλάχιστον και να μην έλθει σε σεξουαλική επαφή επί έναν μήνα. Οι περισσότερες ασθενείς μπορούν να επιστρέψουν στις άλλες συνήθεις δραστηριότητες μετά μία ή δύο εβδομάδες.

- Πρέπει να ζητηθεί από την ασθενή να επικοινωνήσει αμέσως με τον χειρουργό εάν εμφανιστεί δυσουρία, αιμορραγία ή άλλα προβλήματα.

- Ενδέχεται να εμφανιστεί παροδικό άλγος στα πόδια επί 24–48 ώρες, το οποίο συνήθως μπορεί να αντιμετωπιστεί με ήπια αναλγητικά.

- Όπως συμβαίνει και με άλλες επεμβάσεις για την αντιμετώπιση της ακράτειας, ενδέχεται να εμφανιστεί εκ νέου αστάθεια του εξωτέρου μυός μετά από την επέμβαση υπο-ουρηθρικής σφενδόνης με το σύστημα *επιπωματικού* GYNECARE TVT. Για να ελαχιστοποιήσετε αυτόν τον κίνδυνο, βεβαιωθείτε ότι τοποθετήσατε την ταινία όπως περιγράφεται ανωτέρω.

- Μην άγγετε σε επαφή το πλέγμα PROLENE με συνδετήρες, κλιπ ή σφιγκτήρες, καθώς ενδέχεται να προκληθεί μηχανική βλάβη στο πλέγμα.

- Μην επαναποστειρώνετε τη συσκευή *επιπωματικού* GYNECARE TVT ή τα εξαρτήματά της. Απορρίψτε τις αποσυσκευασμένες, αχρησιμοποίητες συσκευές.

- Μπορεί να χορηγηθεί προφυλακτική αντιβιοτική αγωγή σύμφωνα με τη συνήθη πρακτική του χειρουργού.

## ΑΝΕΠΙΘΥΜΗΤΕΣ ΑΝΤΙΔΡΑΣΕΙΣ

- Κατά τη διέλευση της βελόνας ενδέχεται να προκύψει διάτρηση ή ρήξη αγγείων και νεύρων, καθώς και της κύστης ή του εντέρου, οι οποίες πιθανόν να απαιτήσουν χειρουργική αποκατάσταση.

- Είναι πιθανόν να εμφανιστεί παροδικός τοπικός ερεθισμός στο σημείο της πληγής και παροδική αντίδραση ξένου σώματος. Η αντίδραση αυτή μπορεί να οδηγήσει σε εξώθηση, διάβρωση, σχηματισμό συριγγίου ή φλεγμονή.

- Όπως συμβαίνει με όλα τα ξένα σώματα, το πλέγμα PROLENE ενδέχεται να ενισχύσει τυχόν υπάρχουσα λοίμωξη. Τα πλαστικά θηκάρια που καλύπτουν αρχικά το πλέγμα PROLENE είναι σχεδιασμένα έτσι ώστε να ελαχιστοποιούν τον κίνδυνο μόλυνσης.

- Η υπερβολική διόρθωση, δηλαδή η εφαρμογή υπερβολικής τάσης στην ταινία, ενδέχεται να προκαλέσει προσωρινή ή μόνιμη απόφραξη της κατώτερης ουροφόρου οδού.

## ΔΡΑΣΕΙΣ

Μελέτες σε ζώα υποδεικνύουν ότι η εμφύτευση του πλέγματος PROLENE προκαλεί ελάχιστη φλεγμονώδη αντίδραση στους ιστούς, η οποία είναι παροδική και ακολουθείται από την εναπόθεση μιας λεπτής ινώδους στιβάδας ιστού η οποία μπορεί να αναπτυχθεί διαμέσου των διακένων του πλέγματος, ενσωματώνοντας έτσι το πλέγμα στον παρακείμενο ιστό. Το υλικό δεν απορροφάται, ούτε υφίσταται αποδόμηση ή εξασθένηση από τη δράση των ενζύμων του ιστού.

## ΤΡΟΠΟΣ ΔΙΑΘΕΣΗΣ

Το σύστημα *επιπωματικού* GYNECARE TVT παρέχεται στείρο (οξείδιο του αιθυλενίου) για μία μόνον χρήση. Μην το επαναποστειρώνετε. Μην το χρησιμοποιείτε εάν η συσκευασία έχει ανοιχτεί ή έχει υποστεί ζημιά. Απορρίψτε τις αποσυσκευασμένες, αχρησιμοποίητες συσκευές.

## ΦΥΛΑΞΗ

Οι συνιστώμενες συνθήκες φύλαξης για τη συσκευή μίας χρήσης του συστήματος *επιπωματικού* GYNECARE TVT είναι οι εξής: θερμοκρασία χαμηλότερη των 25 °C, μακριά από υγρασία και άμεσες πηγές θερμότητας. Μην τη χρησιμοποιείτε μετά την παρέλευση της ημερομηνίας λήξης.

ETH.MESH.02340898

*ΠΡΟΣΟΧΗ: Η ομοσπονδιακή νομοθεσία (Η.Π.Α.) περιορίζει την πώληση της συσκευής αυτής μόνο σε ιατρούς ή κατόπιν εντολής ιατρού.*

\*Εμπορικό σήμα



**ETH.MESH.02340899**

This page has been left blank intentionally.

ETH.MESH.02340900

**Authorized Representative • Autoriseret repræsentant**
**Erkende vertegenwoordiger • Valtuutettu edustaja**
**Représentant autorisé • Autorisierter Vertreter**
**Rappresentante autorizzato • Representante autorizado**
**Representante autorizado • Auktoriserad representant**
Εξουσιοδοτημένος Αντιπρόσωπος

ETHICON GmbH
Robert-Koch-Strasse 1
D-22851 Norderstedt
Deutschland

**Distributors • Distributorer • Distributeurs**
**Tukkumyyjät • Distributeurs • Vertrieb durch**
**Distributori • Distribuidores • Distribuidores**
**Distributörer • Διανομείς**

ETHICON France                          ETHICON Limited
une division de ETHICON S.A.S.          PO Box 408
TSA 81002                               Bankhead Avenue
1, rue Camille Desmoulins               Edinburgh EH11 4HE
92787 Issy Les Moulineaux Cedex 9       United Kingdom
France

ETHICON S.p.A.                          CH: Johnson & Johnson AG
Via del Mare 56                         Rotzenbuehlstrasse 55
00040 Pomezia                           8957 Spreitenbach
Roma
Italia

ETH.MESH.02340901