# EXHIBIT 1

# Curriculum Vitae:
# Timothy Brian McKinney, M.D.

3021 NE 23rd Court, Fort Lauderdale, FL 33305 | (302) 743-3534 | mdrydays@aol.com

**Date of Birth:** ████████  **Place of Birth:** Hackensack, NJ

**Marital Status:** ████████████████████

**Citizenship:** U.S.A

**Office Address:** **Athena Women's Institute for Pelvic Health**
**Doing Business as (D.B.A) McKinney Teaching, P.C.**
University Executive Campus
151 Fries Mill Road, Suite 301
Turnersville, NJ 08012
856-374-1377 (office)
856-374-2177 (fax)
mdrydays@aol.com (e-mail)

## *Education:*
*Undergraduate*:

Bucknell University, Lewisburg, PA
08/1973-06/1977, BS Biochemistry

National Institute of Health, Research Scientist, Neuropharmacology
Lab, David Jacobowitz, PhD., 01/77-08/77

Louisiana State University, Pharmacology
08/1977-09/1980, Ph.D. Program

Emergency Medical Technician/Paramedic
Charity Hospital, New Orleans, LA
09/1980-01/1983, Paramedic

St. George's University School of Medicine
Grenada, West Indies,
Transferred, June 1985
01/1983-08/1985, M.S.

*Graduate and Professional*:    UMDNJ-Rutgers Medical School
Piscataway, New Jersey
09/1985-06/1987, M.D.

### *Postdoctoral Training:*
**Residencies**:                    Cooper Hospital/University Medical Center
Camden, New Jersey
Internship - Obstetrics & Gynecology
07/1987-06/1990

Department of Urology/Dr. Joel Marmar
Training in Urogynecology for 3 months

Cooper Hospital\University Medical Center
Camden, New Jersey
Chief Resident - Obstetrics and Gynecology
1990-1991

**Non-Accredited Fellowship**    Pennsylvania Hospital
Philadelphia, PA
Urogynecology Post-Graduate Fellowship training with
Richard Eisenberg, MD, Urogynecologist- Non-accredited
(Camden Campus 1990-1992, Pennsylvania 1992-1995)
FPMRS- certified 2013

### *Licensure:*
New Jersey Medical License: MA 51956
Pennsylvania Medical License:  MD 045282-L
Florida Medical License: AC 4886904
Maryland Medical License: D48298
New York Medical License
New Jersey CDS Registration: D48785
DEA Registration: BM1550296

### *Certification:*
American College of Obstetrics and Gynecology
Board Certified - FACOG - 1994
Diplomat ACOG – 1993

FPMRS- 2013

## *Hospital Appointments:*

Underwood Memorial Hospital
Woodbury, NJ
Attending - 1991 to Present

Kennedy Memorial Hospital
Washington Twp. and Stratford, NJ
Attending -1992 – Present

Virtua Hospital
Marlton, NJ
Attending 1997 to present

Hahnemann University Hospital
Philadelphia, PA
2007-Present

## *Other Appointments:*

*Present Titles:*            Professor
Chief of New Jersey Division of Fellowship
for Female Pelvic Medicine and Reconstructive Surgery
and AAGL Fellowship Professor for MIS
Drexel University College of Medicine

Medical Director
Angel Aesthetics
2800 Commercial Boulevard
Fort Lauderdale, FL  33305
2011-Present

National Faculty and Consultant
American Medical System
2008-Present

Board of Trustees and Co-founder
International Organization for Women & Development (IOWD)
2000-Present

Medical Director & CEO
T-DOC LLC Air-charged Catheters
 1999-Present

Medical director and Board of trustee
Laborie Medical comp.
2013-present

Medical Advisory Board Officer
Med cases
1999-2000

Medical Advisory Board Officer
Innovations in Medical Education and Training (IMET)
1998-Present

National Faculty and Consultant
Johnson and Johnson Corporation
Ethicon/Gynecare Divisions
1991-2012

IOWD medical advisory board
Fistula NGO medical missions – Niger then Rwanda, Africa

IUGA- Urogyn fellowship- Ghana, Africa

### *Previous University, Hospital and Administrative Appointments*:

Westwood Women's Medical Center
Laparoscopic Surgical & Urogynecologic Center
Director of Incontinence and pelvic floor dysfunction Center
600 Jessup Road
W. Deptford, NJ 08066
(609) 845-4061
*01/1991 – 09/1996*

Westwood Women's Medical Center
Director of Urogynecology and Pelvic Reconstruction Center
West Deptford, New Jersey - *1991 – 1996*

UMDNJ-School of Osteopathic Medicine
Clinical Assistant Professor, Volunteer
*March 1994 to September 1996*

Pennsylvania Hospital Women's and Children Health Center
Co Director - Incontinence Center
Philadelphia, PA
*1994-1999*

Medical Consultant for Education Services
Omnia, Research and Education Division, Philadelphia, PA
*1997-1998*

Kennedy Memorial Hospital University Medical Center,
Director, Kennedy Incontinence Center
Somerdale, N.J., *1996-2000*

Pennsylvania Hospital
Attending
Philadelphia, PA
*1992 – 2008*

Pennsylvania Hospital
Clinical Professor of Obstetrics and Gynecology
University of Pennsylvania School of Medicine
*Philadelphia, PA 01/1992-2008*

UMDNJ-School of Osteopathic Medicine
Associate Professor of OB/GYN
Chief, Division of Urogynecology and Pelvic Reconstructive Surgery
*September 1996 to 01/2012*

## *Editorial Positions:*

Editorial staff for The Journal of the American Association of
Gynecological Laparoscopists, 2000-Present

Editor Journal of Video Laparoscopy
2000- Present

Editor for Urogynecology for OB/GYN.NET
1999-Present

## *Memberships in Professional and Scientific Societies:*

International Continence Society
International Urogynecology Society
American Urogynecology Society
American Association of Gynecological Laparoscopists
American College of Obstetrics and Gynecology
New Jersey Medical Society
Gloucester County Medical Society
Society of Laparoendoscopic Surgeons
Philadelphia Obstetrics and Gynecology Society

