# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Barker, Daphne | 2:12cv00899 |
| Boggs, Sharon | 2:12cv00368 |
| Bridges, Robin | 2:12cv00651 |
| Dimock, Carol | 2:12cv00401 |
| Funderburke, Betty | 2:12cv00957 |
| Kropf, Diane (Stayed) | 2:12cv01202 |
| Lozano, Deborah | 2:12cv00347 |
| Morrow, Tina (Wave 2) | 2:12cv00378 |
| Nix, Cynthia | 2:12cv01278 |
| Ruebel, Ana | 2:12cv00663 |
| Taylor, Charlene | 2:12cv00376 |
| Vignos-Ware, Barbara | 2:12cv00761 |