# EXHIBIT 1

PPE Specification LAB-0012841 | Rev:4
Labeling Specification 28 Nov 2014
RMO P15506 Gynecare TVT 54254
Device Release Level: 4. Production

# Gynecare TVT™

Tension-free Support for Incontinence

**GYNECARE TVT™**
**Tension-free Vaginal Tape**

GYNECARE TVT™ Single Use Device
GYNECARE TVT™ Reusable Introducer
GYNECARE TVT™ Reusable Rigid Catheter Guide

GYNECARE TVT™ anordning til engangsbrug
GYNECARE TVT™ indfører til flergangsbrug
GYNECARE TVT™ stift guiding kateter til flergangsbrug

GYNECARE TVT™ hulpmiddel voor eenmalig gebruik
GYNECARE TVT™ herbruikbare introducer
GYNECARE TVT™ herbruikbare starre katheterinvoerder

GYNECARE TVT™ -laite, kertakäyttöinen
GYNECARE TVT™ -sisäänviejä, kestokäyttöinen
GYNECARE TVT™ -katetrinohjain, kestokäyttöinen, jäykkä

Dispositif GYNECARE TVT™ à usage unique
Introducteur réutilisable GYNECARE TVT™
Guide de sonde rigide réutilisable GYNECARE TVT™

GYNECARE TVT™ Einmal-Implantat
GYNECARE TVT™ wiederverwendbares Einführungsinstrument
GYNECARE TVT™ wiederverwendbare starre Katheterführung

Συσκευή μιας χρήσης GYNECARE TVT™
Επαναχρησιμοποιήσιμος εισαγωγέας GYNECARE TVT™
Επαναχρησιμοποιήσιμος άκαμπτος οδηγός καθετήρα GYNECARE TVT™

Dispositivo monouso GYNECARE TVT™
Introduttore riutilizzabile GYNECARE TVT™
Guida rigida riutilizzabile per catetere GYNECARE TVT™

Dispositivo de utilização única GYNECARE TVT™
Introdutor reutilizável GYNECARE TVT™
Guia rígido de cateter reutilizável GYNECARE TVT™

Sistema para un solo uso GYNECARE TVT™
Introductor reutilizable GYNECARE TVT™
Guía de catéter rígido reutilizable GYNECARE TVT™

GYNECARE TVT™ produkt för engångsbruk
GYNECARE TVT™ återanvändbar införare
GYNECARE TVT™ återanvändbar stel kateterguide



CE 0086

OEMP15506
LAB0012841v4
04/2013
Made in Switzerland
© Ethicon, Inc. 2009

Ethicon, Inc.
Route 22 West, P.O. Box 151
Somerville, New Jersey
08876-0151
USA
+1-877-ETHICON
+1-513-337-6928

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.24033581

PPE Specification AB-0012841 | Rev:4
"Labeling-Sheet-issued on 26 Nov 2014"
"RMC-9700-GynecareTVT-5154
Device Release Level: 4. Production"

13. During passage of the Needle, rotate the handle of the Procedure so the Needle tip is towards the pre-marked abdominal exit site.
14. After the Needle has reached the anterior abdominal wall, push it through the skin. Release the GYNECARE TVT introducer from the Needle. Before the Implant is pulled into place, remove the 18 F-end of Foley catheter and perform a cystoscopy (70 degree lens recommended).
15. Once bladder integrity is confirmed, pull the Needle upward to bring the Implant out through the abdominal exit site. Clamp the Implant just below the Needle. Cut the Implant between the connection to the Needle and the clamp.
16. The procedure is now repeated on the patient's other side while repeating steps 9 – 15. NOTE: IN ORDER TO MINIMIZE THE RISK OF BLADDER INJURY, IT IS IMPORTANT THAT THE BLADDER BE DISPLACED TO THE CONTRALATERAL SIDE USING THE MANEUVERS OUTLINED IN STEP 10.
17. The ends of the implant are then pulled upward to bring the implant (sling) loosely, i.e., without tension, under the midurethra. Adjust the Implant so that leakage is reduced, allowing only a few drops of urinary leakage to occur under stress. For this, use patient feedback, i.e. coughing with a full bladder (approximately 300 mL).
18. Grasp the Implant Sheaths that surround the Implant with clamps, taking care not to grasp the Implant. Then individually remove the Implant Sheaths by gently pulling up on the clamps, away from the abdomen, one at a time. To avoid putting tension on the Implant, a blunt instrument (scissors or forceps) should be placed between the urethra and the Implant during removal of the Implant Sheaths.
19. **NOTE: Premature removal of the sheath may make subsequent adjustments difficult.**
20. After proper adjustment of the tape, close the vaginal incision. The abdominal ends of the tape are then cut and left in subcutis. Do not suture the implant.
21. Close the skin incisions with suture or surgical skin adhesive.
22. Empty the bladder. Following this procedure, postoperative catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2-3 hours after the operation.

**CONTRAINDICATIONS**
As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE Mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

**WARNINGS AND PRECAUTIONS**
- Do not use GYNECARE TVT procedure for patients who are on anti-coagulation therapy.
- Do not use GYNECARE TVT procedure for patients who have a urinary tract infection.
- Users should be familiar with surgical technique for bladder neck suspensions and should be adequately trained in implanting the GYNECARE TVT System before employing the GYNECARE TVT Device. It is important that the tape be located without tension under mid-urethra.
- Acceptable surgical practice should be followed for the GYNECARE TVT procedure as well as for the management of contaminated or infected wounds.
- The GYNECARE TVT procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to local anatomy and proper passage of needles will minimize risks.
- Retropubic bleeding may occur post-operatively. Observe for any symptoms or signs before releasing the patient from the hospital.
- Cystoscopy should be performed to confirm bladder integrity or recognize a bladder perforation.
- The Rigid Catheter Guide should be gently pushed into the Foley catheter so that the catheter guide does not extend into the holes of the Foley catheter.
- When removing the Rigid Catheter Guide, open the handle completely so that the catheter remains properly in place.
- Do not remove the plastic sheath until the tape has been properly positioned.
- Ensure that the tape is placed with minimal tension under mid-urethra.

4

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.24033584