# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Cole, Carey Beth | 2:12cv00483 |
| Frye, Jackie | 2:12cv01004 |
| Taylor, Charlene | 2:12cv00376 |