# EXHIBIT C

Vladimir Iakovlev, M.D.

1            IN THE UNITED STATES DISTRICT COURT

2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

3                      AT CHARLESTON

4

5    IN RE: ETHICON, INC.,              Master File No.

6    PELVIC REPAIR SYSTEM PRODUCTS      2:12-MD-02327

7    LIABILITY LITIGATION               MDL 2327

8    --------------------------------

9    THIS DOCUMENT RELATES TO CASE

10   CONSOLIDATION:

11   Terreski Mullins, et al., v.

12   Ethicon, Inc., et al.

13   Case No. 2:12-CV-02952

14   --------------------------------

15

16

17                  DEPOSITION OF

18              VLADIMIR IAKOVLEV, M.D.

19

20                    * * * *

21          HIGHLY CONFIDENTIAL PORTION

22                    * * * *

23

24              September 11, 2015

25            9:00 a.m. - 5:05 p.m.

Vladimir Iakovlev, M.D.

```
 1    go over that again.  Can we confirm that you
 2    followed the same steps?
 3               A.    Yes, I can confirm that.
 4               Q.    Doctor, what is a neuropathologist?
 5               A.    Neuropathologist?
 6               Q.    Yes.
 7               A.    Neuropathologist is a surgical
 8    pathologist who is specializing in examining brain
 9    tissue or spinal cord.  Sometimes it's the
10    subspecialty people do just neuropathology;
11    sometimes there is cross-coverage.
12               In our institution we have a
13    neuropathologist but it's only one.  Sometimes he
14    goes away on meetings, so we cover neuropathology.
15               Q.    Are you a neuropathologist?
16               A.    I'm cross-covering neuropathology
17    when he is away but I have not specialized in
18    neuropathology.
19               Q.    Are you board certified in
20    neuropathology?
21               A.    No, and you don't have to be board
22    certified in neuropathology because surgical
23    pathology includes neuropathology.
24               I mean, you can sub specialize further
25    down, but it depends on specific institution.
```

Vladimir Iakovlev, M.D.

```
 1    Because some institutions have a large number of

 2    specialized cases and some institutions they cover

 3    broad range.

 4              Q.    You said you had a

 5    neuropathologist at St. Michael's?

 6              A.    Yes, we do.

 7              Q.    What is the person's name?

 8              A.    Dr. David Munoz.

 9              Q.    Is that the only neuropathologist

10    at St. Michael's?

11              A.    Right now, yes.

12              Q.    Did you consult with Doctor --

13    what's his last name?

14              A.    Munoz.

15              Q.    M-U-N-O-Z?

16              A.    Yes.

17              Q.    Did you consult with Dr. Munoz in

18    connection with any of the opinions that you've

19    given in this case?

20              A.    No.

21              Q.    Did you consult with any

22    neuropathologist in connection with the opinions

23    you've given in this case?

24              A.    We're not talking about brain

25    tumors; we're talking about sub tissue
```

Vladimir Iakovlev, M.D.

```
 1    transvaginal.  I mean, why would I consult a

 2    neuropathologist?

 3                Q.   Just a simple yes or no question?

 4                A.   No, I didn't.  There was no

 5    purpose.

 6                Q.   Did you consult any neuropathology

 7    textbooks in connection with your opinions in this

 8    case?

 9                A.   Specifically just recently?

10                Q.   Any time during your work in this

11    case?

12                A.   Not in this case.  I opened and

13    read several neuropathology books when I was doing

14    research in meshes.  It's not just neuropathology

15    books, I mean, neuropathology is described in

16    general surgical pathology books.  Because I've

17    been in this field for three years.

18                Q.   I understand.  Just specific

19    questions, we'll get done quicker if you answer

20    "yes" or "no", if you can, and I'm not trying to

21    pin you down.

22                Is it your belief that neuropathology

23    has no role in understanding the presence of nerves

24    in the pelvic floor?

25                MR. ORENT:  Objection to form.
```

Vladimir Iakovlev, M.D.

1    experience.  We are talking about basic function.

2                     Q.    In Canada, is there a board

3    certification for your position as anatomical

4    pathologist?

5                     A.    Yes, there is.

6                     Q.    Is there a board certification for

7    neuropathologists?

8                     A.    I'm not sure, but we are

9    practicing neuropathology with this anatomical

10   pathology certification.

11                    Q.    As far as you recall, you haven't

12   consulted with any neuropathologists in connection

13   with your work in this mesh litigation; fair?

