# EXHIBIT D

Vladimir Iakovlev, M.D.

```
 1   IN RE: PELVIC MESH LITIGATION      PHILADELPHIA COUNTY
 2   -----------------------------X     COURT OF COMMON PLEAS
 3   Sharon Carlino and            :    TRIAL DIVISION - CIVIL
 4   Charles Carlino,              :
 5              Plaintiffs,        :    JUNE TERM 2013
 6   V.                            :
 7   Ethicon, Inc., et al.,        :    No. 3470
 8              Defendants.        :
 9   -----------------------------X
10
11
12
13            Toronto, Ontario, Canada
14            Thursday, November 5, 2015
15
16
17            Deposition of VLADIMIR IAKOVLEV,
18   M.D., a witness herein, called for examination
19   by counsel for the Defense, in the above-mentioned
20   matter, the witness having been duly sworn, taken
21   at the Shangri-La Hotel, 188 University Avenue,
22   Toronto, Ontario, Canada commencing at 9:20 a.m.
23   on November 5, 2015, and the proceedings taken
24   by JUDITH M. CAPUTO, RPR, CSR, CRR.
```

1   nerve density was much higher.  Of course we had
2   some neuromas, but not all of them had neuromas,
3   just higher in their density.
4           (Reporter sought clarification).
5           A.   Some of them just had pain and
6   high nerve density.
7           Q.   Dr. Iakovlev, what are the various
8   types of nerve receptors?
9           A.   Well, either we're talking about
10  pain receptors, and then we're talking about other
11  receptors, like temperature, touch, vibration.
12          Q.   What are the pain receptors?
13          A.   Pain receptors are usually just
14  bare endings of the nerves.
15          Q.   And what are they called?
16          A.   Nociceptors.
17          Q.   And what is the prevalence of
18  nociceptors in the interior vaginal wall?
19          A.   What do you mean "prevalence"?
20          Q.   What is the prevalence?
21          A.   What's the density?
22          Q.   Okay.  What is the density?
23          A.   I don't know.  It's there.  I
24  mean, that's why we can sense -- I think we're

Vladimir Iakovlev, M.D.

```
1              Q.   And those would be within what you
2    have described as a scar plate?
3              A.   Yes.
4              Q.   The nerve fibers that you've
5    identified on SC-6, are those coming from a
6    peripheral nerve?
7              A.   What do you mean?  They're all
8    peripheral nerves.  You mean autonomous or --
9              Are you asking about peripheral nerve
10   system versus autonomous?
11             Q.   Yes.
12             A.   That's difficult question.
13   Because some of the parts of the autonomous nerve
14   system are myelinated, so they will be stained by
15   some kind of stain.
16             In any case, autonomous or
17   nonautonomous, they are combination of motor and
18   sensory, both.
19             Q.   You don't know whether that is a
20   peripheral or autonomic nerve, do you?
21             A.   As I said, some of them could be
22   either.
23             Q.   But you can't --
24             A.   No, I cannot separate them, no,
```

1  that's true. But autonomous nervous system also
2  conduct pain, otherwise, you wouldn't feel pain in
3  the internal organs. So it doesn't matter what
4  type of neuro system they coming from, they can
5  deliver pain sensation; that's the main reason.
6         Q.  What nerve are these fibers
7  branching from?
8         A.  That would be impossible to trace.
9  I mean, they are just small branches.
10        Q.  And you do not know what nerve
11 they --
12        A.  They don't have names. They are
13 so small, they don't have any names.
14        Q.  And do you know what nerve they
15 ultimately branch from?
16        A.  No.
17        Q.  For any of the nerves that are set
18 forth on SC-6 through SC-11, you cannot tell us
19 whether that is a sensory nerve, can you?
20        A.  I can tell you one thing. It
21 doesn't matter what nervous system they coming
22 from, what nerves they coming from. Some of them
23 will be delivering sensation; it's unavoidable.
24        Q.  So here is my question: For the

1          CERTIFICATE OF REPORTER

2    CANADA                    )

3    PROVINCE OF ONTARIO       )

4

5    I, Judith M. Caputo, the officer before whom the

6    foregoing deposition was taken, do hereby certify

7    that the witness whose testimony appears in the

8    foregoing deposition was duly sworn by me; that the

9    testimony of said witness was taken by me in

10   shorthand, using Computer Aided Realtime, to the

11   best of my ability and thereafter reduced to

12   written format under my direction; that I am

13   neither counsel for, related to, nor employed by

14   any of the parties to the action in which the

15   deposition was taken, and further that I am not

16   related or any employee of any attorney or counsel

17   employed by the parties thereto, nor financially or

18   otherwise interested in the outcome of the action.

19

20   _____

21   Judith M. Caputo, RPR, CSR, CRR

22

23   Commissioner for taking

24   Oaths in the Province of Ontario