# EXHIBIT F

**Name:**  Roger Edwin McLendon, M.D.

**Prepared:** February 5, 2015

**Primary Academic Appointment:**  Department of Pathology of the Duke University School of Medicine and Duke Hospital of the Duke University Health System

**Present Academic Rank and Title:**    Professor of Pathology
Director of Surgical Pathology
Chief, Section of Neuropathology

**Dates and Rank of Duke Faculty Appointments:**
Professor:   02/01/2001
Associate Professor:   05/01/1998 - 01/31/2001
Assistant Professor:   01/01/1992 - 04/30/1998

**Specialty Certification and Dates:**
Anatomic Pathology, American Board of Pathology, 1987
Neuropathology, American Board of Pathology, 1987

**Licensure:**   North Carolina, #27950; Georgia #29500

**Date of Birth:** ▮▮▮▮▮     **Place:** ▮▮▮▮▮     **Citizen of:**  USA

**Education:**

| Place | Date | Degree |
|---|---|---|
| College | Oxford College of Emory University | 1977 | A.A. |
| | Emory University | 1979 | B.A. |
| Medical School | Medical College of Georgia | 1982 | M.D. |

**Scholarly Societies:**  Phi Beta Kappa

**Professional Training and Academic Career:**

| | |
|---|---|
| 1983 | Resident in Surgery, Medical Center of Central Georgia, Macon, GA |
| 1983-1986 | Resident in Pathology, Duke University Medical Center, Durham, NC |
| 1984-1987 | Fellow in Neuropathology, Duke University Medical Center, Durham, NC |
| 1987-1988 | Assistant Clinical Professor of Pathology, Mercer University School of Medicine |
| 1988-1991 | Assistant Professor of Pathology, Part-time Faculty, Mercer University School of Medicine |
| 1987-1991 | Pathologist, Tift General Hospital |
| 1992-1998 | Assistant Professor of Pathology, Duke University Medical Center |

| | |
|---|---|
| 1994-1995 | Scientific Director, Immunopathology Laboratory |
| 1995-present | Scientific Director, Neuropathology Laboratory |
| 1995-present | Chief, Section of Neuropathology, Duke University Medical Center |
| 1998-2001 | Associate Professor of Pathology, Duke University Medical Center |
| 2001-present | Professor of Pathology, Duke University Medical Center |
| 2001 – present | Director of Duke Brain Tumor Center/Pediatric Brain Tumor Foundation Biorepository |
| 2000-2012 | Director of Anatomic Pathology Services, Duke University Medical Center |
| 2009 -2012 | Chief of Surgical Pathology |
| 2012-present | Director of Division of Surgical Pathology |
| 2013–present | Departmental Executive Committee, member |
| 2015 – present | Medical Director of Image Cytometry Laboratory |

**Institutional Committees:**

| | |
|---|---|
| 1992-1998 | Duke University School of Medicine Admissions Committee (Executive sub-committee, 1995-1998) |
| 1995-1996 | Duke University School of Medicine Curriculum Committee Advisory Subcommittee for Pathology |
| 1996 | Basic Science Advisory Committee for the Pathology Core Course (PTH 200) |
| 2000-2002 | Duke University Academic Council |
| 2002 | Institutional Review Board – Principal Investigators Advisory Board |
| 2003-present | Private Diagnostic Clinic Retirement Committee |
| 2012-present | Research Advisory Committee for Maestro Care Research implementation |

**National Committees:**

| | |
|---|---|
| 1998-present | Member, American Board of Pathology Test Development and Advisory Committee for Neuropathology |
| 1998 | Molecular Genetics Testing Expert Panelist.  General Recommendations for Quality Assurance Programs for Laboratory Molecular Genetic Testing, prepared for Centers for Disease Control and Prevention, Public Health Practice Program Office, Division of Laboratory Systems, Atlanta, GA; Laurina O. Williams, Ph.D. Project Officer |
| 2000-2005 | American Association of Neuropathology Professional Affairs Committee |
| 2004-2009 | American Association of Neuropathology Board of Councilors |
| 2002-2004 | National Coordinating Council for Cancer Surveillance. Brain Tumor Working Group. |
| 2003-2012 | Pediatric Brain Tumor Consortium, Chair of Neuropathology Committee |
| 2013 | Pediatric Brain Tumor Consortium Neuropathology Committee member |
| 2004-2007 | Commission on Cancer: Brain/CNS Disease Site Team |
| 2004-2010 | College of American Pathologists: Neuropathology Education Committee |
| 2011-present | College of American Pathologists: House of Delegates |
| 2012 – present | College of American Pathologists: Economic Affairs Committee |
| 2012 - 2013 | College of American Pathologists: EAC Regulatory Compliance Subcommittee |
| 2014-present | College of American Pathologists: EAC Payment Policy Subcommittee |

| 2013-present | College of American Pathologists: Neuropathology Education Committee (reappointment) |
| 2013 | College of American Pathologists: Cancer Biomarker Reporting Committee: CNS panel |
| 2013 | Centers for Medicare and Medicaid Services: Neurology Clinical Working Group. CMS Episode Grouper Project sponsored by American Medical Association-convened Physician Consortium for Performance Improvement® (AMA-PCPI®) and the American Board of Medical Specialties Research and Education Foundation (ABMS REF) joining with Brandeis University, the Health Care Incentives Improvement Institute, Inc. (HCI3), IPRO (the Medicare Quality Improvement Organization for New York State), and Booz Allen Hamilton. |
| 2014 | College of American Pathologists: Neurological Cancer Protocol Review Panel, member |

**International Committees:**

| 1999 | World Health Organization Classification of Tumors of the Nervous System; prepared by the Preuss Foundation Conference on Pathology and Genetics of Tumours of the Nervous System; International Agency for Research on Cancer, Lyon, France, July 24-27, 1999. |
| 2006 | World Health Organization Classification of Tumors of the Nervous System Editorial and Consensus Conference held at the German Cancer Research Center (DKFX), Heidelberg, Germany, November 17-18, 2006.  Chaired Committee on Ependymal Tumors and Committee on CNS Primitive Neuroectodermal Tumors. |
| 2014 | "WHO's next?": A meeting to help guide the next steps in brain tumor classification and grading, Amsterdam, May 1-3, 2014 |
| 2015 | World Health Organization Classification of Tumors of the Nervous System Editorial and Consensus Conference held at the German Cancer Research Center (DKFX), Heidelberg, Germany. June, 2015 (invitation accepted) |

**Peer Review Experience:**

Editorial Board:

| 2003-present | Journal of Neuropathology and Experimental Neurology |
| 2006-present | Neuropathology and Applied Neurobiology |
| 2014-present | Archives of Pathology and Laboratory Medicine, Sectional Editor |
| 1992-2006 | Clinical Neuropathology |
| 2000-2013 | Neurooncology |

Grant External Reviewer:

| 2013: | Oak Ridge Associated Universities ad hoc review |
| 2013: | Burroughs Wellcome Trust. Sir Henry Dale Fellowship Grant ad hoc reviewer |

**Reviewer for:**

Acta Neurochirurgica
Acta Neuropathologica
American Journal of Pathology
Brain Pathology
British Journal of Cancer
Cancer
Cancer Research
Clinical Cancer Research
Clinical Neuropathology
Journal of Histochemistry and Cytochemistry
Journal of Neuropathology and Experimental Neurology
Journal of Neurosurgery
Modern Pathology
Neurooncology
Neuropathology
Neuropathology and Applied Neurobiology

**Scientific Advisory Board**

2015:  Genetron Health Holding, Ltd. South Tower 2327, Beijing Kerry Center, Guanghua Road 1, Chaoyang District, Beijing, China

**Teaching Responsibilities Including Continuing Education:**

1992-present:  Lecturer, PATH 200. Duke University School of Medicine on various topics including "Reaction to Injury and Trauma", "Cerebrovascular Disease", and "Tumors of the Nervous System".

1992-2006:  Laboratory Instructor, PATH 200, Duke University School of Medicine.

1992-present:  Neurology/Neurosurgery Grand Rounds; responsible for Neuropathology presentations.

1992-2006:  Laboratory Demonstrations in "Tumors of the Central Nervous System" and in "CNS Trauma", PATH 200, Duke University School of Medicine.

1994-2006:  Moderator; Topics in Surgical Pathology (Neuropathology), Department of Pathology, Duke Medical Center.  Monthly presentations by resident in Neuropathology.

1988-2000:  Invited Lecturer, Mercer University School of Medicine, Macon, Georgia. Series of 3 to 4 lectures yearly in Neuropathology topics to first year medical students.

June 12, 1993:  Co-Chairman, "Anatomy and Cellular Biology" Poster Discussion Session, Annual Meeting of the American Association of Neuropathologist, Salt Lake City, UT.

Sept. 21, 1994:    Co-Chairman, "Medulloblastoma/PNET/Neuronal Tumors" Poster Discussion Session, XIIth International Congress of Neuropathology, Toronto, Canada.

June 9, 1995:    Co-Chairman, Poster Discussion Session, Annual Meeting of the American Association of Neuropathologists, San Antonio, TX.

June 14, 1996:    Co-Chairman, Poster Discussion Session, Annual Meeting of the American Association of Neuropathologists, Vancouver, British Columbia.

April 1-13, 1997:    Delegation Leader, Citizen Ambassador Program's Neuropathology Delegation to Republic of South Africa.  Conduct teaching rounds at MEDUNSA Hospital, Pretoria; Baragwanath Hospital, Soweto; University of Witwatersrand Hospital, Johannesburg; Groote Schuur Hospital, University of Cape Town, Cape Town; and Tygerberg Hospital, University of Stellenbosch, Cape Town.

June 18, 1999:    Chair, Poster Discussion Session, Annual Meeting of the American Association of Neuropathologists, Portland, Oregon

Oct. 13, 2004:    Chair, Proffered paper, Neuropathology Session. International Academy of Pathology, Brisbane, Australia.

June 18, 2005:    Neuropathology Specialty Review Session. Hong Kong Academy of Pathology, Hong Kong, People's Republic of China.

June 20, 2005:    Grand Rounds: 301 Peoples Liberation Army Hospital, Beijing, People's Republic of China.

June 27, 2005:    Towards a Molecular Grading System of Gliomas. Western Australia Research Centre, Perth Australia.

July 5, 2005:    Plenary Session: Neuronal Glial Tumors. Federation of South African Societies of Pathology, Pretoria, Republic of South Africa.

Dec. 4-8, 2006:    Invited lecturer in Neuropathology. American University of the Caribbean, St. Marteen, N.V.

Nov. 13, 2007:    Surgical Pathology case conference.  University of Pittsburgh Department of Pathology. November 13, 2007.

June 9, 2008:    Glioma Stem Cells. 17th International Brain Tumor Conference. Hakodate, Japan.

Sept. 29, 2008:    Surgical Pathology case conference.  University of Oklahoma Department of Pathology, Oklahoma City, OK

| | |
|---|---|
| May 22, 2010: | Chaired session on Pathology of Brain Tumors. 18th International Conference on Brain Tumors, Travemunde, Germany. |
| Nov. 4, 2011: | Neuro-oncology Research Presentation. Saba University School of Medicine. Saba, Dutch Caribbean.. |
| April 23, 2012: | Neuropathology Interesting Case Conference.  New York University Department of Pathology. New York, New York. |
| May 4, 2013: | Invited lecturer, Neuro-oncology Tumor Board. Brigham and Women's Hospital, Boston, MA |
| June 17, 2013: | Neuropathology Teaching Rounds. Medical College of Georgia, Augusta, Georgia |
| Sept.27, 2013: | Brain Tumor Interesting Case Conference. Advanced Course in Neuropathology II.  Association of Directors of Pathology of China. Prince of Wales Hospital, Shatin, Hong Kong. |
| October 5, 2013: | Invited Neuropathology speaker. Virginia Society of Pathologists, Richmond Virginia |
| August 26, 2014: | Diagnostic Issues in Adult and Childhood Brain Tumors. Assembly of the Asia Pacific International Academy of Pathology, Colombo, Sri Lanka. |
| October 7, 2014: | Biomarkers in Adult Astrocytomas. International Academy of Pathology. Bangkok, Thailand. October 7, 2014 |

**Neuropathology Trainees**

| | |
|---|---|
| Charlene Chu | 7/01/1995 - 6/30/1998 |
| Mark Matthews | 7/01/1996 - 6/30/1998 |
| Thomas Cummings | 7/01/1997-6/30/2001 |
| Russ Alexander | 7/1/2000 – 6/30/2004 |
| Ryan Mott | 7/1/2002 – 6/30/2006 |

**Staff Appointments**

| | |
|---|---|
| July 1, 1987 – December 1991 | Tift General Medical Center, Tifton, GA, Clinical Staff, Pathology |

| | |
|---|---|
| January 1, 1992 – present | Duke Hospital, Durham, NC Clinical Staff, Pathology |
| September 1, 1993 – present | Durham VA Medical Center, Durham, NC  Consulting Staff, Pathology |
| March 1, 2003 – present | Durham Regional Hospital, Durham, NC Consulting Staff, Pathology |
| June 19, 2003 – present | Duke Raleigh Hospital, Raleigh, NC  Consulting Staff, Pathology |

**PUBLICATIONS**

**Full-Length Papers:**

1.  Sickles, D.W., McLendon, R.E., and Rosenquist, T.H.:  Alternative method for quantitative enzyme histochemistry of muscle fibers:  application of photographic densitometry combined with atomic absorption spectrophotometry.  Histochemistry 73:577-588, 1982.

2.  Sickles, D.W., and McLendon, R.E.:  Metabolic variation among rat lumbosacral motorneurons.  Histochemistry 79:205-217, 1983.

3.  McLendon, R.E., Robinson, J.S., Jr., Chambers, D.B., Grufferman, S., and Burger, P.C.:  The glioblastoma multiforme in Georgia:  1977-1981.  Cancer 56:894-897, 1985.

4.  Foster, W.L., Jr., Roberts, L., Jr., McLendon, R.E., and Hill, R.C.:  Localized peribronchial thickening:  a CT sign of occult bronchogenic carcinoma.  Am. J. Roentgenol. 144:906-908, 1985.

5.  McLendon, R.E., Roggli, V.L., Foster, W.L., Jr., and Becsey, D.:  Carcinoma of the lung with osseous stromal metaplasia.  Archiv. Pathol. Lab. Med. 109:1051-1053, 1985.

6.  McLendon, R.E., Crain, B.J., Oakes, W.J., and Burger, P.C.:  Polygyria in the Chiari II (Arnold-Chiari) malformation.  Clin. Neuropathol. 4:200-205, 1985.

7.  Fulkerson, W.J., McLendon, R.E., and Prosnitz, L.R.:  Adult respiratory distress syndrome following limited thoracic radiotherapy.  Cancer 57:1941-1946, 1986.

8.  McLendon, R.E., Burger, P.C., Pegram, C.N., Eng, L.F., and Bigner, D.D.:  The immunohistochemical application of three anti-GFAP monoclonal antibodies to formalin-fixed, paraffin-embedded normal and neoplastic brain tumors.  J. Neuropathol. Exp. Neurol. 45:692-703, 1986.

9.  Woodruff, W.W., Yeates, A.E., and McLendon, R.E.:  Perineural tumor extension to the cavernous sinus from superficial facial carcinoma:  CT manifestations.  Radiology 161:395-399, 1986.

10.  Wikstrand, C.J., McLendon, R.E., Bullard, D.E., Fredman, P., Svennerholm, L., and Bigner, D.D.:  Production and characterization of two human glioma xenograft-localizing monoclonal antibodies (Mabs).  Cancer Res. 46:5933-5940, 1986.

11.  Burger, P.C., Rawlings, C.E., Cox, E.B., McLendon, R.E., Schold, S.C., and Bullard D.E.:  Clinicopathological correlations in the oligodendroglioma.  Cancer 59:1345-1352, 1987.

12.  McLendon, R.E., and Burger, P.C.:  The primitive neuroectodermal tumor:  a cautionary view.  J. Pediatr. Neurosci. 3:1-8, 1987.

13.  Wikstrand, C.J., McLendon, R.E., Carrel, S., Kemshead, J.T., Mach, J-P, Coakham, H.B., de Tribolet, N., Bullard, D.E., Zalutsky, M.R., and Bigner, D.D.:  Comparative localization of

glioma-reactive monoclonal antibodies in vivo in an athymic mouse human glioma xenograft model.  J. Neuroimmunol. 15:37-56, 1987.

14.    Woodruff, W.W., Jr., Djang, W.T., McLendon, R.E., Heinz, E.R., and Voorhees, D.:  High field MR imaging of intracerebral malignant melanoma.  Radiology 165:209-213, 1988.

15.    McLendon, R.E., Oakes, W.J., Heinz, E.R., Yeates, A.E., and Burger, P.C.: Adipose tissue in the filum terminale:  a CT finding associated with tethering of the spinal cord?  Neurosurgery 22:873-876, 1988.

16.    Wikstrand, C.J., Longee, D.C., McLendon, R.E., Fuller, G.N., Friedman, H.S., Fredman, P., Svennerholm, L., and Bigner, D.D.:  Lactotetraose series ganglioside 3',6'-isoLD1 in tumors of central nervous and other systems in vitro and in vivo.  Cancer Res. 53:120-126, 1993.

17.    Furie, D.M., Felsberg, G.J., Tien, R.D. Friedman, H.S., Fuchs, H., and McLendon, R.:  MR imaging of gangliocytoma of the cerebellum and spinal cord.  J. Comput. Assist. Tomogr. 17:488-491, 1993.

18.    Schuster, J.M., Friedman, H.S., Archer, G.E., Fuchs, H.E., McLendon, R.E., Colvin, O.M., and Bigner, D.D.:  Intraarterial therapy of human glioma xenografts in athymic rats using 4-hydroperoxycyclophosphamide.  Cancer Res. 53:2338-2343, 1993.

19.    Moghrabi, A., Friedman, H.S., McLendon, R., Hockenberger, B., Tien, R., Halperin, E.C., and Oakes, W.J.:  Arteriovenous malformation following radiotherapy mimicking recurrent medulloblastoma.  Med. Pediatr. Oncol.  22:140-143, 1994.

20.    Rasheed, B.K.A., McLendon, R.E., Herndon, J.E., Friedman, H.S., Friedman, A.H., Bigner, D.D., and Bigner, S.H.:  Alterations of the TP53 gene in human gliomas.  Cancer Res. 54:1324-1330, 1994.

21.    Wikstrand, C.J., Fredman, P., McLendon, R.E., Svennerholm, L., and Bigner, D.D.:  Altered expression of ganglioside phenotypes of human gliomas in vivo and in vitro.  Mol. Chem. Neuropathol.  21:129-138, 1994.

22.    Friedman, H.S., Archer, G.E., McLendon, R.E., Schuster, J.M., Colvin, O.M., Guaspari, A., Blum, R., Savina, P.A., Fuchs, H., and Bigner, D.D.:  Intrathecal melphalan therapy of human neoplastic meningitis in athymic nude rats.  Cancer Res. 54:4710-4714, 1994.

23.    Osumi, A.K., McLendon, R.E., Tien, R.D., Friedman, H.S., Graham, M., Hockenberger, B., Halperin, E.C., and Oakes, W.J.:  Well differentiated astrocytoma occurring nine years after radiation therapy for medulloblastoma.  Clin. Neuropathol. 13:281-285, 1994.

24.    Zalutsky, M.R., McLendon, R., Garg, P.K., Archer, G.E., Schuster, J.M., and Bigner, D.D.:  Radioimmunotherapy of neoplastic meningitis in rats using an α-particle-emitting immunoconjugate.  Cancer Res. 54:4719-4725, 1994.

25.  Provenzale, J., Weber, A., Klintworth, G.K., and McLendon, R.E.:  Bilateral retinoblastoma with coexistent pineoblastoma ("trilateral retinoblastoma"):  radiologic-pathologic correlation. Am. J. Neuroradiol.  16:157-165, 1995.

26.  Lee, V.S., Provenzale, J.M., Fuchs, H.E., Osumi, A., and McLendon, R.E.:  Post-traumatic epidermoid cyst:  CT appearance.  A case report.  J. Comput. Assist. Tomogr.  19(1):153-155, 1995.

27.  Hinton, J.L., Jr., Warejcka, D.J., Mei, Y., McLendon, R.E., Laurencin, C., Lucas, P.A., and Robinson, J.S., Jr.:  Inhibition of epidural scar formation following lumbar laminectomy in the rat.  Spine 20: 564-570, 1995.

28.  Hitchcock, M.G., Ellington, K.S., Friedman, A.H., Provenzale, J.M., and McLendon, R.E.: Shadow cells in an intracranial dermoid cyst:  a case report. Archiv. Pathol. Lab. Med., 119: 371-373, 1995.

29.  Foltz, R.M., McLendon, R.E., Friedman, H.S., Dodge, R.K., Bigner, D.D., and Dewhirst, M.W.: A pial window model for intracranial study of human glioma microvascular function. Neurosurg.36: 976-985, 1995.

