# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Beach, Harriet | 2:12cv00476 |
| Justus, Joyce | 2:12cv00956 |
| Massey, Donna | 2:12cv00880 |
| McBrayer, Dee | 2:12cv00779 |
| Stubblefield, Margaret | 2:12cv00842 |
| White, Virginia | 2:12cv00958 |