# EXHIBIT C

Thomas C. Wright, Jr., M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

```
------------------------------X
                              )
IN RE:  ETHICON, INC.,        ) Master File No.
PELVIC REPAIR SYSTEM PRODUCTS ) 2:12-MD-02327
LIABILITY LITIGATION          )
                              )  MDL-2327
------------------------------)
 THIS DOCUMENT RELATES TO THE )
 FOLLOWING CASES IN WAVE 1 OF ) JOSEPH R. GOODWIN
 MDL 200:                     ) U.S DISTRICT JUDGE
                              )
                              )
DEE MCBRAYER AND TIMOTHY      ) Civil Action No.
MCBRAYER,                     )
              Plaintiff       ) 2:12-CV-00779
vs.                           )
ETHICON, INC., ET AL.         )
              Defendant.      )
                              )
------------------------------X
```

DEPOSITION OF THOMAS C. WRIGHT, JR., M.D.

New York, New York

March 29, 2016

Reported by:

MARY F. BOWMAN, RPR, CRR

594528fd-30fe-4827-ad98-827b8a482b7e

Thomas C. Wright, Jr., M.D.

Page 6

1  pathologist, correct?
2      A.   Correct.
3      Q.   And within the field of
4  pathology, there are some subspecialties.
5  As I understand it, you are an anatomic
6  pathologist?
7      A.   Correct.
8      Q.   That means, Doctor, that your
9  medical practice has been one in which you
10 have looked at and interpreted tissue
11 samples over your career, fair?
12     A.   Fair.
13     Q.   You have not been a clinician in
14 your medical practice?
15         MR. COMBS:  Object to form.
16     Q.   There will be times --
17     A.   In which I don't know what to do.
18     Q.   I will talk to you about your
19 history testifying in a second.
20         There will be times today where
21 counsel for Ethicon may make an objection.
22 That objection can only be ruled on by
23 somebody who is not in the room today.
24         So for the purposes of the

Thomas C. Wright, Jr., M.D.

Page 7

1 transcript, he will make an objection,
2 preserve it for the record, and then the
3 day will come where that objection may be
4 heard, but you get to go ahead and answer
5 to the best of your ability.  Fair?
6           MR. COMBS:  At all times today,
7      go ahead and answer the question,
8      unless I were to direct you not to
9      answer.  The likelihood of that
10     happening is very small.  It would only
11     be if Mr. Perdue were to ask a question
12     that I thought invoked privileged
13     materials or something like that.
14           For the vast majority, what will
15     happen today, either if I'm asking a
16     question and Mr. Perdue objects, or if
17     he asks you a question and I object,
18     you just keep rolling.
19           THE WITNESS:  OK.
20           MR. COMBS:  We will let you know
21     if anything changes.
22     A.      For a number of years at
23 Columbia, I ran the colposcopy clinic,
24 which is pretty invasive disease.  So I saw

Thomas C. Wright, Jr., M.D.

Page 8

1 patients having preinvasive cervical
2 disease.
3     Q.    And colposcopy is basically a
4 cervical biopsy?
5     A.    Colposcopy is looking at the
6 cervix with a microscope, a long-range,
7 dissecting microscope. We look, we
8 identify areas of abnormality, we take
9 biopsies, and then if we find a
10 precancerous condition, we treat it locally
11 with excessive types of methods.
12     Q.    Let me back up to your
13 background, training and experience.
14     Can you tell us, Dr. Wright, what
15 Wright Exhibit 2, which is marked and is in
16 front of you, is?
17     A.    This is my CV.
18     Q.    Does your CV in effect serve as
19 your resume and a description of your
20 education, training and experience in the
21 field of medicine?
22     A.    It does.
23     Q.    If I look at Wright Exhibit 2,
24 Doctor, I see that you completed a

Thomas C. Wright, Jr., M.D.

Page 9

1  residency in pathology, true?
2       A.    That is correct.
3       Q.    And then after your residency in
4  pathology, you went on to do what's called
5  a fellowship in gynecologic/obstetric
6  pathology some years later, fair?
7       A.    Fair.
8       Q.    The difference between a
9  residency and a fellowship is, after a
10 student of medical school attends three
11 years of medical school, they essentially
12 choose their specialty path going forward,
13 true?
14      A.    Yes.
15      Q.    Your choice as of the third year
16 of medical school, or your placement, was
17 in the field, the subspecialty of medicine
18 called pathology, correct?
19      A.    Correct.
20      Q.    From the practice then as a
21 pathologist after completed a residency,
22 you continued on to do some subspecialty
23 education called a fellowship training in
24 obstetric and gynecologic pathology, fair?

Thomas C. Wright, Jr., M.D.

Page 10

1  A.  I did.  After an interim where I
2  was a researcher at Harvard Medical School,
3  and also acted as an attending pathologist
4  at the Brigham and Women's.
5  Q.  So that's what I wanted to talk
6  to you about.  So your medical school
7  training was at Harvard Medical School,
8  correct?
9  A.  Correct.
10  Q.  And then your pathology was -- it
11  just says your pathology residency, it says
12  department of pathology, Boston.  Is that
13  a -- was the residency done at Harvard
14  Medical School as well?
15  A.  It was done at Harvard Medical
16  School, the Brigham and Women's Hospital,
17  which is one of the Harvard teaching
18  hospitals.
19  Q.  I understand now.
20  From -- it looks like in just
21  looking at your CV, and not knowing, but
22  after a period of time in your education,
23  you left Boston and came to New York?
24  A.  Correct.

Thomas C. Wright, Jr., M.D.

Page 16

1  Q. Two days a week you have some
2  role looking at specimens through Columbia
3  Medical Center?
4  A. Two days a week -- just so we are
5  clear, I'm a professor emeritus, so I do
6  not do routine anatomical pathology at
7  Columbia. Two days a week, I go in, I do
8  my research projects, I write papers, I
9  talk to residents.
10         And I look at the difficult cases
11 through the microscope that the other --
12 that the attendings in gynecological
13 pathology are interested in getting my
14 opinion.
15  Q. So that we are clear and fair
16 then, since 2011, you have not been an
17 attending pathologist through a hospital or
18 medical center?
19  A. Since 2013.
20  Q. Since 2013.
21         So in 2013, you ceased to serve
22 as an attending pathologist, that is a
23 full-time practicing clinical pathologist,
24 correct?

Thomas C. Wright, Jr., M.D.

Page 177

1           CERTIFICATE
2    STATE OF NEW JERSEY )
3                        )ss:
4    COUNTY OF UNION     )
5           I, MARY F. BOWMAN, a Registered
6    Professional Reporter, Certified
7    Realtime Reporter, and Notary Public
8    within and for the State of New Jersey,
9    do hereby certify:
10          That THOMAS C. WRIGHT, JR., M.D.,
11   the witness whose deposition is
12   hereinbefore set forth, was duly sworn
13   by me and that such deposition is a
14   true record of the testimony given by
15   such witness.
16          I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage and that I
19   am in no way interested in the outcome
20   of this matter.
21          In witness whereof, I have
22   hereunto set my hand this 29th day of
23   March, 2016.
24          _____

594528fd-30fe-4827-ad98-827b8a482b7e