# EXHIBIT D

# CURRICULUM VITAE

**Date of Preparation:** March 1, 2016

**Personal Data:**

*Name:* Thomas Carr Wright, Jr.
*Birthdate:*
*Birthplace:*
*Citizenship:* United States of America

**Academic Training**

*College:* University of North Carolina, Chapel Hill, 1973, AB with honors
*Medical:* Harvard Medical School, 1977, MD cum laude

**Traineeship**

*Residency and Clinical Fellowships:*

1978-1981 Resident, Department of Pathology, Boston, MA.

1988-1989 Fellow, Division of Gynecologic and Obstetric Pathology, College of Physicians and Surgeons of Columbia University, New York, NY.

*Research Fellowships:*

1977-1978 Research Fellow in Pathology, Harvard Medical School; Boston, MA.

**Board Qualification and Certification**

1988-current New York Medical Licensure

1982-current Board Certification in Anatomical Pathology

1992-2015 New York State Clinical Laboratory Director in Histopathology, Cytopathology, and Direct Molecular Detection Techniques

2009-2019 Recertification in Anatomical Pathology

**Military Service** None

**Professional Organizations and Societies**

International Society of Gynecological Pathology
American Society for Colposcopy and Cervical Pathology
American Society of Clinical Pathology

**Academic Appointments**

1981-1983 Instructor in Pathology, Harvard Medical School

1983-1988 Assistant Professor in Pathology, Harvard Medical School

| | |
|---|---|
| 1988-1989 | Faculty of Program in Cell & Developmental Biology, Harvard Medical School |
| 1988-1989 | Assistant Professor of Clinical Pathology, College of Physicians & Surgeons of Columbia University |
| 1989–1994 | Assistant Professor of Pathology College of Physicians & Surgeons of Columbia University |
| 1994-2005 | Associate Professor of Pathology at Presbyterian Hospital, College of Physicians & Surgeons of Columbia University |
| 2005-2011 | Professor of Pathology at Presbyterian Hospital, Columbia University Medical Center |
| 2012-2013 | Special Lecturer in Pathology and Cell Biology, Columbia University Medical Center |
| 2013-current | Professor Emeritus of Pathology and Cell Biology, Columbia University Medical Center |

**Hospital / Laboratory Appointments**

| | |
|---|---|
| 1983-1988 | Attending in Pathology, Brigham and Women's Hospital, Boston, MA |
| 1989 - 1994 | Assistant Attending in Pathology, Columbia Presbyterian Medical Center |
| 1994 - 2011 | Attending in Pathology, Columbia Presbyterian Medical Center |
| 1998 - 2009 | Director, Division of Gynecologic and Obstetric Pathology, New York Presbyterian Hospital - Columbia Campus |
| 2001 - 2011 | Director, Colposcopy Services, New York Presbyterian Hospital -Columbia Campus |
| 2009 - 2011 | Director, Division of Gynecological, Obstetrical, and Cytological Pathology - Columbia University Medical Center |
| 2012 - 2013 | Special Lecturer in Pathology and Cell Biology, Columbia University Medical Center |
| 2014 - | Consulting Pathologist, Enzo Clinical Laboratories, Farmingdale, NY |

**Honors**

| | |
|---|---|
| 1970 | Phi Eta Sigma |
| 1971 | Phi Beta Kappa |
| 1971 | National Science Foundation Research Fellowship |
| 1977 | James Tolbert Shipley Award (Harvard University) |
| 1996 | Presidential Award (Society of Gynecologic Oncologists) |
| 2002 | Distinguished Service Award (American Society for Colposcopy and Cervical Pathology) |
| 2007 | Lifetime Achievement Award (American Society for Colposcopy and Cervical Pathology) |

**Fellowship and Grant Support**

***Current Research Support***

none

***Previous Grant Support***

Gates Foundation / EngenderHealth
Cervical Cancer Prevention in Lesser Developed Regions: A Demonstration Project for Evaluating Alternative Strategies in Khayelitsha, South Africa
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 02/27/00 – 09/01/11

National Institutes of Health
Haitian Research - Training Program AIDS Related Cervical Cancer
Daniel Fitzgerald, Principal Investigator
Thomas C. Wright, Jr., Co-investigator
Funding Period: 09/15/08 – 09/14/11

Centers for Disease Control and Prevention
Botswana Microbicide Study and Training
Dawn Smith, Principal Investigator
Thomas C. Wright, Jr., Co-investigator
Funding Period: 09/05/03 – 09/04/06

3M Corporation
Study to Evaluate the Intravaginal Use and dose Response of 851B Gel for the treatment of Cervical HPV infection
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 06/15/06 – 06/14/09

National Cancer Institute
Effect of Heparin on Rat Cervical Epithelial Cells
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 7/1/85 - 6/30/88

Council for Tobacco Research
Characterization of Heparin's Growth Inhibitory Activity
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 8/22/88 - 12/30/90

American Cancer Society
Core Grant for Cancer Cause and Prevention
I.B. Weinstein, Principal Investigator
Thomas C. Wright, Jr. - Co-Investigator
Funding Period: 4/1/90 - 3/30/95

National Cancer Institutes
Case Control Study of Benign Ovarian Neoplasms
Carolyn Westhoff - Principal Investigator
Thomas C. Wright, Jr. - Co-Investigator
Funding Period: 8/22/91 - 9/31/94

Interferon Sciences Inc.

Treatment of CIN with Topical Interferon alpha-n3
Thomas C. Wright, Jr., Principal Investigator
Funding period: 1/28/93 - 12/27/95

American Foundation for AIDS Research
CIN and HPV Infections in HIV-infected Women
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 3/1/91 - 2/28/93

Cytyc Corporation
Outcomes Trial of Thin-Prep Pap Smears
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 11/1/97 - 6/1/99

Lifespex, Inc.
Unrestricted research grant
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 11/1/97

Cytyc Corporation
Detection of Chlamydia Using Thin-Prep Pap Smears
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 9/1/97 - 1/30/98

Digene Corporation
Analysis of HPV DNA Testing, Liquid Based Cytology and Direct Visual Inspection
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 10/20/99 - 1/1/01

3M Corporation
Study to Evaluate Use of Imiquimoid Intravaginally for Low Grade CIN
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 1/28/00 - 6/01/01

3M Corporation
Extended Follow-up of Women Treated with Imiquimoid Intravaginally
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 12/07/00 - 6/30/02

Association for Voluntary and Safe Contraception
"Screen and Treat" Trial - Safety and Efficacy of Cryosurgery When
Used for "Screen and Treat" in a Low-resource setting
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 3/1/00 - 2/28/01

Centers for Disease Control - Division of HIV/AIDs
A Prospective Study of Cervical Disease in HIV - Infected Women:
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 9/30/91 - 9/29/01

Centers for Disease control - Division of HIV/AIDS
HIV RNA in Cervicovaginal Secretions
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 9/30/97 - 9/29/01

New York Academy of Medicine
New York Human Papillomavirus Screening Project
Thomas C. Wright, Jr., Principal Investigator

Funding Period: 7/01/01 - 6/30/03

National Cancer Institute
Clinical and Cost Effectiveness of Cervical CA Screening
Thomas C. Wright, Jr., Co-investigator
Funding Period: 5/7/02 - 2/29/04

Tripath Imaging, Inc.
Validation of Specimens Collected & Stored in TriPath Imaging Surepath Preservative for Use with Digene HC2HPV DNA
Thomas C. Wright, Jr., Principal Investigator
Funding Period: 6/03/03 - 9/30/04

