# EXHIBIT F

Shelby F. Thames, Ph.D.

```
 1              UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
 2                  CHARLESTON DIVISION
 3
 4   IN RE:  ETHICON, INC.,          MASTER FILE NO.
     PELVIC REPAIR SYSTEM            2:12-MD-02327
 5   PRODUCTS LIABILITY LITIGATION
 6                                   MDL 2327
 7
 8                                   JOSEPH R. GOODWIN
                                     U.S. DISTRICT JUDGE
 9
10   ****************************************************
11
12
13      **************************************************
                    GENERAL DEPOSITION OF
14                 SHELBY F. THAMES, Ph.D.
        **************************************************
15
16
                     Taken at Butler Snow
17        1020 Highland Colony Parkway, Suite 1400,
                    Ridgeland, Mississippi,
18             on Thursday, March 24, 2016,
             beginning at approximately 8:10 a.m.
19
20
21
22      ************************************
23             AMY M. KEY, RPR, CSR
                    Notary Public
24
25
```

Shelby F. Thames, Ph.D.

1   and you might not know the answer.
2       A.   Okay.
3       Q.   But Dr. Burkley has got all this data in
4   front of him, and he's specifically there looking to
5   see whether or not there's oxidative degradation,
6   correct?
7       A.   That's correct.
8       Q.   I mean, that's the whole point of his
9   tests, right?
10      A.   Uh-huh (affirmative response).
11      Q.   Right?
12      A.   Correct.
13      Q.   If that's the point, and the issue of --
14  or plasticization is well known, and toughness is
15  well known, and he's got all the data in front of
16  him, how did he not get to where you got?
17          MR. HUTCHINSON:  Objection.
18      Speculation.
19          THE WITNESS:  He was a very young
20      scientist at that time, and I'm not sure what
21      his polymer background was.
22  BY MR. MONSOUR:
23      Q.   Is it a fair statement for you to say -- I
24  want to summarize your opinion and see if you agree
25  with me.