

# TVT
### Tension-free Vaginal Tape

**(D)**
TVT Implantat – Einweg
TVT Einführungsinstrument – wiederverwendbar
TVT Metall Katheter-Führung – wiederverwendbar

**(DK)**
Sterilt TVT bånd til engangsbrug
TVT indfører til flergangsbrug
Stiv TVT guidewire til flergangsbrug

**(E)**
Dispositivo de un solo uso TVT
Introductor reutilizable TVT
Guía rígida reutilizable para el catéter TVT

**(F)**
Dispositif TVT à usage unique
Introducteur TVT réutilisable
Guide de sonde rigide TVT réutilisable

**(FIN)**
TVT neula, kertakäyttöinen
TVT toistokäyttöinen sisäänviejä
TVT toistokäyttöinen jäykkä katetrinohjain

**(GB)**
TVT Single Use Device
TVT Reusable Introducer

**(USA)**
TVT Reusable Rigid Catheter Guide

**(GR)**
Συσκευή μιας χρήσης TVT
Εισαγωγέας TVT πολλαπλής χρήσης
Οδηγός Διακαμπτος Καθετήρα πολλαπλής χρήσης TVT

**(I)**
Dispositivo TVT monouso
Introduttore poliuso per dispositivo TVT
Guida rigida poliuso per catetere TVT

**(NL)**
TVT instrument voor éénmalig gebruik
TVT reusable inbrenghandvat
TVT reusable cathetervoerder

**(P)**
Dispositivo TVT – Uso único
Introdutor TVT – Reutilizável
Guia rígida de cateter TVT – Reutilizável

**(S)**
TVT nålar med inkontinensband för engångsbruk
TVT handtag för flergångsbruk
TVT kateterguide för flergångsbruk

Authorized Representative • Autoriseret representant
Erkende vertegenwoordiger • Valtuutettu edustaja
Représentant autorisé • Autorisierter Vertreter
Rappresentante autorizzato • Representante autorizado
Representante autorizado • Auktoriserad representant
Εξουσιοδοτημένος Αντιπρόσωπος

ETHICON® GmbH
Robert-Koch-Strasse 1
D-22851 Norderstedt
Germany

EC
Legal Manufacturer
ETHICON® SaRL
Rue de Puits Godet, CH-2000
Neuchâtel, Switzerland

**CE** 0123

**STATUS 8/01**
RMC P 15506 /B

EXHIBIT A

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          **ETH.MESH.00875456**

 **Spannungsfreies Vaginal Implantat (TVT) System – Gebrauchsanweisung**

**TVT Implantat – Einweg –**
**TVT Einführungsinstrument – wiederverwendbar**
**TVT Metall Katheter-Führung – wiederverwendbar**

**Bitte alle Angaben sorgfältig lesen.**
Ein Nichtbeachten der Gebrauchsanweisung kann zu einer Fehlfunktion des Produktes und Verletzungen führen.

**Wichtig:**
Diese Packungsbeilage enthält Gebrauchsanweisungen für das spannungsfreie Vaginal Implantat (TVT) zur einmaligen Anwendung, das wiederverwendbare Einführungsinstrument und die wiederverwendbare Katheterführung. Sie darf nicht als Handbuch der chirurgischen Technik zur Behandlung der Stressinkontinenz angesehen werden. Das Produkt sollte nur von Ärzten, die Erfahrung in der chirurgischen Behandlung einer Stressinkontinenz und Erfahrung in der Implantation des TVT Systems haben, verwendet werden. Diese Anweisungen werden zur allgemeinen Verwendung des Produkts empfohlen. Abweichungen in der Anwendung können sich infolge individueller Operationsmethoden oder der Anatomie der Patientin ergeben.

**BESCHREIBUNG (System)**
Das TVT System besteht aus folgenden Teilen:
TVT Implantat zur einmaligen Anwendung, steril geliefert (separat erhältlich)
TVT Einführungsinstrument, unsteril geliefert (separat erhältlich)
TVT Metall Katheter-Führung, unsteril geliefert (separat erhältlich)

**TVT IMPLANTAT**
Das TVT Implantat ist ein steriles Produkt zur einmaligen Anwendung, das aus einem ungefärbten oder blauen (Phtalocyaninblau, Colour Index Nummer 74160) PROLENE® Polypropylen-Netz (Streifen) besteht, das ca. 1,1 cm x 45 cm misst und von einem Plastikschutz umgeben ist, der sich in der Mitte des Streifens überlappt. Das Netz und die Hülle werden von zwei Edelstahlnadeln mit Plastikringen gehalten.
Das PROLENE® Polypropylen-Netz besteht aus gewirkten Polypropylen-Fasern, die denen des PROLENE® nicht resorbierbaren, chirurgischen PROLENE® Polypropylen-Nahtmaterials entsprechen. Das Netz ist ca. 0,7 mm dick. Es wurde berichtet, dass dieses Material bei Verwendung als chirurgisches Nahtmaterial keinerlei Reaktionen hervorruft und seine Festigkeit bei klinischer Anwendung unbeschränkt erhalten bleibt. Das PROLENE®-Netz ist so gewirkt, dass die Faserverbindungen miteinander verkettet sind, so dass es bidirektional dehnbar ist. Diese Bidirektionalität ermöglicht die Adaptation an verschiedene Belastungssituationen im Körper.

**TVT EINFÜHRUNGSINSTRUMENT**
Das TVT Einführungsinstrument wird unsteril geliefert und ist wiederverwendbar. Das Einführungsinstrument ist aus Edelstahl hergestellt. Es besteht aus folgenden beiden Teilen: einem Handgriff und einem eingelegten Metallschaft mit Schraubengewinde. Das Einführungsinstrument erleichtert die Passage des TVT Implantats von der Vagina zur Bauchwand. Vor Einführung der Nadel mit dem Streifen wird das Instrument über das Schaftende mit dem Schraubengewinde auf der Nadel befestigt.

**TVT METALL KATHETER-FÜHRUNG**
Die TVT Metall Katheter-Führung ist unsteril und wiederverwendbar. Sie erleichtert die Identifizierung der Urethra und des Blasenhalses während des chirurgischen Eingriffs. Sie wird in einen Foley-Katheter **(empfohlene Größe: 18 French)** eingeführt und durch die Urethra in die Blase vorgeschoben. Durch Verwendung eines Gels wird die Einführung erleichtert.

**ANWENDUNGSGEBIETE**
Das TVT Implantat wird als pubourethrale Schlinge bei Frauen mit Stressinkontinenz verwendet, die von einer Hypermobilität der Urethra und/oder einer intrinsischen Sphinkterinsuffizienz herrührt. Das TVT Einführungsinstrument und die Metall Katheter-Führung sind separat erhältlich und ermöglichen die Platzierung des TVT Implantats.

2

## HANDHABUNG

Die Patientin sollte in Steinschnittlage gelagert werden, die Beine sollten nicht über 60° angewinkelt sein.

Der Eingriff kann unter Lokalanästhesie durchgeführt werden, ist aber auch unter Regionalanästhesie oder Vollnarkose möglich. Dissektion ist nur in geringem Umfang erforderlich: Es werden ein mittlerer, vaginaler Zugang mit einer kleinen, paraurethralen Dissektion zur anfänglichen Platzierung der Nadel, sowie zwei suprapubische Hautinzisionen benötigt. Mit einer Pinzette wird die Vaginalwand auf beiden Seiten der Urethra gefasst. Beginnend bei ungefähr 1,0 cm vom äußeren Meatus urethrae wird mit einem kleinen Skalpell eine ca. 1,5 cm lange sagittale Inzision gemacht. Diese Inzision befindet sich unter dem mittleren Teil der Urethra und ermöglicht die Passage des Katheters. Mit einer stumpfen Schere werden zwei kleine paraurethrale Dissektionen (von ungefähr 0,5 cm Länge) gemacht, so dass die Spitze der Nadel in die paraurethrale Inzision eingeführt werden kann. Dann werden in einem Abstand von nicht mehr als 4 – 5 cm zueinander auf beiden Seiten der Mittellinie etwas oberhalb der Symphyse zwei 0,5 – 1 cm lange abdominale Hautinzisionen gemacht. Die Platzierung der Inzision sowie die Passage der Nadel im Bereich der Mittellinie und in unmittelbarer Nähe des hinteren Schambeinbereiches sind wichtig, um eine Beschädigung anatomischer Strukturen des Inguinalbereiches und der Pelvisseitenwand zu vermeiden.

Die TVT Metall Katheter-Führung wird in den Foley-Katheter (18 French) eingeführt. Der Führungsgriff ist fest am Katheter befestigt und proximal zu seiner Erweiterung. Der Katheter hat den Zweck, den Blasenhals und die Urethra von der Stelle, an der die Spitze der Nadel in den retropubischen Raum eingeführt wird, fern zu halten. Unter Verwendung des Foley-Katheters und der Metall Katheter-Führung werden die Urethra und die Blase zu der der Nadel gegenüberliegenden Seite verlagert. Während dieses Vorgangs sollte die Blase leer sein. Das mit Schraubengewinde versehene Ende des Einführungsinstruments wird an das Ende einer der Nadeln geschraubt. Unter Verwendung des Einführungsinstruments wird die Nadel paraurethral vorgeführt und durch das Diaphragma urogenitale gestochen. Die Einführung und die Passage werden mit Hilfe des Zeigefingers in der Vagina unter dem Einschnitt in der Vaginalwand auf ipsilateraler Seite kontrolliert, wobei sich die Fingerspitze am Beckenrand befindet. Der gebogene Teil der Nadel sollte sich im Handteller dieser Hand befinden. Benutzen Sie dazu die „vaginale" Hand. Sind Sie Rechtshänder, so bedeutet dies, dass im Allgemeinen die linke Hand zur Nadelführung benutzt wird. Ergreifen Sie den Griff des Einführungsinstrumentes behutsam mit der anderen Hand. Führen Sie die Nadelspitze dann in den retropubischen Raum ein. Beachten Sie dabei erneut, dass hierzu wiederum der Handteller der bequemsten Hand zu verwenden ist, wobei sich die Nadelspitze in waagerechter Stellung, d. h. in der vorderen Ebene befindet. Nach Passieren des Diaphragma urogenitale werden Sie spüren, dass der Widerstand beträchtlich geringer ist. Richten Sie die Nadelspitze dann sofort auf die abdominale Mittellinie aus und senken Sie den Griff des Einführungsinstrumentes ab, wodurch die Nadelspitze von hinten gegen das Schambein gedrückt wird. Bringen Sie jetzt die Nadelspitze in Höhe der abdominalen Hautinzision. Bei diesem Vorgang ist ein durchweg enger Kontakt mit dem Schambein aufrechtzuerhalten.

Wenn die Nadel die abdominale Inzision erreicht hat, sollte eine Zystoskopie durchgeführt werden, um die Unversehrtheit der Blase zu bestätigen. Die Blase muss nach der ersten Zystoskopie geleert werden. Der Vorgang wird nun auf der anderen Seite wiederholt.

Die Nadeln werden dann nach oben gezogen, um den Streifen locker, d. h. ohne Spannung, unter dem mittleren Teil der Urethra zu platzieren. Trennen Sie den Streifen dann dicht an den Nadeln ab. Die Patientin wird aufgefordert, bei voller Blase (ungefähr 300 ml) zu husten, und während dieses Hustentests ist die vaginale Inzision vorübergehend mit einer kleinen Pinzette vorsichtig verschlossen zu halten. Passen Sie den Streifen so an, dass beim Hustentest einige Tropfen Urin aus der Blase austreten. Danach wird der Plastikschutz, der den Streifen umgibt, entfernt. **Um ein Anspannen des Streifens zu vermeiden ist ein stumpfes Instrument (Schere oder Pinzette) beim Anpassen zwischen Urethra und Streifen zu platzieren.** Ein vorzeitiges Entfernen der Schutzhülle kann die Anpassung erschweren. Nach entsprechender Anpassung des Streifens wird die vaginale Inzision geschlossen. Die abdominellen Streifenenden werden dann

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875458

abgeschnitten und in subcutis belassen. Sie werden nicht vernäht. Die Hauteinschnitte sind zu vernähen. Die Blase ist zu entleeren. Nach diesem Eingriff ist eine postoperative Katheterisierung im allgemeinen nicht nötig. Die Patientin sollte 2 – 3 Stunden nach Operationsende zur Entleerung der Blase aufgefordert werden.

**GEGENANZEIGEN**

Wie bei jeder Suspensionsoperation sollte diese Prozedur nicht bei Patientinnen mit bestehender Schwangerschaft durchgeführt werden. Bei der Verwendung des PROLENE[®] Netzes im wachsenden Organismus sollte bedacht werden, dass das Netz sich trotz seiner Flexibilität nicht dem Wachstum entsprechend dehnen kann. Dieses ist auch bei Patientinnen mit geplanter oder zukünftig gewünschter Schwangerschaft zu beachten.

**WARNHINWEISE UND VORSICHTSMASSNAHMEN**

- Das Implantat nicht bei Patientinnen einsetzen, die gerinnungshemmende Medikamente einnehmen.
- **Das Implantat nicht bei Patientinnen mit Harnwegsinfektionen einsetzen.**
- Vor Anwendung des TVT Implantats sollte der Benutzer mit der chirurgischen Technik einer Blasenhals-Suspension vertraut sein und eine adäquate Schulung für die Implantation des TVT Systems erhalten haben. Der Eingriff mit dem TVT Implantat unterscheidet sich jedoch von einem traditionellen Eingriff mit einer Schlinge dadurch, dass der Streifen ohne Spannung unter dem mittleren Teil der Urethra platziert wird.
- Sowohl beim TVT Verfahren als auch bei der Versorgung von kontaminierten oder infizierten Operationswunden sind die üblichen chirurgischen Techniken anzuwenden.
- Das TVT Verfahren sollte mit solcher Sorgfalt ausgeführt werden, dass eine Beschädigung größerer Blutgefäße sowie von Nerven, Blase und Darm vermieden wird. Eine Beachtung der lokalen Anatomie sowie korrekte Nadelpassage minimiert Risiken.
- Es kann zu postoperativen retropubischen Blutungen kommen. Achten Sie auf diesbezügliche Symptome oder Anzeichen, bevor die Patientin aus dem Krankenhaus entlassen wird.
- Eine Zystoskopie sollte durchgeführt werden, um die Unversehrtheit der Blase zu bestätigen bzw. eine Blasenperforation zu erkennen.
- Die Metall Katheter-Führung sollte vorsichtig in den Foley-Katheter geschoben werden, so dass sie nicht in dessen Löcher gelangt.
- Beim Entfernen der Metall Katheter-Führung sollte der Handgriff vollständig geöffnet werden, so dass der Katheter an Ort und Stelle bleibt.
- Plastikhülle nicht entfernen, bevor der Streifen korrekt platziert ist.
- Sicherstellen, dass der Streifen unter minimaler Spannung unter dem mittleren Teil der Urethra platziert ist.
- Bei der Verwendung des PROLENE[®] Netzes in kontaminierten Körperbereichen ist zu beachten, dass im Falle einer Infektion eine Entfernung des Materials erforderlich werden kann.
- Die Patientin sollte darüber unterrichtet werden, dass Schwangerschaften die Wirkung des chirurgischen Eingriffs aufheben können und dass sie wieder inkontinent werden kann.
- Da keine klinische Erfahrung mit natürlichen Geburten nach einer TVT-Implantation vorliegen, wird im Falle einer Schwangerschaft ein Kaiserschnitt empfohlen.
- Nach der Operation ist die Patientin darüber zu informieren, dass sie mindestens 3 – 4 Wochen kein schweres Heben bzw. keinen anstrengenden Sport (z.B. Radfahren, Jogging) betreiben sollte, und dass Geschlechtsverkehr einen Monat lang vermieden werden sollte. Die Patientin kann nach 1 – 2 Wochen alle anderen normalen Aktivitäten wieder ausführen.
- Die Patientin ist darauf hinzuweisen, dass sie bei Auftreten einer Dysurie, Blutung oder anderer Probleme sofort den Chirurgen benachrichtigt.
- Alle chirurgischen Instrumente werden bei normaler Verwendung abgenutzt und können beschädigt werden. Vor Gebrauch sollte das Instrument einer Sichtprüfung unterzogen werden. Instrumente, die Defekte aufweisen oder korrodiert sind, sollten nicht verwendet und verworfen werden.
- Wie bei allen Inkontinenz-Behandlungen kann es auch hier zu De-novo-Harndrangssymptomen nach TVT Implantation kom-

4

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

men. Um das Risiko zu minimieren ist sicherzustellen, dass das Band spannungsfrei im mittleren Teil der Urethra positioniert ist.
- Das PROLENE® Netz darf nicht mit Klammern, Clips oder Klemmen in Kontakt kommen, da es dabei zu einer mechanischen Schädigung kommen kann.
- Das TVT Implantat darf nicht resterilisiert werden. Geöffnete, nicht verwendete Packungen verwerfen.

**NEBENWIRKUNGEN**
- Bei der Nadelpassage kann es zu Beschädigungen von Blutgefäßen, Nerven, Blase oder Darm in Form von Einstichen oder Rissen kommen, die chirurgischer Reparatur bedürfen.
- Es kann vorübergehend zu einer lokalen Irritation der Wunde und einer Fremdkörperreaktion kommen. Dies kann zu einer Extrusion, Erosion, Fistelbildung oder Entzündung führen.
- Wie alle Fremdkörper kann das PROLENE® Netz eine präexistierende Infektion negativ beeinflussen. Der Plastikschutz des PROLENE® Netzes dient dazu, das Risiko einer Kontamination auf ein Minimum zu beschränken.
- Bei einer Überkorrektur, d. h. bei einer zu großen Spannung des Streifens, kann es zu einer vorübergehenden oder permanenten Stenose der Harnwege kommen.

**WIRKUNG**
Tierstudien zeigen, dass die Implantation eines PROLENE® Netzes eine vorübergehende minimale entzündliche Reaktion im Gewebe auslöst. Eine dünne Lage fibrösen Gewebes wächst durch die Zwischenräume des Netzes, wodurch das Netz in das umgebende Gewebe inkorporiert wird. Das Material wird weder resorbiert noch durch Gewebeenzyme degradiert oder geschwächt.

**ANWEISUNGEN ZUR REINIGUNG DER WIEDERVERWENDBAREN INSTRUMENTE (TVT Einführungsinstrument und TVT Metall Katheter-Führung)**
Um die Verlässlichkeit und Funktionstüchtigkeit des TVT Einführungsinstruments und der TVT Metall Katheter-Führung sicherzustellen, sollten die Instrumente vor dem ersten und nach jedem folgenden Einsatz gereinigt werden. Im Folgenden wird eine manuelle und eine automatische Methode zur Reinigung empfohlen.
Vor der Reinigung sollte das TVT Einführungsinstrument in seine beiden Komponenten (Handgriff und Schaft mit Schraubengewinde) zerlegt werden. Das Einführungsinstrument wird nach der Reinigung und vor der Sterilisation wieder zusammengebaut.

**Manuelle Methode**
1. Die Bestandteile des Instruments in einer enzymatischen Reinigungslösung, die für rostfreie Instrumente geeignet ist, einweichen.
2. Mit einem chirurgischen Reinigungs- und einem Desinfektionsmittel bei 30 – 35° C waschen. Kontaminationen mit Körperflüssigkeiten oder Gewebe werden mit einer weichen Bürste entfernt.
3. Die Bestandteile des Instruments ca. 10 Minuten lang in ein Ultraschall-Bad mit einer frischen Lösung eines Reinigungsmittels legen oder die unten beschriebenen Anweisungen für den automatischen Waschzyklus befolgen.
4. Sorgfältig unter fließendem Leitungswasser spülen und mit einem Tuch abtrocknen. Die Bestandteile des Instruments können mit einem Gleitmittel behandelt werden.

**Automatische Methode**
1. Für Instrumente aus rostfreiem Stahl ist ein automatischer Waschzyklus geeignet. Ein solcher empfohlener Zyklus wird im Folgenden beschrieben:
- Spül-/Anfeuchtzyklus (kaltes Wasser) – 1 Minute
- Waschen bei 80° C – 12 Minuten
- Spülzyklus – 1 Minute
- Spülzyklus – 12 Minuten
- Letzter Spülzyklus – 2 Minuten
- Mit demineralisiertem Wasser bei 80° C spülen – 2 Minuten
- Bei 93° C trocknen – 10 Minuten

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875460

**EMPFEHLUNGEN ZUR STERILISATION DER WIEDERVERWENDBAREN INSTRUMENTE (TVT Einführungsinstrument und TVT Metall Katheter-Führung)**

Das TVT Einführungsinstrument und die Metall Katheter-Führung werden unsteril geliefert. Sie sollten im Autoklaven mit Dampf bei einer Temperatur von 132 – 140° C mindestens 4 Minuten lang sterilisiert werden (Prävakuum). Der Benutzer ist für die Sterilität des Produktes bei Verwendung des empfohlenen Sterilisationsverfahrens verantwortlich, da Kontamination und die Sterilisationsausstattung jeweils unterschiedlich sein können.

**WARTUNG DER INSTRUMENTE**
• TVT Einführungsinstrument
Vor jeder Verwendung sollten die mit dem Schraubengewinde versehenen Teile des inneren Schaftes untersucht werden.
• TVT Metall Katheter-Führung
Das Instrument sollte vor jeder Verwendung untersucht werden. Sicherstellen, dass das lange Ende, das den Katheterkanal durchquert, keine scharfen Kanten oder Gräte aufweist.

**LIEFERPROGRAMM**
Das TVT Implantat wird steril (mit Ethylenoxid sterilisiert) geliefert und ist zur einmaligen Anwendung bestimmt. Nicht resterilisieren. Nicht verwenden, wenn die Packung geöffnet oder beschädigt ist. Geöffnete, nicht verwendete Packungen verwerfen.
Zubehörteile für das wiederverwendbare TVT Einführungsinstrument und die Metall Katheter-Führung werden separat geliefert und sind nicht steril. Diese Zubehörteile müssen vor jeder Verwendung wie oben beschrieben gereinigt und sterilisiert werden.

**LAGERBEDINGUNGEN**
Es wird empfohlen, TVT Produkte zur einmaligen Anwendung bei 25° C zu lagern und von Feuchtigkeit oder unmittelbarer Hitze fernzuhalten.
**Achtung: Laut Gesetz darf dieses Instrument in den USA nur an einen Arzt oder eine im Auftrag eines Arztes handelnde Person verkauft werden.**

Vertrieb durch:
E T H I C O N GmbH
Robert-Koch-Straße 1, D-22851 Norderstedt

E T H I C O N
Abteilung von JOHNSON & JOHNSON Medical
Gunoldstraße 16, 1190 Wien

JOHNSON & JOHNSON AG
Rotzenbühlstraße 55, 8957 Spreitenbach

6

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875461

 **(Tension-free Vaginal Tape) TVT – brugsanvisning**

**Sterilt TVT bånd til engangsbrug**
**TVT indfører til flergangsbrug**
**Stiv TVT guidewire til flergangsbrug**

**Læs alle oplysninger omhyggeligt**
Hvis disse anvisninger ikke følges nøje, kan det resultere i at produktet ikke fungerer korrekt og kan medføre personskade.

**Vigtigt:**
Denne indlægsseddel er en brugsanvisning til TVT bånd til engangsbrug, indfører til flergangsbrug og stiv guidewire til flergangsbrug. **Brugsanvisningen er ikke en omfattende beskrivelse af kirurgisk teknik til korrigering af SUI, „Stress Urinary Incontinence" (stressinkontinens).** Produktet må kun anvendes af læger, der har erfaring med kirurgisk behandling af stressinkontinens og specielt med implantering af TVT systemet. Dette er en generel anvisning. Anvendelsen kan variere ved særlige procedurer pga. individuelle teknikker og patientens anatomi.

**BESKRIVELSE (system)**
TVT systemet består af følgende:
    TVT bånd til engangsbrug, leveres sterilt (fås separat)
    TVT indfører til flergangsbrug, leveres usterilt (fås separat)
    stiv TVT guidewire til flergangsbrug, leveres usterilt
    (fås separat)

**TVT-BÅND**
TVT båndet er et sterilt produkt til engangsbrug, der består af et stykke ufarvet eller blåt (Phtalocyanin blå, farveindeks nr. 74160) PROLENE[R] polypropylennet (tape) på ca. 1,1 x 45 cm, dækket af et plastichylster; hylsteret er overskåret og overlapper på midten, og der er fastgjort rustfri ståltråd på begge sider af TVT båndet og hylsteret med plastikraver.
PROLENE[R] polypropylennet er fremstillet af strikkede filamenter som består af ekstruderede polypropylentråde, og har identisk sammensætning med den, der anvendes til PROLENE[R] polypropylen ikke-resorberbar kirurgisk sutur. TVT båndet er ca. 0,7 mm tykt. Ved anvendelse til sutur er det blevet rapporteret at dette materiale er ikke-reaktivt, og at det bevarer styrken uendeligt ved klinisk anvendelse. PROLENE[R] båndet er strikket vha. en proces der sammenkæder hver enkelt fiberom1ling og giver elasticitet i begge retninger. Elasticiteten i to retninger gør det muligt at tilpasse det til forskellige former for belastninger i kroppen.

**TVT-INDFØRER**
TVT indføreren leveres usterilt til flergangsbrug. Indføreren er fremstillet af rustfrit stål og består af to dele, et håndtag og et metalskaft med gevind. Det fastgøres til nålen via gevindenden på skaftet, inden nålen med TVT båndet indføres.

**STIV TVT GUIDEWIRE**
Den stive TVT guidewire er et usterilt instrument til flergangsbrug, der er beregnet til at lette identifikation af urethra og blærehalsen under det kirurgiske indgreb. Den indsættes i et Foley-kateter **(størrelse 18 French anbefales),** der anbringes i blæren via urethra. Indføringen foretages lettere, når der smøres med gel.

**INDIKATIONER**
TVT båndet er beregnet til anvendelse som en pubourertral slynge til behandling af stressinkontinens (SUI) ved urininkontinens hos kvinder som følge af hypermobilitet af urethra og/eller intern insufficient sphincter. TVT indfører og stiv kateterguide fås separat og er beregnet til at lette placeringen af TVT båndet.

