Denise M. Elser, M.D.

Page 1

KATHRYN E. CORBET and  ) SUPERIOR COURT OF NEW JERSEY
ERIC R. CORBET,          ) LAW DIVISION - BERGEN COUNTY
                         ) DOCKET NO. BER-L-14589-14MCL
          Plaintiffs,    )
                         ) MASTER DOCKET
      vs.                ) NO. BER-L-11575-14
                         )
ETHICON, INC., ETHICON )
WOMEN'S HEALTH AND       )
UROLOGY, A Division      ) CIVIL ACTION
of Ethicon, Inc.,        ) In Re
GYNECARE, JOHNSON &      ) Pelvic Mesh/Gynecare
JOHNSON AND JOHN         ) Litigation
DOES 1-20,               )
                         ) Case No. 291 CT
          Defendants.  )


          The video-recorded deposition of

DENISE M. ELSER, M.D., taken before Pauline M.

Vargo, an Illinois Certified Shorthand Reporter,

C.S.R. No. 84-1573, at the Le Meridien Chicago -

Oakbrook Center, Discovery Boardroom, 9th Floor,

2100 Spring Road, Oak Brook, Illinois, on

November 5, 2015, at 9:14 a.m.




EXHIBIT C


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
Deps@golkow.com

Denise M. Elser, M.D.

Page 2

A P P E A R A N C E S

PRESENT ON BEHALF OF THE PLAINTIFFS:

    SEEGER WEISS, LLP
    77 Water Street
    New York, New York  10005
    888.610.6574
    BY:  JEFFREY S. GRAND, ESQ.
      jgrand@seegerweiss.com


PRESENT ON BEHALF OF THE DEFENDANTS:

    BUTLER SNOW, LLP
    500 Office Center Drive, Suite 400
    Fort Washington, Pennsylvania  19034
    267.513.1885
    BY: NILS B. (BURT) SNELL, ESQ.
      burt.snell@butlersnow.com


VIDEOGRAPHER:

    MILO SAVICH
    Golkow Technologies

REPORTED BY:

    PAULINE M. VARGO, RPR, CRR
    Illinois CSR No. 84-1573.

Page 4

E X H I B I T S

| ELSER EXHIBIT | | MARKED FOR ID |
|---|---|---|
| Exhibit 1   Notice of Video Deposition of | | 7 |
| Denise M. Elser, MD | | |
| 5 Pages | | |
| Exhibit 2   12/9/14 Invoice to Burt Snell | | 13 |
| from Denise M. Elser, MD | | |
| 1 Page | | |
| Exhibit 3   Expert Report of | | 32 |
| Denise M. Elser, MD | | |
| 59 Pages | | |
| Exhibit 4   Supplemental TVT and Corbet Case | | 37 |
| Expert Report of | | |
| Denise M. Elser, MD | | |
| Exhibit 5-A  Disk, "Ethicon Gynecare Pelvic | | 54 |
| Mesh Litigation, Additional | | |
| Medical Records & Transcripts | | |
| Corbet 8/25/15" | | |
| Exhibit 5-B  Disk, "Corbet Ethicon Gynecare | | 54 |
| Pelvic Mesh Litigation" | | |
| Exhibit 5-C  Disk, "Ethicon Gynecare Pelvic | | 54 |
| Mesh Litigation (Edwards) | | |
| 6/2/15" | | |
| Exhibit 5-D  Disk, "Ethicon Gynecare Pelvic | | 54 |
| Mesh Litigation TVT-O" | | |
| Exhibit 5-E  Disk, "New Prolift/POP Studies | | 54 |
| 7/31/15" | | |
| Exhibit 5-F  Disk, "Ethicon Gynecare Pelvic | | 54 |
| Mesh Litigation 7/31/15" | | |
| Exhibit 5-G  Disk, "Ethicon Gynecare Pelvic | | 54 |
| Mesh Litigation (Edwards) | | |
| 6/2/15" | | |

Page 3

I N D E X

Thursday, November 5, 2015

WITNESS                   EXAMINATION

DENISE M. ELSER, M.D.

    By Mr. Snell....................Page 137
    By Mr. Grand....................Page 167
    By Mr. Snell....................Page 169
    By Mr. Grand....................Page 171
    By Mr. Snell....................Page 173


REQUESTS FOR PRODUCTION
    By Mr. Grand
      Page 28, Line 14
      Page 43, Line 6
      Page 61, Line 24
      Page 108, Line 24

Page 5

E X H I B I T S

| ELSER EXHIBIT | | MARKED FOR ID |
|---|---|---|
| Exhibit 6   Thumb Drive | | 54 |
| Exhibit 7   "TVT Development and Early Data" | | 54 |
| Exhibit 8   8/27/15 Letter from Butler Snow | | 54 |
| to Denise M. Elser, MD | | |
| 1 Page | | |
| Exhibit 9   Gynecare TVT Label | | 75 |
| ETH.MESH.03427878 through | | |
| ETH.MESH.03427883 | | |
| Exhibit 10  Gynecare TVT Label, Large Font | | 75 |
| Exhibit 11  Tommaselli, et al., Article | | 120 |
| Exhibit 12  Svenningsen, et al., Article | | 124 |
| Exhibit 13  Summary Report from Cochrane | | 110 |
| Website, 5 Pages (Initially | | |
| marked as Exhibit 10, re-marked | | |
| as Exhibit 13 at Page 159.) | | |
| Exhibit 14  AUA Guideline for the Surgical | | 157 |
| Management of Female Stress | | |
| Urinary Incontinence: 2009 | | |
| Update" | | |
| Exhibit 15  Karram/Maher Article, "Surgery | | 160 |
| for posterior vaginal wall | | |
| prolapse" | | |
| Exhibit 16  Kuuva/Nilsson Article, | | 162 |
| "A nationwide analysis of | | |
| complications associated with | | |
| the tension-free vaginal tape | | |
| (TVT) procedure" | | |
| Exhibit 17  Lecture/Presentation by | | 162 |
| Denise M. Elser, MD | | |
| 6 Pages | | |
| Exhibit 18  Pathology Report re Kathryn | | 165 |
| Corbet 7/14/11 Surgery | | |

Denise M. Elser, M.D.

Page 6

1    THE VIDEOGRAPHER:  We are now on the
2  record.  My name is Milo Savich, and I'm a
3  videographer for Golkow Technologies.  Today's
4  date is November 5th, 2015, and the time on
5  record is 9:14 a.m.
6    This video deposition is being held
7  in Oak Brook, Illinois, in the matter of
8  Kathryn E. Corbet, et al., versus Ethicon,
9  Inc., et al., for the Superior Court of New
10  Jersey, Law Division, Bergen County.
11    The deponent is Dr. Denise M. Elser.
12  Will counsel please identify
13  themselves for the record.
14    MR. GRAND:  Jeff Grand from Seeger
15  Weiss for Kathryn Corbet.
16    MR. SNELL:  Burt Snell from Butler
17  Snow for Defendants Ethicon and Johnson &
18  Johnson.
19    THE VIDEOGRAPHER:  The court reporter
20  today is Pauline Vargo, who will now swear in
21  the witness and we may then proceed.
22    THE REPORTER:  Raise your right hand,
23  please.
24    (The witness was duly sworn.)
25

Page 7

1    DENISE M. ELSER, M.D.,
2  called as a witness herein, having been first duly
3  sworn, was examined and testified as follows:
4    EXAMINATION
5  BY MR. GRAND:
6    Q.   Good morning, Dr. Elser.  My name is
7  Jeffrey Grand.  I'm here to ask you some questions
8  today on behalf of Plaintiffs Kathleen Corbet --
9  Kathryn Corbet.  Sorry.
10    I know you have been deposed before --
11    A.   Yes.
12    Q.   -- so I'm not going to waste your time
13  going through all the rules again.  Let me just say
14  if you feel like you need a break at any time, just
15  let me know.  I will be happy to accommodate you.
16  I only ask that if we are in the middle of a
17  question and answer that we finish it before we
18  break.
19    If I ask something that doesn't make
20  sense to you or in a confusing way, which is highly
21  probable, I ask just let me know and I will try to
22  reframe my question.
23    A.   Okay.
24    (Elser Exhibit 1 was marked for
25    identification as of 11/5/15.)

Page 8

1  BY MR. GRAND:
2    Q.   First off, I will mark as Exhibit 1 a
3  copy of the deposition notice for today.
4    Have you seen this before?
5    A.   I have.
6    Q.   I would like to go to Exhibit A, which I
7  believe is the third page.  I sort of want to run
8  through this and see what you may have brought with
9  you today or do not have.
10    With respect to number 1, documents
11  related to your fees, billing and time spent in
12  connection with your opinions in any pelvic mesh
13  litigation, have you brought that here today?
14    A.   I have brought a copy of an invoice
15  related to writing of the original report on this
16  case, so I would have that with me.
17    Q.   Okay.  Let's stop for a second, and have
18  you -- when was the last time you were deposed on
19  a -- for the TVT product in a case relating --
20  involving the TVT product?
21    A.   The last deposition --
22    Q.   Yes.
23    A.   -- was the one we did.  I don't remember
24  the date.
25    Q.   You don't remember the date?

Page 9

1    A.   I don't.
2    Q.   How many times have you been deposed?
3  How many times have you served as an expert for
4  TVT?
5    A.   For TVT, twice before.
6    Q.   Twice before.  And have you served as an
7  expert since the last time you were retained to serve as
8  a consultant in this case?
9    A.   No.
10    Q.   Have you served as an expert in mesh
11  litigation involving any other Ethicon mesh
12  products?
13    A.   For a Prolift case.
14    Q.   Prolift case.  And which case was that?
15    A.   I don't remember the patient's name.
16    Q.   And did you sit for a deposition in that
17  case?
18    A.   I don't think so.
19    Q.   Have you served as an expert in cases
20  involving any other -- any of the other TVT
21  products, such as TVT Secur or the TVT-O?
22    A.   There was a TVT-O case.
23    Q.   TVT-O case.  And do you remember the
24  name of that case?
25    A.   No.

3 (Pages 6 to 9)

Denise M. Elser, M.D.

Page 10

1    Q.   Just correct me if I'm wrong.  Did you
2  say that you have been an expert for two other TVT
3  cases?
4    A.   Correct.  I was including the TVT-O in
5  that.
6    Q.   Okay.  So --
7    A.   I took that -- sorry.  I took your
8  question as TVT family.
9    Q.   I'm sorry if I wasn't clear.
10        For the purposes of today, it's actually
11 a good point, I'm going to refer to specific -- the
12 specific product.  So, if I say TVT, I am not --
13 unless I say otherwise, I'm not referring to the
14 TVT family of products.  I would be referring to
15 the TVR retropubic.
16    A.   So, if you say "TVT," then you mean the
17 original TVT.
18    Q.   The retropubic.
19    A.   And if you say "Exact" you are going to
20 say Exact.  Okay.
21    Q.   Okay.  And Dr. Elser, when did -- when
22 were you first retained to be a TVT consultant, an
23 expert in any mesh litigation?
24    A.   I don't remember the date.  A few years
25 ago.

Page 11

1    Q.   Can we narrow that down?  Was it 2012?
2    A.   That sounds right.
3        MR. SNELL:  Just note for the record
4    this was covered in the original deposition.
5    Just, I mean, I don't know if you read it, but
6    I think there is a date in that deposition
7    where she did.
8        MR. GRAND:  Yeah, I'm not doubting
9    that.  I'm just trying to find out what she
10   has done since then.
11       MR. SNELL:  No, I don't care.  I'm
12   just saying for the record reference, I mean,
13   there is a prior deposition where that date
14   may be available.
15 BY MR. GRAND:
16   Q.   Have you served as an expert consultant
17 for any other mesh products besides Ethicon
18 products?
19   A.   No.
20   Q.   Do you currently serve as a consultant
21 to any other mesh manufacturer other than Johnson &
22 Johnson?
23   A.   No.
24   Q.   Are you currently involved in any -- in
25 the development of any Johnson & Johnson medical

Page 12

1  devices to treat SUI or pelvic organ prolapse?
2    A.   So, I'm sorry, can you -- am I working
3  on developing new products?  No.
4    Q.   So, it would be fair to say that your
5  consultation today, as of this time, is limited to
6  litigation consulting for Ethicon and Johnson &
7  Johnson?
8    A.   Yes.
9    Q.   Are you currently a speaker for Johnson
10 & Johnson or Ethicon?
11   A.   No.
12   Q.   Do you do any trainings for Johnson &
13 Johnson or Ethicon?
14   A.   No.
15   Q.   And do you recall when you were first
16 retained to work on the Corbet case?
17   A.   I know I worked on the original report
18 in July.  I don't remember if that was the first
19 time I started working on it, but that was when I
20 wrote the report.
21   Q.   Well, your first report was submitted in
22 July of 2014, correct?
23   A.   Correct.
24   Q.   Do you recall how long it took you to
25 prepare that report?

Page 13

1    A.   I would look at my invoice to see
2  because I already wrote down my hours for that.
3  It's in the invoice.
4    Q.   Why don't we get that out if it will
5  refresh your recollection.
6    A.   Okay.
7        MR. SNELL:  Do you just want to tell
8    me where it is?
9        THE WITNESS:  It was on the top of
10   that box, just free-floating paper.
11       (Document tendered to the witness.)
12 BY THE WITNESS:
13   A.   So, I worked a total on this, including
14 record review, literature search and writing the
15 report, phone consultations was 40 -- 62 hours.
16       THE REPORTER:  40?
17       THE WITNESS:  62.
18       MR. GRAND:  And that's -- is that a
19   copy of that for me?
20       MR. SNELL:  You can mark it.
21       MR. GRAND:  Why don't we just mark
22   this as Exhibit 2, and for the record, I'm
23   marking an invoice to Burt Snell of Butler
24   Snow from Dr. Elser dated December 9th, 2014.
25       (Elser Exhibit 2 was marked for

4 (Pages 10 to 13)

Denise M. Elser, M.D.

Page 14

1        identification as of 11/5/15.)
2    BY MR. GRAND:
3        Q.    And have you prepared an invoice for the
4    preparation of your supplemental report?
5        A.    I have not.
6        Q.    Can you tell me how many hours you spent
7    preparing your supplemental report?
8        A.    I'm estimating 25 to 30.
9        Q.    Well, your initial report -- your
10   initial report took -- never mind.  Strike that.
11           Then when did you begin work on the
12   supplemental report?
13       A.    Last week on Monday.
14       Q.    So you did not begin any work on the
15   supplemental report until Monday of last week?
16       A.    Well, I'm always reading the literature,
17   always having articles that I may want to pull into
18   reports, but as I looked at the renewed records
19   that came in on this case, that's when I started
20   specifically working on writing the report.
21       Q.    And were you asked -- were you asked by
22   counsel to submit a supplemental report?
23       A.    I believe so.
24       Q.    And was that on or about Monday of last
25   week?

Page 15

1        A.    Yes.
2        Q.    So after this deposition was noticed,
3    you were asked to supplement your report?
4        A.    Yes.
5        Q.    Presently my understanding is you have a
6    busy practice, correct?
7        A.    Yes.
8        Q.    About how many hours a week do you
9    devote to your practice?
10       A.    About 60.
11       Q.    And about how many hours a week do you
12   typically devote to consulting work of any kind?
13       A.    Some weeks none, some weeks 30.
14       Q.    Have you prepared any estimates -- do
15   you have invoices for any other cases you are
16   working on as a mesh consultant?
17       A.    No, not with me.
18           MR. GRAND:  Are you guys objecting to
19   producing that, Burt?
20           MR. SNELL:  Yeah.  Your experts never
21   produced all their invoices.  I know, for
22   example, Dr. Elliot has been paid probably
23   over $800,000 and I haven't received all his
24   invoices.
25           MR. GRAND:  No need to make speeches.

Page 16

1    I'm just asking.
2            MR. SNELL:  But she did produce -- in
3    the prior deposition she produced invoices.
4    Didn't you?
5            THE WITNESS:  I don't remember.
6            MR. SNELL:  It's my recollection that
7    she did.
8    BY MR. GRAND:
9        Q.    Do you know how many hours this year
10   apart from your work on the Corbet case you have
11   spent on mesh litigation?
12       A.    No.
13       Q.    It would be less than 50?
14       A.    Less than 50 hours total?  No.  I think
15   it's more than 50.
16       Q.    Well, you estimated probably about 30
17   for your supplemental report?
18       A.    Correct.
19       Q.    You aren't working on the Corbet
20   supplemental report at any point this year prior to
21   last week, were you?
22       A.    No.
23       Q.    So, prior to last week, any hours you've
24   spent as a mesh consultant has been for another
25   case?

Page 17

1        A.    Correct.
2            MR. SNELL:  Hold on.  I'm going to put
3    an objection on the record.  She is a general
4    expert and has issued general updated expert
5    reports in other cases.
6            MR. GRAND:  Okay.  Then let's break it
7    out that way.
8    BY MR. GRAND:
9        Q.    For your general report on the TVT, how
10   many hours have you spent this year on that?
11       A.    I couldn't answer that right now.  I
12   would sit down and look at my records.
13       Q.    Have you issued a general -- a general
14   report for any other Ethicon mesh products, such as
15   the Prolift?
16       A.    No.
17       Q.    So, other than the TVT-O you have not
18   written any other general reports?
19       A.    Correct.
20       Q.    And the general report that's been
21   submitted in this case, the Corbet case, only
22   applies to the TVT retropubic, correct?
23       A.    Yes.
24       Q.    If you look back at Exhibit A, which you
25   still have in front of you, a copy of your

5 (Pages 14 to 17)

Denise M. Elser, M.D.

Page 18

1   up-to-date CV, is your -- have there been any
2   changes to your CV since, I guess, last week?
3      A.   No.
4      Q.   And the one that was attached to your
5   supplemental report was up to date?
6      A.   Yes.
7      Q.   Did you update that yourself?
8      A.   Yes.
9      Q.   In your own practice, I believe you
10  testified that you -- how many SUI procedures
11  involving mesh do you perform a year, would you
12  estimate?
13     A.   In past years, it has been about 150.
14  This last year it was about 90.
15     Q.   And what -- what different mesh products
16  do you recommend for your clients with SUI if you
17  are recommending a mesh sling?
18         MR. SNELL:  Form, clients.
19         MR. GRAND:  Sorry.  Patients.
20  BY THE WITNESS:
21     A.   Thank you.  The slings that I use
22  currently are the TVT Exact, the Abbrevo, and I
23  also use MiniArc.
24  BY MR. GRAND:
25     Q.   You do not currently use the TVT-R or

Page 19

1   the TVT-O?
2      A.   Correct.
3      Q.   And when did you stop using those
4   products?  Strike that.
5          Did you ever use those products?
6      A.   Yes, I did.
7      Q.   Okay.  When did you stop using those
8   products?
9      A.   I don't know the date.  It has been at
10  least two years.
11     Q.   And why did you stop using those
12  products?
13     A.   Mostly availability.
14     Q.   And when you say availability, you mean
15  the products weren't available at the hospital in
16  which you worked?
17     A.   Correct.
18     Q.   And I'm sure I have it in your CV, but
19  what hospital do you work out of?
20     A.   I operate out of four hospitals.
21     Q.   Okay.
22     A.   Christ Hospital is Oak Lawn, Good
23  Samaritan Hospital in Downers Grove, Edward
24  Hospital in Naperville and Elmhurst Hospital in
25  Elmhurst.  That's all on my CV.

Page 20

1      Q.   I know.  I'm just trying to...
2          And none of those hospitals currently
3   carry the TVT retropubic or the TVT-O?
4      A.   I have not seen the product there in a
5   while.
6      Q.   Have you ever discussed with anyone at
7   the hospital why they don't carry those products
8   any more?
9      A.   No.
10     Q.   Have you ever requested that they carry
11  those products?
12     A.   No.  I was happy with the transition to
13  the Exact and the Abbrevo.
14     Q.   Now, you said with the exception of last
15  year, which I believe you said you had done about
16  90 procedures so far, you said you have done about
17  150 per year?
18     A.   Correct.
19     Q.   Do you use any mesh products other than
20  Ethicon products?
21     A.   Are you saying for stress incontinence
22  or other indications?
23     Q.   Yes, for stress incontinence.
24     A.   So, the MiniArc is a AMS product.
25     Q.   All right.  Anything else?

Page 21

1      A.   Occasionally a Boston Scientific sling,
2   the Advantage.
3      Q.   And are there certain -- what drives
4   your decision to use one product as opposed to
5   another in a given patient?
6      A.   Can you be more specific?  Are you
7   talking about whether I would use the Advantage or
8   the Exact --
9      Q.   Yes.
10     A.   -- or whether I would use the Exact
11  versus an obturator?
12     Q.   I believe you said you don't use the
13  TVT-O any more, correct?
14     A.   Well, Abbrevo is an obturator sling, so
15  I don't -- I don't understand what you are trying
16  to ask me.
17     Q.   I'm not trying to focus in on the
18  approach necessarily.  I'm just asking, is there --
19  is there a particular reason why you might use one
20  product versus another with a patient that you were
21  recommending a sling for?
22     A.   So, again, I'm finding that a little
23  vague.  Do you want to know why I would use the
24  Advantage versus the Exact?
25     Q.   Sure.  Let's start there.

6 (Pages 18 to 21)

Denise M. Elser, M.D.

Page 22

1    A.   Okay.  It could be that there was one
2 Exact on the shelf and somebody dropped it when
3 they opened it and others, an Advantage is on the
4 shelf and I would use that, but it's not my
5 preferred.
6    Q.   Okay.  So, is there -- do you view these
7 as being relatively comparable?
8    A.   Relatively, but different.
9    Q.   Have your billing rates changed?  And
10 for litigation consulting, have your billing rates
11 changed since the last time you were deposed?
12   A.   I don't think so.
13   Q.   And I believe you said you have yet to
14 issue an invoice for the supplemental report,
15 correct?
16   A.   Correct.
17   Q.   Now, with respect to your own, the mesh
18 procedures you perform, do you keep any internal
19 databases that track those clients?  I mean, track
20 those patients.
21   A.   We have a EMR that has a lot of data in
22 it, so from time to time I will evaluate our
23 followup, how many cases we have done, which
24 product.
25   Q.   I guess let me just try to approach more

Page 23

1 directly what I'm trying to get at.  I believe in
2 your report you said that you had a revision rate,
3 an erosion rate of about 4.5 percent --
4    A.   Yes.
5         MR. SNELL:  Objection.
6    Q.   -- for your clients -- for your
7 patients?
8         MR. SNELL:  Objection, compound,
9    misstates.
10   A.   I said a reoperation rate of 4-1/2
11 percent.
12   Q.   Okay.  So a reoperation rate of any --
13 for any reason?
14   A.   Correct.
15   Q.   How did you arrive at that 4.5 percent?
16   A.   I don't remember which dates I looked
17 at, but I pulled the data on a substantial number
18 of slings in our practice and then tracked how many
19 of those over a certain period of time went back
20 for reoperation.
21   Q.   Okay.  What period of time did that
22 cover?
23   A.   I don't remember.  I believe it was at
24 least a year.
25   Q.   Over a year?  Just a year?

Page 24

1    A.   Over a year.
2    Q.   I just want to be clear.  Did you look
3 at a year-long period or did you look beyond a
4 year-long period?
5    A.   So, I don't remember what the time
6 period was.  I know that my intention was to look
7 at a year after their incident, case.
8    Q.   Okay.  So, just to be clear, I want to
9 make sure I understand what you are saying in your
10 report and here today.  If, for example, last year
11 you did a hundred mesh procedures, a hundred mesh
12 procedures, you would have looked at a hundred
13 patients; you didn't go back beyond that --
14        MR. SNELL:  Form.
15   Q.   -- into prior years?
16        MR. SNELL:  Form objection.  Go ahead.
17   A.   I would have looked at, say, the
18 patients that had surgery two years ago, over,
19 like, say 2013, so that even the ones at the end of
20 the year would have had a year followup.  Does that
21 make sense?
22   Q.   Okay.  So, are you saying that you --
23 your 4.5 percent is over a two-year period from
24 implant?
25   A.   I wanted to make sure that the least

Page 25

1 followup was a year.
2    Q.   Okay.  But it could have been longer,
3 you are saying?
4    A.   Correct.
5    Q.   But you can't tell me that today.  I
6 mean, how many patients did you look at in total?
7    A.   I don't remember.
8    Q.   Would you have any dates?  Would you
9 have any notes or calculations in your office?
10   A.   Yes.
11        MR. GRAND:  We are going to request
12   production of those.
13        THE WITNESS:  Can I ask you a favor?
14   Because you say -- you are saying "mesh"
15   frequently and that makes me think of prolapse
16   surgery.  So, if you mean sling, could you say
17   sling?  Would that be okay?
18        MR. GRAND:  Sure.  Believe me, I'm not
19   trying to intentionally be confusing, by any
20   means.
21        THE WITNESS:  You are probably used to
22   saying it that way, but it really throws me
23   off.
24        MR. GRAND:  I will do my best.
25        MR. SNELL:  And I will listen and

7 (Pages 22 to 25)

Denise M. Elser, M.D.

Page 26

1    object from now on when he is overbroad.  I'm
2    sorry.  I should have caught that.
3    BY MR. GRAND:
4    Q.   All right.  Just to be clear, so the 4.5
5    percent reoperation rate that you referred to in
6    your report, that refers to sling products or does
7    that also include other mesh products?
8    A.   That was slings.
9    Q.   That would be slings only.
10         And your analysis included patients -- I
11   mean, generally you wanted to make sure you had a
12   year-long followup period?
13   A.   Correct.
14   Q.   But your analysis did not go back three
15   years or five years, did it?
16   A.   I will answer that when I look at the
17   report.  I don't remember how far it went back.
18        MR. SNELL:  You can look at the report
19        too any time.  I mean, you can always look at
20        your materials.  You brought all them here to.
21   BY MR. GRAND:
22   Q.   Did you bring those materials that
23   includes that calculation with you?
24   A.   No.
25        MR. SNELL:  I thought you said report.

Page 27

1    I'm sorry.
2         THE WITNESS:  I said the 4.5 percent
3         in the report, but I don't know that I
4         included all the details of what I looked at.
5         MR. SNELL:  My point is, you can look
6         at your -- he doesn't care if you -- I'm sure
7         you don't mind if she looks at her report.
8         MR. GRAND:  No.
9    BY MR. GRAND:
10   Q.   In fact, I would rather you not guess,
11   and if you need to look at your report, you can.  I
12   don't believe your report has any specifics other
13   than the 4.5 percent reoperation rate.  That's why
14   I'm actually asking you these questions, because
15   I'm trying to determine how you arrived at that 4.5
16   percent number and what number of patients are
17   included in that.
18   A.   Understood.  I don't think I put the
19   details in the report either.
20   Q.   Do you have any -- do you track data in
21   your office to determine how many of -- how many
22   patients in which you've implanted a mesh sling you
23   still currently treat?
24   A.   No.
25   Q.   So, if you implanted a mesh sling in a

Page 28

1    patient previously and they are seeing somebody
2    else, you would have no way of knowing whether they
3    have had any subsequent complications?
4         MR. SNELL:  Form.
5    A.   Correct.  There is some patients I won't
6    know what happened.
7    Q.   And did your analysis address anything
8    other than reoperations?
9    A.   No.
10   Q.   And if you were called to trial, do you
11   intend to testify about your 4.5 reoperation rate
12   in your practice?
13   A.   If you or Burt ask me.
14        MR. GRAND:  We are going to request
15        production of backup, whatever supports that.
16        MR. SNELL:  We will take it under
17        advisement.  I will note for the record some
18        of your experts have made similar statements
19        yet have not produced the backup data.
20        MR. GRAND:  I don't know if you have
21        asked for them or not.  I'm asking for it.
22        MR. SNELL:  I know.  I'm just putting
23        my point on the record.
24   BY MR. GRAND:
25   Q.   Other than what is in your CV, have you

Page 29

1    done any -- have you published any articles
2    relating to mesh, mesh slings?
3    A.   Any -- any articles are in the CV.
4    Q.   Okay.  There has been nothing since that
5    time?
6    A.   No.
7    Q.   And you don't currently -- are you
8    currently teaching any classes?
9    A.   Classes?
10   Q.   Yes.
11   A.   No.
12   Q.   Are you currently doing any research
13   relating for stress urinary incontinence?
14   A.   Yes.
15   Q.   What would that research be?
16   A.   We are studying a product called Vesair,
17   V-e-s-a-i-r.
18        MR. SNELL:  Before you go any further,
19        let me just caution you.  If you are under any
20        confidentiality agreements, and I don't know
21        if you are or not, for other manufacturers,
22        you need to take that into account before you
23        give Mr. Grand an answer.
24        THE WITNESS:  Absolutely.  I will not
25        disclose anything I'm not supposed to.

8 (Pages 26 to 29)

Denise M. Elser, M.D.

Page 30

1    BY THE WITNESS:
2        A.   So, I can't tell you any results of the
3    study, any data, but it is an intravesical balloon
4    that's put in in the office.
5    BY MR. GRAND:
6        Q.   And that's not an Ethicon product, is
7    it?
8        A.   No.
9        Q.   And you are -- are you an investigator
10   for that study?
11       A.   Yes.
12       Q.   Did you design the study?
13       A.   No.
14       Q.   And for how long have you been
15   conducting the study?
16       A.   Roughly a year.
17       Q.   Are you involved in any other research
18   relating to SUI or pelvic organ prolapse?
19       A.   The other study is a postmarketing study
20   for the Impressa.
21       Q.   How do you spell "Impressa"?
22           MR. SNELL:  Yeah, what is it?
23   BY MR. GRAND:
24       Q.   That's not an Ethicon product, is it?
25       A.   No.

Page 31

1        Q.   No.  And is that I-m-p-r-e-s-s-a?
2        A.   Yes, it is.
3        Q.   Okay.  You never know with these pharma
4    products.
5        A.   It's a Kimberly Clark product.
6        Q.   And is that -- is that a device or a
7    pharmaceutical product?
8        A.   Well, it's an over-the-counter device,
9    so it's basically an intravaginal tampon
10   specifically designed to put pressure on the
11   urethra so when women wear it they can exercise and
12   not leak.
13       Q.   And you are an investigator in that
14   study?
15       A.   Yes.
16       Q.   Did you design that study?
17       A.   No.
18       Q.   In general do you have -- do you have
19   any experience designing clinical trials?
20       A.   Yes.
21       Q.   What clinical trials have you designed?
22       A.   We can look at my CV.
23       Q.   If you want to, look at your CV.
24       A.   Sure.  Hold on.
25           THE WITNESS:  Thank you, Burt.  I

Page 32

1    don't know which pile it's in.
2    BY MR. GRAND:
3        Q.   So we are looking at the same thing, is
4    this your first report or the supplemental report?
5        A.   This is the first report, but I don't
6    see the CV in here, so I --
7        Q.   You can be -- you can -- well, I have
8    the copy that was in my report.  I can give that to
9    you.
10       A.   That would be great.
11           MR. GRAND:  We will mark your July
12   2014 report as Elser 3.
13           (Elser Exhibit 3 was marked for
14           identification as of 11/5/15.)
15           MR. GRAND:  Did you want this?
16           MR. SNELL:  I will take it.  I don't
17   think I have her CV.  If I did, it's somewhere
18   in all of this stuff.
19           MR. GRAND:  So, I've got it.  It's
20   Attachment A.
21           THE WITNESS:  A lot of trees in this
22   room.
23           MR. GRAND:  Yes.
24   BY THE WITNESS:
25       A.   Okay.  Now I forgot what you asked.  You

Page 33

1    want to know what studies I had designed.  Was that
2    specifically with regard to stress incontinence?
3    BY MR. GRAND:
4        Q.   Well, actually, I would like to know if
5    you -- if you have ever designed a clinical study
6    as opposed to being an investigator for a clinical
7    study.
8            MR. SNELL:  Form.  Go ahead.
9        A.   So, I'm on Page 4.
10       Q.   Okay.
11       A.   The last one on that page, abdominal
12   sacrocolpopexy and urinary incontinence, was my
13   design.
14       Q.   Was that a randomized control trial?
15       A.   No.  That was a retrospective K series.
16       Q.   That was a retrospective K series?
17       A.   Yes.  On the next page, Page 5, the last
18   two.
19       Q.   And what types of studies were those?
20       A.   The comparison of the different
21   catheters was a randomized controlled trial.
22           And the last study was also an RCT,
23   which I helped design as part of the continence
24   program for women, and that's it on this page.  The
25   others were not published.

Denise M. Elser, M.D.

Page 34

1     Q.   Do you currently sit as a reviewer for
2  any medical journals?
3     A.   Yes.
4     Q.   Which ones?
5     A.   The International Urogynecologic
6  Journal, The Obstetrics and Gynecology Journal, The
7  American Journal of Obstetrics and Gynecology and
8  Female Pelvic Medicine Reconstructive Surgery.
9     Q.   And actually, while you have your resume
10  open, if you look at -- sorry -- Page 4.  I just
11  wanted to clarify.  The consultation for the Food
12  and Drug Administration panel --
13     A.   Yes.
14     Q.   -- did that begin in 2013 or was it
15  2014?
16     A.   They do background checks, so they first
17  asked me to be part of it in 2013.
18     Q.   Okay.  So but the first time you sat on
19  a panel was 2014, correct?
20     A.   Yes -- no.  Sorry.  The first time I sat
21  on it was 2015.
22     Q.   2015, okay.  And you are a nonvoting
23  member, correct?
24     A.   Correct.
25     Q.   Would you hold yourself out as an expert

Page 35

1  in clinical trial design?  Do you consider yourself
2  an expert in clinical trial design?
3     A.   I'm very familiar with clinical trial
4  design, but it's not what I do on a regular basis.
5     Q.   So is that a no?
6         MR. SNELL:  I object to the form,
7  asked and answered.
8     Q.   Do you hold yourself out as an expert in
9  clinical trial design?
10     A.   I understand clinical trial design.  I'm
11  not an expert in it.
12     Q.   What about material science?  Do you
13  consider yourself an expert in material science?
14     A.   No.
15     Q.   Do you consider yourself an expert in
16  the design of medical devices?
17     A.   No.
18     Q.   Do you consider yourself an expert in
19  epidemiology?
20     A.   No.
21     Q.   Have you received special training with
22  respect to analyzing clinical -- analyzing and
23  evaluating clinical studies?
24     A.   What do you mean by "special training"?
25     Q.   Courses in epidemiology or statistics or

Page 36

1  clinical trial design.
2     A.   I have had statistic courses, and then
3  throughout our training and working career we have
4  journal club where we talk about how to analyze
5  articles.
6     Q.   When was the last time you had a
7  statistics course?
8     A.   Oh.  15 years ago.
9     Q.   And can you tell me a little bit more
10  about this journal club you just referenced.
11     A.   In our practice we will have meetings
12  where we pull articles to read and discuss them
13  with other physicians and have someone analyze the
14  article.
15     Q.   And what's the name of that journal
16  club?
17     A.   It doesn't have a name.  It's just our
18  practice and we have --
19     Q.   So you do that within your private
20  practice?
21     A.   Yes.
22     Q.   Okay.  So, you get together with the
23  physicians in your practice and you discuss
24  articles?
25     A.   Correct.

Page 37

1     Q.   How often does that happen?
2     A.   Every few months.
3     Q.   Every few months.  I would like to mark
4  as --
5     A.   Does that mean I can close this one now,
6  that page?
7     Q.   Yes.
8     A.   That page?  Okay.
9     Q.   Yeah.  If it is easier for you to refer
10  to your report moving forward, please feel free to
11  do so.  I just want to have a copy of your report
12  in the record.
13         MR. GRAND:  I'm going to mark as
14  Elser 4 your supplemental report.
15         (Elser Exhibit 4 was marked for
16         identification as of 11/5/15.)
17  BY MR. GRAND:
18     Q.   Do you need a copy of that?
19     A.   I have a copy here.
20     Q.   Now, in your first report from July of
21  2014 you had reserved the right to supplement your
22  report based on new information --
23     A.   Yes.
24     Q.   -- in response to Plaintiffs' experts,
25  as I recall.  Is that correct?

10 (Pages 34 to 37)

Denise M. Elser, M.D.

Page 38

1    A.   Correct.
2    Q.   And one of the things that was revised
3  in your supplemental report was the list of
4  materials you relied on, correct?
5    A.   Correct.
6    Q.   Okay.  Did you prepare that reliance
7  list?
8    A.   It was a combination.
9    Q.   A combination of what?
10    A.   Of some were provided to me by the
11  attorneys and there were many articles that I
12  pulled and provided to them.
13    Q.   Okay.  Just to be clear, I'm actually --
14  I will ask about that.  I'm going to ask
15  specifically about the preparation of the list
16  itself.  Did you prepare the reliance list, or was
17  that prepared by attorneys?
18       MR. SNELL:  You mean the paper?
19       MR. GRAND:  Yeah, the actual list that
20  was submitted.
21       MR. SNELL:  We prepared that.  I will
22  put that on the record.
23  BY MR. GRAND:
24    Q.   Okay.  Were you aware that there were
25  approximately 575 new medical articles added to

Page 39

1  that list?
2       MR. SNELL:  I'm going to object it
3  lacks foundation.
4    Q.   All right.  We will go through them one
5  by one.  I want you to put both your reports beside
6  you there so that you can compare the reliance list
7  in the original report to the one in your
8  supplemental report.
9    A.   Okay.  I start -- this doesn't look like
10  the page that you have.
11    Q.   No.  I'm looking at the second report,
12  the supplemental report.
13    A.   Okay.  I'm with you.
14    Q.   So, before we actually look at those,
15  when you were preparing your report, did you --
16  when you first drafted this report for the Corbet
17  case, the original report, how did you seek to
18  identify articles that would be relevant to your
19  opinions?
20    A.   Some I knew existed from prior reading,
21  so I pulled and printed them to have available.
22  Some I did literature search to look for articles I
23  thought would be relevant, and some were provided
24  to me.
25    Q.   Some were provided to you by attorneys?

Page 40

1    A.   Yes.
2    Q.   Okay.  So, if you look about the fifth
3  from the bottom on your revised list, which is the
4  one on your left, you see that "Abdel-Fattah,
5  Transobturator tension-free vaginal tapes:  Are
6  they the way forward"?  Do you see that article?
7    A.   Yes.
8    Q.   Dated 2007?
9    A.   Yes.
10    Q.   Do you see that article in your original
11  reliance list?
12    A.   No, I don't see that one.
13    Q.   That was an article that was certainly
14  available at the time that you wrote your original
15  report, correct?
16    A.   Yes.  It had already been printed, but
17  sometimes when you do a literature search not
18  everything may show up.  You may find new articles
19  even if they were printed previously.
20    Q.   Would it surprise you if the majority --
21  that the majority of the ones you added were
22  available many, many years before you wrote your
23  report?
24    A.   I don't know.  I have not analyzed that
25  yet.

Page 41

1    Q.   Do you have a copy of this article in
2  your file?  You brought your file here today.
3    A.   I don't know if that one is in it or
4  not.
5    Q.   Are all the articles you relied on in
6  your file?
7    A.   Not everything from this reliance list
8  is in my file, but there are many articles in the
9  file.
10    Q.   If you didn't rely on it, why would it
11  be in your file?
12    A.   Some of these are here because they were
13  provided and some were ones that I've read in the
14  past.  I may not specifically have cited it in the
15  report.
16    Q.   So there may be articles in your
17  reliance list that have nothing to do with your
18  opinions?
19       MR. SNELL:  Form.
20    A.   There could be.
21    Q.   Did you review this list before it
22  was -- the revised list before it was submitted?
23    A.   I looked at it.
24    Q.   You know there are a number of articles
25  relating to the Prolift product in there?

11 (Pages 38 to 41)

Denise M. Elser, M.D.

Page 42

1  A.  Yes.
2  Q.  Is that relative to your opinions in
3  this case?
4  A.  Not in this case.
5  Q.  Then why did you have it in your report?
6  MR. SNELL:  I told you, we prepared
7  that.
8  MR. GRAND:  Okay.  Well, it's her
9  report, though.  Either she knows or she
10  doesn't know.
11  MR. SNELL:  That's fine.
12  BY THE WITNESS:
13  A.  No.  This list was prepared, was printed
14  by the attorneys' office.  I did not -- some
15  articles were added.
16  BY MR. GRAND:
17  Q.  So, is it fair to say this really isn't
18  a reliance list for your report?
19  A.  Are you saying this is not the list
20  specific to my report?
21  Q.  Yes.
22  A.  Some of the articles are not specific to
23  this report.
24  Q.  So, this list actually just is all the
25  articles you may have reviewed or had sent to you

Page 43

1  by attorneys?
2  A.  Correct.
3  Q.  So if I wanted to know which articles in
4  here you viewed as new information or material that
5  you've reviewed in response to the Plaintiffs'
6  expert reports, how would I be able to identify
7  that?
8  A.  Well, I would be happy to mark up a copy
9  for you and get it to you.
10  Q.  Okay.  I am going to request that, and
11  I'm not trying to be difficult.  I'm trying to
12  understand what you will be talking about when you
13  come to trial as opposed to what is completely
14  irrelevant to your report.
15  A.  Okay.
16  Q.  I'm expecting you can.  I don't want to
17  spend the day going through this list one by one.
18  A.  Are you sure?
19  MR. SNELL:  Well, we can do that.  She
20  is here to help you or to do whatever you
21  want, and you have her report where she cites
22  to articles and discusses them.  So, you know,
23  if you want to ask her, ask her.
24  MR. GRAND:  She just told me she
25  doesn't know.

Page 44

1  MR. SNELL:  She told you to pull that
2  stuff is --
3  MR. GRAND:  She has to go through it.
4  MR. SNELL:  Well, we will try to go
5  through it then at a break or at lunch.  How
6  about that?
7  MR. GRAND:  Okay.
8  MR. SNELL:  She has already said the
9  Prolift stuff isn't -- isn't going to be
10  discussed or pertinent.
11  BY MR. GRAND:
12  Q.  Have you read all the articles that are
13  on this list?
14  A.  Not every article.
15  Q.  What?
16  A.  Not every article.
17  Q.  If you go several pages in, beyond the
18  medical articles, do you see there is a list of
19  documents?
20  MR. SNELL:  What page are you -- which
21  one are you referring to?
22  MR. GRAND:  It's not numbered.
23  MR. SNELL:  The one that's -- are you
24  talking about production materials or other
25  material?  I mean, they are labeled at the

Page 45

1  top.
2  MR. GRAND:  Yes, it would be
3  production materials.
4  BY MR. GRAND:
5  Q.  Do you see it?  Are you there?
6  A.  Starts with letter to the FDA -- from
7  the FDA?
8  Q.  Yes.  That would be the first item on
9  that list.  Have you reviewed all the materials on
10  this list?
11  A.  No.  I have reviewed several but not
12  every one.
13  Q.  Is it fair to say if you didn't review
14  it, you certainly didn't rely on it, correct?
15  A.  Correct.
16  Q.  And then after that is a list of medical
17  records and as well as other types of materials and
18  the expert reports.  Do you see that?
19  A.  Not yet.
20  Q.  If you keep going, I think it is
21  probably the next page.
22  A.  Yeah, I think I'm getting there, yeah.
23  Okay.
24  Q.  Now, is this -- is this an update to the
25  list of medical records you reviewed, or are these

12 (Pages 42 to 45)

Denise M. Elser, M.D.

Page 46

1    new records you reviewed since the last report?
2        A.   No.  Some of these I would have reviewed
3    for the original report.
4        Q.   Okay.  And have you seen or reviewed the
5    IME report that was done by Dr. Fleischmann?
6        A.   No.
7        Q.   Would that be relevant to your opinions?
8        A.   I would be interested in her findings.
9        Q.   Well, she conducted --
10       A.   My opinions are based on the exams to
11   date and medical records provided to me.
12       Q.   Were you aware that last month
13   Dr. Fleischmann conducted a medical examination of
14   Kathryn Corbet?
15       A.   I only just heard about it.
16       Q.   Okay.  When did you hear about it?
17       A.   This morning.
18       Q.   Okay.  Did you request a copy of the
19   examination?
20       A.   No, not yet.
21       Q.   It would certainly be relevant to your
22   opinion, correct?
23       A.   It might be.
24       Q.   Well, for instance, if she were
25   suffering -- if she had complaint of dyspareunia,

Page 47

1    that would be relevant to your opinion, correct?
2            MR. SNELL:  Form.
3        A.   I would certainly want to --
4            MR. SNELL:  Foundation.  Go ahead.
5        A.   I would want to know what her current
6    complaints are and, more importantly, what the exam
7    finding are.
8        Q.   Right.  To be fair, to render an opinion
9    in this case, you would want to have the most
10   up-to-date information available, correct?
11           MR. SNELL:  Objection, form.
12       A.   I would like to look at the up-to-date
13   exam.
14       Q.   Me too.
15       A.   We are closing this set right now?  I
16   don't want to mess up the papers.
17       Q.   We are closing the reliance list.
18       A.   Okay.
19       Q.   I don't want to ask you any more
20   questions about the reliance list.  My
21   understanding is you are going to look at it during
22   the break and try to tell me what you think is
23   relevant to your opinions.
24           MR. SNELL:  We will probably do that
25   over a break at lunch because it might take a

Page 48

1    little long.
2            MR. GRAND:  I'm not trying to hold you
3    to doing that in ten minutes.
4            THE WITNESS:  We want to do it
5    justice.
6            MR. SNELL:  Obviously all the material
7    is cited in her reports directly.
8            MR. GRAND:  Yes.  I'm not questioning
9    that, and just to be clear, I appreciate that
10   there are articles cited in the text of the
11   report itself, and it's very clear to me that
12   you are relying on those articles.
13           MR. SNELL:  Okay.
14           MR. GRAND:  What's not clear to me is
15   there is a lot of -- a lot of additional
16   materials in the supplemental reliance list,
17   and I need to know what I need to be prepared
18   for at trial.
19           MR. SNELL:  Let's go off the record
20   for a second.  Is that okay?
21           MR. GRAND:  Sure.
22           THE VIDEOGRAPHER:  The time is
23   10:13 a.m., and we are going off the video
24   record.
25           (Discussion was had off the

Page 49

1        record.)
2            THE VIDEOGRAPHER:  The time is
3    10:17 a.m., and we are back on the video
4    record.
5    BY MR. GRAND:
6        Q.   Dr. Elser, I understand that you have
7    brought your file with you today, correct?
8        A.   Yes.
9        Q.   And as part of that you have brought us
10   a thumb drive and seven DVDs or CD-ROMs with --
11   seven CD-ROMs, correct?
12       A.   Yes.
13       Q.   Does this constitute all of the medical
14   literature and records or documents you will have
15   reviewed for this case?
16           MR. SNELL:  I'm going to object to
17   form.  There is other stuff she brought, just
18   so the record is clear, because the video is
19   not showing all of the materials she brought.
20           MR. GRAND:  Okay.
21           MR. SNELL:  I just want it to be
22   accurate.  That's all.
23           MR. GRAND:  No.  I want to understand
24   what we need to be walking away from here with
25   today, so...

13 (Pages 46 to 49)

Denise M. Elser, M.D.

1      MR. SNELL:  You are free to mark
2   everything, and I have no problem with it, and
3   I think that's why the doctor brought it, so
4   you would have fair notice on all of the stuff
5   she has reviewed and considered.  I know it is
6   pretty voluminous, but I don't know any way
7   around that, to be honest with you.
8      MR. GRAND:  Okay.
9      MR. SNELL:  Sometimes your experts
10   just show up a thumb drive, sometimes they
11   have hard copies.  I mean, I make judgments on
12   what I mark and don't mark, but I don't want
13   there to be, you know, some misrepresentation
14   that that's all she has looked at, because she
15   did bring some hard copy stuff here today that
16   may or may not be in that.  That's all I am
17   trying to say.
18  BY MR. GRAND:
19      Q.   Doctor, I'm trying to identify what
20   materials you reviewed and relied on in preparing
21   your report, both of your reports.
22          Beyond this thumb drive and these CDs,
23   what else is there?
24      A.   I believe -- I believe the thumb drive
25   is pretty comprehensive, but as Burt said, there

1   may be some medical records and articles in these
2   binders that are not included on that thumb drive.
3      MR. GRAND:  Okay.  I'm going to mark,
4   I guess -- I don't know how else to do it.  I
5   don't know if I'm going to put a sticker on
6   this or not.
7      MR. SNELL:  That's what I usually do.
8   Just mark them in order so that they are
9   clear.
10      MR. GRAND:  I'm going to mark the
11   thumb drive and the --
12      MR. SNELL:  Why don't you mark the
13   thumb drive separate.
14      MR. GRAND:  All right.  I'm going to
15   mark the CDs as Elser 5, and there is seven of
16   them, and I'm going to read out the titles of
17   them.
18          One is "Ethicon Gynecare Pelvic Mesh
19   Litigation, Additional Medical Records &
20   Transcripts Corbet," and that appears to be
21   dated 8/25/15.
22          Another one is marked "Corbet Ethicon
23   Gynecare Pelvic Mesh Litigation."
24          Another one is marked "Ethicon
25   Gynecare Pelvic Mesh Litigation Edwards," and

1   that's dated July 2nd, 2015.
2          Now, would this pertain to the TVT-O
3   case we were discussing earlier?
4      A.   Yes.
5      Q.   Would there be materials on this that
6   are relevant to your opinions in this case?
7      A.   There could be.
8      Q.   Another one marked "Ethicon Gynecare
9   Pelvic Mesh Litigation TVT-O."
10          Another one dated July 31st, 2015, "New
11   Prolift/POP studies."
12          Another one dated 7/31/15 that says
13   "Sling Long-Term Articles."
14          Another one dated June 2nd, 2015,
15   pertaining to the Edwards case.
16          And these are -- all of these CD-ROMs
17   are labeled Butler Snow.  Is it fair to say these
18   were provided to you by Butler Snow?
19      A.   Yes.
20      Q.   Okay.  And then we have additional
21   medical records and transcripts from the Corbet
22   case and this is dated August 25th, 2015?
23      A.   Yes.
24      Q.   Would it be fair to say you were working
25   on the supplemental report as early as August 25th,

1   2015?
2      MR. SNELL:  Form.
3      A.   No.  I put the date on of when the
4   disk -- when I opened the envelope just to help me
5   keep track.  I may not have even have looked at it
6   until I knew that we were going to do an additional
7   report.
8      MR. GRAND:  Okay.  So those we are
9   going to let the court reporter -- can you
10   take and make a copy of it so we can get the
11   originals back to Dr. Elser?
12      THE REPORTER:  I think so.
13      MR. GRAND:  I'm going to mark as
14   Elser 6 --
15      MR. SNELL:  And can I just make a
16   request whenever they are copied, can the
17   cover that Mr. Grand read be reflected, can
18   they be separated maybe 7, you know, A, B, C,
19   D so that we know the different DVDs instead
20   of one large PDF file that is a cumulation of
21   all the electronic files on there.  I don't
22   know if I'm being clear, but...
23      MR. GRAND:  Yeah, no.  My feeling, I
24   would request if we could actually just get
25   burned copies of the CDs and then maybe just a

14 (Pages 50 to 53)

Denise M. Elser, M.D.

Page 54

1    PDF of the cover and the cover sheet.
2         MR. SNELL:  Yeah, that's what I
3    meant.
4         MR. GRAND:  I'm not suggesting we have
5    to print all these out.
6         I'm marking the thumb drive as
7    Elser 6, and let me just go off the record for
8    a second.
9         THE VIDEOGRAPHER:  The time is
10   10:21 a.m., and we are going off the video
11   record.
12        (Recess taken, 10:21 - 10:36 a.m.)
13        (Said disks were marked Elser
14        Exhibits 5-A through Exhibit 5-G,
15        said thumb drive was marked as
16        Exhibit 6, and certain documents
17        were marked Exhibits 7 and 8, for
18        identification, as of 11/5/15.)
19        THE VIDEOGRAPHER:  The time is
20   10:36 a.m., and we are back on the video
21   record.
22        MR. GRAND:  Okay.  So the record is
23   clear, the court reporter is going to take
24   Exhibit 5, which was the seven CD-ROMs.  She
25   is going to copy them for us, and they will be

Page 55

1    labeled 5-A and 5-B, accordingly, as well as
2    Elser 6, which was the thumb drive.
3    BY MR. GRAND:
4         Q.   During the break I went through your
5    file, and I am satisfied that the things contained
6    in the file are listed on the -- they are things we
7    are already aware of, such as deposition
8    transcripts and various articles, which I do not
9    need to mark or include at this point.
10        There is one thing that I did want to
11   ask you about, which I have marked as Elser 7,
12   which appears to be a small bound document called
13   TVT Development and Early Data.
14        A.   Yes.
15        Q.   Okay.  Did you make this yourself?
16        A.   No.
17        Q.   Was this provided to you by Butler Snow?
18        A.   Yes.
19        Q.   And in fact, there is a letter in here
20   which I have marked as Elser 8, which is a letter
21   from a paralegal at Butler Snow transmitting this
22   to you for your review.  It's dated August 27th,
23   2015.  Do you see that?
24        A.   Yes.
25        Q.   So is August 27, 2015, the first time

Page 56

1    you looked at these articles?
2         A.   No.
3         Q.   What did you do on your own to
4    investigate or find out information about the
5    development of the TVT product and any early data
6    for that product?
7         A.   You mean ever in my whole career?
8         Q.   In connection with the Corbet case.
9         A.   Well, some of --
10        MR. SNELL:  Form.  Go ahead.
11        A.   Well, certainly I have been practicing
12   since TVT first came to the U.S., so I have been
13   reading articles about TVT and its development for
14   many, many years, so some of those articles I had
15   already read and were already in my files and I
16   would have pulled for this case to re-review, and
17   some were provided to me, which I don't remember
18   when between August and now, but I read those
19   again.
20        Q.   Okay.  So, these are not -- these
21   articles you were already aware of.  Did you
22   request that they be compiled for you this way, or
23   did the attorneys do that for you?
24        A.   I did not request that.
25        Q.   Okay.  Let me just keep these together.

Page 57

1         What have you done to satisfy yourself
2    that you have a thorough collection of TVT
3    articles?
4         A.   I'm not sure I understand.
5         Q.   Well, this is a select group of
6    articles, correct?
7         A.   Correct.
8         Q.   You don't believe that this is every
9    article relating to the TVT development or early
10   data on the TVT, correct?
11        A.   Oh, no.
12        Q.   So, my question is, did you -- what did
13   you do to make sure you found other articles that
14   were not provided to you by attorneys?
15        A.   Well, I do literature searches all the
16   time or I read journals as they come out every
17   month related to my field.
18        Q.   We will just set these aside.
19        I want to circle back for a minute and
20   ask you some more questions about your practice.
21   What course of treatment do you currently recommend
22   for patients suffering from SUI?
23        MR. SNELL:  Form.  Go ahead.
24        A.   Patients coming in with stress
25   incontinence, I always counsel them that their

Denise M. Elser, M.D.

Page 58

1  options are conservative to start with.  They don't
2  need to treat it.  They can -- if they are
3  overweight they can lose weight, which should help.
4  They can control their constipation, which affects
5  bladder function, and we can start with pelvic
6  exercise, and specifically my preference is
7  physical therapy, although not all patients have
8  access to that.
9      Other options are to use a device like a
10  pessary or the new Impressa that's over the
11  counter.  We have available to us then surgery for
12  treating the stress incontinence.
13      Q.  Okay.  With respect to surgery, what
14  types of surgical options do you currently
15  recommend or discuss with your patients?
16      A.  My number one recommendation is a sling,
17  a midurethral sling, and there are some instances
18  where I will perform a Burch, and then also I did
19  not include periurethral injections of bulking
20  agents which are indicated for a subset of
21  patients.
22      Q.  So, just to be clear, your -- is your
23  sort of -- and understanding this may vary from
24  patient to patient and how they present to you,
25  your first-line recommendation would be more

Page 59

1  conservative treatments?
2      A.  Yes.
3      Q.  And then if you feel a surgical option
4  is needed, you would then go to a mesh sling?
5      A.  Yes.
6      Q.  And would you do that -- when you said
7  that the injections are limited to a certain subset
8  of patients, what patients are those better limited
9  to?
10      A.  Well, the bulking agents are indicated
11  for patients with intrinsic sphincteric deficiency,
12  which we abbreviate as ISD, and most specifically
13  those that don't have a hypermobile urethra, so a
14  fixed urethra; and it tends to not be a good option
15  for young women and it's more reserved for frail
16  elderly.
17      Q.  Other than a Burch procedure, are there
18  any types of, for lack of a better word,
19  traditional surgical options that you still employ?
20      A.  So, if you are asking about traditional
21  pubovesical slings, I don't perform those any more.
22      Q.  Okay.
23      A.  And I have done lots of them, but I
24  don't offer them.
25      Q.  And with respect to pelvic organ

Page 60

1  prolapse, do you still do procedures involving mesh
2  to treat pelvic organ prolapse?
3      A.  Yes.
4      Q.  Is that -- do you typically do that
5  through the abdominal approach or transvaginal?
6      A.  If I use mesh, the majority are
7  abdominal, but I still employ vaginal mesh.
8      Q.  And which products do you currently use
9  to treat pelvic organ prolapse, mesh products?
10      A.  Most commonly I will use the Elevate,
11  which is an AMS product.
12      Q.  Do you use any Gynecare meshes to treat
13  pelvic organ prolapse currently?
14      A.  No.
15      Q.  Okay.  I'm going to ask you some
16  questions about your first report, the July report.
17      A.  Okay.  I think that's this one.
18      Q.  Towards the bottom of Page 1 you said,
19  you state, second-to-the-last line from the bottom,
20  "I am involved in teaching at the resident and
21  fellow level."  Is that rounds, basically?
22      A.  We have had fellows in the office,
23  although currently I don't have one, and residents
24  work with us in the office and in the operating
25  room.

Page 61

1      Q.  Okay.  And you have already discussed
2  the slings that were -- the mesh slings that are
3  available at your hospital, correct?
4      A.  Yes.
5      Q.  And when you do procedures at any -- at
6  the hospitals in which you work in, are you -- do
7  you have your own informed consents or do you rely
8  on the hospital's forms?
9      A.  When I'm working at the hospital or when
10  I'm consenting a patient for surgery?
11      Q.  Consenting a patient for surgery.
12      A.  Okay.  So, I do have my own consents in
13  the office that I will go over with the patient
14  when we are talking about surgery, implanting it.
15      Q.  Do you have a different -- a different
16  consent form that you use for mesh slings?
17      MR. SNELL:  Form.
18      A.  I have a consent form for stress
19  incontinence surgery and I have a consent form for
20  prolapse surgery.
21      Q.  Would you have a copy of those in your
22  file?
23      A.  I don't think so.
24      MR. GRAND:  We would like to request a
25  copy of those consent forms, just whatever the

16 (Pages 58 to 61)

Denise M. Elser, M.D.

1    template is.
2  BY MR. GRAND:
3      Q.    And does your consent form vary from the
4  hospital's?  Is it different from the hospital's
5  consent form?
6      A.    Yes.
7      Q.    The hospital's consent form tends to be
8  a sort of catchall for anything that could go wrong
9  in a procedure?
10         MR. SNELL:  Form.
11     A.    The hospital's consent form is pretty
12  vague and generic.
13     Q.    Do you think that's generally true of
14  hospitals?
15     A.    Yes.
16     Q.    Now, looking at Page 2 of that report,
17  you say, "In a typical week, I perform numerous
18  incontinence and prolapse surgeries involving mesh
19  and native tissue repairs, in addition to other
20  surgeries"?
21     A.    Yes.
22     Q.    "I have also performed revision
23  surgeries following incontinence and prolapse
24  surgeries."
25         Do you perform revision surgeries -- is

1  that generally on your own patients, or do you find
2  that you are referred patients from other doctors
3  for revision surgeries?
4      A.    Both.
5      Q.    Now, you said, "Our practice's sling
6  revision rate for either exposure or incomplete
7  bladder emptying is 4.5 percent."  We discussed
8  that earlier, correct?
9      A.    Correct.
10     Q.    Of that 4.5 percent, do you know, none
11  of those, based on what you told me, none of those
12  would relate to the TVT, correct?
13         MR. SNELL:  Form.
14     Q.    The TVT retropubic.
15     A.    I don't think that's true.
16     Q.    Well, you said you haven't used the TVT
17  retropubic.
18     A.    Oh, I'm sorry.  You mean not Exact.
19  Most likely not, because I think at the time I
20  looked at this data it was after we were already
21  using Exact.
22     Q.    Okay.  So this 4.5 percent would not
23  relate to the TVT retropubic product, correct?
24         MR. SNELL:  Form.
25     A.    I don't think so.

1      Q.    And in fact, it may relate to other
2  products besides the TVT Exact or Abbrevo, correct?
3      A.    Yes.
4      Q.    It could include Boston Scientific or
5  AMS products as well, correct?
6      A.    Correct.
7      Q.    Skipping ahead to Page 30 of your
8  report, which I believe is where you begin to
9  address Kathleen Corbet specifically, on Page 31
10  you note, "At her deposition, Mrs. Corbet testified
11  she experienced symptoms of both urge and stress
12  urinary incontinence leading up to her July 14th,
13  2011 surgery."
14         Do you see that?
15     A.    Yes.
16     Q.    What symptoms of urge incontinence are
17  you asserting that she testified to?
18     A.    I can look at her deposition with you,
19  but I can't be more specific than that right now.
20  This is what I assessed at the time I was looking
21  at her deposition.
22     Q.    You say she also reported those symptoms
23  on Dr. Harrell's intake questionnaire in April of
24  2011, correct?
25     A.    Correct.

1      Q.    What symptoms of urge incontinence did
2  she have in Dr. Harrell's intake questionnaire?
3      A.    Well, again, do you want me to -- do you
4  want to look at those?
5      Q.    Sure.
6      A.    Okay.
7         I'm just not finding it right now, but
8  I'll keep looking.
9         Oh.  The questionnaire is -- there is a
10  questionnaire here with 18 questions, and it's
11  number 12, "When you feel the desire to urinate, do
12  you lose urine before you can get to the bathroom
13  or toilet seat?"
14     Q.    Okay.  So based on the response to that
15  one question, you are of the opinion that she had
16  urge incontinence prior to implant of her sling?
17     A.    Yes.
18         MR. SNELL:  Form.  Go ahead.
19     Q.    And she did not have frequent urination
20  during the night, correct?
21     A.    No.  She said no at that time.
22     Q.    And she did not have frequent urination
23  during the daytime hours either, did she?
24         MR. SNELL:  Form.
25     A.    She said -- "Do you empty your bladder

17 (Pages 62 to 65)

Denise M. Elser, M.D.

Page 66

1  frequently?" She said "Sometimes."
2      Q.  I'm looking at question 14.
3      A.  I know. 14 she said no, but 15 is a
4  sometimes.
5      Q.  And obviously Dr. Harrell examined her
6  during that -- at that time, correct?
7      A.  Correct.
8      Q.  And Dr. Harrell did not diagnose her
9  with urge incontinence, correct?
10     A.  I will look at his first note.
11         The impressions that he wrote down was
12  cystocele and rectocele.
13     Q.  Keep going. And stress urinary
14  incontinence, correct?
15     A.  Well, I'm sorry. Are we on a different
16  page?
17     Q.  Well, you were reading the diagnosis.
18     A.  Yeah. This says chief complaints,
19  complained of dropped bladder, new patient, and
20  this is a typed --
21     Q.  Okay.
22     A.  -- note, and you might be looking at H&P
23  before surgery.
24     Q.  Do you see chief complaint, dropped
25  bladder and stress urinary incontinence?

Page 67

1      A.  I think mine looks like an office note.
2  It just says chef complaints, dropped bladder, new
3  patient.
4      Q.  Okay.
5      A.  Oh, yes. Complaints of occasional SUI.
6  I think we are on different pages.
7      Q.  That's fine. Have you seen any records
8  from Dr. Harrell prior to her surgery indicating he
9  had diagnosed her with -- have you reviewed any
10  records from Dr. Harrell prior to her surgery,
11  implant surgery, where he diagnosed her with urge
12  incontinence?
13     A.  He didn't list that as a diagnosis.
14     Q.  And again, Dr. Harrell examined her at
15  that time, correct?
16     A.  It appears so.
17     Q.  And you have never examined Mrs. Corbet,
18  correct?
19     A.  No.
20     Q.  On Page 32 of your report, the last
21  sentence on Page 31 leading into 32, you state,
22  "Mrs. Corbet also testified that Dr. Harrell warned
23  her of a risk of dyspareunia, although there is a
24  dispute as to whether he described it as
25  temporary."

Page 68

1          What are you basing that on?
2      A.  Well, I wrote there that I took it from
3  her deposition, so I would need to look at her
4  deposition. Do you want me to pull that out?
5      Q.  No. I just want to know what your basis
6  was.
7      A.  Okay.
8      Q.  And you've indicated Mrs. Corbet signed
9  a hospital consent that warned of permanent injury
10  and death, correct?
11     A.  Yes.
12     Q.  Okay. And that's the same sort of vague
13  consent form that the hospital uses?
14         MR. SNELL: Objection, form.
15     Q.  You described it before as vague,
16  correct?
17         MR. SNELL: No. Objection,
18  foundation, form.
19     A.  I described mine as vague, but as far as
20  I know, that was just a hospital consent that would
21  apply to any surgery.
22     Q.  Right. I guess that's my point. It was
23  a hospital consent form that applied to any
24  surgical procedure in the hospital, correct?
25     A.  Yes.

Page 69

1      Q.  There is always a potential for
2  permanent injury and death when you undergo a
3  surgical procedure, correct?
4      A.  Yes.
5      Q.  If you go down a little bit further, the
6  fourth sentence from the bottom on Page 32, you see
7  you indicated by December 2011 more than five
8  months after surgery the patient felt better?
9      A.  Yes.
10     Q.  Is it your opinion that her symptoms she
11  had following surgery had resolved by December
12  2011?
13     A.  That's how it appeared.
14         And if I could clarify, this was she was
15  feeling pressure from this blood clot, and I
16  believe that's what we were referring to here.
17     Q.  Okay. So you are not suggesting that
18  she wasn't experiencing other symptoms at that
19  time?
20     A.  Right.
21     Q.  So you are just referring to the
22  hematoma?
23     A.  Right. She was being followed for a
24  hematoma.
25     Q.  But you saw prior to that there were

18 (Pages 66 to 69)

Denise M. Elser, M.D.

Page 70

1    complaint of dyspareunia, correct?
2         MR. SNELL:  Form.
3    A.   Yes.
4    Q.   And those complaints continued into the
5    following year, correct?
6    A.   Yes, yes.
7    Q.   In fact, you wrote May 2012, ten months
8    postoperatively, Mrs. Corbet continued to have
9    complaints, correct?
10   A.   Yes.
11   Q.   And did you review the pathology from
12   the mesh revision?
13   A.   I had seen the pathology report.
14   Q.   And just to be clear, she was diagnosed
15   with the mesh exposure and it was removed in
16   January of 2013, correct?
17   A.   Yes.
18   Q.   And you know the pathology noted a
19   chronic inflammation and foreign body giant cell
20   reaction, correct?
21        MR. SNELL:  Form.
22   A.   Yes.
23   Q.   Is it your understanding that the
24   foreign body reaction that takes place once a mesh
25   is implanted is transient or a -- or chronic

Page 71

1    ongoing reaction?
2    A.   I believe it can be chronic.
3    Q.   You believe it can be chronic.  And what
4    factors do you think affects whether it's chronic
5    or transient?
6    A.   I really don't know.
7    Q.   If you go ahead to Page 34 in your
8    report, at the very top you wrote, "Despite the
9    findings of stress incontinence and elevated
10   bladder capacity with no DO, even at 780
11   millimeters bladder filling, the patient was
12   randomized to an invasive procedure for OAB and
13   underwent a two-stage InterStim implantation."
14        Are you suggesting that this was an
15   incorrect course of treatment?
16   A.   Excuse me.  No.  I just -- having been
17   involved in other studies regarding urge
18   incontinence, usually patients with OAB have a
19   small bladder capacity.  So, I was just surprised
20   that the study criteria allowed a patient with a
21   maximum capacity of 800, which is very high, to be
22   in the study.
23   Q.   Okay.  So you --
24   A.   I'm not saying that someone with sensory
25   urgency doesn't benefit from InterStim.

Page 72

1    Q.   Okay.  I just want to make sure I wasn't
2    -- I was trying to determine whether that was a
3    criticism of the treating doctor to treat her this
4    way?
5    A.   No.
6    Q.   Is that how you would have treated her?
7    A.   It's an option.
8    Q.   Is that how you would have treated her?
9    A.   I personally don't perform InterStim.
10   Some patients I refer to a partner for InterStim,
11   but my first line may have been different.
12   Q.   What would your first line have been?
13   A.   I would work more on the physical
14   therapy and neuromodulation.  That's less invasive.
15   Q.   And you said you sometimes performed
16   revisions of slings?
17   A.   Yes.  Thank you.  I caught that, yeah.
18   Q.   How many revisions do you perform a
19   year, would you say, sling revisions?
20   A.   I haven't counted that recently, so it
21   would be a guess, but, you know, maybe a couple a
22   month, and it's getting less and less, we are
23   seeing.
24   Q.   I want to ask you some questions about
25   Mrs. Corbet's hematoma.  Is it your opinion that

Page 73

1    the hematoma was caused by her prolapse repair as
2    opposed to the mesh, as opposed to the mesh sling?
3    A.   We don't know if it was caused by the
4    prolapse repair or the sling procedure.
5    Q.   So you don't have an opinion either way?
6         MR. SNELL:  Form.
7    A.   It could be from either one.  No one can
8    know for sure.
9    Q.   And then you state on the next page,
10   "The TVT IFU adequately warns of the risk of
11   hematoma" --
12   A.   I'm sorry.  What's the next page?
13   Q.   I'm sorry.  Page 35, the last sentence
14   right before the urge incontinence section.
15   A.   Yes.
16   Q.   You said, "The TVT IFU adequately warns
17   of the risk of hematoma by warning of punctures or
18   lacerations to vessels."
19   A.   Yes.
20   Q.   And you are referring to the IFU that
21   was in place at the time of her surgery or the
22   current IFU for the TVT?
23   A.   It would have been the one in place at
24   the time of her surgery.
25   Q.   And you believe the warning of the risk

19 (Pages 70 to 73)

Denise M. Elser, M.D.

Page 74

1    of puncturing or laceration is going to be the same
2    thing as warning of the risk of hematoma?
3        A.   I believe any surgeon doing an
4    incontinence or prolapse surgery knows that when
5    operating on anybody you can create bleeding or
6    hematoma, and certainly you know if there is a
7    vessel injury there can be blood loss at the time
8    of surgery or a hematoma that collects.
9            MR. GRAND:  Move to strike as
10   nonresponsive.
11   BY MR. GRAND:
12       Q.   Do you believe that warning of the risk
13   of hematoma is the same as warning of the risk of
14   punctures or lacerations to vessels?
15           MR. SNELL:  Form.
16       A.   I believe it's adequate warning.
17       Q.   Have you reviewed the new TVT label?
18       A.   The new label, the new IFU?
19       Q.   Yes, yes.
20       A.   I reviewed one in the OR yesterday that
21   was a 2014, but I understand there is an even newer
22   one.
23       Q.   You haven't seen the new one yet?
24       A.   No.
25           MR. GRAND:  I'm going to mark -- what

Page 75

1    are we up to?  9.
2            THE WITNESS:  I might need a
3    magnifying glass.
4            MR. GRAND:  I apologize.  This is the
5    way I got it.
6            I'm going to mark as Elser 9 the TVT
7    label that was in place at the time of
8    Mrs. Corbet's implant.
9            THE WITNESS:  I have to lean back a
10   little bit, okay?  Am I still in camera range?
11           THE VIDEOGRAPHER:  Oh, yes.
12           MR. GRAND:  And I'm going to mark as
13   No. 10 the label that was revised in January
14   of this year.
15           (Elser Exhibits 9 and 10 were marked
16           for identification as of 11/5/15.)
17           THE WITNESS:  Thank you.
18           MR. GRAND:  Burt, need copies?
19           MR. SNELL:  Yes, please.
20           THE WITNESS:  That one is a lot
21   bigger.
22           MR. GRAND:  Yes.  That one is easier to
23   read.
24           THE WITNESS:  I can read Greek --
25           MR. GRAND:  What?

Page 76

1            THE WITNESS:  I said I can read Greek,
2    but you want the English, right?
3    BY MR. GRAND:
4        Q.   Yes.  I'm going to ask you to turn to
5    Page 5 of each one.
6        A.   Okay.
7            Okay.
8        Q.   So, I want to call your attention to the
9    adverse reaction section.
10       A.   Okay.
11       Q.   So you will see that --
12       A.   The big one is the new one, right?
13       Q.   Yes, the big one is the new one.
14       A.   All right.
15       Q.   And if you look, they still -- if you
16   look at the first bullet point under the adverse
17   reactions, it says, "Punctures or lacerations of
18   vessels, nerves, structures or organs, including
19   the bladder, urethra or bowel, may occur and may
20   require surgical repair."
21           That is largely the same as in the
22   original?
23       A.   Right.
24       Q.   I think the only difference is they
25   added in the word "structures" as well as

Page 77

1    "urethra."  But you see further down they also
2    included "bleeding, including hemorrhage and
3    hematoma," if you go several bullet points down in
4    the new label.
5        A.   Yes.
6        Q.   In fact, there is multiple reactions
7    that have been added to this new label that are not
8    listed in the first label, such as do you see
9    "acute and chronic pain"?
10       A.   Yes.
11       Q.   Do you see "voiding dysfunction"?
12       A.   Yes.
13       Q.   Do you see "pain with intercourse,"
14   which in some patients may not resolve"?
15       A.   Yes.
16       Q.   Do you see "neuromuscular problems
17   including acute and/or chronic pain in the groin,
18   thigh, leg, pelvic and/or abdominal area may
19   occur"?
20       A.   Yes.
21       Q.   Do you see "recurrence of incontinence"?
22       A.   Yes.
23       Q.   And you already said bleeding, including
24   hemorrhage or hematoma.
25           "One or more revision surgeries may be

Denise M. Elser, M.D.

Page 78

1  necessary to treat these adverse reactions"?
2      A.  Yes.
3      Q.  "Additionally, the Prolene mesh is a
4  permanent implant that integrates into the tissue.
5  In cases in which the Prolene mesh needs to be
6  removed in part or whole, significant dissection
7  may be required"?
8      A.  Yes.
9      Q.  And by that, that's not necessarily a
10 snip in the doctor's office, correct, when they are
11 talking about a significant dissection?
12     MR. SNELL:  Form.
13     A.  If it has to be removed in its whole,
14 right, that would not be done in the office.
15     Q.  That's not a -- that's a much more
16 invasive procedure, correct?
17     A.  Right.
18     MR. SNELL:  Form.
19     Q.  And it's generally going to have to be
20 done under general anesthesia?
21     A.  Under anesthesia.
22     Q.  Do you see under other adverse reactions
23 they have added a whole other section there?  Do
24 you see that?
25     A.  Yes.

Page 79

1      Q.  It has urge incontinence.  That wasn't
2  in the original label either, correct?
3      A.  Correct.
4      Q.  Urinary frequency, urinary retention,
5  adhesion formation, atypical vaginal discharge, and
6  exposed mesh may cause pain or discomfort to the
7  patient's partner during intercourse.  That wasn't
8  in the original label, correct?
9      A.  No.
10     Q.  Do you think that the new label gives
11 better warnings than the original label?
12     MR. SNELL:  Form.
13     A.  It gives more warnings, but taking that,
14 really, you know, what's unique about using mesh
15 versus doing surgery without mesh is the exposure,
16 erosion.  So, being a surgeon, most of these are
17 generic to surgery.  So, it gives more warnings,
18 more specific warnings, but it's not -- these are
19 not especially enlightening.
20     Q.  A lot of risks associated with the
21 surgery are temporary reactions, correct?
22     A.  Like bleeding, you would hope that would
23 be temporary, yeah.
24     Q.  Well, even -- even pain with
25 intercourse?

Page 80

1      MR. SNELL:  Form.
2      A.  You are asking if it is temporary or if
3  it says it is temporary --
4      Q.  I'm asking if the risks associated with
5  the surgery tend to be temporary conditions rather
6  than permanent conditions.
7      MR. SNELL:  Form.  I don't know what
8  you mean by "the surgery."  That's my form.
9      MR. GRAND:  You don't know what
10 surgery we are talking about?
11     MR. SNELL:  Are you talking about a
12 straight TVT or are you talking about --
13     MR. GRAND:  I'm talking about -- well,
14 she's -- strike that.  Let's just go back.
15     MR. SNELL:  That's my form.  If you
16 want to correct it, correct it.  I don't care.
17     MR. GRAND:  I will strike the
18 question.
19 BY MR. GRAND:
20     Q.  Is it your opinion that with the
21 exception of exposure all the risks listed in this
22 new label under adverse reactions, the ones we have
23 just been discussing, are -- are the same risk that
24 would be in any pelvic floor surgery?
25     A.  Okay.  So, foreign body response, you

Page 81

1  could have permanent sutures with foreign body
2  response, and that could happen with any prolapse
3  surgery.  I think the only other thing here unique
4  to sling versus surgery without using mesh is that
5  the mesh might need to be removed in its whole.
6      But otherwise, any surgery for
7  incontinence can have voiding dysfunction, acute or
8  chronic pain, dyspareunia or apareunia, hemorrhage,
9  bleeding, recurrence of incontinence.  So, these
10 are pretty nonspecific.
11     Q.  Exposed mesh that may cause pain or
12 discomfort to the patient's partner during
13 intercourse, that's certainly not with every
14 surgery, right?
15     A.  No, but permanent sutures had the same
16 risk, so sometimes surgeries were done with
17 permanent sutures in the vagina, and that also had
18 the risk.
19     Q.  Is it your testimony that the sutures
20 that may have been done in a more traditional
21 repair carry the same risk of a foreign body
22 response as a large piece of mesh?
23     MR. SNELL:  Form.
24     A.  I wouldn't call a sling a large piece of
25 mesh, but I don't know if it has the same foreign

21 (Pages 78 to 81)

Denise M. Elser, M.D.

Page 82

1    body response. I've not looked at the pathology.
2    But certainly clinically we have patients that come
3    back with granulation tissue, chronic inflammation,
4    and need a couple procedures to get rid of those
5    polyps or granulation tissue, bleeding with
6    intercourse because of those permanent sutures
7    that's in the vaginal wall.
8        Q.   Relative to sutures, there is a lot more
9    mesh in a sling than in a suture, correct?
10           MR. SNELL:  Form.
11       A.   There is more mesh in a sling.
12       Q.   So if a patient is suffering from a
13   foreign body response, they are going to have a
14   greater foreign body response to the sling than to
15   a suture, correct?
16           MR. SNELL:  Form, foundation.
17       A.   There is more mesh material to react.
18   I've never thought of it, like said clinically a
19   patient is suffering from a foreign body response.
20   It's just an unusual phrase.
21       Q.   Have you ever seen materials provided to
22   doctors for TVT products that suggest that the
23   irritation is just transient as opposed to ongoing?
24       A.   The irritation?
25       Q.   The foreign body response.

Page 83

1        A.   I don't recall.
2        Q.   But it's your view that the foreign body
3    response can be ongoing and chronic, correct?
4        A.   Yes.
5        Q.   And it would certainly provide more
6    information to doctors to indicate that it could be
7    ongoing and chronic rather than just transient,
8    correct?
9            MR. SNELL:  Form, foundation.
10       A.   I don't understand.  Can you say that
11   again?
12       Q.   It would be better to provide doctors
13   with information that tells them it can be ongoing
14   and chronic rather than it would just be transient
15   or temporary, correct?
16           MR. SNELL:  Same objection, form,
17   foundation.
18       A.   No, because what I was thinking, it
19   could be chronic.  I don't know.  We don't take all
20   our slings and bring them out of patients and
21   analyze and say is there any foreign body response
22   microscopically.  I don't know if it goes on for a
23   long time or transient.
24       Q.   So you don't hold yourself out as an
25   expert in that area, correct?

Page 84

1            MR. SNELL:  Form.
2        A.   I don't have that information.
3        Q.   You haven't studied that issue?
4        A.   Right.
5        Q.   Have you seen studies showing an
6    increase in urge incontinence following mesh -- the
7    implantation of a mesh sling as high as 25 percent
8    of patients?
9        A.   Yes.
10       Q.   Put the label aside for now.
11           So, you don't have any opinion as to
12   whether the new label is a more -- is a more
13   adequate label than the label that was in place at
14   the time Dr. Harrell implanted the -- I mean,
15   sorry -- Dr. Harrell implanted the sling in
16   Mrs. Corbet?
17       A.   No.  The IFU is the IFU, and as a
18   surgeon, we don't rely on this to know what could
19   go wrong with pelvic surgery.  We want to know
20   specifics to the product.  So, again, there is very
21   little here specific about the product that
22   somebody implanting slings would not already know
23   where it's covered.  We know mesh exposure can
24   happen.  We know patients can have pain.  We know
25   that a sling may need to be removed partially or in

Page 85

1    whole.
2        Q.   You are aware Dr. Harrell testified that
3    he didn't know of many of these issues, correct?
4            MR. SNELL:  Form, foundation.
5        A.   I need to look at his testimony again.
6        Q.   Did you read his testimony?
7        A.   I did, yes, absolutely.  I don't
8    remember that specific answer.
9        Q.   Were you aware that he testified that
10   had he known about the foreign -- the chronic
11   foreign body reaction he would not have implanted
12   the sling?
13       A.   No, I don't remember that.
14       Q.   You are not -- your opinions about what
15   surgeons know don't extend to Dr. Harrell, do they?
16           MR. SNELL:  Form.
17       A.   Meaning I don't know what he knows?
18       Q.   Meaning you don't know what risks
19   Dr. Harrell believes were attendant to the mesh at
20   the time he implanted it in Mrs. Corbet?
21       A.   I don't know exactly what he thought the
22   risks were, but again, someone doing incontinence
23   surgery and prolapse surgery knows the risks --
24   should know the risks of pelvic surgery.
25       Q.   Is that just an opinion you are holding

22 (Pages 82 to 85)

Denise M. Elser, M.D.

Page 86

1   for all, all surgeons?
2       A.   Yes.
3       Q.   So, in your opinion, what risks should
4   have been known to Dr. Harrell at the time he
5   implanted the TVT retropubic in Mrs. Corbet?
6       A.   That's pretty vague.  Did you want me to
7   talk about all risks of surgery, about anything
8   that could and might happen with the sling?
9           MR. GRAND:  Strike that question.
10  BY MR. GRAND:
11      Q.   Getting back to your report -- I'm
12  sorry, actually.  You wrote in your report on
13  Page 36 that the IFU adequately warned of the risk
14  of urge incontinence by warning surgeons that with
15  other procedures detrusor instability can occur.
16      A.   Okay.
17      Q.   And then it says to minimize this risk,
18  make sure that the tape tension -- the tape is
19  placed tension-free in the midurethral position.
20  Do you see that in the label?
21      A.   No.  What page are you on?
22      Q.   I'm sorry.  Above the adverse event
23  section.
24      A.   Okay.  You've got highlights.  I don't
25  have that advantage.  Okay.

Page 87

1       Q.   It's like three bullet points up.
2       A.   Yes.
3           THE VIDEOGRAPHER:  Excuse me,
4   counselor.  We have to end this tape now.
5           MR. GRAND:  We need to switch the tape
6   out.
7           THE VIDEOGRAPHER:  The time is
8   11:25 a.m.  This is the end of Tape 1, and we
9   are going off the video record.
10          (Recess taken, 11:25 - 11:31 a.m.)
11          THE VIDEOGRAPHER:  The time is
12  11:31 a.m.  This is the beginning of Tape 2,
13  and we are back on the video record.
14  BY MR. GRAND:
15      Q.   Just to be clear, with respect to the
16  new label versus the label that was in place at the
17  time of Mrs. Corbet's implantation, you think the
18  original label is just as adequate as the current
19  label --
20      A.   I do.
21      Q.   -- in terms of giving doctors
22  information?
23      A.   Well, because this should not be the
24  only source of information, so I think if a doctor
25  is doing a sling and putting a permanent implant

Page 88

1   in, much of this would be knowledge to them without
2   it being specifically in the IFU.
3       Q.   Well, if for some reason a doctor didn't
4   receive lots of training...
5           MR. SNELL:  Is there a question?
6           MR. GRAND:  I was about to finish.  I
7   thought you were about to make an objection.
8           MR. SNELL:  Well, I am going to.
9   BY MR. GRAND:
10      Q.   Okay.  Do you know how much training
11  Dr. Harrell received?
12      A.   No.
13      Q.   Okay.  Were you aware that Ethicon
14  suspended its training on the TVT after a certain
15  period of time following launch?
16          MR. SNELL:  Objection, foundation.
17      A.   Suspended?  I did know they were not
18  offering training programs for a while.
19      Q.   There certainly is no harm in having
20  more information in the IFU, correct?
21      A.   No.  I don't see any harm in it.
22      Q.   So you don't disagree with -- do you
23  disagree with any of the changes they made to the
24  label?
25      A.   No.

Page 89

1       Q.   I mean, ultimately you would like
2   doctors to have as much information as they can
3   about a product, correct?
4           MR. SNELL:  Form.
5       A.   I want them, right, to understand about
6   the surgery they are doing before they do the
7   surgery.  I just don't know that IFU is the place
8   where physicians should get their education.
9       Q.   IFU is not the sole source of
10  information about the product, correct?
11      A.   Correct.
12      Q.   Getting back to your original report, if
13  we could draw your attention to Page 36, with
14  respect to constipation, is it your opinion that
15  Mrs. Corbet suffered from chronic constipation
16  prior to her implant?
17      A.   Yes.
18      Q.   And what about post implant?
19      A.   I have to look at her records after the
20  implant on the constipation.  Do you want me to?
21      Q.   Yeah, sure.
22      A.   Okay.  When she sees Dr. Smith
23  January 31st she reports constipation.
24      Q.   And you know how her constipation was
25  being managed at that time?

Denise M. Elser, M.D.

Page 90

1     A.   She was taking Colace.
2     Q.   And have you seen visit notes where she
3   says she is doing fine with the stool softener?
4     A.   I don't recall.  I would have to look.
5     Q.   Is it your opinion that the constipation
6   is a causal factor to her urge incontinence?
7     A.   It can be, yes.  It can contribute
8   significantly.
9     Q.   Is it your opinion that it contributed
10   significantly in this case?
11     A.   It is very likely to be part of the
12   problem.
13     Q.   Is it your opinion that the constipation
14   has contributed to her dyspareunia?
15     A.   It can as well.
16     Q.   Is it your opinion that it has
17   contributed to the dyspareunia in this case?
18     A.   It's very likely to be a part of the
19   cause of the dyspareunia.
20     Q.   And what are you basing that on?
21     A.   Based on the patients I take care of
22   with constipation and status post the posterior
23   repair as well as literature, which including the
24   one I put in the report, which was just a patient
25   education brochure talking about constipation.

Page 91

1     Q.   Okay.  Just to be clear, the dyspareunia
2   in the brochure is a complication related to
3   posterior vaginal wall repair, correct?
4     A.   Okay.  Yes.
5     Q.   It's not relating it to constipation,
6   correct?
7     A.   Right.  They just warn about
8   constipation there.
9     Q.   Okay.
10     A.   But yes, if you go on to the next page
11   where I talk about pelvic floor hypertonicity,
12   which can be related to -- causally to
13   constipation, it frequently causes dyspareunia.
14     Q.   If we go on to Page 38.
15         I just want to -- so, just to go back to
16   your constipation section in the report, you cite
17   -- on Page 37 you cite the Kahn study from 1997?
18     A.   Yes.
19     Q.   Okay.  That study linked that the
20   surgery, which was a colporrhaphy -- did I get that
21   correct?
22     A.   Yeah.  That was good.
23     Q.   I have a hard time with that one.
24         -- that the colporrhaphy may worsen or
25   cause constipation, correct?

Page 92

1     A.   Yes.
2     Q.   Okay.
3     A.   This is really a ground-breaking study
4   because up until that time everyone thought if you
5   have constipation, the posterior repair, the
6   posterior colporrhaphy fixes your constipation when
7   you fix a rectocele, and this is really the first
8   study that shows that's wrong.  You have to treat
9   constipation separately because it is a cause of
10   pain and it's related to pain and sexual
11   dysfunction.
12     Q.   Okay.  But the surgery you cite
13   doesn't -- doesn't state that the constipation is
14   causing sexual dysfunction; it's that the prior
15   surgery causes sexual dysfunction?
16         MR. SNELL:  Form.
17     A.   Right.  I'm saying the constipation can
18   lead to pelvic pain which can cause sexual
19   dysfunction.
20     Q.   Okay.  I'm asking you what are you
21   basing that on.
22     A.   I'm basing it on my experience, as well
23   as if you carry on down, there is more examples of
24   some of that literature that supports that, which
25   is Dr. Butrick talking about the pelvic floor

Page 93

1   hypertonicity, which it's all a vicious cycle.  It
2   can be caused by constipation, it can be caused by
3   a posterior colporrhaphy, but they are all
4   connected.
5     Q.   Are you aware of any studies that link,
6   that demonstrate a causal association between
7   constipation and dyspareunia?
8     A.   I don't have those cited here, but I
9   could probably find something.
10     Q.   And you didn't rely on such studies for
11   your report, correct?
12     A.   I'm relying on my experience.
13     Q.   Your experience, and that's your
14   experience with your patients, correct?
15     A.   Right, and reading about the issue, so
16   I'm sure I've also read about it.
17     Q.   If we can proceed ahead to the section
18   on dyspareunia beginning on Page 38.  You cite the
19   Pauls report from 2007?
20     A.   Yes.
21     Q.   That report examined women six months
22   postoperatively?
23     A.   Yes.
24     Q.   You don't think that's an indicator of
25   any potential long-term dyspareunia, correct?

24 (Pages 90 to 93)

Denise M. Elser, M.D.

Page 94

1    A.  It can be.
2    Q.  But the study only looked at people six
3  months postoperatively, correct?
4    A.  Correct.
5    Q.  You wouldn't consider that a long-term
6  study, correct?
7    A.  Oh, no.  I'm saying it could be
8  long-term because of my experience with patients
9  that when they have the surgery, they can have
10  chronic pain afterwards, whether or not they have
11  an incontinence procedure.
12    Q.  For purposes of looking at potential
13  adverse effects of mesh implantation, what would
14  you consider to be a long-term study?
15    A.  Long-term study.  So, you know, when I
16  was a fellow, long-term was more than six weeks, so
17  we were really excited to get three-month data or
18  six-month data, and the practice of our medicine in
19  urogynecology has really changed over the last
20  couple of decades.  So, now we want to really get
21  one-year data, but five-year data makes us feel
22  much more comfortable that we know the long-term
23  effects.
24    Q.  Is it your opinion that Mrs. Corbet
25  suffered from dyspareunia prior to her implant?

Page 95

1    A.  I did not state that, but let me take a
2  look.
3    Q.  I didn't think you did either.  I'm just
4  trying to make sure I understand.
5    A.  Okay.  Do you want me to keep looking
6  or...
7    Q.  If you can tell me that that's not what
8  you -- that's not your opinion, that's fine.
9    A.  Okay.
10    Q.  Then you don't need to look at anything.
11      Are you still looking?
12    A.  Yeah, but I'm listening.
13    Q.  Okay.  I don't want --
14    A.  I'm a multi-tasker.
15    Q.  If you don't have a need to look for it,
16  that's fine.  I just --
17    A.  I'm curious.  I want to look for it.
18    Q.  Are you going to supplement your report
19  right now?
20    A.  Well...
21      I just want to look at that one
22  questionnaire we addressed a couple minutes ago.
23    Q.  Oh, okay.
24    A.  That was where we talked about the urge
25  incontinence.

Page 96

1    Q.  There were still questions on here
2  regarding pain.
3    A.  I know we just looked at it.  Here we
4  go.  No, they don't have any question about it
5  here.  Okay.  So, the answer is no.
6    Q.  On Page 41, your comments on the case,
7  towards the bottom you say, "In my opinion TVT was
8  a good option for Mrs. Corbet."
9    A.  Yes.
10    Q.  What other options would have been
11  available to Mrs. Corbet?  Strike that.
12      Is it your opinion that the TVT should
13  have been the sort of first-line option for
14  Mrs. Corbet based on her presentation?
15    A.  Well, that's the decision made between a
16  patient and her physician.
17    Q.  I understand that.  I'm asking your
18  opinion.
19    A.  She had stress incontinence and she is
20  seeking surgical treatment of prolapse and is
21  counseled and accepts to have an incontinence
22  procedure done at the same time; I have no problem
23  with that.
24    Q.  So you are not suggesting Dr. Harrell --
25  you are not of the opinion that Dr. Harrell did

Page 97

1  anything wrong by implanting a Prolift at that
2  time?
3      MR. SNELL:  Form.  There was no
4    Prolift implanted.
5      MR. GRAND:  I'm sorry.  Strike that.
6  BY MR. GRAND:
7    Q.  You are not suggesting that Dr. Harrell
8  did anything wrong by implanting a TVT retropubic
9  at that time as opposed to an alternative
10  treatment?
11    A.  Right.
12    Q.  Mrs. Corbet's hematoma and the mesh --
13  her mesh exposure are both on the left side,
14  correct?
15    A.  Right, yes, correct.
16    Q.  And your understanding is that the left
17  arm and a portion of the sling were removed but
18  that the right arm remained in place, correct?
19      MR. SNELL:  Foundation, form.  There
20    is no arm in the sling.  I think you are
21    confusing Prolift again.
22      MR. GRAND:  I'm going by the revision
23    record.  Let's see.
24      MR. SNELL:  Okay.
25      MR. GRAND:  "Arm" may not be the right

25  (Pages 94 to 97)

Page 98

1    word.
2         MR. SNELL: Form and foundation.
3    BY MR. GRAND:
4    Q.   Is it your understanding that the
5    left -- the left portion of the sling was removed
6    but the right portion was left intact?
7    A.   I would just like to look at the
8    operative report.
9         Dr. Smith called it the left arm of the
10   sling and removed a portion on the left side of the
11   urethra.
12   Q.   And by "arm," we are not talking about
13   the longer arms that would be -- would accompany
14   the Prolift, for example. We are talking about the
15   section of the sling that would go to the left and
16   to the right of the bladder, correct?
17   A.   Yes.
18   Q.   And at the time of the revision, she had
19   presented with dyspareunia, correct?
20   A.   Yes.
21   Q.   And she had, at least according to
22   Dr. Smith, mild evidence of vaginal atrophy,
23   correct?
24   A.   Yes.
25   Q.   Is it your opinion that atrophy

Page 99

1    contributed to her dyspareunia?
2    A.   Yes. Excuse me. Yes.
3    Q.   What are you basing that on?
4    A.   I base that on experience that vaginal
5    atrophy contributes to dyspareunia.
6    Q.   Even mild vaginal atrophy?
7    A.   Yes.
8    Q.   And on Page 42 -- I believe I may have
9    already asked you this, I just want to be clear --
10   you indicate that Mrs. Corbet's OAB symptoms
11   preexisted her July 14th, 2011 surgery, correct?
12   A.   Correct.
13   Q.   And that's just based on --
14   A.   That questionnaire.
15   Q.   -- that one question in the
16   questionnaire?
17        In the next paragraph you write,
18   "Further, posterior repair is much more likely to
19   result in ongoing pain than a sling even in the
20   presence of sling exposure."
21        What is that based on?
22   A.   That's based on experience and also on
23   literature.
24   Q.   Okay. What literature supports that
25   statement?

Page 100

1    A.   Well, we have a few articles that I know
2    are in our list talking about the risk of pain
3    after a posterior repair compared to the ongoing
4    pain risk in the long-term sling data, which runs
5    at about 1 percent; and it is also my experience
6    that when we have patients who have chronic pain
7    after surgery when they've had both prolapse repair
8    and a sling, it's most often the repair in the
9    pelvic muscles.
10   Q.   You haven't -- when you say you are
11   comparing the incidence of pain in sling studies,
12   and you are saying it's lower than incidence of
13   pain in posterior repair?
14   A.   Yes.
15   Q.   Okay. But you are not talking about a
16   study that does a direct comparison of those two,
17   correct?
18   A.   Well, we have the Pauls study that we
19   looked at a minute ago which said patients had a
20   posterior repair if they have had pain. It did not
21   matter if they had a sling. The presence of a
22   sling or no incontinence surgery did not make a
23   difference in the pain outcome.
24   Q.   But in terms of an analysis of studies,
25   it wouldn't be proper to just take one study done

Page 101

1    in one group of patients maybe in a different
2    period of time undergoing certain procedures and
3    let's say the incidence was, you know, 5 percent in
4    that study and then go look at a completely
5    different sling study with maybe a different
6    patient population, different products, and if the
7    incident was one study -- was 1 percent in that
8    study, it wouldn't be fair to say that it's -- the
9    difference is 5 percent to 1 percent, correct?
10        MR. SNELL: Form, foundation.
11   A.   I would say there -- that may not be the
12   same patient population, granted, but also using --
13   those numbers are so much higher, and it is also my
14   experience that patients who have prolapse surgery
15   are much more likely to have pain than we see in a
16   patient with a simple sling exposure.
17   Q.   Okay. So when you say the posterior
18   repair is much more likely to result in ongoing
19   pain than a sling, you are really sort of basing
20   that on your own feeling based on studies you've
21   reviewed over the years from your own practice
22   experience?
23        MR. SNELL: Form, misstates. Go
24   ahead.
25   A.   My own conclusion -- I wouldn't say it's

26 (Pages 98 to 101)

Denise M. Elser, M.D.

Page 102

1   an emotional feeling -- my conclusion that knowing
2   in my experience of operating on patients for two
3   decades and reading the literature that the rates
4   are much -- that the incidence of pain is almost
5   always going to be directly related to the prolapse
6   repair and not to the sling.
7       Q.    And have you done any analysis, any
8   attempts to pull the studies you've reviewed or do
9   a meta-analysis of the different studies?
10      A.    No.
11      Q.    Are you familiar with the concept of
12  heterogeneity?
13      A.    Yes.
14      Q.    And do you know whether the studies that
15  you looked at relating to dyspareunia following
16  posterior repair, were they long-term studies or
17  short-term studies?
18      A.    I would need to look at those.
19      Q.    How many studies are we talking about?
20      A.    More than a couple.
21      Q.    And what about the -- first off, as a
22  general matter, there is actually very few studies
23  that address the incidence of dyspareunia following
24  pelvic floor surgery or mesh sling surgery,
25  correct?

Page 103

1           MR. SNELL:  Objection, form,
2       foundation.
3       A.    I think there are -- we are gathering
4   quite a bit of evidence in both of those.  A long
5   time ago if it wasn't reported, then we never knew
6   the pre-op incidence, but there are not only
7   reports that talk about pre and post-op but also
8   validated questionnaires that are used very
9   commonly in surgical data.  So, I wouldn't say it's
10  rare to find it.
11      Q.    Well, certainly with the older studies
12  it wasn't even asked about, correct?
13      A.    Right.
14      Q.    So what are the new studies that you
15  rely on that actually track dyspareunia in patients
16  receiving -- patients implanted with mesh slings?
17      A.    Do you want to go through them one by
18  one?
19      Q.    Yeah.
20      A.    Okay.
21      Q.    I would like to know what those are.
22          THE WITNESS:  I'm so sorry.  I'm
23      running out of space here.
24  BY THE WITNESS:
25      A.    I did not highlight as well as you, so

Page 104

1   this will take me a few minutes.
2   BY MR. GRAND:
3       Q.    That's all right.  I'm not so sure how
4   well I highlighted.
5       A.    I have groin pain in the meta-analysis
6   by Schimpf, which runs .34 to 6 percent in the
7   various types of incontinence surgeries.
8           And in the subsequent study, which is
9   the Schimpf study from 2014, which is the
10  systematic review and meta-analysis, they talk
11  about dyspareunia in retropubic obturator
12  mini-slings or pubovaginal slings, and that is 0 to
13  .99 percent; and the numbers of women in these
14  studies are over 3,000 in total.
15      Q.    That's not the TVT retropubic, is it?
16          MR. SNELL:  Objection, form,
17      foundation.
18      A.    Two of the studies were retropubic
19  slings, which had about 500 women.
20      Q.    Okay.  Do you know whether those studies
21  actually tracked dyspareunia?
22      A.    Where they tracked, I don't have those
23  numbers.
24      Q.    You don't know whether the underlying
25  numbers actually tracked dyspareunia, do you?

Page 105

1           MR. SNELL:  Form.
2       A.    Meaning they tracked it.  Well, it
3   wouldn't be reported in here if it wasn't in the
4   study.
5           Okay.  I guess I'm not understanding
6   your question.  Do I know if they asked pre and
7   post-op?  I'm not looking at those studies right
8   now.
9       Q.    Right.  You don't know how it was
10  tracked, correct?  You don't know whether it was by
11  questionnaire --
12      A.    Right.
13      Q.    -- self-reported, whether it was a
14  validated questionnaire?  Do you know whether those
15  studies were long-term or short-term?
16      A.    For those particular results, so they
17  required a minimum of 12 months followup.
18      Q.    So one year?
19      A.    Right.
20      Q.    Which wouldn't be long-term, correct?
21          MR. SNELL:  Form.
22      A.    It is the minimum allowable for
23  long-term.  Five years is preferable, but the
24  minimum we want to see is one year.
25      Q.    For something involving a medical device

27 (Pages 102 to 105)

Denise M. Elser, M.D.

1    do you consider one year a long-term followup?
2        MR. SNELL: Asked and answered, form.
3    A.   It is better than six weeks for sure.
4    Q.   But would you consider it long-term
5    followup?
6    A.   It's in the range.  So, we want five,
7    five is ideal, but one year gives us very good
8    information.  Actually, when we look at the studies
9    that are up to five and ten years that report no
10   increasing rates of adverse effects related to the
11   mesh over a five-year period.
12   Q.   We are going to talk about those studies
13   soon.  But based on your review, there are not a
14   lot of studies that are addressing dyspareunia in
15   women receiving a TVT sling, correct?
16       MR. SNELL: Objection, misstates.
17   A.   There are studies.  What I pulled out
18   for you is studies involving 500 women with the
19   retropubic specifically.
20   Q.   And those studies aren't comparative
21   studies to women who've just had other pelvic floor
22   procedures, correct?
23   A.   No.
24   Q.   Would you consider Mrs. Corbet to be at
25   risk for future erosion?

1    A.   Erosion or exposure?
2    Q.   Exposure.  Well, both.  How are you --
3    first off, what's the difference to you?
4    A.   Erosion, it means that the mesh has
5    eroded into an organ nearby, such as bladder or
6    bowel.  Exposure is when the mesh is open into the
7    vaginal canal so the epithelium has an opening.
8    Q.   Do you think she is at future risk for
9    either occurring?
10   A.   I think it's extremely unlikely that she
11   will develop an erosion, and the mesh has been cut,
12   so it's no longer under tension at all.  There is
13   no band across, under the bladder that can cut into
14   the bladder.
15       Is she at risk for future exposure?  It
16   can happen with aging and more thinning of the
17   vaginal epithelium, and she is not using any
18   estrogen and she already has atrophy, but we know
19   from the long-term studies that the incidence of
20   exposure ongoing ten years after a sling does not
21   seem to be very high at all; in fact, minimum.
22   Q.   Is it your position that she is not
23   currently using estrogen cream?
24   A.   I don't know if she is using it right
25   now or not.

1    Q.   Okay.  So, when you said she is not
2    using estrogen, you are referring to --
3    A.   Yeah, the cream.
4        MR. GRAND:  The cream, okay.  I want
5    to turn to your supplemental report.
6        Let's see.  What time is it?  It is
7    12:05 p.m.  This is probably a good time to
8    break for lunch.
9        THE VIDEOGRAPHER:  The time is
10   12:06 p.m., and we are going off the video
11   record.
12       (Lunch recess taken,
13        12:06 - 1:06 p.m.)
14   A F T E R N O O N   S E S S I O N
15       THE VIDEOGRAPHER:  The time is
16   1:06 p.m., and we are back on the video
17   record.
18   BY MR. GRAND:
19   Q.   Dr. Elser, were you able to during the
20   break look at the reliance list and determine?
21   A.   We started, but it was a little bit too
22   much to get through in one lunch session.
23   Q.   Okay.  I guess I would ask that once you
24   have completed it you could forward a revised
25   reliance list through counsel.

1    A.   Yes.
2    Q.   Thank you.  I want to ask you some
3    questions about some of the studies you cite in
4    your supplemental report.
5        First I want to ask you, under the
6    section Cochrane Review, you have written, "The
7    Cochrane reviews are of the highest level of
8    evidence as demonstrated by the Oxford levels of
9    evidence pyramid."
10   A.   Yes.
11   Q.   You are familiar with other evidence
12   pyramids that would rate randomized clinical trials
13   as the highest form of evidence?
14       MR. SNELL: Form.
15   A.   No.  This is the one that I usually
16   relied on.
17   Q.   This is the one you rely on.  Have you
18   seen others?
19   A.   I've not looked at others.
20   Q.   Do you view the Crochrane review as a
21   systematic review or a meta-analysis?
22   A.   Yes.
23   Q.   Which?
24   A.   Oh.  Sometimes they are a combination,
25   but usually a meta-analysis.

28 (Pages 106 to 109)

Denise M. Elser, M.D.

Page 110

1   Q.   Okay.  Now, the specific review you are
2   talking about is the one that came out this year,
3   the Ford review?
4   A.   Yes.
5   Q.   Okay.  I wanted to ask you some
6   questions about that.  I don't know if you have the
7   complete report with you.
8   A.   I think I do.
9   Q.   You do.  All 250 pages of it?
10  A.   That's why this book is so fat.  Do you
11  want to look at the short report?
12  Q.   For my purposes -- you may need to refer
13  to the longer report.  For my purposes, I'm going
14  to mark into evidence the shorter one.
15  A.   Okay.
16  Q.   But I was trying to spare everyone the
17  burden of walking away with a 250-page report.
18          (Elser Exhibit 10 was marked for
19           identification and re-marked as
20           Exhibit 13 at Page 161.)
21  BY MR. GRAND:
22  Q.   I'm going to mark the summary report
23  from the Cochrane website as Elser 10.  Can you
24  take a look at that and make sure we are both
25  talking about the same report.

Page 111

1   A.   Okay.
2   Q.   And this is a summary of the long form
3   report which you are referring to in your report,
4   correct?
5   A.   Yes.
6   Q.   Okay.  On Page 2 of your supplemental
7   report -- are you there?
8   A.   I am.
9   Q.   And in that second paragraph you state,
10  "Most recently, an updated Cochrane review for 2015
11  assessed the literature, including RCTs and
12  registries and observed that for TVT the number of
13  procedures reported ranged from 809 to 4281, and
14  there were found to be low rates of major
15  complications."
16          Did I read that correctly?
17  A.   Yes.
18  Q.   Okay.  When you say "TVT" in this
19  sentence, are you referring to the TVT retropubic
20  or are you referring to all mesh slings?
21  A.   That would be retropubic.
22  Q.   How did you arrive at these numbers for
23  the TVT retropubic?  I could not find in that -- in
24  the long form report, which I looked at online, I
25  could not find a break down that specifically

Page 112

1   tabulated results for the TVT retropubic.
2   A.   Let me look then.  Hold on.
3          Do you have a copy of the short form,
4   not the summary?
5   Q.   Yes.  That's right in front of you.
6   A.   This is the summary, not the short form.
7   There is also a shorter paper.
8   Q.   That's what I have.
9   A.   Okay.  I don't know if I brought that.
10         Yeah, I have to look at the tables on
11  the short form to answer that directly.
12  Q.   You don't have that?
13  A.   I'm still looking.
14         MR. SNELL:  This is -- we are off the
15  record.
16         THE VIDEOGRAPHER:  The time is
17  1:14 p.m., and we are off video record.
18         (Discussion was had off the
19          record.)
20         THE VIDEOGRAPHER:  The time is
21  1:15 p.m., and we are back on the video
22  record.
23  BY MR. GRAND:
24  Q.   So I'm looking at Page 45.
25  A.   Yes.

Page 113

1   Q.   It's on the section Retropubic Tapes.
2   A.   Yes.
3   Q.   So, that was information pulled from
4   registries, correct?
5   A.   Yes.
6   Q.   It was not information pulled from
7   randomized controlled clinical trials, correct?
8   A.   These are reports from registries.
9   Q.   And there is nothing here that indicates
10  that this was just the TVT retropubic or whether it
11  included other sling -- retropubic sling products?
12         MR. SNELL:  Form, misstates.
13  A.   Okay.  It doesn't state here
14  specifically what the registries are from, but most
15  of the registries involve the TVT retropubic.
16  Q.   Okay.  But there may be other products
17  involved in here besides the TVT retropubic,
18  correct?
19  A.   There may be.
20  Q.   Do you know one way or the other?
21  A.   No.  I would have to re-look at those
22  registries.
23  Q.   Okay.  And does it indicate here how
24  many of these involved short-term trials versus
25  long-term trials?

Denise M. Elser, M.D.

Page 114

1    A.   Not on this page.  I would have to
2  re-look at those registries.
3    Q.   And you know that the Cochrane review is
4  somewhat leery of registry data as opposed to
5  randomized clinical control -- randomized control
6  study data, correct?
7        MR. SNELL:  Form.
8    A.   I don't know if they are leery.
9    Q.   Were you aware that only four of the
10  trials had outcomes of greater than five years?
11    A.   I don't recall that.
12    Q.   Let's turn to the summary for a moment.
13  If you could turn to the second page of the
14  summary, it says, "These trials show that over 80
15  percent of women with stress urinary incontinence
16  are cured or have significant improvement in their
17  symptoms with either operation for up to five years
18  after surgery."
19        Did I read that correctly?
20    A.   Yes.
21    Q.   And that's referring to comparing the
22  transobturator approach to the retropubic approach?
23    A.   I don't know if it is comparing them.
24    Q.   Well, if you look at what this review
25  tried to find out on the first page -- strike that.

Page 115

1        This study is not comparing midurethral
2  sling procedures to more traditional forms of
3  treating stress urinary incontinence, correct?
4        MR. SNELL:  Form, misstates the
5    document.
6    A.   So, this review is about midurethral
7  slings.  It's not talking about any traditional
8  repair such as colposuspension or pubovaginal
9  sling.
10    Q.   Correct.  It's comparing transobturator
11  approach versus retropubic approach, correct?
12    A.   Right.
13    Q.   And under either approach, 80 percent of
14  women are cured and presumably 20 percent are not,
15  correct?
16    A.   80 percent are cured, right, right.
17    Q.   And you see a little further down it
18  says, "Only a few trials provided information about
19  the effectiveness of these tapes more than five
20  years after surgery."
21        Did I read that correctly?
22    A.   Yes.
23    Q.   Would you be surprised if there were
24  actually only four trials?
25        MR. SNELL:  I'm going to object to

Page 116

1  foundation on that.  You mean referenced in
2  this?
3    Q.   In the Cochrane review, would it
4  surprise you if there were only four trials out of
5  all of the ones reviewed that had data for more
6  than five years?
7    A.   No.
8    Q.   If you go down to the section that says
9  "Limitations of the Review."
10    A.   Yes.
11    Q.   It said, "Most of our results are based
12  on moderate quality evidence," correct?
13    A.   Yes.
14    Q.   "Most trials did not describe their
15  methods clearly, thus leading to some degree of
16  uncertainty in the findings."
17        Did I read that correctly?
18    A.   Yes.
19    Q.   "At present there are only a limited
20  number of randomized controlled trials (these
21  produced the most reliable results) that have
22  published data beyond five years after surgery.
23  This means that evidence about how effective and
24  safe these procedures are in the longer term lags
25  behind the evidence for them in the short and

Page 117

1  medium term, up to five years."
2        Did I read that correctly?
3    A.   Yes.
4    Q.   So, would you agree with them that
5  long-term evidence is going to be greater than five
6  years and anything less than that would be short-
7  to medium-term?
8    A.   They call short- and medium-term up to
9  five years.  I would call five years long-term
10  data, and this is still -- the evidence on these
11  slings is still more robust than any evidence we
12  have for the traditional surgery.
13    Q.   Would you agree that this is an efficacy
14  review and not a safety review?
15        MR. SNELL:  Object to form, misstates.
16    A.   They do report on safety, but they talk
17  -- it said that they are -- that what this review
18  tried to find out is that efficacy, how effective
19  they are and the rate of potential complication.
20    Q.   Right, but it's fair to say in the
21  underlying -- underlying studies they reviewed they
22  didn't all report on the same safety -- safety
23  endpoints?
24        MR. SNELL:  Form.
25    A.   They probably didn't all report on the

Golkow Technologies, Inc. - 1.877.370.DEPS

Denise M. Elser, M.D.

Page 118

1    same efficacy endpoints either.
2        Q.   Fair enough.  And so when I look at your
3    report and I see basically reprinted that table you
4    were looking at on Page 45, you can't say that that
5    table actually applies to the TVT retropubic
6    product as opposed to other products that may be
7    included in this?
8        MR. SNELL:  Form, misstates.
9        A.   I'm sorry.  We would look at those
10   registries that it came from, and most of the data
11   is going to be from TVT because that was what was
12   involved in most of the registries, but it's not
13   all TVT retropubic.
14       Q.   Right, but you can't say that these
15   particular percentages that you give apply to the
16   TVT product, correct?
17       A.   Well, other studies that look at the
18   5- and 10-year data on the TVT have similar rates.
19       Q.   In the Cochrane study which you are
20   citing, you cannot say that these rates apply to
21   the TVT retropubic product, correct?
22       MR. SNELL:  Hold on.  Objection, asked
23   and answered, misstates.
24       A.   They're reported for retropubic slings.
25       MR. GRAND:  Excuse me?

Page 119

1        THE REPORTER:  Say it again, please.
2        A.   They are reported for retropubic slings,
3    which may not all be TVT.
4        Q.   On the next page of your supplemental
5    report, Page 3, you discuss the Tommaselli
6    meta-analysis?
7        A.   Okay.  Sorry.  I am flipping back and
8    forth here.
9        Q.   I can give you a copy of it.
10       A.   I have the Tommaselli right here.
11       Q.   I'm going to mark a version so it's in
12   the record, but you can feel free to use your own
13   copy.
14       A.   Okay.  Is yours highlighted?
15       Q.   No.  My copy is, not yours.
16       A.   Okay.
17       Q.   Burt would object if I gave you a
18   highlighted copy.
19       A.   I'm sorry.  What page of the report were
20   you on?
21       Q.   I was just referring to Page 3 of your
22   report where you begin to talk about Tommaselli.
23       A.   Okay.
24       MR. GRAND:  I'll mark this as
25   Elser 11.

Page 120

1        (Elser Exhibit 11 was marked for
2        identification as of 11/5/15.)
3        MR. GRAND:  Do you want a copy, Burt?
4        MR. SNELL:  Actually, I have one in
5    here.  I'm good.  Thank you.
6        THE WITNESS:  Yours is bigger font.
7    I'm going to look at this one.
8        MR. GRAND:  Sure.
9    BY MR. GRAND:
10       Q.   Now, like the Cochrane review we just
11   looked at, this compares the obturator approach to
12   the retropubic approach, correct?
13       A.   Yes.
14       Q.   And if you look at, I guess it's Table 1
15   of the study on Page 1256, only five of the studies
16   actually involve the TVT retropubic, correct?
17       A.   That's what it looks like.
18       Q.   And in some cases it's comparing it to
19   the TVT-O; in other cases it's comparing it to
20   other manufacturer's products; correct?
21       A.   Yes.
22       Q.   And in fact, it looks like there is less
23   than 400 TVT-R patients implicated at all, correct?
24       A.   I haven't added it up, but that looks
25   like a good ballpark.

Page 121

1        Q.   And only 35 of those patients had
2    followup of five years or greater, correct?
3        A.   Well, you have 35 in study number 15.
4    Study number 18 is 60 months, so that's also five
5    years.
6        Q.   And 82 of them were at three years,
7    correct?
8        A.   (No verbal response.)
9        Q.   And it looks like some of these trials
10   involved validated questionnaires and some did not,
11   correct?
12       A.   Correct.
13       Q.   And in fact, it looks like this involved
14   ten different slings, correct, not just the TVT-R?
15       A.   I counted nine, but okay.
16       Q.   You may be correct.  I was eyeballing
17   it.  In fact, if you look at the next page,
18   Table 3...
19       A.   All right.  I'm on Table 2, so it's the
20   next page, the next-next page, Table 3.
21       Q.   Yes.  It lists the number of patients
22   treated and evaluated in the medium-term and
23   long-term per type of device?
24       A.   Yes.
25       Q.   Then you see for TVT retropubic for

31 (Pages 118 to 121)

Denise M. Elser, M.D.

Page 122

1  randomized controlled studies there was 319
2  patients?
3      A.   Yes.
4      Q.   And then there is, I guess, 3,482
5  patients from other types of studies?
6      A.   Yes.
7      Q.   In your experience, is it good practice
8  to combine studies from randomized controlled --
9  combine data from randomized controlled clinical
10 trials with other types of studies?
11     A.   I think other types of studies are still
12 very valuable, and so to gather as much as evidence
13 as we can, which I put all the information
14 together, I think it's wise to look at everything.
15     Q.   My question is not that it's wise to
16 look at everything.  My question is whether --
17 whether combining the results from all different
18 types of studies will give you accurate
19 information.
20     A.   It gives us more information.
21     Q.   But not necessarily accurate?
22          MR. SNELL:  Form.
23     A.   The RCTs have limitations as well.  I
24 want to look at all the information, long-term
25 studies from surgeons doing lots of TVTs and what's

Page 123

1  available in the RCTs as well.
2      Q.   Well, presumably you did.  You've cited
3  this study, correct?
4      A.   Right.
5      Q.   So, you think this was a sound
6  approach --
7      A.   It's an approach to get --
8      Q.   -- or meta-analysis?
9      A.   -- as much data as we can to learn about
10 the outcome.
11     Q.   So, with respect to the conclusions you
12 cite in your report about the number of vaginal
13 erosions at 2.1 percent for retropubic, that's for
14 all retropubic regardless of product, correct?
15     A.   Correct.
16     Q.   So, if the TVT were higher and another
17 product were lower, it would have averaged out to
18 2.1, correct?
19     A.   That is potentially, but since most of
20 the studies we know out there which are TVT, not
21 retropubic, because it has been out there the
22 longest, it probably skews the evidence toward
23 whatever was really TVT results.
24     Q.   Set that aside.
25          I want to ask you about the Svenningsen

Page 124

1  2013 TVT registry.  I will mark that as Exhibit 12.
2          (Elser Exhibit 12 was marked for
3           identification as of 11/5/15.)
4          MR. GRAND:  Do you want a copy of
5  that, Burt?
6          MR. SNELL:  Let me see if I have.
7  Yeah, I will take a courtesy copy if you have
8  it.  Thank you.
9  BY MR. GRAND:
10     Q.   Now, this study attempted to follow up
11 on women who had undergone a TVT retropubic
12 procedure, correct?
13     A.   Yes.
14     Q.   And this was basically a registry study?
15     A.   Well, they've pulled women from the
16 registry and invited them back specifically to
17 answer questions about this study, so it is not
18 strictly a registry study.
19     Q.   Right.  They -- I believe they
20 identified initially 603 women over a four-year
21 period?
22     A.   Yes.
23     Q.   Of those, 542 were still alive?
24     A.   Yes.
25     Q.   And of those, they included 483 women?

Page 125

1      A.   Yes.
2      Q.   Do you know why they excluded some
3  women?
4      A.   I know that some were not willing to
5  participate, but I would have to look back, look
6  through to see why.
7      Q.   And of the 483 women, 327 actually
8  attended a clinical consultation and the other 156
9  participated by phone, correct?
10     A.   Yes.
11     Q.   Now, did you review the questionnaires
12 from this study?
13     A.   No.
14     Q.   Do you know whether they actually asked
15 these women about dyspareunia?
16     A.   I don't know.
17     Q.   And in this study, de novo urgency
18 increased from 4 percent in the first 6 to 12
19 months following surgery up to almost 15 percent at
20 the 10-year followup point, correct?
21     A.   As I believe is included in my report,
22 over ten years' time women this age especially have
23 a natural incidence of increasing urge
24 incontinence, so I would not conclude that that's
25 because they had a TVT.

32 (Pages 122 to 125)

Denise M. Elser, M.D.

1    Q.   And in terms of -- well, sorry.  I just
2 lost my place.  One second.
3         And the way that they evaluated
4 complications was to ask the women what
5 complications they remembered over a 10-year
6 period; is that correct?
7    A.   By questionnaire, it was by
8 questionnaire.
9    Q.   Now, the authors of this did not
10 conclude that the increased incontinence was due to
11 a natural increased incontinence that would happen
12 over time, correct?
13         MR. SNELL:  Form.
14    Q.   They didn't reach the same conclusion
15 you did?
16         MR. SNELL:  Same objection.
17    A.   I'm on Page 1275.  "Our study
18 illustrates the difficulties encountered when
19 evaluating long-term results in an aging
20 population.  Recurrence of stress incontinence as
21 well as recurrence or occurrence of prolapse
22 urgency and urge incontinence over time could be
23 consequences of the surgical procedure ten years
24 previously as well as the effects of normal
25 deterioration of the pelvic floor caused by

1 advancing age."
2    Q.   And on Page 1277 they note that the
3 14.9 percent of women reporting de novo urgency is
4 consistent with incontinence rates in other TVT
5 publications, correct?
6    A.   Right.
7    Q.   So, you would agree with that?
8 Regardless of what you would attribute it to, you
9 would agree that that number is consistent with
10 other TVT studies?
11    A.   Yes.
12    Q.   Now, on Page 8 of your supplemental
13 report --
14         MR. SNELL:  I'm sorry.  I didn't hear
15    what page.
16         MR. GRAND:  Page 8.
17         THE WITNESS:  Okay.  I'm there.
18 BY MR. GRAND:
19    Q.   You give some opinions on the lower half
20 of the page regarding biocompatibility of the mesh
21 and whether the mesh is macroporous and
22 monofilament.  Do you see that?
23    A.   Yes.
24    Q.   You are not a materials expert, correct?
25         MR. SNELL:  Form.

1    A.   Well, I'm not a person who works in a
2 lab studying materials all day, but I am familiar
3 with the Amid classifications and which type of
4 mesh seem to heal well in the pelvis as compared to
5 other types of mesh.
6    Q.   Okay.  You looked at other
7 classifications beside the Amid classification?
8    A.   No.
9    Q.   Have you ever looked at studies that
10 show what the pore size of the mesh is under
11 stress?
12         MR. SNELL:  Form.
13    A.   I have seen that.
14    Q.   Are you going to be offering opinions at
15 trial about the pore sizes of the mesh?
16    A.   If I'm asked about them.
17         MR. SNELL:  And I will say she has
18    identified as macroporous, so those opinions
19    will be elicited at trial.
20         MR. GRAND:  All right.  We will take
21    that up in motion practice.
22 BY MR. GRAND:
23    Q.   You don't consult as a materials expert,
24 correct?
25         MR. SNELL:  Form.

1    A.   No.
2    Q.   And you have never designed a mesh,
3 correct?
4    A.   No.
5    Q.   And you haven't studied explants of
6 mesh, correct?
7         MR. SNELL:  Form.
8    A.   No.
9    Q.   And have you done any research into the
10 effects of -- scratch that.
11         Strike that.
12         Okay.  On the next page you state, "I
13 have used the TVT for about 17 years and noticed no
14 clinical difference between mechanical and
15 laser-cut mesh."
16         Have you reviewed internal documents by
17 Ethicon in which they know the difference between
18 mechanical and laser-cut mesh?
19         MR. SNELL:  Actually, objection,
20    foundation on that one.
21 BY MR. GRAND:
22    Q.   Have you reviewed any of the Ethicon's
23 internal documents relating to the differences
24 between mechanical and laser-cut mesh?
25    A.   It's been a while.  I have read some,

Denise M. Elser, M.D.

Page 130

1   but I'm really referring to our clinical
2   experience, and we don't see a difference.
3       Q.   How do you know the difference between
4   mechanical and laser-cut mesh out of the package?
5       A.   The edges appear smooth, appear more
6   solid and smoother on the laser cut.
7       Q.   Okay.  So, you can tell if I were to
8   hand you two pieces of mesh which was mechanical
9   and which was laser cut?
10      A.   I think so.
11      Q.   And you have tracked that in your
12  practice?
13      A.   We know when the changes were made in
14  the different devices that we're using, and we
15  don't see a change in our cure rates or our
16  exposure rates.
17      Q.   Have you tracked which of your patients
18  received laser-cut mesh versus mechanical-cut mesh?
19      A.   No.
20      Q.   In fact, you haven't tracked recently
21  any of your patients who have received a TVT
22  retropubic laser cut versus mechanical cut,
23  correct?
24          MR. SNELL:  Form.
25      A.   I haven't tracked recently.  I have not

Page 131

1   checked.
2       Q.   Well, you said that your 4.5 percent
3   figure goes back about two years, correct?
4       A.   Correct.
5       Q.   There is not going to be any TVT
6   patients included in that, correct?
7          MR. SNELL:  Same objection.
8       A.   So you are talking about mechanical cut?
9       Q.   We are talking about -- yeah.
10      A.   Oh.  You said laser cut.
11      Q.   Well, retropubic, which is both
12  mechanical and laser cut.
13      A.   Well, I've not pulled and sat and looked
14  at, oh, this is my pile of patients with this data
15  and this is my pile with that data, but I certainly
16  pay a lot of attention to our results; and when
17  products change or we are using a new product,
18  we'll -- we'll know it right away if we are seeing
19  different outcomes and stop and then take a look
20  and say, hey, what's going on, what's different.
21  But we have not had to do that when retropubic went
22  to laser cut or now we went to Exact because we are
23  not seeing different outcomes.
24      Q.   Are you aware that the TVT retropubic is
25  still available in mechanical cut?

Page 132

1       A.   I don't -- I think I've heard that
2   before, but it was not something I knew.
3       Q.   Okay.  So, this isn't something you have
4   actually tracked in your practice, correct?
5          MR. SNELL:  Form.
6       A.   Right.  I just said I've not tracked it.
7       Q.   Okay.  So, when you said we have noticed
8   no clinical difference, it's just that you haven't
9   noticed?
10      A.   Over time.
11      Q.   Well, you haven't used the TVT
12  retropubic in two years?
13      A.   I would notice if all of a sudden our
14  exposure rate is going way up or our pain rate is
15  going up or our cure rate is going down or our
16  retention rate is going up, and I have not noticed
17  a clinical change in our sling patients.
18      Q.   In your next sentence you say, "I have
19  reviewed photographs of the mesh being stretched 50
20  percent, and it is my opinion that this is a
21  laboratory scenario as the mesh is not similarly
22  stretched during implantation."
23          Did I read that correctly?
24      A.   Yes.
25      Q.   Is it your view that the mesh cannot be

Page 133

1   stretched in other ways besides implantation?
2       A.   Once it's implanted, it's very hard to
3   stretch.
4       Q.   There is no stresses that may occur
5   through movement of the body?
6       A.   Once the plastic sheaths are off, it's
7   hard to move it, it's hard to adjust it, so that it
8   would even dramatically change our post-op
9   counseling to patients on what restrictions they
10  have after surgery.  Because it's so hard to move,
11  we think it would be very difficult for them to
12  distort it in any significant way once the plastic
13  is removed.
14          And we were always instructed to take
15  care to not stretch or distort it before
16  implanting, and in the original TVT, the plastic
17  sheath which was overlapped in the middle, it could
18  separate prematurely; and if it separated and got
19  pulled, like if an assistant took it out carelessly
20  out of the package, I would put that away and start
21  fresh with a new product because it was stretched
22  abnormally before it was implanted, and that's not
23  what we want.  So, when we place it with the
24  plastic sheath intact, it does not distort or
25  stretch.

34 (Pages 130 to 133)

Denise M. Elser, M.D.

Page 134

1    Q.   So, your statement that in your opinion
2  it's a laboratory scenario and the mesh is not
3  similarly stretched during implantation, do you
4  have any data or testing to support that?
5    A.   No.  This is my experience from having
6  looked at the mesh in the lab, looking at videos of
7  it stretching when placed on machines and looking
8  at people taking it out of the package and
9  stretching it too far before it's implanted.
10   Q.   When have you looked at mesh in the lab?
11   A.   It would be in cadaver courses.  We
12 would take it and do whatever we could to try and
13 break or stretch it.
14   Q.   When was the last time you had a cadaver
15 course in mesh or you taught a cadaver course in
16 mesh?
17   A.   Maybe three years ago.
18   Q.   You taught a cadaver course with a TVT
19 retropubic three years ago?
20   A.   Yes.
21   Q.   The Svenningsen study you cite --
22        MR. SNELL:  Is that the one we had
23 earlier?
24        MR. GRAND:  Yeah.
25        MR. SNELL:  Did you mark that one 12

Page 135

1  or 13?
2        THE WITNESS:  12.
3        MR. GRAND:  12.
4  BY MR. GRAND:
5    Q.   All the authors are Gynecare or Ethicon
6  consultants, correct?
7        MR. SNELL:  Foundation.
8    A.   I don't know.
9    Q.   Did you read the study?
10   A.   I did.  I don't remember that part.
11   Q.   On Page 1277 there is a section called
12 "Conflict of Interest."  It says Rune Svenningsen
13 once received travel grants from Johnson & Johnson
14 among other companies.  Do you see that?
15   A.   I see that, yes.  I know that's very
16 common in Europe to attend conferences and be
17 treated by a company.
18   Q.   You see Anne C. Staff --
19   A.   Yes.
20   Q.   -- has the received speaker fees, travel
21 grants, advisory board fees and remuneration for
22 clinical drug studies from multiple companies,
23 including Johnson & Johnson/Gynecare.  Do you see
24 that?
25   A.   Yes.

Page 136

1    Q.   And you see Sigurd Kulseng-Hanssen also
2  received travel grants from Pfizer and Gynecare?
3    A.   Yes.
4    Q.   For -- on Page 12 of your supplemental
5  report you state, "The risk of dyspareunia, pain
6  and sexual dysfunction with TVT is very small and
7  less than the pubovaginal sling and Burch
8  colposuspension."
9        Do I read that correctly?
10   A.   Yes.
11   Q.   Okay.  Other than the two sources you
12 cited there, what studies are you pointing to as
13 authority for that?
14   A.   I better look at the other 10-year
15 studies to look at the dyspareunia rate.
16   Q.   And what do you characterize as very
17 small in terms of risk?
18   A.   Well, for Schimpf's report it was less
19 than -- it was like 2 percent or less in the
20 studies.
21        We have a Angioli study, which is a
22 five-year followup looking at TVT versus obturator
23 with 3 percent dyspareunia after five years.
24        I was looking for the Nilsson's 17-year
25 study.  I know it's in here.

Page 137

1    Q.   Would that and the other study you just
2  mentioned be your sources other than the one you
3  referred to in your report?
4    A.   It's the main one looking at long-term,
5  that gave us long-term data to talk about the
6  ongoing rates of dyspareunia and pain.
7        Okay.  When I find that, I will tell
8  you.
9        MR. GRAND:  I do not have further
10 questions right now.
11        EXAMINATION
12 BY MR. SNELL:
13   Q.   Dr. Elser, my name is Burt Snell.  I
14 represent Ethicon and Johnson & Johnson.  I just
15 want to ask you some followup questions, and let's
16 start on the topic we were just discussing.
17 Mr. Grand asked you about data upon which you were
18 relying concerning the low rates of pain or
19 dyspareunia with the TVT retropubic device.
20        Turn, if you would, to Page 5 of your
21 report.
22        MR. GRAND:  Talking about the
23 supplemental?
24        MR. SNELL:  Yes.
25        THE WITNESS:  Got it.

35 (Pages 134 to 137)

Denise M. Elser, M.D.

Page 138

1    BY MR. SNELL:
2        Q.   In the bottom paragraph you cite to a
3    paper by Unger this year, 2015?
4        A.   Yes.  Thank you.
5             MR. GRAND:  Sorry.  I just don't see
6    it.  Oh, got it.
7             THE WITNESS:  Bottom of Page 5.
8    BY MR. SNELL:
9        Q.   And what was the rate of reoperation for
10   pain or dyspareunia in that study?
11       A.   There was far less.  It was 2.7 percent
12   overall, but pain or dyspareunia specifically was
13   .2 percent.
14       Q.   Is that a study you are relying on for
15   your opinions regarding a low risk of pain or
16   dyspareunia?
17       A.   Yes.
18       Q.   There is another study, Nguyen 2012.
19   I'm not sure if I'm pronouncing that correctly.
20       A.   Nguyen.
21       Q.   Nguyen, okay.  So I was totally off.
22       A.   It's N-g-u-y-e-n.
23       Q.   And that was a study regarding
24   reoperation or the need for reoperation due to
25   complications?

Page 139

1        A.   Yes, and their reoperation for pain was
2    .04 percent.
3        Q.   Is that a study upon which you are
4    relying?
5        A.   Yes.
6        Q.   Do you find those studies reliable?
7        A.   Yes, those are reliable.
8        Q.   You already discussed the Schimpf SGS,
9    systematic review and meta-analysis, correct?
10       A.   Yes.
11       Q.   And the American Urologic Association
12   stress incontinence guidelines and meta-analysis?
13       A.   Yes.
14       Q.   I think you identified, those are some
15   of the items that you are relying upon for the low
16   risk of pain or dyspareunia; is that right?
17       A.   Yes.
18       Q.   I'm just going to hand you, and I will
19   give it to Mr. Grand.  Why don't we just mark it.
20   Is this the AUA updated table you were talking
21   about with regard to rates of pain and sexual
22   dysfunction amongst the various stress
23   incontinence --
24       A.   Yes.
25       Q.   -- surgeries?  Okay.

Page 140

1        A.   Yes.
2        Q.   Okay.  And is that something you cited
3    for the opinion that you believe that the rate of
4    pain or dyspareunia with TVT is lower than that
5    with the Burch or the fascial sling?
6        A.   Yes.
7             MR. GRAND:  Just to be clear, are we
8    talking now about TVT retropubic or all TVT
9    products?
10            MR. SNELL:  TVT, TVT retropubic.
11   BY THE WITNESS:
12       A.   It says synthetic midurethral sling, but
13   again, most of their data would come from TVT data.
14   BY MR. SNELL:
15       Q.   And let's take a look at the Tommaselli
16   paper that Mr. Grand marked as Elser No. 11, and I
17   would like to just follow up on that point you just
18   made, Doctor.
19            If you would turn to page -- well, the
20   page with Table 3 that Mr. Grand and you were
21   discussing.  Do you see that?
22       A.   Yeah, Page 1258.
23       Q.   If you look at Table 3, now, you had
24   made the point that the vast majority of data on
25   retropubic comes from the TVT retropubic studies,

Page 141

1    correct?
2        A.   Yes.
3        Q.   Is this table and does this systematic
4    review and meta-analysis support your opinion that
5    the vast majority of retropubic data flows from the
6    original TVT retropubic device?
7        A.   Yes.  On a total of retropubic slings,
8    there were 3974 retropubic slings and 3801 of those
9    are retropubic TVT.
10       Q.   So just so we are clear, 3,801 were
11   patients treated with the TVT retropubic device?
12       A.   Yes.
13       Q.   And adding up all the retropubic
14   devices, it was 3,974?
15       A.   Yes.
16       Q.   Fair to say that in the long-term data
17   the TVT device makes up well over 95 percent of the
18   data available?
19       A.   Yes.  It's been around the longest and
20   the most studied.
21       Q.   And so when these studies are reporting
22   rates of complications, whether they use the word
23   "TVT, tension-free vaginal tape" or "retropubic
24   tape," is it fair to say that that data speaks to
25   the TVT retropubic device?

Denise M. Elser, M.D.

Page 142

1    MR. GRAND: Objection.
2    A.    Yes.  Unless it specifically states
3    otherwise, we assume the data is retropubic TVT.
4    Q.    And is that because over 95 percent of
5    the retropubic data flows from the TVT retropubic
6    device?
7    A.    Yes.
8    Q.    You discussed Table 1 with Mr. Grand.  I
9    just think just pointing out for the record, there
10   was a study in there.  I didn't see that you two
11   discussed it, but reference number 17, the longest
12   study with followup, 100 months.  Did that involve
13   the TVT device?
14   A.    Yes, it did.
15   Q.    And you didn't really discuss Table 2,
16   but Table 2 has various other studies and it runs
17   two pages; and fair to say the vast majority of
18   those studies also include the TVT device?
19   A.    Yes, most of those are TVT.
20   Q.    Is there any retropubic device that has
21   ever been available to surgeons like yourself that
22   has more data than the Ethicon TVT retropubic
23   device?
24   A.    No.
25   Q.    Is there any retropubic device that has

Page 143

1    nearly the amount of long-term data as you define
2    long-term as the TVT retropubic device?
3    A.    No.
4    MR. GRAND: Objection, foundation.
5    BY MR. SNELL:
6    Q.    Doctor, you have been regularly, you
7    told us, reading the medical literature for
8    decades?
9    A.    Yes.
10   Q.    Do you stay abreast in your field with
11   regard to stress incontinence devices?
12   A.    I do.
13   Q.    You have looked at various meta-analyses
14   and systematic reviews?
15   A.    Yes.
16   Q.    And in all of those, have you ever seen
17   any retropubic device that has nearly the amount of
18   data that the TVT retropubic device has?
19   A.    No.
20   Q.    Are meta-analyses and systematic reviews
21   a recognized approach to evaluating clinical data
22   in your field of urogynecology?
23   A.    Yes.
24   Q.    Do you rely upon Cochrane reviews,
25   systematic reviews and meta-analyses and the

Page 144

1    guidelines by the various professional societies?
2    A.    Yes.
3    Q.    You and Mr. Grand discussed the
4    Ford/Cochrane review from this year.  Do you recall
5    that?
6    A.    Yes.
7    Q.    I just had a quick question.  I think it
8    was on Page 45.  And so is it fair to say the vast
9    majority of retropubic data is also from the TVT
10   retropubic device?
11   A.    Yes.
12   Q.    And at Page 45 where you reference the
13   registries -- I will let you get to it.
14   A.    Yeah, yes.
15   Q.    You reference and said that those
16   registries would include and pertain to the TVT
17   retropubic device?
18   A.    Yes.
19   Q.    For instance, Kuuva 2002, is that a
20   registry that you are familiar with?
21   A.    Yes.
22   Q.    You recognize that as one of the
23   earliest Scandinavian registries on the original
24   TVT retropubic device?
25   MR. GRAND: Objection.

Page 145

1    A.    Yes, I do.
2    Q.    Well, I mean, you've presented on the
3    TVT retropubic device, including clinical data on
4    it, to other doctors?
5    A.    Yes.
6    Q.    You have presented with slides that
7    actually referenced and discuss the Kuuva registry
8    for TVT?
9    A.    Yes.
10   Q.    You were familiar with that long before
11   I ever contacted you?
12   A.    Yes.
13   Q.    All right.  And a question was posed
14   about the retropubic data in the Cochrane review,
15   not the website but the actual document.  I'm going
16   to read it to you.  It says, "From the above list
17   of registries, the tension-free vaginal tape."
18   Would that be the TVT device we have been
19   discussing today?
20   A.    Yes.
21   Q.    The number of procedures reported range
22   from 809 to 4,281 and are found below, and you
23   included that information in your report?
24   A.    Yes.
25   Q.    I believe Mr. Grand asked you a question

37 (Pages 142 to 145)

Denise M. Elser, M.D.

Page 146

1    about whether the Cochrane group was wary -- or I
2    don't mean to use the wrong term.
3        A.   Leery.
4        Q.   -- leery about registry data as opposed
5    to randomized controlled data.
6             My question to you is this:  Did you
7    cite in your report where the Cochrane group states
8    that the rates in these registries are largely of
9    the same order as those reported in the trials
10   included in this review?
11       A.   Yes.
12       Q.   What's the significance of that, if any,
13   with regard to how reliable those registries are?
14       A.   They seem to be keeping track of the
15   data to the same caliber as the long-term RCTs
16   because we are getting similar rates of success and
17   complications.
18       Q.   And is that something you look for in
19   your analyses, consistency in various types of
20   data?
21       A.   Yes.
22       Q.   Mr. Grand asked you a couple questions
23   about the Svenningsen 2013 study that involved --
24   that involved the TVT retropubic device?
25       A.   Yes.

Page 147

1        Q.   I just have two quick questions about
2    that one.  The duration of followup is 129 months,
3    as it states in the abstract, correct?
4        A.   Yes.
5        Q.   Did you find this study reliable?
6        A.   I did.
7        Q.   And on the third page they state that
8    the methods, definitions and units in this study
9    conform to the standards recommended by IUGA and
10   the ICS Joint Report on Terminology For Female
11   Pelvic Floor Dysfunction.
12            Do you see that?
13       A.   Yes.
14       Q.   Is that a way of discussing whether or
15   not this study was conducted within the norms of
16   your field of expertise?
17       A.   It helps us compare apples to apples, so
18   instead of that reporting to us, oh, these patients
19   were all dry, they are using the definitions and
20   the scales created by these societies to help us
21   communicate our data.
22       Q.   You were asked some questions about the
23   2015 IFU versus the IFU that was in effect at the
24   time of Ms. Corbet's surgery, correct?
25       A.   Yes.

Page 148

1        Q.   And I believe you testified it's your
2    opinion that the old label was just as adequate as
3    the new label?
4        A.   Yes.
5        Q.   I believe a question was asked about the
6    implanting surgeon's training.  Let me ask you
7    this:  Did you have an understanding as to whether
8    the implanting surgeon was a medical doctor?
9        A.   He has "M.D." after his name.
10       Q.   Do you know whether he was -- had
11   undergone further training like a residency in
12   urogynecology or gynecology?
13       A.   His deposition CV had stated he had done
14   an OB/GYN residency.
15       Q.   And when you talked about the basic or
16   the risks that flow across incontinence surgeries
17   that a surgeon who is going to do incontinence
18   surgery would be expected to know of, would those
19   risks be taught during gynecologic residency?
20       A.   Yes.
21            MR. GRAND:  Objection, foundation.
22       Q.   Did you undergo a gynecologic residency?
23       A.   I did.
24       Q.   Did you learn about all of those basic
25   risks that you identified here today?

Page 149

1        A.   Yes.
2        Q.   Would those include wound complications,
3    like the suture erosions and --
4        A.   Yes.
5        Q.   Okay.  And not to date you, but did you
6    undergo your residency before -- before TVT was
7    available?
8        A.   Yes.
9        Q.   Has the risk of wound complications,
10   dyspareunia, pain, voiding dysfunction, de novo
11   detrusor overactivity, are those -- have those long
12   been known in your field based on basic, elemental
13   gynecologic training and knowledge?
14       A.   Yes.
15       Q.   You were asked questions about the
16   hematoma that Ms. Corbet had, and I think some of
17   the questions by Mr. Grand seemed to indicate or
18   were prefaced with the terms "after the device was
19   placed."
20            At the time -- strike that.
21            At the time the TVT retropubic device
22   was placed in Ms. Corbet, she underwent a prolapse
23   procedure as well?
24       A.   Yes.
25       Q.   Wouldn't you say that was a posterior

38 (Pages 146 to 149)

Denise M. Elser, M.D.

Page 150

1  colporrhaphy?
2      A.   Yes.
3      Q.   A perineoplasty?
4      A.   Yes.
5      Q.   And are the risks -- is there a risk of
6  hematoma with those procedures?
7      A.   Absolutely.
8      Q.   And have you looked at the medical
9  literature regarding the risk of hematoma with
10 those prolapse surgeries?
11     A.   I have, and there is several reports
12 like a posterior colporrhaphy with risk up to 30
13 percent (inaudible) --
14         THE REPORTER:  Would you please
15 repeat.
16         THE WITNESS:  With posterior
17 colporrhaphy, the risk is up to 30 percent in
18 the literature of a hematoma.
19 BY MR. SNELL:
20     Q.   And have you looked -- obviously a lot
21 of TVT studies and the registries and things like
22 that address the rates of hematomas, correct?
23     A.   Yes.
24     Q.   The Ford/Cochrane review we just looked
25 at said pelvic hematoma occurred in .7 to 1.9

Page 151

1  percent of women.  My question to you is, have you
2  formulated an opinion about the overall risk of
3  pelvic hematoma after the TVT retropubic device,
4  and if so, what is that percentage based on your
5  synthesis of all of the materials you have read and
6  brought here and are relying on?
7      A.   It seems to be less than 5 percent and
8  certainly much lower risk of hematoma with the
9  sling than with a prolapse repair.
10     Q.   Mr. Grand asked you about the
11 supplemental report.  I just want to make sure.
12 I'm not sure maybe I heard things correctly or not.
13         I think in response to Mr. Grand's
14 questions you said you spent 25 to 30 hours
15 drafting your supplemental report.  Now, maybe I've
16 got that right or wrong.  I don't know.  I just
17 want clarification.  How much time did you spend on
18 your supplemental report?
19     A.   So, I spent reading this literature and
20 the records and getting ready for the deposition
21 about 25 to 30 hours, but preparing the
22 supplemental report itself, five or six hours.
23     Q.   The TVT retropubic device and the TVT
24 Exact device, do you view those as significantly
25 different?

Page 152

1      A.   No.
2      Q.   Fair to say in your mind they are the
3  same product?
4      A.   Yes.
5      Q.   They utilize the same Prolene
6  polypropylene macroporous mesh?
7      A.   Yes.
8      Q.   Have you done any literature searches --
9  Mr. Grand asked you about mechanical-cut and
10 laser-cut mesh.  Have you done any literature
11 searches that identify in any clinical studies in
12 women that there is a clinically significant
13 difference depending upon how the edges of the TVT
14 mesh were cut?
15     A.   No.
16     Q.   And for TVT, I'm talking about TVT
17 retropubic device.
18     A.   Right.  I could not find any clinical
19 difference in the literature.
20     Q.   And therefore, let me ask you, the 4.5
21 percent reoperation rate that you went back and
22 analyzed in your practice and found, is that
23 consistent or inconsistent with the data you have
24 seen on TVT retropubic?
25         MR. GRAND:  Objection.

Page 153

1      A.   It is really consistent with the -- with
2  the other data.
3      Q.   You were asked some questions about
4  whether you were an expert or not, and with regard
5  to material science you testified you didn't work
6  in a lab.
7          My question to you is this:  Do you
8  believe you have specialized or scientific
9  knowledge on the use of materials in the pelvic
10 floor -- in the treatment of pelvic floor
11 disorders?
12     A.   Yes.
13     Q.   Have you reviewed the medical literature
14 with regard to the use of various materials in the
15 treatment of stress urinary incontinence?
16     A.   Yes, I have.
17     Q.   How long have you been knowledgeable
18 about the different types of materials that a
19 surgeon like yourself can potentially use to treat
20 stress urinary incontinence?
21     A.   Well, it's been almost 20 years since I
22 first saw Gortex used as a sling, so I have been
23 looking at different mesh materials implanted in
24 the pelvis for a long time.
25     Q.   Is it fair to say you have also

39 (Pages 150 to 153)

Denise M. Elser, M.D.

Page 154

1    evaluated thousands of patients and done thousands
2    of surgeries using various materials?  And I'm
3    talking about pelvic floor surgery.
4        A.   Yes.
5        Q.   Do you believe you are an expert in the
6    clinical application, the efficacy and safety of
7    materials used to treat stress urinary
8    incontinence?
9        A.   Yes.
10       Q.   You were asked a question about
11   epidemiology, and you testified that you didn't
12   think you were an expert in epidemiology.  My
13   question to you is this:  What did you mean by
14   that, first of all, when you answered that you
15   weren't an expert in epidemiology?
16       A.   It's not my chosen career.  I don't go
17   out looking for jobs in epidemiology, but certainly
18   as part of our literature it's something we
19   evaluate when we are looking at studies and how to
20   apply treatments or evaluations in women.
21       Q.   And have you analyzed the medical
22   literature, including epidemiologic studies, with
23   regard to the TVT device and other stress urinary
24   incontinence procedures?
25       A.   Yes.

Page 155

1        Q.   Were you trained on how to evaluate
2    epidemiologic data in your medical school or
3    residency?
4        A.   Yes.
5        Q.   Is that actually part of the core
6    competencies of urogynecology in the field?
7        A.   It is.  I would like to clarify it,
8    because I was asked when was the last time I took a
9    statistic course, which was a long time ago during
10   my fellowship, but when we just took our boards for
11   our female pelvic medicine and reconstructive
12   surgery in 2013, there was a very substantial
13   amount of statistical questions, and our review
14   course was substantially based -- I mean, focused
15   on statistics and epidemiology.
16       Q.   Do you know how to interpret
17   epidemiologic and statistical data?
18       A.   Yes.
19       Q.   And as a reviewer of articles for
20   various journals as well as your regular reading of
21   the medical literature, do you analyze the
22   statistics and the statistical significance and
23   things such as cure rates with regard to those
24   treatment modalities?
25       A.   Yes.

Page 156

1        Q.   You were asked about clinical trial work
2    that you had done, and I believe you identified
3    different clinical trials that you were involved in
4    the design of?
5        A.   Yes.
6        Q.   Do you know how to interpret clinical
7    trial designs?
8        A.   Yes.
9        Q.   Do you -- is that -- strike that.
10           Is understanding the levels of evidence
11   and the different types of clinical trials one can
12   employ or review, is that a basic competency in
13   your field?  I'm talking about to the treatment of
14   stress urinary incontinence.
15       A.   Yes.
16       Q.   So, do you feel you are an expert in
17   epidemiology in clinical trials as it applies to
18   studies evaluating female pelvic medicine and
19   reconstructive surgery?
20       A.   Yes.
21           MR. SNELL:  Let's stop and just change
22   the tape.
23           THE VIDEOGRAPHER:  The time is
24   2:20 p.m.  This is the end of Tape 2 and we
25   are going off the video record.

Page 157

1        (Recess taken, 2:20 - 2:29 p.m.)
2        (Elser Exhibit 14 was marked for
3        identification as of 11/5/15.)
4        THE VIDEOGRAPHER:  The time is
5    2:29 p.m.  This is the beginning of Tape 3,
6    and we are back on the video record.
7    BY MR. SNELL:
8        Q.   Dr. Elser, we were earlier talking about
9    various studies that you are relying on that
10   support your opinion that Ms. Corbet is at a low
11   risk of future surgery or corrective surgery and
12   that there is a low rate of long-term pain.
13           Turn, if you would, to Page 3 of your
14   supplemental report.
15       A.   Okay.
16       Q.   And if you want to look at Exhibit 11 as
17   well, my question pertains to the Tommaselli paper
18   from this year regarding medium- and long-term
19   outcomes.  This is the study we were discussing
20   where you testified more than 95 percent of the
21   retropubic data comes from the TVT retropubic
22   device.
23       A.   Right.
24       Q.   And in your report you say that
25   persistent or pain lasting beyond the immediate

Denise M. Elser, M.D.

Page 158

1  postoperative period was present in only 13 women
2  with retropubic midurethral sling out of 3,974,
3  Table 3. Do you see that?
4      A.   Yep.
5      Q.   Is that consistent or are you relying
6  upon that data for your opinion that the risk of
7  long-term pain and reoperation is very low?
8      A.   Yes.
9      Q.   I just calculated that, and I will
10 represent it's 0.3 percent for that rate, whether
11 you attribute all 13 women to TVT or not.
12      My question to you is, is that 0.3
13 percent consistent with other data you have seen
14 with that similar risk?
15      A.   Yes, it is, very low risk.
16      Q.   Were the American Urologic -- strike
17 that.
18      The American Urological Association
19 stress incontinence, female stress incontinence
20 guidelines, the update, I just want to mark for the
21 record that that was marked as Elser 14 --
22      A.   Yes.
23      Q.   -- that you were referring to earlier,
24 and I believe Mr. Grand has something that he is
25 updating.

Page 159

1      MR. GRAND:  Are you done?
2      MR. SNELL:  No, no.  I just want to
3  make sure the record is clear that why I am
4  doing 14 as opposed --
5      MR. GRAND:  The Cochrane summary which
6  I had previously marked as Elser 10, we are
7  changing that to Elser 13 to correct my
8  mistake in marking exhibits.
9      MR. SNELL:  And that's why I've now
10 marked the AUA Guideline as Exhibit 14.  So
11 thank you, Mr. Grand.
12      (The document marked at Page 110 as
13      Exhibit 10 was re-marked as Exhibit
14      13.)
15 BY MR. SNELL:
16      Q.   You were asked a question about the risk
17 of dyspareunia with the posterior prolapse surgery
18 that Ms. Corbet underwent, and I believe you
19 testified that it was much higher than the rate
20 seen with the TVT retropubic; is that correct?
21      A.   Yes.
22      Q.   And I think you cite to probably in both
23 of your reports, I thought it was a meta-analysis
24 by Micky Karram and Christopher Maher, Surgery For
25 Posterior Vaginal Wall Prolapse.

Page 160

1      A.   Right.
2      Q.   Do you recall that?
3      A.   I do recall that.
4      MR. SNELL:  The tables -- I will go
5  ahead and mark this as Exhibit No. 15 just so
6  you can reference it and we can save time.
7      MR. GRAND:  Do you have a copy of it?
8      MR. SNELL:  I will give it to you.
9      (Elser Exhibit 15 was marked for
10      identification as of 11/5/15.)
11 BY MR. GRAND:
12      Q.   Doctor, do you have that paper handy
13 by --
14      A.   I don't.
15      MR. SNELL:  We can go off the record.
16      THE VIDEOGRAPHER:  The time is
17 2:36 p.m., and we are going off the video
18 record.
19      (Discussion was had off the
20      record.)
21      THE VIDEOGRAPHER:  The time is
22 2:38 p.m., and we are back on the video
23 record.
24 BY MR. SNELL:
25      Q.   Dr. Elser, we have marked the Karram and

Page 161

1  Maher paper on posterior repair, correct?
2      A.   Yes.
3      Q.   What exhibit is that?
4      A.   15.
5      Q.   If you look at Tables 1 and 2, which
6  pertain to normal posterior colporrhaphy and a
7  site-specific repair, you wrote in your report that
8  the overall rates of dyspareunia is 18 percent for
9  either way.  Do you recall that?
10      A.   Yes.
11      Q.   Is that a meta-analysis that you are
12 relying on?
13      A.   Yes.  The Table 1 refers to traditional
14 posterior colporrhaphy.  When they added up all the
15 studies, the dyspareunia rate was 18 percent and
16 the site-specific repair, the dyspareunia rate for
17 all the studies average was also 18 percent.
18      Q.   You mentioned earlier the Kahn paper.
19 That's another paper, the Kahn paper, you are
20 relying on with regard to the dyspareunia rates for
21 posterior repair?
22      A.   Yes.  The Kahn paper is cited in this
23 table.
24      MR. SNELL:  I would like to mark as --
25 what exhibit are we on?

41 (Pages 158 to 161)

Denise M. Elser, M.D.

Page 162

1      THE REPORTER: 16.
2      (Elser Exhibit 16 was marked for
3          identification as of 11/5/15.)
4  BY MR. SNELL:
5      Q.  Exhibit 16 is the registry by Kuuva and
6  Nilsson.  My question to you is very simple.  Is
7  that the registry we earlier discussed that
8  specifically pertains to the TVT retropubic device?
9      A.  Yes.
10     (Elser Exhibit 17 was marked for
11         identification as of 11/5/15.)
12 BY MR. SNELL:
13     Q.  I would like to mark as Exhibit 17
14 another document, and before I do, so Mr. Grand
15 marked various DVDs, thumb drives and some
16 materials you brought here today in response to
17 their request that you produce your file?
18     A.  Yes.
19     Q.  And as I look to the left, there are
20 multiple binders that have not been marked but that
21 you bought those as well?
22     A.  Yes.
23     Q.  And are those materials that you are
24 relying on for your opinions in this case?
25     A.  Yes.

Page 163

1      Q.  You've also brought what's been marked
2  as Elser Exhibit 17.  Can you just tell us what
3  that is?
4      A.  The subpoena request asked me to bring
5  any lectures that I've given on topics of
6  incontinence, so this was a update I gave on
7  urogynecology in September of this year.
8      Q.  Is that a lecture you would have given,
9  is that to patients or doctors or who?
10     A.  It was to OB/GYNs.
11     Q.  Okay.  Does that pertain -- does that
12 lecture pertain to stress incontinence?
13     A.  It talks about incontinence, both urge
14 and stress, but does specifically discuss stress
15 incontinence.
16     Q.  And did you present to gynecologic
17 surgeons on the TVT retropubic device and other
18 midurethral slings?
19     A.  Yes, I did discuss slings, midurethral
20 slings in this talk.
21     Q.  Did you present and discuss with other
22 surgeons clinical study data regarding both stress
23 incontinence and urge incontinence treatments?
24     A.  I did.
25     Q.  And that's just part of your normal

Page 164

1  professional practice that you present to other
2  doctors with regard to stress and urge
3  incontinence?
4      A.  Yes.  This was at a -- at an ACOG
5  course.
6      Q.  Questions were asked of you about the
7  pathology report after --
8      THE VIDEOGRAPHER:  Excuse me,
9  counselor.  Your microphone.
10 BY MR. SNELL:
11     Q.  Some questions were asked about the
12 pathology report following the mesh excision in
13 Mrs. Corbet's case.  Do you recall that?
14     A.  Yes.
15     Q.  And that there was chronic inflammation
16 reported in the pathology report?
17     A.  Yes.
18     MR. SNELL:  Can I have another exhibit
19 sticker.
20 BY MR. SNELL:
21     Q.  So, Dr. Elser, when the original surgery
22 was done, that was a transvaginal surgery where the
23 placement of TVT and the posterior colporrhaphy was
24 accomplished?
25     A.  Yes.

Page 165

1      Q.  And that was in July 2011 --
2      A.  Yes.
3      Q.  -- as you wrote in your reports?
4      A.  It was also a cystocele repair, because
5  we keep saying a sling and posterior repair, but it
6  was a cystocele repair as well as the posterior
7  repair.
8      Q.  And does the cystocele repair -- is that
9  a prolapse surgery?
10     A.  Yes.
11     Q.  Okay.  Does it have all those same risks
12 you identified for posterior repair; namely, wound
13 complications, pain, effect on urination and
14 bladder function?
15     A.  Yes.
16     Q.  And did you see that at the time of the
17 original surgery some of Mrs. Corbet's vaginal
18 tissue was excised and sent to pathology as well?
19     A.  Yes.
20     (Elser Exhibit 18 was marked for
21         identification as of 11/5/15.)
22 BY MR. SNELL:
23     Q.  I would like to give you Exhibit 18.  Do
24 you recognize that as the pathology report from the
25 initial date of surgery when Mrs. Corbet had her

42 (Pages 162 to 165)

Denise M. Elser, M.D.

Page 166

1  prolapse surgeries and the placement of the
2  retropubic sling and the perineoplasty?
3      A.  Yes.
4      Q.  And does that pathology report document
5  that she had mild chronic inflammation in her
6  vaginal tissues before the TVT retropubic sling had
7  even been placed and grown in?
8      A.  Yes.
9      Q.  You opined that Mrs. Corbet's prognosis
10 is good and she is at a very low risk of surgery in
11 the future; is that correct?
12     A.  Yes.
13     Q.  And is that based upon all of the -- are
14 you relying on the TVT studies we have been
15 discussing today and that are cited in your reports
16 and are contained in the thumb drive and materials
17 produced?
18     A.  Yes.
19         MR. SNELL:  I will turn over the
20 witness.  I will just note for the record
21 there are literally seven or eight binders
22 that we haven't marked, but you are free to,
23 if you would like.
24         MR. GRAND:  I will say on the record
25 that I have reviewed those binders and that

Page 167

1  they contain literature that is already cited
2  in the reliance materials that I have, so I
3  didn't feel a need to mark them and burden our
4  court reporter with having to transport tons
5  of binders.
6         MR. SNELL:  That's fine.
7         MR. GRAND:  Just a couple of quick
8  question.
9         FURTHER EXAMINATION
10 BY MR. GRAND:
11     Q.  The pathology report that Mr. Snell just
12 showed you, the difference between that one and the
13 pathology report that was done at the time of
14 revision was a foreign body response, correct,
15 reaction?
16     A.  Yes.
17     Q.  So, one may have -- while they both may
18 have inflamed tissue, one has inflamed tissue
19 because of a foreign body reaction, correct?
20         MR. SNELL:  Objection, foundation,
21 form.
22     A.  One has foreign body response associated
23 with a foreign body being there.
24     Q.  Thank you.  Now, we have talked about a
25 lot of studies today, and I want to -- when we talk

Page 168

1  about some of these larger review studies you have
2  cited in your report, they all rely on studies
3  whose primary endpoint was efficacy, correct?
4      A.  They primarily do.  I won't say that
5  they all do.
6      Q.  Okay.  The majority of the studies had
7  efficacy endpoints as the primary outcome, correct?
8      A.  Yes.
9      Q.  Can you point to a single TVT retropubic
10 study where its primary endpoint was a safety
11 endpoint?
12     A.  Not right now.  I would have to look
13 through them.
14     Q.  And in fact, most of the studies that
15 have been included in these reviews that we have
16 been talking about today as noted by the Cochrane
17 report are short- to medium-term studies, correct?
18         MR. SNELL:  Object to form, misstates.
19     A.  Most of the studies are short- to
20 medium- term as defined by Cochrane, and most of
21 the studies use efficacy as the endpoint which is
22 easier to measure; and because we are seeing such a
23 low complication rate, the ability to do an RCT
24 with your primary endpoint being a complication
25 that's running at 2 percent would be very difficult

Page 169

1  to carry out.
2      Q.  Have you looked at the underlying
3  studies in the Cochrane review?
4      A.  Many of them; not every single one.
5      Q.  You are aware that they collected
6  different safety endpoints in those studies,
7  correct?
8      A.  Meaning that it was not the same in each
9  study?
10     Q.  Yes.
11     A.  Yes.
12     Q.  So therefore, it would be very hard to
13 combine those studies for any safety analysis,
14 correct?
15         MR. SNELL:  Objection, form.
16     A.  They combine the data, but it's not all
17 the exact same data points.
18         MR. GRAND:  No further questions.
19         FURTHER EXAMINATION
20 BY MR. SNELL:
21     Q.  Mr. Grand asked you just a couple of
22 questions there, and I want to follow up.
23         You reviewed a lot of studies about the
24 TVT retropubic device, correct?
25     A.  Yes.

43 (Pages 166 to 169)

Denise M. Elser, M.D.

Page 170

1    Q.   Whether or not their primary endpoint
2 was safety or complications, did those studies
3 report on safety and complications?
4    A.   Yes.
5    Q.   Did they report rates of complications?
6    A.   Yes.
7    Q.   Did they discuss perioperative and
8 operative data, how long it took to do the surgery,
9 the discharge times, things of that nature?
10    A.   Many of them did.
11    Q.   Are those important data in your field
12 as a urogynecologist?
13    A.   Yes.
14    Q.   Is that information you considered in
15 forming your opinions about TVT retropubic?
16    A.   Yes.
17    Q.   And the question was asked about
18 specifically a study regarding the primary endpoint
19 of safety.  Do the registries like the Kuuva
20 Nilsson registry we discussed, is one of their
21 primary functions to report safety in very large
22 patient groups?
23    A.   Yes.
24    Q.   And do they do that, in fact?
25    A.   Yes.

Page 171

1    Q.   And are those data reliable specifically
2 to the TVT retropubic device?
3    A.   They appear to be.
4        MR. SNELL:  No further questions.
5        FURTHER EXAMINATION
6 BY MR. GRAND:
7    Q.   The registry data, registry data can
8 only collect followup safety endpoints if the
9 patient returns to that physician participating in
10 the registry, correct?
11    A.   Yes, and that's why the registries are
12 so beautiful in Norway where as far as a captive
13 audience and it's not so easy for a patient to go
14 somewhere else.
15    Q.   With respect to -- there is a difference
16 between being competent in an area and being an
17 expert in an area, correct?
18    A.   I guess it depends on your definition.
19    Q.   Okay.  Well, the NIH isn't running to
20 you asking you to design clinical trials, asking
21 you to design clinical trials for them, are they?
22    A.   No.
23    Q.   And while you feel competent to review a
24 clinical study in a published article, would you
25 also feel competent to do an in-depth analysis of

Page 172

1 that study and find out whether there are errors in
2 their analysis or whether they properly accounted
3 for certain factors which might affect their
4 statistical analysis of the study?
5    A.   Up to a certain level.
6    Q.   Up to a certain level, but you wouldn't
7 hold yourself out as an expert to perform those
8 tasks, correct?
9        MR. SNELL:  Form.
10    A.   I would consult with the statistician.
11    Q.   You would consult with a statistician.
12        With respect to safety endpoints, there
13 is a difference in a study that has a primary
14 endpoint of safety and a study that just collects
15 data about safety as a secondary endpoint, correct,
16 or even a post hoc analysis, correct?
17    A.   Right, because it may not be powered to
18 measure differences in that secondary outcome.
19    Q.   Okay.  So -- exactly.  So, some of the
20 studies that we have been talking about today may
21 not have even been powered to capture safety
22 endpoints, correct?
23        MR. SNELL:  Form.
24    A.   They might have been powered to tell a
25 difference between two in between, safety between

Page 173

1 two procedures.  It doesn't mean they are not
2 effectively collecting safety data.
3    Q.   Right.  And in fact, many of the studies
4 involved a small number of patients and only were a
5 year-long, if not less, correct?
6    A.   Many of them.
7    Q.   And those studies may not be adequately
8 powered to find certain complications that may
9 arise with mesh, correct?
10        MR. SNELL:  Form.
11    A.   It's possible.
12    Q.   In fact, some of the studies we were
13 looking at were only three-month studies, correct?
14    A.   Some were.
15        MR. SNELL:  Foundation, I think, on
16 three month.
17    Q.   In a three-month study would you expect
18 the rate of -- strike that.
19        MR. GRAND:  I have no further
20 questions.
21        FURTHER EXAMINATION
22 BY MR. SNELL:
23    Q.   Doctor, with regard to your ability to
24 interpret and understand clinical trials, is it
25 correct that you present to other surgeons on

44 (Pages 170 to 173)

Denise M. Elser, M.D.

Page 174

1  clinical trial data and how to analyze those
2  studies?
3     A.   How to interpret the data, yes.
4     Q.   Yes.  I'm sorry.  And in your role as
5  being on the FDA advisory -- strike that.
6        In your role in consulting with the FDA,
7  are you expected to and do you analyze clinical
8  trial data regarding gynecologic devices?
9     A.   Yes.  Let me be clear.  I'm not here as
10  an FDA representative.
11     Q.   No, that's fine.  I don't know the scope
12  of it.
13        And with regard to the primary analyses,
14  in your report you were referencing several of the
15  studies like Jonsson Funk that interrogated these
16  captive audience databases.  Do you recall that?
17     A.   Yes.
18     Q.   And do you recall that those studies,
19  their primary goal, primary power, what they did is
20  they integrated huge databases with thousands of
21  patients, and they specifically looked for safety
22  endpoints like what was the rate of sling revision,
23  removal due to exposure, voiding dysfunction?
24     A.   Yes.
25     Q.   On Page 5 there is a study from Welk

Page 175

1  2015, and you state that it has a 3.3 percent
2  10-year cumulative reoperation rate?
3     A.   Yes.
4     Q.   Did you find that similar to the 9-year
5  3.7 percent rate by Jonsson Funk?
6     A.   Very similar.
7     Q.   And just so we are clear, you and
8  Mr. Grand were discussing how many patients were in
9  various studies, but do you recall that that study
10  by Welk was a Canadian database that analyzed over
11  50,000 women who had received sling placements?
12     A.   Yes.
13     Q.   And so they evaluated safety endpoints,
14  and that was what they primarily reported on,
15  safety endpoints in over 50,000 women getting
16  slings with a 10-year followup?
17     A.   Yes.
18     Q.   Are you aware of any data like that for
19  the Burch or autologous slings?
20     A.   No.
21        MR. SNELL:  That's all I have.
22        MR. GRAND:  No further questions.
23        THE VIDEOGRAPHER:  The time is
24  2:58 p.m.  This is the end of Tape 3.  It's
25  also the end of the deposition of Dr. Denise

Page 176

1        M. Elser, and we are off the video record.
2           (At 2:58 p.m. the deposition was
3            concluded.)

Page 177

1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2        I, PAULINE M. VARGO, a Certified
3  Shorthand Reporter of the State of Illinois,
4  C.S.R. No. 84-1573, do hereby certify:
5        That previous to the commencement of the
6  examination of the witness, the witness was duly
7  sworn to testify the whole truth concerning the
8  matters herein;
9        That the foregoing deposition transcript
10  was reported stenographically by me, was thereafter
11  reduced to typewriting under my personal direction
12  and constitutes a true record of the testimony
13  given and the proceedings had;
14        That I am not a relative, employee,
15  attorney or counsel, nor a relative or employee of
16  such attorney or counsel for any of the parties
17  hereto, nor interested directly or indirectly in
18  the outcome of this action.
19        CERTIFIED TO THIS 10th DAY OF NOVEMBER,
20  A.D., 2015.
21
22        _____
23        Pauline M. Vargo, RPR, CRR
24        Illinois CSR No. 84-1573
25

45 (Pages 174 to 177)

**A**

abbreviate 59:12
abbrevo 18:22 20:13 21:14 64:2
abdelfattah 40:4
abdominal 33:11 60:5,7 77:18
ability 168:23 173:23
able 43:6 108:19
abnormally 133:22
abreast 143:10
absolutely 29:24 85:7 150:7
abstract 147:3
accepts 96:21
access 58:8
accommodate 7:15
accompany 98:13
accomplished 164:24
account 29:22
accounted 172:2
accurate 49:22 122:18,21
acog 164:4
action 1:5 177:18
actual 38:19 145:15
acute 77:9,17 81:7
added 38:25 40:21 42:15 76:25 77:7 78:23 120:24 161:14
adding 141:13
addition 62:19
additional 4:11

48:15 51:19 52:20 53:6
additionally 78:3
address 28:7 64:9 102:23 150:22
addressed 95:22
addressing 106:14
adequate 74:16 84:13 87:18 148:2
adequately 73:10,16 86:13 173:7
adhesion 79:5
adjust 133:7
administration 34:12
advancing 127:1
advantage 21:2 21:7,24 22:3 86:25
adverse 76:9,16 78:1,22 80:22 86:22 94:13 106:10
advisement 28:17
advisory 135:21 174:5
affect 172:3
age 125:22 127:1
agents 58:20 59:10
aging 107:16 126:19
ago 10:25 24:18 36:8 95:22 100:19 103:5 134:17,19 155:9
agree 117:4,13 127:7,9

agreements 29:20
ahead 24:16 33:8 47:4 56:10 57:23 64:7 65:18 71:7 93:17 101:24 160:5
al 5:10,11 6:8,9
alive 124:23
allowable 105:22
allowed 71:20
alternative 97:9
american 34:7 139:11 158:16 158:18
amid 128:3,7
amount 143:1 143:17 155:13
ams 20:24 60:11 64:5
analyses 146:19 174:13
analysis 5:19 26:10,14 28:7 100:24 102:7 169:13 171:25 172:2,4,16
analyze 36:4,13 83:21 155:21 174:1,7
analyzed 40:24 152:22 154:21 175:10
analyzing 35:22 35:22
anesthesia 78:20 78:21
angioli 136:21
anne 135:18
answer 7:17 17:11 26:16 29:23 85:8 96:5 112:11 124:17

answered 35:7 106:2 118:23 154:14
anybody 74:5
apareunia 81:8
apart 16:10
apologize 75:4
appear 130:5,5 171:3
appeared 69:13
appears 51:20 55:12 67:16
apples 147:17 147:17
application 154:6
applied 68:23
applies 17:22 118:5 156:17
apply 68:21 118:15,20 154:20
appreciate 48:9
approach 21:18 22:25 60:5 114:22,22 115:11,11,13 120:11,12 123:6,7 143:21
approximately 38:25
april 64:23
area 77:18 83:25 171:16,17
arent 16:19 106:20
arm 97:17,18,20 97:25 98:9,12
arms 98:13
arrive 23:15 111:22
arrived 27:15
article 5:10,11 5:17,19 36:14 40:6,10,13 41:1 44:14,16

57:9 171:24
articles 14:17 29:1,3 36:5,12 36:24 38:11,25 39:18,22 40:18 41:5,8,16,24 42:15,22,25 43:3,22 44:12 44:18 48:10,12 51:1 52:13 55:8 56:1,13 56:14,21 57:3 57:6,13 100:1 155:19
aside 57:18 84:10 123:24
asked 14:21,21 15:3 28:21 32:25 34:17 35:7 99:9 103:12 105:6 106:2 118:22 125:14 128:16 137:17 145:25 146:22 147:22 148:5 149:15 151:10 152:9 153:3 154:10 155:8 156:1 159:16 163:4 164:6,11 169:21 170:17
asking 16:1 21:18 27:14 28:21 59:20 80:2,4 92:20 96:17 171:20 171:20
asserting 64:17
assessed 64:20 111:11
assistant 133:19
associated 5:20 79:20 80:4 167:22
association 93:6

139:11 158:18
**assume** 142:3
**atrophy** 98:22
98:25 99:5,6
107:18
**attached** 18:4
**attachment**
32:20
**attempted**
124:10
**attempts** 102:8
**attend** 135:16
**attendant** 85:19
**attended** 125:8
**attention** 76:8
89:13 131:16
**attorney** 177:15
177:16
**attorneys** 38:11
38:17 39:25
42:14 43:1
56:23 57:14
**attribute** 127:8
158:11
**atypical** 79:5
**aua** 5:14 139:20
159:10
**audience** 171:13
174:16
**august** 52:22,25
55:22,25 56:18
**authority**
136:13
**authors** 126:9
135:5
**autologous**
175:19
**availability**
19:13,14
**available** 11:14
19:15 39:21
40:14,22 47:10
58:11 61:3
96:11 123:1
131:25 141:18
142:21 149:7

**average** 20:16
161:17
**averaged** 123:17
**aware** 38:24
46:12 55:7
56:21 85:2,9
88:13 93:5
114:9 131:24
169:5 175:18

**B**

**b** 2:10 4:1 5:1
53:18
**back** 17:24
23:19 24:13
26:14,17 49:3
53:11 54:20
57:19 75:9
80:14 82:3
86:11 87:13
89:12 91:15
108:16 112:21
119:7 124:16
125:5 131:3
152:21 157:6
160:22
**background**
34:16
**backup** 28:15,19
**balloon** 30:3
**ballpark** 120:25
**band** 107:13
**base** 99:4
**based** 37:22
46:10 63:11
65:14 90:21
96:14 99:13,21
99:22 101:20
106:13 116:11
149:12 151:4
155:14 166:13
**basic** 148:15,24
149:12 156:12
**basically** 31:9
60:21 118:3
124:14

**basing** 68:1
90:20 92:21,22
99:3 101:19
**basis** 35:4 68:5
**bathroom** 65:12
**beautiful** 171:12
**beginning** 87:12
93:18 157:5
**behalf** 2:2,7 7:8
**believe** 8:7
14:23 18:9
20:15 21:12
22:13 23:1,23
25:18 27:12
50:24,24 57:8
64:8 69:16
71:2,3 73:25
74:3,12,16
99:8 124:19
125:21 140:3
145:25 148:1,5
153:8 154:5
156:2 158:24
159:18
**believes** 85:19
**benefit** 71:25
**bergen** 1:1 6:10
**berl1157514** 1:3
**berl1458914mcl**
1:2
**best** 25:24
**better** 59:8,18
69:8 79:11
83:12 106:3
136:14
**beyond** 24:3,13
44:17 50:22
116:22 157:25
**big** 76:12,13
**bigger** 75:21
120:6
**billing** 8:11 22:9
22:10
**binders** 51:2
162:20 166:21
166:25 167:5

**biocompatibil...**
127:20
**bit** 36:9 69:5
75:10 103:4
108:21
**bladder** 58:5
63:7 65:25
66:19,25 67:2
71:10,11,19
76:19 98:16
107:5,13,14
165:14
**bleeding** 74:5
77:2,23 79:22
81:9 82:5
**blood** 69:15 74:7
**board** 135:21
**boardroom** 1:15
**boards** 155:10
**body** 70:19,24
80:25 81:1,21
82:1,13,14,19
82:25 83:2,21
85:11 133:5
167:14,19,22
167:23
**book** 110:10
**boston** 21:1 64:4
**bottom** 40:3
60:18,19 69:6
96:7 138:2,7
**bought** 162:21
**bound** 55:12
**bowel** 76:19
107:6
**box** 13:10
**break** 7:14,18
17:6 44:5
47:22,25 55:4
108:8,20
111:25 134:13
**bring** 26:22
50:15 83:20
163:4
**brochure** 90:25
91:2

**brook** 1:16 6:7
**brought** 8:8,13
8:14 26:20
41:2 49:7,9,17
49:19 50:3
112:9 151:6
162:16 163:1
**bulking** 58:19
59:10
**bullet** 76:16
77:3 87:1
**burch** 58:18
59:17 136:7
140:5 176:19
**burden** 110:17
167:3
**burned** 53:25
**burt** 2:10,11 4:5
6:16 13:23
15:19 28:13
31:25 50:25
75:18 119:17
120:3 124:5
137:13
**busy** 15:6
**butler** 2:8 5:5
6:16 13:23
52:17,18 55:17
55:21
**butlersnow** 2:11
**butrick** 92:25

**C**

**c** 1:14 2:1 53:18
135:18 177:4
**cadaver** 134:11
134:14,15,18
**calculated** 158:9
**calculation**
26:23
**calculations**
25:9
**caliber** 146:15
**call** 76:8 81:24
117:8,9
**called** 7:2 28:10

29:16 55:12
98:9 135:11
**camera** 75:10
**canadian** 175:10
**canal** 107:7
**cant** 25:5 30:2
64:19 118:4,14
**capacity** 71:10
71:19,21
**captive** 171:12
174:16
**capture** 172:21
**care** 11:11 27:6
80:16 90:21
133:15
**career** 36:3 56:7
154:16
**carelessly**
133:19
**carry** 20:3,7,10
81:21 92:23
169:1
**case** 1:8 4:9 8:16
8:19 9:8,13,14
9:14,17,22,23
9:24 12:16
14:19 16:10,25
17:21,21 24:7
39:17 42:3,4
47:9 49:15
52:3,6,15,22
56:8,16 90:10
90:17 96:6
162:24 164:13
**cases** 9:19 10:3
15:15 17:5
22:23 78:5
120:18,19
**catchall** 62:8
**catheters** 33:21
**caught** 26:2
72:17
**causal** 90:6 93:6
**causally** 91:12
**cause** 79:6 81:11
90:19 91:25

92:9,18
**caused** 73:1,3
93:2,2 126:25
**causes** 91:13
92:15
**causing** 92:14
**caution** 29:19
**cdroms** 49:10,11
52:16 54:24
**cds** 50:22 51:15
53:25
**cell** 70:19
**center** 1:15 2:9
**certain** 21:3
23:19 54:16
59:7 88:14
101:2 172:3,5
172:6 173:8
**certainly** 40:13
45:14 46:21
47:3 56:11
74:6 81:13
82:2 83:5
88:19 103:11
131:15 151:8
154:17
**certificate** 177:1
**certified** 1:13
177:1,2,19
**certify** 177:4
**change** 130:15
131:17 132:17
133:8 156:21
**changed** 22:9,11
94:19
**changes** 18:2
88:23 130:13
**changing** 159:7
**characterize**
136:16
**checked** 131:1
**checks** 34:16
**chef** 67:2
**chicago** 1:14
**chief** 66:18,24
**chosen** 154:16

**christ** 19:22
**christopher**
159:24
**chronic** 70:19
70:25 71:2,3,4
77:9,17 81:8
82:3 83:3,7,14
83:19 85:10
89:15 94:10
100:6 164:15
166:5
**circle** 57:19
**cite** 91:16,17
92:12 93:18
109:3 123:12
134:21 138:2
146:7 159:22
**cited** 41:14 48:7
48:10 93:8
123:2 136:12
140:2 161:22
166:15 167:1
168:2
**cites** 43:21
**citing** 118:20
**civil** 1:5
**clarification**
151:17
**clarify** 34:11
69:14 155:7
**clark** 31:5
**classes** 29:8,9
**classification**
128:7
**classifications**
128:3,7
**clear** 10:9 24:2,8
26:4 38:13
48:9,11,14
49:18 51:9
53:22 54:23
58:22 70:14
87:15 91:1
99:9 140:7
141:10 159:3
174:9 175:7

**clearly** 116:15
**clients** 18:16,18
22:19 23:6
**clinical** 31:19,21
33:5,6 35:1,2,3
35:9,10,22,23
36:1 109:12
113:7 114:5
122:9 125:8
129:14 130:1
132:8,17
135:22 143:21
145:3 152:11
152:18 154:6
156:1,3,6,11
156:17 163:22
171:20,21,24
173:24 174:1,7
**clinically** 82:2
82:18 152:12
**close** 37:5
**closing** 47:15,17
**clot** 69:15
**club** 36:4,10,16
**cochrane** 5:12
109:6,7 110:23
111:10 114:3
116:3 118:19
120:10 143:24
144:4 145:14
146:1,7 150:24
159:5 168:16
168:20 169:3
**colace** 90:1
**collect** 171:8
**collected** 169:5
**collecting** 173:2
**collection** 57:2
**collects** 74:8
172:14
**colporrhaphy**
91:20,24 92:6
93:3 150:1,12
150:17 161:6
161:14 164:23
**colposuspension**

115:8 136:8
**com** 1:25 2:5,11
**combination**
38:8,9 109:24
**combine** 122:8,9
169:13,16
**combining**
122:17
**come** 43:13
57:16 82:2
140:13
**comes** 140:25
157:21
**comfortable**
94:22
**coming** 57:24
**commencement**
177:5
**comments** 96:6
**common** 135:16
**commonly** 60:10
103:9
**communicate**
147:21
**companies**
135:14,22
**company** 135:17
**comparable**
22:7
**comparative**
106:20
**compare** 39:6
147:17
**compared** 100:3
128:4
**compares**
120:11
**comparing**
100:11 114:21
114:23 115:1
115:10 120:18
120:19
**comparison**
33:20 100:16
**competencies**
155:6

competency
 156:12
competent
 171:16,23,25
compiled 56:22
complained
 66:19
complaint 46:25
 66:24 70:1
complaints 47:6
 66:18 67:2,5
 70:4,9
complete 110:7
completed
 108:24
completely
 43:13 101:4
complication
 91:2 117:19
 168:23,24
complications
 5:20 28:3
 111:15 126:4,5
 138:25 141:22
 146:17 149:2,9
 165:13 170:2,3
 170:5 173:8
compound 23:8
comprehensive
 50:25
concept 102:11
concerning
 137:18 177:7
conclude 125:24
 126:10
concluded 176:3
conclusion
 101:25 102:1
 126:14
conclusions
 123:11
conditions 80:5
 80:6
conducted 46:9
 46:13 147:15
conducting

30:15
conferences
 135:16
confidentiality
 29:20
conflict 135:12
conform 147:9
confusing 7:20
 25:19 97:21
connected 93:4
connection 8:12
 56:8
consent 61:16
 61:18,19,25
 62:3,5,7,11
 68:9,13,20,23
consenting
 61:10,11
consents 61:7,12
consequences
 126:23
conservative
 58:1 59:1
consider 35:1,13
 35:15,18 94:5
 94:14 106:1,4
 106:24
considered 50:5
 170:14
consistency
 146:19
consistent 127:4
 127:9 152:23
 153:1 158:5,13
constipation
 58:4 89:14,15
 89:20,23,24
 90:5,13,22,25
 91:5,8,13,16
 91:25 92:5,6,9
 92:13,17 93:2
 93:7
constitute 49:13
constitutes
 177:12
consult 128:23

172:10,11
consultant 9:8
 10:22 11:16,20
 15:16 16:24
consultants
 135:6
consultation
 12:5 34:11
 125:8
consultations
 13:15
consulting 12:6
 15:12 22:10
 174:6
contacted
 145:11
contain 167:1
contained 55:5
 166:16
continence
 33:23
continued 70:4
 70:8
contribute 90:7
contributed
 90:9,14,17
 99:1
contributes 99:5
control 33:14
 58:4 114:5,5
controlled 33:21
 113:7 116:20
 122:1,8,9
 146:5
copied 53:16
copies 50:11
 53:25 75:18
copy 8:3,14
 13:19 17:25
 32:8 37:11,18
 37:19 41:1
 43:8 46:18
 50:15 53:10
 54:25 61:21,25
 112:3 119:9,13
 119:15,18

120:3 124:4,7
 160:7
corbet 1:1,1 4:9
 4:12,13 5:24
 6:8,15 7:8,9
 12:16 16:10,19
 17:21 39:16
 46:14 51:20,22
 52:21 56:8
 64:9,10 67:17
 67:22 68:8
 70:8 84:16
 85:20 86:5
 89:15 94:24
 96:8,11,14
 106:24 149:16
 149:22 157:10
 159:18 165:25
corbets 72:25
 75:8 87:17
 97:12 99:10
 147:24 164:13
 165:17 166:9
core 155:5
correct 10:1,4
 12:22,23 15:6
 16:18 17:1,19
 17:22 19:2,17
 20:18 21:13
 22:15,16 23:14
 25:4 26:13
 28:5 34:19,23
 34:24 36:25
 37:25 38:1,4,5
 40:15 43:2
 45:14,15 46:22
 47:1,10 49:7
 49:11 57:6,7
 57:10 61:3
 63:8,9,12,23
 64:2,5,6,24,25
 65:20 66:6,7,9
 66:14 67:15,18
 68:10,16,24
 69:3 70:1,5,9
 70:16,20 78:10

78:16 79:2,3,8
 79:21 80:16,16
 82:9,15 83:3,8
 83:15,25 85:3
 88:20 89:3,10
 89:11 91:3,6
 91:21,25 93:11
 93:14,25 94:3
 94:4,6 97:14
 97:15,18 98:16
 98:19,23 99:11
 99:12 100:17
 101:9 102:25
 103:12 105:10
 105:20 106:15
 106:22 111:4
 113:4,7,18
 114:6 115:3,10
 115:11,15
 116:12 118:16
 118:21 120:12
 120:16,20,23
 121:2,7,11,12
 121:14,16
 123:3,14,15,18
 124:12 125:9
 125:20 126:6
 126:12 127:5
 127:24 128:24
 129:3,6 130:23
 131:3,4,6
 132:4 135:6
 139:9 141:1
 147:3,24
 150:22 159:7
 159:20 161:1
 166:11 167:14
 167:19 168:3,7
 168:17 169:7
 169:14,24
 171:10,17
 172:8,15,16,22
 173:5,9,13,25
corrective
 157:11
correctly 111:16

114:19 115:21
116:17 117:2
132:23 136:9
138:19 151:12
**couldnt** 17:11
**counsel** 6:12
14:22 57:25
108:25 177:15
177:16
**counseled** 96:21
**counseling**
133:9
**counselor** 87:4
164:9
**counted** 72:20
121:15
**counter** 58:11
**county** 1:1 6:10
**couple** 72:21
82:4 94:20
95:22 102:20
146:22 167:7
169:21
**course** 36:7
57:21 71:15
134:15,15,18
155:9,14 164:5
**courses** 35:25
36:2 134:11
**court** 1:1 6:9,19
53:9 54:23
167:4
**courtesy** 124:7
**cover** 23:22
53:17 54:1,1
**covered** 11:4
84:23
**cream** 107:23
108:3,4
**create** 74:5
**created** 147:20
**criteria** 71:20
**criticism** 72:3
**crochrane**
109:20
**crr** 2:16 177:23

**csr** 2:17 177:24
**ct** 1:8
**cumulation**
53:20
**cumulative**
175:2
**cure** 130:15
132:15 155:23
**cured** 114:16
115:14,16
**curious** 95:17
**current** 47:5
73:22 87:18
**currently** 11:20
11:24 12:9
18:22,25 20:2
27:23 29:7,8
29:12 34:1
57:21 58:14
60:8,13,23
107:23
**cut** 107:11,13
130:6,9,22,22
131:8,10,12,22
131:25 152:14
**cv** 18:1,2 19:18
19:25 28:25
29:3 31:22,23
32:6,17 148:13
**cycle** 93:1
**cystocele** 66:12
165:4,6,8

---

**D**

**d** 1:12 3:1,4 7:1
53:19 148:9
177:20
**data** 5:4 22:21
23:17 27:20
28:19 30:3
55:13 56:5
57:10 63:20
94:17,18,21,21
100:4 103:9
114:4,6 116:5
116:22 117:10

118:10,18
122:9 123:9
131:14,15
134:4 137:5,17
140:13,13,24
141:5,16,18,24
142:3,5,22
143:1,18,21
144:9 145:3,14
146:4,5,15,20
147:21 152:23
153:2 155:2,17
157:21 158:6
158:13 163:22
169:16,17
170:8,11 171:1
171:7,7 172:15
173:2 174:1,3
174:8 175:18
**database** 175:10
**databases** 22:19
174:16,20
**date** 6:4 8:24,25
10:24 11:6,13
18:5 19:9
46:11 53:3
149:5 165:25
**dated** 13:24 40:8
51:21 52:1,10
52:12,14,22
55:22
**dates** 23:16 25:8
**day** 43:17 128:2
177:19
**daytime** 65:23
**de** 125:17 127:3
149:10
**death** 68:10 69:2
**decades** 94:20
102:3 143:8
**december** 13:24
69:7,11
**decision** 21:4
96:15
**defendants** 1:8
2:7 6:17

**deficiency** 59:11
**define** 143:1
**defined** 168:20
**definition**
171:18
**definitions**
147:8,19
**degree** 116:15
**demonstrate**
93:6
**demonstrated**
109:8
**denise** 1:12 3:4
4:3,5,7,10 5:5
5:22 6:11 7:1
175:25
**depending**
152:13
**depends** 171:18
**deponent** 6:11
**deposed** 7:10
8:18 9:2 22:11
**deposition** 1:11
4:3 6:6 8:3,21
9:16 11:4,6,13
15:2 16:3 55:7
64:10,18,21
68:3,4 148:13
151:20 175:25
176:2 177:9
**deps** 1:25
**describe** 116:14
**described** 67:24
68:15,19
**design** 30:12
31:16 33:13,23
35:1,2,4,9,10
35:16 36:1
156:4 171:20
171:21
**designed** 31:10
31:21 33:1,5
129:2
**designing** 31:19
**designs** 156:7
**desire** 65:11

**despite** 71:8
**details** 27:4,19
**deterioration**
126:25
**determine** 27:15
27:21 72:2
108:20
**detrusor** 86:15
149:11
**develop** 107:11
**developing** 12:3
**development** 5:4
11:25 55:13
56:5,13 57:9
**device** 31:6,8
58:9 105:25
121:23 137:19
141:6,11,17,25
142:6,13,18,20
142:23,25
144:7,17,18
144:10,17,24
145:3,18
146:24 149:18
149:21 151:3
151:23,24
152:17 154:23
157:22 162:8
163:17 169:24
171:2
**devices** 12:1
35:16 130:14
141:14 143:11
174:8
**devote** 15:9,12
**diagnose** 66:8
**diagnosed** 67:9
67:11 70:14
**diagnosis** 66:17
67:13
**didnt** 16:4 24:13
41:10 45:13,14
67:13 85:3
88:3 93:10
95:3 117:22,25
126:14 127:14

Denise M. Elser, M.D.

Page 183

142:10,15
153:5 154:11
167:3
**difference** 76:24
100:23 101:9
107:3 129:14
129:17 130:2,3
132:8 152:13
152:19 167:12
171:15 172:13
172:25
**differences**
129:23 172:18
**different** 18:15
22:8 33:20
53:19 61:15,15
62:4 66:15
67:6 72:11
101:1,5,5,6
102:9 121:14
122:17 130:14
131:19,20,23
151:25 153:18
153:23 156:3
156:11 169:6
**difficult** 43:11
133:11 168:25
**difficulties**
126:18
**difficulty** 168:24
**direct** 100:16
**direction** 177:11
**directly** 23:1
48:7 102:5
112:11 177:17
**disagree** 88:22
88:23
**discharge** 79:5
170:9
**disclose** 29:25
**discomfort** 79:6
81:12
**discovery** 1:15
**discuss** 36:12,23
58:15 119:5
142:15 145:7
163:14,19,21

170:7
**discussed** 20:6
44:10 61:1
63:7 139:8
142:8,11 144:3
162:7 170:20
**discusses** 43:22
**discussing** 52:3
80:23 137:16
140:21 145:19
147:14 157:19
166:15 175:8
**discussion** 48:25
112:18 160:19
**disk** 4:11,13,15
4:17,18,20,21
53:4
**disks** 54:13
**disorders**
153:11
**dispute** 67:24
**dissection** 78:6
78:11
**distort** 133:12
133:15,24
**division** 1:1,5
6:10
**docket** 1:2,3
**doctor** 50:3,19
72:3 87:24
88:3 140:18
143:6 148:8
160:12 173:23
**doctors** 63:2
78:10 82:22
83:6,12 87:21
89:2 145:4
163:9 164:2
**document** 13:11
55:12 115:5
145:15 159:12
162:14 166:4
**documents** 8:10
44:19 49:14
54:16 129:16
129:23

**doesnt** 7:19 27:6
36:17 39:9
42:10 43:25
71:25 92:13,13
113:13 173:1
**doing** 29:12 48:3
74:3 79:15
85:22 87:25
89:6 90:3
122:25 159:4
**dont** 8:23,25 9:1
9:15,18 10:24
11:5,11 12:18
13:4,21 16:5
19:9 20:7
21:12,15,15
22:12 23:16,23
24:5 25:7
26:17 27:3,7
27:12,18 28:20
29:7,20 32:1,5
32:16 40:12,24
41:3 43:16
47:16,19 50:6
50:12,12 51:4
51:5,12 53:21
56:17 57:8
58:1 59:13,21
59:24 60:23
61:23 63:15,25
71:6 72:9 73:3
73:5 80:7,9,16
81:25 83:1,10
83:19,19,22,24
84:2,11,18
85:7,13,15,17
85:18,21 86:24
88:21,22 89:7
90:4 93:8,24
95:10,13,15
96:4 104:22,24
105:9,10
107:24 110:6
112:9,12 114:8
114:11,23
125:16 128:23

130:2,15 132:1
135:8,10 138:5
139:19 146:2
151:16 154:16
160:14 174:11
**doubting** 11:8
**downers** 19:23
**dr** 6:11 7:6
10:21 13:24
15:22 46:5,13
49:6 53:11
64:23 65:2
66:5,8 67:8,10
67:14,22 84:14
84:15 85:2,15
85:19 86:4
88:11 89:22
92:25 96:24,25
97:7 98:9,22
108:19 137:13
157:8 160:25
164:21 175:25
**drafted** 39:16
**drafting** 151:15
**dramatically**
133:8
**draw** 89:13
**drive** 2:9 5:3
49:10 50:10,22
50:24 51:2,11
51:13 54:6,15
55:2 166:16
**drives** 21:3
162:15
**dropped** 22:2
66:19,24 67:2
**drug** 34:12
135:22
**dry** 147:19
**due** 126:10
138:24 174:23
**duly** 6:24 7:2
177:6
**duration** 147:2
**dvds** 49:10
53:19 162:15

**dysfunction**
77:11 81:7
92:11,14,15,19
136:6 139:22
147:11 149:10
174:23
**dyspareunia**
46:25 67:23
70:1 81:8
90:14,17,19
91:1,13 93:7
93:18,25 94:25
98:19 99:1,5
102:15,23
103:15 104:11
104:21,25
106:14 125:15
136:5,15,23
137:6,19
138:10,12,16
139:16 140:4
149:10 159:17
161:8,15,16,20

---

**E**

**e** 1:1 2:1,1 3:1
4:1 5:1 6:8
108:14,14
**earlier** 52:3 63:8
134:23 157:8
158:23 161:18
162:7
**earliest** 144:23
**early** 5:4 52:25
55:13 56:5
57:9
**easier** 37:9
75:22 168:22
**easy** 171:13
**edges** 130:5
152:13
**education** 89:8
90:25
**edward** 19:23
**edwards** 4:15,22
51:25 52:15

Denise M. Elser, M.D.

effect 147:23
165:13
effective 116:23
117:18
effectively 173:2
effectiveness
115:19
effects 94:13,23
106:10 126:24
129:10
efficacy 117:13
117:18 118:1
154:6 168:3,7
168:21
eight 166:21
either 27:19
42:9 63:6
65:23 73:5,7
79:2 95:3
107:9 114:17
115:13 118:1
161:9
elderly 59:16
electronic 53:21
elemental
149:12
elevate 60:10
elevated 71:9
elicited 128:19
elliot 15:22
elmhurst 19:24
19:25
elser 1:12 3:4
4:2,3,5,7,10
5:2,5,22 6:11
7:1,6,24 10:21
13:24,25 32:12
32:13 37:14,15
49:6 51:15
53:11,14 54:7
54:13 55:2,11
55:20 75:6,15
108:19 110:18
110:23 119:25
120:1 124:2
137:13 140:16

157:2,8 158:21
159:6,7 160:9
160:25 162:2
162:10 163:2
164:21 165:20
176:1
emotional 102:1
employ 59:19
60:7 156:12
employee
177:14,15
empty 65:25
emptying 63:7
emr 22:21
encountered
126:18
endpoint 168:3
168:10,11,21
168:24 170:1
170:18 172:14
172:15
endpoints
117:23 118:1
168:7 169:6
171:8 172:12
172:22 174:22
175:13,15
english 76:2
enlightening
79:19
envelope 53:4
epidemiologic
154:22 155:2
155:17
epidemiology
35:19,25
154:11,12,15
154:17 155:15
156:17
epithelium
107:7,17
eric 1:1
eroded 107:5
erosion 23:3
79:16 106:25
107:1,4,11

erosions 123:13
149:3
errors 172:1
especially 79:19
125:22
esq 2:5,10
estimate 18:12
estimated 16:16
estimates 15:14
estimating 14:8
estrogen 107:18
107:23 108:2
et 5:10,11 6:8,9
eth 5:7,8
ethicon 1:4,4,6
4:11,13,15,17
4:20,21 6:8,17
9:11 11:17
12:6,10,13
17:14 20:20
30:6,24 51:18
51:22,24 52:8
88:13 129:17
135:5 137:14
142:22
ethicons 129:22
europe 135:16
evaluate 22:22
154:19 155:1
evaluated
121:22 126:3
154:1 175:13
evaluating 35:23
126:19 143:21
156:18
evaluations
154:20
event 86:22
evidence 98:22
103:4 109:8,9
109:11,13
110:14 116:12
116:23,25
117:5,10,11
122:12 123:22
156:10

exact 10:19,20
18:22 20:13
21:8,10,24
22:2 63:18,21
64:2 131:22
151:24 169:17
exactly 85:21
172:19
exam 47:6,13
examination 3:3
7:4 46:13,19
137:11 167:9
169:19 171:5
173:21 177:6
examined 7:3
66:5 67:14,17
93:21
example 15:22
24:10 98:14
examples 92:23
exams 46:10
exception 20:14
80:21
excised 165:18
excision 164:12
excited 94:17
excluded 125:2
excuse 71:16
87:3 99:2
118:25 164:8
exercise 31:11
58:6
exhibit 4:2,3,5,7
4:9,11,13,15
4:17,18,20,21
5:2,3,4,5,7,9
5:10,11,12,13
5:13,14,17,19
5:22,24 7:24
8:2,6 13:22,25
17:24 32:13
37:15 54:14,16
54:24 110:18
110:20 120:1
124:1,2 157:2
157:16 159:10

159:13,13
160:5,9 161:3
161:25 162:2,5
162:10,13
163:2 164:18
165:20,23
exhibits 54:14
54:17 75:15
159:8
existed 39:20
expect 173:17
expected 148:18
174:7
expecting 43:16
experience
31:19 92:22
93:12,13,14
94:8 99:4,22
100:5 101:14
101:22 102:2
122:7 130:2
134:5
experienced
64:11
experiencing
69:18
expert 4:7,9 9:3
9:7,10,19 10:2
10:23 11:16
17:4,4 34:25
35:2,8,11,13
35:15,18 43:6
45:18 83:25
127:24 128:23
153:4 154:5,12
154:15 156:16
171:17 172:7
expertise 147:16
experts 15:20
28:18 37:24
50:9
explants 129:5
exposed 79:6
81:11
exposure 63:6
70:15 79:15

Denise M. Elser, M.D.

80:21 84:23
97:13 99:20
101:16 107:1,2
107:6,15,20
130:16 132:14
174:23
**extend** 85:15
**extremely**
107:10
**eyeballing**
121:16

---

**F**

**f** 108:14
**fact** 27:10 55:19
64:1 70:7 77:6
107:21 120:22
121:13,17
130:20 168:14
170:24 173:3
173:12
**factor** 90:6
**factors** 71:4
172:3
**fair** 12:4 42:17
45:13 47:8
50:4 52:17,24
101:8 117:20
118:2 141:16
141:24 142:17
144:8 152:2
153:25
**familiar** 35:3
102:11 109:11
128:2 144:20
145:10
**family** 10:8,14
**far** 20:16 26:17
68:19 134:9
138:11 171:12
**fascial** 140:5
**fat** 110:10
**favor** 25:13
**fax** 1:24
**fda** 45:6,7 174:5
174:6,10

**feel** 7:14 37:10
59:3 65:11
94:21 119:12
156:16 167:3
171:23,25
**feeling** 53:23
69:15 101:20
102:1
**fees** 8:11 135:20
135:21
**fellow** 60:21
94:16
**fellows** 60:22
**fellowship**
155:10
**felt** 69:8
**female** 5:15 34:8
147:10 155:11
156:18 158:19
**field** 57:17
143:10,22
147:16 149:12
155:6 156:13
170:11
**fifth** 40:2
**figure** 131:3
**file** 41:2,2,6,8,9
41:11 49:7
53:20 55:5,6
61:22 162:17
**files** 53:21 56:15
**filling** 71:11
**find** 11:9 40:18
56:4 63:1 93:9
103:10 111:23
111:25 114:25
117:18 137:7
139:6 147:5
152:18 172:1
173:8 175:4
**finding** 21:22
47:7 65:7
**findings** 46:8
71:9 116:16
**fine** 42:11 67:7
90:3 95:8,16

167:6 174:11
**finish** 7:17 88:6
**first** 7:2 8:2
10:22 12:15,18
12:21 32:4,5
34:16,18,20
37:20 39:16
45:8 55:25
56:12 60:16
66:10 72:11,12
76:16 77:8
92:7 102:21
107:3 109:5
114:25 125:18
153:22 154:14
**firstline** 58:25
96:13
**five** 26:15 69:7
105:23 106:6,7
106:9 114:10
114:17 115:19
116:6,22 117:1
117:5,9,9
120:15 121:2,4
136:23 151:22
**fiveyear** 94:21
106:11 136:22
**fix** 92:7
**fixed** 59:14
**fixes** 92:6
**fleischmann**
46:5,13
**flipping** 119:7
**floor** 1:15 80:24
91:11 92:25
102:24 106:21
126:25 147:11
153:10,10
154:3
**flow** 148:16
**flows** 141:5
142:5
**focus** 21:17
**focused** 155:14
**follow** 124:10
140:17 169:22

**followed** 69:23
**following** 62:23
69:11 70:5
84:6 88:15
102:15,23
125:19 164:12
**follows** 7:3
**followup** 22:23
24:20 25:1
26:12 105:17
106:1,5 121:2
125:20 136:22
137:15 142:12
147:2 171:8
175:16
**font** 5:9 120:6
**food** 34:11
**ford** 110:3 144:4
150:24
**foregoing** 177:9
**foreign** 70:19,24
80:25 81:1,21
81:25 82:13,14
82:19,25 83:2
83:21 85:10,11
167:14,19,22
167:23
**forgot** 32:25
**form** 18:18
24:14,16 28:4
33:8 35:6
41:19 47:2,11
49:17 53:2
56:10 57:23
61:16,17,18,19
62:3,5,7,10,11
63:13,24 65:18
65:24 68:13,14
68:18,23 70:2
70:21 73:6
74:15 78:12,18
79:12 80:1,7,8
80:15 81:23
82:10,16 83:9
83:16 84:1
85:4,16 89:4

92:16 97:3,19
98:2 101:10,23
103:1 104:16
105:1,21 106:2
109:13,14
111:2,24 112:3
112:6,11
113:12 114:7
115:4 117:15
117:24 118:8
122:22 126:13
127:25 128:12
128:25 129:7
130:24 132:5
167:21 168:18
169:15 172:9
172:23 173:10
**formation** 79:5
**forming** 170:15
**forms** 61:8,25
115:2
**formulated**
151:2
**fort** 2:9
**forth** 119:8
**forward** 37:10
40:6 108:24
**found** 57:13
111:14 145:22
152:22
**foundation** 39:3
47:4 68:18
82:16 83:9,17
85:4 88:16
97:19 98:2
101:10 103:2
104:17 116:1
129:20 135:7
143:4 148:21
167:20 173:15
**four** 19:20 114:9
115:24 116:4
**fourth** 69:6
**fouryear** 124:20
**frail** 59:15
**free** 37:10 50:1

119:12 166:22
**freefloating**
13:10
**frequency** 79:4
**frequent** 65:19
65:22
**frequently** 25:15
66:1 91:13
**fresh** 133:21
**front** 17:25
112:5
**function** 58:5
165:14
**functions**
170:21
**funk** 174:15
175:5
**further** 29:18
69:5 77:1
99:18 115:17
137:9 148:11
167:9 169:18
169:19 171:4,5
173:19,21
175:22
**future** 106:25
107:8,15
157:11 166:11

**G**
**gather** 122:12
**gathering** 103:3
**general** 17:3,4,9
17:13,13,18,20
31:18 78:20
102:22
**generally** 26:11
62:13 63:1
78:19
**generic** 62:12
79:17
**getting** 45:22
72:22 86:11
89:12 146:16
151:20 175:15
**giant** 70:19

**give** 29:23 32:8
118:15 119:9
122:18 127:19
139:19 160:8
165:23
**given** 21:5 163:5
163:8 177:13
**gives** 79:10,13
79:17 106:7
122:20
**giving** 87:21
**glass** 75:3
**go** 8:6 24:13,16
26:14 29:18
33:8 39:4 44:3
44:4,17 47:4
48:19 54:7
56:10 57:23
59:4 61:13
62:8 65:18
69:5 71:7 77:3
80:14 84:19
91:10,14,15
96:4 98:15
101:4,23
103:17 116:8
154:16 160:4
160:15 171:13
**goal** 174:19
**goes** 83:22 131:3
**going** 7:12,13
10:11,19 17:2
25:11 28:14
37:13 38:14
39:2 43:10,17
44:9 45:20
47:21 48:23
49:16 51:3,5
51:10,14,16
53:6,9,13
54:10,23,25
60:15 66:13
74:1,25 75:6
75:12 76:4
78:19 82:13
87:9 88:8

95:18 97:22
102:5 106:12
108:10 110:13
110:22 115:25
117:5 118:11
119:11 120:7
128:14 131:5
131:20 132:14
132:15,15,16
139:18 145:15
148:17 156:25
160:17
**golkow** 1:24,25
2:14 6:3
**good** 7:6 10:11
19:22 59:14
91:22 96:8
106:7 108:7
120:5,25 122:7
166:10
**gortex** 153:22
**grand** 2:5 3:6,8
3:13 6:14,14
7:5,7 8:1 11:8
11:15 13:18,21
14:2 15:18,25
16:8 17:6,8
18:19,24 25:11
25:18,24 26:3
26:21 27:8,9
28:14,20,24
29:23 30:5,23
32:2,11,15,19
32:23 33:3
37:13,17 38:19
38:23 42:8,16
43:24 44:3,7
44:11,22 45:2
45:4 48:2,8,14
48:21 49:5,20
49:23 50:8,18
51:3,10,14
53:8,13,17,23
54:4,22 55:3
61:24 62:2
74:9,11,25

75:4,12,18,22
75:25 76:3
80:9,13,17,19
86:9,10 87:5
87:14 88:6,9
97:5,6,22,25
98:3 104:2
108:4,18
110:21 112:23
118:25 119:24
120:3,8,9
124:4,9 127:16
127:18 128:20
128:22 129:21
134:24 135:3,4
137:9,17,22
138:5 139:19
140:7,16,20
142:1,8 143:4
144:3,25
145:25 146:22
148:21 149:17
151:10 152:9
152:25 158:24
159:1,5,11
160:7,11
162:14 166:24
167:7,10
169:18,21
171:6 173:19
175:8,22
**grands** 151:13
**granted** 101:12
**grants** 135:13
135:21 136:2
**granulation**
82:3,5
**great** 32:10
**greater** 82:14
114:10 117:5
121:2
**greek** 75:24 76:1
**groin** 77:17
104:5
**groundbreaki...**
92:3

**group** 57:5
101:1 146:1,7
**groups** 170:22
**grove** 19:23
**grown** 166:7
**guess** 18:2 22:25
27:10 51:4
68:22 72:21
105:5 108:23
120:14 122:4
171:18
**guideline** 5:14
159:10
**guidelines**
139:12 144:1
158:20
**guys** 15:18
**gyn** 148:14
**gynecare** 1:6,6
4:11,13,15,17
4:20,21 5:7,9
51:18,23,25
52:8 60:12
135:5,23 136:2
**gynecologic**
148:19,22
149:13 163:16
174:8
**gynecology** 34:6
34:7 148:12
**gyns** 163:10

**H**
**h** 4:1 5:1 66:22
**half** 127:19
**hand** 6:22 130:8
139:18
**handy** 160:12
**happen** 37:1
81:2 84:24
86:8 107:16
126:11
**happened** 28:6
**happy** 7:15
20:12 43:8
**hard** 50:11,15

91:23 133:2,7
133:7,10
169:12
**harm** 88:19,21
**harrell** 66:5,8
67:8,10,14,22
84:14,15 85:2
85:15,19 86:4
88:11 96:24,25
97:7
**harrells** 64:23
65:2
**havent** 15:23
63:16 72:20
74:23 84:3
100:10 120:24
129:5 130:20
130:25 132:8
132:11 166:22
**heal** 128:4
**health** 1:5
**hear** 46:16
127:14
**heard** 46:15
132:1 151:12
**held** 6:6
**help** 43:20 53:4
58:3 147:20
**helped** 33:23
**helps** 147:17
**hematoma**
69:22,24 72:25
73:1,11,17
74:2,6,8,13
77:3,24 97:12
149:16 150:6,9
150:18,25
151:3,8
**hematomas**
150:22
**hemorrhage**
77:2,24 81:8
**hereto** 177:17
**heterogeneity**
102:12
**hey** 131:20

**high** 71:21 84:7
107:21
**higher** 101:13
123:16 159:19
**highest** 109:7,13
**highlight** 103:25
**highlighted**
104:4 119:14
119:18
**highlights** 86:24
**highly** 7:20
**hoc** 172:16
**hold** 17:2 31:24
34:25 35:8
48:2 83:24
112:2 118:22
72:7
**holding** 85:25
**honest** 50:7
**hope** 79:22
**hospital** 19:15
19:19,22,23,24
19:24 20:7
61:3,9 68:9,13
68:20,23,24
**hospitals** 19:20
20:2 61:6,8
62:4,4,7,11,14
**hours** 13:2,15
14:6 15:8,11
16:9,14,23
17:10 65:23
151:14,21,22
**huge** 174:20
**hundred** 24:11
24:11,12
**hypermobile**
59:13
**hypertonicity**
91:11 93:1

I

**ics** 147:10
**id** 4:2 5:2
**ideal** 106:7
**identification**

7:25 14:1
32:14 37:16
54:18 75:16
110:19 120:2
124:3 157:3
160:10 162:3
162:11 165:21
**identified**
124:20 128:18
139:14 148:25
156:2 165:12
**identify** 6:12
39:18 43:6
50:19 152:11
**ifu** 73:10,16,20
73:22 74:18
84:17,17 86:13
88:2,20 89:7,9
147:23,23
**ill** 65:8 119:24
**illinois** 1:13,16
2:17 6:7 177:3
177:24
**illustrates**
126:18
**im** 6:2 7:7,12
10:1,9,11,13
11:8,9,11 12:2
13:22 14:8,16
16:1 17:2
19:18 20:1
21:17,18,22
23:1 25:18
26:1 27:1,6,14
27:15 28:21,22
29:25 33:9
35:3,10 37:13
38:13,14 39:2
39:11,13 43:11
43:11,16 45:22
48:2,8 49:16
50:19 51:3,5
51:10,14,16
53:13,22 54:4
54:6 57:4
60:15 61:9,10

63:18 65:7
66:2,15 71:24
73:12,13 74:25
75:6,12 76:4
80:4,13 86:11
86:22 92:17,20
92:22 93:12,16
94:7 95:3,12
95:14,17 96:17
97:5,22 103:22
103:22 104:3
105:5,7 110:13
110:22 112:13
112:24 115:25
118:9 119:11
119:19 120:5,7
121:19 126:17
127:14,17
128:1,16 130:1
138:19,19
139:18 145:15
151:12 152:16
154:2 156:13
174:4,9
**ime** 46:5
**immediate**
157:25
**implant** 24:24
65:16 67:11
75:8 78:4
87:25 89:16,18
89:20 94:25
**implantation**
71:13 84:7
87:17 94:13
132:22 133:1
134:3
**implanted** 27:22
27:25 70:25
84:14,15 85:11
85:20 86:5
97:4 103:16
133:2,22 134:9
153:23
**implanting**
61:14 84:22

97:1,8 133:16
148:6,8
**implicated**
120:23
**important**
170:11
**importantly**
47:6
**impressa** 30:20
30:21 31:1
58:10
**impressions**
66:11
**improvement**
114:16
**inaudible**
150:13
**incidence**
100:11,12
101:3 102:4,23
103:6 107:19
125:23
**incident** 24:7
101:7
**include** 26:7
55:9 58:19
64:4 142:18
144:16 149:2
**included** 26:10
27:4,17 51:2
77:2 113:11
118:7 124:25
125:21 131:6
145:23 146:10
168:15
**includes** 26:23
**including** 10:4
13:13 76:18
77:2,17,23
90:23 111:11
135:23 145:3
154:22
**incomplete** 63:6
**inconsistent**
152:23
**incontinence**

5:15 20:21,23
29:13 33:2,12
57:25 58:12
61:19 62:18,23
64:12,16 65:1
65:16 66:9,14
66:25 67:12
71:9,18 73:14
74:4 77:21
79:1 81:7,9
84:6 85:22
86:14 90:6
94:11 95:25
96:19,21
100:22 104:7
114:15 115:3
125:24 126:10
126:11,20,22
127:4 139:12
139:23 143:11
148:16,17
153:15,20
154:8,24
156:14 158:19
158:19 163:6
163:12,13,15
163:23,23
164:3
**incorrect** 71:15
**increase** 84:6
**increased**
125:18 126:10
126:11
**increasing**
106:10 125:23
**indepth** 171:25
**indicate** 83:6
99:10 113:23
149:17
**indicated** 58:20
59:10 68:8
69:7
**indicates** 113:9
**indicating** 67:8
**indications**
20:22

**indicator** 93:24
**indirectly**
177:17
**inflamed** 167:18
167:18
**inflammation**
70:19 82:3
164:15 166:5
**information**
37:22 43:4
47:10 56:4
83:6,13 84:2
87:22,24 88:20
89:2,10 106:8
113:3,6 115:18
122:13,19,20
122:24 145:23
170:14
**informed** 61:7
**initial** 14:9,10
165:25
**initially** 5:12
124:20
**injections** 58:19
59:7
**injury** 68:9 69:2
74:7
**instability** 86:15
**instance** 46:24
144:19
**instances** 58:17
**instructed**
133:14
**intact** 98:6
133:24
**intake** 64:23
65:2
**integrated**
174:20
**integrates** 78:4
**intend** 28:11
**intention** 24:6
**intentionally**
25:19
**intercourse**
77:13 79:7,25

81:13 82:6
**interest** 135:12
**interested** 46:8
177:17
**internal** 22:18
129:16,23
**international**
34:5
**interpret** 155:16
156:6 173:24
174:3
**interrogated**
174:15
**interstim** 71:13
71:25 72:9,10
**intravaginal**
31:9
**intravesical** 30:3
**intrinsic** 59:11
**invasive** 71:12
72:14 78:16
**investigate** 56:4
**investigator**
30:9 31:13
33:6
**invited** 124:16
**invoice** 4:5 8:14
13:1,3,23 14:3
22:14
**invoices** 15:15
15:21,24 16:3
**involve** 113:15
120:16 142:12
**involved** 11:24
30:17 60:20
71:17 113:17
113:24 118:12
121:10,13
146:23,24
156:3 173:4
**involving** 8:20
9:11,20 18:11
60:1 62:18
105:25 106:18
**irrelevant** 43:14
**irritation** 82:23

82:24
**isd** 59:12
**isnt** 42:17 44:9,9
132:3 171:19
**issue** 22:14 84:3
93:15
**issued** 17:4,13
**issues** 85:3
**item** 45:8
**items** 139:15
**iuga** 147:9
**ive** 32:19 41:13
82:1,18 93:16
109:19 131:13
132:1,6 151:15
159:9 163:5

**J**

**january** 70:16
75:13 89:23
**jeff** 6:14
**jeffrey** 2:5 7:7
**jersey** 1:1 6:10
**jgrand** 2:5
**jobs** 154:17
**john** 1:7
**johnson** 1:6,7
6:17,18 11:21
11:22,25,25
12:6,7,9,10,12
12:13 135:13
135:13,23,23
137:14,14
**joint** 147:10
**jonsson** 174:15
175:5
**journal** 34:6,6,7
36:4,10,15
**journals** 34:2
57:16 155:20
**judgments**
50:11
**july** 12:18,22
32:11 37:20
52:1,10 60:16
64:12 99:11

165:1
**june** 52:14
**justice** 48:5

**K**

**k** 33:15,16
**kahn** 91:17
161:18,19,22
**karram** 5:17
159:24 160:25
**kathleen** 7:8
64:9
**kathryn** 1:1
5:24 6:8,15 7:9
46:14
**keep** 22:18
45:20 53:5
56:25 65:8
66:13 95:5
165:5
**keeping** 146:14
**kimberly** 31:5
**kind** 15:12
**knew** 39:20 53:6
103:5 132:2
**know** 7:10,15,21
11:5 12:17
15:21 16:9
19:9 20:1
21:23 24:6
27:3 28:6,20
28:22 29:20
31:3 32:1 33:1
33:4 40:24
41:3,24 42:10
43:3,22,25
47:5 48:17
50:5,6,13 51:4
51:5 53:18,19
53:22 63:10
66:3 68:5,20
70:18 71:6
72:21 73:3,8
74:6 79:14
80:7,9 81:25
83:19,22 84:18

84:19,22,23,24
84:24 85:3,15
85:17,18,21,24
88:10,17 89:7
89:24 94:15,22
96:3 100:1
101:3 102:14
103:21 104:20
104:24 105:6,9
105:10,14
107:18,24
110:6 112:9
113:20 114:3,8
114:23 123:20
125:2,4,14,16
129:17 130:3
130:13 131:18
135:8,15
136:25 148:10
148:18 151:16
155:16 156:6
174:11
**knowing** 28:2
102:1
**knowledge** 88:1
149:13 153:9
**knowledgeable**
153:17
**known** 85:10
86:4 149:12
**knows** 42:9 74:4
85:17,23
**kulsenghanssen**
136:1
**kuuva** 5:19
144:19 145:7
162:5 170:19

_____
**L**
**lab** 128:2 134:6
134:10 153:6
**label** 5:7,9 74:17
74:18 75:7,13
77:4,7,8 79:2,8
79:10,11 80:22
84:10,12,13,13

86:20 87:16,16
87:18,19 88:24
148:2,3
**labeled** 44:25
52:17 55:1
**laboratory**
132:21 134:2
**laceration** 74:1
**lacerations**
73:18 74:14
76:17
**lack** 59:18
**lacks** 39:3
**lags** 116:24
**large** 5:9 53:20
81:22,24
170:21
**largely** 76:21
146:8
**larger** 168:1
**laser** 130:6,9,22
131:10,12,22
**lasercut** 129:15
129:18,24
130:4,18
152:10
**lasting** 157:25
**launch** 88:15
**law** 1:1 6:10
**lawn** 19:22
**le** 1:14
**lead** 92:18
**leading** 64:12
67:21 116:15
**leak** 31:12
**lean** 75:9
**learn** 123:9
148:24
**lecture** 5:22
163:8,12
**lectures** 163:5
**leery** 114:4,8
146:3,4
**left** 40:4 97:13
97:16 98:5,5,6
98:9,10,15

162:19
**leg** 77:18
**letter** 5:5 45:6
55:19,20
**level** 60:21
109:7 172:5,6
**levels** 109:8
156:10
**limitations**
116:9 122:23
**limited** 12:5
59:7,8 116:19
**line** 3:14,15,16
3:17 60:19
72:11,12
**link** 93:5
**linked** 91:19
**list** 38:3,7,15,16
38:19 39:1,6
40:3,11 41:7
41:17,21,22
42:13,18,19,24
43:17 44:13,18
45:9,10,16,25
47:17,20 48:16
67:13 100:2
108:20,25
145:16
**listed** 55:6 77:8
80:21
**listen** 25:25
**listening** 95:12
**lists** 121:21
**literally** 166:21
**literature** 13:14
14:16 39:22
40:17 49:14
57:15 90:23
92:24 99:23,24
102:3 111:11
143:7 150:9,18
151:19 152:8
152:10,19
153:13 154:18
154:22 155:21
167:1

**litigation** 1:7
4:11,14,15,17
4:20,22 8:13
9:11 10:23
12:6 16:11
22:10 51:19,23
51:25 52:9
**little** 21:22 36:9
48:1 69:5
75:10 84:21
108:21 115:17
**llp** 2:3,8
**long** 12:24 30:14
48:1 83:23
103:4 111:2,24
145:10 149:11
153:17,24
155:9 170:8
**longer** 25:2
98:13 107:12
110:13 116:24
**longest** 123:22
141:19 142:11
**longterm** 52:13
93:25 94:5,8
94:14,15,16,22
100:4 102:16
105:15,20,23
106:1,4 107:19
113:25 117:5,9
121:23 122:24
126:19 137:4,5
141:16 143:1,2
146:15 157:12
157:18 158:7
**look** 13:1 17:12
17:24 24:2,3,6
25:6 26:16,18
26:19 27:5,11
31:22,23 34:10
39:9,14,22
40:2 47:12,21
64:18 65:4
66:10 68:3
76:15,16 85:5
89:19 90:4

95:2,10,15,17
95:21 98:7
101:4 102:18
106:8 108:20
110:11,24
112:2,10
114:24 118:2,9
118:17 120:7
120:14 121:17
122:14,16,24
125:5,5 131:19
136:14,15
140:15,23
146:18 157:16
161:5 162:19
168:12
**looked** 14:18
23:16 24:12,17
27:4 41:23
50:14 53:5
56:1 63:20
82:1 94:2 96:3
100:19 102:15
109:19 111:24
120:11 128:6,9
131:13 134:6
134:10 143:13
150:8,20,24
169:2 174:21
**looking** 32:3
39:11 62:16
64:20 65:8
66:2,22 94:12
95:5,11 105:7
112:13,24
118:4 134:6,7
136:22,24
137:4 153:23
154:17,19
173:13
**looks** 27:7 67:1
120:17,22,24
121:9,13
**lose** 58:3 65:12
**loss** 74:7
**lost** 126:2

**lot** 22:21 32:21
48:15,15 75:20
79:20 82:8
106:14 131:16
150:20 167:25
169:23
**lots** 59:23 88:4
122:25
**low** 111:14
137:18 138:15
139:15 157:10
157:12 158:7
158:15 166:10
168:23
**lower** 100:12
123:17 127:19
140:4 151:8
**lunch** 44:5 47:25
108:8,12,22

**M**

**m** 1:12,12,12,17
2:16 3:4,4 4:3
4:5,7,10 5:5,22
6:5,11 7:1,1
48:23 49:3
54:10,12,20
87:8,10,12
108:7,10,13,16
112:17,21
148:9 156:24
157:1,5 160:17
160:22 175:24
176:1,2 177:2
177:23
**machines** 134:7
**macroporous**
127:21 128:18
152:6
**magnifying** 75:3
**maher** 5:17
159:24 161:1
**main** 137:4
**major** 111:14
**majority** 40:20
40:21 60:6

140:24 141:5
142:17 144:9
168:6
**managed** 89:25
**management**
5:15
**manufacturer**
11:21
**manufacturers**
29:21 120:20
**mark** 8:2 13:20
13:21 32:11
37:3,13 43:8
50:1,12,12
51:3,8,10,12
51:15 53:13
55:9 74:25
75:6,12 110:14
110:22 119:11
119:24 124:1
134:25 139:19
158:20 160:5
161:24 162:13
167:3
**marked** 4:2 5:2
5:13 7:24
13:25 32:13
37:15 51:22,24
52:8 54:13,15
54:17 55:11,20
75:15 110:18
120:1 124:2
140:16 157:2
158:21 159:6
159:10,12
160:9,25 162:2
162:10,15,20
163:1 165:20
166:22
**marking** 13:23
54:6 159:8
**master** 1:3
**material** 35:12
35:13 43:4
44:25 48:6
82:17 153:5

**materials** 26:20
26:22 38:4
44:24 45:3,9
45:17 48:16
49:19 50:20
52:5 82:21
127:24 128:2
128:23 151:5
153:9,14,18,23
154:2,7 162:16
162:23 166:16
167:2
**matter** 6:7
100:21 102:22
**matters** 177:8
**maximum** 71:21
**md** 4:3,5,7,10
5:5,22
**mean** 10:16 11:5
11:12 19:14
22:19 25:6,16
26:11,19 35:24
37:5 38:18
44:25 50:11
56:7 63:18
80:8 84:14
89:1 116:1
145:2 146:2
154:13 155:14
173:1
**meaning** 85:17
85:18 105:2
169:8
**means** 25:20
107:4 116:23
**meant** 54:3
**measure** 168:22
172:18
**mechanical**
129:14,18,24
130:4,8,22
131:8,12,25
**mechanicalcut**
130:18 152:9
**medical** 4:12
11:25 34:2

35:16 38:25
44:18 45:16,25
46:11,13 49:13
51:1,19 52:21
105:25 143:7
148:8 150:8
153:13 154:21
155:2,21
**medicine** 34:8
94:18 155:11
156:18
**medium** 117:1
157:18 168:20
**mediumterm**
117:7,8 121:22
168:17
**meetings** 36:11
**member** 34:23
**mentioned**
137:2 161:18
**meridien** 1:14
**mesh** 1:6 4:11
4:14,15,17,20
4:22 5:7,8 8:12
9:10,11 10:23
11:17,21 15:16
16:11,24 17:14
18:11,15,17
20:19 22:17
24:11,11 25:14
26:7 27:22,25
29:2,2 51:18
51:23,25 52:9
59:4 60:1,6,7,9
61:2,16 62:18
70:12,15,24
73:2,2 78:3,5
79:6,14,15
81:4,5,11,22
81:25 82:9,11
82:17 84:6,7
84:23 85:19
94:13 97:12,13
102:24 103:16
106:11 107:4,6
107:11 111:20

127:20,21
128:4,5,10,15
129:2,6,15,18
129:24 130:4,8
130:18,18
132:19,21,25
134:2,6,10,15
134:16 152:6
152:10,14
153:23 164:12
173:9
**meshes** 60:12
**mess** 47:16
**metaanalyses**
143:13,20,25
**metaanalysis**
102:9 104:5,10
109:21,25
119:6 123:8
139:9,12 141:4
159:23 161:11
**methods** 116:15
147:8
**micky** 159:24
**microphone**
164:9
**microscopically**
83:22
**middle** 7:16
133:17
**midurethral**
58:17 86:19
115:1,6 140:12
158:2 163:18
163:19
**mild** 98:22 99:6
166:5
**millimeters**
71:11
**milo** 2:13 6:2
**mind** 14:10 27:7
152:2
**mine** 67:1 68:19
**miniarc** 18:23
20:24
**minimize** 86:17

minimum
 105:17,22,24
 107:21
minislings
 104:12
minute 57:19
 100:19
minutes 48:3
 95:22 104:1
misrepresenta...
 50:13
misstates 23:9
 101:23 106:16
 113:12 115:4
 117:15 118:8
 118:23 168:18
mistake 159:8
modalities
 155:24
moderate
 116:12
moment 114:12
monday 14:13
 14:15,24
monofilament
 127:22
month 46:12
 57:17 72:22
 173:16
months 37:2,3
 69:8 70:7
 93:21 94:3
 105:17 121:4
 125:19 142:12
 147:2
morning 7:6
 46:17
motion 128:21
move 74:9 133:7
 133:10
movement 133:5
moving 37:10
multiple 77:6
 135:22 162:20
multitasker
 95:14

**N**

muscles 100:9

n 2:1 3:1 108:14
 108:14,14
name 6:2 7:6
 9:15,24 36:15
 36:17 137:13
 148:9
naperville 19:24
narrow 11:1
nationwide 5:19
native 62:19
natural 125:23
 126:11
nature 170:9
nearby 107:5
nearly 143:1,17
necessarily
 21:18 78:9
 122:21
necessary 78:1
need 7:14 15:25
 27:11 29:22
 37:18 48:17,17
 49:24 55:9
 58:2 68:3 75:2
 75:18 81:5
 82:4 84:25
 85:5 87:5
 95:10,15
 102:18 110:12
 138:24 167:3
needed 59:4
needs 78:5
nerves 76:18
neuromodulat...
 72:14
neuromuscular
 77:16
never 14:10
 15:20 31:3
 67:17 82:18
 103:5 129:2
new 1:1 2:4,4
 4:18 6:9 12:3

37:22 38:25
 40:18 43:4
 46:1 52:10
 58:10 66:19
 67:2 74:17,18
 74:18,23 76:12
 76:13 77:4,7
 79:10 80:22
 84:12 87:16
 103:14 131:17
 133:21 148:3
newer 74:21
nextnext 121:20
nguyen 138:18
 138:20,21,22
night 65:20
nih 171:19
nils 2:10
nilsson 5:19
 162:6 170:20
nilssons 136:24
nine 121:15
nonresponsive
 74:10
nonspecific
 81:10
nonvoting 34:22
normal 126:24
 161:6 163:25
norms 147:15
norway 171:12
note 11:3 28:17
 64:10 66:10,22
 67:1 127:2
 166:20
noted 70:18
 168:16
notes 25:9 90:2
notice 4:3 8:3
 50:4 132:13
noticed 15:2
 129:13 132:7,9
 132:16
november 1:17
 3:2 6:4 177:19
novo 125:17

127:3 149:10
number 8:10
 23:17 27:16,16
 41:24 58:16
 65:11 111:12
 116:20 121:3,4
 121:21 123:12
 127:9 142:11
 145:21 173:4
numbered 44:22
numbers 101:13
 104:13,23,25
 111:22
numerous 62:17

**O**

o 108:14,14,14
oab 71:12,18
 99:10
oak 1:16 6:7
 19:22
oakbrook 1:15
ob 148:14
 163:10
object 26:1 35:6
 39:2 49:16
 115:25 117:15
 119:17 168:18
objecting 15:18
objection 17:3
 23:5,8 24:16
 47:11 68:14,17
 83:16 88:7,16
 103:1 104:16
 106:16 118:22
 126:16 129:19
 131:7 142:1
 143:4 144:25
 148:21 152:25
 167:20 169:15
observed 111:12
obstetrics 34:6,7
obturator 21:11
 21:14 104:11
 120:11 136:22
obviously 48:6

66:5 150:20
occasional 67:5
occasionally
 21:1
occur 76:19
 77:19 86:15
 133:4
occurred 150:25
occurrence
 126:21
occurring 107:9
offer 59:24
offering 88:18
 128:14
office 2:9 25:9
 27:21 30:4
 42:14 60:22,24
 61:13 67:1
 78:10,14
oh 36:8 57:11
 63:18 65:9
 67:5 75:11
 94:7 95:23
 109:24 131:10
 131:14 138:6
 147:18
okay 7:23 8:17
 10:6,20,21
 13:6 17:6 19:7
 19:21 22:1,6
 23:12,21 24:8
 24:22 25:2,17
 29:4 31:3
 32:25 33:10
 34:18,22 36:22
 37:8 38:6,13
 38:24 39:9,13
 40:2 42:8
 43:10,15 44:7
 45:23 46:4,12
 46:16,18 47:18
 48:13,20 49:20
 50:8 51:3
 52:20 53:8
 54:22 55:15
 56:20,25 58:13

| | | | | |
|---|---|---|---|---|
| 59:22 60:15,17 | open 34:10 | order 51:8 146:9 | 33:9,11,17,17 | 140:4 149:10 |
| 61:1,12 63:22 | 107:6 | organ 12:1 | 33:24 34:10 | 157:12,25 |
| 65:6,14 66:21 | opened 22:3 | 30:18 59:25 | 37:6,8 39:10 | 158:7 165:13 |
| 67:4 68:7,12 | 53:4 | 60:2,9,13 | 44:20 45:21 | panel 34:12,19 |
| 69:17 71:23 | opening 107:7 | 107:5 | 60:18 62:16 | paper 13:10 |
| 72:1 75:10 | operate 19:20 | organs 76:18 | 64:7,9 66:16 | 38:18 112:7 |
| 76:6,7,10 | operating 60:24 | original 8:15 | 67:20,21 69:6 | 138:3 140:16 |
| 80:25 86:16,24 | 74:5 102:2 | 10:17 11:4 | 71:7 73:9,12 | 157:17 160:12 |
| 86:25 88:10,13 | operation | 12:17 39:7,17 | 73:13 76:5 | 161:1,18,19,19 |
| 89:22 91:1,4,9 | 114:17 | 40:10,14 46:3 | 86:13,21 89:13 | 161:22 |
| 91:19 92:2,12 | operative 98:8 | 76:22 79:2,8 | 91:10,14,17 | papers 47:16 |
| 92:20 95:5,9 | 170:8 | 79:11 87:18 | 93:18 96:6 | paragraph |
| 95:13,23 96:5 | opined 166:9 | 89:12 133:16 | 99:8 110:20 | 99:17 111:9 |
| 97:24 99:24 | opinion 46:22 | 141:6 144:23 | 111:6 112:24 | 138:2 |
| 100:15 101:17 | 47:1,8 65:15 | 164:21 165:17 | 114:1,13,25 | paralegal 55:21 |
| 103:20 104:20 | 69:10 72:25 | originals 53:11 | 118:4 119:4,5 | part 33:23 34:17 |
| 105:5 108:1,4 | 73:5 80:20 | outcome 100:23 | 119:19,21 | 49:9 78:6 |
| 108:23 110:1,5 | 84:11 85:25 | 123:10 168:7 | 120:15 121:17 | 90:11,18 |
| 110:15 111:1,6 | 86:3 89:14 | 172:18 177:18 | 121:20,20 | 135:10 154:18 |
| 111:18 112:9 | 90:5,9,13,16 | outcomes | 126:17 127:2 | 155:5 163:25 |
| 113:13,16,23 | 94:24 95:8 | 114:10 131:19 | 127:12,15,16 | partially 84:25 |
| 119:7,14,16,23 | 96:7,12,18,25 | 131:23 157:19 | 127:20 129:12 | participate |
| 121:15 127:17 | 98:25 132:20 | overactivity | 135:11 136:4 | 125:5 |
| 128:6 129:12 | 134:1 140:3 | 149:11 | 137:20 138:7 | participated |
| 130:7 132:3,7 | 141:4 148:2 | overall 138:12 | 140:19,20,22 | 125:9 |
| 136:11 137:7 | 151:2 157:10 | 151:2 161:8 | 144:8,12 147:7 | participating |
| 138:21 139:25 | 158:6 | overbroad 26:1 | 157:13 159:12 | 171:9 |
| 140:2 149:5 | opinions 8:12 | overlapped | 174:25 | particular 21:19 |
| 157:15 163:11 | 39:19 41:18 | 133:17 | pages 4:4,8 5:12 | 105:16 118:15 |
| 165:11 168:6 | 42:2 46:7,10 | overthecounter | 5:23 44:17 | parties 177:16 |
| 171:19 172:19 | 47:23 52:6 | 31:8 | 67:6 110:9 | partner 72:10 |
| old 148:2 | 85:14 127:19 | overweight 58:3 | 142:17 | 79:7 81:12 |
| older 103:11 | 128:14,18 | oxford 109:8 | paid 15:22 | pathology 5:24 |
| once 70:24 | 138:15 162:24 | | pain 77:9,13,17 | 70:11,13,18 |
| 108:23 133:2,6 | 170:15 | ———————— | 79:6,24 81:8 | 82:1 164:7,12 |
| 133:12 135:13 | opposed 21:4 | **P** | 81:11 84:24 | 164:16 165:18 |
| ones 24:19 34:4 | 33:6 43:13 | p 2:1,1 66:22 | 92:10,10,18 | 165:24 166:4 |
| 40:21 41:13 | 73:2,2 82:23 | 108:7,10,13,16 | 94:10 96:2 | 167:11,13 |
| 80:22 116:5 | 97:9 114:4 | 112:17,21 | 99:19 100:2,4 | patient 21:5,20 |
| oneyear 94:21 | 118:6 146:4 | 156:24 157:1,5 | 100:6,11,13,20 | 28:1 58:24,24 |
| ongoing 71:1 | 159:4 | 160:17,22 | 100:23 101:15 | 61:10,11,13 |
| 82:23 83:3,7 | option 59:3,14 | 175:24 176:2 | 101:19 102:4 | 66:19 67:3 |
| 83:13 99:19 | 72:7 96:8,13 | package 130:4 | 104:5 132:14 | 69:8 71:11,20 |
| 100:3 101:18 | options 58:1,9 | 133:20 134:8 | 136:5 137:6,18 | 82:12,19 90:24 |
| 107:20 137:6 | 58:14 59:19 | page 3:5,6,7,8,9 | 138:10,12,15 | 96:16 101:6,12 |
| online 111:24 | 96:10 | 3:14,15,16,17 | 139:1,16,21 | 101:16 170:22 |
| | | 4:6 5:6,13 8:7 | | |

Denise M. Elser, M.D.

171:9,13
**patients** 9:15
  18:19 22:20
  23:7 24:13,18
  25:6 26:10
  27:16,22 28:5
  57:22,24 58:7
  58:15,21 59:8
  59:8,11 63:1,2
  71:18 72:10
  77:14 79:7
  81:12 82:2
  83:20 84:8,24
  90:21 93:14
  94:8 100:6,19
  101:1,14 102:2
  103:15,16
  120:23 121:1
  121:21 122:2,5
  130:17,21
  131:6,14
  132:17 133:9
  141:11 147:18
  154:1 163:9
  173:4 174:21
  175:8
**pauline** 1:12
  2:16 6:20
  177:2,23
**pauls** 93:19
  100:18
**pay** 131:16
**pdf** 53:20 54:1
**pelvic** 1:6 4:11
  4:14,15,17,20
  4:21 8:12 12:1
  30:18 34:8
  51:18,23,25
  52:9 58:5
  59:25 60:2,9
  60:13 77:18
  80:24 84:19
  85:24 91:11
  92:18,25 100:9
  102:24 106:21
  126:25 147:11

150:25 151:3
153:9,10 154:3
155:11 156:18
**pelvis** 128:4
  153:24
**pennsylvania**
  2:9
**people** 94:2
  134:8
**percent** 23:3,11
  23:15 24:23
  26:5 27:2,13
  27:16 63:7,10
  63:22 84:7
  100:5 101:3,7
  101:9,9 104:6
  104:13 114:15
  115:13,14,16
  123:13 125:18
  125:19 127:3
  131:2 132:20
  136:19,23
  138:11,13
  139:2 141:17
  142:4 150:13
  150:17 151:1,7
  152:21 157:20
  158:10,13
  161:8,15,17
  168:25 175:1,5
**percentage**
  151:4
**percentages**
  118:15
**perform** 18:11
  22:18 58:18
  59:21 62:17,25
  72:9,18 172:7
**performed**
  62:22 72:15
**perineoplasty**
  150:3 166:2
**period** 23:19,21
  24:3,4,6,23
  26:12 88:15
  101:2 106:11

124:21 126:6
  158:1
**perioperative**
  170:7
**periurethral**
  58:19
**permanent** 68:9
  69:2 78:4 80:6
  81:1,15,17
  82:6 87:25
**persistent**
  157:25
**person** 128:1
**personal** 177:11
**personally** 72:9
**pertain** 52:2
  144:16 161:6
  163:11,12
**pertaining** 52:15
**pertains** 157:17
  162:8
**pertinent** 44:10
**pessary** 58:10
**pfizer** 136:2
**ph** 1:24
**pharma** 31:3
**pharmaceutical**
  31:7
**phone** 13:15
  125:9
**photographs**
  132:19
**phrase** 82:20
**physical** 58:7
  72:13
**physician** 96:16
  171:9
**physicians**
  36:13,23 89:8
**piece** 81:22,24
**pieces** 130:8
**pile** 32:1 131:14
  131:15
**place** 70:24
  73:21,23 75:7
  84:13 87:16

89:7 97:18
  126:2 133:23
**placed** 86:19
  134:7 149:19
  149:22 166:7
**placement**
  164:23 166:1
**placements**
  175:11
**plaintiffs** 1:2 2:2
  7:8 37:24 43:5
**plastic** 133:6,12
  133:16,24
**please** 6:12,23
  37:10 75:19
  119:1 150:14
**point** 10:11
  16:20 27:5
  28:23 55:9
  68:22 76:16
  125:20 140:17
  140:24 168:9
**pointing** 136:12
  142:9
**points** 77:3 87:1
  169:17
**polypropylene**
  152:6
**polyps** 82:5
**pop** 4:18 52:11
**population**
  101:6,12
  126:20
**pore** 128:10,15
**portion** 97:17
  98:5,6,10
**posed** 145:13
**position** 86:19
  107:22
**possible** 173:11
**post** 89:18 90:22
  172:16
**posterior** 5:17
  90:22 91:3
  92:5,6 93:3
  99:18 100:3,13

100:20 101:17
  102:16 149:25
  150:12,16
  159:17,25
  161:1,6,14,21
  164:23 165:5,6
  165:12
**postmarketing**
  30:19
**postop** 103:7
  105:7 133:8
**postoperative**
  158:1
**postoperatively**
  70:8 93:22
  94:3
**potential** 69:1
  93:25 94:12
  117:19
**potentially**
  123:19 153:19
**power** 174:19
**powered** 172:17
  172:21,24
  173:8
**practice** 15:6,9
  18:9 23:18
  28:12 36:11,18
  36:20,23 57:20
  94:18 101:21
  122:7 128:21
  130:12 132:4
  152:22 164:1
**practices** 63:5
**practicing** 56:11
**pre** 103:7 105:6
**preexisted** 99:11
**prefaced** 149:18
**preferable**
  105:23
**preference** 58:6
**preferred** 22:5
**prematurely**
  133:18
**preop** 103:6
**preparation**

| | | | | **Q** |
|---|---|---|---|---|

14:4 38:15
**prepare** 12:25
 38:6,16
**prepared** 14:3
 15:14 38:17,21
 42:6,13 48:17
**preparing** 14:7
 39:15 50:20
 151:21
**presence** 99:20
 100:21
**present** 2:2,7
 58:24 116:19
 158:1 163:16
 163:21 164:1
 173:25
**presentation**
 5:22 96:14
**presented** 98:19
 145:2,6
**presently** 15:5
**pressure** 31:10
 69:15
**presumably**
 115:14 123:2
**pretty** 50:6,25
 62:11 81:10
 86:6
**previous** 177:5
**previously** 28:1
 40:19 126:24
 159:6
**primarily** 168:4
 175:14
**primary** 168:3,7
 168:10,24
 170:1,18,21
 172:13 174:13
 174:19,19
**print** 54:5
**printed** 39:21
 40:16,19 42:13
**prior** 11:13 16:3
 16:20,23 24:15
 39:20 65:16
 67:8,10 69:25

89:16 92:14
 94:25
**private** 36:19
**probable** 7:21
**probably** 15:22
 16:16 25:21
 45:21 47:24
 93:9 108:7
 117:25 123:22
 159:22
**problem** 50:2
 90:12 96:22
**problems** 77:16
**procedure** 5:21
 59:17 62:9
 68:24 69:3
 71:12 73:4
 78:16 94:11
 96:22 124:12
 126:23 149:23
**procedures**
 18:10 20:16
 22:18 24:11,12
 60:1 61:5 82:4
 86:15 101:2
 106:22 111:13
 115:2 116:24
 145:21 150:6
 154:24 173:1
**proceed** 6:21
 93:17
**proceedings**
 177:13
**produce** 16:2
 162:17
**produced** 15:21
 16:3 28:19
 116:21 166:17
**producing** 15:19
**product** 8:19,20
 10:12 20:4,24
 21:4,20 22:24
 29:16 30:6,24
 31:5,7 41:25
 56:5,6 60:11
 63:23 84:20,21

89:3,10 118:6
 118:16,21
 123:14,17
 131:17 133:21
 152:3
**production** 3:12
 25:12 28:15
 44:24 45:3
**products** 9:12
 9:21 10:14
 11:17,18 12:3
 17:14 18:15
 19:4,5,8,12,15
 20:7,11,19,20
 26:6,7 31:4
 60:8,9 64:2,5
 82:22 101:6
 113:11,16
 118:6 120:20
 131:17 140:9
**professional**
 144:1 164:1
**prognosis** 166:9
**program** 33:24
**programs** 88:18
**prolapse** 5:18
 12:1 25:15
 30:18 60:1,2,9
 60:13 61:20
 62:18,23 73:1
 73:4 74:4 81:2
 85:23 96:20
 100:7 101:14
 102:5 126:21
 149:22 150:10
 151:9 159:17
 159:25 165:9
 166:1
**prolene** 78:3,5
 152:5
**prolift** 4:18 9:13
 9:14 17:15
 41:25 44:9
 52:11 97:1,4
 97:21 98:14
**pronouncing**

138:19
**proper** 100:25
**properly** 172:2
**provide** 83:5,12
**provided** 38:10
 38:12 39:23,25
 41:13 46:11
 52:18 55:17
 56:17 57:14
 82:21 115:18
**publications**
 127:5
**published** 29:1
 33:25 116:22
 171:24
**pubovaginal**
 104:12 115:8
 136:7
**pubovesical**
 59:21
**pull** 14:17 36:12
 44:1 68:4
 102:8
**pulled** 23:17
 38:12 39:21
 56:16 106:17
 113:3,6 124:15
 131:13 133:19
**punctures** 73:17
 74:14 76:17
**puncturing** 74:1
**purposes** 10:10
 94:12 110:12
 110:13
**put** 17:2 27:18
 30:4 31:10
 38:22 39:5
 51:5 53:3
 84:10 90:24
 122:13 133:20
**putting** 28:22
 87:25
**pyramid** 109:9
**pyramids**
 109:12

**quality** 116:12
**question** 7:17,22
 10:8 57:12
 65:15 66:2
 80:18 86:9
 88:5 96:4
 99:15 105:6
 122:15,16
 144:7 145:13
 145:25 146:6
 148:5 151:1
 153:7 154:10
 154:13 157:17
 158:12 159:16
 162:6 167:8
 170:17
**questioning**
 48:8
**questionnaire**
 64:23 65:2,9
 65:10 95:22
 99:14,16
 105:11,14
 126:7,8
**questionnaires**
 103:8 121:10
 125:11
**questions** 7:7
 27:14 47:20
 57:20 60:16
 65:10 72:24
 96:1 109:3
 110:6 124:17
 137:10,15
 146:22 147:1
 147:22 149:15
 149:17 151:14
 153:3 155:13
 164:6,11
 169:18,22
 171:4 173:20
 175:22
**quick** 144:7
 147:1 167:7
**quite** 103:4

Denise M. Elser, M.D.

| R | | | |
|---|---|---|---|
| **r** 1:1,14 2:1 | 167:15,19 | **recess** 54:12 | 92:7 | 113:22 114:2 |

**r** 1:1,14 2:1
  108:14 177:4
**raise** 6:22
**randomized**
  33:14,21 71:12
  109:12 113:7
  114:5,5 116:20
  122:1,8,9
  146:5
**range** 75:10
  106:6 145:21
**ranged** 111:13
**rare** 103:10
**rate** 23:2,3,10
  23:12 26:5
  27:13 28:11
  63:6 109:12
  117:19 132:14
  132:14,15,16
  136:15 138:9
  140:3 152:21
  157:12 158:10
  159:19 161:15
  161:16 168:23
  173:18 174:22
  175:2,5
**rates** 22:9,10
  102:3 106:10
  111:14 118:18
  118:20 127:4
  130:15,16
  137:6,18
  139:21 141:22
  146:8,16
  150:22 155:23
  161:8,20 170:5
**rct** 33:22 168:23
**rcts** 111:11
  122:23 123:1
  146:15
**reach** 126:14
**react** 82:17
**reaction** 70:20
  70:24 71:1
  76:9 85:11

167:15,19
**reactions** 76:17
  77:6 78:1,22
  79:21 80:22
**read** 11:5 36:12
  41:13 44:12
  51:16 53:17
  56:15,18 57:16
  75:23,24 76:1
  85:6 93:16
  111:16 114:19
  115:21 116:17
  117:2 129:25
  132:23 135:9
  136:9 145:16
  151:5
**reading** 14:16
  39:20 56:13
  66:17 93:15
  102:3 143:7
  151:19 155:20
**ready** 151:20
**really** 25:22
  42:17 71:6
  79:14 92:3,7
  94:17,19,20
  101:19 123:23
  130:1 142:15
  153:1
**reason** 21:19
  23:13 88:3
**recall** 12:15,24
  37:25 83:1
  90:4 114:11
  144:4 160:2,3
  161:9 164:13
  174:16,18
  175:9
**receive** 88:4
**received** 15:23
  35:21 88:11
  130:18,21
  135:13,20
  136:2 175:11
**receiving** 103:16
  106:15

**recess** 54:12
  87:10 108:12
  157:1
**recognize**
  144:22 165:24
**recognized**
  143:21
**recollection** 13:5
  16:6
**recommend**
  18:16 57:21
  58:15
**recommendati...**
  58:16,25
**recommended**
  147:9
**recommending**
  18:17 21:21
**reconstructive**
  34:8 155:11
  156:19
**record** 6:2,5,13
  11:3,12 13:14
  13:22 17:3
  28:17,23 37:12
  38:22 48:19,24
  49:1,4,18 54:7
  54:11,21,22
  87:9,13 97:23
  108:11,17
  112:15,17,19
  112:22 119:12
  142:9 156:25
  157:6 158:21
  159:3 160:15
  160:18,20,23
  166:20,24
  176:1 177:12
**records** 4:12
  14:18 17:12
  45:17,25 46:1
  46:11 49:14
  51:1,19 52:21
  67:7,10 89:19
  151:20
**rectocele** 66:12

92:7
**recurrence**
  77:21 81:9
  126:20,21
**reduced** 177:11
**refer** 10:11 37:9
  72:10 110:12
**reference** 11:12
  142:11 144:12
  144:15 160:6
**referenced**
  36:10 116:1
  145:7
**referencing**
  174:14
**referred** 26:5
  63:2 137:3
**referring** 10:13
  10:14 44:21
  69:16,21 73:20
  108:2 111:3,19
  111:20 114:21
  119:21 130:1
  158:23
**refers** 26:6
  161:13
**reflected** 53:17
**reframe** 7:22
**refresh** 13:5
**regard** 33:2
  139:21 143:11
  146:13 153:4
  153:14 154:23
  155:23 161:20
  164:2 173:23
  174:13
**regarding** 71:17
  96:2 127:20
  138:15,23
  150:9 157:18
  163:22 170:18
  174:8
**regardless**
  123:14 127:8
**registries** 111:12
  113:4,8,14,15

113:22 114:2
  118:10,12
  144:13,16,23
  145:17 146:8
  146:13 150:21
  170:19 171:11
**registry** 114:4
  124:1,14,16,18
  144:20 145:7
  146:4 162:5,7
  170:20 171:7,7
  171:10
**regular** 35:4
  155:20
**regularly** 143:6
**relate** 63:12,23
  64:1
**related** 8:11,15
  57:17 91:2,12
  92:10 102:5
  106:10
**relating** 8:19
  29:2,13 30:18
  41:25 57:9
  91:5 102:15
  129:23
**relative** 42:2
  82:8 177:14,15
**relatively** 22:7,8
**relevant** 39:18
  39:23 46:7,21
  47:1,23 52:6
**reliable** 116:21
  139:6,7 146:13
  147:5 171:1
**reliance** 38:6,16
  39:6 40:11
  41:7,17 42:18
  47:17,20 48:16
  108:20,25
  167:2
**relied** 38:4 41:5
  50:20 109:16
**relook** 113:21
  114:2
**rely** 41:10 45:14

61:7 84:18
93:10 103:15
109:17 143:24
168:2
**relying** 48:12
93:12 137:18
138:14 139:4
139:15 151:6
157:9 158:5
161:12,20
162:24 166:14
**remained** 97:18
**remarked** 5:13
110:19 159:13
**remember** 8:23
8:25 9:15,23
10:24 12:18
16:5 23:16,23
24:5 25:7
26:17 56:17
85:8,13 135:10
**remembered**
126:5
**removal** 174:23
**removed** 70:15
78:6,13 81:5
84:25 97:17
98:5,10 133:13
**remuneration**
135:21
**render** 47:8
**renewed** 14:18
**reoperation**
23:10,12,20
26:5 27:13
28:11 138:9,24
138:24 139:1
152:21 158:7
175:2
**reoperations**
28:8
**repair** 73:1,4
76:20 81:21
90:23 91:3
92:5 99:18
100:3,7,8,13

100:20 101:18
102:6,16 115:8
151:9 161:1,7
161:16,21
165:4,5,6,7,8
165:12
**repairs** 62:19
**repeat** 150:15
**report** 4:7,9
5:12,24 8:15
12:17,20,21,25
13:15 14:4,7,9
14:10,12,15,20
14:22 15:3
16:17,20 17:9
17:14,20 18:5
22:14 23:2
24:10 26:6,17
26:18,25 27:3
27:7,11,12,19
32:4,4,5,8,12
37:10,11,14,20
37:22 38:3
39:7,8,11,12
39:15,16,17
40:15,23 41:15
42:5,9,18,20
42:23 43:14,21
46:1,3,5 48:11
50:21 52:25
53:7 60:16,16
62:16 64:8
67:20 70:13
71:8 86:11,12
89:12 90:24
91:16 93:11,19
93:21 95:18
98:8 106:9
108:5 109:4
110:7,11,13,17
110:22,25
111:3,3,7,24
117:16,22,25
118:3 119:5,19
119:22 123:12
125:21 127:13

136:5,18 137:3
137:21 145:23
146:7 147:10
151:11,15,18
151:22 157:14
157:24 161:7
164:7,12,16
165:24 166:4
167:11,13
168:2,17 170:3
170:5,21
174:14
**reported** 2:15
64:22 103:5
105:3 111:13
118:24 119:2
145:21 146:9
164:16 175:14
177:10
**reporter** 1:13
6:19,22 13:16
53:9,12 54:23
119:1 150:14
162:1 167:4
177:1,3
**reporting** 127:3
141:21 147:18
**reports** 14:18
17:5,18 39:5
43:6 45:18
48:7 50:21
89:23 103:7
113:8 150:11
159:23 165:3
166:15
**represent**
137:14 158:10
**representative**
174:10
**reprinted** 118:3
**request** 25:11
28:14 43:10
46:18 53:16,24
56:22,24 61:24
162:17 163:4
**requested** 20:10

**requests** 3:12
**require** 76:20
**required** 78:7
105:17
**rereview** 56:16
**research** 29:12
29:15 30:17
129:9
**reserved** 37:21
59:15
**residency**
148:11,14,19
148:22 149:6
155:3
**resident** 60:20
**residents** 60:23
**resolve** 77:14
**resolved** 69:11
**respect** 8:10
22:17 35:22
58:13 59:25
87:15 89:14
123:11 171:15
172:12
**response** 37:24
43:5 65:14
80:25 81:2,22
82:1,13,14,19
82:25 83:3,21
121:8 151:13
162:16 167:14
167:22
**restrictions**
133:9
**result** 99:19
101:18
**results** 30:2
105:16 112:1
116:11,21
122:17 123:23
126:19 131:16
**resume** 34:9
**retained** 9:7
10:22 12:16
**retention** 79:4
132:16

**retropubic**
10:15,18 17:22
20:3 63:14,17
63:23 86:5
97:8 104:11,15
104:18 106:19
111:19,21,23
112:1 113:1,10
113:11,15,17
114:22 115:11
118:5,13,21,24
119:2 120:12
120:16 121:25
123:13,14,21
124:11 130:22
131:11,21,24
132:12 134:19
137:19 140:8
140:10,25,25
141:5,6,7,8,9
141:11,13,23
141:25 142:3,5
142:5,20,22,25
143:2,17,18
144:9,10,17,24
145:3,14
146:24 149:21
151:3,23
152:17,24
157:21,21
158:2 159:20
162:8 163:17
166:2,6 168:9
169:24 170:15
171:2
**retrospective**
33:15,16
**returns** 171:9
**review** 13:14
41:21 45:13
55:22 70:11
104:10 106:13
109:6,20,21
110:1,3 111:10
114:3,24 115:6
116:3,9 117:14

117:14,17
120:10 125:11
139:9 141:4
144:4 145:14
146:10 150:24
155:13 156:12
168:1 169:3
171:23
**reviewed** 42:25
43:5 45:9,11
45:25 46:1,2,4
49:15 50:5,20
67:9 74:17,20
101:21 102:8
116:5 117:21
129:16,22
132:19 153:13
166:25 169:23
**reviewer** 34:1
155:19
**reviews** 109:7
143:14,20,24
143:25 168:15
**revised** 38:2
40:3 41:22
75:13 108:24
**revision** 23:2
62:22,25 63:3
63:6 70:12
77:25 97:22
98:18 167:14
174:22
**revisions** 72:16
72:18,19
**rid** 82:4
**right** 6:22 11:2
17:11 20:25
26:4 37:21
39:4 47:8,15
51:14 64:19
65:7 68:22
69:20,23 73:14
76:2,12,14,23
78:14,17 81:14
84:4 89:5 91:7
92:17 93:15

95:19 97:11,15
97:18,25 98:6
98:16 103:13
104:3 105:7,9
105:12,19
107:24 112:5
115:12,16,16
117:20 118:14
119:10 121:19
123:4 124:19
127:6 128:20
131:18 132:6
137:10 139:16
145:13 151:16
152:18 157:23
160:1 168:12
172:17 173:13
**risk** 67:23 73:10
73:17,25 74:2
74:12,13 80:23
81:16,18,21
86:13,17 100:2
100:4 106:25
107:8,15 136:5
136:17 138:15
139:16 149:9
150:5,9,12,17
151:2,8 157:11
158:6,14,15
159:16 166:10
**risks** 79:20 80:4
80:21 85:18,22
85:23,24 86:3
86:7 148:16,19
148:25 150:5
165:11
**road** 1:16
**robust** 117:11
**role** 174:4,6
**room** 32:22
60:25
**roughly** 30:16
**rounds** 60:21
**rpr** 2:16 177:23
**rules** 7:13
**run** 8:7

**rune** 135:12
**running** 103:23
168:25 171:19
**runs** 100:4
104:6 142:16

---
**S**
---

**s** 1:14 2:1,5 4:1
5:1 56:12
108:14,14,14
177:4
**sacrocolpopexy**
33:12
**safe** 116:24
**safety** 117:14,16
117:22,22
154:6 168:10
169:6,13 170:2
170:3,19,21
171:8 172:12
172:14,15,21
172:25 173:2
174:21 175:13
175:15
**samaritan** 19:23
**sat** 34:18,20
131:13
**satisfied** 55:5
**satisfy** 57:1
**save** 160:6
**savich** 2:13 6:2
**saw** 69:25
153:22
**saying** 11:12
20:21 24:9,22
25:3,14,22
42:19 71:24
92:17 94:7
100:12 165:5
**says** 52:12 66:18
67:2 76:17
80:3 86:17
90:3 114:14
115:18 116:8
135:12 140:12
145:16

**scales** 147:20
**scandinavian**
144:23
**scenario** 132:21
134:2
**schimpf** 104:6,9
139:8
**schimpfs** 136:18
**school** 155:2
**science** 35:12,13
153:5
**scientific** 21:1
64:4 153:8
**scope** 174:11
**scratch** 129:10
**search** 13:14
39:22 40:17
**searches** 57:15
152:8,11
**seat** 65:13
**second** 8:17
39:11 48:20
54:8 111:9
114:13 126:2
**secondary**
172:15,18
**secondtothelast**
60:19
**section** 73:14
76:9 78:23
86:23 91:16
93:17 98:15
109:6 113:1
116:8 135:11
**secur** 9:21
**see** 8:8 13:1 32:6
40:4,6,10,12
44:18 45:5,18
55:23 64:14
66:24 69:6
76:11 77:1,8
77:11,13,16,21
78:22,24 86:20
88:21 97:23
101:15 105:24
108:6 115:17

118:3 121:25
124:6 125:6
127:22 130:2
130:15 135:14
135:15,18,23
136:1 138:5
140:21 142:10
147:12 158:3
165:16
**seeger** 2:3 6:14
**seegerweiss** 2:5
**seeing** 28:1
72:23 131:18
131:23 168:22
**seek** 39:17
**seeking** 96:20
**seen** 8:4 20:4
46:4 67:7
70:13 74:23
82:21 84:5
90:2 109:18
128:13 143:16
152:24 158:13
159:20
**sees** 89:22
**select** 57:5
**selfreported**
105:13
**sense** 7:20 24:21
**sensory** 71:24
**sent** 42:25
165:18
**sentence** 67:21
69:6 73:13
111:19 132:18
**separate** 51:13
133:18
**separated** 53:18
133:18
**separately** 92:9
**september** 163:7
**series** 33:15,16
**serve** 9:7 11:20
**served** 9:3,6,10
9:19 11:16
**session** 108:22

set 47:15 57:18
    123:24
seven 49:10,11
    51:15 54:24
    166:21
sexual 92:10,14
    92:15,18 136:6
    139:21
sgs 139:8
sheath 133:17
    133:24
sheaths 133:6
sheet 54:1
shelf 22:2,4
shes 80:14
short 110:11
    112:3,6,11
    116:25 117:6,8
    168:17,19
shorter 110:14
    112:7
shorthand 1:13
    177:1,3
shortterm
    102:17 105:15
    113:24
show 40:18
    50:10 114:14
    128:10
showed 167:12
showing 49:19
    84:5
shows 92:8
side 97:13 98:10
signed 68:8
significance
    146:12 155:22
significant 78:6
    78:11 114:16
    133:12 152:12
significantly
    90:8,10 151:24
sigurd 136:1
similar 28:18
    118:18 146:16
    158:14 175:4,6

similarly 132:21
    134:3
simple 101:16
    162:6
single 168:9
    169:4
sit 9:16 17:12
    34:1
sitespecific
    161:7,16
six 93:21 94:2,16
    106:3 151:22
sixmonth 94:18
size 128:10
sizes 128:15
skews 123:22
skipping 64:7
slides 145:6
sling 18:17 21:1
    21:14,21 25:16
    25:17 26:6
    27:22,25 52:13
    58:16,17 59:4
    63:5 65:16
    72:19 73:2,4
    81:4,24 82:9
    82:11,14 84:7
    84:15,25 85:12
    86:8 87:25
    97:17,20 98:5
    98:10,15 99:19
    99:20 100:4,8
    100:11,21,22
    101:5,16,19
    102:6,24
    106:15 107:20
    113:11,11
    115:2,9 132:17
    136:7 140:5,12
    151:9 153:22
    158:2 165:5
    166:2,6 174:22
    175:11
slings 18:21
    23:18 26:8,9
    29:2 59:21

61:2,2,16
72:16 83:20
84:22 103:16
104:12,19
111:20 115:7
117:11 118:24
119:2 121:14
141:7,8 163:18
163:19,20
175:16,19
small 55:12
    71:19 136:6,17
    173:4
smith 89:22 98:9
    98:22
smooth 130:5
smoother 130:6
snell 2:10,11 3:5
    3:7,9 4:5 6:16
    6:16 11:3,11
    13:7,20,23
    15:20 16:2,6
    17:2 18:18
    23:5,8 24:14
    24:16 25:25
    26:18,25 27:5
    28:4,16,22
    29:18 30:22
    32:16 33:8
    35:6 38:18,21
    39:2 41:19
    42:6,11 43:19
    44:1,4,8,20,23
    47:2,4,11,24
    48:6,13,19
    49:16,21 50:1
    50:9 51:7,12
    53:2,15 54:2
    56:10 57:23
    61:17 62:10
    63:13,24 65:18
    65:24 68:14,17
    70:2,21 73:6
    74:15 75:19
    78:12,18 79:12
    80:1,7,11,15

81:23 82:10,16
83:9,16 84:1
85:4,16 88:5,8
88:16 89:4
92:16 97:3,19
97:24 98:2
101:10,23
103:1 104:16
105:1,21 106:2
106:16 109:14
112:14 113:12
114:7 115:4,25
117:15,24
118:8,22 120:4
122:22 124:6
126:13,16
127:14,25
128:12,17,25
129:7,19
130:24 131:7
132:5 134:22
134:25 135:7
137:12,13,24
138:1,8 140:10
140:14 143:5
150:19 156:21
157:7 159:2,9
159:15 160:4,8
160:15,24
161:24 162:4
162:12 164:10
164:18,20
165:22 166:19
167:6,11,20
168:18 169:15
169:20 171:4
172:9,23
173:10,15,22
175:21
snip 78:10
snow 2:8 5:5
    6:17 13:24
    52:17,18 55:17
    55:21
societies 144:1
    147:20

softener 90:3
sole 89:9
solid 130:6
somebody 22:2
    28:1 84:22
somewhat 114:4
soon 106:13
sorry 7:9 10:7,9
    12:2 18:19
    26:2 27:1
    34:10,20 63:18
    66:15 73:12,13
    84:15 86:12,22
    97:5 103:22
    118:9 119:7,19
    126:1 127:14
    138:5 174:4
sort 8:7 58:23
    62:8 68:12
    96:13 101:19
sound 123:5
sounds 11:2
source 87:24
    89:9
sources 136:11
    137:2
space 103:23
spare 110:16
speaker 12:9
    135:20
speaks 141:24
special 35:21,24
specialized
    153:8
specific 10:11,12
    21:6 42:20,22
    64:19 79:18
    84:21 85:8
    110:1
specifically
    14:20 31:10
    33:2 38:15
    41:14 58:6
    59:12 64:9
    88:2 106:19
    111:25 113:14

124:16 138:12
142:2 162:8
163:14 170:18
171:1 174:21
**specifics** 27:12
84:20
**speeches** 15:25
**spell** 30:21
**spend** 43:17
151:17
**spent** 8:11 14:6
16:11,24 17:10
151:14,19
**sphincteric**
59:11
**spring** 1:16
**staff** 135:18
**standards** 147:9
**start** 21:25 39:9
58:1,5 133:20
137:16
**started** 12:19
14:19 108:21
**starts** 45:6
**state** 60:19
67:21 73:9
92:13 95:1
111:9 113:13
129:12 136:5
147:7 175:1
177:3
**stated** 148:13
**statement** 99:25
134:1
**statements**
28:18
**states** 142:2
146:7 147:3
**statistic** 36:2
155:9
**statistical**
155:13,17,22
172:4
**statistician**
172:10,11
**statistics** 35:25

36:7 155:15,22
**status** 90:22
**stay** 143:10
**stenographica...**
177:10
**sticker** 51:5
164:19
**stool** 90:3
**stop** 8:17 19:3,7
19:11 131:19
156:21
**straight** 80:12
**street** 2:3
**stress** 5:15 20:21
20:23 29:13
33:2 57:24
58:12 61:18
64:11 66:13,25
71:9 96:19
114:15 115:3
126:20 128:11
139:12,22
143:11 153:15
153:20 154:7
154:23 156:14
158:19,19
163:12,14,14
163:22 164:2
**stresses** 133:4
**stretch** 133:3,15
133:25 134:13
**stretched** 132:19
132:22 133:1
133:21 134:3
**stretching** 134:7
134:9
**strictly** 124:18
**strike** 14:10
19:4 74:9
80:14,17 86:9
96:11 97:5
114:25 129:11
149:20 156:9
158:16 173:18
174:5
**structures** 76:18

76:25
**studied** 84:3
129:5 141:20
**studies** 4:18
33:1,19 35:23
52:11 71:17
84:5 93:5,10
100:11,24
101:20 102:8,9
102:14,16,17
102:19,22
103:11,14
104:14,18,20
105:7,15 106:8
106:12,14,17
106:18,20,21
107:19 109:3
117:21 118:17
120:15 122:1,5
122:8,10,11,18
122:25 123:20
127:10 128:9
135:22 136:12
136:15,20
139:6 140:25
141:21 142:16
142:18 150:21
152:11 154:19
154:22 156:18
157:9 161:15
161:17 166:14
167:25 168:1,2
168:6,14,17,19
168:21 169:3,6
169:13,23
170:2 172:20
173:3,7,12,13
174:2,15,18
175:9
**study** 30:3,10,12
30:15,19,19
31:14,16 33:5
33:7,22 71:20
71:22 91:17,19
92:3,8 94:2,6
94:14,15

100:16,18,25
101:4,5,7,8
104:8,9 105:4
114:6 115:1
118:19 120:15
121:3,4 123:3
124:10,14,17
124:18 125:12
125:17 126:17
134:21 135:9
136:21,25
137:1 138:10
138:14,18,23
139:3 142:10
142:12 146:23
147:5,8,15
157:19 163:22
168:10 169:9
170:18 171:24
172:1,4,13,14
173:17 174:25
175:9
**studying** 29:16
128:2
**stuff** 32:18 44:2
44:9 49:17
50:4,15
**submit** 14:22
**submitted** 12:21
17:21 38:20
41:22
**subpoena** 163:4
**subsequent** 28:3
104:8
**subset** 58:20
59:7
**substantial**
23:17 155:12
**substantially**
155:14
**success** 146:16
**sudden** 132:13
**suffered** 89:15
94:25
**suffering** 46:25
57:22 82:12,19

**suggest** 82:22
**suggesting** 54:4
69:17 71:14
96:24 97:7
**sui** 12:1 18:10
18:16 30:18
57:22 67:5
**suite** 2:9
**summary** 5:12
110:22 111:2
112:4,6 114:12
114:14 159:5
**superior** 1:1 6:9
**supplement** 15:3
37:21 95:18
**supplemental**
4:9 14:4,7,12
14:15,22 16:17
16:20 18:5
22:14 32:4
37:14 38:3
39:8,12 48:16
52:25 108:5
109:4 111:6
119:4 127:12
136:4 137:23
151:11,15,18
151:22 157:14
**support** 134:4
141:4 157:10
**supports** 28:15
92:24 99:24
**supposed** 29:25
**sure** 19:18 21:25
24:9,25 25:18
26:11 27:6
31:24 43:18
48:21 57:4,13
65:5 72:1 73:8
86:18 89:21
93:16 95:4
104:3 106:3
110:24 120:8
138:19 151:11
151:12 159:3
**surgeon** 74:3

79:16 84:18
148:8,17
153:19
**surgeons** 85:15
86:1,14 122:25
142:21 148:6
163:17,22
173:25
**surgeries** 62:18
62:20,23,24,25
63:3 77:25
81:16 104:7
139:25 148:16
150:10 154:2
166:1
**surgery** 5:17,24
24:18 25:16
34:8 58:11,13
61:10,11,14,19
61:20 64:13
66:23 67:8,10
67:11 68:21
69:8,11 73:21
73:24 74:4,8
79:15,17,21
80:5,8,10,24
81:3,4,6,14
84:19 85:23,23
85:24 86:7
89:6,7 91:20
92:12,15 94:9
99:11 100:7,22
101:14 102:24
102:24 114:18
115:20 116:22
117:12 125:19
133:10 147:24
148:18 154:3
155:12 156:19
157:11,11
159:17,24
164:21,22
165:9,17,25
166:10 170:8
**surgical** 5:14
58:14 59:3,19

68:24 69:3
76:20 96:20
103:9 126:23
**surprise** 40:20
116:4
**surprised** 71:19
115:23
**suspended**
88:14,17
**suture** 82:9,15
149:3
**sutures** 81:1,15
81:17,19 82:6
82:8
**svenningsen**
5:11 123:25
134:21 135:12
146:23
**swear** 6:20
**switch** 87:5
**sworn** 6:24 7:3
177:7
**symptoms** 64:11
64:16,22 65:1
69:10,18 99:10
114:17
**synthesis** 151:5
**synthetic** 140:12
**systematic**
104:10 109:21
139:9 141:3
143:14,20,25

**———— T ————**

**t** 4:1 5:1 108:14
**table** 118:3,5
120:14 121:18
121:19,20
139:20 140:20
140:23 141:3
142:8,15,16
158:3 161:13
161:23
**tables** 112:10
160:4 161:5
**tabulated** 112:1

**take** 28:16 29:22
32:16 47:25
53:10 54:23
83:19 90:21
95:1 100:25
104:1 110:24
124:7 128:20
131:19 133:14
134:12 140:15
**taken** 1:12 54:12
87:10 108:12
157:1
**takes** 70:24
**talk** 36:4 86:7
91:11 103:7
104:10 106:12
117:16 119:22
137:5 163:20
167:25
**talked** 95:24
148:15 167:24
**talking** 21:7
43:12 44:24
61:14 78:11
80:10,11,12,13
90:25 92:25
98:12,14 100:2
100:15 102:19
110:2,25 115:7
131:8,9 137:22
139:20 140:8
152:16 154:3
156:13 157:8
168:16 172:20
**talks** 163:13
**tampon** 31:9
**tape** 5:20 86:18
86:18 87:4,5,8
87:12 141:23
141:24 145:17
156:22,24
157:5 175:24
**tapes** 40:5 113:1
115:19
**tasks** 172:8
**taught** 134:15

134:18 148:19
**teaching** 29:8
60:20
**technologies**
1:24 2:14 6:3
**tell** 13:7 14:6
25:5 30:2 36:9
47:22 95:7
130:7 137:7
163:2 172:24
**tells** 83:13
**template** 62:1
**temporary**
67:25 79:21,23
80:2,3,5 83:15
**ten** 48:3 70:7
106:9 107:20
121:14 125:22
126:23
**tend** 80:5
**tendered** 13:11
**tends** 59:14 62:7
**tension** 86:18
107:12
**tensionfree** 5:20
40:5 86:19
141:23 145:17
**term** 116:24
117:1 146:2
168:20
**terminology**
147:10
**terms** 87:21
100:24 126:1
136:17 149:18
**testified** 7:3
18:10 64:10,17
67:22 85:2,9
148:1 153:5
154:11 157:20
159:19
**testify** 28:11
177:7
**testimony** 81:19
85:5,6 177:12
**testing** 134:4

**text** 48:10
**thank** 18:21
31:25 72:17
75:17 109:2
120:5 124:8
138:4 159:11
167:24
**thats** 13:18
14:19 17:20
19:25 27:13
30:4,6,24
33:24 42:11
44:23 49:22
50:3,14,16
51:7 52:1 54:2
58:10 60:17
62:13 63:15
67:7 68:12,22
69:13,16 72:14
78:9,15,15
80:8,15 81:13
82:7 86:6 92:8
93:13,24 95:7
95:8,8,16
96:15 99:13,22
104:3,15
110:10 112:5,8
114:21 120:17
121:4 123:13
125:24 133:22
135:15 159:9
161:19 163:25
167:6 168:25
171:11 174:11
175:21
**therapy** 58:7
72:14
**theyre** 118:24
**theyve** 100:7
124:15
**thigh** 77:18
**thing** 32:3 55:10
74:2 81:3
**things** 38:2 55:5
55:6 150:21
151:12 155:23

170:9
**think** 9:18 11:6
16:14 22:12
25:15 27:18
32:17 45:20,22
47:22 50:3
53:12 60:17
61:23 62:13
63:15,19,25
67:1,6 71:4
76:24 79:10
81:3 87:17,24
93:24 95:3
97:20 103:3
107:8,10 110:8
122:11,14
123:5 130:10
132:1 133:11
139:14 142:9
144:7 149:16
151:13 154:12
159:22 173:15
**thinking** 83:18
**thinning** 107:16
**third** 8:7 147:7
**thorough** 57:2
**thought** 26:25
39:23 82:18
85:21 88:7
92:4 159:23
**thousands** 154:1
154:1 174:20
**three** 26:14 87:1
121:6 134:17
134:19 173:16
**threemonth**
94:17 173:13
173:17
**throws** 25:22
**thumb** 5:3 49:10
50:10,22,24
51:2,11,13
54:6,15 55:2
162:15 166:16
**thursday** 3:2
**time** 6:4 7:12,14

8:11,18 9:7
12:5,19 22:11
22:22,22 23:19
23:21 24:5
26:19 29:5
34:18,20 36:6
40:14 48:22
49:2 54:9,19
55:25 57:16
63:19 64:20
65:21 66:6
67:15 69:19
73:21,24 74:7
75:7 83:23
84:14 85:20
86:4 87:7,11
87:17 88:15
89:25 91:23
92:4 96:22
97:2,9 98:18
101:2 103:5
108:6,7,9,15
112:16,20
125:22 126:12
126:22 132:10
134:14 147:24
149:20,21
151:17 153:24
155:8,9 156:23
157:4 160:6,16
160:21 165:16
167:13 175:23
**times** 9:2,3
170:9
**tissue** 62:19 78:4
82:3,5 165:18
167:18,18
**tissues** 166:6
**titles** 51:16
**today** 6:20 7:8
8:3,9,13 10:10
12:5 24:10
25:5 41:2 49:7
49:25 50:15
145:19 148:25
162:16 166:15

167:25 168:16
172:20
**todays** 6:3
**toilet** 65:13
**told** 42:6 43:24
44:1 63:11
143:7
**tommaselli** 5:10
119:5,10,22
140:15 157:17
**tons** 167:4
**top** 13:9 45:1
71:8
**topic** 137:16
**topics** 163:5
**total** 13:13
16:14 25:6
104:14 141:7
**totally** 138:21
**track** 22:19,19
27:20 53:5
103:15 146:14
**tracked** 23:18
104:21,22,25
105:2,10
130:11,17,20
130:25 132:4,6
**traditional**
59:19,20 81:20
115:2,7 117:12
161:13
**trained** 155:1
**training** 35:21
35:24 36:3
88:4,10,14,18
148:6,11
149:13
**trainings** 12:12
**transcript** 177:9
**transcripts** 4:12
51:20 52:21
55:8
**transient** 70:25
71:5 82:23
83:7,14,23
**transition** 20:12

**transmitting**
55:21
**transobturator**
40:5 114:22
115:10
**transport** 167:4
**transvaginal**
60:5 164:22
**travel** 135:13,20
136:2
**treat** 12:1 27:23
58:2 60:2,9,12
72:3 78:1 92:8
153:19 154:7
**treated** 72:6,8
121:22 135:17
141:11
**treating** 58:12
72:3 115:3
**treatment** 57:21
71:15 96:20
97:10 153:10
153:15 155:24
156:13
**treatments** 59:1
154:20 163:23
**trees** 32:21
**trial** 28:10 33:14
33:21 35:1,2,3
35:9,10 36:1
43:13 48:18
128:15,19
156:1,7 174:1
174:8
**trials** 31:19,21
109:12 113:7
113:24,25
114:10,14
115:18,24
116:4,14,20
121:9 122:10
146:9 156:3,11
156:17 171:20
171:21 173:24
**tried** 114:25
117:18

**true** 62:13 63:15
177:12
**truth** 177:7
**try** 7:21 22:25
44:4 47:22
134:12
**trying** 11:9 20:1
21:15,17 23:1
25:19 27:15
43:11,11 48:2
50:17,19 72:2
95:4 110:16
**turn** 76:4 108:5
114:12,13
137:20 140:19
157:13 166:19
**tvr** 10:15
**tvt** 4:9 5:4,7,9,21
8:19,20 9:4,5
9:20,21 10:2,8
10:12,14,16,17
10:22 17:9,22
18:22 20:3
55:13 56:5,12
56:13 57:2,9
57:10 63:12,14
63:16,23 64:2
73:10,16,22
74:17 75:6
80:12 82:22
86:5 88:14
96:7,12 97:8
104:15 106:15
111:12,18,19
111:23 112:1
113:10,15,17
118:5,11,13,16
118:18,21
119:3 120:16
121:25 123:16
123:20,23
124:1,11
125:25 127:4
127:10 129:13
130:21 131:5
131:24 132:11

133:16 134:18
136:6,22
137:19 140:4,8
140:8,10,10,13
140:25 141:6,9
141:11,17,23
141:25 142:3,5
142:13,18,19
142:22 143:2
143:18 144:9
144:16,24
145:3,8,18
146:24 149:6
149:21 150:21
151:3,23,23
152:13,16,16
152:24 154:23
157:21 158:11
159:20 162:8
163:17 164:23
166:6,14 168:9
169:24 170:15
171:2
**tvto** 4:17 9:21,22
9:23 10:4
17:17 19:1
20:3 21:13
52:2,9 120:19
**tvtr** 18:25
120:23 121:14
**tvts** 122:25
**twice** 9:5,6
**two** 10:2 19:10
24:18 33:18
100:16 102:2
104:18 130:8
131:3 132:12
136:11 142:10
142:17 147:1
172:25 173:1
**twostage** 71:13
**twoyear** 24:23
**type** 121:23
128:3
**typed** 66:20
**types** 33:19

45:17 58:14
59:18 104:7
122:5,10,11,18
128:5 146:19
153:18 156:11
**typewriting**
177:11
**typical** 62:17
**typically** 15:12
60:4

### U

**u** 56:12
**ultimately** 89:1
**uncertainty**
116:16
**undergo** 69:2
148:22 149:6
**undergoing**
101:2
**undergone**
124:11 148:11
**underlying**
104:24 117:21
117:21 169:2
**understand**
21:15 24:9
35:10 43:12
49:6,23 57:4
74:21 83:10
89:5 95:4
96:17 173:24
**understanding**
15:5 47:21
58:23 70:23
97:16 98:4
105:5 148:7
156:10
**understood**
27:18
**underwent**
71:13 149:22
159:18
**unger** 138:3
**unique** 79:14
81:3

**units** 147:8
**unusual** 82:20
**update** 5:16
18:7 45:24
158:20 163:6
**updated** 17:4
111:10 139:20
**updating** 158:25
**uptodate** 18:1
47:10,12
**urethra** 31:11
59:13,14 76:19
77:1 98:11
**urge** 64:11,16
65:1,16 66:9
67:11 71:17
73:14 79:1
84:6 86:14
90:6 95:24
125:23 126:22
163:13,23
164:2
**urgency** 71:25
125:17 126:22
127:3
**urinary** 5:15
29:13 33:12
64:12 66:13,25
79:4,4 114:15
115:3 153:15
153:20 154:7
154:23 156:14
**urinate** 65:11
**urination** 65:19
65:22 165:13
**urine** 65:12
**urogynecologic**
34:5
**urogynecologist**
170:12
**urogynecology**
94:19 143:22
148:12 155:6
163:7
**urologic** 139:11
158:16

**urological**
158:18
**urology** 1:5
**use** 18:21,23,25
19:5 20:19
21:4,7,10,12
21:19,23 22:4
58:9 60:6,8,10
60:12 61:16
119:12 141:22
146:2 153:9,14
153:19 168:21
**uses** 68:13
**usually** 51:7
71:18 109:15
109:25
**utilize** 152:5

### V

**vagina** 81:17
**vaginal** 5:17,20
40:5 60:7 79:5
82:7 91:3
98:22 99:4,6
107:7,17
123:12 141:23
145:17 159:25
165:17 166:6
**vague** 21:23
62:12 68:12,15
68:19 86:6
**validated** 103:8
105:14 121:10
**valuable** 122:12
**vargo** 1:13 2:16
6:20 177:2,23
**various** 55:8
104:7 139:22
142:16 143:13
144:1 146:19
153:14 154:2
155:20 157:9
162:15 175:9
**vary** 58:23 62:3
**vast** 140:24
141:5 142:17

144:8
**verbal** 121:8
**version** 119:11
**versus** 6:8 21:11
21:20,24 79:15
81:4 87:16
113:24 115:11
130:18,22
136:22 147:23
**vesair** 29:16,17
**vessel** 74:7
**vessels** 73:18
74:14 76:18
**vicious** 93:1
**video** 4:3 6:6
48:23 49:3,18
54:10,20 87:9
87:13 108:10
108:16 112:17
112:21 156:25
157:6 160:17
160:22 176:1
**videographer**
2:12 6:1,3,19
48:22 49:2
54:9,19 75:11
87:3,7,11
108:9,15
112:16,20
156:23 157:4
160:16,21
164:8 175:23
**videorecorded**
1:11
**videos** 134:6
**view** 22:6 83:2
109:20 132:25
151:24
**viewed** 43:4
**visit** 90:2
**voiding** 77:11
81:7 149:10
174:23
**voluminous** 50:6
**vs** 1:3

## W

walking 49:24
110:17
wall 5:17 82:7
91:3 159:25
want 8:7 13:7
14:17 21:23
24:2,8 31:23
32:15 33:1
37:11 39:5
43:16,21,23
47:3,5,9,16,19
48:4 49:21,23
50:12 55:10
57:19 65:3,4
68:4,5 72:1,24
76:2,8 80:16
84:19 86:6
89:5,20 91:15
94:20 95:5,13
95:17,21 99:9
103:17 105:24
106:6 108:4
109:2,5 110:11
120:3 122:24
123:25 124:4
133:23 137:15
151:11,17
157:16 158:20
159:2 167:25
169:22
wanted 24:25
26:11 34:11
43:3 110:5
warn 91:7
warned 67:22
68:9 86:13
warning 73:17
73:25 74:2,12
74:13,16 86:14
warnings 79:11
79:13,17,18
warns 73:10,16
wary 146:1
washington 2:9
wasnt 10:9

69:18 72:1
79:1,7 103:5
103:12 105:3
waste 7:12
water 2:3
way 7:20 17:7
25:22 28:2
40:6 50:6
56:22 72:4
73:5 75:5
113:20 126:3
132:14 133:12
147:14 161:9
ways 133:1
wear 31:11
website 5:12
110:23 145:15
week 14:13,15
14:25 15:8,11
16:21,23 18:2
62:17
weeks 15:13,13
94:16 106:3
weight 58:3
weiss 2:3 6:15
welk 174:25
175:10
went 23:19
26:17 55:4
131:21,22
152:21
whats 36:15
48:14 73:12
79:14 107:3
122:25 131:20
131:20 146:12
163:1
whove 106:21
willing 125:4
wise 122:14,15
witness 3:3 6:21
6:24 7:2 13:9
13:11,12,17
16:5 18:20
25:13,21 27:2
29:24 30:1

31:25 32:21,24
42:12 48:4
75:2,9,17,20
75:24 76:1
103:22,24
120:6 127:17
135:2 137:25
138:7 140:11
150:16 166:20
177:6,6
women 31:11
33:24 59:15
93:21 104:13
104:19 106:15
106:18,21
114:15 115:14
124:11,15,20
124:25 125:3,7
125:15,22
126:4 127:3
151:1 152:12
154:20 158:1
158:11 175:11
175:15
womens 1:5
wont 28:5 168:4
word 59:18
76:25 98:1
141:22
work 12:16
14:11,14 15:12
16:10 19:19
60:24 61:6
72:13 153:5
156:1
worked 12:17
13:13 19:16
working 12:2,19
14:20 15:16
16:19 36:3
52:24 61:9
works 128:1
worsen 91:24
wouldnt 81:24
94:5 100:25
101:8,25 103:9

105:3,20
149:25 172:6
wound 149:2,9
165:12
write 99:17
writing 8:15
13:14 14:20
written 17:18
109:6
wrong 10:1 62:8
84:19 92:8
97:1,8 146:2
151:16
wrote 12:20
13:2 40:14,22
66:11 68:2
70:7 71:8
86:12 161:7
165:3

## X

x 3:1 4:1 5:1

## Y

yeah 11:8 15:20
30:22 37:9
38:19 45:22,22
53:23 54:2
66:18 72:17
79:23 89:21
91:22 95:12
103:19 108:3
112:10 124:7
131:9 134:24
140:22 144:14
year 16:9,20
17:10 18:11,14
20:15,17 23:24
23:25,25 24:1
24:7,10,20,20
25:1 30:16
70:5 72:19
75:14 105:18
105:24 106:1,7
110:2 138:3
144:4 157:18

163:7
yearlong 24:3,4
26:12 173:5
years 10:24
18:13 19:10
24:15,18 26:15
26:15 36:8
40:22 56:14
101:21 105:23
106:9 107:20
114:10,17
115:20 116:6
116:22 117:1,6
117:9,9 121:2
121:5,6 125:22
126:23 129:13
131:3 132:12
134:17,19
136:23 153:21
yep 158:4
yesterday 74:20
york 2:4,4
young 59:15
youve 16:23
27:22 43:5
68:8 86:24
101:20 102:8
123:2 145:2
163:1

## Z

## 0

0 104:12 158:10
158:12
000 15:23
104:14 175:11
175:15
03427878 5:7
03427883 5:8
04 139:2
05 108:7
06 108:10,13,13
108:16

## 1

1 4:3,6 5:6 7:24

Denise M. Elser, M.D.

8:2,10 60:18
87:8 100:5
101:7,9 108:13
108:16 112:17
112:21 120:14
123:13,18
142:8 150:25
161:5,13
**10** 5:9,13 48:23
49:3 54:10,12
54:12,20 75:13
75:15 110:18
110:23 159:6
159:13
**100** 142:12
**10005** 2:4
**108** 3:17
**10th** 177:19
**10year** 118:18
125:20 126:5
136:14 175:2
175:16
**11** 5:10,24 7:25
14:1 32:14
37:16 54:18
75:16 87:8,10
87:10,12
119:25 120:1,2
124:3 140:16
157:3,16
160:10 162:3
162:11 165:21
**110** 5:12 159:12
**12** 4:5 5:11
65:11 105:17
108:7,10,13
124:1,2 125:18
134:25 135:2,3
136:4
**120** 1:7 5:10
**124** 5:11
**1256** 120:15
**1258** 140:22
**1275** 126:17
**1277** 127:2
135:11

**129** 147:2
**13** 4:5 5:12,13
48:23 110:20
135:1 158:1,11
159:7,14
**137** 3:5
**14** 1:17 3:14 4:5
5:14,24 6:5
66:2,3 112:17
127:3 157:2
158:21 159:4
159:10
**14th** 64:12 99:11
**15** 4:12,16,19,20
4:22 5:5,17
7:25 14:1
32:14 36:8
37:16 51:21
52:12 54:18
66:3 75:16
112:21 120:2
121:3 124:3
125:19 157:3
160:5,9,10
161:4 162:3,11
165:21
**150** 18:13 20:17
**156** 125:8
**157** 5:14
**159** 5:13
**16** 5:19 162:1,2
162:5
**160** 5:17
**161** 110:20
**162** 5:19,22
**165** 5:24
**167** 3:6
**169** 3:7
**17** 5:22 49:3
129:13 142:11
162:10,13
163:2
**171** 3:8
**173** 3:9
**17year** 136:24
**18** 5:24 65:10

121:4 161:8,15
161:17 165:20
165:23
**1885** 2:10
**19034** 2:9
**1997** 91:17

**2**

**2** 4:5,16,22
13:22,25 23:10
62:16 87:12
111:6 121:19
123:13,18
136:19 138:11
138:13 142:15
142:16 156:24
156:24 157:1,1
157:5 160:17
160:22 161:5
168:25 175:24
176:2
**20** 115:14
153:21 156:24
157:1
**2002** 144:19
**2007** 40:8 93:19
**2009** 5:15
**2011** 64:13,24
69:7,12 99:11
165:1
**2012** 11:1 70:7
138:18
**2013** 24:19
34:14,17 70:16
124:1 146:23
155:12
**2014** 12:22
13:24 32:12
34:15,19 37:21
74:21 104:9
**2015** 1:17 3:2
6:4 34:21,22
52:1,10,14,22
53:1 55:23,25
111:10 138:3
147:23 175:1

177:20
**21** 54:10,12
**2100** 1:16
**24** 3:16,17
**25** 4:12 14:8
51:21 84:7
87:8,10 151:14
151:21
**250** 110:9
**250page** 110:17
**25th** 52:22,25
**267** 2:10
**27** 5:5 55:25
**27th** 55:22
**28** 3:14
**281** 145:22
**29** 157:1,5
**291** 1:8
**2nd** 52:1,14

**3**

**3** 4:7 32:12,13
104:14 119:5
119:21 121:18
121:20 122:4
136:23 140:20
140:23 141:10
141:14 157:5
157:13 158:2,3
158:10,12
175:1,1,5,24
**30** 14:8 15:13
16:16 64:7
150:12,17
151:14,21
**31** 4:19,20 52:12
64:9 67:21
87:10,12
**319** 122:1
**31st** 52:10 89:23
**32** 4:7 67:20,21
69:6
**327** 125:7
**3377** 1:24
**34** 71:7 104:6
**35** 73:13 121:1,3

**36** 54:12,20
86:13 89:13
160:17
**37** 4:9 91:17
**370** 1:24
**38** 91:14 93:18
160:22
**3801** 141:8
**3974** 141:8

**4**

**4** 4:9 23:3,15
24:23 26:4
27:2,13,15
28:11 33:9
34:10 37:14,15
63:7,10,22
125:18 131:2
145:22 152:20
**40** 13:15,16
**400** 2:9 120:23
**41** 23:10 96:6
**42** 99:8
**4281** 111:13
**43** 3:15
**45** 112:24 118:4
144:8,12
**482** 122:4
**483** 124:25
125:7

**5**

**5** 1:17 3:2 4:4
5:12 7:25 14:1
23:3,15 24:23
26:4 27:2,13
27:15 28:11
32:14 33:17
37:16 51:15
54:18,24 63:7
63:10,22 75:16
76:5 101:3,9
118:18 120:2
124:3 131:2
137:20 138:7
151:7 152:20

Denise M. Elser, M.D.

| | |
|---|---|
| 157:3 160:10<br>162:3,11<br>165:21 174:25<br>**50** 16:13,14,15<br>132:19 175:11<br>175:15<br>**500** 2:9 104:19<br>106:18<br>**513** 2:10<br>**54** 4:11,13,15,17<br>4:18,20,21 5:3<br>5:4,5<br>**542** 124:23<br>**5672** 1:24<br>**575** 38:25<br>**58** 175:24 176:2<br>**59** 4:8<br>**591** 1:24<br>**5a** 4:11 54:14<br>55:1<br>**5b** 4:13 55:1<br>**5c** 4:15<br>**5d** 4:17<br>**5e** 4:18<br>**5f** 4:20<br>**5g** 4:21 54:14<br>**5th** 6:4 | **75** 5:7,9<br>**77** 2:3<br>**780** 71:10<br><br>**8**<br>**8** 4:12 5:5,5<br>51:21 54:17<br>55:20 127:12<br>127:16<br>**80** 114:14<br>115:13,16<br>**800** 15:23 71:21<br>**801** 141:10<br>**809** 111:13<br>145:22<br>**82** 121:6<br>**841573** 1:14<br>2:17 177:4,24<br>**877** 1:24<br>**888** 2:4<br><br>**9**<br>**9** 1:17 4:5 5:7<br>6:5 75:1,6,15<br>127:3 150:25<br>**90** 18:14 20:16<br>**917** 1:24<br>**95** 141:17 142:4<br>157:20<br>**974** 141:14<br>158:2<br>**99** 104:13<br>**9th** 1:15 13:24<br>**9year** 175:4 |
| **6**<br>**6** 3:15 4:16,22<br>5:3,23 53:14<br>54:7,16 55:2<br>104:6 125:18<br>**60** 15:10 121:4<br>**603** 124:20<br>**61** 3:16<br>**610** 2:4<br>**62** 13:15,17<br>**6574** 2:4 | |
| **7**<br>**7** 4:3,19,20 5:4<br>5:24 52:12<br>53:18 54:17<br>55:11 138:11<br>150:25 175:5 | |