# EXHIBIT B TO GENERAL EXPERT REPORT
# OF DEBRA FROMER, MD

## List of Materials Reviewed  *(Updated March 28, 2016)*

**Publicly Sourced Documents:**

1. ACOG - (FAQ081) Frequently Asked Questions in Urinary Incontinence

2. ACOG (1995) technical bulletin: Urinary Incontinence. No. 213 - Oct. 1995 (Replaces No. 100, Jan. 1987)

3. ACOG (2005) Practice Bulletin 63 Clinical Management Guidelines for Obstetrician-Gynecologists - Urinary Incontinence in Women

4. ACOG 2011 Committee Opinion 513 – Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse

5. ACOG 2011 May FAQ 012 Pelvic Support Problems

6. ACOG 2013 Dec FAQ Pelvic Organ Prolapse

7. ACOG AUGS Joint Position Statement on Uncomplicated SUI-CO 603 (June 2014)

8. ACOG Patient Information Sheet (FAQ166) - Frequently Asked Questions in Surgery for Stress Urinary Incontinence (2011)

9. ACOG Practice Bulletin Number 155 November 2015 (Replaces Practice Bulliten 63, June 2005)

10. ACOG Practice Bulletin Summary Number 155 November 2015 (Replaces Practice Bulliten 63, June 2005)

11. AUA - Monograph on SUI (2011)

12. AUA (2011) Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary

13. AUA (2011) Position Statement on the Use of Vaginal Mesh for the Repair of Pelvic Organ Prolapse

14. AUA (2013) SUI Patient Guide

15. AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of SUI (2013)

16.    AUA SUI PocketGuide for Physicians

17.    AUA Update AUA SUI Guidelines- Appendices A11 & A16 re Complications (2012)

18.    AUA/SUFU Guideline Diagnosis and Treatment of Overactive Bladder (Non-Neurogenic) in Adults  2012|Amended 2014

19.    AUA: American Urological Association Education and Research.  Guideline for the surgical management of female stress urinary incontinence: 2009 Update.  Linthicum (MD): American Urological Association Education and Research, Inc.: 2009. 44p.

20.    AUGS (2013)Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders

21.    AUGS June 2014 Committee Opinion 603 – Evaluation of Uncomplicated Stress Urinary Incontinence in Women Before Surgical Treatement

22.    AUGS SUFU Patient FAQs MUS for SUI 2014 Mar 12

23.    AUGS SUFU Provider FAQs MUS for SUI 2014 Mar 12

24.    AUGS-SUFU MUS Position Statement on Mesh Midurethral Slings for SUI, Jan 3, 2014

25.    British Association of Urological Surgeons-BAUS-Synthetic Vaginal Tapes for Stress Incontinence

26.    EAU - TVT-O for the treatment of female stress

27.    EAU Guidelines on Surgical Treatment of Urinary Incontinence - Miduretheral sling Lucas 2012

28.    FDA Executive Summary: Surgical Mesh for Treatment of Women With Pelvic Organ Prolapse & Stress Urinary Incontinence: Obstetrics & Gynecology Devices Advisory Committee Meeting Sept. 8-9, 2011

29.    FDA Labeling Device Guidance/Blue Book Memo

30.    FDA Position Statement re Considerations about Surgical Mesh for SUI, March 27, 2013

31.    FDA Presentation - FDA Perspectives on Surgical Mesh for Stress Urinary Incontinence (SUI) - Sept 9, 2010 Pressley

32.    FDA Public Health Notification - 2008 Oct. 20

33.    FDA Public Health Notification - 2011 July 11

34.    FDA's May 2014 Response to Public Citizen

35. ICS Factsheets 2013 Edition - SUI - p  13 2nd paragraph regarding use of the miduretheral sling as the treatment of choice

36. ICS/IUGA 2011 graft complications standard definitions (http://www.ics.org/complication)

37. IUGA (2011) - Stress Urinary Incontinence: A Guide for Women

38. IUGA (July 2014) Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence

39. IUGA 2011 Pelvic Organ Prolapse: A guide for women

40. IUGA Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence

41. NICE Guideline-Management of urinary incontinence in women (Sept 2013)

42. Oxford Levels of Evidence Pyramid for Practitioners

43. Premarin Advertisement

44. SUFU 2015 February Winter Meeting Abstracts

**Medical Literature:**

1.  Abbott S, et al (2014) Evaluation & management of complications from synthetic mesh after reconstructive surgery: A multicenter study. *Am J Obstet Gynecol* 2014; 201:163e-1-8

2.  Abdel-Fattah, Randomized trial-3 year followup-ICS Meeting. *Neurourol Urodyn* 2011.

3.  Abdelmonem (2010) Vaginal length & incidence of dyspareunia after total abdominal vs vaginal hysterectomy. *European Journal of Obstetrics & Gynecology and Reproductive Biology.* 151 (2010) 190-192

4.  Abed (2011) Incidence & management of graft erosion wound granulation dyspareunia following POP surgery. *Int Urogynecol* J Published online 22 March 2011

5.  Abraham & Vasavada (2014) Urgency after a sling: review of the management *Curr Urol Rep* 2014 Apr; 15(4):400

6.  Abramov, Y, et al.  Site-specific rectocele repair compared with standard posterior colporrhaphy. *Obstet Gynecol.* 2005 Feb; 105(2):314-8.

7.  Abrams P, Andersson KE, Birder L, et al: Fourth international consultation on incontinence recommendations of the international scientific committee: Evaluation and treatment of urinary incontinence, pelvic organ prolapse and faecal incontinence. *Neurourology and Urodynamics* 2010, 29:213-240.

8.  Achtari C et al (2005) Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/polyglactin 910 (Vypro II) mesh. *Int Urogynecol J Pelvic Floor Dysfunct* 2005 16(5): 389-394

9.  Aigmueller (2014)-Reasons for dissatisfaction ten years after TVT procedure. *Int Urogynecol J* (2014) 25: 213-217

10. Aigmueller, Ten-year follow-up after the tension-free vaginal tape procedure. *American Journal of Obstetrics & Gynecology* 2011.

11. Albo ME, et al. Urinary Incontinence Treatment Network. Treatment success of retropubic and transobturator mid urethral slings at 24 months. *J Urol.* 2012 Dec;188(6):2281-7. Epub 2012 Oct 22

12. Albo, M et al.  Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. *N Engl J Med* 2007; 356:2143-2155May 24, 2007DOI: 10.1056/NEJMoa070416

13. Allen-Brady K et al (2015) Evidence for POP predisposition genes on chromosomes 10 and 17. *Am J Obstet Gynecol* 2015, 212(6):771

14.     Alperin, (2008)-[Pop 100] Perioperative outcomes of the Prolift pelvic floor repair systems following introduction to a urogynecology teaching service. *Int Urogynecol J* (2008) 19:1617 1622

15.     Altman & Falconer (2007) Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair. *Obstetrics & Gynecology*. Vol 109 No2 Part 1 February 2007

16.     Altman (2007) Short Term Outcome After Transvaginal Mesh Repair Of Pelvic Organ Prolapse. *Int Urogynecol J*

17.     Altman (2009) Sexual dysfunction after trocar-guided transvaginal mesh repair of Pelvic Organ Prolapse. *Obstetrics & Gynecology*. Vol 113 No 1 January 2009

18.     Altman (2011) Anterior Colporrhaphy vs Transvaginal Mesh for Pelvic Organ Prolapse *N Engl J Med* 2011; 364:1826-36

19.     Amat Tardiu, Contasure-Needleless compared with transobturator-TVT for the treatment of stress urinary incontinence. *Int Urogynecol J* 2011: 827-833.

20.     Amid (2004) Ch. 19 Shrinkage - Fake or Fact In Meshes - Benefits and Risks

21.     Amid, PK.  Classification of biomaterials and their related complications in abdominal wall hernia surgery. *Hernia* (1997) 1: 15-21

22.     Andonian S, Chen T, St-Denis B et al.  Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. *Eur Urol* 2005;47:537-41

23.     Anger JT, et al: Complication of sling surgery among female Medicare beneficiaries. *Obstet Gynecol* 2007(109): 707-714.

24.     Angioli, Tension-free vaginal tape versus transobturator suburethral tape-5 year follow up Results of a Prospective, Randomised Trial. *Eur Urol* 2010: 671-677.

25.     Appell RA, et al: Guideline for the surgical management of female stress urinary incontinence Update (2009)

26.     Araco, TVT-O vs TVT. A randomized trial in patients with different degrees of urinary stress incontinence. *Int Urogynecol J* 2008: 917-926.

27.     Athanasiou et al (2014)  Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? *Int Urogynecol J* (2014) 25:219-225 [Pop 124, 7 yr fu]

28.     Athanasiou, Mixed Urodynamic Incontinence: TVT or TVT-O .[Pop 75].  *Int Urogynecol J* 2009; 20; Suppl 2; Abs 173.

29.     Aube M (2015) et al. Long Term Efficacy and Patient Satisfaction of Pelvic Organ Prolapse Reduction Using Trans-Vaginal Mesh. *ICS Abtract* 456 (2015).

30.     Badlani G, Winters JC: *AUA News* Volume 18, Issue 12, December 2013: 1

31.     Bandarian, M et al.  Comparison of transobturator tape (TOT) vs Burch method in treatment of stress urinary incontinence. *J Obstet Gynaecol*. 2011 Aug;31(6):518-20. doi: 10.3109/01443615.2011.578776.

32.     Barber (2014) Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse The OPTIMAL Randomized Trial. *JAMA*. 2014;311(10): 1023-1034

33.     Barber (2014) OPTIMAL Randomized Trial-Supplementary Online Content. Tables.Table 8 Adverse Events *JAMA*.

34.     Barber MD et al (2002) Sexual function in women with urinary incontinence and pelvic organ prolapse. *Obstet Gynecol* 2002: 281-9

35.     Barboglio PG, Gormley EA.  The fate of synthetic mid-urethral slings in 2013: A turning point.  *Arab J Urol*; 2013:11, 117-126

36.     Bartley (2015) Secondary surgery after vaginal prolapse repair with mesh is more common for stress incontinence and voiding dysfunction than for mesh problems or prolapse recurrence.  *Int Urol Nephrol*. February 2015 [Pop 335, 265 Prolift, 70 Elevate]

37.     Benbouzid-(2012) Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and complications after a 4.5 years follow up.  *International Journal of Urology* (2012) 19, 1010-1016

38.     Benson (1996) Vaginal vs abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation.  *Am J Obstet Gynecol* Volume 175, Number 6

39.     Berghmans, H et al. Conservative treatment of stress urinary incontinence in women: a systematic review of randomized clinical trials. *British Journal of Urology*. 1998 82: 181–191. doi: 10.1046/j.1464-410X.1998.00730.x

40.     Berrocal (2004) Conceptual advances in the surgical management of genital prolapse. The TVM technique emergence. *J Gynecol Obstet Biol Rerpod* 2004; 33: 577-587

41.     Bhati (2012) A comparison of sexual function outcomes 1 year after undergoing a transvaginal mesh procedure using polypropylene mesh vs hybrid polypropylens/poliglecaprone mesh. *Female Pelvic & Reconstructive Surgery*. Volume 18n Number 2 Supplement 1, March/April 2012

42.   Bianchi, Randomized trial of TVT-O and TVT-S for the Treatment of Stress Urinary Incontinence [Pop 122, mean 18 mo fu]. *Int Urogynecol J* 2011; Suppl 1; IUGA Abs 061.

43.   Blaivas et al (2013) Salvage surgery after failed treatment of synthetic mesh sling complications *J Urology*. Volume 190, Issue 4, pgs 1281-1286. Oct 2013

44.   Blandon et al (2009) Complications from vaginally placed mesh in pelvic reconstructive surgery. *Int. Urogyn J*. 20(5):523-31. 03/2009

45.   Blewniewski M et al. Cystolithiasis in women as a distant complication after minimal invasive treatment of stress urinary incontinence. *Cent European J Urol* 2014; 67:277-281.

46.   Bonnet et al (2005) Transobturator vaginal tape inside out for the surgical treatment of female SUI: Anatomical considerations. *J Urology*. Vol 173, 1223-1228, April 2005

47.   Braekken et al. (2010) Can pelvic floor muscle training reverse pelvic organ prolapse and reduce prolapse symptoms?  An assessor-blinded, randomized, controlled trial. *Am J Obstet Gynecol.* 2010, 203(2):170

48.   Brandner, S. et al.  Sexual Function after Rectocele Repair. *Journal of Sexual Medicine*, 2011; 8: 583–588.

49.   Brooke et al (2015) Readmission destination and risk of mortality after major surgery An observational cohort study *The Lancet* Volume 386, No. 9996, p884-895, 29 August 2015

50.   Brubacker L et al (2009) Surgery for pelvic organ prolapse. *ICI* 2009. 4:1273-1320

51.   Brubaker L et al: Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the trial of midurethral slings (TOMUS) study. *Am J Obstet Gynecol* 2011; 205.

52.   Buckley BS, Lapitan MC: Epidemiology Committee of the Fourth International Consultation on Incontinence, Paris 2008.  Prevalence of urinary incontinence in men, women, and children—current evidence: findings of the Fourth International Consultation on Incontinence. *Urology* 2010; 76:254.

53.   But I et al. Prolene tape in the bladder wall after TVT procedure – intramural tape placement or secondary tape migration? *Int Urogynecol J* (2005) 16: 75-76.

54.   But I, Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study.  *Int Urogynecol J*; 2008: 857-861

55. Canel et al (2015) Postoperative groin pain and success rates following transobturator midurethral sling placement: TVT Abbrevo system versus TVT obturator system. *Int Urogynecol J* 2015, 1509-16

56. Caquant (2008) Safety of Trans Vaginal Mesh procedure: Retrospective study of 684 patients. *J Obstet Gynecol*. Res. Vol 34, No 4: 449-456, August 2008

57. Carbone JM, Kavaler E, Hu JC et al: Pubovaginal sling using cadaveric fasca and bone anchors: disappointing early results. *J Urol* 2001; 165: 1605

58. Carey (2009) Vaginal repair with mesh vs colporrhaphy for prolapse-a randomised control *BJOG* 2009; 116:1380-1386

59. Chen C et al (2007) Biologic grafts and synthetic meshes in pelvic reconstructive surgery. Clin Obstet Gynecol. 2007, 50(2): 383-411

60. Cheng & Liu (2012) Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five year follow up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 161 161 (2012) 228-231

61. Clave et al (2010) Polypropylene as a reinforcement in pelvic surgery is not inert Comparative analysis of 100 explants. *Int Urogynecol J* (2010) 21:261 270

62. Clayton (1999) Recurrent pain after hysterectomy and bilaterial salpingo-oophorectomy for endometriosis: evaluation of laparascopic excision of residual endometriosis.*British Journal of Obstetrics and Gynaecology*. July 1999 Vol 106 pp 740-744

63. Clemons JL et al (2004) Risk factors associated with an unsuccessful pessary fitting trial in women with pelvic organ prolapse. Am J Obstet Gynecol. 2004 190(2): 345-350

64. Clemons JL et al. (2004) Patient characteristics that are associated with continued pessary use versus surgery after 1 year. *Am J Obstet Gynecol*. 2004, 191(1): 159-164

65. Clifton, M. et al.  Risk of Repeat Anti-Incontinence Surgery Following Sling Release: A Review of 93 Cases.  *Journal of Urology*. Volume 191, Issue 3, Pages 710-714, March 2014.

66. Coady, D (2015) Chronic sexual pain: A layered guide to evaluation. *Contemporary OB/GYN*. September 2015

67. Cosson et al.  Prolift (Mesh (Gynecare) for Pelvic Organ Prolapse Surgical Treatment Using the TVM Group Technique: A Retrospective Study of 687 Patients.  ICS Abstract (2005)

68. Cox et al (2013) Nat Rev Urol-Surgical management of female SUI-Is there a gold standard *Nat. Rev. Urol*. 10, 78-79 (2013)

69. Cox, L et al.  Female urology in 2013: Evaluating progress on longstanding issues. *Nature Reviews Urology* 11, pages 74-75

70. Coyne KS, Kvasz M, Ireland AM, Milsom I, Kopp ZS, Chapple CR: Urinary incontinence and its relationship to mental health and health-related quality of life in men and women in Sweden, the United Kingdom and the United States. *Eur Urol* 2012; 61:1: 88-95.

71. da Silveira SRB et al (2014) Multicenter, randomized trial comparing native vaginal tissue repair an synthetic esh repair for genital prolapse surgical treatment.  *Int Urogynecol J* 2014

72. daSilveira (2014) Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment. *Int Urogynecol J*. 09 September 2014 [Pop 184, 1 yr fu]

73. De Gouveia DSM et al (2016) Laparoscopic versus open sacrocolpopexy for treatment of prolapse of the apical segment of the vagina: a systematic review and meta-analysis. *Int Urogynecol J*. 2016 Jan;27(1):3-17

74. de Landsheere et al (2012) Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years median follow up. *Am J Obstet Gynecol* 2012;206:83.e1-7

75. de Leval et al (2005) New surgical technique for treatment of stress urinary incontinence TVT-Obturator; new developments and results. *Surg Technol Int*. 2005: 212-21

76. de Leval et al (2007) in French: Actualites Therapeutiques en Urologie Le TVT-O, nouvelle technique mini invasive pour le traitement de l'incontinence urinaire d'effort feminine, developpements et experience clininque *Rev Med Liege* 62: Synthese 2007: 86-94

77. de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator vaginal tape "inside-out" *Eur Urol*. 2003;44:724–30.

78. de Leval, The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial (published online). *Int Urogynecol* J 2010.

79. de Oliveira, Comparison of retro-pubic TVT, pre-pubic TVT, and TVT transobturator in surgical treatment of women with stress urinary incontinence [Pop 85, med 14 mos fu]. *Int Urogynecol J* 2007; 18; Suppl 1; Abs 328.

80. Deffieux, Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow up. *Int Urogynecol J* 2010: 1337-1345.

81.   Deffieux (2007) Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh Soft in 138 women: a comparative study. *Int Urogynecol J* (2007) 18: 73-79

82.   Delorme E, et al. Transobturator tape (Uratape): A new minimally invasive procedure to treat female urinary incontinence. *Eur Urol.* 2004;45:203–7.

83.   Delorme E.  Transobturator urethral suspension.  Mini-invasive procedure in the treatment of stress urinary incontinence in women.  *Prog Urol* 2003;44:724-30

84.   Demirci (2001) Long-term results of Burch colposuspension *Gynecol Obstet Invest* 2001; 51:243-247

85.   Dennerstein L et al (2003) The menopause and sexual functioning: a review of the population-based studies.  Ann Rev Sex Res 2003:64-82

86.   Dietz & Maher (2013) Pelvic organ prolapse & sexual function *Int Urogynecol J* (2013) 24:1853-1857

87.   Dietz et al (2003) Does the tension-free vaginal tape stay where you put it? *Am J Obstet Gynecol* (2003): 188:950-3

88.   Dietz et al (2014) The natural history of cystocele recurrence. *Int Urogynecol J* 2014, 25(8): 1053-1057

89.   Dietz HP et al (2011) Mesh contraction: myth or reality? *Am J Obstet Gynecol* 2011:173

90.   Diwadkar (2009) Complication and Reoperation Rates After Apical Vaginal Prolapse Surgical Repair.  *Obstetrics & Gynecology*. Vol 113 No 2 Part 1, February 2009

91.   Dmochowski, R et al.  Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence.  *J Urol*. Vol 183, 1906-1914, May 2010

92.   Drake, NJ et al.  Patient characteristics and management of dermal allograft extrusions. *Int Urogynecol J Pelvic Floor Dysfunct*. 2005 Sep-Oct;16(5):375-7. Epub 2005 Jan 13

93.   Dumoulin, C. et al, Conservative management for female urinary incontinence and pelvic organ prolapse review 2013: Summary of the 5th International Consultation on Incontinence, *Neurourology & Urodynamics*, online published date:  November 15, 2014.

94.   Dunivan G et al (2014). Pelvic organ prolapse: a disease of silence and shame. *Female Pelvic Med Rconstr Sur*g. 2014 20(6): 322-327

95.   Edenfield AL et al (2013) Vaginal prolapse recurrence after uterosacral ligament suspension in normal weight compared with overweight and obese women. *Obstet Gynecol*. 2013 121(3): 554-559

96.     Ellerkmann RM et al Correlation of symptoms with location and severity of pelvic organ prolapse. *Am J Obstet Gynecol* 2011 185(6): 1332-1337

97.     Elliott DS and Boone TB: Urethral devices for managing stress urinary incontinence. *J Endourol*, 1000;79-83.

98.     Elmer (2012) Risk factors for mesh complications after trocar guided transvaginal mesh kit. *Neurology and Urodynamics* [Pop 353]

99.     Elsamra S et al (2010) Female sexual dysfunction in urological patients: findings from a major metropolitan area in the USA. *BJU Int* 2010:524-6

100.    Faber K, et. al: (2015) How I Do It: Techniques to avoid complications n transvaginal mesh surgery. *Can J Urol*. 2015, 22(3): 7844-7846.

101.    Fatton, et al. (2007) Transvaginal repair of genital prolapse: preliminary results of a new tension free vaginal mesh (Prolift technique) – a case series multicentric study. *Int Urogynecol J* (2007) 18:743-752

102.    Feiner B et al (2010) Vaginal mesh contraction: Definition, clinical presentation, and management. *Obstet Gynecol* 2010: 325-30

103.    Feiner B et al: (2009) Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review. *BJOG* 2009:15-24.

104.    Ferrero (2008) Deep dyspareunia: causes treatments and results *Curr Opin Obstet Gynecol* 20:394-399

105.    Fialkow et al. (2008) Incidence of recurrent pelvic organ prolapse 10 years following primary surgical management: a retrospective cohort study. *Int Urogynecol J* (2008) 19: 1483-1497

106.    Firoozi et al (2009) Short and intermediate-term complications of the Prolift transvaginal mesh procedure. *Int Urogynecol J* (2009) 20 (Suppl 3):S241-S491

107.    Fitzgerald MP, Mollenhauer J and Brubaker L: Failure of allograft suburethral slings. *BJU Int* 1999; 84: 785

108.    Flynn MK et al (2006) Sensory nerve injury after uterosacral ligament suspension. *Am J Obstet Gynecol* 2006, 195(6): 1869-1872

109.    Flynn, MK et al. Abdominal sacral colpopexy with allograft fascia lata: one year outcomes. *Am J Obstet Gynecol*. 2005 May;192(5):1496-500

110.    Ford et al (2015) Full Cochran Review: Mid-urethral sling operations for stress urinary incontinence in women

111.    Ford et al (2015) Summary Cochrane Review Miduretheral Slings (2015)

112.   Foxman B: Epidemiology of urinary tract infections: incidence, morbidity, and economic costs. *Am J Med* 2002; 11 (Suppl 1A): 5S-13S.

113.   Francis & Jeffcoate (1961) Dyspareunia following vaginal operations. *Journal of Obstetrics and Gynaecology of the British Commonweath.* Vol. LXVIII, No.1

114.   Frankman, E et al. Mesh Exposure and Associated Risk Factors in Women Undergoing Transvaginal Prolapse Repair with Mesh. *Obstetrics and Gynecology International* Volume 2013 (2013), Article ID 926313, 6 pages

115.   Friedman, TVT-O vs TVT-S: First randomized, prospective, comparative study of inraoperative complications, perioperative morbidity and 1 year postoperative results [Pop 84, 2 yr fu]. *Journal of Pelvic Medicine & Surgery*; March/April 2009; Vol 15; No.2; Abs 12.

116.   Fuentes, A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVTO) in women with severe genital prolapse and occult stress incontinence: long term follow up [Pop 60, median 20 mo fu]. *Int Urogynecol J* 2011; 22; Suppl 1; Presentation Number: 059

117.   Garcia-Urena MA et al (2007) Differences in polypropylene shrinkage depending on mesh position in an experimental study. *Am J Surg* 2007:538-42

118.   Gauruder-Burmester (2007) Follow up after polypropylene mesh repair of anterior and posterior compartments in patients with recurrent prolapse *Int Urogynecol J* (2007) 18:1059-1064

119.   Geller EJ, et al (2008) Short-term outcomes of robotic sacrocolpopexy compared with abdominal sacrocolpopexy. *Obstet Gynecol.* 2008, 112(6):1201-1206

120.   Ghetti C et al (2015) Sleep quality in women seeking care for pelvic organ prolapse. *Maturitas* 2015 80(2): 155-61

121.   Glatt et al (1990) The prevalence of dyspareunia. *Obstetrics & Gynecology.* Vol 75 No 3 Part 1 March 1990

122.   Glavind & Shim (2015) Incidnece & treatment of postoperative voiding dysfunction after the tension free vaginal tape procedure. *Int Urogynecol J* Published online 12 June 2015

123.   Gomelsky, A & Dmochowski, R.  Biocompatibility Assessment of Synthetic Sling Materials for Female Stress Urinary Incontinence. *Journal of Urology.* Volume 178, Issue 4, pages 1171-1181, October 2007

124.   Gormley EA et al: Diagnosis and treatment of overactive bladder (non-neurogenic) in adults: AUA/SUFU guidline. Presented at *AUA National meeting* May 2014.

125. Gorton, E., et al. Periurethral collagen injection: a long term follow-up study. *BJU Int.* 1999 Dec; 84(9): 966-71

126. Griesen S et al. (2012) Subjective and objective results of anterior vaginal wall repair in an outpatient clinic: a 5-year follow up. Int Urogynecol J 2012 23 883-886

127. Groutz et al (2011) Long-Term Outcome of Transobturator Tension-Free Vaginal Tape. Efficacy and Risk Factors for Surgical Failure. *Journal of Women's Health.* Volum 20, Number 10, 2011

128. Groutz, Ten-Year Subjective Outcome Results of the Retropubic Tension-Free Vaginal Tape for Treatment of Stress Urinary Incontinence [Pop 52, 10 yr fu]. *Journal of Minimally Invasive Gynecology* 2011.

129. Gupta et al (2015) The Impact of Comorbid Chronic Pain Syndrome on Sexual Activity and Dyspareunia after Pelvic Organ Prolapse Repair. *AUA Abs* PD20-08

130. Halaska et al (2012) A multicenter randomized prospective controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. Am J Obstet Gynecol 2012; 207:301.e1-7

131. Hammad, FT et al. Erosions and urinary retention following polypropylene synthetic slings: Australasian survey. *Eur Urol.* 2005 May;47(5):641-6; discussion 646-7. Epub 2004 Dec 31

132. Hampel C, Weinhold D, Benken N et al: Definition of overactive bladder and epidemiology of urinary incontinence. *Urology* 1997; 50:4.

133. Handa VL et al (2007) Sexual function before and after sacrocolpopexy for pelvic organ prolapse. *Am J Obstet Gynecol* 2007:14-7

134. Handa VL, Jensen JK, Germain MM et al: Banked human fascia lata for the suburethral sling procedure: a preliminary report. *Obstet Gynecol* 1996; 88:1045.

135. Hansen (2004) Long Term Follow-up of Treatment for Synthetic Mesh Complications *Female Pelvic Med Reconstr Surg* 2014; 20: 126-130

136. Heinonen P et al (2015) Long term outcome after transvaginal mesh repair of pelvic organ prolapse *Int Urogynecol J* (2015) 26 (Suppl 1): S23-S174

137. Heinonen, Tension-free vaginal tape procedure without preoperative urodynamic examination: Long term outcome [Pop 191, mean 10.5 yrs fu]. *Internation Journal of Urology* 2012; 19

138. Herbison GP and Dean N: Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev 2013; 7:CD002114.

139. Higgs P et al (2005) Abdominal sacral colpopexy: an independent propspective long-term follow-up study. *Aus New Zeal J Obstet GYnecol* 2005: 430-4

140. Hijaz A: Female Urology and Urodynamics at AUA 2014. *AUA News*. October 2014: 11-13.

141. Hill AJ et al. Histopathology of excised midurethral sling mesh. *Int Urogynecol J* Poster presentation 14th combined American Urogynecologic Society & International Urogynecological Association Scientific Meeting, Washington DC, 22-26 July 2014.

142. Hinoul, Roovers, A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence. *J Urol* 2011; Vol 185: 1356-1362.

143. Hinoul, TVT obturator system versus TVT-Secur. A randomized controlled trial, short term results [119, 1 yr fu]. *Int Urogynecol J* 2009; 20;Suppl 2; IUGA Abs 166.

144. Holley RL et al (2002) Sexual function after sacrospinous ligament fixation for vaginal vault prolapse. *Obstet Gynecol* 2002:281-9.

145. Hota, TVT-Secur (hammock) versus TVT-Obturator: A Randomized trial of suburethral sling operative procedures. *Female Pelvic Medicine & Reconstructive Surgery*, Sept/Oct 2010; Vol 16, No 5; Suppl 2; Abs 26.

146. Houwert, TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparative study. *Int Urogynecol J* 2009: 1327-1333.

147. Jacquetin & Cosson (2009) Complications of vaginal mesh: our experience. *Int Urogynecol J*. 20:893 896 (2009)

148. Jacquetin (2010) Specific Complications after Trans Vaginal Mesh repair kits: how to prevent? How to manage? *ICS & IUGA* 23-27 August 2010 Workshop #30

149. Jacquetin et al (2013) Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 5 year prospective follow up study. *Int Urogynecol J*. 06 April 2013

150. Jarmy-Di Bella, Randomised trial of TVT-O and TVT-S for the treatment of stress urinary incontinence preliminary study [Pop 31]. *Int Urogynecol J* 2009; 20; Suppl 2; Abs 117.

151. Jelovsek JE et al (2007) Pelvic organ prolapse *Lancet* 2007 369(9566):10271038

152. Jia X et al (2008) Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse: systemative review and meta-analysis. *BJOG* 2008 115:1350-1361

153. Jia X, et al (2010) Systematic review of the efficacy and safety of using mesh in surgery for uterine or vaginal vault prolapse. *Int Urogyneol J.* 2010, 21(11):1413-1431

154. Jonsson Funk et al (2013) Sling revision/removal for mesh erosion and urinary retention: long term risk and predictors. *Am J Obstet Gynecol* 2013; 208:73.31-7

155. Juang, Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-O) plus modified Ingelman-Sundberg procedure versus TVT-O alone in the treatment of mixed urinary incontinence: a randomized study. *European Urology 51* 2007: 1671-1679.

156. Kahn & Stanton (1997) Posterior colporrhaphy-its effects on bowel & sexual function. *British Journal of Obstetrics and Gynaecology* January 1997, Vol 104, pp 82-86

157. Kahn, Long term follow-up of a multicentre randomised controlled trial comparing TVT, Pelvicol™ and autologous fascial slings for the treatment of stress urinary incontinence in women. *BJU Int.* 2014 Jun 24. doi: 10.1111/bju. 12851 [Epub ahead of print] 1-30 and website abstract print out.

158. Kapoor DS et al: Reoperation rate for traditional anterior vaginal wall repair: analysis of 207 cases with median 4-year follow up. *Int Urogynecol J* 2010, 21:27-31

159. Karateke, Comparison of TVT and TVT-O in patients with stress urinary incontinence: Short term cure rates and factors influencing the outcome. A prospective randomised study. *Australian & New Zealand Journal of Obstetrics & Gynecology* 2009: 99-105.

160. Karram & Maher (2013) Surgery for posterior vaginal wall prolapse *Int Urogynecol J* (2013) 24: 1835-1841

161. Karram, MM et al. Complications and untoward effects of the tension-free vaginal tape procedure. *Obstet Gynecol* 2003; 101:929-32.

162. Kenton et al (2015) 5-Year Longitudinal Followup after Retropubic and Transcobutrator Mid Urethral Slings. *J Urology* Volume193, Issue 1, pages 2013-210. January 2015

163. Kim, Comparison of the efficacy of TVT and TVT-O on the overactive bladder symptoms in women with stress urinary incontinence [Pop 132]. *Journal of Urology* April 28, 2009; Vol. 181; No. 4; Suppl, Abs 1559.

164. Kim, Randomized control study of Monarc vs Tension-free vaginal tape obturator (TVT-O) in the treatment of female urinary incontinence in comparison of medium term cure rate [Pop 100, mean 36 mo fu]. *Int Urogynecol J* 2010; 21; Suppl 1; Abs. 219.

165. King & Goldman (2014) Current Controversies Regarding Oncologic Risks Associated with Polypropylene Midurethral Slings. *Curr Urol Reports.* November 2014, 15:453

166. King AB, et al: Is there an association between polypropylene midurethral slings and malignancy? *Urology* 2014;789-92

167. Kirchin V, Page T, Keegan PE, Atiemo K, Cody JD, McClinton S. Urethral injection therapy for urinary incontinence in women. *Cochrane Database Syst Rev.* 2012;2:CD003881.

168. Kobashi KC &, Govier FE: Management of vaginal erosion of polypropylene mesh slings. *J Urol.* 2003; 169: 2242-3.

169. Kocjancic, Tension free vaginal tape vs trans obturator tape: Is there any difference in the mixed incontinence patients?  Results of a multicentre randomised trial [Pop 116].  *Eur Urol* 2008; 7(3); Suppl, Abs. 209.

170. Komesu et al (2007) Posterior Repair & Sexual Function *Am J Obstet Gynecol* 2007; 197: 101.e1-101.e6

171. Kozal et al (2014) Morbidity & functional mid-term outcomes using Prolift pelvic floor repair systems.  *Can Urol Assoc J* 2014;8(9-10):e605-9 [Pop 112 cohort, median 49.5 mos fu]

172. Krofta, TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. *Int Urogynecol J* 2010: 141-148.

173. Kuuva, N & Nilsson, CG.  A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure.  *Acta Obstet Gynecol Scand* 2002; 81:72-7.

174. Labrie, J et al. Surgery versus Physiotherapy for Stress Urinary Incontinence. *N Engl J Med* 2013; 369:1124-1133September 19, 2013DOI: 10.1056/NEJMoa1210627

175. Lagro-Janssen T and can Weel C: Long-term effect of treatment of female incontinence in general practice. *Br J Gen Pract*. 1998; 48(436):1735-8

176. Lane (1962) Repair of posthysterectomy vaginal-vault prolapse-mesh *Obstetrics and Gynecology*. Vol 20 No1 July 1962

177. Lapitan, MC & Cody, JD *Cochrane Database Syst Rev*. 2012 Jun 13;6:CD002912. doi: 10.1002/14651858.CD002912.pub5

178. LaSala (2003) Incomplete Bladder Emptying After the Tension-Free Vaginal Tape Procedure Necessitating Release of the Mesh. *J. Reprod Med* Vol 48, Issue 5; pgs 387-390 (2003)

179. Laurikainen et al (2007) Retropubic compared to transobturator tape placement in treatment of urinary incontinence: a randomized controlled trial. *Obstet Gynecol* 2007; 109:4

180. Laurikainen et al (2014) Five-year Results of a Randomized Trial Comparing Retropubic and Transobturator Midurethral Slings for Stress Incontinence. *Eur Urol* (2014)

181.   Laurikainen, Retropubic TVT compared with transobturator TVT (TVT-0) in treatment of stress urinary incontinence: 5 year results of a randomized trial. *Neurourol Urodyn* 2011; ICS: 803-805

182.   Lee U et al. Native tissue repairs in anterior vaginal prolapse surgery: examining definitions of surgical success in the mesh era. *Curr Opin Urol* 2012. 22:265-270

183.   Lee, A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year follow up. *J Urol* 2007; Vol. 177: 214-218.

184.   Lee, Prospective comparison of the inside-out and outside-in transobturator-tape procedures for the treatment of female stress urinary incontinence. *Int Urogynecol J* 2008: 577-582

185.   Lemack, GE & Zimmern, PE.  Sexual function after vaginal surgery for stress incontinence: results of a mailed questionnaire.  *Urology* 2000 Aug 1; 56(2):223-7

186.   Letouzey (2010) Ultrasonographic scan evaluation of synthetic mesh used for vaginal cystocele repair comparing four arms trans obturator techniques to anterior bilateral sacro spinous ligament and arcus tendinous suspension. *Abstracts Journal of Minimally Invasive Gynecology* 17 (2010) S1-S24

187.   Liapis et al (2010) Efficacy of inside-out transobturator vaginal tape (TVT-O) at 4 years follow up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 148 (2010) 199-201

188.   Liapis, Long-term efficacy of tension-free vaginal tape in the management of stress urinary in women; efficacy at 5 & 7 years follow up. *Int Urogynecol J* 2008; 19: 1509-1512.

189.   Liapis, Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. *Int Urogynecol J* 2008: 185-190.

190.   Link C et al (2010) Hysterectomies and Urologic Symptoms: Results from the Boston Area Community Health (BACH) survey. *Female Pelvic Med Reconstr Surg* 2010; 16(1): 37-47

191.   Lipp A, Shaw C, Glavind K. Mechanical devices for urinary incontinence in women. *Cochrane Database of Systematic Reviews*.  2011, Issue 7.

192.   Lo et al (2004) - no shrinkage - Ultrasound Assessment of Mid-Urethra Tape at Three-Year Follow-Up after tension free vaginal tape procedure. *Urology*. 63 (4), 2004

193.   Lo et al (2004) Ultrasound Assessment of Mid-Urethra Tape at Three-Year Follow-Up after tension free vaginal tape procedure. *Urology* 63: 671-675, 2004

194. Long et al (2012) Three year outcome of transvaginal mesh repair for the treatment of pelvic organ prolapse. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 161 (2012) 105-108 [Pop 124 (55 Prolift)]

195. Long, C-Y, et al. (2011) Comparison of clinical outcome and urodynamic findings using "Perigee and/or Apogee" versus "Prolift anterior and/or posterior" system devices for the treatment of pelvic organ prolapse. *Int Urogynecol J* (2011) 22:233-239.

196. Lord HE, et al: A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and suprapubic urethral support sling for treating stress incontinence. *BJU Int*. 2006; 98(2):367-76.

197. Lowman et al (2008) Does the Prolift system cause dyspareunia? *Am J Obstet Gynecol* 2008; 199:707.e1-707.e6

198. Lucente et al (2004) Pelvic Organ Prolapse Poster

199. Luck et al (2005) Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive posterior vaginal surgery. *Am J Obstet Gynecol* (2005) 192, 1626-9

200. Lukacz et al (2003) - The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. *Int Urogynecol J* (2003) 14: 179-184

201. Luthje, P et al. Estrogen supports urothelial defense mechanisms. *Science Translational Medicine* 5, 190ra80 (2013)

202. Maher CF et al (2004) Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: a prospective randomized study. *Am J Obstet Gynecol* 2004:20-6.

203. Maher et al (2006) Surgical management of anterior wall prolapse: an evidence based literature review. *Int Urogynecol J Pelvic Floor Dysfunct*. 2006 17:195-201

204. Maher et al (2013) Cochrane Review Surgical management of pelvic organ prolapse in women

205. Maher et al (2016) Cochrane Review: Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse

206. Maher et al (2016) Summary Cochrane Review: Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse

207. Margulies RU et al (2010) Outcomes of transvaginal uterosacral ligament suspension: systematic review and metaanalysis. *Am J Obstet Gynecol*. 2010 202(2): 124-134

208. Margulies (2008) Complications requiring reoperation following vaginal mesh kit procedures for prolapse. *Am J Obstet Gynecol* 2008; 199:678.e1-678

209. Markland AD, Richter HE, Fwu CW, et al: Prevalence and trends of urinary incontinence in adults in the United States, 2001 to 2008. *J. Urol.* 2011; 186:589.

210. Masata, Randomized trial of a comparison of the efficacy of TVT-O and single incision tape TVT Secur systems in the treatment of stress urinary incontinent women - 2 year follow up. *Int Urogynecol J* 2012: 1403-1412.

211. McGregor et al (2000) Evaluation of the carcinogenic risks to humans associated with surgeical implants and other foreign bodies - a report of an IARC Monographs Programme Meeting. *European Journal of Cancer*, Volume 36, Issue 3, 307-313

212. Melville, J et al. Prevalence of comorbid psychiatric illness and its impact on symptom perception, quality of life, and functional status in women with urinary incontinence. *American Journal of Obstetrics and Gynecology.* Volume 187, Issue 1, July 2002, Pages 80–87

213. Meschia, A Multicenter Randomized Comparison of Tension-Free Vaginal Tape (TVT) and transobturatorr in-out technique (TVT-O) for the treatment of stress urinary incontinence: one year results. *Int Urogynecol J* 2007; 18; Suppl 1; IUGA Abs 003.

214. Mettu (2014) Evidence based outcomes for mesh based surgery for pelvic organ prolapse. *Curr Opin Urol* 2014, 24:370-374

215. Migliari et al (2000) Tension-Free Vaginal Mesh Repair for Anterior Vaginal Wall Prolapse. Eur Urol 2000; 38:151-155

216. Miller et al (2011) Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5 year results *Female Pelvic Med Reconstr Surg* 2011; 17: 139-143

217. Moalli et al (2014) Polypropylene mesh: eveidence for lack of carcinogenicity. *Int Urogynecol J.* 2014 May; 25(5): 573-6

218. Montoya TI et al (2012) Sensory neuropathy following suspension of the vaginal apex to the proximal ureterosacral ligaments. *Int Urogynecol.* 2012, 23(12): 1735-1740

219. Moore RD, Miklos JR. (2009) Vaginal Mesh Kits for Pelvic Organ Prolapse, Friend or Foe: A Comprehensive Review. *The Scientific World Journal* (2009) 9, 163-189.

220. Morgan DM eta al (2007). Heterogenecity in anatomic outcome of sacrospinous ligament fixation for prolapse: a systematic review. *Obstet Gynecol.* 2007, 109(6): 1424-1433

221.    Mostafa, A Multicentre Randomised Trial of Single-Incision Mini-Sling (Ajust©) and tension free vaginal tape obturator (TVT-OTM) in management of female stress urinary incontinence. *Neurol Urodyn* ICS Abs 4.

222.    Murphy Time to rethink-FDA Signatures without addresses (2011)

223.    Nambiar A, et al: Single-incision sling operations for urinary incontinence in women. *Cochrane Database Syst Rev.* 2014 Jun1;6:CD008709.

224.    Naumann, G et al. Sexual function and quality of life following retropubic TVT and single-incision sling in women with stress urinary incontinence: results of a prospective study. *Arch Gynecol Obstet.* May 2013; 287(5): 959–966.

225.    Nazemi & Kobashi (2007) Complications of grafts used in female pelvic floor reconstruction: Mesh erosion and extrusion. *Indian J Urol* 2007;23:153-60

226.    Ng et al (2005) Use of 3 dimensional ultrasound scan to assess clinical importance midurethral placement of the tension free vaginal tape (TVT) for treatment of incontinence. *Int Urogynecol J* (2005) 16: 220-225

227.    Nguyen JN (2008) Outcome after anterior vaginal prolapse repair: a randomized controlled trial. *Obstet Gynecol* 2008:891-8.

228.    Nguyen JN, et al. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants. *Obstet Gynecol.* 2012;119:539–546

229.    Nicita (1998) A new operation for genitourinary prolapse *J Urology.* Vol 160 741-745, Sept 1998

230.    Nilsson, CG, et al., Long-Term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence, *International Urogynecology Journal and Pelvic Floor Dysfunction*, Supplement 2, Vol. 12, 2001, pp. S5-S8.

231.    Nilsson, Eleven years prospective follow-up of the tension-free vaginal tape procedure for the treatment of stress urinary incontinence. -*Int Urogynecol J* 2008; 19: 1043-1047.

232.    Nilsson, Seventeen years follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence -[Pop 58, 17 yrs fu]. *Int Urogynecol* J 2013.

233.    Novara et al (2008) Complication rates of tension-free midurethral slings in treatment of female stress urinary incontinence: A systematic review and metaanlysis of randomized controlled trials comparing tension free midurethral tapes to other surgical procedures and different devices. *European Urology* 53 (2008) 288-309

234.  Novara et al (2010) Updated Systematic Review & Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. *European Urology* 58 (2010) 218-238

235.  Novara G, Ficarra V, Boscolo-Berto R, Secco S, Cavalleri S, Artibani W.  Tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials of effectiveness.  *Eur Urol*, 2007.  52(3): 663-78.

236.  Nygaard et al (2004) Abdominal sacrocolpopexy: a comprehensive review.  *Obstet Gynecol*.  2004, 104(4): 805-823.

237.  Nygaard et al Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse. *JAMA* Vol 309, No 19 May 2013

238.  Nygaard I, et al: Risk factors for urinary tract infection following incontinence surgery. *Int Urogynecol J*. 2011(22): 1255-1265.

239.  Nygaard, I et al.  Prevalence of symptomatic pelvic floor disorders in US women.  *JAMA*. 2008 Sept 17; 300(11):1311-6. doi: 10.1001/jama.300.11.1311

240.  O'Reilly, KJ & Govier, FE  Intermediate term failure of pubovaginal slings using cadaveric fascia lata: a case series.  *J Urol*. 2002 Mar;167(3):1356-8

241.  Ogah, J et al. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane review. *Neurourol Urodyn*. 2011 Mar;30(3):284-91. doi: 10.1002/nau.20980

242.  Okulu et al (2013) Use of three types of synthetic mesh material in sling surgery: A prospective randomized clinical trial evaluation effectiveness and complications. *Scandinavian Journal of Urology*, 2013; 47: 217-224

243.  Olsen et al (1997) Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence.  Obstet Gynecol.  1997 89:501-505

244.  Olsson, Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence [Pop 147, 11.5 yrs fu].  *Int Urogynecol J* 2010; 21.

245.  Palva, A randomized trial comparing tension-free vaginal tape with tension free vaginal tape-obturator: 36 month results. *Int Urogynecol J* 2010: 1049-1055.

246.  Pandit & Ouslander (1997) Postmenopausal vaginal atrophy & atrophic vaginitis. *Am J Med Sci* 1997; 314(4): 228-231

247.  Pearce et al (2014) The Female Urinary Microbiome_ a Comparison of Women with and without Urgency Urinary Incontinence. *mBio* 5(4):e01283-14

248. Persu C et al. (2011) Pelvic Organ Prolapse Quantification System (POP-Q) – a new era in pelvic prolapse staging. *J Med Life*. 2011, 4(1): 75-81

249. Petros P and Ulmsten U: An integral theory of female urinary incontinence, Experimental and clinical considerations. *Acta Obstet Gynecol Scand*, suppl., 1990; 153: 7.

250. Porter, WE, et al. The anatomic and functional outcomes of defect-specific rectocele repairs. *Am J Obstet Gynecol*. 1999 Dec; 181(6): 1353-8; discussion 1358-9

251. Pulliam et al (2007) Use of Synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. *Int Urogynecol J* (2007) 18:1405-1408

252. Reisenauer et al (2006) Transobturator vaginal tape inside-out. A minimally invasive treatment of stress urinary incontinence: Surgical procedure and anatomical conditions. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 127 (2006) 123-129

253. Resende, Mid-term follow-up of a randomized trial comparing TVT-O, TVT-Secur and Mini-Arc [Pop 90, 24 mo fu]. *Eur Urol* 2011; Suppl; Abs 770

254. Richardson ML et al (2012). Posterior compartment prolapse: a urogynecology perspective. *Urol Clin North Am* 2012, 39(3): 361-369

255. Richter et al (2012) Patient Related Factors Associated with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. *J. Urology*. Vol 188, 485-489, August 2012

256. Richter et al (2012) Patient Related Factors Associated with Long Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. *J Urology* Vol 188, 485-489, August 2012 SISTEr [Pop 482, 7 yr fu]

257. Richter, Retropubic versus transobturator midurethral slings for stress incontinence. *NEJM* 2010: 2066-2076.

258. Rigaud J et al.: Functional results after tape removal for chronic pelvic pain following tension-free vaginal tape or transobturator tape. *J Urol* 2010, 184(2): 610-615.

259. Rizk (2014) Recurrence of endometriosis after hysterectomy. *Facts Views Vis Obgyn*, 2014, 6(4): 219-227

260. Rooney K et al. Advanced anterior vaginal wall prolapse is highly correlated with apical prolapse. *Am J Obstet Gynecol*. 2006, 195(6): 1837-1840

261. Roos A et al. (2014) Pelvic floor dysfunction: women's sexual concerns unraveled. *J Sex Med* 2014, 11(3): 743-52

262.  Rovner ES and Wein AJ: Treatment options for stress urinary incontinence. *Rev Urol* (2004): 6(Suppl 3): S29-S47.

263.  Sand et al.  Prospective randomized trial of polyglactin 910 mesh to prevent recurrence of cystoceles and rectoceles.  *Am J Obstet Gynecol* 2001; 184:1357-64

264.  Scheiner, Retropubic TVT vs Transobturator outside-in TOT and inside-out TVT-O one year result from our prospective randomized study [Pop 149]. Abs 4.

265.  Schimpf, MO et al.  Sling surgery for stress urinary incontinence in women: a systematic review and meta analysis: *Am J Obstet Gynecol,* 2014 211:71.e1-27.

266.  Schuettoff et al (2006) Visibility of the polypropylene tape after tension-free vaginal tape (TVT) procedure in women with stress urinary incontinence: comparison of introital ultrasound and magnetic resonance imaging in vitro and in vivo. *Ultrasound Obstet Gynecol* 2006; 27: 687-692

267.  Segev Y, et al. Symptomatic pelvic hematoma following transvaginal reconstructive pelvic surgery: incidence, clinical presentation, risk factors, and outcome.  *Eur J Obstet Gynecol Reprod Biol.* 2010 Dec;153(2):211-4.

268.  Seo, Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: prospective randomized study [Pop 80. 12 mo fu].  *ICS* Abs 23.

269.  Serati et al (2013) TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects and Prognostic Factors at 5 Year Follow-up.  *European Urology* 63 (2013) 872-878

270.  Serati et al (2015) Is there a learning curve for the TVT-O procedure? A prospective single surgeon study of 372 consecutive cases. *Eur J Obstet Gynecol Reprod Biol* 2015, 85-90

271.  Serati, Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy & Adverse Effects at 10 year follow up  pp. 939-946 [Pop 58, but 10 yrs fu]. *European Urology* 2012; 61.

272.  Shah SM et al. (2006) The history and evolution of pessaries for pelvic organ prolapse. *Int Urogynecol J Pelvic Floor Dysfunct.* 2006, 17(2):170-175

273.  Shek K, et al. (2008) Perigee versus Anterior Prolift in the treatment of Cystocele. *Int Urogynecol J* (2008) 19 (Suppl 1): S1-S166.

274.  Siddiqui NY et al (2014) Clinical challenges in the management of vaginal prolapse. *Int J Women's Health* 2014 6:83-94

275.  Siddiqui NY, et al: (2015) Mesh sacrocolpopexy compared with native tissue vaginal repair: a systematic review amd meta-analysis. *Obstet Gynecol.* 2015, 125(1):44-55.

276.  Signorello et al (2001) Postpartum sexual functioning and its relationship to perineal trauma: A retrospective cohort study of primiparous women. *Am J OBGYN*, Vol 184, Issue 5, 881-890.

277.  Silva et al (2006) Uterosacral ligament vault suspension. Five-year results *Obstet Gynecol* 2006; 108:255-63

278.  Silvestre et al (2011) Shrinkage evaluation of heavyweight and lightweight polypropylene meshes in inguinal hernia repair: a randomized controlled trial. *Hernia* (2011) 15:629-634

279.  Sinclair AJ and Ramsay IN: The psychosocial impact of urinary incontinence in women. *The Obstetrician and Gynecologist* 2011;13:143-148

280.  Sobhgol SS et al (2007) Rate and related factors of dyspareunia in reproductive age women: a cross sectional study. *Int J Impot* 2007:88-94.

281.  Sokol et al (2012) One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. *Am J Obstet Gynecol* 2012; 206: 86.e1-9 (fup to Iglesia 2010)

282.  Song PH, et al: The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. *BJUI* 2009 (104): 1113-1117.

283.  Song, P et al. The long term outcomes from TVT procedure for female stress urinary incontinence; data from minimal 13 years of follow up. *Journal of Urology.* Vol. 191, NO 4S, Supplement, Sunday, May 18, 2014 MP33-03

284.  Stewart WF et al (2003) Prevalence and burden of overactive bladder in the United States. *World J Urol* 2003 May;20(6):327-36

285.  Svabik et al (2014) Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial *Ultrasound Obstet Gynecol* 2014

286.  Svenningsen et al (2013) Long-term follow-up of the retropubic tension free vaginal tape procedure. *Int Urongynecol J* Published online 16 February 2013

287.  Svenningsen, Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure [Pop 810, 10 yr fu]. *Neurology & Urodynamics* 2013.

288.  Swift S et al. (2003) Correlation of symptoms with degree of pelvic organ support in a general population of women: what is pelvic organ prolapse? *Am J Obstet Gynecol.* 2003, 114(3): 372-379

289. Tamussino, TVT vs. TVT-O for Primary Stress Incontinence: A Randomized Clinical Trial [Pop 564, 3 mo fu]. *Int Urogynecol J* 2008; 19 Suppl 1 IUGA Abs 112.

290. Tenfelde S et al. Quality of life in women who use pessaries for longer than 12 months. *Female Pelvic Med Reconstr Surg.* 2015, 21(3): 146-149

291. Teo (2011) Randomised trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. *Journal of Urology* 2011 Vol. 185: 1350-1355.

292. Toglia & Fagan-Suture erosion rates & long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. *Am J Obstet Gynecol* 2008; 198:600.e1-600.e4

293. Tommaselli (highlighted), Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1 year follow up. *Int Urogynecol J* 2010: 1211-1217.

294. Tommaselli et al (2015) Medium-term & long-term outcomes following placement of midurethral slings for urinary incontinence: a systematic review and metaanlysis. *Int Urogynecol J* Published online: 20 May 2015

295. Trabuco, Midurethral Slings for the Treatment of Stress Urinary Incontinence. *ACOG Poster* 2014.

296. Trehan & Sanaullah (2009) Laparoscopic Posthysterectomy Vaginal Vault Excision for Chronic Pelvic Pain and Deep Dyspareunia. *Journal of Minimally Invasive Gynecology* Vol 16 No 3 May/June 2009

297. Tunn et al (2007) Changes in the MRI morphology of the stress continence control system after TVT (tension free vaginal tape) insertion. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 131 (2007) 209-213

298. Ubertazzi EP (2015) Trans vaginal mesh (TVM) Five years follow up A retrospective study from latam *Int Urogynecol J* (2015) 26 (Suppl 1):S23-S174

299. Ulmsten U, Falconer C, Johnson P, et al. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. *Int Urogynocol J* Pelvic Floor Dysfunction 1998;9:210-213

300. Unger CA, et al (2014) Perioperative adverse events after minimally invasive abdominal sacrocolpopexy. *Am J Obstet Gynecol.* 2014, 211(5): 547.

301. Unger et al (2015) Indications and risk factors for midurethral sling revision. *Int Urogynecol J* 2015 Jul 2. [Epub ahead of print]

302.   Vaiyapuri GR, et al (2011) Use of Gynecare Prolift system in surgery for pelvic organ prolapse: 1-year outcome. 2011, 22(7): 869-877.

303.   Valentim-Lourenco, Comparing the efficacy of TVT and TVT-O 3 months follow up analysis [Pop 149, 3 mo fu]. *Int Urogynecol J* 2008; 19 Suppl 1 IUGA Abs 63 TORP.

304.   Valpas & Nilsson (2004)  Tension-free vaginal tape procedure and laparoscopic colposuspension in the treatment of stress urinary incontinence.  *Curr Opin Obstet Gynecol* 16:319-323

305.   VanGeelen J et al. (2013) Where to for pelvic organ prolapse treatment after the FDA pronouncements? *Int Urogynecol J*, 2013. 24:707-718

306.   Vercellini (2009) Repetitive surgery for recurrent symptomatic endometriosis: What to do?  *European Journal of Obstetrics & Gynecology and Reproductive Biology* 146 (2009) 15-21

307.   Viereck, V. et al. Midurethral sling incision: indications and outcomes.  *Int Urogynecol J* (2013) 24:645-653

308.   Waltregny et al (2006) Inside out transobturator vaginal tape for the treatment of female stress urinary incontinence: Interim results of a prospective study after a 1 yr minimum follow up. *J. Urology*. Vol 175, 2191-2195. June 2006

309.   Waltregny et al (2007) TVT-O for the Treatment of Female Stress Urinary Incontinence: Results of a Prospective Study after a 3-Year Minimum Follow Up.  *European Urology*

310.   Wang et al (2008) A microbiological & immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid-urethral sling procedures – a prospective case controlled study.  *Int Urogynecol J* (2008) 19:1145-1150

311.   Wang et al (2009) Which placement of tension free vaginal tape more important for urinary continence: midurethral position or bladder neck? Consideration from a case report. *Int Urogynecol J* (2009) 20:1277-1279

312.   Wang, Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. *Int J Gynecology & Obstetrics* 2009; 104: 113-116.

313.   Weber et al (2001) Anterior colporraphy a randomized trial of three surgical techniques. *Am J Obstet Gynecol* 2001; 185:1299-306

314.   Weber, AM et al.  Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence.  *Am J Obstet Gynecol*. 2000 Jun; 182(6):1610-5

315.   Welk et al (2015) Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. *JAMA Surg.*Published online September 09, 2015.

316. White, RA. The effect of porosity and biomaterial on the healing and long-term mechanical properties of vascular prostheses. *ASAIO J* 1988; 11:95.

317. Whitehead WE, et al (2007) Gastrointestinal complications following abdominal sacrocolpopexy for advanced pelvic organ prolapse. *Am J Obstet Gynecol.* 2007, 197(1):78.e1-78.e7

318. Whiteside et al (2004) Risk factors for prolapse recurrence after vaginal repair. *Am J Obstet Gynecol* (2004) 191, 1533 8

319. Wiegersma M et al. (2014) Effect of pelvic floor muscle training compared with watchful waiting in older women with symptomatic mild pelvic organ prolapse: randomized controlled trial in primary care. *BMJ* 2014, 22:349

320. Wilson, L et al. Annual direct cost of urinary incontinence. *Obstet Gynecol.* 2001 Sep;98(3):398-406.

321. Withagen et al (2011) Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse. *Obstetrics & Gynecology* Vol 117 No 2 Part 1 February 2011

322. Withagen et al.-Sexual functioning after tension free vaginal mesh procedure (Prolift) for pelvic organ prolapse. 37th annual meeting

323. Woodruff AJ, et al. Histologic comparison of pubovaginal sling graft materials: a comparative study. *Urology.* 2008 Jul;72(1):85–9

324. Wu et al (2013) Concomitant trocar guided transvaginal mesh surgery with a midurethral sling in treating advanced pelvic organ prolapse associated with stress or occult stress urinary incontinence. *Taiwanese Journal of Obstetrics & Gynecology* 52 (2013) 516-522

325. Wu, J et al. Forecasting the Prevalence of Pelvic Floor Disorders in US Women: 2010 to 2050. *Obstetrics & Gynecology.* December 2009 - Volume 114 - Issue 6 - pp 1278-1283. doi: 10.1097/AOG.0b013e3181c2ce96

326. Wu, Lifetime Risk of Stress Urinary Incontinence or Pelvic Organ Prolapse Surgery. *Obstet Gynecol* 2014; 123:1201-6.

327. Yazdany et al (2010) Suture complications at teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. *Int Urogynecol J* (2010) 21:813-818

328. Yucel, S & Baskin LS. An anatomical description of the male and female urethral sphincter complex. *J Urol.* 171(5):1890-7, 2004

329. Zambon (2016) Algorithm for Management of Vaginal Mesh Exposure, *AUA NEWS* Vol 21 Issue 1 January 2016 page 3

330.   Zhang et al (2016) Retropubic tension free vaginal tape and inside out transobturator tape: a long term randomized trial. *Int Urogynecol J.* 2016: 103-11

331.   Zhang, The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-O procedure for the surgical treatment of female stress urinary incontinence. *Taiwanese Journal of Obstetrics & Gynecology* 2011: 318-321.

332.   Zhong, Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence [Pop 187]. *Urologia* 2010; 77 (1): 37-42.

333.   Zhu, Comparing vaginal tape and transobturator tape for the treatment of mild & moderate stress incontinence. *Int J of Gynecology & Obstetrics* 2007: 14-17.

334.   Zorn B, et al. Urinary incontinence and depression. *J Urol.* 1999;162:82–84.

335.   Zullo, One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: A prospective randomised trial. *Eurpean Urology 51* 2011: 1376-1384.

336.   Zyczynski, H et al Sexual activity & function in women more than 2 years after midurethral sling placement. *Am J Obstet Gynecol.* 2012 November; 207(5):421.e1-421.

**Expert Reports**:

1.     Blaivas, Jerry

2.     Ducheyne, Paul

3.     Elliot, Daniel (& materials cited in footnotes of expert report)

4.     Iakovlev, Vladimir

5.     Jordi, Howard

6.     Kenton, Kimberly

7.     Klinge, Uwe

8.     Muehl, Thomas

9.     Pence, Peggy

10.    Rosenzweig, Bruce (& materials cited in footnotes of expert report)

11.    Shoberi, Abbas

12.    Toglia, Marc

**Company Documents:**

1. 1998 TVT Professional Education Program Speaker's Guide Slide Deck [ETH.MESH.05795537-99]

2. 2001 Slides from Paul Parisi binder - Gynecare TVT Tension-free Support for Incontinence  Professional Education Slides [ETH.MESH.05795421-508]

3. 2002 Dr. Miklos Presentation Slides Minimizing & Managing Intraoperative Complications: TVT Sling [ETH.MESH.00397674]

4. 2002 TVT Advanced Users Forum Presentation Slides: Gynecare TVT  Tension-free Support for Incontinence [ETH.MESH.08156958]

5. 2003 - Gynecare TVT: Tension-free Support for Incontinence General Professional Education Presentation Slides [ETH.MESH.00373310-88]

6. 2006 - TVT-O Summit Presentation Slides by Raders and Lucente [ETH.MESH.00993273]

7. 2008 - Treatment of SUI with the Gynecare TVT Family of Products Presentation Slides [ETH.MESH.00369995]

8. 2009 - The Science of 'What's Left Behind…' Evidence & Follow-Up of Mesh Use for SUI by Dr. Doug Grier [ETH.MESH.03751819]

9. 2010 - Gynecare TVT Exact Professional Education Presentation Slides [ETH.MESH.00295355]

10. 2012 - Gynecare TVT Exact Continence System Professional Education Presentation Slides-Updated [ETH.MESH.08117473]

11. 2013 - Clinical Expertise Tension-free Midurethral Sling: Market Update Presentation Slides-Prof Ed [ETH.MESH.10281860]

12. TVT 'Stop Coping…' Patient Brochure – [ETH.MESH.06087471-72]

13. Gynecare TVT…SUI affects 1 in 3 women… Patient Brochure – [ETH.MESH.06087513-14]

14. 'Stop Coping…' Gynecare TVT Patient Brochure – [ETH.MESH.08003295-302]

15. 'Stop Coping…' Gynecare TVT Patient Brochure – [ETH.MESH.08003303-18]

16. Corbet-IFU- 17-In Use From 11/29/10 to Present [ETH.MESH.03427878-946]

17.   Gynecare TVT Tension-free Support for Incontinence Advanced Users Forum for the Experienced Clinician Presentation Slides [ETH.MESH.10220659]

18.   Gynecare TVT Tension-free Support for Incontinence Professional Education Presentation Slides [ETH.MESH.08107354]

19.   The History of TVT [ETH.MESH.03932912-914]

20.   TVT IFU In Use From 10/13/08 to 11/22/10 [ETH.MESH.2340504-567]

21.   TVT IFU In Use From 11/29/10 to Present [ETH.MESH.3427878-946]

22.   01/28/98 Letter from FDA re: K974098 TVT System [ETH.MESH.371496-594]

23.   11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11]

24.   Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17]

25.   Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301]

26.   Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198]

27.   Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-freeVaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65]

28.   09/07/2009 Safety review: TVT and TVT-O procedures [ETH.MESH.1751069-94]

29.   Clinical Expert Report [ETH.MESH.1784823-28]

30.   Email re: Performance Evaluation of TVT Prolene Blue Mesh [ETH.MESH.6696411-19]

31.   Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT

32.   Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79]

33.   Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2

34.   Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920)

35.   Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT [ETH.MESH.04949544-567]

36.     Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006 [ETH.MESH.00308599-606]

37.     Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 [ETH.MESH.223779-84]

38.     Email re: Mesh Fraying Dr. EBERHARD letter [ETH.MESH.7692905-7]

39.     Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39]

40.     Email re: Important Laser cut mesh update [ETH.MESH.1809056-58]

41.     Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81]

42.     Email re: TVT Laser Mesh info [ETH.MESH.442825-26] PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison London Brown & Gene Kammerer

43.     Email re: Laser Cut TVT [ETH.MESH.6859834-35]

44.     Email re: TVT Meeting with Agency [ETH.MESH.524746-48]

45.     Email re: TVT Laser Cut Mesh [ETH.MESH.525573]

46.     Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis [ETH.MESH.1784779-82]

47.     Email re: OR Agenda Tunn [ETH.MESH.3922926-28]

48.     KOL Interview [ETH.MESH.4048515-20]

49.     Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides

50.     Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician[ETH.MESH.08156958]

51.     05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT Physician Training Policy [ETH.MESH.7393700]

52.     Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1>

53.     Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.5315252-65]

54.     10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture

55.     Spreadsheet of TVT & TVT-O RCTs to 11-2012 [ETH.MESH.08307644-45]

32

56. Test Report re Mechanical characterization of suburethral tapes and pelvic floor repair meshes [ETH.MESH.02211890]

57. 2011 POP and SUI Patient Counseling Guide (GOP-005-11-1.13)

58. Tension-Free Vaginal Obturator Tape (TVOT) – April 30, 2003 – Meeting Report [ETH.MESH.3934952-67]

59. 2005 Prolift IFU

60. 2005 Prolift Patient Brochure 2005

61. 2005 Prolift Prof Ed Slide Deck - ETH MESH 09100506

62. 2006.06.02 Ethicon Expert Meeting Meshes for Pelvic Floor Repair Norderstedt ETH.MESH.00870466

63. 2007 PROLIFT Prof Ed Slide Deck 2007

64. 2007 Prolift Surgeon's Resource Monograph

65. 2007 Prolift Surgical Technique Guide

66. 2007.02.23 Ethicon Expert Meeting Meshes for Pelvic Floor Repair Norderstedt ETH.MESH.02017152 - 7158_9680172_1

67. 2008 Prolift Brochure

68. 2009 Prolift IFU 2009

69. Clinical Expert Report [ETH.MESH.222899-909]

70. Email from Arnaud re Transient Leg Pain with Mulberry [ETH.MESH.3911390-1]

71. Email from Dan Smith re Draft report translated by "Babel fish" httpbabelfish.altavista.comtr [ETH.MESH.865069-72]

72. Email from Dan Smith re NG TVT-O NDP – Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny [ETH.MESH.2293715-6]

73. Email from Hinoul re South Africa, TVTO sheaths getting stuck upon removal [ETH.MESH.1210987-95]

74. Email from O'Bryan re GYNECARE TVT Obturator System – FDA [ETH.MESH.6882641-2]

75. Email from O'Bryan re ifu [ETH.MESH.3364663-66]

76.    Email from Weisberg re IFU update [ETH.MESH.3365250-1]

77.    Email from Weisberg re Mulberry [ETH.MESH.6886410-11]

78.    Gynecare Final Report # 030740, TVT Obturator System 12-15-03 [ETH.MESH.222852-63]

79.    Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54]

80.    Gynemesh PS IFU

81.    History of TVT-O [ETH.MESH.3932909-11]

82.    Manuscript Draft (de Leval) Novel surgical technique for the treatment of female SUI Transobturator Vaginal Tape [ETH.MESH.262089-123]

83.    Project Mulberry, Preliminary Clinical Diligence Report [ETH.MESH.1815660-64]

84.    Transobturator Vaginal Tape Inside-Out (TVT-O) From Development to Clinical Experience [ETH.MESH.823793-806]

85.    TVT O IFU [ETH.MESH.2340902-8]

86.    TVT-O IFU in use at time of Sacchetti implant

87.    2015 TVT-O IFU

88.    TVT Obturator Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09]


**Deposition Transcripts & Exhibits:**

1.    Elliot, Daniel

2.    Iakovlev, Dr. Vladimir

3.    Nager, Charles

4.    Rosenzweig, Bruce

5.    Toglia, Marc


I also reviewed all materials and articles cited in my expert report, or supplements thereto, which are not included in this Exhibit B.