

# Gynecare PROSIMA™

Anterior Pelvic Floor Repair System
Posterior Pelvic Floor Repair System
Combined Pelvic Floor Repair System

| | |
|---|---|
| System til anterior støtte af bækkenbund | Sistema di riparazione anteriore del pavimento pelvico |
| System til posterior støtte af bækkenbund | Sistema di riparazione posteriore del pavimento pelvico |
| System til kombineret støtte af bækkenbund | Sistema di riparazione combinato del pavimento pelvico |
| | |
| Bekkenbodemreparatiesysteem anterieur | Sistema de Reparação do Pavimento Pélvico Anterior |
| Bekkenbodemreparatiesysteem posterieur | Sistema de Reparação do Pavimento Pélvico Posterior |
| Bekkenbodemreparatiesysteem gecombineerd | Sistema de Reparação do Pavimento Pélvico Combinado |
| | |
| Anteriorinen lantionpohjan korjausjärjestelmä | Sistema de reparación del suelo pélvico anterior |
| Posteriorinen lantionpohjan korjausjärjestelmä | Sistema de reparación del suelo pélvico posterior |
| Yhdistetty lantionpohjan korjausjärjestelmä | Sistema de reparación del suelo pélvico combinado |
| | |
| Système de réparation du plancher pelvien antérieur | System för reparation av främre delen av bäckenbotten |
| Système de réparation du plancher pelvien postérieur | System för reparation av bakre delen av bäckenbotten |
| Système de réparation combiné du plancher pelvien | System för kombinerad reparation av bäckenbotten |
| | |
| Anteriores Beckenboden-Rekonstruktionssystem | Σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους |
| Posteriores Beckenboden-Rekonstruktionssystem | Σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους |
| Kombiniertes Beckenboden-Rekonstruktionssystem | Συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους |

CE 0086

Manufactured for:
ETHICON Women's Health & Urology
A division of ETHICON, INC.
a Johnson&Johnson company
Somerville, New Jersey 08876-0151

Made in Switzerland
© Ethicon, Inc. 2008

EC
Legal Manufacturer
ETHICON, Sarl
Rue du Puits-Godet 20
CH-2000 Neuchâtel
Switzerland

P21070/D
STATUS: 02/2010
LAB0011038.2

EXHIBIT E

**ETH.MESH.02341398**



*Figure 1*



*Figure 2*



*Figure 3*

2

ETH.MESH.02341399



*Figure 4*



*Figure 5*



*Figure 6*

3

ETH.MESH.02341400



*Figure 7*



*Figure 8A*



*Figure 8B*



*Figure 8C*

4

ETH.MESH.02341401



*Figure 8D*



*Figure 8E*



*Figure 8F*

5

ETH.MESH.02341402



*Figure 9A*



*Figure 9B*



*Figure 9C*



*Figure 9D*

6

ETH.MESH.02341403



*Figure 9E*



*Figure 10*



*Figure 11*



*Figure 12*



*Figure 13*

7

ETH.MESH.02341404



*Figure 14*



*Figure 15*



*Figure 16*



*Figure 17*



*Figure 18*



*Figure 19*

8

ETH.MESH.02341405

### ENGLISH

A — Mesh Implant in Implant Carrier
B — Vaginal Support Device (VSD)
C — Balloon
D — Anterior Inserter
E — Posterior Inserter
F — Syringe
G — Straps of Mesh Implant
H — Pockets of Mesh Implant
I — Apical tab of Mesh Implant
J — Distal groove of Mesh Implant
K — Body of Mesh Implant
L — Connection groove of Posterior Inserter
M — Distal end of Posterior Inserter
N — Trimmable sections of VSD
O — Suture eyelets of VSD
P — Balloon
Q — Connector plug of Balloon
R — Valve of Balloon
S — Cap of Balloon
T — Inflation line of Balloon

### DANSK

A — Meshimplantat i implantatembalLage
B — Vaginal støtteanordning (VSD - Vaginal Support Device)
C — Ballon
D — Anterior indfører
E — Posterior indfører
F — Sprøjte
G — Meshimplantatstropper
H — Meshimplantatlommer
I — Apikal flig på meshimplantat
J — Distal rille i meshimplantat
K — Hoveddart af meshimplantat
L — Forbindelsesrille på posterior indfører
M — Distal ende af posterior indfører
N — Justerbare sektioner af VSD
O — Suturhuller i VSD
P — Ballon
Q — Forbindelsestykke på ballon
R — Ballonventil
S — Ballonhætte
T — Oppustningsslange til ballon

### NEDERLANDS

A — Meshimplantaat in implantaathouder
B — VSD (Vaginal Support Device, vaginasteun)
C — Ballon
D — Inbrenginstrument anterieur
E — Inbrenginstrument posterieur
F — Spuit
G — Bandjes van meshimplantaat
H — Zakjes van meshimplantaat
I — Apicaal lipje van meshimplantaat
J — Distale groef van meshimplantaat
K — Hoofdgedeelte van meshimplantaat
L — Verbindingsgroef van posterieur inbrenginstrument
M — Distaal uiteinde van posterieur inbrenginstrument
N — Afsnijbare delen van de VSD (vaginasteun)
O — Hechtingsoogjes van de VSD
P — Ballon
Q — Ballonaansluitstuk
R — Ballonafsluiter
S — Ballondop
T — Ballonvulleiding

### SUOMI

A — Verkkoimplantti implantaasettimessa
B — Emätintuki
C — Pallo
D — Anteoorinen sisäänviejä
E — Posterioorinen sisäänviejä
F — Ruisku
G — Verkkoimplantin nauhat
H — Verkkoimplantin taskut
I — Verkkoimplantin kärkikaieke
J — Verkkoimplantin distaalilovi
K — Verkkoimplantin runko
L — Posteriorisen sisäänviejän liitinlovi
M — Posteriorisen sisäänviejän distaalipää
N — Emättimeen leikattavat osat
O — Emättimen ommelreiät
P — Pallo
Q — Pallon liitin
R — Pallon venttiili
S — Pallon korkki
T — Pallon täyttöletku

### FRANÇAIS

A — Prothèse dans son emballage
B — Dispositif de Support Vaginal (DSV)
C — Ballonnet
D — Introducteur antérieur
E — Introducteur postérieur
F — Seringue
G — Bras de la prothèse
H — Poches de la prothèse
I — Languette apicale de la prothèse
J — Échancrure distale de la prothèse
K — Corps de la prothèse
L — Gorge de connexion de l'introducteur postérieur
M — Extrémité distale de l'introducteur postérieur
N — Sections découpables du DSV
O — Œillets de suture du DSV
P — Ballonnet
Q — Prise de connexion du ballonnet
R — Valve du ballonnet
S — Bouchon du ballonnet
T — Tubulure de gonflage du ballonnet

### DEUTSCH

A — Netzimplantat im Implantatträger
B — Vaginal-Splinrt (Vaginal Support Device, VSD)
C — Luftkissen
D — Anteriores Einführinstrument
E — Posteriores Einführinstrument
F — Spritze
G — Halteschlaufen des Netzimplantats
H — Taschen des Netzimplantats
I — Apikale Lasche des Netzimplantats
J — Distale Kerbe des Netzimplantats
K — Körper des Netzimplantats
L — Verbindungsrille des posterioren Einführinstruments
M — Distales Ende des posterioren Einführinstruments
N — Zuschneidbare Anteile des VSD
O — Nahtöffnungen des VSD
P — Luftkissen
Q — Anschlussstecker des Luftkissens
R — Luftkissenventil
S — Luftkissenkappe
T — Luftschlauch des Luftkissens

### ITALIANO

A — Impianto in rete nell'apposita confezione
B — Dispositivo di supporto vaginale (DSV)
C — Palloncino
D — Introduttore anteriore
E — Introduttore posteriore
F — Siringa
G — Braccia dell'impianto in rete
H — Tasche dell'impianto in rete
I — Linguetta apicale dell'impianto in rete
J — Scanalatura distale dell'impianto in rete
K — Corpo dell'impianto in rete
L — Scanalatura di collegamento dell'introduttore posteriore
M — Estremità distale dell'introduttore posteriore
N — Sezioni sagomabili del DSV
O — Occhielli per sutura del DSV
P — Palloncino
Q — Spinotto di collegamento del palloncino
R — Valvola del palloncino
S — Coperchio del palloncino
T — Tubo di insufflazione del palloncino

### PORTUGUÊS

A — Implante de Rede na Embalagem de Transporte de Implante
B — Dispositivo de Suporte Vaginal (VSD)
C — Balão
D — Introdutor Anterior
E — Introdutor Posterior
F — Seringa
G — Tiras do Implante de Rede
H — Bolsas do Implante de Rede
I — Aba Apical do Implante de Rede
J — Entalhe Distal do Implante de Rede
K — Corpo do Implante de Rede
L — Ranhura de Conexão do Introdutor Posterior
M — Extremidade Distal do Introdutor Posterior
N — Secções Recortáveis do VSD
O — Ilhós de Sutura do VSD
P — Balão
Q — Botão Conector do Balão
R — Válvula do Balão
S — Tampa do Balão
T — Linha de Insuflação do Balão

### ESPAÑOL

A — Implante de malla en el portaimplante
B — Dispositivo de soporte vaginal (VSD)
C — Balón
D — Insertador anterior
E — Insertador posterior
F — Jeringa
G — Tiras de implante de malla
H — Bolsillos de implante de malla
I — Lengüeta apical del implante de malla
J — Surco distal del implante de malla
K — Cuerpo del implante de malla
L — Surco de conexión de insertador posterior
M — Extremo distal del insertador posterior
N — Secciones recortables del VSD
O — Ojos de sutura del VSD
P — Balón
Q — Tapón conector del balón
R — Válvula del balón
S — Tapa del balón
T — Línea de inflado de balón

### SVENSKA

A — Nätimplantat i implantatshållare
B — Vaginalstöd (VSD)
C — Ballong
D — Främre införare
E — Bakre införare
F — Injektionsspruta
G — Remmar till nätimplantat
H — Fickor på nätimplantat
I — Apikalt flik på nätimplantat
J — Distalt skåra på nätimplantat
K — Nätimplantatets huvuddel
L — Bakre införarens kopplingsskåra
M — Bakre införarens distala ände
N — Tillklippbara delar av VSD
O — Suturhål på VSD
P — Ballong
Q — Kopplingsdon på ballongen
R — Ventil på ballongen
S — Lock till ballongen
T — Fyllnadsslang till ballongen

### ΕΛΛΗΝΙΚΑ

A — Εμφύτευμα πλέγματος στο φορέα εμφυτεύματος
B — Διάταξη Κολπικής Υποστήριξης (ΔΚΥ)
C — Μπαλόνι
D — Εμπρόσθιος εισαγωγέας
E — Οπίσθιος εισαγωγέας
F — Σύριγγα
G — Ιμάντες του εμφυτεύματος πλέγματος
H — Θύλακοι του εμφυτεύματος πλέγματος
I — Κορυφαίο γλωσσίδι του εμφυτεύματος πλέγματος
J — Περιφερική αύλακα του εμφυτεύματος πλέγματος
K — Σώμα του εμφυτεύματος πλέγματος
L — Αύλακα σύνδεσης του οπίσθιου εισαγωγέα
M — Περιφερικό άκρο του οπίσθιου εισαγωγέα
N — Αποκοπτόμενα τμήματα της ΔΚΥ
O — Οπές ραμμάτων της ΔΚΥ
P — Μπαλόνι
Q — Βύσμα σύνδεσης του μπαλονιού
R — Βαλβίδα του μπαλονιού
S — Πώμα του μπαλονιού
T — Γραμμή διόγκωσης του μπαλονιού

9

**ETH.MESH.02341406**

# Gynecare
# PROSIMA™

Anterior Pelvic Floor Repair System
Posterior Pelvic Floor Repair System
Combined Pelvic Floor Repair System

ENGLISH

**Please read all information carefully.**
Failure to properly follow instructions may result in improper functioning of the devices and lead to injury.

*CAUTION:* Federal (USA) law restricts this device to sale by or on the order of a physician.

Training on the use of the GYNECARE PROSIMA™ Pelvic Floor Repair Systems is recommended and available. Contact your company sales representative to arrange for this training.

**INDICATIONS**
The GYNECARE PROSIMA Pelvic Floor Repair Systems, through the placement of GYNECARE GYNEMESH™ PS Nonabsorbable PROLENE™ Soft Mesh Implants, are indicated for tissue reinforcement and long-lasting stabilization of fascial structures of the pelvic floor, either as mechanical support or bridging material for the fascial defect. The Systems provide maintenance of the vaginal canal during the period of healing following surgical repair of vaginal wall prolapse, while supporting the position of the Mesh Implants.

**DESCRIPTION**
The GYNECARE PROSIMA Anterior, Posterior, and Combined Pelvic Floor Repair Systems consist of pre-cut GYNECARE GYNEMESH PS Mesh Implant(s), and instruments to facilitate Mesh Implant placement and postoperative support (see Figure 1). The following table summarizes the components included with each System:

| PELVIC FLOOR REPAIR SYSTEM | Mesh Implant in Carrier (A) | Vaginal Support Device – Balloon Assembly (B&C) | Anterior Inserter (D) | Posterior Inserter (E) | Syringe (F) |
|---|---|---|---|---|---|
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Combined | 2 | 1 | 1 | 1 | 1 |

Table 1 – GYNECARE PROSIMA Pelvic Floor Repair System Components

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS is mesh constructed of knitted filaments of extruded polypropylene identical in composition to PROLENE™ Polypropylene Suture, (ETHICON, INC.). This material, when used as a suture, has been reported to be nonreactive and to retain its strength indefinitely in clinical use. The mesh affords excellent strength, durability, and surgical adaptability, with sufficient porosity for necessary tissue ingrowth. Blue PROLENE Suture monofilaments have been incorporated to produce contrast striping in the mesh. The mesh is constructed of reduced-diameter monofilament fibers, knitted into a unique design that results in a mesh that is approximately 50 percent more flexible than standard PROLENE™ Polypropylene Mesh. The mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This construction permits the mesh to be cut into any desired shape or size without unraveling. The bi-directional elastic property allows adaptation to various stresses encountered in the body.

**Mesh Implant**
The Mesh Implant is constructed from GYNECARE GYNEMESH PS. The Mesh Implants are pre-cut in a Y-shape for repair of anterior, posterior and/or apical vaginal defects. See Figure 2. The Mesh Implant has 2 straps and a central body. There is an apical tab on the proximal end for tacking down with suture to minimize movement of the Mesh Implant during strap placement. There is a distal groove on the distal end to aid in alignment of the Mesh Implant. There are pre-formed pockets on the Mesh Implant straps to enable placement with the Inserters. The Mesh Implant is provided in an Implant Carrier comprised of uncoated Tyvek® and a clear plastic film, designed for easy removal of the Mesh Implant.

**Anterior Inserter**
The Anterior Inserter is a single-patient-use instrument designed to facilitate the insertion of the Mesh Implant straps into the previously dissected anterior tissue channels. *NOTE: The Anterior Inserter is not intended to dissect tissue.* The Anterior Inserter is designed to be compatible with the Mesh Implant pockets to enable strap placement on both sides of the patient in the anterior compartment. See Figures 3 and 4.

**Posterior Inserter**
The Posterior Inserter is a single-patient-use instrument designed to facilitate insertion of the Mesh Implant straps into the previously dissected posterior tissue channels. *NOTE: The Posterior Inserter is not intended to dissect tissue.* A standard needle holder/driver attaches to the Posterior Inserter as a stabilizer for controlled insertion. The Posterior Inserter is designed to be compatible with the Mesh Implant pockets to enable strap placement on both sides of the patient in the posterior compartment. See Figure 5.

**Vaginal Support Device (VSD)**
The VSD is a single-patient-use device designed to provide postoperative support for the vaginal tissues after placement of the mesh and closure of the vaginal incision(s). The apical end is the widest end of the VSD and contains trimmable sections. After initial sizing in the patient, the size of the VSD can be adjusted to conform to the patient's anatomy by trimming off designated apical sections. The VSD resides in the upper 2/3 of the vagina for 3 to 4 weeks and is then removed from the patient. See Figure 6.

**Balloon**
The Balloon is a single-patient-use device designed to replace postsurgical vaginal gauze packing. The Balloon's volume is adjustable in order to fill the vaginal canal, and for abutment of the vaginal wall to the Mesh Implant. The Balloon is provided pre-attached onto the VSD. Figure 7 shows the deflated Balloon without the VSD attached. The Balloon remains in the patient for up to 1 day.

**Syringe**
A 30-mL syringe is provided to inflate the Balloon.

**SECTION 1: PRINCIPLES OF THE PROCEDURE USING THE GYNECARE PROSIMA SYSTEM**
A pelvic floor repair procedure using the GYNECARE PROSIMA System aims to achieve an anatomical, durable, and standardized repair of pelvic organ prolapse. Depending on the site of the prolapse and surgeon's preference, the repair can be anterior and/or posterior. Hysterectomy or uterine conservation can be combined with the procedure using the GYNECARE PROSIMA System. If indicated, a perineal repair or a suburethral sling for the treatment of stress urinary incontinence can be performed concomitantly when using the GYNECARE PROSIMA System. A retropubic or transobturator suburethral sling can be used.

The prolapse repair is achieved by the placement of 1 or 2 Mesh Implants via a vaginal approach. At the completion of surgery, a VSD with an inflatable Balloon is placed in the vagina for sizing and then the VSD is sutured into place, thus supporting the vagina and the Mesh Implant(s) during tissue ingrowth. Once inflated, the Balloon replaces traditional gauze packing by filling the vaginal cavity and abutting the Mesh Implant(s) to the vagina. The day after surgery, the Balloon is deflated and removed from the vagina without dislodging the VSD. The VSD remains in place for a maximum of 4 weeks following surgery, during tissue ingrowth into the Mesh Implant(s).

**SECTION 2: RATIONALE FOR THE GYNECARE PROSIMA SYSTEM**
Following conventional surgery for pelvic organ prolapse, the repaired tissues are exposed to increases in intra-abdominal pressure as the patient mobilizes, coughs, vomits, and strains with bowel evacuation. These rises in intra-abdominal pressure may adversely affect the healing of the vaginal repair and may lead to surgical failure and recurrent prolapse. By reinforcing the vaginal repair with the Mesh Implant and supporting the vagina with the VSD for 3 to 4 weeks following surgery, the GYNECARE PROSIMA System is designed to reduce the risk of surgical failure and recurrent prolapse.

During the anterior vaginal repair the body of the Mesh Implant is intended to be placed without tension between the urinary bladder and the upper 2/3 of the vagina, extending laterally at the level of the arcus tendineus fascia pelvis (ATFP). During the posterior vaginal repair, the Mesh Implant body is intended to be placed without tension between the rectum and upper 2/3 of the vagina, fitting laterally over the levator ani muscles. The apical section of the Mesh Implant body is intended to reach the vaginal apex. Anteriorly, the Mesh Implant may be tacked to the pre-vesical tissue or cervix. Posteriorly, the Mesh Implant may be tacked to the pre-rectal tissue or cervix.

The VSD supports the vaginal tissues after surgery and facilitates abutment of the vaginal tissues against the Mesh Implant until tissue ingrowth occurs. Tissue ingrowth through the Mesh Implant occurs during the 3 to 4 weeks following surgery. Use of the GYNECARE PROSIMA System avoids the need for dissection outside the pelvic cavity, and avoids passage of suture and instruments through the obturator foramen and sacrospinous ligament, thus making surgery simpler to perform.

**Hysterectomy**
The surgeon's preference and the patient's needs determine if a concomitant hysterectomy is required. When a hysterectomy is performed, closure of the cul-de-sac peritoneum is recommended to avoid contact of the Mesh Implant with the bowel. A "T" incision closure should be avoided as this may increase the risk of mesh exposure. When vaginal hysterectomy is performed together with either or both anterior and posterior repair, the hysterectomy incision should first be closed transversely, and then the repair incisions should be made such that they do not connect with the previously closed hysterectomy incision. This is done to prevent the creation of a "T" incision.

**Uterine Conservation**
The GYNECARE PROSIMA System is suitable for use in situations when the surgeon or patient elects to conserve the uterus.

**Vaginal Incisions**
The vaginal incisions in the procedure using the GYNECARE PROSIMA System are the same as those used by the surgeon for routine vaginal repair surgery. Incisions should be made through the full depth of the vaginal wall to reduce the potential of mesh exposure.

**Mesh Implant Placement**
The Mesh Implants are held in place by the VSD until tissue ingrowth occurs. Therefore, it is unnecessary to fix the Mesh Implant straps into position. The apical portion of the Mesh Implant may be tacked onto the fascia in the midline at the vaginal apex using suture such as a 2-0 MONOCRYL™ (Poliglecaprone 25) Suture or 2-0 Coated VICRYL™ (polyglactin 910) Suture. The vaginal epithelium should not be sutured on to the Mesh Implant.

**Vaginal Preservation**
Removing or excising too much vaginal epithelium should be avoided. Some tissue retraction may occur following surgery, and reduced vaginal capacity may be worsened if too much vaginal epithelium has been removed.

**Three Levels of Vaginal Support**
There are 3 levels of support for the vagina commonly known for vaginal repair. Use of the GYNECARE PROSIMA System in a procedure is intended to provide level I and II of this support as follows:

**Level I - Suspension and Support** (upper third of vagina)
The upper third of the vagina (including the vault following hysterectomy) and uterus are supported by 2 mechanisms. Firstly, direct support for the uterus and upper vagina is provided by the parametrium (cardinal and utero-sacral ligaments) and paracolpium fibers. These fibers act like suspensory ligaments and arise from the fascia of the piriformis muscle, sacroiliac joint, and lateral sacrum, and insert into the lateral upper third of the vagina and posterolateral aspect of the cervix. Secondly, indirect support for the uterus and upper vagina is provided by the levator plate, formed by the fusion of the right and left levator ani muscles between the rectum and coccyx. Uterine and vaginal vault prolapse occur as a consequence of failure of these direct and indirect supporting mechanisms. This is likely to involve weakness of the muscular pelvic floor and suspensory fibers of the parametrium and upper paracolpium. The aim of prolapse surgery at level I is to recreate direct and indirect supporting mechanisms. The GYNECARE PROSIMA System uses the Mesh Implant

ETH.MESH.02341407

straps to abut onto each obturator internus muscle and the overlying parietal fascia in the anterior vaginal repair, and Mesh Implant straps abut the sacrospinous ligaments in the posterior vaginal repair. This provides direct support by suspension and indirect support by providing a broad area of Mesh Implant support for the upper vagina and uterus.

**Level III - Lateral Attachment** (mid third of vagina)

The mid-vagina is attached laterally and directly to the muscles on the pelvic sidewall by the arcus tendineous fasciae pelvis (ATFP). At this level, the anterior and posterior vaginal walls are stretched between right and left lateral attachments. At level III, prolapse repair aims to reattach the lateral mid-vagina onto the muscles of the pelvic sidewall. Central defects of the mid-vagina also require support at level II. Use of the GYNECARE PROSIMA System in a procedure recreates lateral attachment of the vagina onto the pelvic sidewall muscles and also provides central fascial reinforcement after tissue ingrowth.

**Level III – Fusion** (lower third of vagina)

*NOTE: Dissection in this area is not required when using the GYNECARE PROSIMA System.*

At level III, anteriorly the lower third of the vagina fuses with the perineal membrane and urethra. Posteriorly, the lower third of the vagina fuses with the perineal body and levator ani muscles. The tissues in this area are repaired without Mesh Implant, as the Mesh Implant is not intended to be used in the lower third of the vagina. The GYNECARE PROSIMA System does not address level III support defects, though they may be addressed by concomitant procedures such as perineorraphy.

## SECTION 3: INSTRUCTIONS FOR USE
*NOTE: Figures provided in the beginning of this document should be referenced when reading this section.*

**Surgical Preparation**

Surgery performed with the GYNECARE PROSIMA System may be carried out under general or regional anesthesia according to the surgeon's, anesthetist's, and patient's preference.

The patient should be placed in the lithotomy position with the buttocks slightly overhanging the operating table and the hips flexed. At the surgeon's discretion the bladder may be drained. A catheter is required prior to balloon inflation and may be inserted at this point in the procedure.

### GYNECARE PROSIMA System Use in Procedures Post-Hysterectomy

**Anterior Vaginal Repair**

When reinforcement of only the anterior vaginal wall is needed, only the GYNECARE PROSIMA Anterior Pelvic Floor Repair System should be used. This contains 1 Mesh Implant and a specially designed Anterior Inserter for use in an anterior vaginal repair. After the required vaginal incisions and dissections are made, tissue channels are created in the anterior compartment and the Mesh Implant straps using the Anterior Inserter. *NOTE: The Anterior Inserter is not to be used for tissue dissection.*

*Anterior Vaginal Dissection*

The anterior vaginal epithelium is dissected off the bladder. Dissect the full thickness of the vaginal wall. This dissection should be facilitated by subepithelial hydrodissection. Superficial dissection of the vaginal wall or separating the vaginal wall into 2 layers should be avoided. Such dissection may result in a very thin vaginal wall and may also compromise vaginal wall blood supply, increasing the risk of mesh exposure. Laterally, continue the dissection towards the pelvic sidewall and to the ischial spine.

*Anterior Channel Dissection and Mesh Implant Placement*

For the purpose of this description, perform the dissection to create channels for the Mesh Implant straps first on the right side of the patient, then on the left. These channels are created in order to place the Mesh Implant such that the distal section of the straps lies flush against the pelvic side wall and parietal fascia of the obturator internus muscle. To place these straps, commence dissection by palpating and identifying the ischial spine on both sides. *NOTE: This dissection may alternatively be started with scissors using a "push-spread" technique, so that the tips of the scissors always remain anterior to the ischial spine.* Follow the initial dissection by gentle finger dissection to the ischial spine. Once contact is made with the ischial spine, sweep the index finger to create a space anterior and superior to the ischial spine. See Figure 8A. The direction of this dissection is perpendicular to the pelvic sidewall and creates a space approximately 2 cm in width and 3 cm in height. The anterior dissection does not involve dissection onto the sacrospinous ligaments. This dissection creates a channel anterior and superior to the ischial spine and superficial to the ATFP, the obturator internus muscle, and its parietal fascia. Repeat the same dissection on the left side.

Plication of the pre-vesical tissue is not required. However, if plication is performed, only the central portion of this tissue is plicated. This avoids making the dissected area too narrow. Place the Mesh Implant over the pre-vesical tissue with the strap pockets facing upwards. If tacking is to be performed it should be done at this point in the procedure by placing suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture in the apex of the vagina and threading through the apical tab of the Mesh Implant. The tack may be tied down at this time or after the straps are placed. Tacking the distal groove of the Mesh Implant is optional and may be done with suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture.

Using the Anterior Inserter, place the Mesh Implant straps into each right and left channel created by the dissection anterior and superior to the ischial spine (as described above). *NOTE: The curved ends of the Anterior Inserter are twisted in opposite directions, and there are arrows on each end indicating direction for placement.* With the arrow pointing towards the patient's right side, insert the tip of the Anterior Inserter into the Mesh Implant strap pocket (see Figure 8B) on the patient's right side. *NOTE: Counter-traction may help to keep the pocket loaded on the Anterior Inserter.* Keep the Anterior Inserter in a vertical position, such that the curved part of the instrument is against the posterior vaginal wall. Then direct the Anterior Inserter, with strap loaded, into the previously created tissue channel (see Figure 8C) until the handle comes in contact with the labia majora on the contra-lateral side. This is accomplished by positioning the handle portion of the Anterior Inserter in an upward-vertical direction such that the leading edge and pocket goes towards the ischial spine. Once positioned, cant the handle downward to the near-horizontal position, while maintaining the handle in contact with the contra-lateral thigh. Canting the bladder with a standard surgical instrument may be helpful for initial placement in the channel. If desired, use an index finger in the channel to guide the initial placement of the Anterior Inserter against the labia majora on the contra-lateral side, prior to lowering the handle. Pushing slightly upward ensures that the strap pockets are positioned appropriately and the apical section of the Mesh Implant will abut the vaginal apex. *NOTE: If resistance is felt during strap insertion, determine the cause before proceeding. Continuing to advance the Inserter while under resistance may result in damage to the Mesh Implant, or over-insertion causing damage to critical tissue structures.*

To remove the Anterior Inserter, cant the handle back to the vertical position before withdrawing, leaving the strap in the channel. *NOTE: Insert first strap completely. NOTE: If the Anterior Inserter is pulled out before the Mesh Implant strap is delivered to the target, the strap will need to be removed, re-loaded, and re-inserted.* Repeat this on the opposite side of the patient by flipping the Anterior Inserter and inserting the end, with the arrow pointing to the patient's left side, into the other pocket. Figure 8D shows both straps placed. *NOTE: During placement of the second strap, take care to avoid movement of the Mesh Implant and confirm that the Mesh Implant is NOT twisted.*

Position the body of the Mesh Implant loosely over the underlying vaginal tissue. Folding or twisting of the body and straps should be avoided. The Mesh Implant body may require trimming depending on the vaginal dimensions or amount of lateral dissection. The vaginal epithelium may be trimmed, but excessive removal of vaginal epithelium

should be avoided. Close the epithelium over the Mesh Implant without using interlocking sutures (as described below, see Figure 8E). The final placement of the Mesh Implant in the anterior compartment is shown in Figure 8F.

*NOTE: Ensure hemostasis is achieved before and during closure of the vaginal incisions.*

Close the vaginal incisions without interlocking or figure-of-eight sutures. This is to avoid de-vascularizing the vaginal epithelium along the incision lines and to reduce mesh erosion. Preferably the epithelium is closed in 2 layers to obtain a relatively thick suture line at the site of the vaginal incision. Close the deeper layer using a continuous subepithelial non-interlocking stitch with suture such as 2-0 MONOCRYL Suture or 2-0 MONOCRYL™ Plus Antibacterial (Poliglecaprone 25) Suture. Then close the epithelium by a non-interlocking continuous everting mattress stitch, using suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL™ Plus (polyglactin 910) Antibacterial Suture. *NOTE: Place Mesh Implant in the upper 2/3 of vagina, taking care to trim Mesh Implant if beyond upper 2/3.* If not done already, cystoscopy is recommended to exclude urinary tract injury.

Alternatively, a single-layered closure of the vaginal wall can be performed. A continuous everting, non-interlocking mattress stitch or interrupted stitches of suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture may be used.

**Posterior Vaginal Repair**

When reinforcement of only the posterior vaginal wall is needed, only use the GYNECARE PROSIMA Posterior Pelvic Floor Repair System. This contains 1 Mesh Implant and a specially designed Posterior Inserter for use for the posterior vaginal repair. After making the required vaginal incisions and dissections, create tissue channels in the posterior compartment in which to place the Mesh Implant straps. *NOTE: The Posterior Inserter is not to be used for tissue dissection.*

*Posterior Vaginal and Channel Dissection*

Dissect the posterior vaginal epithelium off the pre-rectal tissue. As with the anterior vaginal wall, the full thickness of the posterior vaginal wall should be dissected. This dissection should be facilitated by subepithelial hydro-dissection. Continue the dissection laterally on each side to the levator ani muscles at the level of the ischial spine. Then continue dissection through each of the rectal pillars and onto, but not through, each sacrospinous ligament, creating channels in which the Mesh Implant straps will be placed. See Figure 9A.

Management of preexisting enterocele is optional, but if performed, may be carried out at this stage according to the surgeon's preferred technique.

If the peritoneal cavity is opened during either anterior or posterior dissection, it must be closed prior to mesh placement.

*Posterior Mesh Implant Placement*

Plication of the pre-rectal tissue is not required. However, if plication of the pre-rectal tissue is performed, only the central portion of the pre-rectal tissue is plicated. This avoids making the dissected area too narrow. Place the Mesh Implant over the pre-rectal tissue with the strap pockets facing upwards. If tacking is to be performed it should be done at this point in the procedure by placing suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture in the apex of the vagina and threading through the apical tab of the Mesh Implant. The tack may be tied down at this time or after the straps are placed. Tacking the distal groove of the Mesh Implant is optional and may be done with suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture.

Using the Posterior Inserter, place the Mesh Implant straps into each right and left channel created by the dissection towards each sacrospinous ligament (as described above). Grasp the Posterior Inserter using a straight needle holder/driver, as shown in Figure 9B. *NOTE: Place the tip of the needle holder/driver inside the straight grooved end of the Posterior Inserter.* Ensure that the connected Posterior Inserter is in-line with the handle of the needle holder/driver. Insert the tip of the Posterior Inserter into the strap pocket on the patient's right side (see Figure 9B). Then, direct the Posterior Inserter, with strap loaded, into the previously created tissue channel (see Figure 9C), keeping the position of the handle of the needle holder/driver upright. Proceed to insert the full length of the strap into the channel so that the base of the strap meets the superior limit of the fascial dissection. *NOTE: Insert first strap completely. If the Inserter is pulled out before the strap is delivered to the target, the strap will need to be removed, re-loaded, and re-inserted. NOTE: Take care not to insert too deeply to avoid damage to critical tissue structures. NOTE: If resistance is felt during strap insertion, determine the cause before proceeding. Continuing to advance the Inserter while under resistance may result in damage to the Mesh Implant or over-insertion, causing damage to critical tissue structures.* Withdraw the Posterior Inserter along the insertion path, leaving the strap in the channel. The straps abut, but do not penetrate, the sacrospinous ligaments. Do not place sutures into the sacrospinous ligaments. Repeat the procedure on the patient's left side with the second strap. Figure 9D shows both straps placed. *NOTE: During placement of the second strap, take care to avoid movement of the Mesh Implant and confirm that the Mesh Implant is NOT twisted.*

Position the body of the Mesh Implant loosely over the underlying vaginal fascia. Avoid folding or twisting the Mesh Implant body and straps. Depending on the vaginal dimensions, or the amount of lateral dissection, the Mesh Implant body may require trimming. The posterior vaginal wall epithelium may be trimmed but excessive removal of vaginal epithelium should be avoided. Close the posterior vaginal wall epithelium over the Mesh Implant without using interlocking sutures (as described below). The final placement of the Mesh Implant in the posterior compartment is shown in Figure 9E.

*NOTE: Ensure hemostasis is achieved before and during closure of the vaginal incisions.*

Close the vaginal incisions without using interlocking or figure-of-eight sutures. This is to avoid de-vascularizing the vaginal epithelium along the incision lines and to reduce mesh erosion. Preferably close the epithelium in 2 layers to obtain a relatively thick suture line at the site of the vaginal incision. Close the deeper layer using a continuous subepithelial non-interlocking stitch with suture such as 2-0 MONOCRYL Suture or 2-0 MONOCRYL Plus Antibacterial Suture. Then close the epithelium with a non-interlocking continuous everting mattress stitch, using suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture. *NOTE: Place Mesh Implant in the upper 2/3 of vagina, taking care to trim Mesh Implant if beyond upper 2/3.* At the completion of surgery, a digital rectal examination is required to exclude rectal injury.

Alternatively, a single-layered closure of the vaginal wall can be performed. A continuous everting, non-interlocking mattress stitch or interrupted stitches of suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture may be used.

**Combined Anterior and Posterior Vaginal Repair**

When both anterior and posterior vaginal wall reinforcement is needed, the GYNECARE PROSIMA Combined Pelvic Floor Repair System is used. This contains 2 identical Mesh Implants, one for the anterior vaginal repair and the second for the posterior vaginal repair. Use only the curved Anterior Inserter for an anterior repair and only the straight Posterior Inserter for a posterior repair. Perform the anterior and posterior vaginal repairs as described above. It is recommended that the anterior vaginal repair be performed first. The final placement of Mesh Implants in the anterior and posterior compartments is shown in Figure 10. At the completion of surgery, cystoscopy is recommended to exclude urinary tract injury. A digital rectal examination is required to exclude rectal injury.

11

ETH.MESH.02341408

**GYNECARE PROSIMA System Use with Uterine Preservation (Hysteropexy)**
If the prolapsed uterus is conserved, the apical tab of the Mesh Implant should be fixed to the cervix. Fixation of the Mesh Implant onto the cervix should occur at the level of the pubo-cervical ring when placed during the anterior or posterior vaginal repair.

When the uterus is conserved during an anterior vaginal repair the pubo-cervical ring is exposed during the anterior vaginal dissection. Place a 2-0 PROLENE Suture firmly into the anterior aspect of the pubo-cervical ring. This suture is also placed through the apical tab of the Mesh Implant. The PROLENE Suture at the tab is tied after the Mesh Implant straps are in place. This secures the Mesh Implant to the anterior surface of the cervix at the level of the pubo-cervical ring and ensures the Mesh Implant distends with the vagina as the VSD is properly positioned.

In the posterior repair, attach the Mesh Implant to the posterior cervix at, or above, the level of the pubo-cervical ring. The cul-de-sac may be opened during the attachment of the Mesh Implant to the cervix. Close the peritoneum of the cul-de-sac above this suture to prevent bowel adhering to the Mesh Implant. If the surgeon chooses not to open the cul-de-sac, the pubo-cervical ring is exposed during the posterior vaginal dissection. A 2-0 PROLENE Suture is placed firmly into the posterior aspect of the pubo-cervical ring. This suture is also placed through the apical tab of the Mesh Implant. The PROLENE Suture is tied after the Mesh Implant straps are in place. This secures the Mesh Implant to the posterior surface of the cervix at the level of the pubo-cervical ring.

When used for both anterior and posterior vaginal repairs, the Mesh Implants should be fixed to the anterior and posterior aspects of the cervix as described above (see Figure 11).

**Mesh Implant Hygiene**
During surgery, irrigate the vaginal wounds with saline. Keep the handling of the Mesh Implant to a minimum and practice good mesh hygiene.

**Placement of the VSD and Balloon**
At the completion of surgery, place an appropriately sized VSD with attached Balloon in the vagina and suture it in position to prevent dislodgement. The VSD has 3 potential sizes (small, medium and large) and can be customized by the surgeon to suit the vaginal length of the patient as follows.

*VSD Fitting and Trimming*
The VSD is provided in its largest size. Determine the appropriate size of the VSD for the patient by using the VSD itself to assess fit to the patient. This is done by placing the large size VSD in the vagina between the distended apex and the hymenal ring. To insert the VSD into the vagina, grasp at the widest point of the VSD and fold along the longitudinal axis with the Balloon facing upwards (see Figure 12). The widest point of the VSD is inserted first so that the suture holes are located just above the hymenal ring. *NOTE: Do not remove or damage the Balloon during VSD sizing.* Proper size is achieved when the VSD fits snugly in the upper 2/3 of the distended vagina with the distal end and suture eyelets 1 cm above the hymenal ring (see Figure 13).

If the large size fits then the VSD is not modified. If the medium size is required, then the uppermost section is removed by carefully trimming using only the tips of curved Mayo scissors to take small bites and to ensure a smooth cut edge. Care should be taken to minimize the amount of material remaining at the cut areas. *NOTE: It is important to fit the VSD very carefully. Once a VSD is cut it cannot be made larger and the cut sections cannot be reattached.* Move the Balloon out of the way during trimming (see Figure 14). *Care should be taken to avoid damaging the Balloon during trimming of the VSD.*

If the medium size fits then no further trimming is required. If the small size is required, then the remaining section is removed as above. Move the Balloon out of the way during trimming to avoid damaging it.

Once the VSD is properly sized and the Balloon is repositioned, the assembly can be inserted into the patient's vagina. *NOTE: To minimize risk of perforation of the Balloon, do not use any instruments to assist with insertion of the VSD or of the Balloon.* If the Balloon becomes damaged, remove the Balloon from the VSD and use gauze packing to fill the vaginal cavity.

After the assembly is properly positioned in the upper 2/3 of the patient's distended vagina, secure the VSD in place by placing a single throw of suture through each VSD suture eyelet and into the posterior vaginal wall epithelium, laterally and above the hymen on each side, as shown in Figure 15, at the 4 and 8 o'clock positions. The right and left sutures are then tied in turn, holding the VSD firmly in position within the vagina. *NOTE: Take care not to puncture the Balloon when suturing the VSD into position.* 2-0 Coated VICRYL Suture or equivalent absorbable suture is recommended for this application.

*Balloon Inflation*
After suturing the VSD into position, attach the provided 50 mL syringe by twisting to lock it onto the Balloon's valve. *NOTE: After placing the VSD, a catheter is required to avoid urinary retention.* Following inflation with a small volume of ambient air (see Figure 16), palpate the full length of the Balloon with a finger to ensure the Balloon has deployed and is seated to the full extent of the vagina. Once deployment is confirmed, remove finger and continue to inflate the Balloon fully until only a fingertip fits snugly at the introitus between the Balloon and the vaginal wall. Stabilization of the VSD is recommended as inflation occurs. The inflated Balloon serves to abut the Mesh Implant onto the vaginal wall. The volume of air required to sufficiently inflate the Balloon will vary from patient to patient. *NOTE: The maximum Balloon inflation volume must not exceed 90 mL.* Once adequately inflated, detach the syringe from the valve by twisting. The Balloon's inflation line must extend out of the vagina to be affixed to the patient's thigh. The cap must be secured to the Balloon's valve to ensure that the Balloon will maintain the desired volume of air (see Figure 7). *NOTE: Do not over-tighten the cap.* If needed, the Balloon can be adjusted later, using a standard syringe to increase or decrease the volume of air within the Balloon. A new syringe on the Balloon may be palpated or visually inspected to ensure it has maintained sufficient inflation. *NOTE: As the patient moves, the Balloon will settle in the vaginal cavity and may appear to either increase or decrease in pressure. This is normal.*

*NOTE: Do not detach Balloon from VSD prior to use.*

*NOTE: Do not inflate the Balloon prior to its insertion in the vagina.*

*NOTE: After Balloon inflation, if the VSD suture eyelets have moved more than 1 cm above the hymenal ring or if there is excessive tension on the eyelet sutures, then decrease pressure on the Balloon, and if needed, reposition or resize the VSD.*

*NOTE: If any holes are noticeable in the Balloon, or if a leak is detected, or if the Balloon fails to remain expanded after inflation, then DO NOT use the Balloon. It should be removed from the VSD and disposed of by proper means. Use standard gauze packing in place of the Balloon.*

*NOTE: If the Balloon's connector plug detaches from the VSD, it should be pushed back in place.*

*NOTE: Do not secure the Balloon inflation line in the vagina.*

*NOTE: In order to prevent damage, never apply extreme bending, tension, or twisting forces to the inflation line.*

*NOTE: Do not apply gauze packing in the presence of a Balloon.*

*Balloon Removal from VSD*
Using a standard syringe, completely deflate and remove the Balloon 1 day after surgery, leaving the VSD in place. *NOTE: Do not leave the Balloon inside the vagina for more than 1 day.*

1) Remove the cap from the Balloon's valve.

2) Attach a standard 50 mL (or larger) syringe to the Balloon's valve and fully deflate the Balloon (see Figure 17). It is important to completely deflate the Balloon before attempting to remove it from the VSD. *NOTE: A fully deflated balloon will cause the syringe plunger to retract after removal of all air.*

3) Remove the syringe.

4) The Balloon can then be separated from the VSD and removed from the patient by gentle pulling in a caudal direction on the inflation line at a location near the Balloon's connector plug, while providing gentle counter-traction on the distal end of the VSD with a finger. See Figure 18.

*NOTE: Do not retract the Balloon unless it is fully deflated and no resistance is felt. If resistance is felt, determine the cause before proceeding. Continuing to advance or retract the Balloon while under resistance may result in movement of the VSD and/or tissue trauma to the vaginal cavity. To ensure complete deflation has occurred, reconnect the syringe and remove all air before continuing with removal.*

*VSD Removal from Patient*
Remove the VSD from the patient approximately 3 to 4 weeks following surgery after sufficient healing has occurred. By this time the absorbable sutures have dissolved or lost sufficient tensile strength to allow easy removal of the VSD without any suture resistance. *NOTE: Cutting of both sutures may be required for removal. NOTE: Do not leave the VSD inside the vagina for more than 4 weeks.* Remove any remaining VSD attachment sutures. Manually remove the VSD from vaginal canal, as shown in Figure 19.

**Perioperative Care**
Patients can receive prophylactic antibiotics administered according to the surgeon's usual practice. Antibiotics may be continued postoperatively depending on the preference of the surgeon. Thromboembolic prophylaxis may be used.

The surgeon should explain the purpose of the VSD, which remains in the vagina for up to four weeks following surgery, is to support the vagina against the mesh during the healing period. The patient should be advised that the VSD will be removed during a post-operative check-up, approximately 4 weeks following surgery. The patient should be advised that postoperative vaginal discharge may be experienced and that the VSD may move down slightly. If the patient feels that the VSD has moved down, she may gently push it up to a more comfortable position. However, if the VSD is causing significant discomfort, the patient should be informed to contact their doctor.

Following discharge from the hospital, the patient should be instructed to avoid strenuous activity for a period of 3 to 4 weeks. By this time the pelvic tissues will have incorporated into the Mesh Implant, and the patient can then resume activities of normal daily living. The patient should be advised to avoid sexual intercourse for at least 6 weeks following surgery. Pelvic floor exercises may be recommended any time after surgery.

**PERFORMANCE**
Animal studies show that implantation of GYNECARE GYNEMESH PS elicits a minimal to slight inflammatory reaction, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The mesh remains soft and pliable, and normal wound healing is not noticeably impaired. The material is non absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

**CONTRAINDICATIONS**
- When GYNECARE GYNEMESH PS is used in infants, children, pregnant women, or women planning future pregnancies, the surgeon should be aware that this product will not stretch significantly as the patient grows.
- The GYNECARE PROSIMA System should not be used in the presence of pregnancy or purulent infections or cancers of the vagina, cervix, or uterus.

**WARNINGS AND PRECAUTIONS**
- Users should be familiar with surgical procedures and techniques involving pelvic floor repair and nonabsorbable meshes before employing the GYNECARE PROSIMA Systems.
- Use of the GYNECARE PROSIMA System has not been fully evaluated in patients with Stage IV pelvic organ prolapse. Therefore its use in these patients is not recommended.
- Acceptable surgical practice should be followed for the GYNECARE PROSIMA System as well as for the management of infected or contaminated wounds.
- Do not use the GYNECARE PROSIMA System if you think the surgical site may be infected or contaminated. If the Mesh Implant or VSD-Balloon Assembly is used in contaminated areas it must only be with the understanding that subsequent infection may require its removal.
- Postoperatively the patient should be advised to refrain from heavy lifting and/or exercise (e.g. cycling, jogging) for 3 to 4 weeks and to refrain from sexual intercourse for 6 weeks or until the physician determines it is suitable for the patient to return to her normal activities.
- Do not leave the VSD inside the vagina for longer than 4 weeks.
- Do not leave the Balloon inside the vagina for longer than 1 day.
- The GYNECARE PROSIMA System components are not intended to be used with devices other than those mentioned in this package insert.
- Avoid placing excessive tension on the Mesh Implant during handling.
- Use the GYNECARE PROSIMA Systems with care, and with attention to patient anatomy, to avoid damage to vessels, nerves, bladder, bowel, and vaginal wall perforation. Correct use of the GYNECARE PROSIMA System components will minimize risks.
- Inflate the Balloon only with ambient air.
- Palpation will confirm that the Balloon does not contain any air leaks after inflation. Complete loss of inflation may limit the Balloon's effectiveness.
- The Balloon wall is thin in order to achieve desired properties. Punctures, cuts, nicks, crushing, or overstressing can lead to a loss of inflation. The Balloon may be easily penetrated by needle or scalpel or ruptured by manipulation with a blunt instrument. Care must be exercised during handling to prevent such events. A damaged Balloon must not be used. Remove and pack with gauze.
- The Balloon inflation maximum is 90 mL. Do not over-inflate the Balloon. Excessive inflation of the Balloon may cause patient discomfort, tissue necrosis, disruption of vaginal wound postoperatively, or inability to void.
- Do not use GYNECARE PROSIMA Systems on patients who are on anti-coagulant therapy.

ETH.MESH.02341409

- Bleeding may occur postoperatively. Observe for any symptoms or signs before releasing the patient from the hospital.
- The patient should be instructed to contact the surgeon immediately if unusual pain, bleeding, or other problems occur.
- Although bladder injury is unlikely to occur with this technique, cystoscopy is recommended to be performed.
- Although rectal injury is unlikely to occur with this technique, a digital exam is required to be performed.
- Do not affix the GYNECARE GYNEMESH PS Mesh Implant with any staples, clips, or clamps as mechanical damage to the mesh may occur.
- The Mesh Implant should not be present in the lower 1/3 of vagina. If needed, trim the Mesh Implant to the junction of the lower and middle 1/3 of vaginal wall.
- Prophylactic antibiotics can be administered according to the surgeon's usual practice.

**ADVERSE REACTIONS**
- Potential adverse reactions are those typically associated with surgically implantable materials, including infection potentiation, inflammation, adhesion formation, fistula formation, erosion, extrusion and scarring that result in implant contraction.
- Potential adverse reactions are those typically associated with pelvic organ prolapse repair procedures, including pain with intercourse and pelvic pain. These may be self-resolving over time.
- Punctures or lacerations or injury to vessels, nerves, bladder, urethra, or bowel may occur during dissection or mesh placement and may require surgical repair.
- Dissection for pelvic floor repair procedures has the potential to impair normal voiding for a variable length of time.

**STERILITY**
The GYNECARE PROSIMA Systems are sterilized by ethylene oxide. DO NOT RESTERILIZE any portion of the GYNECARE PROSIMA System. DO NOT REUSE any portion of the GYNECARE PROSIMA System. Reuse of this device (or portions of this device) may create a risk of product degradation and cross-contamination, which may lead to infection or transmission of bloodborne pathogens to patients and users. Do not use if package is opened or damaged. Discard all opened, unused GYNECARE PROSIMA System components.

**DISPOSAL**
Dispose of the GYNECARE PROSIMA System components and packaging according to your facility's policies and procedures concerning biohazardous materials and waste.

**STORAGE**
Recommended storage conditions: controlled room temperature and relative humidity (approximately 25°C, 60% RH), away from moisture and direct heat. Do not use after expiry date.

**Symbols Used on Labeling**



CE mark and identification number of Notified Body. Product conforms to the essential requirements of the Medical Device Directive 93/42/EEC

Batch number

Use by — year and month

Manufacturer

Do not reuse/resterilize

See instructions for use

STERILE EO — Method of Sterilization — Ethylene Oxide

ETH.MESH.02341410

# Gynecare
# PROSIMA™

System til anterior støtte af bækkenbund
System til posterior støtte af bækkenbund
System til kombineret støtte af bækkenbund

DANSK

**Læs venligst al information omhyggeligt.**
Hvis anvisningerne ikke følges nøje, kan det resultere i, at produktet ikke fungerer korrekt og derved forårsager personskade.

*FORSIGTIG:* Gældende lov (i USA) begrænser salget af dette produkt til læger eller på foranledning af en læge.

Oplæring i anvendelsen af GYNECARE PROSIMA™-systemer til støtte af bækkenbunden anbefales og er tilgængelig. Kontakt firmaets produktspecialist med henblik på at arrangere en sådan oplæring.

**INDIKATIONER**
GYNECARE PROSIMA-systemerne, til støtte af bækkenbunden vha. anbringelsen af GYNECARE GYNEMESH™ PS ikke-resorberbart PROLENE™ bladt meshimplantat, er indiceret til forstærkning af vev og langvarig stabilisering af fasciale strukturer i bækkenbunden, enten som mekanisk støtte eller brodannende materiale for den fasciale defekt. Systemerne opretholder den vaginale kanal i ophelingsperioden efter operativ behandling af prolaps af vaginalvæggen, samtidig med at de understøtter meshimplantatternes position.

**BESKRIVELSE**
GYNECARE PROSIMA anterior, posteriore og kombinerede systemer til støtte af bækkenbunden består af forskåret/forskårede GYNECARE GYNEMESH PS-meshimplantat(er) og instrumenter til at lette placering af meshimplantat og postoperativ støtte (se figur 1). Tabellen herunder opsummerer de komponenter, der følger med hvert system:

| SYSTEM TIL STØTTE AF BÆKKENBUND | KOMPONENTER (se figur 1) | | | | |
|---|---|---|---|---|---|
| | Meshimplantat i emballage (A) | Vaginal støtteanordning – Ballonanordning (B og C) | Anterior indfører (D) | Posterior indfører (E) | Sprøjte (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Kombineret | 2 | 1 | 1 | 1 | 1 |

Tabel 1 – Komponenter til GYNECARE PROSIMA-system til støtte af bækkenbund

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS er en mesh, der består af knyttede filamenter af ekstruderet polypropylen, som svarer til den sammensætning, der er anvendt i PROLENE™ polypropylensutur, (ETHICON, INC.). Ved anvendelse som sutur er det rapporteret, at dette materiale er nonreaktivt, og at det bevarer styrken uendeligt ved klinisk anvendelse. Meshen har fortræffelige styrke-, holdbarheds- og kirurgiske tilpasningsevner med tilstrækkelig porøsitet til nødvendig indvækst af vev. Der er inddraget både PROLENE-suturmonofilamenter for at skabe kontraststriber i meshen. Meshen er konstrueret af monofilamentfibre med reduceret diameter, som er knyttet til et unikt design, hvilket resulterer i en mesh, der er cirka 50 procent mere fleksibel end standard PROLENE™-polypropylenmesh. Meshen er knyttet vha. en proces, der sammenkæder hver enkelt fiberamling og giver elasticitet i begge retninger. Denne konstruktion gør det muligt at tilpasse meshen til enhver ønskelig form eller størrelse, uden at den travler. Den dobbeltvirkende elastiske egenskab muliggør tilpasning til de forskellige belastninger, som kroppen udsætter den for.

**Meshimplantat**
Meshimplantatet se fremstillet af GYNECARE GYNEMESH PS. Meshimplantaterne er forskåret i en Y-form til støtte af anteriore, posteriore og/eller apikale vaginale defekter. Se figur 2. Meshimplantatet er udstyret med 2 stropper og en central del. Der er en apikal flig på den proksimale ende til fastgøring imod suturen for at minimere bevægelse af meshimplantatet under stropplacering. Der er en distal rille i den distale ende til justering af meshimplantatet. Der er præformede farvner på meshimplantatstropperne til at muliggøre placering med indførerne. Meshimplantatet leveres i en implantatemballage, der består af uncoated Tyvek® og en gennemsigtig plastfilm, der er fremstillet, så meshimplantatet let kan tages ud.

**Anterior indfører**
Den anteriore indfører er et instrument til engangsbrug, der er fremstillet til at lette indføringen af meshimplantatstropperne i de tidligere dissekerede anteriore vævskanaler. *BEMÆRK: Den anteriore indfører er ikke beregnet til vævsdissektion.* Den anteriore indfører er fremstillet til at være kompatibel med meshimplantatlommerne for at muliggøre placering af stropperne på begge sider af patienten i det anteriore rum. Se figur 3 og 4.

**Posterior indfører**
Den posteriore indfører er et instrument til engangsbrug, der er fremstillet til at lette indføringen af meshimplantatstropperne i de tidligere dissekerede posteriore vævskanaler. *BEMÆRK: Den posteriore indfører er ikke beregnet til vævsdissektion.* En standard nåleholder/-fører er fastgjort til den posteriore indfører som en stabilisator til kontrolleret indføring. Den posteriore indfører er fremstillet til at være kompatibel med meshimplantatlommerne for at muliggøre placering af stropperne på begge sider af patienten i det posteriore rum. Se figur 3.

**Vaginal støtteanordning (VSD)**
VSD'en er en anordning til engangsbrug, der er designet til at yde postoperativ støtte af vaginalvævet efter placering af meshen og lukning af den eller de vaginale incisioner. Den apikale ende er den bredeste ende af VSD'en og indeholder justerbare sektioner. Efter indledende måling i patientern kan størrelsen på VSD'en justeres, så den passer til patientens anatomi, ved at afskære de viste apikale sektioner. VSD'en sidder i den øverste 2/3 af vagina i 3 til 4 uger og fjernes derefter. Se figur 6.

**Ballon**
Ballonen er en anordning til engangsbrug, der har til hensigt at erstatte postoperativ vaginal tamponering med gaze. Ballonens volumen kan justere til at fylde vaginalkanalen og til at støde vaginalvæggen op mod meshimplantatet. Ballonen leveres præfikseret på VSD'en. Figur 7 viser den tomme ballon uden VSD'en fastgjort. Ballonen forbliver i patienten i op til 24 timer.

**14**

**Sprøjte**
Der medfølger en 50 ml sprøjte til at puste ballonen op.

**AFSNIT 1: PRINCIPPER FOR ANVENDELSE AF GYNECARE PROSIMA-SYSTEMET**
Formålet med anvendelse af GYNECARE PROSIMA-systemet til støtte af bækkenbunden er at opnå en anatomisk, holdbar og standardiseret støtte af prolaps i bækkenbunden. Afhængigt af prolapsstedet og kirurgens præference kan støtten være anterior og/eller posterior. Hysterektomi eller uterusbevarende behandling kan kombineres med anvendelse af GYNECARE PROSIMA-systemet. Hvis det indiceres, kan der samtidigt udføres en perineal støtte eller en suburetral slynge til behandling af stressinkontinens ved anvendelse af GYNECARE PROSIMA-systemet. Der kan anvendes en retropubisk eller en transobturator suburetral slynge.

Prolapsstøtten opnås ved at placere 1 eller 2 meshimplantater via en vaginal adgang. Ved fuldførelsen af indgrebet placeres en VSD med en oppustelig ballon i vagina til måling, og derefter sutureres VSD'en på plads til understøttelse af vagina og meshimplantat(er)/meshimplantaterne under vævsindvækst. Når ballonen er oppustet, erstatter den traditionel gazetamponade ved at udfylde vaginalkaviteten og støde meshimplantatet eller meshimplantaterne op mod vagina. Dagen efter indgrebet tømmes ballonen og fjernes fra vagina uden at fragøre VSD'en. VSD'en forbliver på plads i maksimalt 4 uger efter indgrebet under vævsindvækst i meshimplantatet/meshimplantaterne.

**AFSNIT 2: RATIONALE FOR GYNECARE PROSIMA-SYSTEMET**
Efter kavmindmed kirurgi af prolaps i bækkenbunden udsættes det ophelede væv for øget intra-abdominalt tryk, når patienten mobiliseres, hoster, kaster op og ved anstrengelse i forbindelse med tømning af tarmen. Dette øgede intra-abdominale tryk kan påvirke den vaginale støtte negativt og føre til insufficiens og tilbagevendende prolaps. GYNECARE PROSIMA-systemet er udviklet til at reducere risikoen for operationssvigt og tilbagevendende prolaps ved at forstærke den vaginale støtte med meshimplantatet og understøtte vagina med VSD'en i 3 til 4 uger efter operationen.

Ved den anteriore vaginale støtte skal meshimplantatet placeres uden spænding mellem urinblæren og den øverste 2/3 af vagina, og udstrakt lateralt på niveau med arcus tendineus fascia pelvis (ATFP). Ved den posteriore vaginale støtte skal meshimplantatet placeres uden spænding mellem rectum og den øverste 2/3 af vagina og tilpasses lateralt over levator ani musklerne. Den apikale del af meshimplantatet er beregnet til at kunne nå den vaginale apex. Anteriort kan meshimplantatet sutureres til prævesikalt væv eller cervix. Posteriort kan meshimplantatet sutureres til det prærektale væv eller cervix.

VSD'en understøtter vaginalvævet efter indgrebet og hjælper til, at vaginalvævet støder op mod meshimplantatet, indtil der forekommer vævsindvækst. Vævsindvækst igennem meshimplantatet optræder i løbet af 3 til 4 uger efter indgrebet. Ved anvendelse af GYNECARE PROSIMA-systemet undgås behovet for dissektion uden for bækkenstrukturen, samt at sutur og instrumenter passerer igennem foramen obturatum og de sacrospinale ligamenter, hvorved operationen bliver lettere at udføre.

**Hysterektomi**
Kirurgens præference og patientens behov afgør, om en samtidig hysterektomi er nødvendig. Når der så udføres en hysterektomi, anbefales lukning af cul-de-sac peritoneum for at undgå, at meshimplantatet kommer i kontakt med tarmen. Undgå at udføre en "T"-lukning af incisionen, da dette kan forøge risikoen for blotlægning af meshen. Når der udføres vaginal hysterektomi sammen med en enten anterior eller posterior støtte eller begge og, skal hysterektomiincisionen først lukkes på tværs, og derefter skal støtteincisionerne foretages, så de ikke bliver forbundet med den tidligere-lukkede hysterektomiincision. Dette gøres for at forhindre dannelse af en "T"-incision.

**Bevarelse af uterus**
GYNECARE PROSIMA-systemet er velegnet til situationer, hvor kirurgen eller patienten ønsker at bevare uterus.

**Vaginale incisioner**
De vaginale incisioner ved anvendelse af GYNECARE PROSIMA-systemet er de samme som dem, kirurgen udfører ved rutinemæssige vaginale støtteindgreb. Incisionerne skal foretages gennem vaginalvæggens fulde dybde for at reducere risikoen for blotlægning af meshen.

**Placering af meshimplantat**
Meshimplantaterne holdes på plads af VSD'en, indtil der sker vævsindvækst. Det er derfor unødvendigt at fiksere meshimplantatstropperne. Den apikale del af meshimplantatet kan sutureres på fascien i midterlinjen af den vaginale apex vha. sutur såsom 2-0 MONOCRYL™ (Poliglecaprone 25) eller 2-0 Coated VICRYL™ (Polyglactin 910). Det vaginale epitel må ikke sutureres til meshimplantatet.

**Bevarelse af vaginale**
Undgå at fjerne eller ekstirpere for meget vaginalt epitel. Dette kan forekomme nogen vævsretraktion efter operationen, og reduceret vaginal kapacitet kan forekomme, hvis der er fjernet for meget vaginalt epitel.

**Tre niveauer af vaginal støtte**
Der er 3 støtteniveauer af vagina, der almindeligvis er kendt for at yde vaginal støtte. Anvendelse af GYNECARE PROSIMA-systemet er beregnet til at yde niveau I og II i denne støtte på følgende måde:

Niveau I – suspension og støtte (øverste tredjedel af vagina)
Den øverste tredjedel af vagina (herunder hvælvingen efter hysterektomi) og uterus er understøttet af 2 mekanismer. Parametrium (kardinale og uterosakrale ligamenter) og paracolpium fibre yder først og fremmest direkte støtte af uterus og øvre vagina. Disse fibre fungerer som suspensoriske ligamenter og starter fra fascia i piriformis musklen, sacroiliac-leddet og det laterale sacrum og går ind i den laterale øverste tredjedel af vagina og det posterolaterale aspekt af cervix. For det andet ydes indirekte støtte af uterus og øvre vagina af levator pladen, der dannes ved fusion af de høje og øverste levator ani muskler mellem rectum og coccyx. Prolaps af uterus og vaginal hvælving sker som følge af svigt af disse direkte og indirekte støttemekanismer. Det involverer sandsynligvis svækkelse af bækkenbundens muskulatur og de suspensoriske fibre i parametrium og øvre paracolpium. Formålet med operation af prolaps på niveau I er at genskabe direkte og indirekte støttemekanismer. GYNECARE PROSIMA-systemet bruges meshimplantatstropperne til at støde op til hver intern lukkemuskel og den overliggende parietale fascia i den

**ETH.MESH.02341411**

anteriore vaginale støtte, og meshimplantatstropper støder op til de sacrospinøse ligamenter i den posteriore vaginale støtte. Dette giver direkte støtte ved suspension og indirekte støtte ved at sørge for, at et bredt område leverer meshimplantatstøtte til den øvre vagina og uterus.

**Niveau II – lateral vedhæftning** (mellemste tredjedel af vagina)

Midtvagina hæftet lateralt og direkte til musklerne på bækkenets sidevæg med arcus tendenous fascia pelvis (ATFP). På dette niveau er de anteriore og posteriore vaginalvægge adskilt mellem de højre og venstre laterale tilhæftninger. På niveau II har prolapsstøtten til formål at gentilhæfte den laterale midtvagina til musklerne på bækkenets sidevæg. Centrale defekter i midtvagina korreer også støtte på niveau II. Anvendelse af GYNECARE PROSIMA-systemet genskaber lateral tilhæftning af vagina til bækkenets sidevægsmuskler og giver også central fasciaforstærkning efter vævsindvækst.

**Niveau III – fusion** (nederste tredjedel af vagina)

**BEMÆRK: Dissektion i dette område kræves ikke ved anvendelse af GYNECARE PROSIMA-systemet.** Anteriort på niveau III forbindes den nederste tredjedel af vagina med den perineale membran og urethra. Posteriort forbindes den nederste tredjedel af vagina med den perineale del og levator ani-musklerne. Vævet på dette område opheles uden meshimplantat, da meshimplantatet ikke er beregnet til at blive brugt i den nederste tredjedel af vagina. GYNECARE PROSIMA-systemet behandler ikke niveau III i støttedefekter, selvom de kan behandles ved ledsagende indgreb såsom perineorafi.

## AFSNIT 3: BRUGSANVISNING

**BEMÆRK: Ved læsning af dette afsnit skal der refereres til figurer, der vises i begyndelsen af dokumentet.**

### Kirurgisk forberedelse

Operationer, der udføres med GYNECARE PROSIMA-systemet, kan udføres under helbedøvelse eller lokalbedøvelse i overensstemmelse med kirurgens, anæstesilægens og patientens ønsker.

Patienten skal placeres i stensnitleje med baldene lidt ud over operationsbordet og hofterne bøjede. Blæren kan tømmes efter kirurgens skøn. Et kateter er påkrævet inden oppustning af ballonen og kan indføres på dette tidspunkt i indgrebet.

### Anvendelse af GYNECARE PROSIMA-systemet efter hysterektomi

#### Anterior vaginal støtte

Når det kun er nødvendigt at forstærke den anteriore vaginalvæg, er det kun GYNECARE PROSIMA-systemet til anterior støtte af bækkenbunden, der skal anvendes. Systemet indeholder 1 meshimplantat og en speciel designet anterior indfører til brug ved en anterior vaginal støtte. Når de påkrævede vaginale incisioner og dissektioner er foretaget, etableres vævskanaler i det anteriore rum til placering af meshimplantatstropperne vha. den anteriore indfører. *BEMÆRK: Den anteriore indfører er ikke beregnet til vævsdissektion.*

*Anterior vaginal dissektion*

Det anteriore vaginale epitel dissekeres fra blæren. Vaginalvæggens fulde tykkelse dissekeres. Denne dissektion skal afhjælpes med subepitelial hydrodissektion. Superficiel dissektion af vaginalvæggen eller separering af vaginalvæggen i 2 lag skal undgås. En sådan dissektion kan resultere i en meget tynd vaginalvæg og en mulig kompromittering af blodforsyningen til vaginalvæggen og øge risikoen for blotlægning af mesh. Fortsat dissektionen lateralt mod bækkenets sidevæg og til spina ischiadica.

*Anterior dissektion af kanal og placering af meshimplantat*

I denne beskrivelse foretages dissektionen til etablering af kanaler til meshimplantatstropperne først på begge side af patienten og derefter på venstre. Disse kanaler etableres for at placere meshimplantatet på en sådan måde, at den dintale del af stropperne flugter med bækkenets sidevæg og parietal fascia i den interne lukkemuskel. Når disse stropper skal placeres, gåbejendes dissektionen ved at palpere og identificere spina ischiadica på begge sider. *BEMÆRK: Denne dissektion kan alternativt startes med en saks, og der kan anvendes en "skubbe-sprede" teknik, så saksens spids forbliver anteriort for spina ischiadica.* Den indledende dissektion efterfølges af en forsigtig fingerdissektion til spina ischiadica. Når der er opnået kontakt med spina ischiadica, bevæges pegefingeren, så der dannes et rum anteriort og superiort for spina ischiadica. Se figur 8A. Denne dissektions retning er vinkelret på bækkenets sidevæg og danner et rum, der er ca. 2 cm bredt og 3 cm højt. Den anteriore dissektion involverer ikke dissektion på de sacrospinøse ligamenter. Denne dissektion danner en kanal anteriort og superiort for spina ischiadica og superficielt for ATFP, den interne lukkemuskel og dens parietal fascia. Den samme dissektion gentages på den venstre side.

Plikation af det prævesikale væv er ikke påkrævet. Hvis der alligevel udføres plikation, plikeres kun den centrale del af dette væv. Hermed undgår man at gøre det dissekerede område for smalt. Placer meshimplantatet over det prævesikale væv med stropharnene vendende opad. Hvis der skal sutureres, skal det gøres på dette tidspunkt i indgrebet ved at placere suture som 2-0 MONOCRYL eller 2-0 Coated VICRYL i den vaginale apex, og sy gennem den apikale flig på meshimplantatet. Stroppene kan hæftes på dette tidspunkt, eller når stropperne placeres. Suturering af den distale rille i meshimplantatet er valgfrit og kan gøres med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Ved hjælp af den anteriore indfører placeres meshimplantatstropperne i både højre og venstre kanal, der er etableret ved dissektionen anteriort og superiort for spina ischiadica (som beskrevet herover). *BEMÆRK: De bøede ender på den anteriore indfører er dreget i hver sin retning, og der er pile på hver ende, der angiver retning for placering.* Med pilen mod patientens højre side indføres spidsen af den anteriore indfører i meshimplantatets strophornene (se figur 8B) ved patientens højre side. *BEMÆRK: Mooltræk kan hjælpe til at holde hornene på den anteriore indfører.* Hold den anteriore indfører lodret, så den bøede del af instrumentet vender mod den posteriore vaginalvæg. Før derefter den anteriore indfører, med på laat toronne, ind i den tidligere etablerede vævskanal (se figur 8C), indtil håndtaget kommer i kontakt med labia majora på den kontralaterale side. Dette udføres ved at placere håndtagsstøtte på den anteriore indfører i en opadgående lodret retning, så funksionen og hornene peger mod spina ischiadica. Når al planerings har fundet sted, venkles håndtaget nedefter til en næsten vandret position, mens det bevares i kontakt med det kontralaterale låe. *BEMÆRK: Retraktion af blæren med et kirurgisk standardinstrument kan være nyttig ved den indledende placering i kanalen. Hvis det ønskes, føres en pegefinger ind i kanalen for at reducere erosion af meshen.* Spidsen skal opnå en relativ lav sutationrge på stedet for den vaginale incision. Luk det dybere lag vha. en fortløbende subepitelial ikke-opadgående skub sikrer, at stropharnene placeres korrekt, og at den apikale del af meshimplantatet vil stede op mod den vaginale apex. *BEMÆRK: Hvis der mærkes modstand under indføring af stropperne, skal årsagen findes, inden der fortsættes. Fortsat fremføring af indføreren under modstand kan resultere i beskadigelse eller kritiske vævsstrukturer.*

For at fjerne den anteriore indfører vinkles håndtaget tilbage i den lodrette stilling, før indføreren trækkes tilbage, hvorved stroppen efterlades i kanalen. *BEMÆRK: Indfør første strop helt. BEMÆRK: Hvis den anteriore indfører trækkes ud, før meshimplantatstroppen er placeret korrekt, skal stroppen fjernes, påsættes og indføres igen.* Dette gentages på den modsatte side af patienten ved at udgøre den anteriore indfører og indføre enden i det anden lumme med pilen mod patientens venstre side. Figur 8D viser placering af begge stropper. *BEMÆRK: Sørg for at undgå at flytte meshimplantatet, og kontrollér at meshimplantatet IKKE er snoet, under placeringen af den anden strop.*

Placer hovedparten af meshimplantatet løst over det underliggende vaginalvæv. Undgå at folde og sno hovedparten og stropper. Det kan være nødvendigt at tilklære meshimplantatets hovedpart afhængigt af de vaginale mål eller mængden af lateral dissektion. Det vaginale epitel kan tilklæres, men undgå at fjerne for meget vaginalt epitel. Epitelet lukkes over meshimplantatet uden at anvende tørt sammenknyttede (interlocking) suturer (som beskrevet herunder, se figur 8E). Den endelige placering af meshimplantatet i det anteriore rum vises i figur 8F.

*BEMÆRK: Kontrollér, at der er opnået hæmostase før og under lukning af de vaginale incisioner.*

Luk de vaginale incisioner uden tørt sammenknyttede suturer eller ottetalssuturer. Dette er for at undgå at devaskularisere det vaginale epitel langs incisionslinjerne og for at reducere erosion af meshen. Epitelet skal helst lukkes i 2 lag for at opnå en relativ tyk suturlinje på stedet for den vaginale incision. Luk det dybere lag vha. en fortløbende subepitelial ikke-sammenknyttende syning med sutur som 2-0 MONOCRYL™ Plus antibakteriel sutur (Polyglecaprone 25). Luk derefter epitelet med en ikke-sammenknyttende fortløbende udadrettet madrassyning med sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL™ Plus (Polyglactin 910) antibakteriel sutur. *BEMÆRK: Anbring meshimplantatet i den øverste 2/3 af vagina, og tilskær del, hvis det strækker sig ud over den øverste 2/3.* Hvis det ikke allerede er gjort, anbefales cystoskopi for at udelukke beskadigelse af urinrøret.

Alternativt kan der udføres en enkeltlagslukning af vaginalvæggen. Der kan anvendes en fortløbende udadrettet ikke-sammenknyttede madrassyning eller afbrudt syning med suturer som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus.

#### Posterior vaginal støtte

Når det kun er nødvendigt at forstærke den posteriore vaginalvæg, anvendes GYNECARE PROSIMA-systemet til posterior støtte af bækkenbunden. Systemet indeholder 1 meshimplantat og en speciel designet posterior indfører, der bruges til den posteriore vaginale støtte. Når de påkrævede vaginale incisioner og dissektioner er foretaget, etableres vævskanaler i det posteriore rum til placering af meshimplantatstropperne. *BEMÆRK: Den posteriore indfører må ikke anvendes til vævsdissektion.*

*Dissektion af posterior vagina og kanal*

Disseker det posteriore vaginale epitel fra det prærektale væv. Ligesom med den anteriore vaginalvæg skal den posteriore vaginalvægs fulde tykkelse dissekeres. Denne dissektion skal afhjælpes af en subepitelial hydrodissektion. Fortsæt dissektionen lateralt på hver side af levator ani-musklerne på niveau med spina ischiadica. Fortsæt derefter dissektionen gennem hver af de rektale kanaler og over, men ikke igennem, hvert sacrospinøst ligament, hvorved der dannes kanaler, hvor meshimplantatstropperne skal placeres. Se figur 9A.

Behandling af brud eksisterende enterocele er valgfrit, men kan, hvis den skal foretages, udføres på dette stadie i overensstemmelse med kirurgens foretrukne teknik.

Hvis peritonealkaviteten åbnes under enten anterior eller posterior dissektion, skal den lukkes forud for meshplaceringen.

*Posterior placering af meshimplantat*

Plikation af det prærektale væv er ikke påkrævet. Hvis der alligevel udføres plikation af det prærektale væv, plikeres kun den centrale del af det prærektale væv. Hermed undgår man at gøre det dissekerede område for smalt. Placer meshimplantatet over det prærektale væv med stropharnene vendende opad. Hvis der skal sutureres, skal det gøres på dette tidspunkt i indgrebet ved at placere suturer som 2-0 MONOCRYL eller 2-0 Coated VICRYL i den vaginale apex og sy gennem den apikale flig på meshimplantatet. Stropene kan hæftes på dette tidspunkt, eller når stropperne er placeret. Suturering af den distale rille i meshimplantatet er valgfrit og kan gøres med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Ved hjælp af den posteriore indfører placeres meshimplantatstropperne i både højre og venstre kanal, der er etableret ved dissektionen med hvert sacrospinøst ligament (som beskrevet herover). Tag før i den posteriore indfører vha. en lige nåleholder/-fører, som vist i figur 9B. *BEMÆRK: Anbring spidsen af nåleholderen/-føreren inden i den lige rillede ende af den posteriore indfører.* Sørg for, at den forbundne posteriore indfører er på linje med nåleholderens/-førerens håndtag. Indfør spidsen af den posteriore indfører i stropharnene nærmest patientens højre side (se figur 9B). Før derefter den posteriore indfører med påsat torenne ind i den tidligere etablerede vævskanal (se figur 9C), indtil nåleholderens/-førerens håndtag holdes lodret. Fortsæt med at føre stroppens fulde længde ind i kanalen, så bunden af stroppen støder den superiore grænse på den fasciale dissektion. *BEMÆRK: Indfør første strop helt. Hvis indføreren trækkes ud, før stroppen er placeret korrekt, skal stroppen fjernes, påsættes og indføres igen. BEMÆRK: Sørg for ikke at føre stroppen for dybt ind for at undgå at beskadige kritiske vævsstrukturer. BEMÆRK: Hvis der mærkes modstand under indføring af stropperne, skal årsagen findes, inden der fortsættes. Forbsat fremføring af indføreren under modstand kan resultere i beskadigelse af eller kritiske vævsstrukturer.* Træk den posteriore indfører tilbage langs insertionsbanen, så stroppen efterlades i kanalen. Stroppen støder op til, men peseherer ikke, de sacrospinøse ligamenter. Der må ikke placeres suturer i de sacrospinøse ligamenter. Gentag indgrebet på patientens venstre side med den anden strop. Figur 9D viser placering af begge stropper. *BEMÆRK: Sørg for at undgå at flytte meshimplantatet, og kontrollér at meshimplantatet IKKE er snoet, under placeringen af den anden strop.*

Placer hovedparten af meshimplantatet løst over den underliggende vaginale fascia. Undgå at folde og sno meshimplantatets hovedpart og stropper. Det kan være nødvendigt at tilklære meshimplantatets hovedpart, afhængigt af de vaginale mål eller mængden af lateral dissektion. Det posteriore vaginale vægepitel kan tilklæres, men undgå at fjerne for meget vaginalt epitel. Luk det posteriore vaginale vægepitel over meshimplantatet uden at anvende tørt sammenknyttede (interlocking) suturer (som beskrevet herunder). Den endelige placering af meshimplantatet i det posteriore rum vises i figur 9E.

*BEMÆRK: Kontrollér, at der er opnået hæmostase før og under lukning af de vaginale incisioner.*

Luk de vaginale incisioner uden tørt sammenknyttede suturer eller ottetalssuturer. Dette er for at undgå at devaskularisere det vaginale epitel langs incisionslinjerne og for at reducere erosion af meshen. Epitelet skal helst lukkes i 2 lag for at opnå en relativ tyk suturlinje på stedet for den vaginale incision. Luk det dybere lag vha. en fortløbende subepitelial ikke-sammenknyttende syning med sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL Plus antibakteriel sutur. Luk derefter epitelet med en ikke-sammenknyttende fortløbende udadrettet madrassyning med sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus. *BEMÆRK: Anbring meshimplantatet i den øverste 2/3 af vagina, og tilskær del, hvis det strækker sig ud over den øverste 2/3.* Efter indgrebet skal der foretages en rektal eksploration for at udelukke rektal læsion.

Alternativt kan der udføres en enkeltlagslukning af vaginalvæggen. Der kan anvendes en vedvarende, udadrettet ikke-sammenknyttende madrassyning eller afbrudt syning med suturer som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus.

#### Kombineret anterior og posterior vaginal støtte

Når det er nødvendigt både at forstærke den anteriore og posteriore vaginalvæg, anvendes GYNECARE PROSIMA-systemet til kombineret støtte af bækkenbunden. Systemet indeholder 2 identiske meshimplantater, et til den anteriore og et til den posteriore vaginale støtte. Brug kun den bøede anteriore indfører til den anteriore støtte og kun den lige posteriore indfører til den posteriore støtte. Udfør de anteriore og posteriore vaginale støtter som beskrevet herover. Det anbefales at udføre den anteriore vaginale støtte først. Den endelige placering af meshimplantaterne i de anteriore og posteriore rum vises i figur

15

**ETH.MESH.02341412**

10. Efter indgrebet anbefales cystoskopi for at udelukke beskadigelse af urinrøret. Det er nødvendigt at udføre en digital rektal undersøgelse for at udelukke rektal læsion.

## Anvendelse af GYNECARE PROSIMA-systemet med bevarelse af uterus (hysteropeksi)

Hvis den fremfaldne uterus bevares, skal den apikale flig på meshimplantatet fikseres til cervix. Fiksering af meshimplantatet til cervix skal ske på niveau med den pubo-cervikale ring ved placering under den anteriore eller posteriore vaginale støtte.

Når uterus bevares under en anterior vaginal støtte, fritlægges den pubo-cervikale ring under den anteriore vaginale dissektion. Placer en 2-0 PROLENE-sutur forsvarligt i det anteriore aspekt af den pubo-cervikale ring. Denne sutur placeres også gennem den apikale flig på meshimplantatet. PROLENE-suturen ved fligen hæftes, når meshimplantatstroppene er på plads. Dette sikrer meshimplantatet til den anteriore overflade på cervix på niveau med den pubo-cervikale ring og sikrer, at meshimplantatet udspiles med vagina, når VSD'en er korrekt placeret.

I den posteriore støtte skal meshimplantatet fikseres til den posteriore cervix ved eller over niveauet for den pubo-cervikale ring. Gul-de-sac kan åbnes under meshimplantatets vedhæftning til cervix. Luk Gul-de-sac peritoneum over denne sutur for at hindre, at tarmen adhærerer til meshimplantatet. Hvis kirurgen vælger ikke at åbne cul-de-sac, fritlægges den pubo-cervikale ring under den posteriore vaginale dissektion. En 2-0 PROLENE-sutur placeres forsvarligt i det posteriore aspekt af den pubo-cervikale ring. Denne sutur placeres også gennem den apikale flig på meshimplantatet. PROLENE-suturen hæftes, når meshimplantatstroppene er på plads. Dette sikrer meshimplantatet til den posteriore overflade på cervix på niveau med den pubo-cervikale ring.

Når meshimplantaterne anvendes til både anterior og posterior vaginal støtte, skal de fikseres til de anteriore og posteriore aspekter på cervix, som beskrevet herover (se figur 11).

### Hygiejne i forbindelse med meshimplantatet

Under indgrebet skylles de vaginale sår med saltvand. Håndtering af meshimplantatet skal holdes på et minimum, og der skal praktiseres god meshhygiejne.

### Placering af VSD og ballon

Efter indgrebet placeres en VSD i passende størrelse med vedhæftet ballon i vagina, og den sutureres på plads for at hindre løsrivelse. VSD'en leveres i 3 størrelser (lille, medium og stor) og kan tilpasses af kirurgen, så den passer til patientens vaginallængde på følgende måde.

#### Tilpasning og tilskæring af VSD

VSD'en leveres i den største størrelse. Bestem den størrelse VSD, der passer til patienten, ved at bruge selve VSD'en. Dette gøres ved at placere den store størrelse VSD i vagina mellem den udspilede apeks og hymenringen. Indsæt VSD'en i vagina ved at tage fat om det bredeste punkt på VSD'en og folde langs den langgående akse, så den er bredest nedad. Brug den brede ende (se figur 12). Det bredeste punkt på VSD'en indsættes først, så suturhullerne er placeret lige over hymenringen. **BEMÆRK: Ballonen må ikke fjernes eller beskadiges under VSD måltagning.** Den korrekte størrelse er egnet, når VSD'en slutter tæt i den øverste 2/3 af den udspilede vagina med den distale ende og suturhullerne 1 cm over hymenringen (se figur 13).

Hvis den store størrelse passer, anvendes VSD'en ikke. Hvis medium størrelsen passer, fjernes den øverste del ved forsigtigt at klippe små stykker af og sikre en jævn klippekant udelukkende fra, når VSD'en sidder på plads. Som forsigtighedsregel **BEMÆRK: Det er vigtigt at tilpasse VSD'en meget omhyggeligt. Når en VSD er klippet til, kan den ikke gøres større, og de afklippede dele kan ikke sættes på igen.** Flyt ballonen under tilklipningen (se figur 14). **Der skal advises forsigtighed for at undgå at beskadige ballonen under tilklipning af VSD'en.**

Hvis medium størrelsen passer, kræves ingen yderligere klipning. Hvis den lille størrelse passer, fjernes den resterende del som ovenfor. Flyt ballonens under tilklipningen, så den ikke beskadiges.

Når VSD'en er målt korrekt, og ballonen er placeret igen, kan samlingen indsættes i patientens vagina. **BEMÆRK: For at mindske risikoen for perforering af ballonen må der ikke anvendes instrumenter til hjælp ved indføringen af VSD'en eller ballonen.** Hvis ballonen bliver beskadiget, fjernes den fra VSD'en, og vaginalkaviteten fyldes med gazeforbinding.

Når samlingen er placeret korrekt i den øverste 2/3 af patientens udspilede vagina, sættes VSD'en på plads ved at anbringe et enkelt stykke sutur gennem tvært VSD suturhul og ind i den posteriore vaginalvæg med lateral og over hymen på hver side, som vist i figur 15, ved kl. 4 og kl. 8 positionerne. De højre og venstre suturer bindes derefter skiftevis, så VSD'en holdes forsvarligt på plads i vagina. **BEMÆRK: Pas på, ikke at punktere ballonen, når VSD'en sutureres på plads.** En sutur som f.eks. 2-0 Coated VICRYL eller en tilsvarende resorberbar sutur anbefales til denne anvendelse.

#### Oppustning af ballon

Når VSD'en er sutureret på plads, placeres den medfølgende 50 ml sprøjte på ballonventilen og griges på plads. **BEMÆRK: Når VSD'en er placeret, er det nødvendigt at indsætte et kateter for at undgå orientation.** Efter oppustning med enlille mængde atmosfærisk luft (se figur 16) palperes ballonens fulde længde med en finger for at sikre, at ballonen er anbragt i vagina: fulde uststrækning. Når placeringen er bekræftet, fjernes fingeren, og ballonen oppustes yderligere, indtil der kun kan placeres en fingerspids i indgangen til skeden mellem ballonen og vaginalvæggen. Det anbefales at stabilisere VSD'en efterhånden, som ballonen oppustes. Den oppustede ballon støder meshimplantatet op mod vaginalvæggen. Den luftmængde, der kræves til at puste ballonen tilstrækkeligt op, vil variere fra patient til patient. **BEMÆRK: Den maksimale volumen for en oppustet ballon må ikke overskride 90 ml.** Når ballonen er pustet tilstrækkeligt op, drejes sprøjten af ventilen. Ballonens oppustningsslange skal sikkes ud af vagina for at blive fastgjort til patientens lår. Husten skal sættes på ballonventilen for at sikre, at ballonen vil bevare den påtænkte luftmængde (se figur 7). **BEMÆRK: Stram ikke hætten for hårdt til.** Hvis det er nødvendigt, kan ballonen justeres senere vha. en standardsprøjte, så luftmængden i ballonen øges eller mindskes. Ballonen kan når som helst oppustes eller efterses for at sikre, at den har bevaret tilstrækkelig luft. **BEMÆRK: Efterhånden som patienten bevæger sig, flyttes ballonen på plads i vaginalkaviteten, og det kan virke, som om presset enten stiger eller aftager. Dette er normalt.**

*BEMÆRK: Ballonen må ikke tages af VSD'en inden brug.*

*BEMÆRK: Ballonen må ikke pustes op, inden den indføres i vagina.*

*BEMÆRK: Hvis VSD suturhullerne er flyttet sig mere end 1 cm over hymenringen, eller hvis der er for stor spænding på suturhullerne, skal trykket i ballonen mindskes, og hvis det er nødvendigt, skal VSD'en flyttes eller opmåles igen.*

*BEMÆRK: Hvis der bemærkes huller i ballonen, eller hvis der opdages en utæthed, eller hvis ballonen ikke holder luften efter oppustning, må den IKKE anvendes. Den skal fjernes fra VSD'en og bortskaffes på behørig vis. Anvend standard gazeforbinding i stedet for ballonen.*

*BEMÆRK: Hvis ballonens forbindelsesstykke løsner sig fra VSD'en, skal det skobbes tilbage på plads.*

---

*BEMÆRK: Ballonens oppustningsslange må ikke fastgøres i vagina.*

*BEMÆRK: For at undgå at beskadige oppustningsslangen må den aldrig udsættes for ekstrem bøjning, spænding eller drejning.*

*BEMÆRK: Indsæt ikke gazeforbinding ved tilstedeværelse af en ballon.*

#### Frakobling af ballon fra VSD

24 timer efter indgrebet tømmes ballonen vha. en standardsprøjte og fjernes, mens VSD'en efterlades på plads. **BEMÆRK: Lad ikke ballonen være i vagina i mere end 24 timer.**

1) Tag hætten af ballonens ventil.

2) Fastgør en 50 ml (eller større) standardsprøjte til ballonens ventil og tøm ballonen helt (se figur 17). Det er vigtigt at tømme ballonen helt, før der gøres forsøg på at fjerne den fra VSD'en. **BEMÆRK: En helt tømt ballon vil resultere i, at sprøjtestemplet trækker sig tilbage, når al luften er fjernet.**

3) Fjern sprøjten.

4) Ballonen kan derefter separeres fra VSD'en ved forsigtigt at trække oppustningsslangen i kaudal retning et sted nær ballonens forbindelsesstykke, mens der forsigtigt ydes modtræk med en finger i den distale ende af VSD'en. Se figur 18.

**BEMÆRK: Træk ikke ballonen tilbage, medmindre den er helt tømt, og der ikke mærkes modstand. Hvis der mærkes modstand, findes årsagen, inden der fortsættes. Fortsat fremføring eller tilbagetrækning af ballonen under modstand kan resultere i, at VSD'en flytter sig og/eller vævstraumer i vaginalkaviteten. For at sikre at ballonen er fuldstændig tømt, fastgøres sprøjten igen, og al luft fjernes, inden udtagningen fortsættes.**

#### Udtagning af VSD fra patient

Fjern VSD'en fra patienten ca. 3 til 4 uger efter indgrebet, når der er sket tilstrækkelig opheling. På dette tidspunkt er resorberbare suturer gået i opløsning eller har mistet så meget trækstyrke, at det er let at fjerne VSD'en uden suturmodstand. **BEMÆRK: Det kan være nødvendigt at klippe begge suturer over for at fjerne VSD'en. BEMÆRK: Lad ikke VSD'en være i vagina i mere end 4 uger.** Fjern eventuelle resterende VSD tilhæftningssuturer. Udtag VSD'en manuelt fra vaginalkanalen, som vist i figur 19.

#### Perioperativ pleje

Patienter kan få profylaktisk antibiotika i henhold til kirurgens normale praksis. Dette kan fortsættes postoperativt afhængigt af kirurgens skøn. Der kan anvendes tromboembolisk profylakse.

Kirurgen bør forklare, at området med VSD'en, som bliver siddende i vagina i op til fire uger efter operationen, er at understøtte vagina imod meshen under helingsperioden. Patienten bør informeres om, at VSD'en vil blive fjernet under en postoperativ opfølgningskonsultation, ca. 4 uger efter operationen. Patienten skal desuden informeres om, at der kan forekomme postoperativt udflåd fra vagina, og at VSD'en kan flytte sig en smule nedefter. Hvis patienten føler, at VSD'en har flyttet sig nedad, kan hun forsigtigt skubbe den op til en mere behagelig position. Patienten bør imidlertid tilrådes at kontakte lægen, hvis VSD'en giver betydeligt ubehag.

Efter udskrivning fra hospitalet skal patienten undgå anstrengende aktiviteter i en periode på 3 til 4 uger. På dette tidspunkt er bækkenvævet vokset ind i meshimplantatet, og patienten kan herefter genoptage normale dagligdags aktiviteter. Patienten skal rådes til at undgå samleje i mindst 6 uger efter operationen. Bækkenbundsøvelser kan anbefales når som helst efter operationen.

### YDEEVNE

Dyreforsøg viser, at implantation af GYNECARE GYNEMESH PS fremkalder en minimal til let inflammatorisk reaktion, som er kortvarig og efterfølges af dannelsen af et tyndt fibrøst vævslag, som kan vokse gennem meshens mellemrum og således inkorporere meshen i det tilstødende væv. Meshen forbliver blød og smidig, og den normale sårheling nedsættes ikke mærkbart. Materialet resorberes ikke, og det nedbrydes eller svækkes heller ikke af vævsenzymer.

### KONTRAINDIKATIONER

- Når GYNECARE GYNEMESH PS anvendes hos spædbørn, børn, gravide eller kvinder, der planlægger fremtidig graviditet, skal kirurgen være opmærksom på, at produktet ikke vil udvide sig signifikant, når patienten vokser.
- GYNECARE PROSIMA-systemet bør ikke anvendes ved graviditet eller purulente infektioner eller cancer i vagina, cervix eller uterus.

### ADVARSLER OG FORSIGTIGHEDSREGLER

- Før anvendelse af GYNECARE PROSIMA-systemer skal brugeren være fortrolig med de operationsprocedurer og -teknikker, der omfatter støtte af bækkenbunden og ikke-resorberbare mesh.
- Anvendelse af GYNECARE PROSIMA systemet er ikke fuldt ud evalueret hos patienter med stadie IV vaginalprolaps. Anvendelse af systemet kan derfor ikke anbefales til disse patienter.
- Godkendt kirurgisk praksis skal overholdes i forbindelse med GYNECARE PROSIMA-systemet lige som ved behandling af infektioner eller kontaminerede sår.
- GYNECARE PROSIMA-systemet må ikke anvendes, hvis der er mistanke om, at incisionsstedet er inficeret eller kontamineret. Anvendelse af meshimplantatet eller VSD-ballonsamlingen i kontaminerede områder skal foregå under hensyntagen til, at efterfølgende infektion kan gøre det nødvendigt at fjerne dem.
- Efter operationen skal patienten informeres om, at løft af tunge ting og/eller motion (f.eks. cykling, jogging) skal undgås i 3 til 4 uger, og at samleje bør undgås i 6 uger, eller indtil lægen vurderer, at patienten kan vende tilbage til sine normale aktiviteter.
- Lad ikke VSD'en være i vagina længere end 4 uger.
- Lad ikke ballonen være i vagina længere end 24 timer.
- Komponenterne i GYNECARE PROSIMA-systemet er ikke beregnet til at blive brugt sammen med andre anordninger end dem, der er nævnt på pakningens indlægsseddel.
- Undgå at stramme meshimplantatet for meget under håndteringen.
- Anvend GYNECARE PROSIMA-systememe med omhu, og vær særlig opmærksom på patientens anatomi for at undgå beskadigelse af kar, nerver, blære og tarm samt perforering af vaginalvæggen. Korrekt brug af komponenterne i GYNECARE PROSIMA-systemet vil mindske risici.
- Oppust kun ballonen med atmosfærisk luft.
- Palpering vil bekræfte, at ballonen ikke indeholder eventuelle luftutætheder efter oppustning. Fuldt lufttab kan begrænse ballonens effektivitet.

ETH.MESH.02341413

- Ballonvæggen er tynd for at opnå de ønskede egenskaber. Punkteringer, snit, hakker, sammentrykning eller overbelastning kan føre til lufttab. Ballonen kan let penetreres af en kanyle eller en skalpel eller sprænge ved manipulation med et stumpt instrument. Der skal udvises forsigtighed under håndtering for at forhindre sådanne hændelser. En beskadiget ballon må ikke bruges. Fjern den og indsæt gazeforbinding.

- Ballonens maksimale oppustningsvolumen er 90 ml. Ballonen må ikke pustes for hårdt op. For voldsom oppustning af ballonen kan forårsage udspanding hos patienten, vævsnekrose, postoperative brud på vaginale sår eller manglende evne til at lade vandet.

- GYNECARE PROSIMA-systemerne må ikke benyttes til patienter, som er i antikoagulationsbehandling.

- Blødning kan opstå postoperativt. Hold øje med eventuelle symptomer eller tegn, før patienten udskrives fra hospitalet.

- Patienten skal instrueres i at kontakte kirurgen straks, hvis der opstår usædvanlige smerter, blødning eller andre problemer.

- Selvom det er usandsynligt, at der vil forekomme beskadigelse af blæren med denne teknik, anbefales det at udføre cystoskopi.

- Selvom det er usandsynligt, at der vil forekomme rektale læsioner med denne teknik, er det nødvendigt at foretage en rektal eksploration.

- GYNECARE GYNEMESH PS-meshimplantatet må ikke fastgøres med staplere, clips eller klemmer, da der kan opstå mekanisk skade på meshen.

- Meshimplantatet må ikke være i den nederste tredjedel af vagina. Hvis det er nødvendigt, afklippes meshimplantatet ved overgangen mellem den nederste og midterste tredjedel af vaginalvæggen.

- Profylaktisk antibiotika kan administreres i henhold til kirurgens sædvanlige praksis.

**BIVIRKNINGER**
- Potentielle bivirkninger er de, der typisk forbindes med operative implanterbare materialer, herunder potentielle infektioner, inflammation, adhæsions- og fisteldannelse, erosion, udstødelse og ardannelse, som medfører, at implantatet trækker sig sammen.

- Potentielle bivirkninger er dem, der typisk forbindes med operation af vaginalprolaps, herunder smerter i forbindelse med samleje og bækkensmerter. Disse kan forsvinde med tiden.

- Punkteringer, lacerationer eller beskadigelse af kar, nerver, blære, urethra eller tarm kan opstå under dissektion eller placering af mesh og kan kræve operation.

- Dissektion i forbindelse med støtteoperation af bækkenbunden indebærer risiko for at hæmme normal vandladning i et varierende tidsrum.

**STERILITET**
GYNECARE PROSIMA-systemerne er steriliserede med ethylenoxid. INGEN dele i GYNECARE PROSIMA-systemet må RESTERILISERES. INGEN dele i GYNECARE PROSIMA-systemet må GENANVENDES. Genbrug af denne anordning (eller dele af denne anordning) kan skabe risiko for nedbrydning af produktet og krydskontaminering, hvilket kan lede til infektion eller overførsel af blodoverførte patogener til patienter og brugere. Må ikke anvendes, hvis emballagen er åbnet eller beskadiget. Bortskaf alle åbnede, ubrugte komponenter til GYNECARE PROSIMA-systemet.

**BORTSKAFFELSE**
Bortskaf komponenterne til GYNECARE PROSIMA-systemet og indpakningen i henhold til institutionens politik og procedurer vedrørende biologisk farlige materialer og affald.

**OPBEVARING**
Anbefalet opbevaring: ved kontrolleret stuetemperatur og relativ fugtighed (ca. 25 °C, 60 % RH), beskyttet mod fugt og direkte varme. Må ikke anvendes, hvis udløbsdatoen er overskredet.

Symboler anvendt på mærkater



ETH.MESH.02341414



Bekkenbodemreparatiesysteem anterieur
Bekkenbodemreparatiesysteem posterieur
Bekkenbodemreparatiesysteem gecombineerd

**Lees alle informatie zorgvuldig.**
Het negeren van deze instructies kan een ondoelmatige werking van de hulpmiddelen tot gevolg hebben en letsel veroorzaken.

*LET OP:* De federale wetgeving (van de Verenigde Staten) eist dat dit apparaat uitsluitend aan of in opdracht van een arts wordt verkocht.

Gebruikers wordt geadviseerd zich te oefenen in het gebruik van het GYNECARE PROSIMA™ bekkenbodemreparatiesysteem. Hiertoe zijn trainingsmogelijkheden beschikbaar. Neem voor het maken van afspraken voor zulke trainingen contact op met de vertegenwoordiger van uw leverancier.

**INDICATIES**
De GYNECARE PROSIMA systemen voor bekkenbodemreparatie door plaatsing van GYNECARE GYNEMESH™ PS niet-resorbeerbare implantaten van PROLENE™ Soft Mesh zijn geïndiceerd voor weefselversterking en duurzame stabilisering van bindweefselstructuren van de bekkenbodem, als mechanische ondersteuning of als overbruggingsmateriaal voor het bindweefseldefect. De systemen bieden ondersteuning aan het vaginakanaal tijdens de genezingsperiode na chirurgische behandeling van een prolaps van de vaginawand en ondersteunen tegelijkertijd de positie van de meshimplantaten.

**BESCHRIJVING**
De GYNECARE PROSIMA reparatiesystemen voor de anterieure, posterieure en gehele bekkenbodem bestaan uit voorgevormde GYNECARE GYNEMESH PS meshimplantaten en instrumenten voor het plaatsen van het meshimplantaat en voor post-operatieve ondersteuning (zie afbeelding 1). De onderstaande tabel biedt een overzicht van de onderdelen die van elk systeempakket deel uitmaken:

| BEKKEN-BODEM-REPARATIE-SYSTEEM | ONDERDELEN (zie afbeelding 1) | | | | |
|---|---|---|---|---|---|
| | Meshimplantaat in implantaathouder (A) | VSD/ballonset (B en C) | Inbrengïnstrument anterieur (D) | Inbrengïnstrument posterieur (E) | Spuit (F) |
| Anterieur | 1 | 1 | 1 | | 1 |
| Posterieur | 1 | 1 | | 1 | 1 |
| Gecombineerd | 2 | 1 | 1 | 1 | 1 |

Tabel 1 – Onderdelen van het GYNECARE PROSIMA bekkenbodemreparatiesysteem

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS is meshmateriaal vervaardigd van tricotvezels van geëxtrudeerd polypropyleen, qua samenstelling identiek aan PROLENE™ polypropyleen hechtdraad (ETHICON, INC.). Vastgesteld is dat dit materiaal bij gebruik als hechtdraad niet reactief is en dat het bij klinisch gebruik zijn sterkte voor onbeperkte tijd behoudt. De mesh biedt een uitstekende sterkte, duurzaamheid en aanpasbaarheid voor chirurgische doeleinden en is voldoende poreus voor de noodzakelijke weefselingroei. Er is blauw PROLENE monofilamenthechtmateriaal in het weefsel verwerkt, waardoor een contraststreep in de mesh ontstaat. De mesh is gemaakt volgens een uniek ontwerp van samengebreide monofilamentvezels met gereduceerde diameter, wat resulteert in een mesh die ongeveer 50 procent flexibeler is dan de standaard PROLENE™ polypropyleen mesh. De mesh wordt geleverd met gebruikmaking van een proces waardoor alle knooppunten van de vezels onderling met elkaar worden verbonden en waardoor in beide richtingen elasticiteit wordt verschaft. Door deze constructie kan de mesh in iedere gewenste vorm en grootte worden geknipt zonder te rafelen. Door de elasticiteit in twee richtingen kan de mesh worden aangepast aan uiteenlopende spanningsbelastingen die in het lichaam voorkomen.

**Meshimplantaat**
Het meshimplantaat is vervaardigd van GYNECARE GYNEMESH PS. De meshimplantaten zijn vooraf in Y-vorm gesneden, passend voor reparatie van anterieure, posterieure en/of apicale vaginadefecten. Zie afbeelding 2. Het meshimplantaat heeft 2 bandjes en een centraal gelegen hoofdgedeelte. Op het proximale, apicale uiteinde bevindt zich een lipje dat met hechtdraad kan worden vastgehecht, zodat het meshimplantaat tijdens het plaatsen van de bandjes vrijwel bewegingloos blijft. Op het distale uiteinde bevindt zich een groef die fungeert als hulpmiddel voor het oriënteren van het meshimplantaat. Op de bandjes van het meshimplantaat zijn voorgevormde zakjes aangebracht, die plaatsing van het implantaat met de inbrengïnstrumenten mogelijk maken. Het meshimplantaat wordt geleverd in een implantaathouder van ongecoat Tyvek™ en een transparante plastic folie waardoor het meshimplantaat gemakkelijk uit de houder kan worden verwijderd.

**Inbrengïnstrument anterieur**
Het inbrengïnstrument voor de anterieure bekkenbodem is een instrument voor eenmalig gebruik, waarmee het inbrengen van de bandjes van het meshimplantaat in de losgeprepareerde anterieure weefselkanalen wordt vergemakkelijkt. *OPMERKING: Het inbrengïnstrument anterieur is niet bedoeld om weefsel te los te prepareren.* Het inbrengïnstrument voor de anterieure bekkenbodem is compatibel met de zakjes van het meshimplantaat, zodat het kan worden gebruikt voor het plaatsen van de bandjes in de anterieure bekkenholte aan beide lichaamszijden van de patiënt. Zie afbeeldingen 3 en 4.

**Inbrengïnstrument posterieur**
Het inbrengïnstrument voor de posterieure bekkenbodem is een instrument voor eenmalig gebruik, waarmee het inbrengen van de bandjes van het meshimplantaat in de losgeprepareerde posterieure weefselkanalen wordt vergemakkelijkt. *OPMERKING: Het inbrengïnstrument posterieur is niet bedoeld om weefsel los te prepareren.* Aan het inbrengïnstrument voor de posterieure bekkenbodem is als stabilisator een standaard naaldhouder/naaldvoerder bevestigd, zodat het implantaat beheerst kan worden ingebracht. Het inbrengïnstrument voor de posterieure bekkenbodem is compatibel met de zakjes van het meshimplantaat, zodat het kan worden gebruikt voor het plaatsen van de bandjes in de posterieure bekkenholte aan beide lichaamszijden van de patiënt. Zie afbeelding 5.

**VSD (Vaginal Support Device, vaginasteun)**
De VSD (Vaginal Support Device, vaginasteun) is een hulpmiddel voor eenmalig gebruik, dat de vaginaweefsels postoperatief ondersteunt, na plaatsing van het meshimplantaat en sluiting van de vaginale incisie(s). Het apicale uiteinde is het breedste deel van de VSD en gedeelten ervan zijn afknijpbaar. Na aanvankelijke passing in de anatomie van de patiënt kunnen de afmetingen van de VSD aan de anatomie van de patiënt worden aangepast door het afknijpen van daartoe bestemde delen van het apicale uiteinde. De VSD wordt voor een periode van 3 tot 4 weken in het bovenste tweederde deel van de vagina geplaatst en wordt daarna verwijderd. Zie afbeelding 6.

**Ballon**
De ballon is een hulpmiddel voor eenmalig gebruik dat wordt gebruikt in plaats van een postchirurgisch gazen kompres in de vagina. Het volume van de ballon kan zodanig worden bijgesteld dat het vaginakanaal sluitend wordt gevuld en het meshimplantaat tegen de vaginawand wordt gedrukt. De ballon is bij nieuwleveriing aan de VSD bevestigd. Afbeelding 7 toont de ledige ballon, zonder de daaraan bevestigde VSD. De ballon blijft maximaal een dag lang in het lichaam van de patiënt geplaatst.

**Spuit**
Voor het vullen van de ballon wordt een 50 ml spuit bijgeleverd.

**DEEL 1: WERKINGSBEGINSELEN VAN DE PROCEDURE MET HET GYNECARE PROSIMA SYSTEEM**
Met de procedure met het GYNECARE PROSIMA systeem wordt beoogd een anatomische, duurzame en gestandaardiseerde reparatie van prolaps van de bekkenorganen te realiseren. Afhankelijk van de geprolabeerde anatomische locatie en de voorkeur van de chirurg kan de reparatie anterieur en/of posterieur worden uitgevoerd. De procedure met het GYNECARE PROSIMA systeem kan in combinatie met hysterectomie of conservatieve uteruschirurgie worden uitgevoerd. Wanneer dat is geïndiceerd, kan tegelijk met de procedure met het GYNECARE PROSIMA systeem perineumreparatie worden verricht of een suturetraal suspensiebandje voor behandeling van urinaire stressincontinentie worden aangelegd. Er kan gebruik worden gemaakt van een retropubische of suburethrale transobturator tape (TOT).

De prolapsreparatie wordt gerealiseerd door plaatsing van 1 of 2 meshimplantaten via de vagina. Bij voltooiing van de operatie wordt een VSD met een vulbare ballon voor passing in de vagina geplaatst en wordt vervolgens de VSD op de juiste plaats vastgehecht, zodat de vagina en het meshimplantaat (of de meshimplantaten) tijdens de weefselingroei worden ondersteund. Nadat hij is gevuld neemt de ballon de plaats in van het traditionele gazen kompres door de vaginaholte sluitend te vullen en het meshimplantaat (de meshimplantaten) tegen de vaginawand te drukken. De dag postoperatief wordt de ballon geleegd en uit de vagina verwijderd zonder dat de VSD daarbij losraakt. De VSD blijft tot maximaal 4 weken na de operatie in situ, en in die tijd vindt weefselingroei in het meshimplantaat (de meshimplantaten) plaats.

**DEEL 2: BASISPRINCIPE VAN HET GYNECARE PROSIMA SYSTEEM**
Na behandeling van bekkenorgaanprolaps middels conventionele chirurgie worden de gerepareerde weefsels blootgesteld aan verhoogde intra-abdominale druk wanneer de patiënt zich mobiliseert en bij hoesten, braken en darmontlastingsdruk. Deze toename van de intra-abdominale druk kan en nadelige invloed hebben op de genezing van de vaginareparatie en kan chirurgisch falen en residive van de prolaps tot gevolg hebben. Door versterking van de vaginareparatie met het meshimplantaat en ondersteuning van de vagina met de VSD gedurende 3 tot 4 weken postoperatief vormt het GYNECARE PROSIMA systeem een hulpmiddel voor vermindering van het risico van chirurgisch falen en recidive van de prolaps.

Tijdens anterieure vaginareparatie moet het hoofdgedeelte van het meshimplantaat spanningsvrij tussen de urineblaas en het bovenste tweederde deel van de vagina worden geplaatst, lateraal uitstrekend ter hoogte van de arcus tendineus fasciae pelvis (ATFP). Tijdens posterieure vaginareparatie moet het hoofdgedeelte van het meshimplantaat spanningsvrij tussen het rectum en het bovenste tweederde deel van de vagina worden geplaatst, lateraal passend boven de m. levator ani. Het apicale deel van het hoofdgedeelte van het meshimplantaat moet de apex vaginae bereiken. Aan anterieure zijde kan het meshimplantaat aan het preveciale weefsel of aan de cervix worden gehecht. Aan posterieure zijde kan het meshimplantaat aan het preveciale weefsel of aan de cervix worden gehecht.

Postoperatief wordt het vaginaweefsel door de VSD ondersteund en bevordert de VSD de druk van de vaginaweefsels tegen het meshimplantaat totdat er weefselingroei plaatsvindt. Gedurende de 3–4 weken na de operatie vindt weefselingroei in het meshimplantaat plaats. Gebruik van het GYNECARE PROSIMA systeem heft de noodzaak van dissectie buiten de bekkenholte op en er hoeven geen hechtdraad en instrumenten door de obturatoropening en het sacrospinale ligament te worden gevoerd. Daardoor is de operatie gemakkelijker uit te voeren.

**Hysterectomie**
Of gelijktijdige uitvoering van hysterectomie gewenst is, wordt bepaald door de voorkeur van de chirurg en door de behoeften van de patiënt. Wanneer hysterectomie wordt verricht, is het raadzaam het cavum Douglasi te sluiten, zodat het meshimplantaat niet met de darmen in aanraking kan komen. Sluiting met een "T"-vormige incisie moet worden vermeden, aangezien het risico van blootlegging van het meshimplantaat wordt vergroot. Wanneer gelijktijdig met anterieure en/of posterieure reparatie vaginale hysterectomie wordt verricht, moet de hysterectomie-incisie eerst transversaal worden gesloten. Vervolgens moeten de reparatie-incisies zodanig worden gemaakt dat zij niet met de eerder gesloten hysterectomie-incisie in aanraking komen. De reden hiervan is, te voorkomen dat er een "T"-vormige incisie ontstaat.

**Conservatieve uteruschirurgie**
Het GYNECARE PROSIMA systeem is geschikt voor gebruik in situaties waarbij de chirurg of de patiënt de uterus wil sparen.

**Vaginale incisies**
De vaginale incisies die bij de procedure met het GYNECARE PROSIMA systeem worden verricht zijn gelijk aan de incisies die de chirurg bij standaard vaginareparatie maakt. De gehele diepte van de vaginawand moet door de incisies worden doorsneden, om het risico van blootlegging van de mesh te verminderen.

**Plaatsing van het meshimplantaat**

De meshimplantaten worden door de VSO op hun plaats geflxeerd gehouden totdat er weefselingroei plaatsvindt. Daarom is fixeren van de bandjes van het meshimplantaat niet nodig. Het apicale gedeelte van het meshimplantaat kan aan de fascia in het midden van de apex vaginae worden gehecht met een hechtdraad zoals 2-0 MONOCRYL™ (Poliglecapron 25) of 2-0 Coated VICRYL™ (Polyglactine 910). Het vagina-epitheel mag niet op het meshimplantaat worden gehecht.

**Vaginabehoud**

Er mag niet te veel vagina-epitheel worden geëxcideerd of andersizins verwijderd. Postoperatief kan enige weefselretractie plaatsvinden en de vermindering van vaginacapaciteit kan verslechteren als er te veel vagina-epitheel is verwijderd.

**Vaginaondersteuning op drie niveaus**

In de gangbare methoden voor vaginale ondersteuning bij vaginareparatie worden 3 niveaus onderscheiden. Door het GYNECARE PROSIMA systeem in een procedure te gebruiken wordt beoogd deze ondersteuning te verschaffen op de niveaus I en II, als volgt te definiëren:

**Niveau I – Suspensie en ondersteuning** (bovenste eenderde deel van de vagina)
Het bovenste eenderde deel van de vagina (inclusief het door hysterectomie ontstane gewelf) en de uterus worden door 2 mechanismen ondersteund. Directe ondersteuning van de uterus en het bovenste deel van de vagina wordt in de eerste plaats verschaft door het parametrium (ligamentum cardinale en uterosacrale) en de paracolpiumvezels. Deze vezels doen dienst als steunligament en komen voort uit de fascia van de m. piriformis, het sacro-iliacale gewricht en het laterale sacrum, en steken uit in het lateraal-bovenste eenderde deel van de vagina en het posterolaterale vlak van de cervix. In de tweede plaats wordt indirecte ondersteuning van de uterus het bovenste deel van de vagina verschaft door de levatorplaat, die wordt gevormd door fusie van de rechter en linker mm. levator ani tussen het rectum en het os coccygis. Als gevolg van falen van deze directe en indirecte steunmechanismen kan prolaps van uterus en vaginagewelf optreden. De kans is groot dat dit gepaard gaat met verzwakking van de musculaire bekkenbodem en de steunvezels van het parametrium en het bovenste paracolpium. Het doel van prolapschirurgie op niveau I is de directe en indirecte steunmechanismen te herstellen. Met het GYNECARE PROSIMA systeem worden bij anterieure vaginareparatie meshimplantaatbandjes tegen elk van de mm. obturatorius internus en de daarboven liggende pariëtale fascia gelegd, en bij posterieure vaginareparatie worden meshimplantaatbandjes tegen de sacrospinale ligamenten gelegd. Dit verschaft het bovenste deel van de vagina en de uterus directe ondersteuning door suspensie en indirecte ondersteuning door een brede zone van meshimplantaatsteun.

**Niveau II – Laterale bevestiging** (middelste eenderde deel van de vagina)
Het middelste deel van de vagina wordt door de arcus tendineous fasciae pelvis (ATFP) lateraal en direct met de spieren van de bekkenzijwand verbonden. Op dit niveau strekken de anterieure en posterieure vaginawanden zich uit tussen de laterale bevestigingen links en rechts. Prolapsreparatie op niveau II heeft als doel het laterale middelste gedeelte van de vagina opnieuw op de spieren van de bekkenzijwand te hechten. Bij centrale defecten van het middelste deel van de vagina is ook ondersteuning op niveau II nodig. Het gebruik van het GYNECARE PROSIMA systeem in een procedure herstelt laterale bevestiging van de vagina op de bekkenzijwandspieren en biedt tevens centrale fasciaversterking nadat weefselingroei heeft plaatsgevonden.

**Niveau III – Fusie** (onderste eenderde deel van de vagina)
*OPMERKING: Bij het GYNECARE PROSIMA systeem is lospreparen in dit gedeelte niet nodig.*

Bij reparatie op niveau III wordt het onderste eenderde deel van de vagina anterieur met het perineale membraan en de urethra samengevoegd. Posterieur fuseert het onderste eenderde deel van de vagina met het perineum en de mm. levator ani. De weefsels in deze zone worden zonder meshimplantaat gerepareerd; het meshimplantaat is niet bedoeld voor gebruik in het onderste eenderde deel van de vagina. Met het GYNECARE PROSIMA systeem worden geen ondersteuningsdefecten van niveau III behandeld, alkunnen deze wel worden aangepakt met concomitante procedures zoals perineorrafie.

**DEEL 3: GEBRUIKSAANWIJZING**
*OPMERKING: Bij lezing van dit gedeelte wordt verwezen naar de afbeeldingen in het begin van dit document.*

**Operatievoorbereiding**
Chirurgie met het GYNECARE PROSIMA systeem kan worden verricht onder algehele of regionale anesthesie, afhankelijk van de voorkeur van chirurg, anesthesioloog en patiënt.

De patiënt moet in steensnedeligging worden gelegd, met de billen enigszins over de operatietafelrand en de heup in flexie. Naar keuze van de chirurg kan de blaas worden geleegd. Voorafgaand aan het vullen van de ballon moet een katheter worden geplaatst.

**Gebruik van GYNECARE PROSIMA systeem in procedures na hysterectomie**
**Anterieure vaginareparatie**
Wanneer alleen de anterieure vaginawand moet worden versterkt, kan uitsluitend het GYNECARE PROSIMA anterieure bekkenbodemreparatiesysteem worden gebruikt. Dit systeem bevat 1 meshimplantaat en een speciaal ontworpen anterieur inbrenginstrument voor toepassing bij een anterieure vaginareparatie. Na verrichting van de benodigde vaginale incisies en dissecties worden weefselkanalen in het anterieure compartiment gemaakt, waarin met het anterieure inbrenginstrument de meshimplantaatbandjes worden geplaatst. *OPMERKING: Het inbrenginstrument anterieur dient niet gebruikt te worden voor het lospreparen van weefsel.*

*Anterieure vaginale dissectie*
Dissecteer het anterieure vagina-epitheel van de blaas. Dissecteer de gehele dikte van de vaginawand. Deze dissectie moet worden vergemakkelijkt door subepitheliale hydrodissectie. Vermijd oppervlakkige dissectie van de vaginawand of klieving van de vaginawand in 2 lagen. Een dergelijke wijze van dissecteren kan een zeer dunne vaginawand tot gevolg hebben en kan ook de bloedtoevoer naar de vaginawand verslechteren, waardoor het risico van blootlegging van het mesh groter wordt. Lateraal wordt het lospreparen in de richting van de bekkenzijwand voortgezet, tot de spina ischiadica.

*Het anterieure kanaal lospreparen en het meshimplantaat plaatsen*
Voer om het doel van deze beschrijving te bereiken het lospreparen voor het maken van kanalen voor de meshimplantaatbandjes eerst aan de rechterzijde van de patiënt uit en daarna aan de linkerzijde. Het doel van deze kanalen is, het meshimplantaat zodanig te plaatsen dat het distale gedeelte van de bandjes erlten tegen de bekkenzijwand en de pariëtale fascia van de m. obturatorius internus ligt. Begin het lospreparen voor het plaatsen van de bandjes met palperen om aan beide zijden de spina ischiadica te lokaliseren. *OPMERKING: Het lospreparen kan ook met een scalar worden begonnen, met toepassing van een "dove-en-spreidtechniek", zodat de punten van de schaar altijd anterieur van de spina ischiadica blijven.* Volg de aanvankelijke dissectie door voorzichtige dissectie met de vinger, tot aan de spina ischiadica. Nadat de spina ischiadica is bereikt, wordt met een vegende beweging van de wijsvinger een holle ruimte gemaakt, anteroposterieur van de spina ischiadica. Zie afbeelding 8A. Deze dissectie volgt een richting loodrecht op de bekkenzijwand en brengt een ruimte tot stand van ca. 2 cm breed en ca. 3 cm hoog. Bij de anterieure dissectie is geen sprake van dissectie op de sacrospinale ligamenten. Door deze dissectie wordt een kanaal tot stand gebracht anterosuperieur van de spina ischiadica

en gelijkvlakkig met de arcus tendineous fasciae pelvis (ATFP), de m. obturatorius internus en de pariëtale fascia daarvan. Herhaal de dissectie aan de linkerzijde.

Plooiing van het prevesicale weefsel is niet nodig. Wanneer echter wel plooiing wordt uitgevoerd, moet dit beperkt blijven tot het centrale gedeelte van dit weefsel. Zo wordt vermeden dat de geëxcedeerde zone te smal wordt. Plaats het meshimplantaat boven het geplooide weefsel, waarbij de zakjes naar boven wijzen. Wanneer er moet worden gehecht, moet dat op dit proceduremoment worden gedaan; plaats een hechtdraad (zoals 2-0 MONOCRYL of 2-0 Coated VICRYL) in de apex vaginae en rijg deze door het apicale lipje van het meshimplantaat. De hechting kan nu worden afgebonden, of anders nadat de bandjes zijn geplaatst. De distale greef van het meshimplantaat naar keuze wel of niet worden gehecht; in het eerste geval kan dit worden uitgevoerd met een hechtdraad als 2-0 MONOCRYL of 2-0 Coated VICRYL.

Plaats met behulp van het anterieure inbrenginstrument de bandjes van het meshimplantaat in de kanalen rechts en links die zijn aangemaakt door de dissectie anterosuperieur van de spina ischiadica (zoals hierboven beschreven). *OPMERKING: De gebogen uiteinden van het anterieure inbrenginstrument zijn in tegengestelde richtingen gedraaid, en op de uiteinden bevinden zich pijltjes die de plaatsingsrichting aangeven.* Richt het pijltje naar de rechterzijde van de patiënt en breng de tip van het anterieure inbrenginstrument in het zakje van het meshimplantaatbandje aan de rechterzijde van de patiënt (zie afbeelding 8B). *OPMERKING: Door het uitoefenen van tegentractie blijft het zakje steviger op het anterieure inbrenginstrument geplaatst.* Houd het anterieure inbrenginstrument verticaal, zodanig dat het gebogen gedeelte van het instrument tegen de posterieure vaginawand rust. Voer het anterieure inbrenginstrument, met het bandje erop, vervolgens in het eerder gemaakte weefselkanaal (zie afbeelding 8C) totdat de handgreep in aanraking komt met de labia majora aan contralaterale zijde. Dit wordt uitgevoerd door bovenwaarts-verticale positionering van het handgreepgedeelte van het anterieure inbrenginstrument, zodanig dat de voorrand en het zakje zich in de richting van de spina ischiadica bewegen. Kantel de handgreep na positionering omlaag tot een bijna-horizontale stand en handhaaf daarbij het contact van de handgreep met het contralaterale dijbeen. *OPMERKING: Retractie van de blaas met een standaard chirurgisch instrument kan a helpen bij de eerste plaatsing in het kanaal. Desgewenst kunt u met de wijsvinger in het kanaal de aanvankelijke plaatsing van het anterieure inbrenginstrument tegen de labia majora aan contralaterale zijde geleiden, voordat de handgreep omlaag wordt gekanteld.* Door licht omhoog te drukken kunt u zich ervan verzekeren dat de zakjes goed zijn gepositioneerd en dat het apicale gedeelte van het meshimplantaat tegen de apex vaginae drukt. *OPMERKING: Indien u bij het inbrengen van de bandjes weerstand ondervindt, moet u de oorzaak van de weerstand bepalen voordat u de procedure voortzet. Als het opvoeren van het inbrenginstrument tegen weerstand in wordt voortgezet, kan dat beschadiging van het meshimplantaat tot gevolg hebben, of kan het instrument te ver worden ingebracht, met beschadiging van gevoelige weefselstructuren als gevolg.*

Verwijder het anterieure inbrenginstrument door de handgreep naar de verticale stand terug te kantelen en het instrument dan terug te trekken, waarbij het bandje in het kanaal achterblijft. *OPMERKING: Breng het eerste bandje volledig in. OPMERKING: Indien het anterieure inbrenginstrument uit de operatiezone wordt getrokken voordat het meshimplantaatbandje zijn doellocatie heeft bereikt, moet het bandje worden verwijderd, opnieuw op het instrument geplaatst en opnieuw ingebracht.* Herhaal deze handelingen aan de tegenoverliggende zijde van de patiënt. Keer daartoe het anterieure inbrenginstrument om en breng het uiteinde in het andere zakje, met het pijltje gericht op de linkerzijde van de patiënt. Afbeelding 8D toont de beide geïmplanteerde bandjes. *OPMERKING: Vermijd bij plaatsing van het tweede bandje dat het meshimplantaat in beweging komt, en verzeker u ervan dat het meshimplantaat NIET is gedraaid.*

Plaats het hoofdgedeelte van het meshimplantaat losjes op het onderliggende vaginaweefsel. Vermijd vouwen of draaien van het hoofdgedeelte en de bandjes. Het kan nodig zijn het hoofdgedeelte van het meshimplantaat bij te knippen, afhankelijk van de grootte van de vagina en/of de maat van laterale dissectie. Het vagina-epitheel kan worden bijgeknipt, mits er niet te veel van wordt verwijderd. Sluit het epitheel over het meshimplantaat zonder gebruik te maken van gekoppelde hechtdraden (zoals hieronder beschreven; zie afbeelding 8E). Afbeelding 8F toont de uiteindelijke plaatsing van het meshimplantaat in het anterieure compartiment.

*OPMERKING: Zorg dat voor en tijdens het sluiten van de vaginale incisies goede hemostase is bereikt.*

Sluit de vaginale incisies zonder gekoppelde of 8-vormige hechtdraden. Dit is om devascularisatie van het vagina-epitheel langs de incisielijnen te voorkomen en erosie van de mesh te verminderen. Voorkeur geniet sluiting van het epitheel in 2 lagen, zodat een relatief dikke hechtingsnaad ter plaatse van de vaginale incisie wordt verkregen. Sluit de diepste laag met een doorlopende subepitheliale niet-gekoppelde hechting met een hechtdraad zoals 2-0 MONOCRYL of 2-0 MONOCRYL™ Plus Antibacterieel (Poliglecapron 25). Sluit het epitheel vervolgens met een doorlopende niet-gekoppelde everterende matrashechting met een hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL™ Plus (Polyglactine 910) antibacterieel. *OPMERKING: Plaats het meshimplantaat in het bovenste tweederde deel van de vagina en knip het implantaat bij als het verder reikt dan het bovenste tweederde deel.* Voer zover dit nog niet is gedaan, wordt gesuitureerd cystoscopie uit te voeren, om letsel van de urinewegen uit te sluiten.

Als keuzemogelijkheid kan sluiting van de vaginawand ook enkellaags worden uitgevoerd. Hiervoor kan een doorlopende, everterende, niet-gekoppelde matrashechting of onderbroken hechtingen van hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus worden gebruikt.

**Posterieure vaginareparatie**
Gebruik wanneer alleen de posterieure vaginawand moet worden versterkt uitsluitend het GYNECARE PROSIMA posterieure bekkenbodemreparatiesysteem. Dit systeem bevat 1 meshimplantaat en een speciaal ontworpen posterieur inbrenginstrument voor toepassing bij posterieure vaginareparatie. Maak na verrichting van de benodigde vaginale incisies en dissecties weefselkanalen in het posterieure compartiment, waarin de meshimplantaatbandjes worden geplaatst. *OPMERKING: Het posterieure inbrenginstrument dient niet gebruikt te worden voor het lospreparen van weefsel.*

*Posterieure vagina- en kanaaldissectie*
Dissecteer het posterieure vagina-epitheel van het prerectale weefsel. Evenals bij de anterieure vaginawand moet ook nu de gehele dikte van de posterieure vaginawand worden losgeprepareerd. Deze dissectie moet worden vergemakkelijkt door subepitheliale hydrodissectie. Zet de dissectie lateraal voort aan beide zijden van de mm. levator ani ter hoogte van de spina ischiadica. Dissecteer verder door elk van de rectale ligamenten en dissecteer op, maar niet dóór, elk van de sacrospinale ligamenten, zodat kanalen worden aangemaakt waarin de meshimplantaatbandjes zullen worden geplaatst. Zie afbeelding 9A.

Naar vrije keuze kan ook een al bestaande enterocele behandeld worden, maar in dat geval moet de behandeling in deze proceduretase worden uitgevoerd, volgens de methode die de voorkeur van de chirurg geniet.

Als de peritoneale holte tijdens anterieure of posterieure dissectie geopend is, moet deze voor het plaatsen van de mesh gesloten worden.

ETH.MESH.02341416

**Posterieure plaatsing van het meshimplantaat**

Plooiing van het prerectale weefsel is niet nodig. Wanneer echter wel plooiing van het prerectale weefsel wordt uitgevoerd, moet dit beperkt blijven tot het centrale gedeelte van dit weefsel. Zo wordt vermeden dat de gedissecteerde zone te smal wordt. Plaats het meshimplantaat boven het prerectale weefsel, waarbij de zakjes naar boven wijzen. Wanneer er moet worden gehecht, moet dat op dit proceduremoment worden gedaan: plaats een hechtdraad (zoals 2-0 MONOCRYL of 2-0 Coated VICRYL) in de apex vaginae en rijg deze door het apicale lipje van het meshimplantaat. De hechting kan nu worden afgebonden, of anders nadat de bandjes zijn geplaatst. De distale groef van het meshimplantaat kan naar keuze wel of niet worden gehecht; in het eerste geval kan dit worden uitgevoerd met een hechtdraad als 2-0 MONOCRYL of 2-0 Coated VICRYL.

Plaats met behulp van het posterieure inbrenginstrument de bandjes van het meshimplantaat in de kanalen rechts en links die zijn aangemaakt door de dissectie in de richting van beide sacrospinale ligamenten (zoals hierboven beschreven). Pak het posterieure inbrenginstrument vast met een rechte naaldhouder/naaldvoerder, zoals weergegeven in afbeelding 9B. *OPMERKING: Plaats de tip van de naaldhouder/naaldvoerder in het rechte gegroefde uiteinde van het posterieure inbrenginstrument.* Zorg dat het aangesloten posterieure inbrenginstrument op één lijn ligt met de handgreep van de naaldhouder/naaldvoerder. Steek de tip van het posterieure inbrenginstrument in het bandjesakje aan de rechterzijde van de patiënt (zie afbeelding 9B). Voer het posterieure inbrenginstrument, met het bandje op rijg, vervolgens in het eerder gemaakte weefselkanaal (zie afbeelding 9C) en houd de handgreep van de naaldhouder/naaldvoerder daarbij verticaal. Breng de gehele lengte van het bandje in het kanaal, zodat het begin van het bandje de bovengrens van de fasciale dissectie bereikt. *OPMERKING: Breng het eerste bandje volledig in. Indien het inbrenginstrument uit de operatiezone wordt getrokken voordat het bandje zijn eindlocatie heeft bereikt, moet het bandje worden verwijderd, opnieuw op het instrument geplaatst en opnieuw ingebracht. OPMERKING: Breng het bandje niet te diep in;omdat dan gevoelige weefselstructuren schade zouden kunnen oplopen. OPMERKING: Indien u bij het inbrengen van de bandjes weerstand ondervindt, moet u de oorzaak van de weerstand bepalen voordat u de procedure voortzet. Als het opvoeren van het inbrenginstrument tegen weerstand in wordt voortgezet, kan dat beschadiging van het meshimplantaat tot gevolg hebben, of kan het instrument te ver worden ingebracht, met beschadiging van gevoelige weefselstructuren als gevolg.* Trek het posterieure inbrenginstrument terug over het insertietraject, zodanig dat het bandje in het kanaal blijft. De bandjes liggen tegen de sacrospinale ligamenten, maar penetreren deze niet. Plaats geen hechtingen in de sacrospinale ligamenten. Herhaal de procedure aan de linkerzijde van de patiënt met het tweede bandje. Afbeelding 9D toont de beide geïmplanteerde bandjes. *OPMERKING: Vermijd bij plaatsing van het tweede bandje dat het meshimplantaat in beweging komt, en verzeker u ervan dat het meshimplantaat NIET is gedraaid.*

Plaats het hoofdgedeelte van het meshimplantaat losjes op de onderliggende vaginale fascia. Vermijd vouwen of draaien van het hoofdgedeelte en de bandjes van het meshimplantaat. Het kan nodig zijn het hoofdgedeelte van het meshimplantaat bij te knippen, afhankelijk van de grootte van de vagina en/of de mate van laterale dissectie. Het epitheel van de posterieure vaginawand kan worden bijgeknipt, mits er niet te veel van wordt verwijderd. Sluit het epitheel van de posterieure vaginawand over het meshimplantaat zonder gebruik te maken van gekoppelde hechtdraden (zoals hieronder beschreven). Afbeelding 9E toont de uiteindelijke plaatsing van het meshimplantaat in het posterieure compartiment.

*OPMERKING: Zorg dat voor en tijdens het sluiten van de vaginale incisies goede hemostase is bereikt.*

Sluit de vaginale incisies zonder gekoppelde of B-vormige hechtdraden. Dit is om devascularisatie van het vagina-epitheel langs de incisielijnen te voorkomen en erosie van de mesh te verminderen. Voorkeur geniet sluiting van het epitheel in 2 lagen, zodat een relatief dikke hechtingsnaad ter plaatse van de vaginale incisie wordt verkregen. Sluit de diepste laag met een doorlopende subepitheliale niet-gekoppelde hechting met een hechtdraad zoals 2-0 MONOCRYL of 2-0 MONOCRYL Plus antibacterieel. Sluit het epitheel vervolgens met een doorlopende niet-gekoppelde everterende matrashechting met een hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus. *OPMERKING: Het meshimplantaat in het bovenste tweederde deel van de vagina en knip het implantaat bij als het verder reikt dan het bovenste tweederde deel.* Bij voltooiing van de procedure moet digitaal rectaal onderzoek worden verricht om letsel van het rectum uit te sluiten.

Als keuzemogelijkheid kan sluiting van de vaginawand ook enkellaags worden uitgevoerd. Hiervoor kan een doorlopende, everterende, niet-gekoppelde matrashechting of onderbroken hechtingen van hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus worden gebruikt.

**Gecombineerde anterieure en posterieure vaginareparatie**

Wanneer zowel de anterieure als de posterieure vaginawand moeten worden versterkt, wordt het GYNECARE PROSIMA gecombineerde bekkenbodemreparatiesysteem gebruikt. Dit systeem bevat 2 identieke meshimplantaten, één voor de anterieure vaginareparatie en de tweede voor de posterieure vaginareparatie.Gebruik voor anterieure reparaties uitsluitend het gebogen anterieure inbrenginstrument en voor posterieure reparaties uitsluitend het rechte posterieure inbrenginstrument. Voer de anterieure en posterieure vaginareparaties uit zoals hierboven is beschreven. Geadviseerd wordt, de anterieure vaginareparatie als eerste uit te voeren. De uiteindelijke plaatsing van meshimplantaten in het anterieure en het posterieure compartiment is in afbeelding 10 weergegeven. Het is aan te bevelen, bij voltooiing van de procedure cystoscopie uit te voeren, om letsel van de urinewegen uit te sluiten. Om letsel van het rectum uit te sluiten moet digitaal rectaal onderzoek worden verricht.

**Gebruik van GYNECARE PROSIMA systeem met behoud van de uterus (hysteropexie)**

Indien de geprolabeerde uterus wordt behouden, moet het apicale lipje van het meshimplantaat op de cervix worden gefixeerd. Het meshimplantaat moet ter hoogte van de pubocervicale ring op de cervix worden gefixeerd wanneer het implantaat tijdens de anterieure of posterieure vaginareparatie is aangebracht.

Wanneer de uterus bij anterieure vaginareparatie wordt behouden, wordt de pubocervicale ring tijdens de anterieure vaginale dissectie blootgelegd. Plaats een 2-0 PROLENE hechting stevig in het anterieure segment van de pubocervicale ring. Rijg deze hechting ook door het apicale lipje van het meshimplantaat. Knoop de PROLENE hechting op het lipje af nadat de bandjes van het meshimplantaat zijn gepositioneerd. Hierdoor wordt het meshimplantaat ter hoogte van de pubocervicale ring op het anterieure oppervlak van de cervix vastgezet en wordt gewaarborgd dat het meshimplantaat de uitzetting van de vagina volgt als de VSD op de juiste wijze is gepositioneerd.

Bevestig bij de posterieure reparatie het meshimplantaat aan de posterieure cervix ter hoogte van of hoger dan de pubocervicale ring. Desgewenst kan het cavum Douglasi geopend blijven terwijl het meshimplantaat aan de cervix wordt gehecht. Sluit het peritoneum van het cavum Douglasi boven deze hechting, zodat adhesie van de darmen aan het meshimplantaat wordt verhinderd. Als de chirurg besluit het cavum Douglasi niet te openen, wordt de pubocervicale ring tijdens de posterieure vaginale dissectie blootgelegd. Plaats een 2-0 PROLENE-hechting stevig in het posterieure segment van de pubocervicale ring. Rijg deze hechting ook door het apicale lipje van het meshimplantaat. Knoop de PROLENE-hechting af nadat de bandjes van het meshimplantaat zijn gepositioneerd. Hierdoor wordt het meshimplantaat ter hoogte van de pubocervicale ring op het posterieure cervixoppervlak vastgezet.

Wanneer zowel anterieure als posterieure vaginareparatie meshimplantaten worden gebruikt, moeten de implantaten op de hierboven beschreven wijze aan de anterieure en posterieure segmenten van de cervix worden bevestigd (zie afbeelding 11).

**Hygiënemaatregelen m.b.t. het meshimplantaat**

Irrigeer tijdens de chirurgische procedure de vaginale operatiewonden met fysiologisch zoutoplossing. Beperk de manipulatie van het meshimplantaat tot een minimum en voer de operatie onder goede hygiënische condities uit.

**De VSD en de ballon plaatsen**

Breng bij voltooing van de operatie een VSD (Vaginal Support Device, vaginasteun) van geschikt formaat met een daaraan bevestigde ballon in de vagina in, en hecht deze om losraken van het implantaat te voorkomen. De VSD is in 3 maten verkrijgbaar (small, medium en large) en kan op de hieronder beschreven wijze door de chirurg aan de vaginalengte van de patiënt worden aangepast.

*Passen en bijsnijden van de VSD*

De VSD wordt in de grootste maat geleverd. Bepaal met behulp van de VSD zelf de passende maat voor de patiënt. Breng hiertoe de 'large' VSD in de vagina in, tussen de uitgezette apex en de hymenring. Breng de VSD in de vagina in door de VSD op het breedste deel vast te pakken en langs de lengteas te vouwen, met de ballon naar boven gericht (zie afbeelding 12). Het breedste gedeelte van de VSD wordt het eerst ingebracht, zodat de hechtopeningen zich net boven de hymenring bevinden. *OPMERKING: Verwijder of beschadig de ballon niet tijdens het passen van de VSD.* Het juiste formaat is bereikt wanneer de VSD sluitend in het bovenste tweederde deel van de uitgezette vagina past, met het distale uiteinde en de hechtingsogies 1 cm boven de hymenring (zie afbeelding 13).

Als de maat 'large' past, hoeft de VSD niet te worden aangepast. Als de maat 'medium' benodigd blijkt, moet het bovenste gedeelte worden verwijderd. Doe dit door voorzichtig kleine fragmentjes te knippen, uitsluitend gebruikmakend van de tips van een gebogen Mayo-schaar, zodat een gladde snijrand ontstaat. Zorg dat de hoeveelheid restmateriaal op de afknipzones tot een minimum beperkt blijft. *OPMERKING: Zorgvuldige passing van de VSD is van groot belang. Nadat een VSD is bijgeknipt, kan hij niet meer langer worden gemaakt en kunnen de afgeknipte deeltjes niet meer worden teruggezet.* Verplaats tijdens het knippen de ballon zodanig dat hij niet in de weg zit (zie afbeelding 14). *Waak ervoor dat de ballon tijdens het bijknippen van de VSD zou worden beschadigd.*

Als de maat 'medium' past, hoeft de VSD niet te worden bijgeknipt. Als de maat 'small' moet worden gebruikt, moet het overblijvende gedeelte worden verwijderd, zoals hierboven is beschreven. Verplaats tijdens het knippen de ballon om beschadiging te voorkomen.

Na goede passing van de VSD en terugplaatsing van de ballon kan de VSD-constructie in de vagina van de patiënt worden ingebracht. *OPMERKING: Om het risico van perforatie van de ballon te verkleinen mogen bij het inbrengen van de VSD of de ballon geen instrumenten worden gebruikt.* Bij beschadiging van de ballon moet deze van de VSD worden losgemaakt en moet de vaginaholte met een gazen kompres sluitend worden gevuld.

Fixeer de VSD met hechtdraad nadat de VSD/ballonset op de juiste positie in het bovenste tweederde deel van de uitgezette vagina van de patiënt is geplaatst: één enkele slag door elk hechtingsogje van de VSD, vervolgens in het epitheel van de posterieure vaginawand en aan beide zijden lateraal van en boven het hymen in 4- en 8-uurposities, zoals weergegeven in afbeelding 15. Knoop de hechtingen links en rechts vervolgens beurtelings af en houd daarbij de VSD in de vagina stabiel in positie. *OPMERKING: Let op dat u de ballon niet puncteert bij het in positie hechten van de VSD.* Voor deze toepassing wordt 2-0 gecoat Coated VICRYL hechtdraad of een gelijkwaardig resorbeerbare hechtdraad aanbevolen.

*De ballon vullen*

Sluit nadat u de VSD in positie hebt gehecht de bijgeleverde 50 ml spuit aan. *OPMERKING: Na het plaatsen van de VSD moet een ballon worden geplaatst om uiterentatie te voorkomen.* Spuit een kleine hoeveelheid omgevingslucht in (zie afbeelding 16) en palpeer vervolgens de gehele lengte van de ballon met een vinger om te controleren of de ballon is ontvouwen en over de gehele lengte van de vagina is geplaatst. Neem de vinger weg wanneer vastgesteld is dat de ballon is ontvouwen en vul de ballon geheel, totdat een vingertop bij de vaginaingang nog net tussen de ballon en de vaginawand past. Het is raadzaam de VSD tijdens het opblazen van de ballon te stabiliseren. De functie van de gevulde ballon is, het meshimplantaat tegen de vaginawand te drukken. De voor het vullen van de ballon benodigde hoeveelheid lucht verschilt van patiënt tot patiënt. *OPMERKING: De ballonvulling mag de maximumwaarde van 90 ml niet overschrijden.* Draai de spuit los van de afsluiter nadat de ballon afdoende is gevuld. De vullijn van de ballon moet uit de vagina naar buiten steken en wordt tegen het dijbeen van de patiënt geplakt. Maak de dop vast op de afsluiter van de ballon, zodat gewaarborgd is dat de beoogde hoeveelheid lucht in de ballon constant blijft (zie afbeelding 7). *OPMERKING: Draai de dop niet te strak vast.* Zo nodig moet de ballonvulling op een later tijdstip kunnen worden aangepast, door het ballonvolume met een standaard spuit te vergroten of te verkleinen. De ballon kan op willekeurige momenten worden gepalpeerd of met het oog geïnspecteerd om zeker te stellen dat de vulling nog toereikend is. *OPMERKING: Als de patiënt beweegt, kan de ballon zich in de vaginaholte vastzetten en kan de druk schijnbaar hoger of lager worden. Dit is normaal.*

*OPMERKING: Maak de ballon niet los van de VSD voordat de set wordt gebruikt.*

*OPMERKING: Vul de ballon niet voordat hij in de vagina wordt ingebracht.*

*OPMERKING: Als de hechtingsogjes van de VSD na het vullen van de ballon zijn verschoven tot meer dan 1 cm boven de hymenring, of als er bovenmatige spanning op de hechtingsogjes wordt uitgeoefend, moet de ballondruk worden verminderd en moet, zo nodig, de VSD opnieuw worden gepositioneerd en gezet.*

*OPMERKING: Als er gaten in de ballon zichtbaar zijn of als er anderszins lekkage wordt gedetecteerd, of als de ballon na het vullen druk verliest, moet u de ballon NIET gebruiken. Maak de ballon dan los van de VSD en voer hem conform de daarvoor geldende voorschriften af. Gebruik dan in plaats van de ballon een gazen kompres.*

*OPMERKING: Als het aansluitstuk van de ballon van de VSD losraakt, moet het op zijn plaats worden teruggeduwd.*

*OPMERKING: Fixeer de ballonvullijn niet in de vagina.*

*OPMERKING: Om beschadiging te voorkomen mag de vullijn nooit aan overmatige buiging, spanning of torsie worden blootgesteld.*

*OPMERKING: Gebruik een gazen kompres als er al een ballon is geplaatst.*

# Gynecare
# PROSIMA™

Anteriorinen lantionpohjan korjausjärjestelmä
Posteriorinen lantionpohjan korjausjärjestelmä
Yhdistetty lantionpohjan korjausjärjestelmä

**Lue kaikki ohjeet huolellisesti.**
Ohjeiden laiminlyönti saattaa johtaa laitteiden virheelliseen toimintaan ja potilasvahinkoon.

*HUOMIO:* Yhdysvaltain lain mukaan tämän tuotteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä.

Lantionpohjan GYNECARE PROSIMA™ -korjausjärjestelmien käyttöön tutustuminen on suositeltua ja koulutusta tähän tarkoitukseen on järjestettävissä. Lisätietoja koulutusohjelmasta saa yhtiön myyntiedustajalta.

## KÄYTTÖTARKOITUS

Lantionpohjan GYNECARE PROSIMA -korjausjärjestelmät ja niiden kanssa käytettävät reserbaitumattomat GYNECARE GYNEMESH™ PS Soft Mesh PROLENE™ -verkkoimplantit on tarkoitettu käytettäväksi kudoksen vahvistamiseen ja pitkäaikaiseen lantionpohjan sidekudoskeskentiden stabiloinitin joko mekaanisena tukena tai faskiadefektin tukimateriaalina. Järjestelmät mahdollistavat emätttinkanavan tukemisen parantamisprosessin aikana emättimen seinämän laskeuman kirurgisen korjaustoimenpiteen jälkeen tukien samaila verkkoimplantin sijoittikohtaa.

## KUVAUS

Anteriorinen, posteriorinen ja yhdistetty lantionpohjan GYNECARE PROSIMA -korjausjärjestelmä koostuu valmiiksi leikatusta GYNECARE GYNEMESH PS -verkkoimplantista ja instrumenteista, jotka helpottavat verkkoimplantin asettamista ja leikkauksenjälkeistä tukemista (kuva 1). Seuraavassa taulukossa on yhteenveto eri järjestelmien mukana toimitettavista komponenteista:

| LANTION-POHJAN KORJAUSJÄR-JESTELMÄ | KOMPONENTIT (kuva 1) | | | | |
|---|---|---|---|---|---|
| | Verkkoimplantti asettimessa (A) | Emätintuki + Palloikorospaino (B ja C) | Anteriorinen sisäänvieijä (D) | Posteriorinen sisäänvieijä (E) | Pallo (F) |
| Anteriorinen | 1 | 1 | 1 | | 1 |
| Posteriorinen | 1 | 1 | | 1 | 1 |
| Yhdistetty | 2 | 1 | 1 | 1 | 1 |

Taulukko 1 – Lantionpohjan GYNECARE PROSIMA -korjausjärjestelmän komponentit

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS -verkko on valmistettu puristetusta polypropyleenineulekudoksesta, joka on koostumukseltaan samanlainen kuin resorbaitumattomat kirurgiset PROLENE™-polypropyleenimonofilamentit. (ETHICON, INC.). Tämän materiaalin ei ole todettu reenteröibävana käytettäessä albuttavan kudossoaktesta ja se pysyy kiinteänä käytössä pysyvästi muuttumattomana. Verkko on eritäin vahva, kestävä ja kirurgisesti monikäyttöinen, ja se on riittävän huokoinen kudoskasvulle. Verkkoon on lisäitty sinistä, yksiväksiestä PROLENE-kuitujä kontrastinäöäöhakseen aikaaneksemiseksi. Verkko on valmistettu läipenialliaan redueiädasta yksikäitosista kudasta ja kudostu aeraitinkvaidia menentöimälä verkoksi, joka on noin 50 prosenttia joustavampi kuin normaali PROLENE™-propyleniverkko. Verkko on kuodttu meenteönnälä, joka liittää yhteen jokaisen kuosen haaran, minkä aniosta se joustaa molempiin suuntiin. Tämän rakenteen aniosta verkkoa voidaan leikata mistä tahansa muotoiseksi tai kokoiseksi sen rispantumatta. Molempisuuntaisen joustavuuden aniosta verkko sopeutuu monin eritypppisiin kehon rasituksiin.

## Verkkoimplantti

Verkkoimplantti on valmistettu GYNECARE GYNEMESH PS -verkkomateriaalista. Verkkoimplantit on leikattu valmiiksi Y-kirjaimen-muotoiseksi anteriorisen, posteriorisen ja/tai apikaalisen emätindefektion korjaamista varten. Katso kuvaa 2. Verkkoimplantista on laksi naahaa ja kesikaroka. Verkkoimplantin prokesimaalisessa päässä on-kärkileikke, josta se voidaan kiinnittää onneräängalta veriton liiktanisen-minimioimiseksi naubojen sijoittamisen aikana. Distaalpääissä on distaoilovat, mitä helpottaa verkkoimplantin kohdistamista. Verkkoimplantin nauboissa on raskat sisäänvieijä varten. Verkkoimplantti on valmiina asettimessa, joka koostuu pinnoittamattomasta Tyvek® materiaalista ja läpinäkyvästä muoovikalvosta ja josta verkkoimplantti on helppo ottaa pois.

## Anteriorinen sisäänvieijä

Anteriorinen sisäänvieijä on poiskaskeatieinen instrumentti, joka on tarkoitettu lantionpohjan naubojen sisäänvientiä anteriorisin dissektotuihin kudoskanaviin. *HUOMAUTUS: Anterioristo sisäänvieijää ei ole tarkoitettu kudoksen dissektointiin.* Anteriorinen sisäänvieijä on yhteesopiva verkkoimplantin taxkujen-kanssa ja sen avulla naubvat voidaan sijoittaa anterioristesti potilaan kummallekin puolelle. Katso kuvia 3 ja 4.

## Posteriorinen sisäänvieijä

Posteriorinen-sisäänvieijä on poiskaskeatieinen instrumentti, joka on tarkoitettu helpottamaan verkkoimplantin naubojen sisäänvientiä posteriorisin dissektotuihin kudoskanaviin. *HUOMAUTUS: Posterioristo sisäänvieijää ei ole tarkoitettu kudoksen dissektointiin.* Vakonnallonen-neulankäjlctiin kiinnistään posterioriseen sisäänvieijän sisäänvienin stabiloinnin haiitsemiseksi. Posteriorinen sisäänvieijä on yhteesopiva verkkoimplantin taxkujen kanssa ja sen avuila naubvat voidaan sijoittaa posteriorisesti potilaan kummalkkin puolelle. Katso kuvaa 5.

## Emätintuki

Emätintuki on poiliaskohtaisen laite, joka on tarkoitettu tukemaan emätindefektia kirurgisen verkon asettamisen ja emättinvelllon-sulkemisen jälkeen. Emätintuen kärki on sen lovein osa-ja sitä voidaan leikata. Kun potilas on mitoitettu, emätintuen kokoa voidaan säätää potilaan koon mukaan leikkaamalla määritetyt kärkiosat pois. Emätintuki jätetään paikalleen enimmiteon ylempään kolmannekseen 5–4 viikon ajaksi ja poistetaan sen jälkeen potilaasta. Katso kuvaa 6.

## Pallo

Pallo on poiliaskohtaisen laite, joka on tarkoitettu korvaamaan leikkauksenjälkeinen emättimen pumpuliukkausmaterioali. Pallon tilavuutta voidaan säätää emättinkanavan täyttämiseksi ja emättinseinämän lähenätämiseksi verkkoimplantin.

---

Pallo toimitetaan valmiiksi emätintukeen kiinnitettynä. Kuvassa 7 esitetään tyhjennetty pallo ilman siihen kiinnitettyä emätintukea. Pallo voidaan jättää paikalleen enintään yhdeksi vuorokaudeksi.

### Ruisku

Pallon täyttöä varten pakkauksen mukana toimitetaan 50 ml:n ruisku.

## OSA 1: TOIMENPIDEPERIAATTEET GYNECARE PROSIMA -JÄRJESTELMÄÄ KÄYTETTÄESSÄ

Lantionpohjan korjaustoimenpiteessä, jossa käytetään GYNECARE PROSIMA -järjestelmää, pyritään korjaamaan lantionelmien leskeuma anatomiset roikerin, pyrkivässi ja standardeitua menetelmiää käyttäen. Laskeuman sijaintikohdista ja kirurgin menetelmistä rippuen korjaus voidaan tehdä joko anteriorisella ja/tai posteriorisella puolella. Kohdunpoisto tai kohdun säilyttäminen voidaan suorittaa samanaikaisesti toimenpiteessä, jossa käytetään GYNECARE PROSIMA -järjestelmää. Jos indikoitu, ponnistusinkontinensin perinealainen korjaus tai virtsaputkenalaisen tukinauhan asettaminen voidaan suorittaa samanaikaisesti GYNECARE PROSIMA -järjestelmää käytettäessä. Häpyluun taakse tai peittäpäivatsen pokkii virtsaputken atapuolelle sijoitettavaa tukinauhaa voidaan käyttää.

Leskeuma korjataan sijoittamalla yksi tai kaksi verkkoimplantita emättimen kautta. Kirurgisen toimenpiteen jälkeen emätintuki ja täytetävä pallo sijoitetaan emättimeen koon miittaamista varten ja emätintuki onmellaan paikalleen, jolloin se tukee emätintä ja verkkoimplantita kudoksen sisäänkavvan aikana. Kun pallo on täytetty, se korvaa perinteisen pumpulimaterisalin käyttämistä emätimonelon ja lähentämällä verkkoimplantin emättimeen. Toimenpiteen jälkeen pailevää pallo tyhjennetään ja poistetaan emättimestä emätintukea inrottamatta. Emätintuki jätetään paikalleen enintään 4 viikoksi toimenpiteen jälkeen, jona aikana kudos kasvaa-sisään verkkoimplantiin.

## OSA 2: GYNECARE PROSIMA -JÄRJESTELMÄN MENETELMÄT

Perinteisen kirurgisen lantionelmien laskeuman korjaustoimenpiteen jälkeen korjattu kudos altistuu vatsaontelonsisäiselle paineelle potilaan liikkuessa, yskiessä, oksentaessa ja suolison tyhjennyksen aikaisen ponnistuksen yhteydessä. Vatsaontelonsisäisen paineen nousut voivat haitata paranemisprosessia ja johtaa kirurgin toimenpiteen epäonnistumisen ja laskeuman uusielleenesiintymiseen. Vahvistamalla emättimeen korjaustoimenpidettä verkkoimplantilla ja tukemalla emätistä emätintuella 3–4 viikon ajan toimenpitteen jälkeen, GYNECARE PROSIMA -järjestelmä vähentää kirurgisen toimenpiteen epäonnistumisen mahdollisuutta ja laskeuman uudelleenesiintymistä.

Anteriorisessa emätinkorjaustoimenpiteessä verkkoimplantin ruoko sijoitetaan sitä kiritämättä virtoasekon ja emättimen ylemmän kolmanneksen välin nän, että se ulottuu lateraalisesti lantiokalvon jänteskaaren tasolle. Posteriorisessa emätinkorjaustoimenpiteessä verkkoimplantin-ruoko sijoitetaan-sitä kiritämättä peräsuolen ja emättimen ylemmän kolmanneksen välin nän, että se sopii lateraalisesti peräsuolon-kohottajalihaksen-päälle. Verkkoimplantin rungon kärkiosaan on tarkoitus ulottua emättimen kärkeen. Anteriorisesti verkkoimplantti voidaan kiinnittää esivesikaalisen kudoksoon tai kohdunkaulaan. Posteriorisesti verkkoimplantti voidaan kiinnittää esirektaalisen kudoksoon tai kohdunkaulaan.

Emätintuki tukee emätinkudosta kirurgisen toimenpiteen jälkeen ja edistää emätinkudoksen lähenytymistä verkkoimplantiin, kunnes kudoksen sisäänkasvu alkaa. Kudoksen sisäänkasvu verkkoimplantin tapahtuu 3–4 viikon aikana toimenpiteestä. GYNECARE PROSIMA -järjestelmää käytettäessä ei kudosta tarvitse dissektoida lantio-onteion ulkopuolella ja mitä onnreelanetta ja instrumenttija vieda sisään peiträjällihaksen aukon ja reillua-selkärankisiteen kautta, mikä pienentää kirurgisia toimenpidettä.

## Kohdunpoisto

Kirurgi päättää, onko potilaalta poistettava kohtu samanaikaisesti toimenpiteen aikana. Kun kohtu poistetaan, peräsuolikoituysyvärteen sukkennista suositellaan, jotta verkkoimplantti ei pääse kosketuksiin suolien kanssa. "T"-viillonaikenista on vältettävä, silä se lisää verkon esientoolun riskin. Jos kohdunpoisto tehdään samanaikaisesti joko anteriorisen ja/tai posteriorisen korjaustoimenpiteen yhteydessä, kohdunpoiston avausviillo on suljettava ennen poikitiain ja siiten korjausviillot on tehtävä niin, että ne eivät kosketa avenneu suljettua kohdunpoostoviillua. Tämä tehdään "T"-viillon välttämiseksi.

## Kohdun säilyttäminen

GYNECARE PROSIMA -järjestelmä sopii käytettäväksi tilanteissa, joissa kirurgi tai potilas on päättänyt, että kohtua ei poisteta.

## Emätinviillot

Emätinviillot GYNECARE PROSIMA -järjestelmää käytettäessä ovat samat kuin kirurgin käyttämät avausviillot tavallisssa emättimen korjaustoimenpiteissä. Viillot on tehtävä koko emättimen seinämän syvyydeltä verkon suojaamiseksi.

## Verkkoimplantin sijoittaminen

Emätinleikkässä verkkoimplantia painetaan kudossissäänkkasvun aikana. Tästä syystä verkkoimplantin naubojä ei tarvitse kiinnittää pistokeleun. Verkkoimplantia voidaan kiinnittää sidekudoskalvoon emättimen käjien kesälöngällä ompeleella, esim. 2-0 MONOCRYL™ (poligikapronotti 25) tai pinnoitetuu 2-0 Coated VICRYL™ (polyglaktin 910). Emättimen epiteeliä ei saa ommellä kiinni verkkoimplantiliin.

## Emättimen suojaaminen

Läällistä emättimen epiteelin pasitamista tai leikkaamista on vältettävä. Kudoksen vetoytymistä voi tapahtua toimenpiteen jälkeen ja he kosteytyd emättimen kapasiteetti voi olla haitallista, mikäli liian paljon emättimen epiteeliä on poistettu.

## Emätintuen kolme tasoa

Emätinkorjaustoimenpiteissä on kolme eri tukitasoa, GYNECARE PROSIMA -järjestelmä on tarkoitettu käytettäväksi tasojen I ja II tukitoimenpiteisiin seuraavasti:

### Taso I – Suspensio ja tuki (emättimen sisempi kolmannes)

Emättimen sisempää kolmannesta (mukaan luukon pohjukka kohdunpoiston jälkeen) ja kohtua tukee Kaksi mekanismia. Ensiko kohtua ja emättimen yläosaa tukevat kohdun viersukudos (kardinaali- ja ristiluu-kohtusiteet) ja emättinrennonnön kudos. Nänä kudokset toivivat karoudutedoidon tavalla, roascvat periobonkudoksen sidekudoskalvoista, suoli-reillusiinivetistä ja lateraalisesta ristiluusta ja kiinnittyvät emättimen sisempään lateraaliseen kolmannekseen sekä kohdunkaulan posterio-lateoraliselle puolelle. Toisaalta kohtua ja emättimen ssempää-osaa

tulee epäsuorasti kohottajaleviy, joka muodostuu oikean ja vasemman peräaukon kohottajalihaksen yhdistymisestä peräaukon ja häntäluun välissä. Kohdun ja emättimen laskeumaa esiintyy näiden suorien ja epäsuorien tukirakenteiden toiminnallisten seurauksena. Tässä yhteydessä esiintyy todennäköisesti kombinoituja lihaksen ja kudoksen vieroskudoksen ja vaurioiden ja sovellutusten kohottajalevyn heikkous. Tason I lateraalisen apuyhteyksiä tarkoituksena on aikaansaada suoraa ja epäsuoraa tukirakenteiksi. GYNECARE PROSIMA -järjestelmässä käytetään verkkoimplantin nauhoja, jotka asetetaan kumpaankin sisempään pehtiyajälihaksen ja sen päällä sijaitsevan pateisalkudoksen anteriorisessa emätinkorjaustoimenpiteessä ja risteileval, sivellaankodoksen posteriorisessa emätinkorjaustoimenpiteessä. Näin emättimen yläosaa ja kohtua kannatetaan suoraan ja epäsuorasti laajalta alueelta verkkoimplantin avulla.

## Taso II – Lateraalinen kiinnittäminen

Lantiokalvon jänteekaari kiinnittää emättimen keskiosan lateraalisesti ja suoraan lantion sivuseinämän lihaksiin. Tällä kiinnittystasolla anteriorinen ja posteriorinen emättimen seinämä venytetään oikean ja vasemman lateraalisen kiinnityskohdan välillä. Tason II laskeuman korjaukseksa pyritään kiinnittämään lateraalinen emättimen heikkkohta uudelleen lantion sivuseinämän lihaksiin. Emättimen keskikohdan defektit vaatavat myös tason II tukea. Kun toimenpiteessä käytetään GYNECARE PROSIMA -järjestelmää, emätin kiinnitetään uudestaan lantion sivuseinämän lihaksiin ja sidekalvo tukee myös keskiosaa kudoksen sisäänkasvun jälkeen.

## Taso III – Fuusio (emättimen ulompi osa)

*HUOMAUTUS: Tätä aluetta ei tarvitse dissektoida GYNECARE PROSIMA -järjestelmää käytettäessä.*

Tasolla III emättimen ulompi osa yhdistyy anteriorisella puolella perineaalikalvon ja virtsaputken kanssa. Posteriorisella puolella emättimen alaosa yhdistyy perineaalikudokseen ja peräaukon kohottajalihaksen kanssa. Kudokset korjataan tällä alueella ilman verkkoimplanttia, sillä siitä ei ole tarkoitettu käytettäväksi emättimen ulommassa osassa. GYNECARE PROSIMA -järjestelmällä ei hoideta tason III tukidefektejä, vaikka ne voidaan käsitellä samanaikaisesti esim. perineorrafialla.

## OSA 3: KÄYTTÖOHJEET

*HUOMAUTUS: Tämän asiakirjan alussa olevia kuvia on seurattava tätä osaa luettaessa.*

### Kirurgiseen toimenpiteeseen valmistelu

GYNECARE PROSIMA -järjestelmää käytettäessä toimenpide voidaan suorittaa yleis- tai paikallispuudutuksessa kirurgin, nukutuslääkärin ja potilaan toiveiden mukaisesti.

Potilas on asetettava selinmakuulle pakarat jonkin verran leikkauspöydän ulkopuolella ja lantio kuolisestunta. Virtsarakko voidaan tyhjentää kirurgin harkinnan mukaisesti. Katetri tarvitaan ennen potilan täyttämistä ja se voidaan asettaa paikalleen tässä toimenpiteen vaiheessa.

### GYNECARE PROSIMA -järjestelmän käyttö kohdunpoiston jälkeisissä toimenpiteissä

#### Anteriorisen emättimen sisäänviejä

Kun ainoastaan anteriorisen emätinseinämän vahvistusta tarvitaan, ainoastaan anteriorista lantionpohjan GYNECARE PROSIMA -korjausjärjestelmää tulisi käyttää. Tähän kuuluu yksi verkkoimplantti ja yksityisesti tarkoitasta varten suunniteltu anteriorinen sisäänviejä, jota käytetään anteriorisessa emätinkorjaustoimenpiteessä. Kun tarvittavat emätinviellät ja dissektiot on tehty, aikaansaadaan kudosikanavat anteriorisella puolella verkkoimplantin hihnojen sijoittamiseksi anteriorista sisäänviejää käytäen. *HUOMAUTUS: Anteriorista sisäänviejää ei saa käyttää kudoksen dissektiointiin.*

##### Anteriorinen emätindissektio

Anteriorinen emätingrezsti irroitetaan virtsarakosta. Dissektoi emättimen seinämä kuko paksuudeltaan. Tämä dissektio pitäisi suorittaa epitellialisena hydrodissektiona. Emättimen seinämän pinnan dissektiota tai emättimen seinämän erottamista kudoksi kerroksista on vältettävä. Tämä voi johtaa hyvin ohuen emättimen seinämän ja haitata emättimen seinämän verenkiertoa ja lisätä verkkoimplantin esintuloa. Jatka dissektiota lateraalisesti lantion sivuseinämiä ja istuinluun kärkeä kohti.

##### Anteriorisen kanavan dissektio ja verkkoimplantin sijoittaminen

Tässä kuvataan dissektio, jossa luot kanavat verkkoimplantin nauhoille ennin potilaan oikealle puolelle ja sen jälkeen vasemmalle puolelle. Nämä kanavat aikaansaadaan sätä systä, että verkkoimplantti voidaan sijoittaa niin, että nauhojen destaalosat ovat tason-tasolon sivuseinämiä ja tavoittamalla ja puudutetaan ensimmäistä pettäjälihaksen pateisalkudoksen vireiin. Näiden nauhojen sijoittamiseksa oikela-dieseksto paikeiviella ja tunnistetaan istuinluun kärki potilaan kummastakin puolelta. *HUOMAUTUS: Tämä dissektio voidaan vaihtoehtoisesti aloittaa sakusilla käyttäen "työntö-levittäytymentelmää", jossa sakseen kärjet pysyvät koko ajan istuinkärjen anteriorisella puolella.* Dissektoi kudos alhaalta sektion jälkeen varovasti sormin istuinluun kärkeen asti. Kun kontakti istuinluun kärkeen on saavutettu, etusormella aikaansaadaan tila anteriorisella puolella istuinluun kärjen yläpuolelle. Katso kuvaa 8A. Tämän dissektion vuoria on suoratta kulunut lantion-sivusseinämän ja aikaansaa noin 2 cm levein ja 3 cm korkean tilan. Anteriorisessa dissektiossa ei dissektida risttiin-sellikankaristiä. Tämä dissektio aikaansaa kanavan istuinkärjen yläpuolelle anteriorisella puolella ja lantiokalvon jänteekaaren, siseennän pettäjälihaksen ja sen-seinänäidedalos kalvon yläpuolelle. Suorita sama dissektio potilaan vasemmalle puolelle.

Esivesikaatista kudosta ei tarvitse poimuttaa. Jos ve poimutetaan, ainoastaan kudoksen keskiosa poimutetaan. Tätä osastan dieseksotan alueen teteminen liian kapeaksi. Suorita verkkoimplantin esivesikaalisen kudoksen päälle niin, että nauhojen taskut osoittavat ylöspäin. Jos verkko kiinnitetään, se on toi-hävä tässä vaiheessa toim-empidettä sijottamalla ommel, esim. 2-0 MONOCRYL tai pinnoitetu 2-0 Coated VICRYL, emättimen kärkeen ja pujottamalla ommel verkkoimplantin kärkikeleikkeen läpi. Ommel voidaan solmita kiinni tässä vaiheessa tai pujottaen sijoittamiseen aikana. Verkkoimplantin distaaliden kiinnittämiseen on valinnaista ja se voidaan suorittaa esim. 2-0 MONOCRYL -ompeleemella.

Sijoita verkkoimplantin nauhat anteriorista sisäänviejää käyttäen anteriorisen dissektion aikaansaamiin oikean- ja vasemmanpuoleisin kanaviin istuinluun yläpuolella (edellä kuvatun mukaisesti). *HUOMAUTUS: Anteriorisen sisäänviejän kaarevat pädät kääntyvät vastakkaisiin suuntiin ja kannuksosiin pääsisi on sijaihtasuanttaa osoittavat nuolet.* Nuolen osoittaes-sa potilaan oikealle puolelle anteriorisen sisäänviejän kärki hiimenälein verkkoimplantin taskuun (kuva 8B) potilaan oikealla puolella. *HUOMAUTUS: Kiristämmen voi auttaa pitämään anteriorisen sisäänviejän taskussa.* Pidä anteriorista sisäänviejä pysyasonosasa niin, että instrumentin kaarev-osa on emättimen posteriorista seinämää vasten. Työnnä anteriorista sisäänviejää (nauhu ladattuna) nyt aiemmin aikaansaatuun kudoskanavaan (kuva 8C), kunnes kaltva kosketaa isoja häpyhuulta vastakkaisella puolella. Tämä aikaansaadaan sijoittamalla anteriorisen sisäänviejän kaareva ylöspäin ja pystysuorastaan niin, että etumosa ja tasku osoittavat istuinluun kärkeä kohti. Kun sisäänviejä on sijotettu, siirrä kahvaa alaspäin mitrei vaaksisuntaiseen asentoon samalla, kun kahvan kontaktia vastakkaisen puolen reiden kanssa ylläpidetään. *HUOMAUTUS: Virtsarakon sivun työntäminen kirurgisella valoinstrumentilla voi auttaa sisäänviejän ohjaamista kanavaan.* Haluttaessa etusormea voidaan käyttää ohjaimena kanavassa ohjaamaan anteriorisen sisäänviejä isoihin häpyhuoliin vastakkaisella puolella ennen kahvan laskemista. Sisäänviejän varovasti työntäminen ylöspäin varmistaa, että nauhojen taskut ovat oikella paikoillaan ja verkkoimplantin kääkosa on emättimen kärkeä vasten. *HUOMAUTUS: Jos nauhojen sisäänvienin aikana tuntuu vastusta, määritä vastuksen syy ennen toimenpiteen*

jatkamista. Sisäänviejän työntäminen eteenpäin tässä tapauksessa voi johtaa verkkoimplantin vaurioon tai sen työntämisen liian pitkälle, mikä voi vaurioittaa kriittisiä kudosrakenteita.

Anteriorisen sisäänviejä poistetaan nostamalla kahva takaisin pystyasentoon ennen sen poisvetämistä ja jättämällä nauha kanavaan. *HUOMAUTUS: Vie ensimmäinen nauha kokonaan sisään. HUOMAUTUS: Jos anteriorinen sisäänviejä vedetään pois ennen kuin verkkoimplantin nauha on kohteessa, nauha on poistettava, ladattava uudestaan ja vietävä uudestaan sisään.* Suorita toimenpide potilaan vastakkaisella puolella kääntämällä anteriorinen sisäänviejä toisinpäin ja viemällä pää, joka osoittaa potilaan vasenta puolta kohti toiseen taskuun. Kuvassa 8D esitetään molemmat nauhat paikoillaan sijoitettuina. *HUOMAUTUS: Toisen nauhan sijoittamisen aikana on varottava liikuttamasta verkkoimplanttia ja varmistettava, että verkkoimplantti EI ole väljentynyt.*

Sijoita verkkoimplantin nuuko löysälle alla olevan emätinkudoksen päälle. Rungon ja nauhojen toisitamista tai väljentämistä on vältettävä. Verkkoimplantin rankoa voidaan joustaa leikkaaman emättimen kovaa tai lateraalisessa dissektioiessa riippuen. Emätinepiteelin voidaan leikata, mutta liiallista emätinepiteelin poistamista on vältettävä. Sulje epiteeli verkkoimplantin päälle ilman liiantässa ompeleita (kuvatan alla, kuva 8E). Verkkoimplantin lopulliseen sijainti anteriorisella puolella esitetään kuvassa 8F.

*HUOMAUTUS: Varmista, että hemostaasi on saavutettu ennen emätinviillon sulkemista ja sen sulkemisen jälkeen.*

Sulje emätinviillot ilman liinutäistä tai kahdeksikko-ompeleita. Tämä estää emätinepiteelin devaskularisaatiota vältokolähesä ja vähentää verkon eruusiota. Suositellaan meneltä epiteelin sulkemista kahdessa kerroksessa vahvistaen vaihvan unnenimen aikaansaamiseksi emätinviilossa. Sulje alempi kerros jatkuvalla epitesaliaalista eli limittäistä ompeleella käyttäen esim. 2-0 MONOCRYL-  tai antibakteerista MONOCRYL Plus™ -ommeleeseta (goligiikapiivion 25). Sulje epiteeli sitten toi-limittäistä ja/tai jatkuva piptn-ompeleella käyttäen esim. pinnoitetua 2-0 Coated VICRYL-  tai pinnoitetta antibakteerista Coated VICRYL Plus™ -ommelaineetta (polyglaktiin 910). *HUOMAUTUS: Verkkoimplantti sijoitetaan emättimen yläosaan, eikä verkkoimplanttia saa leikata sisenmkain koknannnekoen alapuolelta.* Jos kystokopsaa ei ole vielä suoritettu, suoritettaminen sitä virtsanäeden vauriodum poissulkemiseksi.

Vaihtoehtoisesti emättimen seinämä voidaan sulkea yhtenä kerroksena. Sulkutoimenpiteessä voidaan käyttää ei-limittäsiistä posto-ompeleita (ja yksitäisiä ompeleita esim. pinnoitettua 2-0 Coated VICRYL- tai pinnoitettua 2-0 Coated VICRYL Plus -ommelaineetta.

### Posteriorisen emättimen korjaustoimenpide

Kun ainoastaan posteriorisen emätinseinämän vahvistusta tarvitaan, käytä ainoastaan posteriorista lantionpohjan GYNECARE PROSIMA -korjausjärjestelmää. Siihen kuuluu yksi verkkoimplantti ja yntyisesti posteriorisen emätinkorjaustoimenpiteeseen tarkoitettu posteriorinen sisäänviejä. Kun tarvittavat emätinviellät ja dissektiot on tehty, aikaansaadaan kudoskanavat posteriorisella puolella verkkoimplantin nauhojen sijoittamiseksi posteriorista sisäänviejää käytäen. *HUOMAUTUS: Posteriorista sisäänviejää ei saa käyttää kudoksen dissektiointiin.*

#### Posteriorinen emättimen ja kanavan dissektio

Imuta posteriorisen emätinepiteeli peräaukon etuosan kudoksesta. Kuten anteriorisen emättimen seinämän kohdalla, posteriorinen emättimen seinämä dissektoidaan sen koko paksuudelta. Tämä dissektio pitäisi suorittaa epiteelialisena hydrodissektiona. Jatka dissektiota lateraalisesti kummallekin puolella perinaeben kohottajalihaksiin istuinluun kärjen tasolle. Jatka dissektiota kummankin kohottajalihaksen läpi ristilsuu-sellikankaistseeem, mutta ei niiden läpi, aikaansaaden kanavat, joihin verkkoimplantin nauhat sijoitetaan. Katso kuvaa 9A.

Puhallalle esiintyvän anteroseben hallinta on valinnaista, mutta jos se suoritetaan, se voidaan suorittaa tässä vaiheessa toimenpidettä kirurgin harkinnan mukaisesti.

#### Posteriorisen verkkoimplantin sijoittaminen

Peräaukon etuparistsa kudosta ei tarvitse poimuttaa. Jos perinauksin etupuolinen kudos poimutetaan, ainoastaan perisaukon etuparisen kudoksen keskiosa paimutetaan. Tätä estätään dissektoidun alueen teemisen liian kapeaksi. Sijota verkkoimplantti perisaukon etuparisen kudoksen päälle niin, että nauhojen taskut osoittavat ylöspäin. Jos verkkoimplantti kiinnitetään, se on tehtävä tässä vaiheessa toimenpidettä sijoittamalla ommel, esin. 2-0 MONOCRYL tai pinnoitettu 2-0 Coated VICRYL, emättimen kärkeen ja pujottamalla ommel verkkoimplantin kärkileeikkeen läpi. Ommel voidaan solmia kiinni tässä vaiheessa tai nauhojen sijoittamisen aikana. Verkkoimplantin distaaliosan kiinnittäminen on valinnaista ja se voidaan suorittaa esim. 2-0 MONOCRYL- tai pinnoitettella 2-0 Coated VICRYL -ommelaineella.

Sijoita verkkoimplantin nauhat posteriorista sisäänviejää käyttäen dissektion aikaansaamiin oikean- ja vasemmanpuoleisiin kanavien kummpainkin ristilsu- selkikarikaisden kohti (edellä kuvatun mukaisesti). Tuntu posteriorisen sisäänviejän suoralla neulatavakiitä tettfefuuu kuvaan 9B mukaisesti. *HUOMAUTUS: Aseta neulankuljettimen kärki posteriorisen sisäänviejän suoraan lovelliseen päähän.* Varmista, että kiinnitetty posterioriven sisäänviejä on samassa linjassa neulankuljettimen kahvan kanssa. Työnnä posteriorisen sisäänviejän kärki potilaan oikealla puolella olevaan tähnaslaskaaan (kuva 9B). Ohjaa posteriorinen sisäänviejä nyt nauha ladattuna aiemmin aikaansaatuun kudoskanavaan (kuva 9C) neulankuljettimen kahvan ollessa pystyasunonassa. Kun nauha koko pituudeltaan kanavaan niin, että nauhan aiatoa kosketaa sidekudosulakotta yläosaa. *HUOMAUTUS: Vie ensimmäinen nauha kokonaan sisään. Jos sisäänviejä vedetään pois ennen kuin nauha on kohteessa, nauha on poistettava, ladattava uudestaan ja vietävä uudestaan sisään. HUOMAUTUS: nauhaa ei saa vielä liian syvälle kriittisten kudosrakenteiden vaurioiden estämiseksi. HUOMAUTUS: Jos nauhojen sisäänvienin aikana tuntuu vastusta, määritä vastuksen syy ennen toimenpiteen jatkamista. Sisäänviejän työntäminen eteenpäin tässä tapauksessa voi johtaa verkkoimplantin vaurioon tai sen työntämiseen liian pitkälle, mikä voi vaurioittaa kriittisiä kudosrakenteita.* Vedä posteriorinen sisäänviejä pois sisäänvientireiteitä pitkin ja nauha jätetään kanavaan. Nauhat kosketavat ristiluu-selkikankaisteita, mutta eivät penetroi niitä. Älä väjennä ompeleita rustiluu-selkikankaisista varmistaaksesi posterorisen tuki toisti- mpeleita (kuvataan alla). Verkkoimplantin lopullinen sijainti posteriorisella puolella esitetään kuvassa 9E.

Sijoita verkkoimplantin nauko löysälle alla olevan emätinkudoksen päälle. Vältä verkkoimplantin rungon ja nauhojen toisitamista tai väljentämistä. Verkkoimplantin rankoa voidaan joustaa leikkaamaan emättimen kuovaa tai lateraalisesta dissektioiessa riippuen. Posteriorisen seinämän emätinepiteeli voidaan leikata, mutta liiallista emätinepiteelin poistamista on vältettävä. Sulje posteriorinen emätinseinämän ompeli verkkoimplantin päälle ilman liinutäistä ompeleita (kuvataan alla). Verkkoimplantin lopullinen sijainti posteriorisella puolella esitetään kuvassa 9E.

*HUOMAUTUS: Varmista, että hemostaasi on saavutettu ennen emätinviillon sulkemista ja sen sulkemisen jälkeen.*

ETH.MESH.02341420

Sulje enätinviillot ilman liinnittäisiä tai kahdeksikko-ompeleita. Tämä estää emätinepiteeliin deyaskularisaatioita vältäkoahdassa ja vähentää verkon eroosiota. Suosittelemme epiteelin sulkemista kahdessa kerroksessa suhteellisen vahvan ommetin akkusnaamerkkina emätinviillaksa. Sulje alempi kerros jatkuvalla epiteelinkeskillä ei liimittäislä ompeleilla käyttäen esim. 2-0 MONOCRYL -tai antibakteerista 2-0 MONOCRYL Plus -ommelainetta. Sulje epiteeli sitten ei-liimittäisillä jatkuvilla pinto-ompeleilla käyttäen esim. pinnoitettua 2-0 Coated VICRYL -tai pinnoitettua 2-0 Coated VICRYL Plus -ommelainetta. **Verkkoimplantti sijoitetaan emättimen sisempään osaan, eikä verkkoimplanttia saa leikata sisemmän kolmanneksen alapuolelta.** Toimenpiteen jälkeen on suoritettava tuseeraus rektaalivauurioiden poissulkemiseksi.

Vaihtoehtoisesti emättimen seinämä voidaan sulkea yhtenä kerroksena. Sulkutaimenpiteessä voidaan käyttää ei-liimittäisiä pinto-ompeleita tai yksittäisiä ompeleita esim. pinnoitettua 2-0 Coated VICRYL -tai pinnoitettua 2-0 Coated VICRYL Plus -ommelainetta.

**Yhdistettyy anteriorinen ja posteriorinen emättimen korjaustoimenpide**
Kun emättimen seinämää on tuettava sekä anteriorisesta että posteriorisesta puolelta, käytetään yhdistettyä lantionpohjan GYNECARE PROSIMA -korjausjärjestelmää. Tähän kuuluu kaksi identtistä verkkoimplanttia, yksi anteriorista korjausta ja toinen posteriorista korjausta varten. Käytä ainoastaan kaarevaa anteriorista sisäänviejää anteriorisen puolen korjaukseen ja ainoastaan suoraa posteriorista sisäänviejää posteriorisen korjaukseen. Suorita anteriorinen ja posteriorinen emättimen korjaustoimenpide yllä kuvatulla tavalla. Suosittelemme, että anteriorinen toimenpide suoritetaan ensin. Verkkoimplanttien lopullinen sijainti anteriorisella ja posteriorisella puolella esitetään kuvassa 10. Kun toimenpide on suoritettu, kystoskopiaa suositellaan virtsateiden vaurioiden poissulkemiseksi. Tuseeraus on suoritettava rektaalivaurioiden poissulkemiseksi.

**GYNECARE PROSIMA -järjestelmän käyttö, kun kohtua ei poisteta (kohdun ripustus)**
Jos laskeuman sisäällävää kohtua ei poisteta, verkkoimplantin kärkikielekkeet kiinnitetään kohdunkaulaan. Verkkoimplantti kiinnitetään kohdunkaulaan häpyluu-kohdunkaulan renkaan tasolla anteriorisen tai posteriorisen emättimen korjaustoimenpiteen aikana.

Kun kohtua ei poisteta anteriorisen emätinkorjaustoimenpiteen aikana, häpyluu-kohdunkaulan rengas otetaan esin anteriorisen emättimen dissektion aikana. Sijoita 2-0 PROLENE -ommel tukevasti kiinni häpyluu-kohdunkaulan renkaan anteriorselle puolelle. Sama ommel kiinnitetään verkkoimplantin kärkikielekkeen läpi, kieleckkeen PROLENE-ommel solmitaan sen jälkeen, kun verkkoimplantin nauhat ovat paikollaan. Tämä kiinnittää verkkoimplantin kohdunkaulan anteriorselle pinnalle häpyluu-kohdunkaulan renkaan tasolla ja varmistaa, että verkkoimplantti laajenee emättimen kanssa, kun emättimää on sijoitettu asianmukaisesti.

Kiinnitä posteriorisessa korjaustoimenpiteessä verkkoimplantti posteriorisen kohdunkaulan häpyluu-kohdunkaulan renkaan tasolle tai yläpuolelle. Peräsuoli-kohtusysteerve voidaan avata, kun verkkoimplanttia kiinnitetään kohdunkaulaan. Sulje vatsakalvo tämän ompeleen yläpuolelta sen estämiseksi, että suoli ei kiinnity verkkoimplanttiin, Jos kirurgi päättää olla avaamatta peräsuoli-kohtusysteenttiä, häpyluu-kohdunkaulan rengas tulee esiin posteriorisen emätindissektion aikana. 2-0 PROLENE -ommel sijoitetaan tukevasti kiinni häpyluu-kohdunkaulan renkaan posteriorselle puolelle. Sama ommel kiinnitetään verkkoimplantin kärkikielekkeen läpi, PROLENE-ommel sidotaan sen jälkeen, kun verkkoimplantin nauhat ovat paikollaan. Tämä kiinnittää verkkoimplantin kohdunkaulan posteriorselle pinnalle häpyluu-kohdunkaulan renkaan tasolle.

Kun verkkoimplanttia käytetään sekä anteriorisen että posteriorisen emätinkorjaustoimenpiteeseen, ne on kiinnitettävä kohdunkaulan anterioriselle ja posterioriselle puolelle yllä kuvatun mukaisesti (kuva 11).

**Verkkoimplantin hygienia**
Huolehdi emätinviilojja kirurgisen toimenpiteen aikana keittosuolaliuoksella. Minimoi verkkoimplantin käsittely ja huolehkdi asianmukaisesta hygieniasta.

**Emättimen ja pallon sijoittaminen**
Kun toimenpide on suoritettu, sijoita emättimeen oikeankokoinen emätintuki ja pallo, ja ompele ne paikalleen ritoamisen estämiseksi. Emätintuesta on saatavana kolme eri kokoa (pieni, keskikokoinen ja suuri) ja kirurgi voi räätälöidä sen potilaan emättimen pituuden mukaan seuraavasti.

**Emättimen sovittaminen ja leikkaaminen**
Emätintuki toimitetaan suurimmassa mahdollisessa koossa. Potilaalle sopivankokoinen emätintuki mitataan käyttämällä emätintukea itseään koon arvioitiin. Suurikokoisen emätintuki sijoitetaan emättimeen laajemetan käjen ja emättimen ulkoaukon välinn. Emätintuki viedään emättimeen taritamalla sen leveimpiän kohtaan ja taivuttamalla se pituusssuuntaan niin, että pallo osoittaa ylöspän (kuva 12). Emätintuen leveän osa viedään sisään ensin niin, että remetentukit sijoittaat juuri emättimen ulkoaukon yläpuolelle. **Emätintukia ei saa leikata laajemetan emättimien kuon mittaamisen aikana.** Emätintuki on oikeankokoinen, kun emätintuki suut ja laagin-netun emättimen sivemäkin kolmanneksen reän, että distaaliplaää ja ommelreikät ovat 1 cm emättimen ulkoaukon yläpuolella (kuva 13).

Jos suuri koko sopii, emätintukea ei tarvitse leikata. Jos potilaalla käytettään keskikokoa, ylöra poistetaan varovasti leikkaamalla käyttäen aineasti aan kaareviin Mayo-saksien kärkkiä ja leikkaamalla ylöra pienimä osina viarmistaen samalla, että leikkauspinaa on tasainen. Leikkausalueella jääviän maeteriaalin määrää on minimoitava vaurioiden huolelisesti. **Enätintukia on mitoitettava erittäin huolellisesti. Kun emätintuki on leikattu, sitä ei voi palauttaa suurempaan kokoiseksi eikä leikattuja osia kiinnitttää uodelleen.** Siirä pallo pois teltä leikkaamisen ajaksi (ks kuva 14). **Palloa on varottava vaurioittamasta emättimen leikkaamisen aikana.**

Jos keskikoko on sopiva, emätintukea ei tarvitse leikata eisempää. Jos pientä kokoa halutaan käyttää, jäljellä oleva leikatara osa poistetaan yllä annetujen ohjeiden mukaisesti. Siirä pallo pois teltä leikkaamisen ajaksi sen vaurioitumisen estämiseksi.

Kun emätintuki on mitoitettu oikein ja pallo sirvetty takaisin paikalleen, kokoonpano voidaan viedä sisään polilaan emättimeen. **Palloa perforoinnin minimoimiseksi enättin insrtrumenttnja ei saa käyttää apuna onustamaan emätintuen tai pallon sijäänviehtö.** Jos pallo vaurioituu, poista se emätintuesta ja käytä pumpulimateriaalia emätintienteon liuytämiseen.

Kun kokoonpano on sijotettu asianmukaisesti potilaan laajennetun emättimen sivemäkin kolmannekseen, kiinnitä emätintuki paikalleen yhdellä ompeleella kummankin ommelreikän läpi posteriorseen emättimen seinämän epiteeliin. lateraalisesti ja emätintuen ulkoaukon ylöpuolelle molemmille puolille kuten 15 mukaisesti kite 4.00:n ja 8.00:n kohdalla. Sido oikean- ja vasemmanpuoleiset ompeleet vuorotellen pitkien emätintukea tukevasti paikalleen emättimessä. **Palloa ei saa puhkaista, kun emätintukea ommellaan kiinni paikaleen.** Kiinnittäämiseen suositellaan pinnoitettua 2-0 Coated VICRYL -ommelaine tta tai vastaavaa resorboituvaa ommelainetta.

**Pallon täyttäminen**
Kun emätintuki on ommeltu paikalleen, lukitse pakkaksken mukana toimitettu 50 ml:n ruisku pallon ventiilin kiänteän ällä. **HUOMAUTUS: Katoroi potilas virtsan kertymisen välttämiseksi emätintuen sijoittamisen jälkeen.** Täytä ruiskua ensin pienellä määrällä huonnoilmaa (kuva 16) ja pidppä sitten pallon koko mitattaan sormella sen varmistamiseksi, että pallo on aktivoitunut ja sijaitse emättimessä koko emättimen pituudelta. Kun aktiivointi on varmistettu, poista sormi ja jatka pallon täyttämistä, kunnes ainoastaan sormenpää sopii kunvolla emättimen aukkoon pallon ja emättimen seinämän välissä. Emätintukea on ollabuttavaa palloa täytettäessä. Täytetty pallo kiinnittää verkkoimplantin emättimen seinämään. Pallon täyttölin suadittava ilmamääärä riipuu potilaasta. **HUOMAUTUS: Pallon enimmäistäyttötilavuus on 90 ml.** Kun pallo on riittävän tyesi, irrota ruisku venttilistä sitä kääntämällä.

Pallon täyttölekkun on tultava ulos emättimestä ja se on kiinnitettävä potilaan reiteen. Korkki on kiinnitettävä pallon venttiiliin ja varmistettava, että pallossa yläpidetään määritettyä ilmatilavuutta (kuva 7). **HUOMAUTUS: Älä kiristä korkkia liikaa.** Tarvittaessa palloa voidaan säätää myöhemmin käyttäen vakiomallista ruiksua pallon sisällä olevan ilmamäärän lisäämiseksi tai vähentämiseksi. Palloa voidaan palpoida reiden tahansa tai varmistaa visuaalisesti, että sinä on riittävästi ilmaa. **HUOMAUTUS: Kun potilas liikkuu, pallo asettuu emätintunteloon ja voi näyttäää, että sen paine nousee tai laskee. Tämä on normaalia.**

**HUOMAUTUS: Palloa ei saa irrottaa emätintuesta ennen käyttöä.**

**HUOMAUTUS: Palloa ei saa täyttää ennen sen sisäänvientiä emättimeen.**

**HUOMAUTUS: Jos pallon täyttäminen jälkeen emätintuen ommelreikit ovat siirtyneet yli 1 cm emättimen ulkoaukon yläpuolelle tai jos ommelreikit ovat lisäen kireällä, pallon painetta on laskettava ja emätintuki tarvittaessa sijoitettava tai mitoitettava uudelleen.**

**HUOMAUTUS: Jos palloasa näkyy reikiä tai jos vuoto on havaittu tai pallo ei pysy täytettynä sen täyttämisen jälkeen, palloa EI SAA käyttää. Pallo on poistettava emätintuesta ja hävitettävä asianmukaisesti. Käytä vakiomallista pumpulipakkausmateriaalia pallon sijasta.**

**HUOMAUTUS: Jos pallon liitin irtoaa emätintuesta, se on työnnettävä takaisin paikalleen.**

**HUOMAUTUS: Pallon täyttölektkua ei saa kiinnittää emättimeen.**

**HUOMAUTUS: Vaurioiden estämiseksi täyttölektkua ei saa taivuttaa liikaa, kiristää tai väantää.**

**HUOMAUTUS: Pallon kanssa ei saa käyttää pumpulimateriaalia.**

**Pallon poistaminen mittaritvusta**
Tyhjennä pallo kokonaan ja poista se potilaasta vakiomallista ruiskua käyttäen vuorokauden kuluttua. Jätä emätintuki paikalleen. **HUOMAUTUS: Palloa ei saa jättää emättimeen vuorokautta pidemmäksi ajaksi.**

1) Irrota pallon venttiilin korkki.

2) Kiinnitä vakiomallinen 50 ml:n (tai suurempi) ruisku pallon venttiilin ja tyhjennä pallo kokonaan (kuva 17). On tärkeää, että pallo tyhjennetään kokonaan ennen kuin sitä yritetään poistaa emätintuesta. **HUOMAUTUS: Kokonaan tyhjennetty pallo aiheuttaa sen, että ruiskun mäntä vetäytyy osiään ilman poistamisen jälkeen.**

3) Poista ruisku.

4) Pallo voidaan nyt irrottaa emätintuesta poistaa potilaasta vetämällä sitä varovasti kaudaalisen ja suuntaan täytölektkusta pallon liittimen lähestä ja pitämällä samalla varovasti sormella kiinni emätintuen distaalipäästä. Katso kuvaa 18.

**HUOMAUTUS: Palloa ei saa vetää pois, eillei se ole kokonaan tyhjä eikä vastusta tunnu. Jos vastusta tuntuu, määritä vastuksen syy ennen toimenpiteen jatkamista. Pallon sisäänvieminen tai poistettäminen jatkaminen vastusta tunnettaessa voi johtaa emättimen liikkumiseen ja/tai emätintuentien kudosvaurioon. Täyttölinen pallon tyhjentyminen varmistetaan kiinnittämällä ruisku uudestaan ja palautamalla kaikki ilma ennen pallon poistamista.**

**Emätintuen poistaminen potilaasta**
Poista emätintuki potilaasta sen jälkeen, kun parantuminen on riittävää, noin 3–4 viikon kuluttua toimenpiteestä. Tähän mennessä resorboituvat ompeleet ovat mahdollisesti sulanet tai menettäneet riittävästi vetolujuuttaan ja emätintuki voidaan poistaa helposti ilman ompeleiden aiheuttamaa vastusta. **HUOMAUTUS: Poistamistoimenpiteessä voidaan joutua leikkaamaan mahemmat ompelet. HUOMAUTUS: Emätintukea ei saa jättää emättimeen 4 viikkoa pidemmäksi ajaksi.** Poista kaiskki emätintuen kiinnitysompeleet. Irrota emätintuki manuaalisesti emätkinavanasta kuvien 19 mukaisesti.

**Perioperatiivinen hoito**
Profylaktista antibioottilääkitystä voidaan antaa kirurgin normaalin käytännön mukaisesti. Antibioottihoitoa voidaan jatkaa toimenpiteen jälkeen kirurgin harkinnan mukaan. Profylaktista trombemboliista hoitoa voidaan antaa.

Kirurgin on kerrottava potilaille, että emättimeen leikkauksen jälkeen neljäkä viikoka järrestävän emättimen tarkoitus on tukea emätintä verkko varoen parantomispeoessia aikana. Potilaalle on kerrottava, että emätintuki poistetaan leikkaukologikkeiden seurantakäyntiin aikana, noin 4 viikkoa leikkauksen jälkeen. Potilaalle on kerrottava, että leikkauksen jälkeen voi esiintyä emätinvuotoa ja emätintuki voi liikkua jonkin verran alaspän. Jos potilas tuntee, että emätintuki on liikkunut alaspän, hän voi tyntää sitä varovasti ylöspän mukavanpaan asentoon. Jos emätintuki aiheuttaa huonottavaa epmukavuutta, potilaan on pyydettävä ottamaan yhteyttä lääkäriin.

Kun potilas kotiiutetaan sairaalasta, häntä on neuvottava pidättäytymään vaativista rasituksesta 3–4 viikon ajan. Tänä aikana lantioalueen kassva sisäin verkkoimplantin ja potilas on ohjava normaalit päivärutiinit. Potilasta on neuvottava välttämään yhdyntöjä vähentään 6 viikon ajan leikkauksen jälkeen. Lantionpohjan voimistelua voidaan suositella välttimättsiä leikkauksen jälkeen.

**SUORITUSKYKY**
Eläimillä suoritetut kokeet osoittavat, että GYNECARE GYNEMESH PS -verkon asettaminen aiheuttaa minimaalisen tai vähäisen tulehdusreaktion, jokka on täkspätästä ja joska jälkeen ohut, kulttuurinen kudoskerros kiinnityy verkkoon ja sni kanssa verkon rökiöen läpi, mikä yhdistää verkon saoristopuolen kudokseen. Verkon säilyy pehmänä ja joustavana, eikä se haittaa näkyväsati normaalaa haavan paranemisprosessia. Materiaali ei resorboidu, eikä se myökää hajoaa tai kielleneen kuodostymisyhteen vaikutuksesta.

**KONTRAINDIKAATIOT**
• Kun GYNECARE GYNEMESH PS -verkkoa käytetään vastasynnyteillä, lapsilla, raskaana olevilla naisilla tai raskautta suunnittelevilla naisilla, kirurgin on otettava huomioon, ettei verkko veny merkittävästi potilaan kasvaessa.
• GYNECARE PROSIMA -järjestelmä ei saa käyttää raskaana olevilla naisilla tai potilailla, joilla esiintyy infektiota tai emättimen, kohdunkaulan tai kohdun syöpää.

**VAROITUKSIA JA VAROTOIMIA**
• Käytäjän on tunnettava lantionpohjan korjauksia ja resorboitumattomia verkkoja koskevat toimenpiteet ja menetelmät ennen lantionpohjan GYNECARE PROSIMA -järjestelmän käyttöä.
• GYNECARE PROSIMA -järjestelmän käyttöö ei ole arvioitu täysin potilailla, joilla on vaihteen IV-lantionebriin laskeuma. Tästä syystä sen käyttö nälijä potilalla ei suositella.
• Hyväksytyijä leikkausmenetelmiä on noudatettava GYNECARE PROSIMA -toimenpiteessä ja tulehtuneiden tai kontaminoituneiden haavojen hoidossa.
• GYNECARE PROSIMA -järjestelmä ei saa käyttää, jos kirurgisen toimenpidealueen epäilllään olevan tulehtunut tai kontaminoitunut. Jos verkkoimplanttia tai emätintuki-palokokoonpanoa käytetään kontaminoituneella alueella, on otettava huomioon että myöhempi infektio voi vaatia sen poistamista.

**ETH.MESH.02341421**

- Leikkauksen jälkeen potilasta on neuvottava pidättäytymään raskaiden esineiden nostamisesta ja/tai liikunnasta (esim. pyöräily, hölkkä) 3–4 viikon ajan, sekä pidättäytymään yhdynnästä 6 viikon ajan, tai kunnes lääkäri päättää milloin potilas voi palata normaaleihin toimintoihin.
- Emätintukosa ei saa jättää emättimeen 4 viikkoa pidemmäksi ajaksi.
- Palloa ei saa jättää emättimeen vuorokautta pidemmäksi ajaksi.
- GYNECARE PROSIMA -järjestelmän osia ei ole tarkoitettu käytettäväksi muiden kuin tässä tuoteselosteessa mainittujen laitteiden kanssa.
- Vältä kiristämistä verkkoimplanttia liikaa käsiteltyn aikana.
- Käytä GYNECARE PROSIMA -järjestelmää varovaisuutta noudattaen ja potilaan anatomia huomioon ottaen verisuonten, hermojen, virtsarakon ja suoliston vaurioiden sekä emätinseinämän perforaation välttämiseksi. GYNECARE PROSIMA -järjestelmän komponenttien oikea käyttö minimoi riskejä.
- Täytä pallo ainoastaan huonoilmalla.
- Palponti varmistaa, että pallossa ei ole ilmavuotoja sen täyttämisen jälkeen. Ilman tyhjentyminen kokonaan rajoittaa pallon tehokkuutta.
- Pallon venämä on ohut tievottujen tulonten aikaan aamiseksi. Punktiot, leikkaaminen, kolhaisut, puristuminen tai liika paine voi johtaa pallon tyhjentymiseen. Pallo voidaan puhkaista helposti neulalla tai skalpellilla tai se voi revetä, jos sitä käsitellään tylpällä instrumentilla. Vaurioiden estämiseksi palloa on käsiteltävä varovasti. Vaurioituatta palloa ei saa käyttää. Poista pallo ja käytä pumpputuumeriosalla.
- Pallon enormäistöytöölavuus on 90 ml. Palloa ei saa ylitäyttää. Pallon ylitäyttäminen voi aiheuttaa potilaan epämukavuutta, kudosnekroosia, emätinvillon repeytymisiä toimenpiteen jälkeen tai virtsaonkkyvyttömyttä.
- GYNECARE PROSIMA -järjestelmää ei saa käyttää potilailla, joille annetaan antikoagulanttihoitoa.
- Leikkauksen jälkeen voi esiintyä vereenvuotoa. Kaikkia oireita tai merkkejä on seurattava ennen kuin potilas kotiutetaan.
- Potilasta on kehotettava ottamaan välittömästi yhteyttä kirurgiin, jos hänellä esiintyy kipua virtsatessa, verenvuotoa tai muita ongelmia.
- Vaikka virtsarakon vaurioituminen on epätodennäköistä tätä menetelmää käytettäessä, kystoskopiaa suositellaan.
- Vaikka rektaalinen vaurio on epätodennäköisistä tätä menetelmää käytettäessä, tuseerausta suositellaan.
- GYNECARE GYNEMESH PS -verkkoimplantti ei saa koskettaa hakasia, klipsejä tai puristimia, sillä ne voivat aiheuttaa verkon mekaanisia vaurioita.
- Verkkoimplanttia ei saa sijoittaa emättimen uloreepaan kolmannekseen. Tarvittaessa verkkoimplanttia on leikattava uloimman kolmanneksen ja keskimmäisen kolmanneksen yhtymäkohdasta.
- Profylaktista antibioottilääkitystä voidaan antaa kirurgin normaalin käytännön mukaisesti.

**HAITTAVAIKUTUKSET**

- Mahdollisia haittavaikutuksia ovat normaalit, kirurgisesti asetettujen materiaalien yhteydensä havaitut haittavaikutukset, mukaan lukien infektion lisäntyminen, tulehdus, kiinnikkeiden muodostuminen, fisteleiden muodostuminen, eroosio, ulostyöntyminen ja arpeutumisesta aiheutuva implantin supistuminen.
- **Mahdollisia haittavaikutuksia ovat normaalisti lantionelinten laskeumien korjaustoimenpiteisiin liitetyt haittavaikutukset,** mukaan lukien kipu yhdynnän yhteydessä ja lantiokipu. Nämä voivat parantua itsestään ajan kuluessa.
- Dissektion tai verkon sijoittamisen yhteydessä saattaa tapahtua kirurgista korjausta vaativa verisuonten, hermojen, virtsarakon, virtsaputken tai suolen lävistyksiä tai repeämiä.
- Lantionpohjan korjaustoimenpiteissä suoritettavat dissektiot voivat haitata normaalia virtsaamista vaihtelevanpituisen ajan.

**STERILIYS**

GYNECARE PROSIMA -järjestelmät on steriloitu etyleenioksidilla. GYNECARE PROSIMA -järjestelmän mitään osaa EI SAA STERILOIDA UUDELLEEN. GYNECARE PROSIMA -järjestelmän mitään osaa EI SAA KÄYTTÄÄ UUDELLEEN. Tämän laitteen (tai laitteen erien) uudelleenkäyttäminen voi aiheuttaa taaritseen hauraustumisen ja likaantumisen, mikä voi johtaa infektioon tai veren mukana kulkeutuvien patogeenisten siirtymisen potilaaseen ja käyttäjään. Ei saa käyttää, jos pakkaus on auki tai vaurioitunut. Hävitä avatut, käyttämättömat GYNECARE PROSIMA -järjestelmän komponentit.

**LAITTEEN JA TARVIKKEIDEN HÄVITTÄMINEN**

Hävitä GYNECARE PROSIMA -järjestelmän komponentit ja pakkausmateriaalit sairaalan biomateriaaleja ja tartuntavaarallisia jätteitä koskevien ohjeiden mukaisesti.

**SÄILYTYS**

Suositeltavat säilytysolosuhteet: kontrolloitu huoneen lämpötila ja suhteellinen kosteus (noin 25 °C, 60 % suhteellinen kosteus), etäällä kosteudesta ja suorasta lämmöstä. Ei saa käyttää viimeisen käyttöpäivän jälkeen.



Tuotetarrojen symbolit

$CE$ 0086
CE-merkintä ja sen viranomaisen tunnusnumero, jolle ilmoitus on tehty. Tuote on lääkärinkäläisistä laitteista annetun direktiivin 93/42/ETY olennaisten vaatimusten mukainen.

Valmistaja

LOT Eränumero

Ei saa käyttää / steriloida uudelleen

Lue käyttöohjeet

Viimeinen käyttöpäivä — vuosi ja kuukausi

STERILE EO Steriloitu etyleenioksidilla

ETH.MESH.02341422



# Gynecare
# PROSIMA™

Système de réparation du plancher pelvien antérieur
Système de réparation du plancher pelvien postérieur
Système de réparation combiné du plancher pelvien

**Lire soigneusement toutes les informations.**
Le non-respect des instructions d'utilisation peut entraîner un dysfonctionnement du dispositif et engendrer des incidents.

*MISE EN GARDE :* en vertu de la loi fédérale des États-Unis, le dispositif ne peut être vendu que par un médecin ou sur sa prescription médicale.

Une formation relative à l'utilisation des systèmes de réparation du plancher pelvien GYNECARE PROSIMA™ est disponible et recommandée. Contacter le responsable commercial de la société en vue d'organiser cette formation.

**INDICATIONS**

Par la mise en place de treillis à mailles souples en PROLENE™ non résorbables GYNECARE GYNEMESH™ PS, les systèmes de réparation du plancher pelvien GYNECARE PROSIMA sont indiqués pour le renforcement des tissus et une stabilisation de longue durée des structures fasciales du plancher pelvien. Ces systèmes ont un rôle de support mécanique et/ou de matériau de pontage des défauts fasciaux. Ces systèmes assurent le maintien du conduit vaginal durant la période de cicatrisation qui suit la réparation du prolapsus vaginal, tout en maintenant en place les implants en treillis.

**DESCRIPTION**

Les systèmes de réparation du plancher pelvien, antérieur, postérieur et combiné GYNECARE PROSIMA sont constitués de prothèses prédécoupées de treillis GYNECARE GYNEMESH PS et d'instruments facilitant leur mise en place et leur maintien en post-opératoire (voir figure 1). Le tableau suivant récapitule les composants inclus dans chaque système :

| SYSTÈME DE RÉPARATION DU PLANCHER PELVIEN | Prothèse dans son emballage (A) | Ensemble du dispositif de soutien vaginal et du ballonnet (B&C) | Introducteur antérieur (D) | Introducteur postérieur (E) | Seringue (F) |
|---|---|---|---|---|---|
| Antérieur | 1 | 1 | 1 | | 1 |
| Postérieur | 1 | 1 | | 1 | 1 |
| Combiné | 2 | 1 | 1 | 1 | 1 |

Tableau 1 – Composants du système de réparation du plancher pelvien GYNECARE PROSIMA

**TREILLIS GYNECARE GYNEMESH PS**

Le treillis GYNECARE GYNEMESH PS est composé de filaments tricotés de polypropylène extrudés, dont la composition est identique à celle du fil de suture chirurgical PROLENE™ en polypropylène (ETHICON, INC.). Lorsqu'il est utilisé comme fil de suture, ce matériau est rapporté comme non-réactif et conserve sa résistance indéfiniment lors d'une utilisation clinique. Le treillis présente une résistance, une durabilité ainsi qu'une bonne adaptabilité chirurgicale, avec une porosité suffisante pour permettre la colonisation tissulaire nécessaire. Des mono-filaments bleus PROLENE sont incorporés dans le treillis pour lui conférer des stries de contraste. Le treillis est composé de fibres mono-filamentaires de diamètre réduit, tricotées selon un modèle unique, avec pour résultat un treillis approximativement 50 % plus souple que le treillis standard PROLENE™ en polypropylène. Le treillis est tricoté selon un procédé qui permet d'obtenir une maille interlock qui lui assure une extensibilité bidirectionnelle. Cette construction fait que le treillis peut être découpé selon la forme et la taille désirées, sans démaillage. Cette extensibilité bidirectionnelle permet une adaptation aux diverses anatomies de l'organisme.

**La prothèse**

Les prothèses sont fabriquées à partir d'un treillis GYNECARE GYNEMESH PS. Elles sont prédécoupées en forme de Y pour la réparation des déficiences vaginales antérieures, postérieures et/ou apicales. Voir la figure 2. La prothèse possède un corps central et deux bras. Il existe une languette apicale sur l'extrémité proximale de la prothèse pour la maintenir en place par un point de suture et minimiser son déplacement lors de la mise en place des bras. L'échancrure sur l'extrémité distale de la prothèse facilite son alignement. Il existe des poches préformées au sommet des bras pour permettre leur mise en place avec des introducteurs. La prothèse est fournie dans son emballage composé de Tyvek non recouvert et d'un film plastique transparent, conçu pour un retrait facile de la prothèse.

**L'introducteur antérieur**

L'introducteur antérieur est un instrument à usage unique, conçu pour faciliter l'insertion des bras de la prothèse dans les tunnels tissulaires antérieurs préalablement disséqués. *REMARQUE : l'introducteur antérieur n'est pas indiqué pour la dissection des tissus.* Il est conçu pour être compatible avec les poches situées au sommet des bras de la prothèse afin de faciliter leur mise en place des deux côtés de la patiente, dans le compartiment antérieur. Voir les figures 3 et 4.

**L'introducteur postérieur**

L'introducteur postérieur est un instrument à usage unique, conçu pour faciliter l'insertion des bras de la prothèse dans les tunnels tissulaires postérieurs préalablement disséqués. *REMARQUE : l'introducteur postérieur n'est pas indiqué pour la dissection des tissus.* En raison d'une insertion courbée, un conducteur/tige souple se fixe sur l'introducteur postérieur en tant que stabilisateur. L'introducteur postérieur est conçu pour être compatible avec les poches situées au sommet des bras de la prothèse afin de faciliter leur mise en place des deux côtés de la patiente, dans le compartiment postérieur. Voir la figure 5.

**Le dispositif de Support Vaginal (DSV)**

Le DSV est un dispositif à usage unique, conçu pour conférer un support post-opératoire aux tissus vaginaux après la mise en place du treillis et la fermeture des incisions vaginales. Son extrémité apicale est l'extrémité la plus large possédant des sections découpables. Après une mesure des dimensions intérieures de la patiente, la taille du DSV est ajustée pour l'adapter à l'anatomie de la patiente en coupant aux ciseaux les sections apicales pré-marquées du DSV. Ce dernier est logé dans les 2/3 supérieurs du vagin pendant 3 à 4 semaines, puis il en est retiré. Voir la figure 6.

**Le ballonnet**

Le ballonnet est un dispositif à usage unique, conçu pour remplacer la garniture de gaze vaginale post-opératoire. Le volume du ballonnet est ajustable afin de remplir le conduit vaginal et pour que la paroi vaginale serve de contrefort à la prothèse. Le ballonnet est fourni pré-attaché au DSV. La figure 7 montre le ballonnet dégonflé, sans attache au DSV. Le ballonnet reste en place pendant un jour au maximum.

**La seringue**

Une seringue de 50 ml est fournie pour gonfler le ballonnet.

**SECTION 1 : PRINCIPES D'UTILISATION DU SYSTÈME GYNECARE PROSIMA**

La réparation du plancher pelvien antérieur utilisant le système GYNECARE PROSIMA vise à réaliser une réparation anatomique durable et standardisée du prolapsus d'un organe pelvien. En fonction de la localisation du prolapsus et des préférences du chirurgien, la réparation est antérieure et/ou postérieure. Une hystérectomie ou une conservation utérine peuvent être associées à l'utilisation du système GYNECARE PROSIMA. Si cela est indiqué pour traiter une incontinence urinaire d'effort, une réparation périnéale ou la pose d'une bandelette sous-urétrale peuvent être réalisées en même temps que l'intervention utilisant le système GYNECARE PROSIMA. On peut utiliser une bandelette rétropubienne ou sous-urétrale trans-obturatrice.

La réparation du prolapsus est réalisée grâce à la mise en place par voie vaginale d'une ou de deux prothèses. À la fin de l'intervention, un DSV avec ballonnet gonflable est introduit dans le vagin pour la prise des dimensions, puis le DSV est suturé sur place, maintenant ainsi le vagin et la prothèse (ou les prothèses) durant la colonisation tissulaire à l'intérieur des mailles. Une fois gonflé, le ballonnet remplace la traditionnelle garniture en gaze, en remplissant la cavité vaginale et fait jouer au vagin le rôle de contrefort pour la prothèse (ou les prothèses). Un jour après la chirurgie, le ballonnet est dégonflé et retiré du vagin sans déloger le DSV. Ce dernier reste en place pendant un maximum de 4 semaines après la chirurgie, tandis que la colonisation tissulaire se fait à l'intérieur des mailles de la prothèse (ou des prothèses).

**SECTION 2 : LE PRINCIPE DU PROCÉDÉ GYNECARE PROSIMA**

À la suite d'une chirurgie conventionnelle pour prolapsus d'un organe pelvien, les tissus réparés sont exposés à une augmentation de la pression intra-abdominale dans la mesure où la patiente se mobilise, tousse, vomit et pousse pour évacuer son gros intestin. Tout ce qui accroît la pression intra-abdominale peut affecter la cicatrisation de la réparation vaginale et déboucher sur un échec chirurgical et une récidive du prolapsus. En renforçant la réparation vaginale par une prothèse et en maintenant le vagin à l'aide du DSV durant les 3 à 4 semaines qui suivent l'intervention, le recours au système GYNECARE PROSIMA est conçu pour réduire le risque d'échec chirurgical et de récidive du prolapsus.

Lors d'une réparation antérieure du vagin, le corps de la prothèse doit être positionné sans tension entre la vessie et les 2/3 supérieurs du vagin, tout en s'étendant latéralement à l'arc tendineux du fascia pelvien. Lors d'une réparation postérieure du vagin, le corps de la prothèse doit être placé sans tension entre le rectum et les 2/3 supérieurs du vagin, en s'ajustant latéralement au-dessus des muscles élévateurs de l'anus. La section apicale du corps de la prothèse doit atteindre le sommet du vagin. En avant, la prothèse peut s'appliquer sur le tissu pré-vésical ou sur le col grâce à un point de bêti. En arrière, la prothèse peut s'appliquer sur le tissu pré-rectal ou le col.

Après la chirurgie, le DSV soutient les tissus du vagin et fait jouer aux tissus vaginaux le rôle d'arc-boutant pour la prothèse jusqu'à ce que la colonisation tissulaire se réalise à l'intérieur de ses mailles. La colonisation tissulaire à l'intérieur de la prothèse débute au cours des 3 à 4 semaines qui suivent la chirurgie. L'utilisation du système GYNECARE PROSIMA évite une dissection à l'extérieur de la cavité pelvienne et le passage de sutures et d'instruments à travers le foramen obturateur et le ligament sacro-épineux, rendant ainsi la chirurgie plus facile à réaliser.

**Hystérectomie**

Les préférences du chirurgien et le besoin de la patiente déterminent l'opportunité d'une hystérectomie concomitante. Lorsque cette dernière est décidée, la fermeture du cul-de-sac péritonéal est recommandée afin d'éviter un contact entre le treillis et l'intestin. La fermeture d'une incision en « T » doit être évitée, car elle augmente le risque d'exposition du treillis. Lorsqu'une hystérectomie par voie vaginale est effectuée en même temps qu'une réparation antérieure et/ou postérieure, l'incision d'hystérectomie doit d'abord être fermée transversalement. C'est ensuite que les incisions de réparation peuvent être faites de telle façon qu'elles n'aient aucun point d'intersection avec l'incision d'hystérectomie déjà refermée. Cette technique empêche la création d'une incision en « T ».

**Conservation utérine**

L'utilisation du système GYNECARE PROSIMA convient aux situations où le chirurgien ou la patiente ont décidé de conserver l'utérus.

**Incisions vaginales**

Lors de la technique GYNECARE PROSIMA, les incisions vaginales sont les mêmes que celles pratiquées par le chirurgien lors d'une réparation vaginale de routine. Ces incisions doivent être faites à travers la paroi la plus profonde du vagin afin de réduire au maximum la possibilité d'exposition du treillis.

**Mise en place de la prothèse**

Les prothèses sont maintenues en place par le DSV jusqu'à ce que la colonisation tissulaire se réalise. Raison pour laquelle il est inutile de fixer les bras de la prothèse lorsqu'ils sont en place. La partie apicale de la prothèse peut être appliquée par un point de bêti sur la ligne médiane du dôme vaginal, grâce au fil de suture de type MONOCRYL™ 2-0 (polyglécaprone 25) ou Coated VICRYL™ 2-0 (polyglactine 910). Toutefois, l'épithélium vaginal ne doit pas être suturé à la prothèse.

**Préservation du vagin**

Le retrait ou l'excision d'un excès d'épithélium vaginal doit être évité en raison d'un risque de rétraction tissulaire postopératoire. Une capacité vaginale réduite peut encore s'aggraver lorsque trop d'épithélium vaginal a été enlevé.

ETH.MESH.02341423

**Trois niveaux de support vaginal**

Pour une réparation vaginale, il existe 3 niveaux de supports vaginaux bien connus. L'utilisation du système GYNECARE PROSIMA répond aux niveaux I et II de ces supports, de la façon suivante :

**Niveau I – Suspension et support** (tiers supérieur du vagin)

Le tiers supérieur du vagin (y compris la voûte après une hystérectomie) et l'utérus sont soutenus par deux mécanismes. Le premier, un support direct à l'utérus et à la partie supérieure du vagin fourni par des paramètres (ligaments continus et utéro-sacrés) et des fibres para-cervicales. Ces fibres agissent comme des ligaments suspenseurs et proviennent du fascia du muscle piriforme, de l'articulation sacro-iliaque et des bords du sacrum. Elles s'insèrent sur le tiers supérieur latéral du vagin et sur la face postéro-latérale du col. Le second, un support indirect de l'utérus et du vagin apporté par la plaque élévatrice constituée par la fusion des muscles élévateurs droits et gauches de l'anus, situés entre le rectum et le coccyx. Le prolapsus de la voûte vaginale et de l'utérus est la conséquence d'une insuffisance de ces mécanismes de support, directs et indirects. Cette insuffisance est due à une faiblesse des muscles du plancher pelvien, des fibres suspensives des paramètres et des fibres para-cervicales supérieures. Le but de la chirurgie de niveau I du prolapsus est de reconstituer ces mécanismes de support direct et indirect. Le système GYNECARE PROSIMA répond à ces exigences en mettant les bras de la prothèse en contiguïté avec chaque muscle obturateur interne et en resserrant le fascia latéral, lors d'une réparation vaginale antérieure, et en resserrant les bras de la prothèse en contiguïté avec les ligaments sacro-épineux lors d'une réparation vaginale postérieure. Ces techniques confèrent un support direct grâce à une suspension et un support indirect grâce à la prothèse qui réalise une large zone de support pour la partie supérieure du vagin et pour l'utérus.

**Niveau II – Fixation latérale** (tiers moyen du vagin)

Le milieu du vagin est fixé directement et latéralement aux muscles de la paroi latérale du pelvis par l'arc tendineux du fascia pelvien. À ce niveau, les parois antérieure et postérieure du vagin sont tendues entre des attaches latérales, droites et gauches. L'utilisation du système GYNECARE PROSIMA établit les attaches latérales du vagin aux muscles des côtés du pelvis ; il procure également un renforcement central du fascia à la suite de la colonisation tissulaire à l'intérieur des mailles de la prothèse.

**Niveau III – Fusion** (tiers inférieur du vagin)

*REMARQUE : la dissection de cette région n'est pas nécessaire lors de l'utilisation du système GYNECARE PROSIMA.* Au niveau III, le tiers inférieur du vagin fusionne en avant avec la membrane périnéale et l'urètre. En arrière, il fusionne avec le corps du périnée et les muscles élévateurs de l'anus. Dans cette région, les tissus sont réparés sans prothèse, car celle-ci n'est pas prévue pour le tiers inférieur du vagin. Le système GYNECARE PROSIMA n'est pas indiqué aux déficits de soutien de niveau III, bien que ces déficits puissent faire l'objet d'un acte chirurgical simultané, telle une périnéorraphie.

**SECTION 3 : MODE D'EMPLOI**
*REMARQUE : les figures présentées au début du document doivent être référencées lors de la lecture de cette section.*

**Préparation chirurgicale**
La chirurgie effectuée grâce à l'utilisation du système GYNECARE PROSIMA peut être réalisée sous anesthésie générale ou locale, en fonction des préférences du chirurgien, de l'anesthésiste et de la patiente.

La patiente doit être en position gynécologique, avec les fesses légèrement en surplomb de la table d'opération et les hanches fléchies. À la discrétion du chirurgien, la vessie peut être vidée ou un cathéter est mis en place.

**Le système GYNECARE PROSIMA en post-hystérectomie**
**Réparation vaginale antérieure**
Lorsque le renforcement de la paroi vaginale antérieure du vagin seule s'avère nécessaire, il ne doit être utilisé que le système de réparation du plancher pelvien antérieur GYNECARE PROSIMA. Une fois qu'a continué une prothèse et un introducteur antérieur spécialement conçus pour la réparation vaginale antérieure. Une fois que les incisions et dissections vaginales sont faites, des tunnels tissulaires sont créés dans le compartiment antérieur pour la mise en place des bras de la prothèse en utilisant l'introducteur antérieur. *REMARQUE : l'introducteur antérieur ne doit pas être utilisé pour la dissection des tissus.*

*Dissection vaginale antérieure*
L'épithélium vaginal antérieur est disséqué et séparé de la vessie. La pleine épaisseur de la paroi vaginale doit être disséquée. Cette dissection doit être facilitée par une hydro-dissection sous-épithéliale. La dissection superficielle de la paroi vaginale ou sa séparation en deux plans est à éviter. Une telle dissection peut donner lieu à une paroi vaginale très fine et peut également compromettre la vascularisation de la paroi vaginale, augmentant ainsi le risque d'exposition du treillis. Latéralement, la dissection continue jusqu'aux parois du pelvis et l'épine ischiatique.

*Dissection des tunnels antérieurs et pose de la prothèse*
Pour les besoins de cette description, la dissection créant les tunnels destinés aux bras de la prothèse est d'abord réalisée sur le côté droit de la patiente, puis sur le côté gauche. Ces tunnels sont créés pour mettre en place la prothèse de telle façon que la section distale des bras s'aligne sur la paroi latérale du pelvis et sur le fascia pariétal du muscle obturateur interne. Pour mettre en place ces bras, la dissection doit être prolongée des deux côtés par la palpation et l'identification de l'épine ischiatique. *REMARQUE : cette dissection peut commencer avec des ciseaux selon une technique de « tâtonnement étalé », de telle façon que le bout des ciseaux reste toujours en avant de l'épine ischiatique.* La dissection initiale est suivie d'une prudente dissection au doigt jusqu'à l'épine ischiatique. Une fois le contact obtenu avec l'épine ischiatique, créer avec l'index un espace en avant et au-dessus de l'épine ischiatique. Voir la figure 8A. La dissection, qui est perpendiculaire à la paroi latérale du pelvis, crée un espace d'approximativement 2 cm de large et 3 cm de haut. Cette dissection antérieure ne va pas jusqu'aux ligaments sacro-épineux. Elle crée un tunnel en avant et au-dessus de l'épine ischiatique et superficiel à l'arc tendineux du fascia pelvien, au muscle obturateur interne et à son fascia latéral. Une dissection identique est répétée du côté gauche.

Le placement du tissu pré-vésical n'est pas nécessaire. Toutefois, si celui-ci est effectué, il ne concerne que sa partie centrale. Il existe que le pré-vésical puis équipée soit trop étroite. Placer la prothèse sur le tissu pré-vésical, en faisant en sorte que les poches des bras de l'implant répandent vers le haut. Si un faufilage doit être réalisé, il convient de le faire à ce moment de l'intervention avec une suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtue, pour un sommet du vagin et pas-tant par la languette apicale de la prothèse. La poche de suture peut être attachée à ce moment-là ou après que les bras soient en place. Le faufilage de l'échancrure distale de la prothèse est facultatif. Il peut être réalisé avec du fil de suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtue.

En utilisant l'introducteur antérieur, placer les deux bras de l'implant dans les tunnels droit et gauche qui ont été créés par dissection antéro-supérieure allant jusqu'à l'épine ischiatique (tel que décrit ci-dessus). *REMARQUE : les deux extrémités courbées de l'introducteur antérieur sont tournées dans des directions opposées, avec des flèches sur chacune d'elles indiquant la direction du positionnement.* Avec la flèche pointant vers le côté droit de la patiente, introduire l'extrémité de l'introducteur antérieur dans la poche du bras de la prothèse (voir la figure 8B) située sur le côté droit. *REMARQUE : une traction sur le contrefort peut aider à maintenir la poche sur l'introducteur antérieur.* Garder l'introducteur antérieur en position verticale, de telle façon que la partie courbe de l'instrument soit contre la paroi postérieure du vagin. L'introducteur antérieur qui entraîne le bras est ensuite dirigé vers le tunnel tissulaire précédemment créé (voir la figure 8C) jusqu'à ce que le manche entre en contact de la grande lèvre controlatérale. Tout ceci est accompli en dirigeant le manche de l'introducteur antérieur verticalement et vers le haut, de telle façon que le bord conducteur et la poche aillent en direction de l'épine ischiaque. Une fois positionnée, le

manche est alors incliné vers le bas jusqu'à une position presque horizontale, tout en maintenant le manche en contact avec la cuisse controlatérale. *REMARQUE : le fait de rétracter la vessie avec un instrument chirurgical standard peut aider au placement initial dans le tunnel. Si nécessaire, introduire un index dans le tunnel pour guider le positionnement initial de l'introducteur antérieur contre la grande lèvre controlatérale, avant d'abaisser le manche.* Une légère poussée vers le haut assure que la poche du bras est positionnée correctement et que la section apicale de la prothèse est en contiguïté avec le sommet du vagin. *REMARQUE : si une résistance est ressentie durant l'insertion du bras, ne déterminer la cause avant de continuer. Le fait de continuer à faire avancer l'introducteur contre une résistance peut détériorer la prothèse, ou provoquer une insertion forcée causant des lésions à des structures tissulaires essentielles.*

Pour retirer l'introducteur antérieur, ramener le manche vers une position verticale avant de le retirer, tout en laissant le bras dans le tunnel. *REMARQUE : insérer complètement le premier bras. REMARQUE : si l'introducteur antérieur est retiré avant que le bras soit positionné dans sa cible, le bras devra être retiré, recharger sur l'introducteur et réinséré.* Tous ces gestes sont répétés sur le côté opposé de la patiente. Ainsi, après avoir retourné l'introducteur antérieur, la flèche pointe maintenant du côté gauche. On insère cette extrémité de l'introducteur dans l'autre poche. La figure 8D montre les deux bras en place. *REMARQUE : lors du positionnement du second bras, éviter de déplacer le premier et s'assurer que la prothèse N'EST PAS tordue.*

Le corps de la prothèse est lâchement posé sur le tissu vaginal sous-jacent. Le plissement ou l'entortillement du corps et des bras doit être évité. Le corps de la prothèse peut nécessiter un décalquage qui dépend des dimensions vaginales ou de l'importance de la dissection latérale. L'épithélium vaginal peut être taillé, mais un retrait excessif d'épithélium doit être évité. L'épithélium se referme au-dessus de la prothèse sans recourir à des points de suture qui se chevauchent (tels que décrits ci-dessous sur la figure 8E). La mise en place définitive de la prothèse dans le compartiment antérieur est montrée sur la figure 8F.

*REMARQUE : s'assurer que l'hémostase est effective avant et durant la fermeture des incisions vaginales.*

Les incisions vaginales sont fermées sans sutures chevauchantes ou en haut. Cette technique réduit la dévascularisation de l'épithélium vaginal le long des lignes d'incision et réduit la dégradation du treillis. De préférence, l'épithélium vaginal est refermé en deux plans afin d'obtenir une ligne de suture relativement épaisse en regard de l'incision vaginale. Le plan du premier est fermé par des points de suture sous-épithéliaux en surjet, ne se chevauchant pas, avec du fil de suture de type MONOCRYL 2-0 ou MONOCRYL Plus™ 2-0 antibactérien (polyglécaprone 25). L'épithélium est ensuite refermé par un surjet fait de points de matelas alternés, avec du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus™ 2-0 revêtu antibactérien (polyglactine 910). *REMARQUE : placer la prothèse sur les 2/3 supérieurs du vagin, ne prenant soin de dévanger la prothèse si elle descend au-dessous des 2/3 supérieurs. Si ce n'est déjà fait, une cystoscopie est recommandée pour exclure toute lésion de l'urètre ou de la vessie.*

Comme alternative, la fermeture en un seul plan de la paroi vaginale peut être effectuée. On peut utiliser un surjet fait de points de matelas alternés, sans chevauchement, ou des points séparés, faits de Coated VICRYL 2-0 revêtu ou de Coated VICRYL Plus 2-0 revêtu.

**Réparation vaginale postérieure**
Lorsque seul le renforcement de la paroi postérieure du vagin est nécessaire, on n'a recours qu'au seul système de réparation du plancher pelvien postérieur GYNECARE PROSIMA. Une prothèse comprenant une prothèse et un introducteur postérieur spécialement conçus pour les réparations vaginales postérieures. Une fois les incisions vaginales et les dissections requises exécutées, des tunnels tissulaires sont créés dans le compartiment postérieur pour la mise en place des bras de la prothèse. *REMARQUE : l'introducteur postérieur ne doit pas être utilisé pour la dissection des tissus.*

*Dissection vaginale postérieure et dissection des tunnels*
L'épithélium vaginal postérieur est disséqué jusqu'au tissu pré-rectal. Comme pour la paroi antérieure du vagin, la pleine épaisseur de la paroi postérieure doit être disséquée. Cette dissection est facilitée par une hydro-dissection sous-épithéliale. Latéralement, la dissection se poursuit des deux côtés jusqu'aux muscles élévateurs de l'anus, au niveau de l'épine ischiaque. En arrière, la dissection se poursuit à travers chacun des deux piliers du rectum jusqu'aux ligaments sacro-épineux, mais non à travers ces ligaments. De cette façon, sont créés des tunnels dans lesquels se logeront les bras de la prothèse. Voir la figure 9A.

La prise en charge d'une entérocèle préexistante est facultative ; mais si elle est réalisée, elle peut être effectuée à ce stade de l'intervention selon la technique choisie par le chirurgien.

Si la cavité péritonéale est ouverte lors de la dissection antérieure ou postérieure, elle doit être refermée avant la mise en place de l'implant.

*Mise en place de la prothèse postérieure*
Le plissement du tissu pré-rectal n'est pas nécessaire. Toutefois, si le plissement du tissu pré-rectal est effectué, seule sa partie centrale est fait l'objet. Cela n'est que la zone de dissection ne soit trop étroite. Placer la prothèse sur le tissu pré-rectal, avec les poches des bras tournées vers le haut. Si un point doit être posé, il doit l'être à ce stade de l'intervention, en plaçant une suture au sommet du vagin, qui passe par la languette apicale de la prothèse, avec un fil de suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtu. Le point peut être serré à ce moment là ou une fois que les bras sont en place. Bâtir un point sur l'échancrure distale de la prothèse est facultatif. Cela peut être exécuté avec un fil de suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtu.

En utilisant l'introducteur postérieur, placer les bras postérieurs de l'implant dans les tunnels droit et gauche, créés par la dissection allant jusqu'à chacun des deux ligaments sacro-épineux (comme décrit ci-dessus). Saisir l'introducteur postérieur en utilisant un conducteur/porte-aiguille droit, comme indiqué sur la figure 9B. *REMARQUE : placer l'extrémité du porte-aiguille à l'intérieur de l'extrémité concave et droite de l'introducteur postérieur.* S'assurer que l'introducteur postérieur est bien aligné sur le manche du porte-aiguille. Insérer l'extrémité de l'introducteur postérieur dans la poche du bras de la prothèse au côté droit de la patiente (voir la figure 9B). Une fois que le bras est accroché à l'introducteur postérieur, introduire ce dernier dans le tunnel tissulaire créé à cet effet (voir la figure 9C), en faisant verticalement le manche du conducteur/porte-aiguille. Continuer d'introduire la totalité du bras dans son tunnel, de telle façon que le bras atteigne la limite supérieure de la dissection faciale. *REMARQUE : insérer complètement le premier bras. Si l'introducteur est retiré avant que le bras n'ait atteint sa cible, le bras devra être retiré, rechargé et réinséré. REMARQUE : faire attention à ce pas introduire trop profondément l'introducteur pour éviter d'endommager des structures tissulaires critiques. REMARQUE : si une résistance est ressentie lors de l'introduction, en trouver la cause avant de continuer. Le fait de continuer à avancer l'introducteur contre la résistance peut provoquer la détérioration de la prothèse ou une insertion trop profonde causant des lésions à des structures tissulaires critiques.* L'introducteur postérieur est retiré le long de la voie d'introduction en laissant en place le bras dans le tunnel. Les bras touchent les ligaments sacro-épineux, mais n'y pénètrent pas. Les sutures ne doivent pas être placées sur les ligaments sacro-épineux. Pour le second bras, répéter la même procédure sur le côté gauche de la patiente. La figure 9D montre les deux bras en place. *REMARQUE : lors du positionnement du second bras, éviter de déplacer la prothèse et s'assurer que la prothèse N'EST PAS tordue.*

27

ETH.MESH.02341424

Le corps de la prothèse est mis en place sans tension au-dessus du fascia vaginal sous-jacent. Le froncement ou l'entortillement du corps de la prothèse ou des bras est à éviter. En fonction des dimensions vaginales ou de l'étendue de la dissection latérale, la prothèse peut demander à être raccourcie. L'épithélium de la paroi postérieure du vagin peut être découpé, mais une ablation excessive doit être évitée. L'épithélium de la paroi postérieure est refermé au-dessus de la prothèse, sans recourir à des sutures qui se chevauchent (comme il est indiqué plus haut). Le positionnement définitif de la prothèse dans le compartiment postérieur est montré sur la figure 9E.

*REMARQUE : s'assurer que l'hémostase est réalisée avant et durant la fermeture des incisions vaginales.*

Les incisions vaginales seront refermées sans recourir à des sutures se chevauchant ou en haut. Cette technique évite une dévascularisation de l'épithélium vaginal le long des lignes d'incision et réduit la détérioration de la prothèse. De préférence, l'épithélium est refermé en deux plans afin d'obtenir une ligne de suture exempte d'espaces vides ou d'espaces vides ou irrégularité chevauchant. La couche la plus profonde est refermée en utilisant un surjet fait de points sans superflu et avec du fil de suture de type MONOCRYL 2-0 ou MONOCRYL Plus 2-0 antibactérien. L'épithélium est ensuite refermé par un surjet fait de points de suture de matelas alternés et ne se chevauchant pas, en utilisant du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus 2-0 revêtu. *REMARQUE : placer la prothèse sur les 2/3 supérieurs du vagin, en prenant soin de couper la prothèse si elle descend en dessous des 2/3 supérieurs.* À la fin de la chirurgie, un toucher rectal élimine une lésion rectale.

Comme alternative, on peut effectuer la fermeture de la paroi vaginale en un seul plan. On utilise un surjet fait de points de suture de matelas alternés et sans chevauchement, ou des points espacés, avec du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus 2-0 revêtu.

## Réparation vaginale combinée antérieure et postérieure

Lorsque le renforcement des deux parois vaginales antérieure et postérieure est nécessaire, c'est une indication du système combiné du plancher pelvien GYNECARE PROSIMA. Ce dernier contient deux prothèses identiques, l'une pour la réparation vaginale antérieure, l'autre pour la réparation vaginale postérieure. N'utiliser que l'introducteur antérieur incurvé pour la réparation antérieure, et uniquement l'introducteur postérieur droit pour la réparation postérieure. Les deux réparations antérieure et postérieure sont conduites comme décrit ci-dessus. Il est recommandé que la réparation vaginale antérieure soit réalisée en premier. La mise en place définitive des prothèses dans les deux compartiments antérieur et postérieur est illustrée sur la figure 10. Après la chirurgie, une cystoscopie est recommandée pour éliminer une blessure de l'arbre urinaire. Un toucher rectal élimine une blessure du rectum.

## La technique GYNECARE PROSIMA avec conservation utérine (hystéropexie)

Si l'utérus prolabé doit être conservé, la languette apicale de la prothèse doit être fixée au col. Cette fixation de la prothèse au col de l'utérus doit se faire au niveau de l'anneau cervico-pubien lorsqu'il est placé durant la réparation vaginale antérieure et postérieure.

Lorsque l'utérus est conservé lors d'une réparation vaginale antérieure, l'anneau cervico-pubien est exposé durant la dissection vaginale antérieure. Une suture PROLENE 2-0 est fermement posée sur la face antérieure de l'anneau cervico-pubien. Cette suture est également posée sur la languette apicale de la prothèse. La suture PROLENE de la languette est serrée sous les bras de la prothèse sont en place. Le procédé solidarise la prothèse à la surface antérieure du col au niveau de l'anneau cervico pubien et garantit que la prothèse se distend en même temps que le vagin lorsque le DSV est correctement positionné.

S'agissant de la réparation postérieure, la prothèse doit être fixée à la face postérieure du col, au niveau de l'anneau cervico-pubien ou au-dessus. Le cul-de-sac peut être ouvert lors de la fixation de la prothèse au col. Le péritoine du cul-de-sac est refermé au-dessus de cette fixation pour empêcher l'intestin d'adhérer à la prothèse. Si le chirurgien décide de ne pas ouvrir le cul-de-sac, l'anneau cervico-pubien est exposé lors de la dissection vaginale postérieure. Un point de suture PROLENE 2-0 est solidement posé sur la face postérieure de l'anneau. Une suture est également posée sur la languette apicale de la prothèse. La suture PROLENE est alors serrée une fois que les bras de la prothèse sont en place. De la sorte, la prothèse est solidement amarrée à la face postérieure du col au niveau de l'anneau cervico-pubien.

Lorsqu'elles sont utilisées pour les deux réparations antérieure et postérieure, les prothèses doivent être fixées aux deux faces antérieure et postérieure du col, comme décrit ci-dessus (voir la figure 11).

## Hygiène des prothèses

Pendant l'intervention, les plaies vaginales doivent être irriguées avec du sérum physiologique. La manipulation des prothèses doit être minimale et une bonne hygiène des tissus doit être respectée.

## Mise en place du DSV et du ballonnet

À la fin de la chirurgie, un DSV de taille appropriée, assodié à un ballonnet, est mis en place dans le vagin et suturé dans une position où il ne peut se détacher. Le DSV ayant trois tailles possibles (petite, moyenne et large), il est formaté par le chirurgien de la façon suivante, afin d'épouser la profondeur vaginale de la patiente :

### Formatage et découpage du DSV

Le DSV est fourni dans sa taille la plus large. Chez une patiente, on détermine la taille appropriée du DSV en utilisant le DSV lui-même pour évaluer son adaptation. On place la taille la plus large du DSV dans le vagin, entre le dôme distendu et l'anneau hyménal. Pour introduire le DSV dans le vagin, saisir le dispositif à son niveau le plus large et le replier le long de son axe longitudinal avec le ballonnet vers le haut (voir la figure 12). La partie la plus large du DSV est introduite en premier de façon à ce que les trous de suture soient situés juste au-dessus de l'anneau hyménal. *REMARQUE : ne pas retirer ou endommager le ballonnet durant l'évaluation de la taille du DSV.* La taille adéquate est obtenue lorsque le DSV se loge parfaitement dans les 2/3 supérieurs du vagin distendu. L'extrémité distale et les œillets pour suture étant 1 cm au-dessus de l'anneau hyménal (voir la figure 13).

Si la taille large convient, le DSV n'est pas modifié. Si c'est la taille moyenne qu'il faut, la section la plus haute est retirée en la découpant soigneusement, uniquement avec l'extrémité incurvée de ciseaux de Mayo afin de retirer de petits morceaux et s'assurer d'un bord de coupe régulier. Il faut veiller à minimiser la quantité de matériel restant dans les zones de coupe. *REMARQUE : il est important de bien formater le DSV. Une fois qu'il est coupé, il ne peut plus être élargi, car les sections de coupe ne peuvent pas être recollées.* Le ballonnet doit être retiré du passage pendant le découpage (voir la figure 14). *Faire attention à ne pas endommager le ballonnet lors du découpage du DSV.*

Si la taille moyenne convient, aucun autre découpage n'est nécessaire. S'il faut la petite taille, alors la section restante est retirée de la même façon que la précédente. Le ballonnet sera écarté du passage pendant cet autre découpage afin de ne pas être endommagé.

Une fois que le DSV a la taille adéquate et que le ballonnet est repositionné, l'ensemble peut être introduit dans le vagin de la patiente. *REMARQUE : pour minimiser la possibilité de perforer le ballonnet, n'utiliser aucun instrument pour faciliter l'introduction du DSV et du ballonnet.* Si le ballonnet venait à être endommagé, détacher le ballonnet du DSV et utiliser une garniture de gaze pour remplir la cavité vaginale.

Une fois que l'ensemble est positionné dans les 2/3 supérieurs du vagin distendu de la patiente, le DSV est solidement fixé en place par de simples sutures passant par les deux œillets du DSV et prenant l'épithélium de la paroi postérieure du vagin latéralement et au-dessus de l'hymen et sur chaque côté, comme le montre la figure 15 à 4 et 8 heures. Les sutures devraient entourer l'épithélium et ne pas être serrées, maintenant fermement le DSV en place à l'intérieur du vagin. *REMARQUE : faire attention à ne pas piquer le ballonnet lors de l'amarrage du DSV.* Pour cette application, on recommande un fil de suture de type Coated VICRYL 2-0 ou un équivalent résorbable.

## Gonflage du ballonnet

Une fois le DSV suturé en position, la seringue de 50 ml, qui est fournie, est fixée par une rotation à la fermeture de la valve du ballonnet. *REMARQUE : après la mise en place du DSV, un cathéter est nécessaire pour éviter la rétention urinaire.* Après gonflage par un petit volume d'air ambiant (voir la figure 16), la longueur totale du ballonnet sera palpée avec un index pour s'assurer que le ballonnet est déployé et qu'il occupe la totalité du vagin. Une fois le dégâlement confirmé, retirer le doigt et continuer à gonfler à plein le ballonnet jusqu'à ce que l'espace entre le ballonnet et la paroi du vagin ait le langueur de l'extrémité d'un doigt. La stabilisation du DSV est recommandée au fur et à mesure du gonflage. Le ballonnet une fois gonflé sert à appliquer la prothèse sur la paroi vaginale. Le volume d'air nécessaire peut gonfler suffisamment le ballonnet varie d'une patiente à l'autre. *REMARQUE : le volume maximal de gonflage du ballonnet ne doit pas dépasser 90 ml.* Une fois le ballonnet correctement gonflé, la seringue est retirée de la valve en tournant. La tubulure de gonflage du ballonnet doit pouvoir sortir du vagin pour être apposée à la cuisse de la patiente. Le bouchon doit être fixé à la valve du ballonnet pour être sûr que le ballonnet garde le volume d'air prévu (voir la figure 7). *REMARQUE : ne pas trop serrer le bouchon.* Si nécessaire, le volume du ballonnet pourra être réajusté secondairement en utilisant une seringue standard pour augmenter ou diminuer le volume d'air à l'intérieur du ballonnet. À tout moment, le ballonnet peut être gaugé ou inspecté visuellement pour s'assurer qu'il garde un gonflage suffisant. *REMARQUE : comme la patiente bouge, le ballonnet se tasse dans la cavité vaginale, et sa pression peut sembler augmenter ou baisser. Ceci est normal.*

*REMARQUE : ne pas détacher le ballonnet du DSV avant son utilisation.*

*REMARQUE : ne pas gonfler le ballonnet avant son introduction dans le vagin.*

*REMARQUE : après le gonflage du ballonnet, si les œillets de suture du DSV se sont déplacés de plus de 1 cm au-dessus de l'anneau hyménal ou si une tension excessive s'exerce sur les œillets, il faut diminuer la pression du ballonnet, et au besoin repositionner ou reformater le DSV.*

*REMARQUE : NE PAS utiliser ce ballonnet si des trous sont relevés sur le ballonnet ou si une fuite est détectée, ou si le ballonnet ne peut rester dilaté après son gonflage. Il peut être détaché du DSV et jeté par un moyen adapté. Utiliser à sa place une garniture standard en gaze.*

*REMARQUE : si la prise de connexion se détache du DSV, il faut la remettre en place.*

*REMARQUE : ne pas tasser la tubulure de gonflage dans la cavité vaginale.*

*REMARQUE : pour prévenir toute détérioration, ne jamais appliquer de trop grandes forces de courbure, de tension, ou de torsion sur la tubulure de gonflage.*

*REMARQUE : ne pas mettre en place une garniture de gaze lorsque le ballonnet est présent.*

### Détachement du ballonnet du DSV

Gérer à une seringue standard, le ballonnet est complètement dégonflé 1 jour après la chirurgie et retiré, laissant le DSV en place. *REMARQUE : ne pas laisser le ballonnet plus d'une journée dans le vagin.*

1) Retirer le bouchon de la valve du ballonnet.

2) Fixer une seringue standard de 50 ml (ou plus) sur la valve du ballonnet et dégonfler complètement le ballonnet (voir la figure 17). Il est important de le dégonfler entièrement avant de le détacher du DSV. *REMARQUE : un ballonnet totalement dégonflé provoque une rétraction du piston de la seringue après l'aspiration complète de l'air.*

3) Retirer la seringue.

4) Le ballonnet peut alors être séparé du DSV en tirant doucement sur la tubulure de gonflage, à un endroit proche de la prise de connexion du ballonnet, tout en exerçant avec son doigt une contre-pression sur l'extrémité distale du DSV. Voir la figure 18.

*REMARQUE : ne retirer le ballonnet que s'il est complètement dégonflé et qu'aucune résistance n'est ressentie. S'il existe une résistance, en déterminer la cause avant de continuer. Continuer à avancer ne a retirer le ballonnet alors qu'il existe une résistance peut mobiliser le DSV et/ou causer des lésions tissulaires à la cavité vaginale. Pour s'assurer que le dégonflage total est obtenu, rebrancher la seringue et retirer tout l'air avant de continuer le retrait du ballonnet.*

### Retrait du DSV

Le DSV est retiré de la patiente une fois qu'une cicatrisation suffisante s'est constituée, c.-à-d. environ 3 à 4 semaines après la chirurgie. Pendant ce temps, les sutures résorbables se seront dissoutes ou auront perdu suffisamment de leurs forces de tension pour permettre un retrait facile du DSV, sans résistance des sutures. *REMARQUE : la section des deux sutures peut être nécessaire pour que le retrait soit possible. REMARQUE : ne pas laisser le DSV à l'intérieur du vagin plus de 4 semaines.* Retirer toute suture d'attache du DSV. Manuellement, retirer le DSV du conduit vaginal comme indiqué sur la figure 19.

### Soins péri-opératoires

À titre prophylactique, les patientes reçoivent des antibiotiques. Ces antibiotiques peuvent être poursuivis après la chirurgie en fonction des préférences du chirurgien. Une prophylaxie anti-thrombotique peut être prescrite.

Le chirurgien doit expliquer que l'objectif du DSV, qui demeure dans le vagin jusqu'à quatre semaines au maximum suivant l'opération, est de soutenir le vagin-contre la prothèse pendant la période de cicatrisation. La patiente doit être prévenue que le DSV sera retiré lors du rendez-vous de contrôle intervenant environ 4 semaines après l'opération. La patiente doit être avertie qu'elle risque de subir des écoulements vaginaux post-opératoires et que le DSV peut légèrement se déplacer vers le bas. Si la patiente sent que le DSV s'est déplacé vers le bas, elle peut le repousser doucement vers le haut dans une position plus confortable. Cependant, si le DSV est la source d'une gêne importante, la patiente peut être informée de contacter son médecin.

Après la sortie de l'hôpital, la patiente est invitée à éviter les activités pénibles durant une période de 3 à 4 semaines. Pendant ce temps, les tissus périnéaux auront colonisé la prothèse, et la patiente pourra reprendre alors les activités d'une vie normale. Il est conseillé à la patiente d'éviter tout rapport sexuel pendant au moins 6 semaines suivant la chirurgie. Les exercices du plancher pelvien peuvent être recommandés pour que les temps après la chirurgie.

## MODE D'ACTION

Des études réalisées sur l'animal ont montré que l'implantation du treillis GYNECARE GYNEMESH PS faisait apparaître une réaction inflammatoire minime à légère, qui est transitoire et suivie d'une incorporation progressive du treillis par la fibrose consécutive à la colonisation des mailles du treillis. Le treillis reste souple et flexible et la cicatrisation normale de la plaie n'est pas sensiblement affectée. Le matériau n'est pas résorbé ou dégradé ni fragilisé par l'action des enzymes tissulaires,

ETH.MESH.02341425

**CONTRE-INDICATIONS**

- Lorsque le treillis GYNEMESH GYNEMESH PS est utilisé chez le nourrisson, l'enfant, la femme enceinte ou désirant une grossesse, le chirurgien doit être averti que ce produit n'est pas suffisamment extensible pour accompagner la croissance du patient.

- Les systèmes GYNECARE PROSIMA ne doivent pas être utilisés en cas de grossesse, d'infection purulente ou de cancer du vagin, du col ou de l'utérus.

**MISES EN GARDE ET PRÉCAUTIONS**

- Avant d'employer les systèmes GYNECARE PROSIMA, l'utilisateur doit connaître les techniques et règles chirurgicales relatives à l'utilisation des treillis non résorbables pour la réparation du plancher pelvien.

- L'utilisation du système GYNECARE PROSIMA n'a pas été complètement évaluée chez les patientes atteintes d'un prolapsus de l'organe pelvien de Stade IV. Ainsi, son utilisation chez ce type de patientes n'est pas recommandée.

- Des pratiques chirurgicales recconnues doivent être suivies lors de l'utilisation du système GYNECARE PROSIMA ainsi que lors de la prise en charge des plaies infectées ou contaminées.

- Ne pas utiliser le système GYNECARE PROSIMA si le site opératoire est susceptible d'être infecté ou contaminé. Dans le cas où la prothèse ou l'ensemble DSV/ballonnet est utilisé dans une région contaminée, le chirurgien doit être conscient que le dispositif pourra être potentiellement retiré en cas d'infection avérée.

- Après l'opération, la patiente doit être avertie qu'elle doit s'abstenir d'éviter de soulever des charges lourdes et/ou de faire de l'exercice (par ex. vélo, jogging) pendant 3 à 4 semaines et d'éviter tout rapport sexuel pendant 6 semaines, ou jusqu'à ce que le médecin l'autorise à reprendre une activité normale.

- Ne pas laisser le DSV à l'intérieur du vagin plus de 4 semaines.

- Ne pas laisser le ballonnet dans le vagin plus d'une journée.

- Les composants du système GYNECARE PROSIMA ne doivent pas être utilisés avec des dispositifs autres que ceux qui sont mentionnés dans cette notice d'emballage.

- Éviter d'appliquer une tension excessive sur la prothèse lors de sa manipulation.

- Utiliser avec précaution les systèmes GYNECARE PROSIMA, en faisant attention à l'anatomie de la patiente, afin d'éviter d'endommager les vaisseaux, les nerfs, la vessie et l'intestin, ainsi que la perforation de la paroi vaginale. L'utilisation correcte des composants du système GYNECARE PROSIMA permettra de minimiser les risques.

- Ne gonfler le ballonnet qu'avec de l'air ambiant.

- Après gonflage du ballonnet, une palpation doit confirmer qu'il n'existe aucune fuite. Un gonflage imparfait du ballonnet en limite l'efficacité.

- La paroi du ballonnet est fine afin de lui conférer les propriétés souhaitées. Les piqûres, coupures, éraflures, enrasements ou suppressions, peuvent être responsables d'une perte de gonflage. Le ballonnet peut être facilement percé par une aiguille, un scalpel ou se rompre lors d'une manipulation avec un instrument peu tranchant. Lors de sa manipulation, une grande attention devra s'exercer pour empêcher de telles éventualités. Un ballonnet endommagé ne doit pas être utilisé. Le retirer et garnir avec de la gaze.

- Le gonflage maximum du ballonnet est de 90 ml. Ne pas le surgonfler. Un gonflage excessif peut gêner la patiente, nécroser les tissus, rompre la cicatrice en post-opératoire ou empêcher la miction.

- Ne pas utiliser les systèmes GYNECARE PROSIMA chez les patientes qui sont sous traitement anti-coagulant.

- Un saignement peut apparaître en post-opératoire. En rechercher tout symptôme ou signe avant de laisser sortir la patiente de l'hôpital.

- La patiente devra être informée de contacter immédiatement le chirurgien en cas de douleur inhabituelle, de saignement ou d'autres problèmes.

- Bien qu'une blessure vésicale soit improbable avec cette technique, une cystoscopie est toutefois recommandée.

- Bien qu'une blessure rectale soit improbable avec cette technique, un toucher rectal est également recommandé.

- Ne pas fixer le treillis GYNEMESH GYNEMESH PS avec des agrafes, des clips ou des clamps, car ils pourraient causer des dommages mécaniques au treillis.

- La prothèse ne doit pas se trouver en regard du tiers inférieur du vagin. Si nécessaire, la découper à la hauteur de la jonction tiers inférieur/tiers moyen de la paroi vaginale.

- À titre prophylactique, des antibiotiques peuvent être administrés selon les pratiques usuelles du chirurgien.

**EFFETS INDÉSIRABLES**

- Les effets indésirables potentiels sont ceux habituellement associés à l'implantation chirurgicale de matériaux incluant une augmentation des risques infectieux, une réaction inflammatoire, la formation d'adhérences, la survenue de fistule ou d'érosion, la possibilité d'extrusion et de cicatrisation entraînant une rétraction de la prothèse.

- Les effets indésirables potentiels sont également ceux généralement observés après la correction des prolapsus des organes pelviens, incluant des rapports sexuels douloureux et des douleurs pelviennes. Ces douleurs peuvent disparaître d'elles-mêmes avec le temps.

- Des piqûres, lacérations ou blessures des vaisseaux, nerfs, vessie, urètre ou intestin peuvent se produire lors de la dissection ou lors de la mise en place de la prothèse. Ces blessures peuvent nécessiter une réparation chirurgicale.

- La dissection nécessaire par la réparation du plancher pelvien peut être à l'origine d'une perturbation de la miction sur une durée variable.

**STÉRILITÉ**

Les systèmes GYNECARE PROSIMA sont stérilisés à l'oxyde d'éthylène. NE RESTÉRILISER aucune partie du système GYNECARE PROSIMA. NE RÉUTILISER aucune partie du système GYNECARE PROSIMA. La réutilisation de ce dispositif (ou de parties de ce dispositif) peut créer un risque de dégradation du produit et une contamination croisée, ce qui peut provoquer une infection ou la transmission d'agents pathogènes transmissibles par le sang aux patients et utilisateurs. Ne pas utiliser un système GYNECARE PROSIMA si son emballage est ouvert ou endommagé. Éliminer tous les composants ouverts et non utilisés du système GYNECARE PROSIMA.

**ÉLIMINATION**

Éliminer les composants du système GYNECARE PROSIMA et les emballages conformément aux règles et procédures de votre établissement relatives aux matériaux et déchets présentant un danger biologique.

**CONSERVATION**

Conditions de stockage recommandées : température ambiante et humidité relative contrôlées (environ 25 °C et 60 % d'humidité relative), loin de toute source de chaleur directe et d'humidité. Ne pas utiliser au-delà de la date de péremption.

Symboles utilisés pour l'étiquetage



CE 0086
Marque CE et numéro d'identification de l'organisme notifié. Produit conforme aux exigences essentielles de la directive 93/42/CEE portant sur les dispositifs médicaux.

LOT    Numéro du lot

⊠ Utiliser avant — année et mois

Fabricant

Ne pas réutiliser/restériliser

Voir la notice d'utilisation

STERILE EO    Méthode de stérilisation — oxyde d'éthylène (OE)

ETH.MESH.02341426



# Gynecare
# PROSIMA™

Anteriores Beckenboden-Rekonstruktionssystem
Posteriores Beckenboden-Rekonstruktionssystem
Kombiniertes Beckenboden-Rekonstruktionssystem

**Bitte alle Informationen sorgfältig lesen.**
Eine Nichtbeachtung der Gebrauchsanweisung kann zu einer Fehlfunktion der Instrumente und zu Verletzungen führen.

*ACHTUNG:* Laut Gesetz ist der Verkauf dieses Produkts in den USA nur auf ärztliche Anordnung gestattet.

Eine Schulung über die Verwendung des GYNECARE PROSIMA™ Beckenboden-Rekonstruktionssystems wird empfohlen und angeboten. Wenden Sie sich an den für Sie zuständigen Außendienstmitarbeiter, um diese Schulung zu vereinbaren.

## INDIKATIONEN

Die GYNECARE PROSIMA Beckenboden-Rekonstruktionssysteme, bei denen GYNECARE GYNEMESH™ PS nicht-resorbierbare, weiche PROLENE™ Netzimplantate eingebracht werden, sind zur Gewebeverstärkung und langfristigen Stabilisierung von Faszienstrukturen des Beckenbodens indiziert, entweder als mechanische Stütze oder als Überbrückungsmaterial für den Fasziendefekt. Die Systeme sorgen für eine Stabilisierung des Vaginalkanals während der Heilungsphase nach einer chirurgischen Rekonstruktion bei einem Prolaps der Vaginalwand mit gleichzeitiger Unterstützung der Position der Netzimplantate.

## BESCHREIBUNG

Jedes GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem (anterior, posterior und kombiniert) besteht aus vorgeschnittenem GYNECARE GYNEMESH PS Netzimplantaten und Instrumenten zur leichteren Einbringung der Implantate sowie zur postoperativen Stützung (siehe Abbildung 1). Die folgende Tabelle fasst die in jedem System enthaltenen Komponenten zusammen:

| BECKENBODEN-REKONSTRUK-TIONSSYSTEM | KOMPONENTEN (siehe Abbildung 1) | | | | |
|---|---|---|---|---|---|
| | Netzimplantat im Träger (A) | Vaginal-Splint mit Luftkissen (B&C) | Anteriores Einführinstrument (D) | Posteriores Einführinstrument (E) | Spritze (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Kombiniert | 2 | 1 | 1 | 1 | 1 |

Tabelle 1 – Komponenten des GYNECARE PROSIMA Beckenboden-Rekonstruktionssystems

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS ist ein Netz, das aus geflochtenen Fäden aus extrudiertem Polypropylen hergestellt wird und in der Zusammensetzung identisch mit dem PROLENE™ Polypropylen-Nahtmaterial ist (ETHICON, INC.). Berichten zufolge ruft dieses Material bei Verwendung als chirurgisches Nahtmaterial keinerlei Reaktionen hervor, und seine Festigkeit bei klinischer Anwendung bleibt unbeschränkt erhalten. Das Netz bietet hohe Zugkraft und Haltbarkeit, ist chirurgisch vielseitig einsetzbar und ausreichend porös, um das notwendige Einwachsen von Gewebe zu ermöglichen. Blaue PROLENE Einzelfäden wurden eingewebt, um Kontraststreifen im Netz darzustellen. Das Netz besteht aus monofilen Fasern mit reduziertem Durchmesser, die auf besondere Weise zu einem Netz gewebt werden, das ca. 50 Prozent flexibler ist als ein normales PROLENE™ Polypropylen-Netz. Das Netz ist so verknüpft, dass die Fadenverbindungen miteinander verkettet sind, so dass es bidirektional dehnbar ist. Durch diese Struktur kann das Netz in jede gewünschte Form und Größe geschnitten werden, ohne auszufransen. Die bidirektionale Elastizität ermöglicht die Adaptation an verschiedene Belastungssituationen im Körper.

## Netzimplantat

Das Netzimplantat besteht aus GYNECARE GYNEMESH PS. Die Netzimplantate sind zur Rekonstruktion anteriorer, posterioror bzw. apikaler vaginaler Defekte y-förmig zugeschnitten. Siehe Abbildung 2. Das Netzimplantat hat zwei Halteschlaufen und einen zentralen Körper. Am proximalen Ende befindet sich eine apikale Lasche zur Nahtfixierung, um eine Verschiebung des Netzimplantats während des Einbringens der Halteschlaufen zu minimieren. Am distalen Ende befindet sich eine distale Kerbe zur Ausrichtung des Netzimplantats. An den Halteschlaufen des Netzimplantats befinden sich vorgeformte Taschen, die die Einbringung mit den Einführinstrumenten ermöglichen. Das Netzimplantat wird in einem Implantatbehälter aus unbeschichtetem Tyvek® mit durchsichtiger Kunststofffolie geliefert, aus dem es einfach entnommen werden kann.

## Anteriores Einführinstrument

Das nur zum Einmalgebrauch bestimmte anteriore Einführinstrument erleichtert das Einführen der Netzimplantat-Halteschlaufen in die zuvor präparierten anterioren Gewebekanäle. *HINWEIS: Das anteriore Einführinstrument dient nicht zur Präparation von Gewebe.* Das anteriore Einführinstrument ist passend zu den Netzimplantat-Taschen konstruiert, damit die Halteschlaufen auf beiden Seiten der Patientin in das anteriore Kompartiment eingebracht werden können. Siehe Abbildung 3.

## Posteriores Einführinstrument

Das nur zum Einmalgebrauch bestimmte posteriore Einführinstrument erleichtert das Einführen der Netzimplantat-Halteschlaufen in die zuvor präparierten posterioren Gewebekanäle. *HINWEIS: Das posteriore Einführinstrument dient nicht zur Präparation von Gewebe.* Zur kontrollierten Insertion wird ein Standard-Nadelhalter als Stabilisator am posterioren Einführinstrument befestigt. Das posteriore Einführinstrument ist passend zu den Netzimplantat-Taschen konstruiert, damit die Halteschlaufen auf beiden Seiten der Patientin in das posteriore Kompartiment eingebracht werden können. Siehe Abbildung 5.

## Vaginal-Splint (Vaginal Support Device, VSD)

Der nur für den Einmalgebrauch bestimmte VSD dient zur postoperativen Stützung des Vaginalgewebes nach dem Einbringen des Netzes und dem Nahtverschluss der vaginalen Inzision(en). Das apikale Ende ist der breiteste Teil des VSD und hat zuschneidbare Abschnitte. Nach des ersten Größenbestimmung in der Patientin kann die Größe des VSD durch Abschneiden

der entsprechenden apikalen Abschnitte an die Anatomie der Patientin angepasst werden. Der VSD verbleibt 3–4 Wochen in den oberen zwei Dritteln der Vagina und wird dann aus der Patientin entfernt. Siehe Abbildung 6.

## Luftkissen

Das Luftkissen ist ein Einmalprodukt zum Ersatz eines postoperativen vaginalen Gazeverbands. Das Luftkissenvolumen ist einstellbar, damit der Vaginalkanal ausgefüllt und die Vaginalwand an das Netzimplantat gedrückt wird. Das Luftkissen ist bereits an den VSD angebracht. Abbildung 7 zeigt das leere Luftkissen ohne daran befestigten VSD. Das Luftkissen verbleibt bis zu einem Tag in der Patientin.

## Spritze

Zum Aufblasen des Luftkissens wird eine 50-ml-Spritze mitgeliefert.

## ABSCHNITT 1: VERFAHRENSPRINZIPIEN MIT DEM GYNECARE PROSIMA SYSTEM

Eine Beckenbodenrekonstruktion mit dem GYNECARE PROSIMA System zielt darauf ab, eine anatomische, dauerhafte und standardisierte Rekonstruktion eines Prolapses der Beckenorgane zu erreichen. Je nach Lage des Prolapses und Ermessen des Chirurgen kann die Rekonstruktion anterior bzw. posterior vorgenommen werden. Eine Hysterektomie oder eine Uterusfixation kann mit dem GYNECARE PROSIMA Verfahren kombiniert werden. Falls indiziert, kann bei Verwendung des GYNECARE PROSIMA Systems gleichzeitig eine Dammrekonstruktion oder eine suburethrale Umschlingung zur Behandlung einer stressbedingten Harninkontinenz durchgeführt werden. Es kann eine retropubische oder transobturatorische suburethrale Umschlingungs verwendet werden.

Die Prolaps-Rekonstruktion wird durch die Einbringung eines oder zweier der Netzimplantate über einen vaginalen Zugang erreicht. Am Ende der Operation wird ein VSD mit einem aufblasbaren Luftkissen zur Größenanpassung in die Vagina eingebracht und dort vernäht, um Vagina und Netzimplantat(e) während des Einwachsens von Gewebe zu unterstützen. Nach dem Aufblasen ersetzt das Luftkissen einen herkömmlichen Gazeverband durch Ausfüllen des vaginalen Hohlraums und Aneinanderdrücken von Netzimplantat(en) und Vagina. Am Tag nach der Operation wird die Luft aus dem Luftkissen abgelassen und das Luftkissen aus der Vagina entfernt, ohne den VSD zu verschieben. Der VSD bleibt für maximal 4 Wochen nach der Operation in situ, während das Gewebe in das oder die Netzimplantat(e) einwächst.

## ABSCHNITT 2: BEGRÜNDUNG FÜR DAS GYNECARE PROSIMA SYSTEM

Nach einer konventionellen Operation wegen Prolaps der Beckenorgane ist das reparierte Gewebe einem erhöhten intraabdominalen Druck ausgesetzt, wenn die Patientin sich bewegt, hustet, erbricht und bei der Darmentleerung drückt. Diese Erhöhungen des intraabdominalen Drucks können die Heilung der vaginalen Rekonstruktion negativ beeinflussen und zu einem Misserfolg der Operation sowie einem Prolaps-Rezidiv führen. Durch Verstärkung der vaginalen Rekonstruktion mit dem Netzimplantat und Stützung der Vagina mit dem VSD für 3 bis 4 Wochen nach der Operation dient das GYNECARE PROSIMA System zur Reduzierung der Gefahr eines operativen Misserfolgs und Prolaps-Rezidivs.

Bei der anterioren vaginalen Rekonstruktion soll der Körper des Netzimplantats spannungsfrei zwischen der Harnblase und den oberen zwei Dritteln der Vagina eingebracht werden und sich auf Höhe des Arcus tendineus fasciae pelvis (ATFP) nach lateral erstrecken. Bei der posterioren vaginalen Rekonstruktion soll der Körper des Netzimplantats spannungsfrei zwischen Rektum und den oberen zwei Dritteln der Vagina eingebracht werden und lateral über den Levator-ani-Muskeln liegen. Der apikale Abschnitt des Netzimplantatkörpers soll bis zum vaginalen Apex reichen. Anterior kann das Netzimplantat an das prävesikuläre Gewebe oder die Zervix geheftet werden. Posterior kann das Netzimplantat an das präektale Gewebe oder die Zervix geheftet werden.

Der VSD stützt das Vaginalgewebe nach der Operation und erleichtert das Andrücken des Vaginalgewebes gegen das Netzimplantat, bis das Einwachsen von Gewebe beginnt. Das Einwachsen von Gewebe durch das Netzimplantat findet in den 3 bis 4 Wochen nach der Operation statt. Bei Verwendung des GYNECARE PROSIMA Systems ist keine Präparation außerhalb der Beckenhöhle erforderlich, und die Passage von Nahtmaterial und Instrumenten durch das Foramen obturatorium und Ligamentum sacrospinosum werden vermieden, wodurch die Operation einfacher durchzuführen ist.

## Hysterektomie

Das Ermessen des Chirurgen und die Bedürfnisse der Patientin bestimmen, ob eine begleitende Hysterektomie erforderlich ist. Wenn eine Hysterektomie durchgeführt wird, wird der Verschluss des blind endenden Peritoneums empfohlen, um den Kontakt des Netzimplantats mit dem Darm zu vermeiden. Ein „T"-Verschluss der Inzision sollte vermieden werden, da dieser die Gefahr einer Freilegung des Netzes erhöht. Wenn eine vaginale Hysterektomie zusammen mit entweder anterioren oder posterioren Rekonstruktion oder beiden durchgeführt wird, sollte die Hysterektomie-Inzision zuerst transversal verschlossen werden; anschließend sollten die Inzisionen für die Rekonstruktion so angelegt werden, dass sie keine Verbindung mit der zuvor verschlossenen Hysterektomie-Inzision haben. Dadurch wird die Entstehung einer „T"-Inzision vermieden.

## Uteruserhaltung

Das GYNECARE PROSIMA System eignet sich für Situationen, in denen sich der Chirurg oder die Patientin für eine Uteruserhaltung entscheiden.

## Vaginale Inzisionen

Die beim GYNECARE PROSIMA System angewandten vaginalen Inzisionen sind die gleichen wie bei einer routinemäßigen Operation zur vaginalen Rekonstruktion. Die Inzisionen sollten durch die gesamte Dicke der Vaginalwand angelegt werden, um die Gefahr einer Freilegung des Netzes zu verringern.

## Einbringung des Netzimplantats

Die Netzimplantate werden vom VSD in situ gehalten, bis ein Einwachsen von Gewebe stattfindet. Deshalb ist es nicht nötig, die Halteschlaufen des Netzimplantats zu fixieren. Der apikale Abschnitt des Netzimplantats kann mit Nahtmaterial wie etwa 2-0 MONOCRYL™ (Polyglecapron 25) oder 2-0 Coated VICRYL™ (Polyglactin 910) an der Faszie in der Mittellinie am vaginalen Apex geheftet werden. Das vaginale Epithel sollte nicht an das Netzimplantat angenäht werden.

ETH.MESH.02341427

**Erhaltung der Vagina**

Die Entfernung oder Excision von zu viel vaginalem Epithel sollte vermieden werden. Nach der Operation kann eine gewisse Retraktion des Gewebes auftreten, und die vaginale Kapazität könnte weiter reduziert werden, wenn zu viel vaginales Epithel entfernt wurde.

**Drei Stufen vaginaler Unterstützung**

Bei der vaginalen Rekonstruktion sind im Allgemeinen 3 Stufen vaginaler Unterstützung möglich. Die Verwendung des GYNECARE PROSIMA Systems bei einer Operation soll Stufe I und II dieser Unterstützung ermöglichen, wie nachstehend beschrieben:

**Stufe I – Suspension und Unterstützung** (oberes Drittel der Vagina)

Das obere Drittel der Vagina (einschließlich des Hohlraums nach Hysterektomie) und der Uterus werden durch zwei Mechanismen gestützt. Erstens liefern das Parametrium (cardinale und utero-sacrale Ligamente) und Paracolpium-Fasern direkte Unterstützung für den Uterus und die obere Vagina. Diese Fasern wirken wie suspensorische Ligamente und entspringen von der Fascie des M. piriformis, vom sacroiliacalen Gelenk und dem lateralen Sacrum, und sie treten im lateralen oberen Drittel der Vagina und an der posterolateralen Seite der Zervix ein. Zweitens sorgt die Levatorplatte, gebildet durch die Fusion der rechten und linken Levator-ani-Muskeln zwischen Rektum und Steißbein, für indirekte Unterstützung von Uterus und oberer Vagina. Ein Prolaps von Uterus und Scheidengewölbe tritt als Folge des Versagens dieser direkten und indirekten Stützmechanismen auf. Dabei ist wahrscheinlich eine Schwäche des muskulären Beckenbodens und der suspensorischen Fasern des Parametriums und oberen Paracolpiums beteiligt. Das Ziel der Prolaps-Operation bei Stufe I ist die Wiederherstellung direkter und indirekter Stützmechanismen. Beim GYNECARE PROSIMA System werden die Netzimplantatschlaufen dazu verwendet, um bei der anterioren vaginalen Rekonstruktion an jedem M. obturator internus und die darüber liegende parietale Fascie und bei der posterioren Rekonstruktion an die sakrospinalen Ligamente zu drücken. Dies liefert direkte Unterstützung durch Suspension und indirekte Unterstützung durch Schaffung einer breiten Netzimplantatstützfläche für die obere Vagina und den Uterus.

**Stufe II – Laterale Befestigung** (mittleres Drittel der Vagina)

Die mittlere Vagina ist lateral und direkt durch den Arcus tendineus fasciae pelvis (ATFP) an den Muskeln der seitlichen Beckenwand befestigt. Auf dieser Höhe werden die anterioren und posterioren Vaginalwände zwischen den rechten und linken lateralen Befestigungen gedehnt. Bei Stufe II zielt die Prolaps-Rekonstruktion darauf ab, die laterale mittlere Vagina wieder an den Muskeln der seitlichen Beckenwand zu befestigen. Zentrale Defekte der mittleren Vagina erfordern ebenfalls Unterstützung bei Stufe II. Das GYNECARE PROSIMA System stellt erneut eine laterale Befestigung der Vagina an den Muskeln der seitlichen Beckenwand her und sorgt außerdem für eine zentrale fasziale Verstärkung nach dem Einwachsen von Gewebe.

**Stufe III – Fusion** (unteres Drittel der Vagina)

*HINWEIS: Bei Verwendung des GYNECARE PROSIMA Systems ist keine Präparation in diesem Bereich erforderlich.* Bei Stufe III verbindet sich anterior das untere Drittel der Vagina mit der Membrana perinei und der Urethra. Posterior verbindet sich das untere Drittel der Vagina mit der Sehnenplatte des Damms und den Levator-ani-Muskeln. Die Gewebe in diesem Bereich werden ohne Netzimplantat rekonstruiert, da dieses nicht für eine Verwendung im unteren Drittel der Vagina vorgesehen ist. Das GYNECARE PROSIMA System ist nicht auf Stufe-III-Unterstützungsdefekte ausgerichtet, wiremögich diese durch begleitende Eingriffe wie etwa eine Dammnaht behandelt werden können.

**ABSCHNITT 3: GEBRAUCHSANWEISUNG**

*HINWEIS: Beim Lesen dieses Abschnitts sollten die Abbildungen am Anfang dieses Dokuments zu Rate gezogen werden.*

**OP-Vorbereitung**

Eine Operation mit dem GYNECARE PROSIMA System kann je nach Ermessen des Chirurgen, des Anästhesisten und der Patientin mit Allgemein- oder Regionalanästhesie durchgeführt werden.

Die Patientin sollte in Steinschnittlage gelagert werden, mit leicht über den OP-Tisch hängenden Gesäßbacken und gebeugten Hüften. Nach Ermessen des Chirurgen kann die Blase drainiert werden. Vor dem Aufblasen des Luftkissens ist ein Katheter erforderlich, der jetzt gelegt werden kann.

**Verwendung des GYNECARE PROSIMA Systems nach Hysterektomie**

**Anteriore Vaginalrekonstruktion**

Wenn nur eine Verstärkung der anterioren Vaginalwand erforderlich ist, wird nur das anteriore GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem verwendet. Dieses enthält 1 Netzimplantat und ein speziell für die Verwendung bei der anterioren Vaginalrekonstruktion entwickeltes anteriores Einführinstrument. Wenn die erforderlichen vaginalen Inzisionen und Präparationen erfolgt sind, werden mit dem anterioren Einführinstrument im anterioren Kompartiment Gewebekanäle für die Einbringung der Netzimplantatschlaufen hergestellt. *HINWEIS: Das anteriore Einführinstrument darf nicht zur Präparation von Gewebe verwendet werden.*

*Anteriore Vaginalpräparation*

Das anteriore Vaginalepithel wird von der Blase abpräpariert. Dabei wird die gesamte Dicke der Vaginalwand abpräpariert. Diese Präparation sollte durch subepitheliale Hydro-Präparation erleichtert werden. Eine oberflächliche Präparation der Vaginalwand oder eine Aufteilung der Wand in zwei Schichten ist zu vermeiden. Eine solche Präparation kann zu einer sehr dünnen Vaginalwand führen und auch die Blutversorgung der Wand beeinträchtigen, wodurch die Gefahr einer Freilegung des Netzes erhöht wird. Lateral wird die Präparation zur seitlichen Beckenwand und zur Spina ischialis fortgesetzt.

*Anteriore Kanalpräparation und Einbringung des Netzimplantats*

In dieser Beschreibung wird die Präparation zur Herstellung der Kanäle für die Netzimplantatschlaufen zuerst auf der rechten und dann auf der linken Seite der Patientin durchgeführt. Diese Kanäle werden hergestellt, um das Netzimplantat so einbringen zu können, dass der distale Abschnitt der Schlaufen jeweils bündig mit der seitlichen Beckenwand und der parietalen Fascie des Obturator-internus-Muskels liegt. Um diese Schlaufen einzubringen, kann die Präparation durch Palpation und Identifikation der Spina ischialis auf beiden Seiten begonnen werden. *HINWEIS: Diese Präparation kann alternativ mit einer Schere und einer stumpfen „Spreiztechnik" begonnen werden, wobei die Spitzen der Schere stets anterior von der Spina ischialis bleiben.* Nach der ersten Präparation folgt eine behutsame Fingerpräparation zur Spina ischialis. Sobald Kontakt zur Spina ischialis besteht, mit dem Zeigefinger anterior und superior von der Spina ischialis Platz schaffen. Siehe Abbildung 8A. Die Richtung dieser Präparation ist senkrecht zur seitlichen Beckenwand und stellt einen Hohlraum von etwa 2 cm Breite und 3 cm Höhe her. An der anterioren Präparation ist keine Präparation auf die sakrospinalen Ligamente beteiligt. Diese Präparation stellt einen Kanal anterior und superior der Spina ischialis und oberhalb von ATFP, Obturator-internus-Muskel und seiner parietalen Fascie her. Die gleiche Präparation auf der linken Seite wiederholen.

Ein Falten des prävesikulären Gewebes ist nicht erforderlich. Wenn eine Faltung durchgeführt wird, dann wird sie jedoch nur am zentralen Teil dieses Gewebes vorgenommen. Dadurch wird vermieden, dass der präparierte Bereich zu eng wird. Das Netzimplantat so über das prävesikuläre Gewebe legen, dass die Schlaufenzeichen nach oben zeigen. Wenn ein Anheften vorgesehen ist, sollte es zu diesem Zeitpunkt durch Legen einer Naht mit beispielsweise 2-0 MONOCRYL oder 2-0 Coated VICRYL am Apex der Vagina und Durchstechen der apikalen Lasche des Netzimplantats

erfolgen. Die Heftnaht kann gleich jetzt oder nach Positionierung der Schlaufen fixiert werden. Das Anheften der distalen Rille des Netzimplantats ist optional und kann mit Nahtmaterial wie 2-0 MONOCRYL oder 2-0 Coated VICRYL durchgeführt werden.

Die Netzimplantatschlaufen mit dem anterioren Einführinstrument jeweils in den rechten und linken Kanal einführen, der durch die Präparation anterior und superior der Spina ischialis hergestellt wurde (wie oben beschrieben). *HINWEIS: Die gebogenen Enden des anterioren Einführinstruments sind in entgegengesetzte Richtungen gedreht und sind mit Pfeilmarkierungen zur Anzeige der Positionierungsrichtung versehen.* Die Spitze des anterioren Einführinstruments mit dem Pfeil in Richtung rechte Patientenseite in die Schlaufentasche des Netzimplantats (siehe Abbildung 8B) auf der rechten Seite der Patientin einführen. *HINWEIS: Gegenzug kann dazu beitragen, dass die Tasche auf dem anterioren Einführinstrument bleibt.* Das anteriore Einführinstrument in einer vertikalen Position halten, so dass der gebogene Teil des Instruments zur posterioren Vaginalwand zeigt. Das anteriore Einführinstrument wird dann mit der Schlaufe darauf in den zuvor hergestellten Gewebekanal geführt (siehe Abbildung 8C), bis der Handgriff der Labia majora auf der gegenüberliegenden Seite berührt. Dies wird dadurch erreicht, dass der Griff des anterioren Einführinstruments nach oben und vertikal positioniert wird, so dass die Führungskante und Tasche zur Spina ischialis zeigen. Aus dieser Position wird der Handgriff dann nach unten in eine fast horizontale Stellung gekippt, während er an Kontakt mit dem kontralateralen Oberschenkel gehalten wird. *HINWEIS: Das Zurückziehen der Blase mit einem chirurgischen Standardinstrument kann die erste Einbringung in den Kanal erleichtern. Ggf. kann ein Zeigefinger im Kanal verwendet werden, um das anteriore Einführinstrument beim ersten Einbringen gegen die Labia majora auf der kontralateralen Seite zu führen, bevor der Handgriff abgesenkt wird.* Durch leichtes Drücken nach oben werden die Schlaufentaschen korrekt positioniert und der apikale Abschnitt des Netzimplantats wird an den vaginalen Apex gedrückt. *HINWEIS: Falls während der Insertion der Schlaufe ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben des Einführinstruments unter Widerstand kann zur Beschädigung des Netzimplantats oder durch zu weites Einführen zu Schäden an wichtigen Gewebestrukturen führen.*

Den Handgriff vor Herausziehen des anterioren Einführinstruments in die vertikale Position zurückkippen und die Schlaufe dabei im Kanal zurücklassen. *HINWEIS: Erste Schlaufe vollständig einführen. HINWEIS: Wenn das anteriore Einführinstrument herausgezogen wird, bevor die Netzimplantatschlaufe die vorgesehene Stelle erreicht hat, muss die Schlaufe entfernt, neu aufgesetzt und nochmals eingeführt werden.* Dieses Verfahren wird auf der anderen Seite der Patientin durch Umdrehen des anterioren Einführinstruments und Einführen des Endes mit dem Pfeil zur linken Patientenseite in die andere Tasche wiederholt. Abbildung 8D zeigt beide eingesetzte Schlaufen. *HINWEIS: Beim Einbringen der zweiten Schlaufe ist ein Verschieben des Netzimplantats zu vermeiden und das Implantat darf NICHT verdreht sein.*

Der Körper des Netzimplantats wird locker über das darunter liegende Vaginalgewebe gelegt. Ein Falten oder Verdrehen des Körpers und der Schlaufen ist zu vermeiden. Je nach vaginalen Abmessungen oder Ausmaß der lateralen Präparation muss der Netzimplantatkörper eventuell zugeschnitten werden. Das Vaginalepithel kann zugeschnitten werden, dabei darf allerdings nicht zu viel Gewebe entfernt werden. Das Epithel wird über dem Netzimplantat ohne Verwendung ineinander greifender Nähte verschlossen (wie unten beschrieben, siehe Abbildung 8E). Die endgültige Position des Netzimplantats im anterioren Kompartiment ist in Abbildung 8F dargestellt.

*HINWEIS: Vor dem Nahtverschluss der vaginalen Inzisionen muss eine Blutstillung hergestellt werden.*

Vaginale Inzisionen sollten nicht mit ineinander greifenden oder Achter-Nähten verschlossen werden. Dadurch wird eine Devaskularisierung des Vaginalepithels entlang der Inzisionslinien vermieden und die Erosion des Netzes reduziert. Vorzugsweise wird das Epithel in zwei Schichten vernäht, um eine relativ dicke Nahtlinie an der vaginalen Inzision zu erhalten. Die tiefe Schicht wird mit einer fortlaufenden subepithelialen Matratzennaht mit 2-0 MONOCRYL Nahtmaterial oder 2-0 MONOCRYL™ Plus (Polyglecapron 25) antibakteriellem Nahtmaterial verschlossen. Das Epithel wird dann mit einer fortlaufenden umgedrehten Matratzennaht und mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL™ Plus (Polyglactin 910) antibakteriellem Nahtmaterial vernäht. *HINWEIS: Das Netzimplantat in den oberen zwei Dritteln der Vagina positionieren und zuschneiden, falls es darüber hinaus reicht.* Falls dies nicht bereits erfolgt ist, wird eine Zystoskopie empfohlen, um eine Verletzung des Harntrakts auszuschließen.

Alternativ kann ein einschichtiger Verschluss der Vaginalwand durchgeführt werden. Dabei können eine fortlaufende, umgedrehte Matratzennaht oder Einzelnähte mit 2-0 Coated VICRYL oder 2-0 Coated VICRYL Plus verwendet werden.

**Posteriore Vaginal-Rekonstruktion**

Wenn nur eine Verstärkung der posterioren Vaginalwand erforderlich ist, wird nur das posteriore GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem verwendet. Dieses enthält ein Netzimplantat und ein speziell für die Verwendung bei der posterioren Vaginalrekonstruktion entwickeltes posteriores Einführinstrument. Nach Anlegen der erforderlichen vaginalen Inzisionen und Präparationen Gewebekanäle im posterioren Kompartiment herstellen, in die die Netzimplantatschlaufen eingebracht werden. *HINWEIS: Das posteriore Einführinstrument darf nicht zur Präparation von Gewebe verwendet werden.*

*Posteriore Präparation von Vagina und Kanal*

Das posteriore Vaginalepithel wird vom prärektalen Gewebe abpräpariert. Wie bei der anterioren Vaginalwand sollte auch hier die gesamte Dicke der posterioren Vaginalwand abpräpariert werden. Diese Präparation sollte durch subepitheliale Hydro-Präparation erleichtert werden. Die Präparation wird lateral auf beiden Seiten bis zu den Levator-ani-Muskeln auf Höhe der Spina ischialis fortgeführt. Die Präparation geht weiter durch beide rektalen Pfeiler und bis auf, aber nicht durch das Ligamentum sacrospinosum, wodurch Kanäle für die Einführung der Netzimplantatschlaufen hergestellt werden. Siehe Abbildung 9A.

Die Behandlung einer vorhandenen Enterozele ist optional, kann aber, falls beabsichtigt, je nach bevorzugter Technik des Chirurgen jetzt durchgeführt werden.

Wenn während der anterioren oder posterioren Präparation die Bauchhöhle eröffnet wird, muss diese vor dem Einbringen des Netzimplantats verschlossen werden.

*Einbringung des posterioren Netzimplantats*

Ein Falten des prärektalen Gewebes ist nicht erforderlich. Wenn eine solche Faltung jedoch durchgeführt wird, wird nur der zentrale Teil des prärektalen Gewebes gefaltet. Dadurch wird vermieden, dass der präparierte Bereich zu eng wird. Das Netzimplantat so über das prärektale Gewebe legen, dass die Schlaufenzeichen nach oben zeigen. Wenn ein Anheften vorgesehen ist, sollte es zu diesem Zeitpunkt durch Legen einer Naht mit beispielsweise 2-0 MONOCRYL Nahtmaterial im Apex der Vagina und Durchstechen der apikalen Lasche des Netzimplantats erfolgen. Die Heftnaht kann gleich jetzt oder nach Positionierung der Schlaufen fixiert werden. Das Anheften der distalen Rille des Netzimplantats ist optional und kann mit 2-0 MONOCRYL Nahtmaterial oder 2-0 Coated VICRYL Nahtmaterial durchgeführt werden.

Die Netzimplantatschlaufen mit dem posterioren Einführinstrument jeweils in den rechten und linken Kanal einführen, der durch die beidseitige Präparation zum Ligamentum sacrospinosum hergestellt wurde (wie oben beschrieben). Das posteriore Einführinstrument mit einem geraden Nadelhalter greifen, wie in Abbildung 9B dargestellt.

ETH.MESH.02341428

*HINWEIS: Die Spitze des Nadelhalters ist das gerade, gerillte Ende des posterioren Einführinstruments einführen.* Das Netzimplantat so ausrichten, dass die Schlaufentaschen nach oben zeigen. Die Spitze des posterioren Einführinstruments in die Schlaufentasche auf der rechten Patientenseite einführen (siehe Abbildung 9S). Das posteriore Einführinstrument wird nun mit der Schlaufe in den zuvor hergestellten Gewebekanal geschoben (siehe Abbildung 9C), wobei der Handgriff des Nadelhalters aufgerichtet wird. Die Schlaufe mit ihrer gesamten Länge in den Kanal schieben, so dass die Basis der Schlaufe an der superioren Grenze der faszialen Präparation liegt. *HINWEIS: Erste Schlaufe vollständig einführen. Wenn das Einführinstrument herausgezogen wird, bevor die Netzimplantatschlaufe die vorgesehene Stelle erreicht hat, muss die Schlaufe entfernt, neu aufgesetzt und nochmals eingeführt werden. HINWEIS: Dabei darf nicht zu tief eingeführt werden, um Schäden an wichtigen Gewebestrukturen zu vermeiden. HINWEIS: Falls während der Insertion die Schlaufe ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben des Einführinstruments unter Widerstand kann zur Beschädigung des Netzimplantats oder durch zu weites Einführen zu Schäden an wichtigen Gewebestrukturen führen.* Das posteriore Einführinstrument wird entlang des Insertionspfads zurückgezogen, wobei die Schlaufe im Kanal verbleibt. Die Schlaufen drücken an das Ligamentum sacrospinosum, ohne es jedoch zu durchdringen. Nähte keinesfalls in das Lig. sacrospinosum legen. Das Verfahren mit der zweiten Schlaufe auf der linken Patientenseite wiederholen. Abbildung 9D zeigt beide eingesetzte Schlaufen. *HINWEIS: Beim Einbringen der zweiten Schlaufe ist ein Verschieben des Netzimplantats zu vermeiden und das Implantat darf NICHT verdreht sein.*

Der Körper des Netzimplantats wird locker über das darunter liegende Vaginalgewebe gelegt. Implantatkörper und Schlaufen dürfen nicht gefaltet oder verdreht werden. Je nach vaginalen Abmessungen oder Ausmaß der faszialen Präparation muss der Netzimplantatskörper eventuell zugeschnitten werden. Das Epithel der posterioren Vaginalwand kann zugeschnitten werden, dabei darf allerdings nicht zu viel Gewebe entfernt werden. Das Epithel wird über dem Netzimplantat ohne Verwendung meinander greifender Nähte verschlossen (wie unten beschrieben). Die endgültige Position des Netzimplantats im posterioren Kompartiment ist in Abbildung 9E dargestellt.

*HINWEIS: Vor dem Nahtverschluss der vaginalen Inzisionen muss eine Blutstillung hergestellt werden.*

Vaginale Inzisionen sollten nicht mit ineinander greifenden oder Achter-Nähten verschlossen werden. Dadurch wird eine Devaskularisierung des Vaginalepithels entlang der Inzisionslinien vermieden und die Erosion des Netzes reduziert. Vorzugsweise wird das Epithel in zwei Schichten vernäht, um eine relativ dicke Nahtlinie an der vaginalen Inzision zu erhalten. Die dicht Schicht wird mit einer fortlaufenden subepithelialen Matratzennaht mit 2-0 MONOCRYL Nahtmaterial oder 2-0 MONOCRYL Plus antibakteriellem Nahtmaterial verschlossen. Das Epithel wird dann mit einer fortlaufenden umgekehrten Matratzennaht und mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL Plus Nahtmaterial vernäht. *HINWEIS: Das Netzimplantat in den oberen zwei Dritteln der Vagina platzieren und zuschneiden, falls es darüber hinaus reicht.* Am Ende der Operation ist eine digitale rektale Untersuchung erforderlich, um eine rektale Verletzung auszuschließen.

Alternativ kann ein einschichtiger Verschluss der Vaginalwand durchgeführt werden. Dabei können eine fortlaufende, umgekehrte Matratzennaht oder Einzelnähte mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL Plus Nahtmaterial verwendet werden.

### Kombinierte anteriore und posteriore Vaginal-Rekonstruktion

Wenn sowohl eine anteriore als auch posteriore Vaginalwandverstärkung erforderlich ist, wird das kombinierte GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem verwendet. Dieses enthält zwei identische Netzimplantate, eines für die anteriore und das zweite für die posteriore Vaginal-Rekonstruktion. Nur das gebogene anteriore Einführinstrument für eine anteriore und nur das gerade posteriore Instrument für eine posteriore Rekonstruktion verwenden. Die anteriore und posteriore Vaginal-Rekonstruktion wird wie oben beschrieben durchgeführt. Es wird empfohlen, zuerst die anteriore Vaginal-Rekonstruktion vorzunehmen. Die endgültige Position der Netzimplantate im anterioren und posterioren Kompartiment ist in Abbildung 10 dargestellt. Am Ende der Operation wird eine Zystoskopie empfohlen, um eine Verletzung des Harntrakts auszuschließen. Eine digitale rektale Untersuchung ist erforderlich, um eine rektale Verletzung auszuschließen.

### Verwendung des GYNECARE PROSIMA Systems mit Uteruserhaltung (Hysteropexie)

Wenn der prolabierte Uterus erhalten wird, sollte die apikale Lasche des Netzimplantats an der Zervix fixiert werden. Die Fixierung des Netzimplantats an der Zervix sollte auf Höhe des pubozervikalen Rings erfolgen, wenn das Implantat während der anterioren oder posterioren Vaginal-Rekonstruktion eingebracht wird.

Wenn der Uterus während einer anterioren Vaginal-Rekonstruktion fixiert wird, wird der pubozervikale Ring während der anterioren Vaginalpräparation freigelegt. Eine 2-0 PROLENE Naht wird fest in der anterioren Seite des pubozervikalen Rings verankert. Diese Naht wird auch durch die apikale Lasche des Netzimplantats geführt. Der PROLENE Naht an der Lasche wird geknüpft, wenn die Netzimplantatschlaufen gelegt sind. Dies fixiert das Netzimplantat an der anterioren Fläche der Zervix auf Höhe des pubozervikalen Rings und sorgt dafür, dass sich das Netzimplantat mit der Vagina aufweitet, wenn der VSD korrekt positioniert ist.

Bei der posterioren Rekonstruktion sollte das Netzimplantat an der posterioren Zervix auf Höhe oder oberhalb des pubozervikalen Rings fixiert werden. Die blind endende Ausbuchtung kann bei der Befestigung des Netzimplantats an der Zervix eröffnet werden. Das Peritoneum der Ausbuchtung wird oberhalb dieser Naht verschlossen, um ein Verkleben des Darms mit dem Netzimplantat zu vermeiden. Wenn der Chirurg sich entscheidet, die Ausbuchtung nicht zu eröffnen, wird der pubozervikale Ring während der posterioren Vaginalpräparation freigelegt. Eine 2-0 PROLENE Naht wird fest in der posterioren Seite des pubozervikalen Rings verankert. Diese Naht wird auch durch die apikale Lasche des Netzimplantats geführt. Der PROLENE Naht an der Lasche wird geknüpft, wenn die Netzimplantatschlaufen gelegt sind. Dies fixiert das Netzimplantat an der posterioren Fläche der Zervix auf Höhe des pubozervikalen Rings.

Bei Verwendung sowohl für anteriore als auch für posteriore Vaginal-Rekonstruktionen sollten die Netzimplantate an der anterioren und posterioren Seite der Zervix fixiert werden, wie oben beschrieben (siehe Abbildung 11).

### Hygienemaßnahmen

Während der Operation die vaginalen Wunden mit Kochsalzlösung spülen. Das Netzimplantat so wenig wie möglich manipulieren und auf einwandfreie Hygiene achten.

### Einbringen von VSD und Luftkissen

Am Ende der Operation wird ein VSD in passender Größe mit befestigtem Luftkissen in die Vagina eingebracht und dort mit Nähten fixiert, um ein Verrutschen zu verhindern. Der VSD hat drei mögliche Größen (klein, mittel und groß) und kann vom Chirurgen wie nachstehend beschrieben an die individuelle Anatomie der Patientin angepasst werden.

#### VSD Anpassung und Zuschneiden

Der VSD wird mit maximaler Größe geliefert. Die passende Größe durch direkte Augenprobe des VSD an der Patientin bestimmen. Hierbei wird der maximale große VSD in die Vagina zwischen dem aufgewölbten Apex und dem Hymenring eingeführt. Zum Einführen in die Vagina den VSD an der breitesten Stelle greifen und entlang der Längsachse falten, wobei der Ballon nach oben zeigt (siehe Abbildung 12). Die breiteste Stelle des VSD wird zuerst eingeführt, so dass die Nahtlöcher direkt oberhalb des Hymenrings liegen. *HINWEIS: Das Luftkissen während der Größenbestimmung*

*des VSD nicht abnehmen oder beschädigen.* Die richtige Größe ist erreicht, wenn der VSD genau in die oberen zwei Drittel der aufgewölbten Vagina passt und das distale Ende sowie die Nahtöffnungen 1 cm oberhalb des Hymenrings liegen (siehe Abbildung 13).

Wenn die große Größe passt, wird der VSD nicht modifiziert. Wenn die mittlere Größe erforderlich ist, wird der oberste Abschnitt vorsichtig und nur mit den Spitzen einer gebogenen Mayo-Schere abgeschnitten, wobei nur kleine Schnitte erfolgen und so eine glatte Schnittkante erreicht wird. An den beschrittenen Stellen dürfen nur minimale Materialreste verbleiben. *HINWEIS: Es ist wichtig, den VSD sehr sorgfältig anzupassen. Wenn ein VSD einmal zugeschnitten ist, kann er nicht wieder vergrößert und die abgeschnittenen Teile können nicht wieder angesetzt werden.* Das Luftkissen sollte während des Zuschneidens abgehalten werden (siehe Abbildung 14). *Es muss darauf geachtet werden, das Luftkissen beim Zuschneiden des VSD nicht zu beschädigen.*

Wenn die mittlere Größe passt, ist kein weiteres Zuschneiden erforderlich. Wenn die kleine Größe benötigt wird, wird der verbleibende Abschnitt wie eben beschrieben entfernt. Das Luftkissen darf sich während des Zuschneidens nicht im Schneidebereich befinden, um eine Beschädigung zu vermeiden.

Wenn der VSD die korrekte Größe hat und das Luftkissen repositioniert ist, kann die Einheit in die Vagina eingebracht werden. *HINWEIS: Um eine Perforation des Luftkissens zu vermeiden, dürfen zur Einführung des VSD oder des Luftkissens keine Instrumente verwendet werden.* Wenn das Luftkissen beschädigt wird, das Luftkissen vom VSD abnehmen und den Vaginalraum mit Gaze auffüllen.

Nach korrekter Positionierung der Einheit in den oberen zwei Dritteln der aufgewölbten Vagina sollte der VSD mit Einzelnähten durch alle Nahtöffnungen des VSD und in das posteriore Vaginalwandepithel fixiert werden, beidseitig lateral und oberhalb des Hymens in 4- und 8-Uhr-Position, wie in Abbildung 15 dargestellt. Die rechten und linken Nähte werden abwechselnd geknüpft, dabei wird der VSD an seiner Position in der Vagina festgehalten. *HINWEIS: Beim Vernähen des VSD darf das Luftkissen nicht punktiert werden.* Für diese Anwendung wird ein Nahtmaterial wie 2-0 Coated VICRYL oder ein gleichwertiges resorbierbares Nahtmaterial empfohlen.

#### Aufblasen des Luftkissens

Nach dem Vernähen des VSD wird die mitgelieferte 50-ml-Spritze durch eine Drehbewegung am Luftkissenventil befestigt. *HINWEIS: Nach Einbringen des VSD ist ein Katheter erforderlich, um eine Harnretention zu vermeiden.* Nach dem Aufblasen mit etwas Raumluft (siehe Abbildung 16) wird die gesamte Länge des Luftkissens mit einem Finger palpiert, um zu gewährleisten, dass sich das Luftkissen entfaltet hat und sich über die gesamte Vagina erstreckt. Nach Bestätigung der Entfaltung den Finger herausnehmen und das Luftkissen weiter aufblasen, bis am Scheideneingang nur noch eine Fingerspitze zwischen Luftkissen und Vaginalwand passt. Während des Aufblasens wird eine Stabilisierung des VSD empfohlen. Das aufgeblasene Luftkissen dient dazu, das Netzimplantat an der Vaginalwand zu drücken. Das benötigte Luftvolumen zum Aufblasen des Luftkissens variiert je nach Patientin. *HINWEIS: Das maximale Luftkissen-Aufblasvolumen darf 90 ml nicht übersteigen.* Nach ausreichendem Aufblasen wird die Spritze durch Drehen vom Ventil abgenommen. Der Luftschlauch des Luftkissens muss aus der Vagina herausragen, damit er am Oberschenkel der Patientin befestigt werden kann. Die Kappe muss fest auf das Luftkissenventil aufgesetzt werden, damit das Luftkissen sein vorgesehenes Luftvolumen behält (siehe Abbildung 7). *HINWEIS: Die Kappe nicht zu stark festdrehen.* Ggf. kann das Luftvolumen im Luftkissen später mit einer Standardspritze korrigiert (vergrößert oder verringert) werden. Das Luftkissen kann jederzeit palpiert oder visuell überprüft werden, um zu gewährleisten, dass es ausreichend aufgeblasen ist. *HINWEIS: Wenn sich die Patientin bewegt, passt sich das Luftkissen in der Vagina an und zeigt einen scheinbar höheren oder niedrigeren Innendruck. Das ist normal.*

*HINWEIS: Das Luftkissen vor Gebrauch nicht vom VSD lösen.*

*HINWEIS: Das Luftkissen nicht vor dem Einführen in die Vagina aufblasen.*

*HINWEIS: Wenn sich die VSD-Nahtöffnungen nach dem Aufblasen des Luftkissens mehr als 1 cm über den Hymenring verschieben haben oder wenn an ihnen eine übermäßige Spannung herrscht, den Druck des Luftkissens verringern und ggf. Position oder Größe des VSD korrigieren.*

*HINWEIS: Wenn sich im Luftkissen Löcher befinden, ein Leck festgestellt wird oder das Luftkissen nach dem Aufblasen seine Form nicht behält, das Luftkissen NICHT verwenden. Es muss vom VSD abgenommen und vorschriftsgemäß entsorgt werden. Anstelle des Luftkissen-Standard-Gazeverband verwenden.*

*HINWEIS: Wenn sich der Luftkissenstecker vom VSD löst, muss er wieder eingedrückt werden.*

*HINWEIS: Das Luftschlauch des Luftkissens nicht kürzen.*

*HINWEIS: Den Luftschlauch niemals übermäßig knicken, spannen oder verdrehen, um Beschädigungen zu vermeiden.*

*HINWEIS: Bei eingesetztem Luftkissen keinen Gazeverband verwenden.*

#### Abnehmen des Luftkissens vom VSD

Mit einer Standardspritze wird das Luftkissen einen Tag nach der Operation vollständig entleert und entfernt, wobei der VSD in situ verbleibt. *HINWEIS: Das Luftkissen nicht länger als einen Tag in der Vagina belassen.*

1) Die Kappe vom Luftkissenventil abnehmen.

2) Eine Standardspritze mit 50 ml (oder größer) am Luftkissenventil befestigen und die gesamte Luft aus dem Luftkissen ziehen (siehe Abbildung 17). Es ist wichtig, das Luftkissen vollständig zu entleeren, bevor versucht wird, es vom VSD abzunehmen. *HINWEIS: Bei einem vollständig entleerten Luftkissen wird der Spritzenkolben von selbst zurückgezogen.*

3) Spritze abnehmen.

4) Das Luftkissen kann dann durch vorsichtiges Ziehen am Luftschlauch in kaudale Richtung in der Nähe des Anschlusssteckers abgenommen werden, während mit einem Finger ein behutsamer Gegenzug auf das distale Ende des VSD ausgeübt wird. Siehe Abbildung 18.

*HINWEIS: Das Luftkissen nicht zurückziehen, wenn es nicht vollständig entleert und kein Widerstand zu spüren ist. Falls ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben oder Zurückziehen des Luftkissens unter Widerstand kann zu einer Verschiebung des VSD bzw. Gewebetrauma der Vagina führen. Zur vollständigen Entfernung muss die Spritze nochmals angesetzt und die gesamte Luft entfernt werden, bevor das Luftkissen entfernt wird.*

#### Entfernung des VSD an der Patientin

Der VSD wird aus der Patientin entfernt, nachdem eine ausreichende Heilung eingetreten ist, etwa 3 bis 4 Wochen nach der Operation. Zu diesem Zeitpunkt haben sich die resorbierbaren Nähte möglicherweise so weit aufgelöst oder ausreichend Spannung verloren, dass der VSD leicht und ohne Widerstand durch Nähte entfernt werden kann. *HINWEIS: Zur Entfernung müssen eventuell beide Nähte aufgeschnitten werden. Den VSD nicht länger als 4 Wochen in der Vagina belassen.* Jegliche verbleibenden Fixierungsnähte für den VSD entfernen. Den VSD manuell aus dem Vaginalkanal entfernen, wie in Abbildung 19 dargestellt.

ETH.MESH.02341429

**Perioperative Versorgung**

Eine prophylaktische Verordnung von Antibiotika ist entsprechend der üblichen Verfahrensweise des Chirurgen möglich. Antibiotika können nach Ermessen des Chirurgen postoperativ weiter verabreicht werden. Es kann eine Thromboembolie-Prophylaxe angewandt werden.

Der Chirurg sollte erklären, dass der Verwendungszweck des bis zu vier Wochen nach der Operation in der Patientin verbleibenden VSD ist, die Vagina während der Heilungsperiode in Kontakt mit dem Netzimplantat zu halten. Die Patientin sollte darauf hingewiesen werden, dass der VSD ca. 4 Wochen nach der Operation während einer postoperativen Nachuntersuchung entfernt wird. Weiterhin sollte erwähnt werden, dass es postoperativ zu vaginalem Ausfluss kommen kann und dass sich der VSD leicht nach unten verlagern kann. Wenn die Patientin feststellen sollte, dass der VSD verrutscht ist, kann sie ihn selbst behutsam wieder nach oben in eine angenehmere Position schieben. Falls der VSD allerdings erhebliches Unbehagen bereitet, sollte ärztlicher Rat eingeholt werden.

Die Patientin wird angewiesen, nach der Entlassung aus dem Krankenhaus für einen Zeitraum von 3 bis 4 Wochen anstrengende körperliche Aktivitäten zu vermeiden. Nach dieser Zeit sind die Beckengewebe in das Netzimplantat eingewachsen, und die Patientin kann ihre normalen täglichen Aktivitäten wieder aufnehmen. Die Patientin wird angewiesen, mindestens 6 Wochen nach der Operation auf Geschlechtsverkehr zu verzichten. Eine Beckenbodengymnastik kann jederzeit nach der Operation empfohlen werden.

**WIRKUNGSWEISE**

Tierversuche haben gezeigt, dass die Implantation von GYNECARE GYNEMESH PS Netz vorübergehend minimale bis leichte entzündliche Reaktionen hervorruft, gefolgt von der Ablagerung einer dünnen, fibrösen Gewebeschicht, welche die Zwischenräume des Geflechts durchdringen kann, wodurch das Netz mit dem anliegenden Gewebe verwächst. Das Netz bleibt weich und fumbar, und die normale Wundheilung wird kaum beeinträchtigt. Das Material wird weder resorbiert noch durch Gewebeenzyme abgebaut oder geschwächt.

**KONTRAINDIKATIONEN**

- Wenn das GYNECARE GYNEMESH PS Netz bei Kleinkindern, Kindern, schwangeren Frauen oder Frauen mit Kinderwunsch verwendet wird, sollte der Arzt bedenken, dass das Netz nicht sehr dehnbar ist und sich dem Wachstum der Patientin nicht anpassen kann.

- Das GYNECARE PROSIMA System sollte nicht bei bestehender Schwangerschaft oder purulenten Infektionen oder Krebserkrankungen von Vagina, Zervix oder Uterus durchgeführt werden.

**WARNUNGEN UND VORSICHTSMASSNAHMEN**

- Der Chirurg sollte mit den entsprechenden Verfahren und Techniken zur Beckenbodenrekonstruktion mit nicht-resorbierbarem Netzimplantaten vertraut sein, bevor die GYNECARE PROSIMA Systeme eingesetzt werden.

- Für die Verwendung des GYNECARE PROSIMA Systems bei Patientinnen mit einem Grad IV-Prolaps der Beckenorgane liegen noch keine auswertbaren Daten vor. Die Verwendung bei diesen Patientinnen wird daher nicht empfohlen.

- Beim GYNECARE PROSIMA System sollten anerkannte chirurgische Behandlungsmethoden eingehalten werden, ebenso bei infizierten oder kontaminierten Wunden.

- Das GYNECARE PROSIMA System nicht verwenden, wenn Verdacht auf eine Infektion oder Kontamination des Operationsgebiets besteht. Bei der Verwendung des Netzimplantats oder der VSD-Luftkissen-Einheit in kontaminierten Bereichen sollte stets bedacht werden, dass bei einer nachfolgenden Infektion unter Umständen Implantat oder VSD entfernt werden müssen.

- Postoperativ sollte die Patientin angehalten werden, das Heben schwerer Gegenstände und/oder körperliches Training (z.B. Radfahren, Jogging) für 3 bis 4 Wochen und Geschlechtsverkehr für 6 Wochen zu vermeiden, oder bis zu dem vom Arzt festgelegten Zeitpunkt, ab dem die Patientin ihre normalen Aktivitäten wieder aufnehmen kann.

- Den VSD nicht länger als 4 Wochen in der Vagina belassen.

- Das Luftkissen nicht länger als einen Tag in der Vagina belassen.

- Die Komponenten des GYNECARE PROSIMA Systems sind ausschließlich zur Verwendung mit den in dieser Packungsbeilage angegebenen Instrumenten vorgesehen.

- Übermäßige Zugspannung auf das Netzimplantat während der Handhabung vermeiden.

- Die GYNECARE PROSIMA Systeme mit Sorgfalt und unter Beachtung der Patientenanatomie verwenden, um Schäden an Blutgefäßen, Nerven, Blase und Darm sowie eine Perforation der Vaginalwand zu vermeiden. Die korrekte Anwendung des GYNECARE PROSIMA Systems minimiert diese Risiken.

- Das Luftkissen nur mit Raumluft aufblasen.

- Die Palpation bestätigt, dass das Luftkissen nach dem Aufblasen keine Lecks aufweist. Der vollständige Verlust der eingeblasenen Luft kann die Wirksamkeit des Luftkissens einschränken.

- Die Luftkissenwand ist dünn, damit die gewünschten Eigenschaften erreicht werden. Punktierungen, Schnitte, Kerben, Quetschungen oder Überbelastung können zu einem Verlust der eingeblasenen Luft führen. Das Luftkissen kann leicht durch eine Nadel oder ein Skalpell durchstoßen oder durch Manipulation mit einem stumpfen Instrument zerrissen werden. Bei der Handhabung muss vorsichtig vorgegangen werden, um solche Ereignisse zu vermeiden. Ein beschädigtes Luftkissen darf nicht verwendet werden. Luftkissen entfernen und den Bereich mit Gaze auffüllen.

- Das maximale Aufblasvolumen des Luftkissens beträgt 90 ml. Das Luftkissen nicht zu stark aufblasen. Ein übermäßiges Aufblasen des Luftkissens kann zu Beschwerden der Patientin, Gewebenekrose, postoperativer Ruptur der Vaginawunde oder Unfähigkeit zur Miktion führen.

- Die GYNECARE PROSIMA Systeme nicht bei Patientinnen anwenden, die sich einer Antikoagulationstherapie unterziehen.

- Es können postoperative Blutungen auftreten. Auf diesbezügliche Symptome oder Anzeichen achten, bevor die Patientin aus dem Krankenhaus entlassen wird.

- Die Patientin muss angewiesen werden, bei Auftreten von ungewöhnlichen Schmerzen, Blutungen oder anderen Problemen sofort den Chirurgen zu benachrichtigen.

- Obwohl eine Verletzung der Blase bei dieser Technik unwahrscheinlich ist, wird empfohlen, eine Zystoskopie durchzuführen.

- Obwohl eine Verletzung des Rektums bei dieser Technik unwahrscheinlich ist, wird empfohlen, eine digitale rektale Untersuchung durchzuführen.

- Das GYNECARE GYNEMESH PS Netzimplantat darf nicht mit irgendwelchen Klammern, Clips oder Klemmen befestigt werden, da es dabei zu einer mechanischen Beschädigung kommen kann.

- Das Netzimplantat darf nicht im unteren Drittel der Vagina liegen. Bei Bedarf das Netzimplantat bis zum Übergang vom unteren zum mittleren Drittel der Vaginalwand zuschneiden.

- Eine prophylaktische Verordnung von Antibiotika ist entsprechend der üblichen Verfahrensweise des Chirurgen möglich.

**NEBENWIRKUNGEN**

- Zu den möglichen Nebenwirkungen gehören die typischerweise mit chirurgischem Implantatsmaterial verbundenen Reaktionen, wie erhöhte Infektionsgefahr, Entzündung, Verwachsungen, Fistelbildung, Erosion, Extrusion und Narbenbildung, die zu einer Kontraktion des Implantats führt.

- Zu den möglichen Nebenwirkungen gehören die typischerweise mit Rekonstruktionsverfahren bei Prolaps von Beckenorganen verbundenen Reaktionen, wie Schmerzen beim Geschlechtsverkehr und Schmerzen im Beckenraum. Diese Beschwerden können mit der Zeit von selbst abklingen.

- Bei der Präparation oder Einbringung des Netzes kann es zu Punktierungen, Zerreißungen oder Beschädigungen von Blutgefäßen, Nerven, Blase, Harnröhre oder Darm kommen, die einer chirurgischen Intervention bedürfen.

- Die Präparation für Beckenboden-Rekonstruktionsverfahren birgt die Gefahr einer Behinderung der normalen Miktion für einen variablen Zeitraum.

**STERILITÄT**

Die GYNECARE PROSIMA Systeme werden mit Ethylenoxid sterilisiert. KEINE Komponente des GYNECARE PROSIMA Systems darf RESTERILISIERT werden. KEINE Komponente des GYNECARE PROSIMA Systems darf WIEDERVERWENDET werden. Durch Wiederverwendung dieses Produkts (oder von Teilen dieses Produkts) besteht das Risiko einer Produktschädigung oder einer Kreuzkontamination, was zu einer Infektion oder Ansteckung mit durch Blut übertragenen Erregern bei Patienten und Anwendern führen kann. Nicht verwenden, wenn die Verpackung geöffnet oder beschädigt ist. Alle geöffneten, nicht verwendeten GYNECARE PROSIMA Systemkomponenten entsorgen.

**ENTSORGUNG**

Die Entsorgung von Komponenten und Verpackung des GYNECARE PROSIMA Systems hat unter Beachtung geltender Vorschriften für biogefährliche Stoffe und Abfälle zu erfolgen.

**AUFBEWAHRUNG**

Empfohlene Lagerbedingungen: kontrollierte Raumtemperatur und relative Luftfeuchtigkeit (ungefähre 25 °C, 60 % relative Luftfeuchtigkeit), geschützt vor Feuchtigkeit und direkter Hitzeeinwirkung. Nicht nach Ablauf des Verfallsdatums verwenden.

---

**Auf den Etiketten verwendete Symbole**



| | |
|---|---|
| CE $0086$ CE-Zeichen und Identifikationsnummer der benannten Stelle. Das Produkt entspricht den grundliegenden Anforderungen der Richtlinie des Rates über Medizinprodukte 93/42/EWG. | Hersteller |
| LOT Chargen-Nr. | Nicht erneut verwenden/resterilisieren |
| Verfallsdatum — Jahr und Monat | Gebrauchsanleitung beachten |
| | STERILE EO Sterilisationsmethode — Ethylenoxid |

**ETH.MESH.02341430**



**Gynecare**
# PROSIMA™

Sistema di riparazione anteriore del pavimento pelvico
Sistema di riparazione posteriore del pavimento pelvico
Sistema di riparazione combinato del pavimento pelvico

ITALIANO

**Leggere attentamente le istruzioni.**
La mancata osservanza di queste istruzioni può causare un funzionamento inadeguato del dispositivo e provocare lesioni.

*ATTENZIONE:* la legge federale U.S.A. consente la vendita del prodotto solo dietro richiesta di un medico.

L'addestramento all'uso dei sistemi di riparazione del pavimento pelvico GYNECARE PROSIMA™ è consigliato e disponibile. Per organizzare l'addestramento, contattare il promotore di zona.

**INDICAZIONI**
I sistemi di riparazione del pavimento pelvico GYNECARE PROSIMA, tramite il posizionamento degli impianti in rete PROLENE™ morbido non assorbibile GYNECARE GYNEMESH™ PS, sono indicati per il rinforzo del tessuto e la stabilizzazione duratura delle strutture fasciali del pavimento pelvico, come supporto meccanico o come materiale di congiunzione per i difetti fasciali. I sistemi assicurano il mantenimento del canale vaginale durante il periodo di guarigione a seguito della riparazione chirurgica del prolasso della parete vaginale, supportando contemporaneamente la posizione degli impianti in rete.

**DESCRIZIONE**
I sistemi di riparazione anteriore, posteriore e combinato del pavimento pelvico GYNECARE PROSIMA sono formati da impianti in rete GYNECARE GYNEMESH PS pre-sagomati e da strumenti atti a facilitare il posizionamento dell'impianto in rete e il supporto postoperatorio (vedere figura 1). Nella tabella seguente sono elencati i componenti contenuti in ciascun sistema:

| SISTEMA DI RIPARAZIONE DEL PAVIMENTO PELVICO | COMPONENTE (vedere figura 1) | | | | |
|---|---|---|---|---|---|
| | Impianto in rete nella confezione (A) | Gruppo palloncino – dispositivo di supporto vaginale (B&C) | Introduttore anteriore (D) | Introduttore posteriore (E) | Siringa (F) |
| Anteriore | 1 | 1 | 1 | | 1 |
| Posteriore | 1 | 1 | | 1 | 1 |
| Combinato | 2 | 1 | 1 | 1 | 1 |

Tabella 1 – Componenti del sistema di riparazione del pavimento pelvico GYNECARE PROSIMA

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS è una rete costituita da filamenti intrecciati di polipropilene estruso avente la stessa composizione delle suture in polipropilene PROLENE™ (ETHICON, INC.). Questo materiale, nell'uso come filo di sutura, è risultato non reattivo e, in applicazioni cliniche, ha dimostrato di mantenere la propria resistenza indefinitamente. La rete presenta caratteristiche di resistenza eccellente, duttilità e adattabilità come presidio chirurgico, con una porosità sufficiente alla necessaria crescita del tessuto. Nella rete sono stati incorporati dei monofilamenti per sutura blu di PROLENE allo scopo di produrre una rigatura di contrasto. La rete è costituita con fibre monofilamento a diametro ridotto, intrecciate secondo un modello esclusivo che genera una rete di circa il 50 percento più flessibile delle reti standard in polipropilene PROLENE™. La rete è lavorata con un processo che collega fra di loro le congiunzioni di ogni fibra e che conferisce elasticità in entrambe le direzioni. Questa struttura permette di tagliare la rete in qualunque forma o dimensione desiderata senza che essa si sfilacci. La proprietà di elasticità bidirezionale consente l'adattamento alle varie tensioni presenti nel corpo.

**Impianto in rete**
L'impianto in rete è costituito da GYNECARE GYNEMESH PS. Gli impianti in rete sono pre-sagomati a forma di Y per la riparazione di difetti vaginali anteriori, posteriori e/o apicali. Vedere figura 2. L'impianto in rete ha 2 braccia e un corpo centrale. Sull'estremità prossimale vi è una linguetta apicale per il fissaggio con fili di sutura in modo da ridurre al minimo lo spostamento dell'impianto in rete durante il posizionamento delle braccia. Sull'estremità distale vi è una scanalatura per agevolare l'allineamento dell'impianto in rete. In corrispondenza delle braccia dell'impianto in rete ci sono delle tasche pre-modellate per consentire il posizionamento con gli introduttori. L'impianto in rete è fornito in una confezione composta da Tyvek® non rivestito e da una pellicola in plastica trasparente, pensata per una facile rimozione dell'impianto in rete.

**Introduttore anteriore**
L'introduttore anteriore è uno strumento per l'utilizzo su una singola paziente, pensato per facilitare l'inserimento delle braccia dell'impianto in rete nei canali anteriori del tessuto precedentemente dissecato. *NOTA: l'introduttore anteriore non è previsto per la dissezione dei tessuti.* L'introduttore anteriore è pensato per essere compatibile con le tasche dell'impianto in rete per consentire il posizionamento delle braccia su entrambi i lati della paziente nel compartimento anteriore. Vedere le figure 3 e 4.

**Introduttore posteriore**
L'introduttore posteriore è uno strumento per l'utilizzo su una singola paziente, pensato per facilitare l'inserimento delle braccia dell'impianto in rete nei canali posteriori del tessuto precedentemente dissecato. *NOTA: l'introduttore posteriore non è previsto per la dissezione dei tessuti.* Un parte agli standard si collega all'introduttore posteriore come stabilizzatore per l'inserimento controllato. L'introduttore posteriore è pensato per essere compatibile con le tasche dell'impianto in rete per consentire il posizionamento delle braccia su entrambi i lati della paziente nel compartimento posteriore. Vedere la figura 5.

**Dispositivo di supporto vaginale (DSV)**
Il DSV è un dispositivo per l'uso su una singola paziente, pensato per fornire un supporto postoperatorio per i tessuti vaginali dopo il posizionamento della rete e dopo la chiusura dell'incisione vaginale. L'estremità apicale e l'estremità più ampia del DSV e contiene sezioni sagomabili. Dopo il dimensionamento iniziale nella paziente, è possibile regolare la dimensione del DSV secondo l'anatomia della paziente rifilando le sezioni apicali sagomabili. Il DSV viene posizionato nei 2/3 superiori della vagina per 3–4 settimane; dopodiché viene rimosso dalla paziente. Vedere la figura 6.

**Palloncino**
Il palloncino è un dispositivo per l'uso su una singola paziente, pensato per sostituire il tampone di garza vaginale post-chirurgico. Il volume del palloncino è regolabile in modo da riempire il canale vaginale e arriva fino alla parete vaginale in

corrispondenza dell'impianto in rete. Il palloncino è pre-collegato al DSV. La figura 7 mostra il palloncino sgonfio, senza il DSV collegato. Il palloncino rimane nella paziente al massimo per 1 giorno.

**Siringa**
Per gonfiare il palloncino viene fornita una siringa da 50 ml.

**SEZIONE 1: PRINCIPI DELL'INTERVENTO CON IL SISTEMA GYNECARE PROSIMA**
L'intervento di riparazione del pavimento pelvico con il sistema GYNECARE PROSIMA mira ad ottenere una riparazione anatomica, resistente e standardizzata del prolasso dell'organo pelvico. In base alla sede del prolasso e alle preferenze del chirurgo, la riparazione può essere anteriore e/o posteriore. L'isterectomia o la conservazione dell'utero possono essere combinate all'intervento con il sistema GYNECARE PROSIMA. Se indicato, è possibile eseguire una riparazione perineale o posizionare una sling suburetrale per il trattamento dell'incontinenza urinaria da sforzo contemporaneamente all'utilizzo del sistema GYNECARE PROSIMA. È possibile utilizzare una sling suburetrale retropubica o transotturatoria.

La riparazione del prolasso si ottiene con il posizionamento di 1 o 2 impianti in rete per via vaginale. Al termine dell'intervento, un DSV con un palloncino gonfiabile viene posizionato nella vagina per il dimensionamento, quindi il DSV viene suturato in posizione, supportando così la vagina e gli impianti in rete durante la crescita del tessuto. Una volta gonfiato, il palloncino sostituisce il tampone di garza tradizionale riempiendo la cavità vaginale e posizionandosi in corrispondenza degli impianti in rete. Il giorno dopo l'intervento, il palloncino viene sgonfiato e rimosso dalla vagina senza spostare il DSV. Il DSV rimane in posizione per un massimo di 4 settimane dopo l'intervento, durante la crescita del tessuto negli impianti in rete.

**SEZIONE 2: RAZIONALE PER IL SISTEMA GYNECARE PROSIMA**
Dopo un intervento tradizionale per il prolasso di organo pelvico, i tessuti riparati sono esposti agli aumenti di pressione intra-addominale quando la paziente si muove, tossisce, vomita o compie sforzi con evacuazione intestinale. Questi aumenti di pressione intra-addominale possono compromettere la guarigione della riparazione vaginale e possono portare a fallimenti chirurgici e prolassi recidivanti. Grazie al rinforzo della riparazione vaginale con l'impianto in rete e al supporto della vagina con il DSV per 3–4 settimane dopo l'intervento, il sistema GYNECARE PROSIMA è pensato per ridurre il rischio di fallimenti chirurgici e prolassi recidivanti.

Durante la riparazione vaginale anteriore, il corpo dell'impianto in rete è previsto che venga posizionato senza tensione tra la vescica e i 2/3 superiori della vagina, estendendosi lateralmente al livello dell'arco tendineo della fascia pelvica (ATFP). Durante la riparazione vaginale posteriore, il corpo dell'impianto in rete è previsto che venga posizionato senza tensione tra il retto e i 2/3 superiori della vagina, sistemandosi lateralmente sui muscoli elevatori dell'ano. È previsto che la sezione apicale del corpo dell'impianto in rete raggiunga l'apice vaginale. Anteriormente, l'impianto in rete può essere fissato al tessuto pre-rettale o alla cervice. Posteriormente, l'impianto in rete può essere fissato al tessuto pre-rettale o alla cervice.

Il DSV supporta i tessuti vaginali dopo l'intervento e favorisce l'approssimarsi di tali tessuti con l'impianto in rete finché non si verifica la crescita del tessuto. La crescita di tessuto attraverso l'impianto in rete si verifica durante le 3–4 settimane dopo l'intervento. L'utilizzo del sistema GYNECARE PROSIMA evita la necessità di dissezione all'esterno della cavità pelvica ed evita il passaggio di suture o strumenti attraverso il forame otturatorio e il legamento sacrospinoso. Tutti questi aspetti facilitano l'esecuzione dell'intervento stesso.

**Isterectomia**
Le preferenze del chirurgo e le esigenze della paziente determinano l'eventuale contemporanea necessità di un'isterectomia. Quando si esegue un'isterectomia, si consiglia di eseguire la chiusura del cul-de-sac peritoneale in modo da evitare il contatto dell'impianto in rete con l'intestino. È necessario evitare una chiusura dell'incisione a "T", poiché ciò potrebbe aumentare il rischio di esposizione della rete. Quando si esegue l'isterectomia vaginale insieme alla riparazione anteriore o posteriore o entrambe, prima è necessaria chiudere l'incisione dell'isterectomia in senso trasversale, quindi eseguire le incisioni per la riparazione in modo che non si colleghino all'incisione dell'isterectomia precedentemente chiusa. Tale operazione viene eseguita per evitare la creazione di un'incisione a "T".

**Conservazione dell'utero**
Il sistema GYNECARE PROSIMA è adatto per l'uso in situazioni in cui il chirurgo o la paziente scelgano di conservare l'utero.

**Incisioni vaginali**
Le incisioni vaginali nell'intervento con il sistema GYNECARE PROSIMA sono uguali a quelle utilizzate dal chirurgo per i tradizionali interventi di riparazione vaginale. Le incisioni devono essere eseguite attraverso tutta la profondità della parete vaginale in modo da ridurre il potenziale rischio di esposizione della rete.

**Posizionamento degli impianti in rete**
Gli impianti in rete sono mantenuti in posizione dal DSV finché non si verifica la crescita del tessuto. Pertanto, non è necessario fissare in posizione le braccia dell'impianto in rete. La porzione apicale dell'impianto in rete può essere fissata sulla fascia in corrispondenza della linea mediana dell'apice vaginale usando suture quali MONOCRYL™ 2-0 (Poliglecaprone 25) o Coated VICRYL™ 2-0 (Polyglactin 910). L'epitelio vaginale non deve essere suturato sull'impianto in rete.

**Preservazione della vagina**
È necessario evitare di rimuovere o escindere troppo epitelio vaginale. In seguito all'intervento può verificarsi una piccola retrazione del tessuto e la capacità vaginale ridotta potrebbe peggiorare se è stato rimosso troppo epitelio vaginale.

**Tre livelli di supporto vaginale**
Esistono 3 livelli di supporto alla vagina, comunemente conosciuti per la riparazione vaginale. L'utilizzo del sistema GYNECARE PROSIMA in un intervento è previsto per fornire il livello I e II di tale supporto come segue:

**Livello I – sospensione e supporto** (terzo superiore della vagina)
Il terzo superiore della vagina (compresa la volta in seguito all'isterectomia) e l'utero sono supportati da 2 meccanismi. In prima istanza, il supporto diretto per l'utero e la parte superiore della vagina è fornito dal parametrio (legamenti cardinali e utero-sacrali) e dalle fibre del paracolpio. Tali fibre fungono da legamenti sospensori e nascono dalla fascia

ETH.MESH.02341431

del muscolo piriforme, dalla giuntura sacroiliaca e dall'osso sacro laterale, e si inseriscono nel terzo superiore laterale della vagina e nella porzione posterolaterale della cervice. Secondariamente, il supporto indiretto per l'utero e la parte superiore della vagina è fornito dalla coppa del muscolo elevatore, formato dalla fusione dei muscoli elevatori dell'ano destro e sinistro tra il retto e il occipe. Il prolasso uterino e della volta vaginale si verificano come conseguenza del cedimento di questi meccanismi di supporto diretto e indiretto. È probabile che tale cedimento coinvolga la debolezza del pavimento pelvico muscolare e delle fibre sospensorie del parametrio e del paracolpio superiore. La chirurgia del prolasso al livello I ha lo scopo di ricreare i meccanismi di supporto diretto e indiretto. Il sistema GYNECARE PROSIMA utilizza le braccia dell'impianto in rete per raggiungere entrambi i muscoli otturatori interni e le fasce parietali che li ricoprono, nella riparazione vaginale anteriore, e utilizza le braccia dell'impianto in rete per raggiungere i legamenti sacrospinosi nella riparazione vaginale posteriore. Ciò garantisce il supporto diretto tramite sospensione e il supporto indiretto fornendo un'ampia area di supporto dell'impianto in rete per la parte superiore della vagina e per l'utero.

**Livello II – fissaggio laterale** (terzo medio della vagina)
La parte centrale della vagina è attaccata lateralmente e direttamente ai muscoli sulla parete laterale pelvica tramite l'arco tendineo della fascia pelvica (ATFP). In questo livello, le pareti vaginali anteriore e posteriore sono distese tra i fissaggi laterali destro e sinistro. Al livello II, la riparazione del prolasso punta a fissare di nuovo la porzione medio-laterale della vagina sui muscoli della parete laterale pelvica. I difetti centrali della parete centrale della vagina richiedono anche il supporto al livello II. L'utilizzo del sistema GYNECARE PROSIMA in un intervento ricrea il fissaggio laterale della vagina sui muscoli della parete pelvica e fornisce anche il rinforzo fasciale centrale dopo la crescita del tessuto all'interno della rete.

**Livello III – fusione** (terzo inferiore della vagina)
*NOTA: quando si utilizza il sistema GYNECARE PROSIMA non è richiesta la dissezione in questa area.*
Nel livello III, anteriormente il terzo inferiore della vagina si fonde con la membrana perineale e l'uretra. Posteriormente, il terzo inferiore della vagina si fonde con il corpo perineale e i muscoli elevatori dell'ano. I tessuti in questa area sono riparati senza impianto in rete, poiché non è previsto che tale impianto venga utilizzato in corrispondenza del terzo inferiore della vagina. Il sistema GYNECARE PROSIMA non è indicato per i difetti di supporto del livello III, sebbene questi possano essere affrontati con interventi concomitanti come la perineorrafia.

**SEZIONE 3: ISTRUZIONI PER L'USO**
*NOTA: quando si legge questa sezione, è necessario fare riferimento alle figure presenti all'inizio di questo documento.*

**Preparazione chirurgica**
L'intervento eseguito con il sistema GYNECARE PROSIMA può essere effettuato in anestesia generale o locale secondo le preferenze del chirurgo, dell'anestesista e della paziente.

La paziente deve essere sistemata in posizione litotomica con le natiche leggermente sporgenti dal tavolo operatorio e le anche flesse. A dissezione del chirurgo, è possibile svuotare la vescica. Prima del gonfiaggio del palloncino è necessario un catetere, che potrà essere inserito in questo punto dell'intervento.

**Utilizzo del sistema GYNECARE PROSIMA in interventi post-isterectomia**
**Riparazione vaginale anteriore**
Quando si riscontra un rinforzare solo la parete vaginale anteriore, occorre utilizzare esclusivamente il sistema di riparazione anteriore del pavimento pelvico GYNECARE PROSIMA. Questo sistema contiene 1 impianto in rete e un introduttore anteriore appositamente studiato per l'utilizzo in una riparazione vaginale anteriore. Dopo aver eseguito le incisioni e le dissezioni vaginali necessarie, si creano dei canali di tessuto nel compartimento anteriore per il posizionamento delle braccia dell'impianto in rete tramite l'introduttore anteriore. *NOTA: l'introduttore anteriore non deve essere utilizzato per la dissezione dei tessuti.*

**Dissezione vaginale anteriore**
L'epitelio vaginale anteriore viene dissezionato e separato dalla vescica. Dissezionare lo spessore completo della parete vaginale. Questa dissezione deve essere facilitata dall'idrodissezione subepiteliale. Evitare la dissezione superficiale della parete vaginale o la riparazione della parete vaginale in 2 strati. Tale dissezione può generare una parete vaginale molto sottile e può compromettere anche l'apporto ematico della parete vaginale, aumentando il rischio di esposizione della rete. Lateralmente, proseguire la dissezione verso la parete laterale pelvica e verso la spina ischiatica.

**Dissezione del canale anteriore e posizionamento dell'impianto in rete**
Eseguire la dissezione per creare i canali per le braccia dell'impianto in rete prima sul lato destro della paziente, poi su quello sinistro. Questi canali sono creati per posizionare l'impianto in rete in modo che la sezione distale delle braccia rimanga a ridosso della parete laterale pelvica e la fascia parietale del muscolo otturatorio interno. Per posizionare queste braccia, cominciare la dissezione palpando e individuando la spina ischiatica su entrambi i lati. *NOTA: in alternativa, questa dissezione può essere iniziata con forbici usando una tecnica di "spinta e apertura", in modo che la punta delle forbici rimanga sempre anteriore alla spina ischiatica.* Far seguire la dissezione iniziale da una dissezione delicata con le dita verso la spina ischiatica. Una volta che si è entrati in contatto con la spina ischiatica, fare scorrere il dito indice per creare uno spazio anteriore e superiore alla spina ischiatica. Vedere figura 8A. La direzione di questa dissezione è perpendicolare alla parete laterale pelvica e crea uno spazio di circa 2 cm in larghezza e 3 cm in altezza. La dissezione non prevede la dissezione sui legamenti sacrospinosi. Questa dissezione crea un canale anteriore e superiore alla spina ischiatica e superficiale all'ATFP, al muscolo otturatorio interno e alla relativa fascia parietale. Ripetere la stessa dissezione sul lato sinistro.

Non è necessaria la plicatura del tessuto pre-vescicale. Tuttavia, se si esegue la plicatura, effettuarla solo in corrispondenza della parte centrale di questo tessuto. Ciò evita di rendere troppo stretta l'area dissecata. Porre l'impianto in rete sul tessuto pre-vescicale con le tasche di ciascun braccio rivolte verso l'alto. Se è necessario eseguire il fissaggio, deve essere effettuato in questo punto dell'intervento posizionando suture quali MONOCRYL 2-0 o Coated VICRYL 2-0 in corrispondenza dell'apice della vagina e passando attraverso la linguetta apicale dell'impianto in rete. Il fissaggio può essere legato in questo momento o dopo il posizionamento delle braccia. Il fissaggio della scanalatura distale dell'impianto in rete è opzionale e può essere eseguito con suture quali MONOCRYL 2-0 o Coated VICRYL 2-0.

Utilizzando l'introduttore anteriore, posizionare le braccia dell'impianto in rete in ciascun canale destro e sinistro della dissezione anteriore e superiore alla spina ischiatica (come sopra descritto). *NOTA: le estremità curve dell'introduttore anteriore sono rivolte in direzioni opposte e, su ogni estremità, vi sono delle frecce che indicano la direzione per il posizionamento.* Con la punta della freccia rivolta verso il lato destro della paziente, inserire la punta dell'introduttore anteriore nella tasca dell'impianto in rete (vedere figura 8B) sul lato destro della paziente. *NOTA: una contro-trazione può aiutare a mantenere la tasca agganciata all'introduttore anteriore.* Tenere l'introduttore anteriore in posizione verticale, in modo che la parte curva dello strumento si trovi contro la parete vaginale posteriore. Direzionare l'introduttore anteriore, con l'estremità inserita all'interno della tasca, nel canale di tessuto precedentemente creato (vedere figura 8C) finché l'impugnatura non si è contatto con le grandi labbra sul lato opposto. Tale operazione è realizzata posizionando la parte dell'impugnatura dell'introduttore anteriore in direzione verticale verso l'alto in modo che il bordo di entrata e la tasca vadano verso la spina ischiatica. Una volta in posizione, inclinare l'impugnatura in basso verso la posizione quasi-orizzontale, mantenendo contemporaneamente l'impugnatura a contatto con la parte laterale della coscia opposta. *NOTA: l'utilizzo di*

uno strumento chirurgico standard per far rientrare la vescica può essere utile per il posizionamento iniziale nel canale. Se lo si desidera, inserire il dito indice nel canale per guidare il posizionamento dell'introduttore anteriore contro le grandi labbra sul lato opposto, prima di abbassare l'impugnatura. Spingere leggermente verso l'alto in modo da garantire il posizionamento corretto delle tasche della rete. Se le tasche vuote dell'impianto in rete raggiungerà l'apice vaginale. *NOTA: se si avverte resistenza durante l'inserimento delle braccia, determinare la causa prima di procedere. Se si continua a fare avanzare l'introduttore in presenza di resistenza, si possono causare danni all'impianto in rete oppure si può verificare un inserimento eccessivo che può causare danni a strutture anatomiche critiche.*

Per rimuovere l'introduttore anteriore, inclinare indietro l'impugnatura verso la posizione verticale prima dell'estrazione, lasciando il braccio della rete nel canale. *NOTA: inserire completamente il primo braccio. NOTA: se si estrae l'introduttore anteriore prima di rilasciare il braccio dell'impianto in rete nella corretta posizione finale, sarà necessario rimuovere, riagganciare e reinserire il braccio dell'impianto in rete.* Ripetere tale operazione sul lato opposto della paziente premendo l'introduttore anteriore ed inserendo l'estremità, con la freccia puntata verso il lato sinistro della paziente, nell'altra tasca. La figura 8D mostra entrambe le braccia in posizione. *NOTA: durante il posizionamento del secondo braccio, prestare attenzione per evitare lo spostamento dell'impianto in rete e verificare che l'impianto in rete NON sia attorcigliato.*

Posizionare il corpo dell'impianto in rete senza tensione sul tessuto vaginale sottostante. Evitare di piegare o attorcigliare il corpo e le braccia. Il corpo dell'impianto in rete potrebbe richiedere una sagomatura in base alle dimensioni vaginali o all'entità della dissezione laterale. L'epitelio vaginale può essere sagomato, ma deve essere evitata una rimozione eccessiva. Chiudere l'epitelio sull'impianto in rete evitando la sutura incavigliata (come sotto descritto, vedere figura 8E). La figura 8F mostra il posizionamento finale dell'impianto in rete nel compartimento anteriore.

*NOTA: verificare la presenza di un'adeguata emostasi prima e durante la chiusura delle incisioni vaginali.*

Chiudere le incisioni vaginali senza suture incavigliate o a figura d'otto. Ciò evita la de-vascolarizzazione dell'epitelio vaginale lungo le linee di incisione e riduce l'erosione della rete. Preferibilmente, chiudere l'epitelio in 2 strati per ottenere una linea di sutura relativamente spessa in corrispondenza dell'incisione vaginale. Chiudere lo strato più profondo con sutura subepiteliale in continua, non incavigliata, con una sutura quale MONOCRYL 2-0 o una sutura antibatterica quale MONOCRYL™ Plus 2-0 (Poliglecaprone 25). Quindi chiudere l'epitelio con sutura in continua non incavigliata a matterasso a bordi evertenti, con una sutura quale Coated VICRYL 2-0 o una sutura antibatterica quale Coated VICRYL™ Plus 2-0 (Polyglactin 910). *NOTA: posizionare l'impianto in rete nei 2/3 superiori della vagina, prestando attenzione a sagomare l'impianto in rete se supera i 2/3 superiori.* Se non è già stata eseguita la cistoscopia, si consiglia tale operazione per escludere lesioni del tratto urinario.

In alternativa, è possibile eseguire una chiusura a strato singolo della parete vaginale. È possibile utilizzare una sutura in continua non incavigliata a matterasso a bordi evertenti, o dei punti di sutura staccati utilizzando suture quali Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

**Riparazione vaginale posteriore**
Quando è necessario solamente il rinforzo della parete vaginale posteriore, utilizzare esclusivamente il sistema di riparazione posteriore del pavimento pelvico GYNECARE PROSIMA. Questo contiene 1 impianto in rete e un introduttore posteriore appositamente studiato, utilizzato per la riparazione vaginale posteriore. Dopo aver eseguito le incisioni e le dissezioni vaginali necessarie, creare dei canali di tessuto nel compartimento posteriore per il posizionamento delle braccia dell'impianto in rete. *NOTA: l'introduttore posteriore non deve essere utilizzato per la dissezione dei tessuti.*

**Dissezione vaginale posteriore e del canale**
Dissezionare e separare l'epitelio vaginale posteriore dal tessuto pre-rettale. Come per la parete vaginale anteriore, è necessario dissezionare tutto lo spessore della parete vaginale posteriore. Questa dissezione deve essere facilitata dall'idrodissezione subepiteliale. Proseguire la dissezione lateralmente su ogni lato verso i muscoli elevatori dell'ano al livello della spina ischiatica. Poi proseguire la dissezione negli spazi pararettali e su, ma non attraverso, ogni legamento sacrospinoso, creando canali in cui saranno posizionate le braccia dell'impianto in rete. Vedere figura 9A.

Il trattamento dell'enterocele pre-esistente è opzionale, ma, se lo si sceglie, deve essere eseguito in questa fase secondo l'intervento preferito del chirurgo.

Se la cavità peritoneale viene aperta durante la dissezione anteriore o posteriore, è necessario chiuderla prima del posizionamento della rete.

**Posizionamento dell'impianto in rete posteriore**
Non è necessaria la plicatura del tessuto pre-rettale. Tuttavia, se si esegue la plicatura pre-rettale, effettuarla solo in corrispondenza della parte centrale del tessuto pre-rettale. Ciò evita di rendere troppo stretta l'area dissecata. Porre l'impianto in rete sul tessuto pre-rettale con le tasche di ciascun braccio rivolte verso l'alto. Se è necessario eseguire il fissaggio, deve essere effettuato in questo punto dell'intervento posizionando suture quali MONOCRYL 2-0 o Coated VICRYL 2-0 in corrispondenza dell'apice della vagina e passando attraverso la linguetta apicale dell'impianto in rete. Il fissaggio può essere legato in questo momento o dopo il posizionamento delle braccia. Il fissaggio della scanalatura distale dell'impianto in rete è opzionale e può essere eseguito con suture quali MONOCRYL 2-0 o Coated VICRYL 2-0.

Utilizzando l'introduttore posteriore, posizionare le braccia dell'impianto in rete in ciascun canale destro e sinistro creato dalla dissezione verso ciascun legamento sacrospinoso (come sopra descritto). Afferrare l'introduttore posteriore usando un normale porta-aghi, come mostrato nella figura 9B. *NOTA: posizionare la punta del porta-aghi sull'estremità scanalata dell'introduttore posteriore.* Verificare che l'introduttore posteriore collegato sia allineato con l'impugnatura del porta-aghi. Inserire la punta dell'introduttore posteriore nella tasca sul lato destro della paziente (vedere figura 9B). Quindi direzionare l'introduttore posteriore, con l'estremità inserita all'interno della tasca, nel canale di tessuto precedentemente creato (vedere figura 9C) con l'impugnatura del porta-aghi in posizione verticale. Procedere con l'inserimento del braccio della rete per tutta la sua lunghezza nel canale in modo che la base del braccio arrivi al limite superiore della dissezione fasciale. *NOTA: inserire completamente il primo braccio. Se si estrae l'introduttore prima di rilasciare il braccio dell'impianto in rete nella corretta posizione finale, sarà necessario rimuovere, riagganciare e reinserire le braccia dell'impianto in rete. NOTA: prestare attenzione a non inserire troppo in profondità in modo da evitare danni a strutture anatomiche critiche del tessuto. NOTA: se si avverte resistenza durante l'inserimento delle braccia, determinare la causa prima di procedere. Se si continua a fare avanzare l'introduttore in presenza di resistenza, si possono causare danni all'impianto in rete oppure si può verificare un inserimento eccessivo che può causare danni a strutture anatomiche critiche.* Ritirare l'introduttore posteriore lungo il percorso di inserimento, lasciando il braccio della rete nel canale. Le braccia raggiungono i legamenti sacrospinosi, senza penetrare in essi. Non applicare suture nei legamenti sacrospinosi. Ripetere l'intervento sul lato sinistro della paziente con il secondo braccio. La figura 9D mostra entrambe le braccia in posizione. *NOTA: durante il posizionamento del secondo braccio, prestare attenzione per evitare lo spostamento dell'impianto in rete e verificare che l'impianto in rete NON sia attorcigliato.*

ETH.MESH.02341432

Posizionare il corpo dell'impianto in rete senza tensione sulla fascia vaginale sottostante. Evitare di piegare o attorcigliare il corpo e le braccia dell'impianto in rete. In base alle dimensioni vaginali o alla entità della dissezione laterale, il corpo dell'impianto in rete potrebbe richiedere una sagomatura. L'epitelio della parete vaginale posteriore può essere sagomato, ma deve essere evitata una rimozione eccessiva. Chiudere l'epitelio della parete vaginale posteriore sull'impianto in rete evitando la sutura incavigliata (come sotto descritto). La figura 9E mostra il posizionamento finale dell'impianto in rete nel compartimento posteriore.

*NOTA: verificare la presenza di un'adeguata emostasi prima e durante la chiusura delle incisioni vaginali.*

Chiudere le incisioni vaginali senza suture incavigliate o a figura d'otto. Ciò evita la de-vascolarizzazione dell'epitelio vaginale lungo le linee di incisione e riduce l'erosione della rete. Preferibilmente, chiudere l'epitelio in 2 strati per ottenere una linea di sutura relativamente spessa in corrispondenza dell'incisione vaginale. Chiudere lo strato più profondo con sutura subepiteale in continua, non incavigliata, con una sutura quale MONOCRYL 2-0 o una sutura antibatterica quale MONOCRYL Plus 2-0. Quindi chiudere l'epitelio con sutura in continua non incavigliata a materassaio a bordi everteti, con una sutura quale Coated VICRYL 2-0 o Coated VICRYL Plus 2-0. *NOTA: posizionare l'impianto in rete nei 2/3 superiori della vagina, prestando attenzione a sagomare l'impianto in rete se supera i 2/3 superiori. Al termine dell'intervento, è necessario eseguire un esame rettale digitale per escludere lesioni rettali.*

In alternativa, è possibile eseguire una chiusura a strato singolo della parete vaginale. È possibile utilizzare una sutura in continua non incavigliata a materassaio a bordi everteti, o dei punti di sutura staccati utilizzando suture quali Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

### Riparazione vaginale combinata anteriore e posteriore

Quando è necessario rinforzare la parete vaginale sia anteriore che posteriore, si utilizza il sistema di riparazione combinato del pavimento pelvico GYNECARE PROSIMA. Questo contiene 2 impianti in rete uguali, uno per la riparazione vaginale anteriore e l'altro per la riparazione vaginale posteriore. Per una riparazione anteriore utilizzare solamente l'introduttore anteriore curvo, mentre per una riparazione posteriore utilizzare solamente l'introduttore posteriore diritto. Eseguire le riparazioni vaginali anteriore e posteriore come sopra descritto. Si consiglia di eseguire per prima la riparazione vaginale anteriore. La figura 10 mostra il posizionamento finale degli impianti in rete nei compartimenti anteriore e posteriore. Al termine dell'intervento, si consiglia di eseguire la cistoscopia in modo da escludere lesioni del tratto urinario. È necessario eseguire un esame rettale digitale per escludere lesioni rettali.

### Utilizzo del sistema GYNECARE PROSIMA con preservazione uterina (isteropessi)

Se si conserva l'utero prolassato, è necessario fissare le linguette apicali dell'impianto in rete alla cervice. Il fissaggio dell'impianto in rete sulla cervice deve avere luogo al livello dell'anello pubo-cervicale, quando l'impianto viene posizionato durante la riparazione vaginale anteriore o posteriore.

Quando si conserva l'utero durante una riparazione vaginale anteriore, l'anello pubo-cervicale è esposto durante la dissezione vaginale anteriore. Posizionare saldamente una sutura PROLENE 2-0 nella superficie anteriore dell'anello pubo-cervicale. Questa sutura è posizionata anche attraverso la linguetta apicale dell'impianto in rete. La sutura PROLENE nella linguetta viene legata dopo aver messo in posizione le braccia dell'impianto in rete. Tale operazione fissa l'impianto in rete alla superficie anteriore della cervice al livello dell'anello pubo-cervicale e garantisce che l'impianto in rete si distenda con la vagina quando si posiziona correttamente il DSV.

Nella riparazione posteriore, fissare l'impianto in rete alla cervice posteriore al livello dell'anello pubo-cervicale o sopra esso. È possibile aprire il cul-de-sac durante il fissaggio dell'impianto in rete alla cervice. Chiudere il cul-de-sac peritoneale sopra questa sutura in modo da evitare che l'intestino aderisca all'impianto in rete. Se il chirurgo sceglie di non aprire il cul-de-sac, l'anello pubo-cervicale sarà esposto durante la dissezione vaginale posteriore. Posizionare saldamente una sutura PROLENE 2-0 nella superficie posteriore dell'anello pubo-cervicale. Questa sutura è posizionata anche attraverso la linguetta apicale dell'impianto in rete. La sutura PROLENE viene legata dopo aver messo in posizione le braccia dell'impianto in rete. Tale operazione fissa l'impianto in rete alla superficie posteriore della cervice al livello dell'anello pubo-cervicale.

Quando vengono utilizzati per le riparazioni vaginali sia anteriore che posteriore, gli impianti in rete devono essere fissati alle superfici anteriore e posteriore della cervice, come sopra descritto (vedere figura 11).

### Igiene dell'impianto in rete

Durante l'intervento, irrigare le ferite vaginali con soluzione fisiologica. Mantenere la manipolazione dell'impianto in rete al minimo ed assicurarsi che la rete sia sempre in condizioni di igiene.

### Posizionamento del DSV e del palloncino

Al termine dell'intervento, posizionare un DSV, con il palloncino collegato, adeguatamente dimensionato nella vagina e suturarlo in posizione per evitare che si dislochi. Il DSV ha 3 potenziali dimensioni (piccolo, medio e grande) e può essere personalizzato dal chirurgo in modo da adattarsi alla lunghezza vaginale della paziente come segue.

#### Adattamento e sagomatura del DSV

Il DSV è fornito nella dimensione più grande. Determinare la dimensione adeguata del DSV per la paziente utilizzando il DSV stesso per valutare la corretta misura nella paziente. Tale operazione si effettua posizionando il DSV nella sua dimensione più grande nella vagina tra l'apice disteso e l'anello imeneale. Per inserire il DSV nella vagina, afferrare il punto più ampio del DSV e piegarlo lungo l'asse longitudinale con il palloncino rivolto verso l'alto (vedere figura 12). Il punto più ampio del DSV viene inserito per primo, in modo che i lori per la sutura siano posizionati appena sopra l'anello imeneale. *NOTA: non rimuovere o danneggiare il palloncino durante il dimensionamento del DSV.* La dimensione corretta si ottiene quando il DSV si adatta comodamente nei 2/3 superiori della vagina distesa, con l'estremità distale e gli occhielli per sutura 1 cm sopra l'anello imeneale (vedere figura 13).

Se la dimensione più grande si adatta, il DSV non sarà modificato. Se è necessaria la dimensione media, la maggior parte della sezione superiore sarà rimossa sagomando attentamente, utilizzando solo la punta delle forbici Mayo-curve per effettuare piccoli tagli e garantire un bordo tagliato liscio. È necessario prestare attenzione per ridurre al minimo la quantità di materiale rimanente in corrispondenza delle aree tagliate. *NOTA: è importante sistemare il DSV molto attentamente. Una volta tagliato, il DSV non può essere ingrandito e non è possibile riattaccare le sezioni tagliate.* Durante la sagomatura del DSV, spostare il palloncino (vedere figura 14). *Durante la sagomatura del DSV, prestare attenzione per evitare danni al palloncino.*

Se la dimensione media si adatta, non è necessario un'ulteriore sagomatura. Se è necessaria la dimensione piccola, la sezione rimanente sarà rimossa come sopra. Durante la sagomatura, spostare il palloncino per evitare di danneggiarlo.

Una volta dimensionato correttamente il DSV e riposizionato il palloncino, è possibile inserire il gruppo nella vagina della paziente. *NOTA: per ridurre al minimo il rischio di perforazione del palloncino, non utilizzare strumenti per agevolare l'inserimento del DSV o del palloncino. Se il palloncino si danneggia, rimuoverlo dal DSV e utilizzare un tampone di garza per riempire la cavità vaginale.*

Dopo aver posizionato correttamente il gruppo nei 2/3 superiori della vagina distesa della paziente, fissare il DSV in posizione collocando un singolo filo di sutura attraverso ogni occhiello per sutura del DSV e nell'epitelio della parete

vaginale posteriore, lateralmente e sopra l'imene su ogni lato, come mostrato nella figura 15, nelle posizioni ore 4 e ore 8. Le suture destra e sinistra sono legate in successione, tenendo il DSV saldamente in posizione all'interno della vagina. Per questa applicazione si consiglia di utilizzare suture quali Coated VICRYL 2-0 o suture assorbibili equivalenti.

#### Insufflazione del palloncino

Dopo aver suturato il DSV in posizione, collegare la siringa fornita da 50 ml riuotandola finché si blocca sulla valvola del palloncino. *NOTA: dopo aver posizionato il DSV, è necessario il posizionamento di un catetere per evitare la ritenzione urinaria.* Dopo l'insufflazione con un piccolo volume di aria (vedere figura 16), palpare tutta la lunghezza del palloncino con un dito per verificare che il palloncino si sia spiegato e sia sistemato in tutta l'estensione della vagina. Una volta verificato lo spiegamento, rimuovere il dito e continuare a gonfiare completamente il palloncino fino a quando solamente la punta del dito si adatta comodamente nell'apertura tra il palloncino e la parete vaginale. Si consiglia di stabilizzare il DSV quando ha luogo l'insufflazione. Il palloncino gonfiato serve per mantenere l'impianto in rete in contatto con la parete vaginale. Il volume di aria necessario per gonfiare in modo sufficiente il palloncino varierà da paziente a paziente. *NOTA: il volume massimo di insufflazione del palloncino non deve superare 90 ml.* Dopo un'insufflazione adeguata, staccare la siringa dalla valvola tramite rotazione. Il tubo d'insufflazione del palloncino deve essendersi fuori dalla vagina per essere fissato alla coscia della paziente. È necessario fissare il coperchio alla valvola del palloncino per garantire che il palloncino mantenga il volume previsto di aria (vedere figura 17). *NOTA: non stringere eccessivamente il coperchio.* Se necessario, è possibile regolare il palloncino su accessivamente, usando una siringa standard per aumentare o diminuire il volume di aria all'interno del palloncino. In qualsiasi momento è possibile palpare il palloncino e ispezionarlo visivamente per verificare che abbia mantenuto un'insufflazione sufficiente. *NOTA: quando la paziente si sposta, il palloncino si notirà nella cavità vaginale e può sembrare che la pressione aumenti o diminuisca. Ciò è normale.*

*NOTA: non staccare il palloncino dal DSV prima del suo utilizzo.*

*NOTA: non gonfiare il palloncino prima della sua inserzione in vagina.*

*NOTA: dopo l'insufflazione del palloncino, se gli occhielli per sutura del DSV si sono spostati di oltre 1 cm sopra l'anello imeneale oppure se vi è una tensione eccessiva sulle suture agli occhielli, diminuire la pressione sul palloncino e, se necessario, riposizionare e ridimensionare il DSV.*

*NOTA: se nel palloncino si nota qualche foro, se si rileva una perdita o se il palloncino non riesce a rimanere esteso dopo l'insufflazione, NON utilizzare il palloncino. Esso deve essere rimosso dal DSV e smaltito con i mezzi opportuni. Utilizzare un tampone di garza standard al posto del palloncino.*

*NOTA: se lo spinotto di collegamento del palloncino si stacca dal DSV, spingerlo di nuovo in posizione.*

*NOTA: non fissare il tubo di insufflazione del palloncino nella vagina.*

*NOTA: per evitare danni, non applicare assolutamente forze estreme per piegare, tendere o ruotare il tubo di insufflazione.*

*NOTA: non applicare tamponi di garza in presenza di un palloncino.*

### Rimozione del palloncino dal DSV

Con una siringa standard, sgonfiare completamente il palloncino e rimuoverlo 1 giorno dopo l'intervento, lasciando il DSV in posizione. *NOTA: non lasciare il palloncino nella vagina per più di 1 giorno.*

1) Rimuovere il coperchio dalla valvola del palloncino.

2) Collegare una siringa standard da 50 ml (o maggiore) alla valvola del palloncino e sgonfiare completamente il palloncino (vedere figura 17). È importante sgonfiare completamente il palloncino di tentare di rimuoverlo dal DSV. *NOTA: un palloncino completamente sgonfiato provoca la retrazione del pistone della siringa dopo la rimozione di tutta l'aria.*

3) Rimuovere la siringa.

4) Separare il palloncino dal DSV e rimuoverlo dalla paziente tirando delicatamente in direzione caudale sul tubo di insufflazione nella posizione accanto allo spinotto di collegamento del palloncino, fornendo contemporaneamente una delicata contro-trazione sull'estremità distale del DSV con un dito. Vedere la figura 18.

*NOTA: non estrarre il palloncino a meno che non sia completamente sgonfio e non si avverta alcuna resistenza. Se si avverte resistenza, determinare la causa prima di procedere. Se si continua a far avanzare o a estrarre il palloncino in presenza di resistenza, si provoca lo spostamento del DSV e/o un trauma del tessuto nella cavità vaginale. Per assicurarsi che si sia verificato uno sgonfiamento completo, ricollegare la siringa ed estrarre tutta l'aria prima di continuare la rimozione.*

### Rimozione del DSV dalla paziente

Rimuovere il DSV dalla paziente circa 3–4 settimane dopo l'intervento, dopo il verificarsi di una guarigione sufficiente. Entro questo periodo le suture assorbibili possono essersi riassorbite o aver perso la forza di trazione sufficiente per consentire la facile rimozione del DSV senza la resistenza delle suture. *NOTA: per la rimozione potrebbe essere necessario tagliare entrambe le suture. NOTA: non lasciare il DSV all'interno della vagina per più di 4 settimane.* Rimuovere tutte le rimanenti suture per il fissaggio del DSV. Rimuovere manualmente il DSV dal canale vaginale, come mostrato nella figura 19.

### Trattamento perioperatorio

Le pazienti potranno avvere antibiotici come profilassi, somministrati secondo la procedura usuale del chirurgo. L'assunzione di antibiotici può essere continuata dopo l'intervento in base alle preferenze del chirurgo. Può essere effettuata la profilassi tromboembolica.

Il chirurgo è tenuto a spiegare che lo scopo del DSV, destinato a rimanere in vagina per un massimo di quattro settimane dopo l'intervento chirurgico, è quello di supportare la vagina a ridosso della rete durante il periodo di cicatrizzazione. La paziente deve essere informata che il DSV sarà rimosso durante una visita di controllo post-operatoria, trascorse circa 4 settimane dall'intervento chirurgico. Inoltre si deve informare la paziente della possibile comparsa di perdite vaginali post-operatorie e che il DSV potrebbe spostarsi leggermente verso il basso. Se la paziente avverte che il DSV si è spostato verso il basso, dovrà delicatamente farlo risalire verso l'alto, fino a raggiungere una posizione più confortevole. Tuttavia, se il DSV è causa di notevole disagio, la paziente dovrà rivolgersi al proprio medico curante.

Dopo la dimissione dall'ospedale, avvisare la paziente di evitare attività che richiedano uno sforzo fisico per un periodo di 3–4 settimane. In questo periodo i lessuti pelvici venanno incorporando l'impianto in rete e la paziente potrà riprendere le attività della vita normale di tutti i giorni. Avvisare inoltre la paziente di evitare rapporti sessuali per almeno 6 settimane dopo l'intervento. Gli esercizi del pavimento pelvico possono essere raccomandati in qualsiasi momento dopo l'intervento.

### PRESTAZIONI

Studi su animali hanno dimostrato che l'impianto GYNECARE GYNEMESH PS causa una reazione infiammatoria minima e leggera, solo transitoria e seguita dal deposito di un sottile strato di tessuto fibroso in grado di crescere attraverso gli interstizi della rete,

ETH.MESH.02341433

incorporando quindi la rete stessa nel tessuto adiacente. La rete resta morbida e pieghevole e la normale guarigione della ferita non viene alterata. Il materiale non viene assorbito, nel subisce degrado o indebolimento dall'azione degli enzimi tissutali.

**CONTROINDICAZIONI**

- Quando si utilizza GYNECARE GYNEMESH PS in neonati, bambini, donne in gravidanza o donne che hanno intenzione di avere una futura gravidanza, il chirurgo deve essere consapevole che questo prodotto potrebbe non estendersi sufficientemente per la crescita della paziente.

- Il sistema GYNECARE PROSIMA non deve essere utilizzato in presenza di gravidanza, infezioni purulenti o cancri della vagina, della cervice o dell'utero.

**AVVERTENZE E PRECAUZIONI**

- Gli utilizzatori devono conoscere molto bene le procedure e le tecniche chirurgiche che riguardano la riparazione del pavimento pelvico e le reti non assorbibili prima di usare i sistemi GYNECARE PROSIMA.

- L'impiego del sistema GYNECARE PROSIMA non è stato valutato completamente nelle pazienti con prolasso pelvico di IV grado. Per questa ragione il suo impiego non è raccomandato in questo tipo di pazienti.

- Attenersi ad una pratica chirurgica riconosciuta per il sistema GYNECARE PROSIMA e per la gestione di ferite infette o contaminate.

- Non utilizzare il sistema GYNECARE PROSIMA non se si pensa che il sito chirurgico possa essere infettato o contaminato. Se si utilizza l'impianto in rete o il gruppo DSV-palloncino nelle aree contaminate, tale operazione deve essere realizzata solamente con la consapevolezza che un'infezione successiva può richiedere la sua rimozione.

- Dopo l'intervento, la paziente dovrà essere informata del fatto che dovrà astenersi dal sollevare pesi e/o svolgere esercizio fisico (ad es. ciclismo, corsa) per 3 o 4 settimane e astenersi da rapporti sessuali per 6 settimane o fino a quando il medico non stabilirà che la paziente può tornare alle normali attività.

- Non lasciare il DSV all'interno della vagina per più di 4 settimane.

- Non lasciare il palloncino all'interno della vagina per più di 1 giorno.

- I componenti del sistema GYNECARE PROSIMA non sono pensati per essere utilizzati con dispositivi diversi da quelli indicati nel presente inserto.

- Durante la manipolazione, evitare di esercitare un'eccessiva tensione sull'impianto in rete.

- Utilizzare i sistemi GYNECARE PROSIMA con cura e attenzione per l'anatomia della paziente, allo scopo di evitare danni a vasi, nervi, vescica, intestino e la perforazione della parete vaginale. Il corretto utilizzo dei componenti del sistema GYNECARE PROSIMA ridurrà al minimo i rischi.

- Insufflare il palloncino solo con aria.

- La palpazione confermerà che il palloncino non presenta perdite d'aria dopo l'insufflazione. La perdita completa del gonfiaggio può limitare l'efficacia del palloncino.

- La parete del palloncino è sottile in modo da presentare le proprietà richieste. Perforazioni, tagli, incauacature, schiacciamenti o tensioni eccessive possono causare la perdita di gonfiaggio. Il palloncino può essere facilmente penetrato con un ago o un bisturi oppure rotto tramite manipolazione con uno strumento smusso. È necessario prestare attenzione durante la manipolazione per evitare tali casi. Non utilizzare un palloncino danneggiato. Rimuovere e tamponare con della garza.

- L'insufflazione massima del palloncino è 90 ml. Non gonfiare eccessivamente il palloncino. L'insufflazione eccessiva del palloncino può causare il disagio della paziente, la necrosi del tessuto, la rottura della ferita vaginale postoperatoria o l'impossibilità di vuotare la vescica.

- Non utilizzare i sistemi GYNECARE PROSIMA su pazienti sottoposte a terapia anticoagulante.

- È possibile che si verifichi un'emorragia dopo l'intervento. Prestare attenzione a eventuali sintomi o segni clinici prima di dimettere la paziente dall'ospedale.

- È necessario avvertire la paziente di contattare immediatamente il medico in caso di dolore insolito, sanguinamento o altri problemi correlati.

- Sebbene sia improbabile che si verifichino lesioni della vescica con questa tecnica, si consiglia di eseguire la cistoscopia.

- Sebbene sia improbabile che si verifichino lesioni rettali con questa tecnica, è necessario un esame digitale.

- Per evitare danni meccanici alla rete, non fissare l'impianto in rete GYNECARE GYNEMESH PS con punti metallici, clip o fermagli.

- L'impianto in rete non deve essere presente nel terzo inferiore della vagina. Se necessario, sagomare l'impianto in rete in corrispondenza della congiunzione del terzo inferiore e medio della parete vaginale.

- È possibile somministrare antibiotici come profilassi secondo la procedura usuale del chirurgo.

**EFFETTI COLLATERALI**

- I potenziali effetti collaterali sono quelli di solito associati ai materiali impiantabili chirurgicamente, compresa una possibilità di infezione, infiammazione, formazione di aderenze, formazione di fistole, erosione, estrusione e cicatrizzazione con conseguente contrazione dell'impianto.

- I potenziali effetti collaterali sono quelli associati solitamente agli interventi di riparazione del prolasso dell'organo pelvico, compresi dolore durante i rapporti sessuali e dolore pelvico. Tali condizioni possono risolversi autonomamente nel tempo.

- Durante la dissezione o il passaggio della rete possono verificarsi perforazioni, lacerazioni o lesioni di vasi, nervi, vescica, uretra o intestino, che potrebbero necessitare di una riparazione chirurgica.

- La dissezione per gli interventi di riparazione del pavimento pelvico presenta il rischio potenziale di compromettere il normale svuotamento della vescica per una lunghezza variabile di tempo.

**STERILITÀ**

I sistemi GYNECARE PROSIMA sono sterilizzati con ossido di etilene. NON RISTERILIZZARE alcuna parte del sistema GYNECARE PROSIMA, NON RIUTILIZZARE alcuna parte del sistema GYNECARE PROSIMA. Il riutilizzo del dispositivo (o di parti di esso) può creare un rischio di degradazione del prodotto e di contaminazione crociata, che possono causare infezioni o trasmissione di patogeni di origine ematica a pazienti e utilizzatori. Non usare se la confezione è stata aperta o danneggiata. Eliminare tutti i componenti del sistema GYNECARE PROSIMA aperti e non usati.

**SMALTIMENTO**

Smaltire i componenti del sistema GYNECARE PROSIMA e le confezioni conformemente alle politiche dell'azienda e alle procedure relative ai materiali e ai rifiuti a rischio biologico.

**CONSERVAZIONE**

Condizioni raccomandate per la conservazione: temperatura ambiente e umidità relativa controllate (circa 25 °C, 60 % di umidità relativa), al riparo da umidità e calore diretto. Non usare dopo la data di scadenza.

**Simboli usati sulle etichette**





# Gynecare
# PROSIMA™

Sistema de Reparação do Pavimento Pélvico Anterior
Sistema de Reparação do Pavimento Pélvico Posterior
Sistema de Reparação do Pavimento Pélvico Combinado

**Por favor, leia atentamente todas as informações.**
O não cumprimento das instruções poderá originar o funcionamento indevido dos dispositivos e provocar lesões pessoais.

ATENÇÃO: A lei federal (dos Estados Unidos da América) só permite a venda deste dispositivo a médicos ou sob receita destes.

Recomenda-se a encontra-se disponível formação relativa ao uso dos Sistemas de Reparação do Pavimento Pélvico GYNECARE PROSIMA™. Contacte o representante de vendas da sua empresa para providenciar esta formação.

## INDICAÇÕES

Os Sistemas de Reparação do Pavimento Pélvico GYNECARE PROSIMA, mediante colocação de Implantes de Rede Flexível PROLENE™ Não Absorvível GYNECARE GYNEMESH™ PS estão indicados para reforço do tecido e estabilização de longa duração de estruturas fasciais do pavimento pélvico, como suporte mecânico ou material de ligação para o defeito fascial. Os Sistemas facultam a manutenção do canal vaginal durante o período de cicatrização após reparação cirúrgica do prolapso da parede vaginal, apoiando simultaneamente a posição dos Implantes de Rede.

## DESCRIÇÃO

Os Sistemas de Reparação do Pavimento Pélvico Anterior, Posterior e Combinado GYNECARE PROSIMA são constituídos por Implantes de Rede GYNECARE GYNEMESH PS pré-cortados e instrumentos destinados a facilitar a colocação do Implante de Rede e após o pós-operatório (consultar a figura 1). Na quadro seguinte resumem-se os componentes incluídos em cada sistema:

| SISTEMA DE REPARAÇÃO DO PAVIMENTO PÉLVICO | COMPONENTES (consultar a figura 1) | | | | |
|---|---|---|---|---|---|
| | Implante de Rece sua Embalagem de Transporte (A) | Conjunto de Dispositivo de Suporte Vaginal – Balão (B&C) | Introdutor Anterior (D) | Introdutor Posterior (E) | Seringa (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Combinado | 2 | 1 | 1 | 1 | 1 |

Quadro 1 – Componentes do Sistema de Reparação do Pavimento Pélvico GYNECARE PROSIMA

## GYNECARE GYNEMESH PS

A GYNECARE GYNEMESH PS é uma rede feita a partir de filamentos tecidos de polipropileno extrudido, idêntico em composição à da Sutura de Polipropileno PROLENE™, (ETHICON, INC.). Este material, quando usado como sutura, demonstrou ser não reactivo e montar a sua resistência indefinidamente em seu clínico. A rede dispõe de excelente força, durabilidade e adaptabilidade cirúrgica, com porosidade suficiente para a proliferação interior de tecido necessário. Os monofilamentos usais da Sutura PROLENE foram introduzidos para criar baixos de contraste na rede. A rede é constituída por fibras monofilamentares de diâmetro reduzido, tecidas de modo a formar um padrão exclusivo que confere a esta rede uma flexibilidade de cerca de 50 por cento superior à da Rede de Polipropileno PROLENE™ standard. A rede é tecida mediante um processo que entrelaça as uniões de cada fibra e que lhe confere elasticidade em ambas as direcções. Este processo de fabrico permite que a rede seja cortada em qualquer formato ou tamanho desejado, sem desfiar. A característica elástica bidireccional permite a adaptação às várias tensões encontradas no corpo.

## Implante de Rede

O Implante de Rede é construído a partir de GYNECARE GYNEMESH PS. Os Implantes de Rede são pré-cortados em forma de Y para reparação dos defeitos vaginais anterior, posterior e/ou apical. Consultar a figura 2. O Implante de Rede apresenta 2 tiras e um corpo central. Existe uma aba apical na extremidade proximal para fixação com sutura, visando minimizar os movimentos do Implante de Rede durante a colocação das tiras. Tem um entalhe distal na extremidade distal para ajudar no alinhamento do Implante de Rede. Existem duas bolsas pré-formadas nas tiras do Implante de Rede para permitir a colocação com os Introdutores. O Implante de Rede é fornecido numa Embalagem de Transporte de Implante, constituído por Tyvek™ não revestido e por uma película de plástico transparente, concebidos para uma fácil remoção do Implante de Rede.

## Introdutor Anterior

O Introdutor Anterior consiste num instrumento destinado a ser utilizado numa única doente, concebido para facilitar a inserção das tiras do Implante de Rede nos canais teculares anteriores previamente dissecados. **NOTA: O Introdutor Anterior não se destina a ser usado para dissecar tecidos.** O Introdutor Anterior foi concebido para ser compatível com as bolsas do Implante de Rede, visando permitir a colocação de tiras dos dois lados da doente, no compartimento anterior. Consultar a figura 3 e a figura 4.

## Introdutor Posterior

O Introdutor Posterior consiste num instrumento destinado a ser utilizado numa única doente, concebido para facilitar a inserção das tiras do Implante de Rede nos canais teculares posteriores previamente dissecados. **NOTA: O Introdutor Posterior não se destina a ser usado para dissecar tecidos.** Um porta-agulhas podarás prender-se ao Introdutor Posterior, como estabilizado para uma inserção controlada. O Introdutor Posterior foi concebido para ser compatível com as bolsas do Implante de Rede, visando permitir a colocação de tiras dos dois lados da doente, no compartimento posterior. Consultar a figura 5.

## Dispositivo de Suporte Vaginal (VSD)

O VSD é um dispositivo destinado a ser utilizado numa única doente para proporcionar apoio pós-operatório aos tecidos vaginais depois da colocação da rede e enxerto/aumento da(s) incisão(ões) vaginal(is). A extremidade apical é a extremidade mais larga do VSD e contém secções recortáveis. Depois do dimensionamento inicial na doente, o tamanho do VSD pode ser ajustado para se adequar à anatomia da doente, cortando as secções apicais indicadas. O VSD fica nos 2/3 superiores da vagina durante 3 a 4 semanas, sendo depois retirado da doente. Consultar a figura 6.

## Balão

O Balão é um dispositivo para utilização numa única doente, concebido para substituir o enchimento vaginal por compressas após a cirurgia. O volume do Balão é ajustável, visando encher o canal vaginal e facilitar a aposição da parede vaginal contra o Implante de Rede. O Balão é fornecido pré-fixo ao VSD. Na figura 7 mostra-se o Balão desinsuflado, sem o VSD. O Balão permanece na doente durante o período máximo de 1 dia.

## Seringa

É fornecida uma seringa de 50 ml para insuflar o Balão.

## SECÇÃO 1: PRINCÍPIOS DO PROCEDIMENTO UTILIZANDO O SISTEMA GYNECARE PROSIMA

O procedimento de reparação do pavimento pélvico utilizando o Sistema GYNECARE PROSIMA destina-se a obter uma reparação anatómica, durável e padronizada do prolapso dos órgãos pélvicos. Dependendo da localização do prolapso e da preferência do cirurgião, a reparação pode ser anterior e/ou posterior. Pode combinar-se uma histerectomia ou conservação uterina com o procedimento utilizando o Sistema GYNECARE PROSIMA. Caso esteja indicada, pode proceder-se a uma reparação do períneo ou aplicação de faixa (sling) vulvaretral para tratamento da incontinência urinária de esforço em simultâneo quando se utiliza o Sistema GYNECARE PROSIMA. Pode ser utilizado um sling suburetral retropúbico ou trans-obturador.

A reparação do prolapso é obtida mediante a colocação de 1 ou 2 Implantes de Rede, por abordagem vaginal. Após conclusão da cirurgia, é colocado um VSD com um Balão insuflável na vagina para fins de dimensionamento, sendo o VSD depois suturado, apoiando assim a vagina e o(s) Implante(s) de Rede durante a proliferação tecidular interior. Depois de insuflado, o Balão substitui o enchimento tradicional com compressas, preenchendo a cavidade vaginal e provocando a aposição entre o(s) Implante(s) de Rede e a vagina. No dia a seguir à cirurgia, o Balão é esvaziado e retirado da vagina, sem desalojar o VSD. O VSD permanece colocado durante um período máximo de 4 semanas após a cirurgia, durante a proliferação tecidular interior no(s) Implante(s) de Rede.

## SECÇÃO 2: FUNDAMENTOS DO SISTEMA GYNECARE PROSIMA

Após cirurgia convencional para tratamento do prolapso de órgãos pélvicos, os tecidos reparados são expostos a aumentos da pressão intra-abdominal, a medida que a doente se mobiliza, tosse, vomita e faz esforço na evacuação intestinal. Esses aumentos da pressão intra-abdominal podem influenciar negativamente a cicatrização da reparação vaginal e dar origem ao insucesso cirúrgico e recidiva do prolapso. Ao reforçar a reparação vaginal com o Implante de Rede e ao apoiar a vagina com o VSD durante um período de 3 a 4 semanas depois da cirurgia, o Sistema GYNECARE PROSIMA destina-se a reduzir o risco de insucesso cirúrgico e de recidiva do prolapso.

Durante a reparação vaginal anterior, o corpo do Implante de Rede destina-se a ser colocado sem tensão entre a bexiga e os 2/3 superiores da vagina, estendendo-se lateralmente ao nível do arco tendinoso da fáscia pélvica (arcus tendineus fascia pelvis, ATFP). Durante a reparação vaginal posterior o corpo do Implante de Rede destina-se a ser colocado sem tensão entre o recto e os 2/3 superiores da vagina, ajustando-se lateralmente por cima dos músculos elevadores do ânus. A secção apical do corpo do Implante de Rede destina-se a atingir o ápex vaginal. Anteriormente, o Implante de Rede pode ser fixado por meio de sutura ao tecido pré-vescal ou ao colo do útero. Posteriormente, o Implante de Rede pode ser fixado por meio de sutura ao tecido pré-rectal ou ao colo do útero.

O VSD proporciona suporte aos tecidos vaginais após a cirurgia e facilita a aposição dos tecidos vaginais contra o Implante de Rede, até que ocorra a proliferação tecidular interior. A proliferação tecidular interior através do Implante de Rede ocorre durante as 3 a 4 semanas após a cirurgia. A utilização do Sistema GYNECARE PROSIMA evita a necessidade de dissecção fora da cavidade pélvica e evita a passagem de suturas e instrumentos através dos forâmen do obturador e ligamento sacroespinal, facilitando assim a cirurgia.

## Histerectomia

A preferência do cirurgião e as necessidades da doente determinam a necessidade de uma histerectomia concomitante. Nas situações em que se efectua histerectomia, recomenda-se o encerramento do peritoneu de fundo de saco de Douglas para evitar o contacto do Implante de Rede com o intestino. Deve evitar-se o encerramento de uma incisão em "T", dado que tal pode aumentar o risco de exposição da rede. Quando se efectua histerectomia vaginal em conjunto com a reparação anterior e/ou posterior, a incisão da histerectomia deve ser inicialmente fechada em sentido transversal, procedendo-se depois às incisões de reparação, de tal forma que não comuniquem com a incisão de histerectomia previamente encerrada. Tal destina-se a prevenir a criação de uma incisão em "T".

## Conservação Uterina

O Sistema GYNECARE PROSIMA é adequado para utilização em situações em que o cirurgião ou doente optam por conservar o útero.

## Incisões vaginais

As incisões vaginais utilizando o Sistema GYNECARE PROSIMA são idênticas às utilizadas pelo cirurgião para cirurgia de reparação vaginal de rotina. As incisões devem ser feitas em toda a profundidade da parede vaginal, de modo a reduzir o potencial de exposição da rede.

## Colocação do Implante de Rede

Os Implantes de Rede são mantidos no seu local pelo VSD até que ocorra proliferação tecidular interior. Por conseguinte, é desnecessário fixar as tiras do Implante de Rede em posição. A zona apical do Implante de Rede pode ser fixa com sutura à fáscia na linha média, ao nível do ápex vaginal, utilizando uma sutura como a Sutura MONOCRYL™ 2-0 (Poliglecaprona 25) ou a Sutura Coated VICRYL™ 2-0 (Poliglactina 910). O epitélio vaginal não deve ser suturado ao Implante de Rede.

## Conservação Uterina

Deve evitar-se remover ou cortar demasiado epitélio vaginal. Após a cirurgia, pode ocorrer algum grau de retracção tecidular, podendo existir um agravamento da redução da capacidade vaginal caso se retire demasiado epitélio vaginal.

38

ETH.MESH.02341435

**Três Níveis de Suporte Vaginal**

Conhecem-se tipicamente 3 níveis de suporte vaginal para reparação vaginal. A utilização do Sistema GYNECARE PROSIMA num procedimento destina-se a facultar o nível I e III deste suporte, da seguinte forma:

**Nível I – Suspensão e Suporte** (terço superior da vagina)

O terço superior da vagina (incluindo o abóbada após histerectomia) e útero é suportado por 2 mecanismos. Em primeiro lugar, o suporte directo do útero e zona superior da vagina é assegurado pelo parametrio (ligamentos cardeal e útero-sagrado) e fibras do paracólpio. Estas fibras actuam como ligamentos suspensores e causam da fáscia do músculo piriforme, articulação sacro-ilíaca e zona lateral do sacro, inserindo-se no terço superior externo da vagina e face póstero-externa do colo do útero. Em segundo lugar, o suporte indirecto do útero e zona superior da vagina é assegurado pela placa elevadora, formada pela fusão dos músculos elevadores do ânus direito e esquerdo, entre o recto e o coxix. O prolapso do útero e abóbada vaginal ocorre em consequência da falência destes mecanismos de suporte directo e indirecto. É provável que tal envolva a fraqueza do pavimento pélvico muscular e das fibras suspensoras do pavimento e paracólpio superior. O objectivo da cirurgia do prolapso de nível I consiste em recriar mecanismos de suporte directo e indirecto. O Sistema GYNECARE PROSIMA utiliza as tiras do Implante de Rede para aproxção à zona músculo obturador interna e fáscia parietal sobrejacente na reparação vaginal anterior e utiliza as tiras do Implante de Rede para aposição aos ligamentos sacroespinais na reparação vaginal posterior. Tal confere suporte directo mediante suspensão e suporte indirecto na proporcionar uma área ampla de suporte do Implante de Rede para o útero e a zona superior da vagina.

**Nível II – Fixação Lateral** (terço médio da vagina)

A zona média da vagina é fixa lateral e directamente aos músculos da parede pélvica lateral através do arco tendinoso da fáscia pélvica (ATFP). A este nível, as paredes vaginais anterior e posterior são esticadas entre as fixações laterais direita e esquerda. Ao nível II, a reparação do prolapso tem por objectivo reforçar a linha média lateral da vagina aos músculos da parede pélvica lateral. Defeitos centrais da linha média da vagina também requerem suporte de nível II. A utilização do Sistema GYNECARE PROSIMA num procedimento recria a fixação lateral da vagina aos músculos da parede pélvica lateral e também proporciona um reforço fascial central após a proliferação do tecidular interior.

**Nível III – Fusão** (terço inferior da vagina)

*NOTA: Quando se utiliza o Sistema GYNECARE PROSIMA não é necessária dissecção nesta área.*

No nível III, o terço inferior da vagina funde-se anteriormente com a membrana perineal e a uretra. Posteriormente, o terço inferior da vagina funde-se com o corpo perineal e os músculos elevadores do ânus. Os tecidos desta área são reparados sem o Implante de Rede, dado que o Implante de Rede não se destina a ser usado no terço inferior da vagina. O Sistema GYNECARE PROSIMA não aborda defeitos de suporte de nível III, embora estes possam ser abordados por procedimentos concomitantes, tais como a perineorrafia.

**SECÇÃO 3: INSTRUÇÕES DE UTILIZAÇÃO**
*NOTA: Durante a leitura desta secção, devem consultar-se as imagens facultadas no início deste documento.*

**Preparação Cirúrgica**

A cirurgia efectuada com o Sistema GYNECARE PROSIMA pode ser realizada com anestesia geral ou regional, consoante a preferência do cirurgião, anestesista e doente.

A doente deverá ser colocada na posição de litotomia, com as nádegas ligeiramente suspensas acima da mesa operatória e as ancas flectidas. O cirurgião pode optar por proceder ao esvaziamento da bexiga. É necessária uma algália antes da insuflação do balão, que pode ser inserida neste momento do procedimento.

**Utilização do Sistema GYNECARE PROSIMA em Procedimentos Pós-Histerectomia**
**Reparação Vaginal Anterior**

Quando é apenas necessário reforço da parede vaginal anterior, deve utilizar-se somente o Sistema de Reparação do Pavimento Pélvico Anterior GYNECARE PROSIMA. Este contém 1 Implante de Rede e um Introdutor Anterior concebido especialmente para ser utilizado numa reparação vaginal anterior. Depois de efectuadas as dissecções e incisões vaginais necessárias, são criados canais tecidulares no compartimento anterior para colocação das tiras do Implante de Rede utilizando o Introdutor Anterior. *NOTA: O Introdutor Anterior não deve ser usado para dissecar tecidos.*

*Dissecção Vaginal Anterior*

O epitélio vaginal anterior é dissecado da bexiga. Disseque a parede vaginal em toda a espessura. Esta dissecção deve ser facilitada por hidrodissecção subepitelial. Deve evitar-se a dissecção superficial da parede vaginal ou a separação da parede vaginal em 2 camadas. Esta dissecção pode originar uma parede vaginal muito fina e também comprometer a irrigação sanguínea da mesma, aumentando o risco de exposição da rede. Externamente, prossiga a dissecção em direcção à parede pélvica lateral e à espinha isquiática.

*Dissecção do Canal Anterior e Colocação do Implante de Rede*

Para os fins desta descrição, efectue a dissecção destinada a criar canais para as tiras do Implante de Rede primeiro do lado direito do doente e depois do lado esquerdo. Estes canais são usados visando colocar o Implante de Rede de forma a que a secção distal das tiras assente contra a parede pélvica lateral e fáscia parietal do músculo obturador interno. Para colocar estas tiras, inicie a dissecção palpando e identificando a espinha isquiática dos dois lados. *NOTA: Em alternativa, esta dissecção pode ser iniciada com uma tesoura, utilizando uma técnica de "empurrar-espalhar", de forma a que as pontas da tesoura permaneçam sempre em posição anterior à espinha isquiática.* Após a dissecção inicial, efectue uma dissecção suave com o dedo até à espinha isquiática. Depois de estabelecido o contacto com a espinha isquiática, "varra" com o dedo indicador para criar um espaço anterior e superior à espinha isquiática. Consulte a figura 8A. A direcção desta dissecção é perpendicular à parede pélvica lateral e cria um espaço com aproximadamente 2 cm de largura e 3 cm de altura. A dissecção anterior não envolve dissecção dos ligamentos sacroespinais. Esta dissecção cria um canal anterior e superior à espinha isquiática e superficial ao ATFP, músculo obturador interno e sua fáscia parietal. Repita a mesma dissecção no lado esquerdo.

Não é necessária plicação do tecido peri-vesical. Todavia, se for feita plicação, só é plicada a zona central deste tecido. Tal evita que a arco dressada se torne demasiado estreita. Coloque o Implante de Rede por cima do tecido peri- vesical, com as bolsas das tiras viradas para cima. Caso se pretenda fixar com sutura, tal deve ser feito neste momento do procedimento colocando uma sutura tal como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0 no apex da vagina e enfiando-a através da abá apical do Implante de Rede. A sutura pode ser atada neste momento ou depois de colocadas as tiras. A fixação do entalhe distal do Implante de Rede é opcional e pode ser feita com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0.

Utilizando o Introdutor Anterior, coloque as tiras do Implante de Rede em cada um dos canais direito e esquerdo criados pela dissecção anterior e superior à espinha isquiática (conforme descrito acima). *NOTA: As extremidades curvadas do Introdutor Anterior e superior até à espinha isquiática (conforme descrito acima). NOTA: As extremidades curvadas do Introdutor Anterior são torcidas em direcções opostas e existem setas em cada extremidade indicando a direcção para a colocação.* Com a seta a apontar para o lado direito da doente, introduza a ponta do Introdutor Anterior na bolsa para tiras do Implante de Rede (consultar a figura 8B) no lado direito da doente. *NOTA: Uma contra-tracção pode ajudar a manter a bolsa carregada no Introdutor Anterior.* Mantenha o Introdutor Anterior em posição vertical, de tal forma que a parte curva do instrumento fique contra a parede vaginal posterior. Direccione depois o

Introdutor Anterior, com a tira carregada, para o canal tecidular previamente criado (consultar a figura 8C) até que a pega entre em contacto com as grandes lábios, no lado contra-lateral. Tal obtém-se posicionando a zona da pega do Introdutor Anterior em sentido ascendente vertical, de tal forma que a extremidade dianteira e bolsa se dirigem à espinha isquiática. Depois de posicionada, incline a pega para baixo, para uma posição praticamente horizontal, mantendo a pega em contacto com a zona contra-lateral. *NOTA: A retracção da bexiga com um instrumento cirúrgico padrão pode ser útil para a colocação inicial no canal. Se pretender, utilize o dedo indicador no canal para orientar a colocação inicial do Introdutor Anterior contra os grandes lábios no lado contra-lateral, antes de baixar a pega. Empurrar ligeiramente em sentido ascendente garante que as bolsas das tiras ficam posicionadas adequadamente e que a secção apical do Implante de Rede irá ficar assente contra a zona vaginal. NOTA: Se for encontrada resistência durante a inserção das tiras, determine a causa da resistência antes de prosseguir. Continuar a inserção do Implante de Rede contra resistência pode provocar danos no implante de Rede ou uma inserção excessiva, provocando lesões em estruturas tecidulares críticas.*

Para remover o Introdutor Anterior, incline a pega novamente para a posição vertical antes de retirar, deixando a tira no canal. *NOTA: Insira completamente a primeira tira. NOTA: Se o Introdutor Anterior for puxado e retirado antes de a tira do Implante de Rede chegar ao local pretendido, será necessário remover a tira, voltar a carregá-la e a inseri-la.* Repita no lado oposto do doente o Introdutor Anterior e inserindo a extremidade, com a seta a apontar para o lado esquerdo da doente, na outra bolsa. Na figura 8D mostram-se as duas tiras colocadas. *NOTA: Durante a colocação da segunda tira, tome precaução para evitar o movimento do Implante de Rede e confirme que o implante de Rede NÃO ESTÁ torcido.*

Posicione o corpo do Implante de Rede livremente por cima do tecido vaginal subjacente. Deve evitar-se dobrar ou torcer o corpo e as tiras. Pode ser necessário cortar o corpo do Implante de Rede, dependendo das dimensões vaginais ou da quantidade de dissecção lateral. O epitélio vaginal pode ser cortado, mas deve evitar-se uma remoção excessiva de epitélio vaginal. Encerre o epitélio por cima do Implante de Rede, sem a utilização de suturas de travamento (conforme descrito em baixo, consultar a figura 8E). A colocação final do Implante de Rede no compartimento anterior é mostrada na figura 8F.

*NOTA: Certifique-se de que é obtida hemóstase antes e durante o encerramento das incisões vaginais.*

Encerre as incisões vaginais sem suturas de travamento ou "em oito", para evitar a dessexualização do epitélio vaginal ao longo das linhas de incisão e reduzir a erosão da rede. Preferivelmente, o epitélio é encerrado em 2 planos para se obter uma linha de sutura relativamente grossa no local da incisão vaginal. Encerre a camada mais profunda utilizando um ponto vem travamento subepitelial contínuo com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Antibacteriana MONOCRYL™ Plus (Poliglecaprona 25). De seguida, encerre o epitélio utilizando um ponto de colchoeiro evertido contínuo com travamento, utilizando uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Antibacteriana VICRYL™ Plus (Poliglactina 910). *NOTA: Coloque o Implante de Rede nos 2/3 superiores da vagina, tomando precaução para cortar o Implante de Rede se este ultrapassar os 2/3 superiores.* Se ainda não tiver sido efectuada, recomenda-se uma cistoscopia para excluir a lesão do aparelho urinário.

Em alternativa, pode ser feito um encerramento em camada única da parede vaginal. Pode ser utilizado um ponto de colchoeiro evertido contínuo sem travamento ou pontos interrompidos de uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0.

**Reparação Vaginal Posterior**

Quando é apenas necessário o reforço da parede vaginal posterior, utilize somente o Sistema de Reparação do Pavimento Pélvico Posterior GYNECARE PROSIMA. Este contém 1 Implante de Rede e um Introdutor Posterior concebido especialmente para ser utilizado numa reparação vaginal posterior. Depois de fazer as dissecções e incisões vaginais necessárias, são criados tecidulares no compartimento posterior para colocar as tiras do Implante de Rede com a Sutura Posterior. *NOTA: O Introdutor Posterior não deve ser usado para dissecar tecidos.*

*Dissecção Vaginal Posterior e do Canal*

Disseque o epitélio vaginal posterior do tecido peri-rectal. Como sucede na parede vaginal anterior, deve dissecar-se a parede vaginal posterior em toda a espessura. Esta dissecção deve ser facilitada por hidrodissecção subepitelial. Continue com a dissecção para fora em cada lado, até aos músculos elevadores do ânus, ao nível da espinha esquiática. Prossiga depois com a dissecção através de cada um dos pilares rectais e até à zona subdiafragmando, onde são dois ligamentos sacroespinais, criando canais nos quais serão colocadas as tiras do Implante de Rede. Consultar a figura 9A.

O tratamento do enterocelo pré-existente é opcional, mas se for efectuado, deve sê-lo nesta fase, de acordo com a técnica preferida da cirurgião.

*Colocação do Implante de Rede Posterior*

Não é necessária plicação do tecido pré-rectal. Todavia, se for feita plicação do tecido pré-rectal, só é plicada a zona central deste tecido. Tal evita que a área dissecada se torne demasiado estreita. Coloque o Implante de Rede por cima do tecido pré-rectal, com as bolsas das tiras viradas para cima. Caso se pretenda fixar com sutura, tal deve ser feito neste momento do procedimento colocando uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0 no apex da vagina e enfiando-a através da abá apical do Implante de Rede. A sutura pode ser atada neste momento ou depois de colocadas as tiras. A fixação do entalhe distal do Implante de Rede é opcional e pode ser feita com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0.

Utilizando o Introdutor Posterior, coloque as tiras do Implante de Rede em cada canal direito e esquerdo criado pela dissecção em direcção a cada ligamento sacroespinal (conforme descrito acima). Aguaru no Introdutor Posterior utilizando um ponto-agulha recto, conforme mostrado na figura 9B. *NOTA: Coloque a ponta do ponto-agulhas no interior da extremidade recta entalhada do Introdutor Posterior.* Assegure-se de que o Introdutor Posterior conectado está alinhado com a pega do porta-agulhas. Introduza a ponta do Introdutor Posterior na bolsa da tira no lado direito da doente (consultar a figura 9B). Depois, direccione o Introdutor Posterior, com a tira carregada, para o canal tecidular previamente criado (consultar a figura 9C) mantendo a posição da pega do porta-agulhas na vertical. Prossiga para inserir a totalidade do comprimento da tira no canal, de forma a que a base da tira atinja o limite superior da dissecção fascial. *NOTA: Insira completamente a primeira tira. Se o Introdutor for puxado e retirado antes de a tira chegar ao local pretendido, será necessário remover a tira, voltar a carregá-la e a inseri-la. NOTA: Tome precaução para não inserir demasiado profundo, de modo a evitar lesões em estruturas tecidulares críticas. NOTA: Se for encontrada resistência durante a inserção das tiras, determine a causa da resistência antes de prosseguir. Continuar a avançar o Introdutor contra resistência pode provocar danos no Implante de Rede ou uma inserção excessiva, provocando lesões em estruturas tecidulares críticas.* Retire o Introdutor Posterior ao longo do trajecto de inserção, deixando a tira no canal. As tiras ficam apostas, mas não penetram nos ligamentos sacroespinais. Não coloque suturas nos ligamentos sacroespinais. Repita o procedimento no lado esquerdo da doente com a segunda tira. Na figura 9D mostram-se as duas tiras colocadas. *NOTA: Durante a colocação da segunda tira, tome precaução para evitar o movimento do Implante de Rede e confirme que o Implante de Rede NÃO ESTÁ torcido.*

Posicione o corpo do Implante de Rede livremente por cima da fáscia vaginal subjacente. Evite dobrar ou torcer o corpo e as tiras do Implante de Rede. Pode ser necessário cortar o corpo do Implante de Rede, dependendo das dimensões vaginais ou da quantidade de dissecção lateral. O epitélio da parede vaginal posterior pode ser cortado, mas deve evitar-

39

ETH.MESH.02341436

se uma remoção excessiva de epitélio vaginal. Encerre o epitélio da parede vaginal posterior por cima do Implante de Rede, sem a utilização de suturas de travamento (conforme descrito em baixo). A colocação final do Implante de Rede no compartimento posterior é mostrada na figura 9E.

**NOTA: Assegure-se de que é obtida a hemóstase antes e durante o encerramento das incisões vaginais.**

Encerre as incisões vaginais sem utilizar suturas de travamento ou "em oito", para evitar a desvascularização do epitélio vaginal ao longo das linhas de incisão e reduzir a erosão da rede. Preferivelmente, encerre o epitélio em 2 planos para se obter uma linha de sutura relativamente grossa no local da incisão vaginal. Encerre a camada mais profunda utilizando um ponto sem travamento subepitelial contínuo com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Antibacteriana MONOCRYL Plus 2-0. O epitélio é depois encerrado utilizando um ponto de colchoeiro evertido contínuo sem travamento, utilizando uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0. **NOTA: Coloque o Implante de Rede nos 2/3 superiores da vagina, tendo o cuidado de certar o Implante de Rede se este ultrapassar os 2/3 superiores.** No final da cirurgia, recomenda-se exame com toque rectal para excluir lesão rectal.

Em alternativa, pode ser feito um encerramento em camada única da parede vaginal. Pode ser utilizado um ponto de colchoeiro evertido contínuo sem travamento ou pontos interrompidos de uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0.

### Reparação Vaginal Anterior e Posterior Combinada

Quando é necessário o reforço da parede vaginal anterior e posterior, utilize-se o Sistema de Reparação do Pavimento Pélvico Combinado GYNECARE PROSIMA. Este contém 2 Implantes de Rede distintos, um para a reparação vaginal anterior e o segundo para a reparação vaginal posterior. Utilize apenas o Introdutor Anterior curvado para a reparação anterior e apenas o Introdutor Posterior recto para a reparação posterior. Efectue as reparações vaginais anterior e posterior conforme acima descrito. Recomenda-se que a reparação vaginal anterior seja efectuada em primeiro lugar. A colocação final dos Implantes de Rede nos compartimentos anterior e posterior é mostrada na figura 10. Após a conclusão da cirurgia, recomenda-se uma cistoscopia para excluir lesão do aparelho urinário. É necessário exame com toque rectal para excluir lesão rectal.

### Utilização do Sistema GYNECARE PROSIMA com Conservação do Útero (Histeropexia)

Caso se conserve o útero prolapsado, a atар apical do Implante de Rede deve ser fixa ao colo do útero. A fixação do Implante de Rede ao colo do útero deve ocorrer ao nível do anel pubo-cervical, quando colocado durante a reparação vaginal anterior ou posterior.

Quando o útero é conservado durante uma reparação vaginal anterior, o anel pubo-cervical é exposto durante a dissecção vaginal anterior. Coloque uma Sutura PROLENE 2-0 firmemente na face anterior do anel pubo-cervical. Esta sutura também é colocada através da atар apical do Implante de Rede. A Sutura PROLENE na atар é atada, depois de as tiras do Implante de Rede estarem colocadas. Isto fixa o Implante de Rede à superfície anterior do colo do útero, ao nível do anel pubo-cervical, e garante que o Implante de Rede se distende com a vagina, dado que o VSD fica posicionado correctamente.

Na reparação posterior, fixe o Implante de Rede ao colo do útero posterior ao nível do anel pubo-cervical ou acima deste. O fundo de saco de Douglas pode ser aberto durante a fixação do Implante de Rede ao colo do útero. Encerre o peritoneu do fundo de saco acima desta sutura para prevenir a aderência do intestino ao Implante de Rede. Se o cirurgião optar por não abrir o fundo de saco de Douglas, o anel pubo-cervical é exposto durante a dissecção vaginal posterior. Uma Sutura PROLENE 2-0 é colocada firmemente na face posterior do anel pubo-cervical. Esta sutura também é colocada através da atар apical do Implante de Rede. A Sutura PROLENE é atada, depois de as tiras do Implante de Rede estarem colocadas. Isto fixa o Implante de Rede à superfície posterior do colo do útero, ao nível do anel pubo-cervical.

Quando são utilizados para reparações vaginais anterior e posterior, os Implantes de Rede devem ser fixos às faces anterior e posterior do colo do útero, conforme descrito acima (consultar a figura 11).

### Higiene do Implante de Rede

Durante a cirurgia, irrigue as feridas vaginais com solução salina. Mantenha o manuseamento do Implante de Rede ao mínimo necessário e pratique uma boa higiene da rede.

### Colocação do VSD e Balão

No momento da conclusão da cirurgia, coloque um VSD de tamanho adequado com Balão lisо na vagina e suture-o em posição para prevenir a deslocamento. O VSD tem 3 tamanhos possíveis (pequeno, médio e grande) e pode ser personalizado pelo cirurgião para se adequar ao comprimento vaginal da doente, da forma que se segue.

#### Ajuste e Corte do VSD

O VSD é fornecido no seu tamanho maior. Determine o tamanho adequado do VSD para a doente utilizando o próprio VSD para avaliar o ajuste à doente. Tal é feito colocando o VSD de tamanho grande na vagina, entre a ápex distendido e o anel himenal. Para inserir o VSD na vagina, agarre na zona mais larga do VSD e dobre ao longo do eixo longitudinal, com o Balão virado para cima (consultar a figura 12). A zona mais larga do VSD é inserida em primeiro lugar, de tal forma que os orifícios de sutura ficam situados imediatamente acima do anel himenal. **NOTA: Não retire nem danifique o Balão durante o dimensionamento do VSD.** O tamanho adequado é obtido quando o VSD se ajustar firmemente nos 2/3 superiores da vagina distendida, com a extremidade distal e olhós de sutura 1 cm acima do anel himenal (consultar a figura 13).

Se o tamanho grande se ajustar, o VSD não é modificado. Se for necessário o tamanho médio, a secção mais superior é recortada cuidadosamente, utilizando apenas a ponta da tesoura Mayo curva para fazer pequenos cortes e garantir uma extremidade de corte regular. Deve tomar-se precaução para minimizar a quantidade de material que permanece nas áreas cortadas. **NOTA: É importante ajustar o VSD muito cuidadosamente. Depois de cortado, não é possível aumentar um VSD e as secções cortadas não podem ser novamente fixas.** Ataste o Balão durante o corte do VSD (consultar a figura 14). Deve tomar-se precaução para evitar danificar o Balão durante o corte do VSD.

Se o tamanho médio se ajustar, não são necessários cortes adicionais. Se for necessário o tamanho pequeno, a secção restante é retirada da modo acima descrito. Ataste o Balão durante o corte para evitar que se danifique.

Depois de o VSD ser correctamente dimensionado e o Balão reposicionado, o cirurgião pode ser inserido na vagina da doente. **NOTA: Para minimizar o risco de perfuração do Balão, não utilize nenhum instrumento para ajudar na inserção do VSD ou do Balão.** Se o Balão se danificar, retire o Balão do VSD e utilize compressas para preencher a cavidade vaginal.

Depois de o conjunto estar adequadamente posicionado nos 2/3 superiores da vagina distendida da doente, fixe o VSD colocando um único fio de sutura através do olhó de sutura do VSD em epitélio da parede vaginal posterior, para fora a para cima da forma bilateralmente, conforme se mostra na figura 15, nas posições das 4 e 8 horas. As suturas direita e esquerda são depois atadas uma da cada vez, mantendo o VSD firmemente posicionado na entre da vagina. **NOTA: Tome precaução para não puncionar o Balão quando suturar o VSD na sua posição.** Para esta aplicação, recomenda-se uma sutura como a Sutura Coated VICRYL 2-0 ou uma sutura absorvível equivalente.

---

### Insuflação do Balão

Depois de suturar o VSD em posição, coloque a seringa de 50 ml fornecida rodando-a para a fixar na válvula do Balão. **NOTA: Antes da colocação do VSD, é necessária a colocação de uma algália para evitar a retenção urinária.** Após insuflação com um pequeno volume de ar ambiente (consultar a figura 16), palpe a totalidade do comprimento do Balão com o dedo para garantir que o Balão foi accionado e está assente em toda a extensão da vagina. Depois de confirmada a colocação, retire o dedo e continue a insuflar totalmente o Balão até que caiba apenas uma ponta do dedo no ostíaio entre o Balão e a parede vaginal. Recomenda-se a estabilização do VSD à medida que ocorre a insuflação. O Balão insuflado serve para pranunciar a aposição entre o Implante de Rede e a parede vaginal. O volume de ar necessário para uma insuflação suficiente de Balão varia de doente para doente. **NOTA: O volume máximo de insuflação do Balão não deve exceder 90 ml.** Depois de estar adequadamente insuflado, retire a seringa da válvula, rodando. A linha de insuflação do Balão tem que se estender para fora da vagina e ser fixada à coxa da doente. A tampa deve ser colocada na válvula do Balão, para garantir que o Balão se mantém e ar pretendido (consultar a figura 7). **NOTA: Não aperte demasiado a tampa.** Se for necessário, o Balão pode ser ajustado posteriormente, utilizando uma seringa padrão para aumentar ou diminuir o volume de ar no interior do Balão. O Balão pode ser palpado ou inspeccionado visualmente em qualquer momento, para garantir que mantém insuflação suficiente. **NOTA: À medida que a doente se movimenta, o Balão irá assentar na cavidade vaginal e pode parecer aumentar ou diminuir de pressão. Esta situação é normal.**

**NOTA: Não destaque o Balão do VSD antes de utilizar.**

**NOTA: Não insufle o Balão antes de sua introdução na vagina.**

**NOTA: Após a insuflação do Balão, se os ilhós de sutura do VSD se tiverem movido mais do que 1 cm por cima do anel himenal ou caso exista uma tensão excessiva nas suturas dos ilhós, diminua a pressão no Balão e, se for necessário, reposicione ou redimensione o VSD.**

**NOTA: Se forem observadas orifícios no Balão, se for detectada uma fuga ou se o Balão não se mantiver expandindo após a insuflação, NÃO utilize o Balão. Este deve ser removido do VSD e eliminado da forma adequada. Utilize o enchimento com compressas padrão, em vez do Balão.**

**NOTA: Se o rolhão conector da Balão se separar do VSD, deve ser empurrado para o seu lugar.**

**NOTA: Não fixe a linha de insuflação do Balão na vagina.**

**NOTA: Para prevenir danos, nunca aplique forças extremas de dobragem, tensão ou torção na linha de insuflação.**

**NOTA: Não utilize enchimento com compressas na presença de um Balão.**

### Remoção do Balão do VSD

Utilizando uma seringa padrão, desinsufle totalmente e retire o Balão 1 dia após a cirurgia, deixando o VSD colocado. **NOTA: Não deixe o Balão num volume com período superior a 1 dia.**

1) Retire a tampa da válvula do Balão.

2) Coloque uma seringa padrão de 50 ml (ou maior) na válvula de Balão e desinsufle completamente o Balão (consultar a figura 17). É importante desinsuflar completamente o Balão antes de o tentar remover do VSD. **NOTA: Um balão completamente desinsuflado irá fazer com que o êmbolo da seringa recue após a remoção de todo o ar.**

3) Retire a seringa.

4) O Balão pode ser depois separado do VSD e retirado da doente puxando suavemente na direcção caudal, a linha de insuflação, numa zona próxima do rolhão conector do Balão, aplicando em simultâneo uma contra-tracção suave na extremidade distal do VSD com o dedo. Consultar a figura 18.

**NOTA: Não faça recuar o Balão, a não ser que este esteja totalmente desinsuflado e não se sinta nenhuma resistência. Se for encontrada resistência, determine a sua causa antes de prosseguir. Continuar a fazer avançar ou recuar o Balão contra resistência pode originar movimentos do VSD a/ou lesões teciduais na cavidade vaginal. Para garantir que ocorreu uma desinsuflação completa, volte a conectar a seringa e retire todo o ar antes de prosseguir com a remoção.**

### Remoção do VSD da Doente

Retire o VSD da doente, cerca de 3 a 4 semanas após a cirurgia, depois de ter ocorrido uma cicatrização suficiente. Neste momento, as suturas absorvíveis podem ter-se dissolvido ou perdido força. Hível suficiente para permitir uma fácil remoção do VSD, sem qualquer resistência por parte das suturas. **NOTA: Pode ser necessário cortar ambas as suturas para tornar possível a remoção. Após a fixação do VSD no interior da vagina durante um período superior a 4 semanas.** Retire todas as suturas de fixação do VSD restantes. Retire manualmente o VSD do canal vaginal, conforme se mostra na figura 19.

### Cuidados Peri-operatórios

As doentes podem receber antibióticos profiláticos, administrados de acordo com a prática habitual do cirurgião. Os antibióticos podem ser mantidos no pós-operatório, dependendo da preferência do cirurgião. Pode utilizar-se profilaxia tromboembólica.

O cirurgião deve explicar a finalidade do VSD, que permanecerá na vagina durante um período máximo de quatro semanas depois da cirurgia, e que se destina a actuar como suporte da vagina contra a rede durante o período de cicatrização. A doente deve ser informada de que o VSD será retirado durante uma avaliação pós-operatória, que terá lugar aproximadamente 4 semanas depois da cirurgia. A doente deve ser informada de que poderá desenvolver corrimento vaginal no pós-operatório e que o VSD se poderá mover ligeiramente para baixo. Caso a doente sinta que o VSD se moveu para baixo, poderá empurrá-lo suavemente para cima, para uma posição mais confortável. Todavia, se o VSD estiver a provocar um desconforto significativo, a doente deverá ser aconselhada a entrar em contacto com o seu médico.

Após a alta hospitalar, a doente deve ser instruída no sentido de evitar actividades vigorosas durante um período de 3 a 4 semanas. Nessa altura, os tecidos pélvicos ter-se-ão incorporado no Implante de Rede e a doente poderá retomar as suas actividades normais do dia-a-dia. A doente deve ser aconselhada a evitar relações sexuais durante um período mínimo de 6 semanas após a cirurgia. Os exercícios destinados ao pavimento pélvico podem ser recomendados em qualquer momento após a cirurgia.

### ACTUAÇÃO

Estudos feitos em animais mostram que a implantação da GYNECARE GYNEMESH PS provoca uma reacção inflamatória mínima a ligeira, a qual é passageira e é seguida do depósito de uma fina camada fibrosa de tecido que pode crescer através dos intersticios da rede, incorporando assim a rede no tecido adjacente. A rede mantém-se macia e flexível, não se verificando dificuldades no processo de cicatrização normal da ferida. O material não é absorvido nem está sujeito à degradação ou enfraquecimento pela acção das enzimas dos tecidos.

**ETH.MESH.02341437**

**CONTRA-INDICAÇÕES**

- Quando a GYNECARE GYNEMESH PS é utilizada em lactentes, crianças, mulheres grávidas ou que pretendam engravidar futuramente, o cirurgião deverá estar ciente de que este produto não tem elasticidade suficiente para acompanhar o crescimento da doente.

- O Sistema GYNECARE PROSIMA não deve ser utilizado na presença de gravidez ou de infecções purulentas ou neoplasias malignas da vagina, colo do útero ou útero.

**ADVERTÊNCIAS E PRECAUÇÕES**

- Antes de utilizar os Sistemas GYNECARE PROSIMA, os utilizadores devem estar familiarizados com as técnicas e os procedimentos cirúrgicos que envolvem a reparação do pavimento pélvico e redes não absorvíveis.

- A utilização do Sistema GYNECARE PROSIMA não foi totalmente avaliada em doentes apresentando prolapso dos órgãos pélvicos em Estádio IV. Por conseguinte, não se recomenda a sua utilização nestas doentes.

- Devem ser seguidas práticas cirúrgicas aceitáveis para o Sistema GYNECARE PROSIMA, assim como para o tratamento de feridas infectadas ou contaminadas.

- Não utilizar o Sistema GYNECARE PROSIMA caso pense que o local cirúrgico possa estar infectado ou contaminado. Se o Implante de Rede ou Conjunto VSD-Balão for utilizado em áreas contaminadas, o cirurgião deverá estar ciente de que, em caso de infecção subsequente, poderá ser necessário proceder à sua remoção.

- No pós-operatório deverá ser recomendado à doente que se abstenha de levantar pesos e/ou fazer exercícios físicos (como ciclismo e correr) durante 3 a 4 semanas, e que se abstenha de ter relações sexuais durante 6 semanas ou até que o médico determine ser adequado para a doente voltar às suas actividades normais.

- Não deixar o VSD no interior da vagina durante um período superior a 4 semanas.

- Não deixar o Balão no interior da vagina durante um período superior a 1 dia.

- Os componentes do Sistema GYNECARE PROSIMA não se destinam a ser utilizados com dispositivos diferentes dos mencionados neste folheto informativo.

- Deve evitar-se aplicar uma tensão excessiva no implante de rede durante o manuseamento.

- Utilizar os Sistemas GYNECARE PROSIMA com precaução e tendo em atenção a anatomia da doente, de forma a evitar lesões em vasos, nervos, bexiga, intestinos e perfuração da parede vaginal. A utilização correcta dos componentes do Sistema GYNECARE PROSIMA irá minimizar os riscos.

- Insuflar o Balão apenas com ar ambiente.

- A palpação irá confirmar que o Balão não contém quaisquer fugas de ar depois da insuflação. A perda completa da insuflação pode limitar a eficácia do Balão.

- A parede do Balão é fina de modo a obter as propriedades desejadas. Punções, cortes, fissuras, compressão ou estiramento excessivo do balão podem conduzir à perda de insuflação. O Balão pode ser facilmente penetrado por uma agulha ou bisturi ou pode ocorrer rotura por manuseamento com um instrumento rombo. Deve tomar-se precaução durante o manuseamento para evitar estas situações. Um Balão danificado não deve ser usado. Retire o balão e preencha com compressas.

- O volume máximo de insuflação do Balão é de 90 ml. Não insuflar o balão em excesso. Uma insuflação excessiva do Balão pode provocar desconforto na doente, necrose tecidular, rotura da ferida vaginal no pós-operatório ou incapacidade miccional.

- Não utilizar os Sistemas GYNECARE PROSIMA em doentes submetidas a terapêutica anticoagulante.

- Pode ocorrer hemorragia no pós-operatório. Ter atenção a quaisquer sintomas ou sinais antes de dar alta à doente.

- Se ocorrer dor invulgar, hemorragia ou outros problemas, a doente deverá ser instruída a contactar imediatamente o cirurgião.

- Embora seja improvável que ocorram lesões vesicais com esta técnica, recomenda-se a realização de cistoscopia.

- Embora seja improvável que ocorram lesões rectais com esta técnica, recomenda-se a realização de um exame com toque rectal.

- Evitar o contacto do Implante de Rede GYNECARE GYNEMESH PS com agrafos, pinças ou clamps de todo o tipo, uma vez que isso poderá causar danos mecânicos na rede.

- O Implante de Rede não deve estar presente no 1/3 inferior da vagina. Se for necessário, cortar o Implante de Rede na junção do 1/3 inferior e médio da parede vaginal.

- Podem ser administrados antibióticos profilácticos, de acordo com a prática habitual do cirurgião.

**REACÇÕES ADVERSAS**

- As reacções adversas potenciais são aquelas tipicamente associadas a materiais cirurgicamente implantáveis, incluindo potenciação de infecção, inflamação, formação de aderências, formação de fístulas, erosão, extrusão e formação de tecido cicatricial originando contracção do implante.

- As reacções adversas potenciais são aquelas tipicamente associadas aos procedimentos de reparação do prolapso de órgãos pélvicos, incluindo dor durante as relações sexuais e dor pélvica. Estas podem resolver-se espontaneamente no decurso do tempo.

- Podem ocorrer punções ou lacerações ou lesão de vasos, nervos, bexiga, uretra ou intestino durante a dissecação ou colocação da rede, que podem exigir reparação cirúrgica.

- No caso dos procedimentos de reparação do pavimento pélvico, a dissecação tem potencial para provocar incapacidade da micção normal durante um período de tempo variável.

**ESTERILIZAÇÃO**

Os Sistemas GYNECARE PROSIMA são esterilizados com óxido de etileno. NÃO REESTERILIZAR nenhuma parte do Sistema GYNECARE PROSIMA. NÃO REUTILIZAR nenhuma parte do Sistema GYNECARE PROSIMA. A reutilização deste dispositivo (ou de partes deste dispositivo) pode criar um risco de degradação do produto e contaminação cruzada, o que pode conduzir a infecção ou transmissão de agentes patogénicos transmitidos pelo sangue aos doentes e utilizadores. Não utilizar se a embalagem estiver aberta ou danificada. Descartar todos os componentes do Sistema GYNECARE PROSIMA abertos, que tenham sido utilizados ou não.

**ELIMINAÇÃO**

Descartar os componentes do Sistema GYNECARE PROSIMA e as embalagens de acordo com a política e os procedimentos em vigor na instituição relativamente a materiais e resíduos de risco biológico.

**ARMAZENAMENTO**

Condições recomendadas de armazenamento: temperatura ambiente controlada e humidade relativa (aproximadamente 25 °C, 60 % de humidade relativa), ao abrigo da humidade e do calor directo. Não utilizar para além do prazo de validade.

**Símbolos utilizados nas etiquetas**



ETH.MESH.02341438



**Gynecare**
# PROSIMA™

Sistema de reparación del suelo pélvico anterior
Sistema de reparación del suelo pélvico posterior
Sistema de reparación del suelo pélvico combinado

ESPAÑOL

**Por favor lea con atención toda la información.**
De no seguir las instrucciones correctamente, los dispositivos podrían no funcionar adecuadamente e incluso causar lesiones.

*ATENCIÓN:* las leyes federales de los EE.UU. restringen la venta de este dispositivo al personal facultativo o bajo su prescripción.

Se recomienda recibir la instrucción adecuada antes de utilizar los sistemas de reparación del suelo pélvico GYNECARE PROSIMA™. Coordine la instrucción con el representante de ventas de su compañía.

**INDICACIONES**
Los sistemas de reparación del suelo pélvico GYNECARE PROSIMA, a través de la colocación de implantes de malla blanda PROLENE* no absorbibles GYNECARE GYNEMESH™ PS, están indicados para el refuerzo del tejido y la estabilización prolongada de las estructuras fasciales del suelo pélvico, ya sea como soporte mecánico o como material de unión para el defecto fascial. Los sistemas permiten el mantenimiento del conducto vaginal durante el período de cicatrización después de la reparación quirúrgica del prolapso de la pared vaginal y, al mismo tiempo, mantienen los implantes de malla en su lugar.

**DESCRIPCIÓN**
Los sistemas de reparación del suelo pélvico anterior, posterior y combinado GYNECARE PROSIMA constan de implantes de malla GYNECARE GYNEMESH PS previamente cortados y el instrumental para facilitar su colocación y mantenimiento postoperatorio (refiérase a la figura 1). En la siguiente tabla se resumen los componentes incluidos en cada sistema:

| SISTEMA DE REPARACIÓN DEL SUELO PÉLVICO | COMPONENTES (refiérase a la figura 1) | | | | |
|---|---|---|---|---|---|
| | Implante de malla en portaimplante (A) | Conjunto de dispositivo de soporte vaginal y balón (B y C) | Insertador anterior (D) | Insertador posterior (E) | Jeringa (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Combinado | 2 | 1 | 1 | 1 | 1 |

Tabla 1 – Componentes del sistema de reparación del suelo pélvico GYNECARE PROSIMA

**GYNECARE GYNEMESH PS**
La malla GYNECARE GYNEMESH PS está fabricada con filamentos tejidos de polipropileno extruido de composición idéntica a la utilizada en la sutura de polipropileno PROLENE* (ETHICON, INC.). Según se ha comprobado, este material no es reactivo cuando se emplea como sutura y conserva su resistencia indefinidamente en el uso clínico. La malla ofrece una resistencia, durabilidad y adaptabilidad quirúrgica excelentes, con suficiente porosidad para la necesaria integración del tejido. Contiene además monofilamentos de sutura PROLENE de color azul que forman líneas de contraste con el resto de la malla. Esta está fabricada con fibras monofilamento de diámetro reducido tejidas con un diseño único, que le otorga una flexibilidad casi un 50 por ciento superior a la de la malla de polipropileno PROLENE™ común. La malla está tejida mediante un proceso que entrelaza la unión de cada fibra y proporciona elasticidad en ambas direcciones. Esta construcción permite cortar la malla en cualquier forma o tamaño deseados sin que se desenrede. La elasticidad bidireccional le permite adaptarse a las diferentes tensiones presentes en el cuerpo.

**Implante de malla**
Los implantes de malla están fabricados con GYNECARE GYNEMESH PS y vienen previamente cortados en forma de "V" para la reparación de los defectos vaginales anteriores, posteriores y apicales. Refiérase a la figura 2. Los implantes de malla tienen dos tiras y un cuerpo central. En el extremo proximal tienen una lengüeta apical para poder fijarlos con sutura y reducir al máximo su movimiento durante la colocación de las tiras. Además, en el extremo distal tienen un surco para facilitar su alineación. Las tiras de los implantes de malla tienen bolsillos preformados para permitir su colocación con los insertadores. Los implantes de malla se suministran en un portaimplante de Tyvek* no revestido y una película de plástico transparente, diseñado para facilitar su extracción.

**Insertador anterior**
El insertador anterior es un instrumento para uso en una sola paciente diseñado para facilitar la inserción de las tiras del implante de malla en los canales de tejido disecado anteriores. *NOTA: el insertador anterior no está diseñado para disecar tejido.* Está diseñado para ser compatible con los bolsillos del implante de malla para permitir la colocación de las tiras a ambos lados de la paciente en el compartimiento anterior. Refiérase a las figuras 3 y 4.

**Insertador posterior**
El insertador posterior es un instrumento para uso en una sola paciente diseñado para facilitar la inserción de las tiras del implante de malla en los canales de tejido disecado posteriores. *NOTA: el insertador posterior no está diseñado para disecar tejido.* Tiene fijada una guía o porta aguja estándar como estabilizador para su inserción. El insertador posterior está diseñado para ser compatible con los bolsillos del implante de malla para permitir la colocación de las tiras a ambos lados de la paciente en el compartimiento posterior. Refiérase a la figura 5.

**Dispositivo de soporte vaginal (VSD)**
El VSD es un dispositivo para uso en una sola paciente diseñado para el soporte postoperatorio de los tejidos vaginales después de la colocación de la malla y el cierre de las incisiones vaginales. El extremo apical es el extremo más ancho del VSD y contiene secciones recortables. Después del ajuste inicial del VSD en la paciente, puede continuar ajustándose a su anatomía recortando las secciones apicales designadas. El VSD se aloja en los dos tercios superiores de la vagina de la paciente durante 3 a 4 semanas y posteriormente se extrae. Refiérase a la figura 6.

**Balón**
El balón es un dispositivo para uso en una sola paciente diseñado para sustituir el relleno de gasa vaginal posquirúrgica. El volumen del balón puede ajustarse para llenar el conducto vaginal y mantener apoyados la pared vaginal y el implante de malla. El balón se suministra previamente fijado al VSD. La figura 7 muestra el balón desinflado sin el VSD. El balón se deja en la paciente hasta 1 día como máximo.

**Jeringa**
Se suministra una jeringa de 50 ml para inflar el balón.

**SECCIÓN 1: PRINCIPIOS DEL PROCEDIMIENTO CON EL SISTEMA GYNECARE PROSIMA**
El objetivo del procedimiento de reparación del suelo pélvico con el sistema GYNECARE PROSIMA es lograr una reparación anatómica duradera y estandarizada del prolapso del órgano pélvico. Según el lugar del prolapso y la preferencia del cirujano, la reparación puede ser anterior y/o posterior. La histerectomía o la conservación del útero pueden combinarse con el procedimiento con el sistema GYNECARE PROSIMA. Si está indicado, puede de realizarse una reparación perineal o un cabestrillo suburetral para el tratamiento de la incontinencia urinaria por estrés simultáneamente cuando se utiliza el sistema GYNECARE PROSIMA. Puede utilizarse un cabestrillo suburetral por vía retropúbica o transobturadora.

La reparación del prolapso se logra mediante la colocación de uno o dos implantes de malla a través de un abordaje vaginal. Al finalizar la cirugía, se coloca en la vagina un VSD con un balón inflable para ajustar su tamaño y se la sutura para que actúe como soporte de la vagina y los implantes de malla durante la integración del tejido. Una vez inflado, el balón sustituye el relleno de gasa tradicional llenando la cavidad vaginal y manteniendo los implantes de malla apoyados contra la vagina. El día después de la cirugía, el balón se desinfla y se retira de la vagina sin quitar el VSD. El VSD se deja en su lugar hasta 4 semanas después de la cirugía, mientras el tejido se integra a los implantes de malla.

**SECCIÓN 2: FUNDAMENTOS DEL SISTEMA GYNECARE PROSIMA**
Después de una cirugía convencional de prolapso del órgano pélvico, los tejidos reparados están expuestos a aumentos en la presión intraabdominal cuando la paciente se moviliza, tose, vomita y hace un esfuerzo al evacuar los intestinos. Estos aumentos en la presión intraabdominal pueden afectar adversamente a la cicatrización de la reparación vaginal y producir el fallo quirúrgico y un prolapso recurrente. El sistema GYNECARE PROSIMA refuerza la reparación vaginal con el implante de malla y utiliza el VSD como soporte de la vagina durante 3 a 4 semanas después de la cirugía con el objeto de reducir el riesgo de fallo quirúrgico o prolapso recurrente.

Durante la reparación vaginal anterior el cuerpo del implante de malla debe colocarse sin tensión entre la vejiga urinaria y los dos tercios superiores de la vagina, extendiéndose lateralmente a la altura del arco tendinoso de la fascia pélvica. Durante la reparación vaginal posterior el cuerpo del implante de malla debe colocarse sin tensión entre el recto y los dos tercios superiores de la vagina, ajustándolo lateralmente sobre los músculos elevadores del ano. La sección apical del cuerpo del implante de malla está diseñada para llegar hasta el ápice vaginal. En posición anterior, el implante de malla puede fijarse con sutura al tejido preexisal o al cuello uterino. En posición posterior, puede fijarse al tejido perirectal o al cuello uterino.

El VSD sirve de soporte a los tejidos vaginales después de la cirugía y los mantiene apoyados contra el implante de malla hasta que se integran a ella. La integración del tejido a través del implante de malla se produce dentro de los 3 a 4 semanas de la cirugía. El uso del sistema GYNECARE PROSIMA evita la necesidad de realizar una disección fuera de la cavidad pélvica y de pasar suturas e instrumental a través del agujero obturador y el ligamento sacroespinoso, lo cual hace que la cirugía sea más sencilla de realizar.

**Histerectomía**
La preferencia del cirujano y las necesidades de la paciente determinarán si es necesario realizar una histerectomía concomitante. Cuando se realiza una histerectomía, se recomienda el cierre del peritoneo del fondo de saco para evitar el contacto del implante de malla con los intestinos. Debe evitarse realizar un cierre con incisión en "T" ya que esto puede aumentar el riesgo de exposición de la malla. Cuando se realiza una histerectomía vaginal junto con una reparación anterior o posterior, o ambas, primero debe cerrarse la incisión de la histerectomía de forma transversal y, posteriormente, deben realizarse las incisiones de reparación de forma tal que no estén conectadas con la incisión de la histerectomía previamente cerrada. De esta manera se evita la realización de una incisión en "T".

**Conservación del útero**
El sistema GYNECARE PROSIMA es adecuado para aquellos casos en que el cirujano o la paciente prefieren conservar el útero.

**Incisiones vaginales**
Las incisiones vaginales del procedimiento con el sistema GYNECARE PROSIMA son las mismas que se utilizan en las cirugías de reparación vaginal rutinarias. Las incisiones deben realizarse hasta la máxima profundidad de la pared vaginal para reducir el potencial de exposición de la malla.

**Colocación del implante de malla**
Los implantes de malla son mantenidos en su lugar por el VSD hasta que se produce la integración del tejido. Por lo tanto, no es necesario fijar las tiras del implante de malla en su lugar. La parte apical del implante de malla puede fijarse sobre la fascia en la línea media del ápice vaginal utilizando sutura del tipo MONOCRYL™ 2-0 (poliglecaprona 25) o Coated VICRYL™ 2-0 (poliglactina 910). El epitelio vaginal no debe suturarse sobre el implante de malla.

**Preservación de la vagina**
Debe evitarse retirar o extirpar demasiado epitelio vaginal. Si se retira demasiado epitelio vaginal, puede producirse cierta retracción del tejido después de la cirugía y reducirse aún más la capacidad vaginal.

**Tres niveles de soporte vaginal**
Se conocen tres niveles de soporte para la reparación vaginal. El sistema GYNECARE PROSIMA está diseñado para proporcionar el nivel I y II de soporte en el procedimiento, según se indica a continuación.

ETH.MESH.02341439

**Nivel I – Suspensión y soporte** (tercio superior de la vagina)

El tercio superior de la vagina (incluida la bóveda vaginal después de la histerectomía) y el útero son apoyados por dos mecanismos. En primer lugar, el apoyo directo para el útero y la vagina superior es proporcionado por las fibras del parametrio (ligamentos cardinal y uterosacro) y el paracolpion. Estas fibras actúan como ligamentos de suspensión y se elevan desde la fascia del músculo periforme, la articulación sacroilíaca y el sacro lateral y se introducen en el tercio superior lateral de la vagina y en el aspecto posterolateral del cuello uterino. En segundo lugar, el apoyo indirecto para el útero y la vagina superior es proporcionado por la placa elevadora, formada por la fusión de los músculos elevadores del ano derecho e izquierdo entre el recto y el canal anal. El prolapso de la bóveda uterina y vaginal se produce como consecuencia del fallo de estos mecanismos de soporte directos e indirectos. Es probable que implique una debilidad del suelo pélvico muscular y las fibras de suspensión del parametrio y el paracolpion superior. El objetivo de la cirugía de prolapso de nivel I es recrear los mecanismos de soporte directos e indirectos. El sistema GYNECARE PROSIMA utiliza las tiras de implante de malla que mantienen apoyados los músculos internos obturadores y la fascia parietal superior en la reparación vaginal anterior y, en la reparación vaginal posterior, tiras de implante de malla que mantienen apoyados los ligamentos sacroespinosos. Esto proporciona un soporte directo por suspensión y soporte indirecto creando una amplia área de apoyo para la vagina superior y el útero con el implante de malla.

**Nivel II – Fijación lateral** (tercio medio de la vagina)

La parte media de la vagina está fijada lateralmente y de forma directa a los músculos de la pared lateral pélvica por el arco tendinoso de la fascia pélvica. A este nivel, las paredes vaginales anterior y posterior se estiran entre las fijaciones laterales a la derecha y a la izquierda. Al nivel II, el objetivo de la reparación del prolapso es volver a fijar la vagina medio lateral sobre los músculos de la pared lateral pélvica. Los defectos centrales de la vagina media también requieren soporte al nivel II. El uso del sistema GYNECARE PROSIMA en un procedimiento recrea la fijación lateral de la vagina sobre los músculos de la pared lateral pélvica y, además, proporciona refuerzo fascial central después de la integración de tejido.

**Nivel III – Fusión** (tercio inferior de la vagina)

*NOTA: no se requiere disección en esta área con el sistema GYNECARE PROSIMA.*

Al nivel III, en posición anterior, el tercio inferior de la vagina se fusiona con la membrana perineal y la uretra. En posición posterior, el tercio inferior de la vagina se fusiona con el cuerpo perineal y con los músculos elevadores del ano. Los tejidos de esta área se reparan sin implante de malla, ya que este no está diseñado para ser utilizado en el tercio inferior de la vagina. El sistema GYNECARE PROSIMA no trata los defectos de apoyo al nivel III, aunque pueden tratarse mediante procedimientos concomitantes, como una perineorrafia.

## SECCIÓN 3: INSTRUCCIONES DE USO

*NOTA: deben consultarse las figuras indicadas al comienzo de este documento al leer esta sección.*

### Preparación quirúrgica

La cirugía realizada con el sistema GYNECARE PROSIMA puede llevarse a cabo bajo anestesia general o regional según la preferencia del cirujano, el anestesiólogo y la paciente.

La paciente debe colocarse en posición de litotomía con las nalgas ligeramente por encima de la mesa del quirófano y las caderas flexionadas. A discreción del cirujano, puede drenarse la vejiga. Es necesario utilizar un catéter antes de inflar el balón y puede introducirse en este momento del procedimiento.

### Uso del sistema GYNECARE PROSIMA después de una histerectomía

**Reparación vaginal anterior**

Cuando sólo se requiere el refuerzo de la pared vaginal anterior, debe utilizarse únicamente el sistema de reparación del suelo pélvico anterior GYNECARE PROSIMA. Este contiene un implante de malla y un insertador anterior especialmente diseñado para utilizar en una reparación vaginal anterior. Una vez realizadas las incisiones y disecciones vaginales requeridas, se crean los canales para el tejido en el compartimento anterior para colocar las tiras de implante de malla usando el insertador anterior. *NOTA: el insertador anterior no se debe utilizar para disecar tejido.*

*Disección vaginal anterior*

El epitelio vaginal anterior se diseca de la vejiga. Disegue el espesor total de la pared vaginal. Para facilitar este procedimiento debe utilizarse hidrodisección subepitelial. Debe evitarse la disección vaginal de la pared vaginal o la separación de la pared vaginal en dos capas ya que podría quedar muy delgada y perder irrigación sanguínea. Tal cual aumenta el riesgo de exposición de la malla. Lateralmente, continúe la disección hacia la pared lateral pélvica y hacia la espina isquial.

*Disección del canal anterior y colocación del implante de malla*

A los efectos de esta descripción, primero realice la creación para la creación de canales para las tiras del implante de malla del lado derecho de la paciente y, a continuación, del lado izquierdo. Estos canales se crean con el objeto de colocar el implante de malla de forma tal que la sección distal de las tiras quede al ras de la pared lateral pélvica y la fascia parietal del músculo interno obturador. Para colocar estas tiras, comience la disección palpando e identificando la espina isquial de ambos lados. *NOTA: como alternativa, esta disección puede comenzarse con un par de tijeras usando una técnica de "empuje y separación", de forma tal que las puntas de las tijeras siempre queden en posición anterior a la espina isquial.* Siga la disección isquial realizando una disección suave con los dedos hacia la espina isquial. Una vez establecido el contacto con la espina isquial, pase el dedo índice para crear un espacio anterior y superior a la misma. Refiérase a la figura 8A. La dirección de esta disección es perpendicular a la pared lateral pélvica y crea un espacio de aproximadamente 2 cm de anchura y 3 cm de alto. La disección anterior no implica la disección sobre los ligamentos sacroespinosos sino que crea un canal anterior y superior hasta la espina isquial y superficial al arco tendinoso de la fascia pélvica el músculo interno obturador y su fascia parietal. Repita la misma disección del lado izquierdo.

No se requiere el pliegue del tejido prevesical. No obstante, en caso de realizar el pliegue, sólo debe hacerse en la parte central de dicho tejido para que el área disecada no sea demasiado estrecha. Coloque el implante de malla sobre el tejido prevesical de forma tal que los bolsillos de las tiras queden mirando hacia arriba. Si debe fijarse, debe hacerse en este momento del procedimiento con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0 en el ápice de la vagina, pasando las puntadas por la lengüeta apical del implante de malla. Las puntadas pueden atarse en este momento o una vez colocadas las tiras. La fijación del suero distal del implante de malla es opcional y puede hacerse con sutura del tipo MONOCRYL 2-0.

Usando el insertador anterior, coloque las tiras de implante de malla dentro de cada canal derecho e izquierdo creado mediante la disección anterior y superior a la espina isquial (según se describe más arriba). *NOTA: los extremos curvos del insertador anterior se doblan en sentidos opuestos y hay flechas en cada extremo que indican la dirección de colocación.* Con la flecha apuntando hacia el lado derecho de la paciente, introduzca la punta del insertador anterior en el bolsillo de la tira del implante de malla (refiérase a la figura 8B) del lado derecho de la paciente. *NOTA: la contratracción puede ayudar a mantener el bolsillo cargado sobre el insertador anterior.* Mantenga el insertador anterior en posición vertical, de forma tal que la parte curva del instrumento quede contra la pared vaginal posterior. A continuación, dirija el insertador anterior, con la tira cargada, hacia el interior del canal de tejido previamente creado

(refiérase a la figura 8C) hasta que el mango entre en contacto con los labios mayores del lado contralateral. Para ello, posicione la parte del mango del insertador anterior en sentido vertical de forma tal que el borde de entrada y el bolsillo avancen hacia la espina isquial. Una vez posicionado, incline el mango hacia abajo hasta una posición casi horizontal manteniendo el mango en contacto con el muslo contralateral. *NOTA: la retracción de la vejiga con un instrumento quirúrgico estándar puede ser útil para la colocación inicial en el canal. Si lo desea, utilice el dedo índice en el canal para guiar la colocación inicial del insertador anterior contra los labios mayores del lado contralateral antes de bajar el mango.* Empuje ligeramente hacia arriba para asegurar que los bolsillos de la tira queden bien posicionados y que la sección apical del implante de malla mantenga apoyado el ápice vaginal. *NOTA: si siente resistencia durante la inserción de la tira, determine la causa antes de continuar. Si sigue haciendo avanzar el insertador a pesar de la resistencia, puede dañar el implante de malla o introducirlo de forma excesiva, lo cual puede dañar las estructuras tisulares críticas.*

Para retirar el insertador anterior, incline el mango hacia atrás a la posición vertical antes de retirarlo, dejando la tira en el canal. *NOTA: inserte la primera tira completamente. NOTA: si quita el insertador anterior antes de colocar la tira del implante de malla en el lugar deseado, deberá retirar la tira y volver a cargarla e insertarla.* Repita este procedimiento del lado opuesto de la paciente dando vuelta el insertador anterior e introduciendo el extremo, con la punta hacia el lado opuesto de la paciente, en el otro bolsillo. La figura 8D muestra ambas tiras colocadas. *NOTA: durante la colocación de la segunda tira procure evitar el movimiento del implante de malla y compruebe que NO está torcido.*

Posicione el cuerpo del implante de malla en forma holgada sobre el tejido vaginal subyacente. Debe evitar doblar o torcer el cuerpo y las tiras. Puede ser necesario recortar el cuerpo del implante de malla según las dimensiones vaginales o la cantidad de disección lateral. El epitelio vaginal puede recortarse, pero debe evitarse la eliminación excesiva. Cierre el epitelio sobre el implante de malla sin usar suturas entrelazadas (como se describe a continuación; refiérase a la figura 8E). En la figura 8F se ilustra la colocación final del implante de malla en el compartimento anterior.

*NOTA: asegúrese de lograr la hemostasia antes y durante el cierre de las incisiones vaginales.*

Cierre las incisiones vaginales sin suturas entrelazadas en forma de ochos para evitar la desvascularización del epitelio vaginal a lo largo de las líneas de incisión y reducir la erosión de la malla. Preferentemente, el epitelio debe cerrarse en dos capas para obtener una línea de sutura relativamente gruesa en el lugar de la incisión vaginal. Cierre la capa más profunda usando puntadas subepiteliales continuas no entrelazadas con sutura del tipo MONOCRYL 2-0 o sutura antibacteriana MONOCRYL™ Plus 2-0 (poliglecaprona 25). A continuación, cierre el epitelio con puntadas tipo colchón continuas de eversión no entrelazadas, usando sutura del tipo Coated VICRYL 2-0 o sutura antibacteriana Coated VICRYL™ Plus 2-0 (poliglactina 910). *NOTA: colocar el implante de malla en los dos tercios superiores de la vagina, con cuidado de recortar el implante de malla si sobrepasa la superficie.* Si aún no se ha hecho, se recomienda realizar una cistoscopia para descartar lesiones en el tracto urinario.

Como alternativa, puede realizarse un cierre de la pared vaginal de una sola capa utilizando puntadas tipo colchón continuas de eversión no entrelazadas o puntadas interrumpidas con sutura del tipo Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

**Reparación vaginal posterior**

Cuando sólo se requiere el refuerzo de la pared vaginal posterior, utilice únicamente el sistema de reparación del suelo pélvico posterior GYNECARE PROSIMA. Este contiene un implante de malla y un insertador posterior especialmente diseñado para utilizar en una reparación vaginal posterior. Una vez realizadas las incisiones y disecciones vaginales requeridas, crea los canales para el tejido en el compartimento posterior para colocar las tiras de implante de malla. *NOTA: el insertador posterior no se debe utilizar para disecar tejido.*

*Disección vaginal y del canal posterior*

Disegue el epitelio vaginal posterior del tejido prerrectal. Al igual que con la pared vaginal anterior, debe disecarse el espesor completo de la pared vaginal posterior. Para facilitar este procedimiento debe utilizarse hidrodisección subepitelial. Continúe la disección lateralmente a cada lado de los músculos elevadores del ano a la altura de la espina isquial. Después, continúe la disección a través de cada uno de los pilares rectales y sobre cada ligamento sacroespinoso, pero no a través de ellos, creando canales en los que se colocarán las tiras del implante de malla. Refiérase a la figura 9A.

El tratamiento de un enterocele pre-existente es opcional, pero si se realiza, puede llevarse a cabo en esta etapa según la técnica preferida del cirujano.

Si la cavidad peritoneal se abre durante la disección anterior o posterior, debe cerrarse antes de colocar la malla.

*Colocación del implante de malla posterior*

No se requiere el pliegue del tejido prerrectal. No obstante, si se realiza el pliegue del tejido prerrectal, sólo debe plegarse la parte central del tejido prerrectal para que el área disecada no sea demasiado estrecha. Coloque el implante de malla sobre el tejido prerrectal de forma tal que los bolsillos de las tiras queden mirando hacia arriba. Si debe fijarse, debe hacerse en este momento del procedimiento con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0 en el ápice de la vagina, pasando las puntadas por la lengüeta apical del implante de malla. Las puntadas pueden atarse en este momento o una vez colocadas las tiras. La fijación del suero distal del implante de malla es opcional y puede hacerse con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0.

Usando el insertador posterior, coloque las tiras de implante de malla dentro de cada canal derecho e izquierdo creado mediante la disección hacia cada ligamento sacroespinoso (según se describe más arriba). Sujete el insertador posterior usando una guía o portaagujas rectos, como muestra la figura 9B. *NOTA: coloque la punta de la guía o portaagujas dentro del extremo estriado recto del insertador posterior.* Asegúrese de que el insertador posterior conectado esté alineado con el mango de la guía o portaagujas. Invierta la punta del insertador posterior en el bolsillo de la tira del lado derecho de la paciente (refiérase a la figura 9B). A continuación, dirija el insertador posterior, con la tira cargada, hacia el interior del canal de tejido previamente creado (refiérase a la figura 9C) con el mango de la guía o portaagujas en posición vertical. A continuación, inserte en el canal la tira en todo su longitud de modo tal que la base de la tira llegue al tinte superior de la dirección fascial. *NOTA: inserte la primera tira completamente. Si quita el insertador antes de colocar la tira del implante de malla en el lugar deseado, deberá retirar la tira y volver a cargarla e insertarla. NOTA: tenga cuidado de no introducirla de forma demasiado profunda para evitar dañar estructuras tisulares críticas. NOTA: si siente resistencia durante la inserción de la tira, determine la causa antes de continuar. Si sigue haciendo avanzar el insertador a pesar de la resistencia, puede dañar el implante de malla o introducirlo de forma excesiva, lo cual puede dañar las estructuras tisulares críticas.* Retire el insertador posterior siguiendo el mismo recorrido de la inserción dejando la tira en el canal. Las tiras mantienen apoyados los ligamentos sacroespinosos pero no los penetran. No coloque suturas en los ligamentos sacroespinosos. Repita el procedimiento del lado opuesto de la paciente con la segunda tira. La figura 9D muestras ambas tiras colocadas. *NOTA: durante la colocación de la segunda tira tenga cuidado de evitar el movimiento del implante de malla y compruebe que NO está torcido.*

43

ETH.MESH.02341440

Posicione el cuerpo del implante de malla de forma holgada sobre la fascia vaginal subyacente. Evite doblar o torcer el cuerpo del implante de malla y las tiras. Puede ser necesario recortar el cuerpo del implante de malla según las dimensiones vaginales o la cantidad de disección lateral. El epitelio de la pared vaginal posterior puede recortarse pero debe evitarse su eliminación excesiva. Cierre el epitelio de la pared vaginal posterior sobre el implante de malla sin usar suturas entrelazadas (como se describe a continuación). En la figura 9E se ilustra la colocación final del implante de malla en el compartimento posterior.

**NOTA: asegúrese de lograr la hemostasia antes y durante el cierre de las incisiones vaginales.**

Cierre las incisiones vaginales sin suturas entrelazadas o en forma de ochos para evitar la desvascularización del epitelio vaginal a lo largo de las líneas de incisión y reducir la erosión de la malla. Preferentemente, cierre el epitelio en dos capas para obtener una línea de sutura relativamente gruesa en el lugar de la incisión vaginal. Cierre la capa más profunda usando puntadas subepiteliales continuas no entrelazadas con sutura del tipo MONOCRYL 2-0 o sutura antibacteriana MONOCRYL Plus 2-0. A continuación, cierre el epitelio con puntadas tipo colchón continuas de eversión no entrelazadas, usando sutura del tipo Coated VICRYL 2-0 o Coated VICRYL Plus 2-0. **NOTA: coloque el implante de malla en los dos tercios superiores de la vagina, con cuidado de recortar el implante de malla si sobrepasa esa altura.** Si aún no se ha hecho, se recomienda realizar una cistoscopia para descartar lesiones en el recto.

Como alternativa, puede realizarse el cierre de la pared vaginal con una sola capa utilizando puntadas tipo colchón continuas de eversión no entrelazadas de sutura del tipo Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

**Reparación vaginal anterior y posterior combinada**

Cuando se necesita el refuerzo de la pared vaginal tanto anterior como posterior, se utiliza el sistema de reparación del suelo pélvico combinado GYNECARE PROSIMA. Éste contiene dos implantes de malla idénticos: uno para la reparación vaginal anterior y el segundo para la reparación vaginal posterior. Utilice únicamente el insertador anterior curvo para una reparación anterior y el insertador posterior recto para una reparación posterior. Realice las reparaciones vaginales anteriores y posteriores según se describe más arriba. Se recomienda realizar primero la reparación vaginal anterior. La colocación definitiva de los implantes de malla en los compartimentos anterior y posterior se ilustra en la figura 10. Al finalizar la cirugía, se recomienda realizar una cistoscopia para descartar lesiones en el tracto urinario. Se requiere un examen rectal digital para descartar lesiones en el recto.

**Uso del sistema GYNECARE PROSIMA con preservación del útero (histeropexia)**

Si se conserva el útero prolapsado, la ferigánta apical del implante de malla debe fijarse al cuello uterino. La fijación del implante de malla sobre el cuello uterino debe realizarse a la altura del anillo pubocervical cuando se coloca durante la reparación vaginal anterior o posterior.

Cuando se conserva el útero durante una reparación vaginal anterior el anillo pubocervical queda expuesto durante la disección vaginal anterior. Coloque una sutura PROLENE 2-0 firmemente en el aspecto anterior del anillo pubocervical. Esta sutura también se coloca a través de la fergánta apical del implante de malla. La sutura PROLENE en la fergánta se ata una vez que las tiras de implante de malla están en su lugar. De esta manera se fija el implante de malla a la superficie anterior del cuello uterino a la altura del anillo pubocervical y asegura que el implante se dilate con la vagina cuando la posiciona el VSD de forma adecuada.

En la reparación posterior, fije el implante de malla al cuello uterino posterior a la altura del anillo pubocervical o por encima de él. El fondo de saco puede abrirse durante la fijación del implante de malla al cuello uterino. Cierre el peritoneo del fondo de saco por encima de esta sutura para evitar que los intestinos se adhieran al implante de malla. Si el cirujano decide no abrir el fondo de saco, el anillo pubocervical queda expuesto durante la disección vaginal posterior. Se coloca una sutura PROLENE 2-0 firmemente en el aspecto posterior del anillo pubocervical. Esta sutura también se coloca a través de la fergánta apical del implante de malla. La sutura PROLENE se ata una vez que las tiras de implante de malla están en su lugar. De esta manera se fija el implante de malla a la superficie posterior del cuello uterino a la altura del anillo pubocervical.

Cuando se utilizan para reparaciones vaginales anteriores y posteriores, los implantes de malla deben fijarse a los aspectos anteriores y posteriores del cuello uterino según se describe más arriba (refiérase a la figura 11).

**Higiene del implante de malla**

Durante la cirugía, irrigue las heridas vaginales con solución salina. El implante de malla debe manipularse lo menos posible y debe higienizarse la malla de forma adecuada.

**Colocación del VSD y del balón**

Al finalizar la cirugía, coloque en la vagina un VSD del tamaño adecuado con un balón y sujételo para evitar que se salga de su lugar. El VSD puede tener 3 tamaños diferentes (pequeño, mediano y grande) y puede ser ajustado por el cirujano según la longitud de la vagina de la paciente como se indica a continuación.

**Ajuste y recorte del VSD**

El VSD se suministra en su tamaño más grande. Determine el tamaño apropiado para la paciente usando el VSD mismo. Para ello, coloque el VSD de tamaño grande en la vagina entre el ápice dilatado y el anillo himenal. Para introducir el VSD en la vagina, sujételo por el punto más ancho y dóblelo a lo largo del eje longitudinal con el balón hacia arriba (refiérase a la figura 12). Introduzca primero el punto más ancho del VSD de forma tal que los orificios de la sutura queden ubicados exactamente sobre el anillo himenal. **NOTA: no retire ni doble el balón al ajustar el tamaño del VSD.** Se obtiene el tamaño adecuado cuando el VSD entra cómodamente en la vagina con la vagina dilatada con el extremo distal y los ojos de sutura a 1 cm sobre el anillo himenal (refiérase a la figura 13).

Si el tamaño grande está cómodamente, no es necesario modificar el VSD. Si se requiere el tamaño mediano, elimine la sección más superior recortándola cuidadosamente con las puntas de un par de tijeras Mayo curvas para cortar tres pequeños y asegurar un borde de corte liso. Deben tomarse las precauciones necesarias para reducir al mínimo la cantidad de material que queda en las áreas de corte. **NOTA: es importante ajustar el VSD con el molde cuidado. Una vez que el VSD se corta no se puede agrandar y las secciones de corte no se pueden volver a fijar.** Haga el balón a un lado mientras recorta el VSD (refiérase a la figura 14). **Deben tomarse las precauciones necesarias para dañar el balón al recortar el VSD.**

Si el tamaño mediano entra cómodamente, no es necesario realizar recortes adicionales. Si se requiere el tamaño pequeño, elimine la sección restante como se indica más arriba. Haga el balón a un lado mientras recorta el VSD para evitar dañarlo.

Una vez que se haya ajustado debidamente el tamaño del VSD y repositionado el balón, puede introducirse el conjunto en la vagina de la paciente. **NOTA: para reducir el mínima el riesgo de perforación del balón, no utilice ningún instrumento para facilitar la inserción del VSD o del balón.** Si el balón se daña, retírelo del VSD y rellene la cavidad vaginal con gasa.

Una vez debidamente posicionado el conjunto en los dos tercios superiores de la vagina dilatada de la paciente, fije el VSD en su lugar con una sola hazada de sutura a través de cada ojo de sutura del VSD y dentro del epitelio de la pared vaginal posterior, de forma lateral y sobre el himen a cada lado, como muestra la figura 15, en las posiciones 4 y 8 horas.

A continuación, ate las suturas derecha e izquierda en ese orden, manteniendo el VSD firme en su lugar dentro de la vagina. **NOTA: tome las precauciones necesarias para no perforar el balón cuando se sutura el VSD en su lugar.** Se recomienda usar sutura absorbible del tipo Coated VICRYL 2-0 o equivalente para esta aplicación.

**Inflado del balón**

Una vez suturando el VSD en su lugar, fije la jeringa de 50 ml suministrada sobre la valvula del balón girándola. **NOTA: después de colocar el VSD, se requiere un catéter para evitar la retención urinaria.** Después de inflar con un pequeño volumen de aire deterioráte (refiérase a la figura 16), palpe toda la longitud del balón con un dedo para asegurarse de que se ha desplegado y se ha adherido a toda la vagina. Una vez comprobado esto, retire el dedo y continúe inflando el balón al máximo hasta que solo pueda entrar cómodamente la punta de un dedo en el introitus entre el balón y la pared vaginal. Se recomienda establecer el VSD durante el inflado. El balón inflado sirve para mantener apoyado el implante de malla a la pared vaginal. El volumen de aire requerido para inflar el balón lo suficiente variará de una paciente a otra. **NOTA: el volumen de inflado máximo del balón no debe exceder 90 ml.** Una vez inflado lo suficiente, separe la jeringa de la válvula girándola. La línea de inflado del balón debe extenderse hacia afuera de la vagina para fijarse al muslo de la paciente. La tapa debe fijarse a la válvula del balón para asegurarse de que éste mantenga el nivel de aire deseado (refiérase a la figura 7). **NOTA: no ajuste la tapa demasiado.** En caso de que sea necesario, el balón puede ajustarse después usando una jeringa estándar para aumentar o reducir el volumen de aire en su interior. El balón puede palparse o inspeccionarse visualmente en cualquier momento para asegurarse de que se ha mantenido lo suficientemente inflado. **NOTA: a medida que la paciente se mueve, el balón se acomoda en la cavidad vaginal y puede parecer que su presión aumenta o baja. Esto es normal.**

*NOTA: no separe el balón del VSD antes de utilizarlo.*

*NOTA: no infle el balón antes de introducirlo en la vagina.*

*NOTA: una vez inflado el balón, si los ojos de sutura del VSD se han movido más de 1 cm sobre el anillo himenal o si hay una tensión excesiva sobre las suturas de los ojos, reduzca la presión sobre el balón y, si es necesario, vuelva a posicionar o ajustar el tamaño del VSD.*

*NOTA: si observa algun orificio en el balón, o si detecta una pérdida en el balón no se mantiene dilatado después de inflarlo, NO lo utilice. Retírelo del VSD y deséchelo de forma adecuada. Utilice relleno de gasa estándar en lugar del balón.*

*NOTA: si el tapon conector del balón se desprende del VSD, vuelva a empujarlo a su lugar.*

*NOTA: no fije la línea de inflado del balón en su lugar.*

*NOTA: a fin de evitar daños, no aplique nunca fuerzas de doblado, tensión o torsión extremas a la línea de inflado.*

*NOTA: no aplique relleno de gasa en presencia de un balón.*

**Retirada del balón del VSD**

Usando una jeringa estándar, desinfle completamente el balón 1 día después de la cirugía y retírelo, dejando el VSD en su lugar. **NOTA: no deje el balón dentro de la vagina durante más de 1 día.**

1) Retire la tapa de la válvula del balón.

2) Conecte una jeringa estándar de 50 ml (o más grande) a la válvula del balón y desínflelo totalmente (refiérase a la figura 17). Es importante que desinfle completamente el balón antes de intentar retirarlo del VSD. **NOTA: si el balón está totalmente desinflado, el símbolo de la jeringa retrocederá una vez eliminado todo el aire.**

3) Retire la jeringa.

4) A continuación, puede separarse el balón del VSD y retírarse de la paciente tirando suavemente de él en dirección caudal sobre la línea de inflado en un punto cercano al tapón conector del balón mientras se aplica una contratracción suave sobre el extremo distal del VSD con un dedo. Refiérase a la figura 18.

*NOTA: no retiradas el balón a menos que esté totalmente desinflado y no sienta ninguna resistencia. Si siente resistencia, determine la causa antes de continuar. Si sigue haciendo avanzar o retroceder el balón a pesar de la resistencia, puede hacer que el VSD se mueva y/o causar traumatismos en el tejido en la cavidad vaginal. Para asegurarse de que el balón está totalmente desinflado, vuelva a conectar la jeringa y elimine todo el aire antes de continuar retirándolo.*

**Retirada del VSD de la paciente**

Retire el VSD de la paciente, aproximadamente de 3 a 4 semanas después de la cirugía, una vez que se haya producido una cicatrización suficiente. Para entonces, es posible que las suturas absorbibles se hayan disuelto o hayan perdido suficiente resistencia a la tracción para retirar el VSD fácilmente sin que la sutura presente resistencia. **NOTA: puede ser necesario cortar ambas suturas para retirar el VSD. Si los ojos del VSD dentro de la vagina durante más de 4 semanas.** Retire las suturas de fijación del VSD restantes. Retire manualmente el VSD del conducto vaginal, como ilustra la figura 19.

**Cuidado perioperatorio**

Pueden administrarse a las pacientes antibióticos profilácticos según la práctica habitual del cirujano. Los antibióticos pueden continuar administrándose después de la operación según la preferencia del cirujano. Puede usarse profilaxis tromboembólica.

El cirujano debe explicar que el propósito del VSD, que queda en la vagina hasta cuatro semanas después de la cirugía, es servir de apoyo a la vagina contra la malla durante el período de cicatrización. Debe indicarse a la paciente que el VSD se extraerá durante un control post-operatorio, aproximadamente 4 semanas después de la cirugía. También debe indicarse a la paciente que puede experimentar pérdidas vaginales post-operatorias y que el VSD puede desplazarse ligeramente hacia abajo. Si la paciente siente que el VSD se ha desplazado hacia abajo, puede empujarlo suavemente hacia arriba a una posición más cómoda. No obstante, si el VSD está causando demasiado malestar, debe indicarse a la paciente que se ponga en contacto con su médico.

Una vez que ha recibido el alta, debe indicarse a la paciente que evite las actividades intensas durante un período de 3 a 4 semanas. Para entonces, los tejidos pélvicos se habrán incorporado al implante de malla y la paciente podrá reanudar sus actividades cotidianas habituales. Debe indicarse a la paciente que evite las relaciones sexuales durante al menos 6 semanas después de la cirugía. Puede recomendarse la realización del control pélvico en cualquier momento después de la cirugía.

**RENDIMIENTO**

Los estudios realizados en animales demuestran que la implantación de la malla GYNECARE GYNEMESH PS provoca una reacción inflamatoria pasajera de mínima a leve, seguida por la deposición de una capa fibrosa delgada de tejido capaz de crecer entre los intersticios de la malla y, de esta manera, incorporarla al tejido adyacente. La malla se mantiene blanda y maleable y la cicatrización normal de la herida no se ve afectada de forma notoria. El material no es absorbido ni sometido a degradación o debilitamiento por la acción de las enzimas de los tejidos.

**CONTRAINDICACIONES**

- Cuando la malla GYNECARE GYNEMESH PS se utiliza en bebés, niños, mujeres embarazadas o mujeres que tienen pensado tener hijos en el futuro, el cirujano debe ser consciente de que este producto no se estirará de forma significativa a medida que crece el paciente.

- El sistema GYNECARE PROSIMA no debe realizarse en pacientes embarazadas o con infecciones purulentas o cánceres de la vagina, cuello uterino o útero.

ETH.MESH.02341441

**ADVERTENCIAS Y PRECAUCIONES**

- Antes de utilizar los sistemas GYNECARE PROSIMA, se recomienda a los usuarios familiarizarse con los procedimientos y técnicas quirúrgicas para la reparación del suelo pélvico y mallas no absorbibles.

- El uso del sistema GYNECARE PROSIMA no se ha evaluado totalmente en pacientes con prolapso del órgano pélvico en etapa IV. Por lo tanto, no se recomienda su uso en estas pacientes.

- Deben seguirse las prácticas quirúrgicas aceptables para el sistema GYNECARE PROSIMA, así como para el tratamiento de heridas infectadas o contaminadas.

- No utilice el sistema GYNECARE PROSIMA si cree que el sitio quirúrgico puede estar infectado o contaminado. Si el implante de malla o el conjunto de balón VSD se utiliza en áreas contaminadas, sólo debe usarse teniendo en cuenta que cualquier infección resultante podría requerir su extracción.

- Debe recomendarse a la paciente que, después de la operación, se abstenga de levantar objetos pesados y/o hacer ejercicio (por ejemplo, ir en bicicleta o correr) durante 3 a 4 semanas y que se abstenga de tener relaciones sexuales durante 6 semanas o hasta que el médico determine que puede reanudar sus actividades normales.

- No deje el VSD dentro de la vagina durante más de 4 semanas.

- No deje el balón dentro de la vagina durante más de 1 día.

- Los componentes del sistema GYNECARE PROSIMA no están diseñados para ser utilizados con dispositivos distintos de los mencionados en este manual.

- Evite ejercer una tensión excesiva sobre el implante de malla durante su manipulación.

- Utilice los sistemas GYNECARE PROSIMA con cuidado y prestando atención a la anatomía de la paciente para evitar dañar los vasos, los nervios, la vejiga y los intestinos y perforar la pared vaginal. El uso correcto de los componentes del sistema GYNECARE PROSIMA reducirá al mínimo los riesgos.

- Infle el balón únicamente con aire ambiente.

- El palpado confirmará que el balón no contiene ninguna pérdida de aire una vez inflado. Si el balón se desinfla totalmente, puede perder eficacia.

- La pared del balón es delgada para poder obtener los efectos deseados. Las perforaciones, cortes, muescas, aplastamiento o aplicación de tensiones excesivas pueden hacer que el balón se desinfle. El balón puede perforarse fácilmente con una aguja o escalpelo o romperse al manipularlo con un instrumento romo. Proceda con precaución durante su manipulación para evitar que eso ocurra. Los balones dañados no deben usarse. Retírelos y rellene la vagina con gasa.

- El nivel de inflado máximo del balón es de 90 mL. No lo infle excesivamente ya que puede producir molestias a la paciente, necrosis tisular, abertura de la herida vaginal después de la cirugía o imposibilidad de evacuar.

- No utilice los sistemas GYNECARE PROSIMA en pacientes sometidas a terapia anticoagulación.

- Puede producirse hemorragia después de la intervención. Observe cualquier síntoma o indicio antes de dar de alta a la paciente.

- Debe indicarse a la paciente que llame al cirujano inmediatamente en caso de dolor inusual, hemorragia u otros problemas.

- Aunque es poco probable que se produzcan lesiones en la vejiga con esta técnica, debe realizarse una cistoscopia.

- Aunque es poco probable que se produzcan lesiones en el recto con esta técnica, se recomienda realizar un examen digital.

- No fije el implante de malla GYNEMESH PS con grapas, clips o pinzas de ningún tipo, ya que se podría causar algún daño mecánico a la malla.

- El implante de malla no debe estar presente en el tercio inferior de la vagina. Si es necesario, recorte el implante de malla hasta la unión del tercio inferior y medio de la pared vaginal.

- Pueden administrarse antibióticos profilácticos según la práctica habitual del cirujano.

**REACCIONES ADVERSAS**

- Las posibles reacciones adversas son las típicamente asociadas con materiales implantables quirúrgicos e incluyen potenciamiento de infecciones, inflamación, formación de adherencias, formación de fístulas, erosión, extrusión y heridas que producen contracción del implante.

- Las reacciones adversas potenciales son las típicamente asociadas con los procedimientos de reparación del prolapso del órgano pélvico, como dolor en las relaciones sexuales y dolor pélvico. Pueden resolverse solas con el tiempo.

- Pueden producirse laceraciones o perforaciones en vasos, nervios, la vejiga, la uretra o los intestinos durante la disección o la colocación de la malla y pueden necesitar reparación quirúrgica.

- La disección para los procedimientos de reparación del suelo pélvico puede dificultar la evacuación normal durante una cantidad de tiempo variable.

**ESTERILIDAD**

Los sistemas GYNECARE PROSIMA están esterilizados con óxido de etileno. NO REESTERILICE ninguna parte del sistema GYNECARE PROSIMA. NO REUTILICE ninguna parte del sistema GYNECARE PROSIMA. La reutilización de este dispositivo (o partes del mismo) puede crear un riesgo de degradación del producto y contaminación cruzada, lo que puede llevar a infecciones o transmisión de patógenos sanguíneos a pacientes y usuarios. No utilizar si el envase está abierto o dañado. Desechar todos los componentes abiertos del sistema GYNECARE PROSIMA no utilizados.

**ELIMINACIÓN**

Deseche los componentes y envases del sistema GYNECARE PROSIMA según las normas y procedimientos utilizados en su centro para materiales y desechos biopeligrosos.

**ALMACENAMIENTO**

Condiciones de almacenamiento recomendadas: temperatura ambiente y humedad relativa controladas (aproximadamente 25 °C, 60 % humedad relativa), alejado de la humedad y el calor directo. No usar después de la fecha de caducidad.

**Símbolos utilizados en las etiquetas**



CE 0086
Marca CE y número de identificación del organismo notificado. Este producto cumple los requisitos esenciales de la directiva sobre productos sanitarios 93/42/CEE.

Fabricante

Un solo uso/No reesterilizar

LOT Número de lote

Ver las instrucciones de uso

Utilizar antes del mes y año

STERILE EO Método de esterilización — óxido de etileno

45

ETH.MESH.02341442



# Gynecare
# PROSIMA™

System för reparation av främre delen av bäckenbotten
System för reparation av bakre delen av bäckenbotten
System för kombinerad reparation av bäckenbotten

Läs noga igenom all information.

Om dessa anvisningar inte följs, kan det resultera i att instrumenten inte fungerar korrekt och även medföra att skada uppstår.

OBS! Enligt amerikansk federal lag är försäljning av denna anordning förbjuden annat än genom läkare eller på läkares ordination.

Utbildning i hur man använder GYNECARE PROSIMA™-system för reparation av bäckenbotten rekommenderas och kan ordnas. Kontakta företagets försäljningsrepresentant för att planera utbildning.

## INDIKATIONER
GYNECARE PROSIMA-system för reparation av bäckenbotten, genom placering av GYNECARE GYNEMESH™ PS icke resorberbart mjukt PROLENE™-nätimplantat, är indikerat för användnig av olika stödstrukturer i bäckenbotten, antingen som mekaniskt stöd eller som övergångsmaterial vid fascieläkds. Systemen ger stöd åt vaginalkanalen i läkningsprocessen efter kirurgisk reparation av vaginalväggsprolaps samtidigt som de stöder nätimplantatets placeringar.

## BESKRIVNING
GYNECARE PROSIMA-system för reparation av främre och bakre och kombinerad reparation av bäckenbotten består av tillkäppta GYNECARE GYNEMESH PS nätimplantat och instrument för att underlätta implantatplacering och stöd efter operation (se figur 1). I följande tabell finns en sammanställning av de komponenter som ingår i respektive system:

| SYSTEM FÖR REPARATION AV BÄCKENBOTTEN | Nätimplantat i hållare (A) | Vaginalstöd – Ballongenhet (B&C) | Främre införare (D) | Bakre införare (E) | Injektionsspruta (F) |
|---|---|---|---|---|---|
| Främre | 1 | 1 | 1 | | 1 |
| Bakre | 1 | 1 | | 1 | 1 |
| Kombinerad | 2 | 1 | 1 | 1 | 1 |

Tabell 1 – Komponenter i GYNECARE PROSIMA system för reparation av bäckenbotten

### GYNECARE GYNEMESH PS
GYNECARE GYNEMESH PS är ett nät tillverkat av sammanvävda filament av strängsprutad polypropen med en sammansättning som är identisk med PROLENE™ polypropylensutur (ETHICON, INC.). Detta material har vid användning som suturmaterial rapporterats vara icke-reaktivt och behålla sin hållfasthet under obegränsad tid vid klinisk användning. Nätet är utanvärdesligt starkt, hållbart och kirurgiskt anpassningsbart och samtidigt tillräckligt poröst för att möjliggöra nödvändig vävnadsinväxt. Då PROLENE-suturmonofilament har vävts in för att ge kontrasterande ränder i nätet. Nätet är gjort av monofilamentfiber med reducerad diameter, vävda i en unik design som ger ett nät som är ca 50 procent mer flexibelt än PROLENE™ polypropylennät av standardtyp. Nätet är tillverkat enligt en process som länkar samman varje fiberkorsning vilket ger elasticitet i båda riktningarna. Tack vare denna konstruktion kan nätet klippas till vilken form och storlek som helst utan att fransas upp. Denna tvåvägselasticitet gör att nätet kan anpassa sig till de varierande påfrestningar som uppstår i kroppen.

### Nätimplantat
Nätimplantat görs av GYNECARE GYNEMESH PS. Nätimplantaten är tillklippta i en Y-form för reparation av defekter i främre, bakre och/eller apikala delen av vagina. Se figur 2. Nätimplantatet har 2 remmar och en central huvuddel. Det finns en apikal flik på den proximala änden som fästs med sutur för att minimera nätimplantatets rörelse under placeringen av remmarna. Det finns en distal skåra på den distala änden för att underlätta inriktningen av nätimplantatet. Nätimplantatets remmar har tillklippta fickor för att implantatet ska kunna placeras med införsla. Nätimplantatet levereras i en implantathållare som består av obefogad Tyvek® och en genomskinlig plastfilm, som är utformad för att fatt ta av från nätimplantatet.

### Främre införare
Den främre införaren är ett instrument för enpatientbruk som har utformats för att underlätta införingen av nätimplantatets remmar i de främre tidigare dissekerade vävnadskanalerna. **ANM: Den främre införaren är inte avsedd för dissektion av vävnad.** Den främre införaren har utformats så att den är kompatibel med nätimplantatets fickor för att remmarna ska kunna placeras på patientens båda sidor i de främre rummen. Se figurerna 3 och 4.

### Bakre införare
Den bakre införaren är ett instrument för enpatientbruk som har utformats för att underlätta införingen av nätimplantatets remmar i de bakre tidigare dissekerade vävnadskanalerna. **ANM: Den bakre införaren är inte avsedd för dissektion av vävnad.** En standardutförda fickor ska med den bakre införaren och ska stabilisera för att få kontrollerad införing. Den bakre införaren har utformats så att den är kompatibel med nätimplantatets fickor för att remmarna ska kunna placeras på patientens båda sidor i de bakre facken. Se figur 5.

### Vaginalstöd (VSD)
VSD är en enhet för enpatientbruk som är utformad för att efter operation ge stöd för vävnaden i vagina efter placeringen av nätimplantatet och stängning av vaginalincisionen. Den apikala delen av VSD är bredast och behöll sitt placeras i både främre och bakre dimensioneringen i patienten, kan VSD justeras så att den passar patientens anatomi genom avklippning av särskilda apikala sektioner. VSD placeras i nere 2/3 av patientens vagina i 3 till 4 veckor och avlägsnas sen. Se figur 6.

### Ballong
Ballongen är avsedd för enpatientbruk och är utformad för att ersätta gasvärdsförband i vagina efter operation. Ballongens volym kan anpassas för att fylla vaginalkanalen och stödja nätimplantatet mot vaginalväggen. Ballongen är fastsatt på VSD. Figur 7 visar den ofyllda ballongen utan VSD. Ballongen sitter kvar i patienten i upp till en dag.

### Injektionsspruta
En 50 ml injektionsspruta tillhandahålls för att fylla ballongen.

## AVSNITT 1: PRINCIPERNA FÖR ATT ANVÄNDA GYNECARE PROSIMA-SYSTEMET
En reparation av bäckenbotten med användning av GYNECARE PROSIMA-systemet ska ge en anatomisk, hållbar och standardiserad reparation av prolaps av bäckenbottenorganen. Beroende på var prolapsen är och kirurgens preferenser, kan antingen främre eller bakre reparation väljas. Hysterektomi eller bibehållande av livmodern kan kombineras med användning av GYNECARE PROSIMA-systemet. Om så indikeras kan en reparation av perineum eller en suburetral slynga för behandling av ansträngningsinkontinens göras samtidigt när GYNECARE PROSIMA-systemet används. En retropubisk eller transobturator suburetral slynga kan användas.

Prolapsreparation erhålls genom placering av 1 eller 2 nätimplantat via vagina. Efter operationen placeras en VSD med en uppblåsbar ballong i vagina för dimensionering och en VSD fästs med sutur på plats, och stöder på så vis vagina och nätimplantatet under vävnadsinväxt. När ballongen fyllts, ersätter den traditionella gasvärdsförband genom att fylla vaginalhåligheten och stödja nätimplantatet mot vagina. Dagen efter operationen töms ballongen och avlägsnas från vagina utan att lossa VSD. VSD:n stannar på plats i maximalt 4 veckor efter operationen, under vävnadsinväxten i nätimplantatet.

## AVSNITT 2: GRUNDEN TILL GYNECARE PROSIMA-SYSTEMET
Efter konventionell kirurgi för prolaps av organ i bäckenbotten, utsätts reparerad vävnad för ökad intraabdominellt tryck när patienten rör sig, hostar, kräks och ansträngar sig vid tarmtömning. Dessa ökningar i intraabdominellt tryck kan påverka läkningen av vaginalreparationen negativt och kan leda till att operationen misslyckas och attt ny prolaps utvecklas. Genom att förstärka vaginalreparationen med nätimplantat och stödja vagina med VSD i 3 till 4 veckor efter operationen, är GYNECARE PROSIMA-systemet utformat för att minska risken för misslyckad operation och återkommande prolaps.

Under reparation av främre delen av vaginan ska nätimplantatets huvuddel placeras utan spänning mellan urinblåsan och vaginas över 2/3 och sträcka sig lateralt mot med arcus tendineus fascia pelvis (ATFP). Vid reparation av bakre delen av vaginan ska nätimplantatets huvuddel placeras utan spänning mellan rektum och vaginas över 2/3, och inpassas lateralt över levator ani-muskelerna. Den apikala delen av nätimplantatets huvuddel ska nå vaginas apex. Framåt kan nätimplantatet fästas vid prevaskal vävnad eller cervix. Bakåt kan nätimplantatet fästas vid prevektal vävnad eller cervix.

VSD stöder vaginalvävnaden efter operation och underlättar att nätimplantatet stöds mot vaginalväggen tills vävnadsinväxt sker. Vävnadsinväxt genom nätimplantatet sker under 3 till 4 veckor efter operation. Genom att använda GYNECARE PROSIMA-systemet undviks behovet av dissektion utanför bäckenhålan och passage av sutur och instrument genom obturator foramen och sakrospinalligament, vilket gör operationen enklare att genomföra.

### Hysterektomi
Kirurgens preferenser och patientens behov bestämmer om hysterektomi krävs. När en hysterektomi utförs, rekommenderas slutning av peritoneum cul-de-sac för att undvika att nätimplantatet kommer i kontakt med tarmar. En "T"-snittsutning ska undvikas eftersom det kan öka risken för nätexponering. När vaginal hysterektomi utförs tillsammans med antingen främre eller bakre eller kombinerad reparation, ska hysterektomisnittet slutas på tvären och repaationssnittet läggas så att de sntte kommer i kontakt med det skrina hysterektomisnittet. Detta görs för att undvika att det blir ett "T"-snitt.

### Bibehållande av livmodern
GYNECARE PROSIMA-systemet är lämpligt i situationer när kirurgen eller patienten väljer att behålla livmodern.

### Vaginalincisioner
Vaginalincisioner vid användning av GYNECARE PROSIMA-systemet är desamma som de som används av kirurgen vid rutinvaginalreparation. Incisioner ska göras genom hela vaginalväggens djup för att minska risken för nätexponering.

### Nätimplantatsplacering
Nätimplantatet hålls på plats av VSD:n tills vävnadsinväxt sker. Därför är det inte nödvändigt att sätta fast nätimplantatets remmar. Nätimplantatets apikala del kan fästas i fascian i vaginalapex mittlinje med en sutur som 2-0 MONOCRYL™ (polyglekapron 25) eller 2-0 Coated VICRYL™ (polyglaktin 910). Vaginalepitelet ska inte fästas med sutur i nätimplantatet.

### Bibehållande av vagina
Borttagning eller reduktion av för mycket vaginalepitel ska undvikas. Viss vävnadsretraktion kan ske efter operation och minskad vaginalkapacitet kan förväntas om för mycket vaginalepitel avlägsnas.

### Tre nivåer av vaginalstöd
Tre nivåer av vaginalstöd är allmänt kända för vaginalreparation. Användningen av GYNECARE PROSIMA-systemet är avsett att ge stöd på nivå I och II på följande vis:

**Nivå I – Suspension och stöd** (övre tredjedelen av vagina)
Den övre tredjedelen av vagina (inklusive valvet efter en hysterektomi) och livmodern stöds av 2 mekanismer. För det första ges direkt stöd för livmodern och/eller vagina genom parametrium (kardinal- och uterosakralligament) och parakolpfibrer. Dessa fibrer agerar som suspensionsligament och kommer från periformis-muskelns fascia, sakrokladeden och laterala sakrum och går in i laterala övre tredjedelen av vagina och postervalterala delen av cervix. För det andra ges indirekt stöd för livmodern och övre vagina genom levatorplattan som formas genom sammansvängningen av högra och vänstra levator ani-musklerna nätlinien medium och cuxye. Livmoder- och vaginavalsprolaps sker som ett resultat av att dessa direkta och indirekta stödmekanismer inte fungerar. Detta innebär troligtvis svaghet i bäckenbottenmuskulaturen och suspensionsstrukturi paranetrium och över parakolpot. Syftet med prolapskirurgi på nivå I är att återskapa direkta och indirekta stödmekanismer. GYNECARE PROSIMA-systemet använder nätimplantatets remmar för att fästa mot varje obturator internus-muskel och den ovanliggande fascian vid främre vaginalreparation och nätimplantatets remmar stöder mot sakrospinalligamenten vid bakre vaginalreparation. Detta ger direkt stöd genom suspension och indirekt stöd genom att ge nätimplantatstöd till ett stort område av hela vagina och livmodern.

**Nivå II – Lateral fastsättning (mittersta tredjedelen av vagina)**
Mätten av vagina sitter fast lateralt och direkt vid musklerna på bäckenets sidoväggar genom arcus tendineus fasciae pelvis (ATFP). På denna nivå sträcks den främre och bakre vaginalväggen mellan höger och vänster lateralfästen. På nivå II syftar prolapsreparation till att återfästa laterala fästen av mittersta delen av vagina till musklerna i bäckenets sidovägg. Centrala defekter på mittersta vagina kräver också stöd på nivå II. Användning av GYNECARE PROSIMA-systemet i ett ingrepp återskapar vagina laterala fästen på bäckenets sidoväggmuster och förstärker också centrala fascian efter vävnadsanvänat.

**Nivå III – Fusion (nedre tredjedelen av vagina)**
*ANM: Dissektion av detta område krävs inte vid användning av GYNECARE PROSIMA-systemet.*
På nivå III går den främre nedre tredjedelen av vagina ihop med perinealmembranet och uretra. Den bakre nedre tredjedelen av vagina fästs vid centrala perinealsenan och levator ani-musklerna. Vävnaderna i detta område repareras utan nätimplantat, eftersom nätimplantatet inte är avsett att användas i nedre tredjedelen av vagina. GYNECARE PROSIMA-systemet är inte anpassat som stöd vid nivå III-defekter, fast de kan användas vid samtida ingrepp som perinearefi.

**AVSNITT 3: BRUKSANVISNING**
*ANM: I detta avsnitt refereras till figurerna i början av dokumentet.*

**Förberedelse för operation**
Kirurgi som utförs med GYNECARE PROSIMA-systemet kan utföras under allmän eller lokal anestesi, enligt kirurgens, narkosläkarens och patientens preferenser.

Patienten ska placeras i litotomi-position med bakdelen lätt hängande över operationsbordets kant och med böjd höft. Enligt kirurgens önskan kan blåsan tömmas. En kateter behöv före införing av ballongen och den kan föras in vid detta tillfälle i ingreppet.

**Användning av GYNECARE PROSIMA-systemet efter hysterektomi**
**Främre vaginalreparation**
När endast förstärkning av den främre vaginalväggen behövs, ska endast GYNECARE PROSIMA-systemet för reparation av främre bäckenbotten användas. Det innehåller 1 nätimplantat och en särskilt anpassad främre införare för användning vid främre vaginalreparation. Efter att de nödvändiga vaginalincisionerna och -dissektionerna gjorts, görs vävnadskanaler i främre rummet för placering av nätimplantatets remmar med hjälp av den främre införaren. *ANM: Den främre införaren för inte användas för vävnadsdissektion.*

**Främre vaginaldissektion**
Främre vaginalepitelet dissekeras från blåsan. Dissekera heta vaginalväggens tjocklek. Dissekera dissektionen bör underlättas genom subepitel hydrodissektion. Ytlig dissektion av vaginalväggen eller separation av vaginalväggen i 2 lager bör undvikas. Sådan dissektion kan resultera i en väldigt tunn vaginalvägg och kan öka kompromissa vaginalväggens blodförsörjning och därmed öka risken för implantatexponering. Fortsätt dissektionen lateralt mot bäckenets sidovägg och till ischiattappen.

**Dissektion av främre kanalen och placering av nätimplantat**
Utför dissektionen för att forma kanaler för nätimplantatets remmar först på patientens högra sida och sen på den vänstra, enligt denna bruksanvisning. Dessa kanaler formas för att placera nätimplantatet så att den distala delen av remmarna ligger platt mot bäckenets sidovägg och obturator internus-muskeln parietalfascia. För att placera remmarna, inled dissektionen med ett pålgrov och identifiera ischiattappanna på båda sidorna. *ANM: Alternativt kan denna dissektion startas med sax och en "push-spread"-teknik, så att saxens spetsar alltid är innanför ischiattappen.* Följ upp den initiala dissektionen med försiktig fingerdissektion till ischiattappen. Vid kontakt med ischiattappen svep pekfinget för att skapa ett rum framför och över ischiattappen. Se figur 8A. Inriktningen på denna dissektion är vinkelrätt mot bäckenets sidovägg och formar ett ungefär 2 cm brett och 3 cm högt rum. I främre dissektion ingår inte dissektion av sakrospinalligamentet. Denna dissektion formar en kanal framför och över ischiattappen och ytligare än ATFP, obturator internus-muskeln och dess parietalfascia. Upprepa samma dissektion på vänster sida.

Plikation av den prevesikala vävnaden behövs inte. Om plikation emellertid utförs, plikeras endast den centrala delen av vävnaden. På så sätt undviker man att göra det dissekerade området för smalt. Placera nätimplantatet över den prevesikala vävnaden med remmarnas fickor vända uppåt. Om fastsättning ska ske, ska det göras här i ingreppet genom att placera en sutur som 2-0 MONOCRYL eller Coated 2-0 VICRYL i vaginaapex och trä genom nätimplantatets apikala fick. Stygnet kan knytas fast nu eller när remmarna har placerats. Det är valfritt att fästa nätimplantatets distala sköta och det kan göras med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Använd den främre införaren och placera nätimplantatets remmar inför då i höger och vänster kanal som formats genom dissektion framför och ovanför ischiattappen (som beskrivs ovan). *ANM: De böjda ändarna på den främre införaren är vridna åt motsatta håll och det finns piler på varje ände som visar vilken riktning den ska placeras i.* Pilen ska peka åt patientens högra sida när du för in spetsen på den främre införaren i fickan på nätimplantatets rem (se figur 8B) på patientens högra sida. *ANM: Strukning i motsatt riktning kan hjälpa till att hålla fickan kvar på den främre införaren.* Håll den främre införaren i ungefär vinkelrät läge genom instrumentet åt mot den bakre vaginalväggen. Rikta sen in den främre införaren, med remmen fastsatt, i den redan formade vävnadskanalen (se figur 8C) tills handfatet kommer i kontakt med labia major på motsatt sida. Detta sker genom att positionera fickens handfatsoljel i uppåt om den ledande kanten och fickan går mot ischiattappen. När den har positionerats, luta handfatet nedåt till nätsion horisontell position, medan handfatet hålls kvar i kontakt med motsatt lår. *ANM: Vid initial placering i kanalen kan det vara till hjälp om man flyttar andes vinkeblösan med ett kirurgiskt standardinstrument. Om så önskas kan pekfinget användas i kanalen för att leda den första placeringen av den främre införaren mot motsatt sidas bähia majora, innan handfatet sänks.* Tryck lätt uppåt för att säkerställa att remmarnas fickor positioneras korrekt och nätimplantatets apikala del stöds mot vaginaapex. *ANM: Om du känner motstånd vid införing av remmarna, fastställ orsaken innan du fortsätter. Om du fortsätter att föra in införaren trots att du känner motstånd kan det leda till skada på nätimplantatet eller att införaren förs in för långt och skadar viktiga vävnadsstrukturer.*

För att avlägsna den främre införaren, luta tillbaka handfatet till vertikal position innan du drar ut och låt remmen vara kvar i kanalen. *ANM: För in den första remmen helt. ANM: Om den främre införaren dras ut innan nätimplantatet har nått sitt mål, måste remmen avlägsnas och föras in igen.* Upprepa detta på patientens motsatta sida genom att använda den främre införaren och föra in i vänstra kanalen och åt sidan den främre införaren och då fästs ytterst. Figur 8D visar när bakre remmen är placerats. *ANM: Vid placeringen av den andra remmen, var försiktig så att inte nätimplantatet flyttar sig och bekräfta att nätimplantatet INTE har vridit sig.*

Positionera nätimplantatets huvuddel löst över den underliggande vaginalvävnaden. Huvuddelen och remmarna ska inte vikas eller snolas. Nätimplantatets huvuddel kan behöva klippas till beroende på vaginas dimensioner och mängden lateral dissektion. Vaginalepitelet kan trimmas, men för avlägsnande av för mycket vaginalepitel bör undvikas. Slut epitelet över nätimplantatet utan sammanfogande suturer (som beskrivs nedan, se figur 8E). Nätimplantatets slutliga placering i främre rummet visas i figur 8F.

*ANM: Se till att hemostas uppnås före och under slutning av vaginalincisionerna.*

Stäng vaginalincisionerna utan interlockssutur eller kryssutur (figure-of-eight). Detta är för att undvika devaskularisering av vaginalepitelet längs incisionen och för att minska implantationskning. Epitelet sluts fördröjdslös i 2 lager för att få en relativt tjock suturlinje på platsen för vaginalincisionen. Stäng det djupa lagret med ett kontinuerligt subepitel icke-interlockstygn med en sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL™ Plus antibakteriell sutur (poliglekapron 25). Stäng sedan epitelet med ett icke-interlock kontinuerligt vinget inaskvägn, med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL™ Plus (polyglaktin 910) antibakteriell sutur. *ANM: Placera nätimplantat i den övre 2/3 av vagina och se till att klippa till det om det sträcker sig utanför övre 2/3.* Om det inte redan gjorts rekommenderas cytoskopi för att utesluta skada på urinvägarna.

Alternativt kan stängning av vaginalväggen göras med ett enkelt lager. Ett kontinuerligt vinget icke-interlock madrasstygn eller avbrutet stygn med en sutur som 2-0 Coated VICRYL or 2-0 Coated VICRYL Plus kan användas.

**Bakre vaginalreparation**
När endast förstärkning av den bakre vaginalväggen behövs, använd endast GYNECARE PROSIMA-systemet för reparation av bakre bäckenbotten. Det innehåller 1 nätimplantat och en särskilt anpassad bakre införare som används vid bakre vaginalreparation. Efter att de nödvändiga vaginalincisionerna och -dissektionerna gjorts, forma vävnadskanaler i bakre rummet för att placera nätimplantatets remmar. *ANM: Den bakre införaren för inte användas för vävnadsdissektion.*

**Bakre vaginal- och kanaldissektion**
Dissekera det bakre vaginalepitelet från den prerektala vävnaden. Som med den främre vaginalväggen ska hela bakre vaginalväggens tjocklek dissekeras. Denna dissektion bör underlättas genom subepitel hydrodissektion. Fortsätt dissektionen lateralt på båda sidorna om levator ani-musklerna i nivå med ischiattappen. Fortsätt sedan dissektion genom vopic rektalgolare och att stöd, men inte genom, varje sakrospinalligament, och forma kanalen som nätimplantatets remmar ska placeras i. Se figur 9A.

Behandling av preexisterande enterocele är valfri, men om den utförs kan den utföras i detta stadium enligt kirurgens valda teknik.

Om den peritoneala håligheten öppnas under antingen främre eller bakre dissektion måste den stängas innan nätet placeras.

**Bakre nätimplantatsplacering**
Plikation av den prerektala vävnaden behövs inte. Om plikation av den prerektala vävnaden emellertid utförs, plikeras endast den centrala delen av den prerektala vävnaden. På så sätt undviker man att göra det dissekerade området för smalt. Placera nätimplantatet över den prerektala vävnaden med remmarnas fickor vända uppåt. Om fastsättning ska ske, ska det göras här i ingreppet genom att placera en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL i vaginalapex och trä genom nätimplantatets apikala fick. Stygnet kan knytas fast nu eller när remmarna har placerats. Det är valfritt att fästa nätimplantatets distala sköta och det kan göras med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Använd den bakre införaren och placera nätimplantatets remmar inföda i varje höger och vänster kanal som formats genom dissektion mot varje sakrospinalligament (som beskrivs ovan). Grip tag i den bakre införaren med en rak nålförare, som visas i figur 9B. *ANM: Placera nålförarens spets i den raka spåröde änden av den bakre införaren. Kontrollera att den avslutna bakre införaren är i linje med nålförarens handtag.* För in spetsen på den bakre införaren i remmarnas ficka på patientens högra sida (se figur 9B). Rikta sen in den bakre införaren, med remmen fastsatt, i den redan formade kanalen (se figur 9C), med nålförarens handtag i uppätt position. För sedan in hela remmens längd i kanalen så att remmens bas sätter jäms med öppningen. *ANM: För in den första remmen helt. Om införaren dras ut innan remmen har nått sitt mål, måste remmen avlägsnas och föras in igen. ANM: Var försiktig så att remmen inte förs in för långt och orsakar skada på viktiga vävnadsstrukturer. ANM: Om du känner motstånd vid införing av remmarna, fastställ orsaken innan du fortsätter. Om du fortsätter att föra in införaren trots att du känner motstånd kan det leda till att nätimplantatet skadas eller att införaren förs in för långt och skadar viktiga vävnadsstrukturer.* Dra tillbaka den bakre införarens långs isärgreppingen och drama kvar remmen i kanalen. Remmarna fäster vid, men trånger inte igenom, de sakrospinala ligamenten. Placera inte suturer genom de sakrospinala ligamenten. Upprepa proceduren på patientens vänstra sida med den andra remmen. Figur 9D visar när båda remmarna har placerats. *ANM: Vid placeringen av den andra remmen, var försiktig så att inte nätimplantatet rör sig och bekräfta att nätimplantatet INTE har vridit sig.*

Positionera nätimplantatets huvuddel löst över den underliggande vaginalfascian. Undvik att vika eller vrida nätimplantatets huvuddel och remmar. Nätimplantatets huvuddel kan behöva klippas till beroende på vaginas dimensioner och mängden lateral dissektion. Bakre vaginalepiglepitelet kan trimmas, men avlägsnande av för mycket vaginalepitel bör undvikas. Stäng det bakre vaginalepiglepitelet över nätimplantatet utan sammanfogande suturer (som beskrivs nedan). *ANM: Nätimplantatets slutliga placering i bakre rummet visas i figur 9E.*

*ANM: Se till att hemostas uppnås före och under slutning av vaginalincisionerna.*

Stäng vaginalincisionerna utan att använda interlockssutur eller kryssutur (figure-of-eight). Detta är för att undvika devaskularisering av vaginalepitelet längs incisionen och för att minska implantationtkning. Stäng företrädesvis epitelet i 2 lager för att få en relativt tjock suturlinje på platsen för vaginalincisionen. Stäng det djupa lagret med ett kontinuerligt subepitel icke-interlocking stygn med suturer som 2-0 MONOCRYL eller 2-0 MONOCRYL™ Plus antibakteriell sutur. Stäng sen epitelet med ett icke-interlock kontinuerligt vinget madrasstygn, med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL™ Plus. *ANM: Placera nätimplantat i den övre 2/3 av vagina och se till att klippa till det om det sträcker sig utanför övre 2/3.* Efter avslutad operation krävs en digital rektalundersökning för att utesluta rektal skada.

Alternativt kan stängning av vaginalväggen göras med ett enkelt lager. Ett kontinuerligt vinget icke-interlock madrasstygn eller avbrutet stygn med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus kan användas.

**Kombinerad bakre och främre vaginalreparation**
När både främre och bakre vaginalväggen behöver förstärkas används GYNECARE PROSIMA-systemet för kombinerad reparation av bäckenbotten. Detta innehåller 2 identiska nätimplantat, ett för främre vaginalreparation och ett andra för bakre vaginalreparation. Använd endast den böjda främre införaren för främre reparation och den raka bakre införaren för bakre reparation. Utför den främre och den bakre vaginalreparation på det sätt som beskrivs ovan. Det rekommenderas att den främre vaginalreparationen utförs först. Nätimplantatens slutliga placering i främre och bakre rummen visas i figur 9E. Efter operationen rekommenderas att en cytoskopi utförs för att utesluta skada på urinvägarna. En digital rektalundersökning krävs för att utesluta rektal skada.

**Användning av GYNECARE PROSIMA-systemet med bibehållande av livmodern (hysteropexi)**
Om den framfallna livmodern bibehålls, ska nätimplantatets apikala fick fixeras vid cervix. Placera en nätimplantat till cervix ska ske i nivå med pubocervikala ringen när det placeras genom främre eller bakre vaginalreparation.

ETH.MESH.02341444

När livmodern bibehålls under främre vaginalreparation exponeras pubo-cervikalringen under främre vaginaldissektion. Placera en 2-0 PROLENE-sutur stadigt i pubo-cervikalringens främre kant. Suturen placeras också genom nätimplantatets apikala flik. PROLENE-suturen i fliken knyts efter att nätimplantatets remsnar är på plats. Detta säkrar nätimplantatet till cervix främre yta i nivå med den pubo-cervikala ringen och ser till att nätimplantatet sträcks med vagina när VSD placeras korrekt.

Vid bakre reparation, fäst nätimplantatet i bakre cervix i nivå med den pubo-cervikala ringen eller ovanför. Cul-de-sac kan öppnas när nätimplantatet fästs vid cervix. Stäng cul-de-sacens peritoneum ovanför denna sutur för att förhindra att tarmen fäster vid nätimplantatet. Om kirurgen väljer att inte öppna cul-de-sac, exponeras den pubo-cervikala ringen under bakre vaginaldissektion. En 2-0 PROLENE-sutur placeras stadigt i pubo-cervikalringens bakre yta. Suturen placeras också genom nätimplantatets apikala flik. PROLENE-suturen knyts efter att nätimplantatets remsnar är på plats. Detta säkrar nätimplantatet till den bakre ytan av cervix i nivå med den pubo-cervikala ringen.

När nätimplantatet används till både främre och bakre vaginalreparation ska de fixeras till främre och bakre ytorna av cervix som beskrivs ovan (se figur 11).

**Nätimplantatshygien**
Under operationen, spola vaginalsåren med koksaltlösning. Håll hanteringen av nätimplantatet till ett minimum och iaktta god implantathygien.

**Placering av VSD och ballong**
Efter att operationen har slutförts, placera en VSD med fastsatt ballong av lämplig storlek i vagina och fäst dess med sutur på plats för att förhindra förflyttning. VSD:n har tre möjliga storlekar (liten, mellan och stor) och kan anpassas av kirurgen för att passa patientens vaginallängd enligt följande.

*VSD passning och tillklippning*
VSD levereras i dess största storlek. Fastställ vilken VSD-storlek som är lämplig för patienten genom att använda VSD för att bedöma dess passning till patienten. Detta görs genom att placera VSD i stolens storleken i vagina mellan den sträckta apex och hymenringen. För att föra in VSD i vagina, ta tag i den bredaste punkten på VSD och vik längs längdaxeln med ballongen vänd uppåt (se figur 12). Den bredaste punkten på VSD förs in först så att suturfliken placeras precis ovanför hymenringen. *ANM: Lossa eller skada inte ballongen under VSD-anpassning.* Korrekt storlek uppnås när VSD passar tight i den övre 2/3 av den sträckta vaginan med den distala änden och suturägloma 1 cm ovanför hymenringen (se figur 13).

Om den stora storleken passar modifieras inte VSD. Om mellanstorleken behövs, avlägsnas det översta avsnittet genom att försiktigt, med med spetsarna på en böjd Mayo-sax, klippa av små bitar och se till att en jämnt klippt kant. Iaktta försiktighet för att minska mängden material som förs kvar i det klippta området. *ANM: För att vikigt att passa in VSD noggrant. När en VSD har klippts till kan den inte gånsa större och då är klippta avsnittas kan inte fästas tillbaka.* Flytta undan ballongen under tillklippning (se figur 14). *Iaktta försiktighet för att undvika att skada ballongen under tillklippning av VSD.*

Om en fästen storleken passar behövs ingen vidare tillklippning. Om den minsta storleken krävs avlägsnas det kvarvarande avsnittet enligt beskrivningen ovan. Flytta undan ballongen under tillklippning så att den inte skadas.

När VSD-storleken har anpassats och ballongen satts på plats igen, kan enheten föras in i patientens vagina. *ANM: För att minska risken för perforering av ballongen, använd inga instrument för att hjälpa till vid införningen av VSD och ballongen.* Om ballongen skadas, avlägsna den från VSD och använd gasvävsförband för att fylla vaginalhålan.

Efter att enheten positionerats ordentligt i den övre 2/3 av patientens sträckta vagina, säkra VSD på plats genom att placera en enkel suturtögla genom varje suturfåll på VSD och i den bakre vaginalvåggens epitel, lateralt och ovanför hymen på varje sida, som visas i figur 15, placerade klockan fyra och åtta. Höger och vänster suturer knyts sen i tur och ordning och håller VSD på plats inuti vagina. *ANM: Iaktta försiktighet så att inte ballongen punkteras när VSD sys på plats.* Sutur som 2-0 Coated VICRYL eller liknande resorberbar sutur rekommenderas för denna användning.

*Ballongfyllnad*
Efter att VSD har fästs på plats med sutur, koppla fast den medfölljande 50 ml-sprutan genom att vrida den för att låsa fast den på ballongens ventil. *ANM: Efter att VSD har placerats krävs en kateter för att undvika urineretention.* Efter fyllnad med en liten volym luft (se figur 16), palpera hela ballongslangen med ett finger för att se till att ballongen har veckats ut sig och sitter längs hela vagina. När utvidgning har bekräftas, avlägsna fingret och fortsätt att fylla ballongen helt tills ensdast en fingerspets passar tight i inglången mellan ballongen och vaginalväggen. Stabilisering av VSD rekommenderas under fyllnad. Den fyllda ballongen används för att pressa nätimplantatet mot vaginalväggen. Luftvolymen som krävs för att fulla adekvat fyllnad av ballongen varierar från patient till patient. *ANM: Maximal ballongfyllnad får inte översläga 90 ml.* Var ballongen fyllts tillräckligt, kopla loss sprutan från ventilen genom att vrida den. Ballongens fyllnadslang måste sträcka sig ut från vagina och fästas till patienten för att säkert måste fästas på ballongens ventil för att se till att ballongen behåller den fastställda luftvolymen (se figur 7). *ANM: Dra inte åt locket för hårt.* Vid behov kan ballongen justeras senare, med en standardspruta för att öka eller minska luftvolymen i ballongen. Ballongen kan palperas när som helst eller inspekteras visuellt för att se till att den behåller tillräcklig fylnad. *ANM: Nar patienten rör sig, lägger sig ballongen till rätta i vaginalhålan och kan verka öka eller minska i tryck. Detta är normalt.*

*ANM: Koppla inte loss ballongen från VSD före användning.*

*ANM: Fyll inte ballongen innan den förs in i vagina.*

*ANM: Om VSD:s suturhål har förflyttat sig mer än 1 cm ovanför hymenatringen eller om det är för hög spänning på suturerna efter ballongfyllnad, minska trycket i ballongen och omplacera eller anpassa storleken på VSD.*

*ANM: Om hål eller läckor upptäcks i ballongen eller om ballongen inte håller sin fyllnad, ANVÄND INTE ballongen. Den ska avlägsnas från VSD:n och kasseras på lämpligt sätt. Använd gasvävsförband istället för ballongen.*

*ANM: Om ballongens kopplingarna lossnar från VSD, ska den tryckas tillbaka på plats.*

*ANM: Säkra inte ballongens fyllnadsslang i vagina.*

*ANM: För att förhindra skada, utsätt inte fyllnadsslangen för extrem böjning, sträckning eller vridning.*

*ANM: Använd inte gasvävsförband samtidigt som ballong.*

*Avlägsnande av ballongen från VSD*
Töm ballongen helt med en standardspruta och ta bort den en dag efter operationen, men lämna kvar VSD. *ANM: Lämna inte ballongen i vagina mer än en dag.*

1) Ta bort locket från ballongens ventil.

2) Koppla en 50 ml (eller större) spruta till ballongens ventil och töm ballongen helt (se figur 17). Det är viktigt att tömma ballongen helt innan dess avlägsnas från VSD. *ANM: En helt tömd ballong får sprutans kolv att dra sig tillbaka efter att ha tömt ut all luft.*

3) Ta bort sprutan.

4) Ballongen kan avskiljas från VSD och avlägsnas från patienten genom ett försiktigt ryck i kaudal riktning på fyllnadsslangen nära ballongens kopplingsdon, medan försiktigt mottryck ges på VSD:s distala ände med ett finger. Se figur 18.

*ANM: Dra inte tillbaka ballongen förrän den är helt tömd och inget motstånd känns. Om du känner motstånd, fastställ orsaken innan du fortsätter. Om du fortsätter att föra inte efter dra tillbaka ballongen när du känner motstånd, kan det leda till att VSD förflyttar sig och/eller att vävnaden i vaginalhålan skadas. Se till att ballongen har tömts helt genom att sondets sprutan igen och avlägsna all luft innan du fortsätter att ta bort ballongen.*

*Avlägsnande av VSD från patienten*
Avlägsna VSD från patienten ungefär 3 till 4 veckor efter operationen efter att tillräcklig läkning har uppnåtts. Vid detta läget kan de resorberbara suturerna ha lösts upp eller förlorat tillräckligt med draghållfasthet för att tillåta att VSD avlägsnas utan suturextraktion. *ANM: Båda suturerna kan behöva klippas för avlägsnande. ANM: Lämna inte kvar VSD i patienten mer än 4 veckor.* Ta bort kvarvarande VSD-suturer. Avlägsna VSD manuellt från vaginalkanalen, som visas i figur 19.

*Postoperativ vård*
Patienter kan få profylaktisk antibiotika doserad enligt kirurgens vanliga rutiner. Antibiotikabehandling kan fortsättas postoperativt beroende på kirurgens preferenser. Tromboembolisk profylax kan användas.

Kirurgen ska förklara att syftet med VSD, som förblir i vagina i upp till fyra veckor efter operationen, är att stödja nätimplantatet mot vaginalväggen under läkningsperioden. Patienten ska informeras om att VSD kommer att avlägsnas vid en kontroll efter operationen – ungefär 4 veckor efter. Patienten ska informeras om att vaginalflytning kan förekomma efter operationen och att VSD kan förflyttas lite nedåt. Om patienten känner att VSD har förflyttats nedåt, kan hon försöka skjuta den upp till ett mer bekvämt läge. Om VSD orsakar signifikanta besvär ska patienten kontakta sin läkare.

Efter utskrivning från sjukhuset, ska patienten instrueras att undvika ansträngande aktivitet under 3 till 4 veckor. Vid det läget har bäckenvävnad vänt in i nätimplantatet och patienten kan återuppta aktiviteter i det normala dagliga livet. Patienten ska avrådas från att ha samlag i 6 veckor efter operationen. Bäckenbottenträning kan rekommenderas när som helst efter operation.

**PRESTANDA**
Djurstudier visar att implantationen av GYNECARE GYNEMESH PS framkallar en minimal till lindrig inflammatorisk reaktion, vilken är övergående och efterfölls av deponering av ett tunt bindvävslager som kan växa igenom nätmaskorna så att nätet infiltreras med intilliggande vävnad. Nätet förblir mjukt och formbart och den normala sträckningen påverkas inte märkbart. Materialet resorberas inte och bryts inte heller ned eller försvagas av vävnadsenzymer.

**KONTRAINDIKATIONER**
- Vid användning av GYNECARE GYNEMESH PS på spädbarn, barn, gravida eller kvinnor som planerar framtida graviditet skall kirurgen vara medveten om att denna produkt inte kan sträckas i någon signifikant omfattning efterhand som patienten växer.
- GYNECARE PROSIMA-systemet ska inte användas vid graviditet eller vanga infektioner eller cancer i vagina, cervix eller uterus.

**VARNINGAR OCH FÖRSIKTIGHETSÅTGÄRDER**
- Användare ska ha erfarenhet av operationsteknik som används vid reparation av bäckenbotten samt icke resorberbara nät innan de börjar använda GYNECARE PROSIMA-systemet.
- Användning av GYNECARE PROSIMA-systemet har inte utvärderats hos patienter med prolaps av bäckenorgan i stadium IV. Användning hos den här typen av patienter rekommenderas inte.
- Korrekta kirurgiska rutiner skall följas under ingreppet med GYNECARE PROSIMA läkeren för hanteringen av kontamineradet eller infekterade sår.
- Om misstanke föreligger om att operationsenheter är infekterat eller kontaminerat för GYNECARE PROSIMA-systemet inte användas. Om nätimplantatet eller VSD-ballong-enheten används i kontaminerade områden, måste detta ske med insikten om att efterfölljande infektioner kan nödvändiggöra att de avlägsnas.
- Efter operationen bör patienten rådas att avstå från tunga lyft och/eller motion (t.ex. cykling, joggning) i tre till fyra veckor och att avstå från samlag i sex veckor tills läkaren meddelar att det är lämpligt för patienten att återgå till sina normala aktiviteter.
- Lämna inte VSD i vagina i mer än fyra veckor.
- Lämna inte ballongen i vagina mer än 1 dag.
- Komponenterna till GYNECARE PROSIMA-systemet är inte avsedda att användas med någon annan enhet är de som anges i denna förpackningsinlaga.
- Undvik att belasta nätimplantatet kraftigt vid behandlingen.
- Använd GYNECARE PROSIMA-systemen med försiktighet och var uppmärksam på patientens anatomi för att undvika skada på kärl, nerver, blåsa, tarmar och perforering av vaginalväggen. Om komponenterna till GYNECARE PROSIMA-systemet används korrekt minimeras riskerna.
- Fyll endast ballongen med omgivningsluft.
- Palpation bekräftar att ballongen inte innehåller luftläckor efter fyllnad. Total förlust av fyllnad kan begränsa ballongens effektivitet.
- Ballongens väggar är tunna för att kunna uppnå önskade egenskaper. Punktering, snitt, hack eller överansträngning kan leda till fyllnadsförlust. Ballongen kan lätt penetreras av en nål eller skalpell eller gå sönder om det hanteras med ett trubbig föremål. Försiktighet måste iakttas under hantering för att undvika sådana händelser. En skadad ballong får inte användas. Avlägsna och packa med gasvävsförband.
- Ballongen får fyllas med maximalt 90 ml. Överfyll inte ballongen. Vid för hög fyllnad kan patienten känna obehag. Det kan också orsaka vävnadsnekros, skada på vaginalnätet eller operation och oförmåga till tömning.
- Utför inte ingrepp med GYNECARE PROSIMA-systemet på patienter som behandlas med antikoagulantia.
- Postoperativ blödning kan förekomma. Undersök om symptom eller tecken på blödning föreligger innan patienten skrivs ut från sjukhuset.
- Patienten ska instrueras att omgående kontakta läkaren om ovanlig smärta, blödning eller andra problem uppstår.
- Trots att skada på blåsa troligtvis inte uppstår med denna teknik, rekommenderas att en cytoskopi utförs.
- Trots att skada på rektum troligtvis inte uppstår med denna teknik, krävs att en digital undersökning utförs.
- GYNECARE GYNEMESH PS-nätet får inte komma i kontakt med suturklammrar, clips eller klämmare, eftersom mekaniska skade på nätet kan uppstå.

ETH.MESH.02341445

- Nätimplantatet ska inte täcka någon del av den nedre tredjedelen av vagina. Klipp till nätimplantatet vid behov så att det passar övergången mellan nedre och mittersta tredjedelen av vaginalväggen.

- Profylaktisk antibiotikabehandling kan tillämpas enligt kirurgens sedvanliga praxis.

**BIVERKNINGAR**

- Möjliga biverkningar är sådana som vanligen kan sättas i samband med kirurgiska implantat, däribland infektion, inflammation, adhärensbildning, fistelbildning, erosion, avstötning och ärrbildning som kan leda till kontraktion av implantatet.

- Möjliga biverkningar är sådana som vanligen kan sättas i samband med ingrepp för reparation av prolaps av bäckenorgan, däribland smärta vid samlag och bäckensmärta. Dessa kan lösa sig själva med tiden.

- Punktion eller laceration eller skada på blodkärl, nerver, urinblåsa, uretra eller tarm kan förekomma i samband med dissektion eller nätplacering och kan kräva kirurgisk reparation.

- Dissektion vid reparation av bäckenbotten kan möjligtvis påverka normal tömning för en viss lång tid.

**STERILITET**

GYNECARE PROSIMA-systemen är steriliserade med etylenoxid. STERILISERA INTE OM någon del av GYNECARE PROSIMA-systemet. ÅTERANVÄND INTE någon del av GYNECARE PROSIMA-systemet. Återanvändning av anordningen (eller delar av den) kan orsaka en degradering av produkten och kontamination vilket kan leda till infektioner eller överföring av blodburna patogener till patienter och användare. Produkterna får ej användas om förpackningen varit öppnad tidigare eller är skadad. Kassera oanvända komponenter till GYNECARE PROSIMA-systemet vars förpackningar har öppnats.

**KASSERING**

Kassera komponenter till GYNECARE PROSIMA-systemet enligt de regler och rutiner som gäller på din arbetsplats för hantering av biologiskt riskavfall.

**FÖRVARING**

Rekommenderade förvaringsförhållanden: kontrollerad rumstemperatur och relativ luftfuktighet (cirka 25 °C, 60 % relativ luftfuktighet). Skyddas mot fukt och direkt värme. Får ej användas efter utgångsdatum.



Symboler på etiketterna

ETH.MESH.02341446



ΕΛΛΗΝΙΚΑ

Σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους
Σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους
Συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους

**Διαβάστε προσεκτικά όλες τις πληροφορίες.**

Εάν δεν ακολουθήσετε σωστά τις οδηγίες, οι εφαρμοζόμενες ενέργειες για μη λειτουργικό σωστό και τα προειδικά χρησιμεύσεις.

*ΠΡΟΣΟΧΗ: Η ομοσπονδιακή νομοθεσία (των Η.Π.Α.) περιορίζει την πώληση της συσκευής αυτής σε ιατρούς ή κατόπιν εντολής ιατρού.*

Συνιστάται, και είναι διαθέσιμη, εκπαίδευση στη χρήση των συστημάτων αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA™. Επικοινωνήστε με τον αντιπρόσωπο πωλήσεων της εταιρείας για να προγραμματίσετε την εκπαίδευση αυτή.

**ΕΝΔΕΙΞΕΙΣ**

Τα συστήματα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA, μέσω της τοποθέτησης μη απορροφούμενων εμφυτευμάτων μαλακού πλέγματος GYNECARE GYNEMESH™ PS από PROLENE™, προορίζονται για ενίσχυση ιστού και για ιατρική αποκατάσταση των κατεστραμμένων δομών του πυελικού εδάφους, είτε ως ιατρικό αποστήριγμα είτε ως υλικό γεφύρωσης του ελλείμματος της περιτονίας. Τα συστήματα παρέχουν διατήρηση του κολπικού σωλήνα κατά τη διάρκεια της παρόδου επούλωσης, είτε τα από γυναικολογική αποκατάσταση της πρόπτωσης του κολπικού τοιχώματος, ενώ ταυτόχρονα αποκτήσεως την τοποθέτηση των εμφυτευμάτων πλέγματος.

**ΠΕΡΙΓΡΑΦΗ**

Τα συστήματα αποκατάστασης πρόσθιου και οπίσθιου πυελικού εδάφους, καθώς και το συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA, αποτελούνται από ένα ναμμένο εμφύτευμα πλέγματος GYNECARE GYNEMESH PS και από εργαλεία για τη διευκόλυνση της τοποθέτησης και της μετεγχειρητικής στήριξης των εμφυτευμάτων πλέγματος (βλ. εικόνα 1). Ο παρακάτω πίνακας περιλαμβάνει συνοπτικά τα εξαρτήματα που περιλαμβάνονται σε κάθε σύστημα.

| ΣΥΣΤΗΜΑ ΑΠΟΚΑΤΑΣΤΑΣΗΣ ΠΥΕΛΙΚ ΕΔΑΦΟΥΣ | ΕΞΑΡΤΗΜΑΤΑ (βλ. εικόνα 1) | | | | |
|---|---|---|---|---|---|
| | Εμφύτευμα πλέγματος σε φιορία (A) | Διάταξη κολπικής υποστήριξης – διάταξη μπαλονιού (B και C) | Πρόσθιος εισαγωγέας (D) | Οπίσθιος εισαγωγέας (E) | Σύριγγα (F) |
| Πρόσθιο | 1 | 1 | 1 | | |
| Οπίσθιο | 1 | 1 | | 1 | 1 |
| Συνδυασμένο | 2 | 1 | 1 | 1 | 1 |

Πίνακας 1 – Εξαρτήματα συστήματος αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA

**GYNECARE GYNEMESH PS**

Το πλέγμα GYNECARE GYNEMESH PS κατασκευάζεται από ελικτά νήματα εξαιρετικού πολυπροπυλενίου, πανομοιότυπα σε σύνθεση με το νήμα πολυπροπυλενίου από PROLENE™ (ETHICON, INC.). Το υλικό αυτό, όταν χρησιμοποιείται ως ράμμα, έχει εκτιμηθεί ότι είναι μη δραστικό και ότι διατηρεί την αντοχή του σε' αόριστο κατά την κλινική χρήση. Το πλέγμα χρησιμοποιείται ούτε εξαγνίζει αντοχή, διάρκεια ζωής και δυναμικό να χρησιμοποιείται ως διάρκεια χειρουργικής ιχνικός, καθώς διατίθεται επαρκώς περιοδικό δομή που επιτρέπει την εφαρμόσιμη δικέλωση ιστών. Για τη δημιουργία διαρόδων αντίστασης στο πλέγμα, έχουν ενσωματωθεί μικροουρικά μέρια νήματα PROLENE. Το πλέγμα κατασκευάζεται από μονόκλωνα / ένα χρωματιστή, διατακτικός, παράγοντα εμφάνιση με ένα μονάδικα σχέδιο που χρησιμοποιείται πλέγμα, το οποίο είναι περίπου 50 τοις εκατό που αποτελεί από τα τυπικά πλέγμα πολυπροπυλενίου PROLENE™. Το πλέγμα εδέκεστε με μια διάσταση του οπού διατίθεται στην τοιχώνωσε τυχόν πλέγμα, αποτελούμε από ελαστικότητα και προς τις δύο κατευθύνσεις. Η κατασκευή είναι τιθεί πολλή επιλεγμένη σε αποκαταστατικά εμφύτευμα πλέγματος, χωρίς να ξετυλίγεται. Η ελαστικότητα προς όλα κατευθύνσεις επιτρέπει την προσαρμογή του στις διάφορες τάσεις που αναπτύσσονται στο σώμα.

**Εμφύτευμα πλέγματος**

Το εμφύτευμα πλέγματος, κατασκευάζεται από GYNECARE GYNEMESH PS. Το εμφύτευμα πλέγματος είναι ήδη κομμένο σε σχήμα Υ για την αποκατάσταση πρόσθιου, οπίσθιου κολπικού διαμερίσματος. Επιπλέον, κάθε σκέλος του εμφυτεύματος πλέγματος διαθέτει 2 χρώμες και ένα κεντρικό σάφμα. Στο περιορισμό άκρο υπάρχει μια κορυφαία γλωττίδα, και τα περιφερικά άκρα υπάρχουν μια περιφερική άδεια γλωττίδα. Στο περιορισμό άκρο υπάρχει μια περιορισμή άδεια γλωττίδα σ' αυτά βοηθά στην ευθυγράμμιση του εμφυτεύματος πλέγματος. Στους χρώμες του εμφυτεύματος πλέγματος υπάρχουν ήδη σχηματισμένα βελόνα, οι οποίες επιτρέπουν την τοποθέτησή του με τους εισαγωγείς. Το εμφύτευμα πλέγματος διατίθεται μέσα σε ένα φορέα εμφυτεύματος, ο οποίος αποτελείται από μια πλαστ. πλατφόρμα σχήματος Υ με ένα κεντρικό καθαρό πλαστικό μηχάνημα, σχεδιασμένο για την εύκολη αφαίρεση του εμφυτεύματος πλέγματος.

**Πρόσθιος εισαγωγέας**

Ο πρόσθιος εισαγωγέας είναι ένα εργαλείο σχεδιασμένο για να διευκολύνει την εισαγωγή των χρωμών του εμφυτεύματος πλέγματος μέσα στους πρόσθιους δίαυλους του ανευρυσματικού, το οποίο προσφέρεται μια χρήση σε μία μόνο ασθενή. **ΣΗΜΕΙΩΣΗ: Ο πρόσθιος εισαγωγέας δ** *να τα διαχωρισμό σπίτια.* Ο πρόσθιος εισαγωγέας είναι σχεδιασμένος ώστε να είναι εύκαμπτος για τη διεύλανση του εμφυτεύματος πλέγματος, και να είναι επαρκής για τοποθέτηση των χρωμών και στις δύο πλευρές της ασθενούς, στο πρόσθιο διαμέρισμα. Βλ. εικόνες 3 και 4.

**Οπίσθιος εισαγωγέας**

Ο οπίσθιος εισαγωγέας είναι ένα εργαλείο σχεδιασμένο για να διευκολύνει την εισαγωγή των χρωμών του εμφυτεύματος πλέγματος μέσα στους οπίσθιους δίαυλους του ανευρυσματικού ιστού, το οποίο προσφέρεται για μία χρήση σε μία μόνο ασθενή. **ΣΗΜΕΙΩΣΗ: Ο οπίσθιος εισαγωγέας δεν προορίζεται για την διαχωρισμό σπίτια.** Ο οπίσθιος εισαγωγέας είναι σχεδιασμένος ώστε να είναι σφιχτός για τη διεύλανση του εμφυτεύματος πλέγματος, και να να επιτρέπει την τοποθέτηση των χρωμών και στις δύο πλευρές της ασθενούς, στο οπίσθιο διαμέρισμα. Βλ. εικόνες 5.

**Διάταξη Κολπικής Υποστήριξης (ΔΚΥ)**

Η ΔΚΥ είναι μια συσκευή για χρήση σε μία μόνο ασθενή, σχεδιασμένη να παρέχει μετεγχειρητική υποστήριξη στους κολπικούς ιστούς μετά την τοποθέτηση του πλέγματος και τη σύγκλειση της κολπικής τομής ή τομών. Το κορυφαίο άκρο είναι το πλαστικοφόρα άκρο της ΔΚΥ και περιβάλλεται απο καθεστώτα τμήματα. Μετά την ορθή ρύθμιση του μεγέθους μέσα στο σώμα της ασθενούς, το μήκος της ΔΚΥ μπορεί να ρυθμιστεί, ώστε να προσαρμοστεί στην ανατομία της ασθενούς, με την ασφαλιστική κορυφαίων τμημάτων. Η ΔΚΥ παραμένει σε ένα ΔΚΥ των κόλπου επί 3 έως 4 εβδομάδες, και στη συνέχεια αφαιρείται από την ασθενή. Βλ. εικόνα 6.

**Μπαλόνι**

Το μπαλόνι είναι μια συσκευή σχεδιασμένη να συνεργάζεται με μετεγχειρητικό τοποθέτηση γαζών στον κόλπο, η οποία προσφέρεται για χρήση σε μία μόνο ασθενή. Ο όγκος του μπαλονιού μπορεί να ρυθμιστεί, έτσι ώστε να γεμίζει τον κολπικό σωλήνα και να σφραγίζει το εμφύτευμα πλέγματος στο κολπικό τοίχωμα. Το μπαλόνι διατίθεται ήδη προσαρτημένο στη ΔΚΥ. Η εικονα 7 απεικονίζει το αποδομφωμένο μπαλόνι χωρίς τη ΔΚΥ προσαρτημένη σε αυτό. Το μπαλόνι παραμένει στην ασθενή επί έως και 1 ημέρα.

**Σύριγγα**

Διατίθεται μια σύριγγα των 50 ml και τη διόγκωση του μπαλονιού.

**ΕΝΟΤΗΤΑ 1: ΑΡΧΕΣ ΤΗΣ ΔΙΑΔΙΚΑΣΙΑΣ ΜΕ ΧΡΗΣΗ ΤΟΥ ΣΥΣΤΗΜΑΤΟΣ GYNECARE PROSIMA**

Η διαδικασία αποκατάστασης που πυελικού εδάφους με χρήση του συστήματος GYNECARE PROSIMA στοχεύει στην ανατομική, ανθεκτική και ταπεινωμένη αποκατάσταση της πρόπτωσης του οργάνου της πυέλου. Ανάλογα με το σημείο της πρόπτωσης και την προέγγιση του χειρουργού, η αποκατάσταση μπορεί να είναι πρόσθια και/ή οπίσθια. Η εσπερεστορή ή η διατήρηση μήτρας μπορούν να συνδυαστούν με τη διαδικασία με χρήση του συστήματος GYNECARE PROSIMA. Εάν ενδείκνυται, μπορούν να εκτελεστούν ταυτόχρονα περαιτέρω αποκαταστάσεις ή επιλέξιμα του σθένους αυτοαποβληκής σφιγκτήρας, μια τη διαρκώς της ακράτειας ούρων από καραισμό, στον χρησιμοποιείται το σύστημα GYNECARE PROSIMA. Μπορεί να χρησιμοποιηθεί μια επιθελιακή ή μια διαθερμισ επιλ υπο-ουρηθρική σφενδόνη.

Η αποκατάσταση της πρόπτωσης επιτυγχάνεται με την τοποθέτηση 1 ή 2 εμφυτευμάτων πλέγματος μέσω κολπικής προσέγγισης. Μετά την ολοκλήρωση της χειρουργικής επέμβασης, τοποθετείται στον κόλπο μια ΔΚΥ με διατεθειμένο μπαλόνι, προκειμένου να ανθεκτεί το μήκος του κολπικού σωλήνα, ενώ ρυθμίζεται σε ένα βέλτ της παρόχρωνεσ που υποστηρίξει στου κόλπου ανά στα εμφύτευμα ή στα εμφύτευμα επιλ υπο-ουρηθρικής σφεν, κατά τις διάρκεια της διαδικασίας εύλαμα ότι κολπικό. Αφού διευλ, καθ τη μπαλόνι αντικαθίσται το σωστή τοποθετημένη γαζών στον κόλπο, χρησιμοποιηθεί κολπική εσωτερική ανάπτυξη και αφαιρεθεί το εμφύτευμα πλέγματος στον κόλπο. Την επόμενη ημέρα από τη χειρουργική επέμβαση, το μπαλόνι αποδομφώνεται και αφαιρείται και σφαιρμάτων στον κόλπο χωρίς να αποκαλλαβεθ η ΔΚΥ. Η ΔΚΥ παραμένει στη θέση της επί έως και 4 εβδομάδες μετά τη χειρουργική επέμβαση, κατά τη διάρκεια της διαδικασίας ενώ μέσα στο προϊόντα ή στα εμφυτεύματα πλέγματος.

**ΕΝΟΤΗΤΑ 2: ΣΧΕΤΙΚΟ ΤΟΥ ΣΥΣΤΗΜΑΤΟΣ GYNECARE PROSIMA**

Έπειτ από μια σωφρόνωση χειρουργική επέμβαση άλλα εμφύτευση πυελικού οργάνου, οι αποκαταστημένοι ιστοί εκτίθενται σε αυξήσεις της ενδοκολπικής πίεσης, καθώς η ασθενής κινητοποιείται. Βέβαια, εξαιρεί και κατασκευές κατά την εκτέλεση των εντάσεω. Αυτές οι αυξήσεις στην ενδοκολπική πίεση επιδρούν να ενιχρώθει διαρφωτεί τη σινώδωσης της κολπικής αποκατάσταση, και να ακρεπάσουν οι διαφορά τις επιλεξιμές και να απορρυθμίσου μ' δραστικό. Ενισχύσεις του κολπικού αποκατάστασης με το συστήματος πλέγματος και επαναπροσαρμογή του ΔΚΥ επί 3 έως 4 εβδομάδες μετά τη χειρουργική επέμβαση, το σύστημα GYNECARE PROSIMA είναι σχεδιασμένο έτσι ώστε να μπαίνει του κόλπου αποτήμις της επίλεξιμος και προσαρμοσμ, την κολπική επ 3 έως 4 έως, 4 εβδομάδες μετά τη χειρουργική επέμβαση, το σύστημα GYNECARE PROSIMA είναι σχεδιασμένο έτσι ώστε να μεινεί του κόλπου απατητίκι της.

Κατά την πρόσθια κολπική αποκατάσταση, το σώμα του εμφυτεύματος πλέγματος προσφέρεται να τοποθετηθεί χωρίς τάση ανάμεσα στην αυχοδιόρθωση και στα άνω 2/3 του κόλπου, το εμφύτευμα πλέγματος στο επίπεδο του υπεσπάδιος τοίχου τις πλασίστι τομ τοσιώ (TIBTB). Κατά την οπίσθια κολπική αποκατάσταση, το σώμα του εμφυτεύματος πλέγματος προσφέρεται να τοποθετηθεί χωρίς τάση ανάμεσα στο σφιγκτήρα του ορθού και στα άνω 2/3 του κόλπου, ρομ φυτίκτησε εμφύτευμ τα του αντικτήρα βα νεν ρομαιο. Το κορφωπό τμήμα κάι ουρίστος του εμφυτεύματος πλέγματος προσφέρεται να μείνει στο σφιγκτήρα του κόλπου. Πρόσθια, το εμφύτευμα πλέγματος φεεβρε να αφαιρεί κα τιμηρί στην τραπεζίτη, διπλετε του εμφ πλέγμιος μπορεί να αφαιρεθεί από μεγαλ-ρόφρον-φωμφερ στ η στον τραχήλου.

Η ΔΚΥ υποστηρίξει τους κολπικούς ιστούς μετά τη χειρουργική επέμβαση και διευκολύνει την εμφύτευση των κολπικών ιστών στις φύσεις προγραμματισιστά οι δεύθτα σειγα. Η διάταξη κολπικού διαφρατο των εμφυτεύματος στο φύθλετε μπρι πρωματενμα κατέει στη θέση πλέσμ τουα σεκτένδρα μπ να αφαιρεί. Το χειρουργό τμήμα εγ σωστας του εμφυτεύματος πλέγματος προσφέρεται σε ρθότα απεύτρε κολπικός. GYNECARE PROSIMA αποκρύπτεται η ανάγκη διαχωρισμού απ' εκτός της πυελικής κοιλότητας, νατής, οστάς και η διάκοπη ρομετάστω και εσωμένων διαιτικώ του θαμσιότής ζημιτος και του εσπερεστάο αυθώρες, εκδιοκτείνει σ' εκπί ανβγλίδ της χειρουργικής επιβλ τι. αατάνα τ της χειρουργικής επίζ.

**Υστερεκτομή**

Η περτόμηση του χειρουργού και οι αναγκες της ασθενούς καθορίζουν εάν επιτελείται συνεκλείστικης εσπερεστι. Όταν προγραμματίζεται υστερεστορή, συνιστάται σύγκλειση της πυελικής κολπότητας του ταυ νδωνις, ώστε να αποσωστεί τυχόν επαφή του εμφυτεύματος πλέγματος, με το άτερμο. Θα πρέπει να αποσωφεί οσχετική του ορκεί με ιερή σφγκασίος «Γ», καθώς αυτό ενδείγιτι να αρξηει τον κίνδωνσ εκθέσεις του πλέγματος. Όταν εκπελείται κολπική υστερεστορή μαζί με τοποθέτηση εμφύτευση κολπικού υποστήριξης του συνδυασμό και τον άνω 2/3 του κόλπου, το σημείο τομής μπ ρεπσυεφ θετώ τ ρου εμφύτευμα ου σφιγκτήρας «Γ».

**Διατήρηση μήτρας**

Το σύστημα GYNECARE PROSIMA είναι κατάλληλο για περιπτώσεις όπου η χειρουργός ή η ασθενής επιλέγουν τη διατήρηση της μήτρας.

ETH.MESH.02341447

**Κολπικές τομές**

Οι κολπικές τομές στη διαδικασία με χρήση του συστήματος GYNECARE PROSIMA είναι ίδιες με εκείνες που χρησιμοποιούνται επί τη χειρουργική της ανοδικής επιδιόρθωσης. Οι τομές θα πρέπει να γίνονται σε όλο το βάθος του κολπικού τοιχώματος, ώστε να μειωθεί η πιθανότητα έκθεσης του πλέγματος.

**Τοποθέτηση του εμφυτεύματος πλέγματος**

Τα εμφυτεύματα πλέγματος σχεδιάστηκαν στη θέση τους υπό τη ΔΚΥ μέχρι όταν χρησιμοποιηθεί η διαδικασία ινών. Επομένως, δεν είναι απαραίτητο να στερεωθούν οι φράκτες του εμφυτεύματος πλέγματος στη θέση τους. Το χειρουργικό τμήμα του εμφυτεύματος πλέγματος μπορεί να αφαιρεθεί στην περίπτωση στη μέση τμημίζ, στην κοινωφή τοιχύλιος, χρησιμοποιώντας ένα ράμμα όπως το MONOCRYL™ (πολυγλακτόνης 25) 2-0 ή το επικαλυμμένο ράμμα Coated VICRYL™ (πολυγλακτίνη 910) 2-0. Το κολπικό επίθεμα δεν πρέπει να αφαιρεθεί πρώτα και εμφάνισμα πλέγματος.

**Προφύλαξη του κόλπου**

Θα πρέπει να αποφεύγεται η απόρριψη ή φράξεση ή εκτομή κολπικού επιθηλίου. Μετά την επέμβαση ελέγχεται να παρουσιαστεί μερική διαστολή του ιστού, και η γραμμική κολπική χωρητικότητα μπορεί να επιδεινωθεί εάν έχει αφαιρεθεί μερικώς περίσσεια κολπικού επιθηλίου.

**Τρία επίπεδα υποστήριξης του κόλπου**

Υπάρχουν 3 επίπεδα υποστήριξης του κόλπου, κοινώς γνωστά στην ανατομική αποκατάσταση. Η χρήση του συστήματος GYNECARE PROSIMA σε μια διαδικασία προεκάλεσαν το πέρας το κλειδικ...

**Επίπεδο I - Ανάρτηση και υποστήριξη (άνω τριτημόριο του κόλπου)**

Το άνω τριτημόριο του κόλπου (εσωτερικός διαιρεθείσες του θόλου που δημιουργείται μετά από υστερεκτομή) και η μήτρα υποστηρίζονται από 2 μηχανισμούς. Κατά πρώτο λόγο, έμμση υποστήριξη στη μήτρα και στο άνω μέρος του κόλπου παρέχεται από τις ίνες του παραμητρίου (κάρδιος συνδέσμους της μήτρας και ιερομητρικούς συνδέσμους) και του παραθατικού ιστού γύρω από τον κόλπο. Οι ίνες αυτές δρουν ως συνδεύθονς αναρτήσεις και εκτείνεται στην περιτονία του οσφυϊκού μυός της αριστημικούς άρθρωσης και του πλατερικό στρικό οστού, ενώ ασφζβνεται στο πλευρικό άνω κάτω άλλο μέρος του κόλπου περίβλητα εφαρμνται από την δθλου που πτακληξα στον σησμζζεται και στη ίδιον του αυτού για ...

**Επίπεδο II - Πλευρική προσάρτηση (μέσο τριτημόριο του κόλπου)**

Το μέσο τμήμα του κόλπου προσφέεται πλευρικά και άμεσο στους μύες του πλευρικού τοιχώματος μέσω του τεντωτικών, τόξου της σεκοδικης περιτονίας (ΓΤΕΡ). Σε αυτό το επίπεδο, το πρόσθιο και το οπίσθιο τοιχώμα του κόλπου εκτείνονται μεταξύ της διάδικ και της αριστιρής πλευρικής προσάρτης. Στο επίπεδο ΙΙ, η επιγζβαση αποκατάστασης σχετίζεται στον βαθμό αναγκαία, γι' αυτό την διαχειρ η πρόσφωση του αρζίνου. Του κολπικού στ πλευρικό τοιχώμα. Το επ σκατά σαστρ αποκτά εφορβλμς των μέσω κωμρου κ του αποππλβτου μ.

**Επίπεδο III - Συγχώνευση (κάτω τριτημόριο του κόλπου)**

*ΣΗΜΕΙΩΣΗ: Κατά τη χρήση του συστήματος GYNECARE PROSIMA δεν απαιτείται διαχωρισμός των ιστών σε αυτήν την περιοχή.*

Στο επίπεδο III, προειδκ, το κάτω τριτημόριο του κόλπου συγχωνεύεται με την περμφερική μυβ με την περιβάλ. Οπίσθια, το κάτω τριτημόριο του κόλπου συγχωνεύεται με το περινεϊκό σώμα και με τους ανελκτήρες μύες του περινεϊκού. Η αποκατάσταση των ιστών σε αυτή την περιοχή γίνεται χωρς τη χρησιμοποίη πλέγματος, καθώς το περινεϊκό σώμα δεν προμηθεται για χρήση στο κάτω τριτημόριο του κόλπου. Το σύστημα GYNECARE PROSIMA δεν απετεσίσι πλήρωσε αποστήξθζ στο επίπεδο III, μολονότι αυτά μπορούν να αντιμετωπιστούν μ εσοκαθώσετε επιρβάσεις όπως η περινεορραφία.

**ΕΝΟΤΗΤΑ 3: ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ**

Σ                                                                                 1 6

**κή προετοιμασία**

Η χειρουργική ετέμβαση που πραγματοποιείται με το σύστημα GYNECARE PROSIMA μπορεί να διεξαχθεί υπό γενική ή τοπική αναισθησία, ανάλογα με τις προτιμήσεις του χειρουργού, του αναισθησιολόγου και της ασθενούς.

Η ασθενής θα πρέπει να τοποθετηθεί στη θέση λιθοτομής, με τους γλουτούς να προεξέχουν ελαφρά από το χειρουργικό τραπέζι και με τα πόδια σε κάμψη. Κατά την κρίση του χειρουργού, μπορεί να γίνει παροχέτευση της ουροδόχου κύστης. Πριν από τη διαθεση, του μικδιοκού είναι σκοπελητική η τοποθέτηση στης καθετήρα, ο οποίος μπορεί να εισαχθεί σε αυτό το χρονικό σημείο της επέμβασης.

**Χρήση του συστήματος GYNECARE PROSIMA σε διαδικασίες μετά από υστερεκτομή**

**Πρόσθια κολπική επισκεύασταση**

Όταν απαιτείται εδραζεση ράμμα του πρόσθιου κολπικού τοιχώματος, θα πρέπει να χρησιμοποιηθεί ράμμα του κόλπου. αποκατάσταση πρόσθιου πολικού εδόαση GYNECARE PROSIMA. Αυτό πεμβλαμβάνει 1 η μύθτομα πλήξμτος και ένιν εδόκα σχεδιασμένα να βοηθήθ ο σηγρανό να γρήση σε μια πρόσθια κολπική αποκατάσταση. Αφού γίνουν οι απαιτούμενος κολπικές τομές και ο διαχωρισμός των ιστών, δηικιουργούνται διαύλοι στους ιστούς του πρόσθιου διαμηρισμάτος για την τοποθέτηση των ιμάντων του εμφυτεύματος πλέγματος με χρήση του πρόσθιου εισαγωγέα. *ΣΗΜΕΙΩΣΗ: Ο πρόσθιος εισαγωγέας δεν πρέπει να χρησιμοποιηθεί για τη διαχείριση ιστού.*

**Πρόσθιος κολπικός διαχωρισμός**

Το πρόσθιο κολπικό επιθήλιο διαχωρίζεται από την υποκείμ κύστη. Διαχωρίστε το κολπικό τοίχωμα σε όλο το πάχος του. Ο διαχωρισμός αυτός θα πρέπει να θεωληθεί και στα επιπεθκδίκαι υποβλησησμών, θα πρέπει να απομβε όιν στο ο επιρωνεκός διαχωρισμός του κολπικού τοιχώματος ή ο διαχωρισμός του κολπικού ταχμζάτος σε 2 στοίβαξε. Ένεις τέτοιος διαχωρισμός ενδέχεται να οδηγήσει σε μια πολύ λεπτό κολπικό τοιχώμα και ενδέχ τα επίτευκ έκθ προκαλέσει προβλήματα στην αφαιρεσε του κολπικού ταχμζάτος, κολλώντας έτσι τα κλειβό εδξ κας της κωρωντιστώσς. Πλευρικά, συνεχίστε το διαχωρισμό προς το πλευρικό πυελικό τοιχώμα και έως την κερζκή ύνεσθα.

---

**Πρόσθια διάνοιξη διαύλων και τοποθέτηση του εμφυτεύματος πλέγματος**

Για τους σκοπούς αυτής της περιγραφής, εκτελέστε το διαχωρισμό για τη δημιουργία του διαύλου με τους ιμάντες ενα εμφντεύματος πλήρεστα; πρώτα στη ΔΚΥ. Λύεται της ασθενούς και πείτε στην εικότητα. Οι διαύλοι αυτοί δημιουργούνται πραγματικά να τοποθετηθεί το εμφύτευμα πλέγματος στη θέση του. Εξασφαλίστε επαρκή τραύμα του διαύλου να βρίσκεται στο πλέο πλάγιο το πλερίκ οστικό τοίχωμα και όσο πια πλησιάζεται το διαβικτιο μέσω να διευκολ της προσφ των φρακιών του εμφυτεύματος πλέγματος. *ΣΗΜΕΙΩΣΗ: Ο διαχωρισμός αυτός μπορεί να διευκολυνθεί από τη χρησιμοποίηση της τεχνικής "push-spread", έτσι ώστε τα άκρα του ψαλιδιού να παραμένουν ανοιχτώς πρόσθιας της πλερικής διακρισμοφή να ελεφρά διανοιχθεί διαχωρισμός ίσως την επαρκή σκανθη. Μόλις αγγίξετε την νομιακή συνδεέ, σνφιτι κουλάνα το δείκτη μας, ώστε να δηιωρςμ διασ χώρος πρόσβαση και εισόλ στα του ιεραομί συνλ διπ, στο μέρος κα ν τον ιεραρ συνλ. Ο προσθδις διαχωρζομός ιστίσε δεν πεξσεκλαβζπ διαχωρισμ στους ιερομητρικούς συνδέσμους. Αυτές ο διαχωρισμός δημιουργεί έναν δίαυλο πρόσθιο και στη τομρικ άκωσε και επίσω στα λ εκ εδ. Ο πρόσθιος διαχωρισμός ιστού δεν πεξκλαβαε διαχωρισμ στους ιερομητρικούς συνδέσμους. Αυτές ο διαχωρισμός δημιουργεί έναν δίαυλο πρόσθιο ερθμ ιστά άκωμα τα ερεπ. Επανολάβετε τον ίδιο διαχωρισμό στην αριστερή πλευρά.

Δεν απαιτείται στήριμσε του προινσικι κολιατού. Ωστόσο, εάν πραγματοποιείτε πλήρωσε, πεμφρβτσι φθιλ να κεντρικό τμήμα του ιστού αντεμ. Με αυτό τον τρόπο, η περιμβά σημι γναετα ο διαχωρισμός διαμι γα το πολύ σκαλη. Τοποθετήστε το εμφύτευμα πλήγματος επάνω από την δμρ-στικτό επί, με το διπλασι σημείο στημάρνει στο μρ, στην. Εάν πρόκειτα να γίνει συγκλεση επιπ, να στο διπλασι σημείο στημά σημ, με τη διπλασι σημερ, θα πρέπει να γίνει μετακινση της κεντρικ θέσι του εμφυτεύματος πλ έγματος. Το κεντρικό τμήμα του εμφυτεύματος πλέγματος τοποθετείται στο τμήμα του πρόσθιου εισαγωγέα για τη διαβικτι εισαγων, στημά σωελτα στη θεληκ προσφ. Το κεντρικό τμήμα του εμφυτεύματος πλ έγματος τοποθετείται στο τμήμα του πρόσθιου εισαγωγέα για τη διαβικτι εισαγων, ώστε να εξασφαλίστε το μέγιστο έλεγχο του ιμάντα του εμφυτεύματος πλ έγματος (ΒΛ. εικόνα 8B), στη διαβσι είναι με το εμφαλο. *ΣΗΜΕΙΩΣΗ: Η εφαρμογή αντίθετης έλξης ενδέχεται να βοηθήσει κατά να παραμείνει το θάλαμο χορτα.* Διατηρήστε τον πρόσθιο εισαγωγέα να κατασκφτει θέση, στη ίσα αυτό το κωξίσ τμήμ του εργαλείου να βρίσκεται απλούστα από το οπίσθιο κολπικό τοίχωμα. Εάν σοντι τι εξθηγξ, σνσφβσ, εκτεξφκ να των πρόβλημε εισχ σου, στη συνέχεια, αντεκφκτσε τον πρόσθιο εισαγωγέα, μ οφρωμ δετ τα αίχτια και βηγσ αρα το δίαυλο πος τα διαβκτ πος δημιουργήθηκε πλροσ ασ στο σ τ.

Με την αρχή το    τρισ του πρόσθιου εισαγωγ ει έναστι των μεγάλων γελιών στην αντιτεραλάβμ πλεερά, πρδιανό μετικ ενολεψει τα δεβλς. Οδυγ στσ απ ενακαθ τεν εριν. Διασφαλίστε ότι τα διαβλιος των φρκτιντ τμ ιμά του εμφεστ πλ έγματος δε εφαρμόσει στην ς    προβλυ την τα προειδ συνεργ. Εάν συγξκάτειι την προσθήσ του εισαγωγέα υπά δυτίστε    τι    τος η εισαγωγή πρέπει του ευδικανοσμ σημείου, με αποτέλεσμα να προκληθεί βλάβη σε σημεία    ισταλν.

Για την αφαίρεση του πρόσθιου εισαγωγέα, απομακρύνετε τη λαβή στην κατακόρυφη θέση πρός την πρόσωξ, αφήνοντας τον ιμάντα μεσω του διαύλου. *ΣΗΜΕΙΩΣΗ:   Εκσηγάτε τον πρόσθιον ιμάντα πλήρως. ΣΗΜΕΙΩΣΗ: Εάν ο πρόσθιος εισαγωγέας απομακρθεί πρίν τη σε φλα πρσιτκ μετα    τ ος τον εμφυτεύματος πλέγματος, ο ιμάντας θα πρέπει να αφαιρεθεί να επανεφαρμοθεί και ν      ισχθεί.* Επαναλάβετε τη διαδικασία στην αντίθετη πλευρά της ασθενούς, χρησζόντας τον πρόσθιο εισαγωγέα να εισαγάγετε τα φρκτιντε εμφ. Η τοπκ δεξι μτρ το κιυξ, να δείχνει προς τη αριστερή πλευρά της ασθενούς, μετά δεξιότ να λαμβ ν δια σε θέση. Η ακολ είναι μεσω των χρζιδ εμφ. *ΣΗΜΕΙΩΣΗ:   τέ την τοποθέτηση του δεύτερου ιμάντα, προσέξτε ώστε να αποφύγετε τα μετακίνηση του εμφυτεύματος πλέγματος και βεβαιωθείτε ότι το εμφύτευμα πλέγματος ΔΕΝ έχει ανατραπεί.*

Τοποθετήστε χαλαρά το σύρμα του εμφυτεύματος πλ έγματος κέντιω αυτή του σωματα κολπικό ιστό, θα πρέπι να απομφύεται ο αντιλιδιμ ή η συγκραφ του σώμματος του ιστν ιμάντος. Το ακ του εμφυτεύματος πλήρματος ενδέχετα να πρέπει να σκομικι, ανάλγα με τις διαστάσεις του κόλπου ή τη σξεσεικδ πος κδ, τησσεος κ. Το κολπικό επίθεμα μπορεί να εισαχθεί, αλλά θα πρέπει να απαγρζετε υπεφβάλ εφρμσι του. Οδιατε το εικθλθκι σώματα και τα εφαρμόζεται πλήρματος, μαζί να χρησιμοπδίτε ολπικ ενδβεμκ σώμα χρησ περκά σξμ.       ου, με εικόν 8C. Η τελικ τοπέθι του εμφυτεύματος πλήγματος στη πρόσθα διαφραγμα φαίνεται στην εικόνα 8F.

*ΣΗΜΕΙΩΣΗ:    ωδείτε ότι επιτυγχάνεται αίσθηση πριν και κατά τη διάρκεια της σύγκλεισης των κολπικών τομών.*

Κλείστε τις κολπικές τομές χωρίς αλληλοεπικάλυψη ραμματική ράμματα σ χήματος του κόλπου. Με τον τρόπο αυτό, αποφεύγεται η εφαργμοκι τοκ κολπικού τοίχι να οβλ διζ σιδρωτκ τα βδ ν αιζ προκληθ υπεβκε απεμκ. Η σύγκλεση του επιθλίου για τα καλυψ, γχξζίνετ τον πρόσθιο εισαγωγέα να 2 στβάσε, ώστε να προσφπ μια σχετικ αμμτικ γραμμ συρραφής στο σημειο της κολπικής τομής. Κλείστε τη βαθύτερη στιβάδα με μια ίσσνε, εκτελμθίσε, μια πλευρική λελβά ραμμα MONOCRYL™ (πολ-πολγλακτόνη 25) 2-0 ή το επικαλυμμένο ράμμα Coated VICRYL™ 2-0 ή της αντίρματας μια επιφανειακή στιβάδα αλληλοεπικάλυψη ράμμα της εκτελμθ μυς, χρησιμοπ ράμμα MONOCRYL™ (πολγλακτόνη 25) 2-0. Στη συνέχεια, κλείστε το επιθλίο με μια μη-αλληλοεπικάλυψης συνεχ, συρραφή αμφιτρομί εσος συρ, χρησιμοπ ράμμ όπως το επικαλυμμένο ράμμα Coated VICRYL 2-0 ή το αντίστημρ επικ ράμμα Coated VICRYL™ Plus 2-0. Εάν δεν έχει γίνει έξη, δυνατότητα κλειστοκλιστη ράμμ να αλλοκσεσ τα επικαλυψ επμβάσκ στρς ξ. *ΣΗΜΕΙΩΣΗ: Τοποθετήστε το εμφατ          ς στο άνω 2/3 του κόλπου, φροντίζοντάς να το αποσώνετε εάν εκτελεται πλέον των 2/3.*

Εκλλισκιαθ, συρριψ να λχ απορροφοχτσι τωα εμφ ρα σκδθβς, κσεσε για τα προβλέπ. Μ παμα συρρ να αλληλοεποκάλυψης ρχμμς ελμσι ραμ γάλμοι, χρησ ράμμα όπως το επικαλυμμένο ράμμα Coated VICRYL 2-0 ή το επικαλυμμένο ράμμα Coated VICRYL Plus 2-0.

ETH.MESH.02341448

## Οπίσθια κολπική αποκατάσταση

Όταν απαιτείται ενισχυση μόνον του οπίσθιου κολπικού τοιχώματος, χρησιμοποιήστε μόνο το σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους GYNECARE PROSIMA. Αυτό συμπεριλαμβάνει 1 προθεση πλέγματος και ένα οδηγό εξαγωγέα οπίσθιας εισαγωγής και χρήση στην οπίσθια κολπική αποκατάσταση, ως απλουστευση κολπικής τομής, και το διαχωρισμό του ιστού. Δημιουργήστε διάθλαση στην υπό του οπισθιου διαφράγματος, για να τοποθετήσετε το σετ ως τους χώρους του εμφυτεύματος πλέγματος. *ΣΗΜΕΙΩΣ*   *ως εισαγωγέας δεν πρέπει ν*   *είτε αι για το διαχειριμού εστιάν.*

### Οπίσθιος κολπικός διαχωρισμός και διάνοιξη διαλύων

Διαχωρίστε το οπίσθιο κολπικό επιθήλιο από την προ-ορθικό ιστό. Όπως και το πρόσθιο κολπικό τοίχωμα, το οπίσθιο κολπικό τοίχωμα θα πρέπει να διαχωρισθεί σε όλα τα ύψους του. Ο διαχωρισμός αυτός θα πρέπει να διεκτείνεται απο μεσοπεριφιακά εξωπλαγικευρικά. Ενισχύστε το διαχωρισμό του ιστού πλαγιακά, προς τους ανελικτήρες μύες του σπαστικού, στο επίπεδο της σπερματικής δεσμίδας. Στη συνέχεια, ανισχύστε τα διαφραγματικά διαλύματα μεθ' του αγγλίστ του ανελικτήρα και σύγκλιση προς αυτό. Προετοιμάστε τους χρησιμο-αμφοτερότερους σουλέκτορες, αλλά έχι διαμήκους τομήν. Δημιουργήσετε διαθλάσεις μέσα στους σουλέκτ, έως αποκαλιθήσε οι οδηγος του εμφυτεύματος πλήγματος. Στι, ασκήνια 5Α.

Η αντιμετώπιση τυχόν προεξέχουσας εντεροκήλης είναι προαιρετική αλλά, εάν πραγματοποιηθεί, μπορεί να γίνει σε αυτό το στάδιο, σύμφωνα με την προτιμώμενη τεχνική του χειρουργού.

Εάν η περιτονιακή καλύπτρα έχει ανοιχθεί κατά τη διάρκεια του πρόσθιου ή του οπίσθιου διαχωρισμού, θα πρέπει να γίνει σύγκλειση της πριν από την τοποθέτηση του πλέγματος.

### Τοποθέτηση του οπίσθιου εμφυτεύματος πλέγματος

Δεν απαιτείται ανίχνευση του προ-ορθικού ιστού. Ωστόσο, εάν πραγματοποιηθεί ανίχνευση του προ-ορθικού ιστού, απαιτείται μόνο το κατώτερο τμήμα του προ-ορθικού ιστού. Με αυτό τον τρόπο, η παροχή είναι γίνεται ο διαχωρισμός λεν γίνεται πολύ εστιά. Τοποθετήστε το εμφύτευμα πλήγματος επάνω από τον προ-ορθικό ιστό, με το δίολατα των ιμάντων στραφμένα προς τα επάνω. Εάν πρόκειται να γίνει αφαίρεση του κοκ χώρου, ένα μέρος του σε αυτό το χρονικό σημείο προς της πλέγμα με τη χρωμική επιρρ πις.υδέρβατοι, τοποθετήστε ένα μάκρο επάνω, το MONOCRYL 2-0 ή τα ισοδύναμα ράμμα Coated VICRYL 2-0 στην κορυφή του πλήγματος, το οποίο θα διασυνδέεται με τους ανερικτικούς μύες. Η αυτορία πρόσδεση μπορεί να γίνει με τη χρωμη τη περιφοράμματος, μπορεί να γίνει σε αυτό το στάδιο, σύμφωνα με την προτιμώμενη τεχνή του χειρουργού.

Χρησιμοποιήστε τον οπίσθιο εισαγωγέα, τοποθετήστε τους αρίστες του εμφυτεύματος πλήγματος στο δεξί και τον αριστερό διαολο του δημιουργήθηκε από το διαφραγματ πρώτι δείτε κάτω θα διαμορφώθηκε από τα διαφραγματικά λεα το διαφραγμικό προς αριστικέρα εστιά ατε από τους ανελικτήρες μύες, τοποθετήστε την αριστερό λεα του βελονοκάτοχου/οδηγού μέσα στο εσθι άκρο του οπίσθιου εισαγωγέα. Βεβαιωθείτε ότι ο ανελ εξαγωγέας στο οπίσθιο εισαγωγέα μέσα στον εθι άκρο του οπίσθιου εισαγωγέα μέσα στο οθολιό τε το άκρο τ, εισά αθε 5Α. *ΣΗΜΕΙΩΣΗ* *πείτε το άκρο του βελονοκάτοχου/οδηγού μέσα στο εσθι άκρο του οπίσθιου εισαγωγέα.* Βεβαιωθείτε ότι ο ανελεγμένος οπίσθιος εισαγωγέας είναι ευθυγραμμισμένος με εισαγωγέα με τη λεπτή του βελονοκάτοχου/οδηγού. Ξεκινήστε το άκρο του οπίσθιου εισαγωγέα μέσα στο θάλαμο του οδηγό, στη διξιά πλαγ τις ανθλιτικής (βλ. εικόνα 5Β). Στη συνέχεια, κατευθύνετε τον οπίσθιο εισαγωγέα, με ρορωομένη την πρωτ, μέχρι στο δίαλος του διαφραγμ δέρι προσφερόμενος στην εστιά (5Α, εικόνα 5C), διατηρωντας τη λεξία του βελονοκάτοχου/οδηγού και άρθρα θέση. Προσφορετε στην εισαγωγή ολοκλήρως του χώντα μάσα στο δίαολο, στε ώστε η βάση του οδέπτα να συνεστήσε το πλάτα άρα της περιστομάσεσ διαχωρισμού. *ΣΗΜΕΙΩΣΗ: διαγράφετε τον πρώτο ιμάντα πλέξμυς. Εάν ο εισαγωγέας συσαοηθεί προς τα έξω πρστεί μεταφερθεί στο στάχο ο νι*

*ιν*    *ΙΟΣΗ: Φροντίστε η εισαγωγή να μην γίνει σε μεγάλο βάθος, ώστε να αποφευχθεί τραυματισμός σημαντικών δομών των νστών. ΣΗΜΕΙΩΣΗ: Εάν αισθανθείτε αντίσταση κατά τη διάρκεια της εισαγωγής των ημάντων, προωθείτε   πία πρωτοι σιγχάστε. Εάν αισχάνεστε την ραοσθητη του αντίστατ, ανάγκεται να προελάβε(ι βλάβη του εμφυτεύματος πλέγματος ή εισαγωγή πέραν του ενδεικνυόμενου σημείου, με αποτέλεσμα να προκληθεί βλάβη σε σημαντικές δομές ιστών.* Αποσύρετε τον οπίσθιο εισαγωγέα μέσα της, ούτω εισαγωγής, φροντίζοντας τον ιμάντα μέσα στο δίαολο. Οι ιμάντες εγγενής Εάν εισάνω στενε, προλαμμάνισε εισδύτερος, αλλά είτε τόσε, διατηρηνώ. Μετ αποσέτετε το ράμμ στους ποριμανμάσαι σονδέσμους, τραναλάβετε τη δισθικασία στεπ αρίστερα πλευρά της αισθητικής με τι διάτιμο υμάντα. Η εικόνα 5D δείχνει και τους δύο ιμάντες τοποθετημένος. *ΣΗΜΕΙΩΣΗ: Κατά την τοποθέτηση του δεύτερου ιμάντα, προσέξτε ώστε να αποφύγετε τη μετακίνηση του εμφυτεύματος πλήγματος και βεβαιωθείτε ότι το εμφύτευμα πλέγματος δεν έχει συστραφεί.*

Τοποθετήστε χαλαρό το κάμα του εμφυτεύματος πλέγματος επάνω από την ανακαλυμμα κολική περιτονία. Αποφύγετε την ανάδεμίνωση ή τη συστροφή του σωματικέ κια των ημάτων του εμφυτεύματος πλέγματος. Το κάμα του εμφυτεύματος πλήγματος ευθιμίστε να σπρεσ να ανδυκεται, ανέλεγη με τις διαστάσεις των κολικών ή το μήνκος της κλευρικής ανατομής. Το οπίσθιο κολικό επιθήλιο μπορεί να επιναφτεί, αλλά θα πρέπει να αποφεύγεται υπερβολική αφαίρεση ιστού. Κλείστε το οπίσθιο επιθήλιο επάνω από το εμφύτευμα πλήγματος, χωρίς να χρησιμοποιήσετε ολοβαθειδιαφαρα ράμματα (όπως περιφερόμενα παρόντα). Η τελική τοποθέτηση του εμφυτεύματος πλήγματος στο οπίσθιο διαφράγμα φαίνεται στην εικόνα 5E.

*ΣΗΜΕΙΩΣΗ: Βεβαιωθείτε ότι επιτυγχάνεται αιμόσταση πριν και κατά τη διάρκεια της σύγκλεια*

τι τις κολπικές τομές χωρίς να χρησιμοποιήσετε ολοβαθικόλεξιμα ράμματα ή ράμματα σχήματος οκτά. Με την τρόπο αυτό, αποφεύγεται η απορρόψεση των κολπικών επιθηλών κατά τη σύγκλειση τον τομών και μειώνεται η διάσπαση του πλήγματος. Κλείστε το επιθήλιο κατά προτίμηση σε 2 επίβαλες, ώστε να ενισχύσει μια σχετικά συνεχής συρραφή στα σημεία τις κολπικής τομής. Κλείστε το βαθύτερο επίβαλα με μια συνεχή, απορροφήσιμή, μη-ολοβαθικόλεξιμη συρραφή με ράμμα όπως το MONOCRYL 2-0 ή τα ισοδύναμα ράμμα MONOCRYL Plus 2-0. Στη συνέχεια, κλείστε το επιθήλιο με μια μη-ολοβιλοσπλεξιμη, συνεχή συρραφή, αποτρεπμένων στρωμάτος, χρησιμοποιώντας ράμμα όπως το ισσοδύναμο Coated VICRYL 3-0 ή τα ισσοδύναμα Coated VICRYL Plus 2-0. *ΣΗΜΕΙΩΣ   Τοποθετήστε το εμφύτευμα πλήγματος στα άνω 2/3 του κόλπου. φροντίζοντας να το αποσύρετε ελν εντείνεται πέραν των 2/3.* Με την ολοκλήρωση της επέμβασης, εισπτείπε η διάγνωση διανικιτικής εξέτασης του ορθού, ώστε να αποκλειστεί το ενδεχόμενο τραυματισμού του ορθού.

Εναλλακτικά, μπορεί να πραγματοποιηθεί ανίχνευση του κολπικού τοιχώματος σε μία επίβλάα. Μπορεί να χρησιμοποιηθεί μια συνεχής, μη-ολοβλιοσδιάμμου συρραφή αποτρεπμένων στρωμάτος ή διασκπόσιμους διαφορές, με ράμμα όπως το ισσοδύναμο Coated VICRYL 2-0 ή το ισσοδύναμα ράμμα Coated VICRYL Plus 2-0.

## Συνδυασμένη πρόσθια και οπίσθια αποκατάσταση

Όταν απαιτείται ενίσχυση τόσο του πρόσθιου όσο και του οπίσθιου κολπικού τοιχώματος, χρησιμοποιείτε το συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA. Αυτό συμπεριλαμβάνει 2 συσκευές αποκατάστασης πλήγματος, ένα για την πρόσθια κολπική αποκατάσταση και ένα για την οπίσθια κολπική αποκατάσταση. Χρησιμοποιήστε μόνο τον κυρτό πρόσθιο εισαγωγέα για την πρόσθια αποκατάσταση, και μόνο τον ευθύ οπίσθιο εισαγωγέα για την οπίσθια αποκατάσταση. Πραγματοποιήστε τις προσθές και τα επίσθιες κολπικές αποκαταστάσεις ξεχωριστά. Συνεχίστε ο πρόσθια κολπική αποκατάσταση να διαχωρίζει πρώτα. Η κολική τουροθηση των εμφυτευμάτων πλήγματος, στο πρόσθιο και στο οπίσθιο διάφραγμα γίνεται στην εικόνα 5F. Με την ολοκλήρωση της επέμβασης, συστήνεται κυστεοσκόπηση, ώστε να αποκλειστεί το ενδεχόμενο τραυματισμού της ουροφόρου οδού. Απαιτείται διανικτική δακτυλικής εξέταση του ορθού, ώστε να αποκλεστεί το ενδεχόμενο τραυματισμού τ ορθού.

### Χρήση του συστήματος GYNECARE PROSIMA με διατήρηση μήτρας (υστεροπεξία)

Εάν διατηρηθεί η μήτρα έχει υποστεί πρόπτωση, η κορυφαία γλωτίδα του εμφυτεύματος πλήγματος πρέπει να στερεωθεί στον τράχηλο. Η καθήλωση του εμφυτεύματος πλήγματος γείνα στον τράχηλο πρέπει να γίνει στο επίπεδο του περ-τραχηλικού δακτύλιου, άνω από τασαλλαβα κατά την σύνδεση της οπίσθια κολική αποκατάσταση.

Όταν η μήτρα διατηρείται κατά την πρόσθια κολπική αποκατάσταση, ο εβρ-μορφικές δακτύλιος, εκτίθεται κατά τη διάρκεια της πρόσθιας κολπικής ανισγηής. Τοποθετήστε ισοδύνατ ενα ράμμα στην γλωττίδα την τράχηλου δυκτύλιου άκοντας. Η ράμμα αυτό τοποθετείται επίσης δυμάλου τις κορυφαίας γλωττίδες του εμφυτεύματος πλήγματος. Το ράμμα PROXLINE στη γλωττίδα δεν μπορεί να πρόσβαση με ιδιότε των ευφορότητος πλήγματος στη δέση τους. Για ασφαλίζετε το εμφύτευμα πλήγματος στην πρόσθιο επιφάνεια του τραχήλου, στο επίπεδο του εβρ-τραχηλικού δακτύλιου, και διασφαλίζετε ότι το εμφύτευμα πλήγματος διατάσεται με τον κόλπο καθώς τοποθετείται σωστά η ΔΚΥ.

Στην οπίσθια αποκατάσταση, προσαρμόστε το εμφύτευμα πλήγματος στον οπίσθιο τράχηλο, στο επίπεδο του εβρ-τραχηλικού δακτύλιου εκθέτω από αυτό. Η τυχή κολύπτρα μπορεί να ανοιχτεί κατά την προσομοια του εμφυτεύματος πλήγματος στον τράχηλο. Κλείστε τα περιτόνιακο της τυχήσ δέλτα να ασφαλισθεί σύμφωνα την ράμμα, ώστε να κλείσετε το εσωτερικό σύμφωνε τον εντ(μα στο περιφυστα πλήγματος. Εάν ράμμα PROXLINE 2-0 τοποθετείτο ο οπίσθιο βλέω στην οπίσθια φορ-τραχηλικού δακτύλιου. Το ράμμα αυτό τοποθετείτε επίσης διάμεσου τις κορυφαίας γλωττίδες του εμφυτεύματος πλήγματος. Το ράμμα PROXLINE δένσε πρ τοποθετείτε η αμίξιο τον εμφύτευτος πλήγματος στη θέσ τους. Για, ασφαλίζετε η τοποθέτηση του εμφυτεύματος πλήγματος, στην οπίσθια επιφάνεια του τραχήλου, στο επίπεδο του εβρ-τραχηλικού δακτύλιου.

Όταν πραγματοποιείται κατ για την πρόσθια και για την οπίσθια αποκατάσταση, τα εμφυτεύματα πλήγματος, προσφέρονται τόσο στην πρόσθια όσο και στην οπίσθια όψη του τραχήλου, όπως περιγράφεται παραπάτω (βλ. εικόνα 11).

### Υγιεινή εμφυτεύματος πλήγματος

Κατά τη διάρκεια της χειρουργικής επέμβασης, κατανοήστε τα κολπικά τραύματα με ρισσαλπορεμό οφθ. Ο χειρισμός του εμφυτεύματος πλήγματος θα πρέπει να είναι ο ελάχιστος δυνατός και να πραγματίζεται σύμφωνα με τις κλίνικα ορθής πρακτικής.

### Τοποθέτηση της ΔΚΥ και του μπαλονιού

Με την ολοκλήρωση της χειρουργικής επέμβασης, τοποθετήστε στον κόλπο μια ΔΚΥ κατάλληλου μεγέθους, με προσαρμοσμένο μπαλόνι να συφορφθεί την στη θέση της, στε αν αποφεύχθεί τυχόν μετατόπιση. Η ΔΚΥ διατίθεται σε 3 μενθέι (μικρ, μεσαίο και μεγάλο) και το μέγεθός της μπορεί να προσαρμοστεί από το χειρουργό έτσι ώστε να ταιράζει με το μήκος του κόλπου της ασθενούς. Λίσω, περιγράφεται πια ελάχιστη.

*Εφαρμογή και α   της ΔΚΥ*
Η ΔΚΥ διατίθεται σε τρία μεγέθη μεγέθους. Προσδιορίστε το κατάλληλο μέγεθος της ΔΚΥ για την ασθενή χρησιμοποιώντας την ξία τη ΔΚΥ για το ολοκλήρωτο. Το λίος εφαρμόζει στην ασθενή). Αυτό γίνεται τοποθετώντας τη ΔΚΥ μεγάλου μεγέθους στον κόλπο, ανάμεσα στην διαχθόδα κορυφή και τον δακτύλιο του κόλπου. Για να κλείσετε τη ΔΚΥ στο κόλλα, κρατήστε τη ΔΚΥ από το πλασίευρο σημείο της και διαλέξετε την στε μέσσς του διεγμένου κόλπου, με το μπαλόνι προσάντοιλη με την υγιεινη σημεια της ΔΚΥ κλοείστε την υγιεινης απίς στε και σε απιναδιάφρθ, με σεις θοσε καιρετ λείφμε, όπτε το απινανκλληφορθ τα τρίγμα που ανοικάκμαχ. Κατά τη διάρκεια της επίμοτ, μετακινήστε το μπαλόνι σ απ μην προκαλέσετε βλάβη στο μπαλόνι κατά τη διάρκεια της ρύθμισε   της ΔΚΥ. Το σωστό μέγεθος, επιτυγχάνεται όταν η ΔΚΥ εφαρμόζει έντατ στα άνω 2/3 του διαστάσεις κόλπου, μα το παραφορμά δικρ και τις στις ρεσμάτων σε αλλότατε εγγατοι 1 σ επάνω από το δακτύλιο του κόλπου (βλ. εικόνα 13).

Εάν τα μεγάλει μέγεθος εφαρμόζει, η ΔΚΥ δεν τραυματίστε. Εάν αποτελείτε το μικρό μέγεθος, τότε αφαιρέστε το επίσημο τουρ έχει απομείνει, όπως περιγράφηκε παραπάτω. Κατά τη διάρκεια τις ανανικής, μεταινπτε τα ράπα να εμφανίζεται μικρό τραύματι απιαιο κ ασμσμη άπωρ. Διπλ-ασμές, χρησιμα επ μπαλόνι ενδαω λείφμε, ώστε να εφαρμόζει παλλι εληεγ* *ι παραστεί το γίνει πολύ προαστντα εφαρμογή της ΔΚΥ. Από τη στημη που απιαιοτείται ΔΚΥ δε μπορεί να κλαιμόύς στο συχν τις μέγεθος, όστε να αποκαταλλάφθυτ τα τρίμματα που αποκλίμηκ.* Κατά τη διάρκεια τις απινικης, μεταινήστε το μπαλόνι όστε να μην προκαλεστ ζημιά στο μπαλόνι ενόσω κόξετε τη ΔΚΥ.

Εάν εφαρμόζει το μικρό μέγεθος, δεν απαιτείται περαιτέρω εποκοπή. Εάν απαιτείται το μικρά μέγεθος, τότε αφαιρέστε το τρίμμα που έχει απομείνει, όπως περιγράφηκε παραπάτω. Κατά τη διάρκεια τις απινικής, μετακινήστε τα μπαλόνι ώστε να μη προκληθεί ζημιά.

Αφού προσαρμοστεί κατάλληλα το μέγεθος της ΔΚΥ και επιτευτεθσέι επις δέση τος των μπαλόν, ο δοθλαδ ζ μπορεί να επαναβεί στον κόλπο της ασθενούς. *ΣΗΜΕΙΩΣΗ: Για να ελαχιστοποιηθεί ο κίνδυνος διάτρησης του μπαλονιού, μη χρησιμοποιηστεται εργαλεία για να υποβοηθήσετε την εισαγωγή της ΔΚΥ ή του μπαλονιού.* Εάν προκληθεί ζημιά στα μπαλόνι, αφαιρέστε το από τη ΔΚΥ και χρησιμοροιίηστε γέξει, για να τελ.εστ την κολική καλλύτ.ρα.

Αφού τοποθετηθεί σωστά η διάταση στα άνω 2/3 του διαστάσεισ κόλπου τις ασθενούς, ατερβστε τη ΔΚΥ στη θέση της περιβλέτα το ράμμα μία προτεινόμενη τεχνική είναι να βελ.ατε κατά μήκος των ιμάντων, ώστε έλα και τα δύο τεχνικά επιμηκοθού. Στη συνέχεια, το τελικό και το οψηγός πλέγματος δεν τον κόλπου, αποφεύγοντας ωθ ζημιά στη ΔΚΥ στη θέση της, μαζα σε ένα κόλπο. *ΣΗΜΕΙΩΣΗ: Προσέξτε να μη διατηρείτε το μπαλόνι κατά τη συρραφή της ΔΚΥ στη θέση της.* Για την εφαρμογή αυτή συστήνεται επικαλυμμένο ράμμα Coated VICRYL 2-0 ή αντίστοιχο απορροφήσιμο ράμμα.

ETH.MESH.02341449

**Διόγκωση του μπαλονιού**

Αφού συραφρώσετε τη ΔΚΥ στη θέση της, προσαρμόστε την παρεχόμενη σύριγγα των 50 mL περιστρέφοντάς την ώστε να ασφαλίσει επάνω στη βαλβίδα του μπαλονιού. *ΣΗΜΕΙΩΣΗ: Μετά την τοποθέτηση της ΔΚΥ, είναι απαραίτητη η τοποθέτηση ενός καθετήρα για να αποφευχθεί η κατακράτηση ούρων.* Μετά από τη διόγκωση με ένα μικρό όγκο αέρα από το περιβάλλον (βλ. εικόνα 16), βεβαιωθείτε με ένα δάκτυλο ότι το μήκος του μπαλονιού για να βεβαιωθείτε ότι το μπαλόνι έχει εισπνεύσει και αφαιρέστε πλήρως στον κόλπο. Αφού επιβεβαιώσετε την έκπτυξη, αφαιρέστε το δάκτυλο και συνεχίστε τη διόγκωση του μπαλονιού έως τον μέγιστο όγκο στο κενό που διοχετεύει την μπαλονιού του για την ύπαρξη δυσφορίας. Κατά τη διόγκωση του δείγματος, εναντιώστε η ασθένησής σας στη ΔΚΥ. Τα διακριτικά μπαλόνι επηρεάζει την συραφρώ του εμφανίζεται κλήσματος επάνω στο κολπικό τοίχωμα. Ο όγκος του αέρα που απαιτείται για την επαρκή διόγκωση του μπαλονιού θα εξαρτηθεί από το μέγεθος του ασθενή. *ΣΗΜΕΙΩΣΗ: Ο μέγιστος όγκος διόγκωσης του μπαλονιού δεν πρέπει να υπερβαίνει τα 50 ml.* Αφού διογκωθεί επαρκώς το μπαλόνι, αφαιρέστε τη σύριγγα από τη βαλβίδα ταχραφρώσεως την. Η γραμμή διόγκωσης του μπαλονιού πρέπει να ελίγετε και τοπικά κάτω από το ασθενής δείγμα και να επιβεβαιωθεί ότι διατηρεί επαρκή διόγκωση. *ΣΗΜΕΙΩΣΗ: Μην αφαιρείτε το μπαλόνι α την ΔΚΥ πριν από τη χρήση.*

*ΣΗΜΕΙΩΣΗ: Μην αφαιρείτε το μπαλόνι α την ΔΚΥ πριν από τη χρήση.*

*ΣΗΜΕΙΩΣΗ: Μη διογκώνετε το μπαλόνι πριν από την εισαγωγή του στον κόλπο.*

*ΣΗΜΕΙΩΣΗ: Μετά τη διόγκωση του μπαλονιού, εάν ο ασθής μαρμαίνει της ΔΚΥ έχουν μετακινηθεί τοσούτερο από 1cm (επάνω από το δάκτυλο του υμένα ή των σημείων)* τότε εάν απαιτείται, επανατοποθετήστε τη ΔΚΥ ή μαθμίσετε εκ νέου το μέγεθός της.

*ΣΗΜΕΙΩΣΗ: Εάν παρατηρήσετε τυχόν οπές στο μπαλόνι ή εάν ο όγκος* γίνεται. Θα πρέπει να αφαιρεθεί από τη ΔΚΥ και να αποριφθεί κατάλληλα. Χρησιμοποιείστε τη τη θέση του μπαλονιού.

*ΣΗΜΕΙΩΣΗ: Εάν ανακαλυφθεί από τη ΔΚΥ το βάρος σύνδεσης του μπαλονιού, ωθήστε το ξανά στη θέση του.*

*ΣΗΜΕΙΩΣΗ: Μη στηρίζεστε τη γραμμή διόγκωσης του μπαλονιού μέσα στον κόλπο.*

*ΣΗΜΕΙΩΣΗ: Για να αποφύγετε την πρόκληση βλάβης, ποτέ μην ασκείτε υπερβολική δύναμη κάμψης, τάσης ή περιστροφής στη γραμμή διαστολής.*

*ΣΗΜΕΙΩΣΗ: Μην τοποθετείτε γάζες στον ύχει εξω τοποθετηθεί μπαλόνι.*

**Αφαίρεση μπαλονιού από τη ΔΚΥ**

Χρησιμοποιείτε μια τεχνική άψογης, αδιάστου πλήρους και αφαιρέστε το μπαλόνι. 1 ημέρα μετά την επέμβαση, αφαιρούμε τη ΔΚΥ απ τη θέση της. *ΣΗΜΕΙΩΣΗ: Μην αφαιρείτε το μπαλόνι μέσα στον κόλπο επί περισσότερο από 1 ημέρα.*

1) Αφαιρέστε το πάδια από τη βαλβίδα του μπαλονιού.

2) Προσαρμόστε μια παχειά σύριγγα των 50 mL (ή μεγαλύτερη) στη βαλβίδα του μπαλονιού και αδειάστε το πλήρως (βλ. εικόνα 14). Εάν σημαντικό να αποσύρετε ολόκληρο τον όγκο του μπαλόνι πριστεί παραχρήσετε να το αφαιρέστε από τη ΔΚΥ. *ΣΗΜΕΙΩΣΗ: Το πλήρως αποδιογκωμένο μπαλόνι θα προκαλέσει την συώσφηρση του εμβόλου της σύριγγας, μετά την αφαίρεση όλου του αέρα.*

3) Αφαιρέστε τη σύριγγα.

4) Στη συνέχεια, το μπαλόνι μπορεί να διαχωριστεί από τη ΔΚΥ και να αφαιρεθεί από την ασθενή, έλκοντας έλαφρα τη γραμμή διόγκωσης προς την αιρά κατεύθυνση, σε ένα σημείο κοντά στο βάρος σύνδεσης του μπαλονιού, εφαρμόζοντας ταυτόχρονα σε ένα δάκτυλο έλαφρα πίση προς την αντίθετη κατεύθυνση στο περιβερωκό κ της ΔΚΥ. βλ. εικόνα 18.

*ΣΗΜΕΙΩΣΗ: Μην ασκούμε το μπαλόνι εάν δεν έχει αποδιογκωθεί πλήρως, για τον κωδυνότε εσωφάλεις αντίτασης. Εάν αισθανθεί αντίσταση, προσδώστε την αιτία προτού συνεχίσετε. Εάν συνεχίσετε η προσπάθεια ή να συνχίσετε το μπαλόνι από αντίτια ταυτόνη της ΔΚΥ κινεί τραύμα στους ιστούς της κολπικής κωλάστης. Για να βεβαιωθείτε ότι ο αέρας έχει αφαιρεθεί πλήρως, επανασυνδέστε τη σύριγ* αφαιρέστε όλο τον αέρα προτού συνεχίσετε με την αφαίρεση του μπαλονιού.

**Αφαίρεση της ΔΚΥ από την ασθενή**

Αφαιρέστε τη ΔΚΥ από την ασθενή περίπου 1 έως 4 εβδομάδες μετά τη χειρουργική επέμβαση, ορού έχει επέλθει επαρκής επούλωση. Στο χρόνο αυτό, το απορροφούμενο ράμματα ενδέχεται να έχουν διαλυθεί ή να μην έχουν ακόμη ανταλλ εμελινοθεί, έτσι ώστε να επιτρέψουν την αφαίρεση της ΔΚΥ χωρίς αντίσταση από τα ράμματα. *ΣΗΜΕΙΩΣΗ* μοστεί να κοπούν και τα δύο ράμματα για την αφαίρεση. *ΣΗΜΕΙΩΣΗ: Μην αφαιρετε τη ΔΚΥ μέσα στον κόλπο επί περισσότε* υπάρχει ράμματα καθήλωσης της ΔΚΥ. Αφαιρέστε με το χέρι τη ΔΚΥ από τον κολπικό σωλήνα, όπως φαίνεται στην εικόνα 19.

**Περιχειρητική φροντίδα**

Μπορεί να χρηγηθεί προφυλακτική αντιβιοτική αγωγή σύμφωνα με τη συνήθη πρακτική του χειρουργού. Η χειρωγική αντιβιοτική μπορεί να συνεχιστεί μετεγχειρητικά, ανάλογα με την προτίμηση του χειρουργού. Μπορεί να χρησιμοποιηθεί προφυλακτική ἑξωβλαμβάνει αγωγή.

Η χειρουργός θα πρέπει να εξηγήσει ότι, ο στόχος της ΔΚΥ, η οποία προορίζεται στον κόλπο να διόσπηρα δύο και τοποδιμιάν εβδομάδων μετά τη χειρουργική επέμβαση, είναι να υποστηρίξει τον κόλπο ακρόκα σου ράμμα από το δείγμα της περιβάλλον απαθαλαμοί. Η σύσταση θα πρέπει να αποψεύγεται κατά τη διάρκεια της μετεγχειρητικής αναλληρωσίωση, η ενέργεια που προάγει την επιτάχυνση της διάκριση ενός μετεγχειρητικών ενδειξεών να αφαιρετούν κολπικές εκκρίσεις και ότι η ΔΚΥ μπορεί να μετακινηθεί ελαφρά προς τα κάτω. 1 κατά η ασθενής αισθανθεί ότι η ΔΚΥ έχει μετακινηθεί ελαφρά προς τα κάτω, η ασθενής μαρμαίνει της ΔΚΥ έχει μετακινηθεί προς τα κάτω, πρέπει να την ωθήσει μαλακά προς τα επάνω, σε ένα σημείο άνετης θέσης. Πάντοτε, εάν η ΔΚΥ προκαλεί σημαντική δυσφορία, η ασθενής θα πρέπει να γνωρίζει ότι πρέπει να επικοινωνήσει με τον ιατρό της.

Μετά την έξοδο από το νοσοκομείο, θα πρέπει να δοθούν οδηγίες στην ασθενή να αποψύγει την έντονη δραστηριότητα επί μια περίοδο 3 έως 4 εβδομάδων. Σε αυτό το χρονικό διάστημα ο συνδετικός ιστός έχει (ανασχηματιστεί στο τραύμα παραγράφου, και η ασθενής θα μπορεί να αισθανθεί στην δραστηριότητας της κανονικής καθημερινής ζωής. Θα πρέπει να δοθεί στον ασθενή να αποψύγει τη σεξουαλική επαφή και πυθέσματος 4 εβδομάδες, μετά τη χειρουργική επέμβαση. Οι ιατρός μπορεί να συστήσει αποφυγή σεξουαλική επαφικό επίσηση στιγμή μετά τη χειρουργική επέμβαση.

**ΑΠΟΔΟΣΗ**

Μελέτες σε ζώα κατέδειξαν ότι η εμφύτευση πλέγματος GYNECARE GYNEMESH PS προκαλεί ελάχιστα έως ελαφρά φλεγμονώδη αντίδραση, η οποία είναι παρολική και ακολουθείται από την εισαγωγή ενός λεπτού πλάσιου στρώματος ινικά, το οποίο μπορεί να συνδετούμενα εμφανίσε το άπαχα ανάμεσα του πλέγματος, σκεψαμένοντας ότι το πλέγμα παρέχει συνεχή την ανθεκτικότητα. Το πλήρης συνεχή παρατηρείτε μάλα και υπόδειχη, επιτ η φυσιολογική επούλωση του τραύματος δεν επηρεάζεται εμφανίς. Το ετικό έχει αποφορηθεί, ώστε ευτούσετω ανταλλητηρός σε δραση των εμβόμον τεχνιτου.

**ΑΝΤΕΝΔΕΙΞΕΙΣ**

- Όταν το πλέγμα GYNECARE GYNEMESH PS χρησιμοποιείται σε βρέφος, σε παιδί, σε εγκύους ή σε γυναίκες που σκοπεύουν να τεκνοποιήσουν στο μέλλον, η χειρουργός θα πρέπει να γνωρίζει ότι αυτό το προϊόν δεν θα εκτείνι σε σημαντικό βαθμό κατά τη σωματική ανάπτυξη της ασθενούς.
- Το απόστημα GYNECARE PROSIMA δεν θα πρέπει να χρησιμοποιείται σε περιστάσεις εγκυμοσύνης, ενεργής φλεγμονής ή νεοπλασίας του κόλπου, του τραχήλου ή της μήτρας.

**ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ**

- Πριν από τη χρήση των συστημάτων GYNECARE PROSIMA, οι ιατροί που τα χρησιμοποιούν θα πρέπει να είναι εξοικειωμένοι με τις χειρουργικές διαδικασίες και εκπαιδευτεί από ένα την αποκατάσταση πυελικού εδάφους για τη χρήση με αποκρουόμενο πλέγματα.
- Η χρήση του συστήματος GYNECARE PROSIMA δεν έχει αξιολογηθεί πλήρως σε ασθενείς με πρόσθετη πυελική οργάνου στάδιο IV. Για το λόγο αυτό, η χρήση του σε αυτές τις ασθενείς δεν συνιστάται.
- Κατά τη χρήση του συστήματος GYNECARE PROSIMA, αέρας και κατά την εσφαλμένη μολευμένη ή εκμολυθείσω τραύματας, ακολουθήστε τις γενικά αποδεκτές χειρουργικές πρακτικές.
- Μη χρησιμοποιείτε το απόστημα GYNECARE PROSIMA εάν πιστεύετε ότι το σημείο της χειρουργική επέμβασης ενδέχεται να έχει ακόμα μολυνθεί ή μόλυνση. Για το σημείο κοντά στα βέλαση εσφαλμένης λοίμωξης, ενδέχεται να απαιτείται την κορή προς την εσωτερικά χαμόνου ασθενούς.
- Μετά την επέμβαση, θα πρέπει να γίνει σύσταση στην ασθενή να αποψύγει τον ανέβασμα βάρους και την άσκηση (π.χ. ποδήλατο, τρέξιμο) επί 3 έως 4 εβδομάδες και τη σεξουαλική επαφή επί 6 εβδομάδες, μέχρι όπως ο ιατρός διαπιστώσει ότι μπορεί να εκκινήσει της κανονικές της δραστηριότητες.
- Μην αφήνετε τη ΔΚΥ μέσα στον κόλπο επί περισσότερο από 4 εβδομάδες.
- Μην αφήνετε το μπαλόνι μέσα στον κόλπο επί περισσότερο από 1 ημέρα.
- Τα εξαρτήματα του συστήματος GYNECARE PROSIMA δεν προορίζονται για χρήση με οποιαδή, άλλα, από αυτές που αναφέρονται σε αυτό το έντυπο οδηγιών.
- Αποφεύγετε την ιαρμφή επαφή ενδότητας τομές στο εμφύτευμα πλέγματος κατά το χρονικό του.
- Χρησιμοποιείτε τα συστήματα GYNECARE PROSIMA με προσοχή και περιποίηση, παρουσία της αιτιολογία της αισθησίας, χρησιμοποιείτε να αποφύγετε τυχόν βλάβη σε αγγεία, νεύρα, στην υπουργικό κληπό και στα έντερα, καθώς και εξάρτηση του κολπικού τοιχώματος. Η σωστή χρήση τους εξαρτήματα του συστήματος GYNECARE PROSIMA θα ελαχιστοποιήσει τους κινδύνους.
- Η διάγνωση του μπαλονιού πρέπει να γίνεται μόνο με αέρα από το περιβάλλον.
- Η φλεγμονή θα επιβαρύνεται ότι δεν απαιτούνται διαφορές αέρα από το μπαλόνι μετά τη διόγκωση. Πλήρης απόλωση της διόγκωσης ενδέχεται να κινδυνεύει την αποτελεσματικότητα του μπαλονιού.
- Το πλήγμα του μπαλονιού είναι λεπτό, έτσι ώστε να αντιμετωπίζονται οι επιθυμητές σύσφυσης. Διατηρείτε, κοσμήμαα, εργαλεία, οδοντίαρχα ή πρεσμεπληστμένου ενδέχεται να εισπνεύσουν οι οπτιλία να διαχωριστές. Το μπαλόνι μπορεί να διατηρηθεί κάκαλα από βελόνα ή μετάξωμε τυπηστάτι στα επιφάνεια πρωτεϊνικό, εάν μπαλόνι που έχει αισστεί βλάβη δεν πρέπει να χρησιμοποιείται. Αφαιρέστε το και χρησιμοποιήστε νέο.
- Ο μέγιστος όγκος διόγκωσης που μπαλονιού είναι 90 ml. Μη διογκώνετε υπερβολικά το μπαλόνι. Υπερβολική διόγκωση του μπαλονιού ενδέχεται να προκαλέσει διαμοκφία στην ασθενή, νέωρση υαλ, μετιγμαρική διαρκεή κολπικά τραύματος ή ακραίιαφα οδηγησίς.
- Μη χρησιμοποιείτε τα συστήματα GYNECARE PROSIMA σε ασθενείς οι οποίες ακολουθούν ακτικινική θεραπεία.
- Ενδέχεται να εμφανιστεί αιμορραγία μετεγχειρητικά. Εξετάστε την ασθενή και οποιαδήτοτε σημειαμιρά ή σιμμία πριν από την έξοδό της από το νοσοκομείο.
- Πρέπει να ζητηθεί από την ασθενή να επικοινωνήσει αμέσως με τον χειρουργό έαν εμφανιστεί ασυνήθιστος πόνος, αιμορραγία ή άλλα προβλήματα.
- Μπαλόνι σι ασθενείς πρεπι τραυματισμό της σεκρόλιμφο κόλπος με αυτή την τεχνική είναι λίγος, συστεοιστι η δυνητικότ κοινοτικώσεμος.
- Μπαλόνι σι ασθενείς τραυματισμό του ορθού με αυτή την τεχνική είναι λίγος, ασυντιτε ο δυνητικοι διαστολικός εξέτασης.
- Μην αιτειλετε να εμφανίσει πλέγματος GYNECARE GYNEMESH PS με συνθετικο, κλι ή φραγμένα, καθώς ενδέχεται να προκαλέσει αισσσιάβ βλάβη στο πλέγμα.
- Το εμφύτευμα πλέγματος δεν πρέπει να βρίσκεται στο κόλπο τραύματος του κόλπου. Εάν χρειαστεί, επανελήγετε αν εμφύτευμα πλέγματος έως τη σωβλινική του κάτω με το μέσω τράχησφα του κόλπου.
- Μπορεί να χρησιμοθεί προφυλακτική αντιβιοτική αγωγή, σύμφωνα με τη συνήθη πρακτική του χειρουργού.

**ΑΝΕΠΙΘΥΜΗΤΕΣ ΑΝΤΙΔΡΑΣΕΙΣ**

- Οι δυνητικές αντιδράσεις αντίδρασης είναι εκείνες που σχετίζονται με συσκευές με χειρουργικές εμφανασθών είναι και περιλαμβάνουν την αύξηση πιθανότητα λοίμωξης, τη φλεγμονή, το σχηματισμό εμφάνισεν, το σχηματισμό αφυγμών, τη διάβρωση, την εξώθηση και αν δημιουργία κόλπων που αναβαθμίζει ασυστολή του χρόνου.
- Οι δυνητικές ανεπιθύμητες αντιδράσεις είναι εκείνες που σχετίζονται με τις διαδικασίες αποκατάστασης πρόπτωσης πυελικού εφγάνου, συμπεριλαμβανομένων των επώσ κατά τη διάρκεια ή πριν και του σεξουαλική επαφή και του πόνου μετά την συνλικό πόνος. Αυτά μπορεί να καθιστά ατό μόνα τους, με την πάρβοδο του χρόνου.
- Κατά το διαχωρισμό ιστών ή την τοποθέτηση του πλέγματος ενδέχεται να προκαλείη δοξεμολή, ρήξη ή τραυματισμό μεγαλύων αγγείων, της σφυροδρόχου νεύρου, της σαφήνικο ή του εντέρου, οι οποίες πιθανώς να απαιτήσουν χειρουργική αποκατάσταση.
- Η δεφαγνώζας ιστών για τη διαδικασίας αποκατάσταση πυελικού εδάφους ενδέχεται να διατραχθεί την κανονική ούρηση για ειρανικό διάστημα που μπορεί να πτούθλε.

ETH.MESH.02341450

**ΣΤΕΙΡΟΤΗΤΑ**

Τα συστήματα GYNECARE PROSIMA αποστειρώνονται με αιθυλενοξείδιο. ΜΗΝ ΕΠΑΝΑΠΟΣΤΕΙΡΩΝΕΤΕ οποιοδήποτε τμήμα του συστήματος GYNECARE PROSIMA. ΜΗΝ ΕΠΑΝΑΧΡΗΣΙΜΟΠΟΙΕΙΤΕ οποιοδήποτε τμήμα του συστήματος GYNECARE PROSIMA. Η επαναχρησιμοποίηση αυτής της συσκευής (ή μερών αυτής, της συσκευής) είναι δυνατό να προκαλέσει κίνδυνο αποδόμησης, που προϊόντος και δευτεροπαθούς μόλυνσης, η οποία υπόκειται να οδηγήσει σε λοίμωξη ή μετάδοση αιμοτογενώς μεταδιδόμενων παθογόνων μικροοργανισμών σε ασθενείς και χρήσεις. Μην το χρησιμοποιείτε εάν η συσκευασία έχει ανοιχτεί ή έχει υποστεί ζημιά. Απορρίψτε όλα τα εξαρτήματα του συστήματος GYNECARE PROSIMA που ανοίχθηκαν αλλά δεν χρησιμοποιήθηκαν.

**ΑΠΟΡΡΙΨΗ**

Απορρίψτε τα εξαρτήματα που συστήματος GYNECARE PROSIMA και τα αποσκευάσια τους σύμφωνα με την πολιτική και τις διαδικασίες απόρριψης βιολογικά επικίνδυνων υλικών και απόβλητων του νβεσμικού σας.

**ΦΥΛΑΞΗ**

Σε μια ς συνθήκες φύλαξης, ελεγχόμενη θερμοκρασία και σχετική υγρασία δωματίου (περίπου 25 °C, 60 % σχετική υγρασία), μακριά από υγρασία και άμεσες πηγές θερμότητας. Μην το χρησιμοποιείτε μετά την παρέλευση της ημερομηνίας λήξης.

**Σύμβολα που χρησιμοποιούνται στις ετικέτες**



ETH.MESH.02341451

THIS PAGE IS LEFT BLANK INTENTIONALLY.

55

**ETH.MESH.02341452**

Authorized Representative · Autoriseret repræsentant · Erkende vertegenwoordiger ·
Valtuutettu edustaja · Représentant autorisé · Autorisierter Vertreter · Rappresentante autorizzato ·
Representante autorizado · Representante autorizado · Auktoriserad representant ·
Εξουσιοδοτημέ&ως Αντιπρόσωπος

Johnson & Johnson Medical Limited
PO Box 1988
Simpson Parkway
Livingston
West Lothian
EH54 0AB
United Kingdom

Distributors · Distributører · Distributeurs · Tukkumyyjät · Distributeurs · Vertrieb durch ·
Distributori · Distribuidores · Distribuidores · Distributörer · Διανομείς

**CH**   Johnson & Johnson AG
Rotzenbuehlstrasse 55
CH-8957, Spreitenbach

*Manufactured for:*



ETHICON Women's Health & Urology
A division of ETHICON, INC.
a Johnson-Johnson company
Somerville, New Jersey 08876-0151

Reference to P21071



**ETH.MESH.02341453**