Christina Pramudji, M.D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA
CHARLESTON DIVISION

|  |  |
|---|---|
| IN RE:  ETHICON, INC.,<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY<br>LITIGATION | ) Master File<br>) No. 2:12-MD-02327<br>)<br>) JOSEPH R. GOODWIN<br>) U.S. DISTRICT JUDGE |
| ──────────────────── | ) ──────────────────── |
| THIS DOCUMENT RELATES TO<br>THE FOLLOWING CASES IN WAVE<br>1 OF MDL 200:<br>JOY ESSMAN<br>Case No. 2:12-cv-00277 | )<br>)<br>)<br>)<br>) |
| BARBARA A. HILL<br>Case No. 2:12-cv-00806 | )<br>) |
| PAULA KRIZ<br>Case No. 2:12-cv-00938 | )<br>) |
| BRENDA RIDDELL<br>Case No. 2:12-cv-00547 | )<br>) ORAL DEPOSITION OF<br>) CHRISTINA PRAMUDJI, M.D. |
| SHARON CARPENTER<br>Case No. 2:12-cv-00554 | )<br>) MARCH 23, 2016<br>) |
| MARY JANE OLSEN<br>Case No. 2:12-cv-00470 | )<br>) |
| VIRGINIA WHITE<br>Case No. 2:12-cv-00958 | )<br>) |
| SANDRA WOLFE<br>Case No. 2:12-cv-00335 | )<br>) |
| MARIE SMITH (F/K/A BANKS)<br>Case No. 2:12-cv-01318 | )<br>) |
| SHERRY FOX<br>Case No. 2:12-cv-00878 | )<br>) |
| LOIS DURHAM<br>Case No. 2:12-cv-00760 | )<br>) |

EXHIBIT F

Christina Pramudji, M.D.

---

Page 2

| | |
|---|---|
| 1 | ELIZABETH BLYNN WILSON    )<br>Case No. 2:12-cv-01286   ) |
| 2 | ) |
| 3 | DAPHNE BARKER         )<br>Case No. 2:12-cv-00899   ) |
| 4 | WENDY HAGANS          )<br>Case No. 2:12-cv-00783   ) |
| 5 | ) |
| 6 | MARIA EUGENIA QUIJANO    )<br>Case No. 2:12-cv-00799   ) |
| 7 | SHARON BOGGS          )<br>Case No. 2:12-cv-00368   ) |
| 8 | ) |
| 9 | CAREY COLE           )<br>Case No. 2:12-cv-00483   ) |
| 10 | CATHY WARLICK         )<br>Case No. 2:12-cv-00276   ) |
| 11 | ) |
| 12 | DONNA AMSDEN          )<br>Case No. 2:12-cv-00960   ) |
| 13 | HEATHER LONG          )<br>Case No. 2:12-cv-01275   ) |
| 14 | ) |
| 15 | PENNY RHYNEHART        )<br>Case No. 2:12-cv-01119   ) |
| 16 | NANCY JO WILLIAMS       )<br>Case No. 2:12-cv-00511   ) |
| 17 | ) |
| 18 | MARIA STONE          )<br>Case No. 2:12-cv-00652   ) |
| 19 | TERRI KEY SHIVELY       )<br>Case No. 2:12-cv-00379   ) |
| 20 | ) |
| 21 | CHARLENE LOGAN TAYLOR    )<br>Case No. 2:12-cv-00376   ) |
| 22 | TINA MORROW          )<br>Case No. 2:12-cv-00378   ) |
| 23 | ) |
| 24 | CAROL JEAN DIMOCK       )<br>Case No. 2:12-cv-004001   ) |

Page 3

1   ORAL DEPOSITION OF CHRISTINA PRAMUDJI, M.D.,

2   produced as a witness at the instance of the

3   PLAINTIFFS, and duly sworn, was taken in the

4   above-styled and numbered cause on the 23rd of March,

5   2016, from 1:20 p.m. to 4:25 p.m., before Tamara

6   Vinson, CSR in and for the State of Texas, reported by

7   machine shorthand, at the Westin-Houston Memorial

8   City, 945 Gessner Road, Houston, Texas, 77024,

9   pursuant to the Federal Rules of Civil Procedure and

10  the provisions stated on the record or attached

11  hereto.

Page 4

A P P E A R A N C E S

FOR THE PLAINTIFFS:
    ANDREW N. FAES, ESQ.
    Wagstaff & Cartmell LLP
    4740 Grand Avenue, Suite 300
    Kansas City, Missouri  64112
    816.701.1100
    afaes@wcllp.com

FOR THE DEFENDANTS:
    WILLIAM M. GAGE, ESQ.
    Butler Snow, LLP
    1020 Highland Colony Parkway, Suite 1400
    Ridgeland, Mississippi  39157
    601.948.5711
    william.gage@butlersnow.com

ALSO PRESENT:
    Ms. Tamara Vinson, Court Reporter

Page 5

INDEX
                                    PAGE

Appearances...................................3

CHRISTINA PRAMUDJI, M.D.

    Examination by Mr. Faes..................8

Signature reserved.........................136
Reporter's Certificate.....................138

Christina Pramudji, M.D.

Page 6

1                    EXHIBIT INDEX
2                                PAGE
3     Exhibit No. 1..................................8
         Notice to Take Deposition of Christina
4         Pramudji, M.D.
5     Exhibit No. 2..................................11
         Expert Report of Christina Pramudji, M.D.
6
      Exhibit No. 3..................................15
7         Christina Pramudji Reliance List in
          Addition to Materials Referenced in
8         Report - MDL Wave 1
9     Exhibit No. 4..................................22
          Curriculum Vitae
10
      Exhibit No. 5..................................10
11        Placeholder
12    Exhibit No. 6..................................22
          Curriculum Vitae
13
      Exhibit No. 7..................................41
14        Gynecare Prosima
15    Exhibit No. 8..................................56
          USDA UPDATE on Serious Complications
16        Associated with Transvaginal Placement of
          Surgical Mesh for Pelvic Organ Prolapse:
17        FDA Safety Communication
18    Exhibit No. 9..................................66
          FDA News Release - FDA strengthens
19        requirements for surgical mesh for the
          transvaginal repair of pelvic organ
20        prolapse to address safety risks
21
22
23
24

Page 7

1              CHRISTINA PRAMUDJI, M.D.,
2     having been first duly sworn, testified as follows:
3                    EXAMINATION
4     QUESTIONS BY MR. FAES:
5         Q.   Dr. Pramudji, good afternoon.  My name is
6     Andy Faes.  I'm here to take your deposition today
7     regarding the Prosima device.  Do you understand that?
8         A.   Yes.
9         Q.   And you understand that you're sworn to tell
10    the truth.  Correct?
11        A.   Yes.
12        Q.   Now, if I ask you -- you've been through this
13    process before, I take it, but if I ask you a
14    question that you don't understand, just let me know
15    and I'll try to rephrase the question.  All right?
16        A.   Sure.
17             (Exhibit No. 1 marked.)
18        Q.   I'm going to hand you what's been marked as
19    Exhibit No. 1 to the deposition, which is the
20    deposition notice.  Let me ask you, Dr. Pramudji, have
21    you reviewed that document prior to today?
22        A.   Yes.
23        Q.   And attached to that notice there's a number
24    of document requests.  Have you brought any materials

Page 8

1     with you today that are responsive to those requests?
2         A.   Yes.
3         Q.   What are those materials that you brought
4     today?
5         A.   Well, I brought my CV.  I brought all the
6     documents in my possession, including the thumb
7     drives, the company educational literature, the
8     literature in publications, all the documents that I
9     would have used in preparation, the patient medical
10    records, everything that I could -- that I could find,
11    with the exception of some of the materials that were
12    produced in prior cases and have been sent back to
13    Butler Snow.
14        Q.   Have you brought any invoices with you today
15    regarding your work on the Wave 1 expert reports or
16    any of the --
17        A.   No.
18        Q.   -- case-specific reports?
19        A.   No.
20        Q.   Okay.  What I'm -- have you billed for
21    those --
22        A.   No.
23        Q.   -- those reports yet?  No, you have not.
24    When do you anticipate billing --

Page 9

1         A.   Probably --
2         Q.   -- for those reports?
3         A.   Probably in the next few days.
4         Q.   Within the next few days?
5         A.   Yes.
6         Q.   Okay.  What I'm going to do is -- I know I'm
7     throwing off the exhibit numbers, but I'm going to
8     mark as Exhibit No. 5 --
9         A.   Uh-huh.
10        Q.   -- a placeholder.  And if you and William
11    could agree that when those bills become available --
12        A.   Uh-huh.
13        Q.   -- for your general reports and your
14    case-specific reports --
15        A.   Uh-huh.
16        Q.   -- that are the subject of this notice of
17    deposition, you'll send those to the Court Reporter
18    and they'll substitute those out as Exhibit No. 5.
19        A.   Okay.
20             (Exhibit No. 5 marked.)
21             MR. GAGE:  And I would say, I don't have
22    an objection to that, except for I do know I have --
23    Andy, I heard some generalized commentary back and
24    forth between counsel, not you and me, that there was

Christina Pramudji, M.D.

Page 10

1    some dispute -- I can't remember the details of it --
2    some dispute as to whether or not we had gotten the
3    invoices from Plaintiffs and their experts and we
4    needed to have some meeting of the minds. I'm
5    assuming we're going to ultimately get to a meeting of
6    the minds on that. So I don't have an objection to
7    producing them, but I do know that there is some
8    dispute out there that we're still needing to get some
9    from your experts. And so, you know, that's not a
10   fight you and I need to discuss or deal with today.
11          MR. FAES: No. I agree.
12          (Exhibit No. 2 marked.)
13   Q. (By Mr. Faes) Doctor, I'm going to hand you
14   what's been marked as Exhibit No. 2.
15   A. Uh-huh.
16   Q. Can you tell me what that is?
17   A. Yes. This is my expert report regarding the
18   Gynemesh, the Prolift and the Prosima.
19   Q. Does this report contain each of the opinions
20   that you've reached regarding the Prosima, Prolift and
21   Gynemesh PS?
22   A. Yes, these are my opinions.
23   Q. Is there any particular reason why you chose
24   to combine your opinions on those three products into

Page 11

1    a single report as opposed to separating them out?
2    A. Well, because the products are made of
3    Gynemesh PS and a lot of the science correlates with
4    -- with all the products, it seemed to make more sense
5    to just combine it.
6    Q. Would you agree that the Prosima, for
7    example, has a different safety and efficacy profile
8    than the Gynemesh PS flat mesh?
9    A. It does have a different efficacy, yes. But
10   -- but I think a lot of the general -- the general
11   points about the different products come together
12   nicely and the opinions can be held.
13   Q. So you've answered my question on efficacy.
14   A. Uh-huh.
15   Q. Do you agree that the Prosima has a different
16   safety profile than the Gynemesh PS flat mesh?
17   A. It depends on what you're -- what you're
18   talking about. There are some differences, yes.
19   Q. You'd agree that the Prosima device has some
20   unique risks that are unique to the Prosima. Correct?
21   A. I don't know if they're unique risks. I'm
22   thinking more about the rates may be different when
23   you compare the products.
24   Q. But as a general principle, we can agree that

Page 12

1    the complication rates for the Prosima device are
2    different than the Gynemesh PS flat mesh. Correct?
3    A. Are you talking about the Gynemesh PS being
4    used as a Prolift or just being used as a --
5    Q. No. I'm talking about the Gynemesh just as a
6    flat mesh.
7    A. Oh, they're -- actually, they're pretty
8    similar.
9    Q. So it's your --
10   A. I -- I'm sorry. Before I thought you were
11   talking about the Prolift versus the Prosima, which
12   they have slightly different rates. But with the
13   Gynemesh and the Prosima they're pretty similar.
14   Q. So you believe that the complication rates
15   for the Prosima device and the Gynemesh PS flat mesh
16   --
17   A. Uh-huh.
18   Q. -- are similar?
19   A. Yes.
20   Q. Do you agree that the Prolift device has a
21   different safety and efficacy profile than the
22   Gynemesh PS flat mesh?
23   A. It has a slightly -- slightly different, but
24   it's -- it's not a huge -- not a huge difference.

Page 13

1    Q. Well, you'd agree, for example, that the
2    Prolift kit has trocars and the Gynemesh PS flat
3    mesh and the Prosima mesh do not have trocars.
4    Correct?
5    A. That's correct, yes.
6    Q. Would you agree that the trocars used in the
7    Prolift mesh kit can introduce unique risks that are
8    not risks of the Gynemesh PS flat mesh or the Prosima
9    device?
10   A. They -- they can, yes. I don't know that
11   they're really significant looking at the literature,
12   but that is a theory that's out there.
13          MR. FAES: Okay. Object and move to
14   strike after the answer "yes."
15   Q. (By Mr. Faes) Now, in your report, which
16   I've marked as Exhibit 2, you go through various facts
17   and discuss facts. Did you discuss the facts that you
18   were -- you felt were the most important in drawing
19   your opinions in the report?
20   A. Yes.
21   Q. In terms of your decision making in writing
22   the report, why did you choose to cite the articles in
23   your report that you cited?
24   A. Well, I try to cite as much level one

4 (Pages 10 to 13)

Christina Pramudji, M.D.

Page 14

1  literature as I can, which is going to be randomized
2  controlled trials and review studies where they're,
3  you know, gathering together a lot of large studies
4  because that's the highest level of literature and try
5  to get a good sampling of the highest level studies
6  that there are.
7          (Exhibit No. 3 marked.)
8      Q.  Okay.  I'm going to hand you what's been
9  marked as Exhibit No. 3 to your deposition.
10     A.  Uh-huh.
11     Q.  Can you tell me what that is?
12     A.  It's the reliance list.
13     Q.  Now --
14         MR. FAES:  Do you have something to say,
15  William, before I. . .
16         MR. GAGE:  Just don't forget to -- she
17  mentioned an updated resume.  I didn't want you to
18  forget to --
19         MR. FAES:  Oh.
20         MR. GAGE:  -- mark that as a separate
21  exhibit, which I'm handing to you.  I mean, do it
22  after you ask the questions on the reliance list.
23         MR. FAES:  Sure.
24         MR. GAGE:  I didn't mean to interrupt

Page 15

1  you.
2          MR. FAES:  Well, I already had a
3  different one marked, so. . .
4          MR. GAGE:  Yeah.  Is that -- well, he'll
5  ask you -- he'll ask you whether you updated that one
6  at the appropriate time.  I'm sorry to interrupt.  I
7  just didn't want to forget.  I handed it to you when I
8  looked down and I saw it in my lap.
9          MR. FAES:  I don't see any difference
10  between this and the one I have.  Anyway. . .
11     Q.  (By Mr. Faes)  Now, Dr. Pramudji --
12     A.  Uh-huh.
13     Q.  -- Exhibit 3 --
14     A.  Uh-huh.
15     Q.  -- is that the reliance list for both your
16  Prosima/Gynemesh PS/Prolift report, as well as your
17  TVT and TVTO general report?
18     A.  Yes.
19     Q.  And at this time, you haven't issued any
20  general reports on any of the TVT products, other than
21  the TVT retropubic device and the TVTO device.  Right?
22     A.  That's correct.
23     Q.  Now, did you make this list or was it
24  provided for you?

Page 16

1      A.  Butler Snow helped me to make the list.
2      Q.  Does this list contain all of the materials
3  that you reviewed and relied upon in forming your
4  opinions in this case?
5      A.  Yes.
6      Q.  You've mentioned that you've brought a number
7  of materials with you.
8      A.  Uh-huh.
9      Q.  There's flash drives, there's materials
10  stacked in front of you.
11     A.  Uh-huh.
12     Q.  Is everything -- is there anything that
13  you brought today -- strike that.  I'll start over --
14     A.  Uh-huh.
15     Q.  -- and ask a new question because you
16  look like you're maybe a little confused.
17         Is there anything that you brought with you
18  today that you've reviewed and relied upon in forming
19  your opinions on the Prolift, Prosima or Gynemesh
20  PS --
21     A.  Uh-huh.
22     Q.  -- that is not listed on Exhibit No. 3?
23     A.  Not to my knowledge.
24     Q.  Now, you've combined your reliance

Page 17

1  list for the -- we'll call them the pelvic organ
2  prolapse products.  When I say pelvic organ prolapse
3  products, I'm referring from here on out as the
4  Prolift, the Prosima and the Gynemesh PS.  Can we
5  agree to that?
6      A.  Yes.
7      Q.  So you combined your opinions -- strike that.
8          You've combined your reliance list for your
9  report on the pelvic organ prolapse products and your
10  general report on the TVT and TVTO products.  Correct?
11     A.  Yes.
12     Q.  There's one reliance list for both reports.
13  Correct?
14     A.  Yes.
15     Q.  In forming your opinions, did you rely on
16  midurethral slings -- strike that.
17         In forming your opinions on the POP products,
18  did you rely on midurethral strings [sic] and the TVT
19  to form any of your opinions regarding the safety and
20  efficacy of the Prolift?
21         MR. GAGE:  Object to form.
22     A.  Not for the -- not for the major substance of
23  my opinions.  I mean, for, you know, peripheral
24  knowledge, I think it helps support the safety of the

5 (Pages 14 to 17)

Christina Pramudji, M.D.

Page 18

1  mesh, but obviously they're very different products,
2  so you can't draw too many conclusions --
3     Q.  (By Mr. Faes)  Okay.  So same --
4     A.  -- on the general safety of the mesh.
5     Q.  Sorry.  I didn't mean to interrupt you.  So
6  same question:  Prosima and Gynemesh PS, in forming
7  your opinions, did you rely on midurethral slings and
8  the TVT to form any of your opinions regarding the
9  safety and efficacy of the Gynemesh PS or the Prosima?
10    A.  I'm sorry.  Wasn't that the same question
11 that I just answered?
12    Q.  You answered it for Prolift the first time.
13    A.  Oh, okay.  Well, it would be the same answer.
14    Q.  Okay.  Thank you.  Now, when were you first
15 contacted about being a general expert in this case
16 regarding the Prosima?
17    A.  Well, the M -- this M -- this big MDL wave
18 was in November.
19    Q.  Okay.
20    A.  But there was another Prosima case prior to
21 that, maybe a year, year and a half ago.
22    Q.  Right.  You're referring to the Caviness
23 case --
24    A.  Right.

Page 19

1     Q.  -- where you were asked by Butler Snow to be
2  an expert?
3     A.  Yes.
4     Q.  But you didn't prepare a written report
5  in that case.  Correct?
6     A.  I honestly can't recall.  I don't know.  I
7  can't remember.  At this point, I'd have to look back
8  at my records.
9        MR. FAES:  Okay.  And I'd ask if one was
10 -- was created that it be produced to us, but,
11 William, correct me if I'm wrong, I'm pretty sure
12 there wasn't.  It was just an expert disclosure.
13 Right?
14       MR. GAGE:  Andy --
15       THE WITNESS:  I think --
16       MR. GAGE:  -- I honestly don't know, but
17 I will tell you, my sense is --
18       THE WITNESS:  That's right.
19       MR. GAGE:  -- in Texas State court, I
20 think the rule is we only had to do disclosures and
21 not reports.
22       MR. FAES:  Yeah.
23       MR. GAGE:  And I think you're --
24       THE WITNESS:  Yeah, that's what it --

Page 20

1  because it was Texas --
2        MR. FAES:  Right.  And you guys --
3        THE WITNESS:  -- Federal court.
4        MR. FAES:  And you guys never do any
5  more than that.
6        THE REPORTER:  We have to do this one at
7  a time, please.
8        MR. FAES:  Sorry.
9        MR. FAES:  Okay.  So I'll just ask if
10 the -- that -- if one was created for the Caviness
11 case, a written report, that you provide that to us.
12    Q.  (By Mr. Faes)  How many hours would you
13 -- strike that.  I'm going to ask a different
14 question.
15       When were you first contacted about being an
16 expert in this case regarding the Gynemesh PS?
17    A.  When you say "this case," you mean -- what do
18 you mean specifically?
19    Q.  I mean this Wave 1 general expert report.
20    A.  This.  Oh, okay.  So that all just started in
21 November.
22    Q.  Have you -- do you have an estimate of the
23 number of hours that you've spent preparing this
24 report which is marked as Exhibit 3?

Page 21

1     A.  Yeah.  Probably, I would say -- I would
2  estimate about 50 hours.
3     Q.  Now, that 50 hours, is that for the entire
4  report for all three of the pelvic organ prolapse
5  products?
6     A.  Yes.
7     Q.  How many hours of that 50 would you say you
8  spent actually drafting the report?
9     A.  Probably about 20.
10    Q.  And how many of those hours would you say you
11 spent reviewing materials that went into the report?
12    A.  About 30.  A lot of the materials I was
13 already familiar with from previous cases.
14       (Exhibit No. 4 marked.)
15    Q.  Okay.  I'm going to hand you what's been
16 marked as Exhibit 4, which is the -- your CV that was
17 produced to us.  And I'm also going to mark as
18 Exhibit 6 the CV that counsel just gave me, which was
19 represented as your updated CV.  At first glance, I
20 couldn't tell my difference to it.  We'll refer to
21 Exhibit 6 most of the time.
22       (Exhibit No. 6 marked.)
23    Q.  So if you look at Exhibit No. 6, which has
24 been represented as your current updated CV, there's a

6 (Pages 18 to 21)

Christina Pramudji, M.D.

Page 22

1    list of publications.  Correct?
2        A.  Correct.
3        Q.  Do any of the publications listed in your CV
4    specifically address the Prosima product?
5        A.  No.
6        Q.  Do any of the publications listed in your
7    report specifically address the Gynemesh PS products?
8        A.  No.
9        Q.  Do any of the publications in your report
10   specifically address the transvaginal technique for
11   the treatment of prolapse?
12           MR. GAGE:  Object to form.  Your -- the
13   -- and I'll object to the form to last two -- the last
14   two questions.  You've asked the question:  Do any of
15   the publications listed in your report.  I'm thinking
16   you're meaning to say listed in your CV.
17           MR. FAES:  I do mean that, so I'll --
18   thank you, William.  I'll re-ask the question.
19           MR. GAGE:  Yeah.
20       Q.  (By Mr. Faes)  Do any of the --
21           MR. GAGE:  Well, she was giving an
22   incorrect answer by saying no and so I felt it was
23   important to. . .
24           THE WITNESS:  Oh, I knew what -- I knew

Page 23

1    what he meant.
2            MR. FAES:  That's the one time when I
3    appreciate the speaking objection, William.
4            MR. GAGE:  Yes.
5        Q.  (By Mr. Faes)  Do any of the -- Dr. Pramudji,
6    do any of the publications listed in your curriculum
7    vitae specifically address the Gynemesh PS product?
8        A.  No.
9        Q.  Do any of the publications listed in your
10   curriculum vitae specifically address the transvaginal
11   technique for the treatment of pelvic organ prolapse?
12       A.  No.
13       Q.  Would you agree that the Prosima is an
14   alternative surgical treatment -- strike that.
15           Would you agree that the Prosima is an
16   alternative surgical procedure for the treatment of
17   prolapse as compared to other techniques that are
18   available to physicians?
19           MR. GAGE:  Object to form.
20       A.  Yes.
21       Q.  (By Mr. Faes)  You've never published any
22   peer-reviewed literature in the area of mesh
23   complications.  Correct?
24       A.  That's correct.

Page 24

1        Q.  You've never treated -- strike that.
2            You've never published any peer-reviewed
3    literature in the area of treating mesh complications
4    either.  Is that correct?
5        A.  That's correct.
6        Q.  Now, you've used the Prosima in your
7    practice.  Correct?
8        A.  Yes, I have.
9        Q.  And you've implanted about 75 of them.  Is
10   that --
11       A.  That's sounds about right, yes.
12       Q.  Can you tell me when you first implanted the
13   Prosima device?
14       A.  Let's see.  It was shortly after it came out,
15   which I believe was in 2008, if I remember correctly.
16   So that would have been -- you know -- shortly after
17   it was launched I -- was when when I tried it.
18       Q.  Now, you wrote in your report, I believe,
19   that the Prosima didn't have a full launch until -- I
20   can't find it.  I believe you wrote in your expert
21   report that the Prosima device didn't have a full
22   launch until later in -- later in 2010.  Is that
23   correct?
24       A.  (No response.)

Page 25

1        Q.  It's Page 41 that you said it was not widely
2    launched until August of 2010.
3            MR. GAGE:  Object to form.
4        Q.  (By Mr. Faes)  Broadly launched.  And it's
5    top of Page 40.  My mistake.
6            MR. GAGE:  Object to form.
7        A.  Oh, yes, that's correct.  I got the dates
8    confused.  So it would have been after that.
9        Q.  (By Mr. Faes)  So that -- what you said
10   earlier was incorrect, you don't believe --
11       A.  Yeah.
12       Q.  -- that you first implanted it in 2008?
13       A.  That's -- yeah, that's incorrect.  I got the
14   dates confused, yeah.
15       Q.  So you believe that you -- and actually, I
16   was going to ask you later about that date on Page 40
17   of your report.
18       A.  Uh-huh.
19       Q.  Are you sure that's correct, that it was --
20   wasn't widely launched until August of 2010?
21           MR. GAGE:  Object to form.
22       Q.  (By Mr. Faes)  Do you think it might have
23   been August of 2009?
24       A.  I would have to -- I'd have to look back at

7 (Pages 22 to 25)

Christina Pramudji, M.D.

Page 26

1  my references.
2      Q.  Okay.  But, at any rate, you believe you
3  didn't begin using the Prosima device until it was
4  officially launched in either 2009 or 2010, whatever
5  the date may be, by Ethicon.  Correct?
6      A.  That's correct, yes.
7      Q.  But you know that it -- that the Prosima
8  device was actually cleared in 2007?
9      A.  Yes.
10     Q.  And was available to a limited number
11 of physicians who were conducting trials and studies
12 on the device.  Is that correct?
13     A.  Yes.
14     Q.  So you -- you were not, as far as you know,
15 one of the people that was involved in conducting a
16 clinical trial on the Prosima or using the Prosima
17 prior to its full launch by Ethicon.  Is that right?
18     A.  That's correct.
19     Q.  Now, you use Gynemesh PS in your medical
20 practice, as well.  Is that correct?
21     A.  I have used it in the past on a few
22 occasions.
23     Q.  How many times would you estimate you've used
24 the Gynemesh PS?

Page 27

1      A.  The free cut Gynemesh PS, is that what you're
2  referring to.
3      Q.  Yes.  Yes, the flat -- the Gynemesh PS, the
4  flat mesh.
5      A.  Maybe a dozen times.
6      Q.  Do you recall during what time period you've
7  used the Gynemesh PS?
8      A.  Going back to 2002 and then going forward to
9  probably 2011.
10     Q.  So when you used the Gynemesh prior to 2005,
11 did you just use it where you would cut portions of it
12 to help you in treating prolapse when you were doing
13 native tissue repair?
14     A.  That's correct.
15     Q.  Okay.  And why did you stop using it in 2011?
16     A.  Because of the environment around that
17 transvaginal mesh with the patients being more wary of
18 it and feeling reluctant to have mesh implants.
19     Q.  So you would agree that you moved away from
20 using mesh for pelvic organ prolapse repair?
21     A.  Yes.  Not completely, but, yes.  The
22 environment was not conducive to using it.
23     Q.  So when you -- do you still use mesh
24 occasionally for pelvic organ prolapse repair?

Page 28

1      A.  Absolutely.
2      Q.  What mesh -- meshes do you use if you need a
3  flat mesh, for example?
4      A.  Well, I -- I haven't really used just a flat
5  mesh.  I've used -- I've used -- I use the Elevate.
6      Q.  Still?
7      A.  No.
8      Q.  When did you stop using the Elevate?
9      A.  Well, they've -- they've now stopped
10 producing it, so. . .
11     Q.  When did they stop producing it?
12     A.  I think -- I think they're in the process of
13 stopping, but they announced a couple of weeks ago
14 that they are not going to produce it anymore.
15     Q.  How did you learn of that announce many?
16     A.  Through an e-mail from ASTORA.
17     Q.  From -- was it from your sales rep or. . .
18     A.  No.  It was from corporate.
19     Q.  Okay.  And did they say when in that e-mail
20 that they would officially stop --
21     A.  Yes --
22     Q.  -- making it available for sale?
23     A.  -- but I can't remember the date.  I think if
24 the hospitals still have it, it could be used, but,

Page 29

1  you know, I think patients might feel uncomfortable
2  with that.  So next time that I need a transvaginal
3  mesh, I'll probably use the Boston Scientific mesh.
4      Q.  Which Boston Scientific mesh do you believe
5  you'd use?
6      A.  Well, I think they only have one transvaginal
7  kit right now and I can't recall the name of it.
8      Q.  Is it the Uphold product?
9      A.  Uphold, yes.
10     Q.  I got a little sidetracked with the Elevate
11 stuff.
12     A.  Okay.
13     Q.  So if you need a -- if you needed a -- strike
14 that.
15         When is the last time that you recall using a
16 flat mesh that you cut yourself or inserted in whole
17 in a pelvic organ prolapse repair?
18     A.  So not a kit --
19     Q.  Right.
20     A.  -- you mean?
21     Q.  Right.  A flat mesh like the Gynemesh PS.
22     A.  The last time would probably be in 2011,
23 because at that point I only used it to supplement a
24 to Total Prolift that had a large apical defect.  So,

8 (Pages 26 to 29)

Christina Pramudji, M.D.

---

**Page 30**

1  at that point, I wasn't even using it by itself.  I
2  used it in conjunction with the Prolift.  I would
3  fashion a greater apical support with the free mesh,
4  if that makes sense.  So where the Total Prolift would
5  go across the apex, I would supplement with the
6  Gynemesh.  So the last time that I would have used a
7  free cut mesh just to supplement was probably
8  pre-Prolift.
9      Q.  Okay.  If you -- let me ask you this:  If you
10  had a patient with a large defect that you didn't feel
11  you could repair using either native tissue or suture
12  repair or a biologic mesh, would you consider using a
13  synthetic mesh?
14      A.  Yes.
15      Q.  What synthetic -- what would be your
16  synthetic mesh of choice in that situation?
17      A.  I don't know.  I don't know who -- I don't
18  even know if they still make Gynemesh, because I
19  haven't used it in so long.  I don't even know if that
20  product --
21      Q.  So --
22      A.  If that product is available, I would use
23  Gynemesh.
24      Q.  So, sitting here today, you don't know

---

**Page 31**

1  whether or not the Gynemesh PS is still available or
2  not?
3      A.  I do not know.
4      Q.  Have you ever used the Prolene Soft product?
5      A.  I always get the different nomenclatures
6  confused.  Is that the same one as Prolift Plus M?
7      Q.  No, it is not.
8      A.  Okay.  Is that the Vypro?
9      Q.  No.
10      A.  Okay.  What is the --
11      Q.  So -- so let me ask you this:  Sitting here
12  today, do you know what the Prolene Soft mesh is?
13      A.  No, I don't.
14      Q.  Do you know if there is any difference
15  between the Prolene Soft mesh and the Gynemesh PS
16  mesh?
17      A.  I can't recall right now.
18      Q.  So if they're identical, you wouldn't know
19  that one way or the other?
20      A.  I can't recall what Prolene Soft is.
21      Q.  Okay.  So it's probably also fair to say that
22  you don't know if there is a price difference between
23  the Gynemesh PS or the Prolene Soft mesh?
24      A.  A price difference?

---

**Page 32**

1      Q.  Yes.
2      A.  No, I don't know.
3      Q.  Do you know what sizes and configurations the
4  Gynemesh PS currently is available in?
5      A.  No.
6      Q.  You stated earlier that you stopped using the
7  Gynemesh PS, I think, because of the environment?
8      A.  Yes.
9      Q.  Did you say -- did I get that right?
10      A.  That's correct.
11      Q.  What do you mean by that?
12      A.  Well, when there's, you know, wall-to-wall
13  litigation commercials, patients look askew at mesh
14  procedures.  And so they -- they get scared and they
15  want to look at other alternatives.
16      Q.  When did you first begin to use a mesh kit
17  for the treatment of prolapse?
18      A.  2005.
19      Q.  And what was the first kit that you used?
20      A.  The Prolift.
21      Q.  And other than that kit, is the only other
22  kit you've used on a -- not counting, like, cadaver
23  labs --
24      A.  Uh-huh.

---

**Page 33**

1      Q.  -- but in a -- on a live human woman, is the
2  only other kit that you've used the Elevate?
3      A.  Elevate, the Prosima --
4      Q.  Oh, yeah, the Prosima and the --
5      A.  -- and the Uphold.
6      Q.  You have used the Uphold?
7      A.  Yes.
8      Q.  When did you first use that?
9      A.  I don't recall.  It was several years ago.
10      Q.  And has it -- when's the last time that you
11  used the Uphold kit?
12      A.  I really have only tried it a couple of times
13  and that was a few years ago.
14      Q.  Okay.  And you've also used -- I think you
15  just forgot to mention it -- you've used the Prolift
16  Plus M --
17      A.  Yes.
18      Q.  -- kit before, as well.
19      A.  Yes.
20      Q.  Correct?
21      A.  Uh-huh, that's correct.
22          MR. GAGE:  Let me just remind you --
23          THE WITNESS:  Yes.
24          MR. GAGE:  -- the way the Court Reporter

9 (Pages 30 to 33)

Christina Pramudji, M.D.

Page 34

```
 1   has to work, Andy -- let Andy really completely fully
 2   finish his question --
 3           THE WITNESS:  Uh-huh.
 4           MR. GAGE:  -- before you answer, because
 5   I'm reading the transcript here and a lot of times
 6   you're answering before Andy is finished.  And we want
 7   to make it nice and clean for the record, so I may
 8   from time to time nudge you on that point.
 9           MR. FAES:  And the Court Reporter
10   appreciates it, too.
11           MR. GAGE:  Yeah.
12      Q.  (By Mr. Faes)  Now, during the time that you
13   were using the Prosima, did you also continue to do
14   native tissue repairs with sutures?
15      A.  Yes, I did.
16      Q.  Did you view the native tissue repairs with
17   sutures as an alternative to the Prosima and vice
18   versa?
19      A.  Yes.
20      Q.  And you've also done abdominal
21   sacrocolpopexy.  Correct?  I tried to say that
22   correct.  I don't know if I did or not.
23      A.  That was close.  Yes.  I really started doing
24   that primarily, though, after 2011 when the
```

Page 35

```
 1   transvaginal mesh became controversial.
 2      Q.  When did you first start to perform that
 3   procedure?
 4      A.  I did a handful prior to 2011, but I really
 5   started using it more after 2011.
 6      Q.  In terms of an alternative treatment for a
 7   patient, would you agree that abdominal sacrocolpopexy
 8   would be one of the alternatives if, in fact, there
 9   were prolapse in the part of a -- in the part of a
10   pelvis that would be appropriate for that treatment?
11           MR. GAGE:  Object. Form.
12      A.  I don't understand the last part of your
13   question.
14      Q.  (By Mr. Faes)  You know what, I'll strike
15   that and ask a new one.
16           What meshes have you used for abdominal sacro
17   -- I'll just say ASC.  Okay?  What meshes have you
18   used for AFC -- ASC?
19      A.  I've used the Ethicon product.
20      Q.  Okay.
21      A.  The Coloplast product, which is called
22   Restorelle, R-E-S-T-O-R-E-L-L-E.  And that's what I
23   use currently.  And I've also used the AMS product.
24      Q.  The Y mesh or. . .
```

Page 36

```
 1      A.  Y mesh.  They're all Y meshes.
 2      Q.  But you don't use the Ethicon Artisyn mesh?
 3           MR. GAGE:  Object. Form.
 4      A.  I tried it a couple times, but I didn't -- I
 5   didn't prefer it.  It was harder to work with in
 6   surgery than the Restorelle in my hands.
 7      Q.  (By Mr. Faes)  So it would be fair to say
 8   that currently when you do abdominal sacrocolpopexy
 9   procedure, your mesh of choice is the Coloplast
10   Restorelle?
11      A.  That's correct.
12      Q.  When you consent a patient for a mesh kit,
13   such as the Prosima device, do you -- did you talk to
14   them about the specific manufacturer and compared the
15   kits with them that were available to use or did you
16   just talk about vaginal mesh, in general, and then you
17   chose the kit for that patient?
18           MR. GAGE:  Object to form.
19      A.  I would talk about the vaginal mesh in
20   general and maybe with the Prosima some of the nuances
21   compared to the Prolift, but I -- other than that, I
22   didn't compare it to different kits.  I don't think
23   patients would really be able to -- most patients
24   would not be able to fully understand and appreciate
```

Page 37

```
 1   the differences between the different kits.
 2      Q.  (By Mr. Faes)  Okay.  So that kind of brings
 3   --
 4      A.  I didn't see much -- I didn't much use for
 5   that.
 6      Q.  Okay.  So that kind of brings me to my next
 7   question:  You -- what's the time period that you
 8   performed the Prolift device?  From 2005 until it
 9   was no longer available in 2012?
10      A.  Yes, that's correct.
11      Q.  And you were performing the Prosima from
12   either 2009 or 2010, whenever the launch date was,
13   until its discontinuance.  Right?
14      A.  That's correct.
15      Q.  So during the time when you were implanting
16   both Prosima devices and Prolift devices, how did you
17   decide which kit to use for which patient?
18      A.  The Prosima is best suited for a grade 2 or 3
19   cystocele or rectocele without loss of apical support.
20   If they needed more apical support or they had other
21   factors that they needed more support, then
22   I would do the Prolift.
23      Q.  So is it fair to say that the Prosima was
24   your device of choice for a patient that had a grade 2
```

10 (Pages 34 to 37)

Christina Pramudji, M.D.

Page 38

1  or 3 rectocele or cystocele without loss of apical
2  support?
3      A.  Yes.
4      Q.  And your -- was your Prolift your device of
5  choice for all other patients or was there a specific
6  subset of patients that that was your device of choice
7  for?
8      A.  That was definitely my device of choice for
9  the more severe prolapse patients, grade 4s or some
10  grade 3s, as well, just depending on -- all grade 3s
11  are not the same.  They can have different angles and
12  different areas that need support and some of those
13  would get a Prolift, as well.
14      Q.  Now, like the Prosima device, the Elevate
15  does not have trocar passes.  Is that correct?
16      A.  That's correct.
17      Q.  One significant difference between -- strike
18  that.
19          The fact that there were no external trocar
20  passes with the Elevate or the Prosima, did you see
21  that as a potential benefit from a safety perspective
22  as compared to the Prolift?
23      A.  Yes, I did.  You -- you do avoid some
24  bleeding that could occur with a trocar pass.  I

Page 39

1  didn't have any other complications with the trocar
2  passes than bleeding at times, but for that reason it
3  would have a slightly -- a slight advantage to the
4  Prosima.
5      Q.  Now, you talked a little bit about -- a
6  minute ago about the Prosima device being best for
7  grade 2 or 3 defects.  Is that correct?
8      A.  Yes.
9      Q.  Is there anything, as you sit here today,
10  that you know of in the IFU that tells physicians that
11  the device is best for those two grades of prolapse?
12      A.  I believe it does state that in the IFU and I
13  know that that is what we taught in the prof ed, as
14  well.
15      Q.  So you believe it states in the Prolift IFU
16  that it is only indicated for grade 2 or 3 defects?
17          MR. GAGE:  Object.  Form.
18      A.  I know it's in some of the literature that
19  the company put out.  I'd have to look and see if it's
20  in the IFU that I'm picturing in my head right now.
21  Can I look at it?
22      Q.  (By Mr. Faes)  Yeah.
23          MR. FAES:  Do you want to go off the
24  record for just a second?  I need some water and she

Page 40

1  can look at it.
2          (Break.)
3      Q.  (By Mr. Faes)  Dr. Pramudji, we're back on
4  the record after a short break.  Are you ready to
5  proceed?
6      A.  Yes.
7          (Exhibit No. 7 marked.)
8      Q.  Before I -- before the break, I had asked you
9  whether or not the Prosima IFU states that the device
10  is indicated for grade 2 or 3 rectocele or cystocele
11  and I handed you what's been marked as Exhibit No. 7
12  to your deposition, which is the 2010 Prosima IFU.
13  Are you -- have you reviewed that document and are you
14  prepared to answer the question?
15      A.  Yes.  I do not see in there where it says
16  that it's indicated for that.
17      Q.  Had she --
18          MR. GAGE:  Hang on just a second.  Okay.
19  Go ahead.
20      Q.  (By Mr. Faes)  But you did mention that you
21  believe that it was -- that information was contained
22  in professional education materials?
23      A.  Yes.
24      Q.  Let me ask you this:  Do you know if Ethicon

Page 41

1  keeps track of who those professional materials go to?
2      A.  I have no idea.
3      Q.  You would agree that the IFU, which is
4  Exhibit No. 7 in front of you, is required by law to
5  be in every Prosima product that is sold to
6  physicians.  Is that correct?
7      A.  Correct.
8      Q.  So we can ensure -- strike that.
9          By contrast, the professional education
10  materials provided by Ethicon are not in every box of
11  the product that goes out to physicians.  Is that
12  correct?
13      A.  Of course not.
14      Q.  Doctor, do you know the clearance date for
15  the Gynemesh PS flat mesh product?
16      A.  I think it goes back to 2002.
17      Q.  And do you know when the Gynemesh PS product
18  was first launched in the United States?
19      A.  No, I don't.
20      Q.  And I'll take it, since you don't know what
21  the Prolene Soft product is, you don't know what the
22  clearance date is for that product either?
23      A.  Correct.
24      Q.  And you don't know when the Prolene Soft

11 (Pages 38 to 41)

Christina Pramudji, M.D.

Page 42

1   product was first available for use by physicians in
2   the United States?
3       A.  That's right.
4       Q.  Do you know the clearance date for the
5   Prosima product?  I think we talked about this a
6   little earlier.
7       A.  I think it was around 2008.
8       Q.  But you don't know any more specific than
9   that --
10      A.  No.
11      Q.  -- sitting here today?  Do you recall if you
12  -- if you listed that clearance date for either the
13  Gynemesh PS or the Prosima product in your report?
14      A.  I think I did.  I can -- I'd have to look and
15  see exactly where I put it in here.
16      Q.  Okay.  I don't -- I don't want to take the
17  time right now, but we'll just -- we'll just have your
18  answer stand that you believe it's in there.
19          Let me ask you this, Doctor:  Would you --
20  have you ever used a medical device for something that
21  it was not indicated for?
22      A.  No.
23      Q.  Is that something you would consider doing,
24  is using a medical device for something off label or

Page 43

1   something that was not specifically in its indications
2   for use?
3       A.  Absolutely.  As a trained surgeon, I use my
4   professional judgment and sometimes there are
5   situations where you use things off label, medications
6   or potentially, devices.  I haven't used a device off
7   label that I can recall.  I have used a medication off
8   label and discussed that with the patient, but that's
9   within the prerogative of the physician to use their
10  judgment.
11      Q.  And I take it -- you understand that surgical
12  mesh is a medical device.  Correct?
13      A.  Yes.
14      Q.  So you've never used a surgical mesh off
15  label in your -- how many years have you been
16  practicing?
17      A.  Fifteen years.
18      Q.  You've never used a -- so I'll restart the
19  question:  You've never used a surgical mesh off label
20  in your 15 years of practice that you can recall.
21  Correct?
22      A.  That's correct.
23      Q.  Do you know, sitting here today, whether or
24  not the Gynemesh PS flat mesh is indicated for

Page 44

1   transvaginal use?
2       A.  Yes, it is.
3       Q.  So you believe, as you sit here today, that
4   the Gynemesh PS mesh is indicated for transvaginal
5   use?
6       A.  Yes.
7       Q.  Do you recall sitting -- as you sit here
8   today, if you've reviewed the 2013 Gynemesh PS flat
9   mesh IFU?
10      A.  I'm sure I have, but I'd have to refresh my
11  memory on that.
12      Q.  Okay.  Do you recall, as you sit here today,
13  if you've reviewed the 2015 Gynemesh flat mesh IFU
14  that's available on Ethicon's website?
15      A.  I'm sure I have, but I'd have to review
16  specifics.
17      Q.  Do you agree with the FDA's viewpoint that
18  there is a need for more rigorous studies regarding
19  the safety and efficacy of mesh kits?
20          MR. GAGE:  Object to form.
21      A.  No, I disagree with them, because I think
22  that we have a very strong body of data showing that
23  the mesh kits are safe and effective.
24      Q.  (By Mr. Faes)  Have you ever seen the 522

Page 45

1   order that was issued by the FDA with regard to the
2   Prosima?
3       A.  I'm sure that I have at some point.
4       Q.  Do you recall, sitting here today, what it
5   said?
6       A.  I can't recall.
7       Q.  Have you seen Ethicon's response to the 522
8   order on the Prosima?
9       A.  I'm sure that I have, but I couldn't -- I
10  couldn't recite it to you.
11      Q.  Do you recall, as you sit here today, if in
12  response to Ethicon's -- strike that.
13          Do you recall, as you sit here today, if in
14  response to the FDA's 522 on the Prosima, Ethicon
15  tried to get the FDA to accept studies that it had
16  already done on the Prosima in lieu of a 522 study?
17          MR. GAGE:  Object to form.
18      A.  I'm not sure if I know about that or not.  I
19  don't recall.
20      Q.  (By Mr. Faes)  Has anyone ever told you why
21  the Prosima was removed from the market?
22          MR. GAGE:  Object to form.
23      A.  Not that I recall.
24      Q.  (By Mr. Faes)  Do you have an understanding,

12 (Pages 42 to 45)

Christina Pramudji, M.D.

Page 46

1 as you sit here today, of why the Prosima was removed
2 from the market?
3 MR. GAGE: Object to form.
4 A. My understanding is that it was a calculation
5 of being able to sell the product and having the
6 resources to do the research that was required for the
7 522. That was my understanding. I can't recall who
8 told me that.
9 Q. (By Mr. Faes) Let me ask you this: Do you
10 intend to offer any opinions in this case about why
11 the Prosima was removed from the market?
12 MR. GAGE: Object to form.
13 A. I am not sure.
14 Q. (By Mr. Faes) Would you agree that from the
15 time that the Ethicon did a full launch of the Prosima
16 product until the time they stopped making it and it
17 was no longer available, it was less than three years?
18 A. That's correct.
19 Q. Do you know how many Prosima devices Ethicon
20 sold during that time?
21 A. No, I don't.
22 Q. Do you recall specifically how you found
23 out that the Prosima device was no longer going to
24 be available for sale?

Page 47

1 A. No, I don't recall.
2 Q. Do you recall the month or the year when that
3 occurred?
4 A. No.
5 Q. Do you recall if you had, like, a warning
6 period -- was -- strike that.
7 Was there a time between when you were
8 told that the Prosima was going to be -- was no
9 longer going to be available for sale and when it
10 was actually not available for sale?
11 A. Yes.
12 Q. Do you recall what hospitals you worked at
13 during that time period when -- between when Prosima
14 -- the announcement on Prosima was first made that it
15 was no longer going to be sold and when it was
16 ultimately no longer available?
17 A. Yes.
18 Q. Which hospitals were those?
19 A. Memorial Hermann, Memorial City.
20 Q. Okay.
21 A. And Memorial Hermann Katy and St. Catherine's
22 Hospital.
23 Q. Do you know if any of those hospitals still
24 had Prosima devices on their shelves after Ethicon

Page 48

1 stopped selling the product?
2 A. Yes, they did.
3 Q. Do you know what they did with those
4 products?
5 A. They kept them so that I could use them.
6 Q. So you used -- continued to use the Prosima
7 device after the announcement was made that it was no
8 longer going to be available?
9 A. Yes.
10 Q. How many Prosima devices did you use --
11 A. I don't recall.
12 Q. -- during that time period?
13 A. I don't know.
14 Q. Do you recall when the last Prosima device
15 you placed was?
16 A. No, I don't remember.
17 Q. Do you know what the shelf life of the
18 Prosima product is?
19 A. No.
20 Q. Is it your usual practice to check the
21 expiration date before you implant the product --
22 A. Absolutely.
23 Q. -- in a person?
24 A. Sorry. Sorry to interrupt. Yes, absolutely.

Page 49

1 Q. And to your knowledge, you've never implanted
2 a product that was past the expiration date. Is that
3 correct?
4 A. Not to my knowledge.
5 Q. Did you ask the hospital to buy up or
6 stockpile any Prosima devices before it was no longer
7 available when the announcement was made?
8 A. No, I didn't ask them to do that. I just
9 felt like I would use what they already had on hand.
10 Q. You didn't do any kind of projection of, I
11 think that -- you know -- I anticipate using this many
12 products a month and the shelf life is X number of
13 years, so I'll need this many products, you didn't do
14 that analysis?
15 A. No.
16 Q. Same question on the Prolift: Do you
17 know if any of the hospitals had that device on its
18 shelves after Ethicon stopped selling the product?
19 A. Yes, they did, and I continued to use it.
20 Q. And you used it until they ran out?
21 A. That's correct.
22 Q. And same question on the Prolift: Did you
23 ask any of the hospitals to buy up extra Prolift while
24 it was available --

13 (Pages 46 to 49)

Christina Pramudji, M.D.

Page 50

1    A.  No.
2    Q.  -- obviously keeping in mind that there's
3  an expiration date on the product and you would need
4  to use it before it expired?
5    A.  No, I didn't go to that extent.
6    Q.  What about the Prolift Plus M device?
7    A.  Same story.
8    Q.  Okay.  So you did continue to use the Prolift
9  Plus M device up until the time it was no longer
10  available?
11    A.  That's correct.
12    Q.  We talked a little bit about the selection
13  criteria you used for the Prosima versus the Prolift
14  device.  What was your selection criteria for patients
15  on the Prolift Plus M device?  What kind of patients
16  did you put that into?
17    A.  Well, once the Prolift Plus M became
18  available and I felt -- I saw result -- good results
19  in my own patients, I started to transition my Prolift
20  patients to Prolift Plus M patients.  And so I began
21  to use it more -- much more frequently than the
22  Prolift.  And it would have been basically the same
23  patients with the more severe prolapse or loss of
24  apical support.

Page 51

1    Q.  For the Prolift Plus M?
2    A.  Correct.
3    Q.  Did -- was there a time that the Prolift Plus
4  M device became your device of choice over the
5  Prolift?
6    A.  Yes, for a while it was.
7    Q.  Do you recall about what time period that was
8  when that occurred?
9    A.  No, I can't remember.
10    Q.  You said that you waited to switch over until
11  you saw good results in your own patients.  Did you do
12  -- do you mean you implanted it in the patients and
13  then waited to see what happened or are you referring
14  to other physicians in your group?
15    A.  In my own patients --
16    Q.  Okay.
17    A.  -- where I could examine them myself and see,
18  see how well it worked.
19    Q.  If you were able to find a Prosima or a
20  Prolift device today that was not already expired,
21  would you consider implanting it in a patient?
22    A.  Absolutely.
23    Q.  Do you believe it's within the standard of
24  care to continue to implant those devices today?

Page 52

1    A.  Absolutely.  They're great products.
2    Q.  Do you believe the Prosima device is still
3  cleared by the FDA today?
4    A.  From a regulatory perspective, I'm not sure.
5  I don't know.
6    Q.  If it were not cleared, would you still
7  consider implanting the Prosima in a patient?
8        MR. GAGE:  Object to form.
9    A.  You know, it worked so great in -- with my
10  patients that I probably would consider it, because
11  looking at the data and with my own experience, I
12  think it's proven to be very effective and safe and I
13  feel very comfortable with it.
14    Q.  (By Mr. Faes)  So do you believe a physician
15  would be within the standard of care if he knowingly
16  implanted a medical device that was not currently cleared
17  or approved by the FDA?
18        MR. GAGE:  Object to form.
19    A.  In certain situations, yes.  Because our
20  knowledge as physicians allows us the leeway to use
21  things off label.
22    Q.  (By Mr. Faes)  I'm not talking about things
23  that aren't indicated.  I'm talking about a device
24  that is no longer cleared or approved by the FDA.

Page 53

1    A.  Uh-huh.
2        MR. GAGE:  Object to form.
3    Q.  (By Mr. Faes)  Do you understand that?
4    A.  I see the distinction that you're talking
5  about.  I think strictly legally there could be some
6  -- some problems if you implant something that's not
7  FDA approved, but whether that's outside the standard
8  of care, I think -- I think it could still be within
9  the standard of care.
10    Q.  Backtracking a little bit to the Gynemesh PS
11  flat mesh product, have you ever seen the 522 order
12  that was issued by the FDA with regard to that
13  product?
14    A.  I believe I have.
15    Q.  Do you recall, sitting here, what it said?
16    A.  No, I don't recall.
17    Q.  Do you know what Ethicon did in response to
18  the 522 order on the Gynemesh PS flat mesh?
19    A.  No, I don't.
20    Q.  Have you ever used the standard, traditional
21  Prolene mesh in your medical practice?
22    A.  What do you mean by standard, traditional
23  Prolene mesh?
24    Q.  I'm talking about the standard mesh that's

14 (Pages 50 to 53)

Christina Pramudji, M.D.

Page 54

1   for hernia repair, not Prolene Soft, not Gynemesh.
2       A.  No.
3       Q.  Standard traditional Prolene mesh.
4       A.  No, I have not.
5       Q.  Is that a mesh that you would consider using
6   in your practice?
7       A.  I don't know.  I'm not familiar with it.
8       Q.  Let me ask you this:  Do you believe it would
9   be a reasonable decision for a doctor to stop using
10  the Prosima device following the July 2011 FDA public
11  health notification?
12      A.  Sure.
13      Q.  The same question:  Do you believe it would
14  be a reasonable decision for a doctor to stop using
15  the Prosima -- strike that.
16          Do you believe it would be a reasonable
17  decision for a doctor to stop using the Prolift or
18  Prolift Plus M device following the July 2011 FDA
19  public health notification?
20      A.  If they're uncomfortable with it, that's
21  their prerogative.
22      Q.  Would you agree that surgical complications
23  associated with surgical mesh for transvaginal repair
24  of pelvic organ prolapse are not rare?

Page 55

1       A.  How are you defining "rare"?  Or what do you
2   mean by "rare"?  Can you clarify that?
3       Q.  Well, you're a physician.  How do you
4   understand the word "rare" when it relates to
5   complications?
6       A.  In my opinion, and looking at the literature
7   and with my own experience, I think that the surgical
8   complications are rare, meaning that they're less than
9   ten percent.
10          (Exhibit No. 8 marked.)
11      Q.  I'm going to hand you what's been marked as
12  Exhibit No. 8 to your deposition.  This is the 2011
13  public health notification.
14      A.  Uh-huh.
15      Q.  If I could have you turn to the second page.
16      A.  Uh-huh.
17      Q.  I'm just going to read the -- one, two,
18  three, four -- fifth paragraph down.  It says:  The
19  FDA is issuing this update to inform you that serious
20  complications associated with surgical mesh for
21  transvaginal repair of POP are not rare.
22          Do you see that?
23      A.  Yes.
24      Q.  So you disagree with the FDA in this regard.

Page 56

1   Is that correct?
2       A.  Yes, that's correct.
3       Q.  Let me ask you this:  When you consulted
4   patients after this public health notification was
5   issued, did you talk to them about this notice?
6       A.  Absolutely.
7       Q.  Did you tell your patients that you disagreed
8   with the public health notification, that you
9   disagreed with the FDA that the complications were not
10  rare?
11      A.  Yes, I did, because in my hands and the
12  literature, they are rare.
13      Q.  Do you believe that a physician, when they --
14  a physician who consents is -- strike that.
15          If a physician consents his patients for a
16  pelvic organ prolapse kit procedure and tells that
17  patient that serious complications associated with
18  surgical mesh are rare, do you believe that that
19  physician has appropriately consented the patient?
20          MR. GAGE:  Object to form.
21      A.  Yes.
22      Q.  (By Mr. Faes)  Do you agree or disagree that
23  there is no evidence that transvaginal mesh repair
24  with mesh provides any added benefit compared to

Page 57

1   traditional surgery without mesh?
2       A.  I disagree, because I think the literature
3   bears it out, but the transvaginal mesh repair is more
4   effective that traditional repair.  There's multiple
5   studies that reinforce that.
6       Q.  And you know --
7       A.  And I saw that in my own experience.
8       Q.  And if you turn to Page 3, you see that that
9   statement is contained within the public health
10  notification, as well.
11      A.  (No response.)
12      Q.  It's the third bullet point.  I'll read it
13  again for you.  There is no evidence that transvaginal
14  repair to support the top of the vagina, parentheses,
15  (apical repair or back wall of the vagina),
16  parentheses, posterior repair with mesh provides any
17  added benefit compared to traditional surgery without
18  mesh.
19          Do you see that?
20      A.  Yes, I do.
21      Q.  And you disagree with that statement from the
22  FDA?
23      A.  When you narrow in on the posterior wall, it
24  is not as much of a benefit as it is on the anterior

15 (Pages 54 to 57)

Christina Pramudji, M.D.

Page 58

1    wall, which is what I was referring to previously.
2        Q.  So I'm not sure if I got an answer to my
3    question.  Are you saying you agree with this
4    statement from the FDA or disagree with it or you
5    can't answer?
6        A.  I would agree with that bullet point --
7        Q.  When you --
8        A.  -- about the posterior wall.
9        Q.  When you consented patients for pelvic organ
10   prolapse procedures after July of 2013 --
11       A.  Uh-huh.
12       Q.  -- did you tell them that there was no
13   evidence that using mesh provides any added benefit as
14   compared to traditional surgery without a mesh?
15           MR. GAGE:  Object to form.
16       A.  What I told patients -- we're speaking of a
17   posterior repair right now.  And what I told patients
18   is that there is a slight benefit with the mesh and
19   there is definitely a benefit with decreased pain with
20   the posterior mesh versus a traditional posterior
21   plication repair.  Does that answer your question?
22       Q.  (By Mr. Faes)  Yes.  Do you agree that mesh
23   used in transvaginal pelvic organ prolapse repair
24   introduces risks not present in traditional non-mesh

Page 59

1    surgery for pelvic organ prolapse repair?
2        A.  The only additional risk that it introduces
3    is a mesh exposure.
4        Q.  So was my -- the answer to my question, yes,
5    you agree with that statement?
6        A.  (No response.)
7        Q.  Do you want me to read the question again?
8            MR. GAGE:  No.  She can look at it here.
9        A.  No.  It only introduces that one risk.  All
10   other risks are going to be potential with any
11   pelvic floor surgery.
12       Q.  (By Mr. Faes)  So is it your testimony that
13   mesh contraction is a risk of any other pelvic
14   surgery?
15       A.  Wound contraction is.  Mesh doesn't contract.
16   The wound contracts and the scarring contracts.
17       Q.  You don't believe that mesh contracts?
18       A.  No.  The wound and the scar contract.
19       Q.  If you go down to the second paragraph below
20   the bullet point it says:  Mesh contraction,
21   parenthesis, (shrinkage) is a previously unidentified
22   risk of transvaginal POP repair with mesh that has
23   been reported in the scientific literature in an
24   adverse event reports to the FDA since the October

Page 60

1    20th, 2008 public health notification.
2            So at least according to this, both the FDA
3    and the medical literature believed that mesh
4    contraction or shrinkage does exist.  Is that correct?
5            MR. GAGE:  Object to form.
6        A.  Yes, they do believe that, but I respectfully
7    disagree, because the mesh does not contract.  It's
8    the scar tissue around it.  And you can see wound
9    contraction and vaginal shortening, tightening, pain
10   with any pelvic floor correction.
11       Q.  (By Mr. Faes)  So you would disagree with
12   both the FDA and the medical literature that mesh
13   can contract or shrink?
14           MR. GAGE:  Object to form.
15       A.  Yes, the mesh does not contract or shrink.
16   The wound and the scarring is what contracts and
17   shrinks.  The mesh, itself, does not.
18       Q.  (By Mr. Faes)  When the wound or scar
19   contracts and shrinks --
20       A.  Uh-huh.
21       Q.  -- if the mesh is encapsulated --
22       A.  Uh-huh.
23       Q.  -- can the mesh shrink, as well, along with
24   the wound or scar tissue?

Page 61

1        A.  I mean, it's a matter of semantics.  The
2    mesh, itself, is not shrinking or contracting.  If you
3    take it out, it's going to be the same Prolene caliber
4    fibers.  They're not going to be shrunken.
5        Q.  There not going to be shrunken or deformed as
6    the wound or the scar tissue which completely
7    surrounds it contracts?
8        A.  The pores will be -- the pores of the mesh
9    maybe shrunken or deformed and pulled together by the
10   scar tissue, but the Prolene, itself, is not shrunken.
11       Q.  Do you degree -- strike that.
12           Do you agree or disagree that mesh placed
13   abdominally for pelvic organ prolapse repair results
14   in lower rates of mesh complications compared to
15   transvaginal pelvic organ prolapse surgery with mesh?
16       A.  Actually, the mesh erosion rates are similar
17   with the transabdominal and the transvaginally placed
18   mesh looking at the sacrocolpopexy studies.  They have
19   similar rates.
20       Q.  So if you turn to Page 4 of exhibit -- the
21   exhibit that I just handed you.
22       A.  (Complying.)
23       Q.  You go under the bullet point:  Consider
24   these factors before placing surgical mesh.  The last

16 (Pages 58 to 61)

Christina Pramudji, M.D.

Page 62

1    bullet point you see, it reads:  Mesh placed
2    abdominally for pelvic organ prolapse repair may
3    result in lower rates of mesh complications compared
4    to transvaginal pelvic organ prolapse surgery with
5    mesh.
6         Is it fair to say that you disagree with the
7    FDA on this statement?
8    A.  Well, it says it may result.  They're not
9    saying it does result in lower rates.  And I think, if
10   we look at the literature, we can see they're very
11   similar rates.
12   Q.  So you -- does that mean you agree with the
13   statement from the FDA that it may result in lower
14   rates of mesh complications compared to transvaginal
15   pelvic organ prolapse surgery with mesh?
16   A.  As they've written it here, may result, I
17   can't really disagree with that.  I think, as -- as
18   time has borne out and as we've seen further studies
19   with sacrocolpopexy, we're seeing that this -- the
20   mesh exposure rate is very similar or suture exposure
21   rate.  And with abdominally placed mesh you also have
22   the risk of bowel obstruction and adhesions,
23   intraabdominal adhesions.
24   Q.  I think you've answered my question.  I'll

Page 63

1    object to move to strike after the word "that" just
2    for the record.
3         If a synthetic graft product like the Prosima
4    does not do better than native tissue repair, in terms
5    of safety and efficacy, do you think it should be
6    introduced to the market?
7    A.  That's a hypothetical question.
8    Q.  It is.
9    A.  If any product doesn't show improved safety
10   or efficacy, I don't know why they would want to --
11   why anyone would want to release it or market it.
12   What would be the point?
13   Q.  Okay.  Do you agree or disagree with the
14   following statement:  There is no authoritive --
15   authoritative paper to support the Prosima outcomes
16   are superior or even comparable to a colporrhaphy?
17   A.  I disagree with that statement.
18   Q.  So if the investigator of a -- on a Prosima
19   trial were to make that statement to Ethicon, you
20   would disagree with that statement?
21   A.  Yes.  I think we've got some good literature
22   that shows that it is efficacious and safe.  And
23   that's also what I saw in my own experience.
24   Q.  If a primary investigator for a Prosima trial

Page 64

1    which studied whether or not the product was effective
2    for -- strike that.
3         Do you agree that native tissue repairs have
4    similar outcomes to synthetic mesh without the risks
5    inherent in mesh use?
6         MR. GAGE:  Object to form.
7    A.  (No response.)
8    Q.  (By Mr. Faes)  Why don't I ask a better
9    question?  Do you agree that native tissue repairs for
10   the repair of pelvic organ prolapse have similar
11   outcomes to synthetic mesh used for pelvic organ
12   prolapse without the risks inherent in mesh use?
13   A.  No.
14        MR. GAGE:  Object to form.
15   A.  I think the -- in my opinion, the literature
16   is clear that the outcomes are better with mesh
17   augmentation and the risks are similar.  The only
18   additional risk is mesh exposure or erosion.
19   Q.  (By Mr. Faes)  Do you agree or disagree that
20   native tissue repair remains the standard of care for
21   the treatment of pelvic organ prolapse in the typical
22   patient?
23   A.  I disagree.  The standard of care is
24   sacrocolpopexy at this point.

Page 65

1    Q.  What exhibit are we on, Doctor?  Are we on 9?
2    A.  8.  It's 9.
3         MR. GAGE:  This was one 8.
4    A.  That's correct.
5         MR. GAGE:  So 9 would be next.
6         (Exhibit No. 9 marked.)
7    Q.  (By Mr. Faes)  Doctor, I'm going to hand you
8    what's been marked as Exhibit 9 to your deposition.
9         MR. FAES:  I actually got one of these
10   for you, too, William.
11   Q.  (By Mr. Faes)  Give you a second to review
12   that.  And my first question is:  Have you seen this
13   document before?
14   A.  Yes, I have.
15   Q.  Is this a document that you reviewed and
16   relied upon in forming your opinions in this case?
17   A.  Yes.
18   Q.  Do you agree that -- let me read this.  This
19   is a document titled FDA strengthens -- strengthens
20   requirement for surgical mesh for the transvaginal
21   repair of pelvic organ prolapse to address safety
22   risks.  And it's dated January 4th, 2016.
23        Do you see that?
24   A.  Yes.

17 (Pages 62 to 65)

Christina Pramudji, M.D.

Page 66

1    Q.  It says beginning in the first paragraph,
2    second sentence:  The FDA issued one order to
3    reclassify these medical devices from class II, which
4    generally includes moderate-risk devices, to class
5    III, which generally includes high-risk devices.
6        Do you see that?
7    A.  Yes.
8    Q.  Do you agree that surgical mesh to repair
9    pelvic organ prolapse are high-risk devices?
10   A.  No, I don't agree.
11   Q.  So do you disagree with the FDA's decision to
12   reclassify surgical mesh to a high-risk device?
13   A.  Yes, I do.
14   Q.  Do you believe that the Prosima is a
15   high-risk device?
16   A.  No, not at all.
17   Q.  Do you believe that the Prolift is a
18   high-risk device?
19   A.  No, not at all.
20   Q.  Do you believe the Gynemesh PS flat mesh is a
21   high-risk device?
22   A.  No.
23   Q.  Do you know whether or not the Prolift is now
24   classified as a class III -- strike that.

Page 67

1        Do you know whether or not the Gynemesh PS
2    flat mesh is now classified as a class III or class II
3    device?
4    A.  I don't know.
5    Q.  Do you think that would be important in -- or
6    something you'd like to consider in forming your
7    opinions regarding the Gynemesh PS?
8    A.  No.  I feel very comfortable with it with my
9    experience and with the literature.
10   Q.  Do you know whether or not Ethicon does
11   internal risk analysis to determine risk scores for
12   those devices -- strike that.  I think I phrased that
13   wrong.
14       Do you know whether or not Ethicon does
15   internal risk analysis to determine risk scores for
16   the medical devices they sell?
17   A.  I'm not sure.
18   Q.  You've never seen a residual risk analysis
19   for the Prosima, Prolift or Gynemesh PS device?
20   A.  I don't think I have.
21   Q.  So you don't recall, sitting here today,
22   whether or not Ethicon assigns a residual risk score
23   when they do these analyses.  Is that correct?
24   A.  That's correct.

Page 68

1    Q.  And you don't know obviously, then, if the
2    number of this residual risk score correlates to the
3    device being low risk, moderate risk or high risk?
4    A.  I don't know.
5    Q.  And, again, since you've never seen these,
6    you don't know what Ethicon's assessment was for the
7    Prolift, Prosima or the Gynemesh PS flat mesh with
8    regards to whether it was a low, moderate or high-risk
9    device.  Is that correct?
10   A.  That's correct.
11   Q.  Now, if you look again at Exhibit No. 9, on
12   the very first paragraph it says:  Surgical mesh has
13   been used by surgeons since the 1950s to repair
14   abdominal hernias; in the 1970s, gynecologists began
15   implanting surgical mesh for abdominal repair of
16   pelvic organ prolapse and, in the 1990s, for
17   transvaginal repair of pelvic organ prolapse.  In
18   2002, the first flat mesh device with this indication
19   was cleared for use as a class II moderate risk
20   device.
21       Do you see that?
22   A.  Yes.
23   Q.  Do you know whether or not that the first
24   mesh device with this indication that was cleared in

Page 69

1    2002 that it's referring to is the Gynemesh PS?
2    A.  I don't know.
3    Q.  So you don't know, sitting here today,
4    whether or not the Gynemesh PS flat mesh was the first
5    mesh device which was cleared with a transvaginal use
6    indication?
7    A.  I know it -- I think that was the year that
8    it was approved and cleared, but I don't know if it
9    was the first one.
10   Q.  Good enough.  Do you know if Ethicon wanted
11   to sell the Gynemesh PS flat mesh with a transvaginal
12   use indication today, if they would have to submit a
13   premarket approval indication to the FDA because it's
14   now a class III device?
15   A.  Can you repeat your question, please?
16   Q.  You know what, I'm going to strike that --
17   A.  Okay.
18   Q.  -- and move on.  Doctor, on Page 3 of your
19   report -- and feel free to refer back to it if you
20   want.  It's already marked as an exhibit. -- you
21   state that the data in women does not support that the
22   Gynemesh Prolene Soft degrades.  Is that an opinion
23   you intend to offer in this case?
24   A.  Absolutely.  I feel very strongly about that.

18 (Pages 66 to 69)

Christina Pramudji, M.D.

Page 70

1    Q.   Would you agree that you are not an expert in
2    polymer chemistry?
3    A.   No, I would not agree with that.  I mean, I
4    have dealt with polymers all these years as a surgeon
5    and I was a chemical engineering undergrad and studied
6    polymer science there, so I feel comfortable with
7    polymers and I understand how Gynemesh works in
8    patients in over 2000 patients.
9    Q.   So you hold yourself out as an expert in
10   polymer chemistry.  Is that right?
11   A.   Yes, as far as it -- as far as it relates to
12   my practice, I certainly do.
13   Q.   Have you ever done any chemical testing with
14   the Prolene Soft mesh or the mesh in the Prolift or
15   the Prosima to see if it degrades?
16   A.   No, I haven't done that.
17   Q.   Have you ever done a microscopic analysis of
18   the Prolene Soft mesh or the mesh that's in the --
19   which is the mesh that's in the Prolift or in Prosima
20   to determine if it degrades?
21   A.   No, I haven't.
22   Q.   Do you -- strike that.
23        In support of your opinion regarding mesh
24   degradation you state that the reoperation rates for

Page 71

1    recurrence are low and that cure rates and patient
2    satisfaction is high.  Is there anything else you
3    believe supports your opinion?
4    A.   Well, the literature definitely supports it
5    when we don't see problems that can be related back to
6    degradation in the literature.
7    Q.   What do you believe the reoperation rates are
8    for the Prosima device?
9    A.   Oh, five percent, ten percent.  And most of
10   those are just small erosions that need to be
11   repaired.
12   Q.   What do you --
13        MR. GAGE:  Object to form of the last
14   question.  I think you asked a question and the
15   witness give a different answer, so that's all I'm
16   saying.
17   Q.   (By Mr. Faes)  What do you believe the --
18        MR. FAES:  Yeah, I think she answered
19   about complications, not reoperation, so maybe I asked
20   a bad question.
21   Q.   (By Mr. Faes)  What do you believe the
22   reoperation rates -- strike that.
23        What do you believe the reoperation rates are
24   for Prosima for mesh failure?

Page 72

1    A.   For mesh failure -- what do you mean by "mesh
2    failure"?  Do you mean that the prolapse recurred?
3    Q.   Yes.
4    A.   In that same compartment or in another
5    compartment?
6    Q.   Well, let's -- both questions.  What
7    do you believe the reoperation rates are for Prolift
8    for prolapse recurring in the same compartment,
9    different compartment, and then both combined?
10   A.   It's going to be -- for the -- the -- it's
11   going to be around 20 percent per compartment.
12   Q.   So I'm not sure if that answered my question,
13   so I'll break it down.  What do you believe are
14   reoperation rates for Prosima for failures in the same
15   compartment?
16   A.   For a recurrent -- I don't call it a mesh
17   failure, first of all, because it's not necessarily a
18   fault of the mesh.  It's just the way that the pelvis
19   is.  There's going to be a certain degree of recurrent
20   prolapse no matter what technique you use.
21   Q.   Let me see if I can re-ask the question in a
22   way that you can answer with a straight percentage.
23   What do you believe the reoperation rates are for the
24   Prosima for treatment failure in the same compartment?

Page 73

1    A.   Okay.  So it's somewhere between ten to 20
2    percent.
3    Q.   What do you believe the reoperation rates are
4    for the Prosima for treatment failure in a different
5    compartment?
6    A.   About the same.
7    Q.   What do you believe the reoperation rates are
8    for the Prosima for treatment failure either in the
9    same compartment or a different compartment?
10   A.   It would be --
11        MR. GAGE:  Object the form.
12   A.   -- about the same, around that --
13   Q.   (By Mr. Faes)  Ten to 20 percent?
14   A.   Around that range, yeah.
15   Q.   And I think you already anticipated my
16   question and answered it, but what do you believe the
17   reoperation rates are for Prosima for mesh extrusion
18   or -- strike that.  I'm going to ask it a little bit
19   different question.
20        What do you believe the reoperation rates are
21   for the Prosima to treat complications, all
22   complications, excluding treatment failure?
23   A.   Excluding treatment failure, somewhere
24   between five and ten percent.

19 (Pages 70 to 73)

Christina Pramudji, M.D.

Page 74

1      Q.  What do you believe the reoperation rates are
2  for the Prosima to treat complications or treatment
3  failure in any compartment?
4      A.  So somewhere between five and 20 percent.
5  That's looking at the literature, looking at my own
6  experience.
7      Q.  So you -- as you sit here today, you don't
8  believe that a reoperation rate for treatment failure
9  of ten to 20 percent and a reoperation rate for
10  complications of five to ten percent is evidence that
11  the Gynemesh PS mesh in the Prosima degrades?
12      A.  No, not at all.  There's no correlation
13  there.
14      Q.  Is there a number it would reach -- it could
15  reach in order for you to change or reconsider your
16  opinion that the data in women doesn't support that
17  the Gynemesh PS degrades?
18      A.  I can't -- I can't even conceive of that,
19  because it does not even -- it does not degrade in any
20  way, so it's just a hypothetical question.  So, yes,
21  there's no --
22      Q.  So if there --
23      A.  There's nothing you could tell me that would
24  make me say, oh, that's because of degradation,

Page 75

1  because it doesn't happen.
2      Q.  But if I understand you correctly, you're
3  using the -- you rely on the fact that reoperation
4  rates for recurrence are low and cure rates and
5  patient satisfaction is high is the basis for
6  your opinion that the mesh doesn't degrade.
7  Right?
8      A.  Right.
9      Q.  So you're saying -- telling me that there's
10  no number that that -- that those reoperation rates
11  could rise to that would cause you to reconsider your
12  opinion?
13      A.  No.  I mean, that's part of the basis.
14  That's not the whole basis.  That's just -- first of
15  all, we're starting with the fact that it doesn't
16  degrade and then this is the supportive reason to show
17  that it doesn't.  But the converse is not necessarily
18  true.  If this happens, that doesn't mean that it
19  degrades, if that makes sense.
20      Q.  So, again, I think I asked you this
21  question earlier -- maybe I didn't or maybe I've
22  already forgotten the experts that your -- strike
23  that.  I'm just babbling now.
24      So let me just ask you a new question:  In

Page 76

1  support of your opinion that the data in women does
2  not support that the Gynemesh PS degrades, you state
3  that the reoperation rates for recurrence are low,
4  that the cure rates and patient satisfaction are high.
5  Is there anything else that you're relying on to
6  support your opinion that the data in women does not
7  support that the Gynemesh PS degrades?
8      A.  Well, also, apart from these, sort of, side
9  studies where they show, quote, unquote, degradation,
10  which I think is just probably the biofilm, in other
11  studies, where they -- where they remove the mesh, the
12  mesh is there.  You know, it's not -- it doesn't
13  disappear.  It doesn't degrade over time.  I mean, if
14  Prolene degraded, they would not use it in cardiac
15  surgery to rely on sewing together arteries.  So this
16  whole theory of degradation is just -- just bogus in
17  my opinion.
18      Q.  So if I understand you correctly, you're
19  relying on literature to support your opinion that the
20  Gynemesh PS doesn't degrade?
21      A.  And my own clinical experience, my own
22  clinical experience with my patient success and
23  satisfaction with it.  And in the cases where I've
24  removed mesh, you know, grossly examining the mesh --

Page 77

1  yeah, I didn't do a microscopic electron microscopy on
2  the mesh, but, you know, it's not like you see it
3  disintegrating.  It's not falling apart in front of
4  your eyes.
5      Q.  Have -- or do you believe that the mesh has
6  to be disintegrating for falling apart in front of
7  your eyes in order to have a clinical impact on the
8  patient?  Do you believe -- strike that.  Let me ask a
9  different question.
10      Do you believe that -- actually, let me start
11  over.
12      Do you believe that polypropylene doesn't
13  degrade at all or do you just believe that the
14  polypropylene mesh in the pelvic organ prolapse
15  products that you're offering opinion on -- opinions
16  on don't grade?
17      MR. GAGE:  Object to form.
18      A.  I don't think it degrades at all.  If it does
19  degrade, microscopically, there's absolutely no
20  clinical effect on patients --
21      Q.  (By Mr. Faes)  So your --
22      A.  -- and there's no implication to it.
23      Q.  Your opinion is that no polypropylene
24  anywhere degrades?

Christina Pramudji, M.D.

Page 78

1      A.   Like I said, if it does degrade,
2  microscopically, there's no clinical impact, so it's a
3  nonissue.
4      Q.   I'm not sure if I got an answer to my
5  question, though.  Is it your opinion that no
6  polypropylene anywhere degrades or do you agree that
7  some polypropylene can degrade under the right
8  circumstances?
9      A.   I think it potentially could degrade under
10  the right circumstances.  Anything can degrade under
11  the right circumstances.  But does it clinically have
12  any impact, no.
13      Q.   Do you believe that when polypropylene mesh
14  degrades, it can become -- strike that.
15          Do you believe that when polypropylene
16  degrades one of the things that can occur is that the
17  polypropylene can become brittle?
18          MR. GAGE:  Object to form.
19      A.   No.
20      Q.   (By Mr. Faes)  Do you know what fishing line
21  is made out of?
22      A.   No, I don't.
23      Q.   You don't know that fishing line is made out
24  of polypropylene?

Page 79

1      A.   No, I didn't know that.
2      Q.   Have you ever gone fishing?
3      A.   Yes.
4      Q.   Have you ever had to replace your fishing
5  line because the line got brittle from the previous
6  year?
7      A.   Yes.  But that's a completely different
8  circumstance than something that's implanted in the
9  body.
10      Q.   Well, I wasn't asking about things that were
11  implanted in the body.  I'm asking -- so you'd agree
12  with that example, that polypropylene under the right
13  circumstances can degrade?
14      A.   Yeah, sure.
15      Q.   You also talked about the fact that
16  polypropylene sutures are used -- or Prolene sutures,
17  rather, are used in cardiac surgery.  Do you believe
18  that the environment in the vagina is the same as the
19  environment in the cardiac cavity?
20      A.   No.  It's different.
21      Q.   In fact, you know that there are peroxides
22  present in the vagina and there are not peroxides
23  present in the cardiac cavity.  Right?
24          MR. GAGE:  Object to form.

Page 80

1      A.   Not to the same degree.
2      Q.   (By Mr. Faes)  Do you know whether peroxides
3  have an effect on polypropylene degradation?
4      A.   I believe that they can, yes.
5      Q.   So, just so I understand your answer, you do
6  believe that peroxides can accelerate or cause
7  polypropylene to degrade?
8      A.   In the right concentration, yes.
9      Q.   What do you believe the patient satisfaction
10  rates are for the Prosima device?
11      A.   They're very high.  They're 80 to 90 percent.
12      Q.   And where are you getting that information
13  from?
14      A.   From multiple studies.
15      Q.   What do you believe the reoperation rates are
16  for the Prolift device for complications?
17      A.   It's around the same as the Prosima, five to
18  20 percent.
19      Q.   That's a pretty big range, isn't it, Doctor?
20      A.   Yeah, and the studies are -- that's pretty
21  much the range that you're going to find in the
22  studies.
23      Q.   Would you agree that the erosion or extrusion
24  rate for the Prolift can range from 15 to 20 percent?

Page 81

1      A.   Some studies show that, but most studies it's
2  closer to the five to ten percent range.  Eight
3  percent seems to be the number that comes up a lot.
4      Q.   So you did -- if someone were to tell you
5  that the overall erosion or exposure or extrusion
6  rates for the Prolift was in the 15 to 20 percent
7  range, you'd disagree with that?
8      A.   Yeah.  That's -- that's high.  I know some
9  studies have shown that and have shown even higher in
10  small studies, but -- but looking at the large
11  database studies, the rates are not that high.
12      Q.   Do you know Dr. Joe Carbone?
13      A.   Yes.
14      Q.   You've met Dr. Joe Carbone --
15      A.   I have.
16      Q.   -- before.  Right?  In fact, you both
17  attended the 2011 Ethicon Pelvic Floor Summit in
18  Sonoma together?
19      A.   Yes.
20      Q.   Where there was wine tasting and dinner?
21      A.   Yes.
22      Q.   So if Dr. Carbone told me last week that he
23  believes the overall erosion or extrusion rates for
24  the Prolift device is 15 to 20 percent, would you

21 (Pages 78 to 81)

Christina Pramudji, M.D.

Page 82

1  disagree with him?
2      A.  With all due respect to Dr. Carbone, I think
3  -- I don't think the literature bears out that -- that
4  high a rate.  And my personal experience certainly is
5  not that high.  And I think, talking to my colleagues,
6  it's not that high.
7      Q.  But you do agree that, at least in some
8  studies, the erosion or exposure rate can be as high
9  as 20 percent with the Prolift.  Right?
10     A.  I have seen studies that show that yes.
11     Q.  And you're familiar with the Iglesia study?
12     A.  Yes.
13     Q.  And you know that the exposure and erosion
14  rate for the Prolift in that study was greater that 15
15  percent?
16     A.  Yes, as well as the suture exposure rate was
17  also 15 percent in the native tissue repairs.
18         MR. FAES:  I'm going to object and move
19  to strike after the answer "yes."  I didn't ask
20  anything about suture exposure rates.
21     Q.  (By Mr. Faes)  And you know that that study
22  was stopped by Dr. Iglesia and her colleagues because
23  of their concern about the erosion and exposure rates.
24  Correct?

Page 83

1      A.  That's correct.
2      Q.  Do you consider Dr. Iglesia an outlier?
3      A.  Yes, I do.
4      Q.  Do you know whether the FDA considers Dr.
5  Iglesia and outlier?
6      A.  I don't know what they think about
7  Dr. Iglesia.
8      Q.  So you've never seen records from meetings
9  that Ethicon had with the FDA regarding the 522 orders
10  where the FDA told Ethicon that they did not consider
11  Dr. Iglesia an outlier.  Is that fair?
12         MR. GAGE:  Object to form.
13     A.  You know, I've seen so many documents.  As I
14  sit here today, I'm not sure if I saw that or not.  I
15  probably did.
16     Q.  (By Mr. Faes)  So I'm going to ask a
17  hypothetical:  Assuming that the FDA said that they
18  did not consider Dr. Iglesia an outlier, that's
19  another instance in which you would agree with --
20  disagree with the FDA.  Correct?
21         MR. GAGE:  Object the form.
22     A.  With all due respect to the FDA and
23  Dr. Iglesia, I look at the full body of literature.  I
24  don't look at one study.  I compare the full body of

Page 84

1  literature with my own experience and that's where I
2  form my opinions, so I would have to disagree with
3  them on that.
4      Q.  (By Mr. Faes)  Yeah.  I'm going to have to
5  re-ask it, because there's a lot of nonresponsive
6  information in there.  I'm going to ask a
7  hypothetical:  Assuming that the FDA said that they
8  did not consider Dr. Iglesia an outlier, if they did
9  indeed say that, that's another instance in which you
10  would disagree with the FDA.  Is that correct?
11     A.  That's correct.
12         MR. GAGE:  Object to form.
13     Q.  (By Mr. Faes)  What do you believe are the
14  patient satisfaction rates with the Prolift device?
15     A.  Again, very high, 75 to 90 percent.
16     Q.  At what time frame?  Are you calculating
17  patient satisfaction rates at one year, three years?
18     A.  Well, the -- you know -- studies go -- most
19  -- a lot -- most of the studies are one to two years,
20  but there are some studies that go out further to
21  seven years.
22     Q.  What's the longest study that you're aware
23  of, the longest follow-up study you're aware of that
24  utilized the Gynemesh PS mesh, whether it be in the

Page 85

1  Prolift or the Prosima or as a flat mesh?
2      A.  I believe it's seven years.
3      Q.  Do you recall what study or studies go out to
4  seven years?
5      A.  I would have to take a minute to refresh my
6  memory.
7      Q.  Do you recall, without refreshing your
8  memory, whether it's more than one or if it's. . .
9      A.  I believe there were two studies.
10     Q.  Do you believe that if polypropylene mesh
11  were to break down or degrade, it could lead to an
12  erosion or an exposure?
13     A.  We're talking hypothetically.  And I would
14  think that if it were degrading, then it would be just
15  disappearing.  And so I'm not sure how that could
16  cause an erosion or an exposure.
17     Q.  Do you believe that mesh degrading or
18  breaking down could lead to an unintended tissue
19  reaction?
20     A.  Again, hypothetically, because as I stated
21  before, I don't think it does degrade, but if there's
22  some product that did degrade, then, yes, that could
23  cause an inflammatory reaction.
24     Q.  Can an inflammatory reaction or unintended

22 (Pages 82 to 85)

Christina Pramudji, M.D.

Page 86

1    tissue reaction cause the body to push the mesh out of
2    the body causing it to be eroded or exposed?
3        A.  Hypothetically, if there's an inflammatory
4    reaction, you could have a tissue breakdown and have a
5    mesh exposure.  I wouldn't say it's pushing it out of
6    the body, but there could -- if there's a tissue
7    breakdown, you could have an exposure of the mesh.
8        Q.  If polypropylene were to become brittle, as
9    we discussed with the fishing line example, could that
10   lead to an erosion?
11       A.  I think it would depend on how it how it --
12   how it were oriented.  And, again, I'm not conceding
13   that it degrades or becomes brittle in the body.  But
14   hypothetically, if it were poking out towards the
15   tissue, something could break down, I suppose.
16       Q.  You'd agree that sharp edges of the mesh
17   could cause an erosion?
18       A.  If the mesh is not oriented properly and not
19   placed properly, that could cause an erosion from a
20   sharp edge.  It's not because of the mesh.  It's the
21   way that it's put in.
22       Q.  If the mesh becomes -- hypothetically, again,
23   if the mesh becomes brittle, could that lead to
24   patient discomfort?

Page 87

1        A.  I'm not sure.
2        Q.  On Page 3 of your report you state that
3    Gynemesh PS has been the most studied mesh in pelvic
4    reconstructive surgery.  Is that an opinion you intend
5    to offer in this case?
6        A.  Yes.
7        Q.  When you say that it's the most studied mesh
8    in pelvic reconstructive surgery, what do you mean by
9    that?  Do you mean that it's had the most number of
10   studies performed or that the -- had the most number
11   of patients studied in those studies or both, if that
12   makes sense?  It's kind of an ineloquent question.
13              MR. GAGE:  Object to form.
14       A.  Both, the most studies, the most number of
15   patients, the most randomized controlled studies.
16       Q.  (By Mr. Faes)  So what other meshes did you
17   compare it to to make that determination that it was
18   the most studied --
19       A.  Well --
20       Q.  -- in pelvic reconstructive surgery?
21       A.  The Vypro, the PVDF, Ultrapro.  And then
22   there's other kits, as well, that are also
23   polypropylene mesh, like the Elevate, that have been
24   studied quite a bit, as well, but not as much as the

Page 88

1    Gynemesh, Prolift and Prosima.
2        Q.  So, approximately, how many studies did you
3    determine had been done on the Vypro mesh in pelvic
4    reconstructive surgery?
5        A.  I don't -- I don't have a number, but it's
6    not many at all.
7        Q.  How many studies did you find where PD
8    -- PVDF mesh had been studied in pelvic reconstructive
9    surgery?
10       A.  I don't have a number.
11       Q.  How many Ultrapro studies did you find that
12   had been studied in pelvic reconstructive surgery?
13       A.  I don't have a number for that.
14       Q.  How many Elevate studies did you find that
15   had been studied in pelvic reconstructive surgery?
16       A.  I'm sorry.  I don't have an exact number.
17       Q.  So you can't quote a number as you're sitting
18   here today, but you believe it's less?
19       A.  Yes.
20       Q.  Do you know if it's 50 percent less, 25
21   percent less?
22       A.  It's a lot less.
23       Q.  How did you determine it was less?  What
24   methodology did you use?

Page 89

1        A.  Well, you can just do a PubMed search.
2        Q.  Did you keep any documentation of your PubMed
3    searches in terms of how many studies for these other
4    four meshes?
5        A.  No, I did not.
6        Q.  Did you compare the Prolene -- actually, I'm
7    going to strike that.
8              Different question:  Did you do any kind of
9    systematic review of the literature on those four
10   meshes to determine whether the quality of those
11   studies was better or worse than the quality of the
12   studies on the Gynemesh PS mesh?
13       A.  I just did sort of a survey of the studies.
14   I didn't go in depth.
15       Q.  So you'd agree that it wasn't any kind of
16   systematic review?
17       A.  No.
18       Q.  Did you compare -- in regards to this
19   opinion, that it's the most studied mesh in pelvic
20   reconstructive surgery, did you do any comparison to
21   the traditional Prolene mesh, see how many studies
22   there were where that had been used?
23       A.  No, I didn't.
24       Q.  Same question:  The IntePro Lite mesh?

Christina Pramudji, M.D.

Page 90

1    A. No.
2    Q. What about the Marlex mesh, which is now
3 called the Bard mesh?
4    A. Uh-huh.
5        MR. GAGE: You need to say "yes," not --
6        THE WITNESS: No. Yeah. I'm just
7 acknowledging that I understood the question. Sorry.
8    A. No, I didn't.
9    Q. (By Mr. Faes) Would you agree that native
10 tissue repair of pelvic organ prolapse is more studied
11 than the Gynemesh PS has been in pelvic reconstructive
12 surgery?
13    A. I am not sure about that. My gut feeling is
14 that the Gynemesh is more studied, but I'd have to --
15 I'd have to -- I'd have to look at that.
16    Q. So -- but it's fair to say, as you sit here
17 today --
18    A. Uh-huh.
19    Q. -- you've never looked at that and you don't
20 know, one way or the other, whether native tissue
21 repair for repair of pelvic organ prolapse is more
22 studied than the Gynemesh PS has been in pelvic
23 reconstructive surgery?
24    A. I don't know.

Page 91

1    Q. You haven't looked at that question?
2    A. I haven't looked at that.
3    Q. Okay. You also state in your report that
4 there are numerous randomized controlled trials and
5 over a hundred studies which demonstrate that the
6 Gynemesh PS when used by itself or in the Prolift and
7 Prosima devices -- I think I said that wrong. Strike
8 that and I'll ask a new question.
9        You say in your report that there are
10 numerous randomized controlled trials and over a
11 hundred studies which demonstrate that the Gynemesh PS
12 when used by itself or in the Prolift or Prosima
13 devices. Is that correct?
14    A. That's correct.
15    Q. Do you know what the exact number is?
16    A. No, I don't.
17    Q. Do you have any documentation that you have
18 or a list that you intend to refer to at trial as to
19 what those greater than a hundred studies are?
20    A. None other than my reliance materials.
21    Q. But you've never separately broken them out,
22 those hundred out of your reliance list for use as
23 a demonstrative at trial or anything like that?
24    A. No.

Page 92

1    Q. Is that something you intend to do prior to
2 trial?
3    A. Perhaps.
4        MR. FAES: I would ask counsel, if such
5 a demonstrative is ever created, that that be produced
6 to us.
7    Q. (By Mr. Faes) Do you know how many out of
8 those hundred are randomized controlled trials?
9    A. I don't have a number off the top of my head.
10 Numerous.
11    Q. Do you know how many of those studies are
12 Gynemesh PS flat mesh by itself?
13    A. I don't have a number.
14    Q. Do you know if there have been any randomized
15 controlled trials of Gynemesh PS flat mesh comparing
16 it to comparator device or procedure?
17    A. I can't recall right now.
18    Q. Do you know if there are any randomized
19 controlled trials comparing the Prosima device to an
20 alternative device or procedure?
21    A. Yes, absolutely.
22    Q. How many of those -- how many randomized
23 controlled trials do you believe there are that
24 compare the Prosima device to a different device

Page 93

1 or procedure?
2    A. I believe there's about five or six.
3    Q. In the hundred studies that you say
4 demonstrate the use of Gynemesh PS, when used by
5 itself or in the Prolift or Prosima devices, do you
6 know how many of those studies use Gynemesh PS
7 abdominally rather than transvaginally?
8    A. I don't recall. Not very many.
9    Q. In your report you state that there -- you
10 don't believe that there is any evidence that the
11 Prolene mesh is cytotoxic. Is that correct?
12    A. That's correct.
13    Q. Is that an opinion you intend to offer in
14 this case?
15    A. Yes.
16    Q. Have you studied what happens to tissue when
17 it is exposed to a cytotoxic substance?
18    A. I'm sure in biology or in medical school we
19 studied, you know, cytotoxicity and what happens to
20 tissue in that circumstance.
21    Q. As you sit here today, can you tell me what
22 the clinical effect would be to tissue if it were
23 opposed [sic] to a cytotoxic substance?
24    A. Necrosis. Inflammation, necrosis.

24 (Pages 90 to 93)

Christina Pramudji, M.D.

Page 94

1     Q.  Would you agree that necrotized or -- strike
2   that.
3          Would you agree that necrotized tissue
4   surrounding a mesh could lead to erosion or exposure
5   of the mesh?
6     A.  Yes.
7     Q.  So isn't one clinical manifestation --
8   potential clinical manifestation of -- strike that.
9          So if you agree that one potential effect of
10  being exposed to a cytotoxic substance is that the
11  tissue can undergo necrosis and you agree that
12  necrotized tissue surrounding the mesh can lead to an
13  erosion or exposure of the mesh, isn't a study that
14  shows an erosion or exposure rate of 15 to 20 percent
15  evidence that the mesh is, indeed, cytotoxic?
16         MR. GAGE:  Object to form.
17    A.  No, not at all.  The necrosis around the
18  wound can be due to tissue handling, the state of the
19  tissue, cautery of the edges, improper sewing
20  technique, history of smoking, diabetes, poor blood
21  flow.  There's just innumerable reasons for necrosis.
22  And most of the erosions are right in the suture line,
23  so that's a wound healing issue.  If it -- if mesh
24  were cytotoxic, you would see erosions all over the

Page 95

1   place and you don't see that.  You see them -- the
2   vast majority are right in the suture line.
3     Q.  You don't think a study that shows an erosion
4   rate of 15 to 20 percent is an erosion all over the
5   place?
6     A.  No.  No.  I'm talking about -- I'm talking
7   about erosion on the side of the vagina, you know, not
8   just in the suture line.  If it's in the suture line,
9   that's a wound healing problem.  If it -- if the mesh
10  were cytotoxic, you would see holes on this side of
11  the vagina and over here, not just in the incision
12  line.
13    Q.  So is it your testimony that you've never
14  seen an erosion any place other than in the incision
15  line?
16    A.  No, I'm not saying that.  I'm not saying that
17  at all.  I have seen that on the sides.  Usually an
18  arm that was not placed properly through the sulcus,
19  but --
20    Q.  I think you've you've answered my question.
21    A.  Okay.
22    Q.  I'm going to move to strike everything after
23  that anyway, but --
24    A.  Okay.

Page 96

1     Q.  -- if you want to keep going, I won't cut you
2   off.  So you've listed multiple potential causes
3   of tissue necrosis.  We can agree that there are
4   multiple potential causes of tissue necrosis.
5   Correct?
6     A.  Yes.
7     Q.  And we can also agree that one potential
8   cause of tissue necrosis is the tissue being exposed
9   to a cytotoxic substance.  Is that correct?
10    A.  That's correct.
11    Q.  On Page 4 of your report you state that
12  plaintiffs' experts have said that there are safer or
13  better meshes, that these meshes have not been
14  demonstrated to be more efficacious based on reliable
15  scientific literature like the Gyne -- the Gynemesh
16  PS.  Is that correct?
17    A.  That's correct.
18    Q.  Is that an opinion you tend to offer in this
19  case?
20    A.  Yes.
21    Q.  Now, specifically, in your report, you
22  mention DynaMesh, Vypro and Ultrapro.  Is that right?
23    A.  Correct.
24    Q.  Are there any other meshes that you have

Page 97

1   studied that you believe have not been demonstrated to
2   be more efficacious based on reliable scientific
3   literature like the Gynemesh PS?
4     A.  No.
5          MR. GAGE:  Just take a quick bathroom
6   break.
7          MR. FAES:  Same here.  Let's do it real
8   quick.
9          THE WITNESS:  Yeah.
10         (Break.)
11    Q.  (By Mr. Faes)  Dr. Pramudji, we're back on
12  the record after a short break.  Are you ready to
13  proceed?
14    A.  Yes.
15    Q.  Before the break we were talking about meshes
16  that you believe have not been demonstrated to be
17  safer and more efficacious based on the reliable
18  scientific literature like Gynemesh PS.  Did you study
19  the Restorelle mesh?
20    A.  No, I did not.
21    Q.  And that's currently your mesh of choice for
22  ASC.  Correct?
23    A.  Yes, that's correct.
24    Q.  Did you study the IntePro mesh?

25 (Pages 94 to 97)

Christina Pramudji, M.D.

Page 98

1    A.  No, I did not.
2    Q.  Did you study the IntePro Lite mesh?
3    A.  No.
4    Q.  Did you study the Elevate mesh?
5    A.  No.
6    Q.  What about the Uphold mesh?
7    A.  No.
8    Q.  No.  Did you know that Ethicon was developing
9  a Prosima M device which would have used the
10  Ultrapro mesh, rather than the Gynemesh PS mesh just
11  like the Prolift Plus M?
12    A.  Yes, I was aware of that.
13    Q.  When were you made aware of that?
14    A.  Pretty early on, because we were -- we were
15  asking for it, because we liked the Prolift Plus M
16  mesh and we were wondering why the new product was
17  made with the Gynemesh PS versus the Prolift Plus M
18  mesh.
19    Q.  Do you anticipate that if the Prosima Plus M
20  had been made available with the Ultrapro mesh, do you
21  believe that would have become your device of choice
22  over the traditional Prosima, just like the Prolift
23  Plus M became your device of choice over the Prolift?
24    MR. GAGE:  Object to form.

Page 99

1    A.  I'm not sure.  I would have to try it out and
2  see if I got similar results with it.
3    Q.  (By Mr. Faes) Do you know why the Prosima
4  Plus M device ultimately never came to market?
5    A.  I don't know why.
6    Q.  Can you -- well, this is going to be an easy
7  question because there's hardly any kits left on
8  the market, but can you point to a kit for the
9  repair of pelvic organ prolapse which is on the market
10  today which uses a mesh that is heavier in weight than
11  the Gynemesh PS mesh?
12    MR. GAGE:  Object to form.
13    A.  No, I can't.
14    Q.  (By Mr. Faes) In fact, as you sit here
15  today, do you know that all of the mesh kits still on
16  the market have mesh that are lighter in weight than
17  the Gynemesh PS mesh?
18    MR. GAGE:  Object to form.
19    A.  I think they're very similar, maybe slightly
20  lighter.
21    Q.  (By Mr. Faes) But, certainly, none are
22  heavier than the --
23    A.  That's correct.
24    Q.  -- Gynemesh PS mesh?

Page 100

1    MR. GAGE:  Object to form.
2    A.  I'm sorry to interrupt.  Yes, that's correct.
3    Q.  (By Mr. Faes) Do you know what the weight in
4  grams per meter squared of the Gynemesh PS mesh is?
5    A.  I can't remember at this moment.  I used to
6  know.  I'd have the look it up.
7    Q.  On Page 5 you state -- of your report you
8  state that the Prosima is minimally invasive compared
9  to the abdominal -- abdominal sacrocolpopexy and less
10  morbid.  Is that an opinion you intend to offer in
11  this case?
12    A.  Yes.
13    Q.  First of all, let me ask you this:  What do
14  you mean by less morbid?
15    A.  Less effect on the body.  With the
16  sacrocolpopexy, you have more dissection, you have
17  more risk of bowel complications compared to Prosima.
18    Q.  Is there anything else about the ASC
19  procedure that you believe is more morbid than the
20  Prosima procedure?
21    A.  It also has a risk of hernia, injury to major
22  vessels, bowel obstruction, adhesions.
23    Q.  Do you believe that the Prosima device
24  doesn't carry with it a risk of hernia?

Page 101

1    A.  I'm talking about abdominal wall hernia, to
2  be clear.
3    Q.  Okay.
4    A.  So because of the trocars or the incision for
5  an abdominal sacrocolpopexy, there's going to be a
6  risk of abdominal wall hernia.
7    Q.  And is that a risk that -- is that not a risk
8  of the Prosima device in your opinion?
9    A.  Right, because there's no abdominal wall
10  incision for a Prosima.
11    Q.  Can -- is -- can the Prosima device cause
12  other hernias, such as an inguinal hernia.
13    A.  No, it cannot cause that.
14    Q.  Do you believe the Prosima device doesn't
15  have a risk of bowel injury?
16    A.  It's a very small risk.  If you have apical
17  dissection into an enterocele, it could happen.  Or if
18  you're doing a posterior Prosima, you have a risk of
19  rectal injury, but it's a very small risk.
20    Q.  Do you believe it's a --
21    A.  And it's --
22    Q.  -- smaller risk than the risk of bowel injury
23  with the ASC?
24    A.  Yes, much smaller risk.

26 (Pages 98 to 101)

Christina Pramudji, M.D.

Page 102

1  Q.  Now, you state that the Prosima device is
2  less invasive.  Would you agree that a doctor or
3  patient might choose a more invasive surgery to avoid
4  potentially life complications of a less invasive
5  device or procedure?
6  A.  What are "life complications"?
7  Q.  Did I say life com -- I meant life-changing
8  complications.
9  A.  Oh, okay.
10  Q.  So let me -- did -- is that not what I said?
11  MR. GAGE:  Yeah, I'm going to -- if
12  you're going to rephrase -- if you'll withdraw and
13  rephrase the question.
14  MR. FAES:  Yeah, I'll withdraw it and
15  rephrase it.
16  MR. GAGE:  Thank you.
17  Q.  (By Mr. Faes)  Would you agree that a doctor
18  or patient might choose a more invasive surgery to
19  avoid potentially life-changing complications of a
20  less invasive device or procedure?
21  A.  Yes, I agree with that statement.
22  Q.  Would you agree that a doctor and patient
23  should know about all of the potentially life-changing
24  complications of the device or the procedure, so they

Page 103

1  can make an informed choice about what device or
2  procedure they would like to have performed on them?
3  A.  I think a doctor and their patient need to
4  know about potential complications that can occur with
5  any surgery that they're going to have, knowing
6  realistically that you may not be able to anticipate
7  rare complications.
8  Q.  But even if a complication is rare, you would
9  -- if it's potentially life-changing or devastating,
10  you would agree that it's important for both the
11  doctor and patient to know about that, in order to
12  make an informed choice about whether they want to
13  proceed with that surgery?
14  A.  Yes, that's fair.
15  Q.  Would you agree that if a -- even if a
16  Prosima device is placed correctly by a surgeon, the
17  vaginal support device can fall out on its own before
18  the 21-day prescribed healing period has lapsed?
19  A.  That can happen, yes, depending on how their
20  body handles the micral suture.
21  Q.  Would you agree that if an infection occurs
22  around the vaginal support device, removal of that
23  vaginal support device is indicated and necessary even
24  if the prescribed 21 days had not passed since it was

Page 104

1  placed?
2  A.  I can agree with that, although I would say
3  that I've never seen that or heard of it, but
4  hypothetically, that -- I would agree with that
5  statement.
6  Q.  You've never seen or heard of a vaginal
7  support device that needed to be removed prior to the
8  21 days elapsing because of an apparent infection?
9  A.  No.
10  Q.  That's not cited on Page 41 of your report in
11  an article?
12  A.  Oh, I was talking about my own experience.
13  Sorry.
14  Q.  Oh, okay.
15  A.  Yeah.
16  Q.  Okay.  So you're aware that that --
17  A.  Yes.
18  Q.  -- that can occur?
19  A.  Yes.
20  Q.  Now, you've testified before that you're
21  familiar with the ProteGen project -- ProteGen
22  product.  Correct?
23  A.  Correct.
24  Q.  And you testified that you know that the

Page 105

1  ProteGen was removed from the market because the
2  erosion rates were unacceptably high?
3  A.  That's correct.
4  Q.  Do you know what the reported rates of
5  erosion were for the ProteGen?
6  A.  I can't recall right now.
7  Q.  How high would the erosion and exposure rates
8  for the Prosima need to be in order for you to say the
9  erosion rate was unacceptably high?
10  A.  I think I would feel uncomfortable if I were
11  seeing an erosion rate upwards of 30 percent.
12  Q.  So if the erosion rate for the Prosima were
13  25 percent, you wouldn't say that that was
14  unacceptably high?
15  A.  No.
16  Q.  One in four patients had an erosion or
17  exposure?
18  A.  I would -- I would think twice about it and
19  it would depend on how bad the erosions were and what
20  kind of treatment they needed and who -- who they are,
21  because as you know from the literature a lot of
22  patients can live their -- with an erosion, a small
23  erosion.  So there's a few factors to take into
24  consideration.  That's kind of a gray area.  You have

27 (Pages 102 to 105)

Christina Pramudji, M.D.

Page 106

1    to take everything into consideration.
2        Q.  But anything 30 percent or higher --
3        A.  Yeah.
4        Q.  -- with the Prosima you would find
5    unacceptably high?
6        A.  I think, if I had one in three, that would --
7    that would be a little bit high.
8        Q.  Is your answer the same for the Prolift
9    device?
10       A.  Yes.
11       Q.  Is it the same for the Gynemesh PS flat mesh?
12       A.  Yes.
13       Q.  Do you intend to offer an opinion in this
14   case as to whether the warnings in the Prosima IFU
15   were sufficient to apprise doctors of the risks of
16   this product?
17       A.  Yes, I believe they were sufficient.
18       Q.  Do you know what the standards were that
19   Ethicon applied in terms of what needed to be included
20   in the warnings about the Prosima?
21       A.  Yes.
22       Q.  And what standards do you believe Ethicon
23   applied regarding what needed to be included in the
24   warnings about Prosima?

Page 107

1        A.  I think they were -- you know -- excuse me --
2    complications that had a certain degree of frequency
3    and severity and anything that could potentially be
4    life changing that they would try to include.
5        Q.  I apologize if you've been asked these next
6    couple questions before, but you've been deposed,
7    what, five times and I can't remember everything you
8    said.
9            MR. GAGE:  Perfect.  Perfect.
10       Q.  (By Mr. Faes)  Have you ever in your career
11   been involved in writing or preparing writings for a
12   medical device?
13       A.  No.
14       Q.  That's wrong in my outline.  Have you ever
15   been in your career involved in writing or preparing
16   IFUs for a medical device?
17           MR. GAGE:  Object to form.
18       A.  No, I have not.
19       Q.  (By Mr. Faes)  In your practice, do you
20   typically read the IFU for each mesh kit or device
21   that you use before using it?
22       A.  Yes, I do.
23       Q.  You don't read -- do you -- you don't read
24   the IFU every time you use the device.  Correct?  You

Page 108

1    just read it for the first time?
2        A.  That's correct.
3        Q.  If something in the IFU changes, is there any
4    way that you would know if the information in the IFU
5    had changed?
6        A.  Not unless someone told me about it.
7        Q.  In all your years implanting products for --
8    strike that.
9            In all of your years of implanting products
10   manufactured by Ethicon, has any Ethicon
11   representative or sales rep or anybody whoever -- who
12   works for Ethicon ever came to you and told you that
13   the IFU for a product had been updated?
14       A.  Not that I can recall.
15       Q.  Do you know if the Prosima IFU was ever
16   updated?
17       A.  I'm not sure about that one.
18       Q.  Do you know if the Gynemesh PS IFU was ever
19   updated?
20       A.  I can't recall.
21       Q.  Do you know if the Gynemesh PS IFU was
22   updated this year?
23       A.  Not that I can recall right now.
24       Q.  When you read an IFU, do you assume that the

Page 109

1    IFU is disclosing to you each of the risks and
2    complications the company knew could occur with the
3    kit or device that you're using?
4        A.  No, because I also take into consideration my
5    surgical training and I know that there's some risks
6    of surgery that aren't going to be -- aren't going to
7    be included there, so I don't rely on the IFU to tell
8    me all the risks.
9        Q.  Do you assume that when you read an IFU from
10   a company regarding a mesh kit or medical device that
11   the company is disclosing to you those complications
12   and risks that could be significant for the patient
13   and known to the company?
14       A.  Again, not necessarily because there's some
15   that you just apply your surgical training to and you
16   take that into consideration and assume that those are
17   going to be some of the risks.
18       Q.  Do you assume that when you read an IFU for a
19   medical device that the company was disclosing any
20   risks and complications that would be inherent to the
21   mesh material, so that you would know what those risks
22   are?
23       A.  Yes, I would assume that they would -- they
24   would include -- include those sorts of things

28 (Pages 106 to 109)

Christina Pramudji, M.D.

Page 110

1    specific to the device.
2        Q.  Do you know whether or not -- strike that.
3        Do you know whether or not one of the
4    purposes of the IFU is to disclose each of the risks
5    and complications that can occur with the use of that
6    mesh kit in a woman's body?
7            MR. GAGE:  Object to form.
8        A.  I think it's to -- to communicate the risks,
9    but it's not meant to be comprehensive and I don't
10   think surgeons take it to be comprehensive either.
11       Q.  (By Mr. Faes)  As you sit here today, do you
12   have an understanding of any standard whatsoever as to
13   what risks and complications are supposed to be
14   disclosed in an IFU?
15       A.  I believe there are some guidelines from the
16   FDA that help guide companies in what they should put
17   into the IFU.
18       Q.  Do you know what those guidelines are called?
19       A.  No, I don't know what they're called.
20       Q.  Do you know if you've reviewed those
21   guidelines before?
22       A.  I have seen them before, yes.
23       Q.  Would you agree that your background and
24   experience is not necessarily the same as other

Page 111

1    doctors who use medical devices or might consider
2    using the Prosima?
3            MR. GAGE:  Object to form.
4        A.  Well, of course, there's going to be a wide
5    range of doctors that might use medical devices.
6    There's going to be some that are very -- more
7    experienced than others.
8        Q.  (By Mr. Faes)  You'd agree that you might
9    know about a complication from a particular mesh
10   device or kit from your own experience that another
11   doctor might not know about?
12       A.  I don't know if I would agree with that.  I
13   think that if you're a pelvic surgeon, if you're --
14   you're doing operations and you've been through
15   residency, then you would be aware of the potential
16   complications.  You may not have experienced it.  The
17   more surgery you do, the more you're bound to have
18   complications along the way, but you would be aware of
19   it.
20       Q.  So if you knew about a potential risk or
21   complication from the Prosima or Prolift device that
22   another physician didn't know about, would you
23   consider that physician to not be a diligent and
24   reasonable physician for not knowing about that?

Page 112

1        A.  I think it would depend on what -- you
2    know -- what you're talking about, what sort of
3    situation you're talking about.
4        Q.  So you'd agree that it's possible that a --
5    there could be a situation where a physician wouldn't
6    know about a potential risk or complication of the
7    Prosima or Prolift that you did know about and that
8    doctor could still be a reasonable and prudent
9    physician and be doing his work within the standard of
10   care?
11           MR. GAGE:  Object to form.
12       A.  I think people have, you know, different
13   training in their residency, different experience, so
14   it's possible, but I think it's unlikely, because I
15   think any reasonable pelvic surgeon would be able to
16   anticipate the potential complications of pelvic --
17   any pelvic surgery, whether it's with a kit or native
18   tissue or whatever technique that you're using.
19       Q.  (By Mr. Faes)  So is --
20       A.  I don't think you would be surprised by
21   pelvic pain or be surprised by poor wound healing.
22   That should be anticipated.
23       Q.  So is it your testimony that if there was a
24   risk or complication of the Prosima or Prolift device

Page 113

1    that a physician didn't know about, that that
2    physician wasn't reasonable and prudent, using your
3    words?
4        A.  I don't think I used those words, but. . .
5        Q.  I think you said reasonable, so let me --
6        A.  Okay.
7        Q.  -- let me strike that and I'll ask it again.
8        A.  Okay.
9        Q.  So is it your testimony that if there is a
10   risk or complication of the Prosima or Prolift device
11   that an implanting physician didn't know about, that
12   that physician wasn't reasonable in his treatment and
13   care?
14           MR. GAGE:  Object to form.
15       A.  I would have to say that they're missing --
16   they may be missing some knowledge or experience.
17       Q.  (By Mr. Faes)  Yeah.  My question is actually
18   a little different than that.
19       A.  Okay.
20       Q.  My question isn't whether their -- whether
21   they're missing knowledge and experience.  My question
22   is whether you consider them to not be reasonable in
23   their treatment and care of a physician -- of a
24   patient if there was a risk or complication of the

29 (Pages 110 to 113)

Christina Pramudji, M.D.

Page 114

1    Prosima or Prolift device that they didn't know about.
2              MR. GAGE:  Object to form.
3         A.  No, I disagree because they could still be
4    reasonable, they could still be giving the patient
5    good treatment and care even if they didn't know about
6    that risk or complication.
7         Q.  (By Mr. Faes)  In doing your work on this
8    case, have you ever been curious as to what the
9    regulatory affairs professionals at
10   Ethicon, the professionals who are required to make
11   sure an IFU complies with FDA regulations, are you --
12   have you been curious about what they thought needed
13   to be in an IFU?
14             MR. GAGE:  Object to form.
15        A.  Not really.
16        Q.  (By Mr. Faes)  That's not something that you
17   thought would be helpful in forming your opinions in
18   this case, that the Prosima and Prolift and Gynemesh
19   PS IFUs are adequate?
20        A.  No, because I think they're adequate.  I
21   think that they did adequately warn about potential
22   complications, so I think they did a fine job putting
23   it together.
24        Q.  Would you agree with me that if Ethicon

Page 115

1    medical affairs knew that there was a potential risk
2    or complication attributable to the Gynemesh PS mesh,
3    itself, which, if occurred, could cause severe
4    permanent injury to a woman, that risk should be
5    disclosed in the IFU?  Would you agree with that
6    statement?
7         A.  No, because they're going to have multiple
8    discussions and opinions and bouncing things back and
9    forth and I think that what they put in the IFU is
10   perfectly adequate and reliable.
11        Q.  Have you ever studied the question of what
12   risks and complications were known to doctors across
13   the country with various backgrounds and levels of
14   experience with regard to the use of the Prosima?
15        A.  No, I have not studied that.
16        Q.  Same question:  Gynemesh PS?
17        A.  No.
18        Q.  Same question:  Prolift?
19        A.  No.
20        Q.  Same question:  Prolift Plus M?
21        A.  No.
22        Q.  I know you're not giving an opinion on,
23   but. . .  Do you agree that -- well, actually, I think
24   I know your answer to this.  I'm going to strike that

Page 116

1    and start over.
2         Q.  Do you agree that mesh shrinkage or
3    contraction can lead to severe pelvic pain?
4         A.  No.
5         Q.  Do you believe that wound contraction can
6    cause -- strike that.
7              Do you agree that wound contraction or scar
8    contraction around a mesh can lead to severe pelvic
9    pain?
10        A.  Yes.
11        Q.  Do you agree that -- strike that.
12             Do you agree that wound contraction or scar
13   contraction surrounding mesh can lead to painful
14   sexual intercourse?
15        A.  (No response.)
16        Q.  Do you want me to restate it since you can't
17   read it?
18             MR. GAGE:  It's hard to read on the
19   screen here.
20             MR. FAES:  Yeah.
21        A.  Please.
22        Q.  (By Mr. Faes)  Do you agree that wound
23   contraction or scar contraction surrounding the mesh
24   can lead to painful sexual intercourse?

Page 117

1         A.  Yes.  And it can also occur with wound
2    contraction without mesh.  It occurs in native tissue
3    repairs, as well.
4              MR. FAES:  Object and move to strike
5    after the answer "yes."
6         Q.  (By Mr. Faes)  Same question:  Inability to
7    -- with regard to inability to engage in sexual
8    intercourse?
9              MR. GAGE:  Object to form.
10        Q.  (By Mr. Faes)  Since he's going to object to
11   the form, I'll withdraw that and ask the whole
12   question.  Would you agree that wound contraction or
13   scar contraction surrounding the mesh can lead to
14   inability to engage in sexual intercourse?
15        A.  I don't think that there would be a case
16   where that would -- would occur, where they would be
17   unable to engage in sexual intercourse.
18        Q.  But you did agree that it can cause painful
19   sexual intercourse?
20        A.  Yes, pelvic -- pelvic surgery scarring can
21   cause painful intercourse.
22        Q.  Would you agree that intercourse can be so
23   painful to where a person is unable to engage in
24   sexual intercourse?

30 (Pages 114 to 117)

Christina Pramudji, M.D.

Page 118

1      A.   Uninterested, unwilling, but not unable.
2   It's not as if the vagina is completely closed, but if
3   it's -- if you're saying because of pain, then, yes,
4   where they would be un -- unwilling, uninterested.
5   Physically, they would be able to have intercourse,
6   but it would be too painful.
7      Q.   So you make a distinction between someone who
8   is unable to have sexual intercourse because it's too
9   painful versus someone who is just physically unable
10  to have intercourse?
11     A.   Well, yes.  I mean, there are -- especially
12  with native tissue repairs, there are situations where
13  the vagina is so scared and contracted where they are
14  physically unable to have intercourse, not just
15  because of pain, because they -- their vagina is
16  absolutely too small.
17     Q.   Okay.  So you're --
18     A.   And I don't --
19     Q.   -- you're making a distinction, not to be
20  indelicate, but between someone who is physically
21  unable to be penetrated and someone who --
22     A.   Has --
23     Q.   -- prefers not to be because it's too
24  painful.

Page 119

1      A.   Right.
2      Q.   Is that right?
3      A.   Yes.
4      Q.   Would you agree that one of the risks of the
5   -- I'm going to strike that and ask if we can agree
6   to something, so I don't have to re-ask these
7   questions three different times.  For the purposes
8   of these questions, as we discussed earlier, when
9   I refer to the pelvic organ prolapse products,
10  I'm referring to the Prolift, the Prosima and the
11  Gynemesh PS, which are the three products that you're
12  offering an opinion on.  If you can't answer the
13  question the same way for all three products, let me
14  know and then I'll have to go through each three
15  separately.  Can we agree to that?
16     A.   Yes.
17     Q.   Would you agree that one of the risks of the
18  pelvic organ prolapse products is that they can lead
19  to complex mesh erosions?
20          MR. GAGE:  Object to form.
21     A.   Yes, that is a risk.
22     Q.   (By Mr. Faes)  Would you agree that one of
23  the risks with the pelvic organ prolapse products is
24  that they can lead to chronic pain syndrome?

Page 120

1      A.   Yes, as in all pelvic surgery.
2      Q.   Would you agree that one of the risks of the
3   pelvic organ prolapse products is that they can lead
4   to dyspareunia?
5      A.   Yes, as in all pelvic surgery.
6          MR. FAES:  Move to strike after the
7   answer "yes."
8      Q.   (By Mr. Faes)  Would you agree that one of
9   the risks of the pelvic organ prolapse products is
10  that they can lead to multiple surgical interventions
11  to treat the complications?
12     A.   Yes, that can occur.
13     Q.   Would you agree that one of the risks of the
14  pelvic organ prolapse products is that a woman can
15  sustain life-changing complications as a result of
16  those products?
17     A.   Yes, that can occur.
18     Q.   Would you agree that one of the risks of the
19  pelvic organ prolapse products is erosions at multiple
20  sites?
21     A.   Yes.
22     Q.   Would you agree that with the pelvic organ
23  prolapse products, most women who have erosions or
24  extrusions require surgical intervention?

Page 121

1      A.   Yes.
2      Q.   Would you agree that with the Pros -- or
3   strike that.
4          Would you agree that with the pelvic organ
5   prolapse products multiple attempts to excise the mesh
6   may be required?
7      A.   Yes.
8      Q.   Would you agree with the pelvic organ
9   prolapse that one of the risks is life-changing
10  complications?
11         MR. GAGE:  Object to form.
12     A.   Yes.
13     Q.   (By Mr. Faes)  Would you agree that one of
14  the risks of the pelvic organ prolapse products is
15  incapacitating pelvic pain?
16     A.   Yes, as in all pelvic surgery.
17         MR. FAES:  Move to strike after the
18  answer "yes."
19     Q.   (By Mr. Faes)  Would you agree that one of
20  the risks of the pelvic organ prolapse products is
21  large scale erosions that are not easy to resolve?
22     A.   There's a very remote risk.
23     Q.   But is the answer yes?
24     A.   Yes.

31 (Pages 118 to 121)

Christina Pramudji, M.D.

Page 122

1   Q.  It is risk.  The list of complications and
2  risks that I just asked you about, do you know whether
3  or not Ethicon knew about all those risks on the day
4  the pelvic organ prolapse products first went on the
5  market?
6   A.  I can't recall.
7   Q.  So you don't know, one way or the other,
8  sitting here today?
9   A.  I don't -- yes, I don't know.
10   Q.  If they did know, do you agree that those
11  risks should have been in the IFU?
12   A.  I think those are risks that pelvic surgeons
13  would anticipate, because as I stated, most of those
14  risks, with the exception of the erosion, are risks of
15  pelvic surgery.
16   Q.  Okay.  I didn't ask about whether they were
17  risks that pelvic surgeons would anticipate.  My
18  question was very specific.  My question was: If
19  Ethicon did know about those risks, do you agree that
20  those risks should have been put in the IFU?
21   MR. GAGE:  Object to form.
22   A.  I don't think they needed to be in the IFU,
23  because the surgeons with their knowledge and being
24  professionals would be able to anticipate that.

Page 123

1   MR. FAES:  Move to strike after the word
2  "IFU."
3   Q.  (By Mr. Faes)  And that's your opinion for
4  all of the risks that we just went through today?
5   A.  Yes.
6   Q.  When the Prosima first came onto the market,
7  surgeons were not experienced on any long-term basis
8  with implanting mesh with a vaginal support device.
9  Correct?
10   A.  That's correct.
11   Q.  Do you know the area of the -- do you know
12  the square area of the mesh used in the Prosima kits?
13   A.  Not off the top of my head, no.
14   MR. GAGE:  Object.  Form.
15   Q.  (By Mr. Faes)  And I think you've already
16  answered this question:  You don't know what sizes and
17  configurations the Gynemesh PS mesh is offered in.
18  Correct?
19   A.  That's correct.
20   MR. GAGE:  I show about eight minutes
21  before she needs to go.
22   MR. FAES:  Okay.
23   MR. GAGE:  And we can sort out at 4:20
24  how much -- did you get three hours in, did you not.

Page 124

1   MR. FAES:  Yeah, I think -- yeah, yeah,
2  yeah, yeah.  That's fine.
3   MR. GAGE:  Because you might be entitled
4  to a few more minutes.  I don't know.
5   MR. FAES:  Yeah, I think ten.
6  Anyway. . .
7   Q.  (By Mr. Faes)  Would you agree with the way
8  -- strike that.
9   Would you agree that compared to the way the
10  mesh was used before the Prolift, the Prolift provided
11  for more mesh to be put in a woman's pelvis than had
12  been previously used?
13   MR. GAGE:  Object to form.
14   A.  I think it depended on how that surgeon was
15  configuring the Gynemesh supplementation, so it could
16  be the same, it could be more, it could be less.
17   Q.  (By Mr. Faes)  Do you believe that there is a
18  sheet of Gynemesh PS flat mesh available as a single
19  sheet that is more area than the mesh in the entire
20  Prolift kit?
21   A.  Oh, in the Total Prolift?
22   Q.  Yes.
23   A.  No.  I think the Total Prolift is probably
24  more.  I'm thinking about one compartment at a time.

Page 125

1  I think if you combine -- you -- you know -- combined
2  an anterior and posterior Gynemesh, it would probably
3  be more than a Prolift, Total Prolift.
4   Q.  Okay.  What about just one Prolift, just the
5  anterior or just the posterior, do you believe that
6  there's a sheet of Gynemesh PS that's available that
7  would be more mesh, in terms of total square area than
8  either the anterior Prolift with the arms included or
9  the posterior Prolift with the arms included?
10   A.  Yeah.  I think it would probably be very
11  similar once you added it together.  And whenever you
12  do a Prolift, you usually trim a lot of the mesh --
13   Q.  What --
14   A.  -- on the tail or on the sides.
15   Q.  What size Gynemesh PS would that be that
16  would greater than the Prolift?
17   A.  I mean, I think one size was, I think, ten by
18  ten centimeters, if I remember correctly.  And so it
19  just depends on how the surgeon fashioned it.  So it
20  could be more, it could be less.
21   Q.  Do you know if there's more mesh in an
22  anterior or posterior Prolift than what would be
23  contained in a ten by ten centimeter strip of Gynemesh
24  PS?

32 (Pages 122 to 125)

Christina Pramudji, M.D.

Page 126

1     A.  It's less, the anterior Prolift?  The
2  anterior Prolift is bigger than a posterior, yeah.
3     Q.  What do you believe the area of the posterior
4  Prolift is?
5     A.  I don't know off the top of my head.  I mean,
6  I'm just picturing it from having used it.  It's not
7  ten by ten centimeters.
8     Q.  So you don't --
9     A.  It's much less than that, even if you add the
10  arms.
11     Q.  You don't know the total area with the arms,
12  but you -- but you believe it's less than ten by ten
13  centimeters?
14     A.  Absolutely.
15     Q.  You believe it's less than a hundred square
16  centimeters?
17     A.  Absolutely.
18     Q.  Is the same -- is the answer --
19     A.  Because you trim it.  You don't use the whole
20  thing.  And you trim the arms.
21     Q.  Do you know if when physicians use a
22  ten-by-ten sheet of Gynemesh PS, whether or not they
23  typically trim it or typically use the entire square
24  of mesh?

Page 127

1     A.  They typically trim it.  That's what I said
2  earlier, it could be the same, it could be more, it
3  could be less.
4     Q.  So you disagree that, compared with the way
5  the mesh was typically used before the Prolift, the
6  Prolift provides for more mesh to be put in a woman's
7  pelvis than had been previously used before Prolift
8  kits were available?
9         MR. GAGE:  Object to form.
10     A.  Correct, I disagree with that.
11     Q.  (By Mr. Faes)  But only with -- only if just
12  the anterior or posterior is used by itself?
13     A.  Well, if -- okay.  If you -- yeah, comparing
14  one compartment to one Gynemesh graft, yeah, comparing
15  one.  But if you did a Gynemesh graft in each
16  compartment --
17     Q.  Right.  So --
18     A.  -- that would be the comparison.  I wouldn't
19  compare one Gynemesh graft to a Total Prolift.
20     Q.  So would you agree that, compared with the way
21  the mesh was used before the Total Prolift, the Total
22  Prolift provided for more mesh to be put in a woman's
23  pelvis than had generally previously been used?
24     A.  I feel like we're going in circles.  It just

Page 128

1  depended on how that surgeon used the Gynemesh.  So if
2  they're using a Total Prolift, they would have
3  potentially used two Gynemesh grafts on that same
4  woman previously, so it could still be the same, more
5  or less, depending on how they cut their Gynemesh and
6  how they utilize it.
7     Q.  Okay.  Let me ask you this question --
8     A.  Okay.
9     Q.  -- would you agree that compared with the way
10  mesh was used for the repair of pelvic organ prolapse
11  before the transvaginal mesh technique with the
12  Gynemesh Prolene Soft, the Prolene Soft provided for
13  more mesh -- strike that.
14        Would you agree with me that compared with
15  the way mesh was used for the repair of pelvic organ
16  prolapse before the transvaginal mesh technique using
17  the Gynemesh Prolene Soft was developed, the
18  transvaginal technique with Gynemesh Prolene Soft
19  provided for more mesh to be put in a woman's pelvis
20  than had been previously used for pelvic organ
21  prolapse repair?
22        MR. GAGE:  Object to form.
23     A.  I can't really answer that, because there was
24  no standardized way to do that surgery before.

Page 129

1     Q.  (By Mr. Faes)  So is the answer to my
2  question you can't -- you can't answer one way or
3  another, you just don't know?
4     A.  It's a question that cannot be answered
5  because it was not a standardized technique.
6     Q.  If Ethicon medical affairs believed that a
7  caution needed to be taken by a doctor before using
8  Prosima in a particular class of women, should that
9  have been put in the IFU?
10     A.  I would say yes to that.
11     Q.  If Ethicon -- I think I'll ask two more
12  questions and then you probably gotta get out of here.
13  Right?  Okay.  Unless you need to get out of here
14  right now.  Two more questions --
15        MR. GAGE:  The real clock is faster than
16  my watch yes.
17        MR. FAES:  Okay.
18        MR. GAGE:  Yeah.
19     Q.  (By Mr. Faes)  If Ethicon medical affairs
20  believed that a caution should be used before putting
21  a Prosima into a woman based on some fact about her
22  demographics or her age or her level of prolapse or
23  comorbidities or anything that was specific that could
24  be related to specific patients, should that

33 (Pages 126 to 129)

Christina Pramudji, M.D.

Page 130

1  information have been in the IFU, so that doctors
2  would have that information when deciding to do with
3  their patients?
4        MR. GAGE: Object to form.
5        A. I don't --
6        Q. (By Mr. Faes) Deciding -- I think I
7  flubbed the end of that question. I meant to say
8  deciding what to do with their patients. I don't
9  know if the realtime is wrong or I'm wrong, but do you
10 want me to answer the -- re-ask the question? It's a
11 long one.
12       A. Please.
13       Q. We'll make this the last question then.
14       A. Yeah.
15       Q. If Ethicon medical affairs believed that a
16 caution should be used before putting a Prosima into a
17 woman based on some fact about her demographics or her
18 age or her level of prolapse or comorbidities or
19 anything like that was specific that could be related
20 to specific patients, should that information
21 have been in the IFU, so doctors would have
22 that information when deciding what to do with
23 their patients?
24       MR. GAGE: Object to form.

Page 131

1        A. Again, it goes back to, what do you need to
2  put in the IFU, because that's why we're physicians.
3  We're professionals. We're trained to make these
4  judgment calls. I mean, I think it -- I think that
5  the IFU is perfectly adequate. I don't think anything
6  was left out, so I can't think of what they would come
7  up with that would change that opinion that I would
8  say -- I would say no to that question, because,
9  again, they're going to be discussing things back and
10 forth and bouncing ideas off of each other. That
11 doesn't all need to go into the IFU.
12       Q. (By Mr. Faes) But if Ethicon medical affairs
13 believed that that caution should be put in there, you
14 believe that that information doesn't need to be
15 included, even if Ethicon medical affairs believes
16 it needs to be put in there?
17       MR. GAGE: Object to form.
18       A. As I already answered, I would say no.
19       Q. (By Mr. Faes) If Ethicon medical affairs
20 believed that a particular warning or caution should
21 be added to the IFU, but that caution or warning
22 wasn't added due to marketing reasons, would you agree
23 that that would be wrongful?
24       MR. GAGE: Object to form.

Page 132

1        A. Not necessarily.
2        Q. (By Mr. Faes) You say not necessarily. Are
3  there --
4        A. Uh-huh.
5        Q. -- are there situations where you believe it
6  would be appropriate to not include a warning or
7  precaution that medical affairs thought should be in
8  the IFU for marketing reasons?
9        MR. GAGE: Object to form.
10       A. It depends on -- it depends on what it was.
11 You know, when they're coming up with these things,
12 they're taking in numerous considerations, so it would
13 -- it would just depend on what it was. It would --
14 it would give me some pause if that was the only
15 reason for marketing reasons, but I would have to know
16 more specifics before I drew a conclusion about it.
17       Q. (By Mr. Faes) So if medical affairs said, I
18 think this warning or precaution is really important
19 and marketing comes in and says, yeah, but it's going
20 to hurt the sales of our product, so we're not going
21 to put it in, you believe that there are situations
22 where that would not be wrongful?
23       MR. GAGE: Object to form.
24       A. Right, because as I've said before, there's

Page 133

1  some risks that are not in an IFU for any product that
2  surgeons are aware of, like death. Death is a risk of
3  any surgical device with surgery. You know, surgery
4  has a risk of death, so they may not want to put that
5  in there for marketing reasons.
6        Q. (By Mr. Faes) So you believe that there are
7  situations where it's appropriate for marketing to
8  override the judgment of medical affairs?
9        MR. GAGE: Object to form.
10       A. I don't -- I don't -- I don't want to agree
11 with that. I mean, I don't want to disagree with that
12 because medical affairs should be the priority, but
13 there are so many considerations that go into it.
14       MR. FAES: I'll object and move to
15 strike after the word "priority." And Doctor, I'll
16 let you go, because --
17       THE WITNESS: Okay.
18       MR. FAES: -- I'm sorry. I asked way
19 more questions than I intended to. We got into a --
20       THE WITNESS: I know. We were on a roll
21 there.
22       MR. FAES: We got into a thing there.
23       THE WITNESS: Yeah.
24       MR. GAGE: All right. So we're off the

34 (Pages 130 to 133)

Christina Pramudji, M.D.

Page 134

```
 1   record now.
 2         (Deposition concluded at 4:25 p.m.)
 3         (Signature reserved.)
 4              * * * * *
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 136

```
 1         ACKNOWLEDGMENT OF DEPONENT
 2
 3         I,_____, do
 4   hereby certify that I have read the
 5   foregoing pages, and that the same is
 6   a correct transcription of the answers
 7   given by me to the questions therein
 8   propounded, except for the corrections or
 9   changes in form or substance, if any,
10   noted in the attached Errata Sheet.
11
12
13   _____
14   CHRISTINA PRAMUDJI, M.D.        DATE
15
16
17   Subscribed and sworn
18   to before me this
19   _____ day of _____, 20____.
20   My commission expires:_____
21
22   _____
23   Notary Public
24
```

Page 135

```
 1         - - - - - -
 2         E R R A T A
 3         - - - - - -
 4
 5   PAGE  LINE  CHANGE
 6   ____ ____ _____
 7      REASON: _____
 8   ____ ____ _____
 9      REASON: _____
10   ____ ____ _____
11      REASON: _____
12   ____ ____ _____
13      REASON: _____
14   ____ ____ _____
15      REASON: _____
16   ____ ____ _____
        REASON: _____
17   ____ ____ _____
18      REASON: _____
19   ____ ____ _____
20      REASON: _____
21   ____ ____ _____
22      REASON: _____
23   ____ ____ _____
24      REASON: _____
```

Page 137

```
 1   THE STATE OF TEXAS:
 2   COUNTY OF FT. BEND:
 3         I, Tamara Vinson, a Certified Shorthand
 4   Reporter and Notary Public in and for the State of
 5   Texas, do hereby certify that the facts as stated by
     me in the caption hereto are true; that the above and
 6   foregoing answers of the witness, CHRISTINA PRAMUDJI,
 7   M.D., to the interrogatories as indicated were made
     before me by the said witness after being first duly
 8   sworn to testify the truth, and same were reduced to
     typewriting under my direction; that the above and
     foregoing deposition as set forth in typewriting is a
10   full, true, and correct transcript of the proceedings
11   had at the time of taking of said deposition.
         I further certify that I am not, in any
12   capacity, a regular employee of the party in whose
     behalf this deposition is taken, nor in the regular
13   employ of his attorney; and I certify that I am not
14   interested in the cause, nor of kin or counsel to
     either of the parties.
15
16         GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
     this, the ____ day of March, 2016.
17
18
19   _____
     Tamara Vinson, Texas CSR No. 3015
20   Expiration Date:  12-31-2016
21   GOLKOW TECHNOLOGIES, INC.
     Texas CRCB Registration #690
22   440 Louisiana, Suite 910
23   Houston, Texas  77002
24   www.golkow.com
```

35 (Pages 134 to 137)

**A**

abdominal 34:20
35:7,16 36:8
68:14,15 100:9,9
101:1,5,6,9
abdominally 61:13
62:2,21 93:7
able 36:23,24 46:5
51:19 103:6
112:15 118:5
122:24
abovestyled 3:4
absolutely 28:1
43:3 48:22,24
51:22 52:1 56:6
69:24 77:19 92:21
118:16 126:14,17
accelerate 80:6
accept 45:15
acknowledging
90:7
acknowledgment
136:1
add 126:9
added 56:24 57:17
58:13 125:11
131:21,22
addition 6:7
additional 59:2
64:18
address 6:20 22:4,7
22:10 23:7,10
65:21
adequate 114:19,20
115:10 131:5
adequately 114:21
adhesions 62:22,23
100:22
advantage 39:3
adverse 59:24
afaes 4:6
afc 35:18
affairs 114:9 115:1
129:6,19 130:15
131:12,15,19
132:7,17 133:8,12

afternoon 7:5
age 129:22 130:18
ago 18:21 28:13
33:9,13 39:6
agree 9:11 10:11
11:6,15,19,24
12:20 13:1,6 17:5
23:13,15 27:19
35:7 41:3 44:17
46:14 54:22 56:22
58:3,6,22 59:5
61:12 62:12 63:13
64:3,9,19 65:18
66:8,10 70:1,3
78:6 79:11 80:23
82:7 83:19 86:16
89:15 90:9 94:1,3
94:9,11 96:3,7
102:2,17,21,22
103:10,15,21
104:2,4 110:23
111:8,12 112:4
114:24 115:5,23
116:2,7,11,12,22
117:12,18,22
119:4,5,15,17,22
120:2,8,13,18,22
121:2,4,8,13,19
122:10,19 124:7,9
127:20 128:9,14
131:22 133:10
ahead 40:19
allows 52:20
alternative 23:14
23:16 34:17 35:6
92:20
alternatives 32:15
35:8
ams 35:23
amsden 2:11
analyses 67:23
analysis 49:14
67:11,15,18 70:17
andrew 4:4
andy 7:6 9:23
19:14 34:1,1,6

angles 38:11
announce 28:15
announced 28:13
announcement
47:14 48:7 49:7
answer 13:14 18:13
22:22 34:4 40:14
42:18 58:2,5,21
59:4 71:15 72:22
78:4 80:5 82:19
106:8 115:24
117:5 119:12
120:7 121:18,23
126:18 128:23
129:1,2 130:10
answered 11:13
18:11,12 62:24
71:18 72:12 73:16
95:20 123:16
129:4 131:18
answering 34:6
answers 136:6
137:6
anterior 57:24
125:2,5,8,22
126:1,2 127:12
anticipate 8:24
49:11 98:19 103:6
112:16 122:13,17
122:24
anticipated 73:15
112:22
anybody 108:11
anymore 28:14
anyway 15:10
95:23 124:6
apart 76:8 77:3,6
apex 30:5
apical 29:24 30:3
37:19,20 38:1
50:24 57:15
101:16
apologize 107:5
apparent 104:8
appearances 5:3
applied 106:19,23

apply 109:15
appreciate 23:3
36:24
appreciates 34:10
apprise 106:15
appropriate 15:6
35:10 132:6 133:7
appropriately
56:19
approval 69:13
approved 52:17,24
53:7 69:8
approximately
88:2
area 23:22 24:3
105:24 123:11,12
124:19 125:7
126:3,11
areas 38:12
arent 52:23 109:6,6
arm 95:18
arms 125:8,9
126:10,11,20
arteries 76:15
article 104:11
articles 13:22
artisyn 36:2
asc 35:17,18 97:22
100:18 101:23
asked 19:1 22:14
40:8 71:14,19
75:20 107:5 122:2
133:18
askew 32:13
asking 79:10,11
98:15
assessment 68:6
assigns 67:22
associated 6:16
54:23 55:20 56:17
assume 108:24
109:9,16,18,23
assuming 10:5
83:17 84:7
astora 28:16
attached 3:10 7:23

136:10
attempts 121:5
attended 81:17
attorney 137:13
attributable 115:2
augmentation
64:17
august 25:2,20,23
authoritative 63:15
authoritive 63:14
available 9:11
23:18 26:10 28:22
30:22 31:1 32:4
36:15 37:9 42:1
44:14 46:17,24
47:9,10,16 48:8
49:7,24 50:10,18
98:20 124:18
125:6 127:8
avenue 4:5
avoid 38:23 102:3
102:19
aware 84:22,23
98:12,13 104:16
111:15,18 133:2

**B**

babbling 75:23
back 8:12 9:23 19:7
25:24 27:8 40:3
41:16 57:15 69:19
71:5 97:11 115:8
131:1,9
background
110:23
backgrounds
115:13
backtracking
53:10
bad 71:20 105:19
banks 1:20
barbara 1:9
bard 90:3
barker 2:2
based 96:14 97:2
97:17 129:21

Case 2:12-md-02327  Document 2153-6  Filed 05/09/16  Page 37 of 53 PageID #: 57588

Christina Pramudji, M.D.

Page 139

130:17
**basically** 50:22
**basis** 75:5,13,14
  123:7
**bathroom** 97:5
**bears** 57:3 82:3
**began** 50:20 68:14
**beginning** 66:1
**behalf** 137:12
**believe** 12:14 24:15
  24:18,20 25:10,15
  26:2 29:4 39:12
  39:15 40:21 42:18
  44:3 51:23 52:2
  52:14 53:14 54:8
  54:13,16 56:13,18
  59:17 60:6 66:14
  66:17,20 71:3,7
  71:17,21,23 72:7
  72:13,23 73:3,7
  73:16,20 74:1,8
  77:5,8,10,12,13
  78:13,15 79:17
  80:4,6,9,15 84:13
  85:2,9,10,17
  88:18 92:23 93:2
  93:10 97:1,16
  98:21 100:19,23
  101:14,20 106:17
  106:22 110:15
  116:5 124:17
  125:5 126:3,12,15
  131:14 132:5,21
  133:6
**believed** 60:3 129:6
  129:20 130:15
  131:13,20
**believes** 81:23
  131:15
**bend** 137:2
**benefit** 38:21 56:24
  57:17,24 58:13,18
  58:19
**best** 37:18 39:6,11
**better** 63:4 64:8,16
  89:11 96:13

**big** 18:17 80:19
**bigger** 126:2
**billed** 8:20
**billing** 8:24
**bills** 9:11
**biofilm** 76:10
**biologic** 30:12
**biology** 93:18
**bit** 39:5 50:12
  53:10 73:18 87:24
  106:7
**bleeding** 38:24 39:2
**blood** 94:20
**blynn** 2:1
**body** 44:22 79:9,11
  83:23,24 86:1,2,6
  86:13 100:15
  103:20 110:6
**boggs** 2:7
**bogus** 76:16
**borne** 62:18
**boston** 29:3,4
**bouncing** 115:8
  131:10
**bound** 111:17
**bowel** 62:22 100:17
  100:22 101:15,22
**box** 41:10
**break** 40:2,4,8
  72:13 85:11 86:15
  97:6,10,12,15
**breakdown** 86:4,7
**breaking** 85:18
**brenda** 1:12
**brings** 37:2,6
**brittle** 78:17 79:5
  86:8,13,23
**broadly** 25:4
**broken** 91:21
**brought** 7:24 8:3,5
  8:5,14 16:6,13,17
**bullet** 57:12 58:6
  59:20 61:23 62:1
**butler** 4:9 8:13
  16:1 19:1
**butlersnow** 4:11

**buy** 49:5,23

---
## C
**c** 4:1
**cadaver** 32:22
**calculating** 84:16
**calculation** 46:4
**caliber** 61:3
**call** 17:1 72:16
**called** 35:21 90:3
  110:18,19
**calls** 131:4
**cant** 10:1 18:2 19:6
  19:7 24:20 28:23
  29:7 31:17,20
  45:6 46:7 51:9
  58:5 62:17 74:18
  74:18 88:17 92:17
  99:13 100:5 105:6
  107:7 108:20
  116:16 119:12
  122:6 128:23
  129:2,2 131:6
**capacity** 137:12
**caption** 137:5
**carbone** 81:12,14
  81:22 82:2
**cardiac** 76:14
  79:17,19,23
**care** 51:24 52:15
  53:8,9 64:20,23
  112:10 113:13,23
  114:5
**career** 107:10,15
**carey** 2:8
**carol** 2:23
**carpenter** 1:14
**carry** 100:24
**cartmell** 4:4
**case** 1:8,10,11,13
  1:14,16,17,19,20
  1:22,23 2:1,3,4,6
  2:7,9,10,12,13,15
  2:16,18,19,21,22
  2:24 16:4 18:15
  18:20,23 19:5

  20:11,16,17 46:10
  65:16 69:23 87:5
  93:14 96:19
  100:11 106:14
  114:8,18 117:15
**cases** 1:7 8:12
  21:13 76:23
**casespecific** 8:18
  9:14
**catherines** 47:21
**cathy** 2:10
**cause** 3:4 75:11
  80:6 85:16,23
  86:1,17,19 96:8
  101:11,13 115:3
  116:6 117:18,21
  117:14
**causes** 96:2,4
**causing** 86:2
**cautery** 94:19
**caution** 129:7,20
  130:16 131:13,20
  131:21
**caviness** 18:22
  20:10
**cavity** 79:19,23
**centimeter** 125:23
**centimeters** 125:18
  126:7,13,16
**certain** 52:19 72:19
  107:2
**certainly** 70:12
  82:4 99:21
**certificate** 5:9
**certified** 137:3
**certify** 136:4 137:5
  137:11,13
**change** 74:15 131:7
  135:5
**changed** 108:5
**changes** 108:3
  136:9
**changing** 107:4
**charlene** 2:20
**charleston** 1:2
**check** 48:20

**chemical** 70:5,13
**chemistry** 70:2,10
**choice** 30:16 36:9
  37:24 38:5,6,8
  51:4 97:21 98:21
  98:23 103:1,12
**choose** 13:22 102:3
  102:18
**chose** 10:23 36:17
**christina** 1:13 3:1
  5:5 6:3,5,7 7:1
  136:14 137:6
**chronic** 119:24
**circles** 127:24
**circumstance** 79:8
  93:20
**circumstances** 78:8
  78:10,11 79:13
**cite** 13:22,24
**cited** 13:23 104:10
**city** 3:8 4:5 47:19
**civil** 3:9
**clarify** 55:2
**class** 66:3,4,24 67:2
  67:2 68:19 69:14
  129:8
**classified** 66:24
  67:2
**clean** 34:7
**clear** 64:16 101:2
**clearance** 41:14,22
  42:4,12
**cleared** 26:8 52:3,6
  52:16,24 68:19,24
  69:5,8
**clinical** 26:16 76:21
  76:22 77:7,20
  78:2 93:22 94:7,8
**clinically** 78:11
**clock** 129:15
**close** 34:23
**closed** 118:2
**closer** 81:2
**cole** 2:8
**colleagues** 82:5,22
**colony** 4:10

Christina Pramudji, M.D.

coloplast 35:21
36:9
colporrhaphy
63:16
com 4:6,11 102:7
137:24
combine 10:24 11:5
125:1
combined 16:24
17:7,8 72:9 125:1
come 11:11 131:6
comes 81:3 132:19
comfortable 52:13
67:8 70:6
coming 132:11
commentary 9:23
commercials 32:13
commission 136:20
communicate
110:8
communication
6:17
comorbidities
129:23 130:18
companies 110:16
company 8:7 39:19
109:2,10,11,13,19
comparable 63:16
comparator 92:16
compare 11:23
36:22 83:24 87:17
89:6,18 92:24
127:19
compared 23:17
36:14,21 38:22
56:24 57:17 58:14
61:14 62:3,14
100:8,17 124:9
127:4,20 128:9,14
comparing 92:15
92:19 127:13,14
comparison 89:20
127:18
compartment 72:4
72:5,8,9,11,15,24
73:5,9,9 74:3

124:24 127:14,16
completely 27:21
34:1 61:6 79:7
118:2
complex 119:19
complication 12:1
12:14 103:8 111:9
111:21 112:6,24
113:10,24 114:6
115:2
complications 6:15
23:23 24:3 39:1
54:22 55:5,8,20
56:9,17 61:14
62:3,14 71:19
73:21,22 74:2,10
80:16 100:17
102:4,6,8,19,24
103:4,7 107:2
109:2,11,20 110:5
110:13 111:16,18
112:16 114:22
115:12 120:11,15
121:10 122:1
complies 114:11
complying 61:22
comprehensive
110:9,10
conceding 86:12
conceive 74:18
concentration 80:8
concern 82:23
concluded 134:2
conclusion 132:16
conclusions 18:2
conducive 27:22
conducting 26:11
26:15
configurations
32:3 123:17
configuring 124:15
confused 16:16
25:8,14 31:6
conjunction 30:2
consent 36:12
consented 56:19

58:9
consents 56:14,15
consider 30:12
42:23 51:21 52:7
52:10 54:5 61:23
67:6 83:2,10,18
84:8 111:1,23
113:22
consideration
105:24 106:1
109:4,16
considerations
132:12 133:13
considers 83:4
consulted 56:3
contacted 18:15
20:15
contain 10:19 16:2
contained 40:21
57:9 125:23
continue 34:13
50:8 51:24
continued 48:6
49:19
contract 59:15,18
60:7,13,15
contracted 118:13
contracting 61:2
contraction 59:13
59:15,20 60:4,9
116:3,5,7,8,12,13
116:23,23 117:2
117:12,13
contracts 59:16,16
59:17 60:16,19
61:7
contrast 41:9
controlled 14:2
87:15 91:4,10
92:8,15,19,23
controversial 35:1
converse 75:17
corporate 28:18
correct 7:10 11:20
12:2 13:4,5 15:22
17:10,13 19:5,11

22:1,2 23:23,24
24:4,5,7,23 25:7
25:19 26:5,6,12
26:18,20 27:14
32:10 33:20,21
34:21,22 36:11
37:10,14 38:15,16
39:7 41:6,7,12,23
43:12,21,22 46:18
49:3,21 50:11
51:2 56:1,2 60:4
65:4 67:23,24
68:9,10 82:24
83:1,20 84:10,11
91:13,14 93:11,12
96:5,9,10,16,17
96:23 97:22,23
99:23 100:2
104:22,23 105:3
107:24 108:2
123:9,10,18,19
127:10 136:6
137:10
correction 60:10
corrections 136:8
correctly 24:15
75:2 76:18 103:16
125:18
correlates 11:3
68:2
correlation 74:12
couldnt 21:20 45:9
45:10
counsel 9:24 21:18
92:4 137:14
counting 32:22
country 115:13
county 137:2
couple 28:13 33:12
36:4 107:6
course 41:13 111:4
court 1:1 4:14 9:17
19:19 20:3 33:24
34:9
crcb 137:21
created 19:10

20:10 92:5
criteria 50:13,14
csr 3:6 137:19
cure 71:1 75:4 76:4
curious 114:8,12
current 21:24
currently 32:4
35:23 36:8 52:16
97:21
curriculum 6:9,12
23:6,10
cut 27:1,11 29:16
30:7 96:1 128:5
cv 8:5 21:16,18,19
21:24 22:3,16
cystocele 37:19
38:1 40:10
cytotoxic 93:11,17
93:23 94:10,15,24
95:10 96:9
cytotoxicity 93:19

**D**

d 1:13 3:1 5:5 6:4,5
7:1 136:14 137:7
daphne 2:2
data 44:22 52:11
69:21 74:16 76:1
76:6
database 81:11
date 25:16 26:5
28:23 37:12 41:14
41:22 42:4,12
48:21 49:2 50:3
136:14 137:20
dated 65:22
dates 25:7,14
day 122:3 136:19
137:16
days 9:3,4 103:24
104:8
deal 10:10
dealt 70:4
death 133:2,2,4
decide 37:17
deciding 130:2,6,8

130:22
**decision** 13:21 54:9
54:14,17 66:11
**decreased** 58:19
**defect** 29:24 30:10
**defects** 39:7,16
**defendants** 4:8
**defining** 55:1
**definitely** 38:8
58:19 71:4
**deformed** 61:5,9
**degradation** 70:24
71:6 74:24 76:9
76:16 80:3
**degrade** 74:19 75:6
75:16 76:13,20
77:13,19 78:1,7,9
78:10 79:13 80:7
85:11,21,22
**degraded** 76:14
**degrades** 69:22
70:15,20 74:11,17
75:19 76:2,7
77:18,24 78:6,14
78:16 86:13
**degrading** 85:14,17
**degree** 61:11 72:19
80:1 107:2
**demographics**
129:22 130:17
**demonstrate** 91:5
91:11 93:4
**demonstrated**
96:14 97:1,16
**demonstrative**
91:23 92:5
**department** 114:9
**depend** 86:11
105:19 112:1
132:13
**depended** 124:14
128:1
**depending** 38:10
103:19 128:5
**depends** 11:17
125:19 132:10,10

**deponent** 136:1
**deposed** 107:6
**deposition** 1:12 3:1
6:3 7:6,19,20 9:17
14:9 40:12 55:12
65:8 134:2 137:9
137:11,12
**depth** 89:14
**details** 10:1
**determination**
87:17
**determine** 67:11,15
70:20 88:3,23
89:10
**devastating** 103:9
**developed** 128:17
**developing** 98:8
**device** 7:7 11:19
12:1,15,20 13:9
15:21,21 24:13,21
26:3,8,12 36:13
37:8,24 38:4,6,8
38:14 39:6,11
40:9 42:20,24
43:6,12 46:23
48:7,14 49:17
50:6,9,14,15 51:4
51:4,20 52:2,16
52:23 54:10,18
66:12,15,18,21
67:3,19 68:3,9,18
68:20,24 69:5,14
71:8 80:10,16
81:24 84:14 92:16
92:19,20,24,24
98:9,21,23 99:4
100:23 101:8,11
101:14 102:1,5,20
102:24 103:1,16
103:17,22,23
104:7 106:9
107:12,16,20,24
109:3,10,19 110:1
111:10,21 112:24
113:10 114:1
123:8 133:3

**devices** 37:16,16
43:6 46:19 47:24
48:10 49:6 51:24
66:3,4,5,9 67:12
67:16 91:7,13
93:5 111:1,5
**diabetes** 94:20
**didnt** 14:17,24 15:7
18:5 19:4 24:19
24:21 26:3 30:10
36:4,5,22 37:4,4
39:1 49:8,10,13
50:5 75:21 77:1
79:1 82:19 89:14
89:23 90:8 111:22
113:1,11 114:1,5
122:16
**difference** 12:24
15:9 21:20 31:14
31:22,24 38:17
**differences** 11:18
37:1
**different** 11:7,9,11
11:15,22 12:2,12
12:21,23 15:3
18:1 20:13 31:5
36:22 37:1 38:11
38:12 71:15 72:9
73:4,9,19 77:9
79:7,20 89:8
92:24 112:12,13
113:18 119:7
**diligent** 111:23
**dimock** 2:23
**dinner** 81:20
**direction** 137:9
**disagree** 44:21
55:24 56:22 57:2
57:21 58:4 60:7
60:11 61:12 62:6
62:17 63:13,17,20
64:19,23 66:11
81:7 82:1 83:20
84:2,10 114:3
127:4,10 133:11
**disagreed** 56:7,9

**disappear** 76:13
**disappearing** 85:15
**disclose** 110:4
**disclosed** 110:14
115:5
**disclosing** 109:1,11
109:19
**disclosure** 19:12
**disclosures** 19:20
**discomfort** 86:24
**discontinuance**
37:13
**discuss** 10:10 13:17
13:17
**discussed** 43:8 86:9
119:8
**discussing** 131:9
**discussions** 115:8
**disintegrating** 77:3
77:6
**dispute** 10:1,2,8
**dissection** 100:16
101:17
**distinction** 53:4
118:7,19
**district** 1:1,1,5
**division** 1:2
**doctor** 10:13 41:14
42:19 54:9,14,17
65:1,7 69:18
80:19 102:2,17,22
103:3,11 111:11
112:8 129:7
133:15
**doctors** 106:15
111:1,5 115:12
130:1,21
**document** 1:6 7:21
7:24 40:13 65:13
65:15,19
**documentation**
89:2 91:17
**documents** 8:6,8
83:13
**doesnt** 59:15 63:9
74:16 75:1,6,15

75:17,18 76:12,13
76:20 77:12
100:24 101:14
131:11,14
**doing** 27:12 34:23
42:23 101:18
111:14 112:9
114:7
**donna** 2:11
**dont** 7:14 9:21 10:6
11:21 13:10 14:16
15:9 19:6,16
25:10 30:17,17,17
30:19,24 31:13,22
32:2 33:9 34:22
35:12 36:2,22
41:19,20,21,24
42:8,16,16 45:19
46:21 47:1 48:11
48:13,16 52:5
53:16,19 54:7
59:17 63:10 64:8
66:10 67:4,20,21
68:1,4,6 69:2,3,8
71:5 72:16 74:7
77:16,18 78:22,23
82:3 83:6,24
85:21 88:5,5,10
88:13,16 90:19,24
91:16 92:9,13
93:8,10 95:1,3
99:5 107:23,23
109:7 110:9,19
111:12 112:20
113:4 117:15
118:18 119:6
122:7,9,9,22
123:16 124:4
126:5,8,11,19
129:3 130:5,8
131:5 133:10,10
133:10,11
**dozen** 27:5
**dr** 7:5,20 15:11
23:5 40:3 81:12
81:14,22 82:2,22

83:2,4,7,11,18,23
84:8 97:11
**drafting** 21:8
**draw** 18:2
**drawing** 13:18
**drew** 132:16
**drives** 8:7 16:9
**due** 82:2 83:22
94:18 131:22
**duly** 3:3 7:2 137:7
**durham** 1:23
**dynamesh** 96:22
**dyspareunia** 120:4

**E**

**e** 4:1,1 135:2
**earlier** 25:10 32:6
42:6 75:21 119:8
127:2
**early** 98:14
**easy** 99:6 121:21
**ed** 39:13
**edge** 86:20
**edges** 86:16 94:19
**education** 40:22
41:9
**educational** 8:7
**effect** 77:20 80:3
93:22 94:9 100:15
**effective** 44:23
52:12 57:4 64:1
**efficacious** 63:22
96:14 97:2,17
**efficacy** 11:7,9,13
12:21 17:20 18:9
44:19 63:5,10
**eight** 81:2 123:20
**either** 24:4 26:4
30:11 37:12 41:22
42:12 73:8 110:10
125:8 137:14
**elapsing** 104:8
**electron** 77:1
**elevate** 28:5,8
29:10 33:2,3
38:14,20 87:23

**88:14 98:4**
**elizabeth** 2:1
**email** 28:16,19
**employ** 137:13
**employee** 137:12
**encapsulated** 60:21
**engage** 117:7,14,17
117:23
**engineering** 70:5
**ensure** 41:8
**enterocele** 101:17
**entire** 21:3 124:19
126:23
**entitled** 124:3
**environment** 27:16
27:22 32:7 79:18
79:19
**eroded** 86:2
**erosion** 61:16 64:18
80:23 81:5,23
82:8,13,23 85:12
85:16 86:10,17,19
94:4,13,14 95:3,4
95:7,14 105:2,5,7
105:9,11,12,16,22
105:23 122:14
**erosions** 71:10
94:22,24 105:19
119:19 120:19,23
121:21
**errata** 136:10
**especially** 118:11
**esq** 4:4,9
**essman** 1:8
**estimate** 20:22 21:2
26:23
**ethicon** 1:3 26:5,17
35:19 36:2 40:24
41:10 45:14 46:15
46:19 47:24 49:18
53:17 63:19 67:10
67:14,22 69:10
81:17 83:9,10
98:8 106:19,22
108:10,10,12
114:10,24 122:3

**122:19 129:6,11**
129:19 130:15
131:12,15,19
**ethicons** 44:14 45:7
45:12 68:6
**eugenia** 2:5
**event** 59:24
**evidence** 56:23
57:13 58:13 74:10
93:10 94:15
**exact** 88:16 91:15
**exactly** 42:15
**examination** 5:6
7:3
**examine** 51:17
**examining** 76:24
**example** 11:7 13:1
28:3 79:12 86:9
**exception** 8:11
122:14
**excise** 121:5
**excluding** 73:22,23
**excuse** 107:1
**exhibit** 6:1,3,5,6,9
6:10,12,13,15,18
7:17,19 9:7,8,18
9:20 10:12,14
13:16 14:7,9,21
15:13 16:22 20:24
21:14,16,18,21,22
21:23 40:7,11
41:4 55:10,12
61:20,21 65:1,6,8
68:11 69:20
**exist** 60:4
**experience** 52:11
55:7 57:7 63:23
67:9 74:6 76:21
76:22 82:4 84:1
104:12 110:24
111:10 112:13
113:16,21 115:14
**experienced** 111:7
111:16 123:7
**expert** 6:5 8:15
10:17 18:15 19:2

**19:12 20:16,19**
24:20 70:1,9
**experts** 10:3,9
75:22 96:12
**expiration** 48:21
49:2 50:3 137:20
**expired** 50:4 51:20
**expires** 136:20
**exposed** 86:2 93:17
94:10 96:8
**exposure** 59:3
62:20,20 64:18
81:5 82:8,13,16
82:20,23 85:12,16
86:5,7 94:4,13,14
105:7,17
**extent** 50:5
**external** 38:19
**extra** 49:23
**extrusion** 73:17
80:23 81:5,23
**extrusions** 120:24
**eyes** 77:4,7

**F**

**f** 1:20
**fact** 35:8 38:19
75:3,15 79:15,21
81:16 99:14
129:21 130:17
**factors** 37:21 61:24
105:23
**facts** 13:16,17,17
137:5
**faes** 4:4 5:6 7:4,6
10:11,13 13:13,15
14:14,19,23 15:2
15:9,11 18:3 19:9
19:22 20:2,4,8,9
20:12 22:17,20
23:2,5,21 25:4,9
25:22 34:9,12
35:14 36:7 37:2
39:22,23 40:3,20
44:24 45:20,24
46:9,14 52:14,22

**53:3 56:22 58:22**
59:12 60:11,18
64:8,19 65:7,9,11
71:17,18,21 73:13
77:21 78:20 80:2
82:18,21 83:16
84:4,13 87:16
90:9 92:4,7 97:7
97:11 99:3,14,21
100:3 102:14,17
107:10,19 110:11
111:8 112:19
113:17 114:7,16
116:20,22 117:4,6
117:10 119:22
120:6,8 121:13,17
121:19 123:1,3,15
123:22 124:1,5,7
124:17 127:11
129:1,17,19 130:6
131:12,19 132:2
132:17 133:6,14
133:18,22
**failure** 71:24 72:1,2
72:17,24 73:4,8
73:22,23 74:3,8
**failures** 72:14
**fair** 31:21 36:7
37:23 62:6 83:11
90:16 103:14
**fall** 103:17
**falling** 77:3,6
**familiar** 21:13 54:7
82:11 104:21
**far** 26:14 70:11,11
**fashion** 30:3
**fashioned** 125:19
**faster** 129:15
**fault** 72:18
**fda** 6:17,18,18 45:1
45:15 52:3,17,24
53:7,12 54:10,18
55:19,24 56:9
57:22 58:4 59:24
60:2,12 62:7,13
65:19 66:2 69:13

83:4,9,10,17,20
83:22 84:7,10
110:16 114:11
**fdas** 44:17 45:14
66:11
**federal** 3:9 20:3
**feel** 29:1 30:10
52:13 67:8 69:19
69:24 70:6 105:10
127:24
**feeling** 27:18 90:13
**felt** 13:18 22:22
49:9 50:18
**fibers** 61:4
**fifteen** 43:17
**fifth** 55:18
**fight** 10:10
**file** 1:3
**find** 8:10 24:20
51:19 80:21 88:7
88:11,14 106:4
**fine** 114:22 124:2
**finish** 34:2
**finished** 34:6
**first** 7:2 18:12,14
20:15 21:19 24:12
25:12 32:16,19
33:8 35:2 41:18
42:1 47:14 65:12
66:1 68:12,18,23
69:4,9 72:17
75:14 100:13
108:1 122:4 123:6
137:7
**fishing** 78:20,23
79:2,4 86:9
**five** 71:9 73:24 74:4
74:10 80:17 81:2
93:2 107:7
**flash** 16:9
**flat** 11:8,16 12:2,6
12:15,22 13:2,8
27:3,4 28:3,4
29:16,21 41:15
43:24 44:8,13
53:11,18 66:20

67:2 68:7,18 69:4
69:11 85:1 92:12
92:15 106:11
124:18
**floor** 59:11 60:10
81:17
**flow** 94:21
**flubbed** 130:7
**following** 1:7 54:10
54:18 63:14
**follows** 7:2
**followup** 84:23
**foregoing** 136:5
137:6,9
**forget** 14:16,18
15:7
**forgot** 33:15
**forgotten** 75:22
**form** 17:19,21 18:8
22:12,13 23:19
25:3,6,21 35:11
36:3,18 39:17
44:20 45:17,22
46:3,12 52:8,18
53:2 56:20 58:15
60:5,14 64:6,14
71:13 73:11 77:17
78:18 79:24 83:12
83:21 84:2,12
87:13 94:16 98:24
99:12,18 100:1
107:17 110:7
111:3 112:11
113:14 114:2,14
117:9,11 119:20
121:11 122:21
123:14 124:13
127:9 128:22
130:4,24 131:17
131:24 132:9,23
133:9 136:9
**forming** 16:3,18
17:15,17 18:6
65:16 67:6 114:17
**forth** 9:24 115:9
131:10 137:9

**forward** 27:8
**found** 46:22
**four** 55:18 89:4,9
105:16
**fox** 1:21
**frame** 84:16
**free** 27:1 30:3,7
69:19
**frequency** 107:2
**frequently** 50:21
**front** 16:10 41:4
77:3,6
**ft** 137:2
**full** 24:19,21 26:17
46:15 83:23,24
137:10
**fully** 34:1 36:24
**further** 62:18 84:20
137:11

---

### G

**gage** 4:9,11 9:21
14:16,20,24 15:4
17:21 19:14,16,19
19:23 22:12,19,21
23:4,19 25:3,6,21
33:22,24 34:4,11
35:11 36:3,18
39:17 40:18 44:20
45:17,22 46:3,12
52:8,18 53:2
56:20 58:15 59:8
60:5,14 64:6,14
65:3,5 71:13
73:11 77:17 78:18
79:24 83:12,21
84:12 87:13 90:5
94:16 97:5 98:24
99:12,18 100:1
102:11,16 107:9
107:17 110:7
111:3 112:11
113:14 114:2,14
116:18 117:9
119:20 121:11
122:21 123:14,20

123:23 124:3,13
127:9 128:22
129:15,18 130:4
130:24 131:17,24
132:9,23 133:9,24
**gathering** 14:3
**general** 9:13 11:10
11:10,24 15:17,20
17:10 18:4,15
20:19 36:16,20
**generalized** 9:23
**generally** 66:4,5
127:23
**gessner** 3:8
**getting** 80:12
**give** 65:11 71:15
132:14
**given** 136:7 137:16
**giving** 22:21 114:4
115:22
**glance** 21:19
**go** 13:16 30:5 39:23
40:19 41:1 50:5
59:19 61:23 84:18
84:20 85:3 89:14
119:14 123:21
131:11 133:13,16
**goes** 41:11,16 131:1
**going** 7:18 9:6,7
10:5,13 14:1,8
20:13 21:15,17
25:16 27:8,8
28:14 46:23 47:8
47:9,15 48:8
55:11,17 59:10
61:3,4,5 65:7
69:16 72:10,11,19
73:18 80:21 82:18
83:16 84:4,6 89:7
95:22 96:1 99:6
101:5 102:11,12
103:5 109:6,6,17
111:4,6 115:7,24
117:10 119:5
127:24 131:9
132:19,20

**golkow** 137:21,24
**good** 7:5 14:5 50:18
51:11 63:21 69:10
114:5
**goodwin** 1:4
**gotta** 129:12
**gotten** 10:2
**grade** 37:18,24
38:9,10,10 39:7
39:16 40:10 77:16
**grades** 39:11
**graft** 63:3 127:14
127:15,19
**grafts** 128:3
**grams** 100:4
**grand** 4:5
**gray** 105:24
**great** 52:1,9
**greater** 30:3 82:14
91:19 125:16
**grossly** 76:24
**group** 51:14
**guide** 110:16
**guidelines** 110:15
110:18,21
**gut** 90:13
**guys** 20:2,4
**gyne** 96:15
**gynecare** 6:14
**gynecologists** 68:14
**gynemesh** 10:18,21
11:3,8,16 12:2,3,5
12:13,15,22 13:2
13:8 15:16 16:19
17:4 18:6,9 20:16
22:7 23:7 26:19
26:24 27:1,3,7,10
29:21 30:6,18,23
31:1,15,23 32:4,7
41:15,17 42:13
43:24 44:4,8,13
53:10,18 54:1
66:20 67:1,7,19
68:7 69:1,4,11,22
70:7 74:11,17
76:2,7,20 84:24

87:3 88:1 89:12
90:11,14,22 91:6
91:11 92:12,15
93:4,6 96:15 97:3
97:18 98:10,17
99:11,17,24 100:4
106:11 108:18,21
114:18 115:2,16
119:11 123:17
124:15,18 125:2,6
125:15,23 126:22
127:14,15,19
128:1,3,5,12,17
128:18

**H**

**hagans** 2:4
**half** 18:21
**hand** 7:18 10:13
14:8 21:15 49:9
55:11 65:7 137:16
**handed** 15:7 40:11
61:21
**handful** 35:4
**handing** 14:21
**handles** 103:20
**handling** 94:18
**hands** 36:6 56:11
**hang** 40:18
**happen** 75:1
101:17 103:19
**happened** 51:13
**happens** 75:18
93:16,19
**hard** 116:18
**harder** 36:5
**havent** 15:19 28:4
30:19 43:6 70:16
70:21 91:1,2
**head** 39:20 92:9
123:13 126:5
**healing** 94:23 95:9
103:18 112:21
**health** 54:11,19
55:13 56:4,8 57:9
60:1

**heard** 9:23 104:3,6
**heather** 2:13
**heavier** 99:10,22
**held** 11:12
**hell** 15:4,5
**help** 27:12 110:16
**helped** 16:1
**helpful** 114:17
**helps** 17:24
**hereto** 3:11 137:5
**hermann** 47:19,21
**hernia** 54:1 100:21
100:24 101:1,6,12
**hernias** 68:14
101:12
**hes** 117:10
**high** 68:3 71:2 75:5
76:4 80:11 81:8
81:11 82:4,5,6,8
84:15 105:2,7,9
105:14 106:5,7
**higher** 81:9 106:2
**highest** 14:4,5
**highland** 4:10
**highrisk** 66:5,9,12
66:15,18,21 68:8
**hill** 1:9
**history** 94:20
**hold** 70:9
**holes** 95:10
**honestly** 19:6,16
**hospital** 47:22 49:5
**hospitals** 28:24
47:12,18,23 49:17
49:23
**hours** 20:12,23
21:2,3,7,10
123:24
**houston** 3:8 137:23
**huge** 12:24,24
**human** 33:1
**hundred** 91:5,11
91:19,22 92:8
93:3 126:15
**hurt** 132:20
**hypothetical** 63:7

74:20 83:17 84:7
**hypothetically**
85:13,20 86:3,14
86:22 104:4

**I**

**id** 19:7,9 25:24
39:19 42:14 44:10
44:15 90:14,15,15
100:6
**idea** 41:2
**ideas** 131:10
**identical** 31:18
**ifu** 39:10,12,15,20
40:9,12 41:3 44:9
44:13 106:14
107:20,24 108:3,4
108:13,15,18,21
108:24 109:1,7,9
109:18 110:4,14
110:17 114:11,13
115:5,9 122:11,20
122:22 123:2
129:9 130:1,21
131:2,5,11,21
132:8 133:1
**ifus** 107:16 114:19
**iglesia** 82:11,22
83:2,5,7,11,18,23
84:8
**ii** 66:3 67:2 68:19
**iii** 66:5,24 67:2
69:14
**ill** 7:15 16:13 20:9
22:13,17,18 29:3
35:14,17 41:20
43:18 49:13 57:12
62:24 72:13 91:8
102:14 113:7
117:11 119:14
129:11 133:14,15
**im** 7:6,18 8:20 9:6
9:6,7 10:4,13
11:21 12:5,10
14:8,21 15:6 17:3
18:10 19:11,11

20:13 21:15,17
22:15 34:5 39:20
44:10,15 45:3,9
45:18 52:4,22,23
53:24 54:7 55:11
55:17 58:2 65:7
67:17 69:16 71:15
72:12 73:18 75:23
78:4 79:11 82:18
83:14,16 84:4,6
85:15 86:12 87:1
88:16 89:6 90:6
93:18 95:6,6,16
95:16,22 99:1
100:2 101:1
102:11 108:17
115:24 119:5,10
124:24 126:6
130:9 133:18
**impact** 77:7 78:2
78:12
**implant** 48:21
51:24 53:6
**implanted** 24:9,12
25:12 49:1 51:12
52:16 79:8,11
**implanting** 37:15
51:21 52:7 68:15
108:7,9 113:11
123:8
**implants** 27:18
**implication** 77:22
**important** 13:18
22:23 67:5 103:10
132:18
**improper** 94:19
**improved** 63:9
**inability** 117:6,7,14
**incapacitating**
121:15
**incision** 95:11,14
101:4,10
**include** 107:4
109:24,24 132:6
**included** 106:19,23
109:7 125:8,9

131:15
**includes** 66:4,5
**including** 8:6
**incorrect** 22:22
25:10,13
**indelicate** 118:20
**index** 5:1 6:1
**indicated** 39:16
40:10,16 42:21
43:24 44:4 52:23
103:23 137:7
**indication** 68:18,24
69:6,12,13
**indications** 43:1
**ineloquent** 87:12
**infection** 103:21
104:8
**inflammation**
93:24
**inflammatory**
85:23,24 86:3
**inform** 55:19
**information** 40:21
80:12 84:6 108:4
130:1,2,20,22
131:14
**informed** 103:1,12
**inguinal** 101:12
**inherent** 64:5,12
109:20
**injury** 100:21
101:15,19,22
115:4
**innumerable** 94:21
**inserted** 29:16
**instance** 3:2 83:19
84:9
**intend** 46:10 69:23
87:4 91:18 92:1
93:13 100:10
106:13
**intended** 133:19
**intepro** 89:24 97:24
98:2
**intercourse** 116:14
116:24 117:8,14

117:17,19,21,22
117:24 118:5,8,10
118:14
**interested** 137:14
**internal** 67:11,15
**interrogatories**
137:7
**interrupt** 14:24
15:6 18:5 48:24
100:2
**intervention**
120:24
**interventions**
120:10
**intraabdominal**
62:23
**introduce** 13:7
**introduced** 63:6
**introduces** 58:24
59:2,9
**invasive** 100:8
102:2,3,4,18,20
**investigator** 63:18
63:24
**invoices** 8:14 10:3
**involved** 26:15
107:11,15
**isnt** 80:19 94:7,13
113:20
**issue** 94:23
**issued** 15:19 45:1
53:12 56:5 66:2
**issuing** 55:19
**ive** 13:16 28:5,5
35:19,23 75:21
76:23 83:13 104:3
132:24

**J**

**jane** 1:15
**january** 65:22
**jean** 2:23
**jo** 2:16
**job** 114:22
**joe** 81:12,14
**joseph** 1:4

**joy** 1:8
**judge** 1:5
**judgment** 43:4,10
131:4 133:8
**july** 54:10,18 58:10

**K**

**k** 1:20
**kansas** 4:5
**katy** 47:21
**keep** 89:2 96:1
**keeping** 50:2
**keeps** 41:1
**kept** 48:5
**key** 2:19
**kin** 137:14
**kind** 37:2,6 49:10
50:15 87:12 89:8
89:15 105:20,24
**kit** 13:2,7 29:7,18
32:16,19,21,22
33:2,11,18 36:12
36:17 37:17 56:16
99:8 107:20 109:3
109:10 110:6
111:10 112:17
124:20
**kits** 36:15,22 37:1
44:19,23 87:22
99:7,15 123:12
127:8
**knew** 22:24,24
109:2 111:20
115:1 122:3
**know** 7:14 9:6,22
10:7,9 11:21
13:10 14:3 17:23
19:6,16 24:16
26:7,14 29:1
30:17,17,18,19,24
31:3,12,14,18,22
32:2,3,12 34:22
35:14 39:10,13,18
40:24 41:14,17,20
41:21,24 42:4,8
43:23 45:18 46:19

47:23 48:3,13,17
49:11,17 52:5,9
53:17 54:7 57:6
63:10 66:23 67:1
67:4,10,14 68:1,4
68:6,23 69:2,3,7,8
69:10,16 76:12,24
77:2 78:20,23
79:1,21 80:2 81:8
81:12 82:13,21
83:4,6,13 84:18
88:20 90:20,24
91:15 92:7,11,14
92:18 93:6,19
95:7 98:8 99:3,5
99:15 100:3,6
102:23 103:4,11
104:24 105:4,21
106:18 107:1
108:4,15,18,21
109:5,21 110:2,3
110:18,19,20
111:9,11,12,22
112:2,6,7,12
113:1,11 114:1,5
115:22,24 119:14
122:2,7,9,10,19
123:11,11,16
124:4 125:1,21
126:5,11,21 129:3
130:9 132:11,15
133:3,20
**knowing** 103:5
111:24
**knowingly** 52:15
**knowledge** 16:23
17:24 49:1,4
52:20 113:16,21
122:23
**known** 109:13
115:12
**kriz** 1:11

**L**

**label** 42:24 43:5,7,8
43:15,19 52:21

**labs** 32:23
**lap** 15:8
**lapsed** 103:18
**large** 14:3 29:24
30:10 81:10
121:21
**launch** 24:19,22
26:17 37:12 46:15
**launched** 24:17
25:2,4,20 26:4
41:18
**law** 41:4
**lead** 85:11,18 86:10
86:23 94:4,12
116:3,8,13,24
117:13 119:18,24
120:3,10
**learn** 28:15
**leeway** 52:20
**left** 99:7 131:6
**legally** 53:5
**level** 13:24 14:4,5
129:22 130:18
**levels** 115:13
**liability** 1:4
**lieu** 45:16
**life** 48:17 49:12
102:4,6,7 107:4
**lifechanging** 102:7
102:19,23 103:9
120:15 121:9
**lighter** 99:16,20
**liked** 98:15
**limited** 26:10
**line** 78:20,23 79:5,5
86:9 94:22 95:2,8
95:8,12,15 135:5
**list** 6:7 14:12,22
15:15,23 16:1,2
17:1,8,12 22:1
91:18,22 122:1
**listed** 16:22 22:3,6
22:15,16 23:6,9
42:12 96:2
**lite** 89:24 98:2
**literature** 8:7,8

13:11 14:1,4
23:22 24:3 39:18
55:6 56:12 57:2
59:23 60:3,12
62:10 63:21 64:15
67:9 71:4,6 74:5
76:19 82:3 83:23
84:1 89:9 96:15
97:3,18 105:21
**litigation** 1:5 32:13
**little** 16:16 29:10
39:5 42:6 50:12
53:10 73:18 106:7
113:18
**live** 33:1 105:22
**llp** 4:4,9
**logan** 2:20
**lois** 1:23
**long** 2:13 30:19
130:11
**longer** 37:9 46:17
46:23 47:9,15,16
48:8 49:6 50:9
52:24
**longest** 84:22,23
**longterm** 123:7
**look** 16:16 19:7
21:23 25:24 32:13
32:15 39:19,21
40:1 42:14 59:8
62:10 68:11 83:23
83:24 90:15 100:6
**looked** 15:8 90:19
91:1,2
**looking** 13:11
52:11 55:6 61:18
74:5,5 81:10
**loss** 37:19 38:1
50:23
**lot** 11:3,10 14:3
21:12 34:5 81:3
84:5,19 88:22
105:21 125:12
**louisiana** 137:22
**low** 68:3,8 71:1
75:4 76:3

Christina Pramudji, M.D.

**lower** 61:14 62:3,9
  62:13

**M**

**m** 1:13 3:1,5,5 4:9
  5:5 6:4,5 7:1
  18:17,17 31:6
  33:16 50:6,9,15
  50:17,20 51:1,4
  54:18 98:9,11,15
  98:17,19,23 99:4
  115:20 134:2
  136:14 137:7
**machine** 3:7
**major** 17:22 100:21
**majority** 95:2
**making** 13:21
  28:22 46:16
  118:19
**manifestation** 94:7
  94:8
**manufactured**
  108:10
**manufacturer**
  36:14
**march** 1:14 3:4
  137:16
**maria** 2:5,17
**marie** 1:20
**mark** 9:8 14:20
  21:17
**marked** 7:17,18
  9:20 10:12,14
  13:16 14:7,9 15:3
  20:24 21:14,16,22
  40:7,11 55:10,11
  65:6,8 69:20
**market** 45:21 46:2
  46:11 63:6,11
  99:4,8,9,16 105:1
  122:5 123:6
**marketing** 131:22
  132:8,15,19 133:5
  133:7
**marlex** 90:2
**mary** 1:15

**master** 1:3
**material** 109:21
**materials** 6:7 7:24
  8:3,11 16:2,7,9
  21:11,12 40:22
  41:1,10 91:20
**matter** 61:1 72:20
**mdl** 1:7 6:8 18:17
**mean** 14:21,24
  17:23 18:5 20:17
  20:18,19 22:17
  29:20 32:11 51:12
  53:22 55:2 61:1
  62:12 70:3 72:1,2
  75:13,18 76:13
  87:8,9 100:14
  118:11 125:17
  126:5 131:4
  133:11
**meaning** 22:16
  55:8
**meant** 23:1 102:7
  110:9 130:7
**medical** 8:9 26:19
  42:20,24 43:12
  52:16 53:21 60:3
  60:12 66:3 67:16
  93:18 107:12,16
  109:10,19 111:1,5
  115:1 129:6,19
  130:15 131:12,15
  131:19 132:7,17
  133:8,12
**medication** 43:7
**medications** 43:5
**meeting** 10:4,5
**meetings** 83:8
**memorial** 3:7 47:19
  47:19,21
**memory** 44:11 85:6
  85:8
**mention** 33:15
  40:20 96:22
**mentioned** 14:17
  16:6
**mesh** 6:16,19 11:8

11:16 12:2,6,15
12:22 13:3,3,7,8
18:1,4 23:22 24:3
27:4,17,18,20,23
28:2,3,5 29:3,3,4
29:16,21 30:3,7
30:12,13,16 31:12
31:15,16,23 32:13
32:16 35:1,24
36:1,2,9,12,16,19
41:15 43:12,14,19
43:24 44:4,9,13
44:19,23 53:11,18
53:21,23,24 54:3
54:5,23 55:20
56:18,23,24 57:1
57:3,16,18 58:13
58:14,18,20,22
59:3,13,15,17,20
59:22 60:3,7,12
60:15,17,21,23
61:2,8,12,14,15
61:16,18,24 62:1
62:3,5,14,15,20
62:21 64:4,5,11
64:12,16,18 65:20
66:8,12,20 67:2
68:7,12,15,18,24
69:4,5,11 70:14
70:14,18,19,23
71:24 72:1,1,16
72:18 73:17 74:11
75:6 76:11,12,24
76:24 77:2,5,14
78:13 84:24 85:1
85:10,17 86:1,5,7
86:16,18,20,22,23
87:3,7,23 88:3,8
89:12,19,21,24
90:2,3 92:12,15
93:11 94:4,5,12
94:13,15,23 95:9
97:19,21,24 98:2
98:4,6,10,10,16
98:18,20 99:10,11
99:15,16,17,24

100:4 106:11
107:20 109:10,21
110:6 111:9 115:2
116:2,8,13,23
117:2,13 119:19
121:5 123:8,12,17
124:10,11,18,19
125:7,12,21
126:24 127:5,6,21
127:22 128:10,11
128:13,15,16,19
**meshes** 28:2 35:16
  35:17 36:1 87:16
  89:4,10 96:13,13
  96:24 97:15
**met** 81:14
**meter** 100:4
**methodology** 88:24
**micral** 103:20
**microscopic** 70:17
  77:1
**microscopically**
  77:19 78:2
**microscopy** 77:1
**midurethral** 17:16
  17:18 18:7
**mind** 50:2
**minds** 10:4,6
**minimally** 100:8
**minute** 39:6 85:5
**minutes** 123:20
  124:4
**missing** 113:15,16
  113:21
**mississippi** 4:10
**missouri** 4:5
**mistake** 25:5
**moderate** 68:3,8,19
**moderaterisk** 66:4
**moment** 100:5
**month** 47:2 49:12
**morbid** 100:10,14
  100:19
**morrow** 2:22
**move** 13:13 63:1
  69:18 82:18 95:22

117:4 120:6
121:17 123:1
133:14
**moved** 27:19
**multiple** 57:4 80:14
  96:2,4 115:7
  120:10,19 121:5

**N**

**n** 4:1,4
**name** 7:5 29:7
**nancy** 2:16
**narrow** 57:23
**native** 27:13 30:11
  34:14,16 63:4
  64:3,9,20 82:17
  90:9,20 112:17
  117:2 118:12
**necessarily** 72:17
  75:17 109:14
  110:24 132:1,2
**necessary** 103:23
**necrosis** 93:24,24
  94:11,17,21 96:3
  96:4,8
**necrotized** 94:1,3
  94:12
**need** 10:10 28:2
  29:2,13 38:12
  39:24 44:18 49:13
  50:3 71:10 90:5
  103:3 105:8
  129:13 131:1,11
  131:14
**needed** 10:4 29:13
  37:20,21 104:7
  105:20 106:19,23
  114:12 122:22
  129:7
**needing** 10:8
**needs** 123:21
  131:16
**never** 20:4 23:21
  24:1,2 43:14,18
  43:19 49:1 67:18
  68:5 83:8 90:19

91:21 95:13 99:4
104:3,6
**new** 16:15 35:15
75:24 91:8 98:16
**news** 6:18
**nice** 34:7
**nicely** 11:12
**nomenclatures**
31:5
**nonissue** 78:3
**nonmesh** 58:24
**nonresponsive** 84:5
**notary** 136:23
137:4
**noted** 136:10
**notice** 6:3 7:20,23
9:16 56:5
**notification** 54:11
54:19 55:13 56:4
56:8 57:10 60:1
**november** 18:18
20:21
**nuances** 36:20
**nudge** 34:8
**number** 7:23 16:6
20:23 26:10 49:12
68:2 74:14 75:10
81:3 87:9,10,14
88:5,10,13,16,17
91:15 92:9,13
**numbered** 3:4
**numbers** 9:7
**numerous** 91:4,10
92:10 132:12

**O**

**object** 13:13 17:21
22:12,13 23:19
25:3,6,21 35:11
36:3,18 39:17
44:20 45:17,22
46:3,12 52:8,18
53:2 56:20 58:15
60:5,14 63:1 64:6
64:14 71:13 73:11
77:17 78:18 79:24

82:18 83:12,21
84:12 87:13 94:16
98:24 99:12,18
100:1 107:17
110:7 111:3
112:11 113:14
114:2,14 117:4,9
117:10 119:20
121:11 122:21
123:14 124:13
127:9 128:22
130:4,24 131:17
131:24 132:9,23
133:9,14
**objection** 9:22 10:6
23:3
**obstruction** 62:22
100:22
**obviously** 18:1 50:2
68:1
**occasionally** 27:24
**occasions** 26:22
**occur** 38:24 78:16
103:4 104:18
109:2 110:5 117:1
117:16 120:12,17
**occurred** 47:3 51:8
115:3
**occurs** 103:21
117:2
**october** 59:24
**offer** 46:10 69:23
87:5 93:13 96:18
100:10 106:13
**offered** 123:17
**offering** 77:15
119:12
**office** 137:16
**officially** 26:4
28:20
**oh** 12:7 14:19 18:13
20:20 22:24 25:7
33:4 71:9 74:24
102:9 104:12,14
124:21
**okay** 8:20 9:6,19

13:13 14:8 18:3
18:13,14,19 19:9
20:9,20 21:15
26:2 27:15 28:19
29:12 30:9 31:8
31:10,21 33:14
35:17,20 37:2,6
40:18 42:16 44:12
47:20 50:8 51:16
63:13 69:17 73:1
91:3 95:21,24
101:3 102:9
104:14,16 113:6,8
113:19 118:17
122:16 123:22
125:4 127:13
128:7,8 129:13,17
133:17
**olsen** 1:15
**once** 50:17 125:11
**operations** 111:14
**opinion** 55:6 64:15
69:22 70:23 71:3
74:16 75:6,12
76:1,6,17,19
77:15,23 78:5
87:4 89:19 93:13
96:18 100:10
101:8 106:13
115:22 119:12
123:3 131:7
**opinions** 10:19,22
10:24 11:12 13:19
16:4,19 17:7,15
17:17,19,23 18:7
18:8 46:10 65:16
67:7 77:15 84:2
114:17 115:8
**opposed** 11:1 93:23
**oral** 1:12 3:1
**order** 45:1,8 53:11
53:18 66:2 74:15
77:7 103:11 105:8
**orders** 83:9
**organ** 6:16,19 17:1
17:2,9 21:4 23:11

27:20,24 29:17
54:24 56:16 58:9
58:23 59:1 61:13
61:15 62:2,4,15
64:10,11,21 65:21
66:9 68:16,17
77:14 90:10,21
99:9 119:9,18,23
120:3,9,14,19,22
121:4,8,14,20
122:4 128:10,15
128:20
**oriented** 86:12,18
**outcomes** 63:15
64:4,11,16
**outlier** 83:2,5,11,18
84:8
**outline** 107:14
**outside** 53:7
**overall** 81:5,23
**override** 133:8

**P**

**p** 3:5,5 4:1,1 134:2
**page** 5:2 6:2 25:1,5
25:16 55:15 57:8
61:20 69:18 87:2
96:11 100:7
104:10 135:5
**pages** 136:5
**pain** 58:19 60:9
112:21 116:3,9
118:3,15 119:24
121:15
**painful** 116:13,24
117:18,21,23
118:6,9,24
**paper** 63:15
**paragraph** 55:18
59:19 66:1 68:12
**parentheses** 57:14
57:16
**parenthesis** 59:21
**parkway** 4:10
**part** 35:9,9,12
75:13

**particular** 10:23
111:9 129:8
131:20
**parties** 137:14
**party** 137:12
**pass** 38:24
**passed** 103:24
**passes** 38:15,20
39:2
**patient** 8:9 30:10
35:7 36:12,17
37:17,24 43:8
51:21 52:7 56:17
56:19 64:22 71:1
75:5 76:4,22 77:8
80:9 84:14,17
86:24 102:3,18,22
103:3,11 109:12
113:24 114:4
**patients** 27:17 29:1
32:13 36:23,23
38:5,6,9 50:14,15
50:19,20,20,23
51:11,12,15 52:10
56:4,7,15 58:9,16
58:17 70:8,8
77:20 87:11,15
105:16,22 129:24
130:3,8,20,23
**paula** 1:11
**pause** 132:14
**pd** 88:7
**peerreviewed**
23:22 24:2
**pelvic** 1:4 6:16,19
17:1,2,9 21:4
23:11 27:20,24
29:17 54:24 56:16
58:9,23 59:1,11
59:13 60:10 61:13
61:15 62:2,4,15
64:10,11,21 65:21
66:9 68:16,17
77:14 81:17 87:3
87:8,20 88:3,8,12
88:15 89:19 90:10

90:11,21,22 99:9
111:13 112:15,16
112:17,21 116:3,8
117:20,20 119:9
119:18,23 120:1,3
120:5,9,14,19,22
121:4,8,14,15,16
121:20 122:4,12
122:15,17 128:10
128:15,20
**pelvis** 35:10 72:18
124:11 127:7,23
128:19
**penetrated** 118:21
**penny** 2:14
**people** 26:15
112:12
**percent** 55:9 71:9,9
72:11 73:2,13,24
74:4,9,10 80:11
80:18,24 81:2,3,6
81:24 82:9,15,17
84:15 88:20,21
94:14 95:4 105:11
105:13 106:2
**percentage** 72:22
**perfect** 107:9,9
**perfectly** 115:10
131:5
**perform** 35:2
**performed** 37:8
87:10 103:2
**performing** 37:11
**period** 27:6 37:7
47:6,13 48:12
51:7 103:18
**peripheral** 17:23
**permanent** 115:4
**peroxides** 79:21,22
80:2,6
**person** 48:23
117:23
**personal** 82:4
**perspective** 38:21
52:4
**phrased** 67:12

**physically** 118:5,9
118:14,20
**physician** 43:9
52:14 55:3 56:13
56:14,15,19
111:22,23,24
112:5,9 113:1,2
113:11,12,23
**physicians** 23:18
26:11 39:10 41:6
41:11 42:1 51:14
52:20 126:21
131:2
**picturing** 39:20
126:6
**place** 95:1,5,14
**placed** 48:15 61:12
61:17 62:1,21
86:19 95:18
103:16 104:1
**placeholder** 6:11
9:10
**placement** 6:16
**placing** 61:24
**plaintiffs** 3:3 4:3
10:3 96:12
**please** 20:7 69:15
116:21 130:12
**plication** 58:21
**plus** 31:6 33:16
50:6,9,15,17,20
51:1,3 54:18 98:9
98:11,15,17,19,23
99:4 115:20
**point** 19:7 29:23
30:1 34:8 45:3
57:12 58:6 59:20
61:23 62:1 63:12
64:24 99:8
**points** 11:11
**poking** 86:14
**polymer** 70:2,6,10
**polymers** 70:4,7
**polypropylene**
77:12,14,23 78:6
78:7,13,15,17,24

79:12,16 80:3,7
85:10 86:8 87:23
**poor** 94:20 112:21
**pop** 17:17 55:21
59:22
**pores** 61:8,8
**portions** 27:11
**possession** 8:6
**possible** 112:4,14
**posterior** 57:16,23
58:8,17,20,20
101:18 125:2,5,9
125:22 126:2,3
127:12
**potential** 38:21
59:10 94:8,9 96:2
96:4,7 103:4
111:15,20 112:6
112:16 114:21
115:1
**potentially** 43:6
78:9 102:4,19,23
103:9 107:3 128:3
**practice** 24:7 26:20
43:20 48:20 53:21
54:6 70:12 107:19
**practicing** 43:16
**pramudji** 1:13 3:1
5:5 6:4,5,7 7:1,5
7:20 15:11 23:5
40:3 97:11 136:14
137:6
**precaution** 132:7
132:18
**prefer** 36:5
**prefers** 118:23
**premarket** 69:13
**preparation** 8:9
**prepare** 19:4
**prepared** 40:14
**preparing** 20:23
107:11,15
**preprolift** 30:8
**prerogative** 43:9
54:21
**prescribed** 103:18

103:24
**present** 4:13 58:24
79:22,23
**pretty** 12:7,13
19:11 80:19,20
98:14
**previous** 21:13
79:5
**previously** 58:1
59:21 124:12
127:7,23 128:4,20
**price** 31:22,24
**primarily** 34:24
**primary** 63:24
**principle** 11:24
**prior** 7:21 8:12
18:20 26:17 27:10
35:4 92:1 104:7
**priority** 133:12,15
**probably** 9:1,3
21:1,9 27:9 29:3
29:22 30:7 31:21
52:10 76:10 83:15
124:23 125:2,10
129:12
**problem** 95:9
**problems** 53:6 71:5
**procedure** 3:9
23:16 35:3 36:9
56:16 92:16,20
93:1 100:19,20
102:5,20,24 103:2
**procedures** 32:14
58:10
**proceed** 40:5 97:13
103:13
**proceedings** 137:10
**process** 7:13 28:12
**produce** 28:14
**produced** 3:2 8:12
19:10 21:17 92:5
**producing** 10:7
28:10,11
**product** 22:4 23:7
29:8 30:20,22
31:4 35:19,21,23

41:5,11,15,17,21
41:22 42:1,5,13
46:5,16 48:1,18
48:21 49:2,18
50:3 53:11,13
63:3,9 64:1 85:22
98:16 104:22
106:16 108:13
132:20 133:1
**products** 1:4 10:24
11:2,4,11,23
15:20 17:2,3,9,10
17:17 18:1 21:5
22:7 48:4 49:12
49:13 52:1 77:15
108:7,9 119:9,11
119:13,18,23
120:3,9,14,16,19
120:23 121:5,14
121:20 122:4
**prof** 39:13
**professional** 40:22
41:1,9 43:4
**professionals** 114:9
114:10 122:24
131:3
**profile** 11:7,16
12:21
**project** 104:21
**projection** 49:10
**prolapse** 6:16,20
17:2,2,9 21:4
22:11 23:11,17
27:12,20,24 29:17
32:17 35:9 38:9
39:11 50:23 54:24
56:16 58:10,23
59:1 61:13,15
62:2,4,15 64:10
64:12,21 65:21
66:9 68:16,17
72:2,8,20 77:14
90:10,21 99:9
119:9,18,23 120:3
120:9,14,19,23
121:5,9,14,20

Christina Pramudji, M.D.

122:4 128:10,16
128:21 129:22
130:18
**prolene** 31:4,12,15
31:20,23 41:21,24
53:21,23 54:1,3
61:3,10 69:22
70:14,18 76:14
79:16 89:6,21
93:11 128:12,12
128:17,18
**prolift** 10:18,20
12:4,11,20 13:2,7
15:16 16:19 17:4
17:20 18:12 29:24
30:2,4 31:6 32:20
33:15 36:21 37:8
37:16,22 38:4,13
38:22 39:15 49:16
49:22,23 50:6,8
50:13,15,17,19,20
50:22 51:1,3,5,20
54:17,18 66:17,23
67:19 68:7 70:14
70:19 72:7 80:16
80:24 81:6,24
82:9,14 84:14
85:1 88:1 91:6,12
93:5 98:11,15,17
98:22,23 106:8
111:21 112:7,24
113:10 114:1,18
115:18,20 119:10
124:10,10,20,21
124:23 125:3,3,4
125:8,9,12,16,22
126:1,2,4 127:5,6
127:7,19,21,22
128:2
**properly** 86:18,19
95:18
**propounded** 136:8
**pros** 121:2
**prosima** 6:14 7:7
10:18,20 11:6,15
11:19,20 12:1,11

12:13,15 13:3,8
15:16 16:19 17:4
18:6,9,16,20 22:4
23:13,15 24:6,13
24:19,21 26:3,7
26:16,16 33:3,4
34:13,17 36:13,20
37:11,16,18,23
38:14,20 39:4,6
40:9,12 41:5 42:5
42:13 45:2,8,14
45:16,21 46:1,11
46:15,19,23 47:8
47:13,14,24 48:6
48:10,14,18 49:6
50:13 51:19 52:2
52:7 54:10,15
63:3,15,18,24
66:14 67:19 68:7
70:15,19 71:8,24
72:14,24 73:4,8
73:17,21 74:2,11
80:10,17 85:1
88:1 91:7,12
92:19,24 93:5
98:9,19,22 99:3
100:8,17,20,23
101:8,10,11,14,18
102:1 103:16
105:8,12 106:4,14
106:20,24 108:15
111:2,21 112:7,24
113:10 114:1,18
115:14 119:10
123:6,12 129:8,21
130:16
**protegen** 104:21,21
105:1,5
**proven** 52:12
**provide** 20:11
**provided** 15:24
41:10 124:10
127:22 128:12,19
**provides** 56:24
57:16 58:13 127:6
**provisions** 3:10

**prudent** 112:8
113:2
**ps** 10:21 11:3,8,16
12:2,3,15,22 13:2
13:8 15:16 16:20
17:4 18:6,9 20:16
22:7 23:7 26:19
26:24 27:1,3,7
29:21 31:1,15,23
32:4,7 41:15,17
42:13 43:24 44:4
44:8 53:10,18
66:20 67:1,7,19
68:7 69:1,4,11
74:11,17 76:2,7
76:20 84:24 87:3
89:12 90:11,22
91:6,11 92:12,15
93:4,6 96:16 97:3
97:18 98:10,17
99:11,17,24 100:4
106:11 108:18,21
114:19 115:2,16
119:11 123:17
124:18 125:6,15
125:24 126:22
**public** 54:10,19
55:13 56:4,8 57:9
60:1 136:23 137:4
**publications** 8:8
22:1,3,6,9,15 23:6
23:9
**published** 23:21
24:2
**pubmed** 89:1,2
**pulled** 61:9
**purposes** 110:4
119:7
**pursuant** 3:9
**push** 86:1
**pushing** 86:5
**put** 39:19 42:15
50:16 86:21
110:16 115:9
122:20 124:11
127:6,22 128:19

129:9 131:2,13,16
132:21 133:4
**putting** 114:22
129:20 130:16
**pvdf** 87:21 88:8

**Q**

**quality** 89:10,11
**question** 7:14,15
11:13 16:15 18:6
18:10 20:14 22:14
22:18 34:2 35:13
37:7 40:14 43:19
49:16,22 54:13
58:3,21 59:4,7
62:24 63:7 64:9
65:12 69:15 71:14
71:14,20 72:12,21
73:16,19 74:20
75:21,24 77:9
78:5 87:12 89:8
89:24 90:7 91:1,8
95:20 99:7 102:13
113:17,20,21
115:11,16,18,20
117:6,12 119:13
122:18,18 123:16
128:7 129:2,4
130:7,10,13 131:8
**questions** 7:4 14:22
22:14 72:6 107:6
119:7,8 129:12,14
133:19 136:7
**quick** 97:5,8
**quijano** 2:5
**quite** 87:24
**quote** 76:9 88:17

**R**

**r** 1:4 4:1 135:2,2
**ran** 49:20
**randomized** 14:1
87:15 91:4,10
92:8,14,18,22
**range** 73:14 80:19
80:21,24 81:2,7

111:5
**rare** 54:24 55:1,2,4
55:8,21 56:10,12
56:18 103:7,8
**rate** 26:2 62:20,21
74:8,9 80:24 82:4
82:8,14,16 94:14
95:4 105:9,11,12
**rates** 11:22 12:1,12
12:14 61:14,16,19
62:3,9,11,14
70:24 71:1,7,22
71:23 72:7,14,23
73:3,7,17,20 74:1
75:4,4,10 76:3,4
80:10,15 81:6,11
81:23 82:20,23
84:14,17 105:2,4
105:7
**reach** 74:14,15
**reached** 10:20
**reaction** 85:19,23
85:24 86:1,4
**read** 55:17 57:12
59:7 65:18 107:20
107:23,23 108:1
108:24 109:9,18
116:17,18 136:4
**reading** 34:5
**reads** 62:1
**ready** 40:4 97:12
**real** 97:7 129:15
**realistically** 103:6
**really** 13:11 28:4
33:12 34:1,23
35:4 36:23 62:17
114:15 128:23
132:18
**realtime** 130:9
**reask** 22:18 72:21
84:5 119:6 130:10
**reason** 10:23 39:2
75:16 132:15
135:7,9,11,13,15
135:16,18,20,22
135:24

Christina Pramudji, M.D.

**reasonable** 54:9,14
  54:16 111:24
  112:8,15 113:2,5
  113:12,22 114:4
**reasons** 94:21
  131:22 132:8,15
  133:5
**recall** 19:6 27:6
  29:7,15 31:17,20
  33:9 42:11 43:7
  43:20 44:7,12
  45:4,6,11,13,19
  45:23 46:7,22
  47:1,2,5,12 48:11
  48:14 51:7 53:15
  53:16 67:21 85:3
  85:7 92:17 93:8
  105:6 108:14,20
  108:23 122:6
**recite** 45:10
**reclassify** 66:3,12
**reconsider** 74:15
  75:11
**reconstructive** 87:4
  87:8,20 88:4,8,12
  88:15 89:20 90:11
  90:23
**record** 3:10 34:7
  39:24 40:4 63:2
  97:12 134:1
**records** 8:10 19:8
  83:8
**rectal** 101:19
**rectocele** 37:19
  38:1 40:10
**recurred** 72:2
**recurrence** 71:1
  75:4 76:3
**recurrent** 72:16,19
**recurring** 72:8
**reduced** 137:8
**refer** 21:20 69:19
  91:18 119:9
**referenced** 6:7
**references** 26:1
**referring** 17:3

  18:22 27:2 51:13
  58:1 69:1 119:10
**refresh** 44:10 85:5
**refreshing** 85:7
**regard** 45:1 53:12
  55:24 115:14
  117:7
**regarding** 7:7 8:15
  10:17,20 17:19
  18:8,16 20:16
  44:18 67:7 70:23
  83:9 106:23
  109:10
**regards** 68:8 89:18
**registration** 137:21
**regular** 137:12,12
**regulations** 114:11
**regulatory** 52:4
  114:9
**reinforce** 57:5
**related** 71:5 129:24
  130:19
**relates** 1:6 55:4
  70:11
**release** 6:18 63:11
**reliable** 96:14 97:2
  97:17 115:10
**reliance** 6:7 14:12
  14:22 15:15 16:24
  17:8,12 91:20,22
**relied** 16:3,18
  65:16
**reluctant** 27:18
**rely** 17:15,18 18:7
  75:3 76:15 109:7
**relying** 76:5,19
**remains** 64:20
**remember** 10:1
  19:7 24:15 28:23
  48:16 51:9 100:5
  107:7 125:18
**remind** 33:22
**remote** 121:22
**removal** 103:22
**remove** 76:11
**removed** 45:21

  46:1,11 76:24
  104:7 105:1
**reoperation** 70:24
  71:7,19,22,23
  72:7,14,23 73:3,7
  73:17,20 74:1,8,9
  75:3,10 76:3
  80:15
**rep** 28:17 108:11
**repair** 1:4 6:19
  27:13,20,24 29:17
  30:11,12 54:1,23
  55:21 56:23 57:3
  57:4,14,15,16
  58:17,21,23 59:1
  59:22 61:13 62:2
  63:4 64:10,20
  65:21 66:8 68:13
  68:15,17 90:10,21
  90:21 99:9 128:10
  128:15,21
**repaired** 71:11
**repairs** 34:14,16
  64:3,9 82:17
  117:3 118:12
**repeat** 69:15
**rephrase** 7:15
  102:12,13,15
**replace** 79:4
**report** 6:5,8 10:17
  10:19 11:1 13:15
  13:19,22,23 15:16
  15:17 17:9,10
  19:4 20:11,19,24
  21:4,8,11 22:7,9
  22:15 24:18,21
  25:17 42:13 69:19
  87:2 91:3,9 93:9
  96:11,21 100:7
  104:10
**reported** 3:6 59:23
  105:4
**reporter** 4:14 9:17
  20:6 33:24 34:9
  137:4
**reporters** 5:9

**reports** 8:15,18,23
  9:2,13,14 15:20
  17:12 19:21 59:24
**representative**
  108:11
**represented** 21:19
  21:24
**requests** 7:24 8:1
**require** 120:24
**required** 41:4 46:6
  114:10 121:6
**requirement** 65:20
**requirements** 6:19
**research** 46:6
**reserved** 5:8 134:3
**residency** 111:15
  112:13
**residual** 67:18,22
  68:2
**resolve** 121:21
**resources** 46:6
**respect** 82:2 83:22
**respectfully** 60:6
**response** 24:24
  45:7,12,14 53:17
  57:11 59:6 64:7
  116:15
**responsive** 8:1
**restart** 43:18
**restate** 116:16
**restorelle** 35:22,22
  36:6,10 97:19
**result** 50:18 62:3,8
  62:9,13,16 120:15
**results** 50:18 51:11
  61:13 99:2
**resume** 14:17
**retropubic** 15:21
**review** 14:2 44:15
  65:11 89:9,16
**reviewed** 7:21 16:3
  16:18 40:13 44:8
  44:13 65:15
  110:20
**reviewing** 21:11
**rhynehart** 2:14

**riddell** 1:12
**ridgeland** 4:10
**right** 7:15 15:21
  18:22,24 19:13,18
  20:2 24:11 26:17
  29:7,19,21 31:17
  32:9 37:13 39:20
  42:3,17 58:17
  70:10 75:7,8 78:7
  78:10,11 79:12,23
  80:8 81:16 82:9
  92:17 94:22 95:2
  96:22 101:9 105:6
  108:23 119:1,2
  127:17 129:13,14
  132:24 133:24
**rigorous** 44:18
**rise** 75:11
**risk** 59:2,9,13,22
  62:22 64:18 67:11
  67:11,15,15,18,22
  68:2,3,3,3,19
  100:17,21,24
  101:6,7,7,15,16
  101:18,19,22,22
  101:24 111:20
  112:6,24 113:10
  113:24 114:6
  115:1,4 119:21
  121:22 122:1
  133:2,4
**risks** 6:20 11:20,21
  13:7,8 58:24
  59:10 64:4,12,17
  65:22 106:15
  109:1,5,8,12,17
  109:20,21 110:4,8
  110:13 115:12
  119:4,17,23 120:2
  120:9,13,18 121:9
  121:14,20 122:2,3
  122:11,12,14,14
  122:17,19,20
  123:4 133:1
**road** 3:8
**roll** 133:20

Christina Pramudji, M.D.

**rule** 19:20
**rules** 3:9

**S**

**s** 1:5 4:1
**sacro** 35:16
**sacrocolpopexy**
    34:21 35:7 36:8
    61:18 62:19 64:24
    100:9,16 101:5
**safe** 44:23 52:12
    63:22
**safer** 96:12 97:17
**safety** 6:17,20 11:7
    11:16 12:21 17:19
    17:24 18:4,9
    38:21 44:19 63:5
    63:9 65:21
**sale** 28:22 46:24
    47:9,10
**sales** 28:17 108:11
    132:20
**sampling** 14:5
**sandra** 1:18
**satisfaction** 71:2
    75:5 76:4,23 80:9
    84:14,17
**saw** 15:8 50:18
    51:11 57:7 63:23
    83:14
**saying** 22:22 58:3
    62:9 71:16 75:9
    95:16,16 118:3
**says** 40:15 55:18
    59:20 62:8 66:1
    68:12 132:19
**scale** 121:21
**scar** 59:18 60:8,18
    60:24 61:6,10
    116:7,12,23
    117:13
**scared** 32:14
    118:13
**scarring** 59:16
    60:16 117:20
**school** 93:18

**science** 11:3 70:6
**scientific** 29:3,4
    59:23 96:15 97:2
    97:18
**score** 67:22 68:2
**scores** 67:11,15
**screen** 116:19
**seal** 137:16
**search** 89:1
**searches** 89:3
**second** 39:24 40:18
    55:15 59:19 65:11
    66:2
**see** 15:9 24:14 37:4
    38:20 39:19 40:15
    42:15 51:13,17,18
    53:4 55:22 57:8
    57:19 60:8 62:1
    62:10 65:23 66:6
    68:21 70:15 71:5
    72:21 77:2 89:21
    94:24 95:1,1,10
    99:2
**seeing** 62:19 105:11
**seen** 44:24 45:7
    53:11 62:18 65:12
    67:18 68:5 82:10
    83:8,13 95:14,17
    104:3,6 110:22
**selection** 50:12,14
**sell** 46:5 67:16
    69:11
**selling** 48:1 49:18
**semantics** 61:1
**send** 9:17
**sense** 11:4 19:17
    30:4 75:19 87:12
**sent** 8:12
**sentence** 66:2
**separate** 14:20
**separately** 91:21
    119:15
**separating** 11:1
**serious** 6:15 55:19
    56:17
**set** 137:9

**seven** 84:21 85:2,4
**severe** 38:9 50:23
    115:3 116:3,8
**severity** 107:3
**sewing** 76:15 94:19
**sexual** 116:14,24
    117:7,14,17,19,24
    118:8
**sharon** 1:14 2:7
**sharp** 86:16,20
**sheet** 124:18,19
    125:6 126:22
    136:10
**shelf** 48:17 49:12
**shelves** 47:24 49:18
**sherry** 1:21
**shively** 2:19
**short** 40:4 97:12
**shortening** 60:9
**shorthand** 3:7
    137:3
**shortly** 24:14,16
**show** 63:9 75:16
    76:9 81:1 82:10
    123:20
**showing** 44:22
**shown** 81:9,9
**shows** 63:22 94:14
    95:3
**shrink** 60:13,15,23
**shrinkage** 59:21
    60:4 116:2
**shrinking** 61:2
**shrinks** 60:17,19
**shrunken** 61:4,5,9
    61:10
**sic** 17:18 93:23
**side** 76:8 95:7,10
**sides** 95:17 125:14
**sidetracked** 29:10
**signature** 5:8 134:3
**significant** 13:11
    38:17 109:12
**similar** 12:8,13,18
    61:16,19 62:11,20
    64:4,10,17 99:2

99:19 125:11
**single** 11:1 124:18
**sit** 39:9 44:3,7,12
    45:11,13 46:1
    74:7 83:14 90:16
    93:21 99:14
    110:11
**sites** 120:20
**sitting** 30:24 31:11
    42:11 43:23 44:7
    45:4 53:15 67:21
    69:3 88:17 122:8
**situation** 30:16
    112:3,5
**situations** 43:5
    52:19 118:12
    132:5,21 133:7
**six** 93:2
**size** 125:15,17
**sizes** 32:3 123:16
**slight** 39:3 58:18
**slightly** 12:12,23,23
    39:3 99:19
**slings** 17:16 18:7
**small** 71:10 81:10
    101:16,19 105:22
    118:16
**smaller** 101:22,24
**smith** 1:20
**smoking** 94:20
**snow** 4:9 8:13 16:1
    19:1
**soft** 31:4,12,15,20
    31:23 41:21,24
    54:1 69:22 70:14
    70:18 128:12,12
    128:17,18
**sold** 41:5 46:20
    47:15
**sonoma** 81:18
**sorry** 12:10 15:6
    18:5,10 20:8
    48:24,24 88:16
    90:7 100:2 104:13
    133:18
**sort** 76:8 89:13

112:2 123:23
**sorts** 109:24
**sounds** 24:11
**southern** 1:1
**speaking** 23:3
    58:16
**specific** 36:14 38:5
    42:8 110:1 122:18
    129:23,24 130:19
    130:20
**specifically** 20:18
    22:4,7,10 23:7,10
    43:1 46:22 96:21
**specifics** 44:16
    132:16
**spent** 20:23 21:8,11
**square** 121:2
    125:7 126:15,23
**squared** 100:4
**st** 47:21
**stacked** 16:10
**stand** 42:18
**standard** 51:23
    52:15 53:7,9,20
    53:22,24 54:3
    64:20,23 110:12
    112:9
**standardized**
    128:24 129:5
**standards** 106:18
    106:22
**start** 16:13 35:2
    77:10 116:1
**started** 20:20 34:23
    35:5 50:19
**starting** 75:15
**state** 3:6 19:19
    39:12 69:21 70:24
    76:2 87:2 91:3
    93:9 94:18 96:11
    100:7,8 102:1
    137:1,4
**stated** 3:10 32:6
    85:20 122:13
    137:5
**statement** 57:9,21

58:4 59:5 62:7,13
63:14,17,19,20
102:21 104:5
115:6
states 1:1 39:15
40:9 41:18 42:2
stockpile 49:6
stone 2:17
stop 27:15 28:8,11
28:20 54:9,14,17
stopped 28:9 32:6
46:16 48:1 49:18
82:22
stopping 28:13
story 50:7
straight 72:22
strengthens 6:18
65:19,19
strictly 53:5
strike 13:14 16:13
17:7,16 20:13
23:14 24:1 29:13
35:14 38:17 41:8
45:12 47:6 54:15
56:14 61:11 63:1
64:2 66:24 67:12
69:16 70:22 71:22
73:18 75:22 77:8
78:14 82:19 89:7
91:7 94:1,8 95:22
108:8 110:2 113:7
115:24 116:6,11
117:4 119:5 120:6
121:3,17 123:1
124:8 128:13
133:15
strings 17:18
strip 125:23
strong 44:22
strongly 69:24
studied 64:1 70:5
87:3,7,11,18,24
88:8,12,15 89:19
90:10,14,22 93:16
93:19 97:1 115:11
115:15

studies 14:2,3,5
26:11 44:18 45:15
57:5 61:18 62:18
76:9,11 80:14,20
80:22 81:1,1,9,10
81:11 82:8,10
84:18,19,20 85:3
85:9 87:10,11,14
87:15 88:2,7,11
88:14 89:3,11,12
89:13,21 91:5,11
91:19 92:11 93:3
93:6
study 45:16 82:11
82:14,21 83:24
84:22,23 85:3
94:13 95:3 97:18
97:24 98:2,4
stuff 29:11
subject 9:16
submit 69:12
subscribed 136:17
subset 38:6
substance 17:22
93:17,23 94:10
96:9 136:9
substitute 9:18
success 76:22
sufficient 106:15
106:17
suite 4:5,10 137:22
suited 37:18
sulcus 95:18
summit 81:17
superior 63:16
supplement 29:23
30:5,7
supplementation
124:15
support 17:24 30:3
37:19,20,21 38:2
38:12 50:24 57:14
63:15 69:21 70:23
74:16 76:1,2,6,7
76:19 103:17,22
103:23 104:7

123:8
supportive 75:16
supports 71:3,4
suppose 86:15
supposed 110:13
sure 7:16 14:23
19:11 25:19 44:10
44:15 45:3,9,18
46:13 52:4 54:12
58:2 67:17 72:12
78:4 79:14 83:14
85:15 87:1 90:13
93:18 99:1 108:17
114:11
surgeon 43:3 70:4
103:16 111:13
112:15 124:14
125:19 128:1
surgeons 68:13
110:10 122:12,17
122:23 123:7
133:2
surgery 36:6 57:1
57:17 58:14 59:1
59:11,14 61:15
62:4,15 76:15
79:17 87:4,8,20
88:4,9,12,15
89:20 90:12,23
102:3,18 103:5,13
109:6 111:17
112:17 117:20
120:1,5 121:16
122:15 128:24
133:3,3
surgical 6:16,19
23:14,16 43:11,14
43:19 54:22,23
55:7,20 56:18
61:24 65:20 66:8
66:12 68:12,15
109:5,15 120:10
120:24 133:3
surprised 112:20
112:21
surrounding 94:4

94:12 116:13,23
117:13
surrounds 61:7
survey 89:13
sustain 120:15
suture 30:11 62:20
82:16,20 94:22
95:2,8,8 103:20
sutures 34:14,17
79:16,16
switch 51:10
sworn 3:3 7:2,9
136:17 137:8
syndrome 119:24
synthetic 30:13,15
30:16 63:3 64:4
64:11
system 1:4
systematic 89:9,16

**T**

t 135:2
tail 125:14
take 6:3 7:6,13
41:20 42:16 43:11
61:3 85:5 97:5
105:23 106:1
109:4,16 110:10
taken 3:3 129:7
137:12
talk 36:13,16,19
56:5
talked 39:5 42:5
50:12 79:15
talking 11:18 12:3
12:5,11 52:22,23
53:4,24 82:5
85:13 95:6,6
97:15 101:1
104:12 112:2,3
tamara 3:5 4:14
137:3,19
tasting 81:20
taught 39:13
taylor 2:20
technique 22:10

23:11 72:20 94:20
112:18 128:11,16
128:18 129:5
techniques 23:17
technologies
137:21
tell 7:9 10:16 14:11
19:17 21:20 24:12
56:7 58:12 74:23
81:4 93:21 109:7
telling 75:9
tells 39:10 56:16
ten 55:9 71:9 73:1
73:13,24 74:9,10
81:2 124:5 125:17
125:18,23,23
126:7,7,12,12
tenbyten 126:22
tend 96:18
terms 13:21 35:6
63:4 89:3 106:19
125:7
terri 2:19
testified 7:2 104:20
104:24
testify 137:8
testimony 59:12
95:13 112:23
113:9
testing 70:13
texas 3:6,8 19:19
20:1 137:1,5,19
137:21,23
thank 18:14 22:18
102:16
thats 10:9 13:5,12
14:4 15:22 19:18
19:24 23:2,24
24:5,11 25:7,13
25:13,19 26:6,18
27:14 32:10 33:21
35:22 36:11 37:10
37:14 38:16 42:3
43:8,22 44:14
46:18 49:21 50:11
53:6,7,24 54:20

Christina Pramudji, M.D.

56:2 63:7,23 65:4
67:24 68:10 70:18
70:19 71:15 74:5
74:24 75:13,14,14
79:7,8 80:19,20
81:8,8 83:1,18
84:1,9,11 91:14
93:12 94:23 95:9
96:10,17 97:21,23
99:23 100:2
103:14 104:10
105:3,24 107:14
108:2 114:16
123:3,10,19 124:2
125:6 127:1 131:2
**theory** 13:12 76:16
**theres** 7:23 16:9,9
17:12 21:24 31:22
32:12 50:2 57:4
72:19 74:12,21,23
75:9 77:19,22
78:2 84:5 85:21
86:3,6 87:22 93:2
94:21 99:7 101:5
101:9 105:23
109:5,14 111:4,6
121:22 125:6,21
132:24
**theyll** 9:18
**theyre** 11:21 12:7,7
12:13 13:11 14:2
18:1 28:12 31:18
36:1 52:1 54:20
55:8 61:4 62:8,10
80:11,11 99:19
103:5 110:19
113:15,21 114:20
115:7 128:2 131:9
132:11,12
**theyve** 28:9,9 62:16
**thing** 126:20
133:22
**things** 43:5 52:21
52:22 78:16 79:10
109:24 115:8
131:9 132:11

**think** 11:10 17:24
19:15,20,23 25:22
28:12,12,23 29:1
29:6 32:7 33:14
36:22 41:16 42:5
42:7,14 44:21
49:11 52:12 53:5
53:8,8 55:7 57:2
62:9,17,24 63:5
63:21 64:15 67:5
67:12,20 69:7
71:14,18 73:15
75:20 76:10 77:18
78:9 82:2,3,5 83:6
85:14,21 86:11
91:7 95:3,20
99:19 103:3
105:10,18 106:6
107:1 110:8,10
111:13 112:1,12
112:14,15,20
113:4,5 114:20,21
114:22 115:9,23
117:15 122:12,22
123:15 124:1,5,14
124:23 125:1,10
125:17,17 129:11
130:6 131:4,4,5,6
132:18
**thinking** 11:22
22:15 124:24
**third** 57:12
**thought** 12:10
37:21 114:12,17
132:7
**three** 10:24 21:4
46:17 55:18 84:17
106:6 119:7,11,13
119:14 123:24
**throwing** 9:7
**thumb** 8:6
**tightening** 60:9
**time** 15:6,19 18:12
20:7 21:21 23:2
27:6 29:2,15,22
30:6 33:10 34:8,8

34:12 37:7,15
42:17 46:15,16,20
47:7,13 48:12
50:9 51:3,7 62:18
76:13 84:16
107:24 108:1
124:24 137:11
**times** 26:23 27:5
33:12 34:5 36:4
39:2 107:7 119:7
**tina** 2:22
**tissue** 27:13 30:11
34:14,16 60:8,24
61:6,10 63:4 64:3
64:9,20 82:17
85:18 86:1,4,6,15
90:10,20 93:16,20
93:22 94:3,11,12
94:18,19 96:3,4,8
96:8 112:18 117:2
118:12
**titled** 65:19
**today** 7:6,21 8:1,4
8:14 10:10 16:13
16:18 30:24 31:12
39:9 42:11 43:23
44:3,8,12 45:4,11
45:13 46:1 51:20
51:24 52:3 67:21
69:3,12 74:7
83:14 88:18 90:17
93:21 99:10,15
110:11 122:8
123:4
**told** 45:20 46:8
47:8 58:16,17
81:22 83:10 108:6
108:12
**top** 25:5 57:14 92:9
123:13 126:5
**total** 29:24 30:4
124:21,23 125:3,7
126:11 127:19,21
127:21 128:2
**track** 41:1
**traditional** 53:20

53:22 54:3 57:1,4
57:17 58:14,20,24
89:21 98:22
**trained** 43:3 131:3
**training** 109:5,15
112:13
**transabdominal**
61:17
**transcript** 34:5
137:10
**transcription** 136:6
**transition** 50:19
**transvaginal** 6:16
6:19 22:10 23:10
27:17 29:2,6 35:1
44:1,4 54:23
55:21 56:23 57:3
57:13 58:23 59:22
61:15 62:4,14
65:20 68:17 69:5
69:11 128:11,16
128:18
**transvaginally**
61:17 93:7
**treat** 73:21 74:2
120:11
**treated** 24:1
**treating** 24:3 27:12
**treatment** 22:11
23:11,14,16 32:17
35:6,10 64:21
72:24 73:4,8,22
73:23 74:2,8
105:20 113:12,23
114:5
**trial** 26:16 63:19,24
91:18,23 92:2
**trials** 14:2 26:11
91:4,10 92:8,15
92:19,23
**tried** 24:17 33:12
34:21 36:4 45:15
**trim** 125:12 126:19
126:20,23 127:1
**trocar** 38:15,19,24
39:1

**trocars** 13:2,3,6
101:4
**true** 75:18 137:5,10
**truth** 7:10 137:8
**try** 7:15 13:24 14:4
99:1 107:4
**turn** 55:15 57:8
61:20
**tvt** 15:17,20,21
17:10,18 18:8
**tvto** 15:17,21 17:10
**twice** 105:18
**two** 22:13,14 39:11
55:17 84:19 85:9
128:3 129:11,14
**typewriting** 137:9
137:9
**typical** 64:21
**typically** 107:20
126:23,23 127:1,5

## U

**u** 1:5
**uhhuh** 9:9,12,15
10:15 11:14 12:17
14:10 15:12,14
16:8,11,14,21
25:18 32:24 33:21
34:3 53:1 55:14
55:16 58:11 60:20
60:22 90:4,18
132:4
**ultimately** 10:5
47:16 99:4
**ultrapro** 87:21
88:11 96:22 98:10
98:20
**un** 118:4
**unable** 117:17,23
118:1,8,9,14,21
**unacceptably**
105:2,9,14 106:5
**uncomfortable**
29:1 54:20 105:10
**undergo** 94:11
**undergrad** 70:5

understand 7:7,9
7:14 35:12 36:24
43:11 53:3 55:4
70:7 75:2 76:18
80:5
understanding
45:24 46:4,7
110:12
understood 90:7
unidentified 59:21
unintended 85:18
85:24
uninterested 118:1
118:4
unique 11:20,20,21
13:7
united 1:1 41:18
42:2
unquote 76:9
unwilling 118:1,4
update 6:15 55:19
updated 14:17 15:5
21:19,24 108:13
108:16,19,22
uphold 29:8,9 33:5
33:6,11 98:6
upwards 105:11
usda 6:15
use 26:19 27:11,23
28:2,5 29:3,5
30:22 32:16 33:8
35:23 36:2,15
37:4,17 42:1 43:2
43:3,5,9 44:1,5
48:5,6,10 49:9,19
50:4,8,21 52:20
64:5,12 68:19
69:5,12 72:20
76:14 88:24 91:22
93:4,6 107:21,24
110:5 111:1,5
115:14 126:19,21
126:23
uses 99:10
usual 48:20
usually 95:17

125:12
utilize 128:6
utilized 84:24

----

**V**

vagina 57:14,15
79:18,22 95:7,11
118:2,13,15
vaginal 36:16,19
60:9 103:17,22,23
104:6 123:8
various 13:16
115:13
vast 95:2
versa 34:18
versus 12:11 50:13
58:20 98:17 118:9
vessels 100:22
vice 34:17
view 34:16
viewpoint 44:17
vinson 3:6 4:14
137:3,19
virginia 1:1,17
vitae 6:9,12 23:7,10
vypro 31:8 87:21
88:3 96:22

----

**W**

wagstaff 4:4
waited 51:10,13
wall 57:15,23 58:1
58:8 101:1,6,9
walltowall 32:12
want 14:17 15:7
32:15 34:6 39:23
42:16 59:7 63:10
63:11 69:20 96:1
103:12 116:16
130:10 133:4,10
133:11
wanted 69:10
warlick 2:10
warn 114:21
warning 47:5
131:20,21 132:6

132:18
warnings 106:14
106:20,24
wary 27:17
wasnt 18:10 19:12
25:20 30:1 79:10
89:15 113:2,12
131:22
watch 129:16
water 39:24
wave 1:7 6:8 8:15
18:17 20:19
way 31:19 33:24
72:18,22 74:20
86:21 90:20 108:4
111:18 119:13
122:7 124:7,9
127:4,20 128:9,15
128:24 129:2
133:18
wcllp 4:6
website 44:14
week 81:22
weeks 28:13
weight 99:10,16
100:3
wendy 2:4
went 21:11 122:4
123:4
west 1:1
westinhouston 3:7
weve 62:18 63:21
whats 7:18 10:14
14:8 21:15 37:7
40:11 55:11 65:8
84:22
whatsoever 110:12
whens 33:10
white 1:17
wide 111:4
widely 25:1,20
william 4:9,11 9:10
14:15 19:11 22:18
23:3 65:10
williams 2:16
wilson 2:1

wine 81:20
withdraw 102:12
102:14 117:11
witness 3:2 19:15
19:18,24 20:3
22:24 33:23 34:3
71:15 90:6 97:9
133:17,20,23
137:6,7
wolfe 1:18
woman 33:1 115:4
120:14 128:4
129:21 130:17
womans 110:6
124:11 127:6,22
128:19
women 69:21 74:16
76:1,6 120:23
129:8
wondering 98:16
wont 96:1
word 55:4 63:1
123:1 133:15
words 113:3,4
work 8:15 34:1
36:5 112:9 114:7
worked 47:12
51:18 52:9
works 70:7 108:12
worse 89:11
wouldnt 31:18 86:5
105:13 112:5
127:18
wound 59:15,16,18
60:8,16,18,24
61:6 94:18,23
95:9 112:21 116:5
116:7,12,22 117:1
117:12
writing 13:21
107:11,15
writings 107:11
written 19:4 20:11
62:16
wrong 19:11 67:13
91:7 107:14 130:9

130:9
wrongful 131:23
132:22
wrote 24:18,20
www 137:24

----

**X**

x 49:12

----

**Y**

y 35:24 36:1,1
yeah 15:4 19:22,24
21:1 22:19 25:11
25:13,14 33:4
34:11 39:22 71:18
73:14 77:1 79:14
80:20 81:8 84:4
90:6 97:9 102:11
102:14 104:15
106:3 113:17
116:20 124:1,1,1
124:2,2,5 125:10
126:2 127:13,14
129:18 130:14
132:19 133:23
year 18:21,21 47:2
69:7 79:6 84:17
108:22
years 33:9,13 43:15
43:17,20 46:17
49:13 70:4 84:17
84:19,21 85:2,4
108:7,9
youd 11:19 13:1
29:5 67:6 79:11
81:7 86:16 89:15
111:8 112:4
youll 9:17 102:12
youre 7:9 11:17,17
16:16 18:22 19:23
22:16 27:1 34:6
53:4 55:3 75:2,9
76:5,18 77:15
80:21 82:11 84:22
84:23 88:17
101:18 102:12

Christina Pramudji, M.D.

104:16,20 109:3
111:13,13,14,17
112:2,3,18 115:22
118:3,17,19
119:11
**youve** 7:12 10:20
11:13 16:6,6,18
16:24 17:8 20:23
22:14 23:21 24:1
24:2,6,9 26:23
27:6 32:22 33:2
33:14,15 34:20
43:14,18,19 44:8
44:13 49:1 62:24
67:18 68:5 81:14
83:8 90:19 91:21
95:13,20,20 96:2
104:6,20 107:5,6
110:20 111:14
123:15

**Z**

**0**

**1**
**1** 1:7 3:5 6:3,8 7:17
7:19 8:15 20:19
**10** 6:10
**1020** 4:10
**11** 6:5
**1100** 4:6
**12312016** 137:20
**12cv00276** 2:10
**12cv00277** 1:8
**12cv00335** 1:19
**12cv00368** 2:7
**12cv00376** 2:21
**12cv00378** 2:22
**12cv00379** 2:19
**12cv004001** 2:24
**12cv00470** 1:16
**12cv00483** 2:9
**12cv00511** 2:16
**12cv00547** 1:13
**12cv00554** 1:14
**12cv00652** 2:18

**12cv00760** 1:23
**12cv00783** 2:4
**12cv00799** 2:6
**12cv00806** 1:10
**12cv00878** 1:22
**12cv00899** 2:3
**12cv00938** 1:11
**12cv00958** 1:17
**12cv00960** 2:12
**12cv01119** 2:15
**12cv01275** 2:13
**12cv01286** 2:1
**12cv01318** 1:20
**12md02327** 1:3
**136** 5:8
**138** 5:9
**1400** 4:10
**15** 6:6 43:20 80:24
81:6,24 82:14,17
94:14 95:4
**1950s** 68:13
**1970s** 68:14
**1990s** 68:16

**2**
**2** 1:3,8,10,11,13,14
1:16,17,19,20,22
1:23 2:1,3,4,6,7,9
2:10,12,13,15,16
2:18,19,21,22,24
6:5 10:12,14
13:16 37:18,24
39:7,16 40:10
**20** 3:5 21:9 72:11
73:1,13 74:4,9
80:18,24 81:6,24
82:9 94:14 95:4
123:23 136:19
**200** 1:7
**2000** 70:8
**2002** 27:8 41:16
68:18 69:1
**2005** 27:10 32:18
37:8
**2007** 26:8
**2008** 24:15 25:12

42:7 60:1
**2009** 25:23 26:4
37:12
**2010** 24:22 25:2,20
26:4 37:12 40:12
**2011** 27:9,15 29:22
34:24 35:4,5
54:10,18 55:12
81:17
**2012** 37:9
**2013** 44:8 58:10
**2015** 44:13
**2016** 1:14 3:5 65:22
137:16
**20th** 60:1
**21** 103:24 104:8
**21day** 103:18
**22** 6:9,12
**23** 1:14
**23rd** 3:4
**25** 3:5 88:20 105:13
134:2

**3**
**3** 5:3 6:6 14:7,9
15:13 16:22 20:24
37:18 38:1 39:7
39:16 40:10 57:8
69:18 87:2
**30** 21:12 105:11
106:2
**300** 4:5
**3015** 137:19
**39157** 4:10
**3s** 38:10,10

**4**
**4** 3:5 6:9 21:14,16
61:20 96:11
123:23 134:2
**40** 25:5,16
**41** 6:13 25:1 104:10
**440** 137:22
**4740** 4:5
**4s** 38:9
**4th** 65:22

**5**
**5** 6:10 9:8,18,20
100:7
**50** 21:2,3,7 88:20
**522** 44:24 45:7,14
45:16 46:7 53:11
53:18 83:9
**56** 6:15
**5711** 4:11

**6**
**6** 6:12 21:18,21,22
21:23
**601** 4:11
**64112** 4:5
**66** 6:18
**690** 137:21

**7**
**7** 6:13 40:7,11 41:4
**701** 4:6
**75** 24:9 84:15
**77002** 137:23
**77024** 3:8

**8**
**8** 5:6 6:3,15 55:10
55:12 65:2,3
**80** 80:11
**816** 4:6

**9**
**9** 6:18 65:1,2,5,6,8
68:11
**90** 80:11 84:15
**910** 137:22
**945** 3:8
**948** 4:11