Christina Pramudji, M.D.

Page 138

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,        )MASTER FILE NO.
PELVIC REPAIR SYSTEM         )2:12-MD-02327
PRODUCTS LIABILITY           )
LITIGATION                   )JOSEPH R. GOODWIN
---------------------        )U.S. DISTRICT JUDGE
THIS DOCUMENT RELATES TO )
THE FOLLOWING CASES IN WAVE 1 OF MDL 200:)
Joy Essman                   )
Case No. 2:12-cv-00277       )
                             )
Barbara A. Hill              )
Case No. 2:12-cv-00806       ) ORAL DEPOSITION OF
                             ) CHRISTINA PRAMUDJI, M.D.
Paula Kriz                   )
Case No. 2:12-cv-00938       ) MARCH 24, 2016
                             )
Brenda Riddell               )
Case No. 2:12-cv-00547       )
                             )
Sharon Carpenter             )
Case No. 2:12-cv-00554       )
                             )
Mary Jane Olsen              )
Case No. 2:12-cv-00470       )
                             )
Virginia White               )
Case No. 2:12-cv-00958       )
                             )
Sandra Wolfe                 )
Case No. 2:12-cv-00335       )
                             )
Marie Smith (f/k/a Banks))
Case No. 2:12-cv-01318       )
                             )
Sherry Fox                   )
Case No. 2:12-cv-00878       )
                             )
Lois Durham                  )
Case No. 2:12-cv-00760       )
                             )
Elizabeth Blynn Wilson       )
Case No. 2:12-cv-01286       )

EXHIBIT G

Christina Pramudji, M.D.

| Page 139 | Page 141 |
|---|---|

**Page 139**

1  Daphne Barker            )
   Case No. 2:12-cv-00899  )
2                           )
   Wendy Hagans             )
3  Case No. 2:12-cv-00783  )
4  Maria Eugenia Quijano   )
   Case No. 2:12-cv-00799  )
5                           )
   Sharon Boggs             )
6  Case No. 2:12-cv-00368  )
7  Robin Bridges            )
   Case No. 2:12-cv-00651  )
8                           )
   Carey Cole               )
9  Case No. 2:12-cv-00483  )
10 Cathy Warlick            )
   Case No. 2:12-cv-00276  )
11                          )
   Donna Amsden             )
12 Case No. 2:12-cv-00960  )
13 Heather Long             )
   Case No. 2:12-cv-01275  )
14                          )
   Penny Rhynehart          )
15 Case No. 2:12-cv-01119  )
16 Nancy Jo Williams        )
   Case No. 2:12-cv-00511  )
17                          )
   Maria Stone              )
18 Case No. 2:12-cv-00652  )
19 Teri Key Shively         )
   Case No. 2:12-cv-00379  )
20                          )
   Charlene Logan Taylor    )
21 Case No. 2:12-cv-00376  )
22 Tina Morrow              )
   Case No. 2:12-cv-00378  )
23                          )
   Carol Jean Dimock        )
24 Case No. 2:12-cv-00401  )

**Page 141**

1    A P P E A R A N C E S :
2        WAGSTAFF & CARTMELL, LLP
         BY:   ANDREW N. FAES, ESQUIRE
3           afaes@wcllp.com
            4740 Grand Avenue, Suite 300
4           Kansas City, Missouri 64112
            (816) 701-1100
5           Counsel for Plaintiffs
6
         EDWARDS & DE LA CERDA, P.L.L.C.
7        BY:   PETER DE LA CERDA, ESQUIRE
            peter@edwardsdelacerda.com
8           (Via Speakerphone)
            3031 Allen Street, Suite 100
9           Dallas, Texas 75204
            (214) 550-5239
10          Counsel for Amsden Plaintiff
11
         HERMAN, HERMAN & KATZ, LLC
12       BY:   MIKALIA M. KOTT, ESQUIRE
            mkott@hhklawfirm.com
13          (Via Speakerphone)
            820 O'Keefe Avenue
14          New Orleans, Louisiana 70113
            (504) 581-4892
15          Counsel for Taylor and Shively
            Plaintiffs
16
17       THE POTTS LAW FIRM, LLP
         BY:   STEPHEN R. RICKS, ESQUIRE
18          sricks@potts-law.com
            (Via Speakerphone)
19          100 Waugh Drive, Suite 350
            Houston, Texas 77007
20          (713) 963-8881
            Counsel for Carpenter Plaintiff
21
22
23
24

| Page 140 | Page 142 |
|---|---|

**Page 140**

1
              - - -
2
         Thursday, March 24, 2016
3
              - - -
4
5        Oral Deposition of CHRISTINA
6   PRAMUDJI, M.D., taken pursuant to notice, was
7   held at the Westin Houston, Memorial City,
8   945 Gessner Road, Houston, Texas, beginning
9   at 8:13 a.m., on the above date, before
10  Micheal A. Johnson, Registered Diplomate
11  Reporter, Certified Realtime Reporter, and
12  Notary Public for the State of Texas.
13
14
15            - - -
16
17
18
19
20
21       GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph/917.591.5672 fax
22          deps@golkow.com
23
24

**Page 142**

1    A P P E A R A N C E S :
2        BUTLER SNOW LLP
         BY:   WILLIAM M. GAGE, ESQUIRE
3           william.gage@butlersnow.com
            1020 Highland Colony Parkway
4           Suite 1400
            Ridgeland, Mississippi 39157
5           (601) 948-5711
            Counsel for Defendants
6
              - - -
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

2 (Pages 139 to 142)

Christina Pramudji, M.D.

Page 143

1              INDEX
       CHRISTINA PRAMUDJI, M.D.
2          March 24, 2016
3
4    APPEARANCES              142
5
6    EXAMINATION OF CHRISTINA PRAMUDJI, M.D.:
7        BY MR. FAES         145
8        BY MR. GAGE         255
9        BY MR. FAES         264
10
11   CERTIFICATE              267
12   ERRATA                  276
13   ACKNOWLEDGMENT OF DEPONENT      270
14   LAWYER'S NOTES          271
15
16
17
18
19
20
21
22
23
24

Page 144

1         DEPOSITION EXHIBITS
       CHRISTINA PRAMUDJI, M.D.
2          March 24, 2016
3
4    NUMBER        DESCRIPTION        MARKED
5    Exhibit 11  Gynecare Prosima IFU      155
6    Exhibit 12  Gynecare Gynemesh PS IFU  162
7    Exhibit 13  Christina Pramudji       181
              Reliance List, in
8             Addition to Materials
              Referenced in Report,
9             MDL Wave 1
10   Exhibit 14  03/29/2009 through      243
              03/30/2009 E-mail String
11
     Exhibit 15  02/27/2008 Letter,      246
12            Ethicon Women's Health &
              Urology to Price St.
13            Hilaire
14   Exhibit 16  01/13/2009 E-mail,      247
              Chaves to Lynn, et al,
15            with Attachment
16   Exhibit 17  Zoomerang Questions     247
              Comments - Dave Robinson
17
18
19
20
21
22
23
24

Page 145

```
 1             PROCEEDINGS
 2         CHRISTINA PRAMUDJI, M.D.
 3       having been first duly sworn,
 4          testified as follows:
 5             EXAMINATION
 6    BY MR. FAES:
 7        Q.   Dr. Pramudji, we're back on the
 8    record after an overnight break.  Are you
 9    ready to proceed?
10        A.   Yes.
11        Q.   Doctor, before we broke last
12    night, we were discussing some things about
13    the Prosima and Prolift IFU, but before we
14    get back into that, I just want to ask you a
15    different question before I forget.
16             Do you do hernia repairs in
17    your practice?
18        A.   Abdominal wall hernia repairs?
19        Q.   Yes.
20        A.   No.
21        Q.   Have you ever done hernia
22    repairs in your medical career?
23        A.   Yes, I have done them in my
24    training, and maybe a small umbilical hernia
```

Page 146

```
 1    repair on a case years ago.
 2        Q.   When was that?
 3        A.   I don't know.  Eight or
 4    ten years ago.  We were going in for other
 5    reasons and just put in a couple of sutures
 6    at that time.
 7        Q.   Do you sometimes find, when
 8    you're repairing a prolapse, small umbilical
 9    hernias that need repair?
10        A.   Occasionally find an umbilical
11    hernia or an inguinal hernia.  My norm is to
12    call general surgery and have them come in
13    and repair it.
14        Q.   Okay.  Thank you.  You
15    anticipated my next question, which is, it's
16    your typical practice not to try to repair
17    those small umbilical hernias yourself but to
18    refer it out to a physician who has more
19    experience in that area?
20        A.   That's correct.
21        Q.   When you -- do you recall
22    the -- you might have already answered this.
23    Do you recall approximately when these
24    hernias were that you repaired, the couple
```

3 (Pages 143 to 146)

Christina Pramudji, M.D.

Page 147

1    that you did years ago?
2         A.    I don't recall.
3         Q.    Do you recall what -- if you
4    used polypropylene mesh to repair those
5    hernias?
6         A.    On those incidental cases, that
7    would have just been sutures.  But in
8    residency when I repaired multiple during my
9    general surgery, and that would have been
10   going back to 1996, 1997, then we would use
11   mesh.
12        Q.    Do you recall what meshes you
13   used in 1996 --
14        A.    No.
15        Q.    -- at that time?  But it's fair
16   to say it wouldn't have been the Gynemesh PS
17   in 1996 because it wasn't being made at that
18   time, correct?
19        A.    That's correct.
20        Q.    So getting back to the IFU, let
21   me ask you this, Doctor.  If Ethicon said
22   something in the IFU which Ethicon knew not
23   to be true, would you agree that that would
24   be wrongful?

Page 149

1         Q.    So what -- in what situations
2    do you believe it would not be wrongful for
3    Ethicon to make claims about that it had no
4    data to support?
5         A.    I don't know.  That's a very
6    difficult question to answer.  It's a
7    hypothetical within a hypothetical, so I
8    don't know if I could come up with any
9    specific things.
10        Q.    So as you sit here today, your
11   answer to the question if Ethicon made claims
12   about the mesh in the Prolift or Prosima
13   device that Ethicon had no data to support,
14   your answer to whether or not that would be
15   wrongful would be "it depends," but you can't
16   think of any situations, as you sit here
17   today, in which it would be okay?
18             MR. GAGE:  Object to form.
19        A.    That's correct.
20   BY MR. FAES:
21        Q.    Are you aware of anything in
22   the Prolift or Prosima IFU as to which anyone
23   at Ethicon has admitted that there was not
24   data to support the claim about the mesh?

Page 148

1         A.    Yes.  I mean, depending on --
2    yeah, I think if there's something that they
3    knew not to be wrongful and it had -- it was
4    a substantial fact, I would have to say that
5    would be wrong.
6         Q.    If Ethicon made claims about
7    the mesh in the Prolift or Prosima device
8    that Ethicon had no data to support, would
9    that be wrongful?
10        A.    It depends on what their --
11   what issues they're referring to.
12        Q.    So your answer to that question
13   is "it depends"?
14        A.    That's correct, it depends.
15        Q.    If Ethicon made claims about
16   the mesh in the Prolift or Prosima device
17   which it had no data to support and those
18   claims were related to the clinical effects
19   of the mesh, would that be wrongful?
20        A.    It still depends on what it is.
21   It's -- you start out with a certain body of
22   data and then the -- you gather more data as
23   you go along.  So it depends on what the
24   issue is.

Page 150

1         A.    Not that I'm aware of.
2         Q.    If that occurred and the
3    statement in the IFU affected the clinical
4    performance of the mesh, would you agree that
5    that would be a failure to provide adequate
6    and appropriate warnings about the Prolift
7    and Prosima devices?
8         A.    Can you repeat the question?
9             MR. FAES:  May I have the court
10        reporter read it back because I don't
11        know if I can.
12             (Question Read Back.)
13             MR. GAGE:  Object to form.
14        A.    What is "that"?  What was
15   "that" referring to at the beginning?  What
16   was the question before that?
17   BY MR. FAES:
18        Q.    The previous question was about
19   making a claim which there was no data to
20   support, a claim about the mesh which
21   affected its clinical performance.
22        A.    Okay.  Now, can you read the
23   last question one more time, please.
24             (Question Read Back.)

Christina Pramudji, M.D.

Page 151

1          MR. GAGE:  Object to form.
2          A.   No, not necessarily.  Again, it
3     depends.
4     BY MR. FAES:
5          Q.   In what situations would that
6     not be a failure to provide an adequate and
7     appropriate warning?
8          A.   I can't think of any specific
9     examples that I can give you.
10         Q.   Are you aware of any Ethicon
11    deposition testimony admitting anything about
12    the mesh which is contrary to what is
13    represented in the IFU regarding the
14    Gynemesh PS or the devices which contain the
15    Gynemesh PS?
16         A.   Not that I can recall sitting
17    here right now.
18         Q.   If that occurred, would you
19    agree that it would be a failure to provide
20    adequate and appropriate warnings about the
21    Prosima, Prolift and Gynemesh PS?
22         MR. GAGE:  Objection.
23         A.   No, not necessarily.
24    BY MR. FAES:

Page 152

1          Q.   So it's your opinion that it's
2     not a failure to warn, even if Ethicon
3     provided information about the mesh it knew
4     to be unsupported or made an affirmative
5     representation about the mesh it knew not to
6     be true, even if it affected its clinical
7     performance?  That's okay with you?
8          MR. GAGE:  Object to form.
9          A.   That's a very long question.
10    That's correct, not necessarily.  There are
11    certain -- I can imagine certain situations
12    where there would be -- where that would not
13    be a problem at all.
14    BY MR. FAES:
15         Q.   Okay.  Let me ask you the --
16    strike that.
17         Let me ask if you -- you if
18    the -- strike that again.
19         Let me ask you if the following
20    statement is true with regard to the Prosima.
21    Considering that native tissue repair is an
22    option for many women, it makes sense to use
23    vaginal mesh judiciously in vaginal mesh
24    repairs.  Is that a true statement regarding

Page 153

1     the Prosima?
2          A.   It depends on the patient.  So
3     there's some patients that really need to
4     have a mesh augmentation and some patients
5     that can do okay without a mesh augmentation.
6          Q.   Is your answer the same with
7     regard to the Prolift device?
8          A.   Yes.
9          Q.   Is your answer the same with
10    regard to the Gynemesh PS device?
11         A.   Yes.  Some patients really
12    benefit from mesh augmentation, many
13    patients.
14         MR. FAES:  I'm going to move to
15    strike after the answer "yes."
16    BY MR. FAES:
17         Q.   So is it your opinion that even
18    if a patient can benefit from mesh
19    augmentation, that using -- that -- strike
20    that.
21         So is it your opinion that even
22    if a patient can benefit from mesh
23    augmentation, it's your opinion that in those
24    patients mesh should not be used judiciously?

Page 154

1          MR. GAGE:  Object to form.
2          A.   No.  My opinion is that all
3     surgeries should be done judiciously, whether
4     with mesh or with biological graft or without
5     mesh.  Every surgery is done judiciously.
6     BY MR. FAES:
7          Q.   So it's your opinion that while
8     every surgery should be done judiciously, it
9     doesn't make sense to use vaginal mesh
10    judiciously for some mesh repairs if the
11    patient can benefit from the mesh?
12         MR. GAGE:  Object to form.
13         A.   No, I think every surgery is
14    done judiciously, whether using mesh or not.
15    BY MR. FAES:
16         Q.   So I'm just trying to
17    understand your opinions, Doctor.  You
18    think -- you believe every surgery should be
19    done judiciously.  Do you believe vaginal
20    mesh should be used judiciously in every
21    case?
22         A.   Absolutely.
23         Q.   Okay.  Let me ask you something
24    very specific about the Prosima IFU.  What

5 (Pages 151 to 154)

Christina Pramudji, M.D.

Page 155

1    specific information would you say actually
2    needed to be in there to warn doctors about
3    complications?  What do you think it needs to
4    say?
5         A.    Well, the only risk unique to a
6    mesh implant is a mesh exposure or erosion.
7    And other than that, I think they could say
8    it has the same risks as any other pelvic
9    surgery.
10        Q.    So your opinion is, if the
11   adverse reaction section of the Prosima IFU
12   said the Prosima has the same risks as any
13   pelvic surgery and also the risk of erosion
14   or exposure of the mesh, that would be --
15   that would be a sufficient IFU with regard to
16   the adverse reaction section?
17        A.    Yes.
18        Q.    But you know -- and feel free
19   to refer to the Prosima IFU in front of you
20   that we marked yesterday.  I can't remember.
21   We'll re-mark it as Exhibit 11 since the
22   court reporter ran off with the exhibits
23   yesterday.
24            (Deposition Exhibit 11 marked.)

Page 156

1    BY MR. FAES:
2         Q.    So is it your opinion that
3    everything else that's in this adverse
4    reaction section is unnecessary?
5         A.    Yes.
6         Q.    So it's your opinion, as an
7    expert for Ethicon, that Ethicon puts
8    unnecessary information in the IFU?
9         A.    That's a funny way to put it.
10   I would say it's redundant for a pelvic
11   surgeon that would be using this.  They would
12   know about all these risks.  And someone
13   that's using the Prosima, frankly, would know
14   about the risk of mesh exposure.  So I do --
15   I think -- I wouldn't say they're
16   unnecessary.  I would just say that they're
17   redundant and just sort of extra information.
18   I don't have a problem with it.  They can
19   put --
20        Q.    I'm going to re-ask the
21   question.  I think you answered the question
22   in there somewhere, but you added a lot of
23   other things about whether you thought it was
24   redundant or not.  So I'm going to ask the

Page 157

1    question again, and I'm going to ask you
2    to -- if you need to offer an explanation
3    after the answer, do so, but if you can,
4    please first answer the question yes or no.
5         MR. GAGE:  Hang on a second.
6    As I understand it, the court rules
7    are she can answer yes, followed by an
8    explanation; no, followed by an
9    explanation; or she can answer, I
10   can't answer it yes or no.
11        MR. FAES:  I'll agree with
12   that.
13        MR. GAGE:  Those are the rules
14   of court.
15   BY MR. FAES:
16        Q.    So is it your opinion as an
17   expert for Ethicon that everything in this
18   adverse reaction section for the Prosima IFU,
19   other than erosion exposure and the same
20   risks as any pelvic surgery, are unnecessary?
21        A.    I wouldn't say yes or no to
22   that.  I would say that's fine if they put
23   that in there, but it doesn't really add
24   anything to the knowledge of a pelvic

Page 158

1    surgeon.
2         Q.    But you can't answer whether or
3    not the -- any of the extra information is
4    unnecessary or not?
5         A.    That's correct.
6         Q.    Would you agree that providing
7    this information that -- other than -- strike
8    that.
9              Would you provide [sic] that
10   providing information in the adverse reaction
11   section, other than just erosion exposure and
12   the same risks as pelvic surgery, can be
13   helpful to some surgeons in reminding them
14   about the adverse reactions of the device?
15        MR. GAGE:  Object to form.
16        A.    Sure, it can be a reminder.
17   Sort of like McDonald's coffee, be careful,
18   it's hot, don't spill it.
19        MR. FAES:  I'm going to move --
20   object and move to strike after the
21   word "reminder."
22   BY MR. FAES:
23        Q.    Doctor, I'm going to ask you
24   about some -- a list of adverse reactions,

6 (Pages 155 to 158)

Christina Pramudji, M.D.

Page 159

1 and I'm going to ask you if they are
2 potential risks of the Gynemesh PS, Prolift
3 and Prosima device. Okay?
4        Is bleeding a risk of those
5 devices?
6     A.    Yes, it is, as with all pelvic
7 surgery.
8     Q.    Is hemorrhage or hematoma a
9 risk of those devices?
10    A.    Yes, as it is with all pelvic
11 surgery.
12    Q.    Is urinary incontinence a risk
13 of those devices?
14    A.    Yes, as with all pelvic
15 surgery.
16    Q.    Is urge incontinence a risk of
17 those devices?
18    A.    Yes, same with all pelvic
19 surgery.
20    Q.    Is urinary frequency, urinary
21 retention or obstruction a risk of those
22 devices?
23    A.    Yes, same with other pelvic
24 surgeries.

Page 160

1     Q.    Is voiding obstruction a risk
2 of those devices?
3     A.    Yes, same with other pelvic
4 surgeries.
5     Q.    Acute and/or chronic pain?
6     A.    Yes, same with other pelvic
7 surgeries.
8     Q.    Wound dehiscence?
9     A.    Yes, same as other pelvic
10 surgeries.
11    Q.    Nerve damage?
12    A.    Yes, same as other pelvic
13 surgeries.
14    Q.    Recurrent prolapse?
15    A.    Yes, same as other pelvic
16 surgeries.
17    Q.    Foreign body response?
18    A.    Yes, same with other pelvic
19 surgeries.
20    Q.    The potential to impair normal
21 voiding function for a variable length of
22 time?
23    A.    Yes, same as other pelvic
24 surgeries.

Page 161

1     Q.    Pelvic pain or pain with
2 intercourse which in some patients may not
3 resolve?
4     A.    Yes, same as other pelvic
5 surgeries.
6     Q.    Excessive contraction or
7 shrinkage of the tissue surrounding the mesh?
8     A.    Yes.  And that -- you can have
9 excessive contraction even without mesh.
10    Q.    Punctures or lacerations of
11 vessels, nerve structures or organs,
12 including the bladder, urethra or bowel which
13 may occur and may require surgical repair?
14    A.    Yes, same as other pelvic
15 surgeries.
16    Q.    Neuromuscular problems,
17 including acute and/or chronic pain in the
18 groin, thigh, leg, pelvic and/or abdominal
19 area which may occur?
20    A.    Yes, same as other pelvic
21 surgeries.
22    Q.    And all of these adverse
23 reactions may require surgical treatment?
24    A.    Yes, the same as other pelvic

Page 162

1 surgeries.
2     Q.    Is it your opinion that all of
3 those risks that I just read to you are
4 unnecessary to be included in the Prolift,
5 Prosima or Gynemesh IFU?
6     A.    That's correct.  They are part
7 of the body of knowledge of pelvic surgeons,
8 so I think they don't necessarily have to be
9 in there.
10    Q.    Do you know whether or not
11 those risks are in the Gynemesh PS IFU today?
12    A.    I would have to review it.  I
13 don't have a problem if they're in there.
14    Q.    Do you know whether or not all
15 of the adverse events I just read to you were
16 added in 2015?
17    A.    I would have to look at it.  I
18 don't know.
19        (Deposition Exhibit 12 marked.)
20 BY MR. FAES:
21    Q.    I'm going to hand you what's
22 been marked as Exhibit No. 12 to your
23 deposition.
24        MR. FAES: Do you want one,

7 (Pages 159 to 162)

Christina Pramudji, M.D.

Page 163

1      William?
2          MR. GAGE:  Yeah.  Thank you.
3  BY MR. FAES:
4      Q.    So I'll represent to you that
5  those are all risks that were added to the
6  Gynemesh PS IFU beginning with this revision
7  that Ethicon released in 2015, and the front
8  page of this is dated February 3rd, 2015.
9          Do you know whether or not
10  these are all risks of the Prosima, Prolift
11  and Gynemesh PS device that Ethicon knew
12  about when those devices were first launched
13  onto the market?
14          MR. GAGE:  Object to form.
15      A.    I'm not sure.  I don't know.
16  BY MR. FAES:
17      Q.    Do you know whether or not
18  Ethicon could've chosen to include all of
19  these risks in their IFU --
20      A.    I would --
21      Q.    -- from the -- sorry, I wasn't
22  done with the question.  I'll start over.
23          Do you know whether or not
24  Ethicon could have chosen to include all of

Page 164

1  these risks in their IFUs for the Gynemesh
2  PS, Prolift and Prosima device beginning from
3  the first day that they were launched in the
4  United States?
5      A.    I would have to say, sure,
6  theoretically, you could come up with a long
7  laundry list of things that you could put in
8  the IFU.  So, sure, theoretically they could
9  have put them in from the beginning.
10      Q.    Do you know whether or not
11  Ethicon felt it was necessary to add these
12  adverse events to their IFU in 2015?
13      A.    No, I don't know what they
14  thought.
15      Q.    Do you believe, as an expert
16  for Ethicon, that Ethicon would knowingly put
17  things in the IFU that it believed to be
18  unnecessary?
19          MR. GAGE:  Object to form.
20      A.    Can you read back the question
21  or can you repeat it?
22  BY MR. FAES:
23      Q.    I'll repeat it.  Do you
24  believe, as an expert for Ethicon, that

Page 165

1  Ethicon would knowingly put things in the IFU
2  that it believed to be unnecessary?
3          MR. GAGE:  Object to form.
4      A.    I don't know what they knew or
5  didn't know.
6  BY MR. FAES:
7      Q.    Now, you -- strike that.
8          You testified that it was your
9  typical practice to read the IFU before
10  implanting the device for the first time,
11  right?
12      A.    Correct.
13      Q.    And you typically wouldn't
14  re-review the IFU unless you were aware that
15  there was a change to that IFU, correct?
16      A.    That's correct.
17      Q.    Would you have any way of
18  knowing, unless you closely examined the IFU,
19  that there had been an important IFU update?
20      A.    Not that I'm aware of.
21      Q.    Do you think it would be --
22  strike that.
23          You're a past user of
24  Gynemesh PS, correct?

Page 166

1      A.    Correct.
2      Q.    Do Ethicon sales reps know that
3  you've used Gynemesh PS and products that
4  contain Gynemesh PS in the past?
5      A.    Yes.
6      Q.    Has anyone from Ethicon ever
7  informed you that the IFU for the Gynemesh PS
8  was updated in 2015?
9      A.    No, and I wouldn't expect them
10  to.  If you have a surgeon that's familiar
11  with the product, they're having good
12  results, it's not going to change anything.
13      Q.    Isn't it possible that there
14  are -- strike that.
15          Do you think it would be a
16  reasonable thing to do, for Ethicon to inform
17  doctors that there is a new IFU for its
18  products out there that may contain important
19  adverse reactions that were not contained in
20  the previous IFU?
21      A.    Sure, it's reasonable.  I
22  wouldn't say that's unreasonable.
23      Q.    Do you think it would be
24  helpful for Ethicon to inform doctors that

8 (Pages 163 to 166)

Christina Pramudji, M.D.

Page 167

1    there's a new IFU out there for its products
2    that may contain important adverse reactions
3    that were not contained in the previous IFU?
4        A.    Not particularly, because we
5    already know about all this.
6        Q.    So you believe that every
7    surgeon in America knows about all of the new
8    adverse reactions that were added to the
9    Gynemesh PS IFU in 2015?
10       A.    Did you mean to say "every
11   surgeon" or "every pelvic surgeon"?
12       Q.    I'll restate it as every pelvic
13   surgeon.  So you believe that every pelvic
14   surgeon in America knows about all of the new
15   adverse reactions that were added to the
16   Gynemesh PS IFU in 2015?
17       A.    Well, I don't know what they
18   would know about the IFU.  But I would say
19   that a pelvic surgeon that is familiar with
20   pelvic surgery, familiar with mesh, would
21   definitely be aware of these adverse
22   reactions.
23           MR. FAES:  I'm going to object
24       and move to strike after the word

Page 168

1       "IFU."
2    BY MR. FAES:
3        Q.    Have you done any kind of
4    research or survey to determine -- strike
5    that.
6            Have you done any kind of
7    research or survey or study to determine what
8    the typical pelvic surgeon in the United
9    States knows about the adverse reactions of
10   the Gynemesh PS, Prolift and Prosima device?
11       A.    No, I haven't done any research
12   like that.
13       Q.    If there were an important
14   update to the indications for use for a
15   particular medical device, do you think that
16   would be something that would be reasonable
17   for a medical device company to communicate
18   to surgeons who they knew used the device?
19       A.    Depends on what you mean by
20   "important."  Who considers it important?
21   The surgeons or the attorneys?
22       Q.    Well, you know that the -- I'm
23   not -- okay.  Let me ask it this way.  If
24   there were a update to the indications for

Page 169

1    use for a particular medical device that the
2    FDA deemed important, do you think that that
3    would be something that would be reasonable
4    for a medical device company to communicate
5    to surgeons who they knew used the device?
6        A.    Again, it depends what it is,
7    depends if it's going to affect how you
8    implant it, you use it and what the nature of
9    the update is.
10       Q.    I think yesterday you testified
11   that you believe the Gynemesh PS was still
12   indicated for transvaginal placement.
13       A.    I believe it is.
14       Q.    Do you want to take a moment to
15   read the indications for use in this updated
16   2015 IFU and tell me if you -- after
17   reviewing that, if you still believe that's
18   the case?
19           (Witness Reviews Document.)
20       A.    It says here that it's
21   "indicated as a bridging material for apical
22   vaginal and uterine prolapse where surgical
23   treatment (laparotomy or laparoscopic
24   approach) is warranted."

Page 170

1            So apparently they're using it
2    more for intraabdominal for that indication
3    at this point.  So I was not aware of that
4    change.
5    BY MR. FAES:
6        Q.    Were you aware that this change
7    actually occurred not with the 2015 IFU but
8    with the 2013 IFU?
9        A.    No, I didn't know about that.
10       Q.    So you didn't know, as an
11   expert offering opinions on the Gynemesh PS
12   mesh, that the indications for use for the
13   device changed nearly three years ago?
14       A.    No.
15           MR. GAGE:  Objection.
16       A.    As I mentioned, I haven't used
17   Gynemesh for several years, so I was not
18   aware of that.
19   BY MR. FAES:
20       Q.    Since the indications for use
21   for the Gynemesh PS mesh have changed as of
22   2013, would it be reasonable to assume that
23   indications for use for the Prosima and
24   Prolift device would have changed as well if

9 (Pages 167 to 170)

Christina Pramudji, M.D.

1    those products were still on the market?
2         MR. GAGE:  Object to form.
3         A.    I don't think so because those
4    are specifically transvaginal kits.  So I
5    don't know what other indication that they
6    could put besides transvaginal placement.
7    BY MR. FAES:
8         Q.    But you know that the FDA has
9    told Ethicon that they can no longer sell the
10   Prosima or Prolift device unless they
11   complete a 522 order, correct?
12        A.    I believe that's correct.
13             MR. GAGE:  Object to form.
14   BY MR. FAES:
15        Q.    And you know that the FDA
16   agreed that the Prolift and Prosima 522 plans
17   could be placed on hold if Ethicon -- if
18   Ethicon agreed not to sell those devices
19   anymore, correct?
20        A.    I don't know about those
21   details.
22        Q.    You don't know about those
23   details?
24        A.    No.

1         Q.    Are you aware that if Ethicon
2    decides to start selling those devices again,
3    they need to notify the FDA before doing so?
4         A.    I don't know about that detail
5    either.
6         Q.    Assuming that's true, do
7    you think it's reasonable, since it's been
8    three years -- over three years since the
9    Prosima and Prolift devices were sold and the
10   FDA has changed -- had -- strike that.
11            Assuming that's true, do you
12   think it's reasonable to assume that since
13   it's been three years since the Prosima and
14   Prolift device has been sold and the
15   indications for use for the mesh that is used
16   in those devices has changed in that time,
17   that the FDA would look closely at the IFUs
18   for those devices before allowing that to be
19   put -- placed back on the market?
20            MR. GAGE:  Object to form.
21        A.    I would imagine that they
22   would, but I don't know what the FDA process
23   is in detail.
24

1    BY MR. FAES:
2         Q.    Do you know that -- whether or
3    not Ethicon negotiated with the FDA to keep
4    Gynemesh PS on the market, and a condition of
5    their being allowed to keep it on the market
6    was to remove the transvaginal indication for
7    the Gynemesh PS and have it be indicated for
8    abdominal placement only?
9              MR. GAGE:  Object to form.
10        A.    I don't know about that.
11   BY MR. FAES:
12        Q.    Do you think that would be an
13   important fact to consider in forming your
14   opinions in this case?
15        A.    No, I don't think that would
16   affect my opinion.
17        Q.    Do you think a surgeon who has
18   been using the Gynemesh PS transvaginally
19   prior to the IFU update in 2013 would want to
20   know about the indication-for-use change if
21   he were going to continue using it after the
22   indication-for-use change in 2013?
23             MR. GAGE:  Object to form.
24        A.    I think if a surgeon is using

1    it and is comfortable with it, having good
2    results with it, even transvaginally, it's
3    not important for them to know.
4    BY MR. FAES:
5         Q.    So it's your testimony that
6    you, as a physician, wouldn't want to know if
7    you were using a medical device off label
8    before you used it off label?
9         A.    If you're using something with
10   good results, literature supports safety and
11   efficacy, I think the change of -- the
12   off-label change of indication is simply,
13   really, semantics in that situation and,
14   yeah, it -- I guess you could say it would be
15   helpful to know.  But I think you would still
16   be able to support your use of the device off
17   label based on your own results and based on
18   the literature that's out there.
19             MR. FAES:  I'm going to object
20        and move to strike just because I'm
21        not sure what your answer there was.
22        Maybe it's my fault.  Maybe I asked a
23        bad question, so I'll ask it a little
24        bit differently.

10 (Pages 171 to 174)

Christina Pramudji, M.D.

Page 175

BY MR. FAES:
2      Q.    Would you, as a physician, want
3  to know if you were using a medical device
4  off label before you used the device?
5      A.    Not necessarily.
6      Q.    Do you think other physicians
7  would want to know if they were using the
8  device off label before they used that
9  device?
10      A.    Not necessarily.  I can
11  certainly conceive of how this -- how you
12  could continue using this off label and feel
13  very comfortable and be able to support your
14  position for using it off label, even if you
15  found out after the fact.
16      Q.    So is it your opinion -- strike
17  that.
18          So is it not your typical
19  practice to read the instruction -- strike
20  that.
21          Is it not your typical practice
22  to read the indications for use for a medical
23  device before deciding how to use that
24  medical device?

Page 176

1      A.    Like I said before, when you
2  first use something, you review the IFU.  But
3  after you use it and you're comfortable with
4  it, you apply your skills as a surgeon.
5  That's what's more important, not -- we don't
6  live and die by the IFU.  We don't function
7  based on the IFU.  We function based on our
8  skills and training.
9          MR. FAES:  I'm going to object
10          and move to strike.  Again, I may have
11          asked a bad question so I'll try to
12          ask it a little bit better.
13  BY MR. FAES:
14      Q.    Is it your typical practice to
15  read the indications for use for a medical
16  device before deciding how to use that
17  medical device?
18      A.    No.  I don't use it to decide
19  how to use the medical device.  I use it to
20  make sure I understand what the device
21  offers, make sure I understand how it's
22  intended for use.
23      Q.    Do you think it's typical
24  practice for other pelvic surgeons to read

Page 177

1  the indications for use for a medical device
2  before deciding how to use that medical
3  device?
4      A.    I don't know the answer to that
5  question.  I don't know how many surgeons
6  look at the IFU.  I don't know.  Because a
7  lot of training you learn from other
8  surgeons.  We rarely learn from the IFU.
9          MR. FAES:  I'm going to object
10          and move -- move to strike after the
11          third "I don't know."
12  BY MR. FAES:
13      Q.    Is it your testimony that the
14  indications for use in the IFU don't guide
15  your decision on how to use that device?
16      A.    To a certain degree it may
17  guide how I use the device, but it's really
18  not the primary thing that I rely on, if that
19  makes sense.  It's sort of supplemental.
20  Okay, let's see what it says here, see if
21  there's any nuance that I'm not aware of, and
22  then proceed as such.
23      Q.    Would you agree with me that if
24  a physician were to place the Gynemesh PS

Page 178

1  transvaginally today in a surgery in the
2  United States, that use would be off label?
3      A.    Yes, that's correct.
4      Q.    Would you agree with me that if
5  a physician were to place the Gynemesh PS
6  transvaginally today in the surgery -- strike
7  that.
8          Would you agree with me that if
9  a physician were to place the Gynemesh PS
10  transvaginally today in the United States,
11  that would be contrary to the indications for
12  use as currently stated in the IFU?
13      A.    Yes, I would have to agree with
14  that based on what the IFU says here.
15      Q.    I think I'm done with that for
16  now.  You can set that aside.
17          Doctor, I'm going to mark
18  another copy of your --
19          MR. GAGE:  FYI, the Wolfe depo
20          has been postponed.  I just got the
21          e-mail.
22          MR. FAES:  Exciting news.  Do
23          you have another copy of her op
24          report, William?

11 (Pages 175 to 178)

Christina Pramudji, M.D.

Page 179

1           (Discussion Off The Record.)
2    BY MR. FAES:
3       Q.    Doctor, I'm just going to ask
4    you -- I'm going to want to ask you a few
5    questions about your pelvic organ prolapse
6    report.  If you need to refer to -- back to
7    it, the court reporter took off with it.  I
8    can give you my copy if you really need it.
9           MR. GAGE:  Well, but you had it
10   in your notebook, didn't you?
11          THE WITNESS:  That big one.  I
12   think it might be that one on the top.
13   BY MR. FAES:
14      Q.    I think you can probably answer
15   these questions without looking at it, but I
16   don't want you to be handicapped by not
17   having it available.
18          MR. FAES:  Yeah, we're still on
19   the Prolift deposition.
20   BY MR. FAES:
21      Q.    Now, in your report in your
22   reliance list, there's medical literature
23   that you cite in both your report and on your
24   reliance list.  Have you read all those

Page 180

1    articles?
2       A.    I've at least perused them.  I
3    wouldn't say that I've read them all in
4    detail.
5       Q.    Would you agree that the list
6    of medical literature and articles in your
7    report and your reliance list is not a
8    comprehensive list of all the articles and
9    literature that's available on the Prosima,
10   Gynemesh PS or Prolift?
11      A.    Probably not.
12      Q.    Is it possible there's clinical
13   data that you didn't see, which, if you saw,
14   could change your opinions in this case?
15          MR. GAGE:  Object to form.
16      A.    It's possible there's
17   literature I haven't seen, but I think I've
18   got the -- most of the level 1 literature, so
19   I doubt there's something that would change
20   my opinions.
21   BY MR. FAES:
22      Q.    Would you agree with me that
23   unless you see such data, you can't assess
24   whether it's significant to you in forming

Page 181

1    your opinions in this case?
2       A.    It depends on what it is.
3       Q.    But you would agree that it's
4    possible that there could be literature or
5    data out there that could change your
6    opinions in this case and you can't know
7    whether it's significant unless you see it,
8    correct?
9           MR. GAGE:  Object to form.
10      A.    No, I would disagree.  I think
11   that's very unlikely because I feel very
12   comfortable with the literature that I have
13   here and my own experience.  My opinions are
14   very firm.
15   BY MR. FAES:
16      Q.    So you believe it's very
17   unlikely.  But do you believe it's possible?
18      A.    I think it's next to
19   impossible.
20      Q.    I'm just going to leave that
21   alone.
22          (Deposition Exhibit 13 marked.)
23   BY MR. FAES:
24      Q.    Just so you have it, Doctor,

Page 182

1    I'm going to -- you're going to need this
2    eventually for your TVT deposition later
3    anyway, I'm going to re-mark a copy of your
4    reliance list for all your expert reports as
5    Exhibit 13 for the record.
6       A.    Okay.
7       Q.    Now, there's a lot of different
8    articles that you cite in your Gynemesh PS,
9    Prolift and Prosima report.  Did you
10   deliberately not cite to articles that were
11   not favorable to those products?
12          MR. GAGE:  Object to form.
13      A.    No, I didn't deliberately.  I
14   tried to pick out the articles which I
15   thought had the best data as far as the most
16   rigorous data, whether it was favorable or
17   not.
18   BY MR. FAES:
19      Q.    I'm going to shift gears a
20   little bit, Doctor, and ask you some
21   questions about the mesh properties of the
22   Gynemesh PS, Prolift and Prosima device.
23          Do you know whether or not the
24   amount of mesh placed in a woman's pelvis for

12 (Pages 179 to 182)

Christina Pramudji, M.D.

Page 183

1  the treatment of prolapse has an effect on
2  the intensity and duration of the foreign
3  body reaction and inflammatory response?
4      A.   I would say that the more
5  sutures, the more mesh, the more foreign
6  body -- it is a foreign body that's placed,
7  you're going to have more of a foreign body
8  reaction.
9      Q.   So you would agree that, in
10  general, the larger the amount and weight of
11  the material, the greater the foreign body
12  reaction and inflammatory response will be?
13      A.   Yes.  More than likely.
14  However, that doesn't necessarily -- that's a
15  normal reaction that you would expect.  It's
16  part of the wound healing.
17          MR. FAES:  I'm going to object
18      and move to strike after the word
19      "likely."
20  BY MR. FAES:
21      Q.   Doctor, am I correct that you
22  don't hold yourself out to be an expert with
23  regard to the design of medical device --
24  strike that.

Page 184

1          Doctor, am I correct that you
2  don't hold yourself out to be an expert with
3  regard to the design of medical device kits
4  for the treatment of prolapse?
5      A.   I would say that I am somewhat
6  of an expert in that area as far as being a
7  user of the devices and also being involved
8  in some of the labs that are held during the
9  development of devices that I've been
10  involved in.  So as far as being asked to
11  evaluate different devices as they're being
12  produced, as far as that goes, I do have some
13  expertise in that area.
14      Q.   Well, let me see if I can ask
15  it a different way.  Am I correct that I
16  would not expect you to offer design --
17  strike that.
18          Am I correct that I would not
19  expect you to offer opinions on the design of
20  the Prosima?
21          MR. GAGE:  Object to form.
22      A.   My opinions would go to how I
23  feel the design is based on use in my hands
24  and based on the patient results.  So I feel

Page 185

1  very confident and familiar with evaluating
2  the design based on those parameters.
3  BY MR. FAES:
4      Q.   Is that the extent of the
5  opinions that I would expect you to offer on
6  the Prosima -- on the design of the Prosima,
7  rather?
8          MR. GAGE:  Object to form.
9      A.   I may have some other opinions
10  as far as they go to the mesh in general or
11  pelvic floor kits or surgery in general.
12  BY MR. FAES:
13      Q.   So you would have opinions on
14  the design of the mesh in general or the
15  design of pelvic floor kits and surgery in
16  general?
17      A.   Yes.
18      Q.   Would those opinions on the
19  design go beyond how those devices -- you
20  believe those devices worked in your hands?
21      A.   Yes, they potentially could.
22      Q.   Well, you understand, Doctor,
23  that this is my opportunity here today to
24  learn what your opinions in this case might

Page 186

1  be.  What other opinions might you offer on
2  the design of the Prosima or mesh kits or
3  mesh in general?
4      A.   Well, opinions about the design
5  of the mesh in general, the way that the mesh
6  is configured, the size of the pores, the
7  materials that the mesh is made of.  Or with
8  the kits, how they're designed, how they --
9  the development of the kits, the nuances of
10  the trocars and how it worked in patients.
11      Q.   Have you ever worked on the
12  design team for a medical device?
13      A.   No, only on a consulting basis.
14      Q.   Am I correct in that you're not
15  a biomedical engineer?
16      A.   I'm not a biomedical engineer.
17  I studied it, but I'm not a biomedical
18  engineer.
19      Q.   Do you hold yourself out as an
20  expert in biomedical engineering?
21      A.   To the degree that it applies
22  to my practice, yes.
23      Q.   Do you know what a design
24  failure modes analysis is?

13 (Pages 183 to 186)

Christina Pramudji, M.D.

Page 187

1     A.    I don't -- I'm not familiar
2  with that term.
3     Q.    Is it fair to say that you have
4  never reviewed any design failure mode
5  analysis with respect to the Prosima,
6  Gynemesh PS or Prolift?
7     A.    I may have, because just
8  breaking down that terminology, I don't -- I
9  can't give you a quick definition.  But just
10  breaking it down, it sounds like it's just
11  testing the failure of the design with
12  some -- probably some mechanical stretching
13  or that sort of thing, but that's my
14  conjecture.  So I may have read about that.
15     Q.    Do you know what a process
16  failure modes effects analysis is?
17     A.    I'm not familiar with that
18  term.
19     Q.    Do you recall if you reviewed
20  any process failure modes effects analysis
21  with the Prosima, Prolift or Gynemesh PS
22  devices?
23     A.    I'm not sure.
24     Q.    Do you know what an

Page 188

1  applications failure modes effects analysis
2  is?
3     A.    I'm not sure.
4     Q.    Do you recall if you've
5  reviewed any of those for the Gynemesh PS,
6  Prolift or Prosima device?
7     A.    I'm not sure.
8     Q.    Do you hold yourself out as
9  having expertise or specialized knowledge
10  regarding the type of mesh used in the
11  Prosima, Prolift -- I guess I'll say
12  Gynemesh PS device even though the mesh --
13  that's the only thing in the Gynemesh PS
14  device is the mesh?
15     A.    Could you repeat the first part
16  of the question?
17     Q.    Yeah, I'll re-ask it because I
18  didn't think it through before I asked it.
19            Am I correct in that you don't
20  hold yourself out as having expertise or
21  specialized knowledge regarding the type of
22  mesh used in the Prosima or Prolift device?
23            MR. GAGE:  Object to form.
24     A.    No, that's incorrect because I

Page 189

1  feel very knowledgeable about the type of the
2  mesh, the use of the mesh, behavior of the
3  mesh.
4  BY MR. FAES:
5     Q.    Do you have any expertise or
6  specialized knowledge regarding whether or
7  not a 1-millimeter pore size when the mesh is
8  used in the body has any advantages or
9  disadvantages for the patient?
10     A.    Yes.  I've definitely studied
11  the pore sizes and I've seen how the mesh
12  behaves in the patients, and I feel like I
13  have a very in-depth knowledge about that.
14     Q.    Let me ask you this.  Do you
15  believe that it's important for a mesh to
16  have a pore size of 1 millimeter or greater
17  in all directions in order for the mesh to be
18  properly incorporated into the tissues once
19  it is placed?
20     A.    No, I don't think it has to be
21  exactly 1 millimeter.  Neutrophiles and the
22  vagina itself are much smaller than that, so
23  it doesn't need to be near that size to
24  incorporate well and to heal that well.

Page 190

1  Because as you know, when we put it in, the
2  pores are going to deform somewhat.  That's
3  to be expected.  And even with that, the
4  patients clinically heal well and do well
5  with good incorporation.
6     Q.    Do you believe -- you just
7  stated that you know that the mesh is at
8  times going to deform.  Strike that.
9            You just stated that you know
10  at -- sometimes that the mesh is going to
11  deform.  Do you believe the mesh can deform
12  to the point where the pores are too small
13  for good tissue incorporation?
14     A.    No, I don't think so.  I think
15  that the cells are microscopic.  So they're
16  going to be able to get into -- between the
17  fibers, no matter what.
18     Q.    You stated that you don't think
19  it's necessary to have a pore size of
20  1 millimeter in all directions.  What pore
21  size do you think is required in order for
22  the tissue to be incorporated into the body?
23            MR. FAES:  You want to take a
24  quick break?  I need to run to the

14 (Pages 187 to 190)

Page 191

1   restroom anyway.  Let's go off the
2   record.
3   (Recess Taken From 9:09 a.m. To
4   9:16 a.m.)
5   BY MR. FAES:
6   Q.    Doctor, we're back on the
7   record after a short break.  Are you ready to
8   proceed?
9   A.    Yes.
10  Q.    When we took a break, there was
11  a question pending.  It looked like you were
12  looking at your report, so I'll restate it.
13  You stated that you don't think
14  it is necessary to have a pore size of
15  1 millimeter in all directions.  What pore
16  size do you think is required in order for
17  tissue to be incorporated into the body in
18  pelvic organ prolapse surgery with mesh?
19  A.    So the Amid classification has
20  a pore size of greater than 75 microns.
21  Q.    So if I understand you
22  correctly, you're relying on the Amid
23  standard for your opinion on how large the
24  pore size needs to be?

Page 192

1   A.    Yes.  But even if it were a
2   little smaller than that, it would be fine
3   because the neutrophiles and the macro
4   fascias are much smaller than that.  So even
5   if it got to a form lower than that, they
6   should be able to come in and lay down the
7   collagen and the scar tissue and incorporate
8   the mesh.
9   Q.    You know that the Amid standard
10  came out in 1998, correct?
11  A.    Correct.
12  Q.    And you know that it was
13  originally developed for guidance in hernia
14  repair, correct?
15  A.    I believe so.
16  Q.    Do you know whether or not
17  Dr. Amid thinks that his standard applies to
18  the type of mesh used in pelvic organ
19  prolapse and stress urinary incontinence
20  products?
21  MR. GAGE:  Object to form.
22  A.    I don't know what he thinks,
23  but it's been widely adopted and utilized
24  successfully by the pelvic floor literature.

Page 193

1   MR. FAES:  I'll object and move
2   to strike after the answer "thinks."
3   BY MR. FAES:
4   Q.    Do you know what Ethicon --
5   strike that.
6   Do you know whether or not
7   Ethicon scientists and engineers think that
8   the Amid standard is outdated?
9   MR. GAGE:  Object to form.
10  A.    I don't know what they think
11  about that.
12  BY MR. FAES:
13  Q.    Do you know if -- whether or
14  not Ethicon scientists and engineers thought
15  the Amid standard was outdated as early as
16  2005?
17  MR. GAGE:  Object to form.
18  A.    No, I don't know about that.
19  BY MR. FAES:
20  Q.    You know that the Amid standard
21  was originally developed for hernia repair.
22  Do you know whether or not the FDA told
23  Ethicon that they don't believe that they can
24  leverage their hernia experience for the

Page 194

1   pelvic organ prolapse products?
2   MR. GAGE:  Object to form.
3   A.    I don't know about that.
4   BY MR. FAES:
5   Q.    If Ethicon scientists,
6   engineers and consultants believed that the
7   pore size of the mesh in the Prosima and
8   Prolift products needed to be 1 millimeters
9   in all directions in order for proper tissue
10  integration to occur, you would disagree with
11  them, correct?
12  A.    I think it doesn't have to be
13  1 millimeter.  It could be smaller.  But I
14  think 1 millimeter is fine.  It works great.
15  Q.    So is the answer to my question
16  yes, if they thought it needed to be a
17  minimum of 1 millimeter in all directions in
18  order for proper tissue integration to occur,
19  you would disagree with them?
20  A.    Yes, I would disagree.
21  Q.    Are you forming your opinions
22  on the assumption that the only standard for
23  pore size that matters is 75 microns?
24  A.    No.

15 (Pages 191 to 194)

Christina Pramudji, M.D.

Page 195

1    Q.    What other pore size do you
2  think matters?
3        MR. GAGE:  Object to form.
4    A.    Well, I'm forming my opinion
5  based on what has been used and what works
6  and what I've seen in my clinical practice.
7  So not just on the pore size.
8  BY MR. FAES:
9    Q.    But regard -- with regard to
10  the pore size which is needed for proper
11  tissue integration, is the only guideline
12  that you are relying on 75 microns?
13    A.    That's the main thing I'm
14  relying on because I think that's what the
15  majority of pelvic floor science relies on.
16    Q.    Is there any other numerical or
17  quantitative guideline that you're relying on
18  for the size the pores need to be in the mesh
19  in order for proper tissue integration?
20    A.    Not that I can think of right
21  now.
22    Q.    Have you ever specifically
23  studied the question of whether or not a
24  1-millimeter pore size under strain is of any

Page 196

1  significance with the Prosima, Gynemesh PS or
2  Prolift devices?
3    A.    Did you say "under strain"?
4    Q.    Yeah, I'll re-ask the question.
5  Have you ever specifically studied the
6  question of whether or not a 1-millimeter
7  pore size under strain is of any significance
8  with the Prosima, Gynemesh PS or Prolift
9  devices?
10    A.    What do you mean by "under
11  strain"?
12    Q.    I mean when the mesh is put --
13  placed under stress or deforms.
14    A.    I believe I did look at some
15  articles that look at that and look at the --
16  what happens to the pore sizes when they are
17  under strain.  Whether that applies to
18  clinical practice or not, I don't think so.
19  There's going to a little bit of strain and
20  deforming, but if the mesh is placed properly
21  without tension, then the pore sizes will be
22  minimally deformed.  Does that answer your
23  question?
24    Q.    Yeah, I think so.  Might have

Page 197

1  some follow-up questions, but I think you
2  answered the question.
3    A.    Okay.
4    Q.    Would you agree that even if
5  the Prosima or Prolift device is placed
6  perfectly by the surgeon, that the pore sizes
7  can still become deformed or stretch or be
8  put under strain?
9    A.    Yes, they can.
10    Q.    Does the -- do you know if the
11  term "scar plating" had any significance for
12  Ethicon internally among doctors and
13  scientists?
14        MR. GAGE:  Object to form.
15    A.    I don't know.
16  BY MR. FAES:
17    Q.    Would you agree that when the
18  mesh goes through the process of creating
19  scar tissue and fibrosis on the mesh, those
20  processes can also be accompanied by
21  contraction of the mesh?
22        MR. GAGE:  Object to form.
23    A.    It's designed to have fibrosis
24  and scarring to incorporate the mesh and

Page 198

1  you'll have some mesh contraction, but again,
2  I dispute the term "mesh" -- you'll have scar
3  contraction, but I dispute the term "mesh
4  contraction."
5  BY MR. FAES:
6    Q.    So you dispute the term "mesh
7  contraction" even though the Gynemesh PS IFU
8  specifically warns excessive contraction or
9  shrinkage of the tissue surrounding the mesh
10  as a potential adverse event in the
11  Gynemesh PS?
12        MR. GAGE:  Object to form.
13    A.    It says -- again, it says,
14  "Excessive contraction or shrinkage of the
15  tissue surrounding the mesh."  I think that's
16  the same thing that I said.
17  BY MR. FAES:
18    Q.    But we -- as we've agreed, if
19  the tissue surrounding the mesh contracts, it
20  can take the mesh with it --
21    A.    Yes.
22    Q.    -- meaning the mesh can
23  contract as well.
24    A.    It's semantics.  Yes, the mesh

16 (Pages 195 to 198)

Christina Pramudji, M.D.

Page 199

1  can be incorporated into the scar tissue, but
2  the mesh itself is not contracting.
3      Q.    Do you know who the inventor of
4  the Prosima device is?
5      A.    I believe it was Dr. Marcus
6  Carey.
7      Q.    Have you ever met Dr. Carey?
8      A.    I don't think so.
9      Q.    Do you know that -- whether or
10  not Dr. Carey receives royalties each time
11  the Prosima device is sold?
12      A.    I don't know.
13      Q.    So I take it since you don't
14  know whether or not he receives royalties,
15  you don't know how much he's been paid in
16  royalties with regard to the Prosima?
17      A.    No.  But he should get paid
18  because it's a great invention.  He should
19  get paid for his intellectual knowledge --
20  his intellectual property, I should say.
21          MR. FAES:  Object and move to
22      strike after the answer "no."
23  BY MR. FAES:
24      Q.    Do you know if he's been paid

Page 200

1  over $2 million in royalties for the Prosima
2  device?
3          MR. GAGE:  Object to form.
4      A.    I don't know.
5  BY MR. FAES:
6      Q.    Do you know he was the lead
7  author on the Prosima study done by Ethicon
8  prior to launch?
9      A.    Yes.
10      Q.    Do you know what his personal
11  success rate that he reported with the
12  Prosima was in that clinical study at his
13  site?
14      A.    At his site alone?
15      Q.    Yes.
16      A.    No, I don't know.
17      Q.    Do you know if it was
18  100 percent?  Would that -- would you be
19  surprised to learn that he -- strike that.
20          Would you be surprised to learn
21  that Dr. Carey reported a 100 percent success
22  rate with the Prosima at his site?
23      A.    No.  It could be possible based
24  on patient selection.

Page 201

1      Q.    Do you know that some other
2  investigators in that study reported a zero
3  percent success rate with the Prosima at
4  their site?
5      A.    No, I'm not aware of that.
6      Q.    Do you think the fact that
7  Dr. Carey was the inventor of the product and
8  was going to receive royalties for each
9  Prosima device that he sold injected bias
10  into the study where he was the lead
11  investigator?
12      A.    I think every investigator has
13  a bias.  So, yes, of course, he's going to
14  have his own bias.
15      Q.    Do you know whether or not
16  Ethicon believed that there was a fair amount
17  of spin going on regarding Dr. Carey's
18  reporting of his data?
19      A.    I don't know.
20          MR. GAGE:  Object to form.
21  BY MR. FAES:
22      Q.    Have you ever seen any
23  documents or correspondence between Ethicon
24  indicating that that was the case?

Page 202

1      A.    I don't recall having seen
2  that.
3      Q.    Now, you've stated that you
4  don't believe that shrinkage of the mesh
5  occurs; it's contraction of the tissues
6  surrounding the mesh, correct?
7      A.    Correct.
8      Q.    Are you familiar with the
9  Fatton article, which I believe is cited in
10  your reliance materials?
11      A.    How are you spelling that?
12      Q.    F-a-t-t-o-n.
13      A.    I would have to review it
14  again.  Not off the top of my head.
15      Q.    Well, let me ask you this.  Do
16  you recall in that study that they reported a
17  17 percent shrinkage rate at three months?
18      A.    I would have to look at it.
19      Q.    So you don't recall as you sit
20  here today?
21      A.    I don't recall.
22      Q.    Would you agree that --
23  assuming they did report a 17 percent
24  shrinkage rate at three months, that that's a

17 (Pages 199 to 202)

Christina Pramudji, M.D.

Page 203

1  significant shrinkage rate?
2          MR. GAGE:  Object to form.
3      A.   I would say that that is within
4  the norm for pelvic surgery to have
5  17 percent shrinkage of the scar tissue.  You
6  would want to have some shrinkage of the scar
7  tissue in order to have a good repair.  And
8  17 percent sounds reasonable to me.
9  BY MR. FAES:
10     Q.   But would you agree that a
11 17 percent shrinkage rate is clinically
12 significant and could have clinical impact to
13 the patient?
14     A.   Yes, I think it would have a
15 good clinical impact because they're going to
16 have better support and -- better support of
17 the vaginal wall.
18     Q.   So you believe that -- do you
19 believe that shrinkage of the mesh or
20 contraction of the tissue surrounding the
21 mesh is a positive thing?
22     A.   Yes.  It's desirable.
23     Q.   Do you believe that's true in
24 all cases, or do you believe that there's

Page 204

1  instances where contraction or shrinkage of
2  the mesh can cause pain or can cause the
3  device to migrate?
4      A.   Oh, yes, I think it's clear
5  that you're going to have some patients that
6  heal with exuberant scar tissue, nerve
7  endings get involved and they would have more
8  pain.  That can also occur with plication or
9  sacrospinous ligament fixation or uterosacral
10 ligament fixation, so it's not unique to
11 mesh.
12         MR. FAES:  I'm going to object
13     and move to strike after the answer
14     ending with "pain."  I didn't ask
15     about plication or sacrospinous
16     ligament fixation or any of that.
17 BY MR. FAES:
18     Q.   Are you aware of any clinical
19 data reported by the French transvaginal mesh
20 group regarding the percentage of women
21 treated with Prolift suffering from painful
22 mesh contraction with the Prolift?
23     A.   I believe I've seen that.  I
24 can't cite it right now without looking

Page 205

1  through things.
2      Q.   Have you relied on data and
3  literature published by Dr. Cosson and the
4  TVM group to support your opinions that the
5  Prolift and Gynemesh PS is safe and
6  effective?
7      A.   Yes.
8      Q.   Do you know whether or not
9  Dr. Cosson is considered the inventor of the
10 Prolift?
11     A.   I believe he is.
12     Q.   Have you ever met Dr. Cosson?
13     A.   No.
14     Q.   Never been to France?
15     A.   No.
16     Q.   Do you know if Dr. Cosson
17 receives royalty on the Prolift like
18 Dr. Carey?
19     A.   I don't know.
20     Q.   Do you know if Dr. Cosson has
21 also received over $2 million in royalties
22 for the Prolift device?
23     A.   I don't know.
24     Q.   Would you agree that the fact

Page 206

1  that Dr. Cosson was the inventor and received
2  royalties, that that would inject potential
3  bias into any study he was involved in?
4      A.   I would give the same answer
5  before, that every investigator has some bias
6  to some degree.  So I would not be surprised
7  if there were some bias there.
8      Q.   So is the answer to my question
9  yes, you would agree that Dr. Cosson would
10 have potential bias in any reporting of any
11 studies that he was involved in with the
12 Prolift?
13     A.   Yes, there's a potential for
14 bias there.
15     Q.   Are you familiar with committee
16 opinion 513, the joint opinion of ACOG and
17 AUGS?
18     A.   Can I take a look at it?
19     Q.   I don't have -- I don't have a
20 copy with me here.  I'm just asking you, are
21 you familiar with it?
22     A.   I don't know of one by name --
23 by that name.
24     Q.   Okay.  Well, I'll represent to

18 (Pages 203 to 206)

Christina Pramudji, M.D.

Page 207

1  you that a portion of the committee opinion
2  said that the mesh kit should only be used in
3  high -- strike that.
4          I'll represent to you that a
5  portion of the committee opinion says that
6  mesh kits should only be used in high-risk
7  individuals for which no other options are
8  available or appropriate.
9          Do you agree or disagree with
10 that opinion?
11         MR. GAGE:  Object to form.
12    A.    At this point I would agree,
13 given the current legal environment, I think,
14 although we had great success in patients
15 that weren't as high risk or that was their
16 first option.  But unfortunately in this
17 current legal environment, I would have to
18 agree with that statement.
19 BY MR. FAES:
20    Q.    You say "in this current
21 environment."  At what point do you
22 believe -- strike that.
23         You indicated -- is there --
24 strike that too.

Page 208

1          Is there a point at which you
2  would not have agreed with that opinion, a
3  point in time, and when did that -- when did
4  your opinion change that you agree with the
5  opinion?
6     A.    Probably around the time that
7  there started to be a lot of attorney
8  advertising, soliciting patients, that
9  created a negative environment around mesh
10 surgery.  So I think that was 2012, somewhere
11 around there.
12    Q.    So up until 2012 you would have
13 disagreed with that opinion; is that
14 accurate?
15    A.    That's correct.
16    Q.    And after 2012 you agree with
17 that opinion?
18    A.    To a degree, yes.
19    Q.    Is it your testimony that you
20 only agree with that opinion now because of
21 the legal environment?
22    A.    That's correct.
23    Q.    So it's not based on medical
24 judgment on your -- based on your medical

Page 209

1  judgment, you disagree with that opinion?
2     A.    Right.  Based on my medical
3  judgment, I still think that transvaginal
4  mesh repairs are very effective, very safe
5  and very beneficial to women, even if they're
6  not high risk, even if they haven't failed a
7  prior procedure.  And that's based on the
8  literature and based on my own experience.
9     Q.    Is the -- as you called it, the
10 legal environment the only reason why you
11 agree with that opinion today?
12    A.    Yes.
13    Q.    So the recent FDA actions and
14 reclassifying pelvic organ prolapse products
15 to a class III high-risk device and issuing a
16 public health notification in 2008 and 2011
17 have no bearing on that opinion?
18    A.    No.
19    Q.    Do you agree that the Prolift
20 should only be used in women for whom other
21 approaches and other alternative approaches
22 are not reasonable?  I think I asked a bad
23 question.  I'm going to strike that and
24 re-ask it.

Page 210

1          Do you agree that the Prolift
2  should only be used in women for whom other
3  alternative approaches are not reasonable?
4          MR. GAGE:  Object to form.
5     A.    Well, the Prolift isn't
6  available anymore, so I'm not sure how to
7  answer that question.
8  BY MR. FAES:
9     Q.    When the Prolift was available,
10 would you agree that it should have only been
11 used in women for whom other alternative
12 approaches are not reasonable?
13    A.    No.
14    Q.    Same question on the Prosima?
15    A.    No.  I feel like I was asked a
16 lot of these questions before in the Prolift
17 deposition.
18    Q.    You've stated some questions --
19 stated some opinions about the current legal
20 environment regarding mesh devices and
21 products.  Do you know how many mesh lawsuits
22 have been filed in the United States at this
23 point?
24    A.    I don't know the number.

19 (Pages 207 to 210)

Christina Pramudji, M.D.

Page 211

1    Q.    Do you believe that all of the
2  mesh suits filed in this country are
3  unfounded?
4    A.    That all of them are unfounded?
5  Well, based on the claims of mesh defect and
6  failure to warn, I would say yes because
7  there's not a mesh defect; there's not a
8  failure to warn.
9    Q.    So if there were over 70,000
10  individuals in the United States that had
11  filed legal claims against the manufacturers
12  of mesh products, you believe that all of
13  those claims are unfounded?
14    A.    Based on the claims, yes.
15    Q.    Do you -- you would agree that
16  the Prosima device is supposed to be placed
17  without tension; is that correct?
18    A.    That's correct.
19    Q.    Do you know what Ethicon
20  thought as to whether or not most doctors
21  understood the tension-free concept in
22  connection with the Prosima?
23        MR. GAGE:  Object to form.
24    A.    No, I don't know what they

Page 212

1  thought.
2  BY MR. FAES:
3    Q.    Do you know what Ethicon
4  thought as to whether or not most doctors
5  understood the vaginal support device concept
6  in connection with the Prosima?
7        MR. GAGE:  Object to form.
8    A.    No, I don't know what they
9  thought.
10  BY MR. FAES:
11    Q.    And you don't know whether or
12  not most doctors understood it or not; is
13  that correct?
14    A.    Right, I couldn't comment on
15  that.
16    Q.    You would agree that if the
17  tension-free concept with the Prosima was not
18  understood and mesh ended up under tension
19  after the procedure, that could increase the
20  risk of erosions, right?
21    A.    No, I wouldn't say that.  I
22  don't think that that would cause erosion.
23  Erosion occurs when the mesh is not placed in
24  the proper plane.

Page 213

1    Q.    Let me ask a different
2  question.  Would you agree that if the
3  tension-free concept was not understood and
4  mesh ended up under tension after completion
5  of the Prosima procedure, that could increase
6  the risk of complications, correct?
7    A.    That could, yes.
8    Q.    Could it increase the risk of
9  treatment failure?
10    A.    No.  I think the risk that I
11  think of is potentially pulling on the tissue
12  and the scarring pulling and causing pain.
13  That's the issue I think of with tension.
14    Q.    Would you agree that even if a
15  doctor is fully trained and follows the
16  Prosima technique perfectly, he can end up
17  with tension on the mesh that can lead to
18  complications?
19    A.    That -- yes, that can occur.
20  The patient can wake up and cough and that
21  can pull things, or the way that they heal,
22  they have exuberant scar tissue and that can
23  cause tension.
24    Q.    Are you aware of any monogragh

Page 214

1  for the Prosima device like there is for the
2  Prolift device?
3    A.    I can't recall if I have seen
4  that or not.
5    Q.    Same question with regard to
6  the Gynemesh PS.  Is there a Gynemesh PS
7  surgeon resource monograph like there is for
8  the Prolift and TVT?
9    A.    I can't recall.
10    Q.    But there is professional
11  education materials for the Prosima device,
12  correct?
13    A.    That's correct.
14    Q.    Do you recall if there's
15  professional education materials for the
16  Gynemesh PS device?
17    A.    Not that I'm aware of.
18    Q.    Is it your opinion that a
19  monograph or professional education materials
20  can be a substitute for the IFU in providing
21  information about risks and complications to
22  physicians?
23    A.    Yes, I believe so.
24    Q.    Do you know if -- under the

Christina Pramudji, M.D.

Page 215

1    federal rules or regulatory guidance if
2    Ethicon is allowed to provide that kind of
3    information in a source other than the IFU
4    such as a monograph or professional education
5    materials?
6        A.    I don't know about that.
7        Q.    Would you agree that unlike the
8    IFU, Ethicon can't ensure that the monographs
9    or the professional education materials reach
10   every physician that uses the product?
11           MR. GAGE:  Object to form.
12       A.    Can you repeat that question,
13   please.
14   BY MR. FAES:
15       Q.    Would you agree that unlike the
16   IFU, Ethicon has no way of ensuring that
17   monographs or professional education
18   materials reach every physician that uses the
19   product?
20       A.    I don't think they can ensure
21   that the IFU reaches every physician.  Sure,
22   it's in every product, but that doesn't mean
23   that every physician does look at it or read
24   it.

Page 216

1        Q.    But by placing the IFU in the
2    box, Ethicon ensures that every physician has
3    at least access to the IFU, correct?
4        A.    Yes, I can agree with that.
5        Q.    If Ethicon had put the same
6    information that's in the monograph in their
7    professional education materials in the IFU
8    with regards to the risks of the device, they
9    could have ensured that every physician who
10   implants the device at least has access to
11   that information, correct?
12       A.    I'm sorry, can you repeat that
13   question?
14       Q.    If Ethicon had put the same
15   information in the monograph -- strike that.
16           If Ethicon had put the same
17   information that's in the monograph and
18   professional educations in their IFU with
19   regard to the risks and adverse reactions of
20   the device, they could have ensured that
21   every physician who implants the device at
22   least has access to that information,
23   correct?
24       A.    Sure.

Page 217

1        Q.    Once an IFU is out there, if
2    Ethicon learns of a risk or complication that
3    was not previously warned about and it was a
4    significant risk or complication in terms of
5    the harm it could cause to a woman, do you
6    know whether or not Ethicon had any
7    obligation to get that out to doctors?
8        A.    Could you repeat that, please.
9        Q.    Sure.  Once an IFU is out
10   there, if Ethicon learns of a risk or
11   complication that was not previously warned
12   about and it's a significant risk or
13   complication in terms of the harm it could
14   cause to a woman, do you know whether or not
15   Ethicon had any obligation to get that out to
16   doctors?
17           MR. GAGE:  Object to form.
18       A.    I don't know.
19   BY MR. FAES:
20       Q.    I just want to backtrack a
21   little bit on the IFU -- the 2015 Gynemesh
22   IFU that was put out there.
23           Do you think it would have been
24   reasonable for Ethicon to send a letter, a

Page 218

1    "Dear Doctor" letter out to physicians when
2    they put that IFU out telling them that, hey,
3    we've added some adverse reactions to this
4    IFU that were not previously in the IFU?
5        A.    Sure, I think that's
6    reasonable.  I don't think it's necessary,
7    but it's reasonable.
8        Q.    Do you know whether or not that
9    occurred?
10       A.    I don't know.
11       Q.    Do you think it would have been
12   reasonable in 2013 for Ethicon to send a
13   letter out to physicians that -- informing
14   them that, hey, we've changed the indications
15   for use for this mesh so that it is no longer
16   indicated for transvaginal mesh placement?
17   Do you think that would be reasonable?
18       A.    Sure, I think it's reasonable.
19       Q.    Do you think it would have been
20   reasonable for them in this letter to also
21   tell physicians that the only reason that the
22   FDA is still allowing this product to be sold
23   is because it agreed to remove the
24   transvaginal indication and change the

21 (Pages 215 to 218)

Christina Pramudji, M.D.

Page 219

1    indication to only be placed abdominally?
2            MR. GAGE:  Object to form.
3        A.    I don't think that's reasonable
4    or necessary.  That sounds excessive to me.
5    BY MR. FAES:
6        Q.    You don't think a reasonable
7    physician would want to know that the only
8    reason the FDA is still allowing the
9    Gynemesh PS to be sold is because Ethicon
10   agreed to remove the transvaginal use
11   indication from the IFU?
12           MR. GAGE:  Object to form.
13       A.    I don't think so.
14   BY MR. FAES:
15       Q.    Do you know whether or not
16   Ethicon did indeed send out a letter to
17   physicians informing them that the
18   indications for use for the Gynemesh PS
19   device changed?
20       A.    I don't know.
21       Q.    Do you think it would be
22   reasonable for Ethicon to put some kind of an
23   indication on the Gynemesh PS box that
24   contains the device either with a call-out on

Page 220

1    the box or a sticker informing physicians
2    that, hey, the indications for this use have
3    changed; you might want to read them?  Do you
4    think that would be reasonable?
5            MR. GAGE:  Object to form.
6        A.    Again, I think it's reasonable,
7    but it's not necessary.
8    BY MR. FAES:
9        Q.    So even though that you -- even
10   though you've testified that you don't
11   generally review the IFU, again, once you've
12   used a product for the first time, you don't
13   believe it's necessary?
14       A.    Correct.
15       Q.    You don't think that that's
16   something that physicians would want to know
17   or have their attention drawn to, that, hey,
18   the indications for this device may have
19   changed since the last time you used it?
20       A.    I can -- I can't speak for all
21   physicians.  I'm speaking for myself.  That
22   for me, it wouldn't be necessary.
23       Q.    If the overall consensus among
24   a medical devices company's expert is that it

Page 221

1    would be a mistake to launch the device onto
2    the market, do you think it would be wrongful
3    for the company to launch that device anyway
4    if the motivation is only to make a profit?
5            MR. GAGE:  Object to form.
6        A.    Can you repeat that question,
7    please.
8    BY MR. FAES:
9        Q.    Sure.  If the overall consensus
10   among a medical device company's expert is
11   that it would be a mistake to launch that
12   device onto the market, do you think it would
13   be wrongful for the company to launch that
14   device anyway if the only motivation is to
15   make a profit?
16           MR. GAGE:  Object to form.
17       A.    Well, it depends on why they
18   think it's a mistake.  I mean, obviously the
19   purpose of corporations is they have to make
20   a profit with whatever they do.  So it
21   depends on what the -- why -- what they're --
22   why they're saying it's a mistake.
23   BY MR. FAES:
24       Q.    If the company's experts

Page 222

1    believe it's a mistake to launch that
2    particular device on the market because it is
3    not more safe or effective than alternative
4    treatment options, do you think it would be
5    wrongful for the company to launch that
6    device anyway?
7        A.    I can't answer that yes or no.
8    It really depends on the details of the
9    product.  There may be some other advantages,
10   some other factors involved.
11       Q.    If the overall consensus about
12   a medical device -- strike that.
13           If the overall consensus among
14   the medical device company's experts is that
15   it would be a mistake to launch a particular
16   device onto the market, do you think the
17   doctors and patients who are sold that device
18   should know that information?
19       A.    I think it's more -- no,
20   because I think it's more important that
21   there's data showing the results, that
22   there's studies that show the results of what
23   happened and not their -- just those
24   opinions.

22 (Pages 219 to 222)

Christina Pramudji, M.D.

Page 223

1    Q.    So you don't think that that's
2  information that doctors or patients would
3  want to know, is that the company had asked
4  their experts what they thought about the
5  device and the experts told the company, this
6  is a big mistake, don't do it?
7          MR. GAGE:  Object to form.
8    A.    I don't know what other doctors
9  and patients would want to know.
10 BY MR. FAES:
11   Q.    Do you know whether scar
12 contracture around the mesh can occur with
13 the Gynemesh PS?
14   A.    Yes, it can.  As in every
15 pelvic surgery, there's going to be scar
16 contracture if you just cut on the vagina.
17         MR. FAES:  Object and move to
18   strike after the answer "yes, it can."
19 BY MR. FAES:
20   Q.    Do you know whether or not that
21 was a problem that Ethicon's engineers were
22 trying to solve by designing a better mesh?
23   A.    I don't recall.
24   Q.    Would you agree that scar

Page 224

1  contracture can translate into procedural
2  complications?
3    A.    Yes, it can.
4    Q.    Do you know whether or not in
5  2005, physicians were asking Ethicon for a
6  mesh which would be better than the
7  Gynemesh PS in the area of scar contracture?
8    A.    I don't know.
9    Q.    Would you agree that scar
10 contracture can cause recurrence of prolapse?
11   A.    No, I disagree with that.
12   Q.    Would you agree that scar
13 contracture can cause pain?
14   A.    Yes, I agree with that.
15   Q.    Would you agree that scar
16 contracture can cause stiffness?
17   A.    Stiffness?
18   Q.    Yes.  Stiffness of the mesh.
19 I'll rephrase.  Would you agree that scar
20 contracture can cause stiffness of the mesh?
21   A.    No, I don't think it causes
22 stiffness of the mesh.
23   Q.    Would you agree that scar
24 contracture can cause a stiff scar tissue?

Page 225

1    A.    Yes, it can do that with or
2  without mesh.
3          MR. FAES:  Object and move to
4    strike after the answer "yes."
5  BY MR. FAES:
6    Q.    Would you agree that scar
7  contracture can cause erosion?
8    A.    No.
9    Q.    Would you agree that scar
10 contracture can cause discomfort during sex?
11   A.    Yes.  That can occur with or
12 without the presence of mesh.
13         MR. FAES:  Object and move to
14   strike after the answer "yes."
15 BY MR. FAES:
16   Q.    So you disagree that scar
17 contracture can cause recurrence of the
18 prolapse or erosion, correct?
19   A.    That's correct.
20   Q.    So if physicians were reporting
21 to Ethicon that scar contracture can cause
22 recurrence of the prolapse and erosion, you
23 would disagree with those physicians?
24   A.    Yes.

Page 226

1    Q.    Would you agree that for mesh
2  to be successfully used for the treatment of
3  pelvic organ prolapse, it should be soft and
4  compliant with a woman's vaginal tissues?
5    A.    Ideally, yes.
6    Q.    Would you agree that a mesh
7  could be too stiff for the treatment of
8  pelvic organ prolapse?
9    A.    Yes, it's possible.
10         MR. FAES:  Can we go off the
11   record for a quick second.
12         (Recess Taken From 10:00 a.m.
13   To 10:09 a.m.)
14 BY MR. FAES:
15   Q.    Dr. Pramudji, we're back on the
16 record after a short break.  Are you ready to
17 proceed?
18   A.    Yes.
19   Q.    You know that the Gynemesh PS
20 is, in fact, less stiff than the traditional
21 Prolene mesh used for hernia repairs,
22 correct?
23   A.    Yes.
24   Q.    And, in fact, that's a positive

23 (Pages 223 to 226)

Christina Pramudji, M.D.

Page 227

1    thing --
2        A.    Yes.
3        Q.    -- you would agree --
4        A.    Yes.
5        Q.    -- for use in vaginal tissues,
6    correct?
7        A.    Yes, I agree.
8        Q.    Have you ever considered using
9    traditional Prolene mesh for the treatment of
10   pelvic organ prolapse?
11       A.    No.
12       Q.    Have you ever considered using
13   traditional Prolene mesh for use in vaginal
14   tissues?
15       A.    No.
16       Q.    Would you ever consider using
17   it?
18       A.    I don't think so.
19       Q.    Would you never -- not consider
20   using it because it's generally too stiff to
21   be compliant with vaginal tissues?
22       A.    That's correct.
23       Q.    Would you agree that clinically
24   there may be an impact with increased

Page 228

1    rigidity with any given mesh as it may
2    increase vaginal stiffness postoperatively
3    with a potential to impair sexual function?
4        A.    Could you repeat that, please.
5        Q.    Sure.  Would you agree that
6    clinically there may be an impact of
7    increased rigidity with any given mesh as it
8    may increase vaginal stiffness
9    postoperatively with a potential to impair
10   sexual function?
11            MR. GAGE:  Object to form.
12       A.    That could occur with some
13   meshes that are more stiff.
14   BY MR. FAES:
15       Q.    Would you agree that any future
16   meshes developed by Ethicon for the treatment
17   of pelvic organ prolapse should be less rigid
18   than the Gynemesh PS?
19       A.    No, I don't agree with that.
20       Q.    So if Ethicon's medical
21   directors believe that that was an
22   appropriate goal, you would disagree with
23   them?
24       A.    I would say that the

Page 229

1    Gynemesh PS is an appropriate stiffness of
2    mesh, but I wouldn't disagree with trying to
3    make a less stiff mesh and see if it
4    behaved -- if the results are as good.
5        Q.    Do you know whether or not, as
6    of 2009, it was Ethicon's goal that all
7    future meshes developed by Ethicon for pelvic
8    organ prolapse should be less rigid than the
9    Gynemesh PS?
10            MR. GAGE:  Object to form.
11       A.    I don't know.
12   BY MR. FAES:
13       Q.    Would you agree that clinical
14   trials show that large-pore meshes in general
15   provide better patient comfort than standard
16   meshes?
17            MR. GAGE:  Object to form.
18   BY MR. FAES:
19       Q.    Strike that.  I'm going to
20   withdraw that and ask a different question.
21            Would you agree that clinical
22   trials show in general that large-pore meshes
23   provide better patient comfort than standard
24   meshes and that the reason for that is due to

Page 230

1    lower scar tissue formation and lower
2    stiffness?
3            MR. GAGE:  Object to form.
4        A.    What are the standard meshes
5    that you're referring to?
6    BY MR. FAES:
7        Q.    A standard mesh would be, for
8    example, the standard Prolene mesh or the
9    standard Marlex mesh, which is now called the
10   Bard mesh.
11       A.    Okay.  I understand.  So the
12   answer -- you'd better repeat the question so
13   I make sure I answer properly.
14       Q.    Sure.  Would you agree that
15   clinical trials show that large-pore meshes
16   provide better patient comfort than standard
17   meshes and the reason is due to lower scar
18   tissue formation and lower stiffness?
19       A.    Yes, that's correct.
20       Q.    Are you aware that Ethicon was
21   told by its top consultants that it didn't
22   make sense to use the Prosima in people with
23   lesser degrees of prolapse given the
24   outcomes?

24 (Pages 227 to 230)

Christina Pramudji, M.D.

Page 231

1         MR. GAGE:  Object to form.
2     A.   I'm not aware of that.
3  BY MR. FAES:
4     Q.   Do you know how the mesh in the
5  Prolift is cut?
6     A.   I believe it's machine cut.
7     Q.   You believe that the mesh in
8  the Prolift is machine cut?
9     A.   Yes.
10    Q.   Do you know how the mesh in the
11 Prosima is cut?
12    A.   I believe it's also machine
13 cut.
14    Q.   Do you know how the mesh in the
15 Gynemesh PS flat sheets is cut?
16    A.   Not sure about that one.
17    Q.   Do you know whether or not the
18 cutting method for Prolene mesh affects the
19 rigidity or stiffness of the mesh?
20    A.   It does not.
21    Q.   So it's your opinion that -- to
22 a reasonable degree of medical certainty,
23 that the cutting method for the Prolene mesh,
24 whether it be mechanical, laser cut or

Page 232

1  ultrasonically cut, has no effect on the
2  stiffness or rigidity of the mesh?
3     A.   That's correct.
4     Q.   Have you seen any studies that
5  Ethicon has done with regard to the
6  difference in stiffness between
7  ultrasonically cut and laser cut mesh?
8     A.   Not that I can recall, as I sit
9  here right now.
10    Q.   If Ethicon did a study
11 comparing ultrasonically cut mesh to laser
12 cut mesh and found that one of those meshes
13 was stiffer than the other, you would
14 disagree with those findings?
15        MR. GAGE:  Object to form.
16    A.   I would -- I would have to look
17 at it, but I don't think it would make any
18 clinical difference at all, because half the
19 time you end up trimming the edges anyway,
20 which is where the cut edge is.  So it ends
21 up being mechanically cut no matter what.
22 BY MR. FAES:
23    Q.   Would you agree that when you
24 cut the Gynemesh PS with a pair of scissors,

Page 233

1  whether it's the Prolift, the Prosima or the
2  flat sheets, that there can be sharp edges
3  after the mesh is cut?
4         MR. GAGE:  Object to form.
5     A.   No, they're not sharp edges.
6  They're floppy fibers.
7  BY MR. FAES:
8     Q.   So you don't believe that there
9  can be a sharp edge on the Gynemesh PS mesh
10 after it's cut with scissors?
11    A.   No, no sharper than a suture
12 that you would have.
13    Q.   You don't believe that a
14 potential risk -- strike that.
15        You don't believe that there
16 can be a sharp edge after cutting the
17 Gynemesh PS with the scissors and the
18 potential risk of that sharp edge is that it
19 can cause erosion or pain or protrude through
20 the woman's delicate vaginal tissues; is that
21 correct?
22    A.   That's correct.
23    Q.   And if Ethicon scientists and
24 engineers who were assessing the risks of the

Page 234

1  Gynemesh PS mesh found that that was a
2  potential risk, you would disagree with them?
3         MR. GAGE:  Object to form.
4     A.   Yes, I disagree with them.
5  That's not what we see in clinical practice.
6  BY MR. FAES:
7     Q.   If other doctors told Ethicon
8  that they were concerned that there was a
9  risk of sharp edges after the Gynemesh PS
10 mesh was cut that could be sharp and cause
11 erosion or pain or complications, you believe
12 those doctors are wrong and their fears are
13 unfounded?
14        MR. GAGE:  Object to form.
15    A.   I'm not sure what they're doing
16 or how they're implanting it, but when you
17 cut the mesh, the edges are no sharper than
18 they were before you cut it.  And the mesh
19 itself is not going to just start poking
20 through.  Either it's not placed in the right
21 plane or the patient has poor wound healing.
22 It doesn't just cut through.  It's not like
23 that at all.  It's soft and floppy.
24 BY MR. FAES:

25 (Pages 231 to 234)

Christina Pramudji, M.D.

Page 235

1      Q.    Okay.  I'm going to have to
2  re-ask that question because I think the
3  answer you gave me is a little bit
4  different --
5      A.    Sorry.
6      Q.    -- than the answer I was
7  looking for.
8           If other doctors told Ethicon
9  that they were concerned about sharp edges in
10  the Gynemesh PS after it was cut with the
11  scissors and that those sharp edges could
12  potentially protrude through vaginal tissue
13  and cause pain, do you believe that those
14  physicians' fears are unfounded?
15          MR. GAGE:  Object to form.
16     A.    Yes, I disagree with those
17  physicians.
18  BY MR. FAES:
19     Q.    If those same physicians were
20  concerned that particles could be released
21  when the Gynemesh PS was cut through
22  scissors -- strike that.
23          If those physicians were
24  concerned that particles could be released

Page 236

1  when the Gynemesh PS was cut with scissors
2  and that those particles could become lodged
3  in a woman's vaginal tissues and cause
4  potential complications, do you believe those
5  physicians' fears are unfounded?
6          MR. GAGE:  Object to form.
7      A.    Absolutely.
8  BY MR. FAES,
9      Q.    Doctor, are you going to
10  offer -- do you plan to offer an opinion in
11  this case about your personal success rate
12  with the Prosima, Prolift or Gynemesh
13  products?
14     A.    Yes.
15     Q.    What is the opinion you intend
16  to offer about your personal success rate
17  with those products?
18     A.    What I found is that the
19  products were very successful with a high
20  patient satisfaction with few complications.
21     Q.    Do you intend to offer a
22  numeric success rate --
23     A.    No, I don't have a --
24     Q.    -- in conjunction with those

Page 237

1  products?
2      A.    No, I don't have a calculated
3  numeric rate for my patients.
4      Q.    Same question with regard to
5  complication or erosion or extrusion rates,
6  do you intend to offer an opinion in this
7  case with regard to a numeric percentage of
8  complications or erosions or extrusion rates
9  that you've experienced personally?
10     A.    Perhaps.  I have in the past
11  calculated reoperation rates, but I can't
12  recall right now if it was on Prolift or on
13  TVT.  I would have to go back and look at my
14  operative logs.
15     Q.    So --
16     A.    So I may have that rate on --
17     Q.    Just reoperation rates?
18     A.    Correct, just reoperation
19  rates.
20     Q.    Not exposure or extrusion
21  rates?
22     A.    Correct.
23     Q.    Can you tell me how you arrived
24  at those reoperation rates?

Page 238

1      A.    I took my total number of
2  reoperations and my total number of cases and
3  just divided it.
4      Q.    And what --
5      A.    So it's a rough number.
6      Q.    And what is the numerator and
7  denominator for those?
8      A.    I don't recall, as I sit here
9  right now.  I would have to look at it.
10     Q.    And who did -- who did the
11  review?
12     A.    Myself.
13     Q.    Is there any documentation
14  regarding the review or your findings that
15  you used to come up with those rates?
16     A.    I have an operative log that I
17  keep.
18     Q.    Do you know if that's been
19  produced to us in this litigation?
20     A.    No, I don't believe so.
21          MR. FAES:  We would ask that
22  that would be produced if the doctor
23  is going to offer any opinions about
24  her reoperation rates at trial.

26 (Pages 235 to 238)

Christina Pramudji, M.D.

Page 239

1     MR. GAGE:  I'll consult with
2   her and let you know what our position
3   is on that.
4   BY MR. FAES:
5     Q.    Did you do any kind of analysis
6   of patients that were lost to follow-up?
7     A.   No, I did not.
8     Q.    What time frame were you using
9   for your reoperation rates to come up with
10   your reoperation rate number for Prolift and
11   Prosima?
12     A.   Well, I just -- just from
13   the -- when I started using the products
14   until I did the analysis, however many years
15   that was.  I can't remember when I did that
16   analysis.
17     Q.    But you can't state a specific
18   year that you started and stopped?
19     A.   No, I can't remember right now.
20     Q.    But it's fair to say it would
21   go back to when you were working in Dallas in
22   Dr. Anhalt's practice, correct?
23     A.   Well, yeah.  It wasn't in
24   Dallas.  It was here in Houston.  But, yes,

Page 240

1   back to 2005, when I started doing the
2   Prolift, until I did the analysis, because
3   there may have been some complications that
4   were treated after I stopped using the
5   products.  But I can't remember when I did
6   that.
7     Q.    And if a doctor [sic] needed a
8   reoperation and went to a different doctor
9   other than you, you wouldn't have that
10   information unless the patient shared it with
11   you, correct?
12     A.   That's correct.
13     Q.    So your reoperation rates that
14   you calculated would exclude any patients
15   that went to other doctors for reoperation
16   that you didn't know about, correct?
17     A.   Yes.  But kind of what I did in
18   reverse, which this is very rough, but I
19   included patients that came from other
20   doctors in my reoperation rate.  So some
21   patients were not my original -- I was not
22   the original implanter.  So it's kind of --
23   it's a very rough analysis.  There's just
24   sort of, okay, I did this many implants; how

Page 241

1   many reoperations did I do?  And this is
2   just -- this isn't even -- this is just like
3   a mesh exposure, mesh explant-type
4   reoperation.  It's not comprehensive.
5     Q.    Okay.  I think you've answered
6   my question on that.
7       I hate to do this to you, but
8   since there's no invoices yet on your
9   case-specific depositions that you're going
10   to be offering opinions on, I need to go
11   through and ask you if you have a rough
12   estimate of the number of hours you've spent
13   on each of your cases.  Do you know
14   approximately how many hours you've spent on
15   the Sharon Carpenter case?
16       MR. GAGE:  Let me just say, I
17     assume that by doing this that the
18     individual lawyers will not ask the
19     question and that you would agree as
20     liaison counsel that I can say "asked
21     and answered," we don't have to do it
22     during the individual cases?
23       MR. FAES:  Well, they might ask
24     more specific questions, like break

Page 242

1     down the amount or whatever, but,
2     yeah, you can certainly object.
3       MR. GAGE:  Okay.
4   BY MR. FAES:
5     Q.    Do you recall how many hours
6   you've spent on the Sharon Carpenter case?
7     A.   I don't recall.
8     Q.    Do you recall how many hours
9   you've spent on the Mary Jane Olson case?
10     A.   I don't remember.
11     Q.    You don't have any kind of
12   estimate, as you sit here today, or any
13   documentation regarding how many hours you've
14   spent on that case?
15     A.   I would say maybe 30 to
16   50 hours on each case, let's say.  That may
17   be high; that may be low.  It depends.  Some
18   of them are more complicated than others.
19     Q.    So you estimate -- your best
20   estimate, as you sit here today, on all the
21   cases, case-specific cases that you are going
22   to offer opinions on in the next couple of
23   days, is that you spent approximately 30 to
24   50 hours on each of those cases?

27 (Pages 239 to 242)

Christina Pramudji, M.D.

Page 243

1    A.    Uh-huh.  Yes.
2    Q.    And that rate at this point
3 that you've charged for those cases is $600
4 an hour for review?
5    A.    Correct.
6    Q.    And your deposition testimony
7 will be 700 an hour, correct?
8    A.    Correct.
9    Q.    And that's the same rate as if
10 you get called for trial?
11    A.    Correct.
12        (Deposition Exhibit 14 marked.)
13 BY MR. FAES:
14    Q.    Doctor, I'm going to hand you
15 what's been marked as Exhibit No. 14 to your
16 deposition.
17        (Witness Reviews Document.)
18 BY MR. FAES:
19    Q.    Doctor, this is an e-mail from
20 you to Robert Zipfel, Z-i-p-f-e-l, at Ethicon
21 responding to a press release regarding the
22 launch of the Prolift+M; is that correct?
23    A.    Correct.
24    Q.    I'm not going to ask you about

Page 244

1 this whole thing, but if you go down to the
2 third paragraph, it says, "This
3 lightweight" -- with regard to the Prolift+M,
4 it says, "This lightweight polypropylene mesh
5 is less dense and has larger pores than
6 previous meshes, which could lead to
7 decreases in reactive scar formation and a
8 reduction in inflammatory response during
9 healing.  This mesh also has properties that
10 help the surgeon place the mesh more easily
11 because it resists wrinkling and folding, and
12 it has increased longitudinal elasticity
13 while maintaining lateral support to ensure
14 pliability after surgery.  The new design may
15 improve vaginal wall compliance and allow for
16 better tissue incorporation."
17        Do you see that?
18    A.    Yes.
19    Q.    Is this your understanding of
20 what Ethicon believed were the potential
21 benefits of the Prolift+M device?
22    A.    Yes, that's my understanding.
23    Q.    And you know that this
24 Prolift+M device uses a mesh that has pores

Page 245

1 that are lighter weight and larger pore than
2 the mesh used in the original Prolift device,
3 correct?
4        MR. GAGE:  Object to form.
5    A.    I think -- you said the pores
6 are lighter weight.  I don't know if that's
7 what you meant to say.
8 BY MR. FAES:
9    Q.    That's not what I meant to say.
10    A.    Okay.
11    Q.    I'll re-ask the question.  And
12 you know that this Prolift+M device uses a
13 mesh that has larger pores and is of a
14 lighter weight than the mesh used in the
15 original Prolift device, correct?
16    A.    I believe after the Monocryl is
17 observed, then it becomes a lighter-weight
18 mesh.
19    Q.    In fact, it becomes almost half
20 the weight of the mesh used in the Prolift;
21 isn't that correct?
22    A.    That sounds about right.
23    Q.    And this Prolift+M device, you
24 would agree, did ultimately become your

Page 246

1 device of choice over the Prolift for the
2 treatment of pelvic organ prolapse?
3    A.    Yes.
4    Q.    That's all the questions I have
5 about that document.
6    A.    Okay.
7        (Deposition Exhibit 15 marked.)
8 BY MR. FAES:
9    Q.    Doctor, I'm going to hand you
10 what's been marked as Exhibit No. 15 to your
11 deposition.
12    A.    Okay.
13    Q.    And I just have a real quick
14 question about this.  This is a document
15 dated February 27th, 2008, titled "Prosima
16 Launch Plan."  And if you turn to the second
17 page under "Southern Region," you see that
18 your name is listed as the third name on the
19 first column.  Do you see that?
20    A.    Yes.
21    Q.    Does this document indicate
22 that you were one of the initial preceptors
23 for the launch of the Prosima device?
24    A.    It looks like I was targeted

28 (Pages 243 to 246)

Christina Pramudji, M.D.

Page 247

1   for that, but, honestly, I can't remember the
2   timeline on that.
3        Q.   Do you remember if you were one
4   of the initial preceptors for the Prosima
5   device?
6        A.   I don't remember.
7        Q.   So you could've been or you
8   might not have been; you just don't know one
9   way or the other?
10       A.   Yes, I can't remember.
11       Q.   That's all the questions I have
12  for that document.
13            (Deposition Exhibit 16 marked.)
14            (Deposition Exhibit 17 marked.)
15  BY MR. FAES:
16       Q.   I'm going to hand you what's
17  been marked as Exhibits 16 and 17.
18            Doctor, Exhibit No. 16 is an
19  e-mail dated January 13th, 2009, regarding a
20  urology meeting follow-up.  Do you see that?
21       A.   Yes.
22  BY MR. FAES:
23       Q.   If you turn to the fourth page
24  where it discusses the "Blue Group," you see

Page 248

1   that you are listed, as the sixth name down,
2   as participating in this group.  Do you see
3   that?
4        A.   Yes.
5        Q.   Do you remember participating
6   in this group in 2009?
7        A.   Vaguely.
8        Q.   If you look down under
9   "Recommendations to Group:  Patient
10  Education," the fourth bullet point down, it
11  states, "Safety long-term communicate to
12  patients, this eases their fears."  Do you
13  see that?
14            MR. GAGE:  Object to form.
15       A.   Yes, I see that.
16  BY MR. FAES:
17       Q.   Did you -- was this a
18  recommendation that you remember the team
19  making to Ethicon?
20       A.   I don't remember.
21       Q.   Did you believe, at this time
22  in 2009, it was important to ease the fears
23  of patients with regard to the safety of mesh
24  devices for the treatment of pelvic organ

Page 249

1   prolapse?
2        A.   Well, this was right after the
3   2008 FDA notification, so that may have been
4   where some of that sentiment came from.  But
5   I don't recall specifically any conversations
6   at that conference.
7        Q.   My question was actually a
8   little bit different than that.  So I'm going
9   to re-ask it.
10       A.   Okay.
11       Q.   Did you believe, at this time
12  in 2009, that it was important to ease the
13  fears of patients with regard to the safety
14  of mesh devices for the treatment of pelvic
15  organ prolapse?
16       A.   I'm sorry, can you repeat that
17  one more time?
18       Q.   Did you believe, at this time
19  in 2009, that it was an important goal to
20  ease the fears of patients with regard to the
21  safety of mesh devices for the treatment of
22  pelvic organ prolapse?
23       A.   I can't remember what I thought
24  at that time.

Page 250

1        Q.   You see the second bullet point
2   down, it says, "Google - have EWHU" -- which
3   you know stands for "Ethicon Women's Health &
4   Urology," correct?
5        A.   Correct.
6        Q.   -- "website precede litigation
7   websites."  You see that?
8        A.   Yes.
9        Q.   So one of the recommendations
10  of the team was to pay Google to have
11  Ethicon's website appear before any
12  litigation websites on Google searches?
13       A.   That's what it appears to be.
14       Q.   Now, you stated that the
15  litigation environment changed in 2012 and
16  that's when you believed that pelvic organ
17  prolapse devices should not be considered for
18  first-line treatment, correct?
19       A.   That's when it really seemed to
20  ramp up.
21       Q.   But, at least according to this
22  document in 2009, fears about lawsuits were
23  of concern going back to 2009 --
24       A.   That's what it looks like --

29 (Pages 247 to 250)

Christina Pramudji, M.D.

Page 251

1    Q.    -- is that correct?
2    A.    -- according to this.
3    Q.    Did -- do you recall at this
4  meeting like -- do you recall if at this
5  meeting you felt like Ethicon and physicians
6  felt like you needed to do damage control to
7  address the 2008 public health notification?
8    A.    I don't recall.
9    Q.    Would you agree that if the
10 fear of being named in a lawsuit prevents
11 someone from using a product that is unsafe,
12 that that's a good thing?
13   A.    Can you repeat that for me,
14 please.
15   Q.    Would you agree that if the
16 fear of being named in lawsuits prevents
17 someone from selling a product that is
18 unsafe, that that's a good thing?
19   A.    No, I don't think that's a good
20 thing.
21   Q.    Well, you'd agree that asbestos
22 in this country is generally no longer being
23 sold, right?
24   A.    I don't know anything about

Page 252

1  asbestos.
2    Q.    You don't know anything about
3  asbestos?
4    A.    No.
5    Q.    You don't know whether -- as a
6  physician, whether or not asbestos causes
7  cancer and is hazardous to human health?
8    A.    I do know that it causes
9  mesothelioma, but I don't know about the
10 asbestos product line or market or lawsuits
11 or anything like that.
12   Q.    Would you agree that asbestos
13 should never be used in a medical device?
14   A.    I don't know why it would be
15 used in a medical device.
16   Q.    That's not my question. Would
17 you agree that asbestos should never be used
18 in a medical device?
19   A.    I don't know. I don't know
20 enough about it.
21   Q.    You don't know whether or not
22 it's harmful for asbestos to be placed in
23 continuous contact with the human body?
24   A.    Well, I know that inhalation of

Page 253

1  asbestos fibers can cause lung cancer, but
2  beyond that, I really don't have an opinion.
3    Q.    So if fear of being sued
4  prevented a company from putting out an
5  asbestos product that could be inhaled into
6  the body and that was the only thing that
7  kept that company from putting that product
8  out, do you believe that would be a bad
9  thing?
10   A.    I don't know. I don't have an
11 opinion about that.
12   Q.    If you go to the last bullet
13 point, "Recommendations to Group:  Clinical
14 Data," it says, "Do studies on ISD" -- which
15 I assume is intrinsic sphincter deficiency --
16 "smokers, obesity and safety."  Do you see
17 that?
18   A.    Yes.
19   Q.    So at this time in 2009, one of
20 the recommendations to Ethicon, that this
21 group that you participated in, was that
22 Ethicon needed more data on safety.
23   A.    What it says here is they --
24 the recommendation was to do studies on

Page 254

1  safety. I don't -- that's all I can say
2  about it.
3    Q.    One of the other
4  recommendations was that Ethicon get more
5  data on how the mesh could be used in people
6  who were obese or smoked.
7    A.    That's what it says here.
8    Q.    Does that indicate that at this
9  time there wasn't sufficient data on how the
10 mesh behaved in individuals who were obese or
11 smoked?
12   A.    I don't know. I would have to
13 look at what studies were available at that
14 time in 2008.
15       MR. FAES:  William, I could go
16 on, but I think I'm at about my
17 two-hour limit.
18       MR. GAGE:  Okay.  I guess I do
19 my follow-up?
20       MR. FAES:  Yeah.
21       MR. GAGE:  Let me take just a
22 little break.
23       (Recess Taken From 10:41 a.m.
24 To 10:53 a.m.)

30 (Pages 251 to 254)

Christina Pramudji, M.D.

Page 255

1        EXAMINATION
2   BY MR. GAGE:
3        Q.    Dr. Pramudji, my name is
4   William Gage, and I've got just a couple of
5   questions for you.  You were asked, I believe
6   yesterday, some questions about the Prosima
7   IFU.  Do you recall that?
8        A.    Yes.
9        Q.    And in particular, some of the
10  questions related to whether the IFU -- the
11  Prosima IFU referenced anything about
12  stage IV pelvic organ prolapse.  Do you
13  recall those questions?
14       A.    Yes.
15       Q.    Do you recall generally what
16  the question that was posed to you was?
17       A.    I think it was the indications
18  for the Prosima for what stage it's
19  indicated.
20       Q.    And were you asked whether the
21  Prosima IFU made any references with regard
22  to stage IV?
23       A.    I believe so.
24       Q.    And do you remember what your

Page 256

1   answer was?
2        A.    I did not think it made a
3   reference to that.
4        Q.    Okay.  I'm handing you the
5   Prosima IFU that today has been marked as
6   Exhibit 11, and I'm showing you the warnings
7   and precautions section of the IFU.  Do you
8   see that?
9        A.    Yes.
10       Q.    And the second bullet under
11  "Warnings and Precautions" says, "Use of the
12  Gynecare Prosima System has not been fully
13  evaluated in patients with Stage IV pelvic
14  organ prolapse.  Therefore its use in these
15  patients is not recommended."
16            Did I read that correctly?
17       A.    Yes.
18       Q.    What is the significance, if
19  any, of that statement to your answers
20  yesterday about stage IV and the Prosima IFU?
21       A.    Yes.  So the IFU indicates that
22  it is not recommended for stage IV prolapse.
23       Q.    And is that something you read
24  that had just -- yesterday when you were

Page 257

1   asked about it had forgotten?
2        A.    Yes, I had forgotten about
3   that.
4        Q.    Doctor, you were asked a number
5   of questions yesterday and perhaps some today
6   about certain opinions that you have where
7   you disagree with the FDA.  Do you recall
8   those questions?
9        A.    Yes.
10       Q.    Are you alone among pelvic
11  floor surgeons in disagreeing with the FDA on
12  certain issues related to pelvic organ
13  prolapse mesh?
14       A.    No.  As a matter of fact, there
15  is a network of dozens of pelvic surgeons who
16  have even issued statements disagreeing with
17  the FDA.
18       Q.    And at a high level, what are
19  those disagreements with regard to pelvic
20  organ prolapse mesh?
21       A.    The disagreements are that --
22  the statement that the complications are not
23  rare, because the literature and the personal
24  use indicates that the complications are

Page 258

1   rare.  And also that the benefits of mesh are
2   in question; whereas studies, particularly
3   for a cystocele repair, indicate that there
4   is a definite benefit in efficacy using mesh
5   implants.
6        Q.    You have been asked some
7   questions yesterday and today about whether
8   the mesh in Prosima, Prolift and Gynemesh PS
9   was cut with a machine or cut with a laser.
10  Do you recall those questions?
11       A.    Yes.
12       Q.    What is the clinical
13  significance, if any, as to whether the mesh
14  in those three devices is cut by a machine
15  with a blade or cut by a laser?
16       A.    There's really no clinical
17  impact one way or another as far as efficacy
18  or complications.  And particularly, as I
19  mentioned earlier, most surgeons are going to
20  trim the edges of the mesh to some degree or
21  another, usually quite extensively, and
22  therefore the edges effectively all become
23  scissor cut when they're implanted.
24       Q.    Doctor, how long have you been

31 (Pages 255 to 258)

Christina Pramudji, M.D.

Page 259

1  working with Ethicon on the pelvic organ
2  prolapse mesh litigation?  Do you recall when
3  you were first retained?
4       A.   I think it was three years ago,
5  if I remember correctly.
6       Q.   Is it fair to say that you've
7  reviewed a lot of materials going back to
8  that date?
9       A.   Yes.
10      Q.   And some of that would include
11  company documents?
12      A.   That's correct.
13      Q.   And would you have also
14  reviewed patient medical records?
15      A.   Yes.
16      Q.   You testified earlier that you
17  were unaware that the indications section of
18  the Gynemesh PS IFU had been changed
19  recently.  Do you recall that?
20      A.   Yes.
21      Q.   Is it possible that that was a
22  fact that you knew from your prior and
23  earlier work on the pelvic organ prolapse
24  litigation, but it is something that when you

Page 260

1  were asked that question you had forgotten?
2       A.   Yes, that's entirely possible,
3  with all the voluminous information I've
4  tried to absorb.
5       MR. GAGE:  That's all I have.
6       MR. FAES:  Just a couple of
7  questions, Doctor.
8       FURTHER EXAMINATION
9  BY MR. FAES:
10      Q.   With regard to the Prosima IFU,
11  you'd agree that in the indications-for-use
12  section, there's nothing in the IFU that says
13  that the Prosima should only be used for
14  grades II and III prolapse, correct?
15      A.   In that section, that is
16  correct.
17      Q.   You'd agree that there's
18  nothing in that section that informs
19  physicians that it shouldn't be used for a
20  grade IV prolapse, correct?
21      A.   That's correct.
22      Q.   In fact, there's no
23  contraindication in this section informing
24  physicians that it's not indicated for

Page 261

1  grade IV prolapse.
2       A.   That's correct.
3       Q.   You said that there are other
4  pelvic floor surgeons who disagree with the
5  FDA and that there are organizations of those
6  physicians.  What are those organizations?
7       A.   I think it's called the Pelvic
8  Floor Mesh Network.
9       Q.   Are you a member of that
10  organization?
11      A.   I signed on to the
12  communication.  It's not -- I don't know that
13  it's an organization per se, or if it was
14  just a consortium of surgeons that were all
15  of like mind as far as pelvic surgery.
16      Q.   Do you know how many surgeons
17  belong to that organization?
18      A.   Seems like there were dozens on
19  the e-mails.  But I don't know an exact
20  number.
21      Q.   You don't know a number --
22      A.   No.
23      Q.   -- as you sit here today?  So
24  it's possible that this is an organization of

Page 262

1  outlier physicians who disagree with the FDA
2  since you don't know the number of physicians
3  that belong to this group?
4       A.   No, these were mainstream
5  surgeons, prolific users that had a lot of
6  experience and had --
7       Q.   How do you know that there're
8  mainstream users who are other members of
9  this organization?
10      A.   Well, in particular I remember
11  Dr. Lucente, Dr. Supulveda.  That's all I can
12  remember off the top of my head.  But it was
13  people that I was familiar with that --
14  professors, people that had a lot of
15  experience with pelvic mesh that had seen how
16  it actually behaved in patients.
17      Q.   You know that Dr. Supulveda is
18  an expert in mesh litigation, correct?
19      A.   Yes.
20      Q.   You know that Dr. Lucente is an
21  expert in mesh litigation, correct?
22      A.   I didn't know about that.
23      Q.   You know that Dr. Lucente has
24  received over a million dollars from Ethicon

32 (Pages 259 to 262)

Christina Pramudji, M.D.

Page 263

1  for his consulting work related to mesh,
2  correct?
3      A.    I don't know about that.
4          MR. GAGE: Object to form.
5  BY MR. FAES:
6      Q.    If those -- if that's true,
7  that Dr. Lucente has received over a million
8  dollars, wouldn't that present a conflict for
9  him when he had a financial incentive to
10  support the continued use of mesh?
11      A.    No. I don't see that as a
12  major conflict.
13      Q.    You don't think a person who's
14  made over a million dollars off of mesh
15  consulting would have an incentive to have
16  the use of mesh continue?
17      A.    You know, I think it's fair for
18  physicians to be compensated for their time.
19  You want people that use it a lot to be your
20  consultant and to train other people and they
21  need to be compensated. So I don't know -- I
22  don't see how you can avoid that issue. I
23  don't -- and I can't speak to his motivation.
24          MR. FAES: I'm going to object

Page 264

1          and move to strike as nonresponsive.
2  I'm going to re-ask it because I don't
3  think you've answered my question.
4      A.    Sorry.
5  BY MR. FAES:
6      Q.    Do you think a person who's
7  made over a million dollars off of mesh
8  consulting would have an incentive to see the
9  use of mesh continue?
10      A.    I don't know.
11      Q.    Are there any other
12  organizations you're aware of that disagree
13  with the FDA's stance on pelvic mesh other
14  than the Pelvic Floor Mesh Network?
15      A.    Not that I can think of right
16  as I sit here.
17      Q.    You specifically said that one
18  of the things that the FDA said that this
19  organization disagrees with is that
20  complications associated with pelvic organ
21  prolapse mesh are not rare; is that correct?
22      A.    That's correct.
23      Q.    Do you consider an event that
24  occurs in one out of five people to be rare?

Page 265

1      A.    No, I would -- I would say -- I
2  would say that's not rare.
3      Q.    Would you say an event that --
4  an adverse event that occurs in one out of
5  five patients is common?
6      A.    I wouldn't say common.
7      Q.    But you would agree that it's
8  not rare?
9      A.    Yeah, I would not call that
10  rare.
11      Q.    You state that you know of --
12  you don't believe there's a clinical impact
13  between the use of laser cut or mechanically
14  cut mesh. Are you aware of any clinical
15  study that specifically looked at the safety
16  as a primary end point between laser cut and
17  mechanically cut surgical mesh?
18      A.    Not that I can think of right
19  now.
20      Q.    Do you believe that you at one
21  point knew that the indications for use for
22  the Gynemesh PS had changed in 2013 and just
23  forgot?
24      A.    Yes. I just forgot about that.

Page 266

1      Q.    Do you feel like that's an
2  important fact that you should know in
3  rendering an opinion about whether or not the
4  Gynemesh PS, Prolift and Prolene Soft is
5  defective?
6      A.    No, I don't think it matters
7  one way or another.
8          MR. FAES: That's all the
9  questions I have.
10          MR. GAGE: I don't have any
11  follow-up.
12          (Deposition Concluded At
13  11:06 a.m.)
14              --o0o--
15
16
17
18
19
20
21
22
23
24

33 (Pages 263 to 266)

Christina Pramudji, M.D.

## Page 267

```
 1              CERTIFICATE
 2       I, MICHEAL A. JOHNSON, Registered
         Diplomate Reporter, Certified Realtime
 3       Reporter, Certified Court Reporter and Notary
         Public, do hereby certify that prior to the
 4       commencement of the examination, CHRISTINA
         PRAMUDJI, M.D. was duly sworn by me to
 5       testify to the truth, the whole truth and
         nothing but the truth.
 6
         I DO FURTHER CERTIFY that the
 7       foregoing is a verbatim transcript of the
         testimony as taken stenographically by and
 8       before me at the time, place and on the date
         hereinbefore set forth, to the best of my
 9       ability.
10       I DO FURTHER CERTIFY that pursuant
         to FRCP Rule 30, signature of the witness was
11       not requested by the witness or other party
         before the conclusion of the deposition.
12
         I DO FURTHER CERTIFY that I am
13       neither a relative nor employee nor attorney
         nor counsel of any of the parties to this
14       action, and that I am neither a relative nor
         employee of such attorney or counsel, and
15       that I am not financially interested in the
         action.
16
         _____
18       MICHEAL A. JOHNSON, RDR, CRR
         NCRA Registered Diplomate Reporter
19       NCRA Certified Realtime Reporter
         Certified Court Reporter
20
         Notary Public in and for the
21       State of Texas
         My Commission Expires:  8/8/2016
22
         Dated: March 24, 2016
23
24
```

## Page 269

```
 1              ERRATA
 2    PAGE  LINE  CHANGE
 3    ____  ____  _____
 4       REASON: _____
 5    ____  ____  _____
 6       REASON: _____
 7    ____  ____  _____
 8       REASON: _____
 9    ____  ____  _____
10       REASON: _____
11    ____  ____  _____
12       REASON: _____
13    ____  ____  _____
14       REASON: _____
15    ____  ____  _____
16       REASON: _____
17    ____  ____  _____
18       REASON: _____
19    ____  ____  _____
20       REASON: _____
21    ____  ____  _____
22       REASON: _____
23    ____  ____  _____
24       REASON: _____
```

## Page 268

```
 1         INSTRUCTIONS TO WITNESS
 2
 3          Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the
 6    appropriate space on the errata sheet for any
 7    corrections that are made.
 8          After doing so, please sign the
 9    errata sheet and date it.
10          You are signing same subject to
11    the changes you have noted on the errata
12    sheet, which will be attached to your
13    deposition.
14          It is imperative that you return
15    the original errata sheet to the deposing
16    attorney within thirty (30) days of receipt
17    of the deposition transcript by you.  If you
18    fail to do so, the deposition transcript may
19    be deemed to be accurate and may be used in
20    court.
21
22
23
24
```

## Page 270

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4          I, CHRISTINA PRAMUDJI, M.D., do
      hereby certify that I have read the foregoing
 5    pages and that the same is a correct
      transcription of the answers given by me to
 6    the questions therein propounded, except for
      the corrections or changes in form or
 7    substance, if any, noted in the attached
      Errata Sheet.
 8
 9
10
11
12    _____
      CHRISTINA PRAMUDJI, M.D.          DATE
13
14
15    Subscribed and sworn to before me this
16    _____ day of _____, 20 _____.
17    My commission expires: _____
19    _____
20    Notary Public
21
22
23
24
```

34 (Pages 267 to 270)

Christina Pramudji, M.D.

Page 271

1          LAWYER'S NOTES
2
3     PAGE  LINE
4     ____  ____  _____
5     ____  ____  _____
6     ____  ____  _____
7     ____  ____  _____
8     ____  ____  _____
9     ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____

Golkow Technologies, Inc. - 1.877.370.DEPS

## A

**abdominal** 145:18 161:18 173:8
**abdominally** 219:1
**ability** 267:9
**able** 174:16 175:13 190:16 192:6
**absolutely** 154:22 236:7
**absorb** 260:4
**access** 216:3,10,22
**accompanied** 197:20
**accurate** 208:14 268:19
**acknowledgment** 143:13 270:1
**acog** 206:16
**action** 267:14,15
**actions** 209:13
**acute** 160:5 161:17
**add** 157:23 164:11
**added** 156:22 162:16 163:5 167:8,15 218:3
**addition** 144:8
**address** 251:7
**adequate** 150:5 151:6,20
**admitted** 149:23
**admitting** 151:11
**adopted** 192:23
**advantages** 189:8 222:9
**adverse** 155:11,16 156:3 157:18 158:10,14,24 161:22 162:15 164:12 166:19 167:2,8,15,21 168:9 198:10 216:19 218:3 265:4
**advertising** 208:8
**afaes** 141:3
**affect** 169:7 173:16

**affirmative** 152:4
**ago** 146:1,4 147:1 170:13 259:4
**agree** 147:23 150:4 151:19 157:11 158:6 177:23 178:4,8,13 180:5 180:22 181:3 183:9 197:4,17 202:22 203:10 205:24 206:9 207:9,12,18 208:4 208:16,20 209:11 209:19 210:1,10 211:15 212:16 213:2,14 215:7,15 216:4 223:24 224:9,12,14,15,19 224:23 225:6,9 226:1,6 227:3,7 227:23 228:5,15 228:19 229:13,21 230:14 232:23 241:19 245:24 251:9,15,21 252:12,17 260:11 260:17 265:7
**agreed** 171:16,18 198:18 208:2 218:23 219:10
**al** 144:14
**allen** 141:8
**allow** 244:15
**allowed** 173:5 215:2
**allowing** 172:18 218:22 219:8
**alternative** 209:21 210:3,11 222:3
**america** 167:7,14
**amid** 191:19,22 192:9,17 193:8,15 193:20
**amount** 182:24 183:10 201:16 242:1

**amsden** 139:11 141:10
**analysis** 186:24 187:5,16,20 188:1 239:5,14,16 240:2 240:23
**andrew** 141:2
**anhalts** 239:22
**answer** 148:12 149:6,11,14 153:6 153:9,15 157:3,4 157:7,9,10 158:2 174:21 177:4 179:14 193:2 194:15 196:22 199:22 204:13 206:4,8 210:7 222:7 223:18 225:4,14 230:12 230:13 235:3,6 256:1
**answered** 146:22 156:21 197:2 241:5,21 264:3
**answers** 256:19 270:5
**anticipated** 146:15
**anymore** 171:19 210:6
**anyway** 182:3 191:1 221:3,14 222:6 232:19
**apical** 169:21
**apparently** 170:1
**appear** 250:11
**appearances** 143:4
**appears** 250:13
**applications** 188:1
**applies** 186:21 192:17 196:17
**apply** 176:4
**approach** 169:24
**approaches** 209:21 209:21 210:3,12
**appropriate** 150:6 151:7,20 207:8

228:22 229:1 268:6
**approximately** 146:23 241:14 242:23
**area** 146:19 161:19 184:6,13 224:7
**arrived** 237:23
**article** 202:9
**articles** 180:1,6,8 182:8,10,14 196:15
**asbestos** 251:21 252:1,3,6,10,12 252:17,22 253:1,5
**aside** 178:16
**asked** 174:22 176:11 184:10 188:18 209:22 210:15 223:3 241:20 255:5,20 257:1,4 258:6 260:1
**asking** 206:20 224:5
**assess** 180:23
**assessing** 233:24
**associated** 264:20
**assume** 170:22 172:12 241:17 253:15
**assuming** 172:6,11 202:23
**assumption** 194:22
**attached** 268:12 270:7
**attachment** 144:15
**attention** 220:17
**attorney** 208:7 267:13,14 268:16
**attorneys** 168:21
**augmentation** 153:4,5,12,19,23
**augs** 206:17
**author** 200:7
**available** 179:17

180:9 207:8 210:6 210:9 254:13
**avenue** 141:3,13
**avoid** 263:22
**aware** 149:21 150:1 151:10 165:14,20 167:21 170:3,6,18 172:1 177:21 201:5 204:18 213:24 214:17 230:20 231:2 264:12 265:14

## B

**back** 145:7,14 147:10,20 150:10 150:12,24 164:20 172:19 179:6 191:6 226:15 237:13 239:21 240:1 250:23 259:7
**backtrack** 217:20
**bad** 174:23 176:11 209:22 253:8
**banks** 138:18
**barbara** 138:8
**bard** 230:10
**barker** 139:1
**based** 174:17,17 176:7,7 178:14 184:23,24 185:2 195:5 200:23 208:23,24 209:2,7 209:8 211:5,14
**basis** 186:13
**bearing** 209:17
**beginning** 140:8 150:15 163:6 164:2,9
**behaved** 229:4 254:10 262:16
**behaves** 189:12
**behavior** 189:2
**believe** 149:2 154:18,19 164:15

164:24 167:6,13
169:11,13,17
171:12 181:16,17
185:20 189:15
190:6,11 192:15
193:23 196:14
199:5 202:4,9
203:18,19,23,24
204:23 205:11
207:22 211:1,12
214:23 220:13
222:1 228:21
231:6,7,12 233:8
233:13,15 234:11
235:13 236:4
238:20 245:16
248:21 249:11,18
253:8 255:5,23
265:12,20
**believed** 164:17
165:2 194:6
201:16 244:20
250:16
**belong** 261:17
262:3
**beneficial** 209:5
**benefit** 153:12,18
153:22 154:11
258:4
**benefits** 244:21
258:1
**best** 182:15 242:19
267:8
**better** 176:12
203:16,16 223:22
224:6 229:15,23
230:12,16 244:16
**beyond** 185:19
253:2
**bias** 201:9,13,14
206:3,5,7,10,14
**big** 179:11 223:6
**biological** 154:4
**biomedical** 186:15
186:16,17,20
**bit** 174:24 176:12

182:20 196:19
217:21 235:3
249:8
**bladder** 161:12
**blade** 258:15
**bleeding** 159:4
**blue** 247:24
**blynn** 138:23
**body** 148:21 160:17
162:7 183:3,6,6,7
183:11 189:8
190:22 191:17
252:23 253:6
**boggs** 139:5
**bowel** 161:12
**box** 216:2 219:23
220:1
**break** 145:8 190:24
191:7,10 226:16
241:24 254:22
**breaking** 187:8,10
**brenda** 138:11
**bridges** 139:7
**bridging** 169:21
**broke** 145:11
**bullet** 248:10 250:1
253:12 256:10
**butler** 142:2
**butlersnow** 142:3

————————
**C**
**c** 141:1,6 142:1
**calculated** 237:2,11
240:14
**call** 146:12 265:9
**called** 209:9 230:9
243:10 261:7
**callout** 219:24
**cancer** 252:7 253:1
**cant** 149:15 151:8
155:20 157:10
158:2 180:23
181:6 187:9
204:24 214:3,9
215:8 220:20
222:7 237:11

239:15,17,19
240:5 247:1,10
249:23 263:23
**career** 145:22
**careful** 158:17
**carefully** 268:4
**carey** 139:8 199:6,7
199:10 200:21
201:7 205:18
**careys** 201:17
**carol** 139:23
**carpenter** 138:12
141:20 241:15
242:6
**cartmell** 141:2
**case** 138:7,8,10,11
138:13,14,16,17
138:19,20,22,23
139:1,3,4,6,7,9,10
139:12,13,15,16
139:18,19,21,22
139:24 146:1
154:21 169:18
173:14 180:14
181:1,6 185:24
201:24 236:11
237:7 241:15
242:6,9,14,16
**cases** 138:6 147:6
203:24 238:2
241:13,22 242:21
242:21,24 243:3
**casespecific** 241:9
242:21
**cathy** 139:10
**cause** 204:2,2
212:22 213:23
217:5,14 224:10
224:13,16,20,24
225:7,10,17,21
233:19 234:10
235:13 236:3
253:1
**causes** 224:21
252:6,8
**causing** 213:12

**cells** 190:15
**cerda** 141:6,7
**certain** 148:21
152:11,11 177:16
257:6,12
**certainly** 175:11
242:2
**certainty** 231:22
**certificate** 143:11
267:1
**certified** 140:11
267:2,3,19,19
**certify** 267:3,6,10
267:12 270:4
**change** 165:15
166:12 170:4,6
173:20,22 174:11
174:12 180:14,19
181:5 208:4
218:24 269:2
**changed** 170:13,21
170:24 172:10,16
218:14 219:19
220:3,19 250:15
259:18 265:22
**changes** 268:11
270:6
**charged** 243:3
**charlene** 139:20
**charleston** 138:2
**chaves** 144:14
**choice** 246:1
**chosen** 163:18,24
**christina** 138:9
140:5 143:1,6
144:1,7 145:2
267:4 270:4,12
**chronic** 160:5
161:17
**cite** 179:23 182:8
182:10 204:24
**cited** 202:9
**city** 140:7 141:4
**claim** 149:24
150:19,20
**claims** 148:6,15,18

149:3,11 211:5,11
211:13,14
**class** 209:15
**classification**
191:19
**clear** 204:4
**clinical** 148:18
150:3,21 152:6
180:12 195:6
196:18 200:12
203:12,15 204:18
229:13,21 230:15
232:18 234:5
253:13 258:12,16
265:12,14
**clinically** 190:4
203:11 227:23
228:6
**closely** 165:18
172:17
**coffee** 158:17
**cole** 139:8
**collagen** 192:7
**colony** 142:3
**column** 246:19
**com** 140:22 141:3,7
141:12,18 142:3
**come** 146:12 149:8
164:6 192:6
238:15 239:9
**comfort** 229:15,23
230:16
**comfortable** 174:1
175:13 176:3
181:12
**commencement**
267:4
**comment** 212:14
**comments** 144:16
**commission** 267:21
270:17
**committee** 206:15
207:1,5
**common** 265:5,6
**communicate**
168:17 169:4

248:11
communication
  261:12
company 168:17
  169:4 221:3,13
  222:5 223:3,5
  253:4,7 259:11
companys 220:24
  221:10,24 222:14
comparing 232:11
compensated
  263:18,21
complete 171:11
completion 213:4
compliance 244:15
compliant 226:4
  227:21
complicated 242:18
complication 217:2
  217:4,11,13 237:5
complications
  155:3 213:6,18
  214:21 224:2
  234:11 236:4,20
  237:8 240:3
  257:22,24 258:18
  264:20
comprehensive
  180:8 241:4
conceive 175:11
concept 211:21
  212:5,17 213:3
concern 250:23
concerned 234:8
  235:9,20,24
concluded 266:12
conclusion 267:11
condition 173:4
conference 249:6
confident 185:1
configured 186:6
conflict 263:8,12
conjecture 187:14
conjunction 236:24
connection 211:22
  212:6

consensus 220:23
  221:9 222:11,13
consider 173:13
  227:16,19 264:23
considered 205:9
  227:8,12 250:17
considering 152:21
considers 168:20
consortium 261:14
consult 239:1
consultant 263:20
consultants 194:6
  230:21
consulting 186:13
  263:1,15 264:8
contact 252:23
contain 151:14
  166:4,18 167:2
contained 166:19
  167:3
contains 219:24
continue 173:21
  175:12 263:16
  264:9
continued 263:10
continuous 252:23
contract 198:23
contracting 199:2
contraction 161:6,9
  197:21 198:1,3,4
  198:7,8,14 202:5
  203:20 204:1,22
contracts 198:19
contracture 223:12
  223:16 224:1,7,10
  224:13,16,20,24
  225:7,10,17,21
contraindication
  260:23
contrary 151:12
  178:11
control 251:6
conversations
  249:5
copy 178:18,23
  179:8 182:3

206:20
corporations
  221:19
correct 146:20
  147:18,19 148:14
  149:19 152:10
  158:5 162:6
  165:12,15,16,24
  166:1 171:11,12
  171:19 178:3
  181:8 183:21
  184:1,15,18
  186:14 188:19
  192:10,11,14
  194:11 202:6,7
  208:15,22 211:17
  211:18 212:13
  213:6 214:12,13
  216:3,11,23
  220:14 225:18,19
  226:22 227:6,22
  230:19 232:3
  233:21,22 237:18
  237:22 239:22
  240:11,12,16
  243:5,7,8,11,22
  243:23 245:3,15
  245:21 250:4,5,18
  251:1 259:12
  260:14,16,20,21
  261:2 262:18,21
  263:2 264:21,22
  270:5
corrections 268:4,7
  270:6
correctly 191:22
  256:16 259:5
correspondence
  201:23
cosson 205:3,9,12
  205:16,20 206:1,9
cough 213:20
couldnt 212:14
couldve 163:18
  247:7
counsel 141:5,10

141:15,20 142:5
  241:20 267:13,14
country 211:2
  251:22
couple 146:5,24
  242:22 255:4
  260:6
course 201:13
court 138:1 150:9
  155:22 157:6,14
  179:7 267:3,19
  268:20
created 208:9
creating 197:18
crr 267:18
current 207:13,17
  207:20 210:19
currently 178:12
cut 223:16 231:5,6
  231:8,11,13,15,24
  232:1,7,7,11,12
  232:20,21,24
  233:3,10 234:10
  234:17,18,22
  235:10,21 236:1
  258:9,9,14,15,23
  265:13,14,16,17
cutting 231:18,23
  233:16
cystocele 258:3

D

d 138:9 140:6 143:1
  143:6 144:1 145:2
  267:4 270:4,12
dallas 141:9 239:21
  239:24
damage 160:11
  251:6
daphne 139:1
data 148:8,17,22,22
  149:4,13,24
  150:19 180:13,23
  181:5 182:15,16
  201:18 204:19
  205:2 222:21

253:14,22 254:5,9
date 140:9 259:8
  267:8 268:9
  270:12
dated 163:8 246:15
  247:19 267:22
dave 144:16
day 164:3 270:16
days 242:23 268:16
de 141:6,7
dear 218:1
decide 176:18
decides 172:2
deciding 175:23
  176:16 177:2
decision 177:15
decreases 244:7
deemed 169:2
  268:19
defect 211:5,7
defective 266:5
defendants 142:5
deficiency 253:15
definite 258:4
definitely 167:21
  189:10
definition 187:9
deform 190:2,8,11
  190:11
deformed 196:22
  197:7
deforming 196:20
deforms 196:13
degree 177:16
  186:21 206:6
  208:18 231:22
  258:20
degrees 230:23
dehiscence 160:8
deliberately 182:10
  182:13
delicate 233:20
denominator 238:7
dense 244:5
depending 148:1
depends 148:10,13

Christina Pramudji, M.D.

148:14,20,23
149:15 151:3
153:2 168:19
169:6,7 181:2
221:17,21 222:8
242:17
**depo** 178:19
**deponent** 143:13
270:1
**deposing** 268:15
**deposition** 138:8
140:5 144:1
151:11 155:24
162:19,23 179:19
181:22 182:2
210:17 243:6,12
243:16 246:7,11
247:13,14 266:12
267:11 268:3,13
268:17,18
**depositions** 241:9
**deps** 140:22
**description** 144:4
**design** 183:23
184:3,16,19,23
185:2,6,14,15,19
186:2,4,12,23
187:4,11 244:14
**designed** 186:8
197:23
**designing** 223:22
**desirable** 203:22
**detail** 172:4,23
180:4
**details** 171:21,23
222:8
**determine** 168:4,7
**developed** 192:13
193:21 228:16
229:7
**development** 184:9
186:9
**device** 148:7,16
149:13 153:7,10
158:14 159:3
163:11 164:2

165:10 168:10,15
168:17,18 169:1,4
169:5 170:13,24
171:10 172:14
174:7,16 175:3,4
175:8,9,23,24
176:16,17,19,20
177:1,3,15,17
182:22 183:23
184:3 186:12
188:6,12,14,22
197:5 199:4,11
200:2 201:9 204:3
205:22 209:15
211:16 212:5
214:1,2,11,16
216:8,10,20,21
219:19,24 220:18
221:1,3,10,12,14
222:2,6,12,14,16
222:17 223:5
244:21,24 245:2
245:12,15,23
246:1,23 247:5
252:13,15,18
**devices** 150:7
151:14 159:5,9,13
159:17,22 160:2
163:12 171:18
172:2,9,16,18
184:7,9,11 185:19
185:20 187:22
196:2,9 210:20
220:24 248:24
249:14,21 250:17
258:14
**didnt** 165:5 170:9
170:10 179:10
180:13 182:13
188:18 204:14
230:21 240:16
262:22
**die** 176:6
**difference** 232:6,18
**different** 145:15
182:7 184:11,15

213:1 229:20
235:4 240:8 249:8
**differently** 174:24
**difficult** 149:6
**dimock** 139:23
**diplomate** 140:10
267:2,18
**directions** 189:17
190:20 191:15
194:9,17
**directors** 228:21
**disadvantages**
189:9
**disagree** 181:10
194:10,19,20
207:9 209:1
224:11 225:16,23
228:22 229:2
232:14 234:2,4
235:16 257:7
261:4 262:1
264:12
**disagreed** 208:13
**disagreeing** 257:11
257:16
**disagreements**
257:19,21
**disagrees** 264:19
**discomfort** 225:10
**discusses** 247:24
**discussing** 145:12
**discussion** 179:1
**dispute** 198:2,3,6
**district** 138:1,1,5
**divided** 238:3
**division** 138:2
**doctor** 145:11
147:21 154:17
158:23 178:17
179:3 181:24
182:20 183:21
184:1 185:22
191:6 213:15
218:1 236:9
238:22 240:7,8
243:14,19 246:9

247:18 257:4
258:24 260:7
**doctors** 155:2
166:17,24 197:12
211:20 212:4,12
217:7,16 222:17
223:2,8 234:7,12
235:8 240:15,20
**document** 138:5
169:19 243:17
246:5,14,21
247:12 250:22
**documentation**
238:13 242:13
**documents** 201:23
259:11
**doesnt** 154:9
157:23 183:14
189:23 194:12
215:22 234:22
**doing** 172:3 234:15
240:1 241:17
268:8
**dollars** 262:24
263:8,14 264:7
**donna** 139:11
**dont** 146:3 147:2
149:5,8 150:10
156:18 158:18
162:8,13,18
163:15 164:13
165:4 167:17
171:3,5,20,22
172:4,22 173:10
173:15 176:5,6,18
177:4,5,6,11,14
179:16 183:22
184:2 187:1,8
188:19 189:20
190:14,18 191:13
192:22 193:10,18
193:23 194:3
196:18 197:15
199:8,12,13,15
200:4,16 201:19
202:1,4,19,21

205:19,23 206:19
206:19,22 210:24
211:24 212:8,11
212:22 215:6,20
217:18 218:6,10
219:3,6,13,20
220:10,12,15
223:1,6,8,23
224:8,21 227:18
228:19 229:11
232:17 233:8,13
233:15 236:23
237:2 238:8,20
241:21 242:7,10
242:11 245:6
247:6,8 248:20
249:5 251:8,19,24
252:2,5,9,14,19
252:19,21 253:2
253:10,10 254:1
254:12 261:12,19
261:21 262:2
263:3,11,13,21,22
263:23 264:2,10
265:12 266:6,10
**doubt** 180:19
**dozens** 257:15
261:18
**dr** 145:7 192:17
199:5,7,10 200:21
201:7,17 205:3,9
205:12,16,18,20
206:1,9 226:15
239:22 255:3
262:11,11,17,20
262:23 263:7
**drawn** 220:17
**drive** 141:19
**due** 229:24 230:17
**duly** 145:3 267:4
**duration** 183:2
**durham** 138:21

**E**
**e** 141:1,1 142:1,1
**earlier** 258:19

259:16,23
**early** 193:15
**ease** 248:22 249:12
249:20
**eases** 248:12
**easily** 244:10
**edge** 232:20 233:9
233:16,18
**edges** 232:19 233:2
233:5 234:9,17
235:9,11 258:20
258:22
**education** 214:11
214:15,19 215:4,9
215:17 216:7
248:10
**educations** 216:18
**edwards** 141:6
**edwardsdelacerda**
141:7
**effect** 183:1 232:1
**effective** 205:6
209:4 222:3
**effectively** 258:22
**effects** 148:18
187:16,20 188:1
**efficacy** 174:11
258:4,17
**eight** 146:3
**either** 172:5 219:24
234:20
**elasticity** 244:12
**elizabeth** 138:23
**email** 144:10,14
178:21 243:19
247:19
**emails** 261:19
**employee** 267:13
267:14
**ended** 212:18 213:4
**endings** 204:7
**ends** 232:20
**engineer** 186:15,16
186:18
**engineering** 186:20
**engineers** 193:7,14

194:6 223:21
233:24
**ensure** 215:8,20
244:13
**ensured** 216:9,20
**ensures** 216:2
**ensuring** 215:16
**entirely** 260:2
**environment**
207:13,17,21
208:9,21 209:10
210:20 250:15
**erosion** 155:6,13
157:19 158:11
212:22,23 225:7
225:18,22 233:19
234:11 237:5
**erosions** 212:20
237:8
**errata** 143:12
268:6,9,11,15
269:1 270:7
**esquire** 141:2,7,12
141:17 142:2
**essman** 138:6
**estimate** 241:12
242:12,19,20
**et** 144:14
**ethicon** 138:3
144:12 147:21,22
148:6,8,15 149:3
149:11,13,23
151:10 152:2
156:7,7 157:17
163:7,11,18,24
164:11,16,16,24
165:1 166:2,6,16
166:24 171:9,17
171:18 172:1
173:3 193:4,7,14
193:23 194:5
197:12 200:7
201:16,23 211:19
212:3 215:2,8,16
216:2,5,14,16
217:2,6,10,15,24

218:12 219:9,16
219:22 224:5
225:21 228:16
229:7 230:20
232:5,10 233:23
234:7 235:8
243:20 244:20
248:19 250:3
251:5 253:20,22
254:4 259:1
262:24
**ethicons** 223:21
228:20 229:6
250:11
**eugenia** 139:4
**evaluate** 184:11
**evaluated** 256:13
**evaluating** 185:1
**event** 198:10
264:23 265:3,4
**events** 162:15
164:12
**eventually** 182:2
**ewhu** 250:2
**exact** 261:19
**exactly** 189:21
**examination** 143:6
145:5 255:1 260:8
267:4
**examined** 165:18
**example** 230:8
**examples** 151:9
**excessive** 161:6,9
198:8,14 219:4
**exciting** 178:22
**exclude** 240:14
**exhibit** 144:5,6,7
144:10,11,14,16
155:21,24 162:19
162:22 181:22
182:5 243:12,15
246:7,10 247:13
247:14,18 256:6
**exhibits** 144:1
155:22 247:17
**expect** 166:9

183:15 184:16,19
185:5
**expected** 190:3
**experience** 146:19
181:13 193:24
209:8 262:6,15
**experienced** 237:9
**expert** 156:7
157:17 164:15,24
170:11 182:4
183:22 184:2,6
186:20 220:24
221:10 262:18,21
**expertise** 184:13
188:9,20 189:5
**experts** 221:24
222:14 223:4,5
**expires** 267:21
270:17
**explanation** 157:2
157:8,9
**explanttype** 241:3
**exposure** 155:6,14
156:14 157:19
158:11 237:20
241:3
**extensively** 258:21
**extent** 185:4
**extra** 156:17 158:3
**extrusion** 237:5,8
237:20
**exuberant** 204:6
213:22

---

**F**

**f** 138:18
**fact** 148:4 173:13
175:15 201:6
205:24 226:20,24
245:19 257:14
259:22 260:22
266:2
**factors** 222:10
**faes** 141:2 143:7,9
145:6 149:20
150:9,17 151:4,24

152:14 153:14,16
154:6,15 156:1
157:11,15 158:19
158:22 162:20,24
163:3,16 164:22
165:6 167:23
168:2 170:5,19
171:7,14 173:1,11
174:4,19 175:1
176:9,13 177:9,12
178:22 179:2,13
179:18,20 180:21
181:15,23 182:18
183:17,20 185:3
185:12 189:4
190:23 191:5
193:1,3,12,19
194:4 195:8
197:16 198:5,17
199:21,23 200:5
201:21 203:9
204:12,17 207:19
210:8 212:2,10
215:14 217:19
219:5,14 220:8
221:8,23 223:10
223:17,19 225:3,5
225:13,15 226:10
226:14 228:14
229:12,18 230:6
231:3 232:22
233:7 234:6,24
235:18 236:8
238:21 239:4
241:23 242:4
243:13,18 245:8
246:8 247:15,22
248:16 254:15,20
260:6,9 263:5,24
264:5 266:8
**fail** 268:18
**failed** 209:6
**failure** 150:5 151:6
151:19 152:2
186:24 187:4,11
187:16,20 188:1

211:6,8 213:9
**fair** 147:15 187:3
  201:16 239:20
  259:6 263:17
**familiar** 166:10
  167:19,20 185:1
  187:1,17 202:8
  206:15,21 262:13
**far** 182:15 184:6,10
  184:12 185:10
  258:17 261:15
**fascias** 192:4
**fatton** 202:9,12
**fault** 174:22
**favorable** 182:11
  182:16
**fax** 140:21
**fda** 169:2 171:8,15
  172:3,10,17,22
  173:3 193:22
  209:13 218:22
  219:8 249:3 257:7
  257:11,17 261:5
  262:1 264:18
**fdas** 264:13
**fear** 251:10,16
  253:3
**fears** 234:12 235:14
  236:5 248:12,22
  249:13,20 250:22
**february** 163:8
  246:15
**federal** 215:1
**feel** 155:18 175:12
  181:11 184:23,24
  189:1,12 210:15
  266:1
**felt** 164:11 251:5,6
**fibers** 190:17 233:6
  253:1
**fibrosis** 197:19,23
**file** 138:3
**filed** 210:22 211:2
  211:11
**financial** 263:9
**financially** 267:15

**find** 146:7,10
**findings** 232:14
  238:14
**fine** 157:22 192:2
  194:14
**firm** 141:17 181:14
**first** 145:3 157:4
  163:12 164:3
  165:10 176:2
  188:15 207:16
  220:12 246:19
  259:3
**firstline** 250:18
**five** 264:24 265:5
**fixation** 204:9,10
  204:16
**flat** 231:15 233:2
**floor** 185:11,15
  192:24 195:15
  257:11 261:4,8
  264:14
**floppy** 233:6
  234:23
**folding** 244:11
**followed** 157:7,8
**following** 138:6
  152:19
**follows** 145:4
  213:15
**followup** 197:1
  239:6 247:20
  254:19 266:11
**foregoing** 267:7
  270:4
**foreign** 160:17
  183:2,5,6,7,11
**forget** 145:15
**forgot** 265:23,24
**forgotten** 257:1,2
  260:1
**form** 149:18 150:13
  151:1 152:8 154:1
  154:12 158:15
  163:14 164:19
  165:3 171:2,13
  172:20 173:9,23

180:15 181:9
  182:12 184:21
  185:8 188:23
  192:5,21 193:9,17
  194:2 195:3
  197:14,22 198:12
  200:3 201:20
  203:2 207:11
  210:4 211:23
  212:7 215:11
  217:17 219:2,12
  220:5 221:5,16
  223:7 228:11
  229:10,17 230:3
  231:1 232:15
  233:4 234:3,14
  235:15 236:6
  245:4 248:14
  263:4 270:6
**formation** 230:1,18
  244:7
**forming** 173:13
  180:24 194:21
  195:4
**forth** 267:8
**found** 175:15
  232:12 234:1
  236:18
**fourth** 247:23
  248:10
**fox** 138:20
**frame** 239:8
**france** 205:14
**frankly** 156:13
**frcp** 267:10
**free** 155:18
**french** 204:19
**frequency** 159:20
**front** 155:19 163:7
**fully** 213:15 256:12
**function** 160:21
  176:6,7 228:3,10
**funny** 156:9
**further** 260:8 267:6
  267:10,12
**future** 228:15

229:7
**fyi** 178:19

**G**

**gage** 142:2,3 143:8
  149:18 150:13
  151:1,22 152:8
  154:1,12 157:5,13
  158:15 163:2,14
  164:19 165:3
  170:15 171:2,13
  172:20 173:9,23
  178:19 179:9
  180:15 181:9
  182:12 184:21
  185:8 188:23
  192:21 193:9,17
  194:2 195:3
  197:14,22 198:12
  200:3 201:20
  203:2 207:11
  210:4 211:23
  212:7 215:11
  217:17 219:2,12
  220:5 221:5,16
  223:7 228:11
  229:10,17 230:3
  231:1 232:15
  233:4 234:3,14
  235:15 236:6
  239:1 241:16
  242:3 245:4
  248:14 254:18,21
  255:2,4 260:5
  263:4 266:10
**gather** 148:22
**gears** 182:19
**general** 146:12
  147:9 183:10
  185:10,11,14,16
  186:3,5 229:14,22
**generally** 220:11
  227:20 251:22
  255:15
**gessner** 140:8
**getting** 147:20

**give** 151:9 179:8
  187:9 206:4
**given** 207:13 228:1
  228:7 230:23
  270:5
**go** 148:23 184:22
  185:10,19 191:1
  226:10 237:13
  239:21 241:10
  244:1 253:12
  254:15
**goal** 228:22 229:6
  249:19
**goes** 184:12 197:18
**going** 146:4 147:10
  153:14 156:20,24
  157:1 158:19,23
  159:1 162:21
  166:12 167:23
  169:7 173:21
  174:19 176:9
  177:9 178:17
  179:3,4 181:20
  182:1,1,3,19
  183:7,17 190:2,8
  190:10,16 196:19
  201:8,13,17
  203:15 204:5,12
  209:23 223:15
  229:19 234:19
  235:1 236:9
  238:23 241:9
  242:21 243:14,24
  246:9 247:16
  249:8 250:23
  258:19 259:7
  263:24 264:2
**golkow** 140:21,22
**good** 166:11 174:1
  174:10 190:5,13
  203:7,15 229:4
  251:12,18,19
**goodwin** 138:4
**google** 250:2,10,12
**grade** 260:20 261:1
**grades** 260:14

graft 154:4
grand 141:3
great 194:14
    199:18 207:14
greater 183:11
    189:16 191:20
groin 161:18
group 204:20 205:4
    247:24 248:2,6,9
    253:13,21 262:3
guess 174:14
    188:11 254:18
guidance 192:13
    215:1
guide 177:14,17
guideline 195:11,17
gynecare 144:5,6
    256:12
gynemesh 144:6
    147:16 151:14,15
    151:21 153:10
    159:2 162:5,11
    163:6,11 164:1
    165:24 166:3,4,7
    167:9,16 168:10
    169:11 170:11,17
    170:21 173:4,7,18
    177:24 178:5,9
    180:10 182:8,22
    187:6,21 188:5,12
    188:13 196:1,8
    198:7,11 205:5
    214:6,6,16 217:21
    219:9,18,23
    223:13 224:7
    226:19 228:18
    229:1,9 231:15
    232:24 233:9,17
    234:1,9 235:10,21
    236:1,12 258:8
    259:18 265:22
    266:4

H

hagans 139:2
half 232:18 245:19

hand 162:21
    243:14 246:9
    247:16
handicapped
    179:16
handing 256:4
hands 184:23
    185:20
hang 157:5
happened 222:23
happens 196:16
harm 217:5,13
harmful 252:22
hate 241:7
havent 168:11
    170:16 180:17
    209:6
hazardous 252:7
head 202:14 262:12
heal 189:24 190:4
    204:6 213:21
healing 183:16
    234:21 244:9
health 144:12
    209:16 250:3
    251:7 252:7
heather 139:13
held 140:7 184:8
help 244:10
helpful 158:13
    166:24 174:15
hematoma 159:8
hemorrhage 159:8
hereinbefore 267:8
herman 141:11,11
hernia 145:16,18
    145:21,24 146:11
    146:11 192:13
    193:21,24 226:21
hernias 146:9,17
    146:24 147:5
hes 199:15,24
    201:13
hey 218:2,14 220:2
    220:17
hhklawfirm 141:12

high 207:3,15
    209:6 236:19
    242:17 257:18
highland 142:3
highrisk 207:6
    209:15
hilaire 144:13
hill 138:8
hold 171:17 183:22
    184:2 186:19
    188:8,20
honestly 247:1
hot 158:18
hour 243:4,7
hours 241:12,14
    242:5,8,13,16,24
houston 140:7,8
    141:19 239:24
human 252:7,23
hypothetical 149:7
    149:7

I

ideally 226:5
ifu 144:5,6 145:13
    147:20,22 149:22
    150:3 151:13
    154:24 155:11,15
    155:19 156:8
    157:18 162:5,11
    163:6,19 164:8,12
    164:17 165:1,9,14
    165:15,18,19
    166:7,17,20 167:1
    167:3,9,16,18
    168:1 169:16
    170:7,8 173:19
    176:2,6,7 177:6,8
    177:14 178:12,14
    198:7 214:20
    215:3,8,16,21
    216:1,3,7,18
    217:1,9,21,22
    218:2,4,4 219:11
    220:11 255:7,10
    255:11,21 256:5,7

256:20,21 259:18
    260:10,12
ifus 164:1 172:17
ii 260:14
iii 209:15 260:14
ill 157:11 163:4,22
    164:23 167:12
    174:23 176:11
    188:11,17 191:12
    193:1 196:4
    206:24 207:4
    224:19 239:1
    245:11
im 150:1 153:14
    154:16 156:20,24
    157:1 158:19,23
    159:1 162:21
    163:15 165:20
    167:23 168:22
    174:19,20 176:9
    177:9,21 178:15
    178:17 179:3,4
    181:20 182:1,3,19
    183:17 186:16,17
    187:1,17,23 188:3
    188:7 195:4,13
    201:5 204:12
    206:20 209:23
    210:6 214:17
    216:12 220:21
    229:19 231:2
    234:15 235:1
    243:14,24 246:9
    247:16 249:8,16
    254:16 256:4,6
    263:24 264:2
imagine 152:11
    172:21
impact 203:12,15
    227:24 228:6
    258:17 265:12
impair 160:20
    228:3,9
imperative 268:14
implant 155:6
    169:8

implanted 258:23
implanter 240:22
implanting 165:10
    234:16
implants 216:10,21
    240:24 258:5
important 165:19
    166:18 167:2
    168:13,20,20
    169:2 173:13
    174:3 176:5
    189:15 222:20
    248:22 249:12,19
    266:2
impossible 181:19
improve 244:15
incentive 263:9,15
    264:8
incidental 147:6
include 163:18,24
    259:10
included 162:4
    240:19
including 161:12
    161:17
incontinence
    159:12,16 192:19
incorporate 189:24
    192:7 197:24
incorporated
    189:18 190:22
    191:17 199:1
incorporation
    190:5,13 244:16
incorrect 188:24
increase 212:19
    213:5,8 228:2,8
increased 227:24
    228:7 244:12
indepth 189:13
index 143:1
indicate 246:21
    254:8 258:3
indicated 169:12
    169:21 173:7
    207:23 218:16

255:19 260:24
**indicates** 256:21
257:24
**indicating** 201:24
**indication** 170:2
171:5 173:6
174:12 218:24
219:1,11,23
**indicationforuse**
173:20,22
**indications** 168:14
168:24 169:15
170:12,20,23
172:15 175:22
176:15 177:1,14
178:11 218:14
219:18 220:2,18
255:17 259:17
265:21
**indicationsforuse**
260:11
**individual** 241:18
241:22
**individuals** 207:7
211:10 254:10
**inflammatory**
183:3,12 244:8
**inform** 166:16,24
**information** 152:3
155:1 156:8,17
158:3,7,10 214:21
215:3 216:6,11,15
216:17,22 222:18
223:2 240:10
260:3
**informed** 166:7
**informing** 218:13
219:17 220:1
260:23
**informs** 260:18
**inguinal** 146:11
**inhalation** 252:24
**inhaled** 253:5
**initial** 246:22 247:4
**inject** 206:2
**injected** 201:9

**instances** 204:1
**instruction** 175:19
**instructions** 268:1
**integration** 194:10
194:18 195:11,19
**intellectual** 199:19
199:20
**intend** 236:15,21
237:6
**intended** 176:22
**intensity** 183:2
**intercourse** 161:2
**interested** 267:15
**internally** 197:12
**intraabdominal**
170:2
**intrinsic** 253:15
**invention** 199:18
**inventor** 199:3
201:7 205:9 206:1
**investigator** 201:11
201:12 206:5
**investigators** 201:2
**invoices** 241:8
**involved** 184:7,10
204:7 206:3,11
222:10
**isd** 253:14
**isnt** 166:13 210:5
241:2 245:21
**issue** 148:24 213:13
263:22
**issued** 257:16
**issues** 148:11
257:12
**issuing** 209:15
**iv** 255:12,22 256:13
256:20,22 260:20
261:1
**ive** 180:2,3,17
184:9 189:10,11
195:6 204:23
255:4 260:3

_____
**J**
_____
**jane** 138:14 242:9

**january** 247:19
**jean** 139:23
**jo** 139:16
**johnson** 140:10
267:2,18
**joint** 206:16
**joseph** 138:4
**joy** 138:6
**judge** 138:5
**judgment** 208:24
209:1,3
**judiciously** 152:23
153:24 154:3,5,8
154:10,14,19,20

_____
**K**
_____
**k** 138:18
**kansas** 141:4
**katz** 141:11
**keep** 173:3,5
238:17
**kept** 253:7
**key** 139:19
**kind** 168:3,6 215:2
219:22 239:5
240:17,22 242:11
**kit** 207:2
**kits** 171:4 184:3
185:11,15 186:2,8
186:9 207:6
**knew** 147:22 148:3
152:3,5 163:11
165:4 168:18
169:5 259:22
265:21
**know** 146:3 149:5,8
150:11 155:18
156:12,13 162:10
162:14,18 163:9
163:15,17,23
164:10,13 165:4,5
166:2 167:5,17,18
168:22 170:9,10
171:5,8,15,20,22
172:4,22 173:2,10
173:20 174:3,6,15

175:3,7 177:4,5,6
177:11 181:6
182:23 186:23
187:15,24 190:1,7
190:9 192:9,12,16
192:22 193:4,6,10
193:13,18,20,22
194:3 197:10,15
199:3,9,12,14,15
199:24 200:4,6,10
200:16,17 201:1
201:15,19 205:8
205:16,19,20,23
206:22 210:21,24
211:19,24 212:3,8
212:11 214:24
215:6 217:6,14,18
218:8,10 219:7,15
219:20 220:16
222:18 223:3,8,9
223:11,20 224:4,8
226:19 229:5,11
231:4,10,14,17
238:18 239:2
240:16 241:13
244:23 245:6,12
247:8 250:3
251:24 252:2,5,8
252:9,14,19,21
252:24 253:10
254:12 261:12,16
261:19,21 262:2,7
262:17,20,22,23
263:3,17,21
264:10 265:11
266:2
**knowing** 165:18
**knowingly** 164:16
165:1
**knowledge** 157:24
162:7 188:9,21
189:6,13 199:19
**knowledgeable**
189:1
**knows** 167:7,14
168:9

**kott** 141:12
**kriz** 138:9

_____
**L**
_____
**l** 141:6,6
**la** 141:6,7
**label** 174:7,8,17
175:4,8,12,14
178:2
**labs** 184:8
**lacerations** 161:10
**laparoscopic**
169:23
**laparotomy** 169:23
**large** 191:23
**largepore** 229:14
229:22 230:15
**larger** 183:10 244:5
245:1,13
**laser** 231:24 232:7
232:11 258:9,15
265:13,16
**lateral** 244:13
**launch** 200:8 221:1
221:3,11,13 222:1
222:5,15 243:22
246:16,23
**launched** 163:12
164:3
**laundry** 164:7
**law** 141:17
**lawsuit** 251:10
**lawsuits** 210:21
250:22 251:16
252:10
**lawyers** 143:14
241:18 271:1
**lay** 192:6
**lead** 200:6 201:10
213:17 244:6
**learn** 177:7,8
185:24 200:19,20
**learns** 217:2,10
**leave** 181:20
**leg** 161:18
**legal** 207:13,17

Christina Pramudji, M.D.

208:21 209:10
210:19 211:11
**length** 160:21
**lesser** 230:23
**letter** 144:11
217:24 218:1,13
218:20 219:16
**level** 180:18 257:18
**leverage** 193:24
**liability** 138:4
**liaison** 241:20
**ligament** 204:9,10
204:16
**lighter** 245:1,6,14
**lighterweight**
245:17
**lightweight** 244:3,4
**limit** 254:17
**line** 252:10 269:2
271:3
**list** 144:7 158:24
164:7 179:22,24
180:5,7,8 182:4
**listed** 246:18 248:1
**literature** 174:10
174:18 179:22
180:6,9,17,18
181:4,12 192:24
205:3 209:8
257:23
**litigation** 138:4
238:19 250:6,12
250:15 259:2,24
262:18,21
**little** 174:23 176:12
182:20 192:2
196:19 217:21
235:3 249:8
254:22
**live** 176:6
**llc** 141:11
**llp** 141:2,17 142:2
**lodged** 236:2
**log** 238:16
**logan** 139:20
**logs** 237:14

**lois** 138:21
**long** 139:13 152:9
164:6 258:24
**longer** 171:9
218:15 251:22
**longitudinal**
244:12
**longterm** 248:11
**look** 162:17 172:17
177:6 196:14,15
196:15 202:18
206:18 215:23
232:16 237:13
238:9 248:8
254:13
**looked** 191:11
265:15
**looking** 179:15
191:12 204:24
235:7
**looks** 246:24
250:24
**lost** 239:6
**lot** 156:22 177:7
182:7 208:7
210:16 259:7
262:5,14 263:19
**louisiana** 141:14
**low** 242:17
**lower** 192:5 230:1
230:1,17,18
**lucente** 262:11,20
262:23 263:7
**lung** 253:1
**lynn** 144:14

─────────

**M**

**m** 138:9 140:6,9
141:12 142:2
143:1,6 144:1
145:2 191:3,4
226:12,13 243:22
244:3,21,24
245:12,23 254:23
254:24 266:13
267:4 270:4,12

**machine** 231:6,8,12
258:9,14
**macro** 192:3
**main** 195:13
**mainstream** 262:4
262:8
**maintaining**
244:13
**major** 263:12
**majority** 195:15
**making** 150:19
248:19
**manufacturers**
211:11
**march** 138:10
140:2 143:2 144:2
267:22
**marcus** 199:5
**maria** 139:4,17
**marie** 138:18
**mark** 178:17
**marked** 144:4
155:20,24 162:19
162:22 181:22
243:12,15 246:7
246:10 247:13,14
247:17 256:5
**market** 163:13
171:1 172:19
173:4,5 221:2,12
222:2,16 252:10
**marlex** 230:9
**mary** 138:14 242:9
**master** 138:3
**material** 169:21
183:11
**materials** 144:8
186:7 202:10
214:11,15,19
215:5,9,18 216:7
259:7
**matter** 190:17
232:21 257:14
**matters** 194:23
195:2 266:6
**mcdonalds** 158:17

**mdl** 138:6 144:9
**mean** 148:1 167:10
168:19 196:10,12
215:22 221:18
**meaning** 198:22
**meant** 245:7,9
**mechanical** 187:12
231:24
**mechanically**
232:21 265:13,17
**medical** 145:22
168:15,17 169:1,4
174:7 175:3,22,24
176:15,17,19
177:1,2 179:22
180:6 183:23
184:3 186:12
208:23,24 209:2
220:24 221:10
222:12,14 228:20
231:22 252:13,15
252:18 259:14
**meeting** 247:20
251:4,5
**member** 261:9
**members** 262:8
**memorial** 140:7
**mentioned** 170:16
258:19
**mesh** 147:4,11
148:7,16,19
149:12,24 150:4
150:20 151:12
152:3,5,23,23
153:4,5,12,18,22
153:24 154:4,5,9
154:10,11,14,20
155:6,6,14 156:14
161:7,9 167:20
170:12,21 172:15
182:21,24 183:5
185:10,14 186:2,3
186:5,5,7 188:10
188:12,14,22
189:2,2,3,7,11,15
189:17 190:7,10

190:11 191:18
192:8,18 194:7
195:18 196:12,20
197:18,19,21,24
198:1,2,3,6,9,15
198:19,20,22,24
199:2 202:4,6
203:19,21 204:2
204:11,19,22
207:2,6 208:9
209:4 210:20,21
211:2,5,7,12
212:18,23 213:4
213:17 218:15,16
223:12,22 224:6
224:18,20,22
225:2,12 226:1,6
226:21 227:9,13
228:1,7 229:2,3
230:7,8,9,10
231:4,7,10,14,18
231:19,23 232:2,7
232:11,12 233:3,9
234:1,10,17,18
241:3,3 244:4,9
244:10,24 245:2
245:13,14,18,20
248:23 249:14,21
254:5,10 257:13
257:20 258:1,4,8
258:13,20 259:2
261:8 262:15,18
262:21 263:1,10
263:14,16 264:7,9
264:13,14,21
265:14,17
**meshes** 147:12
228:13,16 229:7
229:14,16,22,24
230:4,15,17
232:12 244:6
**mesothelioma**
252:9
**met** 199:7 205:12
**method** 231:18,23
**micheal** 140:10

267:2,18
**microns** 191:20
  194:23 195:12
**microscopic** 190:15
**migrate** 204:3
**mikalia** 141:12
**millimeter** 189:16
  189:21 190:20
  191:15 194:13,14
  194:17
**millimeters** 194:8
**million** 200:1
  205:21 262:24
  263:7,14 264:7
**mind** 261:15
**minimally** 196:22
**minimum** 194:17
**mississippi** 142:4
**missouri** 141:4
**mistake** 221:1,11
  221:18,22 222:1
  222:15 223:6
**mkott** 141:12
**mode** 187:4
**modes** 186:24
  187:16,20 188:1
**moment** 169:14
**monocryl** 245:16
**monogragh** 213:24
**monograph** 214:7
  214:19 215:4
  216:6,15,17
**monographs** 215:8
  215:17
**months** 202:17,24
**morrow** 139:22
**motivation** 221:4
  221:14 263:23
**move** 153:14
  158:19,20 167:24
  174:20 176:10
  177:10,10 183:18
  193:1 199:21
  204:13 223:17
  225:3,13 264:1
**multiple** 147:8

## N

**n** 141:1,2 142:1
**name** 206:22,23
  246:18,18 248:1
  255:3
**named** 251:10,16
**nancy** 139:16
**native** 152:21
**nature** 169:8
**ncra** 267:18,19
**near** 189:23
**nearly** 170:13
**necessarily** 151:2
  151:23 152:10
  162:8 175:5,10
  183:14
**necessary** 164:11
  190:19 191:14
  218:6 219:4 220:7
  220:13,22 268:4
**need** 146:9 153:3
  157:2 172:3 179:6
  179:8 182:1
  189:23 190:24
  195:18 241:10
  263:21
**needed** 155:2 194:8
  194:16 195:10
  240:7 251:6
  253:22
**needs** 155:3 191:24
**negative** 208:9
**negotiated** 173:3
**neither** 267:13,14
**nerve** 160:11
  161:11 204:6
**network** 257:15
  261:8 264:14
**neuromuscular**
  161:16
**neutrophiles**
  189:21 192:3
**never** 187:4 205:14
  227:19 252:13,17
**new** 141:14 166:17
  167:1,7,14 244:14

**news** 178:22
**night** 145:12
**nonresponsive**
  264:1
**norm** 146:11 203:4
**normal** 160:20
  183:15
**notary** 140:12
  267:3,20 270:20
**notebook** 179:10
**noted** 268:11 270:7
**notes** 143:14 271:1
**notice** 140:6
**notification** 209:16
  249:3 251:7
**notify** 172:3
**nuance** 177:21
**nuances** 186:9
**number** 144:4
  210:24 238:1,2,5
  239:10 241:12
  257:4 261:20,21
  262:2
**numerator** 238:6
**numeric** 236:22
  237:3,7
**numerical** 195:16

## O

**o0o** 266:14
**obese** 254:6,10
**obesity** 253:16
**object** 149:18
  150:13 151:1
  152:8 154:1,12
  158:15,20 163:14
  164:19 165:3
  167:23 171:2,13
  172:20 173:9,23
  174:19 176:9
  177:9 180:15
  181:9 182:12
  183:17 184:21
  185:8 188:23
  192:21 193:1,9,17
  194:2 195:3

197:14,22 198:12
  199:21 200:3
  201:20 203:2
  204:12 207:11
  210:4 211:23
  212:7 215:11
  217:17 219:2,12
  220:5 221:5,16
  223:7,17 225:3,13
  228:11 229:10,17
  230:3 231:1
  232:15 233:4
  234:3,14 235:15
  236:6 242:2 245:4
  248:14 263:4,24
**objection** 151:22
  170:15
**obligation** 217:7,15
**observed** 245:17
**obstruction** 159:21
  160:1
**obviously** 221:18
**occasionally**
  146:10
**occur** 161:13,19
  194:10,18 204:8
  213:19 223:12
  225:11 228:12
**occurred** 150:2
  151:18 170:7
  218:9
**occurs** 202:5
  212:23 264:24
  265:4
**offer** 157:2 184:16
  184:19 185:5
  186:1 236:10,10
  236:16,21 237:6
  238:23 242:22
**offering** 170:11
  241:10
**offers** 176:21
**offlabel** 174:12
**oh** 204:4
**okay** 146:14 149:17
  150:22 152:7,15

153:5 154:23
  159:3 168:23
  177:20 182:6
  197:3 206:24
  230:11 235:1
  240:24 241:5
  242:3 245:10
  246:6,12 249:10
  254:18 256:4
**okeefe** 141:13
**olsen** 138:14
**olson** 242:9
**once** 189:18 217:1
  217:9 220:11
**op** 178:23
**operative** 237:14
  238:16
**opinion** 152:1
  153:17,21,23
  154:2,7 155:10
  156:2,6 157:16
  162:2 173:16
  175:16 191:23
  195:4 206:16,16
  207:1,5,10 208:2
  208:4,5,13,17,20
  209:1,11,17
  214:18 231:21
  236:10,15 237:6
  253:2,11 266:3
**opinions** 154:17
  170:11 173:14
  180:14,20 181:1,6
  181:13 184:19,22
  185:5,9,13,18,24
  186:1,4 194:21
  205:4 210:19
  222:24 238:23
  241:10 242:22
  257:6
**opportunity** 185:23
**option** 152:22
  207:16
**options** 207:7 222:4
**oral** 138:8 140:5
**order** 171:11

189:17 190:21
191:16 194:9,18
195:19 203:7
**organ** 179:5 191:18
192:18 194:1
209:14 226:3,8
227:10 228:17
229:8 246:2
248:24 249:15,22
250:16 255:12
256:14 257:12,20
259:1,23 264:20
**organization**
261:10,13,17,24
262:9 264:19
**organizations**
261:5,6 264:12
**organs** 161:11
**original** 240:21,22
245:2,15 268:15
**originally** 192:13
193:21
**orleans** 141:14
**outcomes** 230:24
**outdated** 193:8,15
**outlier** 262:1
**overall** 220:23
221:9 222:11,13
**overnight** 145:8

**P**

**p** 141:1,1,6 142:1,1
**page** 163:8 246:17
247:23 269:2
271:3
**pages** 270:5
**paid** 199:15,17,19
199:24
**pain** 160:5 161:1,1
161:17 204:2,8,14
213:12 224:13
233:19 234:11
235:13
**painful** 204:21
**pair** 232:24
**paragraph** 244:2

**parameters** 185:2
**parkway** 142:3
**part** 162:6 183:16
188:15
**participated**
253:21
**participating** 248:2
248:5
**particles** 235:20,24
236:2
**particular** 168:15
169:1 222:2,15
255:9 262:10
**particularly** 167:4
258:2,18
**parties** 267:13
**party** 267:11
**patient** 153:2,18,22
154:11 184:24
189:9 200:24
203:13 213:20
229:15,23 230:16
234:21 236:20
240:10 248:9
259:14
**patients** 153:3,4,11
153:13,24 161:2
186:10 189:12
190:4 204:5
207:14 208:8
222:17 223:2,9
237:3 239:6
240:14,19,21
248:12,23 249:13
249:20 256:13,15
262:16 265:5
**paula** 138:9
**pay** 250:10
**pelvic** 138:3 155:8
155:13 156:10
157:20,24 158:12
159:6,10,14,18,23
160:3,6,9,12,15
160:18,23 161:1,4
161:14,18,20,24
162:7 167:11,12

167:13,19,20
168:8 176:24
179:5 185:11,15
191:18 192:18,24
194:1 195:15
203:4 209:14
223:15 226:3,8
227:10 228:17
229:7 246:2
248:24 249:14,22
250:16 255:12
256:13 257:10,12
257:15,19 259:1
259:23 261:4,7,15
262:15 264:13,14
264:20
**pelvis** 182:24
**pending** 191:11
**penny** 139:14
**people** 230:22
254:5 262:13,14
263:19,20 264:24
**percent** 200:18,21
201:3 202:17,23
203:5,8,11
**percentage** 204:20
237:7
**perfectly** 197:6
213:16
**performance** 150:4
150:21 152:7
**person** 263:13
264:6
**personal** 200:10
236:11,16 257:23
**personally** 237:9
**perused** 180:2
**peter** 141:7,7
**ph** 140:21
**physician** 146:18
174:6 175:2
177:24 178:5,9
215:10,18,21,23
216:2,9,21 219:7
252:6
**physicians** 175:6

214:22 218:1,13
218:21 219:17
220:1,16,21 224:5
225:20,23 235:14
235:17,19,23
236:5 251:5
260:19,24 261:6
262:1,2 263:18
**pick** 182:14
**place** 177:24 178:5
178:9 244:10
267:8
**placed** 171:17
172:19 182:24
183:6 189:19
196:13,20 197:5
211:16 212:23
219:1 234:20
252:22
**placement** 169:12
171:6 173:8
218:16
**placing** 216:1
**plaintiff** 141:10,20
**plaintiffs** 141:5,15
**plan** 236:10 246:16
**plane** 212:24
234:21
**plans** 171:16
**plating** 197:11
**please** 150:23 157:4
215:13 217:8
221:7 228:4
251:14 268:3,8
**pliability** 244:14
**plication** 204:8,15
**point** 170:3 190:12
207:12,21 208:1,3
210:23 243:2
248:10 250:1
253:13 265:16,21
**poking** 234:19
**polypropylene**
147:4 244:4
**poor** 234:21
**pore** 189:7,11,16

190:19,20 191:14
191:15,20,24
194:7,23 195:1,7
195:10,24 196:7
196:16,21 197:6
245:1
**pores** 186:6 190:2
190:12 195:18
244:5,24 245:5,13
**portion** 207:1,5
**posed** 255:16
**position** 175:14
239:2
**positive** 203:21
226:24
**possible** 166:13
180:12,16 181:4
181:17 200:23
226:9 259:21
260:2 261:24
**postoperatively**
228:2,9
**postponed** 178:20
**potential** 159:2
160:20 198:10
206:2,10,13 228:3
228:9 233:14,18
234:2 236:4
244:20
**potentially** 185:21
213:11 235:12
**potts** 141:17
**pottslaw** 141:18
**practice** 145:17
146:16 165:9
175:19,21 176:14
176:24 186:22
195:6 196:18
234:5 239:22
**pramudji** 138:9
140:6 143:1,6
144:1,7 145:2,7
226:15 255:3
267:4 270:4,12
**precautions** 256:7
256:11

**precede** 250:6
**preceptors** 246:22
  247:4
**presence** 225:12
**present** 263:8
**press** 243:21
**prevented** 253:4
**prevents** 251:10,16
**previous** 150:18
  166:20 167:3
  244:6
**previously** 217:3
  217:11 218:4
**price** 144:12
**primary** 177:18
  265:16
**prior** 173:19 200:8
  209:7 259:22
  267:3
**probably** 179:14
  180:11 187:12
  208:6
**problem** 152:13
  156:18 162:13
  223:21
**problems** 161:16
**procedural** 224:1
**procedure** 209:7
  212:19 213:5
**proceed** 145:9
  177:22 191:8
  226:17
**proceedings** 145:1
**process** 172:22
  187:15,20 197:18
**processes** 197:20
**produced** 184:12
  238:19,22
**product** 166:11
  201:7 215:10,19
  215:22 218:22
  220:12 222:9
  251:11,17 252:10
  253:5,7
**products** 138:4
  166:3,18 167:1

171:1 182:11
192:20 194:1,8
209:14 210:21
211:12 236:13,17
236:19 237:1
239:13 240:5
**professional**
  214:10,15,19
  215:4,9,17 216:7
  216:18
**professors** 262:14
**profit** 221:4,15,20
**prolapse** 146:4
  160:14 169:22
  179:5 183:1 184:4
  191:18 192:19
  194:1 209:14
  224:10 225:18,22
  226:3,8 227:10
  228:17 229:8
  230:23 246:2
  249:1,15,22
  250:17 255:12
  256:14,22 257:13
  257:20 259:2,23
  260:14,20 261:1
  264:21
**prolene** 226:21
  227:9,13 230:8
  231:18,23 266:4
**prolific** 262:5
**prolift** 145:13
  148:7,16 149:12
  149:22 150:6
  151:21 153:7
  159:2 162:4
  163:10 164:2
  168:10 170:24
  171:10,16 172:9
  172:14 179:19
  180:10 182:9,22
  187:6,21 188:6,11
  188:22 194:8
  196:2,8 197:5
  204:21,22 205:5
  205:10,17,22

206:12 209:19
210:1,5,9,16
214:2,8 231:5,8
233:1 236:12
237:12 239:10
240:2 243:22
244:3,21,24 245:2
245:12,15,20,23
246:1 258:8 266:4
**proper** 194:9,18
  195:10,19 212:24
**properly** 189:18
  196:20 230:13
**properties** 182:21
  244:9
**property** 199:20
**propounded** 270:6
**prosima** 144:5
  145:13 148:7,16
  149:12,22 150:7
  151:21 152:20
  153:1 154:24
  155:11,12,19
  156:13 157:18
  159:3 162:5
  163:10 164:2
  168:10 170:23
  171:10,16 172:9
  172:13 180:9
  182:9,22 184:20
  185:6,6 186:2
  187:5,21 188:6,11
  188:22 194:7
  196:1,8 197:5
  199:4,11,16 200:1
  200:7,12,22 201:3
  201:9 210:14
  211:16,22 212:6
  212:17 213:5,16
  214:1,11 230:22
  231:11 233:1
  236:12 239:11
  246:15,23 247:4
  255:6,11,18,21
  256:5,12,20 258:8
  260:10,13

**protrude** 233:19
  235:12
**provide** 150:5
  151:6,19 158:9
  215:2 229:15,23
  230:16
**provided** 152:3
**providing** 158:6,10
  214:20
**ps** 144:6 147:16
  151:14,15,21
  153:10 159:2
  162:11 163:6,11
  164:2 165:24
  166:3,4,7 167:9
  167:16 168:10
  169:11 170:11,21
  173:4,7,18 177:24
  178:5,9 180:10
  182:8,22 187:6,21
  188:5,12,13 196:1
  196:8 198:7,11
  205:5 214:6,6,16
  219:9,18,23
  223:13 224:7
  226:19 228:18
  229:1,9 231:15
  232:24 233:9,17
  234:1,9 235:10,21
  236:1 258:8
  259:18 265:22
  266:4
**public** 140:12
  209:16 251:7
  267:3,20 270:20
**published** 205:3
**pull** 213:21
**pulling** 213:11,12
**punctures** 161:10
**purpose** 221:19
**pursuant** 140:6
  267:10
**put** 146:5 156:9,19
  157:22 164:7,9,16
  165:1 171:6
  172:19 190:1

196:12 197:8
216:5,14,16
217:22 218:2
219:22
**puts** 156:7
**putting** 253:4,7

---

**Q**

**quantitative**
  195:17
**question** 145:15
  146:15 148:12
  149:6,11 150:8,12
  150:16,18,23,24
  152:9 156:21,21
  157:1,4 163:22
  164:20 174:23
  176:11 177:5
  188:16 191:11
  194:15 195:23
  196:4,6,23 197:2
  206:8 209:23
  210:7,14 213:2
  214:5 215:12
  216:13 221:6
  229:20 230:12
  235:2 237:4 241:6
  241:19 245:11
  246:14 249:7
  252:16 255:16
  258:2 260:1 264:3
**questions** 144:16
  179:5,15 182:21
  197:1 210:16,18
  241:24 246:4
  247:11 255:5,6,10
  255:13 257:5,8
  258:7,10 260:7
  266:9 270:6
**quick** 187:9 190:24
  226:11 246:13
**quijano** 139:4
**quite** 258:21

---

**R**

**r** 138:4 141:1,17

Christina Pramudji, M.D.

142:1
**ramp** 250:20
**ran** 155:22
**rare** 257:23 258:1
264:21,24 265:2,8
265:10
**rarely** 177:8
**rate** 200:11,22
201:3 202:17,24
203:1,11 236:11
236:16,22 237:3
237:16 239:10
240:20 243:2,9
**rates** 237:5,8,11,17
237:19,21,24
238:15,24 239:9
240:13
**rdr** 267:18
**reach** 215:9,18
**reaches** 215:21
**reaction** 158:11,16
156:4 157:18
158:10 183:3,8,12
183:15
**reactions** 158:14,24
161:23 166:19
167:2,8,15,22
168:9 216:19
218:3
**reactive** 244:7
**read** 150:10,12,22
150:24 162:3,15
164:20 165:9
169:15 175:19,22
176:15,24 179:24
180:3 187:14
215:23 220:3
256:16,23 268:3
270:4
**ready** 145:9 191:7
226:16
**real** 246:13
**really** 153:3,11
157:23 174:13
177:17 179:8
222:8 250:19

253:2 258:16
**realtime** 140:11
267:2,19
**reask** 156:20
188:17 196:4
209:24 235:2
245:11 249:9
264:2
**reason** 209:10
218:21 219:8
229:24 230:17
268:5 269:4,6,8
269:10,12,14,16
269:18,20,22,24
**reasonable** 166:16
166:21 168:16
169:3 170:22
172:7,12 203:8
209:22 210:3,12
217:24 218:6,7,12
218:17,18,20
219:3,6,22 220:4
220:6 231:22
**reasons** 146:5
**recall** 146:21,23
147:2,3,12 151:16
187:19 188:4
202:1,16,19,21
214:3,9,14 223:23
232:8 237:12
238:8 242:5,7,8
249:5 251:3,4,8
255:7,13,15 257:7
258:10 259:2,19
**receipt** 268:16
**receive** 201:8
**received** 205:21
206:1 262:24
263:7
**receives** 199:10,14
205:17
**recess** 191:3 226:12
254:23
**reclassifying**
209:14
**recommendation**

248:18 253:24
**recommendations**
248:9 250:9
253:13,20 254:4
**recommended**
256:15,22
**record** 145:8 179:1
182:5 191:2,7
226:11,16
**records** 259:14
**recurrence** 224:10
225:17,22
**recurrent** 160:14
**reduction** 244:8
**redundant** 156:10
156:17,24
**refer** 146:18 155:19
179:6
**reference** 256:3
**referenced** 144:8
255:11
**references** 255:21
**referring** 148:11
150:15 230:5
**regard** 152:20
153:7,10 155:15
183:23 184:3
195:9,9 199:16
214:5 216:19
232:5 237:4,7
244:3 248:23
249:13,20 255:21
257:19 260:10
**regarding** 151:13
152:24 188:10,21
189:6 201:17
204:20 210:20
238:14 242:13
243:21 247:19
**regards** 216:8
**region** 246:17
**registered** 140:10
267:2,18
**regulatory** 215:1
**related** 148:18
255:10 257:12

263:1
**relates** 138:5
**relative** 267:13,14
**release** 243:21
**released** 163:7
235:20,24
**reliance** 144:7
179:22,24 180:7
182:4 202:10
**relied** 205:2
**relies** 195:15
**rely** 177:18
**relying** 191:22
195:12,14,17
**remark** 155:21
182:3
**remember** 155:20
239:15,19 240:5
242:10 247:1,3,6
247:10 248:5,18
248:20 249:23
255:24 259:5
262:10,12
**reminder** 158:16
158:21
**reminding** 158:13
**remove** 173:6
218:23 219:10
**rendering** 266:3
**reoperation** 237:11
237:17,18,24
238:24 239:9,10
240:8,13,15,20
241:4
**reoperations** 238:2
241:1
**repair** 138:3 146:1
146:9,13,16 147:4
152:21 161:13
192:14 193:21
203:7 258:3
**repaired** 146:24
147:8
**repairing** 146:8
**repairs** 145:16,18
145:22 152:24

154:10 209:4
226:21
**repeat** 150:8
164:21,23 188:15
215:12 216:12
217:8 221:6 228:4
230:12 249:16
251:13
**rephrase** 224:19
**report** 144:8
178:24 179:6,21
179:23 180:7
182:9 191:12
202:23
**reported** 200:11,21
201:2 202:16
204:19
**reporter** 140:11,11
150:10 155:22
179:7 267:2,3,3
267:18,19,19
**reporting** 201:18
206:10 225:20
**reports** 182:4
**represent** 163:4
206:24 207:4
**representation**
152:5
**represented** 151:13
**reps** 166:2
**requested** 267:11
**require** 161:13,23
**required** 190:21
191:16
**rereview** 165:14
**research** 168:4,7,11
**residency** 147:8
**resists** 244:11
**resolve** 161:3
**resource** 214:7
**respect** 187:5
**responding** 243:21
**response** 160:17
183:3,12 244:8
**restate** 167:12
191:12

restroom 191:1
results 166:12
    174:2,10,17
    184:24 222:21,22
    229:4
retained 259:3
retention 159:21
return 268:14
reverse 240:18
review 162:12
    176:2 202:13
    220:11 238:11,14
    243:4
reviewed 187:4,19
    188:5 259:7,14
reviewing 169:17
reviews 169:19
    243:17
revision 163:6
rhynehart 139:14
ricks 141:17
riddell 138:11
ridgeland 142:4
right 151:17 165:11
    195:20 204:24
    209:2 212:14,20
    232:9 234:20
    237:12 238:9
    239:19 245:22
    249:2 251:23
    264:15 265:18
rigid 228:17 229:8
rigidity 228:1,7
    231:19 232:2
rigorous 182:16
risk 155:5,13
    156:14 159:4,9,12
    159:16,21 160:1
    207:15 209:6
    212:20 213:6,8,10
    217:2,4,10,12
    233:14,18 234:2,9
risks 155:8,12
    156:12 157:20
    158:12 159:2
    162:3,11 163:5,10

163:19 164:1
214:21 216:8,19
233:24
road 140:8
robert 243:20
robin 139:7
robinson 144:16
rough 238:5 240:18
    240:23 241:11
royalties 199:10,14
    199:16 200:1
    201:8 205:21
    206:2
royalty 205:17
rule 267:10
rules 157:6,13
    215:1
run 190:24

S
s 138:5 141:1 142:1
sacrospinous 204:9
    204:15
safe 205:5 209:4
    222:3
safety 174:10
    248:11,23 249:13
    249:21 253:16,22
    254:1 265:15
sales 166:2
sandra 138:17
satisfaction 236:20
saw 180:13
saying 221:22
says 169:20 177:20
    178:14 198:13,13
    207:5 244:2,4
    250:2 253:14,23
    254:7 256:11
    260:12
scar 192:7 197:11
    197:19 198:2
    199:1 203:5,6
    204:6 213:22
    223:11,15,24
    224:7,9,12,15,19

224:23,24 225:6,9
225:16,21 230:1
230:17 244:7
scarring 197:24
    213:12
science 195:15
scientists 193:7,14
    194:5 197:13
    233:23
scissor 258:23
scissors 232:24
    233:10,17 235:11
    235:22 236:1
se 261:13
searches 250:12
second 157:5
    226:11 246:16
    250:1 256:10
section 155:11,16
    156:4 157:18
    158:11 256:7
    259:17 260:12,15
    260:18,23
see 177:20,20
    180:13,23 181:7
    184:14 229:3
    234:5 244:17
    246:17,19 247:20
    247:24 248:2,13
    248:15 250:1,7
    253:16 256:8
    263:11,22 264:8
seen 180:17 189:11
    195:6 201:22
    202:1 204:23
    214:3 232:4
    262:15
selection 200:24
sell 171:9,18
selling 172:2
    251:17
semantics 174:13
    198:24
send 217:24 218:12
    219:16
sense 152:22 154:9

177:19 230:22
sentiment 249:4
set 178:16 267:8
sex 225:10
sexual 228:3,10
shared 240:10
sharon 138:12
    139:5 241:15
    242:6
sharp 233:2,5,9,16
    233:18 234:9,10
    235:9,11
sharper 233:11
    234:17
sheet 268:6,9,12,15
    270:7
sheets 231:15 233:2
sherry 138:20
shift 182:19
shively 139:19
    141:15
short 191:7 226:16
shouldnt 260:19
show 222:22
    229:14,22 230:15
showing 222:21
    256:6
shrinkage 161:7
    198:9,14 202:4,17
    202:24 203:1,5,6
    203:11,19 204:1
sic 158:9 240:7
sign 268:8
signature 267:10
signed 261:11
significance 196:1
    196:7 197:11
    256:18 258:13
significant 180:24
    181:7 203:1,12
    217:4,12
signing 268:10
simply 174:12
sit 149:10,16
    202:19 232:8
    238:8 242:12,20

261:23 264:16
site 200:13,14,22
    201:4
sitting 151:16
situation 174:13
situations 149:1,16
    151:5 152:11
sixth 248:1
size 186:6 189:7,16
    189:23 190:19,21
    191:14,16,20,24
    194:7,23 195:1,7
    195:10,18,24
    196:7
sizes 189:11 196:16
    196:21 197:6
skills 176:4,8
small 145:24 146:8
    146:17 190:12
smaller 189:22
    192:2,4 194:13
smith 138:18
smoked 254:6,11
smokers 253:16
snow 142:2
soft 226:3 234:23
    266:4
sold 172:9,14
    199:11 201:9
    218:22 219:9
    222:17 251:23
soliciting 208:8
solve 223:22
somewhat 184:5
    190:2
sorry 163:21
    216:12 235:5
    249:16 264:4
sort 156:17 158:17
    177:19 187:13
    240:24
sounds 187:10
    203:8 219:4
    245:22
source 215:3
southern 138:1

246:17
**space** 268:6
**speak** 220:20
263:23
**speakerphone**
141:8,13,18
**speaking** 220:21
**specialized** 188:9
188:21 189:6
**specific** 149:9
151:8 154:24
155:1 239:17
241:24
**specifically** 171:4
195:22 196:5
198:8 249:5
264:17 265:15
**spelling** 202:11
**spent** 241:12,14
242:6,9,14,23
**sphincter** 253:15
**spill** 158:18
**spin** 201:17
**sricks** 141:18
**st** 144:12
**stage** 255:12,18,22
256:13,20,22
**stance** 264:13
**standard** 191:23
192:9,17 193:8,15
193:20 194:22
229:15,23 230:4,7
230:8,9,16
**stands** 250:3
**start** 148:21 163:22
172:2 234:19
**started** 208:7
239:13,18 240:1
**state** 140:12 239:17
265:11 267:21
268:5
**stated** 178:12 190:7
190:9,18 191:13
202:3 210:18,19
250:14
**statement** 150:3

152:20,24 207:18
256:19 257:22
**statements** 257:16
**states** 138:1 164:4
168:9 178:2,10
210:22 211:10
248:11
**stenographically**
267:7
**stephen** 141:17
**sticker** 220:1
**stiff** 224:24 226:7
226:20 227:20
228:13 229:3
**stiffer** 232:13
**stiffness** 224:16,17
224:18,20,22
228:2,8 229:1
230:2,18 231:19
232:2,6
**stone** 139:17
**stopped** 239:18
240:4
**strain** 195:24 196:3
196:7,11,17,19
197:8
**street** 141:8
**stress** 192:19
196:13
**stretch** 197:7
**stretching** 187:12
**strike** 152:16,18
153:15,19 158:7
158:20 165:7,22
166:14 167:24
168:4 172:10
174:20 175:16,19
176:10 177:10
178:6 183:18,24
184:17 190:8
193:2,5 199:22
200:19 204:13
207:3,22,24
209:23 216:15
222:12 223:18
225:4,14 229:19

233:14 235:22
264:1
**string** 144:10
**structures** 161:11
**studied** 186:17
189:10 195:23
196:5
**studies** 206:11
222:22 232:4
253:14,24 254:13
258:2
**study** 168:7 200:7
200:12 201:2,10
202:16 206:3
232:10 265:15
**subject** 268:10
**subscribed** 270:15
**substance** 270:7
**substantial** 148:4
**substitute** 214:20
**success** 200:11,21
201:3 207:14
236:11,16,22
**successful** 236:19
**successfully** 192:24
226:2
**sued** 253:3
**suffering** 204:21
**sufficient** 155:15
254:9
**suite** 141:3,8,19
142:4
**suits** 211:2
**supplemental**
177:19
**support** 148:8,17
149:4,13,24
150:20 174:16
175:13 203:16,16
205:4 212:5
244:13 263:10
**supports** 174:10
**supposed** 211:16
**supulveda** 262:11
262:17
**sure** 158:16 163:15

164:5,8 166:21
174:21 176:20,21
187:23 188:3,7
210:6 215:21
216:24 217:9
218:5,18 221:9
228:5 230:13,14
231:16 234:15
**surgeon** 156:11
158:1 166:10
167:7,11,11,13,14
167:19 168:8
173:17,24 176:4
197:6 214:7
244:10
**surgeons** 158:13
162:7 168:18,21
169:5 176:24
177:5,8 257:11,15
258:19 261:4,14
261:16 262:5
**surgeries** 154:3
159:24 160:4,7,10
160:13,16,19,24
161:5,15,21 162:1
**surgery** 146:12
147:9 154:5,8,13
154:18 155:9,13
157:20 158:12
159:7,11,15,19
167:20 178:1,6
185:11,15 191:18
203:4 208:10
223:15 244:14
261:15
**surgical** 161:13,23
169:22 265:17
**surprised** 200:19
200:20 206:6
**surrounding** 161:7
198:9,15,19 202:6
203:20
**survey** 168:4,7
**suture** 233:11
**sutures** 146:5 147:7
183:5

**sworn** 145:3 267:4
270:15
**system** 138:3
256:12

---

**T**

**take** 169:14 190:23
198:20 199:13
206:18 254:21
**taken** 140:6 191:3
226:12 254:23
267:7
**targeted** 246:24
**taylor** 139:20
141:15
**team** 186:12 248:18
250:10
**technique** 213:16
**technologies**
140:21
**tell** 169:16 218:21
237:23
**telling** 218:2
**ten** 146:4
**tension** 196:21
211:17 212:18
213:4,13,17,23
**tensionfree** 211:21
212:17 213:3
**teri** 139:19
**term** 187:2,18
197:11 198:2,3,6
**terminology** 187:8
**terms** 217:4,13
**testified** 145:4
165:8 169:10
220:10 259:16
**testify** 267:5
**testimony** 151:11
174:5 177:13
208:19 243:6
267:7
**testing** 187:11
**texas** 140:8,12
141:9,19 267:21
**thank** 146:14 163:2

Christina Pramudji, M.D.

**thats** 146:20 147:19
  148:14 149:5,19
  152:7,9,10 156:3
  156:9,13 157:22
  158:5 162:6
  165:16 166:10,22
  169:17 171:12
  172:6,11 174:18
  176:5 178:3 180:9
  181:11 183:6,14
  187:13 188:13,24
  190:2 195:13,14
  198:15 202:24
  203:23 208:15,22
  209:7 211:18
  213:13 214:13
  216:6,17 218:5
  219:3 220:15
  223:1 225:19
  226:24 227:22
  230:19 232:3
  233:22 234:5
  238:18 240:12
  243:9 244:22
  245:6,9 246:4
  247:11 250:13,16
  250:19,24 251:12
  251:18,19 252:16
  254:1,7 259:12
  260:2,5,21 261:2
  262:11 263:6
  264:22 265:2
  266:1,8
**theoretically** 164:6
  164:8
**therere** 262:7
**theres** 148:2 153:3
  167:1 177:21
  179:22 180:12,16
  180:19 182:7
  196:19 203:24
  206:13 211:7,7
  214:14 222:21,22
  223:15 240:23
  241:8 258:16
  260:12,17,22

265:12
**theyre** 148:11
  156:15,16 162:13
  166:11 170:1
  184:11 186:8
  190:15 203:15
  209:5 221:21,22
  233:5,6 234:15,16
  258:23
**thigh** 161:18
**thing** 166:16
  177:18 187:13
  188:13 195:13
  198:16 203:21
  227:1 244:1
  251:12,18,20
  253:6,9
**things** 145:12 149:9
  156:23 164:7,17
  165:1 205:1
  213:21 264:18
**think** 148:2 149:16
  151:8 154:13,18
  155:3,7 156:15,21
  162:8 165:21
  166:15,23 168:15
  169:2,10 171:3
  172:7,12 173:12
  173:15,17,24
  174:11,15 175:6
  176:23 178:15
  179:12,14 180:17
  181:10,18 188:18
  189:20 190:14,14
  190:18,21 191:13
  191:16 193:7,10
  194:12,14 195:2
  195:14,20 196:18
  196:24 197:1
  198:15 199:8
  201:6,12 203:14
  204:4 207:13
  208:10 209:3,22
  212:22 213:10,11
  213:13 215:20
  217:23 218:5,6,11

218:17,18,19
  219:3,6,13,21
  220:4,6,15 221:2
  221:12,18 222:4
  222:16,19,20
  223:1 224:21
  227:18 232:17
  235:2 241:5 245:5
  251:19 254:16
  255:17 256:2
  259:4 261:7
  263:13,17 264:3,6
  264:15 265:18
  266:6
**thinks** 192:17,22
  193:2
**third** 177:11 244:2
  246:18
**thirty** 268:16
**thought** 156:23
  164:14 182:15
  193:14 194:16
  211:20 212:1,4,9
  223:4 249:23
**three** 170:13 172:8
  172:8,13 202:17
  202:24 258:14
  259:4
**thursday** 140:2
**time** 146:6 147:15
  147:18 150:23
  160:22 165:10
  172:16 199:10
  208:3,6 220:12,19
  232:19 239:8
  248:21 249:11,17
  249:18,24 253:19
  254:9,14 263:18
  267:8
**timeline** 247:2
**times** 190:8
**tina** 139:22
**tissue** 152:21 161:7
  190:13,22 191:17
  192:7 194:9,18
  195:11,19 197:19

198:9,15,19 199:1
  203:5,7,20 204:6
  213:11,22 224:24
  230:1,18 235:12
  244:16
**tissues** 189:18
  202:5 226:4 227:5
  227:14,21 233:20
  236:3
**titled** 246:15
**today** 149:10,17
  162:11 178:1,6,10
  185:23 202:20
  209:11 242:12,20
  256:5 257:5 258:7
  261:23
**told** 171:9 193:22
  223:5 230:21
  234:7 235:8
**top** 179:12 202:14
  230:21 262:12
**total** 238:1,2
**traditional** 226:20
  227:9,13
**train** 263:20
**trained** 213:15
**training** 145:24
  176:8 177:7
**transcript** 267:7
  268:17,18
**transcription** 270:5
**translate** 224:1
**transvaginal**
  169:12 171:4,6
  173:6 204:19
  209:3 218:16,24
  219:10
**transvaginally**
  173:18 174:2
  178:1,6,10
**treated** 204:21
  240:4
**treatment** 161:23
  169:23 183:1
  184:4 213:9 222:4
  226:2,7 227:9

228:16 246:2
  248:24 249:14,21
  250:18
**trial** 238:24 243:10
**trials** 229:14,22
  230:15
**tried** 182:14 260:4
**trim** 258:20
**trimming** 232:19
**trocars** 186:10
**true** 147:23 152:6
  152:20,24 172:6
  172:11 203:23
  263:6
**truth** 267:5,5,5
**try** 146:16 176:11
**trying** 154:16
  223:22 229:2
**turn** 246:16 247:23
**tvm** 205:4
**tvt** 182:2 214:8
  237:13
**twohour** 254:17
**type** 188:10,21
  189:1 192:18
**typical** 146:16
  165:9 168:8
  175:18,21 176:14
  176:23
**typically** 165:13

---

**U**

**u** 138:5
**uhhuh** 243:1
**ultimately** 245:24
**ultrasonically**
  232:1,7,11
**umbilical** 145:24
  146:8,10,17
**unaware** 259:17
**understand** 154:17
  157:6 176:20,21
  185:22 191:21
  230:11
**understanding**
  244:19,22

Christina Pramudji, M.D.

Page 288

**understood** 211:21
212:5,12,18 213:3
**unfortunately**
207:16
**unfounded** 211:3,4
211:13 234:13
235:14 236:5
**unique** 155:5
204:10
**united** 138:1 164:4
168:8 178:2,10
210:22 211:10
**unnecessary** 146:4
156:8,16 157:20
158:4 162:4
164:18 165:2
**unreasonable**
166:22
**unsafe** 251:11,18
**unsupported** 152:4
**update** 166:19
168:14,24 169:9
173:19
**updated** 166:8
169:15
**urethra** 161:12
**urge** 159:16
**urinary** 159:12,20
159:20 192:19
**urology** 144:12
247:20 250:4
**use** 147:10 152:22
154:9 168:14
169:1,8,15 170:12
170:20,23 172:15
174:16 175:22,23
176:2,3,15,16,18
176:19,19,22
177:1,2,14,15,17
178:2,12 184:23
189:2 218:15
219:10,18 220:2
227:5,13 230:22
256:11,14 257:24
263:10,16,19
264:9 265:13,21

**user** 165:23 184:7
**users** 262:5,8
**uses** 215:10,18
244:24 245:12
**usually** 258:21
**uterine** 169:22
**uterosacral** 204:9
**utilized** 192:23

**V**
**vagina** 189:22
223:16
**vaginal** 152:23,23
154:9,19 169:22
203:17 212:5
226:4 227:5,13,21
228:2,8 233:20
235:12 236:3
244:15
**vaguely** 248:7
**variable** 160:21
**verbatim** 267:7
**vessels** 161:11
**virginia** 138:1,15
**voiding** 160:1,21
**voluminous** 260:3

**W**
**wagstaff** 141:2
**wake** 213:20
**wall** 145:18 203:17
244:15
**want** 145:14 162:24
169:14 173:19
174:6 175:2,7
179:4,16 190:23
203:6 217:20
219:7 220:3,16
223:3,9 263:19
**warlick** 139:10
**warn** 152:2 155:2
211:6,8
**warned** 217:3,11
**warning** 151:7
**warnings** 150:6
151:20 256:6,11

**warns** 198:8
**warranted** 169:24
**wasnt** 147:17
163:21 239:23
254:9
**waugh** 141:19
**wave** 138:6 144:9
**way** 156:9 165:17
168:23 184:15
186:5 213:21
215:16 247:9
258:17 266:7
**wcllp** 141:3
**website** 250:6,11
**websites** 250:7,12
**weight** 183:10
245:1,6,14,20
**wendy** 139:2
**went** 240:8,15
**west** 138:1
**westin** 140:7
**weve** 198:18 218:3
218:14
**whats** 162:21 176:5
243:15 246:10
247:16
**white** 138:15
**whos** 263:13 264:6
**widely** 192:23
**william** 142:2,3
163:1 178:24
254:15 255:4
**williams** 139:16
**wilson** 138:23
**withdraw** 229:20
**witness** 169:19
179:11 243:17
267:10,11 268:1
**wolfe** 138:17
178:19
**woman** 217:5,14
**womans** 182:24
226:4 233:20
236:3
**women** 152:22
204:20 209:5,20

210:2,11
**womens** 144:12
250:3
**word** 158:21
167:24 183:18
**work** 259:23 263:1
**worked** 185:20
186:10,11
**working** 239:21
259:1
**works** 194:14 195:5
**wouldnt** 147:16
156:15 157:21
165:13 166:9,22
174:6 180:3
212:21 220:22
229:2 240:9 263:8
265:6
**wound** 160:8
183:16 234:21
**wrinkling** 244:11
**wrong** 148:5
234:12
**wrongful** 147:24
148:3,9,19 149:2
149:15 221:2,13
222:5

**X**

**Y**
**yeah** 148:2 163:2
174:14 179:18
188:17 196:4,24
239:23 242:2
254:20 265:9
**year** 239:18
**years** 146:1,4 147:1
170:13,17 172:8,8
172:13 239:14
259:4
**yesterday** 155:20
155:23 169:10
255:6 256:20,24
257:5 258:7
**youd** 230:12 251:21

260:11,17
**youll** 198:1,2
**youre** 146:8 165:23
174:9 176:3 182:1
183:7 186:14
191:22 195:17
204:5 230:5 241:9
264:12
**youve** 166:3 188:4
202:3 210:18
220:10,11 237:9
241:5,12,14 242:6
242:9,13 243:3
259:6 264:3

**Z**
**zero** 201:2
**zipfel** 243:20,20
**zoomerang** 144:16

**0**
**00** 226:12
**000** 211:9
**01** 144:14
**02** 144:11
**03** 144:10,10
**06** 266:13
**09** 191:3 226:13

**1**
**1** 138:6 144:9
180:18 189:16,21
190:20 191:15
194:8,13,14,17
**10** 226:12,13
254:23,24
**100** 141:8,19
200:18,21
**1020** 142:3
**11** 144:5 155:21,24
256:6 266:13
**12** 144:6 162:19,22
**12cv00276** 139:10
**12cv00277** 138:7
**12cv00335** 138:17
**12cv00368** 139:6
**12cv00376** 139:21

| | | | |
|---|---|---|---|
| **12cv00378** 139:22 | **2** | **270** 143:13 | **77007** 141:19 |
| **12cv00379** 139:19 | | **271** 143:14 | |
| **12cv00401** 139:24 | **2** 138:3,7,8,10,11 | **276** 143:12 | **8** |
| **12cv00470** 138:14 | 138:13,14,16,17 | **27th** 246:15 | **8** 140:9 267:21,21 |
| **12cv00483** 139:9 | 138:19,20,22,23 | **29** 144:10 | **816** 141:4 |
| **12cv00511** 139:16 | 139:1,3,4,6,7,9,10 | | **820** 141:13 |
| **12cv00547** 138:11 | 139:12,13,15,16 | **3** | **877** 140:21 |
| **12cv00554** 138:13 | 139:18,19,21,22 | **30** 144:10 242:15 | |
| **12cv00651** 139:7 | 139:24 200:1 | 242:23 267:10 | **9** |
| **12cv00652** 139:18 | 205:21 | 268:16 | **9** 191:3,4 |
| **12cv00760** 138:22 | **20** 270:16 | **300** 141:3 | **917** 140:21 |
| **12cv00783** 139:3 | **200** 138:6 | **3031** 141:8 | **945** 140:8 |
| **12cv00799** 139:4 | **2005** 193:16 224:5 | **3377** 140:21 | **9485711** 142:5 |
| **12cv00806** 138:8 | 240:1 | **350** 141:19 | **9638881** 141:20 |
| **12cv00878** 138:20 | **2008** 144:11 209:16 | **370** 140:21 | |
| **12cv00899** 139:1 | 246:15 249:3 | **39157** 142:4 | |
| **12cv00938** 138:10 | 251:7 254:14 | **3rd** 163:8 | |
| **12cv00958** 138:16 | **2009** 144:10,10,14 | | |
| **12cv00960** 139:12 | 229:6 247:19 | **4** | |
| **12cv01119** 139:15 | 248:6,22 249:12 | **41** 254:23 | |
| **12cv01275** 139:13 | 249:19 250:22,23 | **4740** 141:3 | |
| **12cv01286** 138:23 | 253:19 | | |
| **12cv01318** 138:19 | **2011** 209:16 | **5** | |
| **12md02327** 138:3 | **2012** 208:10,12,16 | **50** 242:16,24 | |
| **13** 140:9 144:7,14 | 250:15 | **504** 141:14 | |
| 181:22 182:5 | **2013** 170:8,22 | **513** 206:16 | |
| **13th** 247:19 | 173:19,22 218:12 | **522** 171:11,16 | |
| **14** 144:10 243:12 | 265:22 | **53** 254:24 | |
| 243:15 | **2015** 162:16 163:7 | **5505239** 141:9 | |
| **1400** 142:4 | 163:8 164:12 | **5672** 140:21 | |
| **142** 143:4 | 166:8 167:9,16 | **5814892** 141:14 | |
| **145** 143:7 | 169:16 170:7 | **591** 140:21 | |
| **15** 144:11 246:7,10 | 217:21 | | |
| **155** 144:5 | **2016** 138:10 140:2 | **6** | |
| **16** 144:14 191:4 | 143:2 144:2 | **600** 243:3 | |
| 247:13,17,18 | 267:21,22 | **601** 142:5 | |
| **162** 144:6 | **214** 141:9 | **64112** 141:4 | |
| **17** 144:16 202:17 | **24** 138:10 140:2 | | |
| 202:23 203:5,8,11 | 143:2 144:2 | **7** | |
| 247:14,17 | 267:22 | **70** 211:9 | |
| **181** 144:7 | **243** 144:10 | **700** 243:7 | |
| **1996** 147:10,13,17 | **246** 144:11 | **7011100** 141:4 | |
| **1997** 147:10 | **247** 144:14,16 | **70113** 141:14 | |
| **1998** 192:10 | **255** 143:8 | **713** 141:20 | |
| **1millimeter** 189:7 | **264** 143:9 | **75** 191:20 194:23 | |
| 195:24 196:6 | **267** 143:11 | 195:12 | |
| | **27** 144:11 | **75204** 141:9 | |