Christina Pramudji, M.D.

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       CHARLESTON DIVISION
IN RE: ETHICON, INC.,    )MASTER FILE NO.
PELVIC REPAIR SYSTEM     )2:12-MD-02327
PRODUCTS LIABILITY       )
LITIGATION               )
                         )MDL 2327
----------------------   )
                         )
Joy Essman              )IN RE TVT & TVT-O
Case No. 2:12-cv-00277   )
                         )
Barbara A. Hill          )JOSEPH R. GOODWIN
Case No. 2:12-cv-00806   )U.S. DISTRICT JUDGE
                         )
Paula Kriz               )
Case No. 2:12-cv-00938   )DEPOSITION OF
                         )CHRISTINA PRAMUDJI, M.D.
Brenda Riddell           )
Case No. 2:12-cv-00547   )
                         )
Sharon Carpenter         )
Case No. 2:12-cv-00554   )
                         )
Mary Jane Olsen          )
Case No. 2:12-cv-00470   )
                         )MARCH 24, 2016
Virginia White           )
Case No. 2:12-cv-00958   )
                         )
Sandra Wolfe             )
Case No. 2:12-cv-00335   )
                         )
Marie Smith (f/k/a Banks))
Case No. 2:12-cv-01318   )
                         )
Sherry Fox               )
Case No. 2:12-cv-00878   )
                         )
Lois Durham              )
Case No. 2:12-cv-00760   )
                         )
Elizabeth Blynn Wilson   )
Case No. 2:12-cv-01286   )
```

EXHIBIT H

Christina Pramudji, M.D.

## Page 2

| | | |
|---|---|---|
| 1 | Daphne Baker )  Case No. 2:12-cv-00899 ) | |
| 2 | | |
| 3 | Wendy Hagans )  Case No. 2:12-cv-00783 ) | |
| 4 | Maria Eugenia Quijano )  Case No. 2:12-cv-00799 ) | |
| 5 | | |
| 6 | Sharon Boggs )  Case No. 2:12-cv-00368 ) | |
| 7 | Robin Bridges )  Case No. 2:12-cv-00651 ) | |
| 8 | | |
| 9 | Carey Cole )  Case No. 2:12-cv-00483 ) | |
| 10 | Cathy Warlick )  Case No. 2:12-cv-00276 ) | |
| 11 | | |
| 12 | Donna Amsden )  Case No. 2:12-cv-00960 ) | |
| 13 | Heather Long )  Case No. 2:12-cv-01275 ) | |
| 14 | | |
| 15 | Penny Rhynehart )  Case No. 2:12-cv-01119 ) | |
| 16 | Nancy Jo Williams )  Case No. 2:12-cv-00511 ) | |
| 17 | | |
| 18 | Maria Stone )  Case No. 2:12-cv-00652 ) | |
| 19 | Teri Key Shively )  Case No. 2:12-cv-00379 ) | |
| 20 | | |
| 21 | Charlene Logan Taylor )  Case No. 2:12-cv-00376 ) | |
| 22 | Tina Morrow )  Case No. 2:12-cv-00378 ) | |
| 23 | | |
| 24 | Carol Jean Dimock )  Case No. 2:12-cv-00401 ) | |

## Page 3

1

           - - -

2

           Thursday, March 24, 2016

3

           - - -

4

5           Oral Deposition of CHRISTINA
6    PRAMUDJI, M.D., In Re TVT and TVT-O, taken
7    pursuant to notice, was held at the Westin
8    Houston, Memorial City, 945 Gessner Road,
9    Houston, Texas, beginning at 11:10 a.m., on
10   the above date, before Micheal A. Johnson,
11   Registered Diplomate Reporter, Certified
12   Realtime Reporter, and Notary Public for the
13   State of Texas.

14

15

16           - - -

17
18
19
20
21
22
23
24

## Page 4

1   A P P E A R A N C E S :
2     WAGSTAFF & CARTMELL, LLP
3     BY:   ANDREW N. FAES, ESQUIRE
          afaes@wcllp.com
4       4740 Grand Avenue, Suite 300
        Kansas City, Missouri 64112
5       (816) 701-1100
        Counsel for Plaintiffs
6
7     EDWARDS & DE LA CERDA, P.L.L.C.
      BY:   PETER DE LA CERDA, ESQUIRE
          peter@edwardsdelacerda.com
8         (Via Speakerphone)
        3031 Allen Street, Suite 100
9       Dallas, Texas 75204
        (214) 550-5239
10      Counsel for Amsden Plaintiff
11
12    HERMAN, HERMAN & KATZ, LLC
      BY:   MIKALIA M. KOTT, ESQUIRE
          mkott@hhklawfirm.com
13        (Via Speakerphone)
        820 O'Keefe Avenue
14      New Orleans, Louisiana 70113
        (504) 581-4892
15      Counsel for Taylor and Shively
        Plaintiffs
16
17    THE POTTS LAW FIRM, LLP
      BY:   STEPHEN R. RICKS, ESQUIRE
18        sricks@potts-law.com
          (Via Speakerphone)
19      100 Waugh Drive, Suite 350
        Houston, Texas 77007
20      (713) 963-8881
        Counsel for Carpenter Plaintiff
21
22
23
24

## Page 5

1   A P P E A R A N C E S :
2     BUTLER SNOW LLP
3     BY:   WILLIAM M. GAGE, ESQUIRE
          william.gage@butlersnow.com
4       1020 Highland Colony Parkway
        Suite 1400
5       Ridgeland, Mississippi 39157
        (601) 948-5711
6       Counsel for Defendants

            - - -

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

2 (Pages 2 to 5)

Christina Pramudji, M.D.

| Page 6 |
|---|

1                    INDEX
         CHRISTINA PRAMUDJI, M.D.
2           March 24, 2016
3
4   APPEARANCES                    4
5
6   EXAMINATION OF CHRISTINA PRAMUDJI, M.D.:
7        BY MR. FAES          8
8        BY MR. GAGE         66
9        BY MR. FAES         68
10
11  CERTIFICATE                69
12  ERRATA                     71
13  ACKNOWLEDGMENT OF DEPONENT        72
14  LAWYER'S NOTES                73
15
16
17
18
19
20
21
22
23
24

| Page 7 |
|---|

1           DEPOSITION EXHIBITS
            CHRISTINA PRAMUDJI, M.D.
2             March 24, 2016
3   NUMBER         DESCRIPTION      MARKED
4   Exhibit 18  Expert Report of        9
            Christina Pramudji, M.D.
5
    Exhibit 19  CV of Christina Klein    14
6             Pramudji
7   Exhibit 20  04/21/2014 E-mail String   34
8   Exhibit 21  Gynecare TVT           43
            Tension-free Vaginal
9             Tape System -
            Instructions For Use
10
11
12
13
           PREVIOUSLY MARKED EXHIBITS
14
15  NUMBER         DESCRIPTION   REFERENCED
16  Exhibit 13  ....................    10
17
18
19
20
21
22
23
24

| Page 8 |
|---|

1                  PROCEEDINGS
2           CHRISTINA PRAMUDJI, M.D.,
3        having been first duly sworn,
4           testified as follows:
5               EXAMINATION
6   BY MR. FAES:
7        Q.    Doctor, my name is Andy Faes,
8   and I'm here to take your deposition now
9   regarding the TVT and TVT-O case.  Do you
10  understand that?
11       A.    Yes.
12       Q.    You understand that you're
13  still under oath from earlier and you're
14  still sworn to tell the truth, correct?
15       A.    Yes.
16       Q.    And again, as before, if I ask
17  a question that doesn't make sense to you,
18  please let me know and I'll try to rephrase
19  the question.
20       A.    Okay.
21       MR. FAES:  I'm just going to
22  continue the exhibit numbers.  Is that
23  okay?
24       MR. GAGE:  That's fine.

| Page 9 |
|---|

1        (Deposition Exhibit 18 marked.)
2   BY MR. FAES:
3        Q.    Doctor, I'm going to hand you
4   what's been marked as Exhibit No. 18 to your
5   deposition.  Can you tell me what that is?
6        MR. GAGE:  And just for the
7   record, when he says, "We're
8   continuing the exhibit numbers," he
9   means we're continuing the exhibit
10  numbers that were marked from
11  Dr. Pramudji's prior deposition that
12  was this morning and then yesterday in
13  the Prolift, Prosima and Gynemesh PS
14  cases.
15       MR. FAES:  Right.  And we
16  may -- actually, we are going to refer
17  back to some of those exhibits as
18  well.
19       A.    This is my expert report
20  containing my opinions about the TVT.
21  BY MR. FAES:
22       Q.    Does this report contain each
23  of the opinions you've reached regarding the
24  TVT and TVT-O?

3 (Pages 6 to 9)

Christina Pramudji, M.D.

Page 10

1    A.    Yes, thus far.
2    Q.    Now, this report discussed
3  various facts.  Did you discuss the facts in
4  your report that you felt were the most
5  important to you in drawing your opinions in
6  this report?
7    A.    Yes.
8    Q.    And there are articles cited
9  here in your report.  And in terms of your
10  decision-making and writing the report, why
11  did you cite to those articles in your
12  report?
13    A.    I felt like those articles had
14  the best level I data, as far as randomized
15  control trials, and reviews which were the
16  most rigorous.
17  BY MR. FAES:
18    Q.    And you've also got a reliance
19  list which is in front of you, which is
20  previously marked as Exhibit 13 in your
21  previous deposition.  Is that all -- is that
22  a list of all the material that you've
23  reviewed and relied upon for your TVT and
24  TVT-O opinions in addition to the materials

Page 11

1  cited in your report?
2    A.    Yes, I believe so.
3    Q.    Are there any materials that
4  you reviewed or relied upon in forming your
5  opinions that are not either listed in your
6  report marked as Exhibit 18 or in your
7  reliance list marked as Exhibit 13?
8    A.    Not that I can think of right
9  now.
10    Q.    Can you tell me when you were
11  first contacted about being an expert for
12  this case, meaning this particular report?  I
13  know you've served as an expert for TVT and
14  TVT-O in the past, but when were you first
15  contacted to be an expert for this particular
16  wave?
17    A.    I believe it was in November of
18  2015.
19    Q.    And how many hours would you
20  say you've spent completing your general
21  report?
22    A.    Well, I just had to modify a
23  previous report, so it wasn't that much time.
24    Q.    And how many hours would you

Page 12

1  estimate that you spent?
2    A.    Maybe ten hours.
3    Q.    And what previous report did
4  you modify to create the report that's in
5  front of you?
6    A.    I had done a TVT report in a
7  previous case, I think it was -- was it --
8  Bellew, if I remember correctly.
9    Q.    I don't think it was Bellew.
10    A.    No.  Oh, Huskey.  Huskey.
11    Q.    Okay.  And that report was
12  issued in 2014; is that correct?
13    A.    That sounds about right.
14    Q.    So you hadn't updated your TVT
15  or TVT-O opinions between 2014 and when this
16  report was signed in February of this year?
17    A.    I believe that's correct.
18    Q.    Do you recall specifically any
19  new opinions that you have that are contained
20  within this report that are important to you
21  that have changed since the last time you
22  were deposed in 2014 and testified?
23    A.    No.
24    Q.    Doctor, I've added up the

Page 13

1  number of hours that you estimate you've
2  worked for these Wave 1 cases.  You told me
3  that you estimated between 30 and 50 hours
4  for each case-specific report, which would
5  put you between 420 and 700 hours.  Do you
6  have any reason to disagree with my math on
7  that?
8    A.    No, that sounds right.
9    Q.    And those hours would be billed
10  at $600 an hour, correct?
11    A.    Correct.
12    Q.    So if you multiply those
13  numbers, I estimate that you will be paid
14  approximately between 252,000 and $420,000
15  just for your case-specific opinions in this
16  Wave 1; is that correct?
17    A.    That sounds like correct math.
18    Q.    And in addition, you'll bill
19  approximately $36,000 for your TVT-O general
20  report and your Prosima Gynemesh PS and
21  Prolift report, based on 50 hours for the
22  Prosima, Prolift, Gynemesh PS report and
23  ten hours for the TVT report.  Does that
24  sound correct?

4 (Pages 10 to 13)

Christina Pramudji, M.D.

Page 14

```
 1      A.   Yes.
 2      Q.   So in total, if my math is
 3  correct, you stand to be paid by Ethicon's
 4  attorneys somewhere between 288,000 and
 5  $456,000 for the reports you've issued in
 6  this Wave 1?
 7      A.   Yes.
 8      Q.   Doctor, you've provided a CV
 9  with your report; is that correct?
10      A.   Yes.
11      Q.   I'll make another copy of your
12  CV as 19.  It's one that was with the report,
13  but I don't think that's going to materially
14  affect the questions I'm going to ask.
15           (Deposition Exhibit 19 marked.)
16  BY MR. FAES:
17      Q.   Doctor, within your CV is a
18  list of publications.  Do any of the
19  publications in your CV specifically address
20  the TVT or TVT-O?
21      A.   No.
22      Q.   You've never published in the
23  area of sling complications; is that right?
24      A.   That's correct.
```

Page 15

```
 1      Q.   Do any of your publications
 2  specifically address midurethral
 3  polypropylene slings?
 4      A.   No.
 5      Q.   I realize you've been asked
 6  this, but it's been a couple of years.
 7  Doctor, what slings do you currently use?
 8      A.   Currently use the TVT Exact,
 9  TVT Obturator and TVT Abbrevo.
10      Q.   Have you done preceptorships
11  for all three of those products?
12      A.   I have not done preceptorships
13  for TVT Exact and retropubic TVT, but I did
14  do preceptorships for Obturator and Abbrevo.
15      Q.   That's what I thought you were
16  going to say.  So you no longer, at least
17  currently, use the TVT retropubic or classic
18  TVT product; you only use the TVT Exact,
19  which I understand is also a retropubic
20  sling, but it's not the original 1998
21  version, correct?
22      A.   Correct.
23      Q.   When you use the TVT-O sling,
24  do you know if you use the laser cut version
```

Page 16

```
 1  of the sling or the mechanically cut version
 2  of the sling?
 3      A.   I don't know.
 4      Q.   Do you know how to tell the
 5  difference if you were to pick up the box?
 6      A.   I believe that the -- no, I
 7  really don't.
 8      Q.   And you do know that both the
 9  TVT Exact and the TVT Abbrevo products are
10  only offered in laser cut mesh, right?
11      A.   I don't really know.  I don't
12  really pay attention.
13      Q.   You don't know?
14      A.   It doesn't matter clinically.
15      Q.   Do you -- are you currently
16  still using the Solyx device?
17      A.   No.
18      Q.   Did you ever end up enrolling
19  any patients for the Solyx clinical trial?
20      A.   No.  I moved practices in
21  the -- midstream of setting up that trial,
22  and it was just too cumbersome to try to set
23  it up and start my own business at the same
24  time.
```

Page 17

```
 1      Q.   Have you implanted any Solyx
 2  devices in the last three years?
 3      A.   No, I don't believe so.
 4      Q.   Have you implanted any products
 5  other than -- strike that.
 6           Have you implanted any
 7  midurethral polypropylene slings other than
 8  the TVT Exact, TVT-O and TVT Abbrevo in the
 9  last three years?
10      A.   I think I tried the Mini-Arc
11  once or twice.
12      Q.   So it's --
13      A.   But that's all I can remember.
14      Q.   What would you say is your
15  sling of choice right now?
16      A.   In my hands, I really like the
17  TVT Exact.
18      Q.   What percentage of the time
19  would you say you implant that device as
20  compared to the other slings?
21      A.   Probably 95 percent of the
22  time.
23      Q.   And what patients -- what types
24  of patients do you choose to perform the
```

5 (Pages 14 to 17)

Christina Pramudji, M.D.

Page 18

1    TVT-O or TVT Abbrevo procedure?
2         A.    I tend to use those more for
3    patients with occult stress incontinence when
4    I'm doing a prolapse repair, or if they have
5    any sign of a weak bladder or poor emptying,
6    I might be more inclined to do those slings
7    rather than the retropubic.
8         Q.    Okay.  Has Ethicon ever asked
9    you to offer your opinions on the TVT-Secur
10   sling as an expert?
11        A.    No.
12        Q.    What about the Abbrevo?
13        A.    No.
14        Q.    Or the Exact, TVT Exact?
15        A.    I don't think so.
16        Q.    What other surgical procedures
17   do you currently perform for the treatment of
18   stress urinary incontinence other than the
19   three products you mentioned?
20        A.    I also do autologous fascial
21   slings.  I do biological midurethral -- I
22   should say biological retropubic slings with
23   a biological graft and Coaptite periurethral
24   bulking.

Page 19

1         Q.    Is that a surgical procedure?
2         A.    Yes.
3         Q.    Would you say that your use of
4    autologous fascial slings and biological
5    slings has increased in the last few years?
6         A.    No, it's stable.
7         Q.    What biological slings do you
8    currently use?
9         A.    I usually -- there's no, you
10   know, kit or marketed product for that, so I
11   usually fashion it out of Xenform,
12   X-e-n-f-o-r-m, material.
13        Q.    That's a Boston Scientific
14   product, right?
15        A.    Yes.
16        Q.    Do you know if you're currently
17   using any other Boston Scientific products
18   other than Xenform, except for potentially
19   you may be using the Uphold product in the
20   future as you mentioned earlier?
21        A.    They have a vaginal manipulator
22   that I use during sacrocolpopexy.  That's the
23   only thing for pelvic floor.  Then I use some
24   things for kidney stones that are Boston

Page 20

1    Scientific products.
2         Q.    Are you still a consultant for
3    Boston Scientific?
4         A.    No.
5         Q.    When did that relationship end?
6         A.    I think it's been a couple of
7    years since I did anything with them.  A year
8    or two.  I can't recall.
9         Q.    Are there any other mesh
10   companies that you are currently doing
11   consulting work for?
12        A.    No.
13        Q.    Are there any other medical
14   device companies that you are currently doing
15   consulting work for?
16        A.    Not right now.
17        Q.    Are there any other
18   pharmaceutical companies that you're
19   currently doing any consulting work for?
20        A.    No, not right now.
21        Q.    Would it be fair to say that
22   you've been pretty loyal to Ethicon's stress
23   urinary incontinence products in terms of
24   polypropylene slings for the last

Page 21

1    three years?
2         A.    Yes.
3         Q.    In your report on page 7, you
4    state that you've reviewed the expert reports
5    submitted by plaintiffs, specifically
6    Drs. Rosenzweig, Margolis and Carey.  Is that
7    correct?
8         A.    Yes.
9         Q.    Do you recall, have you
10   reviewed any other expert reports in this
11   wave?
12        A.    Regarding TVT?
13        Q.    Yes.
14        A.    Not that I can recall right
15   now.
16        Q.    You also state that you
17   reviewed the materials cited in the reports
18   and their expert depositions; is that
19   correct?
20        A.    Yes.
21        Q.    Did you review every single
22   document that they cited in their reports?
23        A.    For the most part.
24        Q.    Who got those documents for

6 (Pages 18 to 21)

Christina Pramudji, M.D.

Page 22

1    you?
2         A.    Butler Snow helped me to gather
3    them together.
4         Q.    Is there any particular
5    reason -- actually -- yeah.  Is there any
6    particular reason why you chose to review the
7    expert reports of just those three
8    individuals?
9         A.    I can't remember if I reviewed
10   others, but I just have reviewed everything
11   that I could.
12        Q.    If you've reviewed others, how
13   would I determine that?  Are those listed on
14   your reliance list or anywhere else?
15        A.    Trying to remember.
16            MR. FAES:  I mean, here's the
17        problem, William, is I don't even see
18        these three listed on her reliance
19        list and there's only three listed in
20        her report.  So if there's other ones
21        she's reviewed, I need to know that.
22            MR. GAGE:  All right.
23   BY MR. FAES:
24        Q.    Okay.  Is the answer you don't

Page 23

1    recall at this time?
2         A.    Yeah, I can't recall right now.
3         Q.    We'll just move on.  On page 18
4    of your report, you state that you "know of
5    no pelvic floor surgeons in the state of
6    Texas or in the United States who use PVDF or
7    kits employing PVDF to treat SUI or mixed
8    UI" -- mixed urinary incontinence -- "the
9    same can be true for Vypro and Ultrapro
10   mesh."
11            Is that correct?
12        A.    That's correct.
13        Q.    You know that the Ultrapro mesh
14   is not available from Ethicon in a
15   preconfigured sling like the TVT and the
16   TVT-O, correct?
17        A.    Correct.
18        Q.    So if a physician were to want
19   to use the Ultrapro in a sling, they would
20   essentially have to fashion the sling
21   themselves out of Ultrapro flat mesh, right?
22        A.    Correct.
23        Q.    And the reason that it's not
24   available in a preconfigured sling with

Page 24

1    Ultrapro is because Ethicon has chosen not to
2    market that device, correct?
3         A.    I don't know the details behind
4    that.
5         Q.    Do you know what the TVT-O PA
6    is?
7         A.    No.
8         Q.    So I take it, then, that you
9    don't know whether or not the TVT-O PA was an
10   obturator sling developed by Ethicon that had
11   the Ultrapro mesh rather than the mesh that's
12   currently used in the TVT-O?
13        A.    No, I'm not familiar with that.
14        Q.    Do you know whether or not
15   Ethicon stated to the FDA that the TVT-O PA
16   with the Ultrapro material was substantially
17   equivalent to the TVT-O?
18            MR. GAGE:  Object to form.
19        A.    I'm not familiar with that.
20   BY MR. FAES:
21        Q.    Is that something that would
22   change your opinion on whether or not there
23   is clinical data on the use of the Ultrapro
24   mesh as it relates to SUI patients if the

Page 25

1    manufacturer of the ULTRAPRO mesh told the
2    FDA that it was substantially equivalent to
3    the TVT-O already on the market?
4             MR. GAGE:  Object to form.
5         A.    I don't know.
6    BY MR. FAES:
7         Q.    You state on page 19 of your
8    report that the "Vypro and the Ultrapro also
9    have a partially absorbable component and the
10   data do not show that these meshes would work
11   in the TVT design as the mesh sticks to the
12   sheath and tears apart on sheath removal,
13   losing integrity."
14            Is that correct?
15        A.    That's correct.
16        Q.    How do you know that the
17   Ultrapro would stick to the sheath and tear
18   apart during sheath removal?
19        A.    From the data.
20        Q.    What data?
21        A.    I'm trying to remember where I
22   got this from.  I would have to look through
23   to remember where I got this from.
24        Q.    Do you know whether or not

7 (Pages 22 to 25)

Christina Pramudji, M.D.

Page 26

1    Ethicon engineers worked on the problem of
2    the Ultrapro mesh sticking to the sheaths
3    during the sheath removal and ultimately
4    solved that problem?
5          MR. GAGE:  Object to form.
6       A.    I can't recall right now.
7    BY MR. FAES:
8       Q.    If that were indeed the case
9    and Ethicon engineers had solved that
10   problem, is that something that could
11   potentially change your opinion, that the
12   Ultrapro mesh would stick to the sheath and
13   tear apart upon sheath removal, losing
14   integrity?
15      A.    Sure.
16      Q.    You state on page 21 of your
17   report that pain and dyspareunia can occur
18   with all surgeries, as can organ damage and
19   bladder perforation.  And on the following
20   page -- is that correct, first of all?
21      A.    Yes, that's correct.
22      Q.    On the following page you say,
23   "Moreover these risks are obvious to pelvic
24   floor surgeons performing SUI surgeries,"

Page 27

1    giving their described surgical techniques
2    and instruments and materials used during SUI
3    surgery.
4          Is that correct?
5       A.    Yes.
6       Q.    Do you know whether pain and
7    dyspareunia, organ damage and bladder
8    perforation are warned about in the IFU?
9       A.    I would have to review it to
10   say definitively.
11      Q.    Well, I'll represent to you
12   that, at least as of 2015, all of those risks
13   are now in the IFU.  So assuming that to be
14   true, if they are obvious, do you have an
15   opinion as to why Ethicon chose to include
16   them in their IFU anyway as of 2015?
17         MR. GAGE:  Object to form.
18      A.    I'm not sure why they put them
19   in.  I don't have a problem with it.  I don't
20   think it's necessary, but it's reasonable.
21   BY MR. FAES:
22      Q.    You state on page 28 of your
23   report that even if particles from the TVT
24   mesh were to get into the vagina, there would

Page 28

1    be no clinically significant effect; is that
2    correct?
3       A.    Absolutely.
4       Q.    So it's your opinion that a
5    particle of Prolene that's directly under the
6    skin of the vagina couldn't cause pain or
7    discomfort for the patient?
8       A.    That's correct.
9       Q.    Even in the vagina, where
10   there's friction, if there were friction --
11   if there were a piece of Prolene directly
12   underneath the skin in the vagina and you
13   know in the vagina there's friction that
14   occurs during intercourse, you don't believe
15   that that could cause discomfort or pain
16   under any circumstance?
17         MR. GAGE:  Object to form.
18      A.    No.  What I would clarify is
19   that, yes, any Prolene suture, mesh,
20   particles, if they're too superficial, then,
21   yeah, that could cause discomfort.  We see
22   sutures that are used in prolapse repairs
23   that will be right under the surface and that
24   can cause friction and irritation.

Page 29

1    BY MR. FAES:
2       Q.    So you would agree that if a
3    particle from a TVT became loose and became
4    too superficial in the vagina, it could cause
5    discomfort or pain, particularly during
6    friction from intercourse?
7       A.    If it were too superficial and
8    there was some irritation around it, it's
9    potential.  But the particle issue is really
10   not an issue.  It's really not something that
11   we see clinically.  I have never gone in to a
12   patient -- you know, do surgery on a patient
13   and found a particle to be a source of pain
14   or causing problems at all.
15         MR. FAES:  I'm going to object
16      and move to strike after the word
17      "potential."
18   BY MR. FAES:
19      Q.    You go on to say on the same
20   page that, "Also, during the surgery, the
21   site can be irrigated and suctioned, which
22   would dispose of any particles."
23         Is that correct?
24      A.    That's correct.

8 (Pages 26 to 29)

Christina Pramudji, M.D.

Page 30

1      Q.    Isn't it true that the site
2   can't be irrigated and suctioned if the
3   particle becomes loose after the surgery is
4   completed and the incision is closed?
5      A.    That doesn't happen.
6      Q.    That was not my question,
7   whether or not it happens.  My question was,
8   isn't it true that the site can't be
9   irrigated and suctioned if a particle becomes
10  loose after the surgery is completed and the
11  incision is closed?
12     A.    Yes, that is correct, to answer
13  that hypothetical question.
14     Q.    You state on page 29 of your
15  report that, "The protective sheath over the
16  mesh bears the forces as the mesh is passed
17  through the pelvis and as noted the mesh is
18  placed tension free and spaced from the
19  urethra with an instrument like a dilator
20  before removing the sheaths."
21        Is that correct?
22     A.    That's correct.
23     Q.    So as you've stated here,
24  you've seen a surgeon before use a Babcock or

Page 31

1   other instrument to hold the tape in place
2   while the sheaths are removed, correct?
3      A.    Correct.
4      Q.    Would you -- have you ever seen
5   a procedural video that was sent out to
6   physicians where the mesh appears to be being
7   stretched at that localized point where it's
8   being held in place by the Babcock while the
9   sheaths are being removed?
10     A.    I can't recall as I sit here
11  right now.
12     Q.    You also state, "Metal
13  particle" -- strike that.
14        You also state that, "Mesh
15  particles seen in packaging are also of no
16  clinical concern."
17        Is that correct?
18     A.    That's correct.
19     Q.    Is your opinion the same if
20  there are metal particles seen in packaging,
21  that those pose no clinical concern?
22     A.    That's correct.
23     Q.    So if there's metal particles
24  in the packaging or embedded within the mesh,

Page 32

1   you don't believe that that causes any
2   clinical concerns to the patient if that
3   metal particle gets into the body because
4   it's in the packaging?
5         MR. GAGE:  Object to form.
6      A.    Okay.  I'm picturing the
7   particles in the package that when you take
8   out the instruments and the implant, those
9   are not going to go into the patient.  But
10  then you added in the part about it being
11  embedded in the mesh.  So can you clarify
12  what you mean by that?
13  BY MR. FAES:
14     Q.    Well, let me ask you this.  If
15  there's a -- if there's metal particles loose
16  in the TVT mesh packaging, that could
17  potentially get imbedded in the mesh,
18  correct?
19        MR. GAGE:  Object to form.
20     A.    I can't envision that
21  happening.
22  BY MR. FAES:
23     Q.    Let me ask you this.  If a --
24  if, hypothetically, a metal particle was

Page 33

1   embedded in the mesh and the surgeon didn't
2   notice it and it got implanted into the
3   patient with metal particles in the mesh,
4   could that cause a clinical concern?
5         MR. GAGE:  Object to form.
6      A.    I really don't know, because we
7   do metal implants in orthopedic surgery.  So
8   I -- I don't know the answer to that
9   question.
10  BY MR. FAES:
11     Q.    Would you knowingly implant a
12  TVT product that it appeared that there were
13  foreign matter or metal within the mesh?
14        MR. GAGE:  Object to form.
15  BY MR. FAES:
16     Q.    Or would you go -- go to the
17  shelf and get out a different one that didn't
18  have that problem?
19        MR. GAGE:  Object to form.
20     A.    If I saw some metal in there, I
21  would probably go get another device or clean
22  it off or something.
23  BY MR. FAES:
24     Q.    Do you know where the TVT and

9 (Pages 30 to 33)

Christina Pramudji, M.D.

Page 34

1    TVT-O are manufactured?
2        A.    No, I don't.
3        Q.    Well, I'll represent to you
4    they're manufactured in Neuchâtel,
5    Switzerland, which I'm sure the court
6    reporter does not know how to spell.
7                Were you aware that in 2010,
8    the entire TVT-O and TVT production lines
9    were shut down because there was an excess of
10   foreign materials in the product in
11   packaging?
12               MR. GAGE:  Object to form.
13       A.    No, I was not aware of that.
14   BY MR. FAES:
15       Q.    Do you think that could
16   potentially cause a clinical impact if there
17   were foreign matter in the products in
18   packaging of the TVT and TVT-O?  Do you have
19   any opinion on that?
20       A.    I don't really have an opinion
21   on it.
22            (Deposition Exhibit 20 marked.)
23   BY MR. FAES:
24       Q.    Doctor, I'm going to hand you

Page 35

1    what's been marked as Exhibit 20 to your
2    deposition, as soon as I get it out and get
3    it marked.
4        A.    Is it material that this is not
5    the updated CV?  Does that matter?
6        Q.    Does it affect the answers to
7    the questions I asked you?
8        A.    No.
9        Q.    No, then it doesn't.
10       A.    Okay.
11       Q.    Doctor, I've handed you what's
12   been marked as Exhibit 20, and this is -- at
13   least the first page of it is an e-mail dated
14   April 21st, 2014, but the part of it that I
15   want to focus is on the second page where the
16   e-mail string begins, and it's an e-mail from
17   an Amy Silverstein to you dated April 21st,
18   2014.  Do you see that?
19       A.    Yes.
20       Q.    It says, "Hi Dr. Pramudji:  I'm
21   a reporter with the Dallas Observer, working
22   on a story about mesh used for transvaginal
23   pelvic organ repair and incontinence surgery,
24   and I've got a few questions for you about

Page 36

1    the surgery and your relationship with
2    Ethicon.  Are you available to talk to me
3    this week?  I've also been trying to reach
4    your colleague Dr. Melvyn Anhalt, though I
5    haven't heard back yet."
6                Do you see that?
7        A.    Yes.
8        Q.    And this e-mail gets forwarded
9    to Burt Snell at Butler Snow; is that
10   correct?
11       A.    Yes.
12       Q.    It's forwarded by you.  And
13   Burt Snell is a lawyer for Ethicon, who
14   actually here yesterday helping you prepare
15   for your deposition; is that correct?
16       A.    That's correct.
17       Q.    First of all, do you recall if
18   you ever replied to Amy Silverstein regarding
19   this message?
20       A.    No, I did not.
21       Q.    Have you ever spoken to the
22   press about mesh used for pelvic organ
23   prolapse or stress urinary incontinence?
24       A.    Not that I can recall.

Page 37

1        Q.    Do you recall any particular
2    reason why you chose not to respond to this
3    e-mail?
4        A.    No, I don't remember.
5        Q.    Do you know if Dr. Anhalt ever
6    spoke with Ms. Silverstein or anyone else in
7    the press?
8        A.    I don't know.
9        Q.    Now, this is dated April 21st,
10   2014.  Do you recall that this was about a
11   month after the Batiste trial concluded?
12       A.    Yes.
13       Q.    And you know that Dr. Anhalt
14   was -- testified in that case as an expert
15   witness for Ethicon and Johnson & Johnson,
16   correct?
17       A.    Yes, I was aware of that.
18       Q.    Do you still speak with
19   Dr. Anhalt?
20       A.    Yes.
21       Q.    Do you speak with Dr. Anhalt
22   about your consulting work with Ethicon and
23   Johnson & Johnson?
24       A.    No, we have other things to

10 (Pages 34 to 37)

Christina Pramudji, M.D.

Page 38

1  talk about.
2      Q.    Have you ever spoken to the
3  press about your relationship with Ethicon,
4  as this reporter was requesting?
5      A.    I don't believe so.
6      Q.    Is that because you would
7  prefer to keep the details about your
8  relationship with Ethicon and Johnson &
9  Johnson private?
10     A.    I don't have any reason to keep
11 it private.
12     Q.    Doctor, I'm going to ask you
13 about some adverse reactions and I'm going to
14 ask if -- ask you whether or not you believe
15 these are adverse events that can be
16 associated with the TVT or TVT-O product.
17 Okay?
18     A.    Okay.
19     Q.    Acute and/or chronic pain?
20     A.    Yes, as in other pelvic
21 surgeries.
22            MR. FAES:  Object and move to
23     strike after the answer "yes."
24

Page 39

1  BY MR. FAES:
2      Q.    Voiding dysfunction?
3      A.    Yes, as in other pelvic
4  surgeries.
5            MR. FAES:  Object and move to
6     strike after the answer.
7  BY MR. FAES:
8      Q.    Pain with intercourse which in
9  some patients may not resolve?
10     A.    Yes, as in other pelvic
11 surgeries.
12     Q.    I just have --
13            MR. FAES:  Object and move to
14     strike after the answer.
15 BY MR. FAES:
16     Q.    Neuromuscular problems,
17 including acute and/or chronic pain in the
18 groin, thigh, leg, pelvic and/or abdominal
19 area may occur?
20     A.    Yes, as in other pelvic
21 surgeries.
22            MR. FAES:  Object and move to
23     strike after the answer.
24

Page 40

1  BY MR. FAES:
2      Q.    Recurrence of incontinence?
3      A.    Yes, as in other incontinence
4  surgeries.
5            MR. FAES:  Object and move to
6     strike after the answer.
7  BY MR. FAES:
8      Q.    Bleeding, including hemorrhage
9  or hematoma?
10     A.    Yes, as in other surgeries.
11            MR. FAES:  Object and move to
12     strike after the answer.
13 BY MR. FAES:
14     Q.    One or more revision surgeries
15 may be necessary to treat these adverse
16 reactions?
17     A.    Yes, as in other pelvic
18 surgeries.
19            MR. FAES:  Object and move to
20     strike after the answer.
21 BY MR. FAES:
22     Q.    Prolene mesh is a permanent
23 implant that integrates into the tissue.  In
24 cases where the Prolene mesh needs to be

Page 41

1  removed in part or whole, significant
2  dissection may be required?
3      A.    Yes, as could occur with
4  sutures in other pelvic surgeries.
5            MR. FAES:  Object and move to
6     strike after the answer.
7  BY MR. FAES:
8      Q.    Seroma?
9      A.    Yes, as in other pelvic
10 surgeries.
11            MR. FAES:  Object and move to
12     strike after the answer.
13 BY MR. FAES:
14     Q.    Urge incontinence?
15     A.    Yes, as in other pelvic
16 surgeries.
17            MR. FAES:  Object and move to
18     strike after the answer.
19 BY MR. FAES:
20     Q.    Urinary frequency?
21     A.    Yes, as in other pelvic
22 surgeries.
23            MR. FAES:  Object and move to
24 strike after the answer.

11 (Pages 38 to 41)

Christina Pramudji, M.D.

Page 42

1  BY MR. FAES:
2      Q.    Urinary retention?
3      A.    Yes, as in other pelvic
4  surgeries.
5          MR. FAES:  Object and move to
6      strike after the answer.
7  BY MR. FAES:
8      Q.    Adhesion formation?
9      A.    Yes, as in other pelvic
10  surgeries.
11          MR. FAES:  Object and move to
12      strike after the answer.
13  BY MR. FAES:
14      Q.    Atypical vaginal discharge?
15      A.    Yes, as in other pelvic
16  surgeries.
17          MR. FAES:  Object and move to
18      strike after the answer.
19  BY MR. FAES:
20      Q.    Exposed mesh may cause pain or
21  discomfort to the patient's partner during
22  intercourse?
23      A.    Yes, as can occur with exposed
24  sutures in other pelvic surgeries.

Page 43

1          MR. FAES:  Object and move to
2      strike after the answer.
3  BY MR. FAES:
4      Q.    Death?
5      A.    Yes, as in any surgery.
6          MR. FAES:  Object and move to
7      strike after the answer.
8  BY MR. FAES:
9      Q.    Doctor, are you aware of
10  whether or not these are all adverse
11  reactions that were added to the TVT and
12  TVT-O IFU in May of 2014?
13          MR. GAGE:  Object to form.
14      A.    I believe that's correct.
15          (Deposition Exhibit 21 marked.)
16  BY MR. FAES:
17      Q.    I'll go ahead and mark a copy
18  of that just so you're not flying blind,
19  which is Exhibit 21.
20          MR. FAES:  You need one,
21      William?
22          THE WITNESS:  Is it 2015?  Is
23      that what you meant to say?
24

Page 44

1  BY MR. FAES:
2      Q.    Yeah, I'll re-ask the question
3  for the record to correct it.  Doctor, are
4  you aware of whether or not these are all
5  adverse reactions that were added to the TVT
6  and TVT-O IFU in May of 2015?
7      A.    Yes.
8      Q.    See, don't just agree with
9  whatever I say.
10          MR. GAGE:  See, I was getting
11      ready to -- I was going to do a
12      speaking objection on that, if she had
13      not clarified it.
14  BY MR. FAES:
15      Q.    Doctor, do you know whether or
16  not the list of adverse reactions that were
17  added in May of 2015 are all risks that
18  Ethicon knew about at the time the TVT was
19  first launched in 2008?
20      A.    The TVT was first launched in
21  2008?
22      Q.    1998.  Thank you.
23      A.    I'm not sure.
24      Q.    You just -- you don't know one

Page 45

1  way or the other?
2      A.    No.
3      Q.    Are you aware that -- strike
4  that.
5          Do you know why Ethicon chose
6  to add these adverse events to its IFU in
7  2015?
8      A.    My understanding is that the
9  Canadian board asked them to add some
10  specific reactions, and they decided just to
11  go ahead and put a long laundry list in
12  there.
13      Q.    Do you believe that -- do you
14  believe that these -- adding these -- strike
15  that.
16          Do you believe that Ethicon
17  would've added all of these adverse reactions
18  if they didn't believe they were necessary to
19  support the continued sale of the device?
20          MR. GAGE:  Object to form.
21      A.    Could you repeat that for me?
22  BY MR. FAES:
23      Q.    Sure.  Do you believe that
24  Ethicon would've added all these adverse

12 (Pages 42 to 45)

Christina Pramudji, M.D.

Page 46

1    reactions if they didn't believe they were
2    necessary to support the continued sale of
3    the device?
4          MR. GAGE:  Object to form.
5       A.   I don't know.
6    BY MR. FAES:
7       Q.   Are you aware that Dr. Martin
8    Weisberg was designated by Ethicon as a
9    corporate representative for why these IFU
10   changes were made?
11      A.   Yes, I'm familiar with that.
12      Q.   Have you read that deposition?
13      A.   No, I haven't.
14      Q.   Do you think that's a
15   deposition that would be important to you in
16   forming your opinions on this case?
17      A.   No.
18      Q.   You don't think it's important
19   to know why Ethicon chose to add these
20   adverse reactions to their IFU?
21      A.   It doesn't change my opinions.
22      Q.   Would you agree that this is a
23   significant IFU update?
24      A.   They certainly added several

Page 47

1    things on there, which I think is reasonable,
2    but I don't think it's necessary.  I think it
3    was adequate before they added all those in.
4       Q.   Do you believe that these
5    additional adverse reactions that Ethicon
6    added to the IFU is helpful to pelvic
7    surgeons who may consider using the TVT?
8       A.   Not particularly, since pelvic
9    surgeons are already familiar with all of
10   these adverse reactions.
11      Q.   You don't believe that adding
12   this list of information to the IFU might
13   help physicians better consent their patients
14   for surgery with the TVT or TVT-O?
15      A.   No.
16      Q.   Would you agree that informed
17   consent is frequently guided by the contents
18   of an IFU for that particular device?
19      A.   No, I don't think so.
20      Q.   Do you know whether or not
21   Ethicon sales reps -- representatives are
22   allowed to discuss with their doctors things
23   that are not in the IFU?
24      A.   I don't know about that.

Page 48

1       Q.   Assuming that sales
2    representatives for Ethicon are not permitted
3    to discuss with doctors things that are not
4    contained within the IFU, would you agree
5    that this update would be helpful by allowing
6    sales representatives to discuss more
7    potential risks of the product with their
8    doctors?
9       A.   Assuming that's true, then,
10   yes.
11          MR. FAES:  I want to take just
12   a quick five-minute break, and it will
13   help me get organized and focused on
14   what I really need to do.
15          (Recess Taken From 11:54 a.m.
16   To 12:00 p.m.)
17   BY MR. FAES:
18      Q.   Doctor, we're back on the
19   record after a short break.  Are you ready to
20   proceed?
21      A.   Yes.
22      Q.   Doctor, you said that you
23   believe you spent ten hours preparing your
24   TVT and TVT-O report in this case?

Page 49

1       A.   Correct.
2       Q.   Does that include all of the
3    time that you spent reviewing the expert
4    reports and materials cited by
5    Dr. Rosenzweig, Margolis and Carey?
6       A.   Yes, since this was just an
7    update.
8       Q.   So you believe it took you less
9    than ten hours to pull and look at every
10   footnote and document that they cited plus
11   update your report?
12      A.   I believe so.  I can't remember
13   specifically.
14      Q.   Doctor, have you reviewed the
15   2015 deposition of Laura Angelini, because I
16   didn't see it on your reliance list?
17      A.   I can't recall if I did or not.
18      Q.   As someone who will be offering
19   opinions on whether the TVT mesh frays,
20   ropes, curls, unravels, loses particles or
21   deforms, wouldn't you want to have access to
22   a deposition of a TVT product director
23   discussing documents related to TVT, mesh
24   fraying, roping, losing particles, curling or

13 (Pages 46 to 49)

Christina Pramudji, M.D.

Page 50

1  deforming?
2       MR. GAGE:  Object to form.
3       A.   I don't think it would change
4  my opinions, so no.
5  BY MR. FAES:
6       Q.   So you have no interest in
7  seeing that?
8       A.   It would be interesting to see
9  it.
10      Q.   But you'd agree that prior to
11  issuing your report in this case, you did not
12  review that deposition?
13      A.   I can't recall.
14      Q.   If you had reviewed that
15  deposition, it would be on your reliance
16  list, correct?
17      A.   Yes.  But I may miss something
18  here and there.
19      Q.   Do you know whether or not
20  this -- the 2015 Laura Angelini deposition
21  covered documents from the late 1990s and
22  early 2000s that showed Ethicon was on notice
23  that the mesh used in the TVT frayed, roped,
24  curled, unraveled and lost particles?

Page 51

1       MR. GAGE:  Object to form.
2       A.   I don't recall.
3  BY MR. FAES:
4       Q.   Do you know whether or not
5  during that time frame, from 1998 to 2000,
6  Ethicon initiated a mesh improvement product
7  for the Prolene mesh but excluded the TVT
8  mesh from that product -- from that project?
9  Sorry.
10      MR. GAGE:  Object to form.
11      A.   I don't know about that.
12  BY MR. FAES:
13      Q.   Have you reviewed the
14  October 2014 deposition of Tom Divilio?
15      A.   Sounds vaguely familiar.
16      Q.   Do you know whether or not that
17  deposition is on your reliance list?
18      A.   I don't remember.  I would have
19  to look.
20      Q.   If it's not on your reliance
21  list, does that mean you haven't reviewed the
22  deposition yet?
23      A.   Like I said, not -- you know, I
24  try to get everything on there, but there may

Page 52

1  be some things that I miss here and there
2  unintentionally.
3       Q.   Do you know whether or not Tom
4  Divilio was the product director when the TVT
5  was launched?
6       A.   I don't know.
7       Q.   As someone who will be offering
8  opinions on whether or not the TVT mesh
9  frays, ropes, curls, unravels, loses
10  particles and/or deforms, wouldn't you want
11  to have access to a deposition where those
12  things are being discussed by Ethicon's first
13  medical director?
14      A.   No, not necessarily.  I don't
15  think it would change my opinions.
16      Q.   You don't think that the
17  medical director at Ethicon who was there
18  when the TVT was first launched in the United
19  States can offer you any insight as to
20  whether or not the TVT is defective?
21      MR. GAGE:  Object to form.
22      A.   I don't think that's going to
23  trump my experience coupled with the
24  literature.

Page 53

1  BY MR. FAES:
2       Q.   Didn't ask whether it would
3  trump your experience coupled with the
4  literature.  My question was, you don't think
5  that the medical director at Ethicon who was
6  there when the TVT was first launched in the
7  United States can offer you any insight as to
8  whether or not the TVT is defective?
9       MR. GAGE:  Object to form.
10      A.   That's correct.
11  BY MR. FAES:
12      Q.   The testimony is -- of
13  Ethicon's first medical director when TVT was
14  launched isn't information that you would
15  want to consider in informing your -- in
16  forming your opinions in this case?
17      A.   I would consider it.  I
18  probably have looked at it, but it's not as
19  important to me as the literature and my own
20  experience, so no.
21      Q.   Are you going to offer an
22  opinion in this case that the tensioning of
23  the sling is the same whether or not the
24  sling is made of mechanically cut mesh or

14 (Pages 50 to 53)

Christina Pramudji, M.D.

Page 54

1    laser cut mesh?
2         A.   Yes, that's correct.
3         Q.   So if someone told you, for
4    example, that a laser cut mesh needs to be
5    tensioned more loosely under the urethra, you
6    would disagree with that?
7         A.   Yes.
8         Q.   Do you know whether or not
9    Ethicon's preceptors were telling doctors
10   that with regard to the laser cut mesh
11   products?
12        A.   I don't recall that.
13        Q.   But you were -- you were a
14   preceptor -- in fact, you still are a
15   preceptor for Ethicon, right?
16        A.   No, I haven't done any
17   preceptoring for a few years.
18        Q.   Since 2013, right?
19        A.   Correct.
20        Q.   But you were a preceptor for
21   Ethicon from 2004 to 2013, right?
22        A.   Correct.
23        Q.   And when you were preceptoring
24   for Ethicon, you never told anyone that the

Page 55

1    laser cut mesh needs to be tensioned any
2    differently than the mechanically cut mesh?
3         A.   Not that I can recall.
4         Q.   Did you --
5         A.   It's pretty much the same.
6         Q.   Did you ever tell anyone that
7    the -- for example, the Abbrevo device needs
8    to be tensioned differently than the TVT or
9    TVT Exact?
10        A.   No.
11        Q.   Do you know whether or not, in
12   fact, there are differences in the tensioning
13   instructions between the TVT-O, the TVT Exact
14   and the TVT Abbrevo?
15        A.   I can't recall, but
16   practically, it's the same.  The only one
17   that was different was the mini-sling.  But
18   among the other ones, it's really pretty much
19   the same tensioning.
20        Q.   And by "mini-sling," what do
21   you mean?  You mean the TVT-Secur?
22        A.   Correct.
23        Q.   Do you consider the TVT Abbrevo
24   to be a mini-sling?

Page 56

1         A.   Maybe technically they call it
2    a mini-sling.  It has more length than the
3    Abbrevo, so that's where I distinguish it.
4    So I don't call it a mini-sling.
5         Q.   What has more length than the
6    Abbrevo?
7         A.   I'm sorry, the Abbrevo has more
8    length than the Secur.
9         Q.   Right.  But you know that the
10   Abbrevo is substantially shorter than the
11   TVT-O product?
12        A.   Correct.
13        Q.   So I take it you would disagree
14   with a physician if that physician said that
15   he had to lay his laser cut mesh slings in
16   much tighter than the mechanically cut ones
17   in order to achieve success with the device?
18             MR. GAGE:  Object to form.
19        A.   Yes, I disagree.
20   BY MR. FAES:
21        Q.   Would you agree that a
22   responsible medical device company would
23   determine the proper way to place a device
24   before putting that product on the market?

Page 57

1         A.   In surgery, there can be more
2    than one proper way to do things.  So I think
3    it's responsible for the company to do their
4    best to figure out a good way to do it, but
5    there may be another way that evolves that's
6    better.
7         Q.   So I'm not sure if I was clear
8    on your answer.  Do you agree or disagree
9    that a responsible medical device company
10   should determine the proper way to place a
11   device before putting that product on the
12   market?
13        A.   My answer would be yes, but
14   recognizing that surgery is always evolving
15   and things may change over time.  So what may
16   be proper at one time may not be proper later
17   on, or there may be something more optimal,
18   in other words.
19             MR. FAES:  Object and move to
20        strike after the answer "yes."
21   BY MR. FAES:
22        Q.   You were a preceptor for the
23   TVT and Abbrevo at one time, correct?
24        A.   Yes.

15  (Pages 54 to 57)

Christina Pramudji, M.D.

Page 58

1      Q.     And you instructed other
2   physicians on how to place that mesh?
3      A.     Yes.
4      Q.     Did anyone at Ethicon ever tell
5   you that the Abbrevo device should be placed
6   snugly so that the tissue pillows through the
7   mesh?
8      A.     I don't recall that for
9   Abbrevo.
10     Q.     Do you know if that -- whether
11  or not that was Ethicon's medical director's
12  opinion of how the tensioning technique for
13  the Abbrevo should be described?
14     A.     I don't recall that.
15     Q.     As someone who taught the
16  Abbrevo device to other surgeons, is that
17  information you would've wanted to know?
18     A.     No, because I knew how to do
19  it, I knew how to get the results, so I
20  taught it the same way I taught the other
21  ones.
22     Q.     Do you know that Ethicon
23  actually solicited feedback from surgeons
24  about the proper way to tension the TVT

Page 59

1   Abbrevo device after it was launched?
2      A.     I don't know about that.
3      Q.     Did they ever ask for your
4   feedback on how to properly tension the
5   Abbrevo device?
6      A.     I don't recall.
7      Q.     Did they ever ask for your
8   feedback on how to properly tension any of
9   the TVT devices?
10     A.     I don't recall.
11     Q.     Would you have liked to have
12  been asked for your feedback on how to
13  properly tension the device since you seem
14  pretty sure about how to correctly do it?
15            MR. GAGE:  Object to form.
16     A.     Sure.
17  BY MR. FAES:
18     Q.     Doctor, will you be offering
19  opinions in this case related to the
20  properties and performance of the TVT mesh?
21     A.     Yes.
22     Q.     Would you agree that the
23  properties of the mesh affect the performance
24  of the mesh?

Page 60

1      A.     Yes.
2      Q.     Would you agree that the
3   properties of the mesh affect the safety
4   profile of the mesh?
5      A.     Yes.
6      Q.     Would you agree that the pore
7   size of the mesh is one property that affects
8   the safety profile of the mesh?
9      A.     Yes.
10     Q.     Would you agree that the
11  density of the mesh is one property that
12  affects the safety profile of the mesh?
13     A.     Yes.  I think the pore size and
14  density are important, and I think they got
15  it right.
16     Q.     Do you agree that the weight of
17  the mesh is a property that affects the
18  safety profile of the mesh?
19     A.     Yes.
20     Q.     Do you agree that the
21  elasticity of the mesh is a property that
22  affects the safety of the mesh?
23     A.     Well, in the sense the
24  elasticity can affect urinary retention if

Page 61

1   it's too tight, so yes.
2      Q.     Would you agree that stiffness
3   of the TVT mesh is one of the properties that
4   may affect the safety profile of the mesh?
5      A.     Yes.  It has to be flexible,
6   not too stiff, and that's what we see with
7   the TVT.
8            MR. FAES:  Object and move to
9       strike after the word "stiff."
10  BY MR. FAES:
11     Q.     Would you agree that the
12  surface area of the mesh is one property that
13  affects the safety profile of the mesh?
14     A.     I don't know that that has much
15  bearing on the safety profile, so no.
16     Q.     Do you agree that the tensile
17  strength of the TVT mesh is one property that
18  affects the safety profile of the mesh?
19     A.     No, I think that speaks more to
20  the durability of the mesh.
21     Q.     Well, would you agree that
22  tensile strength of the mesh is one property
23  that affects the efficacy of the mesh?
24     A.     Yes.

16 (Pages 58 to 61)

Christina Pramudji, M.D.

Page 62

1    Q.    Would you agree that surface
2  area of the mesh is one property that affects
3  the efficacy of the mesh?
4    A.    Yes, I can agree with that,
5  because if it were really narrow or really
6  wide, it could change the efficacy.
7    Q.    Would you agree that if the
8  mesh were too narrow to the point of a
9  string, it could affect the efficacy or cause
10  urinary retention?
11    A.    Yes, if it were too tight.
12    Q.    Doctor, do you know what the
13  standard is that a manufacturer should follow
14  when designing mesh products?
15         MR. GAGE:  Object to form.
16    A.    Whose standard are you
17  referring to?
18  BY MR. FAES:
19    Q.    I'm just asking, do you know of
20  any standards that manufacturers should or
21  must follow in designing mesh products?
22    A.    Not that I'm aware of.
23    Q.    Are you familiar with ISO
24  standards at all?

Page 63

1    A.    Not that I can remember.
2    Q.    Do you know what
3  responsibilities a manufacturer holds in
4  designing mesh products?
5    A.    No.
6    Q.    Do you know what kinds of
7  things a medical device company researches
8  before a product is designed or released?
9    A.    Could you repeat that question?
10    Q.    Sure.  Do you know what kinds
11  of things a company researches before a
12  product is designed or released?
13         MR. GAGE:  Object to form.
14    A.    Well, I think they research the
15  safety and efficacy of the product before
16  they release it.  Did I answer that question?
17  BY MR. FAES:
18    Q.    Let me change my question a
19  little bit.
20    A.    Okay.
21    Q.    Obviously they can't research
22  the safety and efficacy of a device before
23  it's designed.  So I'll change the question
24  to, do you know what kinds of things a

Page 64

1  company researches -- a medical device
2  company researches before a product is
3  designed?
4         MR. GAGE:  Object to form.
5    A.    I have ideas and conjectures,
6  but I don't know specifically what they --
7  what they do.
8  BY MR. FAES:
9    Q.    Would you agree that surgery
10  rates for stress urinary incontinence have
11  increased since the introduction of the TVT?
12    A.    That surgery rates have
13  increased?  I think so, yes.
14    Q.    Have your surgery rates
15  increased following the adoption of the TVT?
16    A.    Well, it's hard to say with me
17  because I came out of training right when it
18  was released.  So I've --
19    Q.    So you don't have --
20    A.    -- only really practiced in the
21  era of TVT.
22    Q.    So you can't really answer that
23  because you don't have a really good
24  before-and-after picture?

Page 65

1    A.    Correct.
2    Q.    You can answer if you know.  Do
3  you know if Dr. Anhalt's surgery rates
4  increased following the adoption of TVT?
5    A.    I don't -- I don't know.
6    Q.    Are synthetic mesh products
7  designed to increase surgery rates?
8    A.    I don't know if that's why
9  they're designed.
10    Q.    Would you agree -- strike that.
11         Do you agree or disagree with
12  the following statement:  Some physicians
13  feel that the current mesh materials in
14  slings are too hard and patients can feel it;
15  a softer mesh may be of benefit to patients?
16    A.    I disagree.
17         MR. GAGE:  Time.
18         MR. FAES:  Want to go off the
19  record for a second?  I think I'm
20  done.  I might have like three more
21  questions, or I may be done.
22         (Recess Taken From 12:19 p.m.
23  To 12:20 p.m.)
24

17 (Pages 62 to 65)

Christina Pramudji, M.D.

Page 66

1    BY MR. FAES:
2        Q.   Doctor, we're back on the
3    record.  Are you ready to proceed?
4        A.   Yes.
5        Q.   Doctor, do you know who Schlomo
6    Raz is?
7        A.   Yes.
8        Q.   Would you agree that he's one
9    of the most respected pelvic floor surgeons
10   in the world?
11       A.   Yes.
12       Q.   Would you agree that he's an
13   expert in treating mesh complications?
14       A.   Probably at this point, yes.
15       Q.   Would you agree that he has
16   more experience and expertise in pelvic floor
17   surgery than you do?
18       A.   He's definitely got more
19   experience, yes.
20       MR. FAES:  No further
21   questions.
22            EXAMINATION
23   BY MR. GAGE:
24       Q.   Dr. Pramudji, do you recall

Page 67

1    being asked about whether you had reviewed
2    certain depositions of Ethicon employees?
3        A.   Yes.
4        Q.   And in response to one of those
5    questions, you said, the fact whether you
6    reviewed one or more of those depositions was
7    not going to trump your experience and the
8    literature.  Do you recall that response?
9        A.   Yes.
10       Q.   What does that mean?
11       A.   That means that the body of
12   literature and my own experience in over a
13   thousand patients is more important to my
14   opinions than the opinions of company
15   employees.
16       Q.   Why is that?
17       A.   Because that is the actual
18   clinical outcome, actually what is happening
19   when you put in a TVT, and it's -- my
20   experience and the data show that it is very
21   safe and very efficacious.
22       MR. GAGE:  No more questions.
23
24

Page 68

1            FURTHER EXAMINATION
2    BY MR. FAES:
3        Q.   Doctor, when you serve as an
4    expert, you want to be fair and impartial,
5    right?
6        A.   Correct.
7        Q.   In order to be fair and
8    impartial, you want to review the evidence
9    and get all sides of the story, right?
10       A.   Correct.
11       MR. FAES:  No further
12   questions.
13       MR. GAGE:  So we're done.
14       (Deposition Concluded At
15   12:22 p.m.)
16            --o0o--
17
18
19
20
21
22
23
24

Page 69

1            CERTIFICATE
2    I, MICHEAL A. JOHNSON, Registered
     Diplomate Reporter, Certified Realtime
3    Reporter, Certified Court Reporter and Notary
     Public, do hereby certify that prior to the
4    commencement of the examination, CHRISTINA
     PRAMUDJI, M.D. was duly sworn by me to
5    testify to the truth, the whole truth and
     nothing but the truth.
6
         I DO FURTHER CERTIFY that the
7    foregoing is a verbatim transcript of the
     testimony as taken stenographically and by
8    and before me at the time, place and on the date
     hereinbefore set forth, to the best of my
9    ability.
10       I DO FURTHER CERTIFY that pursuant
     to FRCP Rule 30, signature of the witness was
11   not requested by the witness or other party
     before the conclusion of the deposition.
12
         I DO FURTHER CERTIFY that I am
13   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
14   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
15   that I am not financially interested in the
     action.
16
17
     _____
18   MICHEAL A. JOHNSON, RDR, CRR
     NCRA Registered Diplomate Reporter
19   NCRA Certified Realtime Reporter
     Certified Court Reporter
20
     Notary Public in and for the
21   State of Texas
     My Commission Expires:  8/8/2016
22
     Dated: March 24, 2016
23
24

18  (Pages 66 to 69)

Christina Pramudji, M.D.

| | |
|---|---|
| **Page 70** | **Page 72** |

**Page 70**

INSTRUCTIONS TO WITNESS

3      Please read your deposition over
4   carefully and make any necessary corrections.
5   You should state the reason in the
6   appropriate space on the errata sheet for any
7   corrections that are made.
8      After doing so, please sign the
9   errata sheet and date it.
10      You are signing same subject to
11   the changes you have noted on the errata
12   sheet, which will be attached to your
13   deposition.
14      It is imperative that you return
15   the original errata sheet to the deposing
16   attorney within thirty (30) days of receipt
17   of the deposition transcript by you. If you
18   fail to do so, the deposition transcript may
19   be deemed to be accurate and may be used in
20   court.

**Page 72**

ACKNOWLEDGMENT OF DEPONENT

4      I, CHRISTINA PRAMUDJI, M.D., do
hereby certify that I have read the foregoing
5   pages and that the same is a correct
transcription of the answers given by me to
6   the questions therein propounded, except for
the corrections or changes in form or
7   substance, if any, noted in the attached
Errata Sheet.

_____

CHRISTINA PRAMUDJI, M.D.          DATE

Subscribed and sworn to before me this
_____ day of _____, 20 _____.
My commission expires: _____

_____
Notary Public

**Page 71**

ERRATA
PAGE LINE CHANGE
3   ____ ____ _____
4        REASON: _____
5   ____ ____ _____
6        REASON: _____
7   ____ ____ _____
8        REASON: _____
9   ____ ____ _____
10        REASON: _____
11   ____ ____ _____
12        REASON: _____
13   ____ ____ _____
14        REASON: _____
15   ____ ____ _____
16        REASON: _____
17   ____ ____ _____
18        REASON: _____
19   ____ ____ _____
20        REASON: _____
21   ____ ____ _____
22        REASON: _____
23   ____ ____ _____
24        REASON: _____

**Page 73**

LAWYER'S NOTES

PAGE   LINE
3   ____ ____ _____
4   ____ ____ _____
5   ____ ____ _____
6   ____ ____ _____
7   ____ ____ _____
8   ____ ____ _____
9   ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____

Christina Pramudji, M.D.

**A**

abbrevo 15:9,14
  16:9 17:8 18:1
  18:12 55:7,14
  55:23 56:3,6,7
  56:10 57:23
  58:5,9,13,16
  59:1,5
abdominal
  39:18
ability 69:9
absolutely 28:3
absorbable 25:9
access 49:21
  52:11
accurate 70:19
achieve 56:17
acknowledgm...
  6:13 72:1
action 69:14,15
actual 67:17
acute 38:19
  39:17
add 45:6,9 46:19
added 12:24
  32:10 43:11
  44:5,17 45:17
  45:24 46:24
  47:3,6
adding 45:14
  47:11
addition 10:24
  13:18
additional 47:5
address 14:19
  15:2
adequate 47:3
adhesion 42:8
adoption 64:15
  65:4
adverse 38:13
  38:15 40:15
  43:10 44:5,16
  45:6,17,24
  46:20 47:5,10
afaes 4:3

affect 14:14 35:6
  59:23 60:3,24
  61:4 62:9
agree 29:2 44:8
  46:22 47:16
  48:4 50:10
  56:21 57:8
  59:22 60:2,6
  60:10,16,20
  61:2,11,16,21
  62:1,4,7 64:9
  65:10,11 66:8
  66:12,15
ahead 43:17
  45:11
allen 4:8
allowed 47:22
allowing 48:5
amsden 2:11
  4:10
amy 35:17 36:18
andrew 4:2
andy 8:7
angelini 49:15
  50:20
anhalt 36:4 37:5
  37:13,19,21
anhalts 65:3
answer 22:24
  30:12 33:8
  38:23 39:6,14
  39:23 40:6,12
  40:20 41:6,12
  41:18,24 42:16
  42:12,18 43:2
  43:7 57:8,13
  57:20 63:16
  64:22 65:2
answers 35:6
  72:5
anyway 27:16
apart 25:12,18
  26:13
appearances 6:4
appeared 33:12
appears 31:6

appropriate
  70:6
approximately
  13:14,19
april 35:14,17
  37:9
area 14:23 39:19
  61:12 62:2
articles 10:8,11
  10:13
asked 15:5 18:8
  35:7 45:9
  59:12 67:1
asking 62:19
associated 38:16
assuming 27:13
  48:1,9
attached 70:12
  72:7
attention 16:12
attorney 69:13
  69:14 70:16
attorneys 14:4
atypical 42:14
autologous
  18:20 19:4
available 23:14
  23:24 36:2
avenue 4:3,13
aware 34:7,13
  37:17 43:9
  44:4 45:3 46:7
  62:22

**B**

babcock 30:24
  31:8
back 9:17 36:5
  48:18 66:2
baker 2:1
banks 1:18
barbara 1:8
based 13:21
batiste 37:11
bearing 61:15
bears 30:16

beforeandafter
  64:24
beginning 3:9
begins 35:16
believe 11:2,17
  12:17 16:6
  17:3 28:14
  32:1 38:5,14
  43:14 45:13,14
  45:16,18,23
  46:1 47:4,11
  48:23 49:8,12
bellew 12:8,9
benefit 65:15
best 10:14 57:4
  69:8
better 47:13
  57:6
bill 13:18
billed 13:9
biological 18:21
  18:22,23 19:4
  19:7
bit 63:19
bladder 18:5
  26:19 27:7
bleeding 40:8
blind 43:18
blynn 1:23
board 45:9
body 32:3 67:11
boggs 2:5
boston 19:13,17
  19:24 20:3
box 16:5
break 48:12,19
brenda 1:11
bridges 2:7
bulking 18:24
burt 36:9,13
business 16:23
butler 5:2 22:2
  36:9
butlersnow 5:3

**C**

c 4:1,6 5:1
call 56:1,4
canadian 45:9
cant 20:8 22:9
  23:2 26:6 30:2
  30:8 31:10
  32:20 49:12,17
  50:13 55:15
  63:21 64:22
carefully 70:4
carey 2:8 21:6
  49:5
carol 2:23
carpenter 1:12
  4:20
cartmell 4:2
case 1:7,8,10,11
  1:13,14,16,17
  1:19,20,22,23
  2:1,3,4,6,7,9
  2:10,12,13,15
  2:16,18,19,21
  2:22,24 8:9
  11:12 12:7
  26:8 37:14
  46:16 48:24
  50:11 53:16,22
  59:19
cases 9:14 13:2
  40:24
casespecific 13:4
  13:15
cathy 2:10
cause 28:6,15,21
  28:24 29:4
  33:4 34:16
  42:20 62:9
causes 32:1
causing 29:14
cerda 4:6,7
certain 67:2
certainly 46:24
certificate 6:11
  69:1
certified 3:11
  69:2,3,19,19

Christina Pramudji, M.D.

certify 69:3,6,10
  69:12 72:4
change 24:22
  26:11 46:21
  50:3 52:15
  57:15 62:6
  63:18,23 71:2
changed 12:21
changes 46:10
  70:11 72:6
charlene 2:20
charleston 1:2
choice 17:15
choose 17:24
chose 22:6 27:15
  37:2 45:5
  46:19
chosen 24:1
christina 1:10
  3:5 6:1,6 7:1,4
  7:5 8:2 69:4
  72:4,12
chronic 38:19
  39:17
circumstance
  28:16
cite 10:11
cited 10:8 11:1
  21:17,22 49:4
  49:10
city 3:8 4:4
clarified 44:13
clarify 28:18
  32:11
classic 15:17
clean 33:21
clear 57:7
clinical 16:19
  24:23 31:16,21
  32:2 33:4
  34:16 67:18
clinically 16:14
  28:1 29:11
closed 30:4,11
coaptite 18:23
cole 2:8

colleague 36:4
colony 5:3
com 4:3,7,12,18
  5:3
commencement
  69:4
commission
  69:21 72:17
companies
  20:10,14,18
company 56:22
  57:3,9 63:7,11
  64:1,2 67:14
compared 17:20
completed 30:4
  30:10
completing
  11:20
complications
  14:23 66:13
component 25:9
concern 31:16
  31:21 33:4
concerns 32:2
concluded 37:11
  68:14
conclusion
  69:11
conjectures 64:5
consent 47:13
  47:17
consider 47:7
  53:15,17 55:23
consultant 20:2
consulting 20:11
  20:15,19 37:22
contacted 11:11
  11:15
contain 9:22
contained 12:19
  48:4
containing 9:20
contents 47:17
continue 8:22
continued 45:19
  46:2

continuing 9:8,9
control 10:15
copy 14:11
  43:17
corporate 46:9
correct 8:14
  12:12,17 13:10
  13:11,16,17,24
  14:3,9,24
  15:21,22 21:7
  21:19 23:11,12
  23:16,17,22
  24:2 25:14,15
  26:20,21 27:4
  28:2,8 29:23
  29:24 30:12,21
  30:22 31:2,3
  31:17,18,22
  32:18 36:10,15
  36:16 37:16
  43:14 44:3
  49:1 50:16
  53:10 54:2,19
  54:22 55:22
  56:12 57:23
  65:1 68:6,10
  72:5
corrections 70:4
  70:7 72:6
correctly 12:8
  59:14
couldnt 28:6
counsel 4:5,10
  4:15,20 5:5
  69:13,14
couple 15:6 20:6
coupled 52:23
  53:3
court 1:1 34:5
  69:3,19 70:20
covered 50:21
create 12:4
crr 69:18
cumbersome
  16:22
curled 50:24

curling 49:24
curls 49:20 52:9
current 65:13
currently 15:7,8
  15:17 16:15
  18:17 19:8,16
  20:10,14,19
  24:12
cut 15:24 16:1
  16:10 53:24
  54:1,4,10 55:1
  55:2 56:15,16
cv 7:5 14:8,12
  14:17,19 35:5

**D**
d 1:10 3:6 6:1,6
  7:1,4 8:2 69:4
  72:4,12
dallas 4:9 35:21
damage 26:18
  27:7
daphne 2:1
data 10:14 24:23
  25:10,19,20
  67:20
date 3:10 69:8
  70:9 72:12
dated 35:13,17
  37:9 69:22
day 72:16
days 70:16
de 4:6,7
death 43:4
decided 45:10
decisionmaking
  10:10
deemed 70:19
defective 52:20
  53:8
defendants 5:5
definitely 66:18
definitively
  27:10
deforming 50:1
deforms 49:21

52:10
density 60:11,14
deponent 6:13
  72:1
deposed 12:22
deposing 70:15
deposition 1:10
  3:5 7:1 8:8 9:1
  9:5,11 10:21
  14:15 34:22
  35:2 36:15
  43:15 46:12,15
  49:15,22 50:12
  50:15,20 51:14
  51:17,22 52:11
  68:14 69:11
  70:3,13,17,18
depositions
  21:18 67:2,6
described 27:1
  58:13
description 7:3
  7:15
design 25:11
designated 46:8
designed 63:8
  63:12,23 64:3
  65:7,9
designing 62:14
  62:21 63:4
details 24:3 38:7
determine 22:13
  56:23 57:10
developed 24:10
device 16:16
  17:19 20:14
  24:2 33:21
  45:19 46:3
  47:18 55:7
  56:17,22,23
  57:9,11 58:5
  58:16 59:1,5
  59:13 63:7,22
  64:1
devices 17:2
  59:9

**didnt** 33:1,17
45:18 46:1
49:16 53:2
**difference** 16:5
**differences**
55:12
**different** 33:17
55:17
**differently** 55:2
55:8
**dilator** 30:19
**dimock** 2:23
**diplomate** 3:11
69:2,18
**directly** 28:5,11
**director** 49:22
52:4,13,17
53:5,13
**directors** 58:11
**disagree** 13:6
54:6 56:13,19
57:8 65:11,16
**discharge** 42:14
**discomfort** 28:7
28:15,21 29:5
42:21
**discuss** 10:3
47:22 48:3,6
**discussed** 10:2
52:12
**discussing** 49:23
**dispose** 29:22
**dissection** 41:2
**distinguish** 56:3
**district** 1:1,1,8
**divilio** 51:14
52:4
**division** 1:2
**doctor** 8:7 9:3
12:24 14:8,17
15:7 34:24
35:11 38:12
43:9 44:3,15
48:18,22 49:14
59:18 62:12
66:2,5 68:3

**doctors** 47:22
48:3,8 54:9
**document** 21:22
49:10
**documents**
21:24 49:23
50:21
**doesnt** 8:17
16:14 30:5
35:9 46:21
**doing** 18:4 20:10
20:14,19 70:8
**donna** 2:11
**dont** 12:9 14:13
16:3,7,11,11
16:13 17:3
18:15 22:17,24
24:3,9 25:5
27:19,19 28:14
32:1 33:6,8
34:2,20 37:4,8
38:5,10 44:8
44:24 46:5,18
47:2,11,19,24
50:3 51:2,11
51:18 52:6,14
52:16,22 53:4
54:12 56:4
58:8,14 59:2,6
59:10 61:14
64:6,19,23
65:5,5,8
**dr** 9:11 35:20
36:4 37:5,13
37:19,21 46:7
49:5 65:3
66:24
**drawing** 10:5
**drive** 4:19
**drs** 21:6
**duly** 8:3 69:4
**durability** 61:20
**durham** 1:21
**dysfunction**
39:2
**dyspareunia**

26:17 27:7
_____
**E**
_____
**e** 4:1,1 5:1,1
**earlier** 8:13
19:20
**early** 50:22
**edwards** 4:6
**edwardsdelac...**
4:7
**effect** 28:1
**efficacious**
67:21
**efficacy** 61:23
62:3,6,9 63:15
63:22
**either** 11:5
**elasticity** 60:21
60:24
**elizabeth** 1:23
**email** 7:7 35:13
35:16,16 36:8
37:3
**embedded** 31:24
32:11 33:1
**employee** 69:13
69:14
**employees** 67:2
67:15
**employing** 23:7
**emptying** 18:5
**engineers** 26:1,9
**enrolling** 16:18
**entire** 34:8
**envision** 32:20
**equivalent** 24:17
25:2
**era** 64:21
**errata** 6:12 70:6
70:9,11,15
71:1 72:7
**esquire** 4:2,7,12
4:17 5:2
**essentially** 23:20
**essman** 1:6
**estimate** 12:1

13:1,13
**estimated** 13:3
**ethicon** 1:3 18:8
23:14 24:1,10
24:15 26:1,9
27:15 36:2,13
37:15,22 38:3
38:8 44:18
45:5,16,24
46:8,19 47:5
47:21 48:2
50:22 51:6
52:17 53:5
54:15,21,24
58:4,22 67:2
**ethicons** 14:3
20:22 52:12
53:13 54:9
58:11
**eugenia** 2:4
**events** 38:15
45:6
**evidence** 68:8
**evolves** 57:5
**evolving** 57:14
**exact** 15:8,13,18
16:9 17:8,17
18:14,14 55:9
55:13
**examination** 6:6
8:5 66:22 68:1
69:4
**example** 54:4
55:7
**excess** 34:9
**excluded** 51:7
**exhibit** 7:4,5,7,8
7:16 8:22 9:1,4
9:8,9 10:20
11:6,7 14:15
34:22 35:1,12
43:15,19
**exhibits** 7:1,13
9:17
**experience**
52:23 53:3,20

66:16,19 67:7
67:12,20
**expert** 7:4 9:19
11:11,13,15
18:10 21:4,10
21:18 22:7
37:14 49:3
66:13 68:4
**expertise** 66:16
**expires** 69:21
72:17
**exposed** 42:20
42:23
_____
**F**
_____
**f** 1:18
**fact** 54:14 55:12
67:5
**facts** 10:3,3
**faes** 4:2 6:7,9
8:6,7,21 9:2,15
9:21 10:17
14:16 22:16,23
24:20 25:6
26:7 27:21
29:1,15,18
32:13,22 33:10
33:15,23 34:14
34:23 38:22
39:1,5,7,13,15
39:22 40:1,5,7
40:11,13,19,21
41:5,7,11,13
41:17,19,23
42:1,5,7,11,13
42:17,19 43:1
43:3,6,8,16,20
44:1,14 45:22
46:6 48:11,17
50:5 51:3,12
53:1,11 56:20
57:19,21 59:17
61:8,10 62:18
63:17 64:8
65:18 66:1,20
68:2,11

fail 70:18
fair 20:21 68:4,7
familiar 24:13
  24:19 46:11
  47:9 51:15
  62:23
far 10:1,14
fascial 18:20
  19:4
fashion 19:11
  23:20
fda 24:15 25:2
february 12:16
feedback 58:23
  59:4,8,12
feel 65:13,14
felt 10:4,13
figure 57:4
file 1:3
financially
  69:15
fine 8:24
firm 4:17
first 8:3 11:11
  11:14 26:20
  35:13 36:17
  44:19,20 52:12
  52:18 53:6,13
fiveminute
  48:12
flat 23:21
flexible 61:5
floor 19:23 23:5
  26:24 66:9,16
flying 43:18
focus 35:15
focused 48:13
follow 62:13,21
following 26:19
  26:22 64:15
  65:4,12
follows 8:4
footnote 49:10
forces 30:16
foregoing 69:7
  72:4

foreign 33:13
  34:10,17
form 24:18 25:4
  26:5 27:17
  28:17 32:5,19
  33:5,14,19
  34:12 43:13
  45:20 46:4
  50:2 51:1,10
  52:21 53:9
  56:18 59:15
  62:15 63:13
  64:4 72:6
formation 42:8
forming 11:4
  46:16 53:16
forth 69:8
forwarded 36:8
  36:12
found 29:13
fox 1:20
frame 51:5
frayed 50:23
fraying 49:24
frays 49:19 52:9
frcp 69:10
free 30:18
frequency 41:20
frequently 47:17
friction 28:10,10
  28:13,24 29:6
front 10:19 12:5
further 66:20
  68:1,11 69:6
  69:10,12
future 19:20

―――――――――
G
―――――――――
gage 5:2,3 6:8
  8:24 9:6 22:22
  24:18 25:4
  26:5 27:17
  28:17 32:5,19
  33:5,14,19
  34:12 43:13
  44:10 45:20

46:4 50:2 51:1
  51:10 52:21
  53:9 56:18
  59:15 62:15
  63:13 64:4
  65:17 66:23
  67:22 68:13
gather 22:2
general 11:20
  13:19
gessner 3:8
getting 44:10
given 72:5
giving 27:1
go 29:19 32:9
  33:16,16,21
  43:17 45:11
  65:18
going 8:21 9:3
  9:16 14:13,14
  15:16 29:15
  32:9 34:24
  38:12,13 44:11
  52:22 53:21
  67:7
good 57:4 64:23
goodwin 1:8
graft 18:23
grand 4:3
groin 39:18
guided 47:17
gynecare 7:8
gynemesh 9:13
  13:20,22

―――――――――
H
―――――――――
hadnt 12:14
hagans 2:2
hand 9:3 34:24
handed 35:11
hands 17:16
happen 30:5
happening
  32:21 67:18
happens 30:7
hard 64:16

65:14
havent 36:5
  46:13 51:21
  54:16
heard 36:5
heather 2:13
held 3:7 31:8
help 47:13 48:13
helped 22:2
helpful 47:6
  48:5
helping 36:14
hematoma 40:9
hemorrhage
  40:8
hereinbefore
  69:8
heres 22:16
herman 4:11,11
hes 66:8,12,18
hhklawfirm
  4:12
hi 35:20
highland 5:3
hill 1:8
hold 31:1
holds 63:3
hour 13:10
hours 11:19,24
  12:2 13:1,3,5,9
  13:21,23 48:23
  49:9
houston 3:8,9
  4:19
huskey 12:10,10
hypothetical
  30:13
hypothetically
  32:24

―――――――――
I
―――――――――
ideas 64:5
ifu 27:8,13,16
  43:12 44:6
  45:6 46:9,20
  46:23 47:6,12

47:18,23 48:4
ill 8:18 14:11
  27:11 34:3
  43:17 44:2
  63:23
im 8:8,21 9:3
  14:14 18:4
  24:13,19 25:21
  27:18 29:15
  32:6 34:5,24
  35:20 38:12,13
  44:23 46:11
  56:7 57:7
  62:19,22 65:19
imbedded 32:17
impact 34:16
impartial 68:4,8
imperative
  70:14
implant 17:19
  32:8 33:11
  40:23
implanted 17:1
  17:4,6 33:2
implants 33:7
important 10:5
  12:20 46:15,18
  53:19 60:14
  67:13
improvement
  51:6
incision 30:4,11
inclined 18:6
include 27:15
  49:2
including 39:17
  40:8
incontinence
  18:3,18 20:23
  23:8 35:23
  36:23 40:2,3
  41:14 64:10
increase 65:7
increased 19:5
  64:11,13,15
  65:4

Christina Pramudji, M.D.

**index** 6:1
**individuals** 22:8
**information**
47:12 53:14
58:17
**informed** 47:16
**informing** 53:15
**initiated** 51:6
**insight** 52:19
53:7
**instructed** 58:1
**instructions** 7:9
55:13 70:1
**instrument**
30:19 31:1
**instruments**
27:2 32:8
**integrates** 40:23
**integrity** 25:13
26:14
**intercourse**
28:14 29:6
39:8 42:22
**interest** 50:6
**interested** 69:15
**interesting** 50:8
**introduction**
64:11
**irrigated** 29:21
30:2,9
**irritation** 28:24
29:8
**isnt** 30:1,8 53:14
**iso** 62:23
**issue** 29:9,10
**issued** 12:12
14:5
**issuing** 50:11
**ive** 12:24 35:11
35:24 36:3
64:18

**J**
**jane** 1:14
**jean** 2:23
**jo** 2:16

**johnson** 3:10
37:15,15,23,23
38:8,9 69:2,18
**joseph** 1:8
**joy** 1:6
**judge** 1:8

**K**
**k** 1:18
**kansas** 4:4
**katz** 4:11
**keep** 38:7,10
**key** 2:19
**kidney** 19:24
**kinds** 63:6,10,24
**kit** 19:10
**kits** 23:7
**klein** 7:5
**knew** 44:18
58:18,19
**know** 8:18 11:13
15:24 16:3,4,8
16:11,13 19:10
19:16 22:21
23:4,13 24:3,5
24:9,14 25:5
25:16,24 27:6
28:13 29:12
33:6,8,24 34:6
37:5,8,13
44:15,24 45:5
46:5,19 47:20
47:24 50:19
51:4,11,16,23
52:3,6 54:8
55:11 56:9
58:10,17,22
59:2 61:14
62:12,19 63:2
63:6,10,24
64:6 65:2,3,5,8
66:5
**knowingly**
33:11
**kott** 4:12
**kriz** 1:9

**L**
**l** 4:6,6
**la** 4:6,7
**laser** 15:24
16:10 54:1,4
54:10 55:1
56:15
**late** 50:21
**launched** 44:19
44:20 52:5,18
53:6,14 59:1
**laundry** 45:11
**laura** 49:15
50:20
**law** 4:17
**lawyer** 36:13
**lawyers** 6:14
73:1
**lay** 56:15
**leg** 39:18
**length** 56:2,5,8
**level** 10:14
**liability** 1:4
**liked** 59:11
**line** 71:2 73:3
**lines** 34:8
**list** 10:19,22
11:7 14:18
22:14,19 44:16
45:11 47:12
49:16 50:16
51:17,21
**listed** 11:5 22:13
22:18,19
**literature** 52:24
53:4,19 67:8
67:12
**litigation** 1:4
**little** 63:19
**llc** 4:11
**llp** 4:2,17 5:2
**localized** 31:7
**logan** 2:20
**lois** 1:21
**long** 2:13 45:11
**longer** 15:16

**look** 25:22 49:9
51:19
**looked** 53:18
**loose** 29:3 30:3
30:10 32:15
**loosely** 54:5
**loses** 49:20 52:9
**losing** 25:13
26:13 49:24
**lost** 50:24
**louisiana** 4:14
**loyal** 20:22

**M**
**m** 1:10 3:6,9
4:12 5:2 6:1,6
7:1,4 8:2 48:15
48:16 65:22,23
68:15 69:4
72:4,12
**manipulator**
19:21
**manufactured**
34:1,4
**manufacturer**
25:1 62:13
63:3
**manufacturers**
62:20
**march** 1:15 3:2
6:2 7:2 69:22
**margolis** 21:6
49:5
**maria** 2:4,17
**marie** 1:18
**mark** 43:17
**marked** 7:3,13
9:1,4,10 10:20
11:6,7 14:15
34:22 35:1,3
35:12 43:15
**market** 24:2
25:3 56:24
57:12
**marketed** 19:10
**martin** 46:7

**mary** 1:14
**master** 1:3
**material** 10:22
19:12 24:16
35:4
**materially** 14:13
**materials** 10:24
11:3 21:17
27:2 34:10
49:4 65:13
**math** 13:6,17
14:2
**matter** 16:14
33:13 34:17
35:5
**mdl** 1:5
**mean** 22:16
32:12 51:21
55:21,21 67:10
**meaning** 11:12
**means** 9:9 67:11
**meant** 43:23
**mechanically**
16:1 53:24
55:2 56:16
**medical** 20:13
52:13,17 53:5
53:13 56:22
57:9 58:11
63:7 64:1
**melvyn** 36:4
**memorial** 3:8
**mentioned**
18:19 19:20
**mesh** 16:10 20:9
23:10,13,21
24:11,11,24
25:1,11 26:2
26:12 27:24
28:19 30:16,16
30:17 31:6,14
31:24 32:11,16
32:17 33:1,3
33:13 35:22
36:22 40:22,24
42:20 49:19,23

50:23 51:6,7,8
52:8 53:24
54:1,4,10 55:1
55:2 56:15
58:2,7 59:20
59:23,24 60:3
60:4,7,8,11,12
60:17,18,21,22
61:3,4,12,13
61:17,18,20,22
61:23 62:2,3,8
62:14,21 63:4
65:6,13,15
66:13
**meshes** 25:10
**message** 36:19
**metal** 31:12,20
31:23 32:3,15
32:24 33:3,7
33:13,20
**micheal** 3:10
69:2,18
**midstream**
16:21
**midurethral**
15:2 17:7
18:21
**mikalia** 4:12
**miniarc** 17:10
**minisling** 55:17
55:20,24 56:2
56:4
**mississippi** 5:4
**missouri** 4:4
**mixed** 23:7,8
**mkott** 4:12
**modify** 11:22
12:4
**month** 37:11
**morning** 9:12
**morrow** 2:22
**move** 23:3 29:16
38:22 39:5,13
39:22 40:5,11
40:19 41:5,11
41:17,23 42:5

42:11,17 43:1
43:6 57:19
61:8
**moved** 16:20
**multiply** 13:12

_____

**N**

**n** 4:1,2 5:1
**name** 8:7
**nancy** 2:16
**narrow** 62:5,8
**ncra** 69:18,19
**necessarily**
52:14
**necessary** 27:20
40:15 45:18
46:2 47:2 70:4
**need** 22:21
43:20 48:14
**needs** 40:24 54:4
55:1,7
**neither** 69:13,14
**neuchâtel** 34:4
**neuromuscular**
39:16
**never** 14:22
29:11 54:24
**new** 4:14 12:19
**notary** 3:12 69:3
69:20 72:20
**noted** 30:17
70:11 72:7
**notes** 6:14 73:1
**notice** 3:7 33:2
50:22
**november** 11:17
**number** 7:3,15
13:1
**numbers** 8:22
9:8,10 13:13

_____

**O**

**o0o** 68:16
**oath** 8:13
**object** 24:18
25:4 26:5

27:17 28:17
29:15 32:5,19
33:5,14,19
34:12 38:22
39:5,13,22
40:5,11,19
41:5,11,17,23
42:5,11,17
43:1,6,13
45:20 46:4
50:2 51:1,10
52:21 53:9
56:18 57:19
59:15 61:8
62:15 63:13
64:4
**objection** 44:12
**observer** 35:21
**obturator** 15:9
15:14 24:10
**obvious** 26:23
27:14
**obviously** 63:21
**occult** 18:3
**occur** 26:17
39:19 41:3
42:23
**occurs** 28:14
**october** 51:14
**offer** 18:9 52:19
53:7,21
**offered** 16:10
**offering** 49:18
52:7 59:18
**oh** 12:10
**okay** 8:20,23
12:11 18:8
22:24 32:6
35:10 38:17,18
63:20
**okeefe** 4:13
**olsen** 1:14
**once** 17:11
**ones** 22:20 55:18
56:16 58:21
**opinion** 24:22

26:11 27:15
28:4 31:19
34:19,20 53:22
58:12
**opinions** 9:20,23
10:5,24 11:5
12:15,19 13:15
18:9 46:16,21
49:19 50:4
52:8,15 53:16
59:19 67:14,14
**optimal** 57:17
**oral** 3:5
**order** 56:17 68:7
**organ** 26:18
27:7 35:23
36:22
**organized** 48:13
**original** 15:20
70:15
**orleans** 4:14
**orthopedic** 33:7
**outcome** 67:18

_____

**P**

**p** 4:1,1,6 5:1,1
48:16 65:22,23
68:15
**pa** 24:5,9,15
**package** 32:7
**packaging** 31:15
31:20,24 32:4
32:16 34:11,18
**page** 21:3 23:3
25:7 26:16,20
26:22 27:22
29:20 30:14
35:13,15 71:2
73:3
**pages** 72:5
**paid** 13:13 14:3
**pain** 26:17 27:6
28:6,15 29:5
29:13 38:19
39:8,17 42:20
**parkway** 5:3

**part** 21:23 32:10
35:14 41:1
**partially** 25:9
**particle** 28:5
29:3,9,13 30:3
30:9 31:13
32:3,24
**particles** 27:23
28:20 29:22
31:15,20,23
32:7,15 33:3
49:20,24 50:24
52:10
**particular** 11:12
11:15 22:4,6
37:1 47:18
**particularly**
29:5 47:8
**parties** 69:13
**partner** 42:21
**party** 69:11
**passed** 30:16
**patient** 28:7
29:12,12 32:2
32:9 33:3
**patients** 16:19
17:23,24 18:3
24:24 39:9
42:21 47:13
65:14,15 67:13
**paula** 1:9
**pay** 16:12
**pelvic** 1:3 19:23
23:5 26:23
35:23 36:22
38:20 39:3,10
39:18,20 40:17
41:4,9,15,21
42:3,9,15,24
47:6,8 66:9,16
**pelvis** 30:17
**penny** 2:14
**percent** 17:21
**percentage**
17:18
**perforation**

26:19 27:8
**perform** 17:24
    18:17
**performance**
    59:20,23
**performing**
    26:24
**periurethral**
    18:23
**permanent**
    40:22
**permitted** 48:2
**peter** 4:7,7
**pharmaceutical**
    20:18
**physician** 23:18
    56:14,14
**physicians** 31:6
    47:13 58:2
    65:12
**pick** 16:5
**picture** 64:24
**picturing** 32:6
**piece** 28:11
**pillows** 58:6
**place** 31:1,8
    56:23 57:10
    58:2 69:8
**placed** 30:18
    58:5
**plaintiff** 4:10,20
**plaintiffs** 4:5,15
    21:5
**please** 8:18 70:3
    70:8
**plus** 49:10
**point** 31:7 62:8
    66:14
**polypropylene**
    15:3 17:7
    20:24
**poor** 18:5
**pore** 60:6,13
**pose** 31:21
**potential** 29:9
    29:17 48:7

**potentially**
    19:18 26:11
    32:17 34:16
**potts** 4:17
**pottslaw** 4:18
**practically**
    55:16
**practiced** 64:20
**practices** 15:10
**pramudji** 1:10
    3:6 6:1,6 7:1,4
    7:6 8:2 35:20
    66:24 69:4
    72:4,12
**pramudjis** 9:11
**preceptor** 54:14
    54:15,20 57:22
**preceptoring**
    54:17,23
**preceptors** 54:9
**preceptorships**
    15:10,12,14
**preconfigured**
    23:15,24
**prefer** 38:7
**prepare** 36:14
**preparing** 48:23
**press** 36:22 37:7
    38:3
**pretty** 20:22
    55:5,18 59:14
**previous** 10:21
    11:23 12:3,7
**previously** 7:13
    10:20
**prior** 9:11 50:10
    69:3
**private** 38:9,11
**probably** 17:21
    33:21 53:18
    66:14
**problem** 22:17
    26:1,4,10
    27:19 33:18
**problems** 29:14
    39:16

**procedural** 31:5
**procedure** 18:1
    19:1
**procedures**
    18:16
**proceed** 48:20
    66:3
**proceedings** 8:1
**product** 15:18
    19:10,14,19
    33:12 34:10
    38:16 48:7
    49:22 51:6,8
    52:4 56:11,24
    57:11 63:8,12
    63:15 64:2
**production** 34:8
**products** 1:4
    15:11 16:9
    17:4 18:19
    19:17 20:1,23
    34:17 54:11
    62:14,21 63:4
    65:6
**profile** 60:4,8,12
    60:18 61:4,13
    61:15,18
**project** 51:8
**prolapse** 18:4
    28:22 36:23
**prolene** 28:5,11
    28:19 40:22,24
    51:7
**prolift** 9:13
    13:21,22
**proper** 56:23
    57:2,10,16,16
    58:24
**properly** 59:4,8
    59:13
**properties** 59:20
    59:23 60:3
    61:3
**property** 60:7
    60:11,17,21
    61:12,17,22

62:2
**propounded**
    72:6
**prosima** 9:13
    13:20,22
**protective** 30:15
**provided** 14:8
**ps** 9:13 13:20,22
**public** 3:12 69:3
    69:20 72:20
**publications**
    14:18,19 15:1
**published** 14:22
**pull** 49:9
**pursuant** 3:7
    69:10
**put** 13:5 27:18
    45:11 67:19
**putting** 56:24
    57:11
**pvdf** 23:6,7

**Q**

**question** 8:17,19
    30:6,7,13 33:9
    44:2 53:4 63:9
    63:16,18,23
**questions** 14:14
    35:7,24 65:21
    66:21 67:5,22
    68:12 72:6
**quick** 48:12
**quijano** 2:4

**R**

**r** 1:8 4:1,17 5:1
**randomized**
    10:14
**rates** 64:10,12
    64:14 65:3,7
**raz** 66:6
**rdr** 69:18
**reach** 36:3
**reached** 9:23
**reactions** 38:13
    40:16 43:11

44:5,16 45:10
    45:17 46:1,20
    47:5,10
**read** 46:12 70:3
    72:4
**ready** 44:11
    48:19 66:3
**realize** 15:5
**really** 16:7,11,12
    17:16 29:9,10
    33:6 34:20
    48:14 55:18
    62:5,5 64:20
    64:22,23
**realtime** 3:12
    69:2,19
**reask** 44:2
**reason** 13:6 22:5
    22:6 23:23
    37:2 38:10
    70:5 71:4,6,8
    71:10,12,14,16
    71:18,20,22,24
**reasonable**
    27:20 47:1
**recall** 12:18 20:8
    21:9,14 23:1,2
    26:6 31:10
    36:17,24 37:1
    37:10 49:17
    50:13 51:2
    54:12 55:3,15
    58:8,14 59:6
    59:10 66:24
    67:8
**receipt** 70:16
**recess** 48:15
    65:22
**recognizing**
    57:14
**record** 9:7 44:3
    48:19 65:19
    66:3
**recurrence** 40:2
**refer** 9:16
**referenced** 7:15

Christina Pramudji, M.D.

**regard** 54:10
**regarding** 8:9
  9:23 21:12
  36:18
**registered** 3:11
  69:2,18
**related** 49:23
  59:19
**relates** 24:24
**relationship**
  20:5 36:1 38:3
  38:8
**relative** 69:13
  69:14
**release** 63:16
**released** 63:8,12
  64:18
**reliance** 10:18
  11:7 22:14,18
  49:16 50:15
  51:17,20
**relied** 10:23
  11:4
**remember** 12:8
  17:13 22:9,15
  25:21,23 37:4
  49:12 51:18
  63:1
**removal** 25:12
  25:18 26:3,13
**removed** 31:2,9
  41:1
**removing** 30:20
**repair** 1:3 18:4
  35:23
**repairs** 28:22
**repeat** 45:21
  63:9
**rephrase** 8:18
**replied** 36:18
**report** 7:4 9:19
  9:22 10:2,4,6,9
  10:10,12 11:1
  11:6,12,21,23
  12:3,4,6,11,16
  12:20 13:4,20

13:21,22,23
  14:9,12 21:3
  22:20 23:4
  25:8 26:17
  27:23 30:15
  48:24 49:11
  50:11
**reporter** 3:11,12
  34:6 35:21
  38:4 69:2,3,3
  69:18,19,19
**reports** 14:5
  21:4,10,17,22
  22:7 49:4
**represent** 27:11
  34:3
**representative**
  46:9
**representatives**
  47:21 48:2,6
**reps** 47:21
**requested** 69:11
**requesting** 38:4
**required** 41:2
**research** 63:14
  63:21
**researches** 63:7
  63:11 64:1,2
**resolve** 39:9
**respected** 66:9
**respond** 37:2
**response** 67:4,8
**responsibilities**
  63:3
**responsible**
  56:22 57:3,9
**results** 58:19
**retention** 42:2
  60:24 62:10
**retropubic**
  15:13,17,19
  18:7,22
**return** 70:14
**review** 21:21
  22:6 27:9
  50:12 68:8

**reviewed** 10:23
  11:4 21:4,10
  21:17 22:9,10
  22:12,21 49:14
  50:14 51:13,21
  67:1,6
**reviewing** 49:3
**reviews** 10:15
**revision** 40:14
**rhynehart** 2:14
**ricks** 4:17
**riddell** 1:11
**ridgeland** 5:4
**right** 9:15 11:8
  12:13 13:8
  14:23 16:10
  17:15 19:14
  20:16,20 21:14
  22:22 23:2,21
  26:6 28:23
  31:11 54:15,18
  54:21 56:9
  60:15 64:17
  68:5,9
**rigorous** 10:16
**risks** 26:23
  27:12 44:17
  48:7
**road** 3:8
**robin** 2:7
**roped** 50:23
**ropes** 49:20 52:9
**roping** 49:24
**rosenzweig** 21:6
  49:5
**rule** 69:10

--------
**S**

**s** 1:8 4:1 5:1
**sacrocolpopexy**
  19:22
**safe** 67:21
**safety** 60:3,8,12
  60:18,22 61:4
  61:13,15,18
  63:15,22

**sale** 45:19 46:2
**sales** 47:21 48:1
  48:6
**sandra** 1:17
**saw** 33:20
**says** 9:7 35:20
**schlomo** 66:5
**scientific** 19:13
  19:17 20:1,3
**second** 35:15
  65:19
**secur** 56:8
**see** 22:17 28:21
  29:11 35:18
  36:6 44:8,10
  49:16 50:8
  61:6
**seeing** 50:7
**seen** 30:24 31:4
  31:15,20
**sense** 8:17 60:23
**sent** 31:5
**seroma** 41:8
**serve** 68:3
**served** 11:13
**set** 16:22 69:8
**setting** 16:21
**sharon** 1:12 2:5
**sheath** 25:12,12
  25:17,18 26:3
  26:12,13 30:15
**sheaths** 26:2
  30:20 31:2,9
**sheet** 70:6,9,12
  70:15 72:7
**shelf** 33:17
**sherry** 1:20
**shes** 22:21
**shively** 2:19
  4:15
**short** 48:19
**shorter** 56:10
**show** 25:10
  67:20
**showed** 50:22
**shut** 34:9

**sides** 68:9
**sign** 18:5 70:8
**signature** 69:10
**signed** 12:16
**significant** 28:1
  41:1 46:23
**signing** 70:10
**silverstein** 35:17
  36:18 37:6
**single** 21:21
**sit** 31:10
**site** 29:21 30:1,8
**size** 60:7,13
**skin** 28:6,12
**sling** 14:23
  15:20,23 16:1
  16:2 17:15
  18:10 23:15,19
  23:20,24 24:10
  53:23,24
**slings** 15:3,7
  17:7,20 18:6
  18:21,22 19:4
  19:5,7 20:24
  56:15 65:14
**smith** 1:18
**snell** 36:9,13
**snow** 5:2 22:2
  36:9
**snugly** 58:6
**softer** 65:15
**solicited** 58:23
**solved** 26:4,9
**solyx** 16:16,19
  17:1
**soon** 35:2
**sorry** 51:9 56:7
**sound** 13:24
**sounds** 12:13
  13:8,17 51:15
**source** 29:13
**southern** 1:1
**space** 70:6
**spaced** 30:18
**speak** 37:18,21
**speakerphone**

Christina Pramudji, M.D.

4:8,13,18
speaking 44:12
speaks 61:19
specific 45:10
specifically
  12:18 14:19
  15:2 21:5
  49:13 64:6
spell 34:6
spent 11:20 12:1
  48:23 49:3
spoke 37:6
spoken 36:21
  38:2
sricks 4:18
stable 19:6
stand 14:3
standard 62:13
  62:16
standards 62:20
  62:24
start 16:23
state 3:13 21:4
  21:16 23:4,5
  25:7 26:16
  27:22 30:14
  31:12,14 69:21
  70:5
stated 24:15
  30:23
statement 65:12
states 1:1 23:6
  52:19 53:7
stenographica...
  69:7
stephen 4:17
stick 25:17
  26:12
sticking 26:2
sticks 25:11
stiff 61:6,9
stiffness 61:2
stone 2:17
stones 19:24
story 35:22 68:9
street 4:8

strength 61:17
  61:22
stress 18:3,18
  20:22 36:23
  64:10
stretched 31:7
strike 17:5
  29:16 31:13
  38:23 39:6,14
  39:23 40:6,12
  40:20 41:6,12
  41:18,24 42:6
  42:12,18 43:2
  43:7 45:3,14
  57:20 61:9
  65:10
string 7:7 35:16
  62:9
subject 70:10
submitted 21:5
subscribed
  72:15
substance 72:7
substantially
  24:16 25:2
  56:10
success 56:17
suctioned 29:21
  30:2,9
sui 23:7 24:24
  26:24 27:2
suite 4:3,8,19
  5:4
superficial
  28:20 29:4,7
support 45:19
  46:2
sure 26:15 27:18
  34:5 44:23
  45:23 57:7
  59:14,16 63:10
surface 28:23
  61:12 62:1
surgeon 30:24
  33:1
surgeons 23:5

26:24 47:7,9
  58:16,23 66:9
surgeries 26:18
  26:24 38:21
  39:4,11,21
  40:4,10,14,18
  41:4,10,16,22
  42:4,10,16,24
surgery 27:3
  29:12,20 30:3
  30:10 33:7
  35:23 36:1
  43:5 47:14
  57:1,14 64:9
  64:12,14 65:3
  65:7 66:17
surgical 18:16
  19:1 27:1
suture 28:19
sutures 28:22
  41:4 42:24
switzerland 34:5
sworn 8:3,14
  69:4 72:15
synthetic 55:6
system 1:3 7:9

————————————
        T
————————————
take 8:8 24:8
  32:7 48:11
  56:13
taken 3:6 48:15
  65:22 69:7
talk 36:2 38:1
tape 7:9 31:1
taught 58:15,20
  58:20
taylor 2:20 4:15
tear 25:17 26:13
tears 25:12
technically 56:1
technique 58:12
techniques 27:1
tell 8:14 9:5
  11:10 16:4
  55:6 58:4

telling 54:9
ten 12:2 13:23
  48:23 49:9
tend 18:2
tensile 61:16,22
tension 30:18
  58:24 59:4,8
  59:13
tensioned 54:5
  55:1,8
tensionfree 7:8
tensioning 53:22
  55:12,19 58:12
teri 2:19
terms 10:9 20:23
testified 8:4
  12:22 37:14
testify 69:5
testimony 53:12
  69:7
texas 3:9,13 4:9
  4:19 23:6
  69:21
thank 44:22
thats 8:24 12:4
  12:17 14:13,24
  15:15 17:13
  19:13,22 23:12
  24:11 25:15
  26:21 28:5,8
  29:24 30:22
  31:18,22 36:16
  43:14 46:14
  48:9 52:22
  53:10 54:2
  56:3 57:5 61:6
  65:8
theres 19:9
  22:19,20 28:10
  28:13 31:23
  32:15,15
theyre 28:20
  34:4 65:9
thigh 39:18
thing 19:23
things 19:24

37:24 47:1,22
  48:3 52:1,12
  57:2,15 63:7
  63:11,24
think 11:8 12:7
  12:9 14:13
  17:10 18:15
  20:6 27:20
  34:15 46:14,18
  47:1,2,2,19
  50:3 52:15,16
  52:22 53:4
  57:2 60:13,14
  61:19 63:14
  64:13 65:19
thirty 70:16
thought 15:15
thousand 67:13
three 15:11 17:2
  17:9 18:19
  21:1 22:7,18
  22:19 65:20
thursday 3:2
tight 61:1 62:11
tighter 56:16
time 11:23 12:21
  16:24 17:18,22
  23:1 44:18
  49:3 51:5
  57:15,16,23
  65:17 69:8
tina 2:22
tissue 40:23 58:6
told 13:2 25:1
  54:3,24
tom 51:14 52:3
total 14:2
training 64:17
transcript 69:7
  70:17,18
transcription
  72:5
transvaginal
  35:22
treat 23:7 40:15
treating 66:13

Christina Pramudji, M.D.

Page 83

treatment 18:17
trial 16:19,21
    37:11
trials 10:15
tried 17:10
true 23:9 27:14
    30:1,8 48:9
trump 52:23
    53:3 67:7
truth 8:14 69:5
    69:5,5
try 8:18 16:22
    51:24
trying 22:15
    25:21 36:3
tvt 1:6 3:6 7:8
    8:9 9:20,24
    10:23 11:13
    12:6,14 13:23
    14:20 15:8,9,9
    15:13,13,17,18
    15:18 16:9,9
    17:8,8,17 18:1
    18:14 21:12
    23:15 25:11
    27:23 29:3
    32:16 33:12,24
    34:8,18 38:16
    43:11 44:5,18
    44:20 47:7,14
    48:24 49:19,22
    49:23 50:23
    51:7 52:4,8,18
    52:20 53:6,8
    53:13 55:8,9
    55:13,14,23
    57:23 58:24
    59:9,20 61:3,7
    61:17 64:11,15
    64:21 65:4
    67:19
tvto 1:6 3:6 8:9
    9:24 10:24
    11:14 12:15
    13:19 14:20
    15:23 17:8

18:1 23:16
    24:5,9,12,15
    24:17 25:3
    34:1,8,18
    38:16 43:12
    44:6 47:14
    48:24 55:13
    56:19
tvtsecur 18:9
    55:21
twice 17:11
two 20:8
types 17:23

            U
u 1:8
ui 23:8
ultimately 26:3
ultrapro 23:9,13
    23:19,21 24:1
    24:11,16,23
    25:1,8,17 26:2
    26:12
underneath
    28:12
understand 8:10
    8:12 15:19
understanding
    45:8
unintentionally
    52:2
united 1:1 23:6
    52:18 53:7
unraveled 50:24
unravels 49:20
    52:9
update 46:23
    48:5 49:7,11
updated 12:14
    35:5
uphold 19:19
urethra 30:19
    54:5
urge 41:14
urinary 18:18
    20:23 23:8

36:23 41:20
    42:2 60:24
    62:10 64:10
use 7:9 15:7,8,17
    15:18,23,24
    18:2 19:3,8,22
    19:23 23:6,19
    24:23 30:24
usually 19:9,11

            V
vagina 27:24
    28:6,9,12,13
    29:4
vaginal 7:8
    19:21 42:14
vaguely 51:15
various 10:3
verbatim 69:7
version 15:21,24
    16:1
video 31:5
virginia 1:1,15
voiding 39:2
vypro 23:9 25:8

            W
wagstaff 4:2
want 23:18
    35:15 48:11
    49:21 52:10
    53:15 65:18
    68:4,8
wanted 58:17
warlick 2:10
warned 27:8
wasnt 11:23
waugh 4:19
wave 11:16 13:2
    13:16 14:6
    21:11
way 45:1 56:23
    57:2,4,5,10
    58:20,24
wcllp 4:3
weak 18:5

week 36:3
weight 60:16
weisberg 46:8
wendy 2:2
west 1:1
westin 3:7
whats 9:4 35:1
    35:11
white 1:15
wide 62:6
william 5:2,3
    22:17 43:21
williams 2:16
wilson 1:23
witness 37:15
    43:22 69:10,11
    70:1
wolfe 1:17
word 29:16 61:9
words 57:18
work 20:11,15
    20:19 25:10
    37:22
worked 13:2
    26:1
working 35:21
world 66:10
wouldnt 49:21
    52:10
wouldve 45:17
    45:24 58:17
writing 10:10

            X
xenform 19:11
    19:12,18

            Y
yeah 22:5 23:2
    28:21 44:2
year 12:16 20:7
years 15:6 17:2
    17:9 19:5 20:7
    21:1 54:17
yesterday 9:12
    36:14

youd 50:10
youll 13:18
youre 8:12,13
    19:16 20:18
    43:18
youve 9:23
    10:18,22 11:13
    11:20 13:1
    14:5,8,22 15:5
    20:22 21:4
    22:12 30:23,24

            Z

            0
00 48:16
000 13:14,14,19
    14:4,5
04 7:7

            1
1 13:2,16 14:6
10 3:9 7:16
100 4:8,19
1020 5:3
11 3:9 48:15
12 48:16 65:22
    65:23 68:15
12cv00276 2:10
12cv00277 1:7
12cv00335 1:17
12cv00368 2:6
12cv00376 2:21
12cv00378 2:22
12cv00379 2:19
12cv00401 2:24
12cv00470 1:14
12cv00483 2:9
12cv00511 2:16
12cv00547 1:11
12cv00554 1:13
12cv00651 2:7
12cv00652 2:18
12cv00760 1:22
12cv00783 2:3
12cv00799 2:4
12cv00806 1:8

Christina Pramudji, M.D.

| | | |
|---|---|---|
| **12cv00878** 1:20 | 49:15 50:20 | **68** 6:9 |
| **12cv00899** 2:1 | **2016** 1:15 3:2 | **69** 6:11 |
| **12cv00938** 1:10 | 6:2 7:2 69:21 | |
| **12cv00958** 1:16 | 69:22 | **7** |
| **12cv00960** 2:12 | **21** 7:7,8 26:16 | **7** 21:3 |
| **12cv01119** 2:15 | 43:15,19 | **700** 13:5 |
| **12cv01275** 2:13 | **214** 4:9 | **7011100** 4:4 |
| **12cv01286** 1:23 | **21st** 35:14,17 | **70113** 4:14 |
| **12cv01318** 1:19 | 37:9 | **71** 6:12 |
| **12md02327** 1:3 | **22** 68:15 | **713** 4:20 |
| **13** 7:16 10:20 | **2327** 1:5 | **72** 6:13 |
| 11:7 | **24** 1:15 3:2 6:2 | **73** 6:14 |
| **14** 7:5 | 7:2 69:22 | **75204** 4:9 |
| **1400** 5:4 | **252** 13:14 | **77007** 4:19 |
| **18** 7:4 9:1,4 11:6 | **28** 27:22 | |
| 23:3 | **288** 14:4 | **8** |
| **19** 7:5 14:12,15 | **29** 30:14 | **8** 6:7 69:21,21 |
| 25:7 65:22 | | **816** 4:4 |
| **1990s** 50:21 | **3** | **820** 4:13 |
| **1998** 15:20 | **30** 13:3 69:10 | |
| 44:22 51:5 | 70:16 | **9** |
| | **300** 4:3 | **9** 7:4 |
| **2** | **3031** 4:8 | **945** 3:8 |
| **2** 1:3,7,8,10,11 | **34** 7:7 | **9485711** 5:5 |
| 1:13,14,16,17 | **350** 4:19 | **95** 17:21 |
| 1:19,20,22,23 | **36** 13:19 | **9638881** 4:20 |
| 2:1,3,4,6,7,9 | **39157** 5:4 | |
| 2:10,12,13,15 | | |
| 2:16,18,19,21 | **4** | |
| 2:22,24 | **4** 6:4 | |
| **20** 7:7 34:22 | **420** 13:5,14 | |
| 35:1,12 65:23 | **43** 7:8 | |
| 72:16 | **456** 14:5 | |
| **2000** 51:5 | **4740** 4:3 | |
| **2000s** 50:22 | | |
| **2004** 54:21 | **5** | |
| **2008** 44:19,21 | **50** 13:3,21 | |
| **2010** 34:7 | **504** 4:14 | |
| **2013** 54:18,21 | **54** 48:15 | |
| **2014** 7:7 12:12 | **5505239** 4:9 | |
| 12:15,22 35:14 | **5814892** 4:14 | |
| 35:18 37:10 | | |
| 43:12 51:14 | **6** | |
| **2015** 11:18 | **600** 13:10 | |
| 27:12,16 43:22 | **601** 5:5 | |
| 44:6,17 45:7 | **64112** 4:4 | |
| | **66** 6:8 | |