# EXHIBIT B

# Curriculum Vitae 2015
# for Elaine Duncan* MS.M.E., RAC

## CURRENT POSITION
PRESIDENT of PALADIN MEDICAL℠, Inc.

Paladin Medical℠, Inc., established in 1987, provides regulatory and clinical consulting, as well as contract technical management to emerging medical product programs. Services include engineering and process analysis, clinical/regulatory affairs consulting, and medical product new-business assessment. Please see PROFILES for specific device experience.

## FORMER POSITIONS
VICE PRESIDENT of NEW VENTURES, Possis Medical, Inc., Minneapolis, MN.

Responsible for identifying new business opportunities; including establishment of alternative biomaterial partner-company to graft project and new product opportunities. Reported to CEO of Possis/PMI and President of PMI and Board of Directors.
V.P. of  RESEARCH and DEVELOPMENT
V.P. of  PRODUCT  QUALITY  ASSURANCE

Responsible for development of new vascular graft program; including successful joint venture negotiations with major medical firm. Developed polyurethane microfiber and ePTFE grafts. Designed and developed unique mock-circulatory loop. Directed regulatory approval and animal research. Established product assurance department/materials qualification and testing capabilities. Reported to CEO of Possis/PMI and President/GM of PMI.

DIRECTOR of REGULATORY AFFAIRS and QUALITY ASSURANCE,
Kolff Medical, Inc. (Symbion, Inc.), Salt Lake City, Utah

Responsible for clinical programs and regulatory submissions of JARVIK-7 artificial heart and cochlear prosthesis. Instituted GMP and GLP programs. Coordinated artificial heart training program for surgeons. Analyzed failure of the Shiley heart valves. Qualified use of Medtronic valve. Planned and budgeted contract animal implant studies, biocompatibility and physical testing for 5-year program. Assisted in taking the company through first public stock offering. Reported to President/CEO (R. Jarvik) and Vice-president/COO.

SR. RESEARCH ENGINEER, 3M Health Care Group (Orthopedic & Med/Surg), St. Paul, MN.

Responsible for new product development and new technology assessment/acquisition teams. Successfully acquired and integrated first implantable products: silicone hydrocephalic shunt, intraocular lens, mammary prosthesis, cardiac assist products, collagen products, new vascular and dental prosthetic materials. Developed patented disposable wound drainage system, non-woven vascular prosthesis, and implantable magnetic material. Assessed percutaneous access technology/market potential. Lead for acquisition of bone growth stimulator and bone growth materials. Reported to Technical Director; major acquisitions, reported directly to Division Vice-president.

## EDUCATION

Master of Science, Mechanical Engineering/Minor: Biomedical
University of Minnesota, 1981
Completed course work for Ph.D.

Bachelor of Science, Mechanical Engineering/Minor: Biomedical
University of Kentucky, 1974 (Engineering Honors Fraternity)

* In 2006, Elaine legally dropped her first name Patricia to simplify travel security

## MAJOR PROFESSIONAL AFFILIATIONS

Society For Biomaterials:
    Editor of ***Biomaterials Forum***.
    Council member 1981-2000. Nominated for President
    *Journal of Biomedical Materials Research*, editorial review board.
Association for the Advancement of Medical Instrumentiona (AAMI)
American Society for Testing Materials (ASTM):- F-4 Committee (medical device standards)
Regulatory Affairs Professional Society (RAPS
LifeSciences Alley

Expired Memberships-Held More than 10 years
Biomedical Engineering Society
Academy of Surgical Research-
International and American Society for Artificial Internal Organs

## CERTIFICATION

Regulatory Affairs Certified by the Regulatory Affairs Professionals Society,
Original certification: November 1994.
Renewed certifications:  1999, 2001, 2003, 2006, 2009, 2012

## ACADEMIC ADVISORY BOARD POSITIONS

College of Engineering Dean's Advisory Committee, University of Kentucky
Biomedical Engineering Department, University of Kentucky
    Former-Biomedical Engineering Center, University of Minnesota

## SERVICE AWARDS

***Outstanding Contribution to the Healthcare Industry***, Medical Alley 1992
***C. William Hall Award for Service to the Society For Biomaterials,*** 1999
***Hall of Distinction*, University of Kentucky, College of Engineering,** 2000.

## PATENTS

US  4257422, Closed Wound Drain;
US  Design: 260,177 & 260,433 Drainage Bottles

## PUBLICATIONS and PRESENTATIONS

### Articles and Book Chapters

Duncan, E. Ch 7 The Regulatory Environment for Biotextiles: Biotextiles as Medical Implants, Editors: Dr. Martin W. King and Dr. Bhupender S. Gupta Woodhead Publishing Innovation: 2013. https://books.google.com/books?id=0Q1aAgAAQBAJ&pg=PA175&lpg=PA175&dq=FDA+surgical+mesh+guidance&source=bl&ots=ylTs_Fhf2o&sig=t-jBeiE4sapVoZARrjDdAvXJEZY&hl=en&sa=X&ved=0CDsQ6AEwBGoVChMIlfiExuySxwIVyV0eCh1eYwiX#v=onepage&q=FDA%20surgical%20mesh%20guidance&f=false

S. Martin, E. Duncan, Implantable sensor systems: Considerations for sterilisation: Implantable sensor systems for medical applications Chapter 12, Woodhead Publishing Innovation: 2012.

Duncan, E.  *Development and Regulation of Medical Products Using Biomaterials*, Biomaterials Science, Third Edition.2012

Duncan, E . *123:: Development and regulation of Medical TEXnology*, Industrial Fabric Products Review November 2006.

Duncan, E.  Good Laboratory Practices for Testing Biomaterials, *Biomaterials Forum*, Newsletter of the Society For Biomaterials, September- October 2001.

Duncan, E.  Combination Products and Design Control.  SurFACTS in Biomaterials, Newsletter of the Surfaces in Biomaterials Foundation, Spring, 2001.

Duncan, E.  Surface Modifiers Need to Speak up About Reuse Now.  SurFACTS in Biomaterials, Newsletter of the Surfaces in Biomaterials Foundation Winter 1999.

Duncan, E.  In-vitro Simulations– Critical to Design Control and Risk Analysis.  Endurance Technology News, Vol. 1, No. 1, Fall 1999.

Duncan, E.  Combination Products Can Create Combination Compliance Headaches.  SurFACTS in Biomaterials, Newsletter of the Surfaces in Biomaterials Foundation Vol. 4, Issue 2, Summer 1999.

Duncan, E.  Regulatory Update for SurFACTS Readers. Newsletter of the Surfaces in Biomaterials Foundation Vol. 3, Issue 3, p. 7, 1998.

Duncan, E.  Potential Impact of Regulatory Changes on Medical Devices.  New Venture Review Minnesota. Vol. 1, pp 395-397, Sept/Oct 1988.

Duncan, E.  The Value of a Risk Management Approach to Clinical Trial Design and Management.  Critical Reviews™ in Biomedical Engineering, Vol. 25, Issue 2, pp. 84-85, 1997.

Duncan, E.  Custom Devices:  Until FDA Finalizes a Guidance, What Can You Do?  The Validation Consultant, Vol. 4 No. 9, September 1997.

Duncan, E.  Implant Tracking, Surveillance, and Retrieval, April, 1991.  Performance Testing, November, 1990.  Seeking Biocompatibility, September, 1990. Pitfalls in Processing Biomaterials, Vol 12, No. 3, pg 94, March, 1990,  Biostability, Stability and Controlled Instability,  May, 1990 What is a Biomaterial? , Vol. 12, No. 1, pg 138, January, 1990; , Medical Device and Diagnostic Industry magazine, Canon Communications, Inc.

Drasler, J.W., M.L. Jenson, S.A. George, E.I. Protonotarios, R. G. Dutcher, P.E. Duncan, Z.C. Possis. <u>A Unique Vascular Graft Concept for Coronary and Peripheral Applications</u>, Vol. XXXIV, pp 769-772, Transactions, ASAIO, 1988.

**Presentations and Speeches\*-**

*Running the FDA RTA & E-copy Gauntlet;Smoldering Submission Issues,* Life Science Alley, Minneapolis, MN, October 26, 2014.

*Leaping the Hurdles of Medical Textile Devices,* IFAI Advanced Textile Expo, Minneapolis, MN  October 14, 2014.

*Regulatory 10: Quality Systems in 30 Minutes,* Life Science Alley Instructor, Minneapolis, MN, March 26, 2014

*Ethics in Biomedical Engineering: Case Presentation,* University of Kentucky College of Engineering Invited Lecture September, 21, 2013.

*Shepherding Device Applications through Regulatory Process: Standards,* Society for Biomaterials, Boston, MA, April 10, 2013

*Regulatory 101: Quality Systems*  Life Science Alley, Minneapolis, MN  March 14, 2012

*Delivering What Sponsors Need for GLP,* Wake Forest University, Wake Forest, NC, June 26, 2012.

*Strategies for a Biomaterial World*.  Material and Processes for Medical Devices (MPMD) Conference and Expostion.  Minneapolis, MN, August 8, 2011

*Managing Regulatory Uncertainty.*  Orthopaedic Research Society (ORS) 2011 Annual Meeting.  Long Beach, CA, January 14, 2011

*UK Clinician Innovation Day: regulatory issues for medical devices*.  Lexington, KY, August 4, 2009.

*Design Control for Professors*.  University of Kentucky Engineering.  Lexington, KY, June 2009.

*Engineering Senior Leadership*.  University of Kentucky College of Engineering.  Lexington, KY, April 2009.

*Shelf-life aging*.  Client training.  Boulder, CO, September 2008.

*How Barney Clark's broken heart valve changed medical device regulations.*  25th Commemorative Symposium.  Salt Lake City, UT, Nov 30-Dec 1, 2007.

*IRB and FDA: Roles and Impacts*.  Barney Clark Commemorative Symposium.  University of Utah, November 30-December 1, 2007

*Shelf-life aging*.  Client training.  September 2007.

*Navigating Standards & Regulations for Medical Textiles*.  IFAI Medical Textile Symposium. Oct 31, 2006

*GLPs for Medical Device Sponsors and Combination Products*.  CRL, August 25, 2005.

***Biomaterials Qualification and Selection for Spinal Implants.*** MDM Conference, November1, 2005

***Practical Tips for Regulatory Compliance: Top Guidance and Website Help.*** AusBiotech in Sydney Australia, April 22, 2004. Medical Alley, March 13, 2004.

***Regulatory Changes Impacting Medical Device Development: The Good, the Bad and the Ugly.*** U of MN Annual Medical Device Design Conference, April 25, 2003.

***GLP Compliance for Combination Products.*** November 18, 2002, Barnett International, Philadelphia, PA.

***Surface Analysis: Tales of Woe & Lessons From the Past for the Future.*** MDM Minneapolis. October 22-24, 2002. Anaheim, CA, February 2003.

***GLP Training for Sponsors: Corporate Forum (Workshop).*** Society for Biomaterials. April 24, 2002.

***Customized GLP Training for Sponsor.*** AnokaRamsey County College Education Grant. January 25, 2002

***Regulatory Affairs Professional Certification Instructor for PMA, Manufacturing and Quality Training- Compare and Contrast Drugs to Devices.*** Medical Alley Workshop. October 10, 2001

***Good Laboratory Practices Training for Sponsors of Pre-clinical Trials- Workshop with Charles River Labs.*** Society for Biomaterials. April 25, 2001

***Hazard Analysis & Risk Assessment as an Effective Tool for Modifications to Approved and Investigational Medical Devices.*** Workshop, Biomedical Focus '00. July, 2000, St. Paul, MN

***Benefit Analysis and the Benefit/Risk Ratio.*** Kona, Hawai, World Congress of Biomaterials. May 19, 2000,

***Workshop: Part 1: Hazard Analysis and Risk Assessment as a Tool for Pre-Clinical Study Planning and Part 2: Optimizing Study Design Through Risk Control: Animal Study Planning.*** World Congress of Biomaterials: Jointly with PRIMEDICA. May 16, 2000, Kona, Hawaii

***Risk Assessment as a Tool for Planning Pre-Clinical & Clinical Studies.*** Medical Alley. February 9, 2000, St. Louis Park, MN

***The Standardization of Biomedical Products: Finding the Good Among the Bad and the Ugly.*** University of Kentucky. October 7, 1999, Lexington, KY

***Design Control and Review Workshop, and Hazard Analysis and Risk Assessment Workshop.*** Society For Biomaterials Conference. April 28, 1999, Providence, RI

***Introduction to Biomaterials: Regulatory and Standards Issues.*** University of Washington. March 18, 1999, Seattle, WA

***Design Planning & Design Review Workshop.*** Medical Alley. October 14, 1998, St. Louis Park, MN

***Utilizing Investigator and Institution Selection and Management Strategies.*** Institute for International Research Conference. June 23, 1998, Minneapolis, MN

***Design Control & Review: Case Study of Material Change***.  Society For Biomaterials.  April 22, 1998, San Diego, CA

***Designer Surfaces on Biomaterials; Regulatory Case Study Workshop***.  Society For Biomaterials. April 22, 1998, San Diego, CA

***Risk Management With and Within Clinical Trials***. Medical Alley Seminar, May 13, 1997.

***Design of Clinical Trials Workshop; Planning and Managing Clinical Studies-Addressing your Questions***.  ASAIO 43rd Annual Conference. April 30, 1997, Atlanta, GA

***Reaction to Activities of the FDA-ODE from the Perspective of our Town***. Medical Alley**.** December 1996, Minneapolis, MN

***Surfaces in Biomaterials 1996 Symposium***. Surfaces in Biomaterials Foundation. Sept, 1996, Phoenix, AZ

***Deciding When to Submit a 510(k) for a Change to an Existing Device***.  Medical Alley Regulatory Committee.  February 14, 1996, St. Louis Park, MN

***Testing Medical Devices on Human Subjects: What Your Company Needs to Know to Work with the Physician and/or Inventor***.  Medical OEM Exposition.  November 1995, Minneapolis, MN

***Roadblocks in the Submissions Process***.  HIMA Fifth Annual Device Submissions Workshop Panelist.  July 1995, Washington, D.C.

***Regs, Risks, and Responsibilities***.  Presented to the University of Minnesota IRB Human Subjects Committee.  June 1, 1995, Minneapolis, MN

***Selection of Biomaterials and Presentation of Data to FDA***.  Discussion Leader.  Sponsored by Medical Alley Regulatory Committee, February 1995, St. Louis Park, MN

***Medical Device Development:  Regulatory Risk Management***.  Faculty; Mechanical Engineering Seminar and UNITE.  Sponsored by University of Minnesota, January 1995, Minneapolis, MN

***Requirements for Monitoring Clinical Trials***.  Faculty;  Short Course: Approaches to the Clinical Evaluation of Medical Devices.  Sponsored by the Society for Biomaterials, Dec. 1994, Rockville, MD

***Device Labeling Changes***, presented, Medical Alley, Minneapolis, MN, August 1993.

***Controversial Issues in Biomaterials for Medical Devices***, presentation, Biomedical Focus VII / ASQC, Minneapolis, MN, July 1993.

***Medical Entrepreneurial: Practical Solutions for Starting Your Business***, presentation, Midwest Electronics Expo Tenth Anniversary, Minneapolis, MN, May 1993

***Implant Retrieval Symposium***, presentation, co-chairman of symposium, St. Charles, IL, September 1992.

*Modifying Existing Biomaterials*, presentation, chairman MD&M East 10th Anniversary, New York, NY, June 1992.

*Strategic Planning for Clinical Trials,* presentation, Biomedical Focus V / ASQC, Bloomington, MN, July 1991.

*Technical, Industrial and Regulatory Aspects of Biocompatibility Testing and Materials Qualification*, presentation, co-chairman Biocompatibility Workshop, May 1991.

*Medical Devices:  New Regulatory Environment for Manufacturers and Healthcare Professionals "Perspective on the Impace of the Revised Legislation"*, presentation, December 1990.

*Performance Testing of Biomaterials*, presentation, Biomedical Focus IV / ASQC Biomedical Div., Minneapolis, MN, July 1990.

*Biomaterials:  Selection and Analysis,* Workshop Chair, Medical Design and Manufacturing Conference, New York, June 1990.

*Polymer Matrix Rare-earth Magnets for Medical Applications,* Oral Presentation and Abstract, Advances in Biomedical Polymers, Royal Australian Chemical Institute Meeting, Perth, Australia, February, 1989.

*Device Reliability and Failure Analysis: Appropriate Measures for Your Product*, panel chairman Medical Design and Manufacturing West Conference, Anaheim, CA, January, 1989, and New York, June, 1989.

*Circulatory Simulator for Analysis of Vascular Augmentation.* Abstract, ASAIO. 1987.

*Metallurgical and Thermal-Wave Failure Analysis of Two Bjork-Shiley Spherical Disk Valves Used in JARVIK-7 Total Artificial Hearts*.  World Biomaterials Congress April, 1984.  Oral Presentation.

*Choice of the Medtronic-Hall Valve in the JARVIK-7 Total Artificial Heart.*  Abstract. ASAIO, 1984.

*\*May not include presentations at client facilities*

**Continuous Training and Service Improvements: Selected Examples**

*Biocompatibility and Performance of Medical Devices, NAMSA, Minneapolis MN  May 14, 15, 2013*

*FDA's Financial Disclosure Guidance for Clinical Investigators*, FOI Teleconferences, February 6, 2012

*LifeScience Alley Conference and Expo 2010*, LifeScience Alley, Minneapolis, MN, December 8, 2010

*Symposium on Static and Dynamic Spinal Implants*, ASTM, San Antonio, TX, November 16-17, 2010

*NASS 25th Annual Meeting*, North American Spine Society, Orlando, FL, October 6-9, 2010

*FDA Webinar*, FDA, August 31, 2010

*Congressional Field Hearing*, Congressman Erik Paulsen, Plymouth, MN, August 24, 2010

*SAS 10th Annual Global Symposium on Motion Preservation Technology*, Spine Arthroplasty Society, New Orleans, LA, April 27-30, 2010

***CDRH Town Hall Meeting**,* US FDA Sponsored, Bloomington, MN  May 18, 2010.

***MedTec Ireland**,* Canon Communications, Galway, Ireland, September 23-24, 2009

***Materials and Processes for Medical Devices***, ASM Internatoinal, Minneapolis, MN, August 2009

***Under Attach or On the Attack?- The 510(k) Program***, LifeScience Alley, St. Louis Park, MN, April 29, 2009

***SAS 8***, The Spine Arthroplasty Society, Miami, FL, May 6-9, 2008

***NASS 22nd Annual Meeting***, North American Spine Society, Austin, TX, October 23-27, 2007

***MD&M Minneapolis Conference***, Medical Design & Manufacturing, Minneapolis, MN, October 16-18, 2007

***RAPS 2007 Annual Conference and Exhibition***, RAPS, Boston, MA September 23-26, 2007

***Developments in Medical Device Testing***, NAMSA, Minneapolis, MN, May 17-18, 2007

***Investigational Testing of Medical Devices in Canada***, Advamed, September 7, 2006

***AAOS***, Chicago, IL March 21-25-2007

***7th World Congress of Biomaterials***, Sydney, Australia, May 17-21, 2004

***Litigation Exposures in Clinical Trials***, Medical Alley, January 21, 2004

***HIPPA Update***, Medical Alley, September 26, 2002, Minneapolis, MN

***Data Management Process for Clinical Trials***, Medical Alley**,** August 21, 2002, Minneapolis, MN

***Good Laboratory Practices- Professional Training Course***, IQPC, July 24-25, 2002, Philadelpia, PA

***21 CFR Part 11- Electronic Records; Electronic Signatures***, Medical Alley, April 5, 2002, Mpls. MN

***An FDA ODE Update***, Medical Alley, December 2001, Mpls, MN

***Roadmap to Successful Development of Regulatory Approval of Medical Devices***, Surfaces in Biomaterials Foundation – August 2001. Scottsdale, AZ

***Carbon in Biomaterials, Workshop***, Carbon Society, July 2001, Lexington, KY

***FDA's Bioresearch Monitoring Program***, Medical Alley, August 15, 2001, Mpls, MN

***Combination Device Workshop***, Medical Alley, January 10, 2001, Mpls, MN

***E-Regulatory: Managing Submissions & Web Presence***, Medical Alley, Dec 13, 2000, Mpls, MN

***Medical Device Directives- IVDD, & Submissions***, TUV Rheinland of North America, Inc. August 16, 2000, Mpls, MN

*Pre-Clinical Trials and Animal Testing*, Medical Alley, March 14, 2000, St. Louis Park, MN

*Clinical Research 101*, Medical Alley, February 16, 2000, St. Louis Park, MN

*Medicare Coverage Decision-Making: Examining the Strengths and Weaknesses of the National and Local Processes*, Medical Alley, February 3, 2000, St. Louis Park, MN

*FDA Financial Disclosure Rule and Guidance*, Medical Alley, January 19, 2000, St. Louis Park, MN

*Electronic Records and Signatures*, Medical Alley, January 13, 2000, St. Louis Park, MN

*Do's and Don'ts When Writing Clinical Research Contracts*, Medical Alley, Dec. 15, 1999, Mpls, MN

*Methods Used to Evaluate Medical Device Package Integrity*, Medical Alley, Nov. 10, 1999, Mpls, MN

*Proposed FDA Strategy-Reuse of Single-Use Medical Devices*, Medical Alley, Nov. 10, 1999, Mpls, MN

*Briefing- the Japanese Medical Products Market*, Minnesota Trade Office, Nov. 8, 1999, St. Paul, MN

*Quality System Inspection Technique Workshop*, Medical Alley, October 21, 1999, St. Louis Park, MN

*FDA/HCFA Interagency Agreement Regarding Reimbursement Categorization of Investigational Devices*, Medical Alley, September 14, 1999, St. Louis Park, MN

*Software Regulations and Standards*, Medical Alley, September 7, 1999, St. Louis Park, MN

*The Status of Global Harmonization*, Medical Alley, July 21, 1999, St. Louis Park, MN

*Proposed Reengineering of the FDA Medical Device Registration and Listing System*, Medical Alley, July 15, 1999, St. Louis Park, MN

*Worldwide Clinical Trials*, Medical Alley, April 21, 1999, St. Louis Park, MN

*Strategies for Integrating Regulatory, Reimbursement, and Outcomes Research for Effective Market Introduction*, *Medical Alley, April 6, 1999, St. Louis Park, MN*

*Fundamentals of Medical Device Regulatory Requirements*, Medical Alley, March 24, 1999, Mpls, MN

*Designing Efficient Case Report Forms*, Medical Alley, March 17, 1999, St. Louis Park, MN

*Planning and Protocols for Preclinical and Clinical Testing*, Medical Alley, March 10, 1999, Mpls, MN

*BiMo Auditing*, Medical Alley, February 17, 1999, St. Louis Park, MN

*Clinical Standard Operating Procedures*, Medical Alley, January 20, 1999, St. Louis Park, MN

*The Role of Data Safety Monitoring Boards in Drug, Biologic and Medical Device Clinical Trials*, Medical Alley, January 13, 1999, Robbinsdale, MN

*510(k) Submission/Documentation*, Medical Alley, December 9, 1998, St. Louis Park, MN

*Quality Systems Inspection Techniques, Medical Alley, December 8, 1998, St. Louis Park, MN*

*Medical Device/Vigilance Reporting Update*, Medical Alley, November 11, 1998, St. Louis Park, MN

*Stent Grafts-An Interdisciplinary Workshop*, FDA, October 5, 1998, Washington, DC

*Exports/Imports and Device Updates*, Medical Alley, September 9, 1998, Robbinsdale, MN

*The Humanitarian Device Exemption Process*, Medical Alley, August 19, 1998, Minneapolis, MN

*Premarket Updates: IVDs, 510(k) & Emerging Issues*, Medical Alley, July 15, 1998. Robbinsdale, MN

*Global Clinical Trial Strategies for Medical Devices & Diagnostics*, Institute for International Research Conference - June 22 - 24, 1998, Minneapolis, MN

*Design Control Inspections*, Medical Alley, June 18, 1998, St. Louis Park, MN

*CE Mark for Inactive Implantable Medical Devices*, Medical Alley, June 10, 1998, St. Louis Park, MN

*Case Studies: Building a Bridge to the FDA*, Medical Alley, June 3, 1998, Robbinsdale, MN

*A changing Landscape: Private and Public Payer Perspectives on Insurance Coverage Decision Making*, Medical Alley, May 12, 1998, St. Louis Park, MN

*FDA Policy on Promoting & Advertising Medical Devices*, Medical Alley, April 8, 1998, Mpls, MN

*Clinical Database Solutions I*, Medical Alley, March 18, 1998, St. Louis Park, MN

*Medical Device Aspects of the FDA Modernization Act*, Medical Alley, Feb. 25, 1998, Mpls, MN

*Clinical Study Designs Used in Medical Device Trials*, Medical Alley, February 18, 1998, Mpls, MN

*Quality System Regulation Workshop*, Medical Alley, December 18, 1997, Minneapolis, MN

*Strategic Approaches to Regulatory Affairs*, Medical Alley, December 10, 1997, Minneapolis, MN

*Medical Device Aspects of the FDA Modernization Act*, Medical Alley, Dec. 3, 1997, Minneapolis, MN

*Surfaces in Biomaterials '97 Symposium*, September 3-6, 1997, Minneapolis, MN

*Biomedical Focus '97,* **11th Annual Conference & Exposition**, July 28-30, 1997, Minneapolis, MN

*FDA-Industry Design Control Training*, Medical Alley, May 21-22, 1997

*FDA Clinical Trials & Statistics-The Secrets of Success*, May 14, 1997, Minneapolis, MN

*Clinical Trial Design for Medical Devices*, Medical Alley, April 16, 1997, Minneapolis, MN

*The Nuts & Bolts of Preparing a Design Dossier for CE Marking of Medical Devices*, Medical Alley, March 12, 1997, Mpls, MN

*Profiles of Success*        Elaine Duncan, MSMS, RAC

**Artificial Hearts, Heart Assist and Heart Valves**
- o   Heart valves
- o   Durability testing
- o   Failure analysis
- o   Flow simulation
- Pericardial heart valve animal testing
- Artificial heart clinical research and IDE submissions
  - o   Jarvik-7
  - o   Dayton Axial-flow pump
  - o   3M/Pierce-Donachy
  - o   Milwaukee Heart

**Biomaterials: Polymers, Surface Modifications and Combination Products**
- Qualification and validation strategies for new and replacement biomaterials
  - o   Silicones
  - o   Polyurethanes
  - o   Surface coatings
  - o   Combination drug/device
- ISO-10993 biocompatibility testing optimization for all types of devices
- Surgical mesh materials, physical, animal, clinical testing and premarket applications

**Bone Graft Substitutes, Restorative Materials and Devices, Implants**
- Orthopedic and dental biomaterial applications, clinical trial, IDE and premarket submissions
  - o   Coatings
  - o   Bone graft substitutes
    - ▪ Hydroxyapatite
    - ▪ Calcium sulfate and variations
  - o   Artificial ligaments
  - o   Artificial joints
  - o   Wedge osteotomy PEEK implant and instrumentation
  - o   Bone growth stimulation
  - o   Foot reconstruction systems
  - o   Hip implants and joint resurfacing
  - o   Intramedullary rod alternatives
- Spinal implant technologies in clinical trial, IDE applications and premarket submissions
  - o   Rods and screw
  - o   Total artificial disc
  - o   Spinal nucleus devices

**Dental**
- Bone and Defect Filler
- Dental Implants

**Electrophysiology – Cardiovascular and Neurological**
- Implantable defibrillators
- Pacemakers
- Leads and electrodes
- Wearable external pacemakers
- Electrophysiology stimulators
- Ablation catheters
- Guidewires and catheter navigation systems
- Pacing systems for congestive heart disease
- Bone and muscle electrical stimulation

**Minimally Invasive Technology**
- Laparoscopic, arthroscopic, spinal and other minimally invasive technologies 510(k) notifications
- Robotic surgical system
- Qualification of unique materials and design features
- Protocol development and testing requirements

*Profiles of Success*     Elaine Duncan, MSMS, RAC

- Animal and clinical evaluations
- Reusability protocols for cleaning and sterilization validation

**Ophthalmology and Otolaryngology**
- Selection of biomaterials, device qualification, and clinical trials
- Comparative testing of lenses for optical quality related to clinical outcomes.
- Cochlear implant devices investigational applications

**Powered Mobility, Prosthetics and Physical Medicine**
- Powered stand-up wheelchair
- Physical medicine devices for the home
- Materials qualification for prosthetic interface

**Reusability of Devices and Instrumentation**
- Validated cleaning and/or sterilization studies
- Durability and reuse testing protocol development

**Safety Syringe**
- Clinical usability testing
- Premarket notification [510(k)]

**Software, Electronics, Internet Medicine**
- Implantable electronic device premarket notification [510(k)]
- Data storage systems
- Imaging diagnostic systems, such as gamma camera
- Software-based medical systems
- Internet-based home medical services

**Sterility and Shelf-life Testing**
- Shelf-life testing and expiration-date labeling protocols
- Qualifying materials and devices for use in alternative sterilization methods

**Oral Appliances**
- Qualifying biomaterials and device designs
- Premarket notification [510(k)] for Australian and US clients

**Urological and Dialysis Catheters**
- Clinical trial management, auditing and reporting
- Design qualification and review for numerous
- IDE applications and FDA interactions
- Premarket notification [510(k)]
- Biomaterials qualification
- Percutaneous implant port for bladder
- Anti-infective coatings and surface modifications
- Testing to voluntary standards

**Usability Studies**
- Protocol development and field testing for user manual validations
- Usability studies for "over-the-counter" products
- Usability studies for safety syringes

**Vascular Grafts and Stents**
- Peripheral vascular grafts
- Coronary artery bypass grafts
- Vascular stents technology
- Cell-seeding technology
- Tissue-derived vascular prostheses

**In-vitro fertilization products**
**In-vitro diagnostics**