# EXHIBIT F

Anne Holland Wilson, MBA

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA AT CHARLESTON

- - -

IN RE:   ETHICON, INC.,: Master File No.
PELVIC REPAIR SYSTEM  : 2:12-MD-02327
PRODUCTS LIABILITY    : MDL 2327
LITIGATION            :

------------------------------------------

THIS DOCUMENT RELATES TO CASE
CONSOLIDATION:
Terreski Mullins, et al., v. Ethicon,
Inc., et al.
Case No. 2:12-CV-02952

- - -

September 17, 2015

- - -

Oral deposition of ANNE HOLLAND WILSON, MBA, held in the offices of Riker Danzig, 500 Fifth Avenue, New York, New York 10110, commencing at 9:20 a.m., on the above date, before Margaret Peoples, a Registered Professional Reporter and Notary Public in and for the States of Pennsylvania, New York and Connecticut.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Anne Holland Wilson, MBA

Page 9

```
 1                    - - -
 2            ANNE HOLLAND WILSON, after
 3         having been duly sworn, was
 4         examined and testified as
 5         follows:
 6                    - - -
 7                 EXAMINATION
 8                    - - -
 9  BY MR. COMBS:
10       Q.    Could you state your name
11  for the record.
12       A.    Anne Holland Wilson.
13       Q.    Ms. Wilson, what's your
14  business address?
15       A.    7500 Rialto Boulevard,
16  Austin, Texas.
17       Q.    How many times have you been
18  deposed before?
19       A.    Once.
20       Q.    Prior to the deposition, did
21  Mr. Wallace explain to you the ground
22  rules of the deposition, and that I don't
23  need to go back over those?
24              MR. WALLACE:  I'll object
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Anne Holland Wilson, MBA

Page 41

1  Q.  Okay.  Well, I just want to
2  make sure that I understand.
3      I mean, it's my
4  understanding that the process by which
5  you do an audit would be very different
6  than the process by which you prepared
7  this report and the opinions contained in
8  this report.
9      Is that correct?
10     MR. WALLACE:  Objection to
11     form.
12     THE WITNESS:  Audits use one
13     set of skills.  Expert report uses
14     some of those skills, but they're
15     not all the same.
16     I used the sum of my
17     knowledge as a consultant in risk
18     management, auditing, GLPs, design
19     controls, 15 years of work
20     experience, 15 years of business
21     ownership, consultants to come up
22     with my report.
23     So you can't single out
24     auditing.

Anne Holland Wilson, MBA

Page 69

```
 1        A.    Due Diligence Project Tomlin
 2   Checklist [ph].  I don't recall hearing
 3   that at all.
 4        Q.    Other than that, do you
 5   believe that you had all of the
 6   risk-related documents for TVT?
 7        A.    To the best of my knowledge,
 8   I asked for.
 9        Q.    Your assumption is that you
10   have all.
11        A.    Yeah.  My assumption is I
12   do.
13        Q.    And if there are any you
14   didn't have, you tried to get them.
15        A.    Absolutely.
16        Q.    That was part of what you
17   were doing in this process, was trying to
18   assemble all of the risk-related
19   documents in order to form the basis for
20   your opinion?
21        A.    Right.  I focused on the
22   design.
23        Q.    In the United States, is
24   design control governed by 21 CFR 820?
```

Anne Holland Wilson, MBA

Page 70

1      A.    820.30, in fact.
2      Q.    Ms. Wilson, you told us
3  about 21 820.30.
4            What is that?
5      A.    I believe the title is
6  "Design Controls" of the Quality System
7  Regulations.
8      Q.    And is 21 CFR 820 the
9  section of federal regulations that are
10 related to medical devices?
11     A.    There are many things
12 related to medical devices, so that is a
13 subset.
14     Q.    Is it the subset that
15 involves quality system regulations?
16     A.    Correct.
17     Q.    And so, for example --
18           MR. WALLACE:  You have sort
19       of half a question pending.  So
20       I'll just note an objection and
21       just ask you to restart.
22           MR. COMBS:  Okay.  We'll
23       mark this as Exhibit 4.
24                - - -

1           Like right now, does the FDA
2   require a medical device manufacturer to
3   comply with ISO 13485?
4           MR. WALLACE:  Object to
5       form.
6           THE WITNESS:  They -- that's
7       apples and oranges.  That isn't
8       peaches and cream.
9   BY MR. COMBS:
10      Q.    Okay.
11      A.    The FDA has FDA stuff.  EU,
12  Canada, many other countries accept
13  13485.  So that question doesn't make any
14  sense to me.
15      Q.    So I'll try it again.
16  Here's the question.
17          Does the FDA require
18  compliance to ISO 13485?
19      A.    For products distributed
20  within the U.S. by U.S. medical -- no,
21  they do not.
22          They do have harmonized risk
23  procedures to ISO 14971, however.
24      Q.    Is there an FDA reg that

Anne Holland Wilson, MBA

Page 438

1      C E R T I F I C A T E
2
              I HEREBY CERTIFY that the
3      witness was duly sworn by me and that the
       deposition is a true record of the
4      testimony given by the witness.
5
6
7
8
                       _ _ _ _ _ _ _ _ _ _ _ _
9              Margaret Peoples, RPR
               Dated: September 17, 2015
10
11
12
13
14
15
16
17
18
19          (The foregoing certification
20     of this transcript does not apply to any
21     reproduction of the same by any means,
22     unless under the direct control and/or
23     supervision of the certifying reporter.)
24