# EXHIBIT H

```
 1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF WEST VIRGINIA
 2                       AT CHARLESTON
 3
 4   IN RE: ETHICON, INC.,     Master File No. 2:12-MD-02327
     PELVIC REPAIR SYSTEM                MDL 2327
 5   PRODUCTS LIABILITY              JOSEPH R. GOODWIN
     LITIGATION                     U.S. DISTRICT JUDGE
 6   ****************************************
              ORAL DEPOSITION OF ANNE HOLLAND WILSON
 7                    MARCH 22, 2016
     ****************************************
 8   THIS DOCUMENT RELATES TO THE
     FOLLOWING CASES IN WAVE 1 OF MDL 200:
 9
10   Marty Babcock v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-10152
11
     Daphne Barker, et al. v. Ethicon, Inc., et al.
12   Civil Action No. 2:12-cv-00899
13   Bonnie Blake, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00995
14
     Sharon Boggs, et al. v. Ethicon, Inc., et al.
15   Civil Action No. 2:12-cv-00368
16   Myra Byrd, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00748
17
     Angela Coleman, et al. v. Ethicon, Inc., et al.
18   Civil Action No. 2:12-cv-01267
19   Constance Diano, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-01145
20
     Dina Destefano-Raston, et al. v. Ethicon, Inc., et al.
21   Civil Action No. 2:12-cv-01299
22   Monica Freitas, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-01146
23
     Rose Gomez, et al. v. Ethicon, Inc., et al.
24   Civil Action No. 2:12-cv-00344
```

Anne Holland Wilson

```
 1                  (Marked Wilson Exhibit Nos. 1 - 7.)
 2                    ANNE HOLLAND WILSON,
 3   having been first duly sworn, testified as follows:
 4                     E X A M I N A T I O N
 5   BY MR. DAVIS:
 6        Q.   Good morning, Ms. Wilson.  Would you state
 7   your full name for the record, please?
 8        A.   Anne Holland Wilson.
 9        Q.   Ms. Wilson, we've met.  I'm Paul Davis.  I'll
10   be asking you some questions today.  We'll get started.
11             I've handed you some premarked exhibits,
12   1 through 7.  Could you take a look at those?  I think
13   the first one is the notice of deposition.  Are you
14   familiar with it?
15        A.   I've browsed it.
16        Q.   And we've requested some documents just to
17   bring with you.  Can you just give us an overview of
18   what, if anything, you brought with you today?
19        A.   I believe there's a copy of each of my
20   reports --
21        Q.   Okay.  Anything --
22        A.   -- that are clean copies.  They're in the
23   binder there.
24                  (Marked Wilson Exhibit Nos. 8 - 10.)
```

| | |
|---|---|
| 1 | Q. Okay. So my follow-up question is: In your |
| 2 | practice, do you ever have occasion to need to look at |
| 3 | FDA guidance documents? |
| 4 | A. We look at them all the time. |
| 5 | Q. Okay. And do you rely upon FDA guidelines |
| 6 | documents? |
| 7 | MR. WALLACE: For what? |
| 8 | Objection to form. |
| 9 | Q. (BY MR. DAVIS) For any purpose. |
| 10 | A. How does that relate to my reports here? |
| 11 | Q. You don't need to worry about that, |
| 12 | Ms. Wilson. Just -- |
| 13 | A. I believe -- |
| 14 | MR. WALLACE: I wouldn't take advice from |
| 15 | Mr. Davis. But go ahead and answer the question, if |
| 16 | there's a question pending. |
| 17 | A. I look at FDA guidance documents all the time. |
| 18 | Q. (BY MR. DAVIS) Okay. And do you have |
| 19 | occasion to rely on them? |
| 20 | MR. WALLACE: Objection to form; asked |
| 21 | and answered. |
| 22 | A. They're guidance, and we use them as guidance. |
| 23 | Q. (BY MR. DAVIS) Okay. Have you worked on a |
| 24 | team that used FDA guidance documents in connection with |