# EXHIBIT J

ETHICON INC.
a Johnson&Johnson company

Document Name (#): RMR-0000044
Revision: 1

# RISK MANAGEMENT REPORT (LEGACY) FOR TVT AND TVT-O

## Revision History for (RMR-0000044)

| Revision # | Summary of Change | Change Order # | Originator |
|---|---|---|---|
| (Insert the Rev # in ascending order) | (Describe the change, and the section of the form where the change occurred.) | (Insert the associated change order#) | (Insert the author of the document or change) |
| 1 | Original Issue | CO-00120496 | M. Viscido |

| Originator Name/Title | Signature | Date |
|---|---|---|
| **Michael Viscido**<br>Sr. Project Manager, Product Risk | (Electronic Signature) | |

| Name/Title | Signature | Date |
|---|---|---|
| **Mark Yale**<br>Director, WW Risk Management/QE | (Electronic Signature) | |
| **David Robinson, MD**<br>Medical Director | (Electronic Signature) | |
| **Dan Smith**<br>Engineering Fellow, Research & Development | (Electronic Signature) | |
| **Neal Brunner,**<br>WW Quality Engineering Manager | (Electronic Signature) | |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618757

ETHICON INC.
a Johnson-Johnson company

Document Name (#):   RMR-0000044
Revision:   1

## Product Scope:

This Risk Management Report covers the Tension-free Vaginal Tape (TVT) System, the GYNECARE TVT System with Abdominal Guides and the GYNECARE TVT Obturator System packaged as sterile. Included across these products are clear and blue mesh as well as Laser cut and mechanically cut meshes listed below.

This includes all product numbers listed below:

| 810041A | 810041B | 810041BL | 810051 | 810081 |
| 810061 | 830041A | 830041B | 830041BL | 810081L |

## Product Description (include sub-systems):

### Description:

The various TVT configurations consist of 1 or more of the following items:
TVT Single-Use Device, provided sterile (available separately)
TVT Reusable Introducer, provided non-sterile (available separately)
TVT Reusable Rigid Catheter Guide, provided non-sterile (available separately)
GYNECARE TVT *with abdominal guides* - Disposable Abdominal Guides and Couplers, provided sterile (available separately in some locations)
GYNECARE TVT Helical Passers
GYNECARE TVT Atraumatic Winged Guide

### TVT DEVICE

The TVT device is a sterile single use device, consisting of one piece of undyed or blue (Phtalocyanine blue, Colour index. Number 74160) PROLENE® polypropylene mesh (tape) approximately 1/2 x 18 inches (1.1 x 45 cm), covered by a plastic sheath cut and overlapping in the middle, and held between two stainless steel needles bonded to the mesh and sheath with plastic collars.

PROLENE® polypropylene mesh is constructed of knitted filaments of extruded polypropylene strands identical in composition to that used in PROLENE® polypropylene nonabsorbable surgical suture. The mesh is approximately 0.027 inches (0.7mm) thick. This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE® mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This bi-directional elastic property allows adaptation to various stresses encountered in the body.

### TVT INTRODUCER

The TVT introducer is provided non-sterile and is reusable. The introducer is made of stainless steel. It consists of two parts, a handle and an inserted threaded metal shaft. The introducer is intended to facilitate the passage of the TVT device from the vagina to the abdominal skin. It is connected and fixed to the needle, via the threaded end of the shaft, prior to inserting the needle with the tape.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618758

## TVT RIGID CATHETER GUIDE

The TVT rigid catheter guide is a non-sterile reusable instrument intended to facilitate the identification of the urethra and the bladder neck during the surgical procedure. It is inserted into a Foley catheter (recommended size 18 French) positioned in the bladder via the urethra. To facilitate insertion, it can be lubricated with gel.

## GYNECARE TVT ABDOMINAL GUIDE

The GYNECARE TVT abdominal guide is a sterile disposable instrument intended to facilitate passage of the GYNECARE TVT device. Two abdominal guides are included in each kit with the GYNECARE TVT couplers.

## GYNECARE TVT COUPLER

The GYNECARE TVT coupler is a sterile disposable polypropylene connector used to connect the GYNECARE TVT abdominal guide to the GYNECARE TVT needle. Two couplers are included in each kit with the two abdominal guides.

## GYNECARE TVT Helical Passers

The GYNECARE TVT Helical Passers are two stainless steel, curved wire passers with plastic handles that are designed to deliver the GYNECARE TVT Obturator device. Helical Passers are provided as left and right units, pre-assembled to the GYNECARE TVT Obturator device. The Helical Passer MUST not be bent or deformed in any way.

## GYNECARE TVT Atraumatic Winged Guide

The GYNECARE TVT Atraumatic Winged Guide is a stainless steel accessory instrument, which facilitates the passage of the GYNECARE TVT Helical Passers through the dissection tract.

## Indications:

The GYNECARE TVT device is intended to be used as a pubourethral sling for treatment of stress urinary incontinence (SUI), for female urinary incontinence resulting from urethral hypermobility and/or intrinsic sphincter deficiency. GYNECARE TVT introducer, rigid catheter guide and GYNECARE TVT abdominal guides and couplers are available separately and intended to facilitate the placement of the GYNECARE TVT device.  The reusable TVT handle and rigid catheter guide are also used to facilitate device placement.

## Anticipated operating conditions considered and covered by risk analysis and assessment:

Conditions found in normal operating theatre (i.e. room temperature and humidity in operating room, emergency room, etc.)

## Anticipated use environments considered:

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618759

ETHICON, INC.
a Johnson-Johnson company

Document Name (#):  RMR-0000044

Revision:   1

Typical operating theatre

**Physical and functional boundaries:**

The device is intended to be used within the boundaries of the sterile field.

**Report Prepared by:**

M. Viscido

Worldwide Risk Management

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618760

ETHICON INC.
a Johnson-Johnson company

Document Name (#):  RMR-0000044

Revision:  1

## Description of changes from last revision:

Not applicable.  Initial Issue.

## List dates of all postproduction reviews:

The TVT/TVT-O family of devices is defined as a "Legacy Devices" for Ethicon, Inc.  As such there are no additional post-PRA reviews scheduled for this device.  Methods are in place to obtain relevant production and post-production information as defined in the execution of our production and/or Design Control processes.

## Reference Documents (As Applicable):

Explain/Describe and advise of location:

- Risk Management Plan – Ethicon, Inc. – Legacy Devices, RMP-0000001, Rev. 2 (Central File Room, WWRM Files)
- PR602-003 Company Procedure for Medical Device Risk Management Plan (ECCS), Rev. 13
- PT-0005674 Risk Management Protocol Ethicon, Inc. – Process For Legacy Devices, Rev. 2

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618761

ETHICON, INC.
a Johnson-Johnson company

Document Name (#):   RMR-0000044

Revision:   1

## Harms-Hazards Summary Table*:

1) Below is a summary table that provides a listing of the Harms/Hazards associated with this device

| Harm | Severity of Harm | Hazard | Estimated Frequency of Harm |
|---|---|---|---|
| Blood Loss | 10 | Improper dissection technique | 2 |
| | | Device Passage causes puncture/laceration | |
| | | | |
| Erosion - Urinary Tract | 10 | Local irritation/transitory foreign body response | 2 |
| | | Dissection technique/tools | |
| | | Improper implant positioning | |
| | | Improper wound closing | |
| | | | |
| Erosion - Vagina | 10 | Local irritation/transitory foreign body response | 4 |
| | | Dissection technique/tools | |
| | | Improper implant positioning | |
| | | Improper wound closing | |
| | | | |
| Extended Surgery | 9 | Improper dissection technique | 4 |
| | | Incorrect patient position | |
| | | | |
| Fistula | 9 | Improper dissection technique | 0 |
| | | Device Passage causes puncture/laceration | |
| | | | |
| Infection | 10 | Existing infection | 4 |
| | | Cross contamination | |
| | | Compromised device sterility | |
| | | | |
| Internal Organ Damage | 10 | Improper dissection technique | 4 |
| | | Device Passage causes puncture/laceration | |
| | | Improper implant positioning | |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618762

ETHICON INC.
a Johnson&Johnson company

Document Name (#): RMR-0000044
Revision: 1

| Harm | Severity of Harm | Hazard | Estimated Frequency of Harm |
|---|---|---|---|
| | | | |
| Nerve Damage/Paine (major) | 9 | Improper dissection technique | 4 |
| | | Incorrect patient position | |
| | | Residual foreign body | |
| | | | |
| Unintended Tissue Reaction | 9 | Non-biocompatible materials | 4 |
| | | Transitory foreign body response | |
| | | Local irritation | |
| | | | |
| Tissue Damage | 9 | Improper dissection technique | 0 |
| | | Device Passage causes puncture/laceration | |
| | | Sum of Harm Frequency (ORR) | 28 |

*Hazards listed may not have led to the actual harm but are included to represent a worst-case scenario.

**Risk Analysis:**

The risk analysis process was conducted in accordance with the Company Procedure for Medical Device Risk Management Plan, PR602-003, Risk Management Protocol: Ethicon, Inc. – Process For Legacy Devices, PT-0005674, Rev. 1 and RMP-0000001 Risk Management Plan Ethicon, Inc. – Legacy Devices. A flowchart description of activities conducted is listed in Appendix A and the results of the activities are provided in Appendix B.

As required by RMP-0000001, when the Overall Residual Risk is Moderate an additional review of comparable devices of the FDA MAUDE database was conducted. The review results are provided in Appendix D. This review did not indicate any additional harms/hazards to those that were indicated by review of the labeling and the internal complaint database.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
ETH.MESH.10618763

ETHICON INC.
a Johnson-Johnson company

Document Name (#):   RMR-0000044

Revision:   1

## FMEA's (ECCS Document Numbers):

aFMEA:

- Not required for this legacy device risk management report

dFMEA:

- Not required for this legacy device risk management report

pFMEA:

- Not Required for this legacy device risk management report

## Frequency of Harm Assessment performed by:

**Medical Director:** Dr. David Robinson
**Sr. Project Manager, Product Risk:** Michael Viscido
**Senior Engineering Fellow:** Dan Smith

## Overall Residual Risk Assessment

Overall Residual Risk Score: _28_          Overall Residual Risk Level: ***Moderate***

Risk Benefit Analysis Required:  *NO*

## Risk Management Report Conclusion

Approval of this Risk Management Report signifies that the team has:

a) Successfully completed the Risk Management Plan defined in *documents* # PT-0005674 and RMP-0000001.

b) Shown that the Overall Residual Risk is considered acceptable per the requirements defined in PR602-003

Electronic approval of this report occurs in ECCS per requirements defined in PR602-003 step 6 (new reports).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618764

ETHICON, INC.
a Johnson-Johnson company

Document Name (#):  RMR-0000044

Revision:  1

## Appendices

| Appendix | Description |
|----------|-------------|
| A | Process Flow |
| B | Risk Management Process Results |
| C | Relevant Product Labeling (US & EU-Great Britain) |
| D | FDA MAUDE Database Review |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618765

ETHICON INC.
a Johnson-Johnson company

Document Name (#):  RMR-0000044

Revision:  1

## Appendix A – Process Flow[1] (Actual Flow Highlighted in Yellow)



---

[1] This Process flow diagram was copied from PR602-003 Revision 12.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618766

ETHICON, INC.
a Johnson-Johnson company

Document Name (#):   RMR-0000044

Revision:   1

## Appendix B – Risk Management Process Results: Harms/Hazards Table

| No | Harm | Severity | Hazard* | Frequency of Harm (per 1 million units sold) | Frequency of Harm Rating | Harm/Hazard Information Source* | Label section(if applicable) |
|----|------|----------|---------|-----------------------------------------------|--------------------------|--------------------------------|------------------------------|
| 1 | Blood Loss | 10 | Improper dissection technique | 17 | 2 | Label/Complaint Data | Warnings |
| | | | Device Passage causes puncture/laceration | | | | |
| 2 | Erosion - Urinary Tract | 10 | Local irritation/transitory foreign body response | 17 | 2 | Complaint Data | - |
| | | | Dissection technique/tools | | | | |
| | | | Improper implant positioning | | | | |
| | | | Improper wound closing | | | | |
| 3 | Erosion - Vagina | 10 | Local irritation/transitory foreign body response | 97 | 4 | Complaint Data | - |
| | | | Dissection technique/tools | | | | |
| | | | Improper implant positioning | | | | |
| | | | Improper wound closing | | | | |
| 4 | Extended Surgery | 9 | Improper dissection technique | 42 | 4 | Complaint Data | - |
| | | | Incorrect patient position | | | | |
| 5 | Fistula | 9 | Improper dissection technique | 8 | 0 | Complaint Data | - |
| | | | Device Passage causes puncture/laceration | | | | |
| 6 | Infection | 10 | Existing infection | 86 | 4 | Label/Complaint Data | Adverse Reaction/Warnings |
| | | | Cross contamination | | | | |
| | | | Compromised device sterility | | | | |
| 7 | Internal Organ Damage | 10 | Improper dissection technique | 55 | 4 | Label/Complaint Data | Adverse Reaction/Warnings |
| | | | Device Passage causes puncture/laceration | | | | |
| | | | Improper implant positioning | | | | |
| 8 | Nerve Damage/Pain (major) | 9 | Improper dissection technique | 31 | 4 | Label/Complaint Data | Warnings |
| | | | Incorrect patient position | | | | |
| | | | Residual foreign body | | | | |
| 9 | Unintended Tissue Reaction | 9 | Non-biocompatible materials | 28 | 4 | Label/Complaint Data | Warnings |
| | | | Transitory foreign body response | | | | |
| | | | Local irritation | | | | |
| 10 | Tissue Damage | 9 | Improper dissection technique | 3 | 0 | Label/Complaint Data | Adverse Reaction/Warnings |
| | | | Device Passage causes puncture/laceration | | | | |
| | | | | **Sum of Harm Frequency** | **28** | | |

\* Hazards listed may not have elected to the actual harm but are included to represent a worst case scenario

\** A source listing of "General Risk" indicates a known risk but not identifiable in either the label or from complaint data

FM-0000468, rev2
ETHICON CONFIDENTIAL use pursuant to Company Procedures

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618767

ETHICON INC.
a Johnson-Johnson company

Document Name (#):  RMR-0000044

Revision:  1

## Appendix B (cont.) – Risk Management Process Results: Complaint Information

**Table 1: Initial Summary**

Count of cat_lvl2_desc

| No. | cat_lvl2_desc | Total | Team Discussion Notes |
|---|---|---|---|
| 1 | Allergic Reaction | 6 | Unintended Tissue Reaction |
| 2 | Bent Needle | 4 | No Associated Harm |
| 3 | Bent wire | 2 | No Associated Harm |
| 4 | Bladder Erosion | 1 | Erosion - Uniary Tract |
| 5 | Bladder Laceration | 1 | Internal Organ Damage |
| 6 | Bladder Perforation | 4 | Internal Organ Damage |
| 7 | Bladder Perforation by Mesh | 1 | Internal Organ Damage |
| 8 | Bowel perforation | 1 | Internal Organ Damage |
| 9 | Customer perceived issue | 1 | No Associated Harm |
| 10 | Damaged product | 4 | No Associated Harm |
| 11 | Deformed Tip of Needle | 4 | No Associated Harm |
| 12 | Difficult sheath removal | 3 | No Associated Harm |
| 13 | Dislikes Package | 2 | No Associated Harm |
| 14 | Erosion: Urethral or otherwise unspecified | 5 | Erosion - Uniary Tract |
| 15 | Foreign matter | 2 | Infection |
| 16 | Groin Pain | 12 | Nerve Damage/Pain(3)/Pain-minor(9) |
| 17 | Hematoma formation | 1 | Blood Loss |
| 18 | In spec/Does not meet customer requirements | 5 | No Associated Harm |
| 19 | Inadequate Labeling | 1 | No Associated Harm |
| 20 | Inadvertent Retention of the Coupler | 1 | No Associated Harm |
| 21 | Incisional Bleeding | 1 | Blood Loss |
| 22 | Incorrect fit: needle and introducer | 7 | No Associated Harm |
| 23 | Incorrectly assembled | 1 | No Associated Harm |
| 24 | Infection | 29 | Infection(18)/No Associated Harm (11) |
| 25 | Intra Operative Complication | 5 | Blood Loss(1)/No Associated Harm (4) |
| 26 | Intra-Operative Complication | 16 | Blood Loss(1)/No Associated Harm (5)/Extended Surgery (10) |
| 27 | Lower Abdominal Pain | 2 | Nerve Damage/Paine(1)/No Associated Harm (1) |
| 28 | Mesh broken | 5 | No Associated Harm |
| 29 | Mesh Frayed | 8 | No Associated Harm |
| 30 | Mesh Fraying | 3 | No Associated Harm |
| 31 | Mesh Kinked- Out of Package | 1 | No Associated Harm |
| 32 | Mesh Slippage | 1 | Failure of Treatment |
| 33 | Missing Component | 2 | No Associated Harm |
| 34 | Needle Broken | 2 | No Associated Harm |
| 35 | Needle detaches during use | 2 | No Associated Harm |
| 36 | Needle difficult to remove from handle | 5 | No Associated Harm |
| 37 | Not Specified | 3 | No Associated Harm |
| 38 | Open Seal | 8 | Infection |
| 39 | Plastic needle too difficult to remove from the helical passer | 2 | Extended Surgery |
| 40 | Plastic sheath splitting/cracking/breaks | 2 | Extended Surgery |
| 41 | Plastic tube damage/breakage | 8 | No Associated Harm |
| 42 | Post Operative Lower Extremity Pain | 18 | Nerve Damage/Paine(6)/Pain-minor(11)/No Associated Harm (1) |
| 43 | Post-Operative Complication | 45 | No Associated Harm (37)/Erosion-Vaginal (2)/Unintended Tisue Reaction (4)/Failure Of Treatment (5)/Infection (2)/Pain-Minor (7)/Pain (1)/Blood Loss (2)/Fistula (3)/Tissue Damage (1)/Internal Org. Damage (1) |
| 44 | Post-operative complications | 20 | (combine with above) |
| 45 | Post-Procedural Incontinence | 16 | Failure of Treatment |
| 46 | Premature separation of plastic sheath from mesh (out of package) | 2 | No Associated Harm |
| 47 | Premature separation of the plastic needle from the helical passer | 3 | Extended Surgery (1)/No Associated Harm (2) |
| 48 | Premature seperation of plastic sheath from mesh (during use) | 1 | No Associated Harm |
| 49 | Product Caught in Seal | 1 | Infection |
| 50 | Product loose in packaging | 1 | No Associated Harm |
| 51 | Sheath Splits/Cracks/Breaks | 3 | No Associated Harm |
| 52 | Sheath Splitting/Cracking/Breaks Prior to Use | 2 | No Associated Harm |
| 53 | Tip/Tube bent during use | 1 | No Associated Harm |
| 54 | Torn Mesh | 1 | No Associated Harm |
| 55 | Urethral Perforation | 1 | Internal Organ Damage |
| 56 | Urinary retention | 10 | Internal Organ Damage |
| 57 | Vaginal Exposure | 18 | Erosion Vagina(33)/No Associated Harm (1) |
| 58 | Vaginal Extrusion | 16 | (combine with above) |
| 59 | Vascular Injury | 2 | Internal Organ Damage |
| | Grand Total | 335 | |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618768

ETHICON INC.
a Johnson-Johnson company

Document Name (#): RMR-0000044
Revision: 1

## Appendix B (cont.) – Risk Management Process Results: Complaint Information

Table 2: Final Summary

| No. | Harms (9/10 Severity) | Total |
|-----|------------------------|-------|
| 1 | Blood Loss | 6 |
| 2 | Erosion - Urinary Tract | 6 |
| 3 | Erosion Vagina | 35 |
| 4 | Extended Surgery | 15 |
| 5 | Fistula | 3 |
| 6 | Infection | 31 |
| 7 | Internal Organ Damage | 21 |
| 8 | Nerve Damage/Paine(major) | 11 |
| 9 | Unintended Tissue Reaction | 10 |
| 10 | Tissue Damage | 1 |
| 11 | Pain-Minor* | 27 |
| 12 | Failure of Treatment* | 22 |
| 13 | No Associated Harm ** | 147 |
| | Sub-total | 335 |

* Indicate harms with a severity ranking of 8 or less, not related to the device or considered normal, temporary and/or minor procedural/device effects. These are not considered in the Overall Residual Risk calculation

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618769

ETHICON, INC.
a Johnson-Johnson company

Document Name (#):  RMR-0000044

Revision:  1

## Appendix B – Risk Management Process Results: Sales Information

## Tension Free Vaginal Tape (TVT)

**Sales By Year**                                    **Quantity In Eaches[1]**

| TRUE_DEMAND | 2006 | 2007 |
|---|---:|---:|
| 810041A-GYNECARE TVT AA | 6,370 | 5,638 |
| 810041B-TVT DEVICE w/Blue mesh 1PK | 46,223 | 33,345 |
| 810041BL-TVT DEVICE (1PK) LCM | 846 | 9,382 |
| 810051-TVT INTRODUCER | 683 | 594 |
| 810061-TVT CATHETER GUIDE | 854 | 875 |
| 830041-TVT DEVICE (3PK) | 2,277 | 2,148 |
| 830041B-TVT DEVICE w/Blue mesh 3 PK | 16,019 | 3,705 |
| 830041BL-TVT DEVICE (3 PK) LCM | 2,470 | 15,078 |
| 810081-GYNECARE TVT-O | 102,191 | 76,268 |
| 810081L-GYNECARE TVT-O LCM | 5,193 | 30,044 |
| **Total:** | 183,126 | 177,077 |
| **Grand Total:** | | 360,203 |

[1] Data fromSCORE Database.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618770

E T H I C O N, INC.
a Johnson&Johnson company

Document Name (#):   RMR-0000044

Revision:   1

## Appendix C – Relevant Product Labeling: US

(See PDF version for Labeling)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618771

off

## INSTRUCTIONS FOR USE

The patient should be placed in the lithotomy position taking care to avoid hip flexion greater than 60°.

The procedure can be carried out under local anesthesia, but it can also be performed using regional or general anesthesia. The extent of dissection is minimal, i.e. a vaginal midline entry with a small paraurethral dissection to initially position the needle and two suprapubic skin incisions. Using forceps, grasp the vaginal wall at each side of the urethra. Using a small scalpel, make a sagittal incision about 1.5 cm long starting approximately 1.0 cm from the outer urethral meatus. This incision will cover the mid-urethral zone and will allow for subsequent passage of the sling (tape). With a small pair of blunt scissors, two small paraurethral dissections (approximately 0.5 cm) are made so that the tip of the needle can then be introduced into the paraurethral dissection. Then, two abdominal skin incisions of 0.5 – 1 cm are made, one on each side of the midline just above the symphysis not more than 4 – 5 cm apart. Incision placement and needle passage near the midline and close to the back of the pubic bone are important to avoid anatomic structures in the inguinal area and lateral pelvic sidewall.

The TVT rigid catheter guide is inserted into the channel of the Foley catheter (18 French). The handle of the guide is fixed around the catheter, proximal to its widening. The purpose of the guide is to move the bladder neck and urethra away from where the tip of the needle will pass into the retropubic space. Via use of the Foley catheter and the rigid catheter guide, the urethra and bladder are moved contralaterally to the side of the needle passage. During this maneuver, the bladder should be empty. The threaded end of the introducer is screwed into the end of one of the needles.

Using the introducer, the needle is passed paraurethrally penetrating the urogenital diaphragm. Insertion and passage are controlled by using the long or index finger in the vagina under the vaginal wall on the ipsilateral side and fingertip control on the pelvic rim. The curved part of the needle should rest in the palm of the "vaginal" hand. If you are right handed this means that the left hand generally is the one to be used for needle guidance. With the other hand grip the handle of the introducer gently. Now introduce the needle tip into the retropubic space. Once again observe that this should be done by the palm of the vaginal hand and with the needle tip horizontally i.e. in the frontal plane. After passage of the urogenital diaphragm you will feel that the resistance is significantly reduced.

Immediately aim the tip of the needle towards the abdominal midline and lower the handle of the introducer thereby pressing the tip of the needle against the back of the pubic bone. Now, move the needle tip upwards in the abdominal skin incision, keeping in close contact with the pubic bone all the way.

When the needle tip has reached the abdominal incision, cystoscopy is performed to confirm bladder integrity. The bladder must be emptied after the first cystoscopy. The procedure is then repeated on the other side. The needles are then pulled upward to bring the tape (sling) loosely, i.e. without tension, under the midurethra. Cut the tape close to the needles. Now, adjust the tape so that leakage is reduced allowing a few drops of urinary leakage to occur under stress. For this, use patient feedback i.e. coughing with a full bladder (approximately 300 ml) and keep the vaginal incision temporarily closed by a gentle grip with small forceps. The plastic sheaths that surround the tape are then removed. To avoid putting tension on the tape, a blunt instrument (scissors or forceps) should be placed between the urethra and the tape during removal of the plastic sheaths. Premature removal of the sheaths may make subsequent adjustments difficult. After proper adjustment of the tape, close the vaginal incision. The abdominal ends of the tape are then cut and left in subcutis. Do not suture them. Suture the skin incisions. Empty the bladder. Following this procedure, postoperative catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2 – 3 hours after the operation.

## CONTRAINDICATIONS

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE® polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

27

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618773

**WARNINGS AND PRECAUTIONS**

- Do not use TVT procedure for patients who are on anti-coagulation therapy.
- Do not use TVT procedure for patients who have a urinary tract infection.
- Users should be familiar with surgical technique for bladder neck suspensions and should be adequately trained in implanting the TVT system before employing the TVT device. It is important to recognize that TVT is different from a traditional sling procedure in that the tape should be located without tension under mid-urethra.
- Acceptable surgical practice should be followed for the TVT procedure as well as for the management of contaminated or infected wounds.
- The TVT procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to local anatomy and proper passage of needles will minimize risks.
- Retropubic bleeding may occur postoperatively. Observe for any symptoms or signs before releasing the patient from hospital.
- Cystoscopy should be performed to confirm bladder integrity or recognize a bladder perforation.
- The rigid catheter guide should be gently pushed into the Foley catheter so that the catheter guide does not extend into the holes of the Foley Catheter.
- When removing the rigid catheter guide, open the handle completely so that the catheter remains properly in place.
- Do not remove the plastic sheath until the tape has been properly positioned.
- Ensure that the tape is placed with minimal tension under mid-urethra.
- PROLENE® mesh in contaminated areas should be used with the understanding that subsequent infection may require removal of the material.
- The patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.
  Since no clinical experience is available with vaginal delivery following the TVT procedure, in case of pregnancy delivery via cesarian section is recommended.
- Post-operatively the patient is recommended to refrain from heavy lifting and/or exercise (i.e. cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can return to other normal activity after one or two weeks.
- Should dysuria, bleeding or other problems occur, the patient is instructed to contact the surgeon immediately.
- All surgical instruments are subject to wear and damage under normal use. Before use, the instrument should be visually inspected. Defective instruments or instruments that appear to be corroded should not be used and should be discarded.
- As with other incontinence procedures, de novo detrusor instability may occur following the TVT procedure. To minimize this risk, make sure to place the tape tension-free in the mid-urethral position.
- Do not contact the PROLENE® mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.
- Do not resterilize TVT device. Discard opened, unused devices.

**ADVERSE REACTIONS**

- Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.
- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation and inflammation.
- As with all foreign bodies, PROLENE® mesh may potentiate an existing infection. The plastic sheath initially covering the PROLENE® mesh is designed to minimize the risk of contamination.
- Over correction i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

28

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618774

**ACTIONS**

Animal studies show that implantation of PROLENE® mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

**INSTRUCTIONS FOR CLEANING REUSABLE INSTRUMENTS**

**(TVT Introducer, TVT Rigid Catheter Guide)** To ensure the reliability and functionality of TVT Introducer and TVT Rigid Catheter Guide, clean the instruments before initial use and after each procedure. The following are suggested manual and automated methods for cleaning the instruments. Prior to cleaning, the TVT introducer should be separated into its component parts (handle and threaded shaft). The Introducer is reassembled after cleaning and before sterilization.

Manual method
1. Soak the instrument components in an enzyme cleaner suitable for stainless steel instruments.
2. Wash in a surgical detergent and disinfecting solution at a temperature of 86° F to 95° F (30° C to 35° C). Remove any contamination from body fluids or tissues using a soft brush.
3. Place the instrument components in an ultrasonic bath with fresh detergent solution for approximately 10 minutes or follow the instructions below if using an automatic washing cycle.
4. Rinse thoroughly in a stream of fresh tap water followed by towel drying. The instrument components may be treated with instrument lubricant.

Automated Method:
Automatic washing cycles are suitable for stainless steel instruments. One recommended cycle is described below:
- Rinse/Wet Cycle Cold Water – 1 minute
- Wash 176° F (80° C) – 12 minutes
- Rinse Cycle – 1 minute
- Rinse Cycle – 12 minutes
- Final Rinse – 2 minutes
- Rinse with Demineralized water 176° F (80° C) – 2 minutes
- Dry 199.4° F (93° C) – 10 minutes

**STERILIZATION RECOMMENDATIONS FOR REUSABLE INSTRUMENTS**

(TVT Introducer, TVT Rigid Catheter Guide)
The TVT Introducer, TVT Rigid Catheter Guide are supplied non-sterile. To sterilize, steam autoclave prior to each use. Steam autoclave at a temperature of 270° F to 284° F (132° C to 140° C) for a minimum of 4 minutes (pre-vacuum). It is the responsibility of the end user to assure sterility of the product when using sterilization process recommended, since bioburden and sterilization equipment will vary.

**INSTRUMENT MAINTENANCE**
- TVT Introducer
Before each use, inspect the threaded parts of the inner shaft.
- TVT Rigid Catheter Guide
Before each use, inspect the instrument. Check to ensure that the long end which traverses the catheter channel has no sharp edges or burrs.

**HOW SUPPLIED**
The TVT device is provided sterile (ethylene oxide) for single use. Do not re-sterilize. Do not use if package is opened or damaged. Discard opened, unused devices. The reusable TVT introducer, TVT rigid catheter guide are supplied separately, and are non-sterile. These accessories are to be cleaned and sterilized prior to each use as described above.

29

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618775

**STORAGE**
Recommended storage conditions for the TVT single use device are
below 25° C, away from moisture and direct heat. Do not use after
expiry date.
**Caution: Federal (USA) law restricts this device to sale by or on
the order of a physician.**

EC
**Legal Manufacturer:**

**ETHICON® SARL**
**Rue du Puits Godet 20**
**CH-2000 Neuchâtel**
**Switzerland**

**Distributor (Europe):**

**ETHICON® Ltd.**
**Bankhead Avenue**
**Edinburgh, EH11 4 HE**
**United Kingdom**

**Distributor (USA):**

**Gynecare**
**a division of ETHICON®, Inc.**
**a Johnson & Johnson Company**
**Somerville, NJ**
**08876-0151**

30

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618776

ETHICON INC.
a Johnson&Johnson company

Document Name (#):   RMR-0000044
Revision:   1

## Appendix C (cont.) – Relevant Product Labeling: EU (English)

(See PDF version for Labeling)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618777

# GYNECARE* TVT
## *with abdominal guides*
### Tension-free Support for Incontinence



*med abdominale styreenheder*
**Spændingsfri støtte til inkontinens**

*met abdominale geleiders*
**Spanningsvrij steunbandje tegen incontinentie**

*ja abdominaaliohjaimet*
**Jännityksetön inkontinenssituki**

*avec guides abdominaux*
**Soutien sans tension pour cure d'incontinence urinaire**

*mit Abdominalführungen*
**Spannungsfreie Unterstützung bei Inkontinenz**

*con guide addominali*
**Dispositivo tension-free per incontinenza**

*com guias abdominais*
**Suporte sem tensão para tratamento da incontinência**

*con guías abdominales*
**Sistema de suspensión sin tensión para la incontinencia**

*med bukguider*
**Spänningsfritt inkontinenssystem**

*με κοιλιακούς οδηγούς*
**Σύστημα υποστήριξης για την αντιμετώπιση της ακράτειας, χωρίς τάση**



EC
Legal Manufacturer
ETHICON, Sàrl
Rue du Puits-Godet 20
CH-2000 Neuchâtel
Switzerland

*Manufactured for:*

# GYNECARE
## WORLDWIDE
A division of **ETHICON**, inc.
a *Johnson-Johnson* company
Somerville, New Jersey 08876-0151

Made in Switzerland
©ETHICON, INC. 2002 *Trademark
389592.R03

RMC P17170/B

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618778

**ENGLISH**

GYNECARE* TVT *with abdominal guides*
**Tension-free Support for Incontinence**

**GYNECARE TVT Single Use Device**
**GYNECARE TVT Reusable Introducer**
**GYNECARE Reusable Rigid Catheter Guide**
**GYNECARE TVT Abdominal Guides and Couplers**

**Please read all information carefully.**
Failure to properly follow instructions may result in improper functioning of the device
and lead to injury.

**IMPORTANT:**
This package insert is designed to provide instructions for use of the GYNECARE* TVT
*with abdominal guides* Tension-free Support for Incontinence System, including
single use device, reusable introducer, and reusable rigid catheter guide and
disposable abdominal guides and couplers. It is not a comprehensive reference to
surgical technique for correcting SUI (Stress Urinary Incontinence). The device should
be used only by physicians trained in the surgical treatment of stress urinary
incontinence and specifically in implanting the GYNECARE TVT Device. These
instructions are recommended for general use of the device. Variations in use may
occur in specific procedures due to individual technique and patient anatomy.

**DESCRIPTION (system)**
GYNECARE TVT consists of the following:

> GYNECARE TVT Single-Use Device, provided sterile (available separately)
> GYNECARE TVT Reusable Introducer, provided non-sterile (available separately)
> GYNECARE TVT Reusable Rigid Catheter Guide, provided non-sterile
> (available separately)
> GYNECARE TVT *with abdominal guides* - Disposable Abdominal Guides and
> Couplers, provided sterile (available separately in some locations)

**GYNECARE TVT DEVICE**
The GYNECARE TVT Tension-free Support for Incontinence device is a sterile single
use device, consisting of one piece of undyed or blue (Phtalocyanine blue,
Colour Index Number 74160) PROLENE* polypropylene mesh (tape) approximately
1/2 x 18 inches (1.1 x 45 cm), covered by a plastic sheath cut and overlapping in the
middle, and held between two stainless steel needles bonded to the mesh and sheath
with plastic collars.

PROLENE polypropylene mesh is constructed of knitted filaments of extruded
polypropylene strands identical in composition to that used in PROLENE
polypropylene nonabsorbable surgical suture. The mesh is approximately
0.027 inches (0.7 mm) thick. This material, when used as a suture, has been reported
to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE
mesh is knitted by a process which interlinks each fiber junction and which provides
for elasticity in both directions. This bi-directional elastic property allows adaptation
to various stresses encountered in the body.

**GYNECARE TVT INTRODUCER**
The GYNECARE TVT introducer is provided non-sterile and is reusable. The introducer
is made of stainless steel. It consists of two parts, a handle and an inserted threaded
metal shaft. The introducer is intended to facilitate the passage of the GYNECARE TVT
device from the vagina to the abdominal skin. It is connected and fixed to the needle,
via the threaded end of the shaft, prior to inserting the needle with the tape.

**GYNECARE TVT RIGID CATHETER GUIDE**
The GYNECARE TVT rigid catheter guide is a non-sterile reusable instrument intended
to facilitate the identification of the urethra and the bladder neck during the surgical
procedure. It is inserted into a Foley catheter (recommended size 18 French)
positioned in the bladder via the urethra. To facilitate insertion, it can be lubricated
with gel.

1

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618779

## GYNECARE TVT ABDOMINAL GUIDE

The GYNECARE TVT abdominal guide is a sterile disposable instrument intended to facilitate passage of the GYNECARE TVT device. Two abdominal guides are included in each kit with the GYNECARE TVT couplers.

## GYNECARE TVT COUPLER

The GYNECARE TVT coupler is a sterile disposable polypropylene connector used to connect the GYNECARE TVT abdominal guide to the GYNECARE TVT needle. Two couplers are included in each kit with the abdominal guides.

## INDICATIONS

The GYNECARE TVT device is intended to be used as a pubourethral sling for treatment of stress urinary incontinence (SUI), for female urinary incontinence resulting from urethral hypermobility and/or intrinsic sphincter deficiency. The GYNECARE TVT introducer, rigid catheter guide and GYNECARE TVT abdominal guides and couplers are available separately and intended to facilitate the placement of the GYNECARE TVT device.

## INSTRUCTIONS FOR USE

The patient should be placed in the lithotomy position taking care to avoid hip flexion greater than 60°. The procedure can be carried out under local anesthesia, but it can also be performed using regional or general anesthesia. The extent of dissection is minimal, i.e. a vaginal midline entry with a small paraurethral dissection to initially position the needle and two suprapubic skin incisions. Using forceps, grasp the vaginal wall at each side of the urethra. Using a small scalpel, make a sagittal incision about 1.5 cm long starting approximately 1.0 cm from the outer urethral meatus. This incision will cover the mid-urethral zone and will allow for subsequent passage of the sling (tape). With a small pair of blunt scissors, two small paraurethral dissections (approximately 0.5 cm) are made so that the tip of the needle can then be introduced into or passed through the paraurethral dissection. Then, two abdominal skin incisions of 0.5–1 cm are made one on each side of the midline just above the symphysis not more than 4–5 cm apart. Incision placement and needle passage near the midline and close to the back of the pubic bone are important to avoid anatomic structures in the inguinal area and lateral pelvic sidewall.

The GYNECARE TVT rigid catheter guide is inserted into the channel of the Foley catheter (18 French). The handle of the guide is fixed around the catheter, proximal to its widening. The purpose of the guide is to move the bladder neck and urethra away from where the tip of the needle will pass into the retropubic space. Via use of the Foley catheter and the rigid catheter guide, the urethra and bladder are moved contralaterally to the side of the needle passage. During this maneuver, the bladder should be empty. The threaded end of the introducer is screwed into the end of one of the needles. If the abdominal access device is utilized, the tip of the GYNECARE TVT needle is inserted firmly into the distal (wider) end of the coupler. Ensure there is a snug connection between the coupler and GYNECARE TVT needle.

### Abdominal Approach

GYNECARE TVT Tension-Free Vaginal Tape can be placed in position by either an abdominal or a vaginal approach. If the abdominal approach is utilized follow instructions above for paraurethral dissection. Holding the abdominal guide, gently insert it in a vertical, downward and sagittal direction, through one of the abdominal incisions until the rectus fascia is reached. Firm pressure on the abdominal guide will pierce the rectus fascia and bring the abdominal guide into the retropubic space. Upon entering the retropubic space, the operator will feel a significant decrease in resistance. Pass the abdominal guide through the retropubic space taking care to keep it close to the posterior surface of the pubic bone. Using a vaginal finger (of the non-dominant hand), palpate the descent of the abdominal guide along the posterior surface of the pubic bone. When the tip of the abdominal guide is palpable just inferior to the pubic bone and superior to the anterior vaginal wall, rotate the tip of the abdominal guide towards the midline. Confirm that you are 1 cm lateral to the catheter guide (midurethra). Using digital counter-traction against the urogenital diaphragm, guide it out through the diaphragm and out the midline vaginal incision. Once the abdominal guide is brought through the vaginal incision, cystoscopy should be performed to ascertain that no bladder or urethral injury has taken place.

2

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618780

Empty the bladder once bladder integrity has been confirmed. Screw the threaded end of the introducer into the end of one of the needles. Insert the tip of the needle firmly into the distal (wider) end of the coupler. Next pick up the GYNECARE TVT device with attached coupler, and holding the abdominal guide steady, firmly insert the tapered end of the coupler (with attached needle) over the guide. Ensure there is a snug connection between the coupler and abdominal guide. Be sure that this interlocked system (the abdominal guide, GYNECARE TVT needle, coupler and reusable introducer) is oriented in the same plane. Using the non-dominant hand on the abdominal portion of the guide and the dominant hand gripping the introducer, **push** the system upward toward the abdomen following the curvature of the interlocked system. **The abdominal guide should not be used to pull the interlocked system upward toward the abdomen.** The interlocked system should be pushed up toward the abdomen until the tip of the GYNECARE TVT needle is visible through the abdominal incision. Disarticulate the reusable introducer and pull the remaining portion of the GYNECARE TVT needle through the abdominal incision. Cut the tape close to the needles. The exact same procedure is carried out on the other side.

Pull the abdominal ends of the tape upward to bring the vaginal aspect of the tape (sling) loosely, i.e. without tension, under the midurethra. Now, adjust the tape so that leakage is reduced allowing a few drops of urinary leakage to occur under stress. For this, use patient feedback i.e. coughing with a full bladder (approximately 300ml) and keep the vaginal incision temporarily closed by a gentle grip with small forceps. The plastic sheaths that surround the tape are then removed. **To avoid putting tension on the tape, a blunt instrument (scissors or forceps) should be placed between the urethra and the tape during removal of the plastic sheaths.** Premature removal of the sheath may make subsequent adjustments difficult. After proper adjustment of the tape, close the vaginal incision. Cut the abdominal ends of the tape so that the ends are in the subcutis. Do not suture them. Suture the skin incisions. Empty the bladder. Following this procedure, postoperative catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2–3 hours after the operation.

**Vaginal Approach**

If the vaginal approach is used for placement of the GYNECARE TVT Tension-Free Vaginal Tape, the abdominal guides and couplers are not necessary.

Using the introducer, the needle is passed paraurethrally penetrating the urogenital diaphragm. Insertion and passage are controlled by using the long or index finger in the vagina under the vaginal wall on the ipsilateral side and fingertip control on the pelvic rim. The curved part of the needle should rest in the palm of the "vaginal" hand. If you are right handed this means that the left hand generally is the one to be used for needle guidance. With the other hand, grip the handle of the introducer gently. Now introduce the needle tip into the retropubic space. Once again, observe that this should be done by the palm of the vaginal hand and with the needle tip horizontally i.e. in the frontal plane. After passage of the urogenital diaphragm, you will feel that the resistance is significantly reduced.

Immediately aim the tip of the needle towards the abdominal midline and lower the handle of the introducer thereby pressing the tip of the needle against the back of the pubic bone. Now, move the needle tip upwards to the abdominal skin incision, keeping in close contact with the pubic bone all the way. When the needle tip has reached the abdominal incision, cystoscopy is performed to confirm bladder integrity. The bladder must be emptied after the first cystoscopy. Disarticulate the reusable introducer and pull the remaining portion of the GYNECARE TVT needle through the abdominal incision. The procedure is then repeated on the other side. The needles are then pulled upward to bring the tape (sling) loosely, i.e. without tension, under the midurethra. Cut the tape close to the needles. Now, adjust the tape so that leakage is reduced allowing a few drops of urinary leakage to occur under stress. For this, use patient feedback i.e. coughing with a full bladder (approximately 300 ml) and keep the vaginal incision temporarily closed by a gentle grip with small forceps. The plastic sheaths that surround the tape are then removed. To avoid putting tension on the tape, a blunt instrument (scissors or forceps) should be placed between the urethra and the tape during removal of the plastic sheaths. Premature removal of the sheath may make subsequent adjustments difficult. After proper adjustment of the tape,

3

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618781

close the vaginal incision. The abdominal ends of the tape are then cut and left in subcutis. Do not suture them. Suture the skin incisions. Empty the bladder. Following this procedure, postoperative catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2–3 hours after the operation.

## CONTRAINDICATIONS

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

## WARNINGS AND PRECAUTIONS

- Do not use GYNECARE TVT procedure for patients who are on anti-coagulation therapy.
- Do not use GYNECARE TVT procedure for patients who have a urinary tract infection.
- Users should be familiar with surgical technique for bladder neck suspensions and should be adequately trained in the GYNECARE TVT implantation procedure before employing the GYNECARE TVT device. It is important to recognize that GYNECARE TVT is different from a traditional sling procedure in that the tape should be located without tension under mid-urethra.
- The abdominal guide should not be used to pull the interlocked system upward toward the abdomen.
- Ensure there is a snug connection between the guide and coupler and the coupler and GYNECARE TVT needle.
- Acceptable surgical practice should be followed for the GYNECARE TVT procedure as well as for the management of contaminated or infected wounds.
- The GYNECARE TVT procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to local anatomy and proper passage of needles will minimize risks.
- Retropubic bleeding may occur postoperatively. Observe for any symptoms or signs before releasing the patient from hospital.
- Cystoscopy should be performed to confirm bladder integrity or recognize a bladder perforation.
- The rigid catheter guide should then be gently pushed into the Foley catheter so that the catheter guide does not extend into the holes of the Foley Catheter.
- When removing the rigid catheter guide, open the handle completely so that the catheter remains properly in place.
- Do not remove the plastic sheath until the tape has been properly positioned.
- Ensure that the tape is placed with minimal tension under mid-urethra.
- PROLENE mesh in contaminated areas should be used with the understanding that subsequent infection may require removal of the material.
- The patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.
- Since no clinical experience is available with vaginal delivery following the GYNECARE TVT procedure, in case of pregnancy delivery via cesarean section is recommended.
- Post operatively the patient is recommended to refrain from heavy lifting and/or exercise (i.e. cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can return to other normal activity after one or two weeks.
- Should dysuria, bleeding or other problems occur, the patient is instructed to contact the surgeon immediately.
- All surgical instruments are subject to wear and damage under normal use. Before use, the instrument should be visually inspected. Defective instruments or instruments that appear to be corroded should not be used and should be discarded.
- As with other incontinence procedures, de novo detrusor instability may occur following the GYNECARE TVT procedure. To minimize this risk, make sure to place the tape tension-free in the mid-urethral position.
- Do not contact the PROLENE mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.

4

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
ETH.MESH.10618782

• Do not resterilize GYNECARE TVT device. Discard opened, unused devices.

**ADVERSE REACTIONS**

• Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.

• Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation and inflammation.

• As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheath initially covering the PROLENE mesh is designed to minimize the risk of contamination.

• Over correction, i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

**ACTIONS**

Animal studies show that implantation of PROLENE mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

**INSTRUCTIONS FOR CLEANING REUSABLE INSTRUMENTS**

**(GYNECARE TVT Introducer, GYNECARE TVT Rigid Catheter Guide)** To ensure the reliability and functionality of GYNECARE TVT Introducer and GYNECARE TVT Rigid Catheter Guide, clean the instruments before initial use and after each procedure. The following are suggested manual and automated methods for cleaning the instruments. Prior to cleaning, the GYNECARE TVT introducer should be separated into its component parts (handle and threaded shaft). The Introducer is reassembled after cleaning and before sterilization.

**Manual Method:**

1. Soak the instrument components in an enzyme cleaner suitable for stainless steel instruments.

2. Wash in a surgical detergent and disinfecting solution at a temperature of 86 °F to 95 °F (30 °C to 35 °C). Remove any contamination from body fluids or tissues using a soft brush.

3. Place the instrument components in an ultrasonic bath with fresh detergent solution for approximately 10 minutes or follow the instructions below if using an automatic washing cycle.

4. Rinse thoroughly in a stream of fresh tap water followed by towel drying. The instrument components may be treated with instrument lubricant.

**Automated Method:**

Automatic washing cycles are suitable for stainless steel instruments. One recommended cycle is described below:

• Rinse/Wet Cycle Cold Water — 1 minute

• Wash 176 °F (80 °C) — 12 minutes

• Rinse Cycle — 1 minute

• Rinse Cycle — 12 minutes

• Final Rinse — 2 minutes

• Rinse with Demineralized water 176 °F (80 °C) — 2 minutes

• Dry 199.4 °F (93 °C) — 10 minutes

5

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618783

## STERILIZATION RECOMMENDATIONS FOR REUSABLE INSTRUMENTS
### (GYNECARE TVT Introducer, GYNECARE TVT Rigid Catheter Guide)

The GYNECARE TVT Introducer, GYNECARE TVT Rigid Catheter Guide are supplied non-sterile. To sterilize, steam autoclave prior to each use. Steam autoclave at a temperature of 270 °F to 284 °F (132 °C to 140 °C) for a minimum of 4 minutes (pre-vacuum). It is the responsibility of the end user to assure sterility of the product when using sterilization process recommended, since bioburden and sterilization equipment will vary.

## INSTRUMENT MAINTENANCE
- GYNECARE TVT Introducer
  Before each use, inspect the threaded parts of the inner shaft.
- GYNECARE TVT Rigid Catheter Guide
  Before each use, inspect the instrument. Check to ensure that the long end, which traverses the catheter channel, has no sharp edges or burrs.

## HOW SUPPLIED

The GYNECARE TVT device and Abdominal Guides and Couplers are provided sterile (ethylene oxide) for single use. Do not resterilize. Do not use if package is opened or damaged. Discard opened, unused devices. The reusable GYNECARE TVT introducer, GYNECARE TVT rigid catheter guide are supplied separately, and are non-sterile. These accessories are to be cleaned and sterilized prior to each use as described above.

## STORAGE

Recommended storage conditions for the GYNECARE TVT single use device are below 25 °C, away from moisture and direct heat. Do not use after expiry date.

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.

*Trademark



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618784

# GYNECARE TVT*
## Obturator System
### Tension-free Support for Incontinence

GYNECARE TVT* obturatorsysteem
**Spanningsvrij steunbandje tegen incontinentie**

GYNECARE TVT* obturatorsystem
**Spændingsfri støtte til inkontinens**

GYNECARE TVT* -obturaattorijärjestelmä
**Jännityksetön tuki inkontinenssin hoitoon**

Système obturateur GYNECARE TVT*
**Dispositif sans tension contre les incontinences**

GYNECARE TVT* Obturator System
**Spannungsfreie Unterstützung bei Inkontinenz**

Sistema otturatorio GYNECARE TVT*
**Dispositivo tension-free per l'incontinenza**

Sistema obturador GYNECARE TVT*
**Apoio sem tensão para incontinência**

Sistema obturador GYNECARE TVT*
**Protector sin tensión para la incontinencia**

GYNECARE TVT* obturatoriabandsystem
**Tensionsfritt stöd för behandling av inkontinens**

Σύστημα επιπωματικού GYNECARE TVT*
**Σύστημα υποστήριξης για την αντιμετώπιση της ακράτειας, χωρίς τάση**



EC
Legal Manufacturer
ETHICON, Sàrl
Rue du Puits-Godet 20
CH-2000 Neuchâtel
Switzerland

*Manufactured for:*

# GYNECARE
### WORLDWIDE
A division of **ETHICON**, Inc.
a Johnson & Johnson company
Somerville, New Jersey 08876-0151

Made in Switzerland
©ETHICON, INC. 2003 *Trademark

RMC P18070/C

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618785

**ENGLISH**

GYNECARE TVT* Obturator System
**Tension-free Support for Incontinence**

**GYNECARE TVT Obturator Device,
Sterile Single Use**

**GYNECARE TVT Obturator Helical Passers,
Sterile Single Use**

**GYNECARE TVT Obturator Atraumatic Winged Guide,
Sterile Single Use**

**Please read all information carefully.**

Failure to properly follow instructions may result in improper functioning of the device and may lead to injury.

**Important:**

This package insert is designed to provide instructions for use of the GYNECARE TVT* Obturator System, including the GYNECARE TVT Obturator device, Helical Passers and Atraumatic Winged Guide. It is not a comprehensive reference to surgical technique for correcting SUI (Stress Urinary Incontinence). The device should be used only by physicians trained in the surgical treatment of stress urinary incontinence and specifically in implanting the GYNECARE TVT Obturator device. These instructions are intended for general use of the device. Variations in use may occur in specific procedures due to individual technique and patient anatomy.

**DESCRIPTION**

The GYNECARE TVT Obturator System is a sterile, single patient use procedure kit consisting of:

**GYNECARE TVT Obturator device**

The GYNECARE TVT Obturator device is a sterile, single patient use device, consisting of one piece of undyed or blue (Phtalocyanine blue, Color index Number 74160) PROLENE* polypropylene mesh (tape) approximately 1/2 x 18 inches (1.1 x 45 cm) covered by a plastic sheath overlapping in the middle. Plastic tube receptacles are attached at each end. PROLENE polypropylene mesh is constructed of knitted filaments of extruded polypropylene strands identical in composition to that used in PROLENE polypropylene non-absorbable surgical suture. This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE mesh is knitted by a process that interlinks each fiber junction and that providing elasticity in both directions. This bi-directional elastic property allows adaptation to various stresses encountered in the body.

**GYNECARE TVT Helical Passers**

The GYNECARE TVT Helical Passers are two stainless steel, curved wire passers with plastic handles that are designed to deliver the GYNECARE TVT Obturator device. Helical Passers are provided as left and right units, pre-assembled to the GYNECARE TVT Obturator device. The Helical Passer MUST not be bent or deformed in any way.

**GYNECARE TVT Atraumatic Winged Guide**

The GYNECARE TVT Atraumatic Winged Guide is a stainless steel accessory instrument, which facilitates the passage of the GYNECARE TVT Helical Passers through the dissection tract.

**INDICATIONS**

The GYNECARE TVT Obturator device is intended to be used in women as a sub-urethral sling for the treatment of stress urinary incontinence (SUI) resulting from urethral hypermobility and/or intrinsic sphincter deficiency.

**INSTRUCTIONS FOR USE**
**(Note: hand positions shown in illustrations may vary)**

1.  Place the patient in the dorsal lithotomy position with the hips hyperflexed over the abdomen. The buttocks should be positioned flush with the edge of the table.

2.  The procedure can be carried out under local, regional or general anesthesia.

3.  If desired, retract the labia to provide additional exposure.

4.  Insert a urethral catheter into the bladder and empty the bladder.

5.  Mark the exit points of the plastic tubes by tracing a horizontal line at the level of the urethral meatus, and a second line parallel and 2 cm above the first line. Locate the exit points on this line, 2 cm lateral to the folds of the thigh (the skin may be flattened by stretching). Mark the exit points, alternatively a 5–10 mm incision may be made at each exit point or at a later stage of the procedure. *(See Figure 1)*

1

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY



**FIG. 1**

6.  Using Allis clamps for traction, make a 1 cm midline incision in the vaginal mucosa starting 1 cm proximal to the urethral meatus.

    *(Note: It is suggested that the device insertion be completed on one side before beginning dissection of the second side.)*

    After initiating sharp dissection, continue by using a "push-spread technique", to perform blunt dissection preferably using pointed, curved scissors. The path of the lateral dissection should be oriented at a 45° angle from the midline, with the scissors oriented on the horizontal plane *(See Figure 2)*. Continue dissection towards the junction between the body of the pubic bones and the inferior pubic ramus. *(See Figure 2)*



**FIG. 2**

    When the junction between the body of the pubic bones and the inferior pubic ramus is reached, perforate the obturator membrane. A loss of resistance can be felt when the membrane is perforated. The channel should be approximately 5–7 mm in diameter and no deeper than 5 cm. Dissection beyond 5 cm may allow unintended entry into the Space of Retzius. If the bone is not reached after dissecting 5 cm, re-evaluate that the angle of dissection is correct.

7.  Remove the internal package workstation from the external package. Then remove the GYNECARE TVT Winged Guide from the package workstation. *(See Figure 3)*



**FIG. 3**

8.  Insert the GYNECARE TVT Winged Guide into the dissected tract until it passes the inferior pubic ramus and enters the opening previously made in the obturator membrane. Loss of resistance can be felt as the Winged Guide passes through the obturator membrane.

    If difficulty is encountered during insertion of the guide, reconfirm the direction of the tract with the scissors.

    *(Note: The open side of the guide must be facing the surgeon. The bendable tab can be bent to increase the length of the guide if needed, See Figure 5.)*

2

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618787

9. Remove the GYNECARE TVT Helical Passers/Device Assembly and the GYNECARE TVT Obturator device assembly from the sterile pack *(See Figure 3 for components).*

*(Note: To ensure correct orientation of the Helical Passers and tape, verify that the GYNECARE logo and thumb indent on the plastic handle are facing the surgeon, and that the points are on the outside facing the surgeon. The Helical Passer in the surgeon's left hand must be used on the patient's right side; See Figure 4.)*



**FIG. 4**

10. Place one of the Helical Passers on the sterile drape or other suitable sterile location until needed. Assure that the tape is not twisted.

11. Insert the correct GYNECARE TVT Helical Passer into the dissected tract following the channel of the GYNECARE TVT Winged Guide. Push the device inward, traversing, and slightly passing the obturator membrane. Make sure the device handle is oriented so the straight tip of the Helical Passer is aligned with the channel in the GYNECARE TVT Winged Guide and remains in that orientation until the tip traverses the obturator membrane. *(See Figure 5)*



**FIG. 5**

12. Once in this position, remove the GYNECARE TVT Winged Guide and keep sterile for later use on the same patient.



**FIG. 6**

13. Once the GYNECARE TVT Winged Guide has been removed, rotate the handle of the Helical Passer as you simultaneously move towards the midline until the handle is vertical to the floor. *(See Figure 6)* *(Note: Never allow the handle to be oriented horizontal to the floor.)*

3

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618788



**FIG. 7**

14. The point of the Helical Passer should exit near the previously determined exit points *(See Figure 7)*. However, slight skin manipulation may be required. If the skin incision has not been previously made, make it at the point where the tip of the helical passer tents the skin. When the tip of the plastic tube appears at the skin opening, grasp the pointed tip of the plastic tube with a clamp and, while stabilizing the tube near the urethra with the thumb, remove the Helical Passer by a reverse rotation of the handle. *(See Figure 8)*



**FIG. 8**

15. Pull the plastic tube completely through the skin until the tape appears. *(See Figure 9)*



**FIG. 9**

16. Repeat the technique on the patient's other side ensuring that the tape lies flat under the urethra. *(See Figure 10)*

    *(Note: If a twist in the tape is discovered, ensure that the twist is not positioned under the urethra after the excess tape is pulled through.)*

4

ETH.MESH.10618789



**FIG. 10**

17. When both plastic tubes have been extracted through the skin incisions, cut the plastic tubes from the tape and plastic sheaths. Position the tape loosely e.g. without tension, and flat under the midurethra. At this stage a cough test can be performed. This allows adjustment of the tape so that only a few drops of urine are lost during the cough. (*See Figure 11*)

**FIG. 11**

When the tape is in position, remove the plastic sheath that covers the tapes. Place a blunt instrument (e.g., scissors or forceps) between the urethra and the tape during removal of the plastic sheaths, or use other suitable means during sheath removal, to avoid positioning the tape with tension.

*(Note: Premature removal of the sheath may make subsequent adjustments difficult.)*

18. Following tape adjustment close the vaginal incision. Cut the tape ends at the exit points just below the skin of the inner thigh. Close the skin incisions with suture or surgical skin adhesive.

19. Cystoscopy can be performed at the discretion of the surgeon. If cystoscopy was performed following the first passage, make sure the bladder is emptied prior to initiating passage of the second side. Post-operative indwelling catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2–3 hours after the operation.

## CONTRAINDICATIONS

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

## WARNINGS AND PRECAUTIONS

- Do not use GYNECARE TVT Obturator procedure for patients who are on anti-coagulation therapy.
- Do not use GYNECARE TVT Obturator procedure for patients who have a urinary tract infection.
- Users should be familiar with surgical technique for urethral suspensions and should be adequately trained in the GYNECARE TVT Obturator procedure before employing the GYNECARE TVT Obturator device.
- Acceptable surgical practice should be followed for the GYNECARE TVT Obturator procedure as well as for the management of contaminated or infected wounds.
- The GYNECARE TVT Obturator procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to patient anatomy and correct passage of the device will minimize risks.
- Bleeding may occur post-operatively. Observe for any symptoms or signs before releasing the patient from hospital.
- Although bladder injury is unlikely to occur with this technique, cystoscopy may be performed at the discretion of the surgeon.
- Do not remove the plastic sheaths until the tape has been properly positioned.
- Ensure that the tape is placed with no tension under the mid-urethra.
- Do not perform this procedure if you think the surgical site may be infected or contaminated.

5

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618790

- Since no clinical information is available about pregnancy following sub-urethral sling procedure with the GYNECARE TVT Obturator System, the patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.

- Since no clinical information is available about vaginal delivery following a sub-urethral sling procedure with the GYNECARE TVT Obturator System, in case of pregnancy delivery via cesarean section should be considered.

- Post-operatively, the patient should be advised to refrain from heavy lifting and/or exercise (e.g., cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can usually return to other normal activity after one or two weeks.

- The patient should be instructed to contact the surgeon immediately if dysuria, bleeding or other problems occur.

- Transient leg pain lasting 24–48 hours may occur and can usually be managed with mild analgesics.

- As with other incontinence procedures, de novo detrusor instability may occur following a sub-urethral sling procedure utilizing the GYNECARE TVT Obturator System. To minimize this risk, make sure to place the tape as described above.

- Do not contact the PROLENE mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.

- Do not resterilize GYNECARE TVT Obturator device or its components. Discard opened, unused devices.

- Prophylactic antibiotics can be administered according to the surgeon's usual practice.

## ADVERSE REACTIONS

- Punctures or lacerations of vessels, nerves, bladder, urethra or bowel may occur during needle passage and may require surgical repair.

- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation or inflammation.

- As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheaths initially covering the PROLENE mesh are designed to minimize the risk of contamination.

- Over correction, i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

## ACTIONS

Animal studies show that implantation of PROLENE mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue, that can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

## HOW SUPPLIED

The GYNECARE TVT Obturator System is provided sterile (ethylene oxide) for single use. Do not resterilize. Do not use if package is opened or damaged. Discard opened, unused devices.

## STORAGE

Recommended storage conditions for the GYNECARE TVT Obturator System single use device are below 25°C, away from moisture and direct heat. Do not use after expiry date.

*CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.*

*Trademark

## SYMBOLS USED ON LABELING



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618791

ETHICON, INC.
a Johnson-Johnson company

Document Name (#):   RMR-0000044

Revision:   1

## Appendix D (cont.) – FDA MAUDE Database Review Summary

| Sling | Brand Name | Date Report Received | Harm |
|---|---|---|---|
| BOSTON SCIENTIFIC | ADVANTAGE SLING SYST | 12/19/2007 | Blood Loss |
| BOSTON SCIENTIFIC CO | VESICA SLING KIT WIT | 12/19/2007 | Infection/Erosion |
| BOSTON SCIENTIFIC | ADVANTAGE SLING SYST | 12/18/2007 | No harm: Failure of Treatment |
| BOSTON SCIENTIFIC | OBTRYX MESH SLING SY | 12/18/2007 | Infection |
| AMERICAN MEDICAL SYS | MONARC SLING SYSTEMS | 12/18/2007 | Nerve Damage/Pain |
| BOSTON SCIENTIFIC | ADVANTAGE SLING SYST | 12/17/2007 | Erosion-Vagina |
| BOSTON SCIENTIFIC | OBTRYX MESH SLING SY | 12/13/2007 | No harm: Failure of Treatment |
| BOSTON SCIENTIFIC CO | LYNX MESH SLING SYST | 12/10/2007 | Erosion-Vagina |
| BOSTON SCIENTIFIC | OBTRYX MESH SLING SY | 12/10/2007 | Tissue Damage |
| BOSTON SCIENTIFIC | PREFYX SLING SYSTEM | 12/3/2007 | Nerve Damage/Pain |
| BOSTON SCIENTIFIC | ADVANTAGE SLING SYST | 12/3/2007 | Blood Loss |
| AMERICAN MEDICAL SYS | BIOARC SLING SYSTEM | 11/30/2007 | Tissue Damage |
| AMERICAN MEDICAL SYS | BIOARC SLING SYSTEM | 11/30/2007 | Tissue Damage |
| BARD UROLOGICAL DIVI | ALIGN TO | 11/30/2007 | No harm: Failure of Treatment |
| BOSTON SCIENTIFIC | LYNX MESH SLING SYST | 11/26/2007 | Nerve Damage/Pain |
| CALDERA MEDICAL | T-SLING | 11/26/2007 | No harm: Failure of Treatment |
| AMERICAN MEDICAL SYS | SYNTHETIC SLING MESH | 11/13/2007 | Infection |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| MENTOR | OBTAPE SLING | 11/13/2007 | Infection/Erosion |
| COLOPLAST MANUFACTUR | ARIS | 11/9/2007 | Erosion-Vagina |
| COLOPLAST MANUFACTUR | ARIS | 11/9/2007 | Erosion-Vagina |
| C.R. BARD, INC. | PELVILACE BIOURETHRA | 11/9/2007 | Blood Loss |
| BOSTON SCIENTIFIC | OBTRYX MESH SLING SY | 11/8/2007 | Erosion-Vagina |
| BOSTON SCIENTIFIC | LYNX MESH SLING SYST | 11/8/2007 | Blood Loss |
| BOSTON SCIENTIFIC | OBTRYX MESH SLING SY | 11/6/2007 | Erosion-Vagina |
| BOSTON SCIENTIFIC | OBTRYX MESH SLING SY | 11/6/2007 | Nerve Damage/Pain |
| TREVOUX - USS | PARIETEX UGYTEX PP P | 10/31/2007 | Nerve Damage/Pain |
| HERNIAMESH, S.R.L. | T-SLING | 10/31/2007 | Erosion-Vagina |

**FDA MAUDE Database Reported Harms Summary**

| Count of Harm | |
|---|---|
| Harm | Total |
| Blood Loss | 4 |
| Erosion-Vagina | 7 |
| Infection | 2 |
| Infection/Erosion | 22 |
| Nerve Damage/Pain | 5 |
| No harm: Failure of Treatment | 4 |
| Tissue Damage | 3 |
| Grand Total | 47 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10618792