# EXHIBIT O

Russell F. Dunn, Ph.D., P.E.

```
 1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF WEST VIRGINIA
 2                        AT CHARLESTON
 3   IN RE: ETHICON, INC., PELVIC    )
     REPAIR SYSTEM PRODUCTS          )
 4   LIABILITY LITIGATION            )
     _____ )
 5                                   )
     THIS DOCUMENT RELATES TO THE    ) Master File No.
 6   FOLLOWING CASES IN WAVE 1 OF    ) 2:11-MD-02327
     MDL 200:                        )
 7                                   ) MDL 2327
     Joan Adams v. Ethicon, Inc.,    )
 8   et al.                          )
     Civil Action No.                )
 9   2:12-cv-1103                    )
                                     )
10   Lois Hoy, et al v. Ethicon,     )
     Inc., et al.                    )
11   Civil Action No.                )
     2:12-cv-00876                   )
12                                   )
     Charlene Miracle v. Ethicon,    )
13   Inc., et al.                    )
     Civil Action No.                )
14   2:12-cv-00510                   )
                                     )
15   Donna Zoltowski, et al. v.      )
     Ethicon, Inc., et al.           )
16   Civil Action No.                )
     2:12-cv-00811                   )
17  _____
18
19
                         DEPOSITION OF
20
                RUSSELL F. DUNN, PH.D., P.E.
21
              Taken on behalf of the Defendants
22
                        March 7, 2016
23
24
25
```

Russell F. Dunn, Ph.D., P.E.

```
 1                RUSSELL F. DUNN, PH.D., P.E.
 2   was called as a witness, and after having been
 3   first duly sworn, testified as follows:
 4
 5   EXAMINATION BY MR. DAVIS:
 6       Q.     Good morning, Dr. Dunn.
 7       A.     Good morning.
 8       Q.     Since we've met before, I'll just kind
 9   of jump into things.  Let me hand you first, to
10   start off, a copy of Exhibit 1.
11              (Whereupon Exhibit 1 was marked as an
12   exhibit.)
13   BY MR. DAVIS:
14       Q.     And can you just confirm that that's a
15   copy of your report that is the subject matter of
16   this deposition?
17       A.     Yes, sir.
18       Q.     Okay.  Let me just run through a couple
19   more documents.
20              Well, why don't you just keep -- yeah,
21   we'll --
22       A.     Oh.  Sure.
23       Q.     I realize you've got your own notebook
24   with your copy.
25       A.     Uh-huh.
```

1    BY MR. BOWMAN:

2        Q.    Exhibit Number 1.  Your report has two
3    distinct sections to it; is that correct?

4        A.    That is correct.

5        Q.    And the first section -- can you
6    describe for us what the first section entails?

7        A.    Yes.  The first section deals with the
8    properties of Prolene polypropylene.

9        Q.    And --

10       A.    And failure analysis techniques for
11   evaluating a polymer when you're -- when you see
12   degradation of some sort.

13       Q.    So I believe you've already answered
14   this with respect to the use of Prolene.

15             Is the first section of your report, is
16   it limited specifically to a listing of Ethicon
17   meshes, or do you know?

18       A.    It would be -- I would tell you that
19   it's applicable to any POP meshes.

20             (Reporter interruption for
21   clarification.)

22             THE WITNESS:  POP, P-O-P.

23   BY MR. BOWMAN:

24       Q.    Okay.  Now, with respect to meshes
25   that -- if we look at -- if we actually do look at

1   your report, Doctor, the -- if you look at the

2   "Background" section, Section 2.

3       A.      Yes.

4       Q.      If we just look at the second paragraph

5   there, you describe that your report -- "The

6   opinions expressed in this report are twofold."

7               Do you see that?

8       A.      Yes.

9       Q.      And the first section -- the first part

10  of your report, it says you present your opinions

11  "that were formed through using several industry

12  standard polymer failure analyses, examining the

13  use of Ethicon's polypropylene blend Prolene in the

14  pelvic mesh application."

15              Do you see that?

16      A.      Yes, I do.

17      Q.      Now, at all -- at all in the first half

18  of your report, do you limit your opinions to the

19  use of Prolene for SUI purposes or for POP

20  purposes?

21      A.      I don't limit it.

22      Q.      Okay.  And, with respect to the second

23  half of your report, do you limit yourself

24  similarly between SUI or and POP products, or are

25  there specific products that are referenced in the

1    second half of your report?

2    A.    In the second half of the report, I
3    specifically look at the Prosima, the Prolift, and
4    Prolift+M, and I specifically look at the failure
5    mode and effects analysis that went into those
6    particular products.

7    Q.    Okay. And that's -- those are the two
8    sections of your report; is that right, Doctor?

9    A.    That is correct.

10   Q.    Do you believe that the two sections of
11   your report stand independently of each other?

12   A.    I do.

13   Q.    With respect to the exhibit -- the last
14   exhibit of the day, I believe, was Exhibit 11.

15         And it was associated with
16   Dr. Barbolt's testimony?

17   A.    The listing of degradation.

18   Q.    Was that Exhibit 11?

19   A.    Yes, it is.

20   Q.    Okay. The listing of degradation -- it
21   says -- at the top of the page, it says "Design and
22   Development of Mesh Products." And it says "The
23   specifics of all testing related to the TVT
24   products" --

25   A.    Correct.

Russell F. Dunn, Ph.D., P.E.

```
 1                   C E R T I F I C A T E
 2    STATE OF TENNESSEE )
      COUNTY OF DAVIDSON )
 3             I, Lise S. Matthews, RMR, CRR, CRC, LCR
      353, Licensed Court Reporter and Notary Public, in
 4    and for the State of Tennessee, do hereby certify
      that the above deposition was reported by me, and
 5    the transcript is a true and accurate record to the
      best of my knowledge, skills, and ability.
 6             I further certify that I am not related
      to nor an employee of counsel or any of the parties
 7    to the action, nor am I in any way financially
      interested in the outcome of this case.
 8             I further certify that I am duly
      licensed by the Tennessee Board of Court Reporting
 9    as a Licensed Court Reporter as evidenced by the
      LCR number and expiration date following my name
10    below.  I further certify that this transcript is
      the work product of this court reporting agency and
11    any unauthorized reproduction and/or transfer of it
      will be in violation of Tennessee Code Annotated
12    39-14-104, Theft of Services.
               IN WITNESS WHEREOF, I have hereunto set
13    my hand and affixed my notarial seal this _____
      day of _____, 2016.
14
15
      _____
16    Lise S. Matthews, RMR, CRR, CRC
      LCR 353 Expiration Date 6/30/2016
17    Notary Public Commission Expires
      March 6, 2018
18
19
20
21
22
23
24
25
```