# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Cole, Carey | 2:12cv00483 |
| Hooper, Nancy | 2:12cv00493 |
| Kaiser, Barbara | 2:12cv00423 |
| Wilson, Blynn | 2:12cv01286 |
| Wroble, Julie | 2:12cv00883 |