# EXHIBIT 1

Melvyn A. Anhalt, M.D.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| | ) | Master File |
| IN RE: ETHICON, INC., | ) | No. 2:12-MD-02327 |
| PELVIC REPAIR SYSTEM | ) | |
| PRODUCTS LIABILITY | ) | JOSEPH R. GOODWIN |
| LITIGATION | ) | U.S. DISTRICT JUDGE |
| ____________________________ | ) | __________________________ |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | Case No. 2:12-CV-00489 |
| PLAINTIFFS: | ) | |
| | ) | |
| MELISSA AND CHARLES | ) | |
| CLAYTON | ) | |

*****************************************************

ORAL DEPOSITION OF
MELVYN A. ANHALT, M.D.
APRIL 1, 2016

*****************************************************

Golkow Technologies, Inc. - 1.877.370.DEPS

ORAL DEPOSITION OF MELVYN A. ANHALT, M.D., produced as a witness at the instance of the DEFENDANTS, and duly sworn, was taken in the above-styled and numbered cause on the 1st of April, 2016, from 3:29 p.m. to 5:18 p.m., before Tamara Vinson, CSR in and for the State of Texas, reported by machine shorthand, at Hilton Houston Westchase, 9999 Westheimer Road, Ambassador Room, Houston, Texas, 77042, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A P P E A R A N C E S

FOR THE PLAINTIFFS MELISSA AND CHARLES CLAYTON:

ANTHONY D. IRPINO, ESQ.
Irpino Law Firm
2216 Magazine Street
New Orleans, Louisiana 70130
800.7500.LAW
airpino@irpinolaw.com

- and -

PATRICK H. HUFFT, ESQ.
Hufft & Hufft
635 St. Charles Avenue
New Orleans, Louisiana 70130
504.522.9413
phufft@hufftlaw.com

LEAD COUNSEL FOR GENERAL PLAINTIFFS:

ELIZABETH A. PETERSON, ESQ.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, Minnesota 55401
612.339.6900 Fax 612.339.0981
eapeterson@locklaw.com

FOR THE DEFENDANTS:

KAT GALLAGHER, ESQ.
Beck Redden
1221 McKinney Street, Suite 4500
Houston, Texas 77010
713.951.6255
kgallagher@beckredden.com

ALSO PRESENT:

Ms. Tamara Vinson, Court Reporter

case?

A. Yes, you have.

Q. Okay. Thank you, sir.

Now, we have talked about your prior business relationship with Johnson & Johnson. I think you described that as a medical consultant?

A. Correct.

Q. Okay. And if we go to your CV, which we've marked as Exhibit B.

A. Uh-huh.

Q. If we go to your CV --

A. Uh-huh.

Q. -- there's a couple questions I have here.

A. Okay.

Q. So you have it in front of you and if you'd please turn to Page 5 of your CV.

A. (Complying.)

Q. Okay. It has your name in the upper left-hand corner of this page. And then if we go down a little bit, the third -- the third entry on Page 5 of Exhibit B?

A. Uh-huh.

Q. Your CV, it says 2000 to 2010.

A. May have been 2000 -- I said 2011, but it

might have been ending in 2010.

Q. That's why I'm taking you to this.

A. Uh-huh.

Q. And it's -- I don't mean this as a --

A. Right. No, this is --

Q. -- oh, you were off by a year.

(Speaking simultaneously.)

Q. And Doctor, I simply bring this is it might be helpful to both of us. And I appreciated when you were referring to the work in your prior business relationship with Johnson & Johnson and Ethicon. This seems in my mind to be what you were talking about on Page 5 of Exhibit C -- or B. Am I correct?

A. Yes.

Q. Okay. And the dates we have here either might be off by a little bit, but are from approximately 2000 to approximately 2010 you were medical consultant regarding urinary incontinence for Johnson & Johnson. Correct?

A. Correct.

Q. Okay. And this is the work that you described earlier that you earned approximately $125,000 for over the years. Correct?

A. Yes, sir.

Q. Okay. And maybe it was 2010 when you stopped, it might have been 2011, but either way, you have described for us the type of consulting work you had done for Johnson & Johnson and Ethicon in the past?

A. Yes.

Q. Okay. Now, approximately how often each year between approximately 2000 and approximately 2010 would you do this work, consulting work, for Johnson & Johnson and Ethicon?

A. I don't know exactly.

Q. Okay.

A. Probably -- it would certainly be at least once a month.

Q. Okay.

A. And sometimes twice a month.

Q. Do you recall where you would physically do that?

A. At Memorial Hermann Hospital in Memorial City.

Q. Here in Texas?

A. Yes.

Q. Okay. You didn't have to fly anywhere for that?

A. And I had -- I had a little book that had experiments -- this was related to the mesh, related to the FDA approval of this and FDA approval of the TVT, and then studies that -- not that they had done, but studies that had been done at different institutions. And then they sent me -- I had -- at one time I had videos of the procedures.

Q. Okay. And those were some of the things you said you discarded?

A. Yeah.

Q. Okay. Did you receive from them any type of company-specific directions or instructions as to how to put on presentations or, you know, a certain order to go in or --

A. They -- they'd sent me slides, but I didn't like the slides because I'm better at explaining things than I thought their slides were, and I didn't use them.

Q. Okay. Understood. Did you save any of the slides?

A. No.

Q. Okay.

A. In fact, I threw them away shortly after they sent them.

Q. That was one -- okay. So you're explaining one thing that you didn't throw away only after the devices were taken off the market, you threw the slides away --
A. Right.
Q. -- rather quickly after receiving them?
A. I thought they were terrible.
Q. Okay. Now, you had mentioned --
A. I'm just honest.
Q. You had mentioned the pay that you received.
A. Yeah.
Q. Did you receive anything else of value from Johnson & Johnson or Ethicon in connection with the work that you did, whether it be meals or expense reimbursements or anything of that nature?
A. The most valuable thing that I received from Johnson & Johnson was the ability to once a year go to an annual meeting and at this annual meeting were usually about 50 doctors from around the country. Some were chairmen of departments, some were -- and head of pelvic floor centers and everybody was -- was a topnotch guy from somewhere.
And they divided everybody up into groups and we were given tasks in each group to talk about any

problems we've had with the surgery, any problems we had with the mesh, what did we want to change about the mesh, if anything, how could we make things better, are there any techniques that need to be re-looked at, is there any changes that need to be made. And I thought that was -- of all the things they did for me, that was the best.

Q. Okay.

A. I got more out of that. I talked -- I was on a panel discussion with a guy who's in charge of the pelvic floor center from Cleveland Clinic. There was a guy there from Johns Hopkins. There was a guy there from Seattle. They were from all over the country and they were all -- most of them were academic.

Q. Okay.

A. You know, in academic centers. Many of them had written lots of papers. Guy from Miami -- I mean, Florida that was doing tons of these procedures. And so that was the single best thing -- the money I'd give them back, but that experience of going to that was just unbelievable.

Q. Okay.

A. I got to talk to this guy, oh, how do you do this and why do you do this and what do you this way

and what do you think about this, and we talked about it. And then each group that would divide up would have a spokesman and then we would have a group of everybody and the spokesman would present what this group said and the spokesman would say what this group says. I got an education that I couldn't possibly have paid for.

Q. You felt like that --

A. And they fed me is all -- they fed -- okay. They fed me and paid my hotel bill wherever it was held.

Q. Okay. Are you done?

A. I'm done.

Q. I don't want to talk over you.

A. Okay.

Q. Thank you. And you felt -- I'm getting a sense from you that that once-a-year thing that you were allowed to go to with the Ethicon people truly benefited you specifically in connection with your ability to work with these devices, learn about these devices, learn about problems with the devices, learn about ways to improve the devices. True?

A. Yes, sir.

Q. Okay. And Ethicon would fly you there, put

you up in the hotel, pay for the dinners and things of that nature. True?

A. Yes, sir.

Q. Okay. Was it in the same place each year or did it happen in different locations each year?

A. Different locations to make it convenient -- equally inconvenient or convenient for whoever is coming from where.

Q. Okay. It wasn't always on the East Coast so somebody from the West Coast always had it as inconvenient; it moved around the country?

A. Yes, sir.

Q. Okay. Do you remember what locations they were in?

A. Well, one was in -- I think one was in Atlanta, one was in New Jersey, one was in Miami, one was somewhere out in California. I think one was in Dallas, one was in maybe -- I don't remember any others.

Q. Did you ever have one here?

A. No.

Q. Okay. Gotcha. But wherever, different places once a year. True?

A. Yes, sir.

THE STATE OF TEXAS:
COUNTY OF FT. BEND:

I, Tamara Vinson, a Certified Shorthand Reporter and Notary Public in and for the State of Texas, do hereby certify that the facts as stated by me in the caption hereto are true; that the above and foregoing answers of the witness, MELVYN A. ANHALT, M.D., to the interrogatories as indicated were made before me by the said witness after being first duly sworn to testify the truth, and same were reduced to typewriting under my direction; that the above and foregoing deposition as set forth in typewriting is a full, true, and correct transcript of the proceedings had at the time of taking of said deposition.

I further certify that I am not, in any capacity, a regular employee of the party in whose behalf this deposition is taken, nor in the regular employ of his attorney; and I certify that I am not interested in the cause, nor of kin or counsel to either of the parties.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the 6 day of April, 2016.

Tamara Vinson
Tamara Vinson, Texas CSR No. 3015
Expiration Date: 12-31-2016

GOLKOW TECHNOLOGIES, INC.
Texas CRCB Registration #690
440 Louisiana, Suite 910
Houston, Texas 77002
www.golkow.com