# EXHIBIT 2

Melvyn A. Anhalt, M.D.

```
 1                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT WEST VIRGINIA
 2                   CHARLESTON DIVISION
 3                                 ) Master File
    IN RE:  ETHICON, INC.,         ) No. 2:12-MD-02327
 4  PELVIC REPAIR SYSTEM           )
    PRODUCTS LIABILITY             ) JOSEPH R. GOODWIN
 5  LITIGATION                     ) U.S. DISTRICT JUDGE
    _____    ) _____
 6                                 )
    THIS DOCUMENT RELATES TO       ) Case No. 2:12-CV-00997
 7  PLAINTIFFS:                    )
                                   )
 8  CHERISE AND MARTY              )
    SPRINGER                       )
 9
10  ****************************************************
11                   ORAL DEPOSITION OF
12                 MELVYN A. ANHALT, M.D.
13                     APRIL 1, 2016
14  ****************************************************
15
16
17
18
19
20
21
22
23
24
```

Melvyn A. Anhalt, M.D.

```
 1        ORAL DEPOSITION OF MELVYN A. ANHALT, M.D.,
 2   produced as a witness at the instance of the
 3   DEFENDANTS, and duly sworn, was taken in the
 4   above-styled and numbered cause on the 1st of April,
 5   2016, from 1:28 p.m. to 3:16 p.m., before Tamara
 6   Vinson, CSR in and for the State of Texas, reported by
 7   machine shorthand, at Hilton Houston Westchase, 9999
 8   Westheimer Road, Ambassador Room, Houston, Texas,
 9   77042, pursuant to the Federal Rules of Civil
10   Procedure and the provisions stated on the record or
11   attached hereto.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Melvyn A. Anhalt, M.D.

```
 1                 A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS CHERISE AND MARTY SPRINGER:
 4        MASON BOLING, ESQ. (Via Speakerphone)
          Keith, Miller, Butler, Schneider
 5            & Pawlik, LLC
          224 South 2nd Street
 6        Rogers, Arizona  72756
          479.621.0006
 7        mboling@arkattorneys.com
 8
     LEAD COUNSEL FOR GENERAL PLAINTIFFS:
 9
          ELIZABETH A. PETERSON, ESQ.
10        Lockridge Grindal Nauen P.L.L.P.
          100 Washington Avenue S, Suite 2200
11        Minneapolis, Minnesota  55401
          612.339.6900
12        eapeterson@locklaw.com
13
     FOR THE DEFENDANTS:
14
          KAT GALLAGHER, ESQ.
15        ANDREA WHITLEY, ESQ.
          Beck Redden
16        1221 McKinney Street, Suite 4500
          Houston, Texas  77010
17        713.951.6255
          kgallagher@beckredden.com
18        apaterson@beckredden.com
19
     ALSO PRESENT:
20
          Ms. Tamara Vinson, Court Reporter
21
22
23
24
```

1  information is -- was -- I wrote.  I wrote the

2  information, but I'm not an English major and it was

3  rewritten so that it was punctuated better and there

4  were a couple words changed, but the thoughts were my

5  thoughts.

6      Q.  Okay.  And who made the corrections and

7  changes to your report?

8      A.  Well, my attorney looked at it and said I

9  think, is this what you mean, and I said yeah, that's

10 what I mean and the sentence was rewritten so that it

11 explained what I meant better.

12     Q.  Okay.

13     A.  But it was all -- all my ideas and all my

14 thoughts and things that I believe.

15     Q.  Okay.  And which attorney are you referring

16 to?

17     A.  (Indicating)  Kay Deming was the one I worked

18 with initially.

19     Q.  Okay.  And that's someone that's been

20 retained as your counsel or as counsel for Ethicon?

21     A.  Counsel for Ethicon.  I do not have a

22 counsel.

23     Q.  Okay.  What materials did you rely on in

24 forming your opinions that are reflected in this

```
 1   report?
 2      A.   Well, most of it is an extensive experience,
 3   having done TVTO since usually in the early 2000s,
 4   both regular TVTs, TVTOs and all kinds of midurethral
 5   slings since -- since the early 2000s and I'm still
 6   doing them.
 7      Q.   Okay.  Anything else?
 8      A.   Well, yes.  I brought a lot of material
 9   that's related to the TVT materials and some of it is
10   related to instructions of TVT.  And I have a big --
11   and articles that I have perused and read over the
12   years, a big book that I brought, which is going to be
13   mainly part of tomorrow's deposition, I would think.
14      Q.   Okay.  Anything else that you can identify
15   that you relied on in forming your opinions in this
16   case?
17      A.   Well, I went to a number of meetings.  I've
18   been to the AUA.  I've been to AUGS.  I've been to --
19   I visited a number of people around the country who
20   were doing TVT when I first started and I watched them
21   do the TVTs and I've continued to communicate with a
22   number of people around the country who are pretty
23   well-known in these arenas and information that we've
24   exchanged at meetings.  And I've sat on a couple of
```

```
 1    boards where we had discussions about mesh and TVTs.
 2    And it's been a long process, so it's not one single
 3    thing that I can tell you that I'm relying on.  Most
 4    of it has been my experience.
 5                (Exhibit No. 3 marked.)
 6       Q.   Okay.  If you would now turn to Exhibit 3,
 7    which is the materials and reliance list provided with
 8    your report.  Is that right?
 9       A.   Where is Exhibit 3?  Here it is.  Okay.  Yes.
10       Q.   And in that you list dozens and dozens of
11    journal articles and studies and other documents.
12    Correct?
13       A.   Yes.
14       Q.   Okay.  And did you read each of those,
15    Doctor?
16       A.   I read the summaries on just about all of
17    them and I perused it.  And also I subscribed to a
18    thing that every day I get a summary of any article
19    that's written about urological things around the
20    country and it's usually about a five or six-sentence
21    summary.  And so I get a lot of things that -- the
22    conclusions and what they're trying to prove.  It's
23    called Medscape and it comes on my little handheld
24    Apple phone.
```

Melvyn A. Anhalt, M.D.

```
1    THE STATE OF TEXAS:
     COUNTY OF FT. BEND:
2
              I, Tamara Vinson, a Certified Shorthand
3    Reporter and Notary Public in and for the State of
     Texas, do hereby certify that the facts as stated by
4    me in the caption hereto are true; that the above and
     foregoing answers of the witness, MELVYN A. ANHALT,
5    M.D., to the interrogatories as indicated were made
     before me by the said witness after being first duly
6    sworn to testify the truth, and same were reduced to
     typewriting under my direction; that the above and
7    foregoing deposition as set forth in typewriting is a
     full, true, and correct transcript of the proceedings
8    had at the time of taking of said deposition.
9             I further certify that I am not, in any
     capacity, a regular employee of the party in whose
10   behalf this deposition is taken, nor in the regular
     employ of his attorney; and I certify that I am not
11   interested in the cause, nor of kin or counsel to
     either of the parties.
12
              GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
13   this, the  6  day of April, 2016.
14
15
16
17
                         _____
                         Tamara Vinson, Texas CSR No. 3015
18                       Expiration Date:  12-31-2016
19
20   GOLKOW TECHNOLOGIES, INC.
     Texas CRCB Registration #690
21   440 Louisiana, Suite 910
     Houston, Texas  77002
22   www.golkow.com
23
24
```