# EXHIBIT 3

Melvyn A. Anhalt, M.D.

```
 1              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT WEST VIRGINIA
 2                 CHARLESTON DIVISION
 3                              ) Master File
    IN RE:  ETHICON, INC.,      ) No. 2:12-MD-02327
 4  PELVIC REPAIR SYSTEM        ) MDL No. 2327
    PRODUCTS LIABILITY          )
 5  LITIGATION                  ) JOSEPH R. GOODWIN
    _____    ) U.S. DISTRICT JUDGE
 6                              ) _____
    THIS DOCUMENT RELATES TO    )
 7  PLAINTIFFS:                 )
                                )
 8  Karen and Joel Forester     )
    2:12-cv-00486               )
 9                              )
    Melissa and Charles         )
10  Clayton                     )
    2:12-cv-00489               )
11                              )
    Bonnie Blake and Larry      )
12  Miketey                     )
    2:12-cv-00995               )
13                              )
    Cherise and Marty           )
14  Springer                    )
    2:12:cv-00997               )
15                              )
    Angela and Bradley          )
16  Morrison                    )
    2:12-cv-00800R              )
17
18   ****************************************************
19                 ORAL DEPOSITION OF
20               MELVYN A. ANHALT, M.D.
21                   APRIL 2, 2016
22   ****************************************************
23
24
```

Golkow Technologies, Inc.                                    Page 1

Melvyn A. Anhalt, M.D.

1        ORAL DEPOSITION OF MELVYN A. ANHALT, M.D.,

2    produced as a witness at the instance of the

3    DEFENDANTS, and duly sworn, was taken in the

4    above-styled and numbered cause on the 2nd of April,

5    2016, from 7:59 a.m. to 11:35 a.m., before Tamara

6    Vinson, CSR in and for the State of Texas, reported by

7    machine shorthand, at Hilton Houston Westchase, 9999

8    Westheimer Road, Ambassador Room, Houston, Texas,

9    77042, pursuant to the Federal Rules of Civil

10   Procedure and the provisions stated on the record or

11   attached hereto.

12

13

14

15

16

17

18

19

20

21

22

23

24

Melvyn A. Anhalt, M.D.

```
 1            A P P E A R A N C E S

 2

 3   LEAD COUNSEL FOR GENERAL PLAINTIFFS:

 4         YVONNE M. FLAHERTY, ESQ.
           - and -

 5         ELIZABETH A. PETERSON, ESQ.
           Lockridge Grindal Nauen P.L.L.P.

 6         100 Washington Avenue S, Suite 2200
           Minneapolis, Minnesota  55401

 7         612.339.6900
           ymflaherty@locklaw.com

 8         eapeterson@locklaw.com

 9

     FOR THE DEFENDANTS:

10

           W. CURT WEBB, ESQ.

11         - and -
           JENNIFER PRICE, ESQ.

12         Beck Redden
           1221 McKinney Street, Suite 4500

13         Houston, Texas  77010
           713.951.6255

14         cwebb@beckredden.com
           jprice@beckredden.com

15

16   ALSO PRESENT:

17         Ms. Tamara Vinson, Court Reporter

18

19

20

21

22

23

24
```

Melvyn A. Anhalt, M.D.

```
 1    Transobturator and a variety of different journals.
 2         Q.    Okay.  Is this the reliance list or materials
 3    that you relied upon with respect to your report?
 4         A.    These are articles that I have seen summaries
 5    of or I have read.  I have subscribed to a thing that
 6    relate -- I put in what I'm interested in and every
 7    time there's an article that appears in any journal I
 8    get a summary of it.  It's called Medscape.
 9         Q.    Medscape the thing that you said you
10    subscribe to?
11         A.    Yes, ma'am.
12         Q.    Okay.
13         A.    And so many of these I've read the summary,
14    I've read the purpose of the article, but I haven't
15    read the entire article.  Some of these I have.
16         Q.    Okay.
17         A.    Most of what I relied upon was my experience.
18         Q.    Your personal experience --
19         A.    My personal experience.
20         Q.    Just wait until I finish.  I'm sorry, Doctor.
21         A.    I'm sorry.
22         Q.    Your personal experience in your care and
23    treatment of patients?
24         A.    Yes, ma'am.
```

Melvyn A. Anhalt, M.D.

1     Q.    Okay.  And the articles that are cited in

2   here, are these all articles that you have come to

3   know through the Medscape service that you subscribe

4   to?

5     A.    Most of them.

6     Q.    Okay.  Are any of the articles articles that

7   the lawyers have provided to you?

8     A.    You know, I haven't gone over this list in

9   its entirety.  I've pulled up the Medscape, went

10  through that, and I can't tell you that there's not

11  one or two that they added to it, because I haven't

12  gone back and reviewed every one of these articles.

13    Q.    Okay.

14    A.    Okay.  So the answer is I don't know.

15    Q.    That's fair.  You had mentioned that you

16  subscribe to Medscape and you put in what you want --

17  I think you said what you want to search for?

18    A.    Yes.

19    Q.    And do you -- do you have it set up so that

20  it sends you a periodic alert if there is a new

21  article on a topic of interest to you?

22    A.    Almost every day.

23    Q.    Okay.  And in what --

24    A.    It comes on my cell phone.

Melvyn A. Anhalt, M.D.

```
 1       Q.    Okay.  So you get a notification --

 2       A.    Uh-huh.

 3       Q.    -- or an e-mail?

 4       A.    Yes.

 5       Q.    And what topics do you have it triggered to

 6   alert you on?

 7       A.    Not many.

 8       Q.    Okay.

 9       A.    One is atrial fibrillation, which I have

10   periodically, so I'm interested in any new articles

11   about that.  And stress incontinence is number two.

12   And three is prolapse.  Those are the only ones that I

13   get articles on.  And then I read everything I

14   subscribe to, the journal Urology, I subscribe to the

15   Journal of Urology.  Urology and the Journal of

16   Urology are two separate journals.

17       Q.    Okay.

18       A.    And I -- the office subscribes to a number of

19   other journals and I will pick them up and survey them

20   and see if there's anything that interests me, and I

21   will often read articles in those journals.

22       Q.    Okay.

23       A.    And the other point of where I get my

24   information and a big source of my information is I go
```

Melvyn A. Anhalt, M.D.

```
1    to the AUA every year, American Urological Association

2    meeting, and I spend a lot of time in poster sessions,

3    in listening to lectures, and anything new is in the

4    big session in the -- there are thousands of people

5    there.  It's an extremely educational environment.

6         Q.   Okay.  Did you do any independent searches

7    for additional articles, other than --

8         A.   No, ma'am.

9         Q.   -- than those that have appeared in here?

10        A.   No, ma'am.

11        Q.   Okay.  Did you review any internal Ethicon

12   documents?

13        A.   No, ma'am.

14        Q.   Did you ask for any internal Ethicon

15   documents?

16        A.   No, ma'am.

17        Q.   Okay.  Do you know if Ethicon offered any

18   documents for you -- internal documents for you to

19   review?

20        A.   No, they did not.

21        Q.   Okay.  Did you review any of plaintiffs'

22   expert reports in putting together your report?

23        A.   Yes, I did.

24        Q.   Which plaintiffs' experts?
```

Melvyn A. Anhalt, M.D.

1    THE STATE OF TEXAS:
     COUNTY OF FT. BEND:

2

3           I, Tamara Vinson, a Certified Shorthand
     Reporter and Notary Public in and for the State of
     Texas, do hereby certify that the facts as stated by

4    me in the caption hereto are true; that the above and
     foregoing answers of the witness, MELVYN A. ANHALT,

5    M.D., to the interrogatories as indicated were made
     before me by the said witness after being first duly

6    sworn to testify the truth, and same were reduced to
     typewriting under my direction; that the above and

7    foregoing deposition as set forth in typewriting is a
     full, true, and correct transcript of the proceedings

8    had at the time of taking of said deposition.

9           I further certify that I am not, in any
     capacity, a regular employee of the party in whose

10   behalf this deposition is taken, nor in the regular
     employ of his attorney; and I certify that I am not

11   interested in the cause, nor of kin or counsel to
     either of the parties.

12

            GIVEN UNDER MY HAND AND SEAL OF OFFICE, on

13   this, the  6  day of April, 2016.

14

15

16

17
                 _Tamara Vinson_____
18               Tamara Vinson, Texas CSR No. 3015
                 Expiration Date:  12-31-2016

19

20   GOLKOW TECHNOLOGIES, INC.
     Texas CRCB Registration #690

21   440 Louisiana, Suite 910
     Houston, Texas  77002

22   www.golkow.com

23

24