# EXHIBIT B

## EXHIBIT B TO GENERAL TVT RETROPUBIC
## EXPERT REPORT OF NICOLE B. FLEISCHMANN, MD

## (Updated March 22, 2016)

## List of Materials Reviewed by Nicole Fleischmann, MD

**Company Documents:**

1. 1998 TVT Professional Education Program Speaker's Guide Slide Deck [ETH.MESH.05795537-99]

2. 2001 Slides from Paul Parisi binder - Gynecare TVT Tension-free Support for Incontinence  Professional Education Slides [ETH.MESH.05795421-508]

3. 2002 Dr. Miklos Presentation Slides Minimizing & Managing Intraoperative Complications: TVT Sling [ETH.MESH.00397674]

4. 2002 TVT Advanced Users Forum Presentation Slides: Gynecare TVT  Tension-free Support for Incontinence [ETH.MESH.08156958]

5. 2003 - Gynecare TVT: Tension-free Support for Incontinence General Professional Education Presentation Slides [ETH.MESH.00373310-88]

6. 2006 - TVT-O Summit Presentation Slides by Raders and Lucente [ETH.MESH.00993273]

7. 2007 Pelvic Floor Summit Agenda [ETH.MESH. 02109874-75]

8. 2008 Pelvic Floor Summit Agenda [ETH.MESH. 00819498-99]

9. 2008 - Treatment of SUI with the Gynecare TVT Family of Products Presentation Slides [ETH.MESH.00369995]

10. 2008.12.10 TVT Patient Brochure

11. 2009 - The Science of 'What's Left Behind…' Evidence & Follow-Up of Mesh Use for SUI by Dr. Doug Grier [ETH.MESH.03751819]

12. 2010 - Gynecare TVT Exact Professional Education Presentation Slides [ETH.MESH.00295355]

13. 2012 - Gynecare TVT Exact Continence System Professional Education Presentation Slides-Updated [ETH.MESH.08117473]

14.     2013 - Clinical Expertise Tension-free Midurethral Sling: Market Update Presentation Slides-Prof Ed [ETH.MESH.10281860]

15.     2015 TVT IFU

16.     2015 TVT Patient Brochure

17.     TVT 'Stop Coping...' Patient Brochure – [ETH.MESH.06087471-72]

18.     Gynecare TVT...SUI affects 1 in 3 women... Patient Brochure – [ETH.MESH.06087513-14]

19.     'Stop Coping...' Gynecare TVT Patient Brochure – [ETH.MESH.08003295-302]

20.     'Stop Coping...' Gynecare TVT Patient Brochure – [ETH.MESH.08003303-18]

21.     Corbet-IFU- 17-In Use From 11/29/10 to Present [ETH.MESH.03427878-946]

22.     Gynecare TVT Tension-free Support for Incontinence Advanced Users Forum for the Experienced Clinician Presentation Slides [ETH.MESH.10220659]

23.     Gynecare TVT Tension-free Support for Incontinence Professional Education Presentation Slides [ETH.MESH.08107354]

24.     The History of TVT [ETH.MESH.03932912-914]

25.     TVT IFU In Use From 10/13/08 to 11/22/10 [ETH.MESH.2340504-567]

26.     TVT IFU In Use From 11/29/10 to Present [ETH.MESH.3427878-946]

27.     TVT IFU 2008 [ETH.MESH.05222687]

28.     01/28/98 Letter from FDA re: K974098 TVT System [ETH.MESH.371496-594]

29.     11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11]

30.     Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17]

31.     Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301]

32.     Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198]

33.     TVT Surgeons Resource Monograph - June 2000 [ETH.MESH.10027307-28]

34.     TVT Surgeons Resource Monograph copy review form [ETH.MESH.00161387-89]

35.    Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-freeVaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65]

36.    09/07/2009 Safety review: TVT and TVT-O procedures [ETH.MESH.1751069-94]

37.    Clinical Expert Report [ETH.MESH.1784823-28]

38.    Email re: Performance Evaluation of TVT Prolene Blue Mesh [ETH.MESH.6696411-19]

39.    Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT

40.    Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79]

41.    Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2

42.    Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920)

43.    Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT [ETH.MESH.04949544-567]

44.    Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006 [ETH.MESH.00308599-606]

45.    Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 [ETH.MESH.223779-84]

46.    Email re: Mesh Fraying Dr. EBERHARD letter [ETH.MESH.7692905-7]

47.    Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39]

48.    Email re: Important Laser cut mesh update [ETH.MESH.1809056-58]

49.    Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81]

50.    Email re: TVT Laser Mesh info [ETH.MESH.442825-26] PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison London Brown & Gene Kammerer

51.    Email re: Laser Cut TVT [ETH.MESH.6859834-35]

52.    Email re: TVT Meeting with Agency [ETH.MESH.524746-48]

53.    Email re: TVT Laser Cut Mesh [ETH.MESH.525573]

54. Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis [ETH.MESH.1784779-82]

55. Email re: OR Agenda Tunn [ETH.MESH.3922926-28]

56. KOL Interview [ETH.MESH.4048515-20]

57. Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides

58. Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician[ETH.MESH.08156958]

59. 05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT Physician Training Policy [ETH.MESH.7393700]

60. Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1>

61. Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.5315252-65]

62. 10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture

63. Spreadsheet of TVT & TVT-O RCTs to 11-2012 [ETH.MESH.08307644-45]

64. TVTO PA (TOPA) RD Memo on PA Mesh Assessments for TVT-O PA – Katrin Elbert [ETH.MESH.09922570]

65. Tension-Free Vaginal Obturator Tape (TVOT) – April 30, 2003 – Meeting Report [ETH.MESH.3934952-67]

66. Clinical Expert Report [ETH.MESH.222899-909]

67. Email from Arnaud re Transient Leg Pain with Mulberry [ETH.MESH.3911390-1]

68. Email from Dan Smith re Draft report translated by "Babel fish" httpbabelfish.altavista.comtr [ETH.MESH.865069-72]

69. Email from Dan Smith re NG TVT-O NDP – Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny [ETH.MESH.2293715-6]

70. Email from Hinoul re South Africa, TVTO sheaths getting stuck upon removal [ETH.MESH.1210987-95]

71. Email from O'Bryan re GYNECARE TVT Obturator System – FDA [ETH.MESH.6882641-2]

72. Email from O'Bryan re ifu [ETH.MESH.3364663-66]

73. Email from Weisberg re IFU update [ETH.MESH.3365250-1]

74.  Email from Weisberg re Mulberry [ETH.MESH.6886410-11]

75.  Gynecare Final Report # 030740, TVT Obturator System 12-15-03 [ETH.MESH.222852-63]

76.  Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54]

77.  History of TVT-O [ETH.MESH.3932909-11]

78.  Manuscript Draft (de Leval) Novel surgical technique for the treatment of female SUI Transobturator Vaginal Tape [ETH.MESH.262089-123]

79.  Project Mulberry, Preliminary Clinical Diligence Report [ETH.MESH.1815660-64]

80.  Transobturator Vaginal Tape Inside-Out (TVT-O) From Development to Clinical Experience [ETH.MESH.823793-806]

81.  TVT O IFU [ETH.MESH.2340902-8]

82.  TVT-O Key Steps Guide [ETH.MESH.03416986]

83.  TVT Obturator Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09]

84.  TVT Abbrevo IFU

85.  PowerPoint, "EWH&U Professional Education" by Lissette Caro Rosado [ETH.MESH.00803652-78]

86.  SOP Regulatory Labeling Guidance HMESH_ETH_11642462

87.  LNE Pore Size Test [ETH.MESH.02211890]

**Publicly Sourced Documents:**

1.  ACOG - (FAQ081) Frequently Asked Questions in Urinary Incontinence

2.  ACOG (1995) technical bulletin: Urinary Incontinence. No. 213 - Oct. 1995 (Replaces No. 100, Jan. 1987)

3.  ACOG (2005) Practice Bulletin 63 Clinical Management Guidelines for Obstetrician-Gynecologists - Urinary Incontinence in Women

4.  ACOG AUGS Joint Position Statement on Uncomplicated SUI-CO 603 (June 2014)

5.  ACOG Patient Information Sheet (FAQ166) - Frequently Asked Questions in Surgery for Stress Urinary Incontinence (2011)

6.  ACOG Practice Bulletin Number 155 November 2015 (Replaces Practice Bulliten 63, June 2005)

7.  ACOG Practice Bulletin Summary Number 155 November 2015 (Replaces Practice Bulliten 63, June 2005)

8.  ACOG (2011) Committee Opinion Number 498 August 2011 Adult Manifestations of Childhood Sexual Abuse

9.  AUA - SUI Monograph (2011)

10. AUA 2011 Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary

11. AUA 2013 SUI Patient Guide

12. AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of SUI (2013)

13. AUA SUI Pocket Guide for Physicians

14. AUA/SUFU Guideline Diagnosis and Treatment of Overactive Bladder (Non-Neurogenic) in Adults  2012|Amended 2014

15. AUA: American Urological Association Education and Research.  Guideline for the surgical management of female stress urinary incontinence: 2009 Update.  Linthicum (MD): American Urological Association Education and Research, Inc.: 2009. 44p.

16. AUA: American Urological Association Education and Research.  Guideline for the surgical management of female stress urinary incontinence: 2009 Update Appendices A11 & A16. 2012 Revision

17.     AUGS 2013 Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders

18.     AUGS Committee Opinion 603 Evaluation of Uncomplicated SUI in Women Before Surgical Treatment

19.     AUGS SUFU Patient FAQs MUS for SUI 2014 Mar 12

20.     AUGS SUFU Provider FAQs MUS for SUI 2014 Mar 12

21.     AUGS-SUFU MUS Position Statement on Mesh Midurethral Slings for SUI, Jan 3, 2014

22.     British Association of Urological Surgeons - BAUS - Synthetic Vaginal Tapes for Stress Incontinence, Dec 2012

23.     EAU - TVT-O for the treatment of female stress

24.     EAU 2012 Guidelines on Surgical Treatment of Urinary Incontinence - 3.4. Miduretheral slings

25.     FDA Labeling Device Guidance/Blue Book Memo

26.     FDA Executive Summary: Surgical Mesh for Treatment of Women With Pelvic Organ Prolapse & Stress Urinary Incontinence: Obstetrics & Gynecology Devices Advisory Committee Meeting Sept. 8-9, 2011

27.     FDA Position Statement re Considerations about Surgical Mesh for SUI, March 27, 2013

28.     FDA Presentation - FDA Perspectives on Surgical Mesh for Stress Urinary Incontinence (SUI) - Sept 9, 2010 Pressley

29.     FDA Public Health Notification - 2008 Oct. 20

30.     FDA Public Health Notification - 2011 July 11

31.     FDA's May 2014 Response to Public Citizen

32.     ICS Factsheets 2013 Edition - SUI - p  13 2nd paragraph regarding use of the miduretheral sling as the treatment of choice

33.     ICS/IUGA 2011 graft complications standard definitions (http://www.ics.org/complication)

34.     IUGA (2011) - Stress Urinary Incontinence: A Guide for Women

35.     IUGA (July 2014) Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence

36.     IUGA Position Statement on MUS

37.     NICE 2013 Sept Clinical Guideline 171- Urinary incontinence: The management of
        urinary incontinence in women

38.     Oxford Levels of Evidence Pyramid for Practitioners

39.     Premarin Advertisement

40.     SUFU 2015 February Winter Meeting Abstracts

**Medical Literature:**

1. Abbott S, et al (2014) Evaluation & management of complications from synthetic mesh after reconstructive surgery: A multicenter study. *Am J Obstet Gynecol* 2014; 201:163e-1-8

2. Abdel-Fattah, Randomized trial-3 year followup-ICS Meeting. *Neurourol Urodyn* 2011.

3. Abdelmonem (2010) Vaginal length & incidence of dyspareunia after total abdominal vs vaginal hysterectomy. *European Journal of Obstetrics & Gynecology and Reproductive Biology.* 151 (2010) 190-192

4. Abraham & Vasavada (2014) Urgency after a sling: review of the management *Curr Urol Rep* 2014 Apr; 15(4):400

5. Abramov, Y, et al.  Site-specific rectocele repair compared with standard posterior colporrhaphy.  *Obstet Gynecol.* 2005 Feb; 105(2):314-8.

6. Aigmueller et al (2014) Reasons for dissatisfaction ten years after TVT procedure.  *Int Urogynecol J* (2014) 25:213-217

7. Aigmueller, Ten-year follow-up after the tension-free vaginal tape procedure.  *American Journal of Obstetrics & Gynecology* 2011.

8. Albo ME, et al. Urinary Incontinence Treatment Network. Treatment success of retropubic and transobturator mid urethral slings at 24 months. *J Urol.* 2012 Dec;188(6):2281-7. Epub 2012 Oct 22

9. Albo, M et al.  Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. *N Engl J Med* 2007; 356:2143-2155May 24, 2007DOI: 10.1056/NEJMoa070416

10. Amat Tardiu, Contasure-Needleless compared with transobturator-TVT for the treatment of stress urinary incontinence.  *Int Urogynecol J* 2011: 827-833.

11. Amid (2004) Ch. 19 Shrinkage - Fake or Fact In Meshes - Benefits and Risks

12. Amid, PK.  Classification of biomaterials and their related complications in abdominal wall hernia surgery.  *Hernia* (1997) 1: 15-21

13. Angioli, Tension-free vaginal tape versus transobturator suburethral tape-5 year follow up Results of a Prospective, Randomised Trial.  *Eur Urol* 2010: 671-677.

14. Araco, TVT-O vs TVT. A randomized trial in patients with different degrees of urinary stress incontinence.  *Int Urogynecol J* 2008: 917-926.

15.    Athanasiou et al (2014)  Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? *Int Urogynecol J* (2014) 25:219-225 [Pop 124, 7 yr fu]

16.    Athanasiou, Mixed Urodynamic Incontinence: TVT or TVT-O .[Pop 75].  *Int Urogynecol J* 2009; 20; Suppl 2; Abs 173.

17.    Atmaca et al (2008) Time Dependent Changes in Biomechanical Properties of Four Different Synthetic Materials in a Rabbit Model and the Importance in Respect to Sling Surgery. *Urol Int* 2008; 81:456-461

18.    Bandarian, M et al.  Comparison of transobturator tape (TOT) vs Burch method in treatment of stress urinary incontinence.  *J Obstet Gynaecol*. 2011 Aug;31(6):518-20. doi: 10.3109/01443615.2011.578776.

19.    Baracat et al (2005) Endoscopic treatment of vesical and urethral perforations after tension-free vaginal tape (TVT) procedure for female stress urinary incontinence. *Clinics (Sao Paulo)* 2005 Oct 24;60(5):397-400. Epub 2005 Oct 24

20.    Bautista et al (2016) Bacterial vaginosis: a synthesis of the literature on etiology, prevalence, risk factors and relationship with chlamydia and gonorrhea infections *Military Medical Research* (2016) 3:4

21.    Berghmans, H et al. Conservative treatment of stress urinary incontinence in women: a systematic review of randomized clinical trials. *British Journal of Urology*. 1998 82: 181–191. doi: 10.1046/j.1464-410X.1998.00730.x

22.    Bianchi, Randomized trial of TVT-O and TVT-S for the Treatment of Stress Urinary Incontinence [Pop 122, mean 18 mo fu].  *Int Urogynecol J* 2011; Suppl 1; IUGA Abs 061.

23.    Blaivas et al (2005) Long term follow-up of augmentation enterocystoplasty and continent diversion in patients with benign disease, *J Urol* 2005 May;173(5):1631-4

24.    Blaivas et al (2013) Salvage surgery after failed treatment of synthetic mesh sling complications *J Urology*. Volume 190, Issue 4, pgs 1281-1286. Oct 2013

25.    Blandon et al (2009) Complications from vaginally placed mesh in pelvic reconstructive surgery. *Int. Urogyn J*. 20(5):523-31. 03/2009

26.    Bonnet et al (2005) Transobturator vaginal tape inside out for the surgical treatment of female SUI: Anatomical considerations. *J Urology*. Vol 173, 1223-1228, April 2005

27.    Brandner, S. et al.  Sexual Function after Rectocele Repair. *Journal of Sexual Medicine*, 2011; 8: 583–588.

28. Brooke et al (2015) Readmission destination and risk of mortality after major surgery An observational cohort study *The Lancet* Volume 386, No. 9996, p884-895, 29 August 2015

29. Bump et al (2008) Long-term efficacy of duloxetine in women with stress urinary incontinence.  *BJU Int 2008*; 102(2):214-218

30. Buschsbaum (2004) True occult bladder perforation during placement of tension free vaginal tape *Int Urogynecol J* (2004) 15: 432-433

31. But et al (2005) Prolene Tape in Bladder Wall *Int Urogynecol J* (2005) 16:75-76

32. But, Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study.  *Int Urogynecol J*; 2008: 857-861

33. Canel et al (2015) Postoperative groin pain and success rates following transobturator midurethral sling placement: TVT Abbrevo system v TVT Obturator system. *Int Urogyn J*, 2015 Oct; 26(10)1509-16

34. Capobianco et al (2014) TVT Abbrevo: efficacy and two years follow up for the treatment of stress urinary incontinence.  *Clin Exp Obst & Gyn*

35. Cheng & Liu (2012) Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five year follow up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 161 161 (2012) 228-231

36. Clave et al (2010) Polypropylene as a reinforcement in pelvic surgery is not inert Comparative analysis of 100 explants.  *Int Urogynecol J* (2010) 21:261 270

37. Clifton, M. et al.  Risk of Repeat Anti-Incontinence Surgery Following Sling Release: A Review of 93 Cases.  *Journal of Urology*. Volume 191, Issue 3, Pages 710-714, March 2014.

38. Coady, D Chronic sexual pain: A layered guide to evaluation. *Contemporary OB/GYN*. September 2015

39. Cody et al (2009) Cochrane Review Oestrogen therapy for urinary incontinence in post menopausal women (Review)

40. Collinet et at (2008) The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. *Int Urogynecol J Pelvic Floor Dysfunct*. 2008 May;19(5):711-5.

41. Collste & Lindskog (1987) Phenylpropanolamine in treatment of female stress urinary incontinence. Double-blind placebo controlled study in 24 patients. *Urology*. 1987 Oct;30(4):398-403.

42. Cox et al (2013) Nat Rev Urol-Surgical management of female SUI-Is there a gold standard *Nat. Rev. Urol*. 10, 78-79 (2013)

43. Cox, L et al. Female urology in 2013: Evaluating progress on longstanding issues. *Nature Reviews Urology* 11, pages 74-75 doi:10.1038/nrurol.2013.320

44. Dati et al (2012) Single incision minisling (Ajust) vs obturator tension free vaginal shortened tape (TVT Abbrevo) in surgical management of female stress urinary incontinence. *International Journal of Gynecology & Obstetrics* Poster Presentations 119S3 M431

45. Dati et al (2013) TVT Abbrevo: When & Why? *Tech Coloprotol* (2013) 17:133-147

46. de Leval et al (2007) in French: Actualites Therapeutiques en Urologie Le TVT-O, nouvelle technique mini invasive pour le traitement de l'incontinence urinaire d'effort feminine, developpements et experience clininque *Rev Med Liege* 62: Synthese 2007: 86-94

47. de Leval et al (2011) The original versus a modified inside out transobturator procedure: 1 year results of a prospective randomized trial. *Int Urogynecol J* (2011) 22: 145-156

48. de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator vaginal tape "inside-out" *Eur Urol*. 2003;44:724–30.

49. de Oliveira, Comparison of retro-pubic TVT, pre-pubic TVT, and TVT transobturator in surgical treatment of women with stress urinary incontinence [Pop 85, med 14 mos fu]. *Int Urogynecol J* 2007; 18; Suppl 1; Abs 328.

50. Deffieux, Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow up. *Int Urogynecol J* 2010: 1337-1345.

51. Delorme E, et al. Transobturator tape (Uratape): A new minimally invasive procedure to treat female urinary incontinence. *Eur Urol*. 2004;45:203–7.

52. Demirci (2001) Long-term results of Burch colposuspension *Gynecol Obstet Invest* 2001; 51:243-247

53. Dietz et al (2003) Does the tension-free vaginal tape stay where you put it? *Am J Obstet Gynecol* (2003): 188:950-3

54. Dmochowski, R et al. Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. *J Urol*. Vol 183, 1906-1914, May 2010

55. Dowling (2012) Transobturator Mid-Urethral Slings in Current Clinical Practice. *Curr Bladder Dysfunct Rep* (2012) 7:153-156

56.     Drake, NJ et al.  Patient characteristics and management of dermal allograft extrusions. *Int Urogynecol J Pelvic Floor Dysfunct*. 2005 Sep-Oct;16(5):375-7. Epub 2005 Jan 13

57.     Filocamo et al (2011) The impact of mid-urethral slings for the treatment of urodynamic stress incontinence on female sexual function: a multicenter prospective study. *J Sex Med*. 2011 Jul;8(7):2002-8.

58.     Flood et al (1995) Long-term results and complications using augmentation cystoplasty in reconstructive surgery.  *Neurourol Urodyn* 1995; 14(4):297-309

59.     Flynn, MK et al.  Abdominal sacral colpopexy with allograft fascia lata: one year outcomes.  *Am J Obstet Gynecol*. 2005 May;192(5):1496-500

60.     Ford et al (2015) Full Cochran Review: Mid-urethral sling operations for stress urinary incontinence in women

61.     Foley et al (2010) Unrecognized bladder perforation with mid-urethral slings.  *BJU Interantional* 106, 1514-1518

62.     Ford et al (2015) Summary Cochrane Review Miduretheral Slings (2015)

63.     Francis & Jeffcoate (1961) Dyspareunia following vaginal operations. *Journal of Obstetrics and Gynaecology of the British Commonweath.* Vol. LXVIII, No.1

64.     Frankman, E et al. Mesh Exposure and Associated Risk Factors in Women Undergoing Transvaginal Prolapse Repair with Mesh.  *Obstetrics and Gynecology International* Volume 2013 (2013), Article ID 926313, 6 pages

65.     Frenkl et al (2008) Management of Iatrogenic Foreign Bodies of the Bladder & Urethra Following Pelvic Floor Surgery  *Neurology and Urodynamics* 27: 491-495

66.     Friedman, TVT-O vs TVT-S: First randomized, prospective, comparative study of inraoperative complications, perioperative morbidity and 1 year postoperative results [Pop 84, 2 yr fu].  *Journal of Pelvic Medicine & Surgery*; March/April 2009; Vol 15; No.2; Abs 12.

67.     Fuentes, A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVTO) in women with severe genital prolapse and occult stress incontinence: long term follow up [Pop 60, median 20 mo fu].  *Int Urogynecol J* 2011; 22; Suppl 1; Presentation Number: 059

68.     Glatt et al (1990) The prevalence of dyspareunia. *Obstetrics & Gynecology*. Vol 75 No 3 Part 1 March 1990

69.     Gomelsky, A & Dmochowski, R.  Biocompatibility Assessment of Synthetic Sling Materials for Female Stress Urinary Incontinence.  *Journal of Urology*. Volume 178, Issue 4, pages 1171-1181, October 2007

70.  Gorton, E., et al.  Periurethral collagen injection: a long term follow-up study.  *BJU Int.* 1999 Dec; 84(9): 966-71

71.  Groutz et al (2011) Long-Term Outcome of Transobturator Tension-Free Vaginal Tape. Efficacy and Risk Factors for Surgical Failure. *Journal of Women's Health*. Volum 20, Number 10, 2011

72.  Groutz, Ten-Year Subjective Outcome Results of the Retropubic Tension-Free Vaginal Tape for Treatment of Stress Urinary Incontinence [Pop 52, 10 yr fu].  *Journal of Minimally Invasive Gynecology* 2011.

73.  Guathaman et al (2011) Tension free vaginal tape Abbrevo for treatment of stress urinary incontinence: preliminary results.  *Gynecol Surg* (2011) 8 (Suppl 1): S1-S225

74.  Haddad et al (2013) Anatomical relationship between devices TVT-O and Abrevo in fresh cadavers.  *Int Urogynecol J* (2013) 24 (Suppl 1): S1-S152

75.  Hammad, FT et al.  Erosions and urinary retention following polypropylene synthetic slings: Australasian survey.  *Eur Urol.* 2005 May;47(5):641-6; discussion 646-7. Epub 2004 Dec 31

76.  Heinonen, Tension-free vaginal tape procedure without preoperative urodynamic examination: Long term outcome [Pop 191, mean 10.5 yrs fu].  *Internation Journal of Urology* 2012; 19

77.  Hinoul et al (2010) An Anatomic Comparison of the Traditional TVT-O versus A Modified TVT-O Procedure.  *ICS* Abstract 875

78.  Hinoul et al (2010) An anatomic comparison of the traditional TVT-O versus a modified TVT-O procedure.  *Gynecol Surg* (2010) 7 (Suppl 1):S49-S122

79.  Hinoul et al (2011) An anatomic comparison of the original versus a modified inside out transobturator procedure.  *Int Urogynecol J* (2011) 22: 997-1004

80.  Hinoul, Roovers, A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence. *J Urol* 2011; Vol 185: 1356-1362.

81.  Hinoul, TVT obturator system versus TVT-Secur. A randomized controlled trial, short term results [119, 1 yr fu].  *Int Urogynecol J* 2009; 20;Suppl 2; IUGA Abs 166.

82.  Horng (2012) Shorter duration of hospital stay in women with stress urinary incontinence treated with modified transobturator vaginal tape. Letter to Editor.  *Taiwanese Journal of Obstetrics & Gynecology* 51 (2012) 677

83.    Hota, TVT-Secur (hammock) versus TVT-Obturator: A Randomized trial of suburethral sling operative procedures.  *Female Pelvic Medicine & Reconstructive Surgery*, Sept/Oct 2010; Vol 16, No 5; Suppl 2; Abs 26.

84.    Houwert, TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparative study.  *Int Urogynecol J* 2009: 1327-1333.

85.    Hubka et al (2016) TVT Abbrevo: cadaveric study of tape position in foramen obturatum and adductor region.  *Int Urogynecol J*.  Published online 11 January 2016

86.    Huwler et al (2008) A safe and simple solution for intravesical tension free vaginal tape erosion: removal by standard transurethral resection. *BJU International* Vol 102 Issue 5 pages 582-585

87.    Jacquetin & Cosson (2009) Complications of vaginal mesh: our experience. *Int Urogynecol J*. 20:893 896 (2009)

88.    Jarmy-Di Bella, Randomised trial of TVT-O and TVT-S for the treatment of stress urinary incontinence preliminary study [Pop 31].  *Int Urogynecol J* 2009; 20; Suppl 2; Abs 117.

89.    Jonsson Funk et al (2013) Sling revision/removal for mesh erosion and urinary retention: long term risk and predictors. *Am J Obstet Gynecol* 2013; 208:73.31-7

90.    Juang, Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-O) plus modified Ingelman-Sundberg procedure versus TVT-O alone in the treatment of mixed urinary incontinence: a randomized study.  *European Urology 51* 2007: 1671-1679.

91.    Kahn & Stanton (1997) Posterior colporrhaphy-its effects on bowel & sexual function. *British Journal of Obstetrics and Gynaecology January* 1997, Vol 104, pp 82-86

92.    Kahn, Long term follow-up of a multicentre randomised controlled trial comparing TVT, Pelvicol™ and autologous fascial slings for the treatment of stress urinary incontinence in women.  *BJU Int.* 2014 Jun 24. doi: 10.1111/bju. 12851 [Epub ahead of print] 1-30 and website abstract print out.

93.    Karateke, Comparison of TVT and TVT-O in patients with stress urinary incontinence: Short term cure rates and factors influencing the outcome. A prospective randomised study.  *Australian & New Zealand Journal of Obstetrics & Gynecology* 2009: 99-105.

94.    Karram & Maher (2013) Surgery for posterior vaginal wall prolapse *Int Urogynecol J* (2013) 24: 1835-1841

95.    Karram, MM et al.  Complications and untoward effects of the tension-free vaginal tape procedure.  *Obstet Gynecol* 2003; 101:929-32.

96.   Kenton et al (2015) 5-Year Longitudinal Followup after Retropubic and Transcobutrator Mid Urethral Slings. *J Urology* Volume193, Issue 1, pages 2013-210. January 2015

97.   Kim, Comparison of the efficacy of TVT and TVT-O on the overactive bladder symptoms in women with stress urinary incontinence [Pop 132]. *Journal of Urology* April 28, 2009; Vol. 181; No. 4; Suppl, Abs 1559.

98.   Kim, Randomized control study of Monarc vs Tension-free vaginal tape obturator (TVT-O) in the treatment of female urinary incontinence in comparison of medium term cure rate [Pop 100, mean 36 mo fu]. *Int Urogynecol J* 2010; 21; Suppl 1; Abs. 219.

99.   King & Goldman (2014) Current Controversies Regarding Oncologic Risks Associated with Polypropylene Midurethral Slings. *Curr Urol Reports*. November 2014, 15:453

100.  Kobashi KC &, Govier FE: Management of vaginal erosion of polypropylene mesh slings. J Urol. 2003; 169: 2242-3.

101.  Kocjancic, Tension free vaginal tape vs trans obturator tape: Is there any difference in the mixed incontinence patients?  Results of a multicentre randomised trial [Pop 116]. *Eur Urol* 2008; 7(3); Suppl, Abs. 209.

102.  Krofta, TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. *Int Urogynecol J* 2010: 141-148.

103.  Kuuva, N & Nilsson, CG.  A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure.  *Acta Obstet Gynecol Scand* 2002; 81:72-7.

104.  Labrie, J et al. Surgery versus Physiotherapy for Stress Urinary Incontinence. *N Engl J Med* 2013; 369:1124-1133September 19, 2013DOI: 10.1056/NEJMoa1210627

105.  Lapitan, MC & Cody, JD *Cochrane Database Syst Rev*. 2012 Jun 13;6:CD002912. doi: 10.1002/14651858.CD002912.pub5

106.  LaSala (2003) Incomplete Bladder Emptying After the Tension-Free Vaginal Tape Procedure Necessitating Release of the Mesh. *J. Reprod Med* Vol 48, Issue 5; pgs 387-390 (2003)

107.  Latthe et al (2007) Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. *BJOG*. 2007 May;114(5):522-31. Epub 2007 Mar 16.

108.  Laurikainen et al (2014) Five-year Results of a Randomized Trial Comparing Retropubic and Transobturator Midurethral Slings for Stress Incontinence. *Eur Urol* (2014)

109.  Laurikainen, Retropubic TVT compared with transobturator TVT (TVT-0) in treatment of stress urinary incontinence: 5 year results of a randomized trial.  *Neurourol Urodyn* 2011; ICS: 803-805

110.   Lee, A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year follow up. *J Urol* 2007; Vol. 177: 214-218.

111.   Lee, Prospective comparison of the inside-out and outside-in transobturator-tape procedures for the treatment of female stress urinary incontinence. *Int Urogynecol J* 2008: 577-582

112.   Lemack, GE & Zimmern, PE.  Sexual function after vaginal surgery for stress incontinence: results of a mailed questionnaire.  *Urology* 2000 Aug 1; 56(2):223-7

113.   Liapis et al (2010) Efficacy of inside-out transobturator vaginal tape (TVT-O) at 4 years follow up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 148 (2010) 199-201

114.   Liapis, Long-term efficacy of tension-free vaginal tape in the management of stress urinary in women; efficacy at 5 & 7 years follow up.  *Int Urogynecol J* 2008; 19: 1509-1512.

115.   Liapis, Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study.  *Int Urogynecol J* 2008: 185-190.

116.   Lo et al (2004) Ultrasound Assessment of Mid-Urethra Tape at Three-Year Follow-Up after tension free vaginal tape procedure. *Urology* 63: 671-675, 2004

117.   Lukacz et al (2003) - The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. *Int Urogynecol J* (2003) 14: 179-184

118.   Masata, Randomized trial of a comparison of the efficacy of TVT-O and single incision tape TVT Secur systems in the treatment of stress urinary incontinent women - 2 year follow up. *Int Urogynecol J* 2012: 1403-1412.

119.   McGregor et al (2000) Evaluation of the carcinogenic risks to humans associated with surgeical implants and other foreign bodies - a report of an IARC Monographs Programme Meeting. *European Journal of Cancer*, Volume 36, Issue 3, 307-313

120.   Melville, J et al. Prevalence of comorbid psychiatric illness and its impact on symptom perception, quality of life, and functional status in women with urinary incontinence. *American Journal of Obstetrics and Gynecology.*  Volume 187, Issue 1, July 2002, Pages 80–87

121.   Meschia, A Multicenter Randomized Comparison of Tension-Free Vaginal Tape (TVT) and transobturatorr in-out technique (TVT-O) for the treatment of stress urinary incontinence: one year results.  *Int Urogynecol J* 2007; 18; Suppl 1; IUGA Abs 003.

122. Milani et al (2012) Medium term clinical outcomes following trocar guided mesh repair of vaginal prolapse using partially absorbable mesh. *Int Urogynecol J* (2012) 23 (Suppl 2): S43-S244

123. Moalli et al (2014) Polypropylene mesh: evidence for lack of carcinogenicity. *Int Urogynecol J*. 2014 May; 25(5): 573-6

124. Mostafa, A Multicentre Randomised Trial of Single-Incision Mini-Sling (Ajust©) and tension free vaginal tape obturator (TVT-OTM) in management of female stress urinary incontinence. *Neurol Urodyn* ICS Abs 4.

125. Natale et al (2009) Voiding dysfunction after anti-incontinence surgery. *Minerva Ginecol*. 2009 Apr; 61(2):167-72

126. Naumann, G et al. Sexual function and quality of life following retropubic TVT and single-incision sling in women with stress urinary incontinence: results of a prospective study. *Arch Gynecol Obstet.* May 2013; 287(5): 959–966.

127. Nazemi & Kobashi (2007) Complications of grafts used in female pelvic floor reconstruction: Mesh erosion and extrusion. *Indian J Urol* 2007;23:153-60

128. Ng et al (2005) Use of 3 dimensional ultrasound scan to assess clinical importance midurethral placement of the tension free vaginal tape (TVT) for treatment of incontinence. *Int Urogynecol J* (2005) 16: 220-225

129. Nguyen JN, et al. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants. *Obstet Gynecol.* 2012;119:539–546

130. Nilsson, CG, et al., "Long-Term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence," *International Urogynecology Journal and Pelvic Floor Dysfunction*, Supplement 2, Vol. 12, 2001, pp. S5-S8.

131. Nilsson, Eleven years prospective follow-up of the tension-free vaginal tape procedure for the treatment of stress urinary incontinence. -*Int Urogynecol J* 2008; 19: 1043-1047.

132. Nilsson, Seventeen years follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence -[Pop 58, 17 yrs fu]. *Int Urogynecol* J 2013.

133. Novara et al (2008) Complication rates of tension-free midurethral slings in treatment of female stress urinary incontinence: A systematic review and metaanlysis of randomized controlled trials comparing tension free midurethral tapes to other surgical procedures and different devices. *European Urology* 53 (2008) 288-309

134. Novara et al (2010) Updated Systematic Review & Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. *European Urology* 58 (2010) 218-238

135.  Nygaard, I et al.  Prevalence of symptomatic pelvic floor disorders in US women.  *JAMA*. 2008 Sept 17; 300(11):1311-6. doi: 10.1001/jama.300.11.1311

136.  O'Reilly, KJ & Govier, FE  Intermediate term failure of pubovaginal slings using cadaveric fascia lata: a case series.  *J Urol*. 2002 Mar;167(3):1356-8

137.  Ogah, J et al. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane review. *Neurourol Urodyn*. 2011 Mar;30(3):284-91. doi: 10.1002/nau.20980

138.  Okulu et al (2013) Use of three types of synthetic mesh material in sling surgery: A prospective randomized clinical trial evaluation effectiveness and complications. *Scandinavian Journal of Urology*, 2013; 47: 217-224

139.  Olsson, Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence [Pop 147, 11.5 yrs fu].  *Int Urogynecol J* 2010; 21.

140.  Palva, A randomized trial comparing tension-free vaginal tape with tension free vaginal tape-obturator: 36 month results. *Int Urogynecol J* 2010: 1049-1055.

141.  Papas et al (2011) Evaluation of the Fixation of Gynecare TVT Abbrevo Continence System as Compared to Gynecare TVT Obturator System Tension Free Support for Incontinence in a Human Cadaveric Model.  *Female Pelvic Medicine & Reconstructive Surgery*. Volume 17 Number 5 Supplement 2 September/October 2011 Poster 14

142.  Paras et al (2009) Sexual abuse and lifetime diagnosis of somatic disorders: a systematic review and meta-analysis JAMA 2009 Aug 5;302(5):550-61

143.  Pearce et al (2014) The Female Urinary Microbiome_ a Comparison of Women with and without Urgency Urinary Incontinence. *mBio* 5(4):e01283-14

144.  Porter, WE, et al.  The anatomic and functional outcomes of defect-specific rectocele repairs.  *Am J Obstet Gynecol*. 1999 Dec; 181(6): 1353-8; discussion 1358-9

145.  Pulliam et al (2007) Use of Synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. *Int Urogynecol J* (2007) 18:1405-1408

146.  Ragavan & Nithya (2015)  TVT Abbrevo – a retrospective cohort of 50 cases between September 2012 and August 2014.  *BJOG* EP17.24

147.  Rechberger et al (2009) The Clinical Effectiveness of Retropubic (IVS-02) and Transobturator (IVS-04) Midurethral Slings: Randomized Trial.  Letter to Editor *Eur Urol* 2009; 56: 24-30

148.  Reisenauer et al (2006) Transobturator vaginal tape inside-out. A minimally invasive treatment of stress urinary incontinence: Surgical procedure and anatomical conditions.

19

*European Journal of Obstetrics & Gynecology and Reproductive Biology* 127 (2006) 123-129

149.  Resende, Mid-term follow-up of a randomized trial comparing TVT-O, TVT-Secur and Mini-Arc [Pop 90, 24 mo fu].  *Eur Urol* 2011; Suppl; Abs 770

150.  Riachi & Provost (2013)  A New Minimally Invasive Treatment Option for Stress Urinary Incontinence in Women: TVT Abbrevo, a Shorter Sling with an Inside-out Transobturator Approach.  *Surgical Technology International*.

151.  Richter et al (2010) Retropubic versus transobturator midurethral slings for stress incontinence.  *NEJM* 2010: 2066-2076.

152.  Richter et al (2012) Patient Related Factors Associated with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. *J. Urology*. Vol 188, 485-489, August 2012

153.  Scheiner, Retropubic TVT vs Transobturator outside-in TOT and inside-out TVT-O one year result from our prospective randomized study [Pop 149].  Abs 4.

154.  Schimpf, MO et al.  Sling surgery for stress urinary incontinence in women: a systematic review and meta analysis: *Am J Obstet Gynecol,* 2014 211:71.e1-27.

155.  Schuettoff et al. (2006) Visibility of the polypropylene tape after tension-free vaginal tape (TVT) procedure in women with stress urinary incontinence: comparison of introital ultrasound and magnetic resonance imaging in vitro and in vivo.  *Ultrasound Obstet Gynecol* 2006; 27: 687-692

156.  Segev Y, et al. Symptomatic pelvic hematoma following transvaginal reconstructive pelvic surgery: incidence, clinical presentation, risk factors, and outcome.  *Eur J Obstet Gynecol Reprod Biol.* 2010 Dec;153(2):211-4.

157.  Seo, Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: prospective randomized study [Pop 80. 12 mo fu].  *ICS* Abs 23.

158.  Serati et al (2012) Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy & Adverse Effects at 10 year follow up  pp. 939-946 [Pop 58, but 10 yrs fu].  *European Urology* 2012; 61.

159.  Serati et al (2013) TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects and Prognostic Factors at 5 Year Follow-up.  *European Urology* 63 (2013) 872-878

160.  Shaw et al Effect of TVT-O Abbrevo on Post Operative Groin Pain. *Journal of Minimally Invasive Gynecology* 21 (2014) S25-S48 Non oral poster 31

161.  Shekarriz et al (2000) Surgical complications of bladder augmentation: comparison between various enterocystoplasties in 133 patients. *Urology* 2000 Jan; 55(1):123-8

162.  Signorello et al (2001) Postpartum sexual functioning and its relationship to perineal trauma: A retrospective cohort study of primiparous women. *Am J OBGYN*, Vol 184, Issue 5, 881-890.

163.  Silvestre et al (2011) Shrinkage evaluation of heavyweight and lightweight polypropylene meshes in inguinal hernia repair: a randomized controlled trial. *Hernia* (2011) 15: 629-634

164.  Sohbati et al (2015) Comparison Between the Transobturatory Tape Procedure and Anterior Colporrhaphy With the Kelly's Plication in the Treatment of Stress Urinary Incontinence: a Randomized Clinical Trial *Nephro Urol Mon*. 2015 September; 7(5): e32046

165.  Song, P et al. The long term outcomes from TVT procedure for female stress urinary incontinence; data from minimal 13 years of follow up. *Journal of Urology*. Vol. 191, NO 4S, Supplement, Sunday, May 18, 2014 MP33-03

166.  Svenningsen et al (2013) Long-term follow-up of the retropubic tension free vaginal tape procedure. *Int Urongynecol J* Published online 16 February 2013

167.  Svenningsen, Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure [Pop 810, 10 yr fu]. *Neurology & Urodynamics* 2013.

168.  Tamussino, TVT vs. TVT-O for Primary Stress Incontinence: A Randomized Clinical Trial [Pop 564, 3 mo fu]. *Int Urogynecol J* 2008; 19 Suppl 1 IUGA Abs 112.

169.  Teo, Randomised trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. *Journal of Urology* 2011 Vol. 185: 1350-1355.

170.  Thubert et al (2013) TVT Abbrevo procedure: Don't forget to remove the set of positioning line! *Journal de Gynecologie Obstetrique et Biologie de la Reproduction* (2013) 42, 99-100

171.  Tommaselli (highlighted), Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1 year follow up. *Int Urogynecol J* 2010: 1211-1217.

172.  Tommaselli et al (2012) Comparison of TVT-O and TVT Abbrevo for the surgical management of female stress urinary incontinence: A 12 months preliminary study. International Journal of Gynecology & Obstetrics 119S3 (2012) S261-S530

173.  Tommaselli et al (2015) Medium-term & long-term outcomes following placement of midurethral slings for urinary incontinence: a systematic review and metaanlysis. *Int Urogynecol J* Published online: 20 May 2015

174.  Tommaselli et al (2016) Efficacy and safety of the trans-obturator TVT Abbrevo device in normal weight compared to overweight patients affected by stress urinary incontinence. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 197 (2016) 116-119

175.  Trabuco, Midurethral Slings for the Treatment of Stress Urinary Incontinence. *ACOG Poster* 2014.

176.  Tunn et al (2007) Changes in the MRI morphology of the stress continence control system after TVT (tension free vaginal tape) insertion. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 131 (2007) 209-213

177.  Unger et al (2015) Indications and risk factors for midurethral sling revision. *Int Urogynecol J* 2015 Jul 2. [Epub ahead of print]

178.  Valentim-Lourenco, Comparing the efficacy of TVT and TVT-O 3 months follow up analysis [Pop 149, 3 mo fu]. *Int Urogynecol J* 2008; 19 Suppl 1 IUGA Abs 63 TORP.

179.  Valpas & Nilsson (2004)  Tension-free vaginal tape procedure and laparoscopic colposuspension in the treatment of stress urinary incontinence. *Curr Opin Obstet Gynecol.* 16: 319-323

180.  Viereck, V. et al. Midurethral sling incision: indications and outcomes. *Int Urogynecol J* (2013) 24:645-653

181.  Volkmer et al (2003)Surgical intervention for complications of tension free vaginal tape procedure. *J Urol* 2003 Feb; 169(2): 570-4

182.  Waltregny & de Leval (2012) New Surgical Technique for Treatment of Stress Urinary Incontinence  TVT Abbrevo: From Development to Clinical Experience. *Surgical Technology International*

183.  Waltregny et al  Three year results of a prospective randomized trial comparing the original inside-out transobturator (TVT-O) procedure with a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence.  Abstract 254

184.  Waltregny et al (2006) Inside out transobturator vaginal tape for the treatment of female stress urinary incontinence: Interim results of a prospective study after a 1 yr minimum follow up. *J. Urology.* Vol 175, 2191-2195. June 2006

185.  Waltregny et al (2007) TVT-O for the Treatment of Female Stress Urinary Incontinence: Results of a Prospective Study after a 3-Year Minimum Follow Up. *European Urology*

186. Wang et al (2008) A microbiological & immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid-urethral sling procedures – a prospective case controlled study. *Int Urogynecol J* (2008) 19:1145-1150

187. Wang et al (2009) Which placement of tension free vaginal tape is more important for urinary continence: midurethral position or bladder neck? Consideration from a case report. *Int Urogynecol J* (2009) 20:1277-1279

188. Wang, Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. *Int J Gynecology & Obstetrics* 2009; 104: 113-116.

189. Ward et al (2004) A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. *Am J Obstet Gynecol*. 2004;190:324-331

190. Weber, AM et al. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. *Am J Obstet Gynecol*. 2000 Jun; 182(6):1610-5

191. Wein, Alan et al (2015) *Campbell-Walsh Urology*. Elsevier 11ᵗʰ Edition November 2015

192. Welk et al (2015) Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. *JAMA Surg*. Published online September 09, 2015.

193. White, RA. The effect of porosity and biomaterial on the healing and long-term mechanical properties of vascular prostheses. *ASAIO J* 1988; 11:95.

194. Whiteside & Walters (2004) Anatomy of the obturator region: relations to a trans-obturator sling. *Int Urogynecol J* (2004) 15: 223-226

195. Wilson, L et al. Annual direct cost of urinary incontinence. *Obstet Gynecol*. 2001 Sep;98(3):398-406.

196. Woodruff AJ, et al. Histologic comparison of pubovaginal sling graft materials: a comparative study. *Urology*. 2008 Jul;72(1):85–9

197. Wu, J et al. Forecasting the Prevalence of Pelvic Floor Disorders in US Women: 2010 to 2050. *Obstetrics & Gynecology*. December 2009 - Volume 114 - Issue 6 - pp 1278-1283. doi: 10.1097/AOG.0b013e3181c2ce96

198. Wu, Lifetime Risk of Stress Urinary Incontinence or Pelvic Organ Prolapse Surgery. *Obstet Gynecol* 2014; 123:1201-6.

199. Yucel, S & Baskin LS. An anatomical description of the male and female urethral sphincter complex. *J Urol*. 171(5):1890-7, 2004

200.   Zhang et al The comparison of an inexpensive – modified transobturator vaginal tape versus TVT-O procedure for the surgical treatment of female stress urinary incontinence. *Taiwanese Journal of Obstetrics & Gynecology* 50 (2011) 318-321

201.   Zhong, Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence [Pop 187].  *Urologia* 2010; 77 (1): 37-42.

202.   Zhu et al (2012)  Inside out transobturator vaginal tape versus tention-free vaginal tape for primary female stress urinary incontinence: meta-analysis of randomized controlled trials. *Chin Med J (Engl).* 2012 Apr;125(7):1316-21

203.   Zhu, Comparing vaginal tape and transobturator tape for the treatment of mild & moderate stress incontinence.  *Int J of Gynecology & Obstetrics* 2007: 14-17.

204.   Zinner et al (2004) Pharmacotherapy for stress urinary incontinence : present and future options. *Drugs* 2004; 64(14): 1503-16

205.   Zorn B, et al. Urinary incontinence and depression. *J Urol*. 1999;162:82–84.

206.   Zullo, One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: A prospective randomised trial.  *Eurpean Urology 51* 2011: 1376-1384.

207.   Zyczynski, H et al Sexual activity & function in women more than 2 years after midurethral sling placement.  *Am J Obstet Gynecol*. 2012 November; 207(5):421.e1-421.

**Expert Reports:**

1.    Blaivas, Jerry

2.    Ducheyne, Paul

3.    Elliot, Daniel (& materials cited in footnotes of Mullins expert report)

4.    Iakovlev, Vladimir

5.    Jordi, Howard

6.    Kenton, Kimberly

7.    Klinge, Uwe

8.    Muehl, Thomas

9.    Pence, Peggy

10.   Rosenzweig, Bruce (& materials cited in footnotes of Mullins expert report)

11.   Toglia, Marc


**Deposition Transcripts & Exhibits:**

1.    Blaivas, Jerry

2.    Elliot, Daniel

3.    Iakovlev, Dr. Vladimir

4.    Nager, Charles

5.    Rosenzweig, Bruce

6.    Toglia, Marc


I have also reviewed all materials or articles cited in my expert report, or supplements thereto, which are not included in this Exhibit B.