# EXHIBIT D

# Stanley Zaslau

## Reliance List
## *in Addition to Materials Referenced in Report*

## MDL Wave 1

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

| |
|---|
| 2011 Ogah - Short Cochrane review - Minimal invasive slings for SUI |
| 2015 Ford (Cochrane Review[FULL]) Mid-urethral sling operations for stress urinary incontinence in women |
| Abdel-Fattah M, Mostafa A, Familusi A, Ramsay I, James ND (2012) Prospective randomised controlled trial of transobturator tapes in management of urodynamic stress incontinence in women: 3-year outcomes from the Evaluation of Transobturator Tapes study. Eur Urol 62:843–851 |
| Abdel-Fattah, M. A Randomized Perspective single-blinded study comparing "inside-out" vs. "outside-in" transobturator tapes in the management of female stress urinary incontinence (E-TOT study); 3 year follow-up. |
| Abdel-fattah, M. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: Short term outcomes. European Journal of Obstetrics & Gynecology and Reproductive Biology 149 (2010) 106- |
| Abdel-Fattah, M. Evaluation of Transobturator Tension-Free Vaginal Tapes in the Surgical Management of Mixed Urinary Incontinence: 3-Year Outcomes of a Randomized Controlled Trial. The Journal Of Urology. Vol. 191, 114- |
| Abdel-fattah, M. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU International 98 , 594 – 598 |
| Abdel-fattah, M. Lower urinary tract injuries after transobturator tape insertion by different routes: a large retrospective study. BJOG 2006;113:1377–1381. |
| Abdel-Fattah, M. Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: A prospective randomized three-year follow-up study. European Urology 46 (2004) 629-635 |
| Abdel-fattah, M. Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG 2010;117:870–878. |
| Abdel-fattah, M. Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapse. BJOG 2008;115:22–30 |
| Abdel-Fattah, M. Single-Incision Mini-Slings versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontinen: A Meta-Analysis of Effectiveness and Complications. EUROPEAN UROLOGY 60 (2011) 468 – 480 |
| Abdelmonem, A. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. European Journal of Obstetrics & Gynecology and Reproductive Biology 151 (2010) 190–192 |
| Abdelwahab, O. Tension-Free Vaginal Tape versus Secure Tension-Free Vaginal Tape in Treatment of Female Stress Urinary Incontinence. Curr Urol 2010;4:93–98 |
| Abduljabbar, H. Comparison of the classic TVT and TVT Secur. Prime Research on Education ISSN: 2251-1253. Vol. 2(9), pp. 344-347, October 31st, 2012 |
| Abed, H. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J Dol 1O.1007/s00192-011-1384-5 |
| Adile, B., et al. [ICS Abs. 550] A Prospective Randomized study comparing Laparoscopic Burch vs. TVT-Short and Long term follow-up. (2003) |
| Agarwala, N. A randomized comparison of two synthetic mid-urethral tension-free slings. UroToday International Journal, Vol 1, Iss 4, October 2008 |
| Agostini, A. Immediate Complications of Tension-Free Vaginal Tape (TVT): Results of a French Survey. European Journal of Obstetrics & Gynecology and Reproductive Biology 124 (2006) 237–239 |
| Agur W, Riad M, Secco S, Litman H, Madhuvrata P, Novara G, Abdel-Fattah M (2013) Surgical treatment of recurrent stress urinary incontinence in women: a systematic review and meta-analysis of randomised controlled trials. Eur Urol 64:323–336 |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Aigmueller T, Bjelic-Radisic V, Kargl J, Hinterholzer S, Laky R, Trutnovsky G, Kolovetsiou-Kreiner V, Tamussino K (2014) Reasons for dissatisfaction ten years after TVT procedure. Int Urogynecol J 25:213-217 |
| Aigmueller, T. Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2011;205:1.e1-1.e5 |
| Albo ME, Richter HE et al.  Burch Colposuspension versus Fascial Sling to Reduce Stress Urinary Incontinence.  N Engl J Med 2007; 356:2143-2155. |
| Albo, M.E. Treatment Success of Retropubic and Transobturator Mid Urethral Slings at 24 Months. The Journal of Urology Vol. 188, 2281-2287, December (2012) |
| Alcalay, M. Burch colposuspension: a 10—20 year follow up. British Journal of Obstetrics and Gynaecology, September 1995, Vol. 102, pp. 740-745 |
| Alewijnse, D., et al - Effectiveness of pelvic floor muscle exercise therapy supplemented with a health ed. program to promote long-term adherence Among Women with Urinary Incontinence. Neurourology and Urodynamics, 22:284-295 (2003) |
| Alperin, M. Perioperative outcomes of the Prolift® pelvic floor repair systems following introduction to a urogynecology teaching service. Int Urogynecol J (2008) 19:1617-1622. |
| Altman, D. A Three-Year Prospective Assessment of Rectocele Repair Using Porcine Xenograft. Obstet Gynecol 2006;107:59—65 |
| Altman, D. Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse. N EnglJ Med 2011;364:1826-36. |
| Altman, D. Short-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J DOI 10.1007/s00192-007-0526-2. |
| Amaro, JL, et al. Clinical and Quality-of-Life Outcomes after autologous fascial sling and tension-free vaginal tape: A perspective randomized trial. International Braz J Urol, Vol 35(1):60-67, 2009 |
| Amat I Tardiu L, Martinez Franco E, Lailla Vicens JM. Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22:827-833. |
| Amias, A. Sexual Life after Gynaecological Operations - II. BritishMedical_Journal, 1975, 2,680-681 |
| Amid, P.K. Classification of Biomaterials and their related Complications in Abdominal Wall Hernia Surgery. Hernia (1997) 1:15-21 (1997) |
| Anderson, K. SURGICAL MANAGEMENT OF ICS/IUGA CLASS 1-4 TRANSVAGINAL MESH (TVM) PROLAPSE KIT COMPLICATIONS: 8-YEAR REVIEW OF 82 PATIENTS FROM A SINGLE CENTER. (2015) |
| Anderson, K.F Surgical management of ICS, IUGA class 1-4 transvaginal mesh (TVM) prolapse kit complications: 8-year review of 82 patients from a single center. (2015) |
| Andonian S, St-Denis B, Lemieux MC, Coreas J. Prospective clinical trial comparing Obtape® and DUPS to TVT: one-year safety and efficacy results. Eur Uro/ 2007;52:245-251. |
| Andonian, S., et al. Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): One-year results. European Urology 47 (2005) 537-541 |
| Anger, Jennifer - Trends in the Surgical management of Stree Urinary Incontinence among Female Medicare Beneficiaries. Urology 2009 August; 74(2): 283-287 |
| Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA (2010) Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Urol 58: 671–677 |
| Angioli, R. Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year follow-up Results of a Prospective, Randomised Trial. EUROPEAN UROLOGY 58 (2010) 671-677 |
| Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina (Kaunas). 2009;45(8):639-43. |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Ankardal M, Heiwall B, Lausten-Thomsen N, Carnelid J, Milsom I (2006) Short- and long-term results of the tension-free vaginal tape procedure in the treatment of female urinary incontinence. Acta Obstet Gynecol Scand 85:986-992

Araco, F. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J (2008) 19:917–926

Arunkalaivanan AS, Barrington JW. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:17-23; discussion 21-22.

Athanasiou (2014) - [Pop 124, 7 yr fu] Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J. 2013 Jul 27. [Epub ahead of print]

Athanasiou S, Grigoriadis T, Kalamara E, Sotiropoulou M, Antsaklis A. Mixed urodynamic incontinence: TVT or TVT-0? Int Urogynecol J 2009;20(Suppl 2):S218.

Athanasiou S, Grigoriadis T, Zacharakis D, Skampardonis N, Lourantou D, Antsaklis A (2014) Seven years of objective and sub-jective outcomes of transobturator (TVT-O) vaginal tape: why do tapes fail? Int Urogynecol J 25:219-225

AUGS Guidelines for Providing Privileges and Credentials to Physicians for Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse. Female Pelvic Medicine & Reconstructive Surgery & Volume 18, Number 4, July/August 2012

Aungst MJ, Friedman EB, von Pechmann WS, et al. De novo stress incontinence and pelvic muscle symptoms after transvaginal mesh repair. Am J Obstet Gynecol 2009;201:73.e1-7.

Bai, SW, et al. Comparison of the efficacy of Burch Colposuspension, pubovaginal sling, and tension-free vagina tape for stress urinary incontinence. International Journal of Gynecology and Obstetrics (2005) 91, 246-251

Balchandra, P. Perioperative outcomes and prospective patient reported outcome measure for transvaginal mesh surgery. Arch Gynecol Obstet (2015)

Ballester M, Bui C, Frobert JL, Grisard-Anaf M, Lienhart J, Fernandez H et al (2012) Four-year functional results of the suburethral sling procedure for stress urinary incontinence: a French prospective randomized multicentre study comparing the retropubic and transobturator routes. World J Urol 30:117-122

Barber, M. Sexual Function in Women With Urinary Incontinence and Pelvic Organ Prolapse. Obstet Gynecol 2002; 99:281-9.

Barber, M. Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape for the Treatment of Stress Urinary Incontinence. Obstet Gynecol 2012;119:328–37

Barber, M.D. Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse. JAMA. 2014;311(10)1023-1034 (2014)

Barber, MD, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: A randomized controlled trial. Obstetrics & Gynecology, Vol 111, No 3, March 2008

Barry [Pop 187, 3 mo fu] [TOT] A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. Int Urogynecol J (2008) 19:171-178

Basu M, Duckett J. A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. BJOG 2010;117:730-735.

Benbouzid, S. Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and complications after a 4.5 years follow up. International Journal of Urology (2012) 19, 1010–1016

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Benson, J.T. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 1996; 175: 1418-22. |
| Bergman, A. Three Surgical Procedures for Genuine Stress Incontinence: Five-year follow-up of a prospective randomized study. Am J Obstet Gynecol 1995;173:66-71 (1995) |
| Bernasconi, F. TVT SECUR System: Final results of a prospective, observational, multicentric study. Int Urogynecol J (2012) 23:93–98 |
| Berrocal, J. Conceptual advances in the surgical management of genital prolapse The TVM technique emergence. J Gynecol Obstet Biol Reprod 2004 ; 33 : 577-587 |
| Bezhenar. [Pop 467. 7 yr] ICS Abs 768 7- year old clinical experience of treating women's urinary incontinence using suburethral slings. (2013) |
| Bianchi AH, Jarmy-Di Bella ZI, Castro RA, Sartori MG, Girao MJ. Randomised trial ofTVT-0 and TVT-S for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22(Suppl l):S62. |
| Bianchi-Ferraro, A. Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomized controlled trial. Int Urogynecol J (2012) |
| Bjelic-Radisic V, Greimel E, Trutnovsky G, Zeck W, Aigmueller T, Tamussino K (2011) Patient-reported outcomes and urinary continence five years after the tension-free vaginal tape operation. Neurourol Urodyn 30:1512-1517 |
| Bo, K., et al. Lower urinary tract symptoms and pelvic floor muscle exercise adherence after 15 years. ACOG, Vol 105, No 5, Part 1, May 2005 |
| Brito, L.G. Comparison of the Efficacy and Safety' of Surgical Procedures Utilizing Autologous Fascial and Transobturaior Slings in Patients with Stress Urinary Incontinence. J Reprod Med 2013;58:19-24 (2013) |
| Brubaker, L. 5-year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. J Uro (2012) Vol. 187, 1324-1330 |
| Brubaker, L. Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study. Am J Obstet Gynecol 2011;205:498.e1-6. |
| Bump, R. The standardization of terminology of female pelvic organ prolapse and pelvic floor dysfunction. Am J Obstet Gynecol 1996; 175: 10-17. |
| Burgio, Kathryn L. Patient Satisfaction with Stress Incontinence Surgery. Neurourol Urodyn. 2010 November; 29(8): 1403-1409 (2010) |
| But, I. Complications and short-term results of two different Transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int. Urogynecol J (2008) 18:857-861 |
| Cammu, H., et al - Who will benefit from pelvic floor muscle training for stress urinary incontinence? American Journal of Obstetrics and Gynecology (2004) 191, 1152-7 |
| Cammu, Hendrick. Dramatic increase (1997-2007) in the number of procedures for stress unrinary incontinence in Belgium. Int Urogynecol J (2010) 21: 1511-1515 |
| Campeau, H, et al. A Multicenter, prospective, randomized clinical trial comparing TVT and no treatment for the management of stress urinary incontinence in elderly women. Neurourology and Urodynamics 26:990-994 (2007) |
| Canete P, Ortiz E, Doming S, Cano A (2013) Transobturator suburethral tape in the treatment of stress urinary incontinence: efficacy and quality of life after 5 year follow-up. Maturitas 74:166-171 |
| Carbone, J.M. Pubovaginal Sling using Cadaveric Fascia and Bone Anchors: Disappointing Early Results. The Journal of Urology Vol. 165, 1605-1611, May 2001 |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Carey M, Higgs P, Goh J, Lim J, Leong A, Krause H, Cornish A. Vaginal repair with mesh versus colporrhaphy for prolapse: a randomised controlled trial. BJOG 2009;116:1380–1386.

Caruso S, Rugolo S, Bandiera S, Mirabella D, Cavallaro A, Cianci A. Clitoral blood flow changes after surgery for stress urinary incontinence: pilot study on TVT Versus TOT procedures. Urology 2007;70:554- 557.

Cavkaytar, S. Eff ect of home-based Kegel exercises on quality of life in women with stress and mixed urinary incontinence. Journal of Obstetrics and Gynaecology, May 2015; 35: 407–410

Celebi I, Güngördük K, Ark C, Akyol A (2009) Results of the tension-free vaginal tape procedure for treatment of female stress urinary incontinence: a 5-year follow-up study. Arch Gynecol Obstet 279:463-7

Cervigni M, Natale F, La Penna C, et al. Surgical correction of stress urinary incontinence associated with pelvic organ prolapse: Trans-obturator approach (Monarc) versus retropubic approach (TVT). Neurourol Urodyn 2006;25:552.

Chai, T.C. Complications in Women Undergoing Burch Colposuspension versus Autologous Rectus Fascial Sling for Stress Urinary Incontinence. The Journal of Urology Vol. 181, 2192-2197, May (2009)

Chaliha. Complications of surgery for genuine stress incontinence. British Journal of Obstetrics and Gynecology, December 1999, Vol 106, pp. 1238-1245

Chêne G, Amblard J, Tardieu AS, Escalona JR, Viallon A, Fatton B, Jacquetin B (2007) Long-term results of tension-free vaginal tape (TVT) for the treatment of female urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol 134:87-94

Cheng (2012) - [Pop 103, 5 yr fu] Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol 161:228-231

Cheng D, Liu C (2012) Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol 161:228-231

Cheng. [Pop 103, 5 yr fu] Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol 161:228-231 (2012)

Cheung RYK, Chan SSC, Yiu KW, Chung TKH (2014) Inside-out versus outside-in transobturator tension-free vaginal tape: a 5-year prospective comparative study. Int J Urol 21:74-80

Cho, S.Y. - Nationwide Database of Surgical Treatment Pattern for Patients with Stress Urinary Incontinence in Korea. Int Neurourol J 2014; 18:91-94

Choe J, Kim J, Na Y, Lee J, Seo J. Comparative study of tension-free vaginal tape (TVT) and suprapubic arc (SPARC) sling procedure for female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:S68.

Cholhan, H. Dyspareunia association with paraurethral banding in the transobturator sling. Am J Obstet Gynecol 2010;202:481.e1-5.

Chughtai, BI, et al. Midurethral sling is the dominant procedure for female stress urinary incontinence-Analysis of Case Logs from Certifying American Urologists. Urology 2013

Clark, Edwards (2003) Epidemiologic Evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence

Clemons, J.L. Impact of the 2011 FDA Transvaginal Mesh Safety Update on AUGS Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery. Female Pelvic Med Reconstr Surg 2013;19: 191-198 (2013)

Coady D. Chronic sexual pain. A layered guide to evaluation. Contemporary Ob/Gyn, September 2015, pp. 18-28.

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Cobb, W.S. The Argument for Lightweight Polypropylene Mesh in Hernia Repair. Surgical Innovation, Vol. 12, No 1(March), 2005: pp 69-69 (2005)

Collinet, P. The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711–715

Colombo M, Vitobello D, Bulletti C, Poggi C. Randomized study to compare pereyra and TVT procedures for women with stress urinary incontinence and advanced urogenital prolapse. Urogynaecol Int J 2005;19:177-81.

Controlled Trials Comparing Tension-Free Midurethral Tapes to Other Surgical Procedures and Different Devices. european urolo g y 5 3 ( 2008) 288–309

Cornu, J. Midterm Prospective Evaluation of TVT-Secur Reveals High Failure Rate. EUROPEAN UROLOGY 58 (2010) 157 – 161

Cosson, M. PROLIFT (MESH (GYNECARE) FOR PELVIC ORGAN PROLAPSE SURGICAL TREATMENT USING THE TVM GROUP TECHNIQUE: A RETROSPECTIVE STUDY OF 687 PATIENTS. (2005)

Cosson, M., et al. Mechanical properties of synthetic implants used in the repair of prolpase and urinary incontinence in women: Which is the ideal material? Int Urogynecol J (2003) 14:169-178

Costantini E, Lazzeri M, Zucchi A, di Biase M, Porena M (2014) Long-term efficacy of the transobturator and retropubic midurethral sling for stress urinary incontinence: single-center update from a randomized controlled trial. Eur Urol 66:599-601

Cox, A. Surgical management of female SUI: is there a gold standard? Nat. Rev. Urol. 10, 78–89 (2013)

Damoiseaux, A. IUGA Abs PP 01- Long-term follow-up (7 years) of a randomized controlled trial: Trocar-guided mesh compared with conventional vaginal repair in recurrent pelvic organ prolapse. (2015)

Damoiseaux, A. IUGA Abs PP 01- Long-term follow-up (7 years) of a randomized controlled trial: Trocar-guided mesh compared with conventional vaginal repair in recurrent pelvic organ prolapse. Int Urogynecol J (2015) 26 (Suppl 1):S23–S174

Dandolu, V. IUGA Abs PP 37 - Mesh complications in U.S. after transvaginal mesh repair versus abdominal or laparoscopic sacrocolpopexy. (2015)

Darai, E. Functional Results After the Suburethral Sling Procedure for Urinary Stress Incontinence: A Prospective Randomized Multicentre Study Comparing the Retropubic and Transobturator Routes. EUROPEAN UROLOGY 51 (2007) 795-802

Dati - Prolift vs. Avaulta for Transvaginal Repair of Severe Pelvic Prolapse. (2008)

Davila, G.W., et al. Pelvic floor dysfunction management practice patterns: A survey of members of the International Urogynecology Association. Int Urogynecol J (2002) 13:319-325

de Landsheere L, Ismail S, Lucot J-P, et al. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol 2012;206:83.e1-7.

de Leval J, Thomas A, Waltregny D. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J 2011;22:145-156.

De Leval, J. New Surgical Technique for Treatment of Stress Urinary Incontinence TVT-Obturator: New Developments and Results. Urology Surgical Technology International XIV (2005)

De Leval, J. Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out. Eur Urol. 2003 Dec;44(6):724-30

de Oliveira L, Girao MJ, Sartori MG, Castro RA, Fonseca E. Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. Int Urogynecol J 2007;18(Suppl I):S180-S181.

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

De Souza A. Sexual function following retropubic TVT and transobturator Monarc sling in women with intrinsic sphincter deficiency: a multicentre prospective study. Int Urogynecol J. 2012 Feb;23(2):153-8

de Tayrac R, Droupy S, Calvanese L, and Fernandez H. A prospective randomized study comparing TVT and transobturator suburethral tape (T.O.T.) for the surgical treatment of stress incontinence. /CS 2003:Abstract 344.

de Tayrac, R., A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602e8

Dean, N. Laparoscopic Colposuspension for Urinary Incontinence in Women (Review). The Cochrane Library 2010, Issue 2 (2010)

Debodinance, P. Trans-obturator urethral sling for the surgical correction of female stress urinary incontinence: Ouside-in (Monarc) versus inside-out (TVT-O)are the two ways reassuring? European Journal of Obstetrics & Gynecology and Reproductive Biology 133 (2007) 232-238

Dedet - Transvaginal repair of genital prolapse by the Prolift technique: outcome one year after surgery. (2008)

Deffieux X, Daher N, Mansoor A, Debodinance P, Muhlstein J, Fernandez H. Transobturator TVT-0 versus retro pubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J 2010;21:1337-1345.

Deffieux X, Donnadieu AC, Porcher R, Gervaise A, Frydman R, Fernandez H (2007) Long-term results of tension-free vaginal tape for female urinary incontinence: follow-up over 6 years. Int J Urol 14: 521-526

Deffieux, X. Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J (2010) 21:1337-1345

Delorme, E. Transobturator Tape (Uratape): A New Minimally-Invasive Procedure to Treat Female Urinary Incontinence. European Urology 45 (2004) 203-207 (2004)

deTayrac, R. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602e8

Dietz, H. TVT vs Monarc: a comparative study. Int Urogynecol J (2006) 17: 566-569

Dietz, H.P. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14: 239–243.

Dietz, V. Pelvic organ prolapse and sexual function. Int Urogynecol J (2013) 24:1853–1857

Dmochowski, R. Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. J Uro, Vol. 183, 1906-1914, May 2010

Doo CK, Hong B, Chung BJ, Kim JY, Jung HC, Lee KS, Choo MS (2006) Five-year outcomes of the tension-free vaginal tape procedure for treatment of female stress urinary incontinence. Eur Urol 50:333-338

Dooley (2008) Urinary Incontinence Prevalence: Results from the National Health and Nutrition Examination Survey

Drahoradova P, Ma5ata J, Martan A, Svabfk K. Comparative development of quality of life between TVT and Burch colposuspension. /CS 2004:Abstract 278.

Dramitinos, P. Mesh Augmented Repair of Cystocele with Anterior Approach to Bilateral Sacrospinous Ligament Fixation. Journal of Pelvic Medicine & Surgery • Volume 14, Number 4, July/August 2008

Dumoulin, C. Pelvic floor muscle training versus no treatment, or inactive control treatments, for urinary incontinence in women (Review) 2014 The Cochrane Collaboration.

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Dumoulin, C. Pelvic floor muscle training versus no treatment, or inactive control treatments, for urinary incontinence in women: A short version Cochran Systematic Review with meta-analysis. 2014 The Cochrane Collaboration.

Dwyer, P.L. Editorial: Carcinogenicity of implanted synthetic grafts and devices. Int Urogynecol J (2014)

Ehsani, N. Four month and one year results of transvaginal mesh placement (Prolift procedure) in the treatment of pelvic organ prolapse. Int Urogynecol J (2009) 20 (Suppl 2):S73—S239

El-Barky E, El-Shazly A, El-Wahab OA, Kehinde EO, Al-Hunayan A, Al-Awadi KA. Tension free vaginal tape versus Burch colposuspension for treatment of female stress urinary incontinence. Int Ural Nephrol 2005;37:277-281.

El-Hefnawy AS, Wadie BS, El Mekresh M, Nabeeh A, Bazeed MA. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? Int Urogynecol J 2010;21:947-953.

Elmer, C. Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse. Obstet Gynecol 2009;113:117—26

Elzevier, H. Female Sexual Function after Surgery for Stress Urinary Incontinence: Transobturator Suburethral Tape vs. Tension-Free Vaginal Tape Obturator. J Sex Med 2008;5:400-406

Falconer C., et al. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S19-S23.

Falconer, C. Clinical Outcome and Changes in Connective Tissue Metabolism After Intravaginal Slingplasty in Stress Incontinent Women. Int Urogynecol J (1996) 7:133-137

Falconer, C. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2):S19 S23

Fatton, B. TRANSVAGINAL MESH REPAIR OF PELVIC ORGAN PROLAPSE WITH PROLIFT TECHNIQUE: ONE-YEAR OUTCOMES Int Urogynecol J (2007) 18 (Suppl 1):S107—S244

Fatton, B. Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift™ technique)— a case series multicentric study. Int Urogynecol J (2007) 18:743—752

Feiner B, Jelovsek J, Maher C. Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review. BJOG 2009;116:15—24.

Feiner, B. Anterior vaginal mesh sacrospinous hysteropexy and posterior fascial plication for anterior compartment dominated uterovaginal prolapse. Int Urogynecol J (2010) 21:203-208

Feiner, B. Vaginal Mesh Contraction Definition, Clinical Presentation, and Management. Obstet Gynecol 2010;115:325—30)

Findley, A. Short-term effects of salpingectomy during laparoscopic hysterectomy on ovarian reserve: a pilot randomized controlled trial. Fertility and Sterility® Vol. 100, No. 6, December 2013

Finnegan, S. Clinical outcome of the first cases of the TVT secur in the UK: TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. (Abstract Only)

Firoozi, F. Purely Transvaginal/Perineal Management of Complications From Commercial Prolapse Kits Using a New Prostheses/Grafts Complication Classification System. The Journal of Urology, Vol. 187, 1674-1679, May 2012

Fischerlehner, G. TVT-Secur System: One Year experience (Abstract Only)

Ford Ogah - Summary Cochrane Review Miduretheral Slings

Ford, AA. Cochrane Review [Summary]  Mid-urethral sling operations for stress urinary incontinence in women. 2015

Ford, AA. Cochrane Review[FULL]) Mid-urethral sling operations for stress urinary incontinence in women. 2015

Francis, W. Dyspareunia Following Vaginal Operations. The Jounal of Obstetrics and Gynaecology of the British Commonwealth (1961)

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Freeman R, Holmes D, Hillard T, et al. What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence-a multi-centre randomised controlled trial. Int Urogynecol J 2011;22:279-286.

Friedman M. TVT-0 vs TVT-S: first randomized, prospective, comparative study of intraoperative complications, perioperative morbidity and one year postoperative results. J Pelvic Med Surg 2009;15:48.

Fuentes AE. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVT-0) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2011;22(Suppl l):S60-S61.

Fultz (2003) Burden of Stress Urinary Incontinence for Community-Dwelling Women

Funk, Michele Jonsson - Trends in the Surgical Management of Stress Urinary Incontinence (United States). Obstetrics & Gynecology, Vol. 119, No. 4, April 2012, 845-851

Gad, N. Outcome of Prolift mesh repair in treatment of pelvic organ prolapse and its effect on lower urinary tract symptoms: 5-year retrospective case study. J. Obstet. Gynaecol. Res. 2012

Gandhi, S. TVT versus SPARC: comparison of outcomes for two midurethral tape prodecures. Int Urogynecol J (2006) 17: 125- 130

Ganj, F. Complications of transvaginal monofilament polypropylene mesh in pelvic organ prolapse repair. Int Urogynecol J (2009) 20:919–925

Ghezzi, F. Impact of tension-free vaginal tape on sexual function: results of a prospective study. Int Urogynecol J (2005) 17: 54–59

Ghezzi, F. Influence of the type of anesthesia and hydrodissection on the complication rate after tension-free vaginal tape procedure. European Journal of Obstetrics & Gynecology and Reproductive Biology 118 (2005) 96–100

Ghezzi, F. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence with Intrinsic Sphincteric Deficiency. Int Urogynecol J (2006) 17: 335-339 (2006)

Gilpin, S.A. The pathogenesis of genitourinary prolapse and stress incontinence of urine. A histological and histochemical study. British JOllmal of Obstetrics and Gynaecology January 1989, Vol. 96, pp. 15-23

Glavind K, Glavind E, Fenger-Gron M (2012) Long-term subjective results of tension-free vaginal tape operation for female stress urinary incontinence. Int Urogynecol J 23:585-588

Goktolga U, Atay V, Tahmaz L, Yenen MC, Gungor S, Ceyhan T, Baser I (2008) Tension-free vaginal tape for surgical relief of intrinsic sphincter deficiency: results of 5-year follow-up. J Minim Invasive Gynecol 15:78-81

Goode PS, Burgio KL, Locher JL, Roth DL, Umlauf MG, Richter HE, Varner RE, Lloyd LK: Effect of behavioral training with or without pelvic floor electrical stimulation on stress incontinence in women: a randomized controlled trial. JAMA 2003, 90(3):345-352

Gormley, E. Diagnosis and Treatment of Overactive Bladder (Non-Neurogenic) in Adults: AUA/SUFU Guideline Amendment. The Journal of Urology Vol. 193, 1572-1580, May 2015

Greer WJ, Obesity and pelvic floor disorders: a systematic review. Obstet Gynecol. 2008 Aug;112(2 Pt 1):341-9

Groutz (2010) "Inside Out" Transobturator Tension-free Vaginal Tape for Management of Occult Stress Urinary Incontinence in Women Undergoing Pelvic Organ Prolapse Repair

Groutz (2011) - [Pop 61, 5 yr fu] Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health, Vol 20, No 10 (2011) 1525-1528

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Groutz A, Rosen G, Cohen A, Gold R, Lessing JB, Gordon D (2011) Ten-year subjective outcome results of the retropubic tension-free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol 18:726-9

Guerrero, K. L. A randomised controlled trial comparing TVT Pelvicoland autologous fascial slings for the treatment of stress urinary incontinence in women. BJOG 2010;117:1493–1503

Gupta, P. AUA Abs PD20-08 The impact of comorbid chronic pain syndromes on sexual activity and dyspareunia pelvic organ prolapse repair. (2015)

Halaska M, Maxova K, Sottner O, et al. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. Am J Obstet Gynecol 2012;207:301.e1-7

Halaska, M. The quality of life after the prolapse surgery; a comparison of prolene mesh suspension with classical methods. Int Urogynecol J (2008) 19 (Suppl 1):S1–S166

Hamer MA, Larsson PG, Teleman P, Eten-Bergqvist C, Persson J. Short-term results of a prospective randomized evaluator blinded multicenter study comparing TVT and TVT-Secur. Int Uragynecol J Pelvic Floor Dysfunct 2011;22:781-787.

Hamer, M. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. Int Urogynecol J (2013) 24:223–229

Han JY, Effectiveness of retropubic tension-free vaginal tape and transobturator inside-out tape procedures in women with overactive bladder and stress urinary incontinence.  Int Neurourol J. 2013 Sep;17(3):145-51

Han J-Y, Park J, Choo M-S (2014) Long-term durability, functional outcomes, and factors associated with surgical failure of tension-free vaginal tape procedure. Int Urol Nephrol 46:1921-7

Han, Ji-Yeon. Efficacy of TVT-Secur and factors affecting cure of female stress urinary incontinence: 3-year follow-up. Int Urogynecol J (2012) 23:1721–1726

Handa, V. Female sexual function and pelvic floor disorders. Obstet Gynecol. 2008 May ; 111(5): 1045–1052.

Handa, V.L. Banked Human Fascia Lata for the Suburethral Sling Procedure: A Preliminary Report. Obstet Gynecol 1996; 88:1045-9. (1996)

Hardiman, P. Sacrospinous vault suspension and abdominal colposacropexy: Success rates and complications. Am J Obstet Gynecol 1996;175:612-6

Heidler S, Kopeinig PO, Puchwein E, Pummer K, Primus G (2010) The suprapubic arch sling procedure for treatment of stress urinary incontinence: a 5-year retrospective study. Eur Urol 57:897-901

Heinonen (2012) - [Pop 191, mean 10.5 yrs fu] Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. International Journal of Urology (2012) 19, 1003-1009

Heinonen P, Ala-Nissila S, Raty R, Laurikainen E, Kiiholma P (2013) Objective cure rates and patient satisfaction after the transobturator tape procedure during 6.5-year follow-up. J Minim Invasive Gynecol 20:73-78

Heinonen, P. IUGA Abs OP 093 Long-term outcome after transvaginal mesh repair of pelvic organ prolapse. (2015)

Hellberg, D. The very obese woman and the very old woman: tensionfree vaginal tape for the treatment of stress urinary incontinence. Int Urogynecol J (2007) 18:423–429

Hilton P (2008) Long-term follow-up studies in pelvic floor dysfunction: the Holy Grail or a realistic aim? BJOG 115:135–143

Hiltunen,R. Low-Weight Polypropylene Mesh for Anterior Vaginal Wall Prolapse: A Randomized Controlled Trial Obstet Gynecol 2007;110:455-62

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Medical Literature

Hinoul P, Vervest HAM, Venema P, Den Boon J, Milani A, Roovers J. TVT obturator system versus TVT Secur: a randomized controlled trial, short term results. Int Uragynecol J Pelvic Floor Dysfunct 2009;20:S213.

Hinoul, P. A Prospective Study to Evaluate the Anatomic and Functional Outcome of a Transobturator Mesh Kit (Prolift Anterior) for Symptomatic Cystocele Repair. Journal of Minimally Invasive Gynecology (2008) 15, 615-62

Hinoul, P. A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence. J Urology (April 2011) Vol. 185, 1356-1362,

Hinoul, P. An anatomic comparison of the original versus a modified inside-out transobturator procedure. Int Urogynecol J (2011) 22:997–1004

Hinoul, P. Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J (2007) 18:1201–1206

Hinoul, P. Surgical management of urinary stress incontinence in women: A historical and clinical overview. European Journal of Obstetrics & Gynecology and Reproductive Biology 145 (2009) 219-225

Holly, I. Implants in operative therapy in women with pelvic organ prolapse - two years of experience. Bratisl Lek Listy 2009; 110(11) 692-696.

Holmgren C. Quality of Life after Tension-Free Vaginal Tape for Female Stress Incontinence. Scandinavia Journal of Urology and Nephrology, 2006; 40: 131-137 (2006)

Holmgren, C. Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence – A long-term follow-up. European Journal of Obstetrics & Gynecology and Reproductive Biology 132 (2007) 121-125

Holmgren, C. G. Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence. Obstetrics & Gnecology, VOL. 106, NO. 1, JULY 2005, 38-43

Horbach, N.S. A Suburethral Sling Procedure with Polytetrafluorethylene for the treatment of Genuine Stress Incontinence in Patients with Low Urethral Closure Pressure. Obstet Gynecol 71:648, (1998)

Hota LS, Hanaway KJ, Hacker MR, et al. TVT-secur (Hammock) versus TVT-obturator: a randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg 2010;16:S87.

Hota, L. TVT-Secur (Hammock) Versus TVT-Obturator: Randomized Trial of Suburethral Sling Operative Procedures. Female Pelvic Medicin and Reconstructive Surgery (Jan/ Fed 2012) 18:1, p. 41-45

Houwert RM, Renes-Zijl C, Vos MC, Vervest HA. TVT-0 versus Monarc after a 2-4-year follow-up: a prospective comparative study. Int Uragynecol J Pelvic Floor Dysfunct 2009;20:1327-1333.

Houwert, R. TVT-O versus Monarc after a 2—4-year follow-up: a prospective comparativestudy. Int Urogynecol J (2009) 20:1327–1333

Hwang, E. Predictive factors that influence treatment outcomes of innovative single incision sling: comparing TVT-Secur to an established transobturator sling for female stress urinary incontinence. Int Urogynecol J (2012) 23:907–912

Imamura, M. Systematic Review and Economic Modelling of the Effectiveness and Cost-Effectiveness of Non-Surgical Treatments for Women with Stress Urinary Incontinence. Health Technology Assessment 2010; Vol. 14: No. 40 (2010)

Jacquetin, B. Complications of vaginal mesh: our experience. Int Urogynecol J (2009) 20:893-896

Jacquetin, B. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J (2010) 21:1455-1462

Jacquetin, B. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 5-year prospective follow-up study. Int Urogynecol J DOI 10.1007/s00192-013-2080-4

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Jain P, Jirschele K, Botros SM, Latthe PM. Effectiveness of midurethral slings in mixed urinary incontinence: a systematic review and meta-analysis. Int Urogynecol J. 2011;22:923–932

Jarmy-Di Bella ZI, Bianchi AM, Castro RA, Iwata M, Sartori MG, Girao MJ. Randomised trial ofTVT-0 and TVT-S for the treatment of stress urinary incontinence. preliminary study. Int Uragynecol J 2009;20:S176-S7.

Jelovsek J. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008;115:219–225.

Jelovsek, J. Women seeking treatment for advanced pelvic organ prolapse have decreased body image and quality of life. American Journal of Obstetrics and Gynecology (2006) 194, 1455–61

Jha, S - Surgical management of Stress Urinary Incontinence: A Questionnaire Based Survey. European Urology 47 (2005) 648-652

John TT, Aggarwal N, Singla AK, Santucci RA.  Intense inflammatory reaction with porcine small intestine submucosa pubovaginal sling or tape for stress urinary incontinence.  Urol 2008 Nov; 72(5): 1036-9.

Juang C-M, Yu K-J, Chou P, et al. Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-0) plus modified lngelman-Sundberg procedure versus TVT-0 alone in the treatment of mixed urinary incontinence: a randomized study. Eur Ural 2007;51:1671-1678;

Jung HC, Kim JY, Lim HS, et al. Three-year outcomes of the IRIS procedure for treatment of female stress urinary incontinence: comparison with TVT procedure. Eur Ural Suppl 2007;6:231.

Kaelin-Gambirasio, I. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BMC Women's Health 2009, 9:28,

Kahn, M. Posterior colporrhaphy: its effects on bowel and sexual function. British Journal of Obstetrics and Gynaecology January 1997, VoL 104, pp. 82-86

Kaplan, S.A. Comparison of Fascial and Vaginal Wall Slings in the Management of Intrinsic Sphincter Deficiency. Urology 47:885-889, (1996)

Karateke A, Haliloglu B, Cam C, Sakalli M. Comparison ofTVT and TVT-0 in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomized study. Australian NZ J Obstet Gynaecol 2009;49:99-105.

Karram, M. Complications and Untoward Effects of the Tension-Free Vaginal Tape Procedure. The American College of Obstetricians and Gynecologists (2003) Vol. 101, No. 5, Part 1

Karram, M. High uterosacral vaginal vault suspension with fascial reconstruction for vaginal repair of enterocele and vaginal vault prolapse. Am J Obstet Gynecol 2001;185:1339-43

Keegan, P.E. Periurethral Injection Therapy for Urinary Incontinence in Women (Review). The Chochrane Library 2009, Issue 1 (2009)

Kenton K, et al. Surgical management of stress urinary incontinence is women: Bladder neck fascial sling procedures. Up to Date 2015

Kerr, W. The Effect of Cigarette Smoking on Bladder Carcinogens in Man. The Canadian Medical Association July 3, 1965, Vol. 93, No. 1.

Khan - [Pop 162, 10 yr fu] Long-term follow-up of a multicentre randomised controlled trial comparing tension-free vaginal tape, xenograft and autologous fascial slings for the treatment of stress urinary incontinence in women (2015)

Khandwala, S. Experience with TVT-Secur sling for stress urinary incontinence: a 141-case analysis. Int Urogynecol J (2010) 21:767–772

Kim D, Jang HC. Randomized control study of Monarc® vs. tension-free vaginal tape obturator (TVT-0®) in the treatment of female urinary incontinence in: comparison of medium term cure rate. Int Uragynecol J 2010;21(Suppl l):S319-S20.

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Kim JJ, Lee Y-S, Seo JT, et al. Comparison of the efficacy of TVT and TVT-0 on the overactive bladder symptoms in women with stress urinary incontinence. J Ural Suppl 2009;181:560.

Kim JY, Jung HC, Moon KH, Park TC, Kim DY, Park CH. Comparisons of IRIS, TVT and SPARC procedure for stress urinary incontinence. Eur Ural Suppl 2004;3:80.

Kim, Jung Jun. Randomized Comparative Study of the U-and H-type Approaches of the TVT-Secur Procedure for the Treatment of Female Stress Urinary Incontinence: One Year Follow-Up. Korean J Urol 2010;51:250-256

King, A. Is there an association between polypropylene midurethral slings and malignancy? Urology 84: 789-792, 2014

King, AB and Goldman HB. Current Controversies Regarding Oncologic Risk Associated with Polypropylene Midurethral Slings. Curr Urol Rep (2014) 15:453.

Kjohede, P. Long-term Efficacy of Burch Colposuspension: A 14-year Follow-up Study. Acta Obstet Gynecol Scand 2005; 84: 767–772.

Klinge, U. Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. Hernia Repair Sequelae, Ch. 56, 440-444

Klinge, U. Demands and Properties of the Alloplastic Implants for the Treatment of Stress Urinary Incontinence. Expert Rev. Med. Devices 4(3), 349–359 (2007)

Kobashi, K. Erosion of woven Polyester Pubovaginal Sling. J Urology, Vol. 162, 2070–2072, December 1999

Kocjancic E, Costantini E, Frea B, et al. Tension free vaginal tape vs. trans obturator tape: is there any difference in the mixed incontinence patients? Results of a multicentre randomised trial. Eur Ural Suppl 2008;7:123.

Koelbl H, Halaska M, Ostermann S, Lautenschlaeger C, Petri E. Burch colposuspension and TVT: Perioperative results of a prospective randomized trial in patients with genuine stress incontinence. Neuraural Uradyn 2002;21:327.

Kolle, D. Bleeding Complications With The Tension-Free Vaginal Tape Operation. American Journal of Obstetrics and Gynecology (2005) 193. 2045-9

Kondo A, I so be Y, Kimura K, et al. Efficacy, safety and hospital costs of tension-free vaginal tape and pubovaginal sling in the surgical treatment of stress incontinence. J Obstet Gynaecol Res 2006;32:539-544.

Kozal, S. Transvaginal repair of genital prolapse with prolift system: morbidity and anatomic outcomes after 6 years of use - a multicentric study. The Journal of Urology Vol. 187, No. 4S, Supplement, Wednesday, May 23, 2012

Krcmar, M. Long-term results of mesh trocar-guided surgery in reconstruction of pelvic organ prolapse. Int Urogynecol J (2011) 22 (Suppl 1):S1-S195

Krofta, L. TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. Int Urogynecol J (2010) 21:141–148

Krofta, L. TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. Int Urogynecol J (2010) 21:779–785

Kulseng-Hanssen, S. Follow-up of TVT Operations in 1,113 women with mixed urinary incontinence at 7 and 38 months. Int Urogynecol J (2008) 19:391–396

Kuuva N, Nilsson CG (2006) Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women. Acta Obstet Gynecol Scand 85:482-487

Kuuva, N. A Nationwide Analysis of Complications Associated with the Tension-Free Vaginal Tape (TVT) Procedure. Acta Obstet Gynecol Scand 2002; 81:72-77 (2002)

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Medical Literature

Labrie, Julian. Protocol for Physiotherapy Or TVT Randomised Efficacy Trial (PORTRET): a multicentre randomised controlled trial to assess the cost-effectiveness of the tension free vaginal tape versus pelvic floor muscle training in women with symptomatic moderate to severe stress urinary incontinence. BMC Womens Health (2009);9:24.

Labrie, Julien. Surgery versus Physiotherapy for Stress Urinary Incontinence. N Engl J Med (2013) 369:12, 1124-33.

Lamars, B. Pessary treatment for pelvic organ prolapse and health-related quality of life: a review. Int Urogynecol J (2011) 22:637–644

Lamers BH, Vaart CH van der: Medium-term efficacy of pelvic floor muscle training for female urinary incontinence in daily practice. Int Urogynecol J Pelvic Floor Dysfunct 2007, 18(3):301-307

Lammerink, E. Short-term outcome of TVT-Secur (Abstract Only)

Lapitan, M. Open retropubic colposuspension for urinary incontinence in women (Review) 2012 The Cochrane Collaboration.

Latthe, P. M. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. BJOG 2007;114:522–531.

Latthe, P. Two routes of transobturator tape procedure in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials. BJUI (2009) 106 , 68 – 76

Laurikainen E, Valpas A, Aukee P, Kivelä A, Rinne K, Takala T, Nilsson CG (2014) Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol 65:1109-1114

Laurikainen, E. Retropubic Compared With Transobturator Tape Placement in Treatment of Urinary Incontinence. J Obstet Gynecol 2007;109:4-11

Laurikainen, E. Takala T, Aukee P, et al. Retropubic TVT compared with transobturator TVT (TVT-0) in treatment of stress urinary incontinence: five-year results of a randomized trial. Neuraural Uradyn 2011;30:803-805.

Laurikainen, E. TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. Obstet Gynecol 2007; 109:4-11

Laurikainen, Nilsson - (clean published) [Pop 254, 5 yr fu] Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence (2014)

Lee JH, Cho MC, Oh SJ, Kim SW, Paick JS (2010) Long-term outcome of the tension-free vaginal tape procedure in female urinary incontinence: a 6-year follow-up. Korean J Urol 51:409-415

Lee K-S, Han DH, Choi YS, et al. [Pop 120, 1 yr fu] A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year followup. J Ural 2007;177:214-218.

Lee, D. Long-Term Outcomes of Autologous Pubovaginal Fascia Slings: Is There a Difference between Primary and Secondary Slings? Neurourol. Urodynam. (2013)

Lee, Eugene - Midurethral Slings for All Stress Incontinence: A Urology Perspective. Urol Clin N Am 39 (2012) 299-310

Lee, K. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. Int Urogynecol J (2008) 19:577–582

Lee, Kyu-Sung. A Prospective Multicenter Randomized Comparative Study Between the U-and H-type Methods of the TVT Secur Procedure for the Treatment of Female Stress Urinary Incontinence: 1-Year Follow-up. EUROPEAN UROLOGY 57 (2010) 973-979

Lee, Kyu-Sung. A Prospective Trial Comparing Tension-Free Vaginal Tape and Transobturator Vaginal Tape Inside-Out for the Surgical Treatment of Female Stress Urinary Incontinence: 1-Year Followup. J Uro, Vol. 177, 214-218, January 2007

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Medical Literature

Lemack, G.E. Normal Preoperative Urodynamic Testing Does Not Predict Voiding Dysfunction after Burch Colposuspension Versus Pubovaginal Sling. The Journal of Urology Vol. 180, 2076-2080, November (2008)

Leval, J. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J (2011) 22:145–156

Li B, Zhu L, Lang JH, Fan R, Xu T (2012) Long-term outcomes of the tension-free vaginal tape procedure for female stress urinary incontinence: 7-year follow-up in China. J Minim Invasive Gynecol 19: 201-205

Liapis A, Bakas P, Christopoulos P, Giner M, Creatsas G. Tension-free vaginal tape for elderly women with stress urinary incontinence. Int J Gynaecol Obstet 2006;92:48-51.

Liapis A, Bakas P, Creatsas G (2008) Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J Pelvic Floor Dysfunct 19:1509-1512

Liapis A, Bakas P, Creatsas G (2010) Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow-up. Eur J Obstet Gynecol Reprod Biol 148:199-201

Liapis A, Bakas P, Creatsas G. Burch colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. Eur Ural 2002;41:469-473.

Liapis, A. Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. European Journal of Obstetrics & Gynecology and Reproductive Biology 148 (2010) 199-201

Liapis, A. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J (2008) 19:1509–1512 (2008)

Liapis, A. Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Urogynecol J (2008) 19:185–190

Liapis, A. Tension-Free Vaginal Tape versus Tension-Free Vaginal Tape Obturator in Women with Stress Urinary Incontinence. Gynecol Obstet Invest 2006;62:160-164

Liapis. [Pop 115, 4 yr fu] Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow-up. Eur J Obstet Gynecol Reprod Biol 148:199-201 (2010)

Lim YN, Muller R, Corstiaans A, Dietz HP, Barry C, Rane A. Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial. Australian NZ J Obstet Gynaecol 2005;45:52-59.

Lim, J. Short-term clinical and quality-of-life outcomes in women treated by the TVT-Secur procedure. Australian and New Zealand Journal of Obstetrics and Gynaecology 2010; 50: 168–172

Lim, J.L. Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. BJOG 2006;113:1315–1320.

Linder BJ, et al. Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J (2016)

Lleberia, J. Surgical Treatment of Mixed Urinary Incontinence: effect of anterior colpoplasty. Int Urogynecol J (2011) 22:1025–1030

Long Lin, A. In Vivo Tension Sustained By Fascial Sling in Pubovaginal Sling Surgery for Female Stress Urinary Incontinence. J urology (March 2005) Vol. 173, 894–897

Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: A retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679-683 (2010)

Lord HE, Taylor JD, Finn JC, et al. A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and supra pubic urethral support sling for treating stress incontinence. BJU Int 2006;98:367-376.

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Lovatsis, D. Vaginal surgical approach to vaginal vault prolapse: considerations of anatomic correction and safety. Current Opinion in Obstetrics and Gynecology 2003, 15:435-437 |
| Lowman JK, Jones LA, Woodman PJ, et al. Does the Prolift system cause dyspareunia? Am J Obstet Gynecol 2008;199:707.e1-707.e6. |
| Lowman JK, Woodman PJ, Nosti PA, et al. Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol 2008;198:561.e1-561.e4. |
| Luber, K.M. The Definition, Prevalence and Risk Factors for Stress Urinary Incontinence. Rev Urol. 2004;6(suppl 3):S3-S9 (2004) |
| Lucas MG, EAU Guidelines on Surgical Treatment of Urinary Incontinence. Eur Urol. 2012; 62:1118-29 |
| Luijendijk, R. A Comparison of Suture Repair with Mesh Repair for Incisional Hernia. N Engl J Med 2000;343:392-8 |
| Lykke, R. The indication for hysterectomy as a risk factor for subsequent pelvic organ prolapse repair. Int Urogynecol J (2015) |
| Maaita, M. Sexual Function after using Tension-Free Vaginal Tape for the Surgical Treatment of Genuine Stress Incontinence. BJU International (2002), 90, 540-543 (2002) |
| Madhuvrata P, Riad M, Ammembal MK, Agur W, Abdel-Fattah M (2012) Systematic review and meta-analysis of "inside-out" versus "outside-in" transobturator tapes in management of stress urinary incontinence in women. Eur J Obstet Gynecol Reprod Biol 2012:1–10 |
| Magno-Azevedo, V. Single Incision Slings: Is There a Role?. Curr Bladder Dysfunct Rep (2013) 8:19–24 |
| Maher C, et al. (full 141pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |
| Maher C, et al. (Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |
| Maher C, Qatawneh A, Baessler K, Croppe M, Schluter P. Laparoscopic colposuspension or tension-free vaginal tape for recurrent stress urinary incontinence and/or intrinsic sphincter deficiency-a randomised controlled trial. Neurourol Urodyn 2004;23:433-434. |
| Maher C. Surgical management of pelvic organ prolapse in women (Review) The Cochrane Collaboration (2013) |
| Maher, C. Anterior vaginal compartment surgery. Int Urogynecol J (2013) 24:1791–1802 |
| Maher, C. Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurourol. Urodynam. 27:3 12, 2008. |
| Markland (2011) Prevalence and trends of urinary incontinence in adults in the United States, 2001 to 2008 |
| Martan, A. TVT SECUR System - Tension-free Support of the Urethra in Women Suffering from Stress Urinary Incontinence - Technique and Initial Experience. Ces. Gynek. 72, 2007, C. 1 s.42-49 |
| Masata J, Svabik K, Drahoradova P, et al. Randomized prospective trial of a comparison of the efficacy of TVT-0 and TVT secur system in the treatment of stress urinary incontinent women - comparison of the long- and short-term results. Neurourol Urodyn 2011;30:805-806. |
| Masata, J. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT Secur systems in the treatment of stress urinary incontinent women –2-year follow-up. Int Urogynecol J (2012) 23:1403–1412 |
| Maserejian, N. Are Physical Activity, Smoking and Alcohol Drinking Associated with the Development of Lower Urinary Tract Symptoms in Men or Women? Results from a Population-Based Observational Study. J Urol. 2012 August ; 188(2): 490–495. |
| Mattimore, J. AUA Abs FRII-07 - The History of Pelvic Organ Prolapse from antiquity to present day. (2015) |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Maxova, K. Do the transvaginal mesh systems improve the quality of life? Int Urogynecol J (2009) 20 (Suppl 3):S241—S491 |
| McCracken GR, Henderson NA, Ashe RG (2007) Five year follow-up comparing tension-free vaginal tape and colposuspension. Ulster Med J 76:146-149 |
| McEvoy, M. Long term sexual, urinary and bowel function after Prolift prolapse repair as measured serially by a novel validated questionnaire. Int Urogynecol J (2008) 19 (Suppl 2):S167–S327 |
| McLennan, M. Bladder Perforation During Tension-Free Vaginal Tape Procedures: Abdominal versus Vaginal Approach. Female Pelvic Medicine & Reconstructive Surgery, Volume 18, Number 1, January/February 2012 |
| Meschia M, Pifarotti P, Bacchicet R, et al. A multicenter randomized comparison of tension-free vaginal tape (TVT) and trans-obturator in-out technique (TVT-0) for the treatment of stress urinary incontinence: one year results. Int Urogynecol J 2007;18(Suppl l):S2. |
| Meschia M, Pifarotti P, Spennacchio M, Buonaguidi A, Gattei U, Somigliana E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gyneco/ 2004;190:609-6713. |
| Meschia, M. A Multicenter retrospective study on transvaginal mesh repair of genital prolapse with the Prolift TM system. Int Urogynecol J (2007) 18 (Suppl 1):S25—S105 |
| Meschia, M. Peri-operative morbidity and early results of a randomised trial comparing TVT and TVT-O. Int Urogynecol J (2007) 18:1257–1261 |
| Meschia, M. Tension-free tape (TVT) and intravaginal slingplasty (IVS) for stress urinary incontinence: A multicenter randomized trial. American Journal of Obstetrics and Gynecology (2006) 195, 1338-42 |
| Meschia, M. Tension-free vaginal tape: analysis of risk factors for failures. Int Urogynecol J (2007) 18:419–422 |
| Meschia, M. TVT-Secur: A Minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial. Int Urogynecol J (2009) 20:313–317 |
| Milani, A. Trocar-guided total tension-free vaginal mesh repair of post-hysterectomy vaginal vault prolapse. Int Urogynecol J (2009) 20:1203–1211 |
| Miller, D. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvlc Organ Prolapse-5-Year Results. Female Pelvic Med Reconstr Surg 2011;17: 139-143 |
| Mirosh M, Epp A. TVT vs laparoscopic Burch colposuspension for the treatment of stress urinary incontinence. JCS 2005:Abstract 640. |
| Moalli, P. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J (2014) |
| Moalli, P. Tensile properties of file commonly use mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655 663 |
| Mobley, J. Vaginal prolapse repair employing transvaginal tension-free nonabsorbable polypropylene mesh - outcomes at 24 months. The  Journal of Urology Vol. 179, No. 4, Supplement, Tuesday, May 20, 2008 |
| Mohamad Al-Ali B, Hutterer GC, Puchwein E, Pummer K, Novara G, Primus G (2013) Clinical impact of body mass index on the outcome of the SPARC-sling system for the treatment of female stress urinary incontinence. World J Urol 31:875-80 |
| Moher D, Liberati A, Tetzlaff J, Altman DG, PRISMA Group (2009) Reprint – preferred reporting items for systematic reviews and meta analyses: the PRISMA statement. Phys Ther 89:873–880 |
| Morgan, J.E. The Marlex sling operation for the treatment of recurrent stress urinary incontinence: A 16 – year review. Am J Obstet Gynecol 151;2: 224-226 (1985) |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Mostafa A, Agur W, Abdel-All M, et al. A multicentre randomised trial of single-incision mini-sling (Ajust) and tension-free vaginal tape-obturator (TVT-0 ™) in management of female stress urinary incontinence. Neurourol Urodyn 2011;30:806-8. |
| Mostafa A, Lim CP, Hopper L, Madhuvrata P, Abdel-Fattah M (2014) Single-incision mini-slings versus standard midurethral slings in surgical management of female stress urinary incontinence: an updated systematic review and meta-analysis of effectiveness and complications. Eur Urol 65:402–427 |
| Murphy, M. Time to rethink: an evidence-based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse" Int Urogynecol J DOI 10.1007/s00192 011 1581 2 |
| Nager, C. A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. N Engl J Med 366;21 1987-1997; Supplementary Index |
| Nager, Charles - A Randomized Trial of Urodynamic Testing Before Stress-Incontinence Surgery. N Engl J Med 366;21 May 24, 2012 |
| Nager, Charles - Synthetic full-length midurethral slings remain the standard for care for SUI surgery. OBG Management, November 2012, Vol. 24 No. 11, 6-7 |
| Nager, Charles. Design of the Value of Urodynamic Evaluation (ValUE) Trial: A Non-Inferiority Randomized Trial of Preoperative Urodynamic Investigations. Contemp Clin Trials. 2009 November ; 30(6): 531–539 |
| Nambiar A, Cody JD, Jeffery ST (2014) Single-incision sling opera-tions for urinary incontinence in women. Cochrane Database Syst Rev 6:CD008709 |
| Naumann G, Lobodasch K, Bettin S, Meyer P, Koelbl H. Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery. Int Urogynecol J 2006;17(Suppl 2):S94-S95. |
| Nerli RB, Kumar AG, Koura A, Prabha V, Alur SB. Transobturator vaginal tape in comparison to tensionfree vaginal tape: A prospective trial with a minimum 12 months follow-up. Indian J Uro/ 2009;25:321- 325. |
| Neuman M, Sosnovski V, Kais M, Ophir E, Bornstein J (2011) Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence: early postoperative pain and 3-year follow-up. J Minim Invasive Gynecol 18:769-773 |
| Neuman, M. Perioperative Complication and Early Follow-up with 100 TVT-Secur Procedures. Journal of Minimally Invasive Gynecology (2008) 15,480--484 |
| Neuman, M. Post Tension-free Vaginal Tape Voiding Difficulties. Journal of Pelvic Medicine and Surgery • Volume 10, Number 1, January/February 2004 |
| Neuman, M. Training TVT Secur: The first 100 Teaching Operations. Int Urogynecol J (2007) 18 (Suppl 1):S25–S105 |
| Neuman, M. TVT and TVT-Obturator: Comparison of Two Operative Procedures. Int Urogynecol J (2006) 17 (Supp. 2) S101-152 |
| Nguyen, J. Anatomy and Visceral Function After Anterior Vaginal Prolapse Repair: A Randomized Controlled Trial. Journal of Pelvic Medicine & Surgery • Volume 14, Number 4, July/August 2008 |
| Nguyen, J. Outcome After Anterior Vaginal Prolapse Repair A Randomized Controlled Trial. Obstet eynecol 2008;111:891-8 |
| Niemczyk - [Pop 100, 2 mo fu] United States Experience with Tension-Free Vaginal Tape Procedure for Urinary Stress Incontinence: Assessment of Safety and Tolerability (2001) |
| Nieminen K, Hiltunen R, Takala T, et al. Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up. Am J Obstet Gynecol 2010;203:235.e1-8. |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Nieminen, K. Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J (2008) 19:1611–1616

Nilsson C. Creating a gold standard surgical procedure. The development and implementation of TVT (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J DOI 10.1007/s00192-014-2616-2

Nilsson CG, et al. Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S5-S8.

Nilsson CG, Palva K, Aarnio R, Morcos E, Falconer C (2013) Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J 24: 1265-1269

Nilsson, C. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047

Nilsson, C. Long-Term Results of the Tension Free Vaginal Tape. Int Urogynecol J (2001) (Suppl 2):S5 S8

Nilsson, C. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004) 104, 1259-1262

Nilsson. [Pop 90, median 56 mo fu] Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Stress Urinary Incontinence (2001)

North, C., et al. A 2-year observational study to determine the efficacy of a novel single incision sling procedure (Minitape) for female stress urinary incontinence. BJOG 2010; 117:356-360.

Norton, P. Collagen synthesis in women with Genital Prolapse or Stress Urinary Incontinence. (Abstract  only) 1992

Novara G, et al. Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol. 2008 Feb;53(2):288-308.

Novara G, et al. Tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials of effectiveness. Eur Urol. 2007 Sep;52(3):663-78.

Novara G, et al. Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. Eur Urol. 2010;58:218–38

Novara G, Galfano A, Boscolo-Berto R, Secco S, Cavalleri S, Ficarra V, Artibani W (2008) Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol 53:288–308

Novara, G. Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. European Urology 58 (2010) 218-238

Nwabineli NJ, Mittal S, Russell M, Coleman S (2012) Long-term results of urinary stress incontinence treated with mid-urethral tape as a standalone operation or in combination with pelvic floor reconstruction. J Obstet Gynaecol 32:773-777

Nygaard (2008) Pelvic Floor Disorders Network: Prevalence of symptomatic pelvic floor disorders in US women. JAMA. 2008 Sep 17;300(11):1311-6. doi: 10.1001/jama.300.11.1311.

Nygaard (2013) Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse

Nygaard, I. Abdominal Sacrocolpopexy: A Comprehensive Review. Obstet Gynecol 2004;104:805–23

Nygaard, I. Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse. JAMA. 2013;309(19):2016-2024

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Nyyssönen V, Talvensaari-Mattila A, Santala M (2014) A prospective randomized trial comparing tension-free vaginal tape versus transobturator tape in patients with stress or mixed urinary incontinence: subjective cure rate and satisfaction in median follow-up of 46 months. Scand J Urol 48:309-315

Ogah - Short Cochrane review - Minimal invasive slings for SUI

Ogah J, Cody DJ, Rogerson L (2011) Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane review. Neurourol Urodyn 30:284–291

Ogah, C. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women (Review). The Cochrane Library 2009, Issue 4

Ogah, J. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. Cochrane Database Syst Rev. (2009) Oct 7;(4):CD006375

Ogah, J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence inWomen: A Short Version Cochrane Review. Neurourology and Urodynamics 30:284–291 (2011)

Oliphant, S - Trends in Stress Urinary Incontinence Inpatient Procedures in the US, 1979-2004. Am J Obstet Gynecol 2009; 200: 521.e.1-521.e6

Oliveira LM et al. [Pop 85, med 14 mos fu] Abs 328 Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. Int Urogynecol J 2006; 17 (Suppl 2): S171-S359

Oliveira, R. Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT_Secur, and Mini-Arc: Results at 12-month Follow-up. EurUrol (2011),doi:10.1016/j.eururo.2011.01.018

Oliveira, R. Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. BJU International 104, 225–228

Olsen, AL. Epidemiology of surgically managed pelvic organ Prolapse and Urinary Incontinence. Obstet Gynecol. 1997 Apr;89(4):501-6.

Olsson I, Abrahamsson AK, Kroon UB (2010) Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: a retrospective follow-up 11.5 years post-operatively. Int Urogynecol J 21:679-683

Osborn DJ, Obesity and female stress urinary incontinence. Urology. 2013 Oct;82(4):759-63

Padilla-Fernández B, et al. Results of the surgical correction of urinary stress incontinence according to the type of transobturator tape utilized. Arch Ital Urol Androl. 2013;85:149-53.

Paiva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-1055.

Palobma, S. A randomized controlled trial comparing three vaginal kits of single-incision mini-slings for stress urinary incontinence: surgical data. European Journal of Obstetrics & Gynecology and Reproductive Biology 163 (2012) 108–112

Palva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-1055.

Palva, K. [Pop 267, 36 mo fu] A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J (2010) 21:1049-1055

Paplomata, E. Genital floor repair using polypropylene meshes: A comparative study. (2007)

Paraiso MFR, Walters MD, Karram MM, Barber MD. Laparoscopic Burch colposuspension versus tensionfree vaginal tape: a randomized trial. Obstet Gyneco/ 2004;104:1249-1258.

Park YJ, Kim DY (2012) Randomized controlled study of MONARC vs. tension-free vaginal tape obturator (TVT-O) in the treatment of female urinary incontinence: comparison of 3-year cure rates. Korean J Urol 53:258-262

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Pauls, R, Karram - Practice Patterns of Physician Members of the [AUGS] regarding female dysfunction: results of national survey. Int Urogynecol J (2005) 16: 460-467 |
| Petros P. Creating a gold standard device. Scientific discoveries leading to TVT and beyond (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J  (2015) |
| Petros P., Ulmsten,U. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephral Suppl. No. 153, 1993. |
| Petros, Ulmsten - An integral theory and its method for the diagnosis and management of female urinary incontinence (1993) |
| Petrou, S.P. Suprameatal Transvaginal Urethrolysis. The Journal of Urology Vol. 161, 1268-1271, April 1999 |
| Popov, A. Prevention and treatment of complications of operations Prolift - Multicenter analysis of over 1000 transactions. Gynecol Surg (2012) 9 (Suppl 1):S1—S137 |
| Porena, M. Tension-Free Vaginal Tape versus Transobturator Tape as Surgery for Stress Urinary Incontinence: Results of a multicenter Randomised Trial. European Urology 52 (2007) 1481-1491 |
| Prien-Larsen JC, Hemmingsen L (2009) Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene tape. Int Urogynecol J Pelvic Floor Dysfunct 20:703-9 |
| Pulliam, S. Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. Int Urogynecol J (2007) 18:1405 1408 |
| Rajendra M, Han HC, Lee LC, Tseng LAA, Wong HF (2012) Retrospective study on tension-free vaginal tape obturator (TVT-O). Int Urogynecol J 23:327-334 |
| Rech berger T, Rzezniczuk K, Skorupski P, et al. A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:432-436. |
| Rechberg, T. A randomized comparison between monofilament and multifilament tapes for stress incontinencesurgery. Int Urogynecol J (2003) 14: 432—436 |
| Rechberger, T. Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol (1998) 1511-1514 |
| Rechberger, T. Total Prolift System surgery for treatment posthysterectomy vaginal vault prolapse - do we treat both anatomy and function? Ginekol Pol 2008. 79 . 835-839 |
| Rehman, H. Traditional Suburethral Sling Operations for Urinary Incontinence in Women (Review). The Cochrane Library 2011, Issue 1 (2011) |
| Reich A, Kohorst F, Kreienberg R, Flock F (2011) Long-term results of the tension-free vaginal tape procedure in an unselected group: a 7-year follow-up study. Urology 78:774-777 |
| Reisenauer, C. Anatomical conditions for pelvic floor reconstruction with polypropylene implant and its application for the treatment of vaginal prolapse. European Journal of Obstetrics & Gynecology and Reproductive Biology 131 (2007) 214—225 |
| Resende A, Oliveira R, Botelho F, Silva C, Dinis P, Cruz F. Mid-ferm follow-up of a randomized trial comparing TVT-O™, TVT-Secur™ and Mini-Arc™. Eur Ural Suppl 2011;10:244. |
| Rezapour – [Pop 34, 4 yr fu] Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow Up (2001) |
| Rezapour – [Pop 49, Mean 4 yr fu] Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) (2001) |
| Rezapour – [Pop 80, 4 yr fu] Tension-Free Vaginal Tape (TVT) in Women with Mixes Urinary Incontinence (2001) |
| Rezapour M., et al. Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S12-S14. |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Rezapour M., Ulmsten, U. Tension-Free Vaginal Tape (TVT) in Women with Mixes Urinary Incontinence - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S15-S18.

Rezapour M., Ulmsten, U. Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow Up. Int Urogynecol J (2001) (Suppl 2):S9-S11.

Richter HE, A Trial of Continence Pessary vs. Behavioral Therapy vs. Combined Therapy for Stress Incontinence (ATLAS); Obstet Gynecol. 2010 March; 115(3): 609–617

Richter, H. Patient Related Factors Associates with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. J Uro, Vol. 188, 485-489, August 2012

Richter, H. Retropubic versus Transobturator Midurethral Slings for Stress incontinence. n engl j med (2010) 362;22. 2066-2076

Richter, H.E. Factors Associated with Incontinence Frequency in a Surgical Cohort of Stress Incontinent in Women. American Journal of Obstetrics and Gynecology (2005) 193, 2088-93 (2005)

Rinne, K. A randomized trial comparing TVT with TVT-O: 12-month results. Int Urogynecol J (2008) 19:1049 1054

Rinne, Nilsson - [12 mo fu] A randomized trial comparing TVT with TVT-O. 12 month results (2008)

Riva D, Sacca V, Tonta A, et al. T.V.T. versus T.O.T: a randomized study at 1-year follow-up. Int Urogynecol J 2006;17(Suppl 2):S93.

Roberts, CH. Functional and Anatomical Outcome of Prolapse Repair Surgery Using Prolift Mesh at 6 Months. (2007)

Rogers, R.G. Sexual function in women with pelvic floor disorders. Can Urol Assoc J 2013;7(9-10):S199-201 (2013)

Rogo-Gupta, L. (2013) - Trends in the Surgical Management of Stress Urinary Incontinence Among Female Medicare Beneficiaries, 2002-2007. Urology 2013 http://dx.doi.org/10.1016/j.urology.2012.10.087

Ross - Single incision device (TVT Secur) versus retropubic tension-free vaginal tape device (TVT) for the management of stress urinary incontinence in women: a randomized clinical trial (2014)

Ross S, Robert M, Lier D, Eliasziw M, Jacobs P. Surgical management of stress urinary incontinence in women: safety, effectiveness and cost-utility of trans-obturator tape (TOT) versus tension-free vaginal tape (TVT) five years after a randomized surgical trial. BMC Women's Health 2011;11:34.

Sanses TVD, Shahryarinejad A, Molden S, et al. Anatomic outcomes of vaginal mesh procedure (Prolift) compared with uterosacral ligament suspension and abdominal sacrocolpopexy for pelvic organ prolapse: a Fellows' Pelvic Research Network study. Am J Obstet Gynecol 2009;201:519.e1-8.

Sartori JP, Martins JA, Castro Rde A, Sartori MG, Girao MJ.  Pubovaginal sling and tension-free vaginal tape for surgical treatment of stress urinary incontinence in women.  Rev Bras Ginecol Obstet 2008 Mar; 30(3):127-34.

Sato, K. AUA Abs PD50-03 - Sexual function in female patients who underwent pelvic floor reconstruction with follow-up for a minimum of 5 years. (2015)

Scheiner D, Betschart C, Werder H, Fink D, Perucchini D. Retropubic TVT vs transobturator outside-in TOT and inside-out TVT-0: one-year results from our prospective randomized study. Neurourol Urodyn 2009;28:585-586.

Schierlitz L, Dwyer P, Rosamilia A, et al. A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans-obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISO): the three year follow up. Int Urogynecol J 2010;21(Suppl l):Sl-S2.

Schierlitz L, Dwyer PL, Rosamilia A, Murray C, Thomas E, de Souza A, Hiscock R (2012) Three-year follow-up of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency. Obstet Gynecol 119(2 Pt 1):321-327

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Medical Literature

Schierlitz L, et al. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (tvt) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2010;21(Suppl l):S2-S3.

Schimpf MO, Rahn DD, Wheeler TL et al (2014) Sling surgery for stress urinary incontinence in women: a systematic review and meta-analysis. Am J Obstet Gynecol 211:71.e1–71.e27

Schiotz, H. Ten-year follow-up after conservative treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:911–915

Seo JH, Kim GN, Kim JY, et al. Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. Neurourol Urodyn 2011;30:832.

Serati M, Bauer R, Cornu JN, Cattoni E, Braga A, Siesto G, Lizée D, Haab F, Torella M, Salvatore S (2013) TVT-O for the treatment of pure urodynamic stress incontinence: efficacy, adverse effects, and prognostic factors at 5-year follow-up. Eur Urol 63:872-878

Serati M, Ghezzi F, Cattoni E, Braga A, Siesto G, Torella M, Cromi A, Vitobello D, Salvatore S (2012) Tension-free vaginal tape for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 10-year follow-up. Eur Urol 61:939-946

SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks

Shah, S. Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? UROLOGY 65: 270–274, 2005

Shah. K. Surgical management of lower urinary mesh perforation after mid-urethral polypropylene mesh sling: mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus fascia. Int Urogynecol J (2013) 24:2111–2117 (2013)

Sharifiaghdas F, Martazavi N. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. Med Prine Pract 2008;17:209-214.

Shin, Y. Efficacy and Safety of the TVT-Secur and Impact on Quality of Life in Women with Stress Urinary Incontinence: A 2-Year Follow-up. Korean J Urol 2011;52:335-339

Shippey, S. Contemporary Approaches to Cystocele Repair: A Survey of AUGS Members. The Journal of Reproductive Medicine, 53:11 (Nov 2008).

Silveira, S. Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment. Int Urogynecol J (2015) 26: 335-342.

Sivaslioglu AA, Unlubilgin E, Aydogmus S, Keskin L, Dolen I (2012) A prospective randomized controlled trial of the transobturator tape and tissue fixation mini-sling in patients with stress urinary incontinence: 5-year results. J Urol 188:194-199

Sivaslioglu, AA. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocoele. Int Urogynecol J (2008) 19:467–471

Sokol AI, Iglesia CB, Kudish BI, et al. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Am J Obstet Gynecol 2012;206:86.e1-9.

Sola, V. Third Generation Sub-Mid Urethral Mesh: Experience with 110 TVT-Secur. Arch. Esp. Urol. 2009; 62 (5): 376-388

Song PH, Kim YD, Kim HT, Lim HS, Hyun CH, Seo JH, Yoo ES, Park CH, Jung HC, Gomelsky A (2009) The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU Int 104:1113-1117

Stanford, E. A Comprehensive Review of Suburethral Sling Procedure Complications. Journal of Minimally Invasive Gynecology (2008) IS, 132- 145 © 2008

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Medical Literature

Suskind, Anne -  Effectiveness of Mesh Compared with Nonmesh Sling in Medicare Beneficiaries. Obstetrics & Gynecology, Vol. 0, No. 0, Month 2013, 1-7

Svabik, K. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol 2014

Svenningsen R, Staff AC, Schiøtz HA, Western K, Kulseng-Hanssen S (2013) Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J 24:1271-1278

Svenningsen, R. Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourol. Urodynam, 2013 Wiley Periodicals.

Svenningsen. (Norwegian registry) [Pop 542, median 129 mo fu] Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-8

Tahtinen, R. Smoking and Bladder Symptoms in Women. Obstet Gynecol 2011;118:643–8.

Tamussino K, Tammaa A, Hanzal E, Umek W, Bjelic V, Koelle D. TVT vs. TVT-0 for primary stress incontinence: a randomized clinical trial. Int Urogynecol J 2008;19(Suppl l):S20-S21.

Tamussino, K. Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. Am J Obstet Gynecol 2007;197:634.e1-634.e5.

Tan PF, Yang LL, Ou RB, Tang P, Yang WJ, Huang JB, Wei W, Wei XH, Wang B, Xie KJ (2014) Effectiveness and complication rates of tension-free vaginal tape, transobturator tape, and tension-free vaginal tape-obturator in the treatment of female stress urinary incontinence in a medium- to long-term follow up. Meta-analysis of randomized controlled trials. Saudi Med J 35:20–32

Tang, X. Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. Journal of Minimally Invasive Gynecology (2013) 20, 455–459

Tate, A. The use of infection prevention practices in female pelvic medicine and reconstructive surgery. Curr Opin Obstet Gynecol. 2010 Oct;22(5):408-13

Tellez Martinez-Fornes M, Fernandez Perez C, Fouz Lopez C, Fernandez Lucas C, Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. Actas Ural Esp 2009;33: 1088-1096.

Teo R, Moran P, Mayne C, Tincello D. Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011;185:1350-1355.

Thaha, MA. Sacral nerve stimulation for faecal incontinence and constipation in adults (Review) 2015 The Cochrane Collaboration.

Tincello DG, Kenyon S, Slack M, et al. Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1). BJOG 2009;116:1809-1814.

Tincello. The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. Jurology (2011) Vol. 186, 2310-2315

Toglia MR,Fagan MJ. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. Am J Obstet Gynecol 2008;198:600.e1-600.e4.

Tommaselli GA, D'Afiero A, di Carlo C, Formisano C, Fabozzi A, Nappi C (2013) Tension-free vaginal tape-O and -Secur for the treatment of stress urinary incontinence: a thirty-six-month follow-up single-blind, double-arm, randomized study. J Minim Invasive Gynecol 20:198-204

Tommaselli GA, Di Carlo C, Gargano V, Formisano C, Scala M, Nappi C. Efficacy and safety of TVT-0 and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J 2010;21:1211-1217.

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Tommaselli, G. Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence: a 12-months preliminary study. International Journal of Gynecology & Obstetrics 119S3 (2012) S261–S530 |
| Tommaselli, G. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol (2012) |
| Tommaselli, G. TVT-Secur for the treatment of female stress urinary incontinence: a 24-month follow-up retrospective study. Arch Gynecol Obstet (2012) 286:415–421 |
| Tommaselli, Giovanni A. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J 2015 |
| Tommaselli. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015) |
| Trabuco, E. A randomized comparison of incontinence procedures performed concomitantly with abdominal sacral colpopexy: the burch versus mid-urethral sling trial. Int Urogynecol J (2014) 25 (Suppl 1):S1-S240. |
| Trabuco, E. Medium-term Comparison of continence rates after rectus fascia or midurethral sling placement. Am J Obstet Gynecol 2009; 200:300.e1-300.e6 |
| Trabuco, E. Midurethral Slings for the Treatment of Stress Urinary Incontinence: Long-Term Follow-up. (2014) |
| Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse: A Randomized Controlled Trial. Obstet Gynecol 2011;117:242–50 |
| Tseng LH, Wang AC, Lin Y-H, Li S-J, Ko Y-J. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:230-235. |
| Ubertazzi, E.P. IUGA Abs OP 122 - Trans vaginal mesh (TVM) five years follow up. A retrospective study from latam. (2015) |
| Ubertazzi, E.P. IUGA Abs OP 122 - Trans vaginal mesh (TVM) five years follow up. A retrospective study from latam. Int Urogynecol J (2015) 26 (Suppl 1):S23–S174 |
| Ulmsten - [Pop 131, 1 yr fu] A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence (1998) |
| Ulmsten - [Pop 75, 2 yr fu] An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence (1996) |
| Ulmsten - Intravaginal Slingplasty (IVS) - an Ambulatory Surgical Procedure for Treatment of SUI (1995) |
| Ulmsten (1987) Different biochemical composition of connective tissue incontinent and stress incontinent women |
| Ulmsten U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe [A] 2001 - 40:269-273. |
| Ulmsten U., et al. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (1998) 9:210-213. |
| Ulmsten U., et al. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J (1996) 7:81-86. |
| Ulmsten U., et al. Different biochemical composition of connective tissue in continent and stress incontinent women. Acta Obstet Gynecol Scand 66:455-457, 1987. |
| Ulmsten U., et al. Intravaginal Slingplasty (IVS) - an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence. Scand J Urol Nephrol 29: 75-82, 1995. |
| Ulmsten, U. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J, (1998) 9:210-213 |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Ulmsten, U. A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. British Journal of Obstetrics and Gyneccology April 1999, Vol 106, pp. 345-350

Ulmsten, U. An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence. Int Urogyneool J (1996) 7:81-86

Ulmsten, U. An Introduction to Tension Free Vaginal Tape (TVT) - A New Surgical Procedure for Treatment of Female Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S3-S4

Update AUA-SUI Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update - Appendices A11 and A16 (re Complications)

Urinary Incontinence in Women. ACOG Practice Bulletin, Number 63, June 2005. Obstet Gynecol 2005; 105:1533-45

Urinary Incontinence Treatment Network (UITN). The Trial Of Mid-Urethral Slings (TOMUS): Design and Methodology. The Journal of Applied Research • Vol. 8, No. 1, 2008

Usher (1958) Use of Marlex Mesh in the repair of incisional hernias

Usher, F. Hernia Repair with Marlex Mesh (1959) Surgery Vol. 46, no. 4, pp. 718-724.

Usher, F. Knitted Marlex Mesh (1961) Archives of Surgery Vol. 82, May 1961.

Ustun Y, Engin-Ustun Y, Gungor M, Tezcan S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc 2003;10:386-389.

Val pas A, Kivela A, Penttinen J, Kujansuu E, Haarala M, Nilsson C-G. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol 2004;104:42-49.

Valentim-Louren<;o A, Benoun M, Mascarenhas T, Cruz F, Moniz L. TORP - comparing the efficacy, execution and early complications ofTVT and TVT-0. Int Urogynecol J 2008;19:S17-S18.

Valpas, Nilsson - [Pop 121, 1 yr fu - Ob Gyn] Tension-Free Vaginal Tape and Laparoscopic Mesh Colposuspension for Stress Urinary Incontinence (2004)

van Raalte HM, Lucente VR, Molden SM, et al. One-year anatomic and quality-of-life outcomes after the Prolift procedure for treatment of posthysterectomy prolapse. Am J Obstet Gynecol 2008;199:694.e1-694.e6.

Van Raalte, H. Short-term results of the Prolift procedure in 350 patients used in the treatment of pelvic organ prolapse. Int Urogynecol J (2007) 18 (Suppl 1):S25—S105

Wadie BS, Edwan A, Nabeeh AM. Autologous fascial sling vs polypropylene tape at short-term followup a prospective randomized study. J Urol 2005;174:990-993.

Wadie BS, Mansour A, El-Hefnawy AS, Nabeeh A, Khair AA. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function. Int Urogynecol J 2010;21:1485- 1490.

Wai CY Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. Obstet Gynecol 2013;121:1009–16

Wai, C. Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. The American College of Obstetricians and Gynecologists. Vol. 121, NO. 5, May 2013

Wai, Zyczynski, Brubaker (UITN TOMUS) - [Pop 597, 1 yr fu] Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence (2013)

Walsh, C. TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months. BJU International, 108 , 652 – 657

Walters, M.D. Which Sling for which SUI Patient? Obgmanagement.com Vol. 24, No. 5, May (2012)

Waltregny D, de Leval J (2012) New surgical technique for treatment of stress urinary incontinence TVT-ABBREVO from development to clinical experience. Surg Technol Int 22:149-157

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Waltregny D, Gaspar Y, Reul O, Hamida W, Bonnet P, de Leval J (2008) TVT-O for the treatment of female stress urinary incontinence: results of a prospective study after a 3-year minimum follow-up. Eur Urol 53:401-10

Waltregny, D. Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup. J Urology Vol. 175, 2191-2195, June 2006

Wang AC, Chen M-C. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn 2003;22:185-190.

Wang F, Song Y, Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281:279-286.

Wang W, Zhu L, Lang J. Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009;104:113-116.

Wang, F. Prospective study of transobturator mesh kit (ProliftTM ) in pelvic reconstructive surgery with vaginal hysterectomy after 3 years' follow-up. Arch Gynecol Obstet DOI 10.1007/s00404-013-2713-3

Wang, Yi-jun. Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (20 I I) 22: \369-IJ 74

Ward - (Am J OG) [Pop 344, 2 yr. fu IRELAND study] A Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up (2004)

Ward KL, Hilton P; on behalf of the UK and Ireland TVT Trial Group. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115:226-233.

Ward, K. Prospective multicenter randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ (2002)325:67

Ward, K.L. A Prospective Multicenter Randomized Trial of Tension-Free Vaginal Tape and Colposuspension for Primary Urodynamic Stress Incontinence: Two-year Follow-up. American Journal of Obstetrics and Gynecology (2004) 190, 324-31 (2004)

Ward, K.L. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115:226–233

Weber (2012) Which Sling for which SUI Patient? OBG Management (2012) 24:5, 28-40

Weber, A. Anterior colporrhaphy: A randomized trial of three surgical techniques. Am J Obstet Gynecol 2001;185:1299-306.

Weinberger, M. Long-Term Clinical and Urodynamic Evaluation of the Polytetrafluoroethylene Suburethral Sling for Treatment of Genuine Stress Incontinence. Obstetrics & Gynecology, 86:1, July 1995

Welk, B. Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. (2015)

Wetta, L. Synthetic graft use in vaginal prolapse surgery: objective and subjective outcomes. Int Urogynecol J (2009) 20:1307-1312

Whiteside, J. Risk factors for prolapse recurrence after vaginal repair. American Journal of Obstetrics and Gynecology (2004) 191, 1533–8

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Wiltz, A. Management of Vaginal Synthetic Graft Extrusion following Surgery for Stress Urinary Incontinence and Prolapse. Curr Urol 2009;3:82-86

Withagen M, Milani A, de Leeuw J, Vierhout M. Development of de novo prolapse in untreated vaginal compartments after prolapse repair with and without mesh: a secondary analysis of a randomised controlled trial. BJOG 2012;119:354–360.

Withagen, M. Trocar-Guided Mesh Compared with Conventional Vaginal Repair in Recurrent Prolapse, A Randomized Controlled Trial. Vol. 117, No. 2, Part 1, Feb. 2011 Obstetrics and Gynecol

Wolf JS, Lightner DJ et al.  Stress Urinary Incontinence, Guidelines-at-a-Glance:  A Quick Reference for Urologists 2013.   American Urological Association, Linthicum, MD 21090.

Wu (2010) Prevalence and incidence of urinary incontinence in a diverse population of women with noncancerous gynecologic conditions

Wu, Chia-Jen - The surgical trends and time-frame comparison of primary surgery for stress urinary incontinence, 2006-2010 vs 1997-2005: a population-based nation-wide follow-up descriptive study. Int Urogynecol J (2014) 25:1683-1691

Wu, J. Forecasting the Prevalence of Pelvic Floor Disorders in U.S. women 2010 to 2050. Obstetrics and Gynecology, 114:6, Dec 2009.

Wu, J. Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. Obstet Gynecol 2014; 123: 1201-6

Wu, J. Lifetime Risk of Stress Urinary Incontinence or Pelvic Organ Prolapse Surgery. Obstet Gynecol 2014;123:1201–6

Wu, Jennifer - Predicting the number of women who will undergo incontinence and prolpase surgery, 2010 to 2050. Am J Obstet Gynecol. 2011 September; 205(3):230.el-230.e5

Wu, Jennifer - Trends in inpatient urinary incontinence surgery in the USA, 1998-2007 (2011)

Wyman, J.F. Practical aspects of lifestyle modifications and behavioural interventions in the treatment of overactive bladder and urgency urinary incontinence. Int J Clin Pract 2009; 63: 1122–3.

Yazdany, T. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. Int Urogynecol J (2010) 21:813–818

Yesil, A. Mesh implantation for pelvic organ prolapse improves quality of life. Arch Gynecol Obstet (2014) 289:817–821

Zhang Y, Jiang M, Tong X-W, Fan B-Z, Li H-F, Chen X-L. The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-0 procedure for the surgical treatment of female stress urinary incontinence. Taiwan J Obstet Gynecol 2011;50:318-321.

Zhong C, Yuan C, Guang-hui D, et al. Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence. Urologia 2010;77:37-42.

Zhu L, Lang J, Hai N, Wong F. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. Int J Gynaecol Obstet 2007;99:14-17.

Zhu YF, Gao GL, He LS, Tang J, Chen QK (2012) Inside out transobturator vaginal tape versus tention-free vaginal tape for primary female stress urinary incontinence: meta-analysis of random¬ized controlled trials. Chin Med J 125:1316–1321

Zugor V, Labanaris AP, Rezaei-Jafari MR, Hammerer P, Dembowski J, Witt J, Wucherpfennig W (2010) TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow-up of 48 months. Int Urol Nephrol 42:915-920

Zullo MA, Plotti F, Calcagno M, et al. One-year follow-up of tension-free vaginal tape (TVT) and Transobturator suburethral tape from inside to outside (TVT-0) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. Eur Urol 2007;51:1376-1382; discussion 1383-1384.

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Medical Literature

Zyczynski - [Pop 597, 2 yr fu] Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012;207:421.e1-6.

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Production Materials

| Document Description [Bates Range] |
| --- |
| 01/28/98 Letter from FDA re: K974098 TVT System [ETH.MESH.371496-594] 11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11] |
| 05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT PhysicianTraining Policy [ETH.MESH.7393700] |
| 09/07/2009 Safety review: TVT and TVT-O procedures [ETH.MESH.1751069-94] |
| 10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| 11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11] |
| 11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMCP15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11] |
| 12/15/2003, Gynecare Final Report # 03*0740, TVT Obturator System [ETH.MESH.222852-63] |
| 1986 Annual Report (ETH.MESH.09634081) |
| 1997 Cytotoxicity Risk Assessment (Barbolt) [ETH.MESH.00349228-37] |
| 1998 TVT Slide Deck [ETH.MESH.05795537-99] |
| 2000 June TVT Surgeons Resource Monograph |
| 2001 Demirci - Long-term results of Burch colposuspension |
| 2001 slides from Parisi binder [ETH.MESH.05795421-508] |
| 2002 Dr. Miklos Minimizing and Managing TVT Complications [ETH.MESH.00397674].pdf |
| 2002 TVT Advanced Users Forum Presentation [ETH.MESH.08156958] |
| 2003 - TVT Support for Incontinence General Prof Ed Deck [ETH.MESH.00373310-88] |
| 2006 - TVT-O Summit Presentation by Raders and Lucente [ETH.MESH.00993273] |
| 2006 Apr 19 - Laser Cut Mesh for Gynecare TVT- CER Laser Cut Mesh [ETH.MESH.00167104 -10] |
| 2006 Mar 3 Flatow memo - CPC-2006-0165 Performance evaluation of TVT PROLENE blue Mesh_ Elongation Properties of Mechanical Cut verses Laser Cut |
| 2008 - TVT Family of Products [ETH.MESH.00369995] |
| 2009 - The Science of What's Left Behind [ETH.MESH.03751819] |
| 2010 - TVT Exact Prof Ed [ETH.MESH.00295355] |
| 2012 - TVT-Exact Updated Prof Ed Slide Deck w Production Cover [ETH.MESH.08117473] |
| 2013 - Clinical Expertise TVT Prof Ed Slide Deck [ETH.MESH.10281860] |
| Anatomy Videos [ETH.MESH.PM.000006] |
| Anatomy Videos [ETH.MESH.PM.000009] |
| Anatomy Videos [ETH.MESH.PM.000057] |
| Anatomy Videos [ETH.MESH.PM.000068] |
| Anatomy Videos [ETH.MESH.PM.000088] |
| Anatomy Videos [ETH.MESH.PM.000089] |
| Anatomy Videos [ETH.MESH.PM.000090] |
| Anatomy Videos [ETH.MESH.PM.000134] |
| Anatomy Videos [ETH.MESH.PM.000151] |
| Anatomy Videos [ETH.MESH.PM.000154] |
| Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1> [ETH.MESH.07351297] |
| Approval letter (ETH.MESH.09625731 – 09625737) |
| Approval letter (ETH.MESH.09634299 – 09634303) |
| Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65] |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX
Production Materials

| |
|---|
| Clinical Expert Report [ETH.MESH.1784823-28] |
| Clinical Expert Report [ETH.MESH.222899-909] |
| Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81] |
| Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006 [ETH.MESH.01320351-67] |
| Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006. |
| De Leval (2003) Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out |
| Email from Arnaud re: Transient Leg Pain with Mulberry [ETH.MESH.3911390-1] |
| Email from Dan Smith re: Draft report translated by "Babel fish" http://babelfish.altavista.com/tr [ETH.MESH.865069-72] |
| Email from Dan Smith re: NG TVT-O NDP – Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny [ETH.MESH.2293715-6] |
| Email from Hinoul re: South Africa, TVTO sheaths getting stuck upon removal [ETH.MESH.1210987-95] |
| Email from O'Bryan re: GYNECARE TVT Obturator System – FDA [ETH.MESH.6882641-2] |
| Email from O'Bryan re: ifu [ETH.MESH.3364663-66] |
| Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) |
| Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 |
| Email from Weisberg re: IFU update [ETH.MESH.3365250-1] |
| Email from Weisberg re: Mulberry [ETH.MESH.6886410-11] |
| Email re: Important Laser cut mesh update [ETH.MESH.1809056-58] |
| Email re: Laser Cut TVT [ETH.MESH.6859834-35] |
| Email re: Mesh Fraying Dr. EBERHARD letter [ETH.MESH.7692905-7] |
| Email re: OR Agenda Tunn [ETH.MESH.3922926-28] |
| Email re: Performance Evaluation of TVT Prolene Blue Mesh [ETH.MESH.6696411-19] |
| Email re: TVT Laser Cut Mesh [ETH.MESH.525573] |
| Email re: TVT Laser Mesh info [ETH.MESH.442825-26] |
| Email re: TVT Meeting with Agency [ETH.MESH.524746-48] |
| ETH.MESH.02248778 - Mechanical vs Machine Cut (Laser.Ultrasonic) Mesh Particle loss less than 2 percent for both |
| ETH.MESH.PM.000002 |
| ETH.MESH.PM.000056 |
| FDA 24-Hour Summary, Obstetrics & Gynecology Devices Panel, Sept. 8-9, 2011. |
| FDA letter (ETH.MESH.09630649) |
| FDA Mesh Clearance Letter (ETH.MESH.05217098 – 05217100) |
| FDA TVT Clearance letter (ETH.MESH.08476211 – 08476213) |
| FDA Updated Clearance letter (ETH.MESH. 10040062 – 10040065) |
| Final printed labeling (ETH.MESH.09629447 – 09629448) |
| Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.5315252-65] |
| Government Submissions Log Sheet (ETH.MESH.09625725 – 09625729) |
| Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician [ETH.MESH.10220659] |
| Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides [ETH.MESH.08107354] |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Production Materials

| |
|---|
| Gynemesh PS a new mesh for Pelvic Floor Repair - Early Clinical Experience |
| History of TVT-O [ETH.MESH.3932909-11] |
| IND 1688 (ETH.MESH.09625989 – 09626241) |
| July 5, 1990 FDA Order (ETH.MESH.09634664 – 09634688) |
| KOL Interview [ETH.MESH.4048515-20] |
| Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT [ETH.MESH.04939001] |
| Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79] |
| Manuscript Draft: (de Leval) Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out [ETH.MESH.262089-123] |
| Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT [ETH.MESH.00584811-13] |
| Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81] |
| Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis [ETH.MESH.1784779-82] |
| Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39] |
| Modified PROLENE Mesh 510(k) (ETH.MESH.05217103 – 05217144) |
| October 12, 1990 FDA letter (ETH.MESH.09634662 – 09634663) |
| Patient Brochure [ETH.MESH.03458123-38] |
| Patient Brochure [ETH.MESH.03459088-104] |
| Patient Brochure [ETH.MESH.03905968-ETH.MESH.03905975] |
| Patient Brochure [ETH.MESH.03905976-ETH.MESH.03905991] |
| Patient Brochure [ETH.MESH.03905992-ETH.MESH.03906000] |
| Patient Brochure [ETH.MESH.03906037-ETH.MESH.03906052] |
| Patient Brochure [ETH.MESH.06087471-2] |
| Patient Brochure [ETH.MESH.06087513-4] |
| Patient Brochure [ETH.MESH.08003231-46] |
| Patient Brochure [ETH.MESH.08003247-62] |
| Patient Brochure [ETH.MESH.08003263-78] |
| Patient Brochure [ETH.MESH.08003279-94] |
| Patient Brochure [ETH.MESH.09744840- 45] |
| Patient Brochure [ETH.MESH.09744848- 855] |
| Patient Brochure [ETH.MESH.09744858- 63] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17] |
| Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) [ETH.MESH.01320328-33] |
| Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 [ETH.MESH.02614610-624] |
| Piet Hinoul_s email and Excel attachment with 104 RCTs attached to email [ETH MESH 08307644-45] |
| PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison London Brown & Gene Kammerer [ETH.MESH.00442129] |
| Prolift Brochure [ETH.MESH.03906037-52] |
| Prolift IFU [ETH.MESH.02341454-521] |
| Prolift IFU 2005-2007 [ETH.MESH.02341522-27] |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Production Materials

| |
|---|
| Prolift IFU 2007-2009 [ETH.MESH.02341454-59] |
| Prolift IFU 2009-2010 [ETH.MESH.02341734-40] |
| Prolift IFU 2010-2012 [ETH.MESH.02341658-64] |
| Prolift Surgeon's Resource Monograph [ETH.MESH.00658362-400] |
| Project Mulberry, Preliminary Clinical Diligence Report [ETH.MESH.1815660-64] |
| Receipt Letter (ETH.MESH.09625816) |
| Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 [ETH.MESH.223779-84] |
| Study Report dated May 8, 2012: A systematic review of patient-years of experience in prospective randomized controlled trials (RCTs) in incontinence. [ETH.MESH.07246690-719] |
| Submission Letter (ETH.MESH.09625817) |
| Supplement 34 (extracted page) (ETH.MESH.09634318) |
| Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198] |
| Tension-Free Vaginal Obturator Tape (TVOT) – April 30, 2003 – Meeting Report [ETH.MESH.3934952-67] |
| The History of TVT [ETH.MESH.03932912-14] |
| Transobturator Vaginal Tape Inside-Out (TVT-O): From Development to Clinical Experience [ETH.MESH.823793-806] |
| TVT & TVT-O Long Term Studies - No Confidential Stamp |
| TVT 510(k) (ETH.MESH.08476210 – 08476342 and ETH.MESH.10040062 – 10040065) |
| TVT IFU [ETH.MESH.02340471-503] |
| TVT IFU [ETH.MESH.03427878-945] |
| TVT IFU [ETH.MESH.05222673-705] |
| TVT IFU [ETH.MESH.05225354-85] |
| TVT IFU [ETH.MESH.2340504-33] |
| TVT IFU [ETH.MESH.3427878-83] |
| TVT O IFU [ETH.MESH.2340902-8] |
| TVT Obturator Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09] |
| TVT Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198] |
| TVT-O IFU [ETH.MESH.02340902-73] |
| TVT-O IFU [ETH.MESH.02340974-1046] |
| TVT-O Procedural Video [ETH.MESH.PM.000002] |
| Waltregny (2006) Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup [ETH.MESH.3939167-71] |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Other Materials

| Publically Available |
|---|
| 2012 Update_AUA SUI Guidelines- Appendices A11 and A16 (re Complications) |
| 2013 AUA Position Statement on the Use of Vaginal mesh for the Surgical Treatment of Stress Urinary |
| 2013 AUA SUI Patient Guide: 1 in 3 women experience Stress Urinary Incontinence |
| 2013 March - AUGS Position Statement on Restrictions of Surgical Options for PFD FINAL |
| 2014 Jan - AUGS-SUFU MUS Position Statement APPROVED 1 3 2014 |
| 2014 July - IUGA Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence |
| 2014 June - Joint ACOG-AUGS Position Statement on uncomplicated Stress Urinary Incontinence - CO 603 |
| 2014 Mar 12 - AUGS SUFU Provider FAQs MUS for SUI |
| 2015 ACOG Practice Bulletin Summary of Number 155 |
| 2015 ACOG, AUGS Practice Bulletin Number 155 Full.. |
| ACOG - "ACOG Practice Bulletin: Clinical Management Guidelines for Obsterician-Gynecologists" {Number 63) |
| ACOG - "ACOG Technical Bulletin: Urinary Incontinence" (Number 213) |
| ACOG (The American College of Obstetricians and Gynecologists) - "Frequently Asked Questions: Chrionic Pelvic Pain" (FAQ099) |
| ACOG (The American College of Obstetricians and Gynecologists) - "Frequently Asked Questions: Surgery for Stress Urinary Incontinence" (FAQ166) |
| ACOG (The American College of Obstetricians and Gynecologists) - "Frequently Asked Questions: Urinary Incontinence" (FAQ081) |
| ACOG/AUGS Committee Opinion 513 - Vaginal Placement of Synthetic Mesh for POP |
| Approval letters |
| AUA (American Urologic Association) - "A Patient's Guide - 1 in 3 Women experience Stress Urinary |
| AUA (American Urological Association) - "A Monograph from the AUA Foundation: Stress Urinary Incontinence" |
| AUA (American Urological Association) - "AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence" |
| AUA Foundation (2011) Stress Urinary Incontinence Monograph |
| AUA Guideline for the Surgical Management of Stress Urinary Incontinence (2009) |
| AUA Position Statement on the Use of Vaginal Mesh for the Repair of Pelvic Organ Prolapse, Nov. 2011 |
| AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence, |
| AUA Update Guideline for the Surgical Management of Stress Urinary Incontinence (2010) |
| AUA-SUI Pocket Guide for Physicians |
| AUGS (2013) Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders |
| AUGS (American Urogynecologic Society)  - "Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders" |
| AUGS (American Urogynecologic Society) & SUFU (Society of Urodynamics, Female Felvic Medicine and Urogenital Reconstruction) - "Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence" |
| AUGS SUFU Patient FAQs MUS for SUI - 2014 Mar 12 |
| AUGS SUFU Provider FAQs MUS for SUI - 2014 Mar 12 |
| AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87) |
| AUGS-SUFU (2014) - Position Statement |
| AUGS-SUFU 2014 Statement |
| AUGS-SUFU FAQS for Patient and Providers re MUS for SUI |
| AUGS-SUFU Patient FAQS |
| AUGS-SUFU Provider FAQS |
| BAUS (The British Association of Urological Surgeons) - "Synthetic Vaginal Tapes for Stress Incontinence" |
| Chart of Supplemental NDAs |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

Other Materials

| |
|---|
| De Leval (2003) Novel Surgical Technique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out |
| Declaration of Reynaldo Librojo |
| EAU (European Association of Urology) - "EAU Guidelines on Surgical Treatment of Urinary Incontinence" |
| FDA - "Considerations about Surgical Mesh for SUI" |
| FDA 2013 Mar - Considerations about Surgical Mesh for SUI |
| FDA 24 Hour Summary |
| FDA Executive Summary |
| FDA Executive Summary, Surgical Mesh for Treatment of Women with Pelvic organ Prolapse and Stress Urinary Incontinence, Obstetrics & Gynecology Devices Advisory Committee Meeting, Sept. 8-9, 2011. |
| FDA March 27, 2013 Statement, Considerations about Surgical Mesh for SUI |
| FDA Presentation - FDA Perspective on Surgical Mesh for Stress Urinary Incontinence (SUI).  (Nancy Pressly) |
| FDA Public Health Notification - 2008 Oct. 20 |
| FDA Public Health Notification - 2011 July 11 |
| FDA, Medical Devices/Considerations about Surgical Mesh for SUI, http://www.fda.gov/medicaldevices/productsandmedicalprocedures/impla ntsandprosthetics/default.htm (updated March 27, 2013) |
| http___www.voicesforpfd - AUGS Patient Information: Mesh Information for Patients with Pelivic Floor |
| ICS (International Continence Society) - "ICS Fact Sheets: A Background to Urinary and Faecal Incontinence" |
| IUGA (International Urogynecological Association) - "Stress Urinary Incontinence: A Guide for Women" |
| IUGA Pelvic Organ Prolapse. A Guide for Women. 2011 |
| NICE (National Institute for Health and Care Excellence) - "Urinary incontinence: The management of urinary incontinence in women" (clinical guideline 171) |
| Society of Gynecologic Surgeons (SGS) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks. |
| TVT Instructions For Use |
| www.augs website 2014 Mar 12 - AUGS SUFU FAQs for Patients and Providers re MUS for SUI |
| |
| **Other** |
| Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1> |
| TVT & TVT-O Long Term Studies (94 pages) |

Zaslau, Stanley - Materials List.updated 3.1.16.XLSX

MDL 200 Wave 1

| Expert Reports |
| --- |
| 2.1.16 Dr. Daniel Elliott Prolift Expert Report - Ethicon Wave 1 |
| 2.1.16 Daniel Elliott TVT Report |
| 2.1.16 Final Blaivas Wave 1 TVT-O Report with Attachments |