# Exhibit A

| Region | Division | Sales Rep | Sales Rep First Name | Terr. No | Territory Name | Preceptee Last Name | Preceptee First Name | Title | Specialty | Hospital Name | HCS# | Address | City | ST | Zip | Type/Brand of Sling Used | Current Graft or Kit Used (Apogee, Perogee, Gynemesh, Prolene, etc.) | SS Ligament (IVS Posterior? Capio Device? Sutures?) | Anterior | Posterior | Total Number of Pelvic Floor Procedures per Month | # PROLIFT cases/mo. | Owner of Preceptor | # PROLIFT cases/mo. | GYNECARE PROLIFT Course attended | Event Date | Site Name | Site City | Site State | Additional Training needs: 1 - None 2 - Preceptorship 3 - Cadaver Lab 4 - Proctorship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Central | P. St. Hilaire | Mayo | Mike | 315 | Gp Little Rock | Brizzolara | John | M.D. | Urologist | | | | | | | | | | | | | | B. Zipfel | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Central | C. Pypcznski | Margoles | Andrea | 324 | Gp Raleigh | Carbone | Joseph | M.D. | Urologist | | | | | | | | | | | | | | B. Zipfel | 0 | Cadaver Lab/Trip to France | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Central | C. Riedley | Gamez | Jose | 385 | Gp Dallas West | England | Michael J. | M.D. | Urogynecologist | | | | | | | | | | | | | | J. Gamez | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Central | C. Riedley | Matthews | Cory | 856 | Gp New Orleans | Franco | Nicholas | M.D. | Urologist | | | | | | | | | | | | | | B. Zipfel | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Central | G. Prine | Drabyk | Craig | 338 | Gp Mobile | Hanes | Charles R. | M.D. | Urogynecologist | | | | | | | | | | | | | | B. Zipfel | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Central | P. St. Hilaire | Gilliam | David | 304 | Gpd Knoxville East | Laing | Brent | M.D. | Gynecologist | | | | | | | | | | | | | | D. Gilliam | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Central | G. Prine | Mitseas | Selena | 322 | Gp Miami South | Sepulveda | Jaime | M.D. | Urogynecologist | | | | | | | TVT-0 | Gynemesh | SS Ligament | | | | | S. Mitseas | 0 | #REF! | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Central | G. Prine | Drabyk | Craig | 338 | Gp Mobile | Shoemaker | Marshall D. | M.D. | Gynecologist | | | | | | | | | | | | | | G. Prine | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Central | P. St. Hilaire | Harris | Dana | 378 | Gp Nashville | Zimmerman | Carl | M.D. | Gynecologist | | | | | | | | | | | | | | D. Harris | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Eastern | T. Connell | Heller | Kim | 896 | Gp Allentown | Lucente | Vincent R. | M.D. | Urogynecologist | | | | | | | | | | | | | | A. London Brown | | | | | | | 1 |
| Eastern | | | | | | Rogers | Robert | M.D. | | | | | | | | | | | | | | | **K. Munchel** | | | | | | | |
| Eastern | C. Pypcznski | Librizzi | Vince | 374 | Gp Charlotte | Atkinson, Jr. | Samuel | M.D. | Gynecologist | | | | | | | | | | | | | | B. Zipfel | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Eastern | C. Pypcznski | Gatewood | James | 375 | Gp Virginia Beach | Crockford | Jon L. | M.D. | Gynecologist | | | | | | | | | | | | | | J. Gatewood | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | 2 - w/Lucente |
| Eastern | C. Pypcznski | Kelley | Thomas | 379 | Gp Winston / Asheville | Garris | Jeffrey | M.D. | Urogynecologist | | | | | | | | | | | | | | C. Pypcznski | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Eastern | T. Connell | Bates | Rick | 316 | Gp Cleveland | Goldman | Howard B. | M.D. | Urologist | | | | | | | | | | | | | | R. Bates | 0 | Preceptorship | 3/22/2005 | Lille University Hospital | Lille | France | |
| Eastern | | De Filippo | Robert | 883 | | Hatangadi | Shyam | M.D. | | | | | | | | | | | | | | | ? | | | | | | | |
| Eastern | | | | | | Karram | Mickey | M.D. | | | | | | | | | | | | | | | ? | | | | | | | |
| Eastern | M. Henderson | Moore | Nathan | 320 | Gp Connecticut East | Mendelovici | Raul | M.D. | Urogynecologist | | | | | | | | | | | | | | M. Henderson | 0 | Preceptorship/France | 3/22/2005 | Lille University Hospital | Lille | France | |
| Eastern | | De Filippo | Robert | 883 | | Mokrzycki | Mark L. | M.D. | | | | | | | | | | | | | | | ? | | | | | | | |
| Eastern | | Megan | Joe | | | Nitti | Victor | M.D. | | | | | | | | | | | | | | | ? | | | | | | | |
| Eastern | T. Connell | Bates | Rick | 316 | Gp Cleveland | Paraiso | Marie | M.D. | Urogynecologist | | | | | | | | | | | | | | R. Bates | #REF! | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Eastern | T. Connell | De Filippo | Robert | 883 | Gp Jersey N | Riachi | Labib E. | M.D. | Urogynecologist | | | | | | | | | | | | | | T. Connell | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Eastern | M. Henderson | Doyle | Melissa | 314 | Gp Boston North | Rosenblatt | Peter L. | M.D. | Urogynecologist | | | | | | | | | | | | | | M. Doyle | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Eastern | C. Pypcznski | Bartz | Jamie | 333 | Gp Baltimore | Wright | E. James | M.D. | Urologist | | | | | | | | | | | | | | C. Pypcznski | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Eastern | | De Filippo | Robert | 883 | | Riachi | Labib E. | M.D. | | | | | | | | | | | | | | | ? | | | | | | | |
| Western | P. Murasko | Jacobson | Krista | 348 | Gp Milwaukee | Miller | Dennis P. | M.D. | Urogynecologi | | | | | | | | | | | | | | A. Vie | | | | | | | 1 |
| Western | C. Riedley | McGee | Howard | 336 | Gp Kansas City | Robinson | David B. | M.D. | Urogynecologi | | | | | | | | | | | | | | M. Oldelehr | | | | | | | 1 |
| Western | T. Sweatt | Hoepfner | Melissa | 895 | Gp Mn / Wi | Raders | James L. | M.D. | Gynecologist | | | | | | | | | | | | | | **M. Oldelehr** | | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | 1 |
| Western | Open | Garman | Christopher | 370 | Gp Seattle N | Grier | Douglas H. | M.D. | Urologist | | | | | | | | | | | | | | L. Campbell/C. Garman | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Western | T. Sweatt | Hoepfner | Melissa | 895 | Gp MN / WI | Kirkemo | Aaron K. | M.D. | Urologist | | | | | | | | | | | | | | M. Oldelehr | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Western | P. Murasko | Vasquez | Jose | 347 | Gp Grand Rapids | LaGrand | John | M.D. | Urogynecologist | | | | | | | | | | | | | | J. Vasquez | 0 | Preceptorship/France | 1/10/2005 | Lille University Hospital | Lille | France | |
| Western | D. Abely | Berry | Kevin | 308 | Gp Arizona South | Marshburn | Paul W. | M.D. | Urogynecologist | | | | | | | | | | | | | | K. Berry | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Western | D. Abely | Phillips | Teresa | 312 | Gp Los Angeles Ii | Nguyen | Nguyen K. | M.D. | Urogynecologist | | | | | | | | | | | | | | L. Campbell | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | |
| Western | P. Murasko | Vasquez | Jose | 347 | Gp Grand Rapids | Van Drie | Douglas | M.D. | Urogynecologist | | | | | | | | | | | | | | J. Vasquez | 0 | Cadaver Lab | 12/11/2004 | St Peters University Hosp | New Brunswick | NJ | 1 |
| Central | SE Storm | Eric Montgomery | Eric Montgomery | | | Webb | Eric | MD | | North MS Medical Center | 45200 | 830 South Gloster St. | Tupelo | MS | 38801 | TVTO | GYNEMESH | SS Ligament | 6 | 6 | | 12 | | | | | | | | |
| Central | SE Storm | Eric Montgomery | Eric Montgomery | | | Summitt | Robert | MD | | Baptist Womens | 76150 | 6225 Humphreys Blvd | Memphis | TN | 38120 | TVTO | GYNEMESH | SS Ligament | 7 | 7 | | 14 | | | | | | | | |
| Central | SE Storm | Eric Montgomery | Eric Montgomery | | | Portera | Greg | MD | | Baptist Womens | 76150 | 6225 Humphreys Blvd | Memphis | TN | 38120 | Makes own / Prolene | Prolene | SS Ligament | 10 | 10 | | 20 | | | | | | | | |
| Central | Stars/Stripes | Jose Gamez | Jose Gamez | | | England | Michael J. | MD | | Harris Methodist Ft Worth | 3683 | 1301 Pennsylvania Ave | Ft Worth | TX | 76104 | TVT-O | Gynemesh | IVS | 15 | 15 | | 30 | | | | | | | | |
| Central | Stars/Stripes | Jose Gamez | Jose Gamez | | | Abbot | Phillip | MD | | Harris Methodist Ft Worth | 3683 | 1301 Pennsylvania Ave | Ft Worth | TX | 76104 | Monarch | Debacke | | 8 | 8 | | 16 | | | | | | | | |
| Central | Stars/Stripes | Jose Gamez | Jose Gamez | | | Sarmini | Robert | MD | | Medical Ctr of Arlington | 6688 | 3301 Matlock Rd | Arlington | TX | 76015 | TVT-O | Gynemesh | AMS/IVS | 5 | 5 | | 10 | | | | | | | | |
| Central | Stars/Stripes | Jose Gamez | Jose Gamez | | | Hantes | Jeffery | MD | | Baylor All Saints Ft Worth | 3682 | 1400 8th Ave | Ft Worth | TX | 76104 | TVT-O | Gynemesh | AMS/IVS | 5 | 5 | | 10 | | | | | | | | |
| Central | Atlantic | Selena Mitseas | Selena Mitseas | | | Medina | Carlos | MD | | Jackson Memorial Hospital | 4901 | 1611 nw 12th ave. | Miami | Fl. | 33136 | TVT-O/Ob-Tape | Gynemesh | ssf | 14 | 14 | | 28 | | | | | | | | |
| Central | Atlantic | Selena Mitseas | Selena Mitseas | | | Cardella | Anthony | MD | | Baptist Hospital | 2935 | 8900 n. kendall dr. | Miami | Fl. | 33176 | Monarc | Repliform | Capio | 12 | 12 | | 24 | | | | | | | | |
| Central | SE Storm | Scott Finley | Scott Finley | | | Schwarz | Sue | MD | | Ft Sanders Parkwest | 7050 | 9352 Parkwest Blvd | Knoxville | TN | 37923 | Trained on TVTO | Gynemesh | Tension-Free | 6 | 6 | | 12 | | | | | | | | |
| Central | SE Storm | Scott Finley | Scott Finley | | | Krishnan | Lalita | MD | | Methodist Medical Center | 18161 | 990 Oak Ridge Turnpike | Oak Ridge | TN | 37830 | TVTO | Gynemesh | Capio | 5 | 5 | | 10 | | | | | | | | |
| Central | SE Storm | Scott Finley | Scott Finley | | | St. Mary's | St. Mary's | MD | | Michael Fields | 6176 | 900 E Oak Hill Avenue | Knoxville | TN | 37917 | TVTO | Gynemesh | Sutures | 4 | 4 | | 8 | | | | | | | | |
| Central | SE Storm | Scott Finley | Scott Finley | | | Glover | Greg | MD | | Etenn Baptist | 3016 | 137 Blount Ave SE | Knoxville | TN | 37920 | TVTO | Gynemesh | Sutures | 6 | 6 | | 12 | | | | | | | | |
| Central | SE Storm | Scott Finley | Scott Finley | | | Brown | Jeffrey | MD | | Baptist Hosp West | 79713 | 10820 Parkside Drive | Knoxville | TN | 37922 | TVTO | Gynemesh | Tension-Free | 5 | 5 | | 10 | | | | | | | | |
| Central | SE Storm | Scott Finley | Scott Finley | | | Dell | Jeffrey | MD | | Ft Sanders Parkwest | 7050 | 9352 Parkwest Blvd | Knoxville | TN | 37923 | TVTO | Pelvisoft | Sutures | 12 | 12 | | 24 | | | | | | | | |
| Eastern | capital | | | | | Wright | Wright | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | capital | | | | | Wellgoss | Wellgoss | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | big east | | | | | Serels | Serels | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | capital | | | | | Dupont | Dupont | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | victory | | | | | Heit | Heit | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | north east | | | | | Toglia | Toglia | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | capital | | | | | Mc Kinney | Mc Kinney | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | big east | | | | | Nitti | Nitti | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | victory | | | | | Karram | Karram | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | big east | | | | | Lind | Lind | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | capital | | | | | Crockford | Crockford | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | north east | | | | | Hessami | Hessami | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | big east | | | | | Garely | Garely | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | north east | | | | | Culligan | Culligan | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | capital | | | | | Ellerkman | Ellerkman | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | capital | | | | | Carbone | Carbone | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | capital | | | | | Garris | Garris | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | | | | | | Segan | Segan | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | | | | | | Cindy | Cindy | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | | | | | | Johnson | Johnson | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | | | | | | Gordon | Gordon | MD | | | | | | | | | | | | | | | | | | | | | | |
| Eastern | | | | | | Iglesia | Iglesia | MD | | | | | | | | | | | | | | | | | | | | | | |

| Reg | Div | Representative | HCS# | Hospital Name | Address | City | ST | Zip | Name of Surgeon (s) in Account | Specialty | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Central | Grits | Eric Montgomery | 45200 | North MS Medical Center | 830 South Gloster St. | Tupelo | MS | 38801 | Eric Webb | OBGYN | |
| Central | Grits | Eric Montgomery | 76150 | Baptist Womens | 6225 Humphreys Blvd | Memphis | TN | 38120 | Robert Summitt | UROGYN | |
| Central | Grits | Eric Montgomery | 76150 | Baptist Womens | 6225 Humphreys Blvd | Memphis | TN | 38120 | Greg Portera | UROGYN | |
| Central | Stars/Stripes | Jose Gamez | 3683 | Harris Methodist Ft Worth | 1301 Pennsylvania Ave | Ft Worth | TX | 76104 | Michael England | UroGyn | Largest Gynemesh user in US |
| Central | Stars/Stripes | Jose Gamez | 3683 | Harris Methodist Ft Worth | 1301 Pennsylvania Ave | Ft Worth | TX | 76104 | Phillip Abbott | UroGyn | |
| Central | Stars/Stripes | Jose Gamez | 6688 | Medical Ctr of Arlington | 3301 Matlock Rd | Arlington | TX | 76015 | Robert Sarmini | Gyn | Lucentee tnd w/ TVT-O, tension free Gynemesh |
| Eastern | capital | | | | | | | | Wellgoss | | |
| Eastern | big east | | | | | | | | Serels | | |
| Eastern | capital | | | | | | | | Dupont | | |
| Eastern | victory | | | | | | | | Heit | | |
| Eastern | north east | | | | | | | | Toglia | | |
| Eastern | capital | | | | | | | | Mc Kinney | | |
| Eastern | big east | | | | | | | | Nitti | | |
| Eastern | victory | | | | | | | | Karram | | |
| Eastern | big east | | | | | | | | Lind | | |
| Central | Stars/Stripes | Jose Gamez | 3682 | Baylor All Saints Ft Worth | 1400 8th Ave | Ft Worth | TX | 76104 | Jeffery Hantes | Gyn | Lucentee tnd w/ TVT-O, tension free Gynemesh |
| Central | Atlantic | Selena Mitseas | 4901 | Jackson Memorial Hospital | 1611 nw 12th ave. | Miami | Fl. | 33136 | Carlos Medina | UROGYN | Dr. Medina has started to utilize Gynemesh in repairs - Tension Free |
| Central | Atlantic | Selena Mitseas | 2935 | Baptist Hospital | 8900 n. kendall dr. | Miami | Fl. | 33176 | Anthony Cardella | UROGYN | Dr. Cardella will be going to observe Dr. Lucente in Feb. |
| Central | SE Storm | Scott Finley | 7050 | Ft Sanders Parkwest | 9352 Parkwest Blvd | Knoxville | TN | 37923 | Sue Schwarz | Gyn | Using Gynemesh Tension-Free |
| Central | SE Storm | Scott Finley | 18161 | Methodist Medical Center | 990 Oak Ridge Turnpike | Oak Ridge | TN | 37830 | Lalita Krishnan | Gyn | Been Trained on IVS |
| Central | SE Storm | Scott Finley | 6176 | Michael Fields | 900 E Oak Hill Avenue | Knoxville | TN | 37917 | St. Mary's | Gyn | Used Gynemesh for 1 1/2 years |
| Central | SE Storm | Scott Finley | 3016 | Etenn Baptist | 137 Blount Ave SE | Knoxville | TN | 37920 | Greg Glover | Gyn | Used Gynemesh |
| Central | SE Storm | Scott Finley | 79713 | Baptist Hosp West | 10820 Parkside Drive | Knoxville | TN | 37922 | Jeffrey Brown | Gyn | Used Gynemesh for 1 1/2 years |
| Central | SE Storm | Scott Finley | 7050 | Ft Sanders Parkwest | 9352 Parkwest Blvd | Knoxville | TN | 37923 | Jeffrey Dell | Urogyn | |
| Western | Big Ten | Domingo Vasquez | 3288 | Spectrum Health | 2100 Michigan | Grand Rapids | Mi | 49506 | VanDrie | GYN | Uses TVT-O/ Apogee/ Perogee/Veritas/Pelvicol |
| Western | Big Ten | Domingo Vasquez | 3288 | Spectrum Health | 2100 Michigan | Grand Rapids | Mi | 49506 | LaGrand | GYN | Going to Lille on 11 Jan. |
| Western | Big Ten | Domingo Vasquez | 3288 | Spectrum Health | 2100 Michigan | Grand Rapids | Mi | 49506 | Hoekstra | Uro | Uses Prolene Soft exclusively. Has done 3 Apogee/Perogee |
| Western | Big Ten | Domingo Vasquez | 3288 | Spectrum Health | 2100 Michigan | Grand Rapids | Mi | 49506 | Wittingen | GYN | |
| Western | Big Ten | Domingo Vasquez | 25529 | Sparrow | 1200 E. Michigan | Lansing | Mi | 48912 | Takyi | Gyn | Wants to be trained soon. |
| Western | Big Ten | Domingo Vasquez | 3278 | WA Foote | 100 E. Michigan | Jackson | Mi | 49201 | Pinson | Uro | Wanting to trained soon. |
| Western | Big Ten | Domingo Vasquez | 3288 | Spectrum Health | 2100 Michigan | Grand Rapids | Mi | 49506 | Marks | GYN | Trained on Apogee/Perogee |
| West | Icebox | Scott Jones | 28483 | Rose Medical Center | | Denver | CO | | Oscar Aguirre | Uro-GYN | Has used Gynemesh 10 times with stammey needles to replicate Prolift -- can't wait for sterile product |
| West | Icebox | Scott Jones | 6764 | St. Joseph's Hospital | | Denver | CO | | Kristinell Keil | Uro-GYN | |
| West | Icebox | Scott Jones | 6764 | St. Joseph's Hospital | | Denver | CO | | Andrew McBride | Uro-GYN | |
| West | Icebox | Scott Jones | 5657 | Univ. of Colorado | | Denver | CO | | Brian Flynn | Urologist | |
| West | Icebox | Scott Jones | 63339 | Spearfish Surgery Center | | Spearfish | SD | | Greg McAdoo | GYN | |
| West | Icebox | Scott Jones | 9885 | North Suburban Medical Center | | Thornton | CO | | Steve Volin | GYN | Will train on TVT-O in Q1 |

| Region | Division | Sales Rep | Sales Rep First Name | Terr. No | Territory Name | Preceptee Last Name | Preceptee First Name | Title | Specialty | Hospital Name | HCS# | Address | City | ST | Zip | Type/Brand of Sling Used | Current Graft or Kit Used (Apogee, Perogee, Gynemesh, Prolene, etc.) | SS Ligament (IVS Posterior? Capio Device? Sutures?) | Anterior | Posterior | Total Number of Pelvic Floor Procedures per Month | # PROLIFT cases/mo. | Owner of Preceptor | # PROLIFT cases/mo. | GYNECARE PROLIFT Course attended | Event Date | Site Name | Site City | Site State | Additional Training needs: 1 - None 2 - Preceptorship 3 - Cadaver Lab 4 - Proctorship | Reg | Div | Representative | HCS# | Hospital Name | Address | City | ST | Zip | Name of Surgeon (s) in Account | Specialty | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West | Icebox | Scott Jones | Scott Jones | | | Aguirre | Oscar | MD | | Rose Medical Center | 28483 | | Denver | CO | | TVT & TVT-O | Gynemesh | Capio | 10 | 8 | | 18 | | | | | | | | | West | Icebox | Scott Jones | 9885 | North Suburban Medical Center | | Thornton | CO | | Vernon Naake | GYN | Will train on TVT-O in Q1 |
| West | Icebox | Scott Jones | Scott Jones | | | Keil | Kristinell | MD | | St. Joseph's Hospital | 6764 | | Denver | CO | | TVT & TVT-O | Tutoplast | Suture | 8 | 8 | | 16 | | | | | | | | | West | Icebox | Scott Jones | 6815 | United Medical Center West | | Cheyenne | WY | | Ed McGuire | GYN | |
| West | Icebox | Scott Jones | Scott Jones | | | McBride | Andrew | MD | | St. Joseph's Hospital | 6764 | | Denver | CO | | TVT | Gynemesh | Suture | 6 | 6 | | 12 | | | | | | | | | West | Icebox | Scott Jones | 3605 | Regional West Medical Center | | Scottsbluff | NE | | Loren Faborg | GYN | |
| West | Icebox | Scott Jones | Scott Jones | | | Glynn | Brian | MD | | Univ. of Colorado | 5657 | | Denver | CO | | TVT & TVT-O | Gynemesh | Suture | 6 | 4 | | 10 | | | | | | | | | West | Icebox | Scott Jones | 6764 | St. Joseph's Hospital | | Denver | CO | | Terry Johnson | Uro-GYN | |
| West | Icebox | Scott Jones | Scott Jones | | | McAdoo | Greg | MD | | Spearfish Surgery Center | 63339 | | Spearfish | SD | | TVT & TVT-O | Gynemesh | Suture | 5 | 4 | | 9 | | | | | | | | | West | Icebox | Scott Jones | 28483 | Rose Medical Center | | Denver | CO | | James C. Lukban | Uro-GYN | |
| West | Icebox | Scott Jones | Scott Jones | | | Volin | Steve | MD | | North Suburban Medical Center | 9885 | | Thornton | CO | | TVT | Gynemesh | Suture | 5 | 5 | | 10 | | | | | | | | | West | Icebox | Kevin Berry | 11605 | Banner Thunderbird | 5555 West Thunderbird Road | Glendale | AZ | 85741 | Paul Marshburn | Uro-Gyn | |
| West | Icebox | Scott Jones | Scott Jones | | | Naake | Vernon | MD | | North Suburban Medical Center | 9885 | | Thornton | CO | | TVT | Gynemesh | Suture | 5 | 5 | | 10 | | | | | | | | | West | Desert | Kevin Berry | 9938 | Northwest Medical | 6200 N. La Cholla Boulevard | Tucson | AZ | 85741 | Alton Hallum, M.D. | Gyn-Onc | Largest user of Gynemesh in territory-recently trained with Apigee and Perigee |
| West | Icebox | Scott Jones | Scott Jones | | | McGuire | Ed | MD | | United Medical Center West | 6815 | | Cheyenne | WY | | Monarch | Gynemesh | Suture | 5 | 5 | | 10 | | | | | | | | | West | Desert | Kevin Berry | 3760 | Banner Desert Samaritan | 1400 S. Dobson | Mesa | AZ | 85202 | Sharon Boyer, D.O. | Uro-Gyn | Just moved to Mesa, practice taking off |
| West | Icebox | Scott Jones | Scott Jones | | | Faborg | Loren | MD | | Regional West Medical Center | 3605 | | Scottsbluff | NE | | TVT / IVS | IVS | | 4 | 4 | | 8 | | | | | | | | | West | Desert | Kevin Berry | 3760 | Banner Desert Samaritan | 1400 S. Dobson | Mesa | AZ | 85202 | Ronald Buton, M.D. | Gyn | |
| West | Icebox | Scott Jones | Scott Jones | | | Johnson | Terry | MD | | St. Joseph's Hospital | 6764 | | Denver | CO | | TVT-O | Tutoplast | Suture | 12 | 10 | | 22 | | | | | | | | | West | Desert | Kevin Berry | 16748 | Surgicenter | 1040 E. McDowell | Phoenix | AZ | 85006 | Scott Crawford, M.D.Gyn | | |
| West | Icebox | Scott Jones | Scott Jones | | | Lukban | James | MD | | Rose Medical Center | 28483 | | Denver | CO | | Monarch | Apogee/Perogee | Capio | 8 | 4 | | 12 | | | | | | | | | West | Desert | Kevin Berry | 44487 | Arrowhead Community | 18701 N 67th Avenue | Glendale | AZ | 85308 | William Castro, M.D. | Gyn | |
| West | Desert | Kevin Berry | Kevin Berry | | | Marshburn | Paul | MD | | Banner Thunderbird | 11605 | 5555 West Thunderbird Road | Glendale | AZ | 85741 | TVT/TVT-O | Gynemesh/Apogee/ Perigee | Y | 20 | 16 | | 36 | | | | | | | | | West | Desert | Kevin Berry | 9938 | Northwest Medical | 6200 N. La Cholla Boulevard | Tucson | AZ | 85741 | Mitzi Barmatz, M.D. | Uro | |
| West | Desert | Kevin Berry | Kevin Berry | | | Hallum | Alton | MD | | Northwest Medical | 9938 | 6200 N. La Cholla Boulevard | Tucson | AZ | 85741 | TVT-O/Monarc | Gynemesh/Apogee/ Perigee | Y | 14 | 10 | | 24 | | | | | | | | | West | Desert | Kevin Berry | 9938 | Northwest Medical | 6200 N. La Cholla Boulevard | Tucson | AZ | 85741 | William Kuo, M.D. | Uro | |
| West | Desert | Kevin Berry | Kevin Berry | | | Boyer | Sharon | MD | | Banner Desert Samaritan | 3760 | 1400 S. Dobson | Mesa | AZ | 85202 | TVT/TVT-O | Gynemesh | | 10 | 10 | | 20 | | | | | | | | | West | Desert | Kevin Berry | 3766 | Tucson Medical Center | 5301 E. Grant Rd. | Tucson | AZ | 85712 | Craig Comiter, M.D. | Uro | |
| West | Desert | Kevin Berry | Kevin Berry | | | Buton | Ronald | MD | | Banner Desert Samaritan | 3760 | 1400 S. Dobson | Mesa | AZ | 85202 | TVT-O | Repliform | Y | 14 | 8 | | 22 | | | | | | | | | West | Desert | Kevin Berry | 11605 | Banner Thunderbird | 5555 West Thunderbird Road | Glendale | AZ | 85741 | Howard Tay, M.D. | Uro | |
| West | Desert | Kevin Berry | Kevin Berry | | | Crawford | Scott | MD | | Surgicenter | 16748 | 1040 E. McDowell | Phoenix | AZ | 85006 | TVT-O | Prolene | Y | 10 | 6 | | 16 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3451 | Good Sam (Christ) | 3815 Highland Ave | Lombard | IL | 60126 | Denise Elser, MD | UroGyn | Gynecare Preceptor, has been working more closely with AMS; Unable to attend lab in December - VERY interested in attending training. Moving to territory 2/1. |
| West | Desert | Kevin Berry | Kevin Berry | | | Castro | William | MD | | Arrowhead Community | 44487 | 18701 N 67th Avenue | Glendale | AZ | 85308 | Monarc | Apogee/Perigee | Y | 8 | 6 | | 14 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3451 | Good Sam (Christ) | 3815 Highland Ave | Lombard | IL | 60126 | Bill Koback, MD | UroGyn | More conservative than partner, but will often follow Dr. Elser's lead with new products |
| West | Desert | Kevin Berry | Kevin Berry | | | Barmatz | Mitzi | MD | | Northwest Medical | 9938 | 6200 N. La Cholla Boulevard | Tucson | AZ | 85741 | Monarc | Gynemesh | Capio | 10 | | | 10 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3472 | Rush / Cook County | 1653 W. Congress Pkwy | Chicago | IL | 60612 | Bruce Rosenzweig, MD | Urogyn | Very skilled pelvic floor surgeon, typically very conservative, but high level of interest in Pro Lift |
| West | Desert | Kevin Berry | Kevin Berry | | | Kuo | William | MD | | Northwest Medical | 9938 | 6200 N. La Cholla Boulevard | Tucson | AZ | 85741 | Monarc | Gynemesh | Capio | 10 | | | 10 | | | | | | | | | West | 67 | Jennfer Rischitelli | 4161 | LaGrange | 5101 Willow Springs Ave | LaGrange | IL | 60525 | Arturo Menchaca, MD | UroGyn | Current preceptor for Bard / Pelvichol and Mentor / ObTape |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Elser | Denise | MD | | Good Sam (Christ) | 3451 | 3815 Highland Ave | Lombard | IL | 60126 | TVT / Monarch | Parogee / Gynemesh | IVS Posterior | 10 | 5 | | 15 | | | | | | | | | West | 67 | Jennfer Rischitelli | 6480 | Provena St. Joe's | 333 Madison Street | Joliet | IL | 60435 | Jeff Andros, MD | Urology | |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Koback | Bill | MD | | Good Sam (Christ) | 3451 | 3815 Highland Ave | Lombard | IL | 60126 | Monarch | Pelvichol / Gynemesh / perogee | IVS Posterior | 8 | 4 | | 12 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3472 | Rush | 1653 W. Congress Pkwy | Chicago | IL | 60612 | Joel Slutsky, MD | Urology | Used to be AMS preceptor, currently involved in BS study for Advantage , very busy. |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Rosenzweig | Bruce | MD | | Rush / Cook County | 3472 | 1653 W. Congress Pkwy | Chicago | IL | 60612 | TVT-O | Primarly suture | Suture | 10 | 5 | | 15 | | | | | | | | | West | 67 | Jennfer Rischitelli | 4165 | Illinois Masonic Med Cntr | 836 W. Wellington | Chicago | IL | 60657 | Sean George, MD | UroGyn | |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Menchaca | Arturo | MD | | LaGrange | 4161 | 5101 Willow Springs Ave | LaGrange | IL | 60525 | Obtape | Pelvichol / Gynemesh / perogee | IVS Posterior | 10 | 10 | | 20 | | | | | | | | | West | 67 | Jennfer Rischitelli | 5270 | UIC | 912 S. Paulina | Chicago | IL | 60612 | Andrew Brill, MD | GYN | Interested in doing more pelvic floor |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Andros | Jeff | MD | | Provena St. Joe's | 6480 | 333 Madison Street | Joliet | IL | 60435 | Advantage | Repliform | Capio | 5 | 5 | | 10 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3444 | MacNeil Hospital | 3249 S. Oak Park Ave | Berwyn | IL | 60402 | Sandy Culbertson, MD | UroGyn | Farily conservative. |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Slutsky | Joel | MD | | Rush | 3472 | 1653 W. Congress Pkwy | Chicago | IL | 60612 | Sparc / TVTO | Cad. Faschia (AMS) | Suture | 8 | 4 | | 12 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3504 | La A Weiss Hospital | 4646 N. Marine Dr | Chicago | IL | 60640 | Abe Shashoua, MD | GYN | |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | George | Sean | MD | | Illinois Masonic Med Cntr | 4165 | 836 W. Wellington | Chicago | IL | 60657 | TVT | Gynemesh | Capio | 6 | 0 | | 6 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3491 | St. Mary's | 2233 W. Division | Chicago | IL | 60622 | Dr. Mercado | GYN | May be moving to California |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Brill | Andrew | MD | | UIC | 5270 | 912 S. Paulina | Chicago | IL | 60612 | TVT-O | Gynemesh | IVS Posterior | 4 | 4 | | 8 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3432 | Loyola | 2160 S. First Ave | Chicago | IL | 60513 | Linda Brubaker, MD | UroGyn | By far these 3 docs represent the largest potential in my territory; although they have the skill to do the procedure, but have just started using synthetics. |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Culbertson | Sandy | MD | | MacNeil Hospital | 3444 | 3249 S. Oak Park Ave | Berwyn | IL | 60402 | TVT | Gynemesh | Suture | 3 | 4 | | 12 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3432 | Loyola | 2160 S. First Ave | Chicago | IL | 60513 | MaryPat Fitzgerald, MD | UroGyn | |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Shashoua | Abe | MD | | La A Weiss Hospital | 3504 | 4646 N. Marine Dr | Chicago | IL | 60640 | TVT-O | Gynemesh | Capio | 8 | 6 | | 14 | | | | | | | | | West | 67 | Jennfer Rischitelli | 3432 | Loyola | 2160 S. First Ave | Chicago | IL | 60513 | Kim Kenton, MD | UroGyn | |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Mercado | Dr. Mercado | MD | | St. Mary's | 3491 | 2233 W. Division | Chicago | IL | 60622 | TVT | Gynemesh | | 5 | 4 | | 9 | | | | | | | | | Western | 7 | Glen Johnstone | 66001 | SUMMERLIN MED CENTER | 657 TOWN CENTER DR | Las Vegas | NV | 89144 | Warren Volker | Gyn | OBGYN chief |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Brubaker | Linda | MD | | Loyola | 3432 | 2160 S. First Ave | Chicago | IL | 60513 | Burch | none | Suture | 15 | 15 | | 30 | | | | | | | | | Western | 7 | Glen Johnstone | 5708 | CARSON TAHOE HOSP | 5055 METRIC WAY | Carson City | NV | 89706 | Sam Chacon | Gyn | |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Fitzgerald | MaryPat | MD | | Loyola | 3432 | 2160 S. First Ave | Chicago | IL | 60513 | TVT | none | Suture | 10 | 10 | | 20 | | | | | | | | | Western | 7 | Glen Johnstone | 63812 | SUNRISE MOUTAINVIEW HOSP | 3100 N. TENAYA WAY | Las Vegas | NV | 89128 | Victor Grigoriev | Uro | |
| West | 67 | Jennfer Rischitelli | Jennfer Rischitelli | | | Kenton | Kim | MD | | Loyola | 3432 | 2160 S. First Ave | Chicago | IL | 60513 | Burch | none | Suture | 10 | 10 | | 20 | | | | | | | | | Western | 7 | Glen Johnstone | 80622 | SPG VLY HOSP MEDCL BLVD | 5400 S RAINBOW BLVD | Las Vegas | NV | 89118 | Sheldon Freedman | Uro | TVT Preceptor |
| West | Desert | Kevin Berry | Kevin Berry | | | Comiter | Craig | MD | | Tucson Medical Center | 3766 | 5301 E. Grant Rd. | Tucson | AZ | 85712 | Monarc | Gynemesh | Y | 8 | 4 | | 12 | | | | | | | | | Western | 7 | Glen Johnstone | 7104 | SUNRISE HOSP & MED CTR | 3186 MARYLAND PKWY | Las Vegas | NV | 89109 | Geoff Hsieh | Urogyn | TVT Preceptor |
| West | Desert | Kevin Berry | Kevin Berry | | | Tay | Howard | MD | | Banner Thunderbird | 11605 | 5555 West Thunderbird Road | Glendale | AZ | 85741 | TVT-O | Gynemesh | Capio | 6 | | | 6 | | | | | | | | | Eastern | capital | | | | | | | | Wright | | |
| Western | Big Ten | Domingo Vasquez | Domingo Vasquez | | | VanDrie | VanDrie | MD | | Spectrum Health | 3288 | 2100 Michigan | Grand Rapids | MI | 49506 | TVT-O | Apogee/Perogee, Prolene Soft | IVS/Capio | 6 | 6 | | 16 | | | | | | | | | Eastern | capital | | | | | | | | Crockford | | |
| Western | Big Ten | Domingo Vasquez | Domingo Vasquez | | | LaGrand | LaGrand | MD | | Spectrum Health | 3288 | 2100 Michigan | Grand Rapids | MI | 49506 | TVT-O | Prolene Soft | Capio | 6 | 6 | | 12 | | | | | | | | | Eastern | north east | | | | | | | | Hessami | | |
| Western | Big Ten | Domingo Vasquez | Domingo Vasquez | | | Hoekstra | Hoekstra | MD | | Spectrum Health | 3288 | 2100 Michigan | Grand Rapids | MI | 49506 | Monarc | Apogee/Perogee | Capio | 6 | 6 | | 12 | | | | | | | | | Eastern | big east | | | | | | | | Garely | | |
| Western | Big Ten | Domingo Vasquez | Domingo Vasquez | | | Wittingen | Wittingen | MD | | Spectrum Health | 3288 | 2100 Michigan | Grand Rapids | MI | 49506 | TVT-O | Prolene Soft | IVS | 3 | 3 | | 6 | | | | | | | | | Eastern | north east | | | | | | | | Culligan | | |
| Western | Big Ten | Domingo Vasquez | Domingo Vasquez | | | Takyi | Takyi | MD | | Sparrow | 25529 | 1200 E. Michigan | Lansing | MI | 48912 | TVT | Prolene Soft/ | Capio | 5 | 5 | | 10 | | | | | | | | | Eastern | capital | | | | | | | | Ellerkman | | |
| Western | Big Ten | Domingo Vasquez | Domingo Vasquez | | | Pinson | Pinson | MD | | WA Foote | 3278 | 100 E. Michigan | Jackson | MI | 49201 | TVT-O | Pelvicol/Prolene Soft | No | 3 | 3 | | 6 | | | | | | | | | Eastern | capital | | | | | | | | Carbone | | |
| Western | Big Ten | Domingo Vasquez | Domingo Vasquez | | | Marks | Marks | MD | | Spectrum Health | 3288 | 2100 Michigan | Grand Rapids | MI | 49506 | Monarc | Pelvicol/Prolene Soft | Capio | 3 | 3 | | 6 | | | | | | | | | Eastern | capital | | | | | | | | Garris | | |
| Western | 7 | Glen Johnstone | Glen Johnstone | | | Volker | Warren | MD | | SUMMERLIN MED CENTER | 66001 | 657 TOWN CENTER DR | Las Vegas | NV | 89144 | TVT,TVT-O | GPSL | IVS | 8 | 5 | | 13 | | | | | | | | | Eastern | | | | | | | | | Segan | | |
| Western | 7 | Glen Johnstone | Glen Johnstone | | | Chacon | Sam | MD | | CARSON TAHOE HOSP | 5708 | 5055 METRIC WAY | Carson City | NV | 89706 | MONARCH | GPSL | IVS | 12 | 5 | | 17 | | | | | | | | | Eastern | | | | | | | | | Cindy | | |
| Western | 7 | Glen Johnstone | Glen Johnstone | | | Grigoriev | Victor | MD | | SUNRISE MOUTAINVIEW HOSP | 63812 | 3100 N. TENAYA WAY | Las Vegas | NV | 89128 | TVT-O | Repliform | Capio | 8 | 5 | | 13 | | | | | | | | | Eastern | | | | | | | | | Johnson | | |
| Western | 7 | Glen Johnstone | Glen Johnstone | | | Freedman | Sheldon | MD | | SPG VLY HOSP MEDCL CTR | 80622 | 5400 S RAINBOW BLVD | Las Vegas | NV | 89118 | TVT | GPSL | Capio | 8 | 5 | | 13 | | | | | | | | | Eastern | | | | | | | | | Gordon | | |
| Western | 7 | Glen Johnstone | Glen Johnstone | | | Hsieh | Geoff | MD | | SUNRISE HOSP & MED CTR | 7104 | 3186 MARYLAND PKWY | Las Vegas | NV | 89109 | TVT, TVT-O | GPSL | Capio | 10 | 5 | | 15 | | | | | | | | | Eastern | | | | | | | | | Iglesia | | |