# Exhibit F

Bruce A. Rosenzweig, M.D.

```
 1        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                  AT CHARLESTON
 3   IN RE: ETHICON, INC.,    :Master File No.
 4   PELVIC REPAIR SYSTEM     :2:12-MD-0237
     PRODUCTS LIABILITY       :
 5   LITIGATION               :MDL No. 2327
     ------------------------------------------
 6   THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
     THE CASES LISTED BELOW   :U.S. DISTRICT JUDGE
 7   ------------------------------------------
     Mullins, et al. V.          2:12-cv-02952
 8   Ethicon, Inc., et al.
     Sprout, et al. V.           2:12-cv-07924
 9   Ethicon, Inc., et al.
     Iquinto v. Ethicon,         2:12-cv-09765
10   Inc., et al.
     Daniel, et al. V.           2:13-cv-02565
11   Ethicon, Inc., et al.
     Dillon, et al. V.           2:13-cv-02919
12   Ethicon, Inc., et al.
     Webb, et al. V.             2:13-cv-04517
13   Ethicon, Inc., et al.
     Martinez v. Ethicon,        2:13-cv-04730
14   Inc., et al.
     McIntyre, et al. V.         2:13-cv-07283
15   Ethicon, Inc., et al.
     Oxley v. Ethicon,           2:13-cv-10150
16   Inc., et al.
     Atkins, et al. V.           2:13-cv-11022
17   Ethicon, Inc., et al.
     Garcia v. Ethicon,          2:13-cv-14355
18   Inc., et al.
     Lowe v. Ethicon,            2:13-cv-14718
19   Inc., et al.
     Dameron, et al. V.          2:13-cv-14799
20   Ethicon, Inc., et al.
21   Vanbuskirk, et al. V.       2:13-cv-16183
     Ethicon, Inc., et al.
22
23
               SEPTEMBER 22, 2015
24         BRUCE A. ROSENZWEIG, M.D.
```

```
 1   CAPTION CONTINUED:
 2   Mullens, et al. V.           2:13-cv-16564
 3   Ethicon, Inc., et al.
     Shears, et al. V.            2:13-cv-17012
 4   Ethicon, Inc., et al.
     Javins, et al. V.            2:13-cv-18479
 5   Ethicon, Inc., et al.
     Barr, et al. V.              2:13-cv-22606
 6   Ethicon, Inc., et al.
     Lambert v. Ethicon,          2:13-cv-24393
 7   Inc., et al.
     Cook v. Ethicon, Inc.        2:13-cv-29260
 8   Stevens v. Ethicon,          2:13-cv-29918
     Inc., et al.
 9   Harmon v. Ethicon, Inc.      2:13-cv-31818
     Snodgrass v. Ethicon,        2:13-cv-31881
10   Inc., et al.
     Miller v. Ethicon, Inc.      2:13-cv-32627
11   Matney, et al. V.            2:14-cv-09195
     Ethicon, Inc., et al.
12   Jones, et al. V.             2:14-cv-09517
     Ethicon, Inc., et al.
13   Humbert v. Ethicon,          2:14-cv-10640
     Inc., et al.
14   Gillum, et al. V.            2:14-cv-12756
     Ethicon, Inc., et al.
15   Whisner, et al. V.           2:14-cv-13023
     Ethicon, Inc., et al.
16   Tomblin v. Ethicon,          2:14-cv-14664
     Inc., et al.
17   Schepleng v. Ethicon,        2:14-cv-16061
     Inc., et al.
18   Tyler, et al. V.             2:14-cv-19110
     Ethicon, Inc., et al.
19   Kelly, et al. V.             2:14-cv-22079
     Ethicon, Inc., et al.
20   Lundell v. Ethicon,          2:14-cv-24911
     Inc., et al.
21   Cheshire, et al. V.          2:14-cv-24999
     Ethicon, Inc., et al.
22   Burgoyne, et al., V.         2:14-cv-28620
     Ethicon, Inc., et al.
23   Bennett, et al., V.          2:14-cv-29624
24   Ethicon, Inc., et al.
```

Bruce A. Rosenzweig, M.D.

```
 1                   -  -  -
                SEPTEMBER 22, 2015
 2                   -  -  -
 3
 4       The deposition of BRUCE A. ROSENZWEIG,
 5   M.D., called for examination, taken pursuant
 6   to the Federal Rules of Civil Procedure of the
 7   United States District Courts pertaining to the
 8   taking of depositions, taken before JULIANA F.
 9   ZAJICEK, CSR No. 84-2604, a Certified Shorthand
10   Reporter of said State of Illinois, at the offices
11   of Wexler Wallace LLP, Suite 3300, 55 West Monroe
12   Street, Chicago, Illinois, on September 22, 2015,
13   at 10:05 a.m.
14
15
16
17
18
19
20
21
22
23
24
```

```
 1      A.    We can go to page 4 and 5 where in general
 2   my expert opinions can be summarized as following.
 3      Q.    So we have numbered paragraphs with
 4   letters A, B, C, D, E, F on page 4, carrying over G,
 5   H, I, J page 5, correct?
 6      A.    That is correct.
 7      Q.    And that's a summary of your opinions?
 8      A.    That is correct.
 9      Q.    In your opinion should Ethicon's TVT
10   retropubic device be significantly changed or modified
11   in its design?
12          MR. CARTMELL:  Object to the form.
13   BY MR. SNELL:
14      Q.    And if you have such an opinion, tell me
15   how it should be changed?
16      A.    The use of a -- and we are talking about
17   an embodiment of something that is currently available
18   on the market, right?
19      Q.    No.
20      A.    So the design should be a device that uses
21   a partially absorbable mesh with -- such as Ultrapro
22   which has been shown to have less stiffness, large
23   enough pore size, light enough weight to decrease the
24   risk of the -- long-term risks of the procedure to a
```

1  level where the risk/benefit analysis is not

2  significantly skewed to the risk.

3        Q.    How many studies are there that you are

4  aware of that analyzed the TVT retropubic device with

5  the meshes currently in it?

6        A.    How many studies are there?

7        Q.    Yes, sir.

8        A.    There are a lot.

9        Q.    How many randomized control trials are

10 there for the TVT retropubic device using the prolene

11 polypropylene mesh?

12       A.    High quality, long term?

13       Q.    No, no, altogether.

14       A.    Altogether, over 100.

15       Q.    Okay.  And now, so how many of those TVT

16 retropubic device randomized control trials do you

17 believe are high quality?

18       A.    If you look at the assessment of the

19 literature that's out there, the majority are of a

20 moderate quality to low quality.  They are short-term

21 studies.  They have a low number of subjects in each

22 of the groups.  They are looking mostly at efficacy.

23 Safety is not a primary endpoint for any of the

24 long-term studies that I have seen.  They are all

1     A.    That is correct.

2     Q.    And that's the Okulu study we discussed

3 earlier today?

4     A.    That is correct.

5     Q.    That was in 2003?

6     A.    Yes.

7     Q.    So for your statement that the lighter

8 weight, larger pore mesh should have been used, you

9 can cite to a single clinical study in women with the

10 application of stress urinary incontinence, the Okulu

11 study?

12     MR. CARTMELL:  Object to the form.

13 BY THE WITNESS:

14     A.    Well, there are other studies showing the

15 why you would move to a -- in a pelvic floor

16 application to a larger pore, lighter weight, smaller

17 filament, less stiff mesh.

18 BY MR. SNELL:

19     Q.    But the larger pore, lighter weight, less

20 stiff theory that you are talking about has only been

21 tested in one study you can point me to for the

22 application of stress urinary incontinence?

23     MR. CARTMELL:  Object to the form.

24 BY MR. SNELL:

1    Q.    Correct?

2    A.    Specifically for stress urinary

3  incontinence, yes, but for -- but to show why that is,

4  there are multiple studies that show why it's

5  advantageous in the pelvic floor to have a larger

6  pore, lighter weight, less stiff mesh because of

7  processes that lead to cell death, that lead to smooth

8  muscle dysfunction, that lead to more erosions, that

9  lead to more complications.

10   Q.    The Moalli papers you are referring to are

11  not in women who received Ultrapro and who received

12  Ultrapro for stress urinary incontinence and were

13  followed over one or more years, correct?

14   A.    The multiple studies by the Moalli group

15  that looks at the stiffness of mesh and the

16  consequence of stiffness of mesh are in an animal

17  model.  There is basic science research that shows the

18  difference between the stiffness of mesh.  There are

19  multiple other clinical studies that show the decrease

20  in complications associated with a lighter weight,

21  larger pore mesh compared to a medium weight, smaller

22  pore mesh.

23   Q.    And just so I'm clear, all of the Moalli

24  papers you cited are animal model papers?

Bruce A. Rosenzweig, M.D.

1   in women who don't have exposure and don't have

2   complications, do you?

3         A.    We reviewed a paper earlier that did, but

4   in the majority of cases, no.

5         Q.    Are there any clinical studies assessing

6   TVT in women with stress urinary incontinence that

7   reports that cytotoxicity of the mesh is a cause of

8   their -- any reported complications?

9         A.    Erosion is a sign of cytotoxicity.

10        MR. SNELL:  Move to strike.

11  BY MR. SNELL:

12        Q.    You are telling me stuff I already know

13  you've told me before.  I'm trying to be respectful

14  with Tom over hear screaming at me.

15        MR. CARTMELL:  You've asked that question you

16  just asked too.

17        MR. SNELL:  I haven't asked that question.

18        MR. CARTMELL:  Yes, you have.

19        MR. SNELL:  Read back my question, please.

20                (WHEREUPON, the record was read

21                 by the reporter as requested.)

22        MR. CARTMELL:  Objection; asked and answered.

23  If you need to tell him again, tell him again.

24  BY THE WITNESS: