# Exhibit I
# Part 2



Figure S 43: TGA curves for Exxon PP3155 polypropylene.



Figure S 44: TGA thermograms for Metocene 500 MFR polypropylene.



Figure S 45: TGA thermograms for Metocene MF6504 polypropylene.



Figure S 46: TGA thermograms for Advantage polypropylene mesh.



TA Instruments Trios V3.2

Figure S 47: TGA thermograms for Lynx polypropylene mesh.



TA Instruments Trios V3.2

Figure S 48: TGA thermograms for Obtryx polypropylene mesh.



Figure S 49: TGA thermograms for Pinnacle polypropylene mesh.



Figure S 50: TGA thermograms for Prefyx polypropylene mesh.

TA Instruments Trios V3.2



Figure S 51: TGA thermograms for Solyx polypropylene mesh.



Figure S 52: TGA thermograms for Uphold polypropylene mesh.



Figure S 53: TGA runs of Pinnacle with antioxidant removed.



Figure S 54: SEM image of explanted Obtryx mesh. [XP-1]



Figure S 55: Higher Magnification image of explanted Obtryx Mesh [XP-1]



Figure S 56: Higher Magnification image of explanted Obtryx Mesh [XP-1]



Figure S 57: SEM image with regions selected for EDS.



Figure S 58: EDS Spectra from region 1 in Figure S 59.



Figure S 59: EDS Spectrum from region 2 of Figure S 59.



Figure S 60: SEM of explanted Pinnacle Mesh fibers [XP-2]



Figure S 61: SEM of explanted Pinnacle Mesh fibers [XP-2]



Figure S 62: SEM image with regions selected for EDS.



Figure S 63: EDS Spectra from region 1 in Figure S 64.



Figure S 64: EDS Spectra from region 2 in Figure S 64.



Figure S 65: SEM of explanted Pinnacle Mesh fibers [XP-4]



Figure S 66: SEM of explanted Pinnacle Mesh fibers [XP-4]



Figure S 67: SEM of explanted Pinnacle Mesh fibers [XP-4]



Figure S 68: SEM of explanted Pinnacle Mesh fibers [XP-4]



Figure S 69: SEM image with regions selected for EDS.



Figure S 70: EDS Spectra from region 1 in Figure S 71.



Figure S 71: EDS Spectra from region 2 in Figure S 71.



Figure S 72: SEM of explanted Pinnacle Mesh fibers [XP-5]



Figure S 73: SEM of explanted Pinnacle Mesh fibers [XP-5]



Figure S 74: SEM of explanted Pinnacle Mesh fibers [XP-5]



Figure S 75: SEM image with regions selected for EDS.



Figure S 76: EDS Spectra from region 1 in Figure S 77.



Figure S 77: EDS Spectra from region 2 in Figure S 77.



Figure S 78: SEM of explanted Pinnacle Mesh fibers [XP-6]