# Exhibit I
# Part 3



Figure S 79: SEM of explanted Pinnacle Mesh fibers [XP-6]



Figure S 80: SEM of explanted Pinnacle Mesh fibers [XP-6]



Figure S 81: SEM image with regions selected for EDS.



Figure S 82: EDS Spectra from region 1 in Figure S 83.



Figure S 83: EDS Spectra from region 2 in Figure S 83.



Figure S 84: EDS Spectra from region 3 in Figure S 83.



Figure S 85: SEM of explanted Pinnacle Mesh fibers [XP-8]



Figure S 86: SEM of explanted Pinnacle Mesh fibers [XP-8]



Figure S 87: SEM of explanted Pinnacle Mesh fibers [XP-8]



Figure S 88: SEM of explanted Pinnacle Mesh fibers [XP-8]



Figure S 89: SEM of explanted Pinnacle Mesh fibers [XP-9]



Figure S 90: SEM of explanted Pinnacle Mesh fibers [XP-9]



Figure S 91: SEM of explanted Pinnacle Mesh fibers [XP-9]



Figure S 92: SEM of explanted Pinnacle Mesh fibers [XP-9]



Figure S 93: SEM image with regions selected for EDS.



Figure S 94: EDS Spectra from region 1 in Figure S 95.



Figure S 95: EDS Spectra from region 2 in Figure S 95.



Figure S 96: EDS Spectra from region 3 in Figure S 95.



Figure S 97: SEM of explanted Obtryx Halo Mesh fibers [XP-11]



Figure S 98: SEM of explanted Obtryx Halo Mesh fibers [XP-11]



Figure S 99: SEM of explanted Obtryx Halo Mesh fibers [XP-11]



Figure S 100: SEM of explanted Obtryx Halo Mesh fibers [XP-11]



Figure S 101: SEM of explanted Obtryx Halo Mesh fibers [XP-11]



Figure S 102: SEM of explanted Obtryx Halo Mesh fibers [XP-11]



Figure S 103: SEM of explanted Obtryx Halo Mesh fibers [XP-11]



Figure S 104: SEM of explanted Obtryx Halo Mesh fibers [XP-11]



Figure S 105: SEM image with regions selected for EDS.



Figure S 106: EDS Spectra from region 1 in Figure S 107.



Figure S 107: SEM image with regions selected for EDS.



Figure S 108: EDS Spectra from region 1 in Figure S 109.



Figure S 109: EDS Spectra from region 2 in Figure S 109.



Figure S 110: Differential refractometer response for XP-3 explant (blue) and non-implanted Pinnacle (red).



Figure S 111: 15 degree light scattering response for XP-3 explant (blue) and Pinnacle (red).



Figure S 112: 90 degree light scattering response for XP-3 explant (blue) and Pinnacle (red).



Figure S 113: Viscometer response for XP-3 explant (blue) and Pinnacle (red).



Figure S 114: Differential refractometer response for XP-10 explant (blue) and non-implanted Pinnacle (red).



Figure S 115: 15 degree light scattering response for XP-10 explant (blue) and Pinnacle (red).



Figure S 116: 90 degree light scattering response for XP-10 explant (blue) and Pinnacle (red).



Figure S 117: Viscometer response for XP-10 explant (blue) and Pinnacle (red).



Figure S 118: Differential refractometer response for XP-7 explant (blue) and non-implanted Pinnacle (red).



Figure S 119: 15 degree light scattering response for XP-7 explant (blue) and non-implanted Pinnacle (red).



Figure S 120: 90 degree light scattering response for XP-7 explant (blue) and non-implanted Pinnacle (red).



Figure S121: Viscometer response for XP-7 explant (blue) and non-implanted Pinnacle (red).



Figure S 122: Different refractometer response for XP-8 explant (blue curves) and non-implanted Pinnacle (red curve).



Figure S 123: 15 degree light scattering response for XP-8 explant (blue) and Pinnacle (red).



Figure S 124: 90 degree light scattering response for XP-8 explant (blue) and Pinnacle (red).



Figure S 125 Viscometer response for XP-8 explant (blue) and Pinnacle (red).

**References**

1) J. X. Li, W. L. Cheung RuO4 Staining and Lamellar Structure of α- and β-PP J. Appl. Polym. Sci. 72, 1529–1538 (1999).

2) G. M. Brown and J. H. Butler, New method for the characterization of domain morphology of polymer blends using ruthenium tetroxide staining and low voltage scanning electron microscopy (LVSEM) Polymer. 38, 3937-3945 (1997).

3) John S. Trent, Jerry I. Scheinbeim, and Peter R. Couchman Ruthenium Tetraoxide Staining of Polymers for Electron Microscopy. Macromolecules 16, 589-598 (1983).