# Exhibit K

## AFFIDAVIT OF BRUCE ROSENZWEIG, M.D.

STATE OF ILLINOIS     )
                      )ss
COUNTY OF COOK        )

I, Bruce Rosenzweig, M.D., being duly sworn upon my oath depose and state the following:

1. I am over the age of eighteen years, of sound mind, and fully competent to make this affidavit.

2. I am a resident of the state of Illinois.

3. I have personal knowledge of the facts stated herein.

4. Based on my nearly 30 years of practicing medicine, I have considerable experience in evaluating and treating cytotoxicity—which is simply a fancy way or referring to cell death. In my practice I routinely encounter issues of cytotoxicity. For instance, any infection is cytotoxic. More specifically, I have encountered in my practice, on numerous occasions, cytotoxicity in women who have polypropylene mesh implants in their pelvic floors. I have removed mesh implants, including the TVT, as the result of cytoxicity.

5. As explained in my expert reports, implantation of polypropylene increases the risk of infection. This risk of infection continues so long as the patient has any polypropylene mesh remaining in her body.

FURTHER AFFIANT SAYETH NOT.

_____ 12/20/13
Bruce Rosenzweig, M.D.

SUBSCRIBED AND SWORN to me this 20 day of December, 2013, by:

_Denise K. Chaney Harris_
Notary Public

My Commission Expires:

3/30/2014

"OFFICIAL SEAL"
DENISE K. CHANEY HARRIS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/30/2014

4817-2247-1703, v. 1