Exhibit D

# ETHICON, INC.

a Johnson-Johnson company

P.O. BOX 151
SOMERVILLE • NEW JERSEY • 08876-0151

October 15, 1992

cc: B. Matlaga
J. McDivitt
A. Melveger
RDCF

Mark Cafone

SEVEN YEAR DATA FOR TEN YEAR PROLENE™ STUDY: ERF 85-219

This report contains a summary of IR, IV, GPC, OM and SEM data
supporting this study.

## IR and IR Microspectroscopy (D. Burkley)

IR examinations were done for all explants at all sites to verify
the suture identity for each explant.  For all explanted sutures
recovered from all 6 sites for every dog in this study, IR data
showed each suture to be correctly identified.

IR microspectroscopy was used to examine cracked areas in ETHILON,
Novafil and PROLENE™ explants.  IR spectra obtained for cracked
PROLENE specimens (Figure A) showed possible evidence of slight
oxidation (a broadened weak absorbance at about 1650 cm-1).  IR
spectra obtained for cracked areas of ETHILON and Novafil did not
differ from uncracked areas (Figures B and C), but expected IR
absorbances for oxidation would be masked by the strong carbonyl
absorbances normally observed for these sutures.  Figures D and E
show pictures of the areas examined by IR microspectroscopy for
ETHILON and Novafil.

## IV and GPC (E. Muse)

Gel Permeation Chromatography (GPC) was run on PROLENE sutures
explanted from dogs after seven years.  The GPC data was compared
to data from a current 4/0 PROLENE suture.  The results indicate
that there was no significant difference in molecular weight
between the 4/0 PROLENE control and the seven year explants.

The following PROLENE explant samples were analyzed:

    Dog 1995 - site 3 (SR33853)
    Dog 2007 - sites 1 and 6 (SR34003)
    Dog 2008 - site 2 (SR34066)
    Dog 2019 - sites 2 and 3 (SR34180)

The GPC analysis was run on the Waters 150C GPC at 140°C using
1,2,4 trichlorobenzene as a mobile phase with Waters GPC columns.
The instrument was calibrated with polypropylene standards.



EXHIBIT NO. 282
5/23/13
A.M. Mitchell

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05453719

Page 2

Inherent Viscosity (IV) was determined on ETHILON™ and Novafil sutures explanted from dogs after seven years. The IV data[1] was compared to IV data from one and two year explants. The following results were found:

1) No significant differences were seen in IV values after one and two years.
2) Seven year IV values ranged from 75% to 93% of the one and two year IV values for ETHILON sutures.
3) Seven year IV values ranged from 75% to 90% of the one and two year values for Novafil.

The dog explant samples examined were from duplicate sites on four dogs for each time period (one, two and seven years). The IV data was determined using concentrations of 0.1 dl/g with HFIP as a solvent at 25°C.

OPTICAL MICROSCOPY and SCANNING ELECTRON MICROSCOPY (E.Lindemann)

Conclusions

- The 7 year in-vivo results generally substantiated the five year findings. They also closely correspond to the observations of explanted sutures from the dog that died prematurely after 6 years and 10.5 month implantation time.

- Degradation in PROLENE is still increasing and PVDF, even though a few cracks were found, is still by far the most surface resistant in- house made suture in terms of cracking.

- Of the eight explanted ETHILON sutures all showed heavy cracking and, in many cases, abrasion of the dyed surface layer. A decrease in the suture diameter was apparent in several cases.

- Cracks were not found in the seven Novafil explants. However a few longitudinal scratches probably due to mechanical damage and one longitudinal crack were observed.

Introduction

In November 1985 twenty-four dogs had been implanted with sets of ETHILON, PROLENE, PVDF and Novafil sutures for a ten year study. In 1990, after five years, explants from 5 beagle dogs were described in " TEN YEAR IN-VIVO STUDY SCANNING ELECTRON MICROSCOPY FIVE YEAR REPORT" by Elke Lindemann. The next explantation, after 7 years, was to start in June 1992. However, after 6 years and 10.5 months dog #1995 died prematurely. The microscopical examination of those explants was described in " TEN YEAR IN-VIVO STUDY: SCANNING ELECTRON AND LIGHT MICROSCOPY INTERIM REPORT ON DOG #1995 AFTER 6 YEARS, 10.5 MONTH, SR# 33788 and are included in the conclusion section of this report. In June of 1992 after 7 years, sutures were explanted from another set of 4 dogs. This report presents the results of the light and scanning electron microscopical examination of those explants.

―――――――――――――――
[1]SR33853, SR34003, SR34066, SR34180

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05453720

Page 3

## Experimental

Four dogs had been implanted in November 1985 with the following
5-0 sutures:

|        | Site 1  | Site 2  | Site 3  | Site 4  | Site 5  | Site 6  |
|--------|---------|---------|---------|---------|---------|---------|
| Dog 2001 | PVDF | ETHILON | Novafil | PROLENE | PROLENE | Novafil |
| Dog 2007 | PROLENE | Novafil | ETHILON | PVDF | PVDF | PROLENE |
| Dog 2019 | Novafil | PROLENE | PROLENE | PVDF | ETHILON | ETHILON |
| Dog 2008 | ETHILON | PROLENE | Novafil | PVDF | ETHILON | PVDF |

Starting in June of this year the above dogs were sacrificed in
weekly intervals. Approximately 20cm long sections of the
explanted sutures were received in microscopy in glass vials which
were kept refrigerated until they were examined.

Also the explanted LC 100 clip with about 2cm of each suture bundle
was delivered in the same vial. The clip and the attached sutures
were still deeply embedded in the surrounding tissue. These 'not
cleaned' sutures were supposed to answer the question whether the
process of cleaning and tissue removal might be responsible for an
observed cracking. The primary concern of this study was however
to examine the long pieces of explanted suture. Most of these
specimens were still surrounded with some tissue, fortunately at a
level low enough not to obscure examination in the light microscope
under transmitted light. It was possible to examine the embedded
PROLENE suture where the cracking of the suture was seen through
the tissue. For this reason and time constrains the clip-attached
sutures were not examined at this time.

To show that the drying and coating with a metal under vacuum,
necessary for SEM examination, did not introduce cracking and other
surface defects each strand of each long suture was 100% inspected
in the Olympus Light Microscope in water. Oil, the usual medium
for light microscopical inspection, was not chosen for this
examination in order to eliminate surface changes during sample
preparation. To cut down on lensing effects of the curved suture,
the samples were photographed in polarized light using a 10x phase
condenser with an ordinary transmitted light 20x objective (a 20x
phase condenser was not available). The light diffraction
introduced by the phase condenser was enough to allow an easier
focusing at the focal plane of the largest diameter.
Photomicrographs were prepared at 285x of areas which showed
surface changes.

Strands of the suture including the above areas were then prepared
for SEM observation in the JEOL JSM 840 AII by coating them under
vacuum with gold to provide an electron conductive surface.
Photomicrographs were prepared at 500x magnification.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05453721

Page 4

## Results

**1) LM and SEM of PROLENE suture explants from seven implantation site.**

In Figure 1A through 1D one area per site from each of the four dogs is shown in transmitted light. Out of seven sites cracking was found on PROLENE sutures from three sites. Notice the cracks observable through the still adhering tissue in Figure 1A in the suture from site 2.

In Figure 1 and 2 SEM views of areas are shown after most of the tissue had been carefully removed. Again out of seven sites sutures from three sites had areas which showed cracking.

**2) LM and SEM of ETHILON suture explants from six implantation sites.**

In Figure 3A through 3C sutures are shown from six different sites. Transmitted light allowed visualization of the differences between the intact dyed surface layer and the underlying colorless layers of the suture. In Figure 3A site 5 and Figure 3C site 3 the colorless area had not only lost its dyed surface layer but was abraded to such a degree that a decrease in suture diameter was found.

In Figures 3 and 4 the cracking and abrasion on sutures from all six sites, as observed with the SEM, is shown. Here also the decrease in diameter is particularly dramatic in Figure 3 site 1.

**3) LM and SEM of PVDF suture explants from six implantation sites.**

Figure 5A through 5C show six sites of PVDF explants as seen with the light microscope. Notice the intact surface on all the sutures.

In Figures 5 and 6 the SEM examination of the PVDF sutures is shown. Only on the suture from one site (Figure 6 site 6) some cracks are found. The surfaces of the sutures from the other five sites show some striations which could be mechanical damage, otherwise the surfaces look intact. The contaminant on the site 4 (Figure 5) suture is tissue which had not been removed completely.

**4) LM and SEM of Novafil suture explants from five implantation sites.**

Figure 7A through 7C show the Novafil sutures as observed with the light microscope. All surfaces from all sites look undamaged. Figure 7 and 8 show the SEM examination of these sutures. A few longitudinal scratches and cracks were found, see sites 1,2,3 (Figure 7,8). Also on the site 2 suture (Figure 8) still adhering tissue is found.

**5) Degradation dependency on implantation site**

To probe the question as to whether one implantation site might be more or less stressful towards the suture, a comparison was made of the six sites.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05453722

Page 5

|  | Site 1 | Site 2 | Site 3 | Site 4 | Site 5 | Site 6 |
|---|---|---|---|---|---|---|
| Dog 1995 | ETHILON cracks | PVDF | PROLENE cracks | Novafil | Novafil cracks | ETHILON cracks |
| Dog 2001 | PVDF | ETHILON cracks | Novafil | PROLENE | PROLENE cracks | Novafil |
| Dog 2007 | PROLENE | Novafil scratch | ETHILON cracks | PVDF | PVDF | PROLENE cracks |
| Dog 2019 | Novafil scratch | PROLENE | PROLENE | PVDF | ETHILON cracks | ETHILON cracks |
| Dog 2008 | ETHILON cracks | PROLENE cracks | Novafil cracks | PVDF | ETHILON cracks | PVDF cracks |

The only site, in the 5 dogs of this study, from which sutures were explanted that showed no surface damage was site 4. However, of those five sutures three were PVDF and one was Novafil. Those are the sutures that showed only marginal surface changes in this study. Therefore this observation can be discounted.

Elke Lindemann

Eugene P. Muse

Daniel F. Burkley

Attachment

7YEAR.DFB

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05453723

92 1471

# ETHICON, INC.

a Johnson-Johnson company

P.O. BOX 151
SOMERVILLE • NEW JERSEY • 08876-0151

October 19, 1992

To:   Mr. Mark A. Cofone

cc:   Mr. Chao Chen
      Mr. John Karl
      Mr. Robert Lilenfeld
      Ms. Barbara Matlaga
      Ms. Irene Nozad
      RDCF

**Interim report on the physical testing of PROLENE, PVDF, ETHILON & NOVAFIL after seven year subcutaneous implantation in the Beagle Dogs – TEN YEAR BSR STUDY,** *ST#E211-92, 85-219*

Attached table shows the physical properties of explanted and baseline samples of size 5-0 Ethilon, Novafil, Prolene and PVDF (N) sutures up to the seven year mark of the ten year BSR study. Implanted Ethilon shows a decrease in breaking strength of 37% at the seven year period compared to the baseline samples. Ethilon samples looked fragile and worn out with spotted surface. Novafil samples show a corresponding decrease of 14% in breaking strength while Prolene and PVDF show no significant change after seven year of implantation. There is a large variation in the elongation results of these samples and all of them showed an increase in the elongation. Young's Modulus values showed a decreasing trend in the range of 50-70% for all the sutures through the seven year period.

Seven year testing conditions were based on the one year and two year data to keep them consistent throughout the study. Tensile testing conditions were 1 in./min crosshead speed (XH) for the Prolene samples and 5 in./min for all other samples with gauge length (G.L.) of 1 inch. If you have any further questions, please feel free to contact me at x2205.

VAagarwal

Vishvaroop Agarwal

*Reference:  Two year tensile data report  from Dr. Peter Moy to Dr. Glenn Graves "10 Year Prolene BSR Study", August 18, 1988.*
*b:10YR-REP*

ETHICON INC.

OCT 2 3 1992

RD-CENTRAL FILE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05453724

ETH.MESH.05453725

Figure A – Comparison IR Spectra of Cracked and
Non-cracked Regions of PROLENE (SR33788)



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

## TEN YEAR PROLENE BSR STUDY
### 7–YEAR DATA SUMMARY

| Suture | Dog | Site | Straight Strength (lb) | Elongation (%) | Modulus (psi) |
|--------|-----|------|-------------------------|-----------------|----------------|
| ETHILON | 2001 | 2 | 1.92 ± 0.03 | 49.50 ± 3.81 | 263500 ± 20360 |
| ETHILON* | 2008 | 5 | 0.89 ± 0.16 | 25.14 ± 4.10 | 181500 ± 8866 |
| ETHILON* | 2008 | 1 | 0.64 ± 0.26 | 20.73 ± 6.72 | 149300 ± 25230 |
| ETHILON | 2019 | 5 | 1.63 ± 0.12 | 40.12 ± 4.77 | 298600 ± 47810 |
| ETHILON | 2019 | 6 | 1.65 ± 0.25 | 35.76 ± 12.21 | 244200 ± 12310 |
| Average | | | 1.35 | 34.25 | 227420 |
| NOVAFIL | 2001 | 3 | 1.53 ± 0.14 | 60.80 ± 3.54 | 166900 ± 13150 |
| NOVAFIL | 2001 | 6 | 1.53 ± 0.02 | 59.20 ± 2.26 | 182100 ± 13130 |
| NOVAFIL | 2007 | 2 | 1.49 ± 0.01 | 56.80 ± 2.38 | 177000 ± 7476 |
| NOVAFIL | 2008 | 3 | 1.51 ± 0.02 | 57.88 ± 3.62 | 167400 ± 8933 |
| NOVAFIL | 2019 | 1 | 1.51 ± 0.02 | 54.60 ± 1.54 | 191100 ± 4925 |
| Average | | | 1.51 | 57.86 | 176900 |
| PROLENE | 2001 | 4 | 1.58 ± 0.05 | 80.14 ± 8.15 | 207700 ± 14672 |
| PROLENE | 2001 | 5 | 1.61 ± 0.03 | 80.26 ± 2.07 | 219600 ± 19430 |
| PROLENE | 2007 | 6 | 1.62 ± 0.02 | 79.50 ± 6.41 | 218925 ± 18508 |
| PROLENE | 2007 | 1 | 1.61 ± 0.04 | 76.76 ± 11.63 | 217275 ± 20455 |
| PROLENE | 2008 | 2 | 1.54 ± 0.02 | 70.76 ± 10.21 | 220000 ± 8305 |
| PROLENE | 2019 | 2 | 1.61 ± 0.03 | 78.06 ± 12.46 | 203125 ± 19402 |
| Average | | | 1.60 | 77.58 | 214438 |
| PVDF (N) | 2001 | 1 | 2.14 ± 0.04 | 67.66 ± 2.92 | 163900 ± 8454 |
| PVDF (N) | 2007 | 4 | 2.13 ± 0.04 | 67.62 ± 2.56 | 167600 ± 13220 |
| PVDF (N) | 2007 | 5 | 2.19 ± 0.06 | 61.80 ± 1.03 | 188125 ± 2634 |
| PVDF (N) | 2008 | 4 | 1.86 ± 0.08 | 84.80 ± 15.29 | 131800 ± 11150 |
| PVDF (N) | 2019 | 4 | 2.13 ± 0.06 | 64.72 ± 3.04 | 167000 ± 5115 |
| Average | | | 2.09 | 69.32 | 163685 |

* Looked Worn Out

Untested:

(i) PVDF in Dog#2008 at Site#6 had less than required gage length.

(ii) Ethilon in Dog#2007 at Site#3 looked very fragile, spotted surface and worn out.

Conditions: Tested on Instron 4201 (Series IX) at G.L. of 1 in. and XH Speed of 1"/min for Prolene and 5"/min for all other samples.

ST# E211−92, 85−219

b:\7yr−bsr

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05453726

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

## DATA SUMMARY OF TEN YEAR PROLENE BSR STUDY

| | TIME PERIOD (Years) | | | | | CHANGE FROM BASELINE (%) | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 7 | | 1 | 2 | 7 |
| **BREAKING STRENGTH (lb)** | | | | | | | | |
| ETHILON | 2.13 | 1.76 | 1.75 | 1.35 | | −17 | −18 | −37 |
| NOVAFIL | 1.76 | 1.68 | 1.64 | 1.51 | | −5 | −7 | −14 |
| PROLENE | 1.68 | 1.56 | 1.64 | 1.60 | | −7 | −2 | −5 |
| PVDF(N) | 2.17 | 2.12 | 2.16 | 2.09 | | −2 | −0 | −4 |
| **ELONGATION (%)** | | | | | | | | |
| ETHILON | 27 | 29 | 25 | 34 | | 7 | −7 | 26 |
| NOVAFIL | 37 | 41 | 32 | 58 | | 11 | −14 | 57 |
| PROLENE | 37 | 37 | 33 | 78 | | 0 | −11 | 111 |
| PVDF(N) | 34 | 41 | 38 | 69 | | 21 | 12 | 103 |
| **YOUNG'S MODULUS (Kpsi)** | | | | | | | | |
| ETHILON | 544 | 352 | 449 | 227 | | −35 | −17 | −58 |
| NOVAFIL | 369 | 314 | 301 | 177 | | −15 | −18 | −52 |
| PROLENE | 721 | 661 | 677 | 214 | | −8 | −6 | −70 |
| PVDF(N) | 330 | 306 | 392 | 164 | | −7 | 19 | −50 |

Testing Conditions: G.L. = 1 in. and XH Speed = 1"/min for Prolene and 5"/min for all other samples.

ST# E211−92, 85−219

B:\10YR−SUM

ETH.MESH.05453727