# EXHIBIT A

## Elizabeth Kavaler, MD
## Total Urology Care of New York



**DATE OF BIRTH:** 

**EDUCATIONAL BACKGROUND:**

| Degree | Institution | Dates attended | Year awarded |
|--------|-------------|----------------|--------------|
| BA | Barnard College, N. Y. | 1982-1986 | 1986 |
| MD | SUNY Downstate | 1988-1992 | 1992 |

**PROFESSIONAL POSITIONS AND EMPLOYMENT**

**1 Founder and Managing Partner, Total Urology Care of New York**   Dates held
                                                                        2016

**2. Partner, New York Urological Associates**   Dates held
                                                   2003-2015

**3. Employee, New York Urological Associates**   Dates held
                                                    2000-2003

**4 .Postdoctoral training:**

| Title | Institution | Dates held |
|-------|-------------|------------|
| Surgery resident | Mount Sinai Medical Center; N.Y. | 1992-1994 |
| Urology resident | Mount Sinai Medical Center, N.Y. | 1994-1998 |
| Fellow: Female Urology/Urodynamics | UCLA Medical Center, L.A, Ca | 1999-2000 |

**5. Academic positions:**

| Title | Institution | Dates held |
|-------|-------------|------------|
| Instructor in Urology | Mount Sinai Medical Center, N.Y. | 1998-1999 |
| Clinical Asst Professor in Urology | Weill Cornell Medical College. | 2010-present |
| Preceptor, Voiding Dysfunction/ Female Urology Fellowship | Weill Cornell Medical College | 2009-present |
| Program Director, Voiding | Weill Cornell Medical College | 2013-present |

Dysfunction/Female Urology Fellowship

**6. Hospital positions:**

| Title | Institution | Dates held |
|---|---|---|
| Assistant Attending in Urology | Mount Sinai Medical Center, N.Y. | 1998-1999 |
| Attending in Urology | Lenox Hill Hospital, N.Y. | 2000-present |
| Director Urogynecology | Lenox Hill Hospital, N.Y. | 2007-present |
| Attending in Urology | NY/Presbyterian Hospital | 2000-present |

**7. Other employment:**

| Title | Institution | Dates held |
|---|---|---|
| Research technician | MSKCC | 1986-1987 |
| Public HS Teacher | Christopher Columbus HS, NY | 1987-1988 |

**LICENSURE AND BOARD CERTIFICATION:**

**1. Licensure:**

New York   194423        1993        2016
California   G85094       1999        2002

**2. DEA Number:** BK5899642

**3. Board Certification:**

American Board of Urology    # 12848        February 28, 2002
                             Recertification:   October 9, 2009
FMPRS Specialty Certification                September 2013

**4. Malpractice Insurance:**
Carrier: MLMIC paid through NY Urological Associates

**PROFESSIONAL SOCIETIES:**

| | |
|---|---|
| American Urological Association | 2000-present |
| Society Women in Urology | 2000-present |
| Society of Urodynamics and Female Urology | 2000-present |
| New York Section AUA | 2000-present |

**HONORS:**

**Alpha Omega Alpha** Honor Society, SUNY Downstate        1992
**First Prize in Clinical Research**                        1996
   The Ferdinand Valentine Essay Contest
   The Detection of Human Bladder Cancer Cells in Voided
   Urine Samples By Assaying for the Presence of Telomerase
F**irst Prize for Clinical Research**                        1997
   AUA - Circon /ACMI National Essay Contest
   Detection of Human Bladder Cancer Cells in Voided Urine

<u>Samples by Assaying for the Presence of Telomerase</u>.
**New York Magazine's Best Doctors**                          2014
**Castle Connolly Top Doctors**                                    2014

**HOSPITAL AFFILIATIONS:**
Lenox Hill Hospital
New York Presbyterian Hospital

**EMPLOYMENT STATUS:**
Voluntary: Partner in New York Urological Associates          2000-present

**INSTITUTIONAL RESPONSIBILITIES:**
Acting Program Director/ Urology    Lenox Hill Hospital    2007-2009
Voiding Dysfunction Fellowship:     New York Hospital      2010-present
Director Urogynecology              Lenox Hill Hospital    2007-present


Teaching:        20%
Clinical Care    70%
Administrative   0%
Research         10%


**EXTRAMURAL PROFESSIONAL RESPONSIBILITIES:**
SUNY Downstate Medical School Mentor            2009-present
Journal of Urology: Reviewer                    2006-present
Consultant: Pharmaceutical Industry
     Astellas                                   2007- present
     DSE Healthcare                             2008-present
     Johnson and Johnson                        2012-present

**BIBLIOGRAPHY:**

1**. Elizabeth Kavaler**. The Experience of an American Medical Student with an Aboriginal Community in Central Australia. New York State Journal of Medicine 1992; 92: 431-435.

2**. Elizabeth Kavaler** and Terry Hensle. Renal Artery Thrombosis in the Newborn Infant<u>.</u> Urology 1997; 50: 282-284.

3.Jaime Landman, **Elizabeth Kavaler**, Michael Droller, and Brian Liu. Applications of Telomerase in Urologic Oncology. World Journal of Urology 1997; 15:120-124.

4. Jaime Landman, **Elizabeth Kavaler**, and Robert Waterhouse. Acquired Methemoglobinemia Possibly Related to Phenazopyridine in a Woman with Normal Renal Function. Urology 1997: 158; 1520-1.

5. Michael Droller, **Elizabeth Kavaler**, Jaime Landman, and Brian Liu. Urinary Telomerase and its Possible Role as a Marker for Bladder Cancer. Keio J Med 1998; 47: 135-41.

6. **Elizabeth Kavaler**, Jaime Landman, Yongli Chang, Michael J. Droller, and Brian Liu. Detecting Human Bladder Carcinoma Cells in Voided Urine Samples by Assaying for the Presence of Telomerase Activity. Cancer 1998; 82: 708-714.

**7.** Jaime Landman, **Elizabeth Kavaler**, Yongli Chang, Michael J. Droller, and Brian Liu. Sensitivity and Specificity of NMP -22, Telomerase, and BTA in the Detection of Human Bladder Cancer. Urology 1998; 52: 398-402.

8. Shlomo Raz, Craig Comiter, Sandip P. Vasavada, **Elizabeth Kavaler**, and Joseph M. Carbone. Surgical Treatment of Female Stress Urinary Incontinence. Contemporary Urology  2000; 12: 62-87.

 9. Joseph M. Carbone, **Elizabeth Kavaler,** Jim Hu, and Shlomo Raz. Pubovaginal Sling Using Cadaveric Fascia and Bone Anchors: Disappointing Early Results. Journal of Urology 2001; 165:1605-1612.

10, Karyn Schlunt Eilber, **Elizabeth Kavaler,** Larissa Rodriguez, Nirit Rosenblum and Shlomo Raz. Ten Year Experience with Transvaginal Vesicovaginal Fistula Repair Using Tissue Interposition. Journal of Urology 2003; 169: 1033-1036.

11. Jennifer Hill, Ginger Isom-Batz, Georgia Panagopoulous, Kay Zachariasen**,** and **Elizabeth Kavaler.** Patient Perceived Outcomes of Treatments of Interstitial  Cystitis. Urology 2007; 10: 62-65.

12. Ciara S. Marley, Lori B. Lerner, Georgia Panagopoulous, and **Elizabeth Kavaler**. Having It All: Personal, Professional and Financial Satisfaction among American Women Urologists. Brazilian Journal of Urology: Vol. 37 (2); March April  2011

13. Seema Sheth, Bilal Chughtai, Richard Lee, Renuka Tyagi, and **Elizabeth Kavaler**. The Use of Synthetic Mesh and the Management of Mesh Extrusion in Vaginal Surgery. Expert Reviews of Medical Devices. July 2012.

14.Bilal Chughtai, Richard Lee, **Elizabeth Kavaler**, Franklin Lowe. Use of Herbal Supplements in Overactive Bladder. Medical Reviews in Urology . Accepted Sept 2013

**BOOKS:**

1**. Elizabeth Kavaler** and Michael Droller. Urologic Tumors in Women. Urologia Feminina. 1. ed. Irineu Rubinstein. Rio De Janeiro, Brazil: Fundo Editorial Byk, 398 pages
1999.

2.**Elizabeth Kavaler**. A Seat on the Aisle, Please! The Essential Guide to Urological Problems in Women. New York, N.Y.: Springer 396 pages 2006

3, Yaniv Larish and **Elizabeth Kavaler**; Chapter 1 Anatomy and Embryology of the Female Pelvis in Female Pelvic Surgery Ed. Farzeen Firoozi. Springer 2014

**ABSTRACTS:**

1. **Elizabeth Kavaler**, Michael Droller and Brian Liu Detecting Human Bladder Carcinoma Cells in Voided Urine Samples by Assaying for the Presence of Telomerase Activity  AUA 1997

2. Hannes Strasser, **Elizabeth Kavaler**, Arnulf Stenzl, Richard Neururer, Barbara Ludwigkowski, Georg Bartsch, and Helga Fritsch. Radical Prostatectomy: Does the Rectourethralis Muscle Exist? AUA Dallas,Texas, 1999.

3. **Elizabeth Kavaler,** Hannes Strasser, Arnulf Stenzl, Georg Bartsch, Helga Fritsch Pedicles of the Female Urethra: Fetal Development. AUA Dallas, Texas. 1999

4. Joseph M. Carbone, **Elizabeth Kavaler**, and Shlomo Raz. Cadaveric Fascia Sling in the Repair of Stress Urinary Incontinence. AUA Atlanta, Ga. 2000.

5. **Elizabeth Kavaler**, Joseph M. Carbone, and Shlomo Raz Transvaginal Repair of Vesicovaginal Fistula: The Use of Peritoneal Flap.. AUA Atlanta, Ga. 2000.

6. Hannes Stresser, **Elizabeth Kavaler**, Andreas Lienemann, Germar Pingera, Georg Bartsch and Helga Fritsch. What are the Supportive Structures of the Female Urethra? AUA Chicago, Illinois. 2003

7. Gyan Pareek, John Fracchia, George Young and **Elizabeth Kavaler.** Utility of Radiographic Imaging in the Diagnosis and Treatment of Vaginal Wall Masses.  AUA San Francisco, California. 2004

8**.** Ginger Isom-Batz and **Elizabeth Kavaler** Risk of Polypropylene Mesh Erosion in Pelvic Prolapse Surgery. Society of Urodynamics and Female Urology, Scottsdale, Arizona. 2004

9. Ginger Isom-Batz, and **Elizabeth Kavaler.** Prolapse surgery in Women over 80 years Old. Society of Urodynamics and Female Urology, Orlando, Florida. 2005

10, Jennifer Hill, Ginger Isom-Batz, Kay Zakariasen, and **Elizabeth Kavaler.** Patient-based Questionnaire Regarding the Results of Treatment of Interstitial Cystitis. Society of Urodynamics and Female Urology, Bahamas. 2006.

11. Jennifer Hill and **Elizabeth Kavaler**. Five Point Cystocele Repair—Teaching Video. AUA. Orlando Florida. 2008

12. Jennifer Hill, John Fracchia and **Elizabeth Kavaler.** Perioperarive Outcomes of Uterine Sparing Surgery Compared to Hysterctomy in Women with Grade IV Prolapse. AUA Orlando, Florida. 2008

13. Ciara Marley, Lori Lerner, Georgia Panogopoulous, and **Elizabeth Kavaler.** Having it All: Satisfaction among Women Urologists Personally, Professionally, and Financially. Society of Urodynamics and Female Urology, St.Petersburg, Florida. Feb 2009

14. Seth Lerner, Georgia Panagopoulous, and **Elizabeth Kavaler**. The Incidence of Mesh Erosion in Vaginal Reconstructive Surgery: One Surgeon's Experience. International Continence Society Meeting. Toronto, Canada. August 2010

15. Tannaz Adib, Georgia Panagopoulous and **Elizabeth Kavaler**. Female Sexual Behavior and Preferences: Survey of women on the Upper East Side of Manhattan in New York City. World Congress for Sexual Health, Glasgow, Scotland, June 2011

16. Bilal Chugtai, Melissa Laudano, **Elizabeth Kavaler**, Renuka Teyagi and Richard Lee. A Cost-effectiveness Analysis of Tension-free Vaginal Tape vs. Burch Colposuspension for Female Stress Incontinence; Podium presentation. AUA National Meeting, Atlanta, Georgia 2012

**COURSES/PRESENTATIONS:**

1. Shlomo Raz, **Elizabeth Kavaler**, and Joseph Carbone. Vaginal Reconstructive Surgery. AUA Post- Graduate Course, Atlanta,Ga. 2000.

2. Innovations in Urology: Treatment of Pelvic Floor Prolapse. Lenox Hill Hospital Symposium, New York, N.Y. September 2001.

3. Urinary Incontinence and Pelvic Floor Reconstruction: 2001. Beth Israel Medical Center, New York, N.Y. November 2001.

4. Zafar Khan, Victor Nitti, Jonathan Vapnek, and **Elizabeth Kavaler**. Historical and Recent Perspectives in Treating Voiding Dysfunction in Women: Panel Discussion.

American Urologic Association 100th Anniversary Weekend in New York. Scientific Program. NYC February 2002.

5. Christopher Coogan and **Elizabeth Kavaler**. Medical Malpractice in Urology: How to Prevent and Defend. AUA Post- Graduate Course San Francisco 2010

6. Controversies in Female Urology. New York Section American Urological Association, Krakow, Poland October 2010

7. Female Sexual Dysfunction. New York Section American Urological Association, Krakow, Poland. October 2010

8. Use of Prolift, Prosima, and TVTO in pelvic reconstructive surgery. Johnson and Johnson Training Course, Baltimore, Maryland October 15, 2010 and November 5, 2010

9. Christopher Coogan and **Elizabeth Kavaler**. Medical Malpractice in Urology: How to Prevent and Defend, AUA Post- Graduate Course Washington, D.C. 2011

10. Christopher Coogan and **Elizabeth Kavaler**; Medical Malpractice in Urology: How to Prevent and Defend, AUA Post-Graduate Course Atlanta, Georgia. 2012

11.Christopher Coogan and **Elizabeth Kavaler**; Medical Malpractice in Urology: How to Prevent and Defend, AUA Post-Graduate Course Orlando, Florida 2013

12. The Mesh Controversy: A Cautionary Tale. New York Section American Urological Association; Baltic Sea June 2014

13. Female Sexual Dysfunction. New York Section American Urological Association. Baltic Sea June 2014

14. The Mesh Controversy: A Cautionary Tale. Mid Atlantic American Urological Association. Baltimore, Maryland 2014

15 Billy Cordon and **Elizabeth Kavaler** Graft Augemented Rectocele Repair. Video Presentation. ICS Rio de Janeiro, Brazil  October 2014

16. Christopher Coogan and **Elizabeth Kavaler**; Medica Malpractice in Urology: How to Prevent and Defend. AUA Post-Graduate Course 2015