# Elizabeth Kavaler

## Reliance List
### *in Addition to Materials Referenced in Report*

## MDL Wave 1

## EXHIBIT B

## List of Materials Reviewed by Elizabeth Kavaler, M.D.

**Medical Literature**

1.  Abdel-Fattah M et al (2004) Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study. *Eur Urol* 2004;46:629-35.

2.  Abdel-Fattah M et al (2011) A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study): 3 years follow-up. *Neurourol Urodyn* 2011;30:825-826.

3.  Abdel-Fattah M, Ramsay I on behalf of the West of Scotland Study Group. (2008) Retrospective Multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapse. *BJOG* 2008;115:22–30.

4.  Abdel-Fattah, M. (2006) How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU International 98 , 594 – 598

5.  Abdel-Fattah, M. (2006) Lower urinary tract injuries after transobturator tape insertion by different routes: a large retrospective study. *BJOG* 2006;113:1377–1381.

6.  Abdel-fattah, M. (2010) Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: Short term outcomes. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 149 (2010) 106-111

7.  Abdel-Fattah, M. (2011) Single-Incision Mini-Slings versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontincen: A Meta-Analysis of Effectiveness and Complications. *EUROPEAN UROLOGY* 60 (2011) 468 – 480

8.  Abdel-Fattah, M. (2012) Prospective Randomised Controlled Trial of Transobturator Tapes in management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. *EUROPEAN UROLOGY* 62  (2012) 843–851

9.  Abdel-Fattah, M. (2014) Evaluation of Transobturator Tension-Free Vaginal Tapes in the Surgical Management of Mixed Urinary Incontinence: 3-Year Outcomes of a Randomized Controlled Trial. *The Journal of Urology*, Vol. 191, 114-119, January 2014

10.  Abdel-Fattah, M.(2010) Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. *BJOG* 2010;117:870–878.

11.  Abdelwahab, O. (2010) Tension-Free Vaginal Tape versus Secure Tension-Free Vaginal Tape in Treatment of Female Stress Urinary Incontinence. *Curr Urol* 2010;4:93–98

12.  Abduljabbar, H. (2012) Comparison of the classic TVT and TVT Secur. Prime Research on Education ISSN: 2251-1253. Vol. 2(9), pp. 344-347, October 31st, 2012

13.  Abed H et al (2011) Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J 2011;22(7):789-98.

14.  Adhoute, F., et al (2004)  Use of transvaginal polypropylene mesh (Gynemesh) for the treatment of pelvic floor disorders in women.  Prospective study in 52 patients. Prog Urol 2004;14(2):196-196.

15.  Adile B et al (2003). A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up. *JCS* 2003:Abstract 550.

16.  Agarwal N. (2008) A randomized comparison of two synthetic mid-urethral tension-free slings. *Ura Today lnt J* 2008 Oct;1(4) doi:l0.3834/uij. 1939-4810.2008.10.5.

17.  Agarwal, Eryuzlu, (2014) What is the most bothersome lower urinary tract symptom? Individual and population-level perspectives for both men and women, *Eur Urol*, Jan 24, 2014

18.  Agostini, A. (2006) Immediate Complications of Tension-Free Vaginal Tape (TVT): Results of a French Survey. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 124 (2006) 237–239

19.  Aigmueller, T. (2011) Ten-year follow-up after the tension-free vaginal tape procedure. *Am J Obstet Gynecol* 2011;205:1.e1-1.e5

20.  Albo, M. (2007) Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. *N Engl J Med* 2007;356:2143-55.

21.  Alcalay, M. (1995) Burch colposuspension: a 10—20 year follow up. *British Journal of Obstetrics and Gynaecology,* September 1995, Vol. 102, pp. 740-745

22.  Aldridge A (1942) Transplantation of fascia for relief of urinary stress incontinence, *Amer J Obstet Gynecol*, 44, 398-411, 1942

23.  Altman D, et al (2008)  Short-term outcome after transvaginal mesh repair of pelvic organ prolapse.  *Int Urogynecol J* 2008;19(6):787–793.

24.    Altman D, et al (2009)  Sexual dysfunction after trocar-guided transvaginal mesh repair of pelvic organ prolapse.  *Obstet Gynecol* 2009;113(1):127–133).

25.    Altman D, et al (2011)  Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse.  *N Engl J Med* 2011;364:1826-36.

26.    Altman D, Falconer C. (2007)  Perioperative morbidity using transvaginal mesh in pelvic organ prolapse repair.  *Obstet Gynecol* 2007;109(2):303–308.

27.    Amaro JL, et al (2009). Clinical and quality-of-life outcomes after autologous fascial sling and tension-free vaginal tape: a prospective randomized trial. *Int Braz J Urol* 2009;35:60-66; discussion 66-67.

28.    Amat I et al (2011). Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. *Int Urogynecol J* 2011;22:827-833.

29.    Anderson et al (2015) PD50-05 Surgical Management of ICS/IUGA Class 1-4 Transvaginal Mesh (TVM) Prolapse Kit Complications: 8 Years Review of 82 Patients from a Single *The Journal of Urology* , Volume 193 , Issue 4 , e1047

30.    Andonian S, et al (2005) Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. *Eur Urol* 2005;47:537-541.

31.    Andonian S, et al (2007) Prospective clinical trial comparing Obtape® and DUPS to TVT: one-year safety and efficacy results. *Eur Urol* 2007;52:245-251.

32.    Angioli R, et al (2010) Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. *Eur Ural* 2010;58 :671-677.

33.    Aniuliene R. (2009) Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. *Medicina Kaunas* 2009;45:639-643.

34.    Antosh, Grotzke, (2012) Short-term outcomes of robotic versus conventional laparoscopic sacral colpopexy, *Female Pelvic Medicine Reconstructr Surg.*, 18 (3): 158-61, May-June 2012

35.    Appell, Dmochowski, (2009) Guideline for the Surgical Management of Female Stress Urinary Incontinence: Update, 2009

36.    Araco F, et al (2008) TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. *Int Urogynecol J Pelvic Floor Dysfunct* 2008;19:917-926.

37.    Arunkalaivanan AS, Barrington JW. (2003) Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. *Int Urogynecol J Pelvic Floor Dysfunct* 2003;14:17-23; discussion 21-22.

38.    Athanasiou S, et al (2009)  Mixed urodynamic incontinence: TVT or TVT-O? *Int Urogynecol J* 2009;20(Suppl 2):S218.

39.    Athanasiou, S. (2014) Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? *Int Urogynecol J* (2014) 25:219–225

40.    Aube M (2015) et al. Long Term Efficacy and Patient Satisfaction of Pelvic Organ Prolapse Reduction Using Trans-Vaginal Mesh. *ICS* Abstract 456 (2015).

41.    Bai SW, et al (2005). Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence. *Int J Gynaecol Obstet* 2005;91:246-251.

42.    Balchandra, P. et al (2015) Perioperative outcomes and prospective patient reported outcome measure for transvaginal mesh surgery. *Arch Gynecol Obstet* (2015) Oct;292(4):875-82

43.    Ballert, Biggs, (2009) Managing the urethra at transvaginal pelvic organ prolapse repair: a urodynamic approach, *J Urol*. 181(2):679-84, Feb 2009

44.    Balmforth & Cardozo (2005) Prospective Multicentre Observational Trial of Composite Polyglactin/Polypropylene Mesh (Vypro Mesh) for Reconstruction of Recurrent Anterior Vaginal Wall Prolapse ICS Abstract 120

45.    Balzarro, Rubilotta, A unique case of late complication of rectum mesh erosion after laparoscopic sacrocolpopexy, *Urol Int*. 92(3):363-5, 2014

46.    Barber MD, et al (2008) Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. *Obstet Gynecol* 2008;111:611-621.

47.    Barber MD, et al (2009)  Defining success after surgery for pelvic organ prolapse. Author Manuscript: available in PMC 2010 July 15.  Final form in *Obstet Gynecol*. 2009;114(3):600–609.

48.    Barber MD, et al (2012) Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. *Obstet Gynecol* 2012;119:328-337.

49.    Barbolt, T.  (2006) Biology of polypropylene/polyglactin 910 grafts. *Int Urogynecol J* 2006;17:S26-S30.

50.   Barnes, Dmochowski, (2002) Pubovaginal sling and pelvic prolapse repair in women with occult stress urinary incontinence: effect on postoperative emptying and voiding symptoms, *Urology*, 59(6):856-60, June 2002

51.   Barry C, et al (2008) A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. *Int Urogynecol J Pelvic Floor Dysfunct* 2008;19:171-178.

52.   Basu M, Duckett J. (2010) A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. *BJOG* 2010;117:730-735.

53.   Benbouzid, S. (2012) Pelvic organ prolapse transvaginal repair by the prolift system: Evaluation of efficacy and complications after a 4.5 years follow up. *International Journal of Urology* (2012) 19, 1010-1016

54.   Benson TJ, et al (1996)  Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation.  *Am J Obstet Gynecol* 1996;175(6):1418-22.

55.   Bernasconi, F. (2012) TVT SECUR System: Final results of a prospective, observational, multicentric study. *Int Urogynecol J* (2012) 23:93–98

56.   Bianchi AH, et al (2011) Randomised trial ofTVT-0 and TVT-S for the treatment of stress urinary incontinence. *Int Urogynecol J* 2011;22(Suppl l):S62.

57.   Bianchi-Ferraro AM, et al (2013) A. Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomized controlled trial. *Int Urogynecol J*. 2013 Sep;24(9):1459-65

58.   Birch, (2005) The use of prosthetics in pelvic reconstructive surgery, *Best Pract Res Clin Obstet Gyneacol*, 19: 979, 2005

59.   Black, N. (1996) The effectiveness of surgery for stress incontinence in women: a systematic review. *British Journal of Urology* (1996),78,497-510

60.   Bohrer, Chen, (2008) Pudendal neuropathy involving the perforating cutaneous nerve after cystocele repair with graft, *Obstet Gynecol*; 112(2 Pt 2):496-8, Aug 2008

61.   Book, Novi, (2012) Postoperative voiding dysfunction following posterior colporrhaphy, *Female Pelvic Med Reconstr Surg*; 18(1):32-4 Jan-Feb. 2012

62.   Boyles, Weber, (2003) Procedures for pelvic organ prolapse in the United States, 1979-1997. *Am J Obstet Gynecol*., 188:108-115, 2003

63. Bringman, S., et al. (2010) Hernia repair: the search for ideal meshes. *Hernia* 2010;14(1):81-87.

64. Brito, Rodrigues, (2013) Comparison of the efficacy and safety of surgical procedures utilizing autologous fascial and transobturator sling in patients with stress urinary incontinence, *J. Reprod Med*, 58, 19-24, Jan-Feb, 2013

65. Brubaker, L. (2011) Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study. *Am J Obstet Gynecol* 2011;205:498.e1-6.

66. Brubaker, L. (2012) 5-year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. *J Uro* (2012) Vol. 187, 1324-1330

67. Bump & McClish (1992) Cigarrette smoking and urinary incontinence in women. *Am. J. Obstet. & Gynecol*, 167:1213–1218, 1992

68. Burger JWA, et al (2004) Long-term follow-up of a randomized controlled trial of suture versus mesh repair of incisional hernia. *Ann Surg* 2004;240(4):578–585.

69. But I, Faganelj M. (2008) Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. *Int Urogynecol J Pelvic Floor Dysfunct* 2008;19:857-861.

70. Campeau L, et al (2007) A multicenter, prospective, randomized clinical trial comparing tension-free vaginal tape surgery and no treatment for the management of stress urinary incontinence in elderly women. *Neurourol Urodyn* 2007;26:990-994.

71. Caquant F et al (2008) Safety of Trans Vaginal Mesh procedure: retrospective study of 684 patients. *J. Obstet. Gynecol. Res*. 2008;34(4):449-456.

72. Carbone, Kavaler, (2001) Pubovaginal sling using cadaveric fascia and bone anchors: disappointment early results, *J Urol*, 165 (5) 1605-11, May 2001

73. Carey M, et al (2009) Vaginal repair with mesh versus colporrhaphy for prolapse: a randomized controlled trial. BJOG *2009*;116:1380–1386.

74. Caruso S, et al (2007) Clitoral blood flow changes after surgery for stress urinary incontinence: pilot study on TVT Versus TOT procedures. *Urology* 2007;70:554- 557.

75. Cervigni M, et al (2006) Surgical correction of stress urinary incontinence associated with pelvic organ prolapse: Trans-obturator approach (Monarc) versus retropubic approach (TVT). *Neurourol Urodyn* 2006;25:552.

76.   Cervigni, Natale, (2001) The use of synthetics in the treatment of pelvic organ prolapse, *Curr Opin Urol*. 11(4):429-35, Jul 2001

77.   Chai, Albo, (2009) Urinary Incontinence Treatment Network.  Complications in women undergoing Burch Colposuspension versus autologous rectus fascial sling for stress urinary incontinence, *J Urol*, 282 (5) 2192-7, May 2009

78.   Chaliha. (1999) Complications of surgery for genuine stress incontinence. *British Journal of Obstetrics and Gynecology*, December 1999, Vol 106, pp. 1238-1245

79.   Cheng, D. (2012) Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 161 (2012) 228–231

80.   Choe J, et al (2005) Comparative study of tension-free vaginal tape (TVT) and suprapubic arc (SPARC) sling procedure for female stress urinary incontinence. *Int Urogynecol J Pelvic Floor Dysfunct* 2005;16:S68.

81.   Cholhan, H. (2010) Dyspareunia association with paraurethral banding in the transobturator sling. *Am J Obstet Gynecol* 2010;202:481.e1-5.

82.   Chughtai, B. et al (2013) Midurethral Sling Is the Dominant Procedure for Female Stress Urinary Incontinence: Analysis of Case Logs From Certifying American Urologists. *Urology*. 2013 Dec;82(6):1267-71

83.   Chung, Kuehl, (2012) Recognition and management of nerve entrapment pain after uterosacral ligament suspension, *Obstet Gynecol*;120, Aug 2012

84.   Claerhout F, et al (2009)  Medium-term anatomic and functional results of laparoscopic sacrocolpopexy beyond the learning curve.  *European Urology* 2009; 55:1459-1468.

85.   Clemons, J. (2013) Impact of the 2011 FDA Transvaginal Mesh Safety Update on AUGS Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery. *Female Pelvic Med Reconstr Surg* 2013;19: 191Y198

86.   Collinet, P. (2008) The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. *Int Urogynecol J* (2008) 19:711–715

87.   Colombo M, et al (2005) Randomized study to compare pereyra and TVT procedures for women with stress urinary incontinence and advanced urogenital prolapse. *Urogynaecol Int J* 2005;19:177-81.

88.   Conze, J. (2005) Randomized clinical trial comparing lightweight composite mesh with polyester or polypropylene mesh for incisional hernia repair. *Br J Surg*. 2005 Dec;92(12):1488-93

89.    Conze, J., et al.  (2008) New Polymer for Intra-Abdominal Meshes-PVDF Copolymer. *J Biomed Mater Res B Appl Biomater* 2008;87(2):321-328.

90.    Conze, J., et al. (2004)  Polypropylene in the intra-abdominal position:  Influence of pore size and surface area. *Hernia* 2004;8(4):365-372.

91.    Coon, Tuffaha, (2013) Plastic surgery and smoking: a prospective analysis of incidence, compliance, and complications, *Plast Reconstr Surg*, 131(2):385-91, Feb 2013

92.    Cornu, J. (2010) Midterm Prospective Evaluation of TVT-Secur Reveals High Failure Rate. *EUROPEAN UROLOGY* 58 (2010) 157 – 161

93.    Cosson M, et al (2005)  Prolift mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 687 patients.  ICS meeting 2005 Montreal, abstract 121.

94.    Cox, A. (2013) Surgical management of female SUI: is there a gold standard? *Nat. Rev. Urol.* 10, 78–89 (2013)

95.    Culligan, (2003) Bacterial colony counts during vaginal surgery, *Infect Dis Obstet Gynecol,* 11:161-165, 2003

96.    Culligan, (2012) Nonsurgical management of pelvic organ prolapse, *Obstet Gynecol.*, 119 (4): 852-60, Apr 2012

97.    Damoiseaux, A.(2015) IUGA Abs PP 01- Long-term follow-up (7 years) of a randomized controlled trial: Trocar-guided mesh compared with conventional vaginal repair in recurrent pelvic organ prolapse. (2015)

98.    Dandolu, V. (2015) IUGA Abs PP 37 - Mesh complications in U.S. after transvaginal mesh repair versus abdominal or laparoscopic sacrocolpopexy. (2015)

99.    Darai, E. (2007) Functional Results After the Suburethral Sling Procedure for Urinary Stress Incontinence: A Prospective Randomized Multicentre Study Comparing the Retropubic and Transobturator Routes. *EUROPEAN UROLOGY* 51 (2007) 795-802

100.   daSilveira (2014) Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment. *Int Urogynecol J.* 09 September 2014 [Pop 184, 1 yr fu]

101.   Dati et al. (2007) Prolift vs. Avaulta for Transvaginal Repair of Severe Pelvic Prolapse. *Urogynaecologia International Journal* Vol. 21 N-36,303-306,.2007

102.   Davila, Jijon, (2012) Managing vaginal mesh exposure/erosions, *Curr Opin Obstet Gynecol*; 24(5):343-8; Oct 2012

103.    de Landsheere, et al (2012)  Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. *Am J Obstet Gynecol* 2012;206(1):83e.1–7.

104.    de Leval J, et al (2011) The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. *Int Urogynecol J* 2011;22:145-156.

105.    de Oliveira L, et al (2007). Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. *Int Urogynecol J* 2007;18(Suppl l):S180-S181.

106.    de Tayrac R, et al (2003). A prospective randomized study comparing TVT and transobturator suburethral tape (T.O.T.) for the surgical treatment of stress incontinence. ICS 2003:Abstract 344.

107.    de Tayrac, R. (2004) A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. *American Journal of Obstetrics and Gynecology* (2004) 190, 602e8

108.    de Tayrac, R., et al. (2002) Cystocele repair by the vaginal route with a tension-free sub-bladder prosthesis. *J Gynecol Obstet Biol Reprod* (Paris) 2002;31(6):597-599.

109.    Debodinance, P. (2007) Trans-obturator urethral sling for the surgical correction of female stress urinary incontinence: Ouside-in (Monarc) versus inside-out (TVT-O)are the two ways reassuring? *European Journal of Obstetrics & Gynecology and Reproductive Biology* 133 (2007) 232-238

110.    Deffieux, X. (2010) Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. *Int Urogynecol J* (2010) 21:1337-1345

111.    Demirci, F. (2014) Perioperative complications in abdominal sacrocolpopexy sacrospinous ligament fixation and prolift procedures. *Balkan Med J* 2014; 31:158-63

112.    Denis et al (2004) Pelvic Organ Prolapse Treatment by the Vaginal Route Using a Vypro Composite Mesh: Preliminary Results About 106 Cases. Abstract 620 (2004)

113.    Detollenaere, (2015) Sacrospinous hysteropexy versus vaginal hysterectomy with suspension of the uterosacral ligaments in women with uterine prolapse stage 2 or higher: multicentre randomised non-inferiority trial," *BMJ*, 351:h3717. Jul 23, 2015

114.    Dietz and Maher, (2013) Pelvic organ prolapse and sexual function, *Int Urogynecol J*, 24:1853-1857, 2013

115. Dietz, H (2003) Mechanical properties of urogynecologic implant materials. *Int Urogynecol J* (2003) 14: 239–243.

116. Dietz, H. (2006) TVT vs Monarc: a comparative study. *Int Urogynecol J* (2006) 17: 566-569

117. Dmochowski, R. (2010) Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. *J Uro*, Vol. 183, 1906-1914, May 2010

118. Drahoradova P, et al (2004) Comparative development of quality of life between TVT and Burch colposuspension. ICS 2004:Abstract 278.

119. El-Barky E, et al (2005). Tension free vaginal tape versus Burch colposuspension for treatment of female stress urinary incontinence. *Int Ural Nephrol* 2005;37:277-281.

120. El-Hefnawy AS, et al (2010). TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? *Int Urogynecol J* 2010;21:947-953.

121. Elmér C, et al (2009)  Historical inflammatory response to transvaginal polypropylene mesh for pelvic reconstructive surgery.  *J Urol* 2009;181:1189–1195.

122. Elmér C, et al (2009)  Trocar-guided transvaginal mesh repair of pelvic organ prolapse. *Obstet Gynecol* 2009;113(1):117–26.

123. Elmér C, et al (2012)  Risk factors for mesh complications after trocar guided transvaginal mesh kit repair of anterior wall prolapse.  *Neurourol. Urodynam* 2012;31(7):1165–1169.

124. Elzevier, "Female Sexual Function after Surgery for Stress Urinary Incontinence: Transobturator Suburethral Tape vs. Tension-Free Vaginal Tape Obturator," J Sex Med; 5:400-406, 2008

125. Elzevier, H. (2008) Female Sexual Function after Surgery for Stress Urinary Incontinence: Transobturator Suburethral Tape vs. Tension-Free Vaginal Tape Obturator. *J Sex Med* 2008;5:400-406

126. Falconer, C., et al.(2001) Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinence. *Int Urogynecol J* (2001) (Suppl 2):S19-S23.

127. Fall M, et al Guidelines on Chronic Pelvic Pain  2008. (http://uroweb.org/wp-content/uploads/22_Chronic_Pelvic_Pain-2008.pdf)

128. Fatton B, et al (2007)  Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift™ technique)—a case series multicentric study. *Int Urogynecol J* 2007;18:743–752.

129.  Fatton B, et al (2008)  Preliminary results of the Prolift technique in the treatment of pelvic organ prolapse by vaginal route: a multicentric retrospective series of 110 patients. Poster, presented at International Urogyneological Association (IUGA), Sept. 6-9, 2008, Athens, Greece.

130.  Feiner B, et al. (2009) Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review.  *BJOG* 2009;116:15–24.

131.  Finnegan, S. Clinical outcome of the first cases of the TVT secur in the UK: TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. (Abstract Only)

132.  Fischerlehner, G. TVT-Secur System: One Year experience (Abstract Only)

133.  Flood, C., et al. (1998) Anterior Colporrhaphy Reinforced with Marlex Mesh for the Treatment of Cystoceles.  *Int Urogynecol J*  1998;9:200-204.

134.  Ford, AA (2015) Mid-urethral sling opeartions for stress urinary incontinence in women (Summary)  Cochrane Review 2015

135.  Ford, AA (2015) Mid-urethral sling operations for stress urinary incontinence in women (Review) Cochrane Database of Systematic Reviews 2015, Issue 7

136.  Fox, Stanton, (2000) Vault prolapse and rectocele: assessment of repair using sacrocolpopexy with mesh interposition, *BJOG*. 107(11):1371-5, Nov 2000

137.  Freeman R, et al. (2011) What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence-a multi-centre randomised controlled trial. *Int Urogynecol J* 2011;22:279-286.

138.  Friedman M. (2009) TVT-O vs TVT-S: first randomized, prospective, comparative study of intraoperative complications, perioperative morbidity and one year postoperative results. *J Pelvic Med Surg* 2009;15:48.

139.  Fuentes AE. (2011) A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVT-0) in women with severe genital prolapse and occult stress incontinence: long term follow up. *Int Urogynecol J* 2011;22(Suppl l):S60-S61.

140.  Gandhi, S. (2006) TVT versus SPARC: comparison of outcomes for two midurethral tape prodecures. Int Urogynecol J (2006) 17: 125- 130

141.  Ghezzi, F. (2005) Impact of tension-free vaginal tape on sexual function: results of a prospective study. *Int Urogynecol J* (2005) 17: 54–59

142.   Groutz, A. (2010) Ten year subjective outcome results of the retropubic tension free vaginal tape for treatment of stress urinary incontinence. *J Minim Invasive Gynecol* 2010; 18:726–729

143.   Groutz, A. (2011) Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. *Journal of Women's Health*, Volume 20, Number 10, 2011 1525-1528

144.   Guerrero KL, et al (2010). A randomised controlled trial comparing TVT'M, Pelvicol™ and autologous fascia I slings for the treatment of stress urinary incontinence in women. *BJOG* 2010;117:1493-1502.

145.   Gungor T et al (1997) Influence of anterior colporrhaphy with colpoperineoplasty oerations for stress incontinence and/or genital descent on sexual life. *J Pak Med Assoc* 1997 Oct;47(10):248-50

146.   Gupta, P. AUA Abs PD20-08 The impact of comorbid chronic pain syndromes on sexual activity and dyspareunia pelvic organ prolapse repair. (2015)

147.   Gyhagen, (2013) A comparison of the long-term consequences of vaginal delivery versus caesarean section on the prevalence, severity, and bothersomeness of urinary incontinence subtypes: a national cohort study in primiparous women, *BJOG*, 120(12):1548-55, Nov 2013

148.   Halaska M (2012) A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse, *Am J Obstet Gynecol*, 207:301.e1–7, 2012

149.   Hamer MA, et al (2011). Short-term results of a prospective randomized evaluator blinded multicenter study comparing TVT and TVT-Secur. *Int Uragynecol J Pelvic Floor Dysfunct* 2011;22:781-787.

150.   Hamer, M. (2013) One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. *Int Urogynecol J* (2013) 24:223–229

151.   Han, Ji-Yeon. (2012) Efficacy of TVT-Secur and factors affecting cure of female stress urinary incontinence: 3-year follow-up. *Int Urogynecol J* (2012) 23:1721–1726

152.   Hannestad (2003) Are smoking and other lifestyle factors associated with female urinary incontinence? The Norwegian EPINCONT Study, *Br J Obstet Gynaecol*, 110(3):247–254, Mar 2003

153.   Hardiman, P., et al.  (2000) Cystocele repair using polypropylene mesh. *Br J Obstet Gynaecol* 2000;107:825-826.

154.   Heinonen, P. (2012) Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. *Int J Urol* 2012; 19:1003–1009

155.   Heinonen, P. (2015) IUGA Abs OP 093 Long-term outcome after transvaginal mesh repair of pelvic organ prolapse. (2015)

156.   Hellberg, D. (2007) The very obese woman and the very old woman: tensionfree vaginal tape for the treatment of stress urinary incontinence. *Int Urogynecol J* (2007) 18:423–429

157.   Hendrix, Clark,  (2002) Pelvic organ prolapse in the Women's Health Initiative, gravity and gravidity. *Am J. Obstet Gynecol.* 186:1160, 2002

158.   Hibner, Pudendal Neuralgia. *Ob.Gyn digital news* 4/06/12

159.   Hill, Kavaler, (2008) The Five Point Cystocele Repair Abstract, *The Journal of Urology*, Vol. 179, Issue 4 supplement, pp. 667-668, Apr 2008

160.   Hill, Kavaler, Five Point Cystocele Repair, Teaching Video, AUA, Orlando, Florida, 2008

161.   Hiltunen R, et al (2007)  Low-weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial.  *Obstet Gynecol* 2007;110:455–62.

162.   Hinoul P, et al (2009). TVT obturator system versus TVT Secur: a randomized controlled trial, short term results. *Int Uragynecol J Pelvic Floor Dysfunct* 2009;20:S213.

163.   Hinoul P, et al (2011) A randomized, controlled trial comparing an innovative single incision sling with an established transobturator sling to treat female stress urinary incontinence. *J Ural* 2011;185:1356-1362.

164.   Hinoul, P. (2007) Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). *Int Urogynecol J* (2007) 18:1201–1206

165.   Hinoul, P. (2009) Surgical management of urinary stress incontinence in women: A historical and clinical overview. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 145 (2009) 219-225

166.   Hinoul, P. (2011) An anatomic comparison of the original versus a modified inside-out transobturator procedure. *Int Urogynecol J* (2011) 22:997–1004

167.   Holmgren C et al (2006)  Quality of life after tension-free vaginal tape surgery for female stress incontinence.  *Scand J Urol Nephrol* 2006;40:131–137.

168.   Holmgren, C (2005) Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence, *Obstetrics & Gynecology*, 106(1):38-43, Jul 2005

169.   Holmgren, C. (2007) Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence – A long-term follow-up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 132 (2007) 121-125

170.   Hota LS, et al (2010) TVT-secur (Hammock) versus TVT-obturator: a randomized trial of suburethral sling operative procedures. *Female Pelvic Med Reconstr Surg* 2010;16:S87.

171.   Hota, L. (2012) TVT-Secur (Hammock) Versus TVT-Obturator: Randomized Trial of Suburethral Sling OperativeProcedures. *Female Pelvic Medicin and Reconstructive Surgery* (Jan/ Fed 2012) 18:1, p. 41-45

172.   Houwert RM, et al (2009) TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparative study, *Int Urogynecol J Pelvic Floor Dysfunct*; 20(11):1327-33, Nov 2009

173.   Hunskaar, Gungor, ICS Committee Report Epidemiology of Urinary (UI) and Fecal (FI) Incontinence and Pelvic Organ Prolapse. Chapter 5

174.   Hwang, E. (2012) Predictive factors that influence treatment outcomes of innovative single incision sling: comparing TVT-Secur to an established transobturator sling for female stress urinary incontinence. *Int Urogynecol J* (2012) 23:907–912

175.   Iglesia CB, et al (1997)  The use of mesh in gynecologic surgery.  *Int Urogynecol J* 1997; 8:105–115.

176.   Iglesia CB, et al. (2010) Vaginal mesh for prolapse: a randomized controlled trial.  *Obstet Gynecol* 2010;116:293–303.

177.   Jacquetin B, et al (2006)  Prospective clinical assessment of the trans vaginal mesh (TVM) technique for treatment of pelvic organ prolapse – one year results of 175 patients ICS November 27–December 1, 2006, abstract no. 291.

178.   Jacquetin B, et al (2010)  Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study.  *Int Urogynecol J* 2010;21:1455–1462.

179.   Jain P, Jirschele, (2011) Effectiveness of midurethral slings in mixed urinary incontinence: a systematic review and meta-Analysis, *lnt Urogynecol J*; 22(8):923-32, Aug 2011

180.   Jarmy-Di Bella, et al (2009) Randomised trial of TVT-0 and TVT-S for the treatment of stress urinary incontinence preliminary study, *lnt Urogynecol J*; 20:S176-S7, 2009

181.  Jelovsek J et al (2008). Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. *BJOG* 2008;115:219-225; discussion 225.

182.  Juang, et al (2007), Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-0) plus modified lngelman-Sundberg procedure versus TVT-0 alone in the treatment of mixed urinary incontinence: a randomized study, *Eur Ural*; 51:1671-1678; discussion 1679, 2007

183.  Jung HC, et al. (2007) Three-year outcomes of the IRIS procedure for treatment of female stress urinary incontinence: comparison with TVT procedure. *Eur Ural Suppl* 2007;6:231.

184.  Kaelin-Gambirasio, I. (2009) Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. *BMC Women's Health* 2009, 9:28,

185.  Karateke A et al (2009) Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomized study, *Australian NZ J Obstet Gynaecol*; 49:99-105, 2009

186.  Karmakar, Hayward (2015) Vaginal mesh for prolapse: a long-term prospective study of 218 mesh kits from a single centre, *Int Urogynecol J* 26(8):1161-70, Aug 2015

187.  Karram, M. (2003) Complications and Untoward Effects of the Tension-Free Vaginal Tape Procedure. *The American College of Obstetricians and Gynecologists* (2003) Vol. 101, No. 5, Part 1

188.  Keegan, Aliemo, (2007) Periurethral injection therapy for urinary incontinence in women, Cochrane Database Syst Rev., 3, Jul 18, 2007

189.  Kelly, Behrman, (2002) The safety and efficacy of prosthetic hernia repair in clean-contaminated and contaminated wounds, *Am Surg.*, 68(6):524-8; June 2002

190.  Keys, Campeau,  (2012) Synthetic Mesh in the Surgical Repair of Pelvic Oran Prolapse: Current Status and Future Directions, *Urology*, 80 (2), p. 237-243, 2012

191.  Khandwala, S. (2010) Experience with TVT-Secur sling for stress urinary incontinence: a 141-case analysis. *Int Urogynecol J* (2010) 21:767–772

192.  Khandwala, S. (2013) Transvaginal mesh surgery for pelvic organ prolapse: one year outcome analysis. *Female Pelvic Med Reconstr Surg*. 2013 Mar-Apr;19(2):84-9

193.  Kim D, Jang HC. (2010) Randomized control study of Monarc® vs. tension-free vaginal tape obturator (TVT-0®) in the treatment of female urinary incontinence in: comparison of medium term cure rate. *Int Uragynecol J* 2010;21(Suppl l):S319-S20.

194. Kim JJ, et al (2009) Comparison of the efficacy of TVT and TVT-0 on the overactive bladder symptoms in women with stress urinary incontinence. *J Ural Suppl* 2009;181:560.

195. Kim JY, et al (2004) Comparisons of IRIS, TVT and SPARC procedure for stress urinary incontinence. *Eur Ural Suppl* 2004;3:80.

196. Kim, JJ (2010) Randomized Comparative Study of the U-and H-type Approaches of the TVT-Secur Procedure for the Treatment of Female Stress Urinary Incontinence: One Year Follow-Up. *Korean J Urol* 2010;51:250-256

197. King, A.(2014) Is there an association between polypropylene midurethral slings and malignancy. *Urology* 84: 789-792, 2014

198. Kjohede, P. (2005) Long-term Efficacy of Burch Colposuspension: A 14-year Follow-up Study. *Acta Obstet Gynecol Scand* 2005; 84: 767–772.

199. Klinge, U. (2007) Demands and Properties of the Alloplastic Implants for the Treatment of Stress Urinary Incontinence. *Expert Rev. Med. Devices* 4(3), 349–359 (2007)

200. Klinge, U. Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. Hernia Repair Sequelae, Ch. 56, 440-444

201. Klinge, U., et al. (1999) Foreign Body Reaction to Meshes Used for the Repair of Abdominal Wall Hernias. *Eur J Surg* 1999;165:665-673.

202. Klinge, U., et al. (2002) Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model. *Journal of Surgical Research* 2002;103:208-214.

203. Klinge, U., et al. (2002) PVDF as a new polymer for the construction of surgical meshes. *Biomaterials* 2002;23:3487-3493.

204. Klinge, U., et al. (2002) Functional and Morphological Evaluation of a Low-Weight, Monofilament Polypropylene Mesh for Hernia Repair. *J Biomed Mater Res*. 2002;63(2):129-136.

205. Klosterhalfen, B., et al. (1998) Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. *Biomaterials* 1998;19:2235-2246.

206. Knoepp, Shippery, (2010) Sexual complaints, pelvic floor symptoms, and sexual distress in women over forty, *J Sex Med*., (11) 3675-3682, November 7, 2010

207. Kocjancic E, et al. (2008) Tension free vaginal tape vs. trans obturator tape: is there any difference in the mixed incontinence patients? Results of a multicentre randomised trial. *Eur Ural Suppl* 2008;7:123.

208.   Koelbl H, et al (2002)  Burch colposuspension and TVT: Perioperative results of a prospective randomized trial in patients with genuine stress incontinence. *Neuraural Uradyn* 2002;21:327.

209.   Kolle, D. (2005) Bleeding Complications With The Tension-Free Vaginal Tape Operation. *American Journal of Obstetrics and Gynecology* (2005) 193. 2045-9

210.   Kondo A, et al. (2006) Efficacy, safety and hospital costs of tension-free vaginal tape and pubovaginal sling in the surgical treatment of stress incontinence. *J Obstet Gynaecol Res* 2006;32:539-544.

211.   Krofta L, et al (2010) TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. *Int Uragynecol J* 2010;21:141-148.

212.   Krofta, L. (2010) TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. *Int Urogynecol J* (2010) 21:779–785

213.   Kulseng-Hanssen, S. (2008) Follow-up of TVT Operations in 1,113 women with mixed urinary incontinence at 7 and 38 months. *Int Urogynecol J* (2008) 19:391–396

214.   Kuuva, N & Nilsson, CG. (2002) A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure.  *Acta Obstet Gynecol Scand* 2002; 81:72-7

215.   Labat, Riant, (2008) Diagnostic criteria for pudendal neuralgia by pudendal nerve entrapment (Nantes criteria), *Neurourol Urodyn*; 27(4):306-10 2008

216.   Labrie, Julien. (2013) Surgery versus Physiotherapy for Stress Urinary Incontinence. *N Engl J Med* (2013) 369:12, 1124-33

217.   Lachiewicz (2015) Pelvic surgical site infections in gynecologic surgery, *Infect Dis Obstet Gynecol,* 2015:614950, 2015

218.   Lammerink, E. Short-term outcome of TVT-Secur (Abstract Only)

219.   Latthe, P (2007) Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. *BJOG* 2007;114:522–531.

220.   Latthe, P. (2009) Two routes of transobturator tape procedure in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials. *BJUI* (2009) 106 , 68 – 76

221.   Laurikainen E, et al (2011) Retropubic TVT compared with transobturator TVT (TVT-O) in treatment of stress urinary incontinence: five-year results of a randomized trial. *Neuraural Uradyn* 2011;30:803-805.

222.    Laurikainen, E (2007) TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results, *Obstet Gynecol*; 109:4-11, 2007

223.    Laurikainen, E. (2007) Retropubic Compared With Transobturator Tape Placement in Treatment of Urinary Incontinence. *J Obstet Gynecol* 2007;109:4-11

224.    Laurikainen, E. (2014) Five-Year Results of a Randomized Trial comparing retropubic and Transobturator Miduretral sling for Stress Incontinence. *European Urology* (2014)

225.    Lee KS, et al (2007) A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year followup. *J Ural 2007*;177:214-218.

226.    Lee KS, et al (2008) Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. *Int Uragynecol J Pelvic Floor Dysfunct* 2008;19:577-582.

227.    Lee, KS (2010) A Prospective Multicenter Randomized Comparative Study Between the U-and H-type Methods of the TVT Secur Procedure for the Treatment of Female Stress Urinary Incontinence: 1-Year Follow-up, *European Urology*; 57:973-979, 2010

228.    Lee, Murray, (2013) Long-term outcomes of autologous pubovaginal fascia slings: is there a difference between primary and secondary slings? *Neurourol Urodyn*, Oct 16, 2013

229.    Leval, J.(2011) The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. *Int Urogynecol J* (2011) 22:145–156

230.    Liapis A, et al (2002) Burch colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. *Eur Ural* 2002;41:469-473.

231.    Liapis A, et al (2006). Tension-free vaginal tape for elderly women with stress urinary incontinence. *Int J Gynaecol Obstet* 2006;92:48-51.

232.    Liapis A, et al (2008) Monarc vs TVT-0 for the treatment of primary stress incontinence: a randomized study. *Int Uragynecol J Pelvic Floor Dysfunct* 2008;19:185-190.

233.    Liapis, A. (2006) Tension-Free Vaginal Tape versus Tension-Free Vaginal Tape Obturator in Women with Stress Urinary Incontinence. *Gynecol Obstet Invest* 2006;62:160-164

234.    Liapis, A. (2008) Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7- year follow-up. lilt *Urogynecol J* (2008) 19:1509-1512

235.   Liapis, A. (2010) Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 148 (2010) 199-201

236.   Lim YN, et al (2005) Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial. *Australian NZ J Obstet Gynaecol* 2005;45:52-59.

237.   Lim, J (2006) Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. *BJOG* 2006;113:1315–1320.

238.   Lim, J. (2010) Short-term clinical and quality-of-life outcomes in women treated by the TVT-Secur procedure. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 2010; 50: 168–172

239.   Lim, Y. et al (2005) Suburethral slingplasty evaluation study in North Queensland, Australia: The SUSPEND trial. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 2005; 45: 52–59

240.   Lin, (2005) In Vivo tension Sustained by Fascial Sling in Pubovaginal Sling Surgery for Female Stress Urinary Incontinence, *J Urol*, 173(3):894–897, Mar 2005

241.   Lleberia, J. (2011) Surgical Treatment of Mixed Urinary Incontinence: effect of anterior colpoplasty. *Int Urogynecol J* (2011) 22:1025–1030

242.   Long Lin, A. (2005) In Vivo Tension Sustained By Fascial Sling in Pubovaginal Sling Surgery for Female Stress Urinary Incontinence. *J Urology* (March 2005) Vol. 173, 894–897

243.   Long, C-Y, et al. (2011) Comparison of clinical outcome and urodynamic findings using "Perigee and/or Apogee" versus "Prolift anterior and/or posterior" system devices for the treatment of pelvic organ prolapse. *Int Urogynecol J* (2011) 22:233-239.

244.   Lord HE, et al (2006) A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and supra pubic urethral support sling for treating stress incontinence. *BJU* Int 2006;98:367-376.

245.   Lowman JK, et al (2008)  Does the Prolift system cause dyspareunia?  *Am J Obstet Gynecol* 2008;199:707.e1-707.e6.

246.   Lowman, (2008) Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy, *Am J Ob Gyn*, 561, May 2008

247.   Lucente V, et al (2004)  Oral Poster 55: A clinical assessment of GYNEMSH PS for the repair of pelvic organ prolapse (POP) [abstract].  *Journal of Pelvic Medicine & Surgery* 2004;10:S35.

248.    Luijendijk RW, et al (2000)  A comparison of suture repair with mesh repair for incisional hernia.  *N Engl J Med* 2000;343(6):392–398.

249.    Lukacz (2004) The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation, *Int Urogynecol J*; 15(1):32-38, Jan-Feb 2004

250.    Lykke, R. et al (2015) The indication for hysterectomy as a risk factor for subsequent pelvic organ prolapse repair. *Int Urogynecol J* 2015 Nov;26(11): 1661-5

251.    Maaita, M. (2002) Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. *BJU International* (2002), 90, 540–543

252.    Mage, P. (1999) Interposition of a synthetic mesh by vaginal approach in the cure of genital prolapse. *J Gynecol Obstet Biol Reprod* (Paris) 1999;28(8);825-9.

253.    Maghsoudi, (2014) Prevalence of the genital tract bacterial infections after vaginal reconstructive surgery, *Pak J Biol Sci*, 17(9):1058-63, Sep 2014

254.    Magno-Azevedo, V. (2013) Single Incision Slings: Is There a Role?. *Curr Bladder Dysfunct Rep* (2013) 8:19–24

255.    Maher C, et al (2004) Laparoscopic colposuspension or tension-free vaginal tape for recurrent stress urinary incontinence and/or intrinsic sphincter deficiency-a randomised controlled trial. *Neurourol Urodyn* 2004;23:433-434.

256.    Maher C, et al (2010).  Surgical management of pelvic organ prolapse in women. Cochrane Database of Systematic Reviews 2010, (4) CD004014.

257.    Maher C. et al (2011) Surgical management of pelvic organ prolapse in women: the updated summary version, Cochrane Review.  *Int Urogynecol J*. 2011 22: 1145-1457

258.    Maher C. et al (2013) Surgical management of pelvic organ prolapse in women, Cochrane Database Syst Rev., 4:CD004014, Apr 30, 2013

259.    Maher, C (2004) Surgical management of pelvic organ prolapse in women, Cochrane Database Syst Rev., (4): CD004014, Oct 18, 2004

260.    Maher, C. (2011) Laparoscopic sacral colpopexy versus total vaginal mesh for vaginal vault prolapse: a randomized trial. *Am J Obstet Gynecol* 2011; 204: 1.e1-1.e7

261.    Mahon, J., et al. (2012) Summaries of the Safety/Adverse Effects of Vaginal Tapes/Slings/Meshes for Stress Urinary Incontinence and Prolapse, York Health Economics Consortium, November 2012

262.    Manniën, van Kasteren, "Effect of optimized antibiotic prophylaxis on the incidence of surgical site infection" Infect Control Hosp Epidemiol  (12):1340-6, Dec. 27, 2006

263.  Margulies RU, et al (2008) Complications requiring reoperation following vaginal mesh kit procedures for prolapse.  *Am J Obstet Gynecol* 2008;199:678.e1-678.e4.

264.  Martan, A. (2007) TVT SECUR System - Tension-free Support of the Urethra in Women Suffering from Stress Urinary Incontinence - Technique and Initial Experience. *Ces. Gynek*. 72, 2007, C. 1 s.42-49

265.  Masata J, et al (2011) Randomized prospective trial of a comparison of the efficacy of TVT-0 and TVT secur system in the treatment of stress urinary incontinent women - comparison of the long- and short-term results. *Neurourol Urodyn* 2011;30:805-806.

266.  Masata, J. (2012) Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT Secur systems in the treatment of stress urinary incontinent women –2-year follow-up. *Int Urogynecol J* (2012) 23:1403–1412

267.  Maserejian, Minassian, (2014) Treatment status and risk factors for incidence and persistence of urinary incontinence in women, *Int. Urogynecology J*., Jan 30, 2014

268.  Mattimore, J. (2015) AUA Abs FRII-07 - The History of Pelvic Organ Prolapse from antiquity to present day. (2015)

269.  McLennan, M. (2012) Bladder Perforation During Tension-Free Vaginal Tape Procedures: Abdominal versus Vaginal Approach. *Female Pelvic Medicine & Reconstructive Surgery*, Volume 18, Number 1, January/February 2012

270.  Menefee, SA, et al (2011)  Colporrhaphy compared with mesh or graft-reinforced vaginal paravaginal repair for anterior vaginal wall prolapse: a randomized controlled trial. *Obstet Gynecol* 2011;118:1337–44.

271.  Meschia M, (2004) A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. *Am J Obstet Gynecol* 2004;190:609-6713.

272.  Meschia M, et al (2006) Tension-free vaginal tape (TVT) and intravaginal slingplasty (IVS) for stress urinary incontinence: a multi center randomized trial. *Am J Obstet Gynecol* 2006;195:1338-1342.

273.  Meschia M, et al (2007) A multicenter randomized comparison of tension-free vaginal tape (TVT) and trans-obturator in-out technique (TVT-0) for the treatment of stress urinary incontinence: one year results. *Int Urogynecol J* 2007;18(Suppl l):S2.

274.  Meschia, M. (2007) Tension-free vaginal tape: analysis of risk factors for failures. *Int Urogynecol J* (2007) 18:419–422

275.    Meschia, M. (2009) TVT-Secur: A Minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial. *Int Urogynecol J* (2009) 20:313–317

276.    Messelink, The Standardization of terminology of pelvic floor muscle function and dysfunction, Report from the pelvic floor clinical assessment group of the International Continence Society," www.icsoffice.org

277.    Migliari, R., et al. (2000) Tension-Free Vaginal Mesh Repair for Anterior Vaginal Wall Prolapse. *Eur Urol* 2000;38:151-155.

278.    Milani, A. (2011) Trocar- guided mesh repair of vaginal prolapse using partially absorbable mesh: 1 year outcomes. *Am J Obstet Gynecol* 2011; 204: 74.e1-8.

279.    Miller D, et al (2011)  Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse 5-Year Results.  *Female Pelvic Med Reconstr Surg* 2011;17(3):139-143.

280.    Mirosh M, Epp A .(2005). TVT vs laparoscopic Burch colposuspension for the treatment of stress urinary incontinence. *JCS* 2005:Abstract 640.

281.    Moalli, P. (2008) Tensile properties of file commonly use mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655 663

282.    Moore RD, Miklos JR. (2009) Vaginal Mesh Kits for Pelvic Organ Prolapse, Friend or Foe: A Comprehensive Review. *The Scientific World Journal* (2009) 9, 163-189.

283.    Mostafa A, et al (2011) A multicentre randomised trial of single-incision mini-sling (Ajust) and tension-free vaginal tape-obturator (TVT-0 ™) in management of female stress urinary incontinence. *Neurourol Urodyn* 2011;30:806-8.

284.    Murad-Regadas, (2012) Management of patients with rectocele, multiple pelvic floor dysfunctions and obstructed defecation syndrome, *Arq Gastroenterol*; 49(2):135-42, Apr-Jun 2012

285.    Murphy M, et al  Time to rethink: an evidence-based response from pelvic surgeons to the FDA Safety Communication: UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse.  *Int Urogynecol J* 2012;23(1):5–9.

286.    Nager, C. (2012) A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. *N Engl J Med* 366: 1987-1997

287.    Naumann G, et al (2006) Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery. *Int Urogynecol J* 2006;17(Suppl 2):S94-S95.

288.    Nerli RB,et al (2009) Transobturator vaginal tape in comparison to tensionfree vaginal tape: A prospective trial with a minimum 12 months follow-up. *Indian J Urol* 2009;25:321-325.

289.    Neuman, M. (2004) Post Tension-free Vaginal Tape Voiding Difficulties. Journal of Pelvic Medicine and Surgery • Volume 10, Number 1, January/February 2004

290.    Neuman, M. (2006) TVT and TVT-Obturator: Comparison of Two Operative Procedures. Int Urogynecol J (2006) 17 (Supp. 2) S101-152

291.    Neuman, M. (2007) Training TVT Secur: The first 100 Teaching Operations. *Int Urogynecol J* (2007) 18 (Suppl 1):S25–S105

292.    Neuman, M. (2008) Perioperative Complication and Early Follow-up with 100 TVT-Secur Procedures. Journal of Minimally Invasive Gynecology (2008) 15,480--484

293.    Neuman, M. (2011) Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence: Early Postoperative Pain and 3-Year Follow-up. *Journal of Minimally Invasive Gynecology* (2011) 18, 769–773

294.    Nguyen JN, Burchette R. (2008) Outcome after anterior vaginal prolapse repair: a randomized controlled trial.  *Obstet Gynecol* 2008;111:891–8.

295.    Nicita, Giulio. (1998) A New Operation For Genitourinary Prolapse. *The Journal of Urology* 1998;160:741-745.

296.    Nieminen K, et al (2008)  Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh.  *Int Urogynecol J* 2008;19:1611–1616.

297.    Nieminen K, et al (2010) Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up.  *Am J Obstet Gynecol* 2010;203:235.e1-8.

298.    Nilsson CG (2015) Creating a gold standard surgical procedure: the development and implementation of TVT Ulf Ulmsten Memorial Lecture 2014. *Int Urogynecol J* 26:787–789.

299.    Nilsson CG, et al (1998) The tension free vaginal tape procedure (TVT) for treatment of female urinary incontinence: a minimal invasive surgical procedure.  *Acta Obstet Gynecol Scand* 1998;77(suppl 168):34–37.

300.    Nilsson CG, et al (2001) Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence.  *Int Urogynecol J* 2001;12(suppl 2):S5–S8.

301. Nilsson, CG (2004) Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. *Obstet Gynecol* (2004) 104, 1259-1262

302. Nilsson, CG (2013) Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. *Int Urogynecol J*. 2013;24(8):1265-9

303. Nilsson, CG. (2008) Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047

304. Nilsson, CG. et al (2001) Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Stress Urinary Incontinence. *Int Urogynecol J* (2001) (Suppl 2):S5-S8.

305. Nitti, Dmochowski (2013) Onabotulinumtoxin A for the treatment of patients with overactive bladder and urinary incontinence: results of phase 3 randomized, placebo controlled trial, *J Urol*, 189 (6) 2186-93, June 2013

306. North, C., et al (2010) A 2-year observational study to determine the efficacy of a novel single incision sling procedure (Minitape) for female stress urinary incontinence. *BJOG* 2010; 117:356-360.

307. Novara, G. (2008) Complication Rates of Tension-Free Midurethral Slings in the Treatment of Female Stress Urinary Incontinence: A Systematic Review and Meta-Analysis of Randomized Controlled Trials Comparing Tension-Free Midurethral Tapes to Other Surgical Procedures and Different Devices. *European Urology* 53 (2008) 288-309

308. Novara, G. (2010) Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. *European Urology* 58 (2010) 218-238

309. Nygaard, McCreery, (2004) Abdominal Sacrocolpopexy: A Comprehensive Review; Pelvic Floor Disorders Network, *Obstetrics & Gynecology*, Volume 104, Issue 4, pp. 805-823, October 2004

310. Ogah, C. (2009) Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women (Review). The Cochrane Library 2009, Issue 4

311. Ogah, J. (2011) Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence inWomen: A Short Version Cochrane Review. *Neurourology and Urodynamics* 30:284–291 (2011)

312. Okulu et al (2013) Use of three types of synthetic mesh material in sling surgery: A prospective randomized clinical trial evaluation effectiveness and complications. *Scandinavian Journal of Urology*, 2013; 47: 217-224

313. Oliveira, R. (2009) Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. *BJU International* 2009 104(2), 225–228

314. Oliveira, R. (2011) Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT_Secur, and Mini-Arc: Results at 12-month Follow-up. *EurUrol* (2011),doi:10.1016/j.eururo.2011.01.018

315. Olsen AL, et al (1997). Epidemiology of Surgically Managed Pelvic Organ Prolapse and Urinary Incontinence. *Obstetrics & Gynecology* 1997; 89(4): 501–506.

316. Olsson, I. (2010) Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. *Int Urogynecol J* (2010) 21:679–683

317. Orenstein, Saberski, (2012) Comparative analysis of histopathologic effects of synthetic meshes based on material, weight, and pore size in mice, *J Surg Res*., 176 (2): 423-9, Aug 2012

318. Osmundsen, Clark, (2012) Mesh erosion in robotic sacrocolpopexy, *Female Pelvic Med Reconstr Surg*., 18 (2): 86-8, Mar-Apr 2012

319. Otto, J., et al. (2010) Large-pore PDS mesh compared to small-pore PG mesh. *J invest Surg* 2010;23(4):190-196.

320. Ozog, Y., et al. (2011) Persistence of polypropylene mesh anisotropy after implantation: an experimental study. *BJOG* 2011;118(10):1180-1185.

321. Ozog, Y., et al. (2011) Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair. *Int Urogynecol J* 2011;22(9):1099-1108.

322. Paiva K, et al. A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. *Int Urogynecol J* 2010;21:1049-1055.

323. Palobma, S. (2012) A randomized controlled trial comparing three vaginal kits of single-incision mini-slings for stress urinary incontinence: surgical data. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 163 (2012) 108–112

324. Palva K, et al (2010) A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. *Int Urogynecol J* 2010;21:1049-1055.

325. Palva, K. (2011) Prevalence of urinary urgency symptoms decreases by mid-urethral sling procedures for treatment of stress incontinence. *Int Urogynecol J* (2011) 22:1241–1247

326. Palva, Nilsson, (2009) Effectiveness of the TVT procedure as a repeat mid-urethra operation for treatment of stress incontinence, *Int Urogynecol J Pelvic Floor Dysfunct*., 20 (7):769-74, Jul 2009

327. Paraiso MFR, et al (2004) Laparoscopic Burch colposuspension versus tensionfree vaginal tape: a randomized trial. *Obstet Gynecol* 2004;104:1249-1258.

328. Petros, P. (2015) Creating a gold standard device. Scientific discoveries leading to TVT and beyond (Ulf Ulmsten Memorial Lecture 2014*). Int Urogynecol J*. 2015 Apr;26(4):471-6

329. Petros, P., Ulmsten,U. (1993) An integral theory and its method for the diagnosis and management of female urinary incontinence. *Scand J Urol Nephral* Suppl. No. 153, 1993.

330. Porena M, et al (2007) Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial. *Eur Urol* 2007;52:1481-1491.

331. Rech berger T, et al (2003) A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery. *Int Urogynecol J Pelvic Floor Dysfunct* 2003;14:432-436.

332. Rechberger, T. (1998) Role of fascial collagen in stress urinary incontinence. *Am J Obstet Gynecol* (1998) 1511-1514

333. Rehman, Bezerra, (2011) Traditional suburethral sling operations for urinary incontinence in women, Cochrane Database Syst Rev, 2011

334. Reitsma, Vandenkerkhof, Does health-related quality of life improve in women following gynaecological surgery? *J Obstet Gynaecol Can*.; 33(12):1241-7 Dec 2011

335. Resende A, et al (2011) Mid-ferm follow-up of a randomized trial comparing TVT-O™, TVT-Secur™ and Mini-Arc™. *Eur Ural Suppl* 2011;10:244.

336. Rezapour, M., et al (2001) Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow Up. *Int Urogynecol J* (2001) (Suppl 2):S9-S11.

337. Rezapour, M., et al. (2001) Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. *Int Urogynecol J* (2001) (Suppl 2):S12-S14.

338. Richter HE, et al (2010) Retropubic versus transobturator midurethral slings for stress incontinence. *N Eng J Med* 2010;362:2066-2076.

339.   Richter, H. (2012) Patient Related Factors Associates with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. *J Urol* Vol. 188, 485-489, August 2012

340.   Rinne, K. (2008) A randomized trial comparing TVT with TVT-O: 12-month results. *Int Urogynecol* J (2008) 19:1049 1054

341.   Riva D, et al. (2006) T.V.T. versus T.O.T: a randomized study at 1-year follow-up. Int Urogynecol J 2006;17(Suppl 2):S93.

342.   Rogers, Sexual function in women with pelvic floor disorders, *Can. Urol. Assoc J.*, 7 (9-10 suppl 4) s 199-s201, Sept 2013

343.   Rosch, R., et al (2003)  Vypro II Mesh in Hernia Repair:  Impact of Polyglactin on Long-Term Incorporation in Rats. *Eur Surg Res* 2003;35(5):445-450.

344.   Ross S, et al (2011) Surgical management of stress urinary incontinence in women: safety, effectiveness and cost-utility of trans-obturator tape (TOT) versus tension-free vaginal tape (TVT) five years after a randomized surgical trial. *BMC Women's Health* 2011;11:34.

345.   Rubod, C., et al. (2012) Biomechanical Properties of Human Pelvic Organs. *Urology* 2012;79(4):968.e17-e22.

346.   Sato, K. (2015) AUA Abs PD50-03 - Sexual function in female patients who underwent pelvic floor reconstruction with follow-up for a minimum of 5 years. (2015)

347.   Sayer T, et al.  Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device.  *Int Urogynecol J* 2012;23(4):487–493.

348.   Scheidbach, H., et al. (2004) In vivo studies comparing the biocompatibility of various polypropylene meshes and their handling properties during endoscopic total extraperitoneal (TEP) patchplasty. *Surg Endosc* 2004;18:211-220.

349.   Scheiner D, et al (2009) Retropubic TVT vs transobturator outside-in TOT and inside-out TVT-0: one-year results from our prospective randomized study. *Neurourol Urodyn* 2009;28:585-586.

350.   Schierlitz L, et al (2010) A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans-obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISO): the three year follow up. *Int Urogynecol J* 2010;21(Suppl l):Sl-S2.

351.   Schierlitz L, et al. (2010) A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (tvt) in women with severe

genital prolapse and occult stress incontinence: long term follow up. *Int Urogynecol J* 2010;21(Suppl l):S2-S3.

352.   Schimpf, M. (2014) Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis," *Am J Obstet Gynecol*, 2014 Jul;211(1):71.e1-71.e27. doi: 10.1016/j.ajog.2014.01.030. Epub 2014 Jan 30

353.   Schiotz, H. (2008) Ten-year follow-up after conservative treatment of stress urinary incontinence. *Int Urogynecol J* (2008) 19:911–915

354.   Schwertner-Tiepelmann, (2012) Obstetric levator ani muscle injuries: current status, *Ultrasound Obstet Gynecol*.; 39(4):372-83, Apr 2012

355.   Segev, et al (2009) Are women with pelvic organ prolapse at a higher risk of developing hernias? *Int. Urogynecology J*, 20:1451-1453, 2009

356.   Sensoy, Dogan, (2013) Urinary incontinence in women: prevalence rates, risk factors, and impact on quality of life, *Pak J Med Sci*, 29 (3) 818-22, May 2013

357.   Seo JH, et al (2011) Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. *Neurourol Urodyn* 2011;30:832.

358.   Serati , M. (2013) TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. *European Urology* (63) 872-878

359.   Serati, M. (2012) Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up. *European Urol* 61 (2012) 939 – 946

360.   Shah, D., et al. (2004) Short-Term Outcome Analysis of Total Pelvic Reconstruction with Mesh:  The Vaginal Approach. *The Journal of Urology* 2004;171:261-263.

361.   Shah, S. (2005) Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? *UROLOGY* 65: 270–274, 2005

362.   Sharifiaghdas F, Martazavi N. (2008) Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. *Med Prine Pract* 2008;17:209-214.

363.   Shek K, et al. (2008) Perigee versus Anterior Prolift in the treatment of Cystocele. *Int Urogynecol J* (2008) 19 (Suppl 1): S1-S166.

364. Sheth, Chughtai, (2012) The use of synthetic mesh and the management of mesh extrusion in vaginal surgery, *Expert Rev Med Devices*, 9(4):437-42. Jul 2012

365. Shin, Y. (2011) Efficacy and Safety of the TVT-Secur and Impact on Quality of Life in Women with Stress Urinary Incontinence: A 2-Year Follow-up. *Korean J Urol* 2011;52:335-339

366. Silverstein, (1992) Smoking and Wound Healing, *Am J Med*, 93 [suppl 1A], Jul 15, 1992

367. Sivaslioglu, Unlubilgin, (2008) A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocele, *Int. Urogynecol J*., 19:467-471, 2008

368. Skoczylas, Shepherd, (2013) Managing mesh exposure following vaginal prolapse repair: a decision analysis comparing conservative versus surgical treatment, *Int Urogynecol J*, 24(1):119-25; Jan 2013

369. Sokol, A. (2012) One-Year Objective and functional outcomes of a randomized clincial trial of vaginal mesh for prolapse. *Am J Obstet Gynecol* 2012; 206: 86.e1-9.

370. Sola, V. (2009) Third Generation Sub-Mid Urethral Mesh: Experience with 110 TVT-Secur. *Arch. Esp. Urol*. 2009; 62 (5): 376-388

371. Song QX et al (2014) Long-term effects of simulated childbirth injury on function and innervation of the urethra, *Neurourol Urodyn*. 2015 Apr;34(4):381-6

372. Stanford, E. (2008) A Comprehensive Review of Suburethral Sling Procedure Complications. *Journal of Minimally Invasive Gynecology* (2008) IS, 132- 145 © 2008

373. Stav K, et al (2009)  Pudenal neuralgia: fact or fiction?  *Obstet Gynecol Surv* 2009;64(3):190–199.

374. Sung VW, et al. (2008) Graft use in transvaginal pelvic organ prolapse repair: a systematic review.  *Obstet Gynecol* 2008;112(5):1131-42.

375. Svabik K (2014) Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial, *Ultrasound Obstet Gynecol*, 43(4):365–371, Apr 2014

376. Svenningsen, R. (2013) Long-term follow-up of the retropubic tension-free vaginal tape procedure. *Int Urogynecol J*. 2013 Aug;24(8):1271-8

377. Tamussino K, et al (2008) TVT vs. TVT-0 for primary stress incontinence: a randomized clinical trial. *Int Urogynecol J* 2008;19(Suppl l):S20-S21.

378.    Tamussino, K. (2007) Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. *Am J Obstet Gynecol* 2007;197:634.e1-634.e5.

379.    Tang, Colavco, (2014) Impact of urinary incontinence on healthcare resource utilization, health-related quality of life and productivity in patients with overactive bladder," *BJU Int,* 113 (3) 484-91, March 2014

380.    Tang, X. (2013) Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. *Journal of Minimally Invasive Gynecology* (2013) 20, 455–459

381.    Tellez Martinez-Fornes et al (2009). A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. *Actas Ural Esp* 2009;33: 1088-1096.

382.    Teo R, et al. (2011) Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. *J Urol* 2011;185:1350-1355.

383.    Tincello DG (2011) The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. *J Urology* (2011) Vol. 186, 2310-2315

384.    Tincello DG, et al. (2009) Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1). *BJOG* 2009;116:1809-1814.

385.    Toglia & Fagan-Suture erosion rates & long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture.  *Am J Obstet Gynecol* 2008; 198:600.e1-600.e4

386.    Tommaselli et al (2015) Medium-term & long-term outcomes following placement of midurethral slings for urinary incontinence: a systematic review and metaanlysis. *Int Urogynecol J* Published online: 20 May 2015

387.    Tommaselli GA, et al (2010) Efficacy and safety ofTVT-0 and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. *Int Urogynecol J* 2010;21:1211-1217.

388.    Tommaselli, G. (2012) Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence: a 12-months preliminary study. International Journal of Gynecology & Obstetrics 119S3 (2012) S261–S530

389.    Tommaselli, G. (2012) Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. *Eur J Obstet Gynecol* (2012)

390.   Tommaselli, G. (2012) TVT-Secur for the treatment of female stress urinary incontinence: a 24-month follow-up retrospective study. *Arch Gynecol Obstet* (2012) 286:415–421

391.   Tommaselli, G. (2013) Tension-Free Vaginal Tape-O and –Secur for the Treatment of Stress Urinary Incontinence: A Thirty-Six-Month Follow-up Single-blind, Double-arm, randomized study. *Journal of Minimally Invasive Gynecology* (2013) 20, 198–204

392.   Trabuco, E. (2009) Medium-term Comparison of continence rates after rectus fascia or midurethral sling placement. *Am J Obstet Gynecol* 2009; 200:300.e1-300.e6

393.   Trabuco, E. (2014) A randomized comparison of incontinence procedures performed concomitantly with abdominal sacral colpopexy: the burch versus mid-urethral sling trial. *Int Urogynecol J* (2014) 25 (Suppl 1):S1-S240.

394.   Trabuco, E. (2014) Midurethral Slings for the Treatment of Stress Urinary Incontinence: Long-Term Follow-up. ACOG Poster (2014)

395.   Tseng LH, et al (2005) Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. *Int Urogynecol J Pelvic Floor Dysfunct* 2005;16:230-235.

396.   Ubertazzi, EP (2015) IUGA Abs OP 122 - Trans vaginal mesh (TVM) five years follow up. A retrospective study from latam. (2015)

397.   Ulmsten, U. (1999) A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. *British Journal of Obstetrics and Gyneccology* April 1999, Vol 106, pp. 345-350

398.   Ulmsten, U. (2001) An Introduction to Tension Free Vaginal Tape (TVT) - A New Surgical Procedure for Treatment of Female Urinary Incontinence. *lnt Urogynecol J* (2001) (Suppl 2):S3-S4

399.   Ulmsten, U. (2001) The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. *Urologe* [A] 2001 - 40:269-273.

400.   Ulmsten, U. et al (1996) An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence. *Int Urogyneool J* (1996) 7:81-86

401.   Ulmsten, U., et al. (1987) Different biochemical composition of connective tissue in continent and stress incontinent women. *Acta Obstet Gynecol Scand* 66:455-457, 1987.

402.   Ulmsten, U., et al. (1995) Intravaginal Slingplasty (IVS) - an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence. *Scand J Urol Nephrol* 29: 75-82, 1995.

403.   Ulmsten, U., et al. (1998) A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. *Int Urogynecol J* (1998) 9:210-213.

404.   Ulrich D, et al (2015) Changes in pelvic organ prolapse mesh mechanical properties following implantation in rats, *Am J Obstet Gynecol.* 2016 Feb;214(2):260.e1-8

405.   Ustun Y, et al (2003) Tension-free vaginal tape compared with laparoscopic Burch urethropexy. *J Am Assoc Gynecol Laparosc* 2003;10:386-389.

406.   Val pas A, et al (2004) Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. *Obstet Gynecol* 2004;104:42-49.

407.   Valentim-Lourenco, A. et al (2008) [Pop 149, 3 mo fu] IUGA Abs 63 TORP- Comparing the efficacy of TVT and TVT-O - 3 months follow-up analysis. *Int Urogynecol J* 2008; 19(Suppl 1): S17-S18

408.   Vicso AG, et al. (2001) Vaginal mesh erosion after abdominal sacral colpopexy. *Am J Obstet Gynecol* 2001;184:297–302.

409.   Villegas-Echeverri, JD et al We know it exists but how should we name it? *Vision* Vol 15 No 4 The International Pelvic Pain Society. www.Pelvicpain.org

410.   Wadie BS, et al (2005). Autologous fascial sling vs polypropylene tape at short-term followup a prospective randomized study. *J Urol* 2005;174:990-993.

411.   Wadie BS, et al (2010) Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function. *Int Urogynecol J* 2010;21:1485-1490.

412.   Wai, C. (2013) Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. *Obstetrics & Gynecology*, Vol. 121; 5 (2013)

413.   Walsh, "TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months," BJU International, 108:652 - 657

414.   Walsh, C. (2011) TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months. *BJU International*, 2011 Sep;108(5), 652 – 657

415.   Waltregny, D. & de Leval, J (2012) New Surgical Technical for Treatment of Stress Urinary Incontinence TVT-Abbrevo: From Development to Clinical Experience. *Surg Technol Int* (2012) Dec;22:149-57

416.   Waltregny, Reul, (2006) Inside out transobturator vaginal tape for the treatment of female stress urinary incontinence: interim results of a prospective study after a 1-year minimum follow-up, *J Urol*, 175(6)2191-5, Jun 2006

417. Wang AC, (2003) Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. *Neurourol Urodyn* 2003;22:185-190.

418. Wang F, et al (2010) Prospective randomized trial ofTVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. *Arch Gynecol Obstet* 2010;281:279-286.

419. Wang, (2011) Comparison of three mid-urethral tension-free tapes (TVT, TVT-0, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up, *Int Urogynecol J*; 22(11):1369-74, Nov 2011

420. Wang, W. (2009) Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. *Int J Gynecol Obstet* 2009; 104:113-116

421. Ward KL, Hilton P; on behalf of the UK and Ireland TVT Trial Group. (2008) Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. *BJOG* 2008;115:226-233.

422. Ward, KL. (2002) Prospective multicenter randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. *BMJ* (2002)325:67

423. Weber (2012) Which Sling for which SUI Patient? *OBG Management* (2012) 24:5, 28-40

424. Weber, Walters, (2000) Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. *Am J Obstet Gynecol*; 182(6):1610-5 Jun 2000

425. Weil, Ruiz-Cerda, (2000) Sacral root neuromodulation in the treatment of refractory urinary urge incontinence: a prospective randomized clinical trial, *Eur Urol*, 37 (2) 161-71, Feb 2000

426. Wein, Alan et al (2012) *Campbell-Walsh Urology*, Tenth Edition., 2012

427. Whitehead WE, et al (2007) Gastrointestinal complications following abdominal sacrocolpopexy for advanced pelvic organ prolapse. *Am J Obstet Gynecol*. 2007, 197(1):78.e1-78.e7

428. Whiteside JL, et al. (2004) Risk factors for prolapse recurrence after vaginal repair. *Am J Obstet Gynecol* 2004;191:1533–1538.

429. Williams, Telinde, (1962) The sling operation for urinary incontinence using mersilene ribbon, *Obstet Gynecol*., 19: 241-5, 1962

430. Withagen MI, et al (2010). Does trocar-guided tension-free vaginal mesh (Prolift) repair provoke prolapse of the unaffected compartments? *Int Urogynecol J* 2010;21:271–278.

431.   Withagen MI, et al (2011)  Risk factors for exposure, pain, and dyspareunia after tension-free vaginal mesh procedure.  *Obstet Gynecol* 2011;118(3):629–636.

432.   Withagen MI, et al (2011)  Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse: a randomized trial.  *Obstet Gynecol* 2011;117(2):242–250.

433.   Woodruff, Cole, (2008) Histologic comparison of pubvaginal sling graft materials: a comparative study, *Urology*, 72, 85-89, 2008

434.   Zhang Y, et al (2011) The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-0 procedure for the surgical treatment of female stress urinary incontinence. *Taiwan J Obstet Gynecol* 2011;50:318-321.

435.   Zhong C, et al (2010) Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence. *Urologia* 2010;77:37-42.

436.   Zhu (2011) Value of the pudendal nerves terminal motor latency measurements in the diagnosis of occult stress urinary incontinence, *Chin Med J* (Engl); 124(23):4046-9 Dec 2011

437.   Zhu L, et al (2007) Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. *Int J Gynaecol Obstet* 2007;99:14-17.

438.   Zilberman, Elsner, (2008) Antibiotic-eluting medical devices for various applications, *J Control Release*; 130(3):202-15, Sep 24, 2008

439.   Zullo MA, et al (2007) One-year follow-up of tension-free vaginal tape (TVT) and Transobturator suburethral tape from inside to outside (TVT-0) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. *Eur Urol* 2007;51:1376-1382; discussion 1383-1384.

440.   Zyczynski H, et al. (2010) One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device.  Am J Obstet Gynecol 2010;203:587.e1-8.

441.   Zyczynski, H. (2012) Sexual activity and function in women more than 2 years after midurethral sling placement. *Am J Obstet Gynecol* 2012;207:421.e1-6.

**Company Documents**

1.  01/28/98 Letter from FDA re: K974098 TVT System [ETH.MESH.371496-594]

2.  05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT Physician Training Policy [ETH.MESH.7393700]

3.  09/07/2009 Safety review: TVT and TVT-O procedures [ETH.MESH.1751069-94]

4.  10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture

5.  11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11]

6.  12/15/2003, Gynecare Final Report # 03*0740, TVT Obturator System [ETH.MESH.222852-63]

7.  Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1>

8.  Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65]

9.  Clinical Expert Report [ETH.MESH.1784823-28]

10.  Clinical Expert Report [ETH.MESH.222899-909]

11.  Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006.

12.  D00000019

13.  D00000730

14.  D00001256

15.  D00001260

16.  De Leval (2003) Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out

17.  Email from Arnaud re: Transient Leg Pain with Mulberry [ETH.MESH.3911390-1]

18.  Email from Dan Smith re: Draft report translated by "Babel fish" http://babelfish.altavista.com/tr [ETH.MESH.865069-72]

19.  Email from Dan Smith re: NG TVT-O NDP – Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny [ETH.MESH.2293715-6]

20.   Email from Hinoul re: South Africa, TVTO sheaths getting stuck upon removal [ETH.MESH.1210987-95]

21.   Email from O'Bryan re: GYNECARE TVT Obturator System – FDA [ETH.MESH.6882641-2]

22.   Email from O'Bryan re: ifu [ETH.MESH.3364663-66]

23.   Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920)

24.   Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2

25.   Email from Weisberg re: IFU update [ETH.MESH.3365250-1]

26.   Email from Weisberg re: Mulberry [ETH.MESH.6886410-11]

27.   Email re: Laser Cut TVT [ETH.MESH.6859834-35]

28.   Email re: Mesh Fraying Dr. EBERHARD letter [ETH.MESH.7692905-7]

29.   Email re: OR Agenda Tunn [ETH.MESH.3922926-28]

30.   Email re: Performance Evaluation of TVT Prolene Blue Mesh [ETH.MESH.6696411-19]

31.   Email re: TVT Laser Cut Mesh [ETH.MESH.525573]

32.   Email re: TVT Laser Mesh info [ETH.MESH.442825-26]

33.   Email re: TVT Meeting with Agency [ETH.MESH.524746-48]

34.   ETH.MESH.00020763

35.   ETH.MESH.00020764

36.   ETH.MESH.00031323

37.   ETH.MESH.00093526-44

38.   ETH.MESH.00093991

39.   ETH.MESH.00484929

40.   ETH.MESH.01075187-75215

41.   ETH.MESH.01310817-29

42.    ETH.MESH.01595614-753

43.    ETH.MESH.02001398-473

44.    ETH.MESH.02232773-801

45.    ETH.MESH.02233290

46.    ETH.MESH.02341454-1521

47.    ETH.MESH.02341522-89

48.    ETH.MESH.02341658-1733

49.    ETH.MESH.02341734-1809

50.    ETH.MESH.02615519-658

51.    ETH.MESH.03906001-6020

52.    ETH.MESH.04181761-1762

53.    ETH.MESH.08117625-26

54.    ETH-00295-00300

55.    ETH-01363-01365

56.    ETH-07252-07281

57.    ETH-10505-10596

58.    ETH-10977-10983

59.    Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.5315252-65]

60.    Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54]

61.    Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the
       Experienced Clinician

62.    Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides

63.    History of TVT  [ETH.MESH.03932912-14]

64.    History of TVT-O [ETH.MESH.3932909-11]

65.    KOL Interview [ETH.MESH.4048515-20]

66.    Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT

67.    Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79]

68.    London Brown & Gene Kammerer

69.    Manuscript Draft: (de Leval) Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out [ETH.MESH.262089-123]

70.    Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT

71.    Memo from Kammerer/ Silimkhan re: Ultrasonic Slitting of PROLENE Mesh for TVT

72.    Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81]

73.    Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis [ETH.MESH.1784779-82]

74.    Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39]

75.    Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301]

76.    Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17]

77.    Piet Hinoul_s email and Excel attachment with 104 RCTs attached to email [ETH MESH 08307644-45]

78.    PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison

79.    Prof Ed slide decks (2005) and (2007)

80.    Project Mulberry, Preliminary Clinical Diligence Report [ETH.MESH.1815660-64]

81.    Prolift IFU [Exh. 10]

82.    Prolift IFU [Exh. 13]

83.    Prolift IFU, Version B [ETH.MESH.02341522-89]

84.    Prolift Patient Brochure 2005

85.    Prolift Patient Brochure 2006

86.    Prolift Patient Brochure 2008

87.    Prolift Professional Education Videos [ETH.MESH.PM.000001]

88.    Prolift Professional Education Videos [ETH.MESH.PM.000007]

89.    Prolift Professional Education Videos [ETH.MESH.PM.000014]

90.    Prolift Professional Education Videos [ETH.MESH.PM.000015]

91.    Prolift Professional Education Videos [ETH.MESH.PM.000019]

92.    Prolift Professional Education Videos [ETH.MESH.PM.000032]

93.    Prolift Professional Education Videos [ETH.MESH.PM.000033]

94.    Prolift Professional Education Videos [ETH.MESH.PM.000034]

95.    Prolift Professional Education Videos [ETH.MESH.PM.000037]

96.    Prolift Professional Education Videos [ETH.MESH.PM.000038]

97.    Prolift Professional Education Videos [ETH.MESH.PM.000039]

98.    Prolift Professional Education Videos [ETH.MESH.PM.000048]

99.    Prolift Professional Education Videos [ETH.MESH.PM.000058]

100.   Prolift Professional Education Videos [ETH.MESH.PM.000065]

101.   Prolift Professional Education Videos [ETH.MESH.PM.000075]

102.   Prolift Professional Education Videos [ETH.MESH.PM.000076]

103.   Prolift Professional Education Videos [ETH.MESH.PM.000078]

104.   Prolift Professional Education Videos [ETH.MESH.PM.000092]

105.   Prolift Professional Education Videos [ETH.MESH.PM.000145]

106.   Prolift Professional Education Videos [ETH.MESH.PM.000192]

107.   Prolift Professional Education Videos fETH.MESH.PM.000190)

108.   Prolift Professional Education Videos tETH.MESH.PM.000027]

109.   Prolift Surgical Technique Guide

110.   Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-
       0000017, Rev. 3 [ETH.MESH.223779-84]

111.   Surgeon's Resource Monograph for Prolift

112.   Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198]

113.   Tension-Free Vaginal Obturator Tape (TVOT) – April 30, 2003 – Meeting Report [ETH.MESH.3934952-67]

114.   Transobturator Vaginal Tape Inside-Out (TVT-O): From Development to Clinical Experience [ETH.MESH.823793-806]

115.   TVT & TVT-O Long Term Studes (No Highlights-No Confidential Stamp)

116.   TVT Company Docs

117.   TVT IFU [ETH.MESH.2340504-33]

118.   TVT IFU [ETH.MESH.3427878-83]

119.   TVT O IFU [ETH.MESH.2340902-8]

120.   TVT Obturator Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09]

121.   TVT Surgeons Resource Monograph - June 2000 [ETH.MESH.10027307-28]

122.   TVT-Abbrevo - a modified version of TVT-O 2010 [ETH.MESH.09281461

123.   TVT-O Company Docs

124.   TVT-O IFU [ETH.MESH.02340902-73]

125.   TVT-O IFU [ETH.MESH.02340974-1046]

126.   TVT-O Procedural Video [ETH.MESH.PM.000002]

127.   Waltregny (2006) Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup [ETH.MESH.3939167-71]

128.   Waltregny 2005 ICS Presentation [ETH.MESH.00523942]

129.   Gynecare Prolift Pelvic Floor Repair System Surgical Technique Guide

130.   Development of the Inside-Out Approach (PowerPoint)

**Deposition Transcripts & Exhibits:**

1. Antolak, Stanley (rough deposition transcript)

2. Arnaud, Axel

3. Buri, Robert

4. Fiegen, Michael

5. Gauld, Judi

6. Hibner, Michael

7. Meyer, Lynn

8. Owens, Charlotte

9. Raders, James

10. Rolfsmeyer, Eric

**Expert Reports**

1. Blaivas, Jerry

2. Elliot, Daniel

3. Iakovlev, Vladimir

4. Pence, Peggy

5. Rosenzweig, Bruce

6. Weber, Anne on Meyer Deposition

**Publically Available**

1. ACOG Committee Opinion 513 (2011) Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse

2. ACOG Practice Bulletin Number 63: Urinary Incontinence in Women. June 2005. *Obstet Gynecol* 2005; 105:1533-45

3. ACOG - "ACOG Practice Bulletin: Clinical Management Guidelines for Obsterician-Gynecologists" {Number 63)

4. ACOG - "ACOG Technical Bulletin: Urinary Incontinence" (Number 213)

5. ACOG (The American College of Obstetricians and Gynecologists) - "Frequently Asked Questions: Surgery for Stress Urinary Incontinence" (FAQ166)

6. ACOG (The American College of Obstetricians and Gynecologists) - "Frequently Asked Questions: Urinary Incontinence" (FAQ081)

7. ACOG Practice Bulletin Number 155 November 2015 (Replaces Practice Bulliten 63, June 2005)

8. ACOG Practice Bulletin Summary Number 155 November 2015 (Replaces Practice Bulliten 63, June 2005)

9. AUA (American Urologic Association) - "A Patient's Guide - 1 in 3 Women experience Stress Urinary Incontinence"

10. AUA Foundation (2011) Stress Urinary Incontinence Monograph

11. AUA (American Urological Association) - "A Monograph from the AUA Foundation: Stress Urinary Incontinence"

12. AUA (American Urological Association) - "AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence"

13. AUA Patient Guide "It's time to talk about SUI" (2013)

14. AUA Position Statement on the Use of Vaginal Mesh for the Repair of Pelvic Organ Prolapse

15. AUA 2012 Update AUA SUI Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update Appendices A11 and A16 re Complications..

16. AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence (Published online, November 2011)

17.   AUGS (American Urogynecologic Society)  - "Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders"

18.   AUGS (American Urogynecologic Society) & SUFU (Society of Urodynamics, Female Felvic Medicine and Urogenital Reconstruction) - "Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence"

19.   AUGS SUFU Patient FAQs MUS for SUI - 2014 Mar 12

20.   AUGS SUFU Provider FAQs MUS for SUI - 2014 Mar 12

21.   AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87)

22.   BAUS (The British Association of Urological Surgeons) - "Synthetic Vaginal Tapes for Stress Incontinence"

23.   Better guidance and support for NHS surgeons on vaginal tape and mesh implants, DOH, 11.22.12

24.   EAU (European Association of Urology) - "EAU Guidelines on Surgical Treatment of Urinary Incontinence"

25.   FDA - "Considerations about Surgical Mesh for SUI"

26.   FDA 24 Hour Summary

27.   FDA Executive Summary

28.   FDA Presentation - FDA Perspective on Surgical Mesh for Stress Urinary Incontinence (SUI).  (Nancy Pressly)

29.   FDA Statement (2013) Considerations about Surgical Mesh for SUI

30.   FDA Device Labeling Guidance  #G91 1 March 1991 (Blue Book Memo)

31.   ICS (International Continence Society) - "ICS Fact Sheets: A Background to Urinary and Faecal Incontinence"

32.   Information from FDA re_June 26th article in Bloomberg news (FDA email)

33.   IUGA (International Urogynecological Association) - "Stress Urinary Incontinence: A Guide for Women"

34.   NICE Clinical Guideline 171- Urinary Incontinence: The management of urinary incontinence in women. Issued September 2013. (guidance.nice.org.uk/cg171)

35. NICE (National Institute for Health and Care Excellence) - "Urinary incontinence: The management of urinary incontinence in women" (clinical guideline 171)

36. SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks

37. Vaginal mesh for pelvic organ prolapsed, MHRA, 11.22.12

38. www.augs website 2014 Mar 12 - AUGS SUFU FAQs for Patients and Providers re MUS for SUI.

I have also reviewed all materials cited in my expert report.