In Re Budke Jury Trial Official Transcript Vol XI   1/19/2015

Page 3262

```
 1                   IN THE CIRCUIT COURT
                 TWENTY-SIXTH JUDICIAL CIRCUIT
 2                   CAMDEN COUNTY, MISSOURI
 3
 4   DONALD BUDKE,                    )
                                      )
 5        Plaintiff,                  )
                                      )
 6   v.                               ) No. 10CM-CC00085
                                      )
 7   LAKE AREA WOMEN'S CENTER OF      )
     OBSTETRICS & GYNECOLOGY,         )
 8   a subsidiary of Lake             )
     Regional Medical Management      )
 9   Inc., f/k/a Lake of the          )
     Ozarks Medical Management,       )
10   Inc.; BECKY SIMPSON, M.D.;       )
     JOHNSON & JOHNSON, a             )
11   New Jersey corporation;          )
     ETHICON, INC., a New Jersey      )
12   corporation; and                 )
     GYNECARE WORLDWIDE,              )
13   a division of Ethicon, Inc.      )
     a foreign corporation,           )
14                                    )
          Defendants.                 )
15
16              TRANSCRIPT - JURY TRIAL
17                   VOLUME XI
18                JANUARY 19, 2015
19
20        On January 19, 2015, the above cause came on
21   for Jury Trial before the HONORABLE WILLIAM R. HASS,
22   Judge of the Camden County Circuit Court at
23   Camdenton, Missouri, a jury of 12 and four alternate
24   jurors.
25
```

Page 3334

1  and I want you to understand that.  That's what I
2  wanted to read to you this morning.  All right.
3  Now, let's see, where were we?  Where were we?
4            MS. JONES:  May I -- I'd be happy to
5  call a witness, Your Honor, if that would be --
6            THE COURT:  That would be fine.
7            MS. JONES:  Your Honor, at this time
8  Johnson & Johnson and Ethicon call Dr. Betsy --
9  Elizabeth Kavaler to the stand.
10           (Clerk swears in the witness.)
11           THE WITNESS:  I do.
12           THE COURT:  You may proceed when you're
13 ready.
14    DIRECT EXAMINATION OF ELIZABETH KAVALER, M.D.
15 QUESTIONS BY MS. JONES:
16       Q.  Good morning, Doctor.  You've got a
17 microphone right up there in front of you, so I'll
18 ask you to speak to that.  Would you just introduce
19 yourself if you would to the ladies and gentlemen of
20 the jury?
21       A.  Yes, I would.  Sorry.  I'm Elizabeth
22 Kavaler.  I'm a urologist.  I practice in New York
23 City, specializing in female pelvic medicine.
24       Q.  And I want to go back and ask you about
25 that.  You are currently a practicing medical