# Kabbash, Maha

| | |
|---|---|
| **From:** | Kabbash, Maha |
| **Sent:** | Wednesday, March 30, 2016 8:30 PM |
| **To:** | 'Jonathan P Mincieli'; Frank V. Cesarone |
| **Cc:** | Lauren Anderson |
| **Subject:** | RE: Dr. Kavaler Deposition 3/31/16 |

Jon,

Yes, we will have the report, CV, etc.

We have the following additions to Dr. Kavaler's Exhibit B list of materials reviewed:

- 2016 Maher et al. Cochrane Review on the use of mesh for transvaginal repair (this is cited in her Funderburke report but we inadvertently left it off the Exhibit B list).
- Frankman, EA et al., Mesh Exposure and Associated Risk Factors in Women Undergoing Transvaginal Prolapse Repair with Mesh, Obstet. & Gyn. Int'l (2013)
- Osborn, DJ et al., Analysis of patient and technical factors associated with midurethral sling mesh exposure and perforation, Int. J. Urol. 2014 Nov; 21(11):1167-1170
- Ellington, DR & Richter, H., Indications, Contraindications, and Complications of Mesh in Surgical Treatment of Pelvic Organ Prolapse, Clin. Obstet. Gyncol. 2013 June:56(2):276-288
- Trial testimony of Piet Hinoul in Linda Gross v. Ethicon et al.
- Expert reports and testimony of Dr. Anne Weber in Gross and Budke cases

Thanks,
Maha



**RIKER DANZIG SCHERER HYLAND PERRETTI**

Maha M. Kabbash | Partner
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza | One Speedwell Avenue | Morristown, NJ 07962-1981
t: 973.451.8472 | f: 973.451.8696 | mkabbash@riker.com | www.riker.com

Confidentiality Notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank You.

**From:** Jonathan P Mincieli [mailto:jpm@meyers-flowers.com]
**Sent:** Wednesday, March 30, 2016 7:46 PM
**To:** Kabbash, Maha; Frank V. Cesarone