UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

- - -

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | :Master File No. :2:12-MD-02327 :MDL 2327 :JOSEPH R. GOODWIN :U.S. DISTRICT JUDGE |
| JO HUSKEY AND ALLEN HUSKEY vs. ETHICON, INC., et al. and | : : :Case No. 2:12-cv-05201 : : |
| TONYA AND GARY EDWARDS vs. ETHICON, INC., et al. | : :Case No. 2:12-cv-09972 : : : |

APRIL 8, 2014

- - -

Oral deposition of ELIZABETH KAVALER, M.D., taken pursuant to notice, was held at the law offices of Riker, Danzig, Scherer, Hyland & Perretti, LLP, 500 Fifth Avenue, New York, New York 10110, commencing at 8:20 a.m., on the above date, before Amanda Dee Maslynsky-Miller, a Certified Realtime Reporter and Notary Public in and for the State of New York.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Elizabeth Kavaler, M.D.

Page 179

1   stuff like that, which --
2        Q.   Which you disagree even
3   occurs?
4        A.   Yes.
5             I also don't think it causes
6   severe chronic pain syndromes, that pain
7   can come from any surgery, I don't think
8   it's specific to mesh or no mesh.
9             The IFU, I disagree that it
10  was incomplete and inaccurate.
11            So I don't know if you want
12  to go through all of those.  But the IFU
13  goes through the steps to do the TVT-O.
14  That's it, it's not a sling IFU, it's not
15  an incontinence IFU.  It's a TVT-O IFU
16  only.
17            It's not designed for use --
18  I'm not sure what he's referring to.
19  He'd have to explain what he means with
20  specific patient population.
21       Q.   Which number is that?
22       A.   That's letter I.
23       Q.   Okay.
24       A.   And J is, Ethicon's

1  marketing was inaccurate and incomplete.
2           I don't agree with that.
3  They came to me, they asked me if I was
4  interested in a cadaver lab, that was the
5  marketing that I got from them.
6      Q.    So this is one that you're
7  disagreeing on personal --
8      A.    On my personal level.
9  Because I don't know about -- I didn't
10 experience the mass marketing strategy.
11     Q.    And you haven't looked into
12 that?  That's not something you've done
13 as part of your --
14     A.    No, I didn't.  No, I didn't
15 get into that.
16          And inaccurate -- patient
17 marketing was inaccurate and incomplete.
18 This is patient marketing.  I don't use
19 patient brochures, but I certainly have
20 read through them.  And the AUA puts out
21 a patient brochure, a lot of
22 organizations that are not marketed put
23 out patient brochures.  And the Ethicon
24 patient brochure is no different than

1   anybody else's.
2          Q.   Do you still have some of
3   the patient brochures that were given for
4   this product?
5          A.   No, because I don't use
6   patient brochures.  I have my own.
7          Q.   You don't use them?
8          A.   No, I use my own.  I make up
9   my own.
10              And then, Their collection
11  and reporting of postmarketing adverse
12  events was inaccurate and incomplete.
13              I disagree with that,
14  because we have studies.  And I think
15  that their -- whatever the company did is
16  not as important, to me, as what -- the
17  studies that were done, the randomized
18  control, some of which did come from the
19  company, but many which did not, really
20  speak more to all the things I'm
21  concerned about.
22         Q.   So that's not referring to
23  any researcher understanding that you
24  have of the internal things that were or

1       Q.      I think you testified that
2    all of the stress incontinence surgeries
3    have potential complications and risks;
4    is that correct?
5       A.      That's right.
6       Q.      You earlier testified to
7    plaintiffs' counsel that you believe that
8    the TVT-O IFU and warnings were adequate.
9               My question to you is, was
10   that from your perspective as a surgeon
11   who does these type of surgeries?
12      A.      That's my perspective, yes.
13   As a surgeon in general, whenever you're
14   given a new product, the IFU doesn't
15   really -- in my experience, in my
16   opinion, and I think most of us would
17   agree, the IFU doesn't tell you anything
18   about complications of the type of
19   surgery, just of that specific product.
20      Q.      And is that also from your
21   perspective as a pelvic floor surgeon who
22   reads the medical literature concerning
23   the types of procedures that are out
24   there to surgically treat stress

Elizabeth Kavaler, M.D.

Page 196

1  incontinence?
2      A.   Yes.  So if anybody -- you
3  don't look to the company to teach you
4  how to operate.  You look to the company
5  to provide the product so you can decide
6  whether you're going to use it the way
7  you want to or not.
8           They don't teach you how to
9  operate.
10     Q.   Plaintiffs' counsel asked
11 you some questions about your experience
12 in dealing with complications following a
13 mesh sling surgery.
14           Have you also treated
15 complications following a non-mesh stress
16 urinary incontinence surgery?
17     A.   Sure.
18     Q.   I believe one of the
19 opinions in Dr. Blaivas's report stated,
20 and I'll just summarize it, that in his
21 opinion, TVT-O was defective.
22           Do you believe TVT-O is
23 defective?
24     A.   I do not.

Elizabeth Kavaler, M.D.

Page 200

1                CERTIFICATE
2
3
4        I HEREBY CERTIFY that the
5   witness was duly sworn by me and that the
6   deposition is a true record of the
7   testimony given by the witness.
8
9
10
           Amanda Maslynsky-Miller
11         Certified Realtime Reporter
           Dated:  April 22, 2014
12
13
14
15
16
17            (The foregoing certification
18   of this transcript does not apply to any
19   reproduction of the same by any means,
20   unless under the direct control and/or
21   supervision of the certifying reporter.)
22
23
24