American Medical Association
Society of Pelvic Reconstructive Surgery

## *Honors and Awards:*

1986 - OB/GYN Honors

1988 - Teaching Award - UMDNJ - Robert Wood Johnson Medical School, Camden, NJ

1989 - Teaching Award - UMDNJ - Robert Wood Johnson Medical School, Camden, NJ

1990 - Teaching Award - UMDNJ - Robert Wood Johnson Medical School, Camden, NJ

1991 - Teaching Award, UMDNJ- Robert Wood Johnson Medical School, Camden, NJ

1991 - Outstanding Achievement in Laparoscopy, American Association of Gynecological Laparoscopy

1996 – 2nd place Prize Winner ACOG Video Contest for Laparoscopic Anatomy

1997 - 1st Prize Winner SLS Video contest Laparoscopic Complications (Second Session)

1997 – 2nd place Prize Winner AAGL Video Contest for Laparoscopic Complications

1997 - Outstanding Gynecological Surgeon of the Year - UMDNJ-School of Osteopathic Medicine

1998 - Pennsylvania University Hospital Resident Teaching Award

1999 – Elected to Ad Hoc Editorial Board to The Journal of the American Association of Gynecological Gynecologists

2000 – ACOG Urogynecology Research Award for "New Severity Index for Incontinence."

2000 – 2nd Place Paper for the American Association of Gynecological Laparoscopy Annual Meeting, A Review of 93 cases of Laparoscopic Retropubic Urethropexy Modified Burch

2007 - 2nd Place Winner for Scientific Poster Competition – "Laparoscopic Retropubic Colposuspension Using Prolene Mesh: A Review of 93 Cases"


## *Publications, Book Chapters, Videos, Abstracts:*

**McKinney TB**, "Comparative study of laparoscopic retropubic urethropexy vs. open retropubic urethropexy", *Journal American Association of Gynecologic Laparoscopy*, September 1994

**McKinney TB**, "Urogynecology: Evaluation and treatment of Urinary Incontinence", *Lippincott Publishing*, November 1995, CD ROM

**McKinney TB**, "Comprehensive Hysteroscopy", Chapter: Indications and contraindications, *Lippincott Publishing*, September 1996 CD- ROM

**McKinney TB**, "Laparoscopic Anatomy - Video won Second Place in ACOG Video film awards at Annual Meeting, April 1996

**McKinney TB**, "Laparoscopic Complication", First Prize ACOG Video Contest, April 1997, ACOG Annual Meeting

**McKinney TB**, "A Review of 93 Cases of Laparoscopic Retropubic Urethropexy, Modified Sling from 8/92 - 4/96", *International Urogynecology Journal and Pelvic Floor Dysfunction, Volume 8,* Number 4, 1997, Pg. 262

**McKinney T**, Rogers R, Laparoscopic Uterosacral ligament vaginal vault suspension for vaginal and uterine prolapse, *Journal of Obstetrics and Gynecology*, April 1999.

**McKinney, T.**, Rogers, R., Schraga, Laparoscopic Vaginal Vault Suspension Utilizing the Uterosacral Ligament Fixation For Uterine and Vaginal Vault Prolapse (70 cases), *International continence society Forum,* August, 1999

**McKinney, T.**, Rogers, R., Schraga, Vaginal Vaginal Vault Suspension Utilizing the Uterosacral Ligament Fixation For Uterine and Vaginal Vault Prolapse (92 cases), *International continence society Forum*, August, 1999

**McKinney T, Kohli N, Lucente V, Miklos JR., Garely A, Karram MM,** Tension Free Vaginal Tape For the treatment of Stress Urinary Incontinence: The Initial North American Experience (95 cases), *International Continence Society Forum*, August, 1999 and AUGS, October, 1999.

**Miklos JR, McKinney TB**, "Laparoscopic Treatment of Stress Urine Incontinence and Anterior Vaginal Wall Prolapse" *A Practical Manual of Laparoscopy A Clinical Cook Book*, 2002

**McKinney TB, Miklos JR**, "Pelvic Floor Surgery" *A Practical Manual of Laparoscopy A Clinical Cook Book*, 2002

**McKinney TB**, "Pelvic Reconstruction of Vaginal Apical vault Defects Using Site-specific Repair" *State of the Art Atlas of Endoscopic Surgery in Infertility and Gynecology*, 2004

**McKinney TB, Hashemi EA, Greenleaf B, Rogers R, Schraga J**, "Correction of Vaginal Vault and Uterine Prolapse Utilizing Uterosacral Ligaments: A Comparison of Vaginal and Laparoscopic Routes, *Journal of Minimally Invasive Gynecology*, Volume 12, November 2005

**McKinney TB, Hashemi EA, Greenleaf B, Boyer S**, "Neovagina Technique and Vaginal Wall Suspension Using Polypropylene Mesh in Women with Pelvic Organ Prolapse, *Journal of Minimally Invasive Gynecology, Volume 12*, November 2005

**McKinney TB, Hashemi EA**, "Urodynamics Made Easy" Video, *Journal of Minimally Invasive Gynecology, Volume 12*, November 2005

**Hashemi EA, McKinney TB, Greenleaf BA**, "Creating and Algorithm for the Treatment of Frequency/Urgency without Detrusor Instability and Application or Urethral Instability as a Prognostic Tool to Predict the Success of Interstim Sacral Nerve Stimulation, *Journal of Minimally Invasive Gynecology, Volume 13,* November 2006

**McKinney TB, Greenleaf BAB**, "Pelvic Organ Prolapse Repair Using Propylene Mesh," *Journal of Minimally Invasive Gynecology, Volume 13,* November 2006

**Greenleaf BAB, McKinney TB, Hashemi EA**, "Vaginismus and Botulinum Toxin A: A Measure of Treatment" *Journal of Minimally Invasive Gynecology, Volume 13*, November 2006

**S. Hassami, T.B. McKinney, X. Guan, K.A. Hassan, S. Dhamotharan, and N. Sankar**, "Incidence of Upper Tract Abnormalities in Women With Advanced Prolapse" (Stage >3) - *Journal of Pelvic Medicine & Surgery. Vol. 13, Number 5, September/October 2007 – Presentation Number 46 P*

**S. Hassami, T.B. McKinney, R. Saddeek, K.A. Hassan, N. Sankar, and S. Dhamotharan**, "Pressure Transmission Ratio (PTR) as a Measure of Severity of Incontinence *– Journal of Pelvic Medicine & Surgery, Vol. 13, Number 5, September/October 2007 – Presentation Number 94 P*

**C. Dhingra, Susan Kellog, K. E Whitmore, T.B. McKinney**
Review article Urological Causes of sexual pain in women
*Accepted for publication in Journal of Female Pelvic Medicine and Reconstructive Surgery*

**C. Dhingra, P. O'Hare, K. E Whitmore, T.B. McKinney**
Laparoscopic Enterocele Repair and Sacral Rectopexy for Bowel Dysfunction
*Accepted for Podium presentation at ICS/IUGA 2010 Annual Scientific session*

**C. Dhingra, P. O'Hare, K. E Whitmore, T.B. McKinney**
Knotless Technique for Laparoscopic Sacrocervical Colpopexy
*Accepted for Podium presentation at ICS/IUGA 2010 Annual Scientific session*

**C. Dhingra, K. E Whitmore, T.B. McKinney**
Accepted for Podium presentation at ICS/IUGA 2010 Annual Scientific session
Novel Knotless Sacrocolpopexy Technique

**Wehbe S, Rebja A, Fariello J, Bhattacharya A, Dhingra C, Mckinney T, Whitmore K**
Bladder Outlet Obstruction inpatients with Interstitial Cysitits/ Painful Bladder syndrome
*Accepted for Abstract presentation : ICS/IUGA 2010 Annual Scientific session*

**C. Dhingra, P. O'Hare, K. E Whitmore, T.B. McKinney**
Quill Suture in Laparoscopic Sacrocolpopexy
*Accepted for podium presentation: Society of Laparascopic surgeons annual meeting 2010*

**C. Dhingra, J.A. Shepherd, N.L. Guerette, D. Delvadia, T.B. McKinney**
Novel Knotless Technique with Quill Suture in Laparoscopic Sacrocolpopexy
*The Journal of Minimally Invasive Gynecology*
*November 2009 (Vol. 16, Issue 6, Supplement, Page S76)*

**C. Dhingra,T. B. Mckinney, N. L. Guerette;**
Novel Intra – Vaginal Graft technique for Apical and Posterior Vaginal Prolapse
Drexel Univ. Coll. of Med., Philadelphia, PA.
*Int Urogynecol J (2009) 20 (Suppl 3):S387-S388*

**C. Dhingra, Susan Kellogg-Spadt, Ph.D, CRNP, Timothy B. McKinney, MD, PhD, Kristine E. Whitmore, MD:** Urogynecological Causes of Pain and the Effect of Pain on Sexual Function in Women; *The Journal of Female Pelvic Medicine and Reconstructive Surgery – Volume 18, Number 5, September/October 2012*

## *National and International Presentations:*

ACOG Annual Meeting, Las Vegas Laparoscopically Assisted Vaginal Hysterectomy: Use of the Doderlein Vaginal Technique, 1992

ACOG Annual Meeting, Las Vegas - Adhesion Prevention for the General Ob/GynTechniques, 1992

ACOG District III Meeting - Platform presentation on Laparoscopic Retropubic Urethropexy and Urogynecology, 1993

ACOG National Meeting, Stratford, NJ Update on laparoscopic gynecological Surgery, 1996

ACOG National Meeting, Stratford, NJ Debate on laparoscopic vs laparotomy treatment of ovarian masses, 1996

ACOG Annual Meeting, San Diego, CA. Laparoscopic Pelvic Reconstruction in Prolapse and Incontinence, 1997

ACOG National Meeting, New Orleans, LA "Latest Treatment Options for Incontinence and Prolapse," 1998

AAGL Annual International Meeting, Atlanta, GA - Debate over Non-Surgical vs. Surgical Treatment of Incontinence, Timothy B. McKinney vs. Thomas Lyons, 1998

New Jersey Ob/Gyn Society Annual Meeting Telesurgery and Laparoscopic treatment of Prolapse and Incontinence, 1998

Midatlantic Conference for AOA Annual meeting, Atlantic City, NJ.  New Surgical Treatment Options For Incontinence and Prolapse, 1998

ACOG National Meeting, Philadelphia, PA, Tension Free Vaginal Tape Sling Urethropexy, A New Treatment Option for Stress Incontinence, 1998

OB/GYN.NET Interview on TVT Sling Urethropexy for Stress Incontinence, 1998

ACOG National Meeting, Philadelphia, PA, 1999

 AAGL Annual international Meeting, Las Vegas, Nevada, Telesurgery – Live Cadaveric dissection of pelvic anatomy, - AAGL Course – Reconstructive Pelvic Anatomy, - Moderator- Urogynecology Plenary Session, 1999

International Urogynecology Society, Denver, CO, 1999

ACOG National Meeting, San Francisco, CA, 2000

International Urogynecology Society, Rome, Italy,  - Correction of Vaginal Vault and Uterine Prolapse utilizing Ureterosacral Ligaments and comparison of Vaginal and Laparoscopy Routes on the first 163 patients, 2000

Comparison of Fiberoptic, Microtip, Water and Air-charged Pressure Transducer Catheters for Evaluation of Urethral Pressure Profiles 2000. **Timothy McKinney, M.D.**, Howard Goldstein, D.O., Sam Hessami, M.D.

American Urogynecology Society Meeting, Non-Surgical Treatment of Female Incontinence – Lecture, 2000

OB/GYN.NET Interview on New " Air Charged" Urodynamic Catheter Technology

AUGS Annual Meeting Atlanta, GA – Urethral Instability as a Urodynamic Indicator of Interstim Success, 2005

AUGS Annual Meeting, Atlanta, GA – T-DOC Company Booth, 2005

ICS (International Continence Society) Meeting – Montreal, Canada – Urodynamic Indicators for Interstim Success, 2005

ICS (International Continence Society) Meeting – Montreal, Canada – T-DOC Company Booth, 2005

ISGE: London England – General Session: Anatomy and Physiology or Prolapse and Incontinence, 2005.

ISGE: Annual Meeting, London, England – Reconstructive Surgery for Prolapse -  Elected to the Board of Trustees, 2005

AAGL Annual Meeting, Chicago, IL – Teaching Post Graduate course on work-up and Treatment of Incontinence, 2005.

AAGL Annual Meeting, Chicago, IL – Presentation – Anatomy and Physiology of Incontinence and Prolapse, 2005.

AAGL Annual Meeting, Chicago, IL – TVT Sling Urethropexy Surgery and Evidence Based Medicine, 2005

AAGL Annual Meeting, Chicago, IL – Three Papers Presented, 2005
  (1) A comparison of Laparoscopic vs. Vaginal Repair of Vaginal Prolapse using the Uterosacral Ligaments – A ten-year follow-up on 164 patients.
  (2) Urodynamic Indicators of Interstim Success
  (3) Urodynamic made easy

AAGL Annual Meeting, Chicago, IL – Lunch Roundtable Discussion: "New Treatment Options for Reconstructive Surgery and Incontinence", 2005

AAGL Annual Meeting, Chicago, IL – Moderated several sessions, 2005
International Continent Society Meeting, Montreal, CA - Breakfast Symposium, OAB & Fecal Incontinence: From Diagnostics to Treatment: Urodynamic Indications for Interstim, September 2005

Society for Urodynamic & Female Urology (SUFU) Annual Meeting, Bahamas - Lecture: Urodynamic Indicators for Interstim Nerve Modulation Success. Meeting sponsored with T-DOC, February 2006

SUNA Annual Meeting, LasVegas, Nevada, Taught course on "Urodynamics made Easy" and how to do Urodynamics, March 2006

International Society for Gynecological Endoscopy (ISGE) Annual Meeting, Argentina, Debate on Laparoscopic vs. Vaginal Reconstruction for Prolapse and Incontinence (including patient work-up) debated against Linda Cardozza, M.D. – England, March 2006

AAGL Cadaver Course, Denver, CO – Lecture: Sling and Things, Anatomy of Reconstructive Surgery. Work-up for the incontinent patient. Cadaver Lab, April 2006

AUA Annual Meeting – Lecture – Urethral Instability as an indicator on Urodynamics for Interstim Success, May 2006

Post Graduate course on Pelvic Reconstructive Surgery and Incontinence – Rio De Janeiro, Brazil, September 2006

AUGS Annual Meeting – Sponsored meeting and lecture on T-DOC "Air-Charged" Urodynamic Catheter – Palm Springs, CA – October 2006

Western Regional AUA and SUNA Meeting – Honorary Lecturer: Fistula Mission in Niger, Africa: "The People, The Problem and The Solution" – Hawaii – October 2006

AAGL Annual Meeting – Botox in treatment of Vaginismus and Vulvadynia Research Paper; Grafts for Vaginal Pelvic Reconstructive Surgery – results of first 185 patients over five-year period; Urethral Instability as a Urodynamic Indicator for success in Interstim Sacral Nerve Modulation for Frequency, Urgency and Interstitial Cystitis, Las Vegas, NV – November 2006

EUA Annual Meeting – Two courses on how to perform Urodynamics, with live demonstrations, Berlin, Germany – March 2007

Pelvic Floor Disorders Symposium, Vail, CO – Fistula Repairs in Niger Africa: the people and the results, April 2007

Pelvic Floor Disorders Symposium, A Multidisciplinary Approach – Vail, CO – Panel Discussion – Synthetic Grafting vs. Biologic Grafting in Pelvic Surgery: Should You or Shouldn't You?  Peter Resenblatt, MD – Harvard vs. Timothy B. McKinney, M.D., April 2007

Ninth Annual Advanced Workshop on Gynecologic Laparoscopic Anatomy & Minimally Invasive Surgery including TVT and TOT, Louisville, KY – Pelvic Floor Anatomy and Reconstruction, May 2007

Ninth Annual Advanced Workshop on Gynecologic Laparoscopic Anatomy & Minimally Invasive Surgery including TVT and TOT, Louisville, KY – Slings & Things, May 2007

SUNA – 38th Annual Conference – Keynote Speaker – *"Fistula Women of Africa, The Horror of Their Lives, The Hope for Their Future"* – Phoenix Arizona, October 2007

IMET Course – Hands-On Gynecologic Laparoscopy – *"Laparoscopic Pelvic Anatomy for the Gynecological Surgeon" Rio Grande Puerto Rico* – October 2007

IMET Course – Hands-On Gynecologic Laparoscopy – *"Laparoscopic Complications and How to Avoid Them"* – Rio Grande – Puerto Rico – October 2007

IUGA: *Novel Intravaginal Graft Technique for Apical and Posterior Vaginal Prolapse*: C Dhingra; TB McKinney; NL Guerette – June 2009

AUGS:  *Novel Intravaginal Graft Technique for Apical and Posterior Vaginal Prolapse*: C Dhingra; TB McKinney; NL Guerette – September 2009

AAGL: *Novel Knotless Technique with Quill Suture in Laparoscopic Sacrocolpopexy*: C Dhingra; J Shepard; NL Guerette; D Delvadia; TB McKinney – November 2009

Rwanda Africa: Fistula Mission – January 2010

AUGS: Annual Meeting - Long Beach, CA, *Presenter*, September 2010

Wehbe SA, Rejba A, Fariello J, **McKinney T**, Whitmore K. Bladder outlet obstruction in patients with interstitial cystitis/painful bladder syndrome. Poster 116. Female Pelvic Med Reconstr Surg. 2010;16(5):S144.

Wehbe SA**,** O'Hare P, **McKinney T**. Tips and tricks in laparoscopic sacral colpopexy. Video Poster 1. Female Pelvic Med Reconstr Surg. 2010;16(5):S98.

Dhingra C**,** Wehbe SA, Andriani L, Tieniber A, Whitmore K, **Mckinney T**. A novel knotless technique in laparoscopic sacrocolopopexy. Poster 171.  Female Pelvic Med Reconstr Surg. 2010;16(5)S164.

Wehbe SA, O'Hare P, Harmon J, Schellato K,**Mckinney T,** Whitmore K. Robotic assisted repair of a vesico vaginal fistula. Video 4. Female Pelvic Med Reconstr Surg. 2010;16(5) S95.

Dhingra C, O'Hare P, Whitmore K, Wehbe SA, **Mckinney T.** Laparoscopic enterocele repair and sacral rectopexy for bowel dysfunction. Video Presentation Nb: 852. ICS/IUGA meeting, August 2010, Toronto, Canada

AAGL: Annual Meeting – Las Vegas, Nevada – *Presenter*, November 2010

Rwanda Africa: Fistula Mission – January 2011

EUA Meeting, Vienna Austria, March 2011

AUA Meeting: Washington, DC, May 2011

IGUA Meeting: Lisbon, *Presenter* - June 2011

1-Wehbe S, O'Hare P, El-Khawand D, Whitmore K, **McKinney T**. A retrospective cohort study comparing surgical outcomes of MiniArc sling with and without concomitant pelvic organ prolapse repair. *Accepted as Read* by Title at 41st annual meeting of the International Continence Society, Glasgow, UK, 2011.

AUGS Meeting: Rhode Island, NY – *Presenter* - September 2011

AAGL Meeting – Hollywood, FL – *Presenter* - November 2011

EUA Meeting:  Paris – February 2012

AUA Meeting:  Atlanta, GA – May 2012

IUGA Meeting: Brisbane, Australia – Cadaver Lab – Teaching Responsibility – September 2012

IUGA Meeting: Brisbane, Australia – Lecture: Surgery and the work-up of the Incontinent Patient and Elevate Anterior Presentation Step by Step and Surgical Video – September 2012

AUGS Meeting: Chicago, IL – Posters & Oral Presentations – October 2012
Combined Laparoscopic Sacrocolpoperineopexy-Rectopexy Procedure for Pelvic Organ Prolapse: Peter O'Hare MD[1], Salim Wehbe MD[1], Dominique El-Khawand MD[1], Kristine Whitmore MD[1], Elizabeth Babin MD[1], Timothy McKinney MD, PhD[2]
[1]*Drexel University College of Medicine, Philadelphia, PA;* [2]*Drexel University College of Medicine, Philadelphi, PA – October 2012*

ICS Standardization Committee on Urodynamics Meeting – Beijing, China – October 2012

AAGL 41st Global Congress of Minimally Invasive Gynecology – Caesars Palace – Las Vegas, NV – November 2012

IUGA 38th Annual Meeting 2013 - Dublin, Ireland: May/June 2013

American Urological Association – 5/4/2013-5/8/2013 Awarded 44.75 AMA PRA Category 1 Credits – AUA Annual Meeting San Diego, CA


## *Teaching Responsibilities:*

1991-1992
   Surgeon's Training Seminars - Sanabel Laparoscopic Hysterectomy Course

   Surgeon's Training Seminars - New York Laparoscopic Hysterectomy; Endosuturing

   Surgeon's Training Seminars - San Francisco Laparoscopic Hysterectomy

   Surgeon's Training Seminars – Orlando Laparoscopic Hysterectomy

   Surgeon's Training Seminars – Chicago Laparoscopic Hysterectomy, Retropubic Urethropexy

   Surgeon's Training Seminars - New York Operative Hysteroscopy, Retropubic Urethropexy

   Surgeon's Training Seminars – Chicago Laparoscopic Hysterectomy

   Surgeon's Training Seminars - San Francisco Laparoscopic Hysterectomy, Retropubic Urethropexy

   Surgeon's Training Seminars - Steamboat Springs - Laparoscopic Hysterectomy, Advanced Laparoscopic Surgery, Retropubic Urethropexy

Laparoscopic Hysterectomy Course - Hershey Medical Center

Laparoscopic Hysterectomy Course - Pennsylvania College of Osteopathic Medicine

Ethicon Training Lectures for Suture Division on General Ob/Gyn Surgery

Grand Rounds, Underwood Memorial Hospital Advanced Laparoscopic Surgery: 1-LAVH;
2-Ectopic Pregnancy: Laparoscopic Management
Endometriosis, Adenomyosis, Laparoscopic Myomectomy

March 1993-
Advanced Laparoscopic Surgery/Hysteroscopy Course - JFK Medical Center, Edison, NJ

April 1993-
Advanced Laparoscopic Surgery/Hysterectomy Helene Fuller Medical Center, Trenton, NJ

May 1993-
Advanced Laparoscopic Surgery/Hysteroscopy Course - Valley Hospital, Ridgewood, NJ
LAVH and Laparoscopic Burch Course, Somerville, NJ

June 1993-
Laparoscopic Burch Colposuspension Course - Somerville, NJ

Laparoscopic Hysterectomy and Advanced Procedures in Laparoscopy, Cincinnati, OH

Live Case Demonstration for LAVH/Advanced Laparoscopic Surgery Course, JFK Medical
Center Edison, NJ

Laparoscopic Burch and LAVH Course, Cincinnati, OH

Urogynecology: work-up and treatment of Female Urinary Incontinence and update on
Laparoscopic approaches to Retropubic urethropexy, Cincinnati, OH

Advanced Operative Laparoscopy and Urogynecology Update Course, Lansing, MI

Advanced Operative Laparoscopy, Urogynecology and Laparoscopic Retropubic
Urethropexy, Buffalo, NY

Advances in Laparoscopic Treatment of Urinary Incontinence and LAVH, Rochester, NY

Symposium on Urogynecology and Laparoscopic Treatment of Genuine Urinary Stress
Incontinence - The McKinney Technique, Boston, MA

Grand Rounds, Einstein Medical Center, Philadelphia, PA Laparoscopic Treatment of
Incontinence

Advanced Laparoscopic Surgery Course, JFK Stratford, UMDNJ-SOM

Urogynecology Update - Laparoscopic Retropubic Urethropexy and Preceptorship, Louisville, KY

Endo Expo 1993 - Laparoscopic Retropubic Urethropexy, San Diego, CA

September 1993-
ACOG Annual Meeting, District III Meeting Laparoscopic Retropubic Urethropexy and Urogynecology, Atlantic City, NJ

October 1993-
Update in Advanced Laparoscopic Surgery, Atlantic City, NJ

Advanced Laparoscopic Surgery and Urogynecology, Michigan

December 1993-
Urogynecology and Advanced Laparoscopic Surgery, Orlando and Miami, FL

January 1994-
Cornell University, Course of Urogynecology and Advanced Laparoscopic Surgery

Course of Urogynecology, LAVH and Laparoscopic Burch

February 1994-
Urogynecology Laparoscopic Retropubic Urethropexy and Sacral Colpopexy Course and Preceptorship, Lexington, KY

LAVH/Burch Course, Cincinnati, OH
LAVH/Burch, 2 Courses, Somerville, NJ
LAVH/Burch Course, Greensboro, NC
LAVH/Retropubic Urethropexy Course, Dartmouth Medical Center, Hitchcock Medical Center
LAVH Burch/Vault Suspension Course, Lexington, KY
LAVH Burch Course, Cornell University Medical Center
LAVH/Urogynecology, 2 Courses, University of Massachusetts, Medical Center
LAVH/Urogynecology Course, Michigan State Medical Center

March 1994-
LAVH/Burch/Urogynecology; 2 Courses, Cincinnati, OH

April 1994-
LAVH/Burch Lecture, Dartmouth Medical Center
LAVH/Burch Urogynecology Course, Lexington, KY
LAVH/Burch/Vault Suspension Preceptorship, Lexington, KY
LAVH/Burch/Urogynecology Course, Cornell University

LAVH/Burch/Urogynecology Course, Cincinnati, OH

May 1994-
LAVH/Burch/Urogynecology Course, Worcester, MA
LAVH/Burch/Urogynecology Course, Somerville, NJ

October 1994-
Gynecological Symposium, Cleveland Clinic, Ft. Lauderdale, FL
LAVH/Burch/Urogynecology Symposium, Melville, NY
LAVH/Burch/Urogynecology Symposium, New York City, NY
LAVH/Burch/Urogynecology Course, New Brunswick, NJ
LAVH/Burch/Urogynecology Course, 2 Courses, Cincinnati, OH

November 1994-
Urinary Stress Incontinence Course, Cincinnati, OH
Urinary Stress Incontinence Courses, 2 Courses, Somerville, NJ

December 1994-
Urinary Stress Incontinence Course, Michigan State University

January 1995-
Burch Course, Cincinnati, OH
Laparoscopic Vaginal Vault Preceptorship, Monmouth Medical Center, Monmouth, NJ

Burch Preceptorship, NC

March 1995-
Urinary Stress Incontinence Lecture, Grand Rounds - Burlington Regional Memorial
Hospital, Mt. Holly, NJ

Laparoscopic Burch Preceptorship, Greensboro, NC

Laparoscopic Burch Conference, Live Laparoscopic Burch Surgery, OR Preceptorship at US
Air force Academy, and Grand Rounds, Denver, CO

Urinary Stress Incontinence Lecture, Cincinnati, OH
Laparoscopic Burch Preceptorship, Live Laparoscopic Burch Surgery, Brooklyn, NY
Laparoscopic Burch Surgery Technique Symposium, Cherry Hill, NJ

April 1995-
Telesurgery on two Laparoscopic Burch Procedures, Chicago, IL
Telesurgery on Laparoscopic Burch Procedure, Cincinnati, OH

May 1995-
Telesurgery on Laparoscopic Burch Procedure, Cincinnati, OH
Laparoscopic Burch Course, Somerville, NJ

Urinary Stress Incontinence Course, Somerville, NJ
Laparoscopic Burch Preceptorship, Underwood Memorial Hospital, Woodbury, NJ

June 1995-
Lecture on Endometriosis, Cedar Grove, NJ
Lecture on Uro/Gyn and Laparoscopic Approaches to Pelvic Support, Voorhees, NJ
Laparoscopic Burch, LAVH Preceptorship, Cincinnati, OH
Telesurgery on Laparoscopic Burch Procedure, Cincinnati, OH
Urinary Stress Incontinence Lecture, Voorhees, NJ

July 1995-
Laparoscopic Burch Course, San Antonio, TX
Laparoscopic Burch Preceptorship, Syosset, Long Island, NY
Laparoscopic Burch Course, Cincinnati, OH
Urinary Stress Incontinence Course, San Antonio, TX
Laparoscopic Burch Preceptorship, Syosset, Long Island, NY

August 1995-
Laparoscopic Burch Preceptorship, Great Falls, Montana
Laparoscopic Burch Course, Somerville, NJ
Laparoscopic Burch Course, Cincinnati, OH
Urinary Stress Incontinence Course, Somerville, NJ
Urinary Stress Incontinence Course, Cincinnati, OH

September 1995-
Laparoscopic Burch Preceptorship, Greenville, SC
Laparoscopic Burch Preceptorship, Scottsdale, AZ
Telesurgery on Laparoscopic Burch Procedure, Charlotte, NC
Telesurgery on Laparoscopic Burch Procedure, Scottsdale, AZ

October 1995-
Telesurgery on Laparoscopic Burch Procedure, Trenton, NJ

November 1995-
Laparoscopic Burch Lecture, Women's Health Symposium, Bellevue, NY
Laparoscopic Burch Lecture, Cincinnati, OH
Urinary Stress Incontinence Course, Bellevue, NY

December 1995
Laparoscopic Burch Lecture, Cincinnati, OH
Laparoscopic Hysterectomy/Burch Preceptorship, Philadelphia, PA
Laparoscopic Surgery, Philadelphia, PA
Laparoscopic Burch Course, Cincinnati, OH
Urinary Stress Incontinence Course, Cincinnati, OH
Telesurgery on Laparoscopic Burch Procedure, Philadelphia, PA

January 1996-
　　　　Operative Laparoscopy Course, Philadelphia, PA

February 1996-
　　　　Operative Laparoscopy Course, Philadelphia, PA

March 1996-
　　　　Laparoscopic Burch Course, Somerville, NJ

　　　　Laparoscopic Burch Course x 3, Cincinnati, OH

May 1996-
　　　　AVH/Laparoscopic Burch Course, Chicago, IL
　　　　Operative Laparoscopy Conference, Philadelphia, PA

June 1996
　　　　Operative Laparoscopy Conference, Philadelphia, PA
　　　　Laparoscopic Burch Course, Somerville, NJ

July 1996-
　　　　Laparoscopic Burch Course, Somerville, NJ
　　　　Laparoscopic Burch Course, Cincinnati, OH

August 1996-
　　　　Laparoscopic Burch Course, Chicago, IL

November 1996-
　　　　Laparoscopic Burch Course, Philadelphia, PA

December 1996-
　　　　Laparoscopic Burch Course, Langhorn, PA
　　　　ACOOG Mid Year Meeting, Advances in Gynecological Laparoscopy Stratford, NJ

February 1997-
　　　　Laparoscopic Burch Course, Chicago, IL
　　　　Laparoscopic Burch Course, Hunterdon, NJ

March 1997-
　　　　Laparoscopic Burch Course, Philadelphia, PA
　　　　ACOOG National Meeting: Laparoscopic Pelvic Reconstruction and Incontinence, La Jolla, CA.

　　　　American Urogynecology Society Annual Meeting, Tucson, AZ - Poster Session "A Review of 93 Cases of Laparoscopic Retropubic Urethropexy Modified Sling from 8/92 to 4/96"

April 1997-
> Michael Reese Hospital, Advanced Laparoscopic Surgery Incontinence and New Technologies Course, Chicago, IL 4/26/97
> UCLA, Course on Pelvic Reconstructive Surgery and Urogynecology 4/4-5/97
> Ethicon Endosurgery Institute, LAVH, Laparoscopic Pelvic Reconstruction, Cincinnati, OH, 4/3/97

May 1997-
> OMNIA - Advanced Laparoscopy Preceptorship Course, Pelvic Reconstructive Surgery, Incontinence, Laparoscopic Complications, Pennsylvania Hospital, CME 16 Hours.
>
> UCLA Course on Pelvic Reconstruction and Incontinence, 6 Surgeries Preceptored, Pelvic Reconstruction and LAVH, 5/10-13/97
>
> Urogynecology, Cystoscopy, Advanced Gynecological Surgery, Hilton Head, SC, 36 CME Credits, 5/27-30/97.
>
> Laparoscopic Pelvic Reconstruction on Unembalmed Cadavers, 5/31/97

June 1997-
> Ethicon Endosurgery Institute, Laparoscopic Pelvic Reconstruction, Laparoscopic Treatment of Incontinence, Telesurgery with C.Y.L01, Cincinnati, OH, 6/4-5/97
>
> Treatment of Urinary Incontinence, Cystoscopy, Urogynecology, Lab for Cystoscopy, biopsy Techniques, Contigen Implantation, and Urodynamics. Taught by Dr. Timothy McKinney and Dr. Kristine Whitmore, Princeton, NJ, 6/6/97.

July 1997-
> Ethicon Endosurgery Institute, Laparoscopic Pelvic Reconstruction and Incontinence, July 10, 1997.

August 1997-
> Preceptorship with Dr. G. Snyder, St. Mary's Medical Center, Laparoscopic Pelvic Reconstruction, 8/1/97
>
> OMNIA - Laparoscopic Anatomy and Pelvic Reconstructive Surgery, 8/14-15/97.

September 1997-
> OMNIA - Advanced Operative Laparoscopy Involved in Pelvic Reconstruction, Paravaginal Repair and Incontinence, 9/19/97.
> LAVH, Laparoscopic Pelvic Reconstruction, Incontinence Course, Cincinnati, OH, 9/22/97.
> American Urogynecology Society Annual Meeting, Tucson, AZ: Poster "A Review of 93 Cases of Laparoscopic Retropubic Urethropexy from August 1992 to April 1996.

October 1997-
>   Laparoscopic Preceptorship, St. Mary's Hospital, Langhorne, PA, 10/10/97.
>
>   Operative laparoscopy Preceptorship Course, OMNIA, Pennsylvania Hospital, Open vs Laparoscopic Retropubic Urethropexy, Laparoscopic Pelvic Reconstruction and Paravaginal Repair, 10/17/97.

November 1997-
>   Advanced Operative Laparoscopy Course, OMNIA, Pennsylvania Hospital, Laparoscopic Treatment of Incontinence, Pelvic Reconstruction and Paravaginal Repair, 11/21/97.
>
>   Laparoscopic Pelvic Reconstruction and Incontinence and LAVH Course and Animal Lab, Ethicon, Cincinnati, OH, 11/24/97

December 1997-
>   Poster Session, Chicago, IL, ACOOG Meeting, 12/12/97
>   LAVH, Pelvic Reconstructive Surgery, Ethicon, Cincinnati, OH.
>
>   Advanced Operative Laparoscopy Course, OMNIA Teaching and Research, Pennsylvania Hospital (16 CME Hours), 12/19/97

January 1998-
>   Laparoscopic Pelvic Reconstruction, Incontinence and LAVH Course with Animal Lab, Ethicon International Headquarters, Cincinnati, OH.

February 1998-
>   Advanced Laparoscopic Anatomy and Pelvic Reconstruction on Unembalmed Female Cadavers, PCOM, Philadelphia, PA, 2/5-6/98.
>
>   Operative Laparoscopy Preceptorship - Open vs Laparoscopic Retropubic Urethropexy, Paravaginal Repair, Laparoscopic Pelvic Reconstruction, 2/20/98.

March 1998-
>   Laparoscopic Pelvic Anatomy on Unembalmed Cadavers - University of Pennsylvania Hospital, Philadelphia, PA - 3/15/98
>
>   Evaluation of the Incontinent Patient - Grand Rounds Presentation, Kennedy Memorial Hospitals/UMC, Stratford, NJ, 3/27/98

April 1998-
Laparoscopic Paravaginal and Vaginal Vault Suspension/Pelvic Prolapse and Incontinence 1st Annual Advances in Gynecological Surgery Course and Tele-surgery for Advanced GYN Surgery, Pelvic Reconstruction, Incontinence and LAVH Cape Cod, Bruster, Massachusetts, April 3-4, 1998

Pelvic Reconstruction on Unembalmed Cadavers in conjunction with The Society of Pelvic Reconstructive Surgery Philadelphia College of Osteopathic Medicine, Philadelphia, PA, April 23-24, 1998

Pelvic Prolapse and Incontinence Grand Rounds Presentation, Philadelphia College of Osteopathic Medicine, Philadelphia, PA April 30, 1998

May 1998-
Advances in the Diagnosis and Treatment of Urinary Stress Incontinence Omnia Education Division, New Orleans, LA, May 8, 1998

"Pelvic Relaxation" Greater Philadelphia OB/GYN Review Course Philadelphia, PA, May 14, 1998

"Pelvic Prolapse and Reconstruction" Philadelphia OB Society Philadelphia, PA, May 15, 1998

"Overactive Bladder and Incontinence"  Upjohn - May 19, 1998

Advanced Pelvic Surgery and Urogynecology, Cystoscopy and Urethroscopy, Non-surgical Treatment of Prolapse and Incontinence, New Surgical Procedures for Incontinence and Prolapse, Including Collagen, Dysfunctional Uterine Bleeding: Causes and Evaluation San Antonio, TX, May 21 – 24, 1998

Advanced Laparoscopic Surgery Course "Pelvic Reconstruction and Incontinence" Philadelphia, PA, May 27, 1998

January 1999-
Reparative Pelvic Surgery on Unembalmed Female Cadavers-1/14-16/99 -

TVT Sling Urethropexy Preceptorship Program Jan.12, 19,26 with live OR cases with visiting Drs. from throughout the US and abroad

February 1999-
Surgical Management of Stress Urinary Incontinence, San Diego, CA
New Surgical Treatment Options for Urinary Stress Incontinence including TVT Sling Urethropexy Cystoscopy and urethroscopy, 2/10-13/99

Reparative Pelvic Surgery on Unembalmed Female Cadavers-2/13-14/99

TVT Sling Urethropexy Preceptorship Program Feb., 5,1619 with live OR cases with visiting Drs. from throughout the US and abroad

Grand Rounds: UMDNJ - Newark- TVT Sling Urethropexy with Live pelvic reconstructive surgery, 2/23

March 1999-
Reparative Pelvic Surgery on Unembalmed Female Cadavers, 3/11-3/13, Savannah, GA

Incontinence workup and Surgical Treatment with TVT Sling Urethropexy with hands on anatomy and workshop with Unembalmed Cadavers

Grand Rounds, UMDNJ Stratford: Advanced laparoscopic techniques for gynecological surgery and prolapse, Laparoscopic complications and laparoscopic anatomy.

Course for UMDNJ School of Osteopathic Medicine, OB/GYN Faculty and Residents, Advanced laparoscopic techniques for LAVH, Ashland Pelvic reconstruction combined with a Porcine Lab, Somerville N.J. 3/19/99

TVT Sling Urethropexy Preceptorship Program March 16,23,30 with live OR cases with visiting Drs. from throughout the US and abroad

April 1999-
MidAtlantic Osteopathic Convention, Atlantic City, NJ, " Minimally Invasive Approaches to Pelvic Prolapse and Urinary Incontinence"
Platform Speaker, 4/14/99

TVT Sling Urethropexy OR In-service Grand Rounds, 4/21/99
TVT Sling Urethropexy Preceptorship Program April 6,13,20 with live OR cases with visiting Drs. from throughout the US and abroad

May 1999-
American College of Obstetrics and Gynecology National Meeting, Philadelphia, Pa.:  New techniques for incontinence surgery – TVT Sling Urethropexy.  May 19, 1999

American College of Obstetrics and Gynecology National Meeting, Philadelphia, PA: Laparoscopic Vaginal vault Suspension utilizing the Uterosacral ligaments. May 19, 1999

TVT Sling Urethropexy Preceptorship Program, May 4, 8, 26 with live OR Cases

June 1999-
>     Reparative Pelvic Surgery on Unembalmed Female Cadavers, Chicago, IL
>
>     Incontinence and TVT Training course on Unembalmed Cadavers, Chicago, Ill - Course Director,
>
>     Course Director:  Laparoscopic Supracervical Hysterectomy and myomectomy, Techniques and challenges, Somerville, NJ
>
>     TVT Sling Urethropexy Preceptorship Program June, 8,15,22 with live OR cases with visiting Drs. from throughout the US and abroad

July 1999-
>     TVT Sling Urethropexy Preceptorship Program with live OR cases July 13,20, 27 with visiting Drs. from throughout the US and abroad

August 1999-
>     TVT Sling Urethropexy Preceptorship Program with live OR cases - August 3,10,17 with visiting Drs. from throughout the US and abroad.
>
>> International Continence Society and International Urogynecological Society Annual Meeting, Denver, Co., Poster presentations on:
>> 1)- Tension Free Vaginal Tape For the treatment of Stress Urinary Incontinence:  The Initial North American Experience (95 cases)
>> 2)-Laparoscopic Vaginal Vault Suspension Utilizing the Uterosacral Ligament Fixation For Uterine and Vaginal Vault Prolapse(70 cases)
>> 3)-Vaginal Vaginal Vault Suspension Utilizing the Uterosacral Ligament Fixation For Uterine and Vaginal Vault Prolapse(92 cases)

September 1999-
>     Grand Rounds Binghamton N.Y., New Management options for Incontinence and Prolapse, 9/9/99
>
>     Surgical Preceptorship on 6 incontinence and prolapse cases with telesurgery for local Gyn and Urology Physicians
>
>     TVT Sling Urethropexy Preceptorship Program with live OR cases - Sept 14th with visiting Drs. from throughout the US and abroad
>
>     Reparative Pelvic Surgery and Surgical Dissection on Unembalmed Cadavers Via Laparoscopy, Vaginal and Laparotomy Approaches, Sept. 16-18, Pomona, California.

Tension Free Vaginal Tape Sling Urethropexy Course, Didactic, Inanimate and Cadaveric Surgery Course, 9/17-18, Pomona, Ca.

October 1999-

Grand Rounds, Yale University, Laparoscopic Supracervical Hysterectomy and Myomectomy

AUGS National Meeting, San Diego, Ca.)- Tension Free Vaginal Tape for the treatment of Stress Urinary Incontinence:  The Initial North American Experience (95 cases)

TVT Sling Urethropexy Preceptorship Program with live OR cases with visiting Drs. from throughout the US and abroad.

November 1999-

AAGL Cadaver Course, Reparative Pelvic Surgery and Surgical Dissection on Unembalmed Cadavers Via Laparoscopy

TVT Sling Urethropexy Preceptorship Program with live OR cases with visiting Drs. from throughout the US and abroad

AAGL National meeting, Las Vegas, Nevada, Laparoscopic Vaginal Vault Suspension Utilizing the Uterosacral Ligament Fixation For Uterine and Vaginal Vault Prolapse (70 cases), A Review of 93 Cases of Laparoscopic Retropubic Urethropexy Modified Burch Colposuspension.

AAGL National meeting, Las Vegas, Nevada, Telesurgery of "live dissection of cadaveric pelvic anatomy, with Rogers, MD, Brill, MD, McKinney, MD.

September 2004-

University of Medicine & Dentistry of New Jersey's Fourth Annual Women's Health Symposium, Atlantic City New Jersey – "An Approach to Incontinence"

University of Medicine & Dentistry of New Jersey's Fourth Annual Women's Health Symposium, Atlantic City Mew Jersey – "Pelvic Pain: The Surgical Approach"