14                    MR. ORENT:  Objection.

15                    THE WITNESS:  Not for this specific

16   case.  Earlier, when I started research, I ask a

17   few questions which stain sometimes it was better

18   to use when there is pathology of nerves.

19                    BY MR. THOMAS:

20                    Q.    Who did you ask?

21                    A.    Dr. Munoz, but I think it was even

22   before the litigation started.

23                    Q.    And what did you ask Dr. Munoz?

24                    A.    Which stains he was using, if he

25   was using something different that I was using.

Vladimir Iakovlev, M.D.

1          A.    If anything else he's using to

2     examine nerve atrophy or degeneration.

3          Q.    And what were you using to analyze

4     that question?

5          A.    Just locating H&E.

6          Q.    And Dr. Munoz said that was what

7     he was using to analyze the same question?

8          A.    He said that you can see it on

9     H&E, but there are a number of other stains to

10    examine for nerve atrophy.

11         Q.    And what stains did he tell you

12    that you could use, other than H&E?

13         A.    Well, you can see some of the

14    atrophy on S100 -- I don't remember exactly what he

15    said because it was three years ago, because now

16    what I remember it might be coming from different

17    sources, so from my own experience.

18         Q.    Do you have a specific

19    recollection of talking to any neuropathologist who

20    gave you any information about how to conduct your

21    investigation into these meshes?

22         A.    I don't understand your question.

23         Q.    You've told me about conversation

24    you had with Dr. Munoz.  Do you have a specific

25    recollection, you remember having any conversations

Vladimir Iakovlev, M.D.

```
 1   with any neuropathologists about how to conduct

 2   your work in these cases?

 3             A.   Why would I?

 4             Q.   I'm just asking you if you did or

 5   not?

 6             A.   No, I didn't.

 7             Q.   Thank you.  Now, Exhibit No. 1 and

 8   Exhibit No. 2 are your reports in this case; we

 9   talked about that already.  They contain a number

10   of images?

11             A.   That's correct.

12             Q.   Have you supplied copies of all

13   those images on this thumb drive?

14             A.   No, because they're already

15   included in the report.  I can produce them for you

16   separately.

17             Q.   Do you have digital images of the

18   slides in this report?

19             A.   Of course.

20             Q.   But they're not on the thumb

21   drive?

22             A.   No, because they're already in the

23   report.

24             Q.   Do you have images of the tissue

25   samples that are contained in the report that are
```

Vladimir Iakovlev, M.D.

1         Q.    Correct.

2              A.    Now, if you go to page 33, this

3    will be an example where it would be directly

4    effecting the nerve trunk.   Impingement of the

5    nerve.

6              Q.    Now, are you able, in these

7    images, 30 to 33, to show me any nerve receptors?

8              A.    You mean receptors, nerve endings.

9    When it goes really small, you can see really

10   fiber, and it is -- most of the ends will have no

11   staining, because they just disappear.   But I mean,

12   you'd have to go in higher magnification.

13             Q.    So with the magnification you have

14   here, you're not able to identify any nerve

15   receptors; is that fair?

16             A.    No, not in these pictures.   It's

17   too small magnification.

18             Q.    I have to ask the question again

19   because you answered "no" to a negative question.

20             It's fair to understand that based on

21   the magnification that you have in these images on

22   pages 30 to 33, you can't identify any nerve

23   receptors, correct?

24             A.    I cannot see nerve receptors at

25   this degree of magnification.

Vladimir Iakovlev, M.D.

```
 1              CERTIFICATE OF REPORTER

 2     CANADA                    )

 3     PROVINCE OF ONTARIO     )

 4

 5     I, Judith M. Caputo, the officer before whom the

 6     foregoing deposition was taken, do hereby certify

 7     that the witness whose testimony appears in the

 8     foregoing deposition was duly sworn by me; that the

 9     testimony of said witness was taken by me in

10     shorthand, using Computer Aided Realtime, to the

11     best of my ability and thereafter reduced to

12     written format under my direction; that I am

13     neither counsel for, related to, nor employed by

14     any of the parties to the action in which the

15     deposition was taken, and further that I am not

16     related or any employee of any attorney or counsel

17     employed by the parties thereto, nor financially or

18     otherwise interested in the outcome of the action.

19

20

21     _____

22     Judith M. Caputo, RPR, CSR, CRR

23

24     Commissioner for taking

25     Oaths in the Province of Ontario
```