30.  Pastan, I.H., Archer, G.E., McLendon, R.E., Friedman, H.S., Fuchs, H.E., Wang, Q-C., Pai, L.H., Herndon, J., and Bigner, D.D.:  Intrathecal administration of single-chain immunotoxin, LMB-7 (B3(Fv)-PE38), produces cures of carcinomatous meningitis in a rat model.  PNAS 92: 2765-2769, 1995.

31.  Rasheed, B.K.A., McLendon, R.E., Friedman, H.S., Friedman, A.H., Fuchs, H.E., Bigner, D.D., and Bigner, S.H.:  Chromosome 10 deletion mapping in human gliomas:  a common deletion region in 10q25.  Oncogene  10:2243-2246, 1995.

32.  Brown, M.T., McLendon, R.E., and Gockerman, J.P.:  Primary central nervous system lymphoma with systemic metastasis:  case report and review of the literature.  J. Neurooncol. 23:207-221, 1995.

33.  Wikstrand, C.J., Hale, L.P., Batra, S.K., Hill, M.L., Humphrey, P.A., Kurpad, S.N., McLendon, R.E., Moscatello, E., Pegram, C.N., Reist, C.J., Traweek, S.T., Wong, A.J., Zalutsky, M.R., and Bigner, D.D.:  Monoclonal antibodies against EGFRvIII are tumor specific and react with breast and lung carcinomas and malignant gliomas.  Cancer Res.  55:3140-3148, 1995.

34.  Bigner, D.D., Brown, M., Coleman, R.E., Friedman, A.H., Friedman, H.S., McLendon, R.E., Bigner, S.H., Zhao, X.-G., Wikstrand, C.J., Pegram, C.N., Kerby, T., and Zalutsky, M.R.: Phase I studies of treatment of malignant gliomas and neoplastic meningitis with 131I-radiolabeled monoclonal antibodies anti-tenascin 81C6 and anti-chondroitin proteoglycan sulfate Me1-14 F(ab')2 - A preliminary report.  J. Neuroonocol.  24:109-122, 1995.

35.  Batra, S.K., McLendon, R.E., Koo, J.S., Castelino-Prabhu, S., Fuchs, H.E., Krischer, J.P., Friedman, H.S., Bigner, D.D., and Bigner, S.H.:  Prognostic implications of chromosome 17p deletions in human medulloblastomas. J. Neurooncol.  24:39-45, 1995.

36.    Kurpad, S.N., Friedman, H.S., Archer, G.E., McLendon, R.E., Petros, W.M., Fuchs, H.E., Guaspari, A., and Bigner,D.D.:   Intrarterial administration of melphalan for treatment of intracranial human glioma xenografts in athymic rats.  Cancer Res.  55:3803-3809, 1995.

37.    Kurpad, S.N., Zhao, X.-G., Wikstrand, C.J., Batra, S.K., McLendon, R.E., and Bigner, D.D.: Tumor antigens in astrocytic gliomas.  Glia  15:244-256, 1995.

38.    Felsberg, G.J., Tien, R.D., and McLendon, R.E.:   Frontoethmoidal giant cell reparative granuloma.  Am. J. Neuroradiol.  16:1551-1554, 1995.

39.    Bigner, D.D., Archer, G.E., McLendon, R.E., Friedman, H.S., Fuchs, H.E., Pai, L.H., Herndon, J.E., II, and Pastan. I.H.:  Efficacy of compartmental administration of immunotoxin LMB-1 (B3-LysPE38) in a rat model of carcinomatous meningitis.  Clin. Cancer Res.  1:1545-1555, 1995.

40.    Lirng, J.F., Enterline, D.S., Tien, R.D., Fuchs, H., Friedman, H.S., Ellington, K.S., and McLendon, R.E.:  MRI of papillary meningiomas in children.  Pediatr. Radiol.  25(S)1:9-13, 1995.

41.    Blaeker, H., Rasheed, B.K.A., McLendon, R., Friedman, H.S., Batra, S.K., Fuchs, H.E., and Bigner, S.H.:  Microsatellite analysis of childhood brain tumors.  Genes Chromosom. Cancer 15:54-63, 1996.

42.    McLendon, R.E., Archer, G.E., Garg, P.K., Bigner, D.D., and Zalutsky, M.R.:  Radiotoxicity of systemically administered [211At]astatide in B6C3F1 and BALB/c (nu/nu) mice:  a long term survival study with histologic analysis.  Int. J. Rad. Oncol. Biol. Phys.  35:69-80, 1996.

43.    McCowage, G., Tien, R., McLendon, R., Feisberg, G., Fuchs, H., Graham, M.L., Kurtzberg, J., Moghrabi, A., Ferrell, L., Kerby, T., Duncan-Brown, M., Stewart, E., Robertson, P.L., Colvin, O.M., Golembe, B., Bigner, D.D., and Friedman, H.S.:  Successful treatment of childhood pilocytic astrocytomas metastatic to the leptomeninges with high-dose cyclophosphamide. Med. Pediatr. Oncol.  27:32-39, 1996.

44.    McLendon, R.E., Fung, K.-M., Bentley, R.C., Rasheed, B.K.A., Trojanowski, J.Q., Bigner, S.H., Bigner, D.D., and Friedman, H.S.:  Production and characterization of two ependymoma xenografts.  J. Neuropathol. Exp. Neurol. 55:540-548, 1996.

45.    Brown, M.T., Coleman, R.E., Friedman, A.H., Friedman, H.S., McLendon, R.E., Reiman, R., Felsberg, G.J., Tien, R.D., Bigner, S.H., Zalutsky, M.R., Zhao, X.G., Wikstrand, C.J., Pegram, C.N., Herndon, II, J.E., Vick, N.A., Paleologos, N., Fredericks, R.K., Schold, Jr., S.C., and Bigner, D.D.:  Intrathecal 131I-labeled antitenascin monoclonal antibody 81C6 treatment of patients with leptomeningeal neoplasms or primary brain tumor resection cavities with subarachnoid communication:  Phase I trial results.  Clin. Cancer Res.2:963-972, 1996.

46.    Towfighi, J., Salam, M.M., McLendon, R.E., Powers, S., and Page, R.B.:  Ganglion cell-containing tumors of the pituitary gland.  Arch. Pathol. Lab. Med.  120:369-377, 1996.

47.    Ashley, D.M., Longee, D., Tien, R., Fuchs, H., Graham, M.L., Kurtzberg, J., Casey, J., Olson, J., Meier, L., Ferrell, L., Kerby, T., Duncan-Brown, M., Stewart, E., Colvin, O.M., Pipas, J.M., McCowage, G., McLendon, R., Bigner, D.D., and Friedman, H.S.:  Treatment of patients with pineoblastoma with high dose cyclophosphamide.  Med. Pediatr. Oncol. 26:387-392, 1996.

48.    Provenzale, J.M., and McLendon, R.E.:   Spinal angiomyolipomas:   MR features.  Am. J. Neuroradiol.  17:713-719, 1996.

49.    Felsberg, G.J., Glass, J.P., Tien, R.D., and McLendon, R.:  Gliomatosis cerebri presenting with optic nerve involvement:  MR appearance:  a case report.  Neuroradiol. 38:774-777, 1996.

50.    Kurpad, S.N., Dolan, M.E., McLendon, R.E., Archer, G.E., Moschel, R.C., Pegg, A.E., Bigner, D.D., and  Friedman, H.S.:  Intraarterial O6-benzylguanine enables the specific therapy of nitrosourea-resistant intracranial human glioma xenografts in athymic rats with 1,3-bis(2-chloroethyl)-1-nitrosourea.  Cancer Chemother. Pharmacol. 39:307-316, 1997.

51.    Ashraf, R., Bentley, R.C., Awan, A.N., McLendon, R.E., and Ragozzino, M.W.:  Implantation metastasis of primary malignant rhabdoid tumor of the brain in an adult:  one case report.  Med. Pediatr. Oncol. 28:223-227, 1997.

52.    Moghrabi, A., Tien, R., Fuchs, H., Longee, D., McLendon, R., and Friedman, H.S.:  False positive MRI images in the follow-up of patients with brain tumors.  Med. Pediatr. Oncol. 28:127-131, 1997.

53.    Kallmes, D.F., Provenzale, J.M., Cloft, H.J., McClendon, R.E. (1997) Typical and atypical MR imaging features of intracranial epidermoid tumors. AJR Am J Roentgenol. 169: 883-7.

54.    Provenzale, J.M., Schaefer, P., Traweek, S.T., Ferry, J., Moore, J.O., Friedman, A.H., and McLendon, R.E.:  Craniocerebral plasmacytoma - MR features.  Am. J. Neuroradiol. 18:389-392, 1997.

55.    McLendon, R.E., Bentley, R.C., Parisi, J.E., Tien, R.D., Harrison, J.C., Tarbell, N.J., Billitt, A.L., Gualtieri, R.J., and Friedman, H.S.:  Malignant supratentorial glial-neuronal neoplasms: report of two cases and review of the literature.  Arch. Pathol. Lab. Med. 121:485-492, 1997.

56.    Wikstrand, C.J., McLendon, R.E., Friedman, A.H., and Bigner, D.D.:  Cell surface localization and density of the tumor-associated variant of the epidermal growth factor receptor EGFRvIII. Cancer Res.  57:4130-4140, 1997.

57.    Rasheed, B.K.A., Stenzel, T.T., McLendon, R.E., Parsons, R., Friedman, A.H., Friedman, H.S., Bigner, D.D., and Bigner, S.H.:  PTEN gene mutations are seen in high-grade but not in low-grade gliomas.  Cancer Res. 57:4187-4190, 1997.

58.    Bigner, S.H., McLendon, R.E., Fuchs, H., McKeever, P.E., and Friedman, H.S.:  Chromosomal characteristics of childhood brain tumors.  Cancer Genet. Cytogenet.  97:125-134, 1997.

59.    McCowage, G.B., Friedman, H.S., Mogihrabi, A., Kerby, T., Ferrell, L., Stewart, E., Duncan-Brown, M., Fuchs, H.E., Tien, R., McLendon, R.E., Meier, L., Kurtzberg, J., Ashley, D.,

Colvin, O.M., and Longee, D.C.: Activity of high-dose cyclophosphamide in the treatment of childhood malignant gliomas. Med. Pediatr. Oncol. 30:75-80, 1998.

60.   Slavik, T., Bentley, R.C., Gray, L., Fuchs, H.E., and McLendon, R.E.: Solitary fibrous tumor of the meninges occurring after irradiation of a mixed germ cell tumor of the pineal gland. Clin. Neuropathol. 17:55-60, 1998.

61.   McLendon, R.E., Cleveland, L., Pegram, C., Bigner, S.H., Bigner, D.D., and Friedman, H.S.: Immunohistochemical detection of the DNA repair enzyme O6-methylguanine-DNA methyltransferase in formalin fixed paraffin embedded astrocytomas. Lab. Invest. 78:643-644, 1998.

62.   Bigner, D.D., Brown, M.T., Friedman, A.H., Coleman, R.E., Akabani, G., Friedman, H.S., Thorstad, W.L., McLendon, R.E., Bigner, S.H., Zhao, X.-G., Pegram, C.N., Wikstrand, C.J., Herndon II, J.E., Vick, N.A., Paleologos, N., Cokgor, I., Provenzale, J.M., and Zalutsky, M.R.: Iodine-131-labeled anti-tenascin monoclonal antibody 81C6 treatment of patients with recurrent malignant gliomas: Phase I trial results. J. Clin. Oncol. 16:2202-2212, 1998.

63.   Lee, S.E., Johnson, S.P., Hale, L.P, Li, J., Bullock, N., Fuchs, H., Friedman, A., McLendon, R., Bigner, D.D., Modrich, P., and Friedman, H.S.: Analysis of DNA mismatch repair protein in human medulloblastomas. Clin. Cancer Res. 4:1415-1419, 1998.

64.   Marriott, C.J.C., Thorstad, W., Akabani, G., Brown, M.T., McLendon, R.E., Hanson, M.W., and Coleman, R.E.: Locally increased uptake of fluorine-18-fluorodeoxyglucose after intracavitary administration of iodine-131-labeled antibody for primary brain tumors. J. Nucl. Med. 39:1376-1380, 1998.

65.   Friedman, H.S., Kokkinakis, D.M., Pluda, J., Friedman, A.H., Cokgor, I., Haglund, M.M., Ashley, D.M., Rich, J., Dolan, M.E., Pegg, A.E., Moschel, R.C., McLendon, R.E., Kerby, T., Herndon, J.E., Bigner, D.D., and Schold, S.C., Jr.: Phase I trial of O6-benzylguanine for patients undergoing surgery for malignant glioma. J. Clin. Oncol. 16:3570-3575, 1998.

66.   Friedman, H.S., McLendon, R.E., Kerby, T., Dugan, M., Bigner, S.H., Henry, A.J., Ashley, D.M., Krischer, J., Lovell, S., Rasheed, K., Marchev, F., Semen, A.J., Cokgor, I., Rich, J., Stewart, E., Colvin, O.M., Provenzale, J.M., Bigner, D.D., Haglund, M.M., Friedman, A.H., and Modrich, P.L.: DNA mismatch repair and O6-alkylguanine-DNA alkytransferase analysis and response to Temodal in newly diagnosed malignant glioma. J. Clin. Oncol. 16:3851-3857, 1998.

67.   Komori, T., Scheithauer, B.W., Anthony, D.C., Rosenblum, M.K., McLendon, R.E., Scott, R.M., Okazaki, H., and Kobayashi, M.: Papillary glioneuronal tumor: a new variant of mixed neuronal-glial neoplasm. Am. J. Surg. Pathol. 22(10):1171-1183, 1998.

68.   Koen, J.L., McLendon, R.E. and George, T.M.: Intradural spinal teratoma: evidence for a dysembryogenic origin. Report of four cases. J. Neurosurg. 89:844-851, 1998.

69.   Ritter, A.M., Hess, K.R., McLendon, R.E., and Langford, L.A.: Ependymomas: MIB-1 proliferation index and survival. J. Neurooncol. 40:51-57, 1998.

70.   Moghrabi, A., Friedman, H.S., Ashley, D.M., Bottom, K.S., Kerby, T., Stewart, E., Bruggers, C., Provenzale, J.M., Champagne, M., Hershon, L., Watral, M., Ryan, J., Rasheed, K., Lovell, S., Korones, D., Fuchs, H., George, T., McLendon, R.E., Friedman, A.H., and Longee, D.C.: Phase II study of carboplatin (CBDCA) in progressive pediatric and adult low-grade gliomas. Neurosurg. Focus  4: article 4, 1998.

71.   McLendon, R.E., Friedman, H.S., Fuchs, H.E., Kun, L.E., and Bigner, S.H.:  Diagnostic markers in pediatric medulloblastoma:  a Paediatric Oncology Group Study.  Histopathology 34:154-162, 1999.

72.   Friedman, H.S., Kerby, T., Fields, S., Zilisch, J.E., Graden, D., McLendon, R.E., Houghton, P.J., Arbuck, S., Cokgor, I., Friedman, A.H., Ashley, D.M., Lovell, S., Rasheed, K., Longee, D.C., Bottom, K.S., Stewart, E.S., Colvin, O.M., Provenzale, J.M., Bigner, D.D., Rich, J.N., Haglund, M., and Scurlock-Jones, M.:  Topotecan treatment of adults with primary malignant glioma.  Cancer 85:1160–1165, 1999.

73.   Provenzale, J.M., Arata, M.A., Turkington, T.G., McLendon, R.E., and Coleman, R.E.: Gangliogliomas:  characterization by registered positron emission tomography—MR images. Am. J. Radiol.  172:1103-1107, 1999.

74.   Dash, R.C., Provenzale, J.M., McComb, R.D., Perry, D.A., Longee, D.C., and McLendon, R.E.:  Malignant supratentorial ganglioglioma (ganglion cell-giant cell glioblastoma) – a  case report and review of the literature.  Arch. Pathol. Lab. Med.  123:342-345, 1999.

75.   Dodd, L.G., Marom, E.M., Dash, R.C., Matthews, M.R., and McLendon, R.E.:  Fine-needle aspiration cytology of "ancient" schwannoma.  Diagn. Cytopathol.  20:307-311, 1999.

76.   Friedman, H.S., Petros, W.P., Friedman, A.H., Schaaf, L.J., Kerby, T., Lawyer, J., Parry, M., Houghton, P.J., Lovell, S., Rasheed, K., Cloughsey, T., Stewart, E.S., Colvin. O.M., Provenzale, J.M., McLendon, R.E., Bigner, D.D., Cokgor, I., Haglund, M., Rich, J., Ashley, D., Malczyn, J., Elfring, G.L., and Miller, L.L.:  Irinotecan therapy in adults with recurrent or progressive malignant glioma.  J. Clin. Oncol.  17:1516-1525, 1999.

77.   Sampson, J.H., Archer, G.E., Villavicencio, A.T., McLendon, R.E., Friedman, A.H., Bishop, W.R., Bigner, D.D., and Friedman, H.S.:  Treatment of neoplastic meningitis with intrathecal temozolomide.  Clin. Cancer Res.  5:1183-1188, 1999.

78.   Cummings, T.J., Hulette, C.M., Longee, D.C., Bottom, K.S., McLendon, R.E., and Chu, C.T.: Gliomatosis cerebri:  cytologic and autopsy findings in a case involving the entire neuraxis. Clin. Neuropathol  18(4):190-197, 1999.

79.   Bigner, S.H., Matthews, M.R., Rasheed, B.K.A., Wiltshire, R.N., Friedman, H.S., Friedman, A.H., Stenzel, T.T., Dawes, D.M., McLendon, R.E., and Bigner, D.D.:  Molecular genetic aspects of oligodendrogliomas including analysis by comparative genomic hybridization.  Am. J. Pathol.  155:375-386, 1999.

80.   Bigner, S.H. Rasheed, B.K.A., Wiltshire, R., and McLendon, R.E.:  Morphologic and molecular genetic aspects of oligodendroglial neoplasms. J. Neurooncol.  1:52-60, 1999.

81. McLendon, R.E., Archer, G.E., Larsen, R.H., Akabani, G., Bigner, D.D., and Zalutsky, M.R.: Radiotoxicity of systemically administered 211At-labeled human/mouse chimeric monoclonal antibody:  a long-term survival study with histologic analysis.  Int. J. Radiat. Oncol. Biol. Phys. 45:491-499, 1999.

82. Cummings, T.J., Bentley, R.C., Gray, L., Check, W.E., Lanier, T.E., and McLendon, R.E.: Meningioma of the fourth ventricle.  Clin. Neuropathol.  18:265-289, 1999.

83. Chu, C.T., Howell, D.N., Morgenlander, J.C., Hulette, C.N., McLendon, R.E., and Miller, S.E.: Electron microscopic diagnosis of human flavivirus encephalitis:  use of confocal microscopy as an aid.  Am. J. Surg. Pathol. 23:1217-1226, 1999.

84. Lal, A., Lash, A.E., Altschul., S.F., Velculescu, V., Zhang, L., McLendon, R.E., Marco, M.A., Prange, C., Morin, P.J., Polyak, K., Papadopoulos, N., Vogelstein, B., Kinzler, K.W., Strausberg, R.L., and Riggins, G.L.:  A public database for gene expression in human cancers. Cancer Res. 59:5403-5407, 1999.

85. Archer, G.E., Sampson, J.H., Lorimer, I.A.J., McLendon, R.E., Kuan, C.T., Friedman, A.H., Friedman, H.S., Pastan, I.H., and Bigner, D.D.:  Regional treatment of EGFRvIII expressing neoplastic meningitis with a single chain immunotoxin, MR-1.  Clin. Cancer Res  5:2646-2652, 1999.

86. Nuckols, J.D., Liu, K., Burchette, J.L., McLendon, R.E., and  Traweek, S.T.:  Primary central nervous system lymphomas: a 30 year experience at a single institution. Mod. Pathol. 12:1167-1173, 1999.

87. Archer, G.E., Sampson, J.H., McLendon, R.E., Friedman, A.H., Colvin, O.M., Rose, M., Sands, H., McCullough, W., Fuchs, H., Bigner, D.D., and Friedman, H.S.:  Intrathecal busulfan treatment of human neoplastic meningitis in athymic nude rats. J. Neurooncol. 44(3):233-241, 1999.

88. Heimberger, A.B., Crotty, L.E., Archer, G.E., McLendon, R.E., Friedman, A., Dranoff, G., Bigner, D.D., and Sampson, J.H.:  Bone marrow-derived dendritic cells pulsed with tumor homogenate induce immunity against syngeneic intracerebral glioma.  J. Neuroimmunol. 103:16-25, 2000.

89. Akabani, G., Cokgor, I., Coleman, R.E., Trotter, D.G., Wong, T.Z., Friedman, H.S., Garcia-Turner, A., Herndon II, J.E., DeLong, D., McLendon, R.E., Zhao, X.-G., Pegram, C.N., Bigner, D.D., and Zalutsky, M.R.:  Dosimetry and dose-response relationships in newly diagnosed patients treated with iodine-131-labeled anti-tenascin monoclonal antibody 81C6 therapy.  Int. J. Radiat. Oncol. Biol. Phys.  46:947-958, 2000.

90. Provenzale, J.M., Ali, U., Barboriak, D.P., Kallmes, D.F., Delong, D.M., and McLendon, R.E.: Comparison of patient age with MR imaging features of gangliogliomas.  AJR  174:859-862, 2000.

15

91.   Aldosari, N., Rasheed, B.K.A., McLendon, R.E., Friedman, H.S., Bigner, D.D., and Bigner, S.H.:   Characterization of chromosome 17 abnormalities in medulloblastomas.   Acta Neuropathol. 99:345-351, 2000.

92.   Cummings, T.J., Madden, J.F., Gray, L., Friedman, A.H., and McLendon, R.E.:   Parasitic lesion of the insula suggesting cerebral sparganosis: case report.   Neuroradiology 42:206-208, 2000.

93.   Cummings, T.J., Provenzale, J.M., Hunter, S.B., Friedman, A.H., Klintworth, G.K., Bigner, S.H., and McLendon, R.E.:   Gliomas of the optic nerve:  histological, immunohistochemical (MIB-1 and p53), and MRI analysis.   Acta. Neuropathol. 99:563-570, 2000.

94.   McLendon, R.E., Wikstrand, C.J., Matthews, M.R., Al-Baradei, R., Bigner, S.H., and Bigner, D.D.:   Glioma-associated antigen expression in oligodendroglial neoplasms:  tenascin and epidermal growth factor receptor.   J. Histochem. Cytochem. 48:1103-1110, 2000.

95.   Friedman, H.S., Pluda, J., Quinn, J.A., Ewesuedo, R.B., Long, L., Friedman, A.H., Cokgor, I., Colvin, O.M., Haglund, M.M., Ashley, D.M., Rich, J.R., Sampson, J., Pegg, A.E., Moschel, R.C., McLendon, R.E., Provenzale, J.M., Stewart, E.S., Tourt-Uhlig, S., Garcia-Turner, A.M., Herndon, J.E., II, Bigner, D.D., and Dolan, M.E.:   Phase I trial of carmustine plus O6-benzylguanine for patients with recurrent or progressive malignant glioma.   J. Clin. Oncol. 18:3522-3528, 2000.

96.   Cokgor, I., Akabani, G., Kuan, C.-T., Friedman, H.S., Friedman, A.H., Coleman, R.E., McLendon, R.E., Bigner, S.H., Zhao, X.-G., Garcia-Turner, A.M., Pegram, C.N., Wikstrand, C.J., Shafman, T.D., Herndon II, J.E., Provenzale, J.M., Zalutsky, M.R., and Bigner, D.D.:   Phase I trial results of 131I-labeled antitenascin monoclonal antibody 81C6 treatment of patients with newly diagnosed malignant gliomas.   J. Clin. Oncol. 18:3862-3872, 2000.

97.   Heimberger, A.B., Archer, G.E., McLendon, R.E., Hulette, C., Friedman, A.H., Friedman, H.S., Bigner, D.D., and Sampson, J.H.:   Temozolomide delivered by intracerebral microinfusion is safe and efficacious against malignant gliomas.   Clin. Cancer Res. 6:4148-4153, 2000.

98.   Cummings, T.J., Gong, J.Z., Friedman, A.H., and McLendon, R.E.:   Castleman's disease confined to the leptomeninges.   Ann. Clin. Lab. Sci. 30(3):278-282, 2000.

99.   Cummings, T.J., Bentley, R.C., and McLendon, R.E.:   Pathologic quiz case: pituitary mass in a 48-year-old woman.   Arch. Pathol. Lab. Med. 125(2):299-300, 2001.

100.   Cummings, T.J., Hulette, C..M., Bigner, S.H., Riggins, G.J., and McLendon, R.E.:   HAM56 immunoreactive macrophages in untreated infiltrating gliomas.   Arch. Pathol. Lab. Med. 125:637-641, 2001.

101.   Rich, J.N., Guo, C., McLendon, R.E., Bigner, D.D., Wang, X.-F., and Counter, C.M.:   A genetically tractable model of human glioma formulation.   Cancer Res. 61:3556-3560, 2001.

102.   Cummings, T.J., Ebert, R.H., Provenzale, J., and McLendon, R.E.:  March 2000:  a 16 year old female with a cerebellar mass.  Brain Pathol.  11(3):391-393, 2001.

103.   Eastwood, J.D., Turner, D.A., McLendon, R.E., and Provenzale, J.M.:  Diffusion weighted imaging in a patient with spinal meningioma.  Am. J. Roentgenol.  177(6):1479-1481, 2001.

104.   Cummings, T.J., Burchette, J.L., and McLendon, R.E.:   CD34 and dural fibroblasts: the relationship to solitary fibrous tumor and meningioma.  Acta Neuropathol. (Berl) 102(4):349-354, 2001.

105.   Gururangan, S., Cokgor, I., Rich, J.N., Edwards, S., Affronti, M.L., Quinn, J.A., Herndon, J.E., Provenzale, J.M., McLendon, R.E., Tourt-Uhlig, S., Sampson, J.H., Stafford-Fox, V., Zaknoen, S., Early, M., Friedman, A.H., and Friedman, H.S.:   Phase I study of Gliadel wafers plus temozolomide in adults with recurrent supratentorial high-grade gliomas.   Neuro-Oncology 3(4):246-250, 2001.

106.   Winkelstein, B.A., McLendon, R.E., Barbir, A., and Myers, B.S.:  An anatomical investigation of the human cervical facet capsule, quantifying muscle insertion area.  J. Anat.  198 (Pt4):455-461, 2001.

107.   Cummings, T.J., McLendon, R.E., and Bigner, D.D.:   Clinical relevance of advances in molecular biology, in Hildebrand, J., Balériaux, D., Brotchi, J., Bigner, D.D., Packer, R.J., Vecht, C.J., Cummings, T.J., Lefranc, F., MacDonald, T., McLendon, R.E., and Vezina, G.: Tumors of the Brain and Spinal Cord.  Continuum Lifelong Learning Neurol. 7(6), 2001.

108.   Morgan, M.A., Fukushima, T., Enterline, D., McLendon, R.E., and Cummings, T.J.: Endodermal cyst of the oculomotor nerve.  Neuroradiology  43:1063-1066, 2001.

109.   Cummings, T.J., and McLendon, R.E.: Dysplastic gangliocytoma of the cerebellum: Lhermitte-Duclos disease. Brain Pathol., 11:391-392, 2001.

110.   Aldosari, N. Wiltshire, R.N., Dutra, A., Schrock E., McLendon, R.E., Friedman, H.S., Bigner, D.D., and Bigner, S.H.:  Comprehensive molecular cytogenetic investigation of chromosomal abnormalities in human medulloblastoma cell lines and xenograft.  Neuro-Oncology 4(2):75-85, 2002.

111.   Reardon, D.A., Akabani, G., Coleman, R.E., Friedman, A.H., Friedman, H.S., Herndon, J.E., II, Cokgor, I., McLendon, R.E., Pegram, C.N., Provenzale, J.M., Quinn, J.A., Rich, J.N., Regalado, L.V., Sampson, J.H., Shafman, T.D., Wikstrand, C.J., Wong, T.Z., Zhao, X.-G., Zalutsky, M.R., and Bigner, D.D.:   Phase II trial of murine 131I-labeled anti-tenascin monoclonal antibody 81C6 administered into surgically created resection cavities of patients with newly diagnosed malignant gliomas.  J. Clin. Oncol. 20(5):1389-1397, 2002.

112.   Rasheed, A., Herndon, J.E., Stenzel, T.T., Raetz, J.G.M., Kendelhardt, J., Friedman, H.S., Friedman, A.H., Bigner, D.D., Bigner, S.H., and McLendon, R.E.:   Molecular markers of prognosis in astrocytic tumors.  Cancer 94(10):2688-2697, 2002.

113.   Quinn, J.A., Pluda, J., Dolan, M.E., Delaney, S., Kaplan, R., Rich, J.N., Friedman, A.H., Reardon, D.A., Sampson, J.H., Colvin, O.M., Haglund, M.M., Pegg, A.E., Moschel, R.C., McLendon, R.E., Provenzale, J.M., Gururangan, S., Tourt-Uhlig, S., Herndon, J.E., II, Bigner, D.D., and Friedman, H.S.:  Phase II trial of carmustine plus O6-benzylguanine for patients with nitrosourea-resistant recurrent or progressive malignant glioma.  J. Clin. Oncol.  20(9):2277-2283, 2002.

114.   Aldosari, N., Bigner, S.H., Burger, P.C., Becker, L., Kepner, J.L., Friedman, H.S., and McLendon, R.E.:  MYCC and MYCN oncogene amplification in medulloblastoma:  a FISH study on paraffin sections from the Children's Oncology Group.  Arch. Pathol. Lab. Med. 126:540-544, 2002.

115.   Turner, C.D., Gururangan, S., Eastwood, J., Bottom, K., Watral, M., Beason, R., McLendon, R.E., Friedman, A.H., Tourt-Uhlig, S., Miller, L.L., and Friedman, H.S.:  Phase II study of irinotecan (CPT-11) in children with high-risk malignant brain tumors:  the Duke experience. Neuro-Oncology 4:102-108, 2002.

116.   Heimberger, A.B, Learn, C.A., Archer, G.E., McLendon, R.E., Chewning, T.A., Tuck, F.L., Pracyk, J.B., Friedman, A.H., Friedman, H.S., Bigner, D.D., and Sampson, J.H.:  Brain tumors in mice are susceptible to blockade of epidermal growth factor receptor (EGFR) with the oral, specific, EGFR-tyrosine kinase inhibitor ZD1839 ('Iressa').  Clin. Cancer Res.  8:3496-3502, 2002.

117.   McLendon, R.E., and Provenzale, J.:  Glioneuronal tumors of the central nervous system. Brain Tumor Pathol.  19(2):51-58, 2002.

118.   Heimberger, A.B., Wiltshire, R.N., Bronec, P., McLendon, R.E., and Cummings, T.J.: Biphasic malignant meningioma:  a comparative genomic hybridization study.  Clin. Neuropathol.  21(6):258-264, 2002.

119.   Akabani, G., McLendon, R.E., Bigner, D.D., and Zalutsky, M.R.:  Vascular targeted endoradiotherapy of tumors using alpha-emitting compounts:  theoretical analysis.  Int. J. Radiat. Oncol. Biol. Phys.  54(4):1259-1275, 2002.

120.   Doolittle, N.D., Abrey, L.E., Ferrari, N., Hall, W.A., Laws, E.R., McLendon, R.E., Muldoon, L.L., Peereboom, D., Peterson, D.R., Reynolds, C.P., Senter, P., and Neuwelt, E.W.:  Targeted delivery in primary and metastatic brain tumors:  summary report of the seventh annual meeting of the Blood-Brain Barrier Disruption Consortium..  Clin. Cancer Res.  8(6):1702-1709, 2002.

121.   Heimberger, A.B., Archer, G.E., Crotty, L.E., McLendon, R.E., Friedman, A.H., Friedman, H.S., Bigner, D.D., and Sampson, J.H.: Dendritic cells pulsed with a tumor-specific peptide induce long-lasting immunity and are effective against murine intracerebral melanoma. Neurosurgery 50(1):158-164, 2002.

122.   Quinn, J.A., Reardon, D.A., Friedman, A.H., Rich, J.N., Sampson, J.H., Provenzale, J.M., McLendon, R.E., Gururangan, S., Bigner, D.D., Herndon, J.E., II, Avgeropoulos, N., Finlay, J. Tourt-Uhlig, S., Affronti, M.L., Evans, B., Stafford-Fox, V., Zaknoen, S., and Friedman, H.S.:

Phase II trial of temozolomide in patients with progressive low-grade glioma.  J. Clin. Oncol. 21:646-651, 2003.

123.   George, D.H., Scheithauer, B.W., Aker, F.V., Kurtin, P.J., Burger, P.C., Cameselle-Teijeiro, J., McLendon, R.E., Parisi, J.E., Paulus, W., Roggendorf, W., and Sotelo, C.:  Primary anaplastic large cell lymphoma of the central nervous system:  prognostic effect of ALK-1 expression. Am. J. Surg. Pathol.  27(4):487-493, 2003.

124.   Gururangan, S., McLaughlin, C., Quinn, J., Rich, J., Reardon, D., Halperin, E.C., Herndon II, J., Fuchs, H., George, T., Provenzale, J., Watral, M., McLendon, R.E., Friedman, A., Friedman, H.S., Kurtzberg, J., Vredenbergh, J., and Martin, P.:  High-dose chemotherapy with autologous stem cell rescue in children and adults with newly diagnosed pineoblastomas.  J. Clin. Oncol. 21:2187-2191, 2003.

125.   Scheuner, D., Gromeier, M., Davies, M.V., Dorner, A.J., Song, B., Patel, R.V., Wimmer, E.J., McLendon, R.E., Kaufman, R.J.: The double-stranded RNA-activated protein kinase mediates viral-induced encephalitis. Virology 317(2);263-274, 2003.

126.   Grossi, P.M., Ochiai, H., Archer, G.E., McLendon, R.E., Zalutsky, M.R., Friedman, A.H., Friedman, H.S., Bigner, D.D., and Sampson, J.H.  Efficacy of intracerebral microinfusion of trastuzumab in an athymic rat model of intracerebral metastatic breast cancer.  Clin. Cancer Res. 9:5515-5520, 2003.

127.   Sampson, J.H., Akabani, G., Archer, G.E., Bigner, D.D., Berger, M.S.,  Friedman, A.H., Friedman, H.S., Herndon, J.E., II, Kunwar, S., Marcus, S., McLendon, R.E., Paolino, A., Penne, K., Provenzale, J., Quinn, J., Reardon, D.A., Rich, J., Stenzel, T., Tourt-Uhlig, S., Wikstrand, C., Wong, T., Williams, R., Yuan, F., Zalutsky, M.R., and Pastan, I.: Progress report of a Phase I study of the intracerebral microinfusion of a recombinant chimeric protein composed of transforming growth factor (TGF)-α and a mutated form of the Pseudomonas exotoxin termed PE-38 (TP-38) for the treatment of malignant brain tumors. J. Neurooncol., 65:27-35, 2003.

128.   McLendon, R.E., and Halperin, E.C.: Is the long-term survival of patients with intracranial glioblastoma multiforme overstated? Cancer 98:1745-1748, 2003.

129.   Rich, J.N., Reardon, D.A., Peery, T.L., Quinn, J.A., Penne, K.L., Wikstrand, C.J., Van Duyn, L.B., Dancey, J.E., McLendon, R.E., Kao, J.C., Stenzel, T.T., Rasheed, A.K, Tourt-Uhlig, S.E., Dowell, J.M., Herndon, J.E., II, Vredenburgh, J.J., Sampson, J.H., Friedman, A.H., Bigner, D.D., and Friedman, H.S.: Phase II trial of Gefitinib (ZD1839) in recurrent glioblastoma.  J. Clin. Oncol. 22:133-142, 2004.

130.   Cummings, T.J., George, T.M., Fuchs, H.E., McLendon, R.E.: The pathology of extracranial scalp and skull masses in young children. Clin. Neuropathol. 23:34-43, 2004.

131.   Broderick, D.K., Di, C., Parrett, T.J., Samuels, Y.R., Cummins, J.M., McLendon, R.E., Fults, D.W., Velculescu, V.E., Bigner, D.D., and Yan, H.:  Mutations of PIK3CA in anaplastic oligodendrogliomas, high-grade astrocytomas and medulloblastomas.  Cancer Res. 64:5048-5050, 2004.

132.    Alexander, R.T., McLendon, R.E., and Cummings, T.J.: Meningioma with eosinophilic granular inclusions. Clin. Neuropathol. 23:292-297, 2004.

133.    Wiltshire, R.N., Herndon, J.E., II, Lloyd, A., Friedman, H.S., Bigner, D.D., Bigner, S.H., and McLendon, R.E.: Comparative genomic hybridization analysis of astrocytomas: prognostic and diagnostic implications. J. Mol. Diagn. 6:166-179, 2004.

134.    Crain, B.J., Alston, S.R., Bruch, L.A., Hamilton, R.L., McLendon, R.E., Rhodes, C.H., Tihan, T., and Weidenheim, K.M.: Accreditation Council for Graduate Medical Education (ACGME) competencies in neuropathology training. A report by the Professional Affairs Committee of the American Association of Neuropathologists. J. Neuropathol. Exp. Neurol. 64(4):273-279, 2005.

135.    Di, C., Liao, S., Adamson, D.C., Parrett, T.J., Broderick, D.K., Shi, Q., Lengauer, C., Cummings, J.M., Velculescu, V.E., Fults, D.W., McLendon, R.E., Bigner, D.D., and Yan, H.: Identification of OTX2 and a medulloblastoma oncogene whose product can be targeted by all-trans retionoic acid. Cancer Res. 65:919-924, 2005.

136.    Sampson, J.H., Reardon, D.A., Friedman, A.H., Friedman, H.S., Coleman, R.E., McLendon, R.E., Pastan, I, and Bigner, D.D.: Sustained radiographic and clinical response in patient with bifrontal recurrent glioblastoma multiforme with intracerebral infusion of the recombinant targeted toxin TP-38: Case study. Neuro-Oncology 7: 90-96, 2005.

137.    Goudar, R.K., Shi, Q., Hjelmeland, M.D., Keir, S.T., McLendon, R.E., Wikstrand, C.J., Reese, E.D., Conrad, C.A., Traxler, P., Lane, H.A., Reardon, D.A., Cavenee, W.K., Wang, X-F., Bigner, D.D., Friedman, H.S., and Rich, J.N.: Combination therapy of inhibitors of epidermal growth factor receptor/vascular endothelial growth factor receptor 2 (AEE788) and the mammalian target of rapamycin (RAD001) offers improved glioblastoma tumor growth inhibition. Mol. Cancer Ther. 4:101-112, 2005.

138.    Quinn, J.A., Desjardins, A., Weingart, J., Brem., H., Dolan, M.E., Delaney, S.M., Vredenburgh, J., Rich, J., Friedman, A.H., Reardon, D.A., Sampson, J.H., Pegg, A.E., Moschel, R.C., Birch, R., McLendon, R.E., Provenzale, J.M., Gururangan, S., Dancey, J.E., Maxwell, J., Tourt-Uhlig, S., Herndon, J.E., II, Bigner, D.D., and Friedman, H.S.: Phase I trial of temozolomide (temodar) plus O6-benzylguadine (O6-BG) for patients with recurrent or progressive malignant glioma. J. Clin. Oncol. 23:7178-7187, 2005.

139.    Reardon, D.A., Quinn, J.A., Rich, J.N., Desjardins, A., Vredenburgh, J., Gururangan, S., Sathornsumetee, S., Badruddoja, M., McLendon, R., Provenzale, J., Herndon, J.E., Dowell, J.M., Burkart, J.L., Newton, H.B., Friedman, A.H., and Friedman, H.S.: Phase I trial of irinotecan plus temozolomide in adults with recurrent malignant glioma. Cancer 104:1478-1486, 2005.

140.    Rich, J.N., Hans, C., Jones, B., Iversen, E.S., McClendon, R.E., Rasheed, B.K.A., Dobra, A., Dressman, H.K., Bigner, D.D., Nevins, J.R., and West, M.: Gene expression profiling and genetic markers in glioblastoma survival. Cancer Res. 65:4051-4058, 2005.

141. Akabani, G., Reardon, D.A., Coleman, R.E., Wong, T.Z., Metzler, S.D., Bowsher, J.E., Barboriak, D.P., Provenzale, J.M., Greer, K.L., Delong, D., Friedman, H.S., Friedman, A.H., Zhao, X-G., Pegram, C.N., McLendon, R.E., Zalutsky, M.R., and Bigner, D.D.: Dosimetry and radiographic analysis of iodine-131-labeled anti-tenascin 81C6 murine monoclonal antibody in newly diagnosed patients with malignant gliomas: A phase II study. J. Nuclear Med. 46:1042-1051, 2005.

142. McLendon, R.E., Herndon II, J.E., West, B., Reardon, D., Wiltshire, R., Rasheed, B.K.A., Friedman, H.S., Friedman, A.H., and Bigner, D.D.: Survival analysis of presumptive prognostic markers among oligodendrogliomas. Cancer 104:1693-1699, 2005.

143. Rich, J.N., Sathornsumetee, S., Keir, S.T., Kieran, M.W., Laforme, A., Kaipainen, A., McLendon, R.E., Graner, M.W., Rasheed, B.K.A., Wang, L., Reardon, D.A., Anderson, J.R., Wheeler, C., Dimery, I., Bigner, D.D., and Friedman, H.S.: ZD6474, a novel tyrosine kinase inhibitor of vascular endothelial growth factor receptor and epidermal growth factor receptor, inhibits tumor growth of multiple nervous system tumors. Clin. Cancer Res. 11:8145-8157, 2005.

144. Reardon. D.A., Akabani, G., Coleman, R.E., Friedman, A.H., Friedman, H.S., Herndon, II, J.E., McLendon, R.E., Pegram, C.N., Provenzale, J.M., Quinn, J.A., Rich, J.N., Vredenburgh, J.J., Desjardins, A., Guruangan, S., Badruddoja, M., Dowell, J.M., Wong, T.Z., Zhao, X.-G., Zalutsky, M.R., and Bigner, D.D.: Salvage radioimmunotherapy with murine iodine-131-labeled antitenascin monoclonal antibody 81C6 for patients with recurrent primary and metastatic malignant brain tumors: Phase II study results. J. Clin. Oncol. 24:115-122, 2006.

145. Reardon, D.A., Zalutsky, M.R., Akabani, G., Coleman, R.E., Friedman, A.H., Friedman, H.S., Herndon, J.E., McLendon, R.E., Pegram, C.N., Provenzale, J.M., Quinn, J.A., Rich, J.N., Vredenburgh, J.J., Desjardins, A., Sampson, J.H., Wong, T.Z., Badruddoja, M.A., Zhao, X.-G., Dowell, J.M., and Bigner, D.D.: Novel human IgG2b/murine chimeric antitenascin monoclonal antibody construct radiolabeled with iodine-131 and administered into the surgically created resection cavity of patients with malignant glioma: Phase I trial results. J. Nucl. Med. 47:912-918, 2006.

146. Ryan, C.W., Dolan, M.E., Brockstein, B.B., McLendon,R., Delaney, S.M., Samuels, B.L., Agamah, E.S., and Vokes, E.E.: A Phase II trial of O6-benzylguanine and carmustine in patients with advanced soft tissue sarcoma. Cancer Chemo. Pharmacol. 58:634-639, 2006.

147. McLendon, R.E.: Errors in surgical neuropathology and the influence of cognitive biases: The psychology of intelligence analysis. Arch. Pathol. Lab. Med. 130(5):613-616, 2006.

148. Reardon, D.A., Quinn, J.A., Vredenburgh, J.J., Gururangan, S., Friedman, A.H., Desjardins, A., Sathomsumetee, S., Herndon II, J.E., Dowell, J.M., McLendon, R.E., Provenzale, J.M., Sampson, J.H., Smith, R.P., Swaisland, A.J., Ochs, J.S., Lyons, P., Tourt-Uhlig, S., Bigner, D.D., Friedman, H.S., and Rich, J.N.: Phase I trial of gefitinib plus sirolimus in adults with recurrent malignant glioma. Clin. Cancer Res. 12:860-868, 2006.

149. Chintagumpala, M.M., Friedman, H.S., Stewart, C.F., Kepner, J., McLendon, R.E., Modrich, P.L., McCluggage, C., Burger, P., Holmes, E., Thompson, S., Rutka, J., Michalski, J., Woo, S.,

Blaney, S.M., Kun, L., and Horowitz, M.E.   A Phase II window trial of procarbazine and topotecan in children with high-grade glioma:   a Pediatric Oncology Group Study.   J. Neurooncol., 77:193-198, 2006.

150.   Sathornsumetee, S., Hjelmeland, A.B., Keir, S.T., McLendon, R.E., Batt, D., Ramsey, T., Yusuff, N., Rasheed, B.K.A., Kieran, M.W., Laforme, A., Bigner, D.D., Friedman, H.S., and Rich, J.N.:  AAL881, a novel small molecule inhibitor of RAF and VEGFR activities, blocks growth of malignant gliomas.  Cancer Res. 66:8722-8730, 2006.

151.   Bao, S., Wu, Q., Sathornsumetee, S., Hao, Y., Li, Z., Hjelmeland, A.B., Shi, Q., McLendon, R.E., Bigner, D.D., and Rich, J.N.:  Stem cell-like glioma cells promote tumor angiogenesis through vascular endothelial growth factor.  Cancer Res. 66:7843-7848, 2006.

152.   Bao, S., Wu, Q., McLendon, R.E., Hao, Y., Shi, Q., Hjelmeland, A.B., Dewhirst, M.W., Bigner, D.D., and Rich, J.N.: Glioma stem cells promote radioresistance by preferential activation of DNA damage checkpoint and repair. Nature 444(7120):756-760, 2006.

153.   Maxwell, J.A., Johnson, S.P., Quinn, J.A., McLendon, R.E., Ali-Osman, F., Friedman, A.H., Herndon, J.E. II, Bierau, K., Bigley, J., Bigner, D.D., and Friedman, H.S.:  Quantitative analysis of O6-alkylguanine-DNA alkyltransferase in malignant glioma.  Mol Cancer Ther. 5:2531-2539, 2006.

154.   Ochiai, H., Pernell, C.T., Archer, G.E., Chewning, T.A., McLendon, R.E., Friedman, H.S., and Sampson, J.H.:  Treatment of neoplastic meningitis with intrathecal 9-nitro camptothecin. Neurol. Med. Chir. (Tokyo) 46(10):485-489; discussion 489-490, 2006.

155.   Sampson JH, Akabani G, Archer GE, Berger MS, Coleman RE, Friedman AH, Friedman HS, Greer K, Herndon JE 2nd, Kunwar S, McLendon RE, Paolino A, Petry NA, Provenzale JM, Reardon DA, Wong TZ, Zalutsky MR, Pastan I, Bigner DD. Intracerebral infusion of an EGFR-targeted toxin in recurrent malignant brain tumors. Neuro Oncol, 10:320-9, 2008.

156.   Desjardins A, Quinn JA, Vredenburgh JJ, Sathornsumetee S, Friedman AH, Herndon JE, McLendon RE, Provenzale JM, Rich JN, Sampson JH, Gururangan S, Dowell JM, Salvado A, Friedman HS, Reardon DA. Phase II study of imatinib mesylate and hydroxyurea for recurrent grade III malignant gliomas. J Neurooncol. 83: 53-60; 2007

157.   Grunkemeier MN, Turner K, McLendon RE. Recurrent glioblastoma diagnosed by fluorescence in situ hybridization for EGFR. Acta Neuropathol (Berl). 113: 217-219; 2007.

158.   McLendon RE, Akabani G, Friedman HS, Reardon DA, Cleveland L, Cokgor I, Herndon JE, Wikstrand C, Boulton ST, Friedman AH, Bigner DD, Zalutsky MR. Tumor resection cavity administered iodine-131-labeled antitenascin 81C6 radioimmunotherapy in patients with malignant glioma: neuropathology aspects. Nucl Med Biol. 34: 405-413; 2007.

159.   Powers CJ, New KC, McLendon RE, Friedman AH, Fuchs HE. Cerebellopontine angle craniopharyngioma: case report and literature review. Pediatr Neurosurg. 43: 158-163; 2007.

160.    Wagner LM, McLendon RE, Yoon KJ, Weiss BD, Billups CA, Danks MK. Targeting Methylguanine-DNA Methyltransferase in the Treatment of Neuroblastoma. Clin Cancer Res. 13: 5418-5425; 2007.

161.    Reardon, D. A., A. Desjardins, J. J. Vredenburgh, S. Sathornsumetee, J. N. Rich, J. A. Quinn, T. F. Lagattuta, M. J. Egorin, S. Gururangan, R. McLendon, J. E. Herndon, 2nd, A. H. Friedman, A. J. Salvado and H. S. Friedman (2008) "Safety and pharmacokinetics of dose-intensive imatinib mesylate plus temozolomide: phase 1 trial in adults with malignant glioma." Neuro Oncol 10(3):330-340, PMID:18359865

162.    Mott RT, Turner KC, Bigner DD, McLendon RE. (2008) Utility of EGFR and PTEN numerical aberrations in the evaluation of diffusely infiltrating astrocytomas. J Neurosurg. 108:330-5; PMID:18240930

163.    Hasselblatt M, Jeibmann A, Guerry M, Senner V, Paulus W, McLendon RE (2008)  Choroid plexus papilloma with neuropil-like islands. Am J Surg Pathol. 32:162-6; PMID:18162784

164.    Zalutsky MR, Reardon DA, Akabani G, Coleman RE, Friedman AH, Friedman HS, McLendon RE, Wong TZ, Bigner DD. (2008) Clinical experience with alpha-Particle emitting 211At: treatment of recurrent brain tumor patients with 211At-labeled chimeric antitenascin monoclonal antibody 81C6. J Nucl Med. 49:30-8 PMID:18077533

165.    Mitchell, D. A., W. Xie, R. Schmittling, C. Learn, A. Friedman, R. E. McLendon and J. H. Sampson. (2008) Sensitive detection of human cytomegalovirus in tumors and peripheral blood of patients diagnosed with glioblastoma.  Neuro Oncol 10(1):10-18, PMID:17951512

166.    Kovacs K, Scheithauer BW, Lombardero M, McLendon RE, Syro LV, Uribe H, Ortiz LD, Penagos LC. (2008) MGMT immunoexpression predicts responsiveness of pituitary tumors to temozolomide therapy. Acta Neuropathol. 115:261-262. PMID:17926052

167.    Sathornsumetee S, Cao Y, Marcello JE, Herndon JE 2nd, McLendon RE, Desjardins A, Friedman HS, Dewhirst MW, Vredenburgh JJ, Rich JN. (2008)  Tumor angiogenic and hypoxic profiles predict radiographic response and survival in malignant astrocytoma patients treated with bevacizumab and irinotecan. J Clin Oncol. 26:271-8 PMID:18182667

168.    Davis, F. G., B. S. Malmer, K. Aldape, J. S. Barnholtz-Sloan, M. L. Bondy, T. Brannstrom, J. M. Bruner, P. C. Burger, V. P. Collins, P. D. Inskip, C. Kruchko, B. J. McCarthy, R. E. McLendon, S. Sadetzki, T. Tihan, M. R. Wrensch and P. A. Buffler. (2008) Issues of diagnostic review in brain tumor studies: from the Brain Tumor Epidemiology Consortium. Cancer Epidemiol Biomarkers Prev 17(3):484-489, PMID:18349266

169.    Horbinski, C., S. Dacic, R. E. McLendon, K. Cieply, M. Datto, D. J. Brat and C. T. Chu. "Chordoid Glioma: A Case Report and Molecular Characterization of Five Cases." Brain Pathol. 2008 PMID:18652591

170.    Maxwell, J. A., S. P. Johnson, R. E. McLendon, D. W. Lister, K. S. Horne, A. Rasheed, J. A. Quinn, F. Ali-Osman, A. H. Friedman, P. L. Modrich, D. D. Bigner and H. S. Friedman.

"Mismatch repair deficiency does not mediate clinical resistance to temozolomide in malignant glioma." Clin Cancer Res 14(15):4859-4868, 2008.  PMID:18676759

171.   Reardon, D. A., M. R. Zalutsky, G. Akabani, R. E. Coleman, A. H. Friedman, J. E. Herndon, 2nd, R. E. McLendon, C. N. Pegram, J. A. Quinn, J. N. Rich, J. J. Vredenburgh, A. Desjardins, S. Guruangan, S. Boulton, R. H. Raynor, J. M. Dowell, T. Z. Wong, X. G. Zhao, H. S. Friedman and D. D. Bigner. (2008) A pilot study: 131I-antitenascin monoclonal antibody 81c6 to deliver a 44-Gy resection cavity boost. Neuro Oncol 10(2):182-189  PMCID: PMC261382

172.   Sampson, J. H., G. Akabani, G. E. Archer, M. S. Berger, R. E. Coleman, A. H. Friedman, H. S. Friedman, K. Greer, J. E. Herndon, 2nd, S. Kunwar, R. E. McLendon, A. Paolino, N. A. Petry, J. M. Provenzale, D. A. Reardon, T. Z. Wong, M. R. Zalutsky, I. Pastan and D. D. Bigner.(2008) Intracerebral infusion of an EGFR-targeted toxin in recurrent malignant brain tumors." Neuro Oncol 10(3):320-329, 2008. PMID:18403491

173.   Gururangan S, Krauser J, Watral MA, Driscoll T, Larrier N, Reardon DA, Rich JN, Quinn JA, Vredenburgh JJ, Desjardins A, McLendon RE, Fuchs H, Kurtzberg J, Friedman HS. (2008) Efficacy of high-dose chemotherapy or standard salvage therapy in patients with recurrent medulloblastoma. Neuro Oncol. 10: 745-51.. PMID:18755919

174.   Bao S, Wu Q, Li Z, Sathornsumetee S, Wang H, McLendon RE, Hjelmeland AB, Rich JN. Targeting cancer stem cells through L1CAM suppresses glioma growth.Cancer Res. 68(15):6043-8, 2008. PMID:18676824

175.   Ray GT, Agarwal SS, McLendon RE. A recurrent cerebellar lesion in a young boy. Brain Pathol. 18:623-627, 2008. PMID:18782180

176.   The Cancer Genome Atlas Network (2008) Comprehensive genomic characterization defines human glioblastoma genes and core pathways. Nature. 455(7216):1061-8. PMID:18772890

177.   Parsons DW, Jones S, Zhang X, Lin JC, Leary RJ, Angenendt P, Mankoo P, Carter H, Siu IM, Gallia GL, Olivi A, McLendon R, Rasheed BA, Keir S, Nikolskaya T, Nikolsky Y, Busam DA, Tekleab H, Diaz LA, Jr., Hartigan J, Smith DR, Strausberg RL, Marie SK, Shinjo SM, Yan H, Riggins GJ, Bigner DD, Karchin R, Papadopoulos N, Parmigiani G, Vogelstein B, Velculescu VE, Kinzler KW. An Integrated Genomic Analysis of Human Glioblastoma Multiforme. Science. 2008 Sep 26;321(5897):1807-12. PMID:18772396

178.   Abou-Donia MB, El-Masry EM, Abdel-Rahman AA, McLendon RE, Schiffman SS. Splenda alters gut microflora and increases intestinal p-glycoprotein and cytochrome p-450 in male rats. J. Toxicol. Environ. Health A 71(21):1415-1429, 2008. PMID:18800291

179.   Eyler CE, Foo WC, LaFiura KM, McLendon RE, Hjelmeland AB, Rich JN. Brain cancer stem cells display preferential sensitivity to Akt inhibition. Stem Cells 26(12):3027-3036, 2008. PMID:18802038

180.   Wang J, Wang H, Li Z, Wu Q, Lathia JD, McLendon RE, Hjelmeland AB, Rich JN. c-Myc is required for maintenance of glioma cancer stem cells. Plos ONE 3(11):e3769, 2008. PMID:19020659

181.    Li Z, Bao S, Wu Q, Wang H, Eyler C, Sathornsumetee S, Shi Q, Cao Y, Lathia J, McLendon RE, Hjelmeland AB, Rich JN (2009) Hypoxia-inducible factors regulate tumorigenic capacity of glioma stem cells. Cancer Cell.15: 501-13. PMID:19477429

182.    Quinn JA, Jiang SX, Reardon DA, Desjardins A, Vredenburgh JJ, Rich JN, Gururangan S, Friedman AH, Bigner DD, Sampson JH, McLendon RE, Herndon JE II, Walker A, Friedman HS. Phase II trial of temozolomide plus O6–benzylguanine in adults with recurrent, temozolomide-resistant malignant glioma. J Clin Oncol 27(8):1262-1267, 2009. PMID:19228619

183.    Quinn JA, Jiang SX, Reardon DA, Desjardins A, Vredenburgh JJ, Gururangan S, Sampson JH, McLendon RE, Herndon JE II, and Friedman HS:  Phase I trial of temozolomide plus irinotecan plus O6-benzylguanine in adults with recurrent malignant glioma.   Cancer 115(13):2964-2970, 2009. PMID:19402172

184.    Quinn JA, Jiang SX, Reardon DA, Desjardins A, Vredenburgh JJ, Rich JN, Gururangan S, Friedman AH, Bigner DD, Sampson JH, McLendon RE, Herndon JE Jr, Walker A, Friedman HS. (2009) Phase I trial of temozolomide plus O6-benzylguanine 5-day regimen with recurrent malignant glioma. Neuro Oncol. 11: 556-61. PMID:19289491

185.    Quinn JA, Jiang SX, Reardon DA, Desjardins A, Vredenburgh JJ, Rich JN, Gururangan S, Friedman AH, Bigner DD, Sampson JH, McLendon RE, Herndon JE 2nd, Walker A, Friedman HS. (2009) Phase II trial of temozolomide plus O6-benzylguanine in adults with recurrent, temozolomide-resistant malignant glioma. J. Clin Oncol. 27: 1262-7. 2009 PMID:19204199

186.    Quinn JA, Jiang SX, Reardon DA, Desjardins A, Vredenburgh JJ, Friedman AH, Sampson JH, McLendon RE, Herndon JE 2nd, Friedman HS. (2009) Phase 2  trial of temozolomide (TMZ) plus irinotecan (CPT-11) in adults with newly diagnosed glioblastoma multiforme before radiotherapy. J Neurooncol. 95: 393-400. PMID:19533023

187.    Quinn JA, Jiang SX, Carter J, Reardon DA, Desjardins A, Vredenburgh JJ, Rich JN, Gururangan S, Friedman AH, Bigner DD, Sampson JH, McLendon RE, Herndon JE 2nd, Threatt S, Friedman HS. (2009) Phase II trial of Gliadel plus O6-benzylguanine in adults with recurrent glioblastoma multiforme.  Clin Cancer Res. 15: 1064-8. PMID:19188181

188.    Read TA, Fogarty MP, Markant SL, McLendon RE, Wei Z, Ellison DW, Febbo PG, Wechsler-Reya RJ. (2009)  Identification of CD15 as a marker for tumor-propagating cells in a mouse model of medulloblastoma. Cancer Cell. 2009 15: 135-47. PMID:19185848

189.    Yan H, Parsons DW, Jin G, McLendon R, Rasheed BA, Yuan W, Kos I, Batinic-Haberle I, Jones S, Riggins GJ, Friedman H, Friedman A, Reardon D, Herndon J, Kinzler KW, Velculescu VE, Vogelstein B, Bigner DD (2009) IDH1 and IDH2 mutations in gliomas. N Engl J Med. 360: 765-73. PMID:19228619

190.    Waldau B, McLendon RE, Fuchs HE, George TM, Grant GA. (2009)  Few Isolated Neurons in Hypothalamic Hamartomas May Cause Gelastic Seizures.  Pediatr Neurosurg. 45(3):225-229. PMID:19521137

191.   Kato Y, Jin G, Kuan CT, McLendon RE, Yan H, Bigner DD. (2009) A monoclonal antibody IMab-1 specifically recognizes IDH1(R132H), the most common glioma-derived mutation. Biochem Biophys Res Commun. 390: 547-51. PMID:19818334

192.   Heddleston JM, Li Z, McLendon RE, Hjelmeland AB, Rich JN. (2009) The hypoxic microenvironment maintains glioblastoma stem cells and promotes reprogramming towards a cancer stem cell phenotype. Cell Cycle. 8: 3274-84 PMID:19770585

193.   Choi BD, Archer GE, Mitchell DA, Heimberger AB, McLendon RE, Bigner DD, Sampson JH. (2009) EGFRvIII-targeted vaccination therapy of malignant glioma. Brain Pathol. 19(4):713-23. PMID:19744042

194.   Jeuken J, Sijben A, Alenda C, Rijntjes J, Dekkers M, Boots-Sprenger S, McLendon R, Wesseling P. (2009) Robust detection of EGFR copy number changes and EGFR variant III: technical aspects and relevance for glioma diagnostics. Brain Pathol. 19:661-71. PMID:19744038

195.   Wang H, Lathia JD, Wu Q, Wang J, Li Z, Heddleston JM, Eyler CE, Elderbroom J, Gallagher J, Schuschu J, Macswords J, Cao Y, McLendon RE, Wang XF, Hjelmeland AB, Rich JN. (2009) Targeting Interleukin 6 Signaling Suppresses Glioma Stem Cell Survival and Tumor Growth. Stem Cells. 27: 2393-404. PMID:19658188

196.   Boskovitz A, McLendon RE, Okamura T, Sampson JH, Bigner DD, Zalutsky MR. (2009) Treatment of HER2-positive breast carcinomatous meningitis with intrathecal administration of alpha-particle-emitting (211)At-labeled trastuzumab. Nucl Med Biol. 36:659-69. PMID:19647172

197.   Reardon, DA, Desjardins, A, Vredenburgh, JJ, Gururangan, S, Friedman, AH, Herndon II, JE, Marcello, J, Norfleet, JA, McLendon, RE, Sampson, JH, Friedman, HS. (2010) Phase II trial of erlotinib plus sirolimus in adults with recurrent glioblastoma. J Neurooncol. 96: 219-30. PMID:19562254

198.   Reitman ZJ, Olby NJ, Mariani CL, Thomas R, Breen M, Bigner DD, McLendon RE, Yan H. (2010) IDH1 and IDH2 hotspot mutations are not found in canine glioma. Int J Cancer. 127: 245-6. PMID:19877121

199.   Reardon DA, Desjardins A, Vredenburgh JJ, Gururangan S, Sampson JH, Sathornsumetee S, McLendon RE, Herndon JE 2nd, Marcello JE, Norfleet J, Friedman AH, Bigner DD, Friedman HS. (2009) Metronomic chemotherapy with daily, oral etoposide plus bevacizumab for recurrent malignant glioma: a phase II study. Br J Cancer. 101(12):1986-94. PMID:19920819

200.   Lu Z, Zhou L, Killela P, Rasheed AB, Di C, Poe WE, McLendon RE, Bigner DD, Nicchitta C, Yan H. (2009) Glioblastoma Proto-oncogene SEC61γ is Required for Tumor Cell Survival and Response to Endoplasmic Reticulum Stress. Cancer Res. 69:9105-11. PMID:19920201

201.   Adamson DC, Shi Q, Wortham M, Northcott PA, Di C, Duncan CG, Li J, McLendon RE, Bigner DD, Taylor MD, Yan H. (2009) OTX2 is critical for the maintenance and progression of Shh-independent medulloblastomas. Cancer Res. 70:181-91.. PMID:20028867

202. Kuan CT, Wikstrand CJ, McLendon RE, Zalutsky MR, Kumar U, Bigner DD (2009) Detection of amino-terminal extracellular domain of somatostatin receptor 2 by specific monoclonal antibodies and quantification of receptor density in medulloblastoma. Hybridoma (Larchmt). 28(6):389-403. PMID:20025498

203. Aliabadi H, Vredenburgh JJ, Everson RG, Desjardins A, Friedman HS, McLendon RE, Tucci DL, Sampson JH (2010) Bevacizumab fails to treat temporal paraganglioma: discussion and case illustration. J Neurooncol. 98: 427-30.  PMID:20020179

204. Kato Y, Kuan CT, Chang J, Kaneko MK, Ayriss J, Piao H, Chandramohan V, Pegram C, McLendon RE, Fredman P, Månsson JE, Bigner DD. (2010) GMab-1, a high-affinity anti-3'-isoLM1/3',6'-isoLD1 IgG monoclonal antibody, raised in lacto-series ganglioside-defective knockout mice.  Biochem Biophys Res Commun. 391: 750-5. PMID:19944071

205. Kuan CT, Srivastava N, McLendon RE, Marasco WA, Zalutsky MR, Bigner DD. (2009) Recombinant single-chain variable fragment antibodies against extracellular epitopes of human multidrug resistance protein MRP3 for targeting malignant gliomas. Int J Cancer. 127: 598-611 PMID:19937796

206. Kato Y, Jin G, Kuan CT, McLendon RE, Yan H, Bigner DD  (2009) A monoclonal antibody IMab-1 specifically recognizes IDH1R132H, the most common glioma-derived mutation Biochem Biophys Res Commun. 390(3):547-51.

207. Hjelmeland AB, Wu Q, Wickman S, Eyler C, Heddleston J, Shi Q, Lathia JD, Macswords J, Lee J, McLendon RE, Rich JN. (2010) Targeting A20 decreases glioma stem cell survival and tumor growth. PLoS Biol. 8: e1000319. PMID:20186265

208. Cao Y, Lathia JD, Eyler CE, Wu Q, Li Z, Wang H, McLendon RE, Hjelmeland AB, Rich JN (2010) Erythropoietin Receptor Signaling Through STAT3 Is Required For Glioma Stem Cell Maintenance.  Genes Cancer. 1: 50-61. PMID:20657792

209. Fealey ME, Scheithauer BW, Horvath E, Erickson D, Kovacs K, McLendon R, Lloyd RV. (2010) MGMT immunoexpression in silent subtype 3 pituitary adenomas: possible therapeutic implications. Endocr Pathol. 21: 161-5. PMID:20480258

210. Peters KB, McLendon R, Morse MA, Vredenburgh JJ. (2010) Treatment of Recurrent Intracranial Hemangiopericytoma with SRC-Related Tyrosine Kinase Targeted Therapy: A Case Report. Case Rep Oncol. 3:93-97. PMID:20740166

211. Lopez GY, Reitman ZJ, Solomon D, Waldman T, Bigner DD, McLendon RE, Rosenberg SA, Samuels Y, Yan H. (2010) IDH1(R132) mutation identified in one human melanoma metastasis, but not correlated with metastases to the brain.  Biochem Biophys Res Commun. 398(3):585-7. PMID:20603105

212. Lathia JD, Gallagher J, Heddleston JM, Wang J, Eyler CE, Macswords J, Wu Q, Vasanji A, McLendon RE, Hjelmeland AB, Rich JN. (2010) Integrin alpha 6 regulates glioblastoma stem cells.  Cell Stem Cell. 6: 421-32. PMID:20452317

213.    Reardon DA, Vredenburgh JJ, Desjardins A, Peters K, Gururangan S, Sampson JH, Marcello J, Herndon JE 2nd, McLendon RE, Janney D, Friedman AH, Bigner DD, Friedman HS. (2010) Effect of CYP3A-inducing anti-epileptics on sorafenib exposure: results of a phase II study of sorafenib plus daily temozolomide in adults with recurrent glioblastoma. J Neurooncol. 2011 101: 57-66.  PMID:20443129

214.    Nimjee SM, Powers CJ, McLendon RE, Grant GA, Fuchs HE. (2010) Single-stage bilateral choroid plexectomy for choroid plexus papilloma in a patient presenting with high cerebrospinal fluid output. J Neurosurg Pediatr.  5: 342-5.  PMID:20367337

215.    Jin G, Cook S, Cui B, Chen WC, Keir ST, Killela P, Di C, Payne CA, Gregory SG, McLendon R, Bigner DD, Yan H. (2010) HDMX regulates p53 activity and confers chemoresistance to 3-bis(2-chloroethyl)-1-nitrosourea Neuro Oncol. 12: 956-66. PMID:20472715

216.    Kuan CT, Wakiya K, Herndon JE 2nd, Lipp ES, Pegram CN, Riggins GJ, Rasheed A, Szafranski SE, McLendon RE, Wikstrand CJ, Bigner DD (2010) MRP3: a molecular target for human glioblastoma multiforme immunotherapy. BMC Cancer 10: 468.

217.     Sathornsumetee S, Desjardins A, Vredenburgh JJ, McLendon RE, Marcello J, Herndon JE, Mathe A, Hamilton M, Rich JN, Norfleet JA, Gururangan S, Friedman HS, Reardon DA. (2010) Phase II trial of bevacizumab and erlotinib in patients with recurrent malignant glioma. Neuro Oncol. Dec;12: 1300-10 PMID:20716591

218.    Sampson JH, Heimberger AB, Archer GE, Aldape KD, Friedman AH, Friedman HS, Gilbert MR, Herndon JE 2nd, McLendon RE, Mitchell DA, Reardon DA, Sawaya R, Schmittling RJ, Shi W, Vredenburgh JJ, Bigner DD. (2010) Immunologic Escape After Prolonged Progression-Free Survival With Epidermal Growth Factor Receptor Variant III Peptide Vaccination in Patients With Newly Diagnosed Glioblastoma. J Clin Oncol. 28: 4722-9. PMID:20921459

219.    Chiarchiaro J, McLendon RE, Buckley PJ, Laskowitz DT (2010) Progressive Multifocal Leukoencephalopathy With Occult Waldenstrom Macroglobulinemia. J Clin Oncol. 28:e759-61. PMID:20855833

220.    Parsons DW, Li M, Zhang X, Jones S, Leary RJ, Lin JC, Boca SM, Carter H, Samayoa J, Bettegowda C, Gallia GL, Jallo GI, Binder ZA, Nikolsky Y, Hartigan J, Smith DR, Gerhard DS, Fults DW, Vandenberg S, Berger MS, Marie SK, Shinjo SM, Clara C, Phillips PC, Minturn JE, Biegel JA, Judkins AR, Resnick AC, Storm PB, Curran T, He Y, Rasheed BA, Friedman HS, Keir ST, McLendon R, Northcott PA, Taylor MD, Burger PC, Riggins GJ, Karchin R, Parmigiani G, Bigner DD, Yan H, Papadopoulos N, Vogelstein B, Kinzler KW, Velculescu VE. (2011) The Genetic Landscape of the Childhood Cancer Medulloblastoma. Science. 331:435-9. PMID:21163964

221.    Reardon DA, Desjardins A, Peters K, Gururangan S, Sampson J, Rich JN, McLendon R, Herndon JE 2nd, Marcello J, Threatt S, Friedman AH, Vredenburgh JJ, Friedman HS (2011) Phase II study of metronomic chemotherapy with bevacizumab for recurrent glioblastoma after progression on bevacizumab therapy. J Neurooncol. 103(2):371-9. PMID:20853132

28

222. Mattox A, Hughes B, Oleson J, Reardon D, McLendon R, Adamson C (2011) Treatment recommendations for primary extradural meningiomas. Cancer 117: 24-38.  PMID:20824719

223. Hjelmeland AB, Wu Q, Heddleston JM, Choudhary GS, Macswords J, Lathia JD, McLendon R, Lindner D, Sloan A, Rich JN. (2011)  Acidic stress promotes a glioma stem cell phenotype. Cell Death Differ. 18:829-40 PMID:21127501

224. Duncan CG, Killela PJ, Payne CA, Lampson B, Chen WC, Liu J, Solomon D, Waldman T, Towers AJ, Gregory SG, McDonald KL, McLendon RE, Bigner DD, Yan H. (2010) Integrated genomic analyses identify ERRFI1 and TACC3 as glioblastoma-targeted genes. Oncotarget. 1(4):265-277. PMID:21113414

225. Sampson JH, Aldape KD, Archer GE, Coan A, Desjardins A, Friedman AH, Friedman HS, Gilbert MR, Herndon JE, McLendon RE, Mitchell DA, Reardon DA, Sawaya R, Schmittling R, Shi W, Vredenburgh JJ, Bigner DD, Heimberger AB. (2011) Greater chemotherapy-induced lymphopenia enhances tumor-specific immune responses that eliminate EGFRvIII-expressing tumor cells in patients with glioblastoma. Neuro Oncol. 13:324-33. PMID:21149254

226. Kuan CT, Chang J, Mansson JE, Li J, Pegram C, Fredman P, McLendon RE, Bigner DD. (2010) Multiple phenotypic changes in mice after knockout of the B3gnt5 gene, encoding Lc3 synthase--a key enzyme in lacto-neolacto ganglioside synthesis. BMC Dev Biol. 10:114. PMID:21087515

227. Eyler CE, Wu Q, Yan K, Macswords JM, Chandler-Militello D, Misuraca KL, Lathia JD, Forrester MT, Lee J, Stamler JS, Goldman SA, Bredel M, McLendon RE, Sloan AE, Hjelmeland AB, Rich JN. (2011) Glioma stem cell proliferation and tumor growth are promoted by nitric oxide synthase-2 Cell 146: 53-66 PMID:21729780

228. Reardon DA, Desjardins A, Peters KB, Vredenburgh JJ, Gururangan S, Sampson JH, McLendon RE, Herndon JE 2nd, Coan A, Threatt S, Friedman AH, Friedman HS. (2011) Phase 2 study of carboplatin, irinotecan, and bevacizumab for recurrent glioblastoma after progression on bevacizumab therapy. Cancer. 117: 5351-8 PMID:2159068

229. Guryanova OA, Wu Q, Cheng L, Lathia JD, Huang Z, Yang J, MacSwords J, Eyler CE, McLendon RE, Heddleston JM, Shou W, Hambardzumyan D, Lee J, Hjelmeland AB, Sloan AE, Bredel M, Stark GR, Rich JN, Bao S. (2011) Nonreceptor tyrosine kinase BMX maintains self-renewal and tumorigenic potential of glioblastoma stem cells by activating STAT3. Cancer Cell. 19(4):498-511 PMID:21481791

230. Reardon DA, Turner S, Peters KB, Desjardins A, Gururangan S, Sampson JH, McLendon RE, Herndon JE 2nd, Jones LW, Kirkpatrick JP, Friedman AH, Vredenburgh JJ, Bigner DD, Friedman HS. (2011) A review of VEGF/VEGFR-targeted therapeutics for recurrent glioblastoma. J Natl Compr Canc Netw. 9:414-27. PMID:21464146

231. McLendon, R. E. and J. N. Rich (2011). "Glioblastoma Stem Cells: A Neuropathologist's View." Journal of Oncology 2011: 397195-397195. PMID:21052560

232.   Mitchell DA, Cui X, Schmittling RJ, Sanchez-Perez L, Snyder DJ, Congdon KL, Archer GE, Desjardins A, Friedman AH, Friedman HS, Herndon JE 2nd, McLendon RE, Reardon DA, Vredenburgh JJ, Bigner DD, Sampson JH. (2011) Monoclonal antibody blockade of IL-2 receptor {alpha} during lymphopenia selectively depletes regulatory T cells in mice and humans. Blood. 118(11):3003-12.  PMID:21768296

233.   McLendon RE, Adekunle A, Rajaram V, Koçak M, Blaney SM (2011) Embryonal central nervous system neoplasms arising in infants and young children: a pediatric brain tumor consortium study.  Arch Pathol Lab Med. 135(8):984-93. PMID:21809989

234.   Chin BB, Hjelemand A, Rich J, Song H, Lascola C, Storms R, McLendon R, Reiman R, Greer KL, Metzler SD, Macdougald D, Dai D, Vaidyanathan G. (2012)  Synthesis and Preliminary Evaluation of n.c.a. Iodoquine: A Novel Radiotracer with High Uptake in Cells with High ALDH1 Expression. Curr Radiopharm. 5: 47-58 PMID:21864242

235.   Lathia JD, Hitomi M, Gallagher J, Gadani SP, Adkins J, Vasanji A, Liu L, Eyler CE, Heddleston JM, Wu Q, Minhas S, Soeda A, Hoeppner DJ, Ravin R, McKay RD, McLendon RE, Corbeil D, Chenn A, Hjelmeland AB, Park DM, Rich JN. (2011) Distribution of CD133 reveals glioma stem cells self-renew through symmetric and asymmetric cell divisions. Cell Death Dis. Sep 1;2:e200.. PMID:21881602

236.   Heaphy CM, de Wilde RF, Jiao Y, Klein AP, Edil BH, Shi C, Bettegowda C, Rodriguez FJ, Eberhart CG, Hebbar S, Offerhaus GJ, McLendon R, Rasheed BA, He Y, Yan H, Bigner DD, Oba-Shinjo SM, Marie SK, Riggins GJ, Kinzler KW, Vogelstein B, Hruban RH, Maitra A, Papadopoulos N, Meeker AK. (2011) Altered telomeres in tumors with ATRX and DAXX mutations. Science. 333:425. PMID:21719641

237.   Lathia JD, Gallagher J, Myers JT, Li M, Vasanji A, et al. 2011 Direct In Vivo Evidence for Tumor Propagation by Glioblastoma Cancer Stem Cells. PLoS One. 2011;6(9):e24807. PMID:21961046

238.   Bettegowda C, Agrawal N, Jiao Y, Sausen M, Wood LD, Hruban RH, Rodriguez FJ, Cahill DP, McLendon R, Riggins G, Velculescu VE, Oba-Shinjo SM, Marie SK, Vogelstein B, Bigner D, Yan H, Papadopoulos N, Kinzler KW. (2011) Mutations in CIC and FUBP1 contribute to human oligodendroglioma.  Science. 333: 1453-5.  PMID:21817013

239.   Adamson DC, Rasheed BA, McLendon RE, Bigner DD Central nervous system. (2011) Cancer Biomark. 9: 193-210 PMID:22112477

240.   Lin N, Di C, Bortoff K, Fu J, Truszkowski P, Killela P, Duncan C, McLendon R, Bigner D, Gregory S, Adamson DC. (2012) Deletion or Epigenetic Silencing of AJAP1 on 1p36 in Glioblastoma.  Mol Cancer Res. Mol Cancer Res. 10: 208-17. PMID:22241217

241.   Zalutsky MR, Boskovitz A, Kuan CT, Pegram CN, Ayriss J, Wikstrand CJ, Buckley AF, Lipp ES, Herndon JE 2nd, McLendon RE, Bigner DD. (2012) Radioimmunotargeting of malignant glioma by monoclonal antibody D2C7 reactive against both wild-type and variant III mutant epidermal growth factor receptors. Nucl Med Biol. 39: 23-34. PMID:21958852

242. Lou E, Sumrall AL, Turner S, Peters KB, Desjardins A, Vredenburgh JJ, McLendon RE, Herndon JE 2nd, McSherry F, Norfleet J, Friedman HS, Reardon DA. (2012) Bevacizumab therapy for adults with recurrent/progressive meningioma: a retrospective series. J Neurooncol. 109: 63-70. PMID:22535433

243. Reardon DA, Vredenburgh JJ, Desjardins A, Peters KB, Sathornsumetee S, Threatt S, Sampson JH, Herndon JE 2nd, Coan A, McSherry F, Rich JN, McLendon RE, Zhang S, Friedman HS. (2012) Phase 1 trial of dasatinib plus erlotinib in adults with recurrent malignant glioma. J Neurooncol.108: 499-506. PMID:22407177

244. Reardon DA, Desjardins A, Peters KB, Gururangan S, Sampson JH, McLendon RE, Herndon JE 2nd, Bulusu A, Threatt S, Friedman AH, Vredenburgh JJ, Friedman HS. (2012) Phase II study of carboplatin, irinotecan, and bevacizumab for bevacizumab naïve, recurrent glioblastoma. J Neurooncol. 107: 155-64. PMID:22054209

245. Sampson JH, Schmittling RJ, Archer GE, Congdon KL, Nair SK, Reap EA, Desjardins A, Friedman AH, Friedman HS, Herndon JE 2nd, Coan A, McLendon RE, Reardon DA, Vredenburgh JJ, Bigner DD, Mitchell DA. (2012) A pilot study of IL-2Rα blockade during lymphopenia depletes regulatory T-cells and correlates with enhanced immunity in patients with glioblastoma. PLoS One. 2012;7(2):e31046. PMID: 22383993

246. Reardon DA, Desjardins A, Vredenburgh JJ, Herndon JE 2nd, Coan A, Gururangan S, Peters KB, McLendon R, Sathornsumetee S, Rich JN, Lipp ES, Janney D, Friedman HS. (2012) Phase II study of Gleevec plus hydroxyurea in adults with progressive or recurrent low-grade glioma. Cancer. 118: 4759-67. PMID:22371319

247. Pei Y, Moore CE, Wang J, Tewari AK, Eroshkin A, Cho YJ, Witt H, Korshunov A, Read TA, Sun JL, Schmitt EM, Miller CR, Buckley AF, McLendon RE, Westbrook TF, Northcott PA, Taylor MD, Pfister SM, Febbo PG, Wechsler-Reya RJ. (2012) An animal model of MYC-driven medulloblastoma. Cancer Cell. 2012 Feb 14;21(2):155-67. PMID:22340590

248. Jiao Y, Killela PJ, Reitman ZJ, Rasheed AB, Heaphy CM, de Wilde RF, Rodriguez FJ, Rosemberg S, Oba-Shinjo SM, Marie SK, Bettegowda C, Agrawal N, Lipp E, Pirozzi C, Lopez G, He Y, Friedman H, Friedman AH, Riggins GJ, Holdhoff M, Burger P, McLendon R, Bigner DD, Vogelstein BK, Meeker AK, Kinzler KW, Papadopoulos N, Diaz LA, Yan H. (2012) Frequent ATRX, CIC, and FUBP1 mutations refine the classification of malignant gliomas Oncotarget. 2012 Jul;3(7):709-22 PMID: 22869205

249. Reardon DA, Norden AD, Desjardins A, Vredenburgh JJ, Herndon JE 2nd, Coan A, Sampson JH, Gururangan S, Peters KB, McLendon RE, Norfleet JA, Lipp ES, Drappatz J, Wen PY, Friedman HS. (2012)  Phase II study of Gleevec® plus hydroxyurea (HU) in adults with progressive or recurrent meningioma. J Neurooncol. 106: 409-15 PMID:21938530

250. Duong LM, McCarthy BJ, McLendon RE, Dolecek TA, Kruchko C, Douglas LL, Ajani UA. (2012).  Descriptive epidemiology of malignant and nonmalignant primary spinal cord, spinal meninges, and cauda equina tumors, United States, 2004-2007. Cancer 118:4220-7. PMID: 22907705

31

251. Warren KE, Gururangan S, Geyer JR, McLendon RE, Poussaint TY, Wallace D, Balis FM, Berg SL, Packer RJ, Goldman S, Minturn JE, Pollack IF, Boyett JM, Kun LE (2012).A phase II study of O6-benzylguanine and temozolomide in pediatric patients with recurrent or progressive high-grade gliomas and brainstem gliomas: a Pediatric Brain Tumor Consortium study. J Neurooncol. 106: 643-9. PMID:21968943

252. Lathia JD, Li M, Hall PE, Gallagher J, Hale JS, Wu Q, Venere M, Levy E, Rani MR, Huang P, Bae E, Selfridge J, Cheng L, Guvenc H, McLendon RE, Nakano I, Sloan AE, Phillips HS, Lai A, Gladson CL, Bredel M, Bao S, Hjelmeland AB, Rich JN. (2012) Laminin alpha 2 enables glioblastoma stem cell growth. Ann Neurol. 72: 766-78 PMID: 23280793

253. Jin G, Reitman ZJ, Duncan CG, Spasojevic I, Gooden DM, Rasheed BA, Yang R, Lopez GY, He Y, McLendon RE, Bigner DD, Yan H (2012)  Disruption of wild type IDH1 suppresses D-2-hydroxyglutarate production in IDH1-mutated gliomas. Cancer Res. 73(2):496-501. PMID: 23204232

254.  Guo C, Chang CC, Wortham M, Chen LH, Kernagis DN, Qin X, Cho YW, Chi JT, Grant GA, McLendon RE, Yan H, Ge K, Papadopoulos N, Bigner DD, He Y. (2012) Global identification of MLL2-targeted loci reveals MLL2's role in diverse signaling pathways. Proc Natl Acad Sci U S A.109: 17603-8.  PMID: 23045699

255. Gururangan S, Fangusaro J, Young Poussaint T, Onar-Thomas A, Gilbertson RJ, Vajapeyam S, Gajjar A, Goldman S, Friedman HS, Packer RJ, Boyett JM, Kun LE, McLendon (2013)  Lack of efficacy of bevacizumab + irinotecan in cases of pediatric recurrent ependymoma--a Pediatric Brain Tumor Consortium study. R. Neuro Oncol. 14: 1404-12. Erratum in: Neuro Oncol. 2013 Jan;15(1):132. PMID:23019233

256. Northcott PA, Shih DJ, Peacock J, Garzia L, Morrissy AS, Zichner T, Stütz AM, Korshunov A, Reimand J, Schumacher SE, Beroukhim R, Ellison DW, Marshall CR, Lionel AC, Mack S, Dubuc A, Yao Y, Ramaswamy V, Luu B, Rolider A, Cavalli FM, Wang X, Remke M, Wu X, Chiu RY, Chu A, Chuah E, Corbett RD, Hoad GR, Jackman SD, Li Y, Lo A, Mungall KL, Nip KM, Qian JQ, Raymond AG, Thiessen NT, Varhol RJ, Birol I, Moore RA, Mungall AJ, Holt R, Kawauchi D, Roussel MF, Kool M, Jones DT, Witt H, Fernandez-L A, Kenney AM, Wechsler-Reya RJ, Dirks P, Aviv T, Grajkowska WA, Perek-Polnik M, Haberler CC, Delattre O, Reynaud SS, Doz FF, Pernet-Fattet SS, Cho BK, Kim SK, Wang KC, Scheurlen W, Eberhart CG, Fèvre-Montange M, Jouvet A, Pollack IF, Fan X, Muraszko KM, Gillespie GY, Di Rocco C, Massimi L, Michiels EM, Kloosterhof NK, French PJ, Kros JM, Olson JM, Ellenbogen RG, Zitterbart K, Kren L, Thompson RC, Cooper MK, Lach B, McLendon RE, Bigner DD, Fontebasso A, Albrecht S, Jabado N, Lindsey JC, Bailey S, Gupta N, Weiss WA, Bognár L, Klekner A, Van Meter TE, Kumabe T, Tominaga T, Elbabaa SK, Leonard JR, Rubin JB, Liau LM, Van Meir EG, Fouladi M, Nakamura H, Cinalli G, Garami M, Hauser P, Saad AG, Iolascon A, Jung S, Carlotti CG, Vibhakar R, Ra YS, Robinson S, Zollo M, Faria CC, Chan JA, Levy ML, Sorensen PH, Meyerson M, Pomeroy SL, Cho YJ, Bader GD, Tabori U, Hawkins CE, Bouffet E, Scherer SW, Rutka JT, Malkin D, Clifford SC, Jones SJ, Korbel JO, Pfister SM, Marra MA, Taylor MD. (2012) Subgroup-specific structural variation across 1,000 medulloblastoma genomes. Nature. 488: 49-56.  PMID: 22832581

257.  Blaney SM, Kocak M, Gajjar A, Chintagumpala M, Merchant T, Kieran M, Pollack IF, Gururangan S, Geyer R, Phillips P, McLendon RE, Packer R, Goldman S, Banerjee A, Heideman R, Boyett JM, Kun L.(2012) Pilot study of systemic and intrathecal mafosfamide followed by conformal radiation for infants with intracranial central nervous system tumors: a pediatric brain tumor consortium study (PBTC-001). J Neurooncol.109: 565-71. PMID: 22790443

258.  Zhang J, Babu R, McLendon RE, Friedman AH, Adamson C (2013) A comprehensive analysis of 41 patients with rosette-forming glioneuronal tumors of the fourth ventricle. J Clin Neurosci. 20: 335-41. PMID: 23375398

259.  Curtis VF, Wang H, Yang P, McLendon RE, Li X, Zhou QY, Wang XF.(2013) A PK2/Bv8/PROK2 Antagonist Suppresses Tumorigenic Processes by Inhibiting Angiogenesis in Glioma and Blocking Myeloid Cell Infiltration in Pancreatic Cancer. PLoS One. 8(1):e54916. PMID: 23372791

260.  Reardon DA, Groves MD, Wen PY, Nabors LB, Mikkelsen T, Rosenfeld S, Raizer J, Barriuso J, McLendon RE, Suttle AB, Ma B, Curtis CM, Dar MM, de Bono JS (2013) A Phase I/II Trial of Pazopanib in Combination with Lapatinib in Adult Patients with Relapsed Malignant Glioma. Clin Cancer Res. 19: 900-8. PMID: 23363814

261.  Cheng L, Huang Z, Zhou W, Wu Q, Donnola S, Liu JK, Fang X, Sloan AE, Mao Y, Lathia JD, Min W, McLendon RE, Rich JN, Bao S. (2013)  Glioblastoma stem cells generate vascular pericytes to support vessel function and tumor growth. Cell. 153: 139-52  PMID: 23540695

262.  Killela PJ, Reitman ZJ, Jiao Y, Bettegowda C, Agrawal N, Diaz LA Jr, Friedman AH, Friedman H, Gallia GL, Giovanella BC, Grollman AP, He TC, He Y, Hruban RH, Jallo GI, Mandahl N, Meeker AK, Mertens F, Netto GJ, Rasheed BA, Riggins GJ, Rosenquist TA, Schiffman M, Shih IM, Theodorescu D, Torbenson MS, Velculescu VE, Wang TL, Wentzensen N, Wood LD, Zhang M, McLendon RE, Bigner DD, Kinzler KW, Vogelstein B, Papadopoulos N, Yan H. (2013) TERT promoter mutations occur frequently in gliomas and a subset of tumors derived from cells with low rates of self-renewal Proc Natl Acad Sci U S A. 2013 Apr 9;110(15):6021-6. PMID:23530248

263.  Jiang X, Reardon DA, Desjardins A, Vredenburgh JJ, Quinn JA, Austin AD, Herndon JE 2nd, McLendon RE, Friedman HS. (2013) O6-methylguanine-DNA methyltransferase (MGMT) immunohistochemistry as a predictor of resistance to temozolomide in primary CNS lymphoma.  J Neurooncol. 2013 Aug;114(1):135-40. PMID:23686298

264.  Lopez GY, Grant GA, Fuchs HE, Leithe LG, Gururangan S, Bigner DD, Yan H, McLendon RE, He Y. (2013) Clinic-pathological description of three paediatric medulloblastoma cases with MLL2/3 gene mutations. Neuropathol Appl Neurobiol. 2013 May 10. doi: 10.1111/nan.12060. [Epub ahead of print]  PMID:23659599

265.  Babu R, Hatef J, McLendon RE, Cummings TJ, Sampson JH, Friedman AH, Adamson C. (2013) Clinicopathological characteristics and treatment of rhabdoid glioblastoma. J Neurosurg. 119:412-9. PMID:23641829

33

266.  Park JG, Babu R, Kranz PG, McLendon RE, Adamson C. (2013) Intraaxial dermoid cyst of the medulla. J Neurosurg. 119(2):442-5. PMID:23621596

267.  Bettegowda C, Agrawal N, Jiao Y, Wang Y, Wood LD, Rodriguez FJ, Hruban RH, Gallia GL, Binder ZA, Riggins CJ, Salmasi V, Riggins GJ, Reitman ZJ, Rasheed A, Keir S, Shinjo S, Marie S, McLendon R, Jallo G, Vogelstein B, Bigner D, Yan H, Kinzler KW, Papadopoulos N. (2013) Exomic sequencing of four rare central nervous system tumor types. Oncotarget. 2013 Apr;4(4):572-83. PMID:23592488

268.  Chandramohan, V., X. Bao, S. T. Keir, C. N. Pegram, S. E. Szafranski, H. Piao, C. J. Wikstrand, R. E. McLendon, C. T. Kuan, I. H. Pastan and D. D. Bigner (2013). "Construction of an immunotoxin, D2C7-(scdsFv)-PE38KDEL, targeting EGFRwt and EGFRvIII for brain tumor therapy." Clin Cancer Res 19(17): 4717-4727. PMID: 23857604

269.  Cheng L, Huang Z, Zhou W, Wu Q, Donnola S, Liu JK, Fang X, Sloan AE, Mao Y, Lathia JD, Min W, McLendon RE, Rich JN, Bao S. (2013) Glioblastoma stem cells generate vascular pericytes to support vessel function and tumor growth.  Cell. 153: 139-52. PMID: 23540695

270.  Frattini V, Trifonov V, Chan JM, Castano A, Lia M, Abate F, Keir ST, Ji AX, Zoppoli P, Niola F, Danussi C, Dolgalev I, Porrati P, Pellegatta S, Heguy A, Gupta G, Pisapia DJ, Canoll P, Bruce JN, McLendon RE, Yan H, Aldape K, Finocchiaro G, Mikkelsen T, Privé GG, Bigner DD, Lasorella A, Rabadan R, Iavarone A. (2013) The integrated landscape of driver genomic alterations in glioblastoma.  Nat Genet. 45:1141-9. PMID: 23917401

271.  Rutledge WC, Kong J, Gao J, Gutman DA, Cooper L, Appin C, Park Y, Scarpace L, Mikkelsen T, Cohen ML, Aldape KD, McLendon RE, Lehman NL, Miller CR, Schniederjan MJ, Brennan CW, Moreno CS, Saltz JH, Brat DJ. (2013) Tumor-infiltrating lymphocytes in glioblastoma are associated with specific genomic alterations and related to transcriptional class. Clin Cancer Res. 19:4951-60. PMID: 23864165

272.  Chandramohan V, Bao X, Keir ST, Pegram CN, Szafranski SE, Piao H, Wikstrand CJ, McLendon RE, Kuan CT, Pastan IH, Bigner DD. (2013) Construction of an Immunotoxin, D2C7-(scdsFv)-PE38KDEL, Targeting EGFRwt and EGFRvIII for Brain Tumor Therapy. Clin Cancer Res. 19:4717-27. PMID: 23857604

273.  Batich KA, William St Clair E, McLendon RE, Sampson JH. (2013) Complete response to steroids in dural inflammatory pseudotumor associated with Still's disease. J Clin Neurosci. 20:1445-8. PMID: 23768965

274.  Remke M, Ramaswamy V, Peacock J, Shih DJ, Koelsche C, Northcott PA, Hill N, Cavalli FM, Kool M, Wang X, Mack SC, Barszczyk M, Morrissy AS, Wu X, Agnihotri S, Luu B, Jones DT, Garzia L, Dubuc AM, Zhukova N, Vanner R, Kros JM, French PJ, Van Meir EG, Vibhakar R, Zitterbart K, Chan JA, Bognár L, Klekner A, Lach B, Jung S, Saad AG, Liau LM, Albrecht S, Zollo M, Cooper MK, Thompson RC, Delattre OO, Bourdeaut F, Doz FF, Garami M, Hauser P, Carlotti CG, Van Meter TE, Massimi L, Fults D, Pomeroy SL, Kumabe T, Ra YS, Leonard JR, Elbabaa SK, Mora J, Rubin JB, Cho YJ, McLendon RE, Bigner DD, Eberhart CG, Fouladi M, Wechsler-Reya RJ, Faria CC, Croul SE, Huang A, Bouffet E, Hawkins CE, Dirks PB, Weiss WA, Schüller U, Pollack IF, Rutkowski S, Meyronet D, Jouvet A, Fèvre-

Montange M, Jabado N, Perek-Polnik M, Grajkowska WA, Kim SK, Rutka JT, Malkin D, Tabori U, Pfister SM, Korshunov A, von Deimling A, Taylor MD (2013). TERT promoter mutations are highly recurrent in SHH subgroup medulloblastoma. 126: 917-29   PMID: 24174164

275.   Killela PJ, Pirozzi CJ, Reitman ZJ, Jones S, Rasheed BA, Lipp E, Friedman H, Friedman AH, He Y, McLendon RE, Bigner DD, Yan H. The genetic landscape of anaplastic astrocytoma. Oncotarget. 2013 Oct 16. [Epub ahead of print] PMID: 24140581

276.   Ramaswamy V, Remke M, Bouffet E, Faria CC, Perreault S, Cho YJ, Shih DJ, Luu B, Dubuc AM, Northcott PA, Schüller U, Gururangan S, McLendon R, Bigner D, Fouladi M, Ligon KL, Pomeroy SL, Dunn S, Triscott J, Jabado N, Fontebasso A, Jones DT, Kool M, Karajannis MA, Gardner SL, Zagzag D, Nunes S, Pimentel J, Mora J, Lipp E, Walter AW, Ryzhova M, Zheludkova O, Kumirova E, Alshami J, Croul SE, Rutka JT, Hawkins C, Tabori U, Codispoti KE, Packer RJ, Pfister SM, Korshunov A, Taylor MD. (2013) Recurrence patterns across medulloblastoma subgroups: an integrated clinical and molecular analysis. Lancet Oncol. 12:1200-7. PMID: 24140199

277.   Brennan CW, Verhaak RG, McKenna A, Campos B, Noushmehr H, Salama SR, Zheng S, Chakravarty D, Sanborn JZ, Berman SH, Beroukhim R, Bernard B, Wu CJ, Genovese G, Shmulevich I, Barnholtz-Sloan J, Zou L, Vegesna R, Shukla SA, Ciriello G, Yung WK, Zhang W, Sougnez C, Mikkelsen T, Aldape K, Bigner DD, Van Meir EG, Prados M, Sloan A, Black KL, Eschbacher J, Finocchiaro G, Friedman W, Andrews DW, Guha A, Iacocca M, O'Neill BP, Foltz G, Myers J, Weisenberger DJ, Penny R, Kucherlapati R, Perou CM, Hayes DN, Gibbs R, Marra M, Mills GB, Lander E, Spellman P, Wilson R, Sander C, Weinstein J, Meyerson M, Gabriel S, Laird PW, Haussler D, Getz G, Chin L; TCGA Research Network (2013). The somatic genomic landscape of glioblastoma. Cell. 155: 462-77.  PMID: 24120142

278.   Lathia, J. D., M. Li, M. Sinyuk, A. G. Alvarado, W. A. Flavahan, K. Stoltz, A. M. Rosager, J. Hale, J. Hitomi, J. Gallagher, Q. Wu, J. Martin, J. G. Vidal, I. Nakano, R. H. Dahlrot, S. Hansen, R. E. McLendon, A. E. Sloan, S. Bao, A. B. Hjelmeland, C. T. Carson, U. P. Naik, B. Kristensen and J. N. Rich (2014). "High-throughput flow cytometry screening reveals a role for junctional adhesion molecule a as a cancer stem cell maintenance factor." Cell Rep 6(1): 117-129. PMID: 24373972

279.   Gururangan S, Fangusaro J, Poussaint TY, McLendon RE, Onar-Thomas A, Wu S, Packer RJ, Banerjee A, Gilbertson RJ, Fahey F, Vajapeyam S, Jakacki R, Gajjar A, Goldman S, Pollack IF, Friedman HS, Boyett JM, Fouladi M, Kun LE. Efficacy of bevacizumab plus irinotecan in children with recurrent low-grade gliomas--a Pediatric Brain Tumor Consortium study.  Neuro Oncol. 2013 Dec 4. [Epub ahead of print]  PMID: 24311632

280.   Guo C, Chen LH, Huang Y, Chang CC, Wang P, Pirozzi CJ, Qin X, Bao X, Greer PK, McLendon RE, Yan H, Keir ST, Bigner DD, He Y. (2013) KMT2D maintains neoplastic cell proliferation and global histone H3 lysine 4 monomethylation. Oncotarget. 4: 2144-53. PMID: 24240169

281.   Rutledge WC, Kong J, Gao J, Gutman DA, Cooper LA, Appin C, Park Y, Scarpace L, Mikkelsen T, Cohen ML, Aldape KD, McLendon RE, Lehman NL, Miller CR, Schniederjan

MJ, Brennan CW, Saltz JH, Moreno CS, Brat DJ. (2013) Tumor-infiltrating lymphocytes in glioblastoma are associated with specific genomic alterations and related to transcriptional class. Clin Cancer Res. 19: 4951-60. PMID: 23864165

282. Babu, R., P. G. Kranz, V. Agarwal, R. E. McLendon, S. Thomas, A. H. Friedman, D. D. Bigner and C. Adamson (2014). Malignant brainstem gliomas in adults: clinicopathological characteristics and prognostic factors.J Neurooncol. 119(1):177-85. PMID: 24838419

283. Fang, X., Z. Huang, W. Zhou, Q. Wu, A. E. Sloan, G. Ouyang, R. E. McLendon, J. S. Yu, J. N. Rich and S. Bao (2014). "The zinc finger transcription factor ZFX Is required for maintaining the tu morigenic potential of glioblastoma stem cells." Stem Cells. 32(8):2033-47. PMID: 24831540

284. Fangusaro, J., S. Gururangan, T. Y. Poussaint, R. E. McLendon, A. Onar-Thomas, K. E. Warren, S. Wu, R. J. Packer, A. Banerjee, R. J. Gilbertson, R. Jakacki, A. Gajjar, S. Goldman, I. F. Pollack, H. S. Friedman, J. M. Boyett, L. E. Kun and M. Fouladi (2013). "Bevacizumab (BVZ)-associated toxicities in children with recurrent central nervous system tumors treated with BVZ and irinotecan (CPT-11): a Pediatric Brain Tumor Consortium Study (PBTC-022)." Cancer 119(23): 4180-4187.

285. Miao, H., B. D. Choi, C. M. Suryadevara, L. Sanchez-Perez, S. Yang, G. De Leon, E. J. Sayour, R. McLendon, J. E. Herndon, 2nd, P. Healy, G. E. Archer, D. D. Bigner, L. A. Johnson and J. H. Sampson (2014). "EGFRvIII-Specific Chimeric Antigen Receptor T Cells Migrate to and Kill Tumor Deposits Infiltrating the Brain Parenchyma in an Invasive Xenograft Model of Glioblastoma." PLoS One 9(4): e94281. PMID: 24722266

286. Wang H, Sun T, Hu J, Zhang R, Rao Y, Wang S, Chen R, McLendon RE, Friedman AH, Keir ST, Bigner DD, Li QJ, Wang H, Wang XF. (2014) miR-33a promotes glioma-initiating cell self-renewal via PKA and NOTCH pathways. J Clin Invest. 124(10):4489-502. PMID: 25202981

287. Feng H, Lopez GY, Kim CK, Alvarez A, Duncan CG, Nishikawa R, Nagane M, Su AJ, Auron PE, Hedberg ML, Wang L, Raizer JJ, Kessler JA, Parsa AT, Gao WQ, Kim SH, Minata M, Nakano I, Grandis JR, McLendon RE, Bigner DD, Lin HK, Furnari FB, Cavenee WK, Hu B, Yan H, Cheng SY. (2014) EGFR phosphorylation of DCBLD2 recruits TRAF6 and stimulates AKT-promoted tumorigenesis. J Clin Invest. 124(9):3741-56.  PMID: 25061874

288. Zhang L, Chen LH, Wan H, Yang R, Wang Z, Feng J, Yang S, Jones S, Wang S, Zhou W, Zhu H, Killela PJ, Zhang J, Wu Z, Li G, Hao S, Wang Y, Webb JB, Friedman HS, Friedman AH, McLendon RE, He Y, Reitman ZJ, Bigner DD, Yan H. (2014) Exome sequencing identifies somatic gain-of-function PPM1D mutations in brainstem gliomas. Nat Genet. 2014 46(7):726-30. PMID: 24880341

289. Brat DJ, Cagle PT, Dillon DA, Hattab EM, McLendon RE, Miller MA, Buckner JC; for the Members of the Cancer Biomarker Reporting Committee, College of American Pathologists. (2015) Template for Reporting Results of Biomarker Testing of Specimens From Patients With Tumors of the Central Nervous System. Arch Pathol Lab Med. 2015 Feb 2. [Epub ahead of print] PMID: 25642959

290. Brown KE, Chagoya G, Kwatra SG, Yen T, Keir ST, Cooter M, Hoadley KA, Rasheed A, Lipp ES, McLendon R, Ali-Osman F, Bigner DD, Sampson JH, Kwatra MM. (2015) Proteomic profiling of patient-derived glioblastoma xenografts identifies a subset with activated EGFR: Implications for drug development. J Neurochem. 2015 Jan 17. doi: 10.1111/jnc.13032. [Epub ahead of print] PMID: 25598002

291. Zhou W, Ke SQ, Huang Z, Flavahan W, Fang X, Paul J, Wu L, Sloan AE, McLendon RE, Li X, Rich JN, Bao S. (2015) Periostin secreted by glioblastoma stem cells recruits M2 tumour-associated macrophages and promotes malignant growth. Nat Cell Biol. 17(2):170-82. PMID: 25580734

292. McLendon RE, Lipp E, Satterfield D, Ehinger M, Austin A, Fleming D, Perkinson K, Lefaivre M, Zagzag D, Wiener B, Gururangan S, Fuchs H, Friedman HS, Herndon JE 2nd, Healy P. (2015) Prognostic marker analysis in pediatric intracranial ependymomas. J Neurooncol. 2015 Jan 7. [Epub ahead of print] PMID: 25563815

293. Sayour EJ, McLendon P, McLendon R, De Leon G, Reynolds R, Kresak J, Sampson JH, Mitchell DA (2015) Increased proportion of FoxP3+ regulatory T cells in tumor infiltrating lymphocytes is associated with tumor recurrence and reduced survival in patients with glioblastoma. Cancer Immunol Immunother. 2015 Jan 3. [Epub ahead of print] PMID: 25555571

**Books**

1. Bigner, D.D., McLendon, R., and Bruner, J., eds.: Russell and Rubinstein's Pathology of Tumors of the Nervous System. Sixth edition. Arnold, London, 1998.

2. McLendon, R.E., Bigner, D.D., Bigner, S.H., and Provenzale, J.M.: Pathology of Tumors of the Central Nervous System: A Guide to Histologic Diagnosis, Arnold, London, 2000.

3. McLendon, R.E., Rosenblum, M.K., and Bigner, D.D., eds.: Russell and Rubinstein's Pathology of Tumors of the Nervous System. Seventh edition, 1132 pp., Hodder Arnold, London, 2006.

**Chapters in Books:**

1. Colapinto, E.V., Lee, Y.S., McLendon, R.E., Humphrey, P.A., Zalutsky, M.R., Friedman, H.S., Pegram, C.N., Bigner, S.H., Bullard, D.E., Wikstrand, C.J., and Bigner, D.D.: The applications of monoclonal antibodies in neuro-oncology. In: Brain Oncology: Biology, Diagnosis and Therapy. Chatel, M., Darcel, F., and Pecker, J., eds., Martinus Nijhoff Publishers, Dordrecht, pp. 121-124, 1987.

2. McLendon, R.E., Vick, W.W., Bigner, S.H., and Bigner, D.D.: Monoclonal antibodies and diagnosis of brain neoplasms. In: Cancer Diagnosis In Vitro Using Monoclonal Antibodies. Kupchik, H.Z., ed., Marcel Dekker, Inc., New York, pp. 31-67, 1988.

3.  Szpak, C.A., McLendon, R.E., Simpson, J.F., Thor, A., Schlom, J., and Johnston, W.W.: The application of monoclonal antibodies in the cytologic evaluation of tumors. In: <u>Tumor Markers in Diagnostic Pathology</u>, Gorstein, F., and Thor, A., eds., <u>Clinics in Laboratory Medicine</u>, W.B. Saunders Company, New York, pp. 77-104, 1990.

4.  McLendon, R.E.: Epidermoid and dermoid tumors: pathology. In: <u>Neurosurgery</u>, second edition. Wilkins, R.H., and Rengachary, S.S., eds., McGraw Hill, New York, pp. 959-963, 1996.

5.  McLendon, R.E.: Neuroblastoma and ganglioneuroblastoma. In: <u>Pathology and Genetics of Tumours of the Nervous System</u>. Cavenee, W.W. and Kleihues, P., eds. International Agency for Research on Cancer, Lyon, France, 1997.

6.  Wikstrand, C.J., Fung, K.-M., Trojanowski, J.Q., McLendon, R.E., and Bigner, D.D.: Antibodies and molecular immunology. Immunohistochemistry and antigens of diagnostic significance. In: <u>Russell and Rubinstein's</u> <u>Pathology of Tumors of the Nervous System</u>. Vol. I. Sixth edition. Bigner, D.D., McLendon, R.E., and Bruner, J.M., eds., Arnold, London, pp. 251-304, 1998.

7.  McLendon, R.E., Enterline, D.S., Tien, R.D., Thorstad, W.L., and Bruner, J.M.: Tumors of central neuroepithelial origin. In: <u>Russell and Rubinstein's</u> <u>Pathology of Tumors of the Nervous System</u>. Vol. I. Sixth edition. Bigner, D.D., McLendon, R.E., and Bruner, J.M., eds., Arnold, London, pp. 307-571, 1998.

8.  McLendon, R.E., and Enterline, D.S.: Tumors of specialized tissues of central neuroepithelial origin. In: <u>Russell and Rubinstein's</u> <u>Pathology of Tumors of the Nervous System</u>. Vol. II. Sixth edition. Bigner, D.D., McLendon, R.E., and Bruner, J.M., eds., Arnold, London, pp. 3-65, 1998.

9.  Bruner, J.M., Tien, R.D., and McLendon, R.E.: Tumors of vascular origin. In: <u>Russell and Rubinstein's</u> <u>Pathology of Tumors of the Nervous System</u>. Vol. II. Sixth edition. Bigner, D.D., McLendon, R.E., and Bruner, J.M., eds., Arnold, London, pp. 239-293, 1998.

10. McLendon, R.E., and Tien, R.D.: Tumors and tumor-like lesions of maldevelopmental origin. In: <u>Russell and Rubinstein's</u> <u>Pathology of Tumors of the Nervous System</u>. Vol. II. Sixth edition. Bigner, D.D., McLendon, R.E., and Bruner, J.M., eds., Arnold, London, pp. 295-370, 1998.

11. McLendon, R.E., and Tien, R.D.: Genetic syndromes associated with tumors and/or hamartomas of the nervous system. In: <u>Russell and Rubinstein's</u> <u>Pathology of Tumors of the Nervous System</u>. Vol. II. Sixth edition. Bigner, D.D., McLendon, R.E., and Bruner, J.M., eds., Arnold, London, pp. 371-417, 1998.

12. Bigner, S.H., McLendon, R.E., Al-dosari, N., and Rasheed, A.: Brain tumors. In: <u>The Genetic Basis of Human Cancer</u>. Vogelstein, B., and Kinzler, K.W., eds., McGraw-Hill, New York, pp. 661-670, 1998.

13.  Bigner, S.H., McLendon, R.E., and Rasheed, B.K.A.: Central nervous system. In: <u>Molecular Pathology of Early Cancer</u>. Srivastava, S., et al, eds., Chapter 8, IOS Press, pp. 113-134, 1999.

14.  Rorke, L., and McLendon, R.E.: Supratentorial primitive neuroectodermal tumor. In: <u>Pathology and Genetics: Tumours of the Nervous System. World Health Organization Classification of Brain Tumors</u>. Cavenee, W.W., Preuss, P., and Kleihues, P., eds., International Agency for Research on Cancer, Lyon, France, 2000.

15.  McLendon, R.E., and Enterline, D.S.: Arteriovenous malformation. In: <u>Interactive Ophthalmic Pathology Tutor</u>. Klintworth, G.K., ed., Duke University, 2003.

16.  McLendon, R.E., and Enterline, D.S.: Neurofibromatosis Type I. In: <u>Interactive Ophthalmic Pathology Tutor</u>. Klintworth, G.K., ed., Duke University, 2003.

17.  McLendon, R.E., and Enterline, D.S.: Neurofibromatosis Type II (central neurofibromatosis; bilateral acoustic schwannoma). In: <u>Interactive Ophthalmic Pathology Tutor</u>. Klintworth, G.K., ed., Duke University, 2003.

18.  McLendon, R.E., and Enterline, D.S.: Chordoma. In: <u>Interactive Ophthalmic Pathology Tutor</u>. Klintworth, G.K., ed., Duke University, 2003.

19.  McLendon, R.E., and Enterline, D.S.: Paraganglioma. In: <u>Interactive Ophthalmic Pathology Tutor</u>. Klintworth, G.K., ed., Duke University, 2003.

20.  McLendon, R.E., and Enterline, D.S.: Plexiform neurofibroma. In: <u>Interactive Ophthalmic Pathology Tutor</u>. Klintworth, G.K., ed., Duke University, 2003.

21.  McLendon, R.E., and Enterline, D.S.: Schwannoma. In: <u>Interactive Ophthalmic Pathology Tutor</u>. Klintworth, G.K., ed., Duke University, 2003.

22.  McLendon, R.E., and Enterline, D.S.: Hemangioblastoma. In: <u>Interactive Ophthalmic Pathology Tutor</u>. Klintworth, G.K., ed., Duke University, 2003.

23.  Cummings, T.J., McLendon, R.E., and Bigner, D.D.: Genetics of brain tumors. In: <u>Encyclopedia of Life Sciences.</u>http://onlinelibrary.wiley.com/doi/10.1038/npg.els.0006111/full

24.  McLendon, R.E., and Kleihues, P.: Classification of Tumors of the Nervous System: A Historical Annotation. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

25.  McLendon, R.E., and Leithe, L.G.: Supratentorial Primitive Neuroectodermal Tumors: Neuroblastomas, Ganlioneuroblastoma, Malignant Neuroblastic-Glial Tumors and Ependymoblastomas. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

26.  McLendon, R.E., and Cummings, T.J.: Ectopias and hamartomas within the central nervous system. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

27. McLendon, R.E., Kros, J.M., Burner, J.M., and Leithe, L.G.: Oligodendrogliomas. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

28. McLendon, R.E., Bruner, J.M., and Leithe, L.G.: Anaplastic Oligodendrogliomas and Mixed Gliomas. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

29. McLendon, R.E., Friedman, A.H., Bruner, J.M., Shah, L., and Leithe, L.G.: Diffuse Astrocytoma. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

30. McLendon, R.E., Provenzale, J.M., and Friedman, A.H.: Anaplastic Astrocytoma with a Discussion of Gemistocytic Astrocytoma, Granular Cell Astrocytoma, and Gliomatosis Cerbri. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

31. McLendon, R.E., Provenzale, J.M., and Friedman, A.H.: Astrocytomas of the Brainstem. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

32. McLendon, R.E., Provenzale, J.M., and Friedman, A.H.: Astrocytomas of the Spinal Cord. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

33. McLendon, R.E., Friedman, A.H., and Leithe, L.G.: Glioblastoma multiforme. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

34. McLendon, R.E., Friedman, A.H., Bruner, J.M., Shah, L., and Leithe, L.G.: Pleomorphic Xanthoastrocytomas. In: <u>Russell and Rubinstein's Pathology of Tumors of the Nervous System</u>. 7th Edition. London. Edward Arnold, 2006.

35. McLendon, R.E., Wiestler, O., Kros, J.M., Korshunov, A., and Ng, H.K.: Ependymona. In: <u>Pathology of Tumours of the Nervous System. World Health Organization Classification of Brain Tumors</u>. Cavenee, W.W. and Kleihues, P., eds., International Agency for Research on Cancer, Lyon, France, 2007.

36. McLendon, R.E., Wiestler, O., Kros, J.M., Korshunov, A., and Ng, H.K.: Anaplastic Ependymona. In: <u>Pathology of Tumours of the Nervous System. World Health Organization Classification of Brain Tumors</u>. Cavenee, W.W. and Kleihues, P., eds., International Agency for Research on Cancer, Lyon, France, 2007.

37. McLendon, R.E., Wiestler, O., Kros, J.M., Korshunov, A., and Ng, H.K.: Myxopapillary Ependymona. In: <u>Pathology of Tumours of the Nervous System. World Health Organization Classification of Brain Tumors</u>. Cavenee, W.W. and Kleihues, P., eds., International Agency for Research on Cancer, Lyon, France, 2007.

38.  McLendon, R.E., Wiestler, O., Kros, J.M., Korshunov, A., and Ng, H.K.: Subependymona. In: Pathology of Tumours of the Nervous System. World Health Organization Classification of Brain Tumors. Cavenee, W.W. and Kleihues, P., eds., International Agency for Research on Cancer, Lyon, France, 2007.

39.  McLendon, R.E., Judkins, A.R., Fuller, G., Sarkar, C., and Ng, H.K.: Central Nervous System Primitive Neuroectodermal Tumors. In: Pathology of Tumours of the Nervous System. World Health Organization Classification of Brain Tumors. Cavenee, W.W. and Kleihues, P., eds., International Agency for Research on Cancer, Lyon, France, 2007.

40.  McLendon RE. Oligodendrogliomas. eMedicine from WebMD. Updated December 17, 2010. Available at: http://emedicine.medscape.com/article/1743896-overview.

41.  McLendon RE. Diffuse Astrocytomas. eMedicine from WebMD. Updated December 17, 2010. Available at: http://emedicine.medscape.com/article/1780914-overview.

42.  McLendon, R.E. and Foo, W.-C. (2010) Expansile Astrocytomas, E-Medicine (Pathology), 2010

43.  McLendon, R.E (2010) Ependymoma. Pubcan - A Public Database of Human Cancers. www.pubcan.org.

44.  McLendon, R.E., Yachnis, A. (2010) Medulloepithelioma. Pubcan – A Public Database of Human Cancers.  www.pubcan.org.

45.  Buckley, A.F., McLendon, R.E., Wikstrand, C.J., Bigner, D.D. (in press) Biomarker discovery in central nervous system neoplasms: past, present and future. Methods of Cancer Diagnosis. Hayat MA (Ed.)

46.  Lopez, G. Y., Cummings, T.J., Bigner, D.D., McLendon, R.E. Brain Tumours. In Encyclopedia of Life Sciences (in presss,2012).

47.  McLendon RE. Pathology of Diffuse Astrocytomas. Medscape Reference. Updated September 18, 2013. Available at: http://emedicine.medscape.com/article/1780914-overview.

48.  McLendon RE. Pathology of Oligodendrogliomas. Medscape Reference. Updated December 13, 2013. Available at: http://emedicine.medscape.com/article/1743896-overview


**Reviews, Letters**:

1.  McLendon, R.E., and Bigner, D.D.:  Immunohistochemistry of the Glial Fibrillary Acidic Protein:  Basic and Applied Considerations.  Brain Pathol.  4:221-228, 1994.

2.  Cummings, T.J., and McLendon, R.E.:  Letter to the Editor.  Pineal epidermoid cysts. Neurosurgery  92(5):909-910, 2000.

3.    McLendon, R.E., Rasheed, A.H., Wiltshire, R., and Herndon, II, J.E.: Correlation of 1p-19q-defects in human gliomas with the light microscopic appearance of oligodendroglioma. Modern Pathology, 17:604-605, 2004.

4.    McLendon, R.E. Turner, K., Perkinson, K., and Rich, J. Second messenger systems in human gliomas. Archives of Pathology and Laboratory Medicine 131: 1585-90, 2007.

5.    McLendon, R. E. 2008. "Re: Axonal injury in head injuries with very short survival." Neuropathol Appl Neurobiol 34(3):371; author reply 372.

6.    Parisi, J. E., D. V. Miller, P. J. Boyer, D. J. Brat, E. J. Cochran, M. L. Cohen, B. K. Demasters, D. Dolinak, R. D. McComb, R. E. McLendon, S. Z. Powell, R. A. Prayson, H. V. Vinters and A. T. Yachnis. (2008). Protocol for the examination of specimens from patients with tumors of the brain/spinal cord." Arch Pathol Lab Med 132(6):907-912 PMID:18517271

7.    Brat, D. J., J. E. Parisi, B. K. Kleinschmidt-DeMasters, A. T. Yachnis, T. J. Montine, P. J. Boyer, S. Z. Powell, R. A. Prayson and R. E. McLendon. 2008. "Surgical neuropathology update: a review of changes introduced by the WHO classification of tumours of the central nervous system, 4th edition." Arch Pathol Lab Med 132(6):993-1007. PMID:18517285

8.    McLendon, R.E. and Rich, J.N. 2011. Glioblastoma Stem Cells: A Neuropathologist's View, Journal of Oncology, vol. 2011, Article ID 397195, 8 pages, doi:10.1155/2011/397195.

9.    Sampson JH, Herndon JE, McLendon RE, Hasselblad V, Asher AL, McGirt MJ, Peterson ED. Editorial. (2012)  Clinical Data Simplified. J Neurosurg. 116: 346-8. PMID: 22054209

**Invited Presentations:**
1.    McLendon, R.E.:  Primary Brain Tumors in Georgia.  Residents' Day of Surgery.  Medical Center of Central Georgia, Macon, GA, May 23, 1983.

2.    McLendon, R.E.:  The Incidence of Glioblastoma Multiforme in Georgia.  American College of Surgeons, Georgia Chapter, Atlanta, GA, November 19, 1983.

3.    Robinson, J.S., and McLendon, R.E.:  The Glioblastoma in Georgia:  1977-1981.  Georgia Neurosurgical Society, Atlanta, GA, November, 1985.

4.    McLendon, R.E.:  Alumnus Presentation.  Resident's Day of Surgery.  Medical Center of Central Georgia, Macon, GA, May 16, 1986.

5.    Oakes, W.J., and McLendon, R.E.:  Polygyria in the Arnold Chiari malformation.  American Association of Neurological Surgery, Philadelphia, PA, December, 1986.

6.    McLendon, R.E.:  Wiley Forbus Lecture.  Immunohistochemical Application of Three Monoclonal Antibodies to GFAP.  North Carolina Society of Pathology, Pinehurst, NC, May 2, 1987.

7.    McLendon, R.E.: Invited Lecturer.  Mercer University School of Medicine, Macon, GA, April, 1988.

8.      McLendon, R. E.:  Pathology of the Degenerative Spine.  Family Practice Symposium; Mercer University School of Medicine, Macon, GA, May 17, 1989.

9.      McLendon, R.E.:  Invited Lecturer.  Mercer University School of Medicine, Macon, GA, January, 1989.

10.     McLendon, R.E.:  Invited Lecturer.  Mercer University School of Medicine, Macon, GA, January, 1990.

11.     Robinson, J.S., Hinton, J.D., and McLendon, R.E.:  Neuropathological model of amelioration of post laminectomy scar tissue.  Georgia Neurosurgical Society, Sea Island, GA, May, 1990.

12.     McLendon, R.E.: Invited Lecturer.  Mercer University School of Medicine, Macon, GA, February, 1991.

13.     McLendon, R.E.:  Glioblastoma Multiforme.  Department of Pathology, University of Florida, Gainesville, FL, September 9, 1991.

14.     McLendon, R.E.: Invited Lecturer.  Mercer University School of Medicine, Macon, GA, February, 1992.

15.     McLendon, R.E.: Invited Lecturer.  Mercer University School of Medicine, Macon, GA, May, 1993.

16.     Batra, S.K., McLendon, R.E., Friedman, H.S., Bigner, D.D., and Bigner, S.H.:  Infrequent mutations of P53 gene in medulloblastoma:  single-strand confirmation polymorphism (SSCP) analysis, sequencing, and immunohistochemistry.  Sixth International Conference on Pediatric Neuro-Oncology, Marseilles, France, June 12-15, 1993.

17.     Batra, S.K., McLendon, R.E., Friedman, H.S., Bigner, D.D., and Bigner, S.H.:  Suppressor genes in medulloblastomas.  Tenth International Conference on Brain Tumour Research and Therapy, Stalheim, Norway, September 6, 1993.

18.     McLendon, R.E., Archer, G.E., Schuster, J.M., Fuchs, H.E., Guaspari, A., Bigner, D.D., and Friedman, H.S.:  Multiple vs single dose intrathecal melphalan:  toxicity and efficacy studies in rats.  Tenth International Conference on Brain Tumour Research and Therapy, Stalheim, Norway, September 6, 1993.

19.     McLendon, R.E., Batra, S.K., Friedman, H.S., Rasheed, B.K.A., Bigner, D.D., and Bigner, S.H.:  C-myc in medulloblastoma biopsies and xenografts.  Tenth International Conference on Brain Tumour Research and Therapy, Stalheim, Norway, September 7, 1993.

20.     Klitzman, B., Schrader, N., McLendon, R.E., and Dewhirst, M.W.:  Quantitative morphology of rat carcinoma with relevance to oxygenation.  Meeting of The Microcirculatory Society, 1994.

21.     McLendon, R.E.: Invited Lecturer.  Mercer University School of Medicine, Macon, GA, April, 1994.

22.     McLendon, R.E.:  Osteoporosis and Degenerative Diseases of the Spine.  Back Pain and Lumbar Spine Conference, Pine Mountain, GA, May 7, 1994.

23.     McLendon, R.E.:  Gliomas:  Grading and Epidemiology.  Neurology-Neurosurgery Grand Rounds, King Faisal Specialist Hospital and Research Centre, Riyadh, Saudi Arabia, August 3, 1994.

24.     McLendon, R.E.:  Infections of the Central Nervous System.  Department of Pathology, King Faisal Specialist Hospital and Research Centre, Riyadh, Saudi Arabia, August 7, 1994.

25.     McLendon, R., Bruner, J.M., Friedman, H.S., Brown, M.T., Bigner, D.D., Rasheed, B.K.A., and Bigner, S.H.:  Asynchronous primary brain tumors.  Eleventh International Conference on Brain Tumor Research and Therapy, Silverado-Napa, CA, October 31, 1995.

26.     Coleman, R.E., Friedman, A.F., Friedman, H.S., Perry, J.R., McLendon, R.E., Bigner, S.H., Zalutsky, M.R., Schold, S.C., Jr., and Bigner, D.D.:  Phase I studies of radiolabeled 131I 8136 anti-tenascin monoclonal antibody in patients with recurrent cystic gliomas or surgically created brain tumor resection cavities:  preliminary results.  Presentation:  Annual Meeting of the American Association of Neuropathologists, 1996.

27.     McLendon, R.E.:  Invited Lecturer.  Mercer University School of Medicine, Macon, GA, May, 1996.

28.     McLendon, R.E.:  Invited Lecturer.  Mercer University School of Medicine, Macon, GA, March, 1997.

29.     McLendon, R.E.:  Dysembryoplastic Neuroepithelial Tumors.  Tygerberg Hospital, University of Stellenbosch, Cape Town, Republic of South Africa, April 10, 1997.

30.     McLendon, R.E.:  Neuropathology Case Studies.  Memorial Medical Center, Savannah, GA, August 19, 1997.

31.     McLendon, R.E.:  Diagnostic markers in medulloblastoma.  12th International Conference on Brain Tumour Research and Therapy, Keble College, Oxford University, Oxford, U.K., September 22, 1997:

32.     McLendon, R.E.:  Invited Lecture.  Mercer University School of Medicine, Macon, GA., February, 1998.

33.     McLendon, R.E.:  Glioblastoma - Mechanisms of Therapeutic Resistance.  Visiting Professor Seminar.  Department of Pathology, Medical College of Georgia, Augusta, GA, June 22, 1998.

34.     McLendon, R.E.: DNA Repair Enzymes and Response to Therapy of Gliomas.  Pathology Seminar Series, Department of Pathology, University of Pittsburgh School of Medicine, Pittsburgh, PA., March 3, 1999.

35.     Cummings, T.J., Bentley, R.C., and McLendon, R.E.:  Ultrastructure of meningiomas and solitary fibrous tumors of the central nervous system.  The Society for Ultrastructural Pathology, Florence, Italy, July, 2000.

36.     McLendon, R.E.:  Advances in the Molecular Classification of Brain Tumors.  Portland Society of Pathology, Portland, OR, March 6, 2001.

37.     McLendon, R.E.:  The Molecular Classification of Gliomas.  The Blood Brain Barrier Society Annual Meeting, Gleneden Beach, OR, March 9, 2001.

38.     McLendon, R.E.:  Mixed Neuronal Glial Tumors.  20th Annual Meeting of the Japanese Society of Brain Tumors, Hiroshima, Japan, May 10, 2002.

39.     McLendon, R.E.:  Writing a Textbook.  20th Annual Meeting of the Japanese Society of Brain Tumors, Hiroshima, Japan, May 11, 2003.

40.     McLendon, R.E.:  Benign Brain Tumor Reporting.  National Cancer Registrar's Association Annual Meeting, Pittsburgh, PA, May 16, 2003.

41.     McLendon, R.E.:  Benign Brain Tumors:  A Neuropathologist's View.  Oncology Registrar's Association of New Jersey, Atlantic City, NJ, October 3, 2003.

42.     McLendon, R.E.: Towards a Molecular Grading System in Gliomas. International Academy of Pathology, Brisbane, Australia, October 11, 2004.

43.     McLendon, R.E.: Neuronal Glial Tumors. International Academy of Pathology, Brisbane, Australia, October 12, 2004.

44.     McLendon, R.E.: Pituicytoma. Interesting Case Conference of the Arthur Purdy Stout Society. International Academy of Pathology, Brisbane, Australia, October 13, 2004.

45.     McLendon, R.E. Neuropathology Specialty Review Session. Hong Kong Academy of Pathology, Hong Kong, People's Republic of China. June 18, 2005

46.     McLendon, R.E. Grand Rounds. 301 People's Liberation Army Hospital. Beijing, People's Republic of China. June 20, 2005

47.     McLendon, R.E. Towards a Molecular Grading System of Gliomas.  Western Australia Research Centre, Perth, Australia. June 27, 2005.

48.     McLendon, R.E. Plenary Session: Neuronal Glial Tumors.  Federation of South African Societies of Pathology. Pretoria, Republic of South Africa. July 5, 2005.

49.     McLendon, R.E.: A Review of the Five Most Common Problems Encountered in a Consultative Surgical Neuropathology Practice.  North Carolina Society of Pathologists Annual Meeting.  Charlotte, NC.  October 20, 2007

50.     McLendon, R.E.: Robert S. Totten Lecture: Neuropathology of Gliomas and the Role of Pharmacogenomics.  University of Pittsburgh November 14, 2007.

51.     McLendon, R.E.:  Neuropathology of Gliomas and the Role of Pharmacogenomics.  Grand Rounds, University of Oklahoma Department of Pathology, Oklahoma City, OK . Sept 29, 2008

52.    McLendon, R.E. :  Stem cell research and therapeutic implications, International  Academy  of Pathology, Athens, Greece, November 15, 2008

53.    McLendon, R.E.: Glioma Stem Cells: Tumor Progenitors or Perpetuators? German Society of Neuropathology, Düsseldorf, Germany, September 18, 2009

54.    McLendon, R.E.: Glioma Stem Cells: An Organizational Approach.  Frankfurt-Heidelberg Brain Tumor Consortium meeting.  Sennheim, Germany, March 25, 2010.

55.    McLendon, R.E.:  An Overview of Changes in the Recent WHO Classification of Tumors of the Nervous System. Surgical Pathology Society. Tiantan Hospital, Beijing, People's Republic of China, May 22, 2010

56.    McLendon, R.E.: The Glioma Stem Cell Controversy, A View from the Microscope. Chinese University of Hong Kong, Hong Kong, People's Republic of China, May 26, 2010.

57.    McLendon, R.E.:  The Glioma Stem Cell: Hierarchy in the GBM. New York University Department of Pathology Grand Rounds. New York, New York. April 23, 2012

58.    McLendon, R.E.:  Diagnostic and Prognostic Advances in Adult Glioma. Omniprex. New York Academy of Medicine. March 1, 2013

59.    McLendon, R.E.:  Adult Glioma Biomarker Testing - An Update. Brigham and Women's Hospital, Boston, MA. May 31, 2013

60.    McLendon, R.E.:   Biomarkers of Adult Gliomas. Grand Rounds. Medical College of Georgia, Augusta, GA. June 17, 2013

61.    McLendon, R.E.:    Immunohistochemical and Molecular Biomarkers of Childhood Medulloblatomas. 45th Congress of the International Society of Paediatric Oncology. Hong Kong. September 25, 2013

62.    McLendon, R.E.:    Medulloblastoma subgrouping. Advanced Course in Neuropathology II. International Academy of Pathology and Association of Directors of Pathology of China. Prince of W ales Hospital, Shatin, Hong Kong. September 27, 2013

63.    McLendon, R.E.:    Five most common consults. Advanced Course in Neuropathology II. International Academy of Pathology and Association of Directors of Pathology of China. Prince of Wales Hospital, Shatin, Hong Kong. September 27, 2013

64.    McLendon, R.E.:    Prognostic and Diagnostic Markers in Adult Gliomas. Advanced Course in Neuropathology II. International Academy of Pathology and Association of Directors of Pathology of China. Prince of Wales Hospital, Shatin, Hong Kong. September 27, 2013

65.    McLendon, R. E.:    Common Problems in Diagnostic Neuropathology. Virginia Society for Pathology. Jefferson Hotel. Richmond, VA. October 6, 2013

66.    Mclendon, R.E.:    Seminar in Neuro-Oncology. Hong Kong Academy of Pathology. Chinese University of Hong Kong. Hong Kong. August 22, 2014.

67.   McLendon, R.E.:      Diagnostic Issues in Neuropathology. Singapore General Hospital, Singapore. Oct 3. 2014

68.   McLendon, R.E.:      Grand Rounds in Medical Oncology. Chulalongkorn Hospital, Bangkok, Thailand. October 6, 2014

**Professional Awards and Special Recognitions:**

Emory Undergraduate Honors Research Program, 1978-1979
Dean's Summer Research Fellowship, Medical College of Georgia, 1980
Myasthenia Gravis Foundation Henry R. Viet's Student Research Fellowship, 1980-81
The North Carolina Society of Pathologists' Wiley Forbus Research Award, 1987
Robert S. Totten Visiting Professor, University of Pittsburgh, 2007
American Association of Cancer Research: Team Science Award, 2014.

**Organizations and Participations:**

College of American Pathology, Fellow, 1989-present
American Association of Neuropathology, Active Member, 1987-present
United States-Canadian Academy of Pathology, 1987-present
American Association of Cancer Research, 1988-present
Medical Association of Georgia, 1987-1990; Second Medical District President, 1991
Tift County Medical Society, 1987-1990; Secretary, 1988; Vice President, 1989; President, 1990
American Cancer Society, 1989-1992; Tift County Medical Vice President, 1989-1991;
      Georgia Division Board of Directors, 1990-1992
North Carolina Medical Association, 1997-present
Durham-Orange County Medical Society, 1997-present
Arthur Purdy Stout Society of Surgical Pathologists, 1998-2005
Society for Neuro-Oncology, 1995 – present
Association of Directors of Anatomic and Surgical Pathology, 2005-presnt

**External Support (Past and Present) - Gifts, Grants, and Contracts**

ACTIVE
Pediatric Brain Tumor Foundation (McLendon)      04/01/2009 – 03/31/2015
Pediatric Brain Tumor Foundation
Institute at Duke Medicine Biorepository Core 1The major goals of this project are the operation of a Biorepository and Pathology Core for brain tumor tissue in support of the Projects for the rest of the Pediatric Brain Tumor Foundation Award.

RSG-10-126-01CCE (Yan, H.)                07/01/2010 – 06/30/2014
American Cancer Society
Functions of mutant IDH1 and IDH2 and their roles in glioma development

The goals of this project are: 1. To determine the functional effects of IDH1/IDH2 mutations on glioma cell growth and survival. 2. To determine the biochemical characteristics of mutant IDH1 and IDH2 and the molecular mechanisms underlying the biology of IDH-mutated glioma. 3. To determine the biological basis for *IDH* mutations in progressive gliomas, and predictive value of IDH mutation status in GBMs.

R01-CA153050-06                          07/01/2010 – 06/30/2015
(Ali-Osman, F.)
NIH/NCI
P53-dependent GSTP1 Gene Regulation and Glioma Drug Resistance

The goal is to investigate the novel p53-GSTP1 crosstalk for its role as a mediator of drug resistance in
GBM.

V Foundation for Cancer Research (Yan, H.)     01/01/2011 – 10/31/2015
V Foundation for Cancer Research
Developing Novel Approaches to Target Gliomas

The goal is to develop novel therapeutic approaches based on the unique metabolic features of mutant
IDH1 and IDH2 proteins.

<u>PAST SUPPORT</u>

American Cancer Society                  1987    Declined
        Clinical Oncology
        Development Award

National Institute of                    1987    Declined
        Neurological and
        Communicative Disorders
        and Stroke, Clinical
        Investigator Development
        Award

R01-CA68119-04 (Bigner, S.H.)                    $169,478           7/5/96 - 4/30/01
        NIH - NCI
        Molecular Markers of Prognosis in Medulloblastoma

DAMD17-98-C-8027 (Abou-Donia, M.B.)              $268,599           3/25/98 – 8/24/02
        U.S. Army
        Long-term effects of subchronic exposure to sarin, alone and with stress of other chemicals

R01-CA43722-14 (Bigner, S.H., P.I.)                                 01/01/99 – 12/31/03
        NIH/NCI
        Growth Control and Cytogenetics of Malignant Gliomas

U01CA81474-03 (Friedman, H.S., P.I.)                                04/01/99 – 03/31/04
        NIH/NCI
        Pediatric Brain Tumor Consortium Grant

5P30-CA14236 (Colvin, M., P.I.)                                     01/01/99 – 12/31/03
        NIH-NCI

Cancer Center Core Support Grant
Director of the Tissue Distribution and Cytogenetics Shared Resource

U01-CA88128-02 (Riggins, G., P.I.)                                    08/29/00 – 01/31/05
    NIH/NCI
    A Molecular Classification of Brain Tumors

The W.M. Keck Center for Neuro-Oncology                               07/01/01 – 06/30/03
    Genomics (Colvin, M., P.I.)

5 P50-NS-20023-24 (Bigner, D.D.)        $216,107                      2/1/2004 - 1/31/2009
NIH/NINDS                               (Project 4)
SRC on Primary and Metastatic Tumors of the CNS

5 R37 CA11898-37 (MERIT Award)          $417,254                      4/1/2003 - 3/31/2008
 (Bigner, D.D.)
NIH/NCI
Brain Tumors:  Immunological and Biological Studies

1 U01 CA81474 (Friedman)                $77,788                       4/1/2004 – 3/31/2009
NIH
Pediatric Brain Tumor Clinical Trials Consortium.

2 PO1 CA47741-11A2 (Chao, Nelson)       $911,481                      7/1/2003 – 6/30/2008
NIH/NCI                                 (Project 3, Co-Investigator)
Novel Approaches for Stem Cell Transplantation

5 P50 CA108786-04 (Bigner, D.D.)        $95,209                       9/1/2004 – 8/31/2009
NIH/NCI                                 (Core 1 Leader)
SPORE in Brain Cancer

5 P50 CA108786-04 (Bigner, D.D.)        $172,666                      9/1/2004 – 8/31/2009
NIH/NCI                                  (Core 3 Co-PI)
SPORE in Brain Cancer

5 P50 CA108786-04 (Bigner, D.D.)        $203,062                      9/1/2004 – 8/31/2009
(Core 4 Co-Leader)
NIH/NCI
SPORE in Brain Cancer

Pediatric Brain Tumor Foundation (McLendon)   $90,000                 4/1/2003 – 3/31/2009
Pediatric Brain Tumor Foundation Institute at Duke
Project 5-Definition of Non-AGT/DNA Mismatch Repair Deficiency Mechanisms of Resistance to
Temozolomide

1R01 NS054276-01A1 (Rich)                                             2/15/2006 – 1/31/2011

NIH                                              $157,500 (Neuropathologist)
Molecular Mechanisms of SPARC Mediated Glioma Invasion


1 R01 CA116659-01A1 (Rich, Jeremy)                          8/1/2006 – 7/31/2011


NIH/NCI                                          $177,500 (Investigator)
TGFbeta-PTEN Interactions Glioma Biology & Therapy


1 R01 CA118822-01A1 (Yan, Hai)                             7/1/2006 – 5/31/2011
NIH/NCI                                          $142,000 (Co-Investigator)
The Role of OTX2 in Molecular Pathogenesis of Medulloblastoma


1R21-NS067975-01  (Sampson, J.)                            09/30/09 - 08/31/11
NIH
Gene Targeted Therapy of Brain Tumor


Subcontract SAIC Frederick (Bigner)                        04/01/08 – 9/30/10
NIH
TCGA Contract

The major goals of this project are to analyze existing Brain Tumor Tissue inventory and acquire samples of relevant tissues from other donors and provide samples as needed for TCGA project.


5 R01 CA118822-04 (Yan, Hai)                               07/01/06 – 05/31/11
NIH/NCI              (Co-Investigator)
The Role of OTX2 in Molecular Pathogenesis of Medulloblastoma

The major goals of this project are to investigate how medulloblastoma cell growth are controlled by a developmentally regulated gene, shown to be amplified or overexpressed in medulloblastomas.


5 P50 CA108786-05 (Bigner, D.D.)                           09/01/04 – 08/31/10
NIH/NCI              (Core 1 Leader)
SPORE in Brain Cancer

The major goals of this core are to establish a tissue bank organized around an integrated histologic and molecular diagnostic laboratory with all research and clinical information available from a constantly updated database.


5 P50 CA108786-05 (Bigner, D.D.)                           09/01/04 – 08/31/10
NIH/NCI              (Core 3 Co-PI)
SPORE in Brain Cancer

The major goals of this core are to design novel therapeutic strategies that either block key mediators of chemoresistance or that augment local control, in order to improve the survival of patients with malignant brain tumors while preserving an optimal quality of life.

50

5 P50 CA108786-05 (Bigner, D.D.)                                    09/01/04 – 08/31/10
NIH/NCI                 (Core 4 Co-Leader)
SPORE in Brain Cancer

The major goals of this core are to provide pathologic relevance into the statistical analysis of the clinical, translational, and basic scientific investigations of the SPORE.

5 R37 CA11898-41 (MERIT Award Extension)                           04/14/2008 – 03/31/2013

(Bigner, D.D.)
NIH/NCI
Brain Tumors: Immunological and Biological Studies

The specific aims of this project are to develop humanized intact antibodies to the specific epitope of EGFRvIII and single fragment chain recombinant monoclonal antibody fragments, and to evaluate their use as therapeutic agents after labeling with $^{131}$I and $^{211}$At and genetic incorporation of *Pseudomonas* exotoxin.

1R21-NS067975-02 (Sampson, J.)                                     09/30/2009 – 08/31/2012

NIH/NINDS
Gene Targeted Therapy of Brain Tumor

The goal is to enhance the efficacy of targeted combinatorial therapy for patients with GBM.

W81XWH-10-1-0089 (Mitchell, D.)              04/01/2010 – 03/31/2015
DoD
Adoptive cellular therapy targeting recurrent pediatric brain cancers during hematopoietic recovery from high-dose chemotherapy. The goal is to determine if DC + xALT therapy targeting reMB/PNETs during recovery from myeloablative chemotherapy will be safe and will prolong the 12-month progression-free survival (PFS-12) ($H_0$: $\Box \leq 0.33$; $H_1$: $\Box > 0.55$) in children and young adults with reMB/PNETs.

5P50-NS-20023-29 (Bigner, D.D.)6/15/2009                    -                      1/31/2014

NIH/NINDS              Project 3
SRC on Primary Tumors of the CNS

The major goals of this project are to design novel therapeutic strategies that either block key mediators of chemoresistance or that augment local control, in order to improve the survival of patients with malignant brain tumors while preserving an optimal quality of life.

5P50-NS-20023-29 (Bigner, D.D.)6/15/2009                    -                      1/31/2014

NIH/NINDS              Core A
SRC on Primary Tumors of the CNS

51

The major goals of this core are to provide pathologic relevance into the statistical analysis of the clinical, translational, and basic scientific investigations of the grant.

5P50-NS-20023-29 (Bigner, D.D.)6/15/2009                    -                    1/31/2014

NIH/NINDS              Core B
SRC on Primary Tumors of the CNS

The major goals of this core are to establish a biorepository organized around an integrated histologic, molecular, and flow cytometric diagnostic laboratory with all research and clinical information available from a constantly updated database.

1R01-NS067037-03 (Mitchell, Duane)09/15/2009                    –                    06/30/2014

NIH/NCI
Reversal of CMV-specific immune deficits in patients with glioblastoma

The goal is to explore methods methods to reverse cell-mediated deficits in patients with GBM using CMV RNA pulsed DC's co-transfected with RNAs encoding for cytokines that favorably modulate polyfunctional  T cell responses and inhibit expansion of immunosuppressive Tregs.


Industry Sponsored Clinical Trials                                        Aggregated Effort
Duke University lists aggregated effort assigned to the following eligible industry-sponsored clinical trial projects.  Each of these individual projects has a varying need of effort depending on the type of activity currently in progress:  protocol development, start-up, patient recruitment, enrollment, follow-up, monitoring, data analysis, publication, and closeout. Faculty determine each project's need and adjust their effort between projects within the total aggregated effort assigned to the clinical projects. Effort is reviewed and confirmed by the department based on the activity of each project.

Boehringer Ingleheim Pharmaceuticals                              08/21/09 – 07/31/11
(McLendon, Roger)    (Investigator)
Boehringer Ingleheim Pharmaceuticals
FISH and Immunohistochemical Studies

The major goal of this project is to conduct FISH and Immunohistochemical Studies

| GSK Agreement (McLendon, Roger) | 9/1/2006 – 12/31/2007 | 0.12 calendar |
|---|---|---|
| GSK | $150,160 (Investigator) | |
| Comprehensive Glioma Panel for Evaluation of Second Messenger Inhibitors | | |

| Novartis Agreement (McLendon, Roger) | 7/1/2007 – 8/31/2009 | 0.12 calendar |
|---|---|---|
| Novartis | $218,028 (Investigator) | Shared with WO |
| Glivec and HU Study  (Work Order 2201) | | 2202 |

| Novartis Agreement (McLendon, Roger) | 5/1/2007 – 4/30/2009 | Effort shared w/ |
|---|---|---|

Novartis                                    $218,028 (Investigator)          WO 2201
Glivec and HU Study (Work Order 2202)

Celldex Agreement (McLendon, Roger)        5/1/2007 – 4/30/2008            0.12 calendar
Celldex                                     $2,600 (Investigator)
Anti-EGFR Antibody Comparison