National Institute of Health / National Cancer Institute
Molecular Genetics of Cervical Cancer Progression
Murty Vundavalli, Principal Investigator
Thomas C. Wright, Jr., Co-investigator
Funding Period: 09/05/03 – 09/04/05

**Departmental and University Committees**

Faculty Counsel (1991 - 1997)
Executive Counsel of Medical School (1995 - 1999)
Search Committee for Chairman of Surgery, St. Lukes Hospital (1994 - 1996)
Pathology Department Residency Committee (1991 - 1996)
International Research Committee (2007 – 2011)

**Other Professional Activities**

Editorial Boards

Journal of the Lower Genital Tract (1996 - 2000)
International Journal of Gynecological Pathology (2006 - 2015)
Journal of Lower Genital Tract Disease (2007 - ***current***)

Appointment to National Committees

*World Health Organization*

Participant - Discussion Panel on Advances in Screening for Cervical Cancer Geneva, Switzerland (1996)

Participant - Panel on Screening for Cervical Cancer in Developing Countries Geneva, Switzerland (2001)

Terminology of Female Cancers - *Co-chair* of Cervix Committee (2012-2014)

*Planned Parenthood Federation of America, Inc.*

Member of National Medical Committee (1997 - 1999)
Member of National Medical Committee (2009 - 2013)

*American Society of Colposcopy and Cervical Pathology*

Chairman of Cytology Committee (1995 - 1998)
Board of Directors (1998 - 2014)
2001 Consensus Management Guideline. – *Chair* of ASCUS committee (2000 – 2002)
2006 Consensus Management Guideline. – *Chair* of ASCUS committee (2005 – 2007)
2006 Consensus Conference on Cervical Disease – *Chairperson of conference*

*Centers for Disease Control*
Member of Expert Panel on Cervical Disease and HIV Infection (1992).

*National Institute of Health - AIDS Clinical Trial Group (ACTG)*
Member of HPV Task Force (1995 - 1997)

*National Institute of Health - Centers for Disease Control and Prevention*
USPHS - IDSA Guidelines for Prophylaxis of Opportunistic Infections in Patients with HIV Infection Committee (1996 - 2002)

*National Cancer Institute*
Bethesda System 2001 – *Chair* of LSIL/HSIL panel (2000 – 2001)

*American Cancer Society*
Task Force for Cervical Cancer (1999 - 2002)

*International Agency for Research on Cancer*
Participant – Working Committee to write *Handbook for Cervical Cancer Screening* (2004)

*Society of Gynecological Oncologists*
Member – Program committee for 2002 national meeting

*American Student Health Association*
Member of STD Task Force (1993 - 1998)

*National Cervical Cancer Coalition*
Medical Advisory Board (1998 - 2007)

**Publications**

***Original, peer reviewed articles***

1. Wright, T. C., Ukena, R. E., Campbell, R., and Karnovsky, M.J. Rates of aggregation, loss of anchorage dependence, and tumorigenicity of cultured cells. Proc. Natl. Acad. Sci., U.S.A. 1977; 74: 258-262.

2. Wright, T.C., and Karnovsky, M.J. Relationships between cell-substratum interactions and the distribution of concanavalin A receoptors on mouse embryo fibroblasts. Exp Cell Res. 1979; 123:377-383

3. Wright, T.C., Smith B., Ware, B.R., and Karnovsky, M.J. The role of negative charge in spontaneous aggregation of transformed and nontransformed cell lines. J Cell Sci. 1980;

45:99-117.

4. Fanta, C.H., Wright, T.C., and McFadden, E.R. Differentiation of recurrent pulomary emboli from chronic obstructive lung disease as a cause of cor pulmonale. Chest 1981; 79:92-95.

5. Wright, T.C., Underhill, C.B., Toole, B.P., and Karnovsky, M.J. Divalent cation-independent aggregation of Rat-1 fibroblasts infected with a temperature-sensitive mutant of Rous sarcoma virus. Cancer Res. 1981; 41:5107-5113.

6. Wright, T.C., Robinson, J.M, and Karnovsky, M.J. Effects of urea treatment on the divalent cation-independent cell aggregation of 3T3-MIT fibroblasts. J Cell Phys. 1982; 113:113-124.

7. Hoover, R.H., and Wright, T.C. Chemotaxis of endothelial cells to formylmethoinyl-leucyl-phenylalanine. Microvascular Res. 1982; 26:122-125.

8. Wright, T.C., Orkin, R.W., Destrempes, M., and Kurnit, D.M. Increased adhesiveness of Down syndrome fibroblasts in vitro. Proc Natl Acad Sci., U.S.A. 1984; 51:297-306.

9. Hill, D.J., Wright, T.C., Andrews, M.L., and Karnovsky, M.J. The localization of calmodulin in differentiating pulmonary type II epithelial cells. Lab Invest. 1984; 51:297-306.

10. Harper, P.A., Robinson, J.M., Wright, T.C., Hoover, R.L., and Karnovsky, M.J. Improved methods for culturing rat glomerular cells. Kidney International 1984; 26:875-880.

11. Castellot, J.J., Wong, K., Herman, B., Hoover, R.L., Albertine, D.F., Wright, T.C., Caleb, B.L., and Karnovsky, M.J. Binding internalization of heparin by vascular smooth muscle cells. J Cell Phys. 1985; 124:13-20.

12. Wright, T.C., Johnstone, T.V., Castellot, J.J., and Karnovsky, M.J. Inhibition of rat cervical epithelial cell growth by heparin and its reversal by EGF. J Cell Phys. 1985; 125:499-506.

13. Wright, T.C., and Nahabedian, C. Growth requirements and characterization of rat cervical epithelial cells in vitro. J Cell Phys. 1986; 126:10-20.

14. Wright TC, and Karnovsky MJ: Metabolic effects of heparin in rat cervical epithelial cells. J Cell Physiol. 1987; 132:255-262.7

15. Wright TC: Characterization of the cytokeratins of rat cervical epithelial cells in vivo and in vitro. Can. Res. 1987; 47:6678-6685.

16. Karnovsky MJ, Wright TC, Castellot JJ, Choay J, Lormeau J-C, Petitou M: Heparin, heparan sulfate, smooth muscle cells and atherosclerosis. Proceed. New York Acad. Sci. 1989; 556:268-281.

17. Wright TC, Castellot JJ, Petitou M, Lormeau J-C, Choay J, Karnovsky MJ: Structural determinants of heparin's growth inhibitory activity: Interdependency of oligosaccharide size and charge. J. Biol Chem. 1989; 1534-1542.

18. Wright TC, Pukac L, Castellot JJ, Karnovsky MJ, Levine RA, Kim H-Y, Campisi J: Heparin suppresses the induction of c-fos and c-myc mRNA in murine fibroblasts by selective inhibition of protein kinase C-dependent pathway. Proc. Natl. Acad. Sci. 1989; 86:3199-3203.

19. Castellot JJ, Pukac LA, Caleb BL, Wright TC, and Karnovsky MJ: Heparin selectively inhibits a protein kinase C-dependent mechanism of cell cycle progression in calf aortic smooth muscle cells. J. Cell. Biol. 1990; 109:3147-3155.

20. Pukac LA, Castellot JJ, Wright TC, and Karnovsky MJ. Inhibition of c-fos and c-myc gene induction in rat vascular smooth muscle cells by heparin. Cell Regulation 1990; 1:435-443.

21. Ferenczy A, Richart RM, and Wright TC. Pearly penile papules: Absence of human papillomavirus DNA by the polymerase chain reaction. Obstet. Gynecol. 1991; 78:118-122.

22. Wright TC, Richart RM, Ferenczy A, and Koulos J. Comparison of specimens removed by $CO_2$ laser conization and loop electrosurgical excision procedure. Obstet. Gynecol. 1992; 79:147-153.

23. San Antonio J, Lander AD, Wright TC, and Karnovsky MJ. Heparin inhibits the attachment and growth of Balb/c fibroblasts on collagen substrata. J. Cell Physiol. 1992; 150:8-16.

24. Lungu O, Wright TC, and Silverstein S. Typing of human papillomaviruses by polymerase chain reaction amplification with L1 consensus primers and RFLP analysis. Molecular Probes 1992; 6:145-152.

25. Wright TC, Ferenczy A, Gagnon S, and Richart, RM: Loop electrosurgical excisional procedure: A novel approach to the treatment of CIN. Obstet. Gynecol. 1992; 79:173-178.

26. Lungu O., Sun XW, Felix J, Richart RM, Silverstein S, Wright TC: Relationship of human papillomavirus type to grade of cervical intraepithelial neoplasia. JAMA 1992; 267:2493-2496.

27. Hillemanns P, Tannous L, Talmadge D, Koulos J, Wright TC: Localization of cellular retinoid-binding proteins in human cervical intraepithelial neoplasia and invasive carcinoma. Am. J. Pathol. 1992; 141:973-979.

28. Wright TC, Richart RM. Controversies in the management of low grade cervical intraepithelial neoplasia. Cancer 1993; 71:1413-1421.

29. Koulos J, Wright TC, Mitchell MF, Silva E, Atkinson EN, Richart RM. Relationships between c-Ki-ras mutations, HPV types and prognostic indicators in invasive endocervical adenocarcinomas. Gynecol. Oncol. 1993; 48:364-369.

30. Patrick SL, Wright TC, Fox HE, Ginsberg HS: Human immunodeficiency virus infection of early passage cervical epithelial cultures. Int. J. STD AIDS 1993; 4:342-345.

31. Felix J, and Wright TC: Characterization of HPV type in vulvar and penile condyloma-like lesions: Comparison of in situ hybridization with polymerase chain reaction. Arch. Pathol. Lab. Med 1994; 118:39-43.

32. Ferenczy A, Wright T, Richart R: Comparison of $CO_2$ laser surgery and loop electrosurgical excision / fulguration procedure (LEEP) for the treatment of vulvar intraepithelial neoplasia. Int. J. Gynecol. Cancer 1994; 4:22-28.

33. Tannous-Khuri L, Hillemanns P, Rajan N, Wright TC, Talmage DT: Expression of cellular retinol- and cellular retinoic acid-binding proteins in the rat cervical epithelium is regulated by endocrine stimuli during normal squamous metaplasia. Am. J. Pathol. 1994: 144:148-159.

34. Wright TC, Ellerbrock TV, Chiasson MA, Sun X-W,Vandervanter N, New York Cervical Disease Study. Cervical intraepithelial neoplasia in women infected with human immunodeficiency virus: prevalence, risk factors and the validity of Pap smears. Obstet. Gynecol. 1994: 84;591-597.

35. Wright TC, Koulos J, Schnoll F, Swanbeck J, Ellerbrock TV, Chiasson MA, Richart RM. Cervical intraepithelial neoplasia in women infected with the human immunodeficiency virus: outcome after treatment with loop electrosurgical excision. Gynecol. Oncol. 1994; 55:253-258.

36. Wright TC, Kurman RJ: A critical review of the morphologic classification systems of preinvasive lesions of the cervix: the scientific basis of the paradigm. Papillomavirus Report, 1994; 5:175-181.

37. Wright TC, Sun XW, Koulos J Comparison of management algorithms for the evaluation of women with low-grade cytologic abnormalities. Obstet. Gynecol. 1995: 85:202-10.

38. Sun XW, Ellerbrock TV, Lungu O, Chiasson ME, Bush T, Johnson D, Dole P, Brudney K, Vandervanter N, Johnson E, Wright TC. Association of specific types of human papillomavirus with cervical intraepithelial neoplasia and immunosuppression in women infected with human immunodeficiency virus. Obstet. Gynecol. 1995: 85:680-686.

39. Lungu O, Sun XW, Wright TC, Ferenczy A, Richart RM, Silverstein S. A PCR-ELISA method for detecting human papillomaviruses in cervical carcinomas and high grade cervical cancer precursors. Obstet. Gynecol. 1995: 85:337-42.

40. Sun X-W, Ferenczy A, Johnson D, Koulos JP, Lungu O, Richart RM, Wright TC. Evaluation of the hybrid capture HPV DNA detection test. Am. J. Obstet. Gynecol. 1995: 173:1432-1437.

41. Sun XW, Felix JC, Koulos JP, Ferenczy A, Park T-W, Richart RM, Wright TC. False-negative HPV -DNA tests in invasive cervical cancer. Lancet 1995;346:636-7.

42. Fujiwara H, Mitchell MF, Arseneau J, Hale RJ, Wright TC. Clear cell adenosquamous carcinoma of the cervix: an aggressive tumor associated with HPV 18. Cancer 1995;76:1591-1600.

43. Park TJ, Felix JC, Wright TC. X chromosome inactivation and microsatellite instability in early and advanced bilateral ovarian carcinomas. Cancer Res. 1995;55:4793-4796.

44. Wright TC, Koulos JP, Liu P, Sun X-W. Invasive vulvar carcinoma in two women infected with human immunodeficiency virus. Gynecologic Oncology 1996; 60:500-3.

45. Ferenczy A, Robitaille J, Franco E, Arseneau J, Richart RM, Wright TC. Conventional cervical cytologic smears vs. ThinPrep smears. Acta Cytol. 1996; 40:1136-1143.

46. Park TJ, Fujiwara H, Wright TC. Molecular biology of cervical cancer and its precursors. Cancer. 1995:76:1902-1913.

47. Park T-J, Sun X-W, Richart RM, Wright TC. Correlation between HPV type and clonal status of cervical squamous intraepithelial lesions. J. Natl. Cancer Inst. 1996; 88:355-8.

48. Wright, TC, Moscarelli RD, Dole P, Ellerbrock TV, Chiasson MA, Vandevanter N. Significance of mild cytologic atypia on Papanicolaou smears from women infected with human immunodeficiency virus. Obstet. Gynecol. 1996; 87:515-9.

49. Ellerbrock TV, Wright TC, Dole P, Bush TJ, Brudney K, Chaisson MA. Characteristics of menstruation in women infected with human immunodeficiency virus. Obstet. Gynecol. 1996; 87:1030-1034.

50. Hillemans P, Ellerbrock TV, McPhillips S, Dole P, Alperstein S, Johnson D, Sun XW, Chiasson ME, Wright TC. Prevalence of anal human papillomavirus infection and anal cytologic abnormalities in HIV-seropositive women. AIDS 1996; 10:1641-1647.

51. Morrison EAB, Dole P, Sun XW, Stern L, Wright TC. Low prevalence of human papillomavirus infection of the cervix in renal transplant recipients. Nephrology Dialysis Transplantation 1996; 11:1603-6.

52. Fujiwara H, Tortolero-Luna G, Mitchell MF, Koulos JP, Wright TC. Adenocarcinomas of the cervix: expression and clinical significance of estrogen and progesterone receptors. Cancer 1997; 79:505-12.

53. Gilmour E, Ellerbrock TV, Koulos JP, Chiasson MA, Williamson J, Kuhn L, Wright TC. Measuring cervical ectopy: direct visual assessment versus computerized planimetry. Am. J. Obstet. Gynecol. 1997; 176:108-11.

54. Ferris DG, Batish S, Wright TC, Cushing C. A neglected lesbian health concern: cervical neoplasia. J. Fam. Pract. 1996: 43:581-584.

55. Ferenczy AF, Franco E, Arseneau J, Wright TC, Richart RM. Diagnostic performance of Hybrid Capture human papillomavirus deoxyribonucleic acid assay combined with liquid-based cytologic study. Am. J. Obstet. Gynecol. 1996; 175:651-656.

56. Ramanujam N, Mitchell MF, Mahadevan-Jansen A, Thomsen SL, Staerkel G, Malpica A, Wright T, Atkinson N, Kortum-Richards R. Cervical precancer detection using a multivariate statistical algorithm based on laser-induced fluorescence spectra at multiple excitation wavelengths. Photochemistry and Photobiology 1996; 64:720-735.

57. Ramanujam N, Mitchell MF, Mahadevan A, Thomsen SL, Malpica A, Wright T, Atkinson N, Kortum-Richards R. Development of a multivariate statistical algorithm to analyze human cervical tissue fluorescence spectra acquired in vivo. Lasers Surg. Med. 1996; 19:46-42.

58. Ramanujam N, Mitchell MF, Mahadevan A, Thomsen SL, Malpica A, Wright T, Atkinson N, Kortum-Richards R. Spectroscopic diagnosis of cervical squamous intraepithelialal neoplasia in vivo using laser-induced fluorescence spectra at multiple excitation wavelengths. Lasers Surg. Med. 1996; 19:63-74

59. Mitchell MF, Tortolero-Luna G, Wright TC, Sarkar A, Richards-Kortum R, Hong WK, Schottenfeld D. Cervical human papillomavirus infection and intraepithelial neoplasia. J. Natl. Cancer Instit. 1996; 21:17-26.

60. Kanetsky PA, Gammon MD, Mandelblatt J, Zhang Z, Ramsey E, Dnistrian A, Norkus EP, Wright TC. Dietary intake and blood levels of lycopene: association with cervical dysplasia among non-Hispanic Black women. Nutr. Cancer. 1998, 31:31-40.

61. Chiasson MA, Ellerbrock TV, Bush TJ, Sun XW, Wright TC. Increased prevalence of vulvovaginal condyloma and vulvar intraepithelial neoplasia in women infected with the human immunodeficiency virus. Obst. Gynecol. 1997; 88:690-4.

62. Sun XW, Kuhn L, Ellerbrock TV, Chiasson MA, Bush TJ, Wright TC. Human papillomavirus infection in women infected with the human immunodeficiency virus. New Engl. J. Med. 1997; 337:1343-9

63. Ferris DG, Wright TC, Litaker MS, Richart RM, Lorincz AT, Sun XW, Borgatta L, Buck H, Kramer L, Rubin R. Triage of women with ASCUS and LSIL on Pap smear reports: management by repeat Pap smear, HPV DNA testing, or colposcopy? Am. J. Family Pract. 1998, 46: 125-134.

64. Ferris DG, Wright TC, Litaker MS, Richart RM, Lorincz AT, Sun XW, Woodward, L Comparison of two tests for detecting carcinogenic HPV in women with Papanicolaou smear reports of ASCUS and LSIL. Am. J. Family Pract. 1998; 46:136-141.

65. Wright TC, Lorincz AT, Ferris DG, Richart RM, Ferenczy AF, Mielzynska I, Borgata L. Reflex HPV DNA testing in women with abnormal Papanicolaou smears. Am. J. Obstet. Gynecol. 1998; 178:962-6

66. Skurnick JH, Kennedy CA, Perez G, Abrams J, Vermund S, Cordell J, O'Brien T, Denny T, Wright T, Quinones MA, Louria DB. The heterosexual HIV transmission study (HATS) I. Demographic, sexual and psychosocial correlates of HIV concordance in heterosexual couples. Clinical Infectious Diseases 1998; 26:855-64.

67. Kanetsky PA, Gammon MD, Mandelblatt J, Zhang Z, Ramsey E, Wright TC, Thomas L, Matseoane S., Lazaro N, Felton HT, Sachdev RK, Richart RM, Curtin JP. Cigarette smoking and cervical dysplasia among non-Hispanic Black women. Cancer Detection and Prevention 1998; 22: 109-19

68. Ellerbrock TV, Kuhn L, Wright TC. Human papillomaviruses and anogenital cancer -*letter*. New Engl. J. Med. 1998; 338:921.

69. Kuhn L, Sun X-W, Wright TC. Human immunodeficiency virus infection and female lower genital tract malignancy. Current Opinion in Obstet. Gynecol. 1999; 11:35-9.

70. Hart CE, Lennox JL, Pratt-Palmore M, Wright TC,Schinazi RE, Evans-Strickfaden T, Bush TJ, Schnell C, Conley LJ, Clancy KA, Ellerbrock TV. Correlation of Human Immunodeficiency virus type 1 RNA levels in blood and the female genital tract. J. Infectious Dis, 1999; 179: 871-82.

71. Kuhn L, Denny L, Pollack A, Wright TC. Prevalence of Visible Disruption of Cervical Epithelium and Cervical Ectopy in African Women Using Depo-Provera. Contraception, 1999; 59:363-7

72. Jacobson DL, Peralta L, Farmer M, Graham NMH, Wright TC, Zenilman J. Cervical ectopy and the transformation zone measured by computerized planimetry in adolescents. Int. J. Gynecol. Obstet. 1999; 66:7-17.

73. Luo JH, Puc JA, Slosberg ED, Yao Y, Bruce JN, Wright TC, Becich MJ, Parsons R. Differential subtraction chain, a method for identifying differences in genomic DNA and mRNA. Nucleic Acids Res. 1999; 27:24.

74. Cullens VE, Wright TC, Beattie KJ, Pollack AE. Cervical cancer prevention using visual screening methods. Reproductive Health Matters, 1999; 7:134-133.

75. Wright TC, Denny L, Kuhn L, Pollack A, Lorincz A. HPV DNA testing of self-collected vaginal samples compared with cytologic screening to detect cervical cancer. JAMA 2000; 283: 81-6

76. Ellerbrock TV, Chiasson MA, Bush TJ, Sun X-W, Sawo D, Brudney K, Wright TC. Incidence of cervical squamous intraepithelial lesions in women infected with human immunodeficiency virus. JAMA 2000; 283:1031-7

77. Lawn SD, Subbarao S, Wright TC, Evans-Strickfaden T, Ellerbrock TV, Lennox JL, Butera ST, Hart CE. Immune activation associated with genital ulceration impacts HIV-1 load in female genital tract. J. Inf. Dis. 2000; 181: 1950-6.

78. Denny L, Kuhn L, Risi L, Richart RM, Pollack A, Lorincz A, Kostecki F, Wright TC. Two-stage cervical cancer screening: an alternative for resource-poor settings. Am. J. Obst. Gynecol. 2000; 183: 383-8.

79. Denny L, Kuhn L, Pollack A, Wainwright H, Wright TC. Evaluation of alternative methods of cervical cancer screening for resource poor settings. Cancer 2000, 89: 826-33.

80. Wright TC, Kuhn L, Denny L. Human papillomavirus detection as a screening tool for cervical cancer - *letter*. JAMA 2000; 284: 39-40.

81. Kuhn L, Denny L, Pollack A, Lorincz A, Richart RM, Wright TC. Human papillomavirus DNA testing for cervical cancer screening in low-resource settings. J. Natl. Cancer Inst. 2000; 92: 818-25.

82. Wright TC and Goldie S. Technical comments on Cain and Howett Policy Forum - *letter.* Science 2000, 290:5497.

83. Westhoff C, Britton JA, Gammon MD, Wright TC, Kelsey JL. Oral contraceptive use and benign ovarian tumors. Am. J. Epidemiol. 2000; 152: 242-6

84. Inhorn SL, Wand PJ, Wright TC, Hatch KD, Hallum J, Lentrichia BB. Chlamydia trachomatis and Pap testing from a single fluid-based collection. A multicenter study. J. Reprod. Med. 2001; 46: 237-242.

85. International SV40 Working Group. A multicenter evaluation of assays for detection of SV40 DNA and results in masked mesothelioma specimens. Cancer Epidemiol Biomarker Prev. 2001; 10:523-532.

86. Wright TC, Subbarao S, Ellerbrock TV, Lennox JL, Evans-Strickfaden T, Smith DG, Hart CE. HIV-1 expression in the female genital tract in association with cervical inflammation and ulceration. Am. J. Obst. Gynecol. 2001; 184: 279-285

87. Ellerbrock TV, Lennox JL, Clancy KA, Schinazi RF, Wright TC, Pratt-Palmore M, Evans-Strickfaden T, Schnell C. Pai R, Conley LJ, Parrish-Kohler E.E, Bush TJ, Tatti K, Hart CE. Cellular replication of human immunodeficiency virus type 1 occurs in vaginal secretions. J. Infect. Dis. 2001; 184: 28-36.

88. Schneider V, Henry MR, Jimenez-Ayala M, Turnbull L.S., Wright TC. Cervical cancer screening, screening errors and reporting. Acta Cytol. 2001; 45:493-498.

89. Goldie SJ, Kuhn L, Denny L, Pollack A, Wright TC. Policy analysis of cervical cancer screening strategies in low-resource settings. Clinical benefits and cost-effectiveness. JAMA 2001; 285: 3107-3115.

90. Goldie SJ, Freedberg KA, Weinstein MC, Wright TC, Kuntz KM. Cost effectiveness of human papillomvavirus testing to augment cervical cancer screening strategies in women infected with the human immunodeficiency virus. Am. J. Med. 2001; 111: 140-149.

91. Valle RF, Carignan CS, Wright TC. Tissue response to the STOP microcoil transcervical permanent contraception device: results from the prehysterectomy study. Fertil. Steril. 2001; 76:974-980.

92. Conley LJ, Ellerbrock TV, Bush TJ, Chaiasson MA, Sawo D, Wright TC. HIV-1 infection and risk of vulvovaginal and perianal condylomata acuminata and intraepithelial neoplasia: a prospective cohort study. Lancet 2002; 359:108-13.

93. Sellors JW, Jeronimo J, Sankaranarayan R, Wright TC, Howard M, Blumenthal PD. Assessment of the cervix after acetic acid was: interrater agreement using photographs. Obst. Gynecol. 2002; 99: 635-40.

94. Villanueva JM, Ellerbrock TV, Lennox JL, Bush TJ, Wright TC, Pratt-Palmore M, Evans-Strickfaden T, Conley LJ, Schnell C, and Hart CE. The menstrual cycle does not affect human immunodeficiency virus type 1 levels in vaginal secretions. J. Infect. Dis. 2002; 185:170-7.

95. Solomon D, Davey D, Kurman R, Moriarty A, O'Conner D, Prey M, Raab S, Sherman M, Wilbur D, Wright T. The 2001 Bethesda System. Terminology for reporting results of cervical pathology. JAMA. 2002; 287:2114-9.

96. Wright TC, Cox JT, Massad LS, Twiggs L, Wilkinson EJ. 2001 Consensus Guidelines for the management of women with cervical cytological abnormalities. JAMA. 2002; 287: 2120-9.

97. Kim J, Wright TC, Goldie SJ. Cost-effectiveness of alternative triage strategies for atypical squamous cells of undetermined significance in the US. JAMA. 2002; 287(18):2382-90.

98. Denny LA, Kuhn L, Pollack A, Wright TC. Direct visual inspection for cervical cancer screening:

an analysis of factors influencing test performance. Cancer 2002; 94:1699-707.

99. Wright TC, Cox JT, Massad LS, Twiggs L, Wilkinson EJ. 2001 Consensus Guidelines for the management of women with cervical cytological abnormalities. Journal of Lower Genital Tract. 2002; 6:127-143.

100. Wright TC, Menton M, Myrtle J, Chow C, Singer A. Visualization techniques (Colposcopy, direct visual inspection, and spectroscopic and other visual methods). Acta Cytol. 2002; 46: 793-800.

101. Wright TC, Holinka CF, Ferenczy A, Gatsonis CA, Mutter GL, Nicosia S, Richart RM. Estradiol-induced hyperplasia in endometrial biopsies form women on hormone replacement therapy. Am. J. Surg. Pathol. 2002; 26:1269-75.

102. Schneider DL, Burke L, Wright TC, Spitzer M, Chatterjee N, Wacholder S, Herrero R, Bratti MC, Greenberg MD, Hildesheim A, Sherman ME, Morales J, Hutchinson ML, Alfaro M, Lorincz A, Schiffman M. Can cervicography be improved? An evaluation with arbitrated cervicography interpretations. Am J. Obstet Gynecol. 2002; 187:15-23.

103. Wright TC, Denny L, Kuhn L. Goldie S. Use of visual screening methods for cervical screening. Obstet Gynecol Clin North Am. 2002; 29:701-34.

104. Wright TC, Cox JT, Massad LS, Carlson J, Twiggs L, Wilkinson EJ. 2001 Consensus Guidelines for the management of women with cervical cancer precursors. Am. J. Obstet Gynecol. 2003; 189:295-304.

105. Ferin M, Morell M, Xiao E, Kochan L, Qian F, Wright T, Sauer M. Endocrine and metabolic responses to long-term monotherapy with the antiepileptic drug valproate in the normally cycling rhesus monkey. J Clin Endocrinol Metab. 2003; 88:2908-15.

106. Wright, TC. Chapter 10: Cervical cancer screening using visualization techniques. J. Natl. Cancer Inst. Monogr. 2003; (31):66-71.

107. Wright TC and Schiffman M. Adding a test for human papillomavirus to cervical cancer screening. New Eng. J. Med. 2003; 348:489-90.

108. Wang SS, Schiffman M, Shields TS, Herrero R, Hildesheim A, Bratti MC, Sherman ME, Rodriguez AC, Castle PE, Morales J, Alfaro M, Wright TC, Chen S, Clayman B, Burk RD, Viscidi RP. Seroprevalence of human papillomavirus-16, -18, -31, and –45 in a population-based cohort of 10000 women in Costa Rica. Br J Cancer. 2003; 89:1248-54.

109. Goldie SJ, Grima D, Kohli M, Wright TC, Weinstein M, Franco E. A comprehensive natural history model of HPV infection and cervical cancer to estimate the clinical impact of a prophylactic HPV-16/18 vaccine. Int. J. Cancer. 2003; 106:896-904.

110. Apgar BS, Zoschnick L, Wright TC Jr. The 2001 Bethesda System terminology. Am. Fam. Physician. 2003; 68:1992-8.

111. Park TW, Reithdorf S, Schultz G, Riethdorf L, Wright TC, Loning T. Clonal expansion and HPV-induced immortalization are early molecular alterations in cervical carcinogenesis. Anticancer Res. 2003, 23:155-60.

112. Cummins JE, Villanueva JM, Evans-Strickfaden T, Sesay SM, Abner SR, Bush TJ, Green TA, Lennox JL, Wright T, Folks TM, Hart CE, Dezzutti CS. Detection of infectious human immunodeficiency virus type 1 in female genital secretions by a short-term culture method. J. Clinical Microbiology. 2003; 41:4081-4088.

113. Anhang R, Wright TC Jr, Smock L, Goldie SJ. Women's desired information about human papillomavirus. Cancer. 2004; 100:315-20.

114. Anhang R, Stryker JE, Wright TC Jr, Goldie SJ. News media coverage of human papillomavirus. Cancer. 2004; 100:308-14.

115. Myer L, Denny L, De Souza M, Barone MA, Wright TC Jr, Kuhn L. Intravaginal practices, HIV and other sexually transmitted diseases among South African women. Sex Transm Dis. 2004; 31:174-9.

116. Crum CP, Beach KJ, Hedley ML, Yuan L, Lee KR, Wright TC, Urban RG. Dynamics of human papillomavirus infection between biopsy and excision of cervical intraepithelial neoplasia: results from the ZYC101a protocol. J Infect Dis. 2004; 189:1348-54.

117. Goldie SJ, Kohli M, Grima D, Weinstein MC, Wright TC, Bosch FX, Franco E. Projected clinical benefits and cost-effectiveness of a human papillomavirus 16/18 vaccine. J Natl Cancer Inst. 2004; 96:604-15.

118. Monsonego J, Bosch FX, Coursaget P, Cox JT, Franco E, Frazer I, Sankaranarayanan R, Schiller J, Singer A, Wright TC, Kinney W, Meijer CJ, Linder J, McGoogan E. Cervical cancer control, priorities and new directions. Int J Cancer. 2004; 108:329-33.

119. Goldie SJ, Kim JJ, Wright TC. Cost-effectiveness of human papillomavirus DNA testing for cervical cancer screening in women aged 30 years or more. Obstet Gynecol. 2004; 103:619-31.

120. Wright TC, Schiffman M, Solomon D, Cox JT, Garcia F, Goldie S, Hatch K, Noller KL, Roach N, Runowicz C, Saslow D. Interim guidance for the use of human papillomavirus DNA testing as an adjunct to cervical cytology for screening. Obstet Gynecol. 2004; 103:304-9.

121. Wang SS, Trunk M, Schiffman M, Herrero R, Sherman ME, Burk RD, Hildesheim A, Bratti MC, Wright T, Rodriguez AC, Chen S, Reichert A, von Knebel Doeberitz C, Ridder R, von knebel Doeberitz M. Validation of p 16INKa as a marker of oncogenic human papillomavirus infection in cervical biopsies from a population-based cohort in Costa Rica. Cancer Epidemiol Biomarkers Prev. 2004; 13(8):1355-60.

122. Wilkin TJ, Palmer S, Brudney KF, Chiasson MA, Wright TC. Anal intraepithelial neoplasia in heterosexual and homosexual HIV-positive men with access to antiretroviral therapy. J. Infect Dis. 2004; 190:1685-91.

123. Schiffman M, Herrero R, DeSalle R, Hildesheim A, Wacholder S, Rodriguez AC, Bratti MC, Sherman ME, Morales J, Guillen D, Alfaro M, Hutchinson M, Wright TC, Solomon D, Chen Z, Schussler J, Castle PE, Burk RD. The carcinogenicity of human papillomavirus types reflects viral evolution. Virology. 2005; 337:76-84.

124. Kim JJ, Wright TC, Goldie SJ. Cost-effectiveness of human papillomavirus DNA testing in The United Kingdom, The Netherlands, France, Italy. J. Natl Cancer. 2005; 97(12):888-95.

125. Massad SL, Wright TC, Cox TJ, Twiggs LB, Wilkinson E. Managing abnormal cytology results in pregnancy. J. Low Genit Tract Dis. 2005; 9(3):146-8.

126. Denny LA, Wright TC. Human papillomavirus testing and screening. Best Pract Res Clin Obstet Gynaecol. 2005; 19(4):501-15.

127. Taylor S, Kuhn L, Dupree W, Denny L, De Souza M, Wright TC. Direct comparison of liquid-based and conventional cytology in a South African screening trial. Int. J. Cancer. 2005 Sep 8.

128. Myer L, Denny L, Tolerant R, De Souza M, Wright TC, Kuhn L. Bacterial vaginosis and susceptibility to HIV infection in South African women: a nested case-control study. J. Infect. Disease. 2005: 192(8):1372-80.

129. Shutter J, Wright TC. Prevalence of underlying adenocarcinoma in women with atypical endometrial hyperplasia. Int. J. Gynecol Pathol. 2005; 24(4):313-8.

130. Anhang R, Nelson JA, Tolerant R, Chiasson MA, Wright TC. Acceptability of self-collection of specimens for HPV DNA testing in an urban population. J. Womens Health. 2005; 14(8):721-8.

131. Denny L, Kuhn L, De Souza M, Pollack AE, Dupree W, Wright TC. Screen and treat approaches for cervical cancer prevention in low-income resource settings: a randomized controlled trial. JAMA. 2005; 294(17):2173-81.

132. Goldhaber-Fiebert JD, Denny L, De souza M, wright TC, Kuhn L, Goldie SJ. The costs of reducing loss to follow-up in South African cervical cancer screening. Cost Eff Resour Alloc. 2005; 3(1):11.

133. Goldie SJ, Gaffikin L, Goldhaber-Fiebert JD, Gordillo-Tobar A, Lecin C, Mahe C, Wright TC: Alliance for Cervical Cancer Prevention Cost Working Group. Cost-effectiveness of cervical cancer screening in five developing countries. N. Engl J. Med. 2005; 353(20):2158-68.

134. Myer L, Kuhn L, Stein ZA, Wright TC, Denny L. Intravaginal practices, bacterial vaginosis, and women's susceptibility to HIV infection: epidemiological evidence and biological mechanisms. Lancet Infect Dis. 2005; 5(12):786-94.

135. Denny L, de Souza M, Kuhn L, Pollack A, Wright TC. Cervical cancer prevention – a paradign shift? Gynecol Oncol. 2005; 99:S22.

136. Meyer L, Denny L, de Souza M, Wright TC Jr, Kuhn L. Distinguishing the temporal association between women's intravaginal practices and risk of human immunodeficiency virus infection: a prospective study of South African women. Am J. Epidemiol. 2006; 163(6):552-60.

137. Bollen LJ, Chuachoowong R, Kilmarx PH, Mock PA, Culnae M, Skunodom N, Chaowanachan T, Jetswang B, Neeyapun K, Asavapirivanont S, Roongpisuthipong A, Wright TC, Tappero JW. Human papillomavirus (HPV) detection among human immunodeficiency virus-infected pregnant Thai women: implications for future HPV immunization. Sex Transm Dis. 2006; 33(4):259-64.

138. Myer L, Wright TC Jr, Denny L, Kuhn L. Nested case-control study of cervical mucosal lesions, ectopy, and incident HIV infection among women in Cape Town, South Africa. Sex Transm Dis. 2006 Apr 11; [Epub ahead of print].

139. Tu JJ, Kuhn L, Denny L, Beattie KJ, Lorincz A, Wright TC Jr. Molecular variants of human papillomavirus type 16 and risk for cervical neoplasia in South Africa. Int J Gynecol Cancer. 2006; 16(2):736-42.

140. Wright TC, Bosch FX, Franco EL, Cuzick J, Schiller JT, Garnett GP, Meheus A. Chapter 30: HPV vaccines and screening in the prevention of cervical cancer, conclusions from a 2006 workshop of international experts. Vaccine. 2006; 24(3):S251-61.

141. Franco EL, Bosch FX, Cuzick J, Schiller JT, Garnett GP, Meheus A, Wright TC. Chapter 29: Knowledge gaps and priorities for research on prevention of HPV infection and cervical cancer. Vaccine. 2006; 24(3):S242-9.

142. Wright TC, Van Damme P, Schmitt HJ, Meheus A. Chapter 14: HPV vaccine introduction in industrialized countries. Vaccine. 2006; 24(3):S122-31.

143. Valle RF, Valdez J, Wright TC, Kenney M. Concomitant Essure tubal sterilization and Thermachoice endometrial ablation: feasibility and safety. Fertil Steril. 2006; 86(1):152-8.

144. Myer L, Kuhn L, Denny L, Wright TC Jr. Recurrence of symptomatic bacterial vaginosis 12 months after oral metronidazole therapy in HIV-positive and -negative women. J Infect Dis. 2006;194:1797-9.

145. Alvarez RD, Wright TC Jr, Optical Detection Group. Effective cervical neoplasia detection with a novel optical detection system: A randomized trial. Gynecol Oncol. 2007;104:281-9.

146. Myer L, Denny L, Wright TC Jr, Kuhn L. Prospective study of hormonal contraception and women's risk of HIV infection in South Africa. Int J Epidemiol. 2006 Dec 14; [Epub ahead of print].

147. Wright TC Jr. HPV DNA testing for cervical cancer screening. Int J Gynaecol Obstet. 2006; 95(1):S239-46.

148. Zhang Q, Kuhn L, Denny LA, De Souza M, Taylor S, Wright TC Jr. Impact of utilizing p16(INK4A) immunohistochemistry on estimated performance of three cervical cancer screening tests. Int J Cancer. 2007; 120(2):351-6.

149. Wright TC Jr, Massad SM, Dunton CJ, Spitzer M, Wilkinson EJ, and Solomon D for the 2006 American Society for Colposcopy and Cervical Pathology-sponsored Consensus Conference. 2006 Consensus Guidelines for the management of women with abnormal cervical cancer screening tests. Am. J. Obst. Gynecol. 2007;197:346-55.

150. Wright TC Jr, Massad SM, Dunton CJ, Spitzer M, Wilkinson EJ, and Solomon D for the 2006 American Society for Colposcopy and Cervical Pathology-sponsored Consensus Conference. 2006 Consensus Guidelines for the management of women with cervical intraepithelial neoplasia and adenocarcinoma in-situ. Am. J. Obst. Gynecol. 2007;197:340-5.

151. Wright TC Jr. Cervical cancer screening in the 21st century; is it time to retire the PAP smear? Clin Obstet Gynecol. 2007; 50:313-23.

152. Alvarez RD, Wright TC Jr. Increased detection of high-grade cervical intraepithelial neoplasia utilizing an optical detection system as an adjunct to colposcopy. Gynecol Oncol. 2007;106:23-8.

153. Wright TC Jr, Massad SM, Dunton CJ, Spitzer M, Wilkinson EJ, and Solomon D for the 2006 American Society for Colposcopy and Cervical Pathology-sponsored Consensus Conference. 2006 Consensus Guidelines for the management of women with abnormal cervical cancer screening tests. J Lower Genital Tract. 2007;197:201-22.

154. Wright TC Jr, Massad SM, Dunton CJ, Spitzer M, Wilkinson EJ, and Solomon D for the 2006 American Society for Colposcopy and Cervical Pathology-sponsored Consensus Conference. 2006 Consensus Guidelines for the management of women with cervical intraepithelial neoplasia and adenocarcinoma in-situ. J Lower Genital Tract. 2007;11:223-39.

155. Sherris J, Wright TC Jr, Denny L, Sankaranarayanan R, Pollack AE, Sanghvi H, Sellors JW. Alliance for cervical cancer prevention: setting the record straight. Am J Public Health. 2007;97:200-1

156. Wright TC Jr, Huh WK, Monk BJ, Smith JS, Ault K, Herzog TJ. Age considerations when vaccinating against HPV. Gynecol Oncol. 2008;109:S40-7.

157. Wright TC Jr, Bosch FX. Is viral status needed before vaccination? Vaccine. 2008 Mar 14;26 Suppl 1:A12-5.

158. Wright TC Jr. Natural history of HPV infections. J Fam Pract. 2009 Sep;58(9 Suppl HPV):S3-7.

159. Denny L, Kuhn L, Hu CC, Tsai WY, Wright TC Jr. Human papillomavirus-based cervical cancer prevention: long-term results of a randomized screening trial. J Natl Cancer Inst. 2010 Oct 20;102(20):1557-67. Epub 2010 Sep 30.

160. Taylor S, Wang C, Wright TC Jr, Denny L, Kuhn L. A comparison of HPV testing of clinician-collected and self-collected samples during follow-up after screen-and-treat. Int J Cancer. 2010;129:879-86.

161. Taylor S, Wang C, Wright TC Jr, Denny L, Tsai WY, Kuhn L. Reduced acquisition and reactivation of human papillomavirus infections among older women treated with cryotherapy: results from a randomized trial in South Africa. BMC Med. 2010;29:40.

162. Sireci AN, Crapanzano JP, Mansukhani M, Wright TC Jr, Babiac A, Erroll M, Vazquez M, Saqi A. Atypical glandular cells (AGC): ThinPrep Imaging System (TIS) manual screening (MS), and correlation with Hybrid Capture 2 (HC2) HPV DNA testing. Diagn Cytopathol. 2010;38:705-9.

163. Kuhn L, Wang C, Tsai WY, Wright TC Jr, Denny L. Efficacy of human papillomavirus-based screen-and-treat for cervical cancer prevention among HIV-infected women. AIDS. 2010;23:2553-61

164. de Sanjose S, Quint WG, Alemany L, et. al. Retrospective International Survey and HPV Time Trends Study Group. Human papillomavirus genotype attribution in invasive cervical cancer: a retrospective cross-sectional worldwide study. Lancet Oncol. 2010 Nov;11(11):1048-56.

165. Castle PE, Stoler MH, Wright TC Jr, Sharma A, Wright TL, Behrens CM. Performance of carcinogenic human papillomavirus (HPV) testing and HPV 16 or HPV 18 genotyping for cervical cancer screening of women aged 25 years and older: as subanalysis of the ATHENA study. Lancet Oncol. 2011:12;880-90.

166. Wright TC Jr, Stoler MH, Sharma A, Zhang G, Behrens CM, Wright TL; ATHENA (Addressing THE Need for Advanced HPV Diagnostics) Study Group. Evaluation of HPV-16 and HPV-18 genotyping for the triage of women with high-risk HPV+ cytology-negative results. Am J Clin Pathol. 2011;136:578-86

167. Wang C, Wright TC Jr, Denny L, Kuhn L. Rapid rise in detection of human papillomavirus (HPV) infection soon after incident HIV infection among South African women. J Infect Dis. 2011 Feb 15;203(4):479-86. Epub 2011 Jan 7.

168. Stoler MH, Wright TC Jr, Sharma A, Apple R, Gutekunst K, Wright TL; ATHENA (Addressing THE Need for Advanced HPV Diagnostics) Study Group. High-risk huan papillomavirus testing in women with ASC-US cytology: results from the ATHENA HPV study. Am J Clin Pathol. 2011: 135:468-75.

169. Chen X, Hamele-Bena D, Fai Chow K, Hawver M, He H, Raphael B, Jain S, Wright TC Jr. B-cell lymphoma of the vagina occurring after treatment for classic Hodgkin lymphoma: A case report and literature review. Diagn Cytopathol. 2011:10.1002/dc.21816.

170. Schiavone MB, Smok D, Wright TC Jr, Wright JD. High-grade uterine sarcoma during pregnancy. Gynecol Oncol. 2011:123:424-5

171. Stoler MH, Wright TC Jr, Sharma A, Zhang G, Apple R, Wright TL, Behrens CM; ATHENA (Addressing THE Need for Advanced HPV Diagnostics) Study Group. The interplay of age stratification and HPV testing on the predictive value of ASC-US cytology. Results from the ATHENA HPV study. Am. J. Clin. Pathol. 2012 Feb 137:295-303.

172. Fitzgerald DW, Bezak K, Ocheretina O, Riviere C, Wright TC Jr, Milne GL, Zhou XK, Du B, Subbaramaiah K, Byrt E, Goodwin ML, Rafii A, Dannenberg AJ. The effect of HIV and HPV coinfection on cervical COX-2 expression and systemic prostaglandin E2 levels. Cancer Prev Res 2012; 5:34-40.

173. Wright TC Jr, Stoler MH, Behrens CM, Apple R, Derion T, Wright TL. The ATHENA human papillomavirus study; design, methods, and baseline results. Am. J. Obstet. Gynecol. 2012:206:e1-46.e11.

174. Wright TC Jr, Kuhn L. Alternative approaches to cervical cancer screening for developing countries. Best Pract Res Clin Obstet Gynaecol. 2012;26:197-208

175. Stoler MH, Wright TC Jr, Cuzick J, Dockter J, Reid J, Getman D, Giachetti C. APTIMA HPV assay performance in women with atypical squamous cells of undetermined significance (ASC-US) Pap results. Am. J. Obstet. Gynecol. 2012 Dec5 [Epub ahead of print]

176. Cox JT, Castle PE, Behrens CM, Sharma A, Wright TC Jr, Cuzick J, Athena HPV Study Group. Comparison of cervical cancer screening strategies incorporating different combinations of cytology, HPV testing, and genotyping for HPV 16/18: results from the ATHENA HPV study. Am J. Obstet. Gynecol. 2012 Nov 19 [Epub ahead of print].

177. Zhang W, Kapadia M, Sugarman M, Free H, Upchurch C, Gniewek R, White K, Miller M, Vladich F, Ferenczy A, Wright TC, Stoler MH, Pstic-Dragovish L. Adjunctive HPV in-situ hybridization (ISH) assay as an aid in the diagnosis of cervical intraepithelial neoplasia in cervical tissue specimens: an analytical and functional characterization. Int. J. Gynecol. Pathol. 2012 31:588-95.

178. McDonald AC, Denny L, Wang C, Tsai WY, Wright TC Jr, Kuhn L. Distribution of high-risk human papillomavirus genotypes among HIV-negative women with and without cervical intraepithelial neoplasia in South Africa. PLoS One. 2012;7(9):e44332.

179. Wright TC Jr, Stoler MH, Behrens CM, Sharma A, Sharma K, Apple R. Interlaboratory variation in the performance of liquid-based cytology: Insights from the ATHENA trial. Int J Cancer. 2013 Oct 7. doi: 10.1002/ijc.28514. [Epub ahead of print]

180. Chen X, Hamela-Bena D, Fai Chow K, Hawver M, He H, Raphael B, Jain S, Wright TC Jr. B-cell lymphoma of the vagina occurring after treatment for classic Hodgkin lymphoma: a case report and literature review. Diagn Cytopathol. 2013; 41:463-465.

181. McDonald AC, Tergas AI, Kuhn L, Denny L, Wright TC Jr, Distribution of human papillomavirus genotypes among HIV-positive and HIV-negative women in Cape Town, South Africa. Frontiers in Oncology 2014;4:article 48:1.

182. Wright TC Jr, Stoler MH, Agreda PM, Beitman GH, Gutierrez EC, Harris JM, Koch KR, Kuebler M. LaViers WD, Legendre BL Jr, Leitch SV, Maus CE, McMillian RA, Nussbaumer WA, Palmer ML, Porter JV, Richart GA, Schwab RJ, Vaughan LM. Clinical performance of the BD Onclarity HPV Assay using adjudicated cohort of BD SurePath liquid-based cytology specimens. Am J Clin Pathol 2014; 142:43-50

183. Chen X, Hamela-Bena D, Galic VL, Liu-Jarin X, Ko YC, Herzog T, Wright JD, Wright TC Jr. Infiltrating adenomyosis of the cervix with features of a low-grade stromal sarcoma; a case report and review of the literature. Int. J Gynecol Pathol 2014; 33:253-257

184. Einstein MH, Smith KM, Davis TE, Schmeler KM, Ferris DG, Savage AH, Gray JE, Stoler MH, Wright TC Jr., Ferenczy A, Castle PE. Clinical evaluation of the cartridge-based GeneXpert Human Papillomavirus Assay in women referred for colposcopy. J Clin Microbiol 2014; 52: 2089-95.

185. Chen X, Hamela-Bena D, Galic VL, Liu-Jarin X, Ko YC, Herzog T, Wright JD, Wright TC. Infiltrating adenomyosis of the cervix with features of low-grade stromal sarcoma: a case report and literature review. Int. J. Gynecol. Pathol. 2014; 33: 253-7.

186. Castle PE, Cuzick J, Stoler MH, Wright TC Jr., Reid JL, Dockter J, Giachetti C, Getman D. Detection of human papillomavirus 16, 18, and 45 in women with ASC-US cytology and risk of cervical precancer. Am J Clin. Pathol. 2015;143:160-7.

187. Wright TC, Compagno J, Romano P, Grazioli V, Verma Y, Kershnar E, Tafas T, Kilpatrick MW. Amplification of the 3q chromosomal region as a specific marker in cervical cancer. Am J Obstet Gynecol. 2015; Feb 4, epub ahead of time

188. Wright TC, Stoler MH, Behrens CM, Sharma Z, Zhang G, Wright TL. Primary cervical cancer

screening with human papillomavirus: End of study results from the ATHENA study using HPV as the first-line screening test. Gynecol Oncol. 2015;136:189-97

189. Castle PE, Smith KM, Davis TE, Schmeler KM, Ferris DG, Savage AH, Gray JE, Stoler MH, Wright TC Jr, Ferenczy A, Einstein MH. Reliability of the Xpert HPV assay to detect high-risk human papillomavirus DNA in a colposcopy referral population. Am J Clin. Pathol. 2015;143:126-33.

190. Kinney W, Wright TC Jr., Dinkelspiel HE, DeFrancesco M, Cox JT, Huh W. Increased cervical cancer risk associated with screening at longer intervals. Obstet Gynecol 2015;125:311-5

191. Campos NG, Castle PE, Wright TC Jr, Kim JJ. Cervical cancer screening in low-resource settings: a cost-effectiveness framework for valuing tradeoffs between test performance and program coverage. Int. J. Cancer. 2015:May 5, epub ahead of time

192. Reid JL, Wright TC Jr., Stoler MH, Cuzick J, Castle PE, Dockter J, Getman D, Giachetti C. Human papillomavirus oncogenic mRNA testing for cervical cancer screening: baseline and longitudinal results from the CLEAR study. Am. J. Clin. Pathol. 2015;Sep;144:473-83.

193. Petry KU, Cox JT, Johnson K, Quint W, Ridder R, Sideri M, Wright TC Jr, Behrens CM. Evaluating HPV negative CIN2+ in the ATHENA trial. In J Cancer. 2016; (epub online)