**BRUGSANVISNING**
Patienten anbringes i litotomi-leje, og høften bør ikke være bøjet mere end 60°.
Indgrebet kan udføres i lokal anæstesi, men kan også udføres i regional eller generel anæstesi. Dissektionen er minimal, dvs. en vaginal midtlinjeincision med en lille paraurethal dissektion til første placering af nålen og to suprapubiske hudincisioner.

7

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875462**

Ved hjælp af en pincet tages fat i vaginalvæggen på begge sider af urethra. Foretag en sagital incision på ca. 1,5 cm, der begynder cirka 1,0 fra den ydre uretrale meatus, med en lille kniv.

Denne incision dækker den midterste uretrale zone og giver passage til TVT båndet. Foretag to små parauretrale dissektioner (cirka 0,5 cm) med en lille snurp saks, så nålespidsen kan føres ind i den paruretrale dissektion. Dernæst foretages to incisioner på 0,5-1 cm i underlivshuden, en på hver side af midtlinjen **lige over** symfysen lidt over mere end 4 – 5 cm fra hinanden.

Incisionplacering og nålpassage nær midtlinien og tæt ved den bageste del af skambenet er vigtige for at undgå anatomiske strukturer i det inguinale område og den laterale bækkensidevæg.

Den stive kateterguide indføres i kanalen på Foley-kateteret (18 French). Håndtaget på guiden er fastgjort rundt om kateteret, nærmest udvidelsen. Guiden har til formål at flytte blærehalsen og urethra væk fra det sted, hvor nålespidsen skal passere ind i det retropubiske rum. Ved hjælp af Foley-kateteret og den stive kateterguide flyttes urethra og blæren til siden modsat nålepassagen. Under denne manøvre **skal blæren være tom.** Indføreren skrues fast på en af TVT nålene.

Ved hjælp af indføreren passerer nålen parauretralt og gennembører den urogenitale membran. Indsættelse og passage kontrolleres med lang-eller pegefinger i vagina uner incisionen i vaginalvæggen på den samstidige side og med fingerspidsen på pelvisranden. Den bagbøjede del af nålen skal hvile på fladen af den indførte „vagina"-hånd. Hvis Dr er højrehåndet, betyder dette, at den venstre hånd generelt er den, der skal benyttes til nåleindføring. Med den anden hånd gribes **forsigtigt** håndtaget på indføreren. Indfør nu nålespidsen ind i retroskambens rummet. Bemærk endnu engang at dette skal gøres ved hjælp af håndfladen på vaginalhånden og med nålespidsen horisontalt, f.eks. på frontalplanet. Efter passagen af den urogenitale diafragma, kan man mærke, at modstanden er blevet signifikant reduceret. Målret mod det samme nålespidsen mod underlivsmidtlinien og sænk håndtaget på indføreren, som derved presser nålespidsen mod den bageste del af skambenet. Før nu nålespidsen opad til underlivshudsincisionen, idet den holdes tæt kontakt med skambenet hele vejen.

Når nålespidsen er ved den abdominale incision, udføres cystoskopi til bekræftelse af blæreintegritet. Blæren skal tømmes efter den første cytoskopi. Dernæst gentages proceduren på den anden side. Nålene trækkes dernæst opad, så TVT båndet er placeret løst, dvs. uden at stramme, under midten af urethra. Klip TVT båndet tæt ved nålene. Juster nu TVT båndet, således at lækagen reduceres til nogle få dråber ved stresspåvirkning . Til dette benyttes patientens feedback, f.eks. hosten med en fuld blære (cirka 300 ml) og vaginalincisionen holdes midlertidig lukket med et blødt greb med små tænger. Plastikbylsteret, som omringer TVT båndet, skal derefter fjernes. **For at undgå at udsætte TVT båndet for spænding, skal et stumpt instrument (saks eller pincet) placeres mellem urethra og TVT båndet, mens det justeres.** For tidlig fjernelse af bylsteret kan føre til, at efterfølgende justeringer bliver vanskelige. Efter at have justeret TVT båndet rigtigt, lukkes vaginalincisionen. Underlivsenderne på TVT båndet klippes derefter over og efterlades i underhuden. Sy dem ikke sammen. Sy hudincisionen. Tom blæren. Følges denne procedure, er postoperativ kateterisation normalt ikke påkrævet. Patienten skal opfordres til at prøve at tømme blæren 2 – 3 timer efter operationen.

## KONTRAINDIKATIONER

Som ved enhver suspensionsoperation bør dette indgreb ikke udføres på gravide patienter. Derudover bør TVT båndet heller ikke anvendes på patienter med værkstpotentiale eller på kvinder, som har planer om at blive gravide, da PROLENE® båndet ikke vil strække sig tilstrækkeligt.

## ADVARSLER OG FORSIGTIGHEDSREGLER

- TVT proceduren må ikke anvendes på patienter, som er i antikoagulationsbehandling.
- **TVT proceduren må ikke anvendes på patienter, som har urinvejsinfektion.**
- Brugere skal være bekendt med kirurgisk teknik i forbindelse med blærehalssuspension og have erfaring med implantering af TVT systemet, inden de anvender TVT båndet. Det er imidlertid

8

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875463

vigtigt at vide at TVT proceduren er anderledes end en konventionel slyngeprocedure ved at PROLENE® båndet skal placeres uden stramning under urethras midtdel.

- Korrekt kirurgisk praksis skal følges ved TVT proceduren og for behandling af kontaminerede eller inficerede sår.
- TVT proceduren skal udføres med omhu for at undgå at ramme store kar, nerver, blære og tarm. Agtpågivenhed over for den lokale anatomi og god nålepassage vil formindske risikoen.
- Blødning bag skambenet kan opstå efter operationen. Observer alle symptomer efter tegn før patienten sendes hjem fra hospitalet.
- Cystoskopi skal udføres til bekræftelse af blæreintegritet eller konstatering af blæreperforering.
- Den stive guidewire skal forsigtigt skubbes ind i Foley-kateteret, så guidewiren ikke går i åbningerne i Foley-kateteret.
- Når den stive guidewire fjernes, skal håndtaget åbnes helt, så kateteret bliver på plads.
- Plastichylsteret må ikke fjernes, før båndet er placeret korrekt.
- Sørg for at TVT båndet er anbragt med minimal stramning under urethras midtdel.
- Hvis PROLENE® båndet anvendes i kontaminerede områder må man være opmærksom på, at efterfølgende infektion kan gøre det nødvendigt at fjerne materialet.
- Patienten skal informeres om, at fremtidig graviditet kan gøre det kirurgiske indgreb virkningsløst, og at patienten kan risikere få inkontinens igen.
- Der foreligger ingen kliniske erfaringer i forbindelse med vaginal fødsel efter et TVT indgreb, og i tilfælde af graviditet anbefales kejsersnit.
- Postoperativt anbefales patienten at undgå at løfte tunge ting og/eller motionere (f.eks. cykling, jogging) i mindst tre eller fire uger og undgå samleje i en måned. Patienten kan genoptage andre normale aktiviteter efter 1-2 uger.
- Patienten skal instrueres om omgående at kontakte lægen, hvis der skulle opstå dysuri, blødning eller andre problemer.
- Alle kirurgiske instrumenter bliver slidt og beskadiget ved normal brug. Inden instrumenter tages i brug, skal det efterses. Defekte instrumenter og instrumenter, der forekommer korroderede, må ikke benyttes og skal kasseres.
- Ligesom ved andre inkontinens indgreb kan blærevæggens muskulatur blive ustabil igen efter et TVT indgreb. For at mindske denne risiko skal man sørge for, at TVT båndet placeres midt-urethralt.
- PROLENE® båndet må ikke komme i kontakt med staplere, clips eller andre former for klemmer, da der kan opstå mekanisk skade på båndet.
- TVT båndet må ikke resteriliseres. Kassér åbnede, ubrugte produkter.

**BIVIRKNINGER**

- Punkteringer eller lacerationer af kar, nerver, blære eller tarm kan opstå under nålpassagen og kan kræve operation.
- Forbigående lokalirritation på sårstedet og en forbigående fremmedlegemereaktion kan forekomme. Denne reaktion kan resultere i udstødelse, erosion, fisteldannelse og inflammation.
- Som ved alle fremmedlegemer, kan PROLENE® båndet forværre en eksisterende infektion. Plastichylsteret, der dækker PROLENE® båndet under indgrebet, er konstrueret til at mindste mere risiko for kontaminering.
- Overkorrigering, dvs. hvis TVT båndet stramres for meget, kan forårsage temporær eller vedvarende obstruktion af de nedre urinveje.

**VIRKNINGSMÅDE**

Dyreforsøg viser, at implantation af PROLENE® båndet fremkalder en minimal forbigående inflammatorisk reaktion i væv, og efterfølges af aflejring af et tyndt lag fibrøst væv, der kan vokse gennem maskerne i nettet og således inkorporere båndet i tilstødende væv. Materialet resorberes ikke og det nedbrydes eller svækkes heller ikke af vævsenzymer.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875464

**RENGØRINGSVEJLEDNING FOR**
**INSTRUMENTER TIL FLERGANGSBRUG**
**(TVT indfører og stiv TVT guidewire)**

TVT indføreren og TVT guidewiren skal renses før første brug og
efter hvert indgreb for at sikre, at de er pålidelige og funktionsdygti-
ge. Instrumenterne kan renses manuelt og automatisk på følgende
måde.

Inden TVT indføreren renses, skal den skilles ad i to komponentdele
(håndtag og skaft med gevind), og den skal samles efter rensning og
før sterilisering.

**Manuel rensning**

1. Læg instrumentdelene i et enzymrensemiddel til rustfri stålin-
   strumenter.
2. Vask dem i 30–35° C kirurgisk rensemiddel og desinfektionsmid-
   del. Fjern rester af kropsvæsker og -væv med en blød børste.
3. Anbring instrumentdelene i et ultralydsbad med frisk rensemid-
   delopløsning i ca. 10 minutter, eller følg anvisningen nedenfor,
   hvis der anvendes automatisk vaskecyklus.
4. Skyl delene grundigt under vandhanen, og tør dem med et hånd-
   klæde. Instrumentdelene kan smøres med instrumentsmøremid-
   del.

**Automatisk rensning**

1. Automatisk vaskecyklus skal benyttes til rustfri stålinstrumen-
   ter. En anbefalet cyklus er beskrevet herunder:
   - Skylle- og vaskecyklus, koldt vand – 1 minut
   - Vask ved 80° C – 12 minutter
   - Skyllecyklus – 1 minut
   - Skyllecyklus – 12 minutter
   - Sidste skyl – 2 minutter
   - Skyl med demineraliseret vand ved 80° C – 2 minutter
   - Tør ved 93° C – 10 minutter

**ANBEFALET FREMGANGSMÅDE VED STERILISERING**
**AF INSTRUMENTER TIL FLERGANGSBRUG**
**(TVT-indfører og stiv TVT guidewire)**

TVT indføreren og kateterguiden leveres usterile. De skal sterilise-
res i autoklave før hver brug. Dampautoklavér ved 132 -140° C i
mindst 4 minutter (prævakuum). Brugeren har ansvar for, at produk-
tet er sterilt ved anvendelse af anbefalet steriliseringsproces, da
biobyrden og steriliseringsudstyr varierer.

**VEDLIGEHOLDELSE AF INSTRUMENTER**

- TVT indfører
Gevindenden på det indre skaft skal inspiceres før hver ibrugtagning.
- Stiv TVT guidewire
Instrumentet skal inspiceres før hver brug. Kontroller at den lange
ende, der går igennem kateterkanalen, ikke har skarpe kanter eller
hak.

**LEVERING**

TVT båndet leveres sterilt (ethylenoxid) til engangsbrug. Må ikke
resteriliseres. Må ikke anvendes, hvis emballagen er åbnet eller be-

skadiget. Kassér åbnede, ubrugte produkter.
TVT indfører og TVT guidewire til flergangsbrug er tilbehør, der
leveres separat og usterilt. Disse instrumenter skal renses og sterili-
seres før hver brug, som anvist ovenfor.

**OPBEVARING**

TVT båndet til engangsbrug skal opbevares ved en temperatur under
25° C, væk fra fugt og direkte varme. Må ikke anvendes efter ud-
løbsdatoen er overskredet.
**Forsigtig: Gældende lov (i USA) begrænser salget af dette pro-**
**dukt til læger eller på ordination af en læge.**

Distribueres af:
**Johnson & Johnson**
**Blokken 39 – 41, 3460 Birkerød**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875465

 **Sistema de banda vaginal (TVT) sin tensión – Instrucciones de uso**

**Dispositivo de un solo uso TVT**
**Introductor reutilizable TVT**
**Guía rígida reutilizable para el catéter TVT**
Por favor, lea atentamente toda la información.
De no seguir las instrucciones correctamente, el dispositivo podría no funcionar adecuadamente e incluso causar lesiones personales.

**Importante:**

Esta información contenida en el paquete tiene el fin de proveer instrucciones para el empleo del dispositivo de un solo uso de banda vaginal sin tensión, del introductor reutilizable y de la guía rígida del catéter reutilizable. **No es una guía completa para técnicas quirúrgicas para la corrección de la incontinencia urinaria de estrés.** El dispositivo debe ser empleado solamente por médicos capacitados para el tratamiento quirúrgico de la incontinencia urinaria por estrés y específicamente en la implantación del Sistema TVT. Estas instrucciones están recomendadas para el uso general del dispositivo. Pueden ocurrir variaciones en el uso en procedimientos específicos, debidos a la individualidad de la técnica y de la anatomía del paciente.

**DESCRIPCIÓN** *(Sistema)*
TVT consta de lo siguiente:
    Dispositivo de un solo uso TVT, suministrado estéril
    (disponible por separado)
    Introductor reutilizable TVT, suministrado no estéril
    (disponible por separado)
    Guía rígida TVT para el catéter, suministrado no estéril,
    (disponible por separado)

**DISPOSITIVO TVT**
TVT es un dispositivo estéril de un solo uso que consta de una pieza de malla (banda) de polipropileno PROLENE® sin teñir o azul (azul de ftalocianina, Índice de color N° 74160) que mide aproximadamente 1,1 x 45 cm, cubierta con una vaina de plástico cortada y superpuesta en el medio y sujeta entre dos agujas de acero inoxidable unidas a la malla y a la vaina con collarines de plástico.
La malla de polipropileno PROLENE® está hecha de filamentos tejidos de hebras de propileno extrusionado, cuya composición es idéntica a la utilizada en las suturas quirúrgicas PROLENE® de polipropileno no absorbible. Esta malla mide aproximadamente 0,7 mm de espesor. Este material, cuando se emplea como sutura, ha demostrado que no es reactivo y retiene su resistencia indefinidamente en uso clínico. La malla de PROLENE® está tejida mediante un proceso que entrelaza la unión de cada fibra y proporciona elasticidad en ambas direcciones. Esta elasticidad bidireccional permite la adaptación a los diferentes niveles de tensión de distintos tejidos.

**INTRODUCTOR TVT**
El introductor TVT se suministra no estéril y se puede utilizar varias veces. El introductor está hecho de acero inoxidable. Consta de dos partes: un mango y un vástago de metal fileteado insertado. El introductor tiene el fin de facilitar el paso del dispositivo TVT desde la vagina a la piel del abdomen. Se conecta y sujeta a la aguja, mediante el extremo fileteado del vástago, antes de insertar la aguja con la banda en la paciente.

**GUÍA RÍGIDA DEL CATÉTER TVT**
La guía rígida del catéter TVT es un instrumento no estéril reutilizable que sirve para facilitar la identificación de la uretra y del cuello de la vejiga durante el procedimiento quirúrgico. Se introduce en un catéter Foley **(medida recomendada, 18 French)** colocado en la vejiga a través de la uretra. Para facilitar la inserción, se puede lubricar con gel.

**INDICACIONES**
La finalidad del dispositivo TVT es su empleo como cabestrillo púbcouretral para el tratamiento de la incontinencia urinaria por estrés, para la incontinencia urinaria femenina causada por la

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875466

hipermovilidad uretral y/o deficiencia intrínseca del esfínter. El introductor y la guía rígida del catéter TVT se pueden adquirir por separado y tienen el fin de facilitar la colocación del dispositivo TVT.

**INSTRUCCIONES DE USO**

La paciente deberá ser colocada en posición de litotomía teniendo la precaución de − evitar una flexión de cadera mayor de 60°. El procedimiento puede llevarse a cabo bajo anestesia local, pero también puede efectuarse usando anestesia espinal o general. La extensión de la disección es mínima, es decir, una entrada en la línea media vaginal con una pequeña disección parauretral para colocar la aguja inicialmente y dos incisiones de la piel suprapúbica.

Usando fórceps, sujetar la pared vaginal a cada lado de la uretra. Hacer una incisión sagital de 1,5 cm de largo aproximadamente con un pequeño bisturí, comenzando aproximadamente a 1 cm del meato exterior de la uretra.

Esta incisión cubrirá la zona media uretral y permitirá el paso posterior del cabestrillo (banda). Con unas tijeras romas pequeñas, se hacen dos pequeñas disecciones parauretrales (de aproximadamente 0,5 cm) de modo que se pueda introducir la punta de la aguja en la disección parauretral. Entonces se hacen dos incisiones cutáneas  abdominales de 0,5 a 1 cm, una a cada lado de la línea media, justamente encima de la sínfisis del pubis y separadas de 4 a 5 cm como máximo. Es importante ubicar la incisión y el pasaje para la aguja cerca de la línea media y próxima a la parte trasera del hueso púbico para evitar estructuras anatómicas en el área inguinal y la pared pélvica lateral.

La guía rígida del catéter TVT es introducida en el canal del catéter Foley (18 French). El mango de esta guía va montado alrededor del catéter, cerca de la parte que se ensancha. La finalidad de esta guía es mover el cuello de la vejiga y la uretra alejándolos del lugar donde la punta de la aguja pasará al espacio retropúbico. Mediante el empleo del catéter Foley y la guía rígida del catéter, la uretra y la vejiga son apartadas contralateralmente a un lado del paso de la aguja. Durante esta maniobra, la vejiga debe estar vacía. El extremo fileteado del introductor es enroscado al extremo de una de las agujas.

Usando el introductor, la aguja pasa parauretralmente penetrando el diafragma urogenital. Controlar la inserción y el paso colocando el dedo medio o índice en la vagina bajo la incisión en la pared vaginal y controlando con la punta del dedo sobre el reborde pélvico del lado en cuestión. La parte curva de la aguja debe descansar en la palma de la mano "vaginal". Si usted es diestro, generalmente debería usar la mano izquierda para guiar la aguja. Con la otra mano sujetar suavemente el mango del introductor. Ahora, introduzca la punta de la aguja en el espacio retropúbico. Una vez más asegúrese de que esto lo realiza con la palma de la mano "vaginal" y con la punta de la aguja en posición horizontal, es decir en el área plana frontal. Después de sobrepasar el diafragma urogenital notará que la resistencia se reduce sensiblemente. Inmediatamente a continuación, dirija la punta de la aguja hacia la línea media abdominal y baje el mango del introductor para presionar la punta de la aguja contra la pared trasera del hueso púbico. Ahora, mueva la punta de la aguja hacia arriba hacia la incisión de la piel abdominal, manteniéndola en contacto con el hueso púbico durante todo el recorrido.

Cuando la punta de la aguja alcanza la incisión abdominal, se efectúa una cistoscopia para confirmar la integridad de la vejiga. La vejiga debe vaciarse después de la primera cistoscopia. Entonces se repite el procedimiento en el otro lado.

Después se tira hacia arriba de las agujas para traer la banda (cabestrillo) sin tensión bajo la parte media de la uretra. Entonces se corta la banda cerca de las agujas. Ahora, se ajusta la banda de manera que el goteo se reduzca permitiendo que se produzca el derrame de algunas gotas bajo tensión. Para esto, observe la reacción de la paciente (por ejemplo, toser con la vejiga llena − aproximadamente 300 ml), y mantener la incisión vaginal temporalmente cerrada apretando suavemente con unos fórceps pequeños. Entonces se retiran las vainas de plástico que rodean la banda. **Para evitar la tensión en la banda, se debe colocar un instrumento romo (tijeras o fórceps) entre la uretra y la banda mientras se ajusta.** La retirada prematura de la vaina plástica puede dificultar los ajustes subsiguientes. Después de ajustar la banda adecuadamente, se cierra la incisión vaginal. Los extremos abdominales se cortan y se dejan debajo de la superficie de la piel. No suturarlos. Suturar las incisiones de la piel. Vaciar la vejiga.

12

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875467

Después de este procedimiento, normalmente no es necesaria la cateterización postoperativa. Intente convencer a la paciente para que pruebe a vaciar la vejiga 2 – 3 horas después de la operación.

**CONTRAINDICACIONES**

Como con cualquier técnica de suspensión, este procedimiento no debe realizarse en pacientes embarazadas. Dado que la malla de polipropileno PROLENE® no se estirará significativamente, este procedimiento no debe realizarse en pacientes con potencial de crecimiento futuro, incluyendo mujeres con planes de embarazos futuros.

**ADVERTENCIAS Y PRECAUCIONES**

- **No usar la técnica TVT en pacientes con terapia anticoagulante.**
- **No usar la técnica TVT en pacientes con infección en el tracto urinario.**
- Los usuarios deben familiarizarse con la técnica quirúrgica para suspensión del cuello de la vejiga y deben estar adecuadamente entrenados en la implantación del Sistema de suspensión TVT. Sin embargo, es importante reconocer que el TVT es diferente de un procedimiento tradicional de cabestrillo porque la banda debe ser colocada sin tensión bajo la parte media de la uretra.
- Se deben emplear prácticas quirúrgicas aceptables para el procedimiento TVT así como para el tratamiento de heridas contaminadas o infectadas.
- El procedimiento TVT debe realizarse con cuidado para evitar nervios, vasos, vejiga e intestinos. Prestando atención a la anatomía local y pasando las agujas adecuadamente se reducen los riesgos al mínimo.
- Es posible que se produzcan hemorragias retropúbicas después de la operación. Observe cualquier síntoma o indicio antes de dar de alta a la paciente.
- Se debe realizar la cistoscopia para confirmar la integridad de la vejiga o para reconocer una perforación vesical.
- La guía rígida del catéter debe ser empujada suavemente para introducirla en el catéter Foley, de modo que la guía no penetre los orificios del catéter.
- Para retirar la guía rígida del catéter, abrir el mango del todo para que el catéter permanezca colocado correctamente.
- No retirar la vaina de plástico hasta que la banda se haya situado correctamente.
- Cerciorarse de que la banda esté colocada con una tensión mínima bajo la parte media de la uretra.
- Cuando se emplee la malla de PROLENE® en áreas contaminadas, se hará con el entendimiento de que la infección subsiguiente podría requerir que se retire el material.
- La paciente debe ser informada de que los embarazos futuros pueden anular los efectos del procedimiento quirúrgico y la paciente podría volver a ser incontinente.
- Dado que no hay experiencia clínica disponible de parto vaginal posterior al procedimiento TVT, en caso de embarazo se recomienda el parto cesárea.
- Debe recomendarse a la paciente que, después de la operación, no levante objetos pesados y/o se abstenga de hacer ejercicio (por ejemplo ir en bicicleta, o correr) durante al menos tres o cuatro semanas y actividad sexual con penetración durante un mes. La paciente puede realizar cualquier otra actividad normal después de una o dos semanas.
- Se instruirá a la paciente para que llame al cirujano inmediatamente en caso de ocurrir disuria, hemorragia u otros problemas.
- Todos los instrumentos quirúrgicos están sujetos a desgaste y daños durante el uso normal. Antes de su empleo, los instrumentos deben someterse a inspección visual. Los instrumentos defectuosos o aquellos que parezcan estar corroídos no deben ser empleados y deben ser desechados.
- Como con otros procedimientos de incontinencia podría presentarse una inestabilidad de novo del detrusor, tras el procedimiento de la técnica TVT. Para minimizar este riesgo asegúrese de colocar la cinta libre de tensión a nivel de uretra media.

13

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875468**

- No tocar la banda de PROLENE® con ninguna grapa o clip de ningún tipo, ya que se podría causar algún daño mecánico a la malla.
- No reesterilizar el dispositivo TVT. Desechar los dispositivos abiertos no utilizados.

**REACCIONES ADVERSAS**
- Las laceraciones o perforaciones en vasos, vejiga o intestinos durante la introducción de la aguja pueden necesitar reparación quirúrgica.
- Puede presentarse una irritación local transitoria en la herida y una respuesta transitoria al cuerpo extraño. Esta respuesta podría causar extrusión, erosión, formación de fístulas e inflamación.
- Igual que cualquier cuerpo extraño, la malla de PROLENE® podría potenciar una infección existente. La vaina de plástico que cubre inicialmente la malla de PROLENE® tiene el fin de reducir al mínimo el riesgo de contaminación.
- El exceso de corrección, es decir, la aplicación de demasiada tensión a la banda, puede causar una obstrucción temporal o permanente de las vías urinarias inferiores.

**ACCIONES**
Los estudios en animales indican que la implantación de PROLENE® provoca una reacción inflamatoria mínima en los tejidos, transitoria, que es seguida por la deposición de una capa delgada de tejido fibroso que puede crecer a través de los intersticios de la malla, incorporando de este modo la malla en los tejidos adyacentes. El material no es absorbido ni sometido a degradación o debilitamiento por la acción de las enzimas de los tejidos.

**INSTRUCCIONES PARA LIMPIAR INSTRUMENTOS QUE SE PUEDEN USAR VARIAS VECES**
**(Introductor TVT y guía rígida del catéter TVT)**
Para garantizar la fiabilidad y funcionalidad del introductor TVT y la guía rígida del catéter TVT, limpiar el instrumento antes de su empleo inicial y después de cada procedimiento. A continuación, se detallan los métodos manual y automático recomendados para limpiar los instrumentos.
Antes de la limpieza, se deben separar los dos componentes del introductor TVT (mango y vástago fileteado). El introductor se arma otra vez después de la limpieza y antes de la esterilización.

**Método manual**
1. Remojar los componentes del instrumento en un limpiador enzimático apropiado para instrumentos de acero inoxidable.
2. Lavar con detergente quirúrgico y con solución desinfectante a una temperatura de 30° C a 35° C. Eliminar cualquier contaminación de fluidos o tejidos corporales con un cepillo suave.
3. Colocar los componentes del instrumento en un baño ultrasónico con solución limpia de detergente durante 10 minutos aproximadamente, o seguir las instrucciones siguientes si se utiliza un ciclo de lavado automático.
4. Enjuagar bien en un chorro de agua corriente fresca y secar con una toalla. Los componentes del instrumento se pueden tratar con un lubricante adecuado.

**Método automático**
1. Los sistemas de lavado automáticos son adecuados para instrumentos de acero inoxidable. A continuación se describe uno de los ciclos recomendados:
- Enjuagar/Ciclo de agua fría – 1 minuto
- Lavar a 80° C – 12 minutos
- Ciclo de enjuagar – 1 minuto
- Ciclo de enjuagar – 12 minutos
- Enjuagado final – 2 minutos
- Enjuagar con agua desmineralizada a 80° C – 2 minutos
- Secar a 93° C – 10 minutos

**RECOMENDACIONES PARA ESTERILIZACIÓN DE IN-STRUMENTOS QUE SE PUEDEN USAR VARIAS VECES**
**(Introductor TVT y guía rígida del catéter TVT)**
El introductor y la guía rígida para el catéter TVT se suministran en estado no estéril. Para esterilizarlos, tratar con vapor en autoclave

14

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875469

antes de cada uso. El autoclave debe estar a una tempe-ratura de 132° C a 149° C, durante 4 minutos como mínimo (pre vacío). El usuario final es responsable de garantizar la esterilidad del producto cuando se use el proceso de esteri-lización recomendado, puesto que la carge biológica y el equipo de esterilización variarán.

**MANTENIMIENTO DE LOS INSTRUMENTOS**
•   Introductor TVT
Examinar el extremo fileteado del vástago interior antes de cada uso.
•   Guía rígida del catéter TVT
Antes de cada uso, examinar el instrumento. Asegurarse de que el extremo largo que atraviesa el canal del catéter no tenga bordes afila-dos ni cortantes.

**PRESENTACIÓN**
El dispositivo TVT se suministra estéril (por óxido de etileno) para un solo uso. No reesterilizar. No usarlo si el paquete está abierto o dañado. Desechar los dispositivos abiertos, no utilizados.
Los accesorios para varios usos (introductor TVT y guía rígida del catéter TVT) se suministran por separado y no son estériles. Estos accesorios deben ser limpiados y esterilizados antes de cada uso, como se ha descrito anteriormente.

**ALMACENAJE**
Las condiciones de almacenaje recomendadas para el dispositivo TVT de un solo uso son: temperatura de menos de 25° C, alejado de la humedad y del calor directo. No usarlo después de la fecha de caducidad.
**Precaución: Las leyes federales de los EE.UU. restringen la venta de este dispositivo al personal facultativo o bajo su prescripción.**

**Distribuido por:**
**Johnson & Johnson P.P., S.A.**
**Paseo de las Doce Estrellas, 5 – 7**
**Campo de las Naciones**
**28042 Madrid**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                   **ETH.MESH.00875470**

 **Tension-free Vaginal Tape (TVT) –**
**Notice d'utilisation**

**Dispositif TVT à usage unique**
**Introducteur TVT réutilisable**
**Guide de sonde rigide TVT réutilisable**

**Lire attentivement la notice d'utilisation.**
Le non respect des instructions d'utilisation peut entraîner un préjudice pour le patient et un dysfonctionnement du dispositif médical.

**Important**
Cette notice est destinée à présenter le mode d'emploi du dispositif à usage unique TVT (Tension-free Vaginal Tape), de l'introducteur réutilisable et du guide de sonde rigide réutilisable. **Elle ne constitue pas une référence exhaustive de la technique chirurgicale pour la cure de l'incontinence urinaire d'effort.** Ce dispositif médical ne doit être utilisé que par des médecins spécialistes du traitement chirurgical de l'incontinence urinaire d'effort **et particulièrement qualifiés pour la pose du Système TVT.** Ce mode d'emploi s'applique à l'utilisation normale du dispositif. L'utilisation du dispositif peut être modifiée pour répondre à des variantes personnelles de la technique opératoire et des variations anatomiques des patientes.

**DESCRIPTION**
Le TVT est composé :
    d'un dispositif TVT à usage unique, stérile
    (disponible séparément)
    d'un introducteur TVT réutilisable, fourni non stérile
    (disponible séparément)
    d'un guide de sonde rigide TVT réutilisable, fourni non stérile
    (disponible séparément)

**DISPOSITIF TVT**
Le dispositif TVT est un dispositif médical stérile à usage unique composé d'une bandelette en PROLENE* (polypropylène) incolore **ou colorée en bleu par l'addition de Phtalocyanine (Index de Couleur Numéro 74160)** mesurant environ 11 mm x 45 cm, recouverte d'une gaine plastique coupée en son milieu avec chevauchement des deux sections et comportant à ses extrémités deux aiguilles en acier inoxydable fixées à la bandelette et à la gaine par des bagues en plastique.
La bandelette en PROLENE* est constituée de monofilaments de polypropylène extrudé tricotés dont la composition est identique à celle utilisée pour les fils de suture chirurgicale non résorbables en polypropylène PROLENE*.
La bandelette en PROLENE* a une épaisseur de 0,7 mm environ. Utilisé comme suture, ce matériau quasiment inerte ne perd pas sa résistance sous l'action des enzymes tissulaires. La bandelette de PROLENE* est tricotée selon un processus qui permet d'obtenir une maille interlock qui lui assure une extensibilité bidirectionnelle. Cette propriété permet une adaptation aux contraintes de l'organisme.

**INTRODUCTEUR TVT**
L'introducteur TVT réutilisable en acier inoxydable est fourni non stérile. Il est composé de deux parties : une poignée et une tige métallique filetée. L'introducteur est destiné à faciliter le passage du dispositif TVT du vagin vers la peau de l'abdomen. Avant d'insérer l'aiguille avec la bandelette, l'introducteur est fixé sur l'aiguille par l'intermédiaire de la tige filetée.

**GUIDE DE SONDE RIGIDE TVT**
Le guide de sonde rigide TVT est un dispositif médical réutilisable non stérile, destiné à faciliter le repérage de l'urètre et du col de la vessie durant l'intervention chirurgicale. Il est inséré dans une sonde de Foley **(taille recommandée 18 French)** qui est placée dans la vessie via l'urètre. Il peut être lubrifié afin d'en faciliter sa mise en place.

**INDICATIONS**
Le dispositif TVT est destiné à être utilisé comme bandelette de soutien de l'urètre pour le traitement de l'incontinence urinaire féminine

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875471**

d'effort résultant d'une hypermobilité urétrale et/ou une déficience intrinsèque du sphincter. L'introducteur TVT et le guide de sonde rigide TVT, disponibles séparément, sont destinés à faciliter la mise en place du dispositif TVT.

**MODE D'EMPLOI**
**La patiente devra être placée en position de lithotomie en prenant soin d'éviter une inclinaison des hanches supérieure à 60°.**

L'intervention peut être pratiquée sous anesthésie locale, régionale ou générale. L'acte chirurgical peu invasif comprend une entrée par le plan médian du vagin avec une petite incision para-urétrale pour la mise en place initiale de l'aiguille, et de deux incisions cutanées sus-pubiennes.

Saisir la paroi vaginale de chaque côté de l'urètre à l'aide de pinces. Pratiquer une petite incision sagittale d'environ 1,5 cm de long, à l'aide d'un scalpel, en commençant à environ 10 mm du méat urétral externe. Cette incision couvre la zone mi-urétrale et permet le passage de la bandelette.

À l'aide d'une paire de ciseaux mousses, pratiquer deux incisions para-urétrales (environ 0,5 cm) de manière à pouvoir y faire passer la pointe de l'aiguille. Effectuer ensuite au niveau de l'abdomen, de chaque côté de la ligne médiane juste au-dessus de la symphyse deux incisions cutanées de 0,5 à 1 cm distantes l'une de l'autre de 4 à 5 cm maximum. L'endroit des incisions et du passage de l'aiguille à proximité de la ligne médiane juste au ras du pubis est important afin d'éviter les structures anatomiques dans la région inguinale et la paroi latérale pelvienne.

Le guide de sonde rigide TVT est inséré dans la lumière de la sonde Foley (18 French). La poignée du guide est fixée autour de la sonde, à proximité de son élargissement. Le guide est destiné à déplacer le col de la vessie et l'urètre pour laisser passer la pointe de l'aiguille dans l'espace rétropubien. L'utilisation de la sonde de Foley et du guide de sonde rigide permet de déplacer l'urètre et la vessie controlatéralement sur le côté du passage de l'aiguille. Durant cette manœuvre **la vessie doit être vide.** La tige filetée de l'introducteur est vissée sur l'extrémité de l'une des aiguilles.

À l'aide de l'introducteur, l'aiguille est passée para-urétralement afin de pénétrer le diaphragme génito-urinaire. L'insertion et le passage sont contrôlés à l'aide de l'index et du majeur dans le vagin sous la paroi vaginale et du même côté tout en contrôlant le bord pelvien du bout du doigt. La partie courbée de l'aiguille doit **reposer sur la paume** de la main opérant dans le vagin. Pour un droitier, c'est généralement la main gauche qui introduira et guidera l'aiguille. Avec l'autre main, saisir **délicatement** la poignée de l'introducteur. Introduire à présent le bout de l'aiguille dans l'espace rétropubien. Encore une fois, noter que cette technique se fait par la paume de la main opérant dans le vagin, le bout de l'aiguille étant horizontal, c'est à dire dans le plan frontal. Après avoir passé le diaphragme urogénital, une réduction sensible de la résistance est ressentie. Diriger immédiatement le bout de l'aiguille vers la ligne médiane de l'abdomen et abaisser la poignée de l'introducteur, poussant ainsi le bout de l'aiguille contre le long de la face postérieure de l'os pubien. À présent, relever le bout de l'aiguille vers l'incision de la peau de l'abdomen tout en maintenant continuellement le contact avec l'os pubien.

Lorsque la pointe de l'aiguille a atteint l'incision abdominale, pratiquer une cystoscopie pour confirmer le parfait état de la vessie. Vider la vessie après la première cystoscopie. La procédure est ensuite répétée de l'autre côté.

Les aiguilles sont alors tirées vers le haut pour faire progresser facilement la bandelette, c'est-à-dire sans tension, sous la zone mi-urétrale. Couper la bandelette au bord des aiguilles. Ajuster ensuite la bandelette de façon à ce que toute perte urinaire soit réduite tout en permettant à quelques gouttes d'urine de s'évacuer lors d'un effort, pour cela recourir à la collaboration de la patiente en lui demandant de tousser avec la vessie pleine (environ 300 ml) tout en maintenant délicatement l'incision vaginale temporairement fermée avec de petites pinces. Les sections de la gaine en plastique qui enveloppent la bandelette sont alors retirées. **Pour éviter de mettre la bandelette sous tension, placer un instrument (ciseaux ou pinces) émoussé entre l'urètre et la bandelette et ajuster celle-ci.** Un retrait prématuré de la gaine peut rendre des ajustements ultérieurs difficiles. Après ajustement définitif, fermez l'incision vaginale. Les extrémi-

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875472

tés de la bandelette, côté abdomen, sont ensuite coupées et laissées subcutis. Ne pas les suturer. Suturez l'incision de la peau. Vider la vessie. Après cette procédure, un sondage post-opératoire n'est généralement pas nécessaire. Prévoir d'inviter la patiente à vider la vessie 2 ou 3 heures après l'opération.

## CONTRE-INDICATIONS

Comme tout type d'intervention de soutènement, cette procédure ne doit pas être utilisée chez la femme enceinte. De plus la bandelette PROLÈNE® n'est pas suffisamment élastique pour être utilisée chez la patiente susceptible d'être enceinte ou dont la croissance n'est pas terminée.

## MISES EN GARDE ET PRECAUTIONS D'EMPLOI

- Ne pas utiliser chez la femme sous traitement anticoagulant.
- Ne pas utiliser chez la femme présentant une infection du tractus urinaire.
- Les utilisateurs doivent connaître la technique de suspension du col de la vessie et doivent être suffisamment qualifiés pour la mise en place du Système TVT avant utilisation du dispositif TVT. Cette technique utilisant le TVT diffère des techniques habituelles du fait que la bandelette doit être placée sans tension sous la zone mi-urétrale.
- Le respect des bonnes pratiques chirurgicales sera de mise pour l'intervention dite TVT ainsi que pour le traitement des plaies contaminées ou infectées.
- La procédure TVT doit être effectuée avec précaution afin d'éviter les gros vaisseaux, les nerfs, la vessie et l'intestin. Une bonne connaissance de l'anatomie locale et un passage correct des aiguilles minimiseront les risques.
- Une hémorragie rétropubienne peut avoir lieu après l'opération. En cherchez tous symptômes et signes avant d'autoriser la sortie de la patiente de l'établissement de soins.
- Une cystoscopie de contrôle doit être pratiquée pour confirmer le parfait état de la vessie ou mettre en évidence une perforation éventuelle.
- Le guide de sonde rigide TVT doit être introduit avec précaution dans la sonde de Foley de façon à ce que le guide ne sorte pas par les trous de cette sonde de Foley.
- Lors du retrait du guide de sonde rigide, ouvrir complètement la poignée de manière à ce que la sonde reste bien en place
- Ne pas retirer la gaine de plastique avant que la bandelette n'ait été correctement positionnée.
- S'assurer que la bandelette est placée avec une tension minimale sous la zone mi-urétrale.
- La bandelette de PROLÈNE® pourra être utilisée au niveau de sites contaminés sachant qu'une infection ultérieure pourra nécessiter le retrait du dispositif.
- Une patiente susceptible d'être enceinte doit être avertie qu'une grossesse risque d'annuler le bénéfice de l'intervention et de la faire redevenir incontinente.
- Etant donné qu'aucun historique clinique d'accouchement par voie naturelle concernant les patientes traitées avec le système TVT n'est disponible, la césarienne est recommandée.
- Après l'opération, il est recommandé à la patiente d'éviter de soulever des objets lourds ou de s'adonner à des exercices trop contraignants (par ex., cyclisme, jogging) pendant au moins trois à quatre semaines. Les rapports sexuels sont aussi à éviter pendant un mois. La patiente peut reprendre ses activités journalières normales après une ou deux semaines.
- En cas de dysurie, de saignements ou de l'apparition de tout autre problème la patiente doit prendre contact avec le chirurgien immédiatement.
- Les instruments de chirurgie subissent un vieillissement et une usure au cours d'un usage normal. Il est donc recommandé d'inspecter visuellement les dispositifs avant usage. Les dispositifs défectueux ou faisant apparaître une corrosion ne doivent pas être utilisés et doivent être jetés.
- Tout comme les autres procédures de traitement de l'incontinence, une instabilité de novo du détrusor peut apparaître à l'issue de la procédure TVT. Pour minimiser ce risque, s'assurer de placer la bandelette sans tension en position mi-urétrale.
- Ne pas mettre la bandelette de PROLÈNE® en contact avec des agrafes, des clips ou des clamps qui seraient susceptibles de l'abîmer.

18

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875473

- Ne pas restériliser le dispositif TVT. Jeter les dispositifs non utilisés dont l'emballage a été ouvert.

**EFFETS ADVERSES**
- Des perforations ou lacérations des vaisseaux, nerfs, vessie ou intestin peuvent avoir lieu au cours du passage de l'aiguille et peuvent entraîner la nécessité d'un geste chirurgical.
- Une irritation transitoire au niveau du site de la plaie et une réaction aux corps étrangers peut apparaître. Cette réponse peut se traduire par une extrusion, une érosion, une formation de fistules et une inflammation.
- Comme tous les corps étrangers, la bandelette de PROLENE® est susceptible d'activer une infection existante. La gaine de plastique qui couvre initialement la bandelette de PROLENE® est conçue pour minimiser le risque de contamination.
- Une correction excessive, c'est-à-dire une trop grande tension appliquée sur la bandelette peut causer une obstruction temporaire ou permanente du conduit urinaire inférieur.

**PERFORMANCES**
Les études sur l'animal ont démontré que la mise en place de bandelette de PROLENE® provoque une réaction inflammatoire tissulaire minime transitoire suivie du dépôt d'une couche fibreuse tissulaire mince qui peut pénétrer à travers les interstices de la bandelette, l'incorporant ainsi dans le tissu adjacent. Le matériau n'est ni résorbé, ni dégradé ou fragilisé par les enzymes tissulaires.

**RECOMMANDATIONS DE NETTOYAGE
DES INSTRUMENTS RÉUTILISABLES
(Introducteur TVT et guide de sonde rigide TVT)**
En vue de garantir la fiabilité et la fonctionnalité de l'introducteur TVT et du guide de sonde rigide TVT, ces instruments doivent être nettoyés et stérilisés avant leur première mise en service et après chaque utilisation selon les méthodes manuelles ou automatisées recommandées ci-dessous.
Avant le nettoyage, séparer les deux éléments de l'introducteur TVT (poignée et tige filetée), et les assembler à nouveau après le nettoyage et avant la stérilisation.

**Méthode manuelle**
1. Faire tremper les éléments du dispositif TVT dans un bain de détergent enzymatique adapté aux instruments en acier inoxydable.
2. Les laver dans une solution détergente et désinfectante à une température de 30 à 35° C. Éliminer toutes les souillures provenant des liquides ou des tissus biologiques, à l'aide d'une brosse souple.
3. Placer les instruments dans un bain à ultrasons contenant une solution détergente fraîchement préparée pendant 10 mn ou, le cas échéant, suivre les consignes suivantes en cas où de recours à un cycle de lavage automatique.
4. Rincer soigneusement sous un jet d'eau courante les dispositifs, les sécher à l'aide d'une serviette. Les dispositifs peuvent être traités avec un lubrifiant pour instruments chirurgicaux.

**Méthode automatisée**
Le nettoyage automatique peut être utilisé pour les instruments en acier inoxydable. Le cycle recommandé est décrit ci-dessous:
- Cycle de rinçage / cycle mouillage à l'eau froide 1 mn
- Lavage 80° C 12 mn
- Cycle de rinçage 1 mn
- Cycle de rinçage 12 mn
- Rinçage final 2 mn
- Rinçage à l'eau déminéralisée 80° C 2 mn
- Séchage à 93° C 10 mn

**RECOMMANDATION DE STÉRILISATION POUR
LES INSTRUMENTS RÉUTILISABLES
(introducteur de TVT et guide de sonde rigide TVT)**
L'introducteur de TVT et le guide de sonde rigide TVT sont fournis non stériles. La stérilisation s'effectue avant chaque utilisation par autoclavage à la vapeur à une température de 132 à 140 °C pendant au moins 4 mn. Il revient à l'utilisateur final de s'assurer de la stérilité des instruments grâce à l'utilisation d'un procédé validé étant

19

**HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875474

donné que la contamination initiale et l'équipement de stérilisation peuvent varier.

**ENTRETIEN DU DISPOSITIF**
• Introducteur de TVT
Avant chaque usage, inspecter les parties filetées de la tige interne.
• Guide de sonde rigide TVT
Inspecter l'instrument avant chaque utilisation, vérifier qu'il ne présente aucune arêtes vives ou barbes.

**PRESENTATION**
Le dispositif TVT à usage unique est fourni stérile (stérilisation à l'oxyde d'éthylène). Ne pas restériliser. Ne pas utiliser si l'emballage est ouvert ou abîmé. Jeter les dispositifs inutilisés dont l'emballage a été ouvert.
Les accessoires réutilisables de l'introducteur de TVT et du guide de sonde TVT sont présentés séparément et sont non stériles. Ils doivent être nettoyés et stérilisés avant chaque usage comme décrit ci-dessus.

**CONSERVATION**
Il est recommandé de conserver le dispositif TVT à usage unique à une température inférieure à 25° C, à l'abri de l'humidité et de la chaleur directe. Ne pas utiliser au-delà de la date de péremption.
**Attention: La Loi Fédérale (Etats-Unis d'Amérique) réserve la vente de ce dispositif par ou sur ordonnance d'un médecin.**

**Distribué par:**

E T H I C O N S.A.S.
TSA 81002
1, rue Camille Desmoulins
92787 Issy les Moulineaux Cedex 9 (France)

Johnson & Johnson Medical NV
Eikelenbergstraat 20
1700 Dilbeek (Belgique)

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00875475

**FIN**  Tension-free Vaginal Tape (TVT) System –
Käyttöohjeet

**TVT neula, kertakäyttöinen**
**TVT toistokäyttöinen sisäänviejä**
**TVT toistokäyttöinen jäykkä katetrinohjain**

**Perehdy huolellisesti tähän oppaaseen.**
Ohjeiden noudattamatta jättäminen saattaa johtaa välineen virheelliseen toimintaan ja potilasvahinkoon.
Tärkeää:
Tässä ohjelehtisessä on TVT kertakäyttöisen neulan, toistokäyttöisen sisäänviejän ja toistokäyttöisen, jäykän katetrinohjaimen käyttöä koskevia ohjeita. **Tämä ohje ei ole täydellinen stressi-inkontinenssin operatiivisen hoidon tekninen opas.** Vain stressi-inkontinenssin operatiiviseen hoitoon ja erityisesti TVT-välineen asettamiseen perehtyneiden lääkäreiden tulisi käyttää tätä välinettä. Nämä ohjeet on tarkoitettu välineen käyttöä koskeviksi yleisiksi ohjeiksi. Toimenpiteen yksityiskohdat saattavat vaihdella toimenpiteen suorittajan käytännöstä yksilöllisistä tekniikoista ja potilaan anatomiasta riippuen.

**KUVAUS (Järjestelmä)**
TVT koostuu seuraavista osista:
    TVT neula kertakäyttöinen, toimitetaan steriilinä
    (saatavana erikseen)
    TVT toistokäyttöinen sisäänviejä, toimitetaan steriloimattomana (saatavana erikseen)
    TVT toistokäyttöinen jäykkä katetrinohjain, toimitetaan
    steriloimattomana (saatavana erikseen)

**TVT-NEULA**
TVT-neula on kertakäyttöinen väline, joka koostuu yhtenäisestä värjäämättömästä tai sinisestä (Phtalocyanine blue, Väri-indeksin numero 74160) PROLENE*-polypropeeniverkosta (nauhasta), jonka mitat ovat n. 1,1 cm x 45 cm (1/2 x 18 tuumaa). Nauhaa peittää muovisuojus, joka on halkaistu keskeltä ja jonka reunat menevät limittäin. Välineen molemmissa päissä on verkkoon ja muoviin muovikudoksilla kiinnitetyt nuostumattomat teräsneulat.
PROLENE*-polypropeeniverkko muodostuu ulostyöntyvistä polypropeenisäikeistä kudotusta langasta, samanlaisesta, jota käytetään resorboitumattomassa PROLENE*-ommelaineessa. Verkko on paksuudeltaan n. 0,7 mm. Tämän materiaalin ei ole todettu ommellankana käytettäessä aiheuttavan kudosreaktioita ja se pysyy kliinisessä käytössä kudoksissa pysyvästi muuttumattomana. PROLENE*-verkko on kudottu menetelmällä, joka liittää yhteen jokaisen säikeen haaran, minkä ansiosta se joustaa kaikkiin suuntiin. Tämä kaksisuuntainen jousto mukauttaa verkon erälaisiin kehossa ilmeneviin jännityksiin.

**TVT-SISÄÄNVIEJÄ**
Toistokäyttöinen TVT sisäänviejä toimitetaan steriloimattomana. Sisäänviejä on valmistettu nuostumattomasta teräksestä. Se koostuu kahdesta osasta, kahvasta, sihen kierteillä kiinnitetyvstä metallisesta varresta. Sisäänviejän tarkoituksena on helpottaa TVT välineen viemistä emättimestä vatsan iholle. Ennen neulan ja nauhan sisäänvientiä neula kiinnitetään sisäänviejän varren kierteillä varustettuun päähän.

**TVT JÄYKKÄ KATETRINOHJAIN**
TVT jäykkä katetrinohjain on steriloimaton toistokäyttöinen instrumentti, jonka tarkoituksena on helpottaa virtsaputken ja rakonkaulan havaitsemista toimenpiteen aikana. Se viedään virtsaputken kautta rakkoon viedyn Foley-katetrin (suositeltava koko 18 F) sisään. Sisäänvientiin helpottamiseksi se voidaan voidella liukastusaineella.

**KÄYTTÖKOHTEET**
TVT neulan käytetään naisilla pubouretraalisena silmukkana uretran hypermobiliteetin ja/tai sisemmän sulkijalihaksen heikkouden aiheuttaman stressi-inkontinenssin hoidossa TVT sisäänviejää ja -jäykkää katetrinohjainta on saatavana erikseen. Niitä käytetään apuna TVT välineen asentamisessa.

21

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          ETH.MESH.00875476

## KÄYTTÖOHJEET

Potilas pannaan litotomia-asentoon siten, ettei lonkan koukistus ole yli 60 astetta. Toimenpide suoritetaan paikallispuudutuksessa, mutta se voidaan myös suorittaa johtopuudutuksessa tai yleisanestesiassa. Kudoksia ei toimenpiteen yhteydessä tarvitse juuri lainkaan leikata, tarvitaan vain pieni parauretraalinen viilto emättimen keskiviivaan neulan sisäänvientikohtaan sekä kaksi suprapubista ihoviiltoa.

Tartu pihdeillä emättimen seinämiin virtsaputken kummaltakin puolelta. Tee pienellä leikkausveitsellä n. 1,5 cm pitkä sagittaalinen viilto alkaen n. 1,0 cm virtsaputken uloimmasta aukosta.

Insisio ulottuu virtsaputken keskiosaan ja mahdollistaa silmukan sisäänviennin. Pienillä tylpillä saksilla tehdään sitten kaksi pientä parauretraalista dissektiota (noin 0,5 cm), joiden kautta neulan kärki voidaan viedä parauretraaliseen dissektiokohtaan. Sen jälkeen tehdään kaksi abdominaalista, 0,5 – 1 cm:n ihoviiltoa **aivan** symfyysin **yläpuolelle** keskiviivan molemmin puolin, korkeintaan 4 – 5 cm:n päähän toisistaan. On tärkeätä sijoittaa viilto ja neulan sisäänvienti lähelle keskiviivaa ja lähelle häpyluun takaosaa, jotta vältettäisiin koskemasta nivasaluesen ja lantion ulonmisten sivuseinämien anatomisiin rakenteisiin.

TVT jäykkä katetrinohjain viedään Foley-katetrin (18 F) luumeniin. Ohjaimen kahva on kiinnitetty katetrin ympärille lähelle sen levennystä. Ohjaimen tarkoituksena on siirtää rakonkaulaa ja virtsaputkea poispäin neulasta, kun se viedään retropuubisen tilan kautta. Foley-katetrin ja ohjaimen avulla virtsaputkea ja rakkoa siirretään neulan kulkureitiltä vastakkaiseen suuntaan. **Tämän toimenpiteen aikana rakon on oltava tyhjä.** Sisänviejän kierteillä varustettu pää kierretään kiinni toiseen neulaan.

Sisänviejä käyttäen neula viedään parauretraalisesti lantion alapohjan (diafragma urogenitale) läpi. Neulan sisäänvientiä ja kuljetusta on ohjattava pitämällä keski- tai etusormea emättimessä emättimen seinämän alla samalla puolella samalla ohjaten sormenpäillä lantionreikaan päätä. Neulan käytön osan tulee olla emättimessä oleva **käden kämmentä vasten.** Käytä tähän „luontevampaa" kättäsi. Mikäli olet oikeakätinen, vasen kätesi on se jota käytät neulan ohjaimisen. Tartu toisella kädellä varovasti sisäänviejän kahvaan. Vie neulan kärki häpyluun taakse. Huomioi vielä, että tämä tehdään emättimessä olevan käden kämmenellä siten että neulan kärki on vaakasuorassa eli frontaalitasossa. Urogenitaalisen kalvon (lantionpohjan osa, joka ympäröi emätintä) ohituksen jälkeen tunnet vastustuksen vähenevän jonkin verran. Suuntaa neulan kärki heti vatsan keskiviivaa kohti ja laske sisäänviejän kahvaa painaen niin neulan kärjen häpyluun takaosaa vasten. Liikuta neulan käärä ylöspäin vatsan iholla olevaa viiltoa kohti pysyen koko ajan aivan häpyluun lähellä.

Kun neula on viillossa, suoritetaan kystoskopia sen varmistamiseksi, että rakko ei ole vähingoittunut. Virtsarakko on tyhjennettävä ensimmäisen kystoskopian jälkeen. Tämän jälkeen toimenpide toistetaan vastakkaisella puolella. Neulat vedetään sen jälkeen ylospäin nauhan (silmukan) viemiseksi löysästi, ilman kiristystä, virtsaputken keskiosan alle. Leikkaa nauha neulojen läheltä. Säädä nauha siten, että vuoto rajoittuu korkeintaan pariin tippaan ponnistuksen yhteydessä. Pyydä tätä varten potilasta esim. yskimään rakon ollessa täynnä (noin 300 ml) ja sulje emättimeen tehty viilto tilapäisesti puristamalla kevyesti pienillä pihdeillä. Sen jälkeen poistetaan nauhaa ympäröivät muovisuojukset. **Nauhan kiristymisen estämiseksi tylppä instrumentti (sakset tai pihdit) tulisi asettaa virtsaputken ja nauhan väliin säädön ajaksi.** Suojuksen enmmällä sen poisto voi vaikuttaa poiston jälkeistä nauhan kireyden säätöä. Kun säätö on tehty nauhan suoritettu, suljetaan emättimessä oleva viilto. Nauhan vatsanpuoleiset päät katkaistaan ja jätetään ihon alle. Niitä ei ommella kiinni. Sulje ihon viillot. Tyhjennä virtsarakko. Tämän toimenpiteen jälkeen ei ylennä tarvita postoperatiivista katetrointia. Potilasta voidaan kehottaa yrittämään rakon tyhjentämistä 2 – 3 tuntia leikkauksen jälkeen.

## KONTRAINDIKAATIOT

Jos TVT neulaa käytetään kasvavilla potilailla, on huomioitava, että PROLENE[9] verkko (nauha) ei juuri jousta potilaan kasvaessa. Kudoksen repeämän suspensiokirurgian kyseessä ollen tämä koskee myös raskaana olevia ja raskautta tulevaisuudessa suunnittelevia potilaita. Toimenpidettä ei tule suorittaa raskaana olevalle eikä sitä suunnittelevalle potilaalle.

22

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                ETH.MESH.00875477

## VAROITUKSIA JA VAROTOIMIA

- TVT toimenpidettä ei tule suorittaa potilaille, joilla on antikoagulanttihoito.
- **TVT-toimenpidettä ei tule suorittaa potilaille, joilla on virtsatietulehdus.**
- Toimenpiteen suorittajalla tulee olla kokemusta rakonkaulan ripustushoitoon liittyvien toimenpiteiden suorittamisesta ja hänen tulee olla riittävän harjaantunut TVT välineen asettamisessa ennen TVT välineen käyttöä. On kuitenkin tärkeää huomioida, että TVT toimenpide poikkeaa perinteisestä slingatoimenpiteestä siinä, että nauha sijoitetaan ilman kiristystä virtsaputken keskiosan alle.
- TVT toimenpidettä suoritettaessa on noudatettava hyväksyttyjä kirurgisia toimenpiteitä ja kontaminoituneita ja infektoituneita leikkausviiltoja koskevaa käytäntöä.
- TVT toimenpide on suoritettava huolellisesti välttäen suuria verisuonia, hermoja, virtsarakkoa ja suolistoa. Riskit minimoidaan kiinnittämällä huomiota paikalliseen anatomiaan ja neulojen asianmukaiseen sisäänvientiin.
- Leikkauksen jälkeen voi esiintyä verenvuotoa häpyluun takana. Kaikki oireet tai merkit tällaisesta on tarkistettava ennen kuin potilas päästetään pois sairaalasta.
- Potilaalle on suoritettava kystoskopia rakon vaurioiden tai perforation poissulkemiseksi.
- Jäykkää katetrinohjainta on varovasti työnnettävä Foley-katetriin siten, että se ei ulotu Foley-katetrin reikiin saakka.
- Kun jäykkä katetrinohjain poistetaan, avaa kahva täysin niin, että katetri jää asianmukaisesti paikalleen.
- Muovisuojusta ei saa poistaa ennen kuin nauha on asetettu kunnolla paikoilleen.
- Varmista, että nauha on viety virtsaputken keskiosan alta ilman kiristystä.
- Jos PROLENE®-verkkoa käytetään kontaminoituneilla alueilla on huomioitava, että mahdollinen infektio saattaa vaatia materiaalin poistamisen.
- Potilasta on muistutettava siitä, että mahdolliset tulevat raskaudet voivat mitätöidä toimenpiteen vaikutukset ja aiheuttaa inkontinenssin paluutumisen.
- Koska TVT toimenpiteen jälkeisestä alatiesynnytyksestä ei ole kliinistä kokemusta, suositellaan raskaustapauksessa keisarileikkausta.
- Leikkauksen jälkeen potilasta on kehotettava välttämään raskaiden esineiden nostamista ja/tai rasittavia kuntoharjoituksia (esim. pyöräilyä ja hölkkää) vähintään kolmen-neljän viikon ajan sekä yhdyntää kuukauden ajan. Potilas voi suorittaa muita normaaleja toimia taas parin viikon kuluttua.
- Jos potilaalla ilmenee virtsaväyliä, verenvuotoa tai muita ongelmia, potilaan on välittömästi otettava yhteyttä toimenpiteen suorittaneeseen lääkäriin.
- Kaikki leikkausinstrumentit kuluvat normaalikäytössä. Instrumentit on tarkastettava ennen käyttöä. Viallisia tai syöpyneitä instrumentteja ei tule käyttää vaan ne tulee hävittää.
- Kuten muidenkin inkontinenssin vuoksi tehtävien toimenpiteiden yhteydessä, voi detrusorin instabiliteetti ilmautua uudestaan TVT toimenpiteen jälkeen. Tämän riskin minimoimiseksi on huolehdittava siitä, että nauha on kiristämätön ja virtsaputken keskiviivassa.
- PROLENE®-verkkoa ei saa koskettaa hakasilla, klipseillä tai puristimilla, sillä ne saattavat mekaanisesti vaurioitaa verkkoa.
- TVT neulaa ei saa steriloida uudelleen. Hävitä avatuissa pakkauksissa olevat käyttämättä jääneet.

## KOMPLIKAATIOT

- Neulan sisäänviennin yhteydessä saattaa tapahtua kirurgista korjausta vaativia verisuonten, hermojen, virtsarakon tai suolen lävistyksiä tai repeämiä.
- Paikallisesti voi esiintyä tilapäistä ärtymistä viillon seudussa sekä tilapäistä vieraseinereaktiota. Tämä voi aiheuttaa tuotteen poistumisen kehosta, eroosion, fistelinmuodostuksen ja inflammation.
- Kuten kaikki vieraseineet, PROLENE®-verkkoin voi pahentua olemassa olevaa infektiota. Sisäänventtivaiheessa käytettävän PROLENE®-verkkoa peittävän muovivaipan tarkoituksena on vähentää kontaminoitumisvaaraa.

23

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875478

- Ylikorjaus, ts. nauhan vetäminen alkuun liian kireälle, voi aiheuttaa tilapäistä tai pysyvää alempien virtsateiden tukkeutumista.

**VAIKUTUKSET**

Eläinkokeissa on osoitettu, että PROLENE®-verkko aiheuttaa kudoksissa vain erittäin vähäisen, tilapäisen inflammatorisen reaktion, jota seuraa ohuen verkonsälmien läpi kasvavan sidekudoskerroksen muodostuminen, joka kiinnittää verkon ympäröiviin kudoksiin. Materiaali ei ensorboidu; se ei myöskään hajoa tai heikkene kudosentsyymien vaikutuksesta.

**TOISTOKÄYTTÖISTEN INSTRUMENTTIEN PUHDISTAMINEN**
**(TVT sisäänviejä ja TVT jäykkä katetrinohjain)**
TVT sisäänviejän ja TVT jäykän katetrinohjaimen toiminnan luotettavuuden varmistamiseksi ne on puhdistettava ennen jokaista käyttökertaa ja jokaisen toimenpiteen jälkeen. Suosittelemme käytettäväksi seuraavia menetelmiä käsinpuhdistamiseen ja koneellisen puhdistamiseen.

Ennen puhdistusta TVT sisäänviejä on purettava osiinsa (kahva ja kierteillä varustettu varsi). Sisäänviejä kootaan uudelleen puhdistuksen jälkeen ennen sterilointia.

**Käsinpuhdistus**
1. Liota instrumentin osia ruostumattomasta teräksestä valmistetuja instrumentteja varten tarkoitetussa entsyymipuhdistusaineessa.
2. Pese instrumentit instrumenttipesuaineella ja desinfektioliuoksessa 30 – 35 °C:n lämpötilassa. Poista kaikki kudosten ja kudosnesteiden jäänteet pehmeällä harjalla.
3. Aseta instrumentin osat puhdasta pesuaineita sisältävään ultraäänipesuriin n. 10 minuutin ajaksi tai noudata alla olevia automaattipesuaohjeita.
4. Huuhtele perusteellisesti puhtaassa juoksevassa vesijohtovedessä ja kuivaa pyyhkeellä. Instrumentit osat voi käsitellä instrumenttien voiteluaineella.

**Automaattipesu**
1. Automaattipesu soveltuu ruostumattomasta teräksestä valmistetuille instrumenteille. Alla kuvattu automaattipesu on suositeltavaa:
- Huuhtelu/märkäpesajakso kylmässä vedessä – 1 minuutti
- Pesu 80 °C:ssa – 12 minuuttia
- Huuhtelu – 1 minuutti
- Huuhtelu – 12 minuuttia
- Loputllinen huuhtelu – 2 minuuttia
- Huuhdo tislatulla vedellä 80 °C:ssa – 2 minuuttia
- Kuivaa 93 °C:ssa – 10 minuuttia

**TOISTOKÄYTTÖISTEN INSTRUMENTTIEN STERILOINTIOHJEET**
**(TVT sisäänviejä ja TVT jäykkä katetrinohjain)**
TVT sisäänviejä ja TVT jäykkä katetrinohjain toimitetaan steriloimattomina. Ne steriloidaan höyryautoklaavissa ennen jokaista käyttökertaa. Höyrysteriloi ne 132 – 140 °C:n lämpötilassa, esityhjiöjakso käyttäen vähintään 4 minuutin ajan. Tuotteen steriliys on käyttäjän vastuulla, sillä sterilointilaitteissa on eroavaisuuksia ja biologisen materiaalin määrässä on eroja.

**INSTRUMENTTIEN HUOLTO**
- TVT sisäänviejä
Ennen jokaista käyttökertaa sisemmin ruuvin kierteillä varustetut osat on tarkastettava.
- TVT jäykkä katetrinohjain
Tarkasta instrumentit ennen jokaista käyttökertaa. Tarkista, ettei ohjaimen pilemmässä, katetrin luumeniin vietävässä päässä ole teräviä särmiä tai jäysteitä.

**TOIMITUSTAPA**
TVT väline toimitetaan steriilinä (etyleenioksidi). Se on kertakäyttöinen. Sitä ei saa steriloida uudelleen. Tuotetta ei saa käyttää jos pakkaus on auki tai vaurioitunut. Hävitä avatut, käyttämättä jääneet pakkaukset.

24

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875479

Toistokäyttöisiä TVT sisäänviejiä ja TVT jäykkä katetrinohjaimia toimitetaan erikseen, steriloimattomina. Nämä lisätarvikkeet on puhdistettava ja steriloitava ennen kutakin toimenpidettä yllä mainitulla tavalla.

**SÄILYTYS**

Kertakäyttöisiä TVT neulaa on säilytettävä alle 25 °C:n lämpötilassa, suojattuna kosteudelta ja lämmönlähteiltä. Tuotetta ei saa käyttää viimeisen käyttöpäivän jälkeen.

**Huomautus: Yhdysvaltain laki rajoittaa tämän tuotteen myynnin vain lääkärin toimesta tai määräyksestä tapahtuvaksi.**

**Jakelu:**
**JOHNSON & JOHNSON**
**Metsänneidonkuja 10, 02130 Espoo**

25

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875480

**GB USA**  Tension-free Vaginal Tape (TVT) System –
Instructions for Use

**TVT Single Use Device**
**TVT Reusable Introducer**
**TVT Reusable Rigid Catheter Guide**

**Please read all information carefully.**
Failure to properly follow instructions may result in improper functioning of the device and lead to injury.

**Important:**
This package insert is designed to provide instructions for use of the Tension-free Vaginal Tape single use device, reusable introducer, reusable rigid catheter guide. It is not a comprehensive reference to surgical technique for correcting SUI (Stress Urinary Incontinence). The device should be used only by physicians trained in the surgical treatment of Stress Urinary Incontinence and specifically in implanting the TVT device. These instructions are recommended for general use of the device. Variations in use may occur in specific procedures due to individual technique and patient anatomy.

**DESCRIPTION (System)**
TVT consists of the following:

TVT Single-Use Device, provided sterile (available separately)

TVT Reusable Introducer, provided non-sterile (available separately)

TVT Reusable Rigid Catheter Guide, provided non-sterile (available separately)

**TVT DEVICE**
The TVT device is a sterile single use device, consisting of one piece of undyed or blue (Phtalocyanine blue, Colour index. Number 74160) PROLENE* polypropylene mesh (tape) approximately 1/2 x 18 inches (1.1 x 45 cm), covered by a plastic sheath cut and overlapping in the middle, and held between two stainless steel needles bonded to the mesh and sheath with plastic collars.
PROLENE* polypropylene mesh is constructed of knitted filaments of extruded polypropylene strands identical in composition to that used in PROLENE* polypropylene nonabsorbable surgical suture. The mesh is approximately 0.027 inches (0.7mm) thick. This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE* mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This bi-directional elastic property allows adaptation to various stresses encountered in the body.

**TVT INTRODUCER**
The TVT introducer is provided non-sterile and is reusable. The introducer is made of stainless steel. It consists of two parts, a handle and an inserted threaded metal shaft. The introducer is intended to facilitate the passage of the TVT device from the vagina to the abdominal skin. It is connected and fixed to the needle, via the threaded end of the shaft, prior to inserting the needle with the tape.

**TVT RIGID CATHETER GUIDE**
The TVT rigid catheter guide is a non-sterile reusable instrument intended to facilitate the identification of the urethra and the bladder neck during the surgical procedure. It is inserted into a Foley catheter (recommended size 18 French) positioned in the bladder via the urethra. To facilitate insertion, it can be lubricated with gel.

**INDICATIONS**
The TVT device is intended to be used as a pubourethral sling for treatment of stress urinary incontinence (SUI), for female urinary incontinence resulting from urethral hypermobility and/or intrinsic sphincter deficiency. The TVT introducer and rigid catheter guide are available separately and intended to facilitate the placement of the TVT device.

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875481**

## INSTRUCTIONS FOR USE

The patient should be placed in the lithotomy position taking care to avoid hip flexion greater than 60°.

The procedure can be carried out under local anesthesia, but it can also be performed using regional or general anesthesia. The extent of dissection is minimal, i.e. a vaginal midline entry with a small paraurethral dissection to initially position the needle and two suprapubic skin incisions. Using forceps, grasp the vaginal wall at each side of the urethra. Using a small scalpel, make a sagittal incision about 1.5 cm long starting approximately 1.0 cm from the outer urethral meatus. This incision will cover the mid-urethral zone and will allow for subsequent passage of the sling (tape). With a small pair of blunt scissors, two small paraurethral dissections (approximately 0.5 cm) are made so that the tip of the needle can then be introduced into the paraurethral dissection. Then, two abdominal skin incisions of 0.5 – 1 cm are made, one on each side of the midline just above the symphysis not more than 4 – 5 cm apart. Incision placement and needle passage near the midline and close to the back of the pubic bone are important to avoid anatomic structures in the inguinal area and lateral pelvic sidewall.

The TVT rigid catheter guide is inserted into the channel of the Foley catheter (18 French). The handle of the guide is fixed around the catheter, proximal to its widening. The purpose of the guide is to move the bladder neck and urethra away from where the tip of the needle will pass into the retropubic space. Via use of the Foley catheter and the rigid catheter guide, the urethra and bladder are moved contralaterally to the side of the needle passage. During this maneuver, the bladder should be empty. The threaded end of the introducer is screwed into the end of one of the needles.

Using the introducer, the needle is passed paraurethrally penetrating the urogenital diaphragm. Insertion and passage are controlled by using the long or index finger in the vagina under the vaginal wall on the ipsilateral side and fingertip control on the pelvic rim. The curved part of the needle should rest in the palm of the "vaginal" hand. If you are right handed this means that the left hand generally is the one to be used for needle guidance. With the other hand grip the handle of the introducer gently. Now introduce the needle tip into the retropubic space. Once again observe that this should be done by the palm of the vaginal hand and with the needle tip horizontally i.e. in the frontal plane. After passage of the urogenital diaphragm you will feel that the resistance is significantly reduced.

Immediately aim the tip of the needle towards the abdominal midline and lower the handle of the introducer thereby pressing the tip of the needle against the back of the pubic bone. Now, move the needle tip upwards to the abdominal skin incision, keeping in close contact with the pubic bone all the way.

When the needle tip has reached the abdominal incision, cystoscopy is performed to confirm bladder integrity. The bladder must be emptied after the first cystoscopy. The procedure is then repeated on the other side. The needles are then pulled upward to bring the tape (sling) loosely, i.e. without tension, under the midurethra. Cut the tape close to the needles. Now, adjust the tape so that leakage is reduced allowing a few drops of urinary leakage to occur under stress. For this, use patient feedback i.e. coughing with a full bladder (approximately 300 ml) and keep the vaginal incision temporarily closed by a gentle grip with small forceps. The plastic sheaths that surround the tape are then removed. To avoid putting tension on the tape, a blunt instrument (scissors or forceps) should be placed between the urethra and the tape during removal of the plastic sheaths. Premature removal of the sheath may make subsequent adjustments difficult. After proper adjustment of the tape, close the vaginal incision. The abdominal ends of the tape are then cut and left in subcutis. Do not suture them. Suture the skin incisions. Empty the bladder. Following this procedure, postoperative catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2 – 3 hours after the operation.

## CONTRAINDICATIONS

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE® polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.00875482

**WARNINGS AND PRECAUTIONS**

- Do not use TVT procedure for patients who are on anti-coagulation therapy.
- Do not use TVT procedure for patients who have a urinary tract infection.
- Users should be familiar with surgical technique for bladder neck suspensions and should be adequately trained in implanting the TVT system before employing the TVT device. It is important to recognize that TVT is different from a traditional sling procedure in that the tape should be located without tension under mid-urethra.
- Acceptable surgical practice should be followed for the TVT procedure as well as for the management of contaminated or infected wounds.
- The TVT procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to local anatomy and proper passage of needles will minimise risks.
- Retropubic bleeding may occur postoperatively. Observe for any symptoms or signs before releasing the patient from hospital.
- Cystoscopy should be performed to confirm bladder integrity or recognize a bladder perforation.
- The rigid catheter guide should be gently pushed into the Foley catheter so that the catheter guide does not extend into the holes of the Foley Catheter.
- When removing the rigid catheter guide, open the handle completely so that the catheter remains properly in place.
- Do not remove the plastic sheath until the tape has been properly positioned.
- Ensure that the tape is placed with minimal tension under mid-urethra.
- **PROLENE**® mesh in contaminated areas should be used with the understanding that subsequent infection may require removal of the material.
- The patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.
- Since no clinical experience is available with vaginal delivery following the TVT procedure, in case of pregnancy delivery via cesarian section is recommended.
- Post-operatively the patient is recommended to refrain from heavy lifting and/or exercise (i.e. cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can return to other normal activity after one or two weeks.
- Should dysuria, bleeding or other problems occur, the patient is instructed to contact the surgeon immediately.
- All surgical instruments are subject to wear and damage under normal use. Before use, the instrument should be visually inspected. Defective instruments or instruments that appear to be corroded should not be used and should be discarded.
- As with other incontinence procedures, de novo detrusor instability may occur following the TVT procedure. To minimize this risk, make sure to place the tape tension-free in the mid-urethral position.
- Do not contact the **PROLENE**® mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.
- Do not resterilize TVT device. Discard opened, unused devices.

**ADVERSE REACTIONS**

- Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.
- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation and inflammation.
- As with all foreign bodies, **PROLENE**® mesh may potentiate an existing infection. The plastic sheath initially covering the **PROLENE**® mesh is designed to minimize the risk of contamination.
- Over correction i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

28

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875483**

**ACTIONS**

Animal studies show that implantation of PROLENE® mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

**INSTRUCTIONS FOR CLEANING REUSABLE INSTRUMENTS**

**(TVT Introducer, TVT Rigid Catheter Guide)** To ensure the reliability and functionality of TVT Introducer and TVT Rigid Catheter Guide, clean the instruments before initial use and after each procedure. The following are suggested manual and automated methods for cleaning the instruments. Prior to cleaning, the TVT introducer should be separated into its component parts (handle and threaded shaft). The Introducer is reassembled after cleaning and before sterilization.

Manual method

1. Soak the instrument components in an enzyme cleaner suitable for stainless steel instruments.
2. Wash in a surgical detergent and disinfecting solution at a temperature of 86° F to 95° F (30° C to 35° C). Remove any contamination from body fluids or tissues using a soft brush.
3. Place the instrument components in an ultrasonic bath with fresh detergent solution for approximately 10 minutes or follow the instructions below if using an automatic washing cycle.
4. Rinse thoroughly in a stream of fresh tap water followed by towel drying. The instrument components may be treated with instrument lubricant.

Automated Method:

Automatic washing cycles are suitable for stainless steel instruments. One recommended cycle is described below:

- Rinse/Wet Cycle Cold Water – 1 minute
- Wash 176° F (80° C) – 12 minutes
- Rinse Cycle – 1 minute
- Rinse Cycle – 12 minutes
- Final Rinse – 2 minutes
- Rinse with Demineralized water 176° F (80° C) – 2 minutes
- Dry 199.4° F (93° C) – 10 minutes

**STERILIZATION RECOMMENDATIONS FOR REUSABLE INSTRUMENTS**

(TVT Introducer, TVT Rigid Catheter Guide)

The TVT Introducer, TVT Rigid Catheter Guide are supplied non-sterile. To sterilize, steam autoclave prior to each use. Steam autoclave at a temperature of 270° F to 283° F (132° C to 140° C) for a minimum of 4 minutes (pre-vacuum). It is the responsibility of the end user to assure sterility of the product when using sterilization process recommended, since bioburden and sterilization equipment will vary.

**INSTRUMENT MAINTENANCE**

- TVT Introducer

Before each use, inspect the threaded parts of the inner shaft.

- TVT Rigid Catheter Guide

Before each use, inspect the instrument. Check to ensure that the long end which traverses the catheter channel has no sharp edges or burrs.

**HOW SUPPLIED**

The TVT device is provided sterile (ethylene oxide) for single use. Do not re-use if package is opened or damaged. Discard opened, unused devices. The reusable TVT introducer, TVT rigid catheter guide are supplied separately, and are non-sterile. These accessories are to be cleaned and sterilized prior to each use as described above.

29

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875484

**STORAGE**

Recommended storage conditions for the TVT single use device are below 25° C, away from moisture and direct heat. Do not use after expiry date.

**Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.**

**EC**
**Legal Manufacturer:**
**ETHICON® SARL**
**Rue du Puits Godet 20**
**CH-2000 Neuchâtel**
**Switzerland**

**Distributor (Europe):**
**ETHICON® Ltd.**
**Bankhead Avenue**
**Edinburgh, EH11 4 HE**
**United Kingdom**

**Distributor (USA):**
**Gynecare**
**a division of ETHICON®, Inc.**
**a Johnson &Johnson Company**
**Somerville, NJ**
**08876-0151**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875485

 **Σύστημα Κολπικής Ταινίας χωρίς Τάση (TVT) — Οδηγίες Χρήσης**

**Συσκευή μιας χρήσης TVT**
**Εισαγωγέας TVT πολλαπλής χρήσης**
**Οδηγός Δύσκαμπτου Καθετήρα πολλαπλής χρήσης TVT**

Παρακαλούμε διαβάστε προσεκτικά όλες τις οδηγίες. Η παράλειψη της σωστής εφαρμογής των οδηγιών αυτών μπορεί να διακινδυνεύσει τη σωστή λειτουργία της συσκευής και να προκαλέσει τραυματισμό.

**Σημαντικό:**
Το ένθετο αυτό παρέχει οδηγίες χρήσης της συσκευής της Κολπικής Ταινίας χωρίς Τάση (TVT) μιας χρήσης, του εισαγωγέα πολλαπλής χρήσης και του οδηγού δύσκαμπτου καθετήρα πολλαπλής χρήσης. Δεν αποτελεί πλήρη πηγή αναφοράς σε χειρουργική τεχνική για τη θεραπεία της ακράτειας εξ υπερεντάσεως (SUI). Μόνο κατάλληλα εκπαιδευμένοι γιατροί στη χειρουργική θεραπεία της ακράτειας εξ υπερεντάσεως καθώς και στην εμφύτευση του συστήματος θα πρέπει να χειρίζονται τη συσκευή αυτή. Οι οδηγίες αυτές συνιστώνται για γενική χρήση της συσκευής. Μπορεί να υπάρξουν παραλλαγές στη χρήση της που οφείλονται σε ειδικές διαδικασίες λόγω μιας ειδικής τεχνικής και ιδιαίτερης ανατομίας της ασθενούς.

**ΠΕΡΙΓΡΑΦΗ (Σύστημα)**
Η TVT αποτελείται από τα εξής:
Συσκευή μιας χρήσης TVT, που παρέχεται αποστειρωμένη (διατίθεται ξεχωριστά)

Εισαγωγέας TVT πολλαπλής χρήσης, που παρέχεται μη αποστειρωμένος (διατίθεται ξεχωριστά)

Οδηγός Δύσκαμπτου Καθετήρα πολλαπλής χρήσης TVT που παρέχεται μη αποστειρωμένος (διατίθεται ξεχωριστά)

**ΣΥΣΚΕΥΗ TVT**
Η Συσκευή TVT είναι μια αποστειρωμένη συσκευή μιας χρήσης που αποτελείται από ένα τεμάχιο αχρωμάτιστη ή μπλε (μπλε φθαλοκυανίνη-οδηγός χρώματος Νο 74160) δικτυωτού πλέγματος PROLENE® από πολυπροπυλένιο (ταινία), διαστάσεων περίπου 1.1 x 45 εκ. (1/2 x 18 ίντσες), καλυμμένο με ένα πλαστικό περίβλημα, κομμένο και επικαλυπτόμενο στη μέση, το οποίο συγκρατείται μεταξύ δύο ατσάλινων βελονών που συνδέονται στο πλέγμα και στο περίβλημα με πλαστικούς δακτύλιους. Το δικτυωτό πλέγμα PROLENE® από πολυπροπυλένιο είναι κατασκευασμένο με πλεγμένα νήματα από διαφορμώμενες με πολυπροπυλένιο ίνες, πανομοιότυπες στη σύνθεσή τους με αυτές που χρησιμοποιούνται στα μη απορροφήσιμα χειρουργικά ράμματα PROLENE® από πολυπροπυλένιο. Το πλέγμα έχει πάχος περίπου 0.7 χιλ. (0.027 ίντσες). Το υλικό αυτό, όταν χρησιμοποιείται σαν ράμμα, σύμφωνα με τις αναφορές που έχουν γίνει, είναι αδρανές και κρατά επ' αόριστον τη δύναμη του στις ιατρικές χρήσεις του. Το πλέγμα PROLENE® είναι πλεγμένο με ειδικό τρόπο που συνδέει μεταξύ τους τις θηλειές των νημάτων και παρουσιάζει ελαστικότητα και στις δύο κατευθύνσεις. Η ελαστικότητα αυτή προς τις δύο κατευθύνσεις επιτρέπει την προσαρμογή του στις διάφορες τάσεις που παρουσιάζει το σώμα.

**ΕΙΣΑΓΩΓΕΑΣ TVT**
Ο εισαγωγέας TVT παρέχεται μη αποστειρωμένος και είναι πολλαπλής χρήσης. Ο εισαγωγέας είναι κατασκευασμένος από ανοξείδωτο ατσάλι. Αποτελείται από δύο μέρη: μια λαβή και ένα ένθετο σπείρωτο μεταλλικό άξονα. Στο άκρο του εισαγωγέα είναι διευκόλυνση της διέλευσης της συσκευής TVT από τον κόλπο προς το κοιλιακό τοίχωμα. Συνδέεται και προσαρμόζεται στη βελόνα, μέσω του σπειρωτού άκρου του άξονα, πριν την εισαγωγή της βελόνας με την ταινία.

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875486

**ΟΔΗΓΟΣ ΔΥΣΚΑΜΠΤΟΥ ΚΑΘΕΤΗΡΑ TVT**
Ο οδηγός Δύσκαμπτου Καθετήρα TVT είναι ένα μη αποστειρωμένο εργαλείο πολλαπλής χρήσης που στοχεύει στον εντοπισμό της ουρήθρας και του τραχήλου της ουροδόχου κύστης κατά τη χειρουργική επέμβαση. Είναι ένθετος σε ένα καθετήρα Foley (συνιστάται η διάσταση 18 French) που τοποθετείται στην ουροδόχο κύστη μέσω της ουρήθρας. Για να διευκολύνετε την εισαγωγή του μπορείτε να τον επαλείψετε με ζελέ.

**ΕΝΔΕΙΞΕΙΣ**
Η συσκευή TVT προορίζεται για χρήση σαν υβοουρηθρικός ελκτήρας για τη θεραπεία της ακράτειας εξ υπερεντάσεως (SUI) για τη γυναικεία ουρική ακράτεια που προέρχεται από μια υπερκινητικότητα της ουρήθρας ή και ενδογενή ατέλεια του σφιγκτήρα. Ο εισαγωγέας TVT και ο οδηγός του δύσκαμπτου καθετήρα διατίθενται ξεχωριστά και στοιχείων στη διευκόλυνση της τοποθέτησης της συσκευής TVT.

**ΟΔΗΓΟΣ ΧΡΗΣΗΣ**
Η ασθενής τοποθετείται σε θέση λιθοτομής, προσέχοντας η κλίση των γοφών να μην είναι μεγαλύτερη από 60 μοίρες. Η επέμβαση πρέπει να γίνει με τοπική νάρκωση, αλλά μπορεί να γίνει επίσης και με τη χρήση τοπικής ή γενικής νάρκωσης. Οι διαστάσεις της διατομής είναι ελάχιστες, δηλ. μια μεσαία εισοδος κολπου με μια μικρή παρασωρήθρική τομή για την αρχική τοποθέτηση της βελόνας και δύο τομές του δέρματος πάνω από το ηβικό σύμφυση.
Χρησιμοποιώντας λαβίδες, πιάστε το κολπικό τοίχωμα από κάθε πλευρά της ουρήθρας. Με τη βοήθεια ενός μικρού νυστεριού κάντε μια οβελιαία τομή μήκους περίπου 1,5 εκ. αρχίζοντας περίπου1,0 εκ. από το εξωτερικό στόμιο της ουρήθρας. Η τομή αυτή θα καλύψει τη μεσοουρήθρική ζώνη και θα διευκολύνει την μετέπειτα διέλευση της ταινίας. Με ένα μικρό αμβλύ ψαλίδι, κάνετε δύο μικρές παρασωρήθρικές τομές (περίπου 0,5 εκ.) για να μπορέσετε να εισάγετε την άκρη της βελόνας μέσα στην παρασωρήθρική τομή. Κάνετε κατόπιν δύο τομές του 0.5 - 1 εκ. τουκολύαλλου τοιχώματος, μια από κάθε πλευρά της μέσης επιφάνειας, ακριβώς πάνω από τη σύμφυση, σε απόσταση όχι μεγαλύτερη από 4 - 5 εκ. μεταξύ τους.
Η θέση της τομής και η διέλευση της βελόνας πρέπει να πραγματοποιούνται κοντά στη μέση γραμμή και στο οπισθεν μέρος του ηβικού οστού, ώστε να αποφεύγεται η επαφή με δομές της ανατομίας στη βουβωνική χώρα και στα πλάγια πυελικά πλευρικά τοιχώματα.
Ο οδηγός του δύσκαμπτου καθετήρα TVT εισάγεται μέσα στον αγωγό του καθετήρα Foley (18 French). Η χειρολαβή του οδηγού είναι στερεωμένη γύρω απο τον καθετήρα, κοντά στο άνοιγμα του στομίου του. Ο στόχος του οδηγού είναι να απομακρύνει τον τράχηλο της ουροδόχου κύστης και την ουρήθρα από το πέρασμα της βελόνας μέσα στο οπισθοηβικό διάστημα. Με τη χρήση του καθετήρα Foley και του οδηγού του δύσκαμπτου καθετήρα, η ουρήθρα και η ουροδόχος κύστη απομακρύνονται αντίπλευρος για να επιτρέψουν το πέρασμα της βελόνας. Κατά τη διαδικασία αυτή, η ουροδόχος κύστη πρέπει να είναι άδεια. Το σπειρωτο άκρο του εισαγωγέα βιδώνεται στο άκρο μιας από τις βελόνες.
Με τη χρήση του εισαγωγέα, η βελόνα περνά πέρα δήπλα από την ουρήθρα και εισέρχεται στο ουρογεννητικό διάφραγμα. Η εισαγωγή η διέλευση ελέγχονται με τον μέση ή τον δείκτη στον κολπο κάτω από το άνοιγμα του τοιχώματος του κολπου στη εισπαγή πλευρά καθώς και με μηλάφηση του πυελικού τόξου. Το κυρτο τμήμα της βελόνας πρέπει να τοποθετηθεί στην παλάμη του χεριού που αγγίζει τον κόλπο. Χρησιμοποιήστε το χέρι με το οποίο δουλεύετε καλύτερα. Αυτό σημαίνει ότι εάν είστε δεξιόχειρας, για την καθοδήγηση της βελόνας χρησιμοποιείτε συνήθως το αριστερό χέρι. Με το άλλο χέρι, πιάστε τη χειρολαβή του εισαγωγέα απλά. Τώρα εισάγετε την κορυφή της βελόνας στον οπισθοηβικό χώρο. Φροντίστε ώστε αυτό να γίνει με την παλάμη του κολπικού χεριού και κρατώντας την κορυφή της βελόνας σε οριζόντια θέση, π.χ. στο μετωπικό διάγραμμα. Αφού η

32

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875487

βελόνα διέλθει από το ουρογεννητικό διάφραγμα, θα διαπιστώσετε ότι η αντίσταση έχει μειωθεί σημαντικά. Αμέσως, με την κορυφή της βελόνας σημαδέψτε την κοιλιακή μέση γραμμή και κατεβάστε τη χειρολαβή του εισαγωγέα πιεζοντας την κορυφή της βελόνας στο οπισθεν τμήμα του ηβικού οστού. Τώρα, μετακινήστε την κορυφή της βελόνας προς τα επάνω στην τομή του δέρματος του κοιλιαλού ταιχώματος κρατώντας την πολύ κοντά στο ηβικό οστό, καθώς την ανεβάζετε. Όταν το άκρο της βελόνας φθάσει στην κοιλιακή τομή, εκτελέστε μια κυστεοσκόπηση για να επιβεβαιώσετε την ακεραιότητα της ουροδόχου κύστης. Η ουροδόχος κύστη πρέπει να εκκενωθεί μετά από την πρώτη κυστεοσκόπηση. Η διαδικασία επαναλαμβάνεται από την άλλη πλευρά. Οι βελόνες τραβιούνται κατόπιν προς τα επάνω για να φέρουν την ταινία (επιδεσμο) ελεύθερη, δηλαδή χωρίς τάση, κάτω από την μέση ουρήθρα. Κόψτε την ταινία σε μικρή απόσταση από τις βελόνες. Τοποθετήστε την έτσι ώστε η διαρροή υγρών να περιορίζεται σε λίγες σταγόνες κάτω από πίεση. Για να αποφύγετε το τέντωμα της ταινίας, πρέπει να τοποθετήσετε ένα μη αιχμηρό όργανο (ψαλίδι ή λαβίδες) μεταξύ της ουρήθρας και της ταινίας, καθώς την τοποθετείτε. Χρησιμοποιήστε την ανάδραση του ασθενή, π.χ. βήξιμο με γεμάτη ουροδόχο κύστη (περίπου) και κρατήστε την κολπική τομή προσωρινά κλειστή χωρίς να την πιάσετε πολύ σφιχτά χρησιμοποιώντας μικρές λαβίδες. Αφαιρέστε τα προστατευτικά καλύμματα που περιβάλλουν την ταινία. Η πρόωρη αφαίρεση του καλύμματος ενδέχεται να εμποδίσει τις υπόλοιπες διαδικασίες τοποθέτησης που ακολουθούν. Αφού τοποθετήσετε σωστά την ταινία, κλείστε την τομή του κόλπου. Κόψτε τα κοιλιακά άκρα της ταινίας και τοποθετήστε τα υποδόριως. Μην τα ράψετε. Ράψτε τις τομές του δέρματος. Αδειάστε την ουροδόχο κύστη. Μετά την παρούσα διαδικασία, κατά το μεταεγχειρητικό στάδιο δεν απαιτείται καθετηριασμός. Ο ασθενής θα πρέπει να υποβληθεί στη διαδικασία εκκένωσης της κύστης 2-3 ώρες μετά την εγχείρηση.

## ΑΝΤΕΝΔΕΙΞΕΙΣ

Όπως για κάθε χειρουργική ανάρτηση ενός οργάνου, αυτή η επέμβαση δεν πρέπει να πραγματοποιείται σε έγκυες ασθενείς. Επίσης, δεδομένου ότι το πλέγμα πολυπροπυλενίου PROLENE® δε θα επεκταθεί σημαντικά, δε πρέπει να τοποθετείται σε ασθενείς με πιθανότητα μελλοντικής ανάπτυξης συμπεριλαμβανομένων των ασθενών με σκέψεις για μελλοντική εγκυμοσύνη.

## ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ

- Μη χρησιμοποιείτε την επέμβαση TVT σε ασθενείς που ακολουθούν αντιπηκτική θεραπεία.
- Μη χρησιμοποιείτε την επέμβαση TVT σε ασθενείς που πάσχουν από μόλυνση ουροφόρου οδού.
- Οι χρήστες πρέπει να είναι εξοικειωμένοι με τη χειρουργική τεχνική ανάρτησης τραχήλου της ουροδόχου κύστης πριν χρησιμοποιήσουν τη συσκευή TVT. Είναι όμως σημαντική η αναγνώριση ότι η μέθοδος TVT διαφέρει από την παραδοσιακή διαδικασία πλέγματος στο ότι η ταινία πρέπει να τοποθετηθεί χωρίς τάση κάτω από την μέση ουρήθρα.
- Για την επέμβαση με τη συσκευή TVT θα πρέπει να ακολουθήσετε τις αποδεκτές χειρουργικές πρακτικές όπως και για τη θεραπεία μιασμένων ή μολυσμένων πληγών.
- Η μέθοδος TVT πρέπει να χρησιμοποιείται με προσοχή προκειμένου να αποφεύγεται η επαφή με τα κύρια αγγεία, τα νεύρα, την κύστη και το έντερο. Οι κίνδυνοι ατυχήματος μειώνονται όταν λαμβάνονται προφυλάξεις σε ό,τι αφορά την τοπική ανατομία και διασφαλίζεται η σωστή διέλευση των βελονών.
- Αιμορραγία στον οπισθοηβικό χώρο σημειώνεται κατά το μετεγχειρητικό στάδιο. Ελέγχετε εάν υπάρχουν ενδείξεις ή εάν ο ασθενής παρουσιάζει τα σχετικά συμπτώματα, πριν την έξοδό του από το νοσοκομείο.
- Πρέπει να εκτελέσετε μια κυστεοσκόπηση για να επιβεβαιώσετε την ακεραιότητα της ουροδόχου κύστης

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875488

ή για να εντοπίσετε μια διάτρηση της ουροδόχου κύστης.

- Σπρώξτε μαλακά τον οδηγό του δύσκαμπτου καθετήρα μέσα στον καθετήρα Foley έτσι ώστε ο οδηγός του καθετήρα να μην επεκταθεί μεχρι τις τρύπες του καθετήρα Foley.
- Όταν αφαιρείτε τον οδηγό του δύσκαμπτου καθετήρα, ανοίξτε εντελώς τη λαβή ώστε ο καθετήρας να παραμείνει σωστά στη θέση του.
- Μην αφαιρείτε το πλαστικό κάλυμμα έως οτου η ταινία τοποθετηθεί σωστά.
- Βεβαιωθείτε ότι η ταινία τοποθετήθηκε με την ελάχιστη τάση κάτω από την μέση ουρήθρα.
- Όταν τοποθετείτε το πλέγμα PROLENE® σε μολυσμένες περιοχές πρέπει να έχετε υπόψη σας ότι μια μελλοντική μόλυνση μπορεί να απαιτήσει την αφαίρεση του υλικού.
- Θα πρέπει να ειδοποιείται την προσοχή της ασθενούς ότι μια μελλούσα εγκυμοσύνη μπορεί να αναιρέσει τα επιτεύγματα της χειρουργικής επέμβασης και να αδήγουσαν σε υποτροπή της ακράτειας της ασθενούς. Επειδή δεν υπάρχει κλινική εμπειρία με κολπικό τοκετό μετά απο επεμβασση με TVT, συνιστάται η καισαρική τομή σε περίπτωση εγκυμοσύνης.
- Κατά το μετεγχειρητικό στάδιο, ο ασθενής δεν πρέπει να σηκώνει βάρη και/ή πρέπει να απέχει από δραστηριότητες έντονης σωματικής άσκησης (π.χ. ποδήλατο, τρέξιμο) για τουλάχιστον τρεις η τέσσερις εβδομάδες, καθώς και απο σεξουαλική επαφή για ένα μήνα. Ο ασθενής μπορεί να επανέλθει στις φυσιολογικές του δραστηριότητες μετά απο μια ή δύο εβδομάδες.
- Θα πρέπει να εξηγήσετε στην ασθενή ότι αν παρουσιαστούν δυσουρία, αιμορραγία ή άλλα προβλήματα, θα πρέπει να επικοινωνήσει αμέσως με το χειρουργό της.
- Όλα τα χειρουργικά εργαλεία υπόκεινται στον κίνδυνο φθοράς και ζημίας υπο κανονική χρήση. Πριν το χρησιμοποιήσετε, ελέγξτε οπτικά το εργαλείο. Δεν θα πρέπει να χρησιμοποιείτε ελαττωματικά εργαλεία, η εργαλεία που φαίνονται διαβρωμένα. Πετάξτε τα.
- Όπως και με άλλες επεμβάσεις ακράτειας, μπορεί να προκληθούν διαταραχές εκκένωσης κύστης. Για να ελαχιστοποιήσετε τον κίνδυνο βεβαιωθείτε ότι τοποθετείτε την ταινία σε μεσοουρηθρική θέση.
- Μη πιάνετε το πλέγμα PROLENE® με συνδετήρες, κλιπς ή φρενχήρρες γιατί μπορεί να του προκαλέσετε μηχανική βλάβη.
- Μην αποστειρώνετε τη συσκευή TVT. Πετάξτε τις ανοικτές, μη χρησιμοποιημένες συσκευές.

**ΠΑΡΕΝΕΡΓΕΙΕΣ**

- Κατά τη διέλευση της βελόνας, υπάρχει κίνδυνος διάτρησης ή ρήξης των κύριων αγγείων, των νεύρων, της κύστης ή του εντέρου. Στην περίπτωση αυτή, απαιτείται αποκατάσταση των τραυματισμένων οργάνων με χειρουργική επέμβαση.
- Μπορεί να επέλθει ενας προσκαιρος τοπικος ερεθισμος στην περιοχή της πληγής και μια προσκαιρη αντίδραση στο ξένο σώμα. Η αντίδραση αυτή μπορεί να προκαλέσει εξώθηση, διάβρωση, σχηματισμό συριγγίου και φλεγμονή.
- Όπως και όλα τα ξένα σώματα, το πλέγμα PROLENE® μπορεί να επιδεινώσει μια ήδη υπάρχουσα μόλυνση. Το πλαστικό περίβλημα που καλύπτει αρχικά το πλέγμα PROLENE® αποσκοπεί στον περιορισμό του κινδύνου αυτής της μόλυνσης.
- Η υπερηβεραπεία, δηλαδή η πολύ ισχυρή τάση που μπορεί να επιληθεί στην ταινία μπορεί να προκαλέσει προσκαιρη ή μόνιμος αποκλεισμός της κάτω ουροφόρου οδού.

**ΕΝΕΡΓΕΙΕΣ**

Μελέτες επί ζώων έδειξαν ότι η εμφύτευση πλέγματος PROLENE® προκαλεί μια ελαχιστη προσκαιρη φλεγμονώδη αντίδραση στους ιστούς, η οποία ακολουθείται από την εναπόθεση ενός λεπτού στρώματος ινώδους ιστού που

34

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875489

μπορεί να αναπτυχθεί μέσω των διαστημάτων του πλέγματος και ως εκ τούτου να εναωματίσει το πλέγμα σε γειτονικούς ιστούς. Το υλικό δεν απορροφάται ούτε διασπάται η εξασθενεί από τη δράση των ενζύμων τουιστού.

### ΟΔΗΓΙΕΣ ΚΑΘΑΡΙΣΜΟΥ ΕΡΓΑΛΕΙΩΝ ΠΟΛΛΑΠΛΗΣ ΧΡΗΣΗΣ
**(Εισαγωγέα TVT και Οδηγού Δύσκαμπτου καθετήρα TVT)**
Για να εξασφαλίσετε τη σταθερότητα και την καλή λειτουργικότητα του Εισαγωγέα TVT και του Οδηγού Δύσκαμπτου καθετήρα TVT, καθαρίζετε το εργαλείο πριν την αρχική του χρήση και μετά από κάθε επέμβαση. Τα επόμενα αποτελούν υποδείξεις μεθόδων καθαρισμού του εργαλείου είτε με το χέρι είτε αυτόματα.
Πριν τον καθαρισμό, διαχωρίστε τον εισαγωγέα στα δύο τμήματά του που τον αποτελούν (λαβή και σπειρωτός άξονας ). Ξανασυναρμολογήστε τον εισαγωγέα μετά τον καθαρισμό και πριν την αποστείρωση.

**Μέθοδος με το χέρι:**
1. Αφήστε το εργαλείο να μουλιάσει σε ένα απορρυπαντικό με ενζυμα κατάλληλο για εργαλεία από ανοξείδωτο ατσάλι.
2. Πλύντε σε ένα απορρυπαντικό και απολυμαντικό διάλυμα σε μια θερμοκρασία 30° C μέχρι 35° C (86° F μέχρι 95° F). Αφαιρέστε με μια μαλακή βούρτσα κάθε μόλυνση από υγρά σώματος ή ιστούς.
3. Τοποθετήστε τα εξαρτήματα του εργαλείου σε ένα λουτρό υπερήχων με φρέσκο διάλυμα απορραντικού για περίπου 10 λεπτά η ακολουθήστε τις παρακάτω οδηγίες αν ακολουθείτε ενα αυτόματο κύκλο πλύσματος.
4. Ξεπλύντε καλά σε άφθονο καθαρό νερό βρύσης και σκουπήστε τα με μια πετσέτα. Μπορείτε να γρασάρετε τα εξαρτήματα του εργαλείου με ένα γράσο εργαλείων.

**Αυτόματη Μέθοδος:**
1. Ενδείκνυνται αυτόματοι κύκλοι πλύσης για τα ανοξείδωτα όργανα. Ένας συνιστώμενος κύκλος περιγράφεται παρακάτω:
   - κύκλος ξεπλύματος/βρεξίματος με κρύο νερό – 1 λεπτό
   - Πλύσιμο σε θερμοκρασία 80° C (176° F) – 12 λεπτά
   - Κύκλος ξεπλύματος – 1 λεπτό
   - Κύκλος ξεπλύματος – 12 λεπτά
   - Τελικό ξέπλυμα – 2 λεπτά
   - Ξέπλυμα με μη μεταλλικό νερό 80° C (176° F) – 2 λεπτά
   - Στέγνωμα σε 93° C (199,4° F) – 10 λεπτά

### ΣΥΝΙΣΤΟΜΕΝΗ ΑΠΟΣΤΕΙΡΩΣΗ ΓΙΑ ΕΡΓΑΛΕΙΑ ΠΟΛΛΑΠΛΗΣ ΧΡΗΣΗΣ
**(Εισαγωγέα TVT και Οδηγού Δύσκαμπτου Καθετήρα TVT)**
Ο Εισαγωγέας TVT και ο Οδηγός δύσκαμπτου καθετήρα TVT παρεχόνται μη αποστειρωμένοι. Για να τα αποστειρώσετε, βάλτε τα σε κλίβανο ατμού πριν από κάθε χρήση. Βάλτε τα σε κλίβανο ατμού σε θερμοκρασία 132° C μέχρι 140° C (270° F μέχρι 284° F) για τουλάχιστον 4 λεπτά (προ-εκκένωση). Αποτελεί ευθύνη του τελικού χρήστη να εξασφαλίσει την αποστείρωση του προϊόντος όταν χρησιμοποιεί τις συνιστόμενες διαδικασίες αποστείρωσης, καθότι ο εξοπλισμός βιοκαταστροφής και αποστείρωσης ποικίλουν.

### ΣΥΝΤΗΡΗΣΗ ΕΡΓΑΛΕΙΩΝ
- Εισαγωγέας TVT πριν από κάθε χρήση, ελέγχετε τα σπειρωτά μέρη των εσωτερικών αξόνων.
- Οδηγός Δύσκαμπτου Καθετήρα TVT πριν από κάθε χρήση, ελέγχετε το εργαλείο. Βεβαιωθείτε οτι το μακρύ άκρο που διατηρεί τον αγωγό του καθετήρα δεν έχει αιχμηρές άκρες ή ρινίσματα.

### ΣΥΣΚΕΥΑΣΙΑ
Η συσκευή TVT παρέχεται αποστειρωμένη (με αιθυλενοξείδιο) για μία μόνο χρήση. Μην

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875490

επαναποστειρώσετε. Μη χρησιμοποιήσετε το περιεχόμενο του πακέτου αν αυτό έχει ανοιχτεί ή καταστραφεί. Απορρίψτε τις ανοιχτές και αχρησιμοποίητες συσκευές. Τα εξαρτήματα του εισαγωγέα TVT και του οδηγού διακαμπτου καθετήρα TVT πολλαπλής χρήσης παρέχονται ξεχωριστά και δεν είναι αποστειρωμένα. Τα εξαρτήματα αυτά πρέπει να καθαριστούν και να αποστειρωθούν πριν από κάθε χρήση όπως περιγράφεται πιο πάνω.

**ΑΠΟΘΗΚΕΥΣΗ**
Συνιστούμενες συνθήκες αποθήκευσης για τη συσκευή TVT μιας χρήσης είναι κάτω από 25 °C, μακριά από υγρασία και άμεση θερμότητα. Μη την χρησιμοποιήσετε μετά την ημερομηνία λήξης.
Προσοχή: Σύμφωνα με τον Ομοσπονδιακό (ΗΠΑ) νόμο η συσκευή αυτή μπορεί να πωληθεί μόνο από γιατρό ή κατόπιν συνταγής του.

**Διανομέας: JOHNSON & JOHNSON HELLAS**
**ΙΑΤΡΙΚΑ ΠΡΟΪΟΝΤΑ**
**Αιγιαλείας & Επιδαύρου 4, Μαρούσι**
**Τ.Κ. 151 25, ΑΘΗΝΑ**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875491**

**Sistema con Nastro vaginale senza tensione (TVT) – Istruzioni per l'uso**

**Dispositivo TVT monouso**
**Introduttore poliuso per dispositivo TVT**
**Guida rigida poliuso per catetere TVT**

**Si prega di leggere attentamente tutte le istruzioni.**
Attenersi meticolosamente alle istruzioni per garantire un corretto funzionamento del dispositivo ed evitare qualsiasi lesione alla paziente.

**Importante:**
Questo foglio illustrativo ha il solo scopo di fornire le istruzioni per l'uso del nastro vaginale flessibile monouso, dell'introduttore poliuso e della guida rigida per catetere poliuso. **Non rappresenta una guida esauriente alla tecnica chirurgica da usare per correggere l'incontinenza urinaria da stress.** Il dispositivo deve essere usato solamente da medici pratici nel trattamento chirurgico dell'incontinenza urinaria da stress e in particolare da coloro che sono stati addestrati sulle modalità d'impianto del TVT. Queste istruzioni sono raccomandate per l'uso generale del dispositivo. In procedure specifiche, l'uso del dispositivo può variare secondo le tecniche individuali adottate e dell'anatomia della paziente.

**DESCRIZIONE** *(Sistema)*
Il sistema TVT è composto da:
Dispositivo monouso TVT, fornito sterile
(disponibile separatamente)
Introduttore poliuso TVT, fornito non sterile
(confezione singola)
Guida rigida per catetere poliuso TVT, fornita non sterile, confezione singola.

**DISPOSITIVO TVT**
Il dispositivo TVT è un dispositivo monouso, formato da un nastro di maglia in polipropilene (PROLENE®) non colorata oppure blu (codice del blu: 74160) di dimensioni di circa 1,1 x 45 cm, ricoperta da una guaina di plastica tagliata e sovrapposta al centro, e fermata da due aghi in acciaio inossidabile legati alla maglia e alla guaina con collari di plastica.
Il nastro in polipropilene (PROLENE®) è costituito da filamenti di trefoli di polipropilene estruso, lavorati a maglia, di composizione identica a quella della sutura chirurgica non assorbibile in polipropilene (PROLENE®). Il nastro ha uno spessore di circa 0,7 mm. Questo materiale, usato come sutura, ha dimostrato di avere caratteristiche non reattive e, in applicazioni cliniche, di mantenere la propria integrità indefinitamente. Il nastro in PROLENE® è lavorato con un processo che collega fra di loro le congiunzioni di ogni fibra e che conferisce elasticità in entrambe le direzioni. Questa proprietà elastica bidirezionale comente l'adattamento alle varie tensioni presenti nel corpo umano.

**INTRODUTTORE TVT**
L'introduttore TVT, fornito non sterile e poliuso, è in acciaio inossidabile e consiste di due pezzi: un manico, ed un'asta metallica filettata. L'introduttore, che serve a facilitare il passaggio del dispositivo TVT dalla vagina alla parete addominale, viene collegato e fissato all'ago attraverso l'estremità filettata dell'asta, prima di inserire l'ago con la striscia.

**GUIDA RIGIDA PER CATETERE**
La guida rigida per catetere TVT è uno strumento non sterile, poliuso, che serve a facilitare l'identificazione dell'uretra e del collo della vescica durante la procedura chirurgica. La guida viene inserita in un catetere di Foley **(misura raccomandata: 18 French),** posizionato nella vescica attraverso l'uretra. L'inserimento può essere facilitato lubrificando il catetere con gel.

**INDICAZIONI**
Il dispositivo TVT viene usato come bendaggio a fionda pubo-uretrale per la cura dell'incontinenza urinaria da stress, dell'incontinenza

37

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875492

urinaria femminile causata da ipermobilità uretrale e/o della deficienza intrinseca dello sfintere. L'introduttore e la guida rigida per catetere TVT sono disponibili come articoli separati e servono a facilitare la collocazione del dispositivo TVT.

## ISTRUZIONI PER L'USO

La paziente va posizionata in posizione litotomica evitando una flessione delle gambe superiore ai 60°. Normalmente la procedura viene eseguita in anestesia locale; tuttavia, è possibile ricorrere anche ad anestesia regionale o generale. L'entità della dissezione è minima: un ingresso vaginale nella linea mediana con una piccola dissezione per la prima posizione dell'ago, e due incisioni cutanee soprapubiche della pelle.

Con una pinza, afferrare la parete vaginale sui due lati dell'uretra. Con un piccolo bisturi, fare un'incisione sagittale lunga circa 1,5 cm, partendo da circa 1 cm dal meato uretrale esterno. L'incisione copirà la zona uretrale mediana e consentirà il successivo passaggio del nastro. Con un paio di forbici smusse, si eseguono due piccole dissezioni parauretrali (di circa 0,5 cm) che permettano l'introduzione della punta dell'ago. Si eseguono poi due incisioni di 0,5 - 1 cm sulla pelle dell'addome, una su ciascun lato della linea centrale, **immediatamente sopra** la sinfisi, a non più di 4 - 5 cm di distanza l'una dall'altra. Il posizionamento dell'incisione e il passaggio dell'ago vicino alla linea centrale e alla parte posteriore dell'osso pubico sono importanti in modo da evitare di incidere su strutture anatomiche nella regione inguinale e nella parete pelvica laterale.

Inserire la guida rigida per catetere TVT nel canale del catetere di Foley (18 French). Il manico della guida è fissato attorno al catetere, in prossimità dell'allargamento. Lo scopo della guida è quello di allontanare il collo della vescica e l'uretra dal punto in cui la punta dell'ago passerà nello spazio retropubico. Con l'uso del catetere di Foley e della guida rigida per catetere, l'uretra e la vescica vengono spostate controlateralmente sul lato del passaggio dell'ago. Durante questo movimento, **la vescica deve essere vuota.** Avvitare l'estremità filettata dell'introduttore sull'estremità di uno degli aghi.

Usando l'introduttore, passare l'ago parauretralmente, penetrando il diaframma urogenitale. L'inserimento e il passaggio sono controllati con l'indice nella vagina sotto la parete vaginale, sul lato ipsilaterale e con la punta del dito sul bordo pelvico. La parte curva dell'ago deve essere in contatto con il **palmo** della mano "vaginale". Se si è destrimano, la mano sinistra è generalmente quella da usare per guidare l'ago. Con l'altra mano, afferrare **delicatamente** il manico dell'introduttore. Introdurre quindi la punta dell'ago nello spazio retropubico. Anche qui si dovrà osservare che ciò venga effettuato con il palmo della mano vaginale e con la punta dell'ago disposta in senso orizzontale, ossia nel piano frontale. Dopo aver oltrepassato il diaframma urogenitale si noterà che la resistenza al movimento sarà notevolmente ridotta. Guidare quindi immediatamente la punta dell'ago verso la linea centrale addominale ed abbassare il manico dell'introduttore premendo così la punta dell'ago contro la parte posteriore dell'osso pubico. Ora, muovere la punta dell'ago verso l'alto per portarla in corrispondenza dell'incisione nella pelle dell'addome, mantenendola in stretto contatto con l'osso pubico per l'intera corsa dell'ago.

Quindo la punta dell'ago è arrivata all'incisione addominale, eseguire la cistoscopia per controllare l'integrità della vescica. Si deve vuotare la vescica dopo la prima cistoscopia. Ripetere la procedura sull'altro lato.

Tirare poi gli aghi verso l'alto per portare il nastro allentato, cioè non teso, sotto la parte centrale dell'uretra. Tagliare il nastro vicino agli aghi. Regolarlo quindi in modo che la perdita sia ridotta, permettendo comunque una perdita di una o due gocce di urina sotto prova di sforzo. Nel far questo, utilizzare le reazioni della paziente, per esempio tosse con la vescica piena (circa 300 ml) e chiudere temporaneamente e in maniera leggera l'incisione vaginale con una piccola pinza. Rimuovere quindi le guaine in plastica che circondano il nastro. **Durante la regolazione del nastro inserire delle forbici smusse tra l'uretra ed il nastro onde evitare di tensionare il nastro stesso.** La rimozione anticipata della guaina può rendere difficili le successive regolazioni. Dopo aver regolato correttamente il nastro, chiudere l'incisione vaginale. Si devono quindi tagliare le estremità addominali del nastro, lasciandole sottocute. Non saturarle. Suturare le incisioni nella pelle. Vuotare la vescica. Usando questa procedura,

38

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875493

non è tipicamente richiesta la cateterizzazione postchirurgica. Si dovrà incoraggiare la paziente a vuotare la vescica 2 – 3 ore dopo l'operazione.

## CONTROINDICAZIONI

Come per ogni altra chirurgia di sospensione, questa tecnica non deve essere applicata su pazienti in stato di gravidanza. Inoltre, considerato che il nastro in **PROLENE®** non si allunga in maniera significativa, suddetta tecnica non deve essere utilizzata su pazienti in fase di crescita corporea reale o potenziale né su donne che hanno in programma una gravidanza.

## AVVERTENZE E PRECAUZIONI

- Non usare la procedura TVT su pazienti in terapia anticoagulante.
- **Non usare la procedura TVT su pazienti con infezioni alle vie urinarie.**
- Il personale dovrà essere pratico delle tecniche chirurgiche per la sospensione del collo della vescica e dovrà essere stato adeguatamente addestrato sulle modalità di impianto del TVT prima di impiegare il dispositivo TVT. È' importante prendere atto che la procedura TVT è diversa da quella tradizionale con fionda in quanto il nastro deve essere collocato senza tensione sotto la sezione mediana dell'uretra.
- Per la procedura TVT e per il trattamento di ferite contaminate o infette seguire una pratica chirurgica accettabile.
- La procedura TVT dovrà essere eseguita avendo cura di evitare vasi più grandi, nervi, vescica e intestino. L'attenzione all'anatomia locale e il passaggio corretto degli aghi ridurrà al minimo i rischi.
- A seguito della chirurgia, può verificarsi un'emorragia retropubica. Osservare la paziente per eventuali sintomi o segni prima di dimetterla dall'ospedale.
- Per confermare l'integrità della vescica o per accertare la perforazione, eseguire la cistoscopia.
- Spingere lentamente la guida rigida nel catetere di Foley in modo che non si estenda nei fori del catetere di Foley stesso.
- In sede di rimozione della guida rigida per catetere, aprire completamente il manico in modo che il catetere rimanga correttamente a posto.
- Non rimuovere la guaina di plastica fino a quando il nastro non sia stato posizionato correttamente.
- Assicurarsi che il nastro sia collocato con tensione minima sotto la sezione mediana dell'uretra.
- Se viene usata la rete in **PROLENE®** in aree contaminate, si dovrà tenere presente che una successiva infezione potrà rendere necessaria la rimozione del materiale.
- Informare la paziente che una futura gravidanza può vanificare gli effetti della procedura chirurgica e che l'incontinenza può manifestarsi di nuovo.
- Poiché non c'è nessuna esperienza clinica su casi di parto vaginale successivi ad un impianto di TVT, in caso di gravidanza si consiglia il parto cesareo.
- Dopo l'intervento, consigliare alla paziente di astenersi dal sollevare articoli pesanti, dal fare esercizi fisici (bicicletta, jogging, ecc.) per almeno tre-quattro settimane e di astenersi da rapporti sessuali per un mese. La paziente può ritornare alla normale attività dopo uno o due settimane.
- Avvertire la paziente che si rivolga immediatamente al chirurgo, in caso si manifestino disuria, emorragia o altri problemi.
- Tutti gli strumenti chirurgici sono soggetti col tempo e con l'uso a consumarsi e a danneggiarsi. Prima dell'uso, fare un'ispezione visiva dello strumento. Non usare, ed eliminare, strumenti difettosi o che sembrino essere corrosi.
- Come per altri interventi chirurgici sull'incontinenza, può registrarsi un'instabilità detrusoriale de novo successivamente ad una TVT. Per ridurre questo rischio, assicurarsi di aver posizionato il nastro senza tensione nella posizione medio-uretrale.
- Non far venire in contatto la maglia in **PROLENE®** con punti metallici, clip o fermagli, in quanto la maglia si potrebbe danneggiare.
- Non risterilizzare il dispositivo TVT. Eliminare dispositivi aperti e non usati.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875494

**EFFETTI INDESIDERATI**

- Durante il passaggio dell'ago, possono verificarsi forature o lacerazioni dei vasi, della vescica o dell'intestino, che potranno necessitare la riparazione chirurgica.
- È possibile che si manifestino un'irritazione transitoria locale sul sito della ferita e una reazione transitoria a corpi estranei. Tale reazione può dar luogo ad a estrusione, erosione, formazione di fistola e infiammazione.
- Come per qualsiasi corpo estraneo, la rete in PROLENE® può aggravare un'infezione esistente. La guaina di plastica che all'inizio copre la maglia in PROLENE® serve a ridurre al minimo il rischio di contaminazione.
- Una correzione eccessiva (troppa tensione applicata al nastro) può causare l'ostruzione temporanea o permanente delle vie urinarie inferiori.

**PROPRIETÀ**

Studi eseguiti su animali dimostrano che l'impianto del nastro in PROLENE® suscita nei tessuti una reazione infiammatoria minima, di natura transitoria, seguita poi dal deposito di un sottile strato fibroso di tessuto, che può crescere attraverso gli interstizi della maglia, incorporando di conseguenza la maglia nel tessuto adiacente. Il materiale non viene assorbito, né subisce degrado o indebolimento dall'azione degli enzimi tessutali.

**ISTRUZIONI PER LA PULIZIA**
**DEGLI STRUMENTI TVT POLIUSO**
**(Introduttore TVT e guida rigida per catetere TVT)**

Per garantire affidabilità e funzionalità all'introduttore TVT e alla guida rigida per catetere TVT, pulire lo strumento prima del suo uso iniziale e dopo ogni procedura. I seguenti rappresentano i metodi suggeriti per la pulizia manuale o automatica dello strumento.
Prima della pulizia, separare l'introduttore TVT nei due componenti che lo costituiscono (manico e asta filettata). Riassemblare l'introduttore dopo la pulizia e prima della sterilizzazione.
Metodo manuale:

1. Mettere a mollo i componenti dello strumento in un detergente enzimatico adatto per strumenti in acciaio inossidabile.
2. Lavare in detergente chirurgico e soluzione disinfettante ad una temperatura compresa tra 30° C e 35° C. Con una spazzola morbida, rimuovere eventuali contaminante proveniente dai fluidi corporei o dai tessuti.
3. Mettere i componenti dello strumento in un bagno ultrasonico con soluzione detergente fresca per circa 10 minuti oppure seguire le istruzioni sotto indicate per il lavaggio automatico.
4. Sciacquare a fondo sotto acqua corrente fredda, quindi asciugare con un asciugamano. I componenti dello strumento possono essere trattati con lubrificante per strumenti.

Metodo automatico:

1. I cicli di lavaggio automatico sono adatti a strumenti in acciaio inossidabile. Viene descritto di seguito un ciclo consigliato:
- Ciclo bagno/risciacquo in acqua fredda – 1 minuto
- Lavaggio a 80° C – 12 minuti
- Ciclo di risciacquo – 1 minuto
- Ciclo di risciacquo – 12 minuti
- Risciacquo finale – 2 minuti
- Risciacquo con acqua demineralizzata a 80° C – 2 minuti
- Asciugatura a 93° C – 10 minuti

**RACCOMANDAZIONI PER LA STERILIZZAZIONE**
**DEGLI STRUMENTI POLIUSO**
**(introduttore TVT e guida rigida per catetere TVT)**

L'introduttore TVT e la guida rigida per catetere TVT vengono forniti in stato non sterile. Sterilizzare in autoclave a vapore prima di ogni uso. Sterilizzare in autoclave a vapore ad una temperatura compresa tra 132 °C e 140 °C almeno 4 minuti (prevuoto). È responsabilità dell'utente accertare la sterilità del prodotto quando viene impiegato il processo di sterilizzazione consigliato, in quanto il carico biologico e l'apparecchiatura di sterilizzazione sono variabili.

40

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875495

**MANUTENZIONE DEGLI STRUMENTI**
- Introduttore TVT

Prima di ogni uso, esaminare i componenti filettata dell'asta interna.
- Guida rigida per catetere TVT

Prima di ogni uso, esaminare lo strumento. Controllare che l'estremità lunga che attraversa il canale del catetere non presenti bordi affilati o sbavature.

**CONFEZIONE**

Il dispositivo TVT viene fornito sterile (trattato con ossido di etilene) e per monouso. Non risterilizzare. Non usare il prodotto se la confezione è aperta o danneggiata. Eliminare dispositivi aperti e non usati. Gli accessori poliuso, introduttore TVT e guida rigida per catetere TVT, vengono forniti separatamente e non sterili. Prima di ogni uso, pulire e sterilizzare questi accessori nel modo sopra descritto.

**CONSERVAZIONE**

Si consiglia di conservare il dispositivo o monouso TVT a temperatura inferiore al 25° C, in luogo asciutto e lontano da fonti di calore. Non usare dopo la data di scadenza.

**ATTENZIONE: La legge federale U.S.A. consente la vendita del prodotto solo dietro prescrizione medica.**

Prodotto da:

**ETHICON® SARL**
**Rue du Puits Godet 20, CH-2000**
**Neuchâtel, Switzerland**

Distribuito in Italia da:

**ETHICON® S.p.a.**
**Via del mare 56**
**00040 Pomezia - Roma**

41

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875496

**(NL)** Spanning-vrij vaginaal tapesysteem (TVT) –
Gebruiksaanwijzing

**TVT bandje voor éénmalig gebruik**
**TVT reusable inbrenghandvat**
**TVT reusable cathetervoerder**

Alle informatie nauwkeurig lezen alstublieft.

Het nalaten van deze instructies te volgen, kan een onjuiste werking
van het instrument tot gevolg hebben en in letsel resulteren.

**Belangrijk:**
Deze bijsluiter is bedoeld om instructies te geven voor het gebruik
van het TVT Tension-free Vaginal Tape systeem bestaande uit het
bandje voor éénmalig gebruik, het reusable inbrenghandvat en de
reusable cathetervoerder. **Het is niet bedoeld als referentie voor de**
**chirurgische techniek voor het corrigeren van stress urine-incon-**
**tinentie (SUI).**
Het instrument dient slechts gebruikt te worden door een arts die
getraind is in de chirurgische behandeling van stress urine-inconti-
nentie en in het bijzonder in het implanteren van het TVT systeem.
Deze instructies worden aanbevolen voor het algemeen gebruik van
het instrument.
Er kunnen variaties in het gebruik voorkomen bij specifieke proce-
dures vanwege persoonlijke technieken en de anatomie van indivi-
duele patiënten.

**BESCHRIJVING (Systeem)**
TVT bestaat uit de volgende onderdelen:
   TVT bandje voor éénmalig gebruik, steriel geleverd
   (apart verkrijgbaar)
   TVT reusable inbrenghandvat, niet-steriel geleverd
   (apart verkrijgbaar)
   TVT reusable cathetervoerder, niet-steriel geleverd
   (apart verkrijgbaar)

**TVT BANDJE**
Het TVT bandje is een steriel materiaal voor éénmalig gebruik be-
staande uit  ongeverfd of blauw (Phtalocyanine blue, Colour index.
Number 74160) PROLENE® polypropyleen mesh-tape van circa 1,1
x 45 cm, dat bekleed is met een plastic omhulsel met een insnijding
en overlapping in het midden en dat vastzit tussen twee roestvrij sta-
len malden die met plastic kragen aan het mesh en het omhulsel zijn
gehecht.
PROLENE® polypropyleen mesh is opgebouwd uit gebreide fila-
menten van geëxtrudeerde polypropyleen strengen waarvan de sa-
menstelling identiek is aan wat gebruikt wordt in PROLENE® poly-
propyleen niet-resorbeerbare chirurgische hechtmaterialen. De mesh
is circa 0,7 mm dik. Er is geconstateerd dat dit materiaal bij gebruik
als hechtmateriaal niet reactief is en dat het bij klinisch gebruik zijn
kracht voor onbeperkte tijd behoudt. PROLENE® mesh wordt ge-
breid met gebruik van een proces waarbij alle knooppunten van de
vezels onderling met elkaar verbonden zijn en waardoor er in beide
richtingen elasticiteit verschaft wordt. Deze eigenschap van twee-
richtingselasticiteit maakt adaptatie mogelijk aan de verschillende
soorten druk die in het lichaam worden ondervonden.

**TVT INBRENGHANDVAT**
Het TVT inbrenghandvat wordt niet-steriel geleverd en kan opnieuw
gebruikt worden. Het inbrenghandvat is gemaakt van roestvrij staal.
Het bestaat uit twee onderdelen: een handvat en daarin een metalen
schacht met schroefdraad. Het inbrenghandvat is bedoeld om de
doorgang van het TVT bandje vanuit de vagina naar de abdominale
wand te vergemakkelijken. Alvorens de naald met het TVT bandje
wordt ingebracht, wordt deze eerst aan het uiteinde van het inbreng-
handvat bevestigd via de schroefdraad in de schacht.

**TVT CATHETERVOERDER**
De TVT cathetervoerder is een niet-steriel instrument dat opnieuw
gebruikt kan worden en dat bedoeld is om gedurende de chirurgische
ingreep het identificeren van de urethra en de hals van de urineblaas
te vergemakkelijken. De cathetervoerder wordt in een Foley-cathe-

42

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

**ETH.MESH.00875497**

ter (aanbevolen maat 18 French) ingebracht die vervolgens via de urethra in de blaas wordt geplaatst. Om het inbrengen te vergemakkelijken, kan gel als glijmiddel worden gebruikt.

**INDICATIES**

Het TVT bandje is bedoeld om gebruikt te worden als een pubourethrale sling voor de behandeling van stress urine-incontinentie (SUI), voor urine-incontinentie bij vrouwen als gevolg van hypermobiliteit en/of voor intrinsieke sfincterdeficiëntie. Het TVT inbrenghandvat en de TVT catheetvoerder zijn apart verkrijgbaar en zijn bedoeld om de plaatsing van het TVT bandje te vergemakkelijken.

**GEBRUIKSAANWIJZING**

De patiënte dient in een lithotomy positie te worden geplaatst waarbij een heup flexie groter dan 60 graden dient te worden voorkomen. De procedure dient onder plaatselijke verdoving uitgevoerd te worden, maar kan ook onder algehele verdoving gedaan worden. De mate van insnijding is minimaal, d.w.z. een kleine para-urethrale incisie op de middellijn van de vaginawand om de naald bij het inbrengen van het TVT bandje te plaatsen en twee kleine huidincisies suprapubisch.

Gebruik een forceps om de vaginawand aan beide kanten van de urethra vast te pakken. Maak met gebruik van een klein scalpel een sagittale incisie met een lengte van circa 1,5 cm, te beginnen op 1,0 cm van de buitenste urethrale meatus.

Deze incisie loopt over het middelste gedeelte van de urethrale zone en maakt het mogelijk om vervolgens het bandje in te brengen. Maak met gebruik van een kleine stompe schaar twee kleine paraurethrale dissecties (van ongeveer 0,5 cm) zodat de tip van de naald vervolgens via deze dissecties ingebracht kan worden. Daarna worden twee incisies van 0,5 – 1 cm in de abdominale wand gemaakt, één aan elke kant van de middellijn, net boven de symfyse en op een afstand van maximaal 4-5 cm uit elkaar gelegen. De positie van de incisie en de doorgang van de naald slakbij de middellijn en vlak achter het schaambeen zijn belangrijk voor het vermijden van anatomische structuren in de liesstreek en laterale zijwand van het bekken.

De TVT catheetvoerder wordt in de Foley-catheter (18 French) ingebracht. Het handvat van de catheetvoerder bevindt zich rondom de catheter, proximaal aan de opening. De catheetvoerder is bedoeld om de urethra en de hals van de urineblaas weg te duwen van de plek waar de tip van de naald in de ruimte achter de schaamstreek zal binnendringen. Door het gebruik van de Foley-catheter en de catheetvoerder worden de urethra en de blaas contralateraal naar de zijkanten van de naalddoorgang gebracht. De blaas dient leeg te zijn gedurende deze handeling. Het uiteinde met schroefdraad van het inbrenghandvat wordt in het uiteinde van één van de naalden geschroefd.

Gebruik het inbrenghandvat om de naald paraurethraal in te brengen en er het urogenitale diafragma mee te penetreren. Het insteken en de doorgang ervan kunnen gecontroleerd worden door de wijs- of middelvinger in de vagina te plaatsen onder de incisie in de vaginale wand aan dezelfde kant, en door vingertop controle op de bekkenrand. Het gebogen gedeelte van de naald moet in de palm van de "vaginale" hand rusten. Als u rechtshandig bent, betekent dit meestal dat de linkerhand gebruikt zal worden voor het leiden van de naald. Pak het handvat van het inbrenghandvat met de andere hand voorzichtig beet. Breng de naaldtip nu in achter de schaamstreek. Let er nogmaals op dat dit met de palm van de vaginale hand moet worden gedaan en dat de naaldtip horizontaal is, d.w.z. in liggende positie. Na penetratie van het urogenitale diafragma voelt u dat de weerstand aanzienlijk minder is. Richt de tip van de naald onmiddellijk in de richting van de abdominale middellijn en duw het handvat van het inbrenghandvat omlaag zodat de tip van de naald tegen de achterkant van het schaambeen drukt. Beweeg de naaldtip nu omhoog naar de abdominale incisie, waarbij steeds contact wordt gehouden met het schaambeen. Wanneer de naaldtip de abdominale incisie heeft bereikt, wordt cystoscopie uitgevoerd om te controleren of de blaas intact is. De blaas moet nu de eerste cystoscopie opnieuw geledigd worden. De procedure wordt dan aan de andere kant herhaald.

De naalden worden daarna omhooggetrokken en het bandje wordt vervolgens losjes, d.w.z. zonder spanning, onder het middengedeelte van de urethra aangebracht. Knip het bandje dichtbij de naalden af. Corrigeer de positie van het bandje totdat het urineverlies tijdens

43

druktoename is gereduceerd tot enkele druppels. Dit kan getest worden met behulp van feedback van de patiënte, zoals hoesten met een volle blaas (ongeveer 300 ml), waarbij de vaginale incisie tijdelijk gesloten dient te worden door een lichte greep met een kleine forceps. De plastic omhulsels die om de tape heen zitten, worden dan verwijderd. Om te voorkomen dat het bandje spanning ondervindt, dient er gedurende deze handeling een stomp instrument (schaar of forceps) tussen de urethra en het bandje geplaatst te worden. Voortijdige verwijdering van het omhulsel kan latere bijstellingen bemoeilijken. Nadat het bandje goed bijgesteld is, kan de vaginale incisie gehecht worden. Het bandje wordt dan vlak onder het huidoppervlak afgeknipt. De abdominale uiteinden van het bandje mogen niet gehecht worden. Hecht vervolgens de kleine huidincisies. Ledig de blaas. Gewoonlijk is postoperatieve catheterisatie niet nodig na deze procedure. De patiënte dient te worden aangeraden om 2 – 3 uur na de operatie de blaas te proberen te ledigen.

**CONTRA-INDICATIES**

Zoals bij elke suspensie techniek, dient deze ingreep niet te worden uitgevoerd bij zwangere patiënten. Daar de PROLENE® polypropyleen mesh niet significant uitrekbaar is, dient deze ingreep bovendien niet te worden uitgevoerd bij patiënten die nog zullen groeien en patiënten met zwangerschapswens.

**WAARSCHUWINGEN EN VOORZORGSMAATREGELEN**

Pas de TVT procedure niet toe bij patiënten die behandeld worden met anticoagulantia.

Pas de TVT procedure niet toe bij patiënten met een urineweginfectie.

- Gebruikers dienen op de hoogte te zijn van chirurgische technieken voor suspensie van de blaashals en dienen adequaat te zijn getraind in het implanteren van het TVT systeem voordat zij het TVT bandje gebruiken. Het is echter belangrijk om te weten dat TVT verschilt van een traditionele slingprocedure in zoverre het bandje zonder spanning onder het middengedeelte van de urethra geplaatst dient te worden.
- Aanvaardbare chirurgische praktijken dienen gevolgd te worden voor de TVT procedure evenals voor de behandeling van besmette of geïnfecteerde wonden.
- De TVT procedure moet met zorg worden uitgevoerd om grote bloedvaten, zenuwen, de blaas en de ingewanden te vermijden. Aandacht voor de individuele anatomie en het correct inbrengen van de naalden zal risico's tot een minimum beperken.
- Na de operatie kunnen zich bloedingen achter de schaamstreek voordoen. Controleer eventuele symptomen of indicaties voordat de patiënte uit het ziekenhuis wordt ontslagen.
- Cystoscopie dient uitgevoerd te worden om te controleren of de blaas intact is of om een blaasperforatie te kunnen herkennen.
- De cathetervoerder moet voorzichtig in de Foley catheter geduwd worden zodat hij niet tot in de gaten van de Foley catheter trekt.
- Wanneer de cathetervoerder verwijderd wordt, moet het handvat volledig geopend worden zodat de catheter op de juiste plaats blijft zitten.
- Verwijder het plastic omhulsel pas nadat het bandje op de juiste plek is aangebracht.
- Zorg ervoor dat het bandje met een minimum aan spanning onder het middengedeelte van de urethra geplaatst wordt.
- Het gebruik van PROLENE® mesh in besmette omgevingen kan, met dien verstande dat een vervolgens optredende infectie aanleiding kan zijn om het materiaal te verwijderen.
- De patiënte dient ingelicht te worden dat een toekomstige zwangerschap het effect van de chirurgische procedure ongedaan kan maken en dat de patiënte opnieuw incontinent kan worden.
- Omdat nog geen klinische data beschikbaar zijn over vaginale geboorte na de TVT procedure, wordt bij zwangerschap geboorte via een keizersnede aanbevolen.
- Na de operatie wordt de patiënte geïnstrueerd om drie tot vier weken geen zware objecten te tillen en/of andere inspannende lichamelijke oefeningen te doen (d.w.z. fietsen of joggen) en gedurende een maand geen seksuele omgang te hebben. De patiënte kan na een of twee weken haar andere normale activiteiten weer hervatten.

44

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875499

- In het geval dat er zich dysurie, bloeding of andere problemen voordoen, wordt de patiënte geïnstrueerd om onmiddellijk contact op te nemen met de chirurg.
- Alle chirurgische instrumenten zijn bij normaal gebruik onderhevig aan slijtage en beschadiging. Instrumenten dienen voor het gebruik visueel geïnspecteerd te worden. Instrumenten die een defect hebben of door corrosie lijken aangetast, dienen niet gebruikt te worden en dienen weggeworpen te worden.
- Vergelijkbaar met andere incontinentie procedures, kan de novo detrusor instabiliteit optreden na de TVT procedure. Om dit risico te verkleinen, vergewis u ervan het bandje spanningsvrij onder het middengedeelte van de urethra aan te brengen.
- Het TVT bandje mag niet opnieuw gesteriliseerd worden. Geopende en niet gebruikte bandjes moeten weggeworpen worden.

## TEGENREACTIES
- Punctie van of scheurtjes in bloedvaten, zenuwen, de blaas of de ingewanden kunnen zich voordoen tijdens het inbrengen van de naald. Dit moet eventueel operatief verholpen worden.
- Er kan zich een voorbijgaande plaatselijke irritatie op de plek van de wond voordoen en er kan een voorbijgaande reactie op vreemde materialen optreden. Dergelijke reacties zouden extrusie, erosie, fistelvorming en inflammatie tot gevolg kunnen hebben.
- Zoals bij geval is met alle vreemde voorwerpen kan PROLENE® mesh een bestaande infectie verergeren. Het plastic omhulsel waarmee de PROLENE® mesh aanvankelijk is bekleed, is ontworpen om het risico op besmetting tot een minimum te beperken.
- Indien er te sterk gecorrigeerd wordt, d.w.z. als de tape onder te veel spanning gebracht wordt, kan dit een tijdelijke of permanente obstructie van het onderste gedeelte van het urinekanaal veroorzaken.

## WERKING
Onderzoek op dieren heeft aangetoond dat implantatie van PROLENE® mesh een minimale ontstekingsreactie in de weefsels teweegbrengt, welke van voorbijgaande aard is en gevolgd wordt door afzetting van een dunne fibreuze laag weefsel die door de mazen van de mesh groeit en zo de mesh bij onliggend weefsel opneemt. Het materiaal wordt niet geabsorbeerd en is ook niet onderhevig aan afbreking of verzwakking door de werking van weefselenzymen.

## INSTRUCTIES VOOR REINIGING VAN DE REUSABLE INSTRUMENTEN
### (TVT inbrenghandvat en TVT cathetervoerder)
Om de betrouwbare werking van het TVT inbrenghandvat en de TVT cathetervoerder te gazanderen, moet het instrument voor het eerste gebruik en na elke procedure schoongemaakt worden. De onderstaande handmatige en geautomatiseerde methodes worden aanbevolen voor reiniging van de instrumenten.
Voordat reiniging kan plaatsvinden, moeten de twee onderdelen van het TVT inbrenghandvat (handvat, schacht met schroefdraad) van elkaar worden gescheiden. Het inbrenghandvat wordt dan na het reinigen en voor het steriliseren weer in elkaar gezet.

### Handmatige methode
1. De onderdelen van het instrument laten weken in een enzymhoudend reinigingsmiddel dat geschikt is voor roestvrij stalen instrumenten.
2. Wassen in een oplossing van chirurgisch detergent en desinfectiemiddel met een temperatuur van 30° C tot 35° C. Eventuele besmettingen door lichaamsappen of weefsels moeten met behulp van een zachte borstel verwijderd worden.
3. De onderdelen van het instrument ongeveer 10 minuten in een ultrasoon bad met een verse detergentoplossing plaatsen of, bij gebruik van een automatisch wasprogramma, de onderstaande aanwijzingen opvolgen.
4. Grondig afspoelen in vers stromend kraanwater en met een handdoek drogen. De onderdelen van het instrument mogen met een smeermiddel voor instrumenten behandeld worden.

45

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                        **ETH.MESH.00875500**

**Automatische methode**

1. Automatische wasprogramma's zijn geschikt voor roestvrij stalen instrumenten. Hieronder wordt een van de aanbevolen programma's beschreven:

- Spoel/nat programma met koud water – 1 minuut
- Wassen op 80° C – 12 minuten
- Spoel programma – 1 minuut
- Spoel programma – 12 minuten
- Laatste spoelbeurt – 2 minuten
- Spoelen met gedemineraliseerd water op 80° C – 2 minuten
- Drogen op 93° C – 10 minuten

**AANBEVELINGEN VOOR STERILISATIE VAN DE REUSABLE INSTRUMENTEN (TVT inbrenghandvat en TVT cathetervoerder)**

Het TVT inbrenghandvat en de TVT cathetervoerder worden niet-steriel geleverd. Ze moeten daarom voor elk gebruik in een stoomautoclaaf gesteriliseerd worden. Dit moet gedurende een minimum van 4 minuten (pre-vacuüm) gedaan worden bij een temperatuur van 132° C tot 140° C. De eindgebruiker is er verantwoordelijk voor om de steriliteit van het product te garanderen wanneer een aanbevolen sterilisatieproces gebruikt wordt aangezien er variaties zijn in bioburden en sterilisatieapparatuur.

**ONDERHOUD VAN HET INSTRUMENT**

- TVT inbrenghandvat

Het schroefeinde van de binnenschroef inspecteren voor elk gebruik.

- TVT cathetervoerder

Het instrument inspecteren voor elk gebruik. Controleer of het lange uiteinde dat door het cathetherkanaal moet passeren geen scherpe kanten of oneffenheden heeft.

**LEVERING**

Het TVT bandje wordt steriel geleverd (ethyleenoxide) voor éénmalig gebruik. Niet opnieuw steriliseren. Niet gebruiken als de verpakking geopend of beschadigd is. Geopende en niet gebruikte instrumenten wegwerpen.

Accessoires voor het reusable TVT inbrenghandvat en de TVT cathetervoerder worden apart geleverd en zijn niet-steriel. Deze accessoires moeten voor elk gebruik gereinigd en gesteriliseerd worden zoals hierboven beschreven.

**OPSLAG**

De aanbevolen omstandigheden voor opslag van het TVT instrument voor éénmalig gebruik zijn: temperatuur onder de 25° C, geen blootstelling aan vocht of directe hitte. Niet gebruiken na de vervaldag.

**Attentie: Op grond van de Federale wetgeving van de V.S. mag dit instrument uitsluitend door of op voorschrift van een arts worden verkocht.**

**Distributeur:**
**Johnson &Johnson Medical BV**
**Computerweg 14**
**3821 AB Amersfoort**
**Nederland**

**Johnson & Johnson Medical N.V.**
**Eikelenbergstraat 20**
**1700 Dilbeek**
**Belgie**

46

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                ETH.MESH.00875501

 **Sistema de Faixa Vaginal sem Tensão (TVT) – Instruções de Uso**

**Dispositivo TVT — Uso único**
**Introdutor TVT — Reutilizável**
**Guia rígido de cateter TVT — Reutilizável**

**Ler atentamente todas as informações.**
O não cumprimento das instruções poderá originar o funcionamento indevido do dispositivo e provocar lesões pessoais.

**IMPORTANTE**
Este folheto informativo destina-se a fornecer instruções para a utilização do dispositivo TVT de uso único, do introdutor TVT reutilizável e do guia rígido do cateter TVT reutilizável. **Não constitui uma referência completa sobre a aplicação da técnica cirúrgica de correcção da incontinência urinária de esforço (SUI).** O dispositivo deve ser usado apenas por médicos especializados no tratamento cirúrgico da incontinência urinária de esforço e especificamente na implantação do sistema TVT. Estas instruções são recomendadas para o uso geral do dispositivo. Podem ocorrer variações na utilização em determinados procedimentos, devido à técnica individual e à anatomia do paciente.

**DESCRIÇÃO** *(Sistema)*
O TVT é composto pelo seguinte:
    Dispositivo TVT de uso único, fornecido esterilizado (disponível em separado)
    Introdutor TVT reutilizável, fornecido não esterilizado (disponível em separado)
    Guia rígido de cateter TVT reutilizável, fornecido não esterilizado (disponível em separado)

**DISPOSITIVO TVT**
O dispositivo TVT é um dispositivo esterilizado de uso único, constituído por uma faixa de rede de polipropileno PROLENE®, incolor ou azul (azul de Fulocianina, índice de cor número 74160), com aproximadamente 1,1 x 45 cm, revestida por uma bainha plástica cortada e sobreposta no meio, presa (rede com a bainha) a uma agulha de aço inoxidável em cada extremidade com duas cintas plásticas.
A rede de polipropileno PROLENE® é composta por filamentos tecidos de polipropileno obtido por extrusão, cuja composição é idêntica à da sutura cirúrgica de polipropileno não absorvível PROLENE®. Esta rede tem aproximadamente 0,7 mm de espessura. Este material, quando usado como sutura, demonstrou não ser reactivo e mantém a sua resistência indefinidamente em uso clínico. A rede PROLENE® é tecida mediante um processo que entrelaça as uniões de cada fibra e que lhe confere elasticidade em ambas as direcções. Esta propriedade elástica bidireccional permite a adaptação às diversas tensões a que o organismo está sujeito.

**INTRODUTOR TVT**
O introdutor TVT é fornecido não esterilizado e pode ser utilizado várias vezes. O introdutor é feito de aço inoxidável. É composto por duas peças: um punho e uma haste de metal roscada inserida. O introdutor destina-se a facilitar a passagem do dispositivo TVT da vagina para a pele do abdómen. É conectado e fixo à agulha, através da extremidade roscada da haste, antes de se inserir a agulha com a faixa.

**GUIA RÍGIDO DE CATETER TVT**
O guia rígido de cateter TVT é um instrumento não esterilizado, reutilizável, que serve para facilitar a identificação da uretra e do colo da bexiga, durante o procedimento cirúrgico. É introduzido num cateter Foley **(calibre recomendado de 18 French)** colocado na bexiga através da uretra. Para facilitar a inserção, pode-se lubrificar com gel.

**INDICAÇÕES**
O dispositivo TVT destina-se a ser utilizado como suporte pubico-uretral para o tratamento da incontinência urinária de esforço (SUI), para a incontinência urinária feminina causada por hipermobilidade uretral e/ou deficiência intrínseca do esfíncter. O introdutor e o guia

47

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875502

rígido de cateter TVT podem ser adquiridos em separado e destinam-se a facilitar a colocação do dispositivo TVT.

**INSTRUÇÕES DE USO**

A paciente deve ser colocada na posição de litotomia, tendo o cuidado de evitar uma flexão da anca superior a 60°.

O procedimento deve ser efectuado sob anestesia local, mas também pode ser realizado usando anestesia local ou geral. A extensão da dissecção é mínima, isto é, uma entrada na linha média vaginal com uma pequena dissecção para-uretral para colocar a agulha inicialmente e duas incisões cutâneas supra-púbicas.

Usando uma pinça, segurar a parede vaginal em cada lado junto à uretra. Fazer com um pequeno bistúri uma incisão sagital de 1,5 cm aproximadamente, começando a aproximadamente 1,0 – 1,5 cm do meato uretral exterior.

Esta incisão cobrirá a zona média uretral e permitirá a passagem posterior do suporte (faixa). Com uma tesoura romba pequena, fazem-se duas pequenas dissecções para-uretrais (não superiores a algums milímetros), de modo a que se possa introduzir a ponta da agulha na dissecção para-uretral. Em seguida fazem-se duas incisões cutâneas abdominais de 0,5 a 1 cm, uma de cada lado da linha média, logo acima da sínfise e afastadas uma da outra não mais de 4 a 5 cm. O local da incisão e a passagem da agulha perto da linha média e junto à parte posterior do osso púbico são importantes para evitar estruturas anatómicas na área inguinal e na parede pélvica lateral.

O pará rígido de cateter TVT é introduzido no canal do cateter Foley (18 French). O cabo do guia deverá ser fixo à volta do cateter nas proximidades da parte mais larga. A finalidade deste guia é afastar o colo da bexiga e a uretra do local onde a ponta da agulha passará para o interior do espaço retropúbico. Mediante a utilização do cateter Foley e do guia rígido de cateter, a uretra e a bexiga são afastadas contra-lateralmente para o lado da passagem da agulha. Durante este procedimento, **a bexiga deve estar vazia.** A extremidade roscada do introdutor é enroscada na extremidade de uma das agulhas.

Usando o introdutor, a agulha é passada para-uretralmente penetrando no diafragma urogenital. A inserção e a passagem são controladas usando o dedo indicador ou o dedo maior na vagina sob a incisão da parede vaginal no lado ipsilateral e controlando com a ponta dos dedos sobre o rebordo pélvico. A parte curva da agulha deve assentar na palma da mão „vaginal". Se o médico for destro, isto significa que utilizará a mão esquerda para orientar a agulha. Com a outra mão segurar **gentilmente** o punho do introdutor. Introduzir agora a ponta da agulha no espaço retropúbico. Mais uma vez, este procedimento deverá ser feito com a palma da mão que está na vagina e com a ponta da agulha na posição horizontal, isto é no plano frontal. Após a passagem do diafragma urogenital sentir-se-á uma menor resistência. Orientar imediatamente a ponta da agulha na direcção da linha média abdominal e baixar o punho do introdutor, pressionando a ponta da agulha contra a parte posterior do osso púbico. Agora mover a ponta da agulha para cima até à incisão abdominal, mantendo sempre contacto muito próximo com o osso púbico.

Quando a ponta da agulha alcançar a incisão abdominal, efectua-se uma cistoscopia para confirmar a integridade da bexiga. Depois da primeira cistoscopia, a paciente deverá esvaziar a bexiga. O procedimento é então repetido no outro lado.

As agulhas são então puxadas para trazer a faixa (suporte) sem tensão, para debaixo da parte média da uretra. Cortar a faixa junto às agulhas. Ajustar a faixa de forma a que a faixa fique reduzida a apenas algumas gotas de urina em situação de esforço. Para isso, recorrer à colaboração da paciente, por exemplo, pedindo-lhe que tussa com a bexiga cheia (aproximadamente 300 ml), e manter a incisão vaginal temporariamente fechada através de uma pressão suave com uma pinça, enquanto as bainhas de plástico que rodeiam a faixa devem então ser retiradas. **Para evitar exercer tensão sobre a faixa, deverá colocar-se um instrumento rombo (tesoura ou pinça) entre e uretra e a faixa durante a remoção das bainhas plásticas.** A retirada prematura da bainha pode dificultar os ajustamentos subsequentes. Depois de ajustar a faixa adequadamente, fecha-se a incisão vaginal. As extremidades abdominais da faixa são então cortadas mesmo abaixo da superfície da pele. Não suturar as extremidades da faixa. Suturar as incisões na pele. Após este procedimento, normalmente não é necessária a cateterização. Pode-se encorajar a paciente a tentar urinar duas ou três horas depois da operação.

48

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**
ETH.MESH.00875503

**CONTRA-INDICAÇÕES**

Tal como acontece com qualquer cirurgia de suspensão, este procedimento não deve ser efectuado em pacientes grávidas. Além disso, como a rede de polipropileno PROLENE® não tem uma capacidade extensível significativa, não deve ser utilizada em pacientes com potencial de crescimento futuro, incluindo pacientes que planeiam uma gravidez futura.

**ADVERTÊNCIAS E PRECAUÇÕES**

- Não usar o procedimento TVT em pacientes submetidas a terapia anti-coagulação.
- **Não usar o procedimento TVT em pacientes que sofram de alguma infecção das vias urinárias.**
- Os utilizadores devem estar familiarizados com a técnica cirúrgica para suspensão do colo da bexiga e devem ter uma formação adequada a nível da implantação do sistema TVT antes de utilizar o dispositivo TVT. No entanto, é importante reconhecer que TVT é um procedimento diferente de um procedimento tradicional de suporte, na medida em que a faixa deve ser colocada sem tensão sob a linha média da uretra.
- Deverá ser utilizada uma técnica cirúrgica apropriada para o procedimento TVT, assim como para o tratamento de feridas contaminadas ou infectadas.
- O procedimento TVT deverá ser efectuado com extremo cuidado de forma a evitar vasos de grande calibre, nervos, a bexiga e os intestinos. O facto de ter atenção à anatomia local e a passagem adequada das agulhas irá minimizar os riscos.
- Após a operação poderá ocorrer hemorragia retropúbica. Ter atenção a quaisquer sintomas ou sinais antes de dar alta à paciente.
- Deve ser realizada uma cistoscopia para confirmar a integridade da bexiga ou para reconhecer uma perfuração vesicular.
- O guia rígido de cateter deve ser empurrado suavemente para dentro do cateter Foley, de modo a que o cateter guia não penetre nos orifícios do cateter Foley.
- Para retirar o guia rígido de cateter, abrir o punho completamente para que o cateter se mantenha na posição devida.
- Não retirar a bainha de plástico até que a faixa esteja colocada de forma apropriada.
- Assegurar-se de que a faixa está colocada com uma tensão mínima sob a linha média da uretra.
- Quando se usar a rede PROLENE® em áreas contaminadas, deverá estar-se ciente de que uma infecção subsequente poderá tornar necessária a remoção do material.
- A paciente deve ser informada de que uma gravidez futura poderá anular os efeitos do procedimento cirúrgico e a paciente poderá voltar a sofrer de incontinência urinária.
- Uma vez que não existe experiência clínica em partos vaginais após o procedimento de TVT, em caso de gravidez recomenda-se a realização de uma cesariana.
- Deverá ser recomendado à paciente que não levante pesos e/ou faça exercícios físicos (como ciclismo e correr) durante pelo menos três ou quatro semanas, e que não tenha relações sexuais durante um mês. A paciente poderá voltar a outras actividades normais após uma ou duas semanas.
- A paciente será informada de que deve contactar imediatamente o cirurgião no caso de ocorrência de disúria, hemorragia ou outros problemas.
- Todos os instrumentos cirúrgicos estão sujeitos a desgaste e danos durante o uso normal. Antes da sua utilização, os instrumentos devem ser submetidos a uma inspecção visual. Os instrumentos defeituosos ou aqueles que pareçam estar corroídos não devem ser utilizados e devem ser descartados.
- Tal como acontece noutros procedimentos para tratamento da incontinência urinária, pode ocorrer instabilidade do detrusor de novo após o procedimento de TVT. Para minimizar este risco, certificar-se de que a faixa é colocada na linha média da uretra.
- Evitar o contacto da rede PROLENE com agrafos, pinças ou clamps de qualquer tipo, uma vez que isso poderá causar danos mecânicos na rede.
- Não reesterilizar o dispositivo TVT. Descartar os dispositivos abertos, que tenham sido utilizados ou não.

49

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875504

**REACÇÕES ADVERSAS**

- Podem ocorrer perfurações ou lacerações de vasos, nervos ou intestino durante a passagem da agulha, que podem exigir reparação cirúrgica.
- Pode ocorrer uma irritação transitória no local da ferida e uma reacção transitória ao corpo estranho. Esta reacção poderia causar extrusão, erosão, formação de fístulas e inflamação.
- Tal como acontece com qualquer corpo estranho, a rede PROLENE® poderá agravar uma infecção existente. A bainha de plástico que cobre inicialmente a rede PROLENE® tem a finalidade de reduzir ao mínimo o risco de contaminação.
- Uma correcção excessiva, isto é, a aplicação de demasiada tensão na fita, pode causar uma obstrução temporária ou permanente das vias urinárias inferiores.

**ACTUAÇÃO**

Os estudos em animais revelam que a implantação de PROLENE® provoca uma reacção inflamatória mínima nos tecidos, a qual é transitória e é seguida do depósito de uma fina camada de tecido fibroso que pode crescer através dos interstícios da rede, incorporando deste modo a rede nos tecidos adjacentes. O material não é absorvido nem está sujeito a degradação ou enfraquecimento pela acção das enzimas dos tecidos.

**INSTRUÇÕES PARA A LIMPEZA DOS INSTRUMENTOS REUTILIZÁVEIS (Introdutor TVT e guia rígido de cateter TVT)**

Para garantir a fiabilidade e a funcionalidade do introdutor TVT e do guia rígido de cateter TVT, estes devem ser limpos antes da sua utilização inicial e depois de cada procedimento. Sugerem-se os seguintes métodos manual e automático para limpar os instrumentos. Antes da limpeza, devem separar-se os dois componentes do introdutor TVT (punho e haste roscada). O introdutor deve ser novamente montado depois da limpeza e antes da esterilização.

**Método manual**

1. Mergulhar os componentes do instrumento num produto de limpeza enzimático apropriado para instrumentos de aço inoxidável.
2. Lavar com detergente cirúrgico e uma solução desinfectante a uma temperatura de 30° C a 35° C. Eliminar com uma escova suave qualquer contaminação por fluidos ou tecidos corporais.
3. Colocar os componentes do instrumento num banho ultra-sónico com uma solução nova de detergente durante 10 minutos aproximadamente, ou seguir as instruções que se seguem se for utilizado um ciclo de lavagem automática.
4. Enxaguar bem com água corrente fresca e secar com uma toalha. Os componentes do instrumento podem ser tratados com um lubrificante adequado para instrumentos deste tipo.

**Método automático**

1. Os ciclos de lavagem automática são recomendados para instrumentos de aço inoxidável. Um dos ciclos que se recomenda é o seguinte:
- Ciclo de enxaguadura: água fria – 1 minuto
- Lavagem 80° C – 12 minutos
- Ciclo de enxaguadura – 1 minuto
- Ciclo de enxaguadura – 12 minutos
- Enxaguadura final – 2 minutos
- Enxaguadura: água desmineralizada a 80° C – 2 minutos
- Secagem a 93° C – 10 minutos

**RECOMENDAÇÕES PARA ESTERILIZAÇÃO DE INSTRUMENTOS REUTILIZÁVEIS (Introdutor TVT e guia rígido de cateter TVT)**

O introdutor e o guia rígido de cateter TVT são fornecidos não esterilizados. Esterilizar em autoclave (vapor) antes de cada utilização. Esterilizar em autoclave a uma temperatura de 132° C a 140 °C, durante um mínimo de 4 minutos (pré-vácuo). A garantia da esterilização dos instrumentos através da utilização de um processo de esterilização validado é da inteira responsabilidade do utilizador final, uma vez que o nível de contaminação orgânica e o equipamento de esterilização podem variar.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875505

**MANUTENÇÃO DOS INSTRUMENTOS**
• Introdutor TVT
Antes de cada utilização, examinar a extremidade roscada do parafu-
so interior.
• Guia rígido do cateter TVT
Antes de cada utilização, inspeccionar o instrumento. Assegurar-se
de que a extremidade comprida que atravessa o canal do cateter não
tem arestas aguçadas nem ásperas.

**APRESENTAÇÃO**
O dispositivo TVT é fornecido esterilizado (óxido de etileno), para
uma única utilização. Não reesterilizar. Não utilizar se a embalagem
estiver aberta ou danificada. Descartar os dispositivos abertos, quer
tenham sido utilizados ou não.
Os acessórios reutilizáveis (introdutor TVT e guia rígido de cateter
TVT) são fornecidos em separado e não estão esterilizados. Estes
acessórios devem ser bem limpos e esterilizados antes de cada utili-
zação, do modo descrito anteriormente.

**ARMAZENAMENTO**
As condições de armazenamento recomendadas para o dispositivo
TVT de uso único são: temperatura inferior a 25° C, em local seco e
fresco. Não utilizar para além do prazo de validade.
**Atenção: A lei federal (dos Estados Unidos) só permite a venda
deste dispositivo a médicos ou sob receita destes.**

**Distribuído por:**
**JOHNSON & JOHNSON Produtos Profissionais**

**Divisão**
**Estr. Consiglieri Pedroso, No. 69-A**
**Queluz de Baixo**
**2745-555 BARCARENA**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875506**

**Ⓢ Tension-free Vaginal Tape (TVT) System –
Spänningsfritt TVT inkontinensband
Bruksanvisning**

**TVT nålar med inkontinensband för engångsbruk
TVT handtag för flergångsbruk
TVT kateterguide för flergångsbruk**

**Läs all information noggrant**
Underlåtenhet att noggrant följa dessa anvisningar kan resultera i att instrumenten inte fungerar korrekt och även medföra att skada uppstår.

**Viktigt:**
Denna bruksanvisning innehåller instruktioner för användning av TVT nålar med inkontinensband för engångsbruk, handtag för flergångsbruk och kateterguide för flergångsbruk. **Bruksanvisningen är ej en fullständig beskrivning av den kirurgiska tekniken vid behandling av stressinkontinens.** Instrumenten får endast användas av läkare med utbildning i kirurgisk behandling av stressinkontinens och specifikt med behandling med TVT. Dessa anvisningar är rekommendationer för generell användning av denna produkt. Andra användningssätt kan förekomma i specialla i specialla fall beroende på individuell teknik och patientanatomi.

**BESKRIVNING** *(system)*
TVT systemet består av följande:
   TVT nålar med inkontinensband för engångsbruk, levereras sterila (tillhandahålls separat)
   TVT handtag för flergångsbruk, levereras osterilt (tillhandahålls separat)
   TVT kateterguide för flergångsbruk, levereras osterilt (tillhandahålls separat)

**TVT NÅLAR MED INKONTINENSBAND**
TVT nålar med inkontinensband är en steril engångsprodukt, bestående av en band 1,1 x 45 cm, av ofärgat eller blått (Phtalocynine blå, färg index. Nummer 74160) PROLENE* polypropylenät innesluten i ett plasthölje som är delat och går ombett i nätten. I vardera ändan sitter en nål av rostfritt stål, fäst med en påkrympt plastkrage till nätet och dess hölje.
**PROLENE*** polypropylenät är stickat av extruderade polypropylen-filament med en sammansättning identisk med icke-resorberbar **PROLENE*** polypropylen sutur. Nätet är cirka 0,7 mm tjockt. När detta material används kliniskt som suturer har det rapporterats vara inert och kunna bevara styrkan under obegränsad tid. **PROLENE*** nät stickas med hjälp av en teknik där varje överkorsning är sammanknuten på ett sätt som ger elasticitet i båda riktningarna. Denna tvåvägselasicitet möjliggör anpassning till de olika påfrestningar som kan upptäda i kroppen.

**TVT HANDTAG**
TVT handtaget levereras osterilt och kan återanvändas. Handtaget är tillverkat av rostfritt stål och består av två delar, ett yttre grepp och en inre gängad metallskruv. Handtaget är avsett att underlätta passagen av TVT nålarna från vagina till bukhuden. Det skruvas på nålen och sitter stadigt fast tills den gängade änden, innan nålen och bandet förs in genom den vaginala incisionen.

**TVT KATETERGUIDE**
TVT kateterguide levereras osterilt och kan återanvändas. Instrumentet är avsett att underlätta identifiering av uretra och blåshals under det kirurgiska ingreppet. Den förs in i en Foleykateter **(storlek 18 French rekommenderas)** som sutts in i blåsan via uretra. För att underlätta införandet kan kateterguiden smörjas med gel.

**INDIKATIONER**
TVT nålar med inkontinensband är avsett att användas som pubouretralt band för behandling av stressinkontinens hos kvinnor, när urininkontinens uppstått till följd av hypermobilitet i uretra och/eller insufficient intern slutkraft. TVT handtaget och kateterguiden tillhandahålls separat och är avsedda att underlätta placeringen av inkontinensbandet med hjälp av TVT nålarna.

52

**HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.00875507

## BRUKSANVISNING

Patienten ska placeras i lithotomy position. Höftböjning större än 60 grader bör undvikas. Ingreppet kan utföras i lokalbedövning, men kan också utföras i regional eller allmän anestesi. Dissektionen är minimal, dvs. en vaginal incision i medellinjen med en liten paraurethal dissektion för initial nålplacering och två suprapubiska hudincisioner.

Fatta tag i vaginalslemhinnan med en peang på vardera sidan av uretra. Använd en liten skalpell och gör en sagittal incision på cirka 1,5 cm med början cirka 1,0 cm ovan meatus externus.

Denna incision täcker då mellersta uretraområdet och möjliggör senare passage av inkontinensbandet. Använd en liten, trubbig sax och gör två små paraurethala dissektioner (ca 0,5 cm), så att nålspetsen kan föras in i den paraurethala dissektionen. Gör därefter två suprapubiska hudincisioner på 0,5 – 1 cm på vardera sidan om medellinjen, **strax ovan** symfysen, högst 4 – 5 cm från varandra. Incisionernas placering är viktig, liksom att nålen passerar nära medellinjen och tätt bakom os pubis så att anatomiska strukturer i ljumskområdet och i laterala bäckenväggar undviks.

Kateterguiden sätts in i kanalen på Foleykatetern (18 French). Guidens handtag skall fästas runt katetern proximalt om dess utvidgning. Guiden är till för att hålla undan blåshalsen och uretra från det område där nålspetsen skall passera in i det retropubiska rummet. Med hjälp av Foleykatetern och kateterguiden flyttas uretra och blåsa till motsatt sida mot den där nålen passerar. Under denna manöver **skall blåsan vara tom.** Handtagets gångade ände skruvas på änden på en av nålarna.

Med hjälp av handtaget förs nålen paraurethalt och genom diaphragma urogenitale. Införande och passage kontrolleras med läng- eller pekfingret i vagina under vaginalväggen på samma sida och med fingeruppsikontroll mot bäckenkanten. Nålens böjda del skall **vila i handflatan på** "vaginal"-handen. Om du är högerhänt, betyder det att vänstra handen vanligtvis används för att styra nålen.

Fatta **mjukt** handtagets grepp med andra handen. För nu nålspetsen in i det retropubiska rummet. Observera ännu en gång att detta skall göras med handflatan på den "vaginala" handen och med nålspetsen i horisontellt position, dvs i frontalplanet. Sedan diaphragma urogenitale passerats minskar motståndet avsevärt. Rikta omedelbart nålspetsen mot medellinjen på buken och sänk handtaget så att nålspetsen pressas mot baksidan av os pubis. Förflytta därefter nålspetsen uppåt mot hudincisionen på samma sida utan att släppa kontakten med os pubis baksida.

När nålspetsen har nått genom hudincisionen, görs en cystoskopi för att kontrollera att blåsan är intakt. Blåsan måste tömmas efter den första cystoskopin. Därefter upprepas proceduren på motsatta sidan. Nålarna dras sedan uppåt, så att bandet ligger löst, dvs. utan spänning, under uretra mellersta del. Klipp av bandet nära nålarna. Justera bandet så att läckaget är reducerat till enbart ett fåtal droppar vid påverkan av stress. Feedback från patienten fås genom att hon ombeds hosta med full blåsa (ca 300 ml); under hostprovet skall vaginalincisionen förslutas temporärt genom ett försiktigt grepp med en liten pincett. Därefter avlägsnas plasthöljet från bandet. **För att undvika att inkontinensbandet översträcks bör ett trubbigt instrument (sax eller pincett) placeras mellan uretra och bandet under denna manöver.** Om plasthöljet avlägsnas för tidigt kan senare justering försvåras. När bandet är korrekt justerat slutes vaginalincisionen. Bandändarna klipps sedan av strax under huden och lämnas i subcutis. De skall ej suturera. Suturera hudincisionerna. Töm blåsan. Efter detta ingrepp är postoperativ kateterisering normalt inte nödvändig. Patienten skulle uppmanas att försöka tömma blåsan 2 – 3 timmar efter operationen.

## KONTRAINDIKATIONER

Liksom för andra suspensionsoperationer gäller att ingreppet ej skall utföras på gravida patienter. Dessutom måste kirurgen tänka på att eftersom PROLENE® bandet inte tänjs ut i någon nämnvärd grad (skall TVT tekniken ej användas till patienter som fortfarande växer vilket inkluderar kvinnor med framtida planer på graviditet).

## VARNINGAR OCH FÖRSIKTIGHETSÅTGÄRDER
- **Använd ej TVT proceduren på patienter som medicinerar med antikoagulantia.**
- **Använd ej TVT proceduren på patienter som har pågående urinvägsinfektion.**

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
ETH.MESH.00875508

- Användare skall vara förtrogna med kirurgisk teknik för suspensionsoperationer och få lämplig träning och utbildning i att operera TVT, innan TVT instrumentariet tas i bruk. Det är dock viktigt att veta att TVT ingreppet skiljer sig från konventionell slyngplastik genom att bandet skall placeras utan spänning under uretras mellersta del.
- Accepterad kirurgisk praxis skall följas vid TVT ingreppet liksom vid skötsel av kontaminerade eller infekterade sår.
- Vid TVT ingrepp skall omsorg ägnas åt att undvika skador på stora kärl, nerver, blåsa och tarm. Om hänsyn tas till lokal anatomi och till att nålpassagen genomförs korrekt minimeras riskerna.
- Retropubisk blödning kan förekomma efter operationen. Kontrollera eventuella symptom eller tecken på detta innan patienten lämnar sjukhuset.
- Cystoskopi skall utföras som kontroll av att blåsan är intakt och för upptäckt av en eventuell perforation.
- Kateterspaden skall försiktigt föras in i Foleykatetern så att guiden inte sticker ut genom Foleykateterns öppningar.
- När kateterspaden avlägsnas, skall handtaget öppnas helt och hållet så att katetern inte rubbas ur läge.
- Plasthöljet får inte avlägsnas förrän adekvat placering av bandet har åstadkommits.
- Säkerställ att bandet är placerat med minimal spänning under uretras mellersta del.
- Om PROLENE® nätet används i kontaminerade områden kan en efterföljande infektion kräva att materialet behöver avlägsnas.
- Patienten skall informeras om att framtida graviditeter kan omintetgöra den kirurgiska behandlingen och att patienten då kan bli inkontinent igen.
- Eftersom ingen klinisk erfarenhet finns vid vaginal födsel efter en TVT operation, rekommenderas kejsarsnitt.
- Postoperativt instrueras patienten om att hon skall avhålla sig från tunga lyft och/eller undvika kraftiga ansträngningar (t.ex. cykling, joggning) minst tre till fyra veckor samt avstå från samlag under en månad postoperativt. Patienten kan återgå till övriga normala aktiviteter efter ett par veckor.
- Patienten skall instrueras att omgående kontakta läkare vid eventuell dysuri, blödning eller andra problem.
- Alla kirurgiska flergångsinstrument blir slitna och skadade vid normal användning. Innan ett flergångsinstrument tas i bruk skall detta inspekteras. Defekta instrument och instrument som verkar korroderade får inte användas utan skall kasseras.
- Som vid andra inkontinens procedurer, kan de novo detrusor instabilitet uppkomma efter en TVT procedur. För att minska den risken, försäkra dig om att placera TVT tapen tension fritt under mitt-uretra.
- PROLENE® bandet får inte komma i kontakt med agraffer, clips eller klämmor, eftersom detta kan skada bandet.
- TVT nålarna får ej resteriliseras. Kassera oanvända produkter vars förpackningar har öppnats.

**BIVERKNINGAR**
- Punktions- eller slitskada på blodkärl, nerver, urinblåsa och tarm kan uppkomma i samband med nålarnas passage och kan erfordra kirurgiskt åtgärdande.
- Övergående lokal irritation kring såren och övergående främmandekroppsreaktion kan förekomma. Denna reaktion kan resultera i svullnad, erosion, fistelbildning och inflammation.
- I likhet med alla främmande kroppar, kan PROLENE® bandet förvärra en befintlig infektion. Plasthöljet som initialt täcker PROLENE® bandet under ingreppet är utformat för att minimera risken för kontaminering.
- Överkorrektion, dvs. om bandet spänns för hårt, kan leda till övergående eller kronisk obstruktion av de nedre urinvägarna.

**EGENSKAPER**
Djurstudier visar att implantation av PROLENE® nät orsakar en minimal inflammatorisk vävnadsreaktion, som är övergående och följs av deponering av ett tunt bindvävslager som kan växa igenom nätmaskorna och på så sätt införliva nätet med intilliggande vävnad. Materialet resorberas inte och bryts inte heller ned eller försvagas av vävnadsenzymer.

54

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875509

**REKOMMENDATIONER FÖR RENGÖRING AV FLERGÅNGS INSTRUMENT**
**(TVT handtag och TVT kateterguide)**

För att säkerställa TVT handtagets och TVT kateterguidens tillförlitlighet och funktion skall de rengöras före första användningstillfället och efter varje ingrepp. Instrumenten kan rengöras såväl manuellt som automatiskt på nedan föreslagna sätt.

Innan TVT handtaget rengöres skall det tas isär i sina två delar (grepp och gängad skruv). Det skall monteras ihop igen efter rengöring och före sterilisering.

**Manuell metod**

1. Blötlägg instrumentdelarna i ett enzymatiskt rengöringsmedel som är lämpat för instrument av rostfritt stål.
2. Diska delarna i 30 – 35° C med kirurgiskt rengöringsmedel och desinfektionsmedel. Avlägsna varje rest av kroppsvätskor eller vävnader med en mjuk borste.
3. Lägg instrumentdelarna i ett ultraljudsbad med ny rengöringsmedelslösning under cirka 10 minuter, eller följ anvisningarna nedan om automatiskt diskprogram används.
4. Skölj delarna grundligt under rinnande vatten, och torka dem med en handduk. Instrumentdelarna kan smörjas med ett smörjmedel för instrument.

**Automatisk metod**

1. Använd ett automatiskt diskprogram lämpligt för instrument av rostfritt stål enligt anvisningarna nedan:
- Sköljning, kallt vatten – 1 minut
- Diskning vid 80° C – 12 minuter
- Sköljning – 1 minut
- Sköljning – 12 minuter
- Slutsköljning – 2 minuter
- Sköljning med avmineraliserat vatten vid 80° C – 2 minuter
- Torkning vid 93° C – 10 minuter

**STERILISERINGSREKOMMENDATIONER FÖR FLERGÅNGSINSTRUMENT**
**(TVT handtaget och TVT kateterguide)**

TVT handtaget och kateterguiden levereras osterila. De skall steriliseras i autoklav före varje användning. Ångautoklavera instrumenten vid 132 – 140° C i minst 4 minuter (förvakuum). Användaren är ansvarig för att produkten är steril vid användning av rekommenderat steriliseringsförfarande, eftersom kontaminationsgrad och steriliseringsutrustning kan variera.

**INSTRUMENTUNDERHÅLL**

- TVT handtaget
Inspektera innerskruvens gängor före varje användning.
- TVT kateterguide
Inspektera instrumentet före varje användning. Se efter att den långa änden som går igenom kateterkanalen inte har några skarpa kanter eller hack.

**STERILITET**

TVT nålarna levereras sterila (etylenoxid) för engångsbruk och får ej resteriliseras. Produkten får inte användas om förpackningen är öppnad eller skadad. Kassera oanvända produkter vars förpackningar öppnats.

Det återanvändbara TVT handtaget och TVT katetguiden är tillbehör som tillhandahålls osterila i separata förpackningar. Dessa instrument skall rengöras och steriliseras före varje användning, enligt beskrivningen ovan.

**FÖRVARING**

TVT nålar för engångsbruk skall förvaras i temperatur under 25° C, och skyddas mot fukt och direkt värme. Får ej användas efter utgångsdatum.
**Varning: Enligt gällande amerikansk lagstiftning får denna produkt endast säljas av eller på order av läkare.**

Distribueras av:
**JOHNSON & JOHNSON AB**
**19184 Sollentuna**

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875510



**(D) ERKLÄRUNG DER SYMBOLE AUF DER VERPACKUNG**

= Nicht wieder verwenden!

= Verwendbar bis Jahr & Monat

STERILE EO = Steril, solange die Verpackung ungeöffnet und unbeschädigt ist.
Sterilisationsmethode – Ethylenoxid

CE 0123 = CE-Zeichen und Identifikationsnummer der Benannten Stelle. Das Produkt entspricht den grundlegenden Anforderungen der Richtlinie des Rates über Medizinprodukte 93/42/EWG

LOT = Chargenbezeichnung

⚠ = Bitte Gebrauchsinformation beachten!

**(DK) SYMBOLER ANVENDT VED MÆRKNING**

= Engangsbrug

= Anvendes senest år og måned

STERILE EO = Steril medmindre pakningen er åbnet eller beskadiget. Steriliseringsmetode – Ethylenoxid

CE 0123 = CE-mærkning + identifikationsnummer for Bemyndiget Organ.
Produktet opfylder de væsentlige krav i Medical Device Directive 93/42/EEC

LOT = Batchkode

⚠ = Se brugsanvisningen

**(E) SIMBOLOS EMPLEADOS EN LAS ETIQUETAS**

= Un solo uso

= Usar hasta el año y mes

STERILE EO = Esteril mientras el envase no sea abierto o dañado.
Método de esterilización – Oxido de etilmo

CE 0123 = Marca CE + número de identificación del organismo notificado. Este producto se ajusta a los requisitos esenciales de la Directiva de Productos Sanitarios 93/42/EEC

LOT = Número de lote

⚠ = Ver instrucciones de uso

56



**F   SYMBOLES UTILISES SUR L'ETIQUETTE**

= Usage unique

= A utiliser avant: année et mois

STERILE EO = Produit stérile si l'emballage n'a pas été ouvert ou endommagé.
Méthode de stérilisation – oxyde d'éthylene

CE 0123 = Marquage CE et numéro d'identification de l'organisme notifié. Produit conforme aux exigences essentielles de la Directive Européenne 93/42/CEE sur les dispositifs médicaux

LOT = Numéro du lot

= Lire attentivement la notice d'utilisation

**FIN   MERKITSEMISESSÄ KÄYTETTÄVÄT SYMBOLIT**

= Kertakäyttöinen

= Käytettävä viimeistään: vuosi ja kuukausi

STERILE EO = Steriili, jos pakkaus on ehjä ja avaamaton
Sterilointimenetelmä etyleenioksidi

CE 0123 = CE-merkintä + ilmoitetun laitoksen tunnusnumero.
Tuote täyttää Medical Device Directive 93/42/EEC:n oleelliset vaatimukset.

LOT = Eränumero

= Katso käyttöohjeet

**GB   SYMBOLS USED ON LABELLING**

= Do not reuse

= Use until Year & Month

STERILE EO = Sterile unless package is opened or damaged.
Method of Sterilization – Ethylene oxide

CE 0123 = CE-mark and identification number of notified body.
Product conforms to the essential requirements of the Medical Device Directive 93/42/EEC

LOT = Batch Number

= See Instructions for Use

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875512



**GR** ΣΥΜΒΟΛΑ ΧΡΗΣΙΜΟΠΟΙΟΥΜΕΝΑ ΚΑΤΑ ΤΗΝ ΣΗΜΑΝΣΗ ΤΗΣ ΣΥΣΚΕΥΑΣΙΑΣ

= Μην ξαναχρησιμοποιείται

= Χρήση μέχρι Έτος και Μήνας

STERILE EO = Αποστειρωμένο εκτός αν η συσκευασίασαχτεί ήκατσο τραφεί. Μέθοδος Αποστείρωσης – Αιθυλενοξίδιο

CE 0123 = Ένδειξη CE και αριθμός φορέα που έχει ενημερωθεί. Το προϊόν είναι κατασκευασμένο σύμφωνα με τις ουσιώδεις απαιτήσεις της οδηγίας του Συμβουλίου 93/42/ΕΟΚ που αφορούν Ιατρικά βοηθήματα.

LOT = Αριθμός Ομάδας

⚠ = Παρακαλώ διαβάστε προσεκτικά τις οδηγες χρήσης.

**I** SIMBOLI USATI SULL'ETICHETTA

= Monouso

= Da usarsi entro Anno & Mese

STERILE EO = Il prodotto è sterile se la confezione non è aperta o danneggiata. Metodo di Sterilizzazione – Ossido di Etilene

CE 0123 = Marchio CE e numero di identificazione dell'Organismo notificato. Il prodotto è conforme ai requisiti essenziali della Direttiva CEE 93/42 sui Dispositivi Medici

LOT = Numero di Lotto

⚠ = Leggere attentamente il foglio illustrativo.

**NL** SYMBOLEN OP DE ETIKETTEN

= Bestemd voor eenmalig gebruik

= Uiterste gebruiksdatum (jaar/maand)

STERILE EO = Steriel tenzij verpakking is geopend of beschadigd. Sterilisatie methode – Ethyleenoxide

CE 0123 = CE-markering en identificatienummer Aangemelde Instantie. Product is conform de essentiële eisen van de „Richtlijn medische hulpmiddelen (93/42/EEG)"

LOT = Lotnummer (Partij)

⚠ = Zie de gebruiksaanwijzing

58

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875513



**Ⓟ SÍMBOLOS UTILIZADOS NOS RÓTULOS**

= Não reutilizar

= Validade: Ano – Mês

STERILE EO = O produto está esterilizado, excepto se a embalagem estiver aberta ou danificada. Método de Esterilização – Óxido de Etileno

CE 0123 = Marca CE e número de identicação do organismo notificado. O produto obedece aos princípais requisitos da Directiva sobre Dispositivos Médicos 93/42/CEE

LOT = Número de lote

= Ver instruções de uso

**Ⓢ SYMBOLER ANVÄNDA VID MÄRKNING**

= Engångsbruk

= Användes senast – år och månad

STERILE EO = Sterilt, om inte förpackningen är öppnad eller skadad. Steriliseringsmetod – Etylenoxid

CE 0123 = CE-märke + identifieringsnummer för Anmält Organ. Produkten uppfyller de väsentliga kraven i Medical Device Directive 93/42/EEC

LOT = Satsnummer

= Se bruksanvisningen

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875514

This page has been left blank intentionally.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875515

This page has been left blank intentionally.

61

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875516**

This page has been left blank intentionally.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875517

This page has been left blank intentionally.

63

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875518

64

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY