Exhibit A

# Curriculum Vitae



**DUANE B. PRIDDY, Ph.D.**

*Founder & CEO*
*Plastic Expert Group &*
*Plastic Failure Labs, Inc.*
*Tel: +1. 989.385.2355*
*Email:* priddy@plasticexpert.com
*Web:* www.plasticexpert.com

**SYNOPSIS**

Dr. Duane B. Priddy is the founder and CEO of Plastic Expert Group. He has spent over 40 years in the Plastics Industry as a leading authority on plastic and composite part failure. He worked for Dow Plastics as one of their leading Principal Scientist. Dr. Priddy is a world renowned scientist and author as evidenced by his many awards including Dow's Lifetime Achievement Award. In 2001 he was awarded "Fellow" by the Polymeric Materials Division of the American Chemical Society. In 2008 he was awarded "Fellow" by the Society of Plastics Engineers for his pioneering work in the development of Plastic Science & Technology. He is a member of ASM International (a society of Material Scientists), the American Chemical Society Polymer Chemistry and Polymeric Materials Divisions, the International Association of Plumbing and Mechanical Officials, the National Association of Subrogation Professionals, the Society of Fire Protection Engineers, the Failure Analysis Division of the Society of Plastics Engineers, the Institute of Packaging Professionals, and the Society of Automotive Engineers. Dr. Priddy has provided expert services in over 150 litigations involving plastics and composites since 2003. He is one of the top plastic failure experts in the world having analyzed hundreds of plastic and composite parts including, pipes, food packages, bottles, tanks, latches, toys, medical devices, exercise equipment, automotive parts, pulleys, chairs, and stools. Dr. Priddy has served as an expert in over 150 litigations and has authored >100 scientific papers, >60 US Patents, a book entitled "Modern Styrenic Plastics", and several encyclopedia articles on chemicals and plastics.

**CONSULTANT AND EXPERT WITNESS ON CHEMICALS AND PLASTICS**
- Forensic analysis/testing of plastic and composite parts
- Manufacturing processes for plastic bottles including extrusion blow-molding, injection blow-molding, and stretch blow-molding
- Root cause analysis of CPVC fire suppression system failures
- Exercise equipment failure
- Plastic piping products including ABS, PVC, CPVC, PEX, PP, PVDC, and HDPE
- Additives for plastics including antioxidants and UV stabilizers
- Design of plastic parts to meet the requirements of the application
- Fracture mechanics of plastic materials and composites
- Chemical resistance/degradation of plastics and elastomers
- Discoloration and loss of clarity of plastics

*Duane Priddy, Ph. D.*

- Plastic part and package design and stress analysis
- Polymer blends and compounding
- Polyolefin based resins and applications
- Additives for improved adhesion in polymer blends and composites
- Chemicals and Plastics R&D
- Monomer stabilization and polymerization
- Molding and extrusion of plastics including foams and films
- UV, thermal, and environmental degradation of chemicals and plastics
- Plastic flammability and plastic flame retardant formulations
- Migration of chemicals and additives from plastics
- Chemicals and plastics for medical use
- Composite and nanocomposite materials including carbon fiber composites
- Permeability (vapors and odors) of plastics
- Plastics used in medical applications
- Failure of fiber reinforced plastics (FRP) and composites
- Material Selection (choosing the right plastic for the application)

**EDUCATION**
- Ph.D. Organic Chemistry - 1971 - Michigan State University
- BA Chemistry - 1966 - Olivet College, Olivet, MI

**MAIN ACCOMPLISHMENTS**
- > 60 Issued United States Patents
- >100 Publications including 5 encyclopedia articles and 8 book chapters
- Author/Editor of book "Modern Styrenic Polymers" Wiley 2003

**WORK EXPERIENCE**
- Over 30 years experience as a leading Research Scientist in Dow Chemical serving as Principal Scientist for Dow's Polycarbonate and Styrenic Plastics Businesses.
- Principal Scientist for Dow Plastics Additives and Blends Group
- CEO of Plastic Failure Labs - 2003 to present
- PVC/CPVC Pipe Failure Consultant for Charlotte Pipe & Foundry – 2008 to 2014
- Consultant for SpecialChem/Omnexus – 2004 to present

**ACADEMIC**
- Adjunct Professor at Michigan Technological University – 1988 - 1995
- Adjunct Professor at Central Michigan University – 1988 to present

**HONORS & AWARDS**
- Awarded "Fellow" of the Society of Plastics Engineers (SPE) 2008
- Awarded "Lifetime Achievement Award" by Dow Chemical – 2001
- Awarded "Fellow" National American Chemical Society (ACS) PMSE – 2001

*Duane Priddy, Ph. D.*

**Dr. Duane Priddy's Litigation Experience in the Past Five Years**

| Matter | Subject | Pltf | Dfns | Service | Year |
|---|---|---|---|---|---|
| Women v Ethicon mesh | Tranvaginal mesh failure | x | | C/EO | 2016 |
| Fabara v GoFit | Exercise ball failure | x | | EO/D | 2016 |
| Randy White v Swisher Hygiene | Bottle closure failure | x | | C | 2016 |
| American Family Ins v Rick Plumbing | PEX tubing failure | | x | C | 2015 |
| Adams v Walmart & Cargill Meats | Food packaging failure | | x | C | 2015 |
| Lopez v Save Mart | Grocery Bag failure | | x | C | 2015 |
| Frazier v Dunkin Donuts | Coffee cup failure | | x | C | 2015 |
| Trump Hollywood v Allied et al | CPVC failure | x | | EO | 2015 |
| Equistar v Westlake | Patent infringement | | x | C | 2015 |
| Tripp Harrison Gallery v Allied et al | CPVC failure | x | | C | 2015 |
| 199 RiverOaks v Vistacom | CPVC failure | | x | EO | 2015 |
| CNRL v ShawCor | Insulated Pipe Failure | | x | C | 2015 |
| Atlantic Sprinkler v IPEX | CPVC failure | | x | EO | 2015 |
| Boiko v Kikkerland | Step stool failure | x | | EO/D | 2015 |
| Jones v Heil | FRP part failure | | x | EO/D | 2015 |
| Levitan v Ball Dynamics | Exercise ball failure | x | | EO | 2015 |
| CNH v Arlon | PVC sign failure | x | | C | 2015 |
| Jones v Aultman Hospital | Catheter failure | | x | C | 2015 |
| Poshard v Great Shapes | Exercise ball failure | | x | EO | 2015 |
| Lopez v SaveMart | Grocery bag failure | | x | C | 2015 |
| Washington Square HOA. v. Big-D | Plastic pipe and gasket degradation | | x | EO | 2015 |
| Patients v AMS | PP medical device failure | x | | C/D | 2014 |
| PrePlastics v. Ashland | Plastic quality dispute | x | | C | 2014 |
| Lexington Ins v Browning Constr | CPVC pipe failure | x | | EO | 2014 |
| MMPA v Marshall Film | Bag failure | | x | C | 2014 |
| Selby v Makray Manufacturing | Microwave Bowl Failure | x | | EO | 2014 |
| Forsyth II v Simplex Grinnel | CPVC pipe failure | x | | EO | 2014 |
| Durbin v Kennedy International | Stool failure | x | | EO | 2014 |
| Webber v Kennedy International | Stool failure | x | | EO | 2014 |
| Grand Dunes v Prestige | CPVC pipe failure | x | | EO | 2014 |
| Maitin v Publix | Grocery bag failure | x | | C | 2014 |
| Borman v Embark Fitness | Exercise ball failure | x | | EO | 2014 |
| Dowhaluk v Everlast | Exercise ball failure | x | | EO | 2014 |
| Cop v Bell Sports | Exercise ball failure | x | | EO | 2014 |
| Pulte Homes v NIBCO | PEX pipe failure | x | | C | 2014 |
| Settlers Loop v Eco Existance | CPVC pipe failure | | x | C | 2014 |
| SubZero v. KX | Water filter failure | x | | C | 2014 |
| Dowhaluk v EB Brands | Exercise ball failure | x | | C | 2014 |
| Buckley v Peg Perego | Toy breakage / personal injury | | x | C | 2014 |
| Nealson v McDonalds/Pactiv | Injury caused by defective spoon | x | | EO | 2014 |
| Esplanade v Fifth & Continental | CPVC fire sprinkler system defects | x | | EO/CT | 2013 |
| LeFluer v Burger King & Dart | EPS foam Coffee Cup Failure | x | | EO | 2013 |
| Post Properties v FLSA | CPVC fire sprinkler failure | x | | C | 2013 |
| Grove Construction v Furguson | PVC pipe failure | x | | EO | 2013 |
| Pure Ins. V Olin | Hose failure | | x | C | 2013 |
| Rubitsky v BMW | Automotive composite part failure | x | | C/D | 2013 |
| Pedvin v Ossur | Knee brace failure | x | | C | 2013 |
| Schug v Bamboo Leaf | Chair failure | x | | C | 2013 |
| Yucatan Food v Berry Plastics | Food Packaging Failure | x | | C/CT | 2013 |

C = consultant; EO = expert opinion; D = deposition; CT = courtroom testimony

## Scientific Articles and Publications

Duane Priddy, Rowland Hall, Dan Beaudoin, **Selecting the Best Remediation Option for Failing CPVC Piping Systems,** Society of Plastic Engineers ANTEC 2016, passed peer review.

Duane Priddy and Tom Peeler, **Root Cause of Failure of an EPS Foam Coffee Cup,** Society of Plastic Engineers ANTEC 2014, Paper# 1838094.

Page 3 of 15

February 2015
For newer version, send
request to priddy@plasticexpert.com

*Duane Priddy, Ph. D.*

Duane Priddy, **Why Do Some PVC Foam Exercise Balls Explode While Others Do Not?,** Society of Plastic Engineers ANTEC 2013, Paper# 1536954.

Duane Priddy, **Forensic Analysis of CPVC Fire Sprinkler Piping,** Subrogator, Spring/Summer 2012, pp. 72 – 77.

Duane Priddy, **When CPVC Pipes and Fittings Fail in Hydronic Heating Systems**, Plastics Engineering, April 2012, pp. 4 – 9.

Duane Priddy, **Root Cause of Occasional Failure of CPVC Pipes Used in Hydronic Heating Systems**, Society of Plastics Engineers Annual Technical Conference Proceedings 2011, pp. 1404-9.

Duane Priddy, **Why Do PVC/CPVC Pipes Occasionally Fail?**, available on the internet at: http://www.plasticfailure.com/user/Why_Plastic_Pipes_Fail.pdf

Saczalski, Ken, West, Mark, and Duane Priddy, **Damage Analysis Technique for Evaluation of Plastic Seats in Handicapped Mobility Devices**, Proceedings of the SAMPE Tech 2011 Conference, Session on Design, Analysis, and Simulation II, Fort Worth, Texas October 17-20. Obtain a copy of this paper at http://plasticfailure.com/portfolio/failure-analysis-plastic-seat/ .

Duane Priddy, **Styrene plastics.** Kirk-Othmer Encyclopedia of Chemical Technology (5th Edition) (2007), 23, 358-416.

Duane Priddy, **Why Do Plastics Occasionally Fail?**, available on the internet at: http://www.plasticfailure.com/user/WhyPlasticsFail.pdf

Howell, B. A.; Powers, J. J.; Duane Priddy, **Thermal decomposition of cycloadducts of vinylnaphthalenes with electron-deficient dienophiles.** Center for Applications in Polymer Science, Central Michigan University, Mt. Pleasant, MI, USA. Journal of Thermal Analysis and Calorimetry (2006), 85(1), 141-143

Howell, B. A.; Cui, Y.; Duane Priddy, **Determination of residual levels of unsaturation in partially hydrogenated poly(2,3-diphenyl-1,3-butadiene) using thermogravimetry.** Journal of Thermal Analysis and Calorimetry (2004), 76(1), 313-322.

Kim, Yongsin; Duane Priddy; Harwood, H. James. **Polymerization and copolymerization of dimethyl(1-ethoxycarbonyl)vinyl phosphate.** Polymer (2003), 44(15), 4165-4170.

Li, Irene Q.; Knauss, Daniel M.; Duane Priddy.; Howell, Bob A. **Synthesis and reactivity of functionalized alkoxyamine initiators for nitroxide-mediated radical polymerization of styrene.** Polymer International (2003), 52(5), 805-812.

Howell, Bob A.; Cui, Yumin; Duane Priddy, **Determination of residual levels of unsaturation in partially hydrogenated poly(2,3-diphenyl-1,3-butadiene) using thermogravimetry.** Thermochimica Acta (2003),  396(1-2),  191-198.

Howell, Bob A.; Cui, Yumin; Duane Priddy, **Assessment of the thermal degradation characteristics of isomeric polystyrenes using TG, TG/MS and TG/GC/MS.**   Thermochimica Acta  (2003),  396(1-2),  167-177.

Matthews, Bryan R.; Pike, William; Rego, Jose M.; Kuch, P. D.; Duane Priddy, **Radical styrene polymerization in the presence of trace levels of sulfonic acids.**   Journal of Applied Polymer Science (2003),  87(5),  869-875.

Duane Priddy and Howell, Bob A., **Utility/limitations of nitroxide mediated polymerization for low cost manufacture of improved styrenic polymers.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry) (2002),  43(2),  102-103.

Smith, Patrick B.; Buzanowski, Walter C.; Gunderson, Judy J.; Duane Priddy; Pfenninger, Lance. **Characterization of phase partitioning of additives in rubber modified plastics.**   Annual Technical Conference - Society of Plastics Engineers  (2002),  60th(Vol. 2),  2030-2034.

Howell, B. A.; Powers, J. J.; Duane Priddy.  **Synthesis and structure determination for styrene dimer mimics derived from vinylnaphthalenes.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (2002),  43(1),  386-387.

Howell, B. A.; Powers, J. J.; Duane Priddy.  **Impact of the presence of acid on the thermal decomposition of the styrene dimer mimics, 1,2,3,10a-tetrahydrophenanthrene-1,2-dicarboxylic anhydride and 2,3,4,4a-tetrahydrophenanthrene-3,4-dicarboxylic anhydride.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (2002),  43(1),  384-385.

Howell, B. A.; Powers, J. J.; Duane Priddy, **Thermal decomposition of styrene dimer mimics derived from vinylnaphthalenes.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (2002),  43(1),  362.

Howell, B. A.; Cui, Y.; Duane Priddy.  **The impact of the presence of head-to-head units on the thermal stability of polystyrene.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry) (2002),  43(1),  360-361.

Howell, B. A.; Powers, J. J.; Squattrito, P. J.; Duane Priddy.  **Trapping of the carbon radicals generated by thermolysis of the styrene dimer mimics, 1,2,3,10a-tetrahydrophenanthrene-1,2-dicarboxylic anhydride and 2,3,4,4a-tetrahydrophenanthrene-3,4-dicarboxylic anhydride.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (2002),  43(1),  334-335.

*Duane Priddy, Ph. D.*

Howell, Bob A.; Cui, Yumin; Duane Priddy,  **Assessment of the thermal degradation characteristics of isomeric poly(styrene)s using TG, TG/MS, and TG/GC/MS.**   Proceedings of the NATAS Annual Conference on Thermal Analysis and Applications  (2001),  29th  780-786.

Howell, Bob A.; Cui, Yumin; Duane Priddy,  **Determination of residual levels of unsaturation in partially hydrogenated poly(2,3-diphenyl-1,3-butadiene) using thermogravimetry.**   Proceedings of the NATAS Annual Conference on Thermal Analysis and Applications  (2001),  29th  660-666.

Kim, Yongsin; Harwood, H. James; Duane Priddy.  **Catalytic reduction of residual styrene monomer in polystyrene.**   Journal of Applied Polymer Science  (2002),  83(8),  1786-1791.

Smith, Patrick B.; Buzanowski, Walter C.; Gunderson, Judy J.; Duane Priddy; Pfenninger, Lance.  **Analysis of the phase partitioning of additives in rubber-modified plastics.**   Journal of Applied Polymer Science  (2001),  82(8),  1963-1970.

Howell, B. A.; Cui, Y.; Duane Priddy,  **Thermal decomposition characteristics of structurally diverse polystyrenes.**   Proceedings of the NATAS Annual Conference on Thermal Analysis and Applications  (2000),  28th  279-282.

Howell, B. A.; Powers, J. J.; Duane Priddy,  **Thermal decomposition of cycloadducts of vinylnaphthalenes with electron-deficient dienophiles.**   Proceedings of the NATAS Annual Conference on Thermal Analysis and Applications  (2000),  28th  263-268.

Howell, B. A.; Li, I. Q.; Duane Priddy; Smith, P. B.; Ellaboudy, A.  **Thermal decomposition of 2,2,6,6-tetramethyl-1-(1-phenethyloxy) piperidine.**   Thermochimica Acta  (1999),  340-341  279-283.

Kobatake, Seiya; Harwood, H. James; Quirk, Roderic P.; Duane Priddy,  **Synthesis of Nitroxide-Functionalized Polybutadiene Using Halogen-Containing Benzyloxyamine as Terminators for Anionic Polymerization. [Erratum to document cited in CA130:139745].**   Macromolecules  (1999),  32(26),  9080.

Guerrerro-Santos, R.; Harwood, J. H.; Duane Priddy,  **Facile side-chain functionalization of polybutadiene and its use to prepare graft copolymers.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1999),  40(2),  75-76.

Howell, B.; Zhu, Y.; Zeng, W.; Lyons, J.; Meunier, D.; Demirors, M.; Duane Priddy,  **Application of mediated radical polymerization to enhance grafting of polystyrene onto polybutadiene.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1999),  40(2),  73-74

Mendenhall, G. David; Duane Priddy,  **A Reexamination of the Ozone-Triphenyl Phosphite System. The Origin of Triphenyl Phosphate at Low Temperatures.**   Journal of Organic

Chemistry (1999),  64(16),  5783-5786.

Li, Irene Q.; Knauss, D. M.; Gong, Y.; Howell, B. A.; Duane Priddy, **PS-bl-PC-bl-PS using tandem radical-step growth polymerization.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1999),  40(1),  383-384.

Kobatake, Seiya; Harwood, H. James; Quirk, Roderic P.; Duane Priddy, **Synthesis of Nitroxide-Functionalized Polybutadiene Using Halogen-Containing Benzyloxyamine as Terminators for Anionic Polymerization.**    Macromolecules  (1999), 32(1),  10-13.

Kobatake, Seiya; Harwood, H. James; Quirk, Roderic P.; Duane Priddy, **Nitroxide-mediated styrene polymerization initiated by an oxoaminium chloride.**    Journal of Polymer Science, Part A: Polymer Chemistry  (1998),  36(14),  2555-2561.

Howell, B. A.; Powers, J. J.; Duane Priddy, **Spectroscopic characterization of the styrene dimer mimic, 1,2,3,10-tetrahydrophenanthrene-1,2-dicarboxylic anhydride.**    Polymeric Materials Science and Engineering  (1998),  78  184-185.

Li, I. Q.; Knauss, D. M.; Gong, Y.; Pan, B.; Howell, B. A.; Duane Priddy, **Dual functional initiators for tandem radical and step polymerization.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1998),  39(2),  598-599.

Kobatake, Seiya; Harwood, H. James; Quirk, Roderic P.; Duane Priddy, **Block Copolymer Synthesis by Styrene Polymerization Initiated with Nitroxy-Functionalized Polybutadiene.**    Macromolecules (1998),  31(11),  3735-3739.

Zhu, Yucheng; Li, I. Q.; Howell, B. A.; Duane Priddy, **Nitroxide-mediated radical polymerization: end-group analysis.**    ACS Symposium Series  (1998),  685(Controlled Radical Polymerization),  214-224.

Kobatake, Seiya; Harwood, H. James; Quirk, Roderic P., Duane Priddy, **Block copolymer synthesis by styrene polymerization initiated with nitroxy-functionalized polybutadiene.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry) (1997),  38(2),  664-665.

Li, I. Q.; Howell, B. A.; Dineen, M. T.; Kastl, P. E.; Lyons, J. W.; Meunier, D. M.; Smith, P. B.; Duane Priddy, **Block Copolymer Preparation Using Sequential Normal/Living Radical Polymerization Techniques.**    Macromolecules (1997),  30(18),  5195-5199.

Toplikar, Edward G.; Herman, Michael S.; Buyle Padias, Anne; Hall, H. K., Jr.; Duane Priddy,  **Five authentic diradicals fail to initiate vinyl polymerization.**    Polymer Bulletin (Berlin)  (1997),  39(1),  37-43.

Kobatake, Seiya; Harwood, H. James; Quirk, Roderic P.; Duane Priddy,  **Synthesis of Nitroxy-**

*Duane Priddy, Ph. D.*

**Functionalized Polybutadiene by Anionic Polymerization Using a Nitroxy-Functionalized Terminator.**   Macromolecules  (1997),  30(14),  4238-4240.

Howell, B. A.; Pan, B.; Priddy, D. B..  **Synthesis of nitroxyl-containing initiators for mediated radical polymerization.**    Polymeric Materials Science and Engineering  (1997),  76  387-388.

Tinetti, S. M.; Faulkner, B. J.; Nelson, R. M.; Duane Priddy, **Approaches to branched polystyrene using bulk free-radical polymerization.**    Journal of Applied Polymer Science  (1997),  64(4),  683-687.

Li, I. Q.; Howell, B. A.; Koster, R. A.; Duane Priddy, **Mono- and Dinitroxide Styrene Polymerization Initiators.**    Macromolecules  (1996),  29(26),  8554-8555.

Greszta, D.; Matyjaszewski, K.; Duane Priddy, **Radical polymerization of styrene in the presence of nitroxyl radicals. Experiments and simulations.**    Report  (1996),   (Order No. AD-A310240),

Howell, B. A.; Duane Priddy, Li, I. Q.; Smith, P. B.; Kastl, P. E.  **Synthesis and properties of 2,2,6,6-tetramethyl-1-(1-phenethyloxy)piperidine, an initiator for living free radical styrene polymerization.**    Polymer Bulletin (Berlin) (1996),  37(4),  451-456

Duane Priddy, **Continuous anionic styrene polymerization.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1996),  37(2),  680-681.

Tinetti, S.M.; Faulkner, B.J.; Nelson, R.M.; Duane Priddy, **Approaches to branched polystyrene using bulk free radical polymerization.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1996),  37(2),  540-541.

Greszta, D.; Matyjaszewski, K.; Duane Priddy; Li, Irene; Howell, B. A.  **Radical polymerization of styrene in the presence of nitroxyl radicals. Experiments and simulations.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1996),  37(2),  519-520

Li, Irene; Howell, B. A.; Koster, R.; Duane Priddy,  **Mono- vs di-nitroxide mediated styrene polymerization.**    Polymer Preprints (American Chemical Society, Division of Polymer Chemistry) (1996),  37(2),  517-518.

Li, Irene; Howell, B. A.; Duane Priddy, **Effect of acid upon free radical styrene polymerization.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1996),  37(2),  511-512.

Duane Priddy, Sikkema, K.  **Photodegradable polystyrene foam.**    Polymer News  (1995),  20(2),  43-46.

Li, I.; Howell, B. A.; Duane Priddy, Smith, P. B.  **Utilization of nitroxyl-mediated polymerization**

*Duane Priddy, Ph. D.*

**for the preparation of well-defined block copolymers of vinyl monomers.**

Davidson, T. A.; Wagener, K. B.; Duane Priddy, **The polymerization of dicyclopentadiene: A tale of two mechanisms.**   Polymeric Materials Science and Engineering  (1995),  73  461-2.

Davidson, T. A.; Wagener, K. B.; Duane Priddy, **Polymerization of Dicyclopentadiene: A Tale of Two Mechanisms.**   Macromolecules  (1996),  29(2),  786-8.

Li, Irene; Howell, B. A.; Matyjaszewski, K.; Shigemoto, T.; Smith, P. B.; Duane Priddy,  **Kinetics of decomposition of 2,2,6,6-tetramethyl-1-(1-phenylethoxy)piperidine and its implications on nitroxyl-mediated styrene polymerization.**   Macromolecules  (1995),  28(19),  6692-3.

Dais, V. A.; Duane Priddy; Meunier, D. M.  **Synthesis of a polystyrene macromer with latent functionality for post reaction grafting: an alternate approach to polymer grafting.**
Polymeric Materials Science and Engineering  (1994),  71  156-7.

Hugener, T. A.; Howell, B. A.; Duane Priddy,  **Model for the investigation of the decomposition of 1,1-bis-(t-butylperoxy)cyclohexane during styrene polymerization.**   Polymeric Materials Science and Engineering  (1994),  71  133-4.

Hugener, Theresa; Howell, Bob; Ellaboudy, A.; Jewett, G.; Kastl, P. E.; Duane Priddy, **The decomposition chemistry of gem-bis(t-butylperoxy)cyclohexane.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1994),  35(2),  725-6.

Li, Irene; Howell, B. A.; Ellaboudy, A.; Kastl, P. E.; Duane Priddy, **Synthesis, characterization, and evaluation of initiators for living free radical polymerization: Synthesis of polystyrene with controlled structure.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1995),  36(1),  469-70.

Hugener, T. A.; Howell, B. A.; Duane Priddy,  **Synthesis of model styrene initiators.**   Polymeric Materials Science and Engineering  (1995),  72  556-7.

Duane Priddy, **GPC-UV/VIS: A powerful tool for polymer analysis.**   Materials Engineering (New York, NY, United States) (1995),  9  629-48.

Duane Priddy, **Thermal discoloration chemistry of styrene-co-acrylonitrile.**   Advances in Polymer Science  (1995),  121(Polymer Synthesis/Polymer Engineering),  123-54.

Bell, B.; Beyer, D. E.; Maecker, N. L.; Papenfus, R. R.; Duane Priddy, **Permanence of polymer stabilizers in hostile environments.**   Journal of Applied Polymer Science  (1994),  54(11),  1605-12.

Allan, David S.; Maecker, Norbert L.; Duane Priddy; Schrock, Nancy J.  **Modeling Photodegradation in Transparent Polymers.**   Macromolecules  (1994),  27(26),  7621-9.

*Duane Priddy, Ph. D.*

Duane Priddy, **Recent advances in styrene polymerization.**   Advances in Polymer Science (1994), 111(Polymer Synthesis), 67-114.

Allan, D. S.; Birchmeier, M.; Pribish, J.; Duane Priddy; Smith, P.  **Application of GPC-UV/VIS analysis to investigate the mechanism of styrene-co-acrylonitrile thermal discoloration.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1993),  34(2), 258-9

Allan, D. S.; Maecker, N. L.; Duane Priddy; Schrock, N. J.  **Modeling photodegradation in transparent polymers.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry) (1993), 34(2), 201-2

Duane Priddy, Mork, C. O.; Warner, S. L.; Dais, V. A.  **Gel permeation chromatography-UV spectroscopy: a powerful tool for polymer analysis.**   Annual Technical Conference - Society of Plastics Engineers  (1992), 50th(Vol. 1), 1166-8.

Bell, B.; Bonekamp, J.; Maecker, N.; Duane Priddy, **Permanence of polymer stabilizers in hostile environments.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry) (1993), 34(1), 624-5.

Delassus, S. L.; Howell, B. A.; Cummings, C. J.; Dais, V. A.; Nelson, R. M.; Duane Priddy, **Incorporation of Benzocyclobutene into Polystyrene Allowing Postpolymerizer Chain Extension/Branching.**   Macromolecules (1994), 27(6), 1307-12.

Duane Priddy; Pirc, Michael; Meister, Bernard J.  **Development of continuous anionic styrene polymerization technology.**   Polymer Reaction Engineering  (1993), 1(2), 343-56

Allan, David S.; Birchmeier, M.; Pribish, J. R.; Duane Priddy; Smith, Pat B.; Hermans, C.  **Thermal styrene-co-acrylonitrile discoloration problem: the role of sequence distribution and oligomers.**   Macromolecules (1993), 26(22), 6068-75

Drumright, R. E.; Ellington, E.; Kastl, P. E.; Duane Priddy, **Cycloalkane perketal initiators for styrene polymerization. 2. Decomposition chemistry of gem-bis(tert-butylperoxy)cycloalkanes.**   Macromolecules (1993), 26(9), 2253-8.

Dais, V. A.; Drumright, R. E.; Ellington, E.; Kastl, P. E.; Duane Priddy, **Cycloalkane perketal initiators for styrene polymerization. 3. Decomposition chemistry of spiroperketals.**   Macromolecules (1993), 26(9), 2259-63.

Drumright, R. E.; Kastl, P. E.; Duane Priddy,  **Cycloalkane perketal initiators for styrene polymerization. 1. Decomposition chemistry of 1,1-bis(tert-butylperoxy)cyclohexane.**   Macromolecules (1993), 26(9), 2246-52

*Duane Priddy, Ph. D.*

Dais, Virginia A.; Duane Priddy; Bell, Bruce; Sikkema, Kevin D.; Smith, Pat.  **Investigation of the free radical polymerization of styrene in the presence of several 1,1-disubstituted ethylenes.**   Journal of Polymer Science, Part A:  Polymer Chemistry  (1993),  31(4),  901-8.

Hanner, M. J.; McKelvy, M. L.; Sikkema, Kevin; Duane Priddy,  **Photodegradable polystyrene.  Part IV.  Comparison of photodegradation efficiency of random styrene-co-vinyl ketones (SVK) versus blends of polystyrene and SVK concentrates.**    Polymer Degradation and Stability  (1992),  Volume Date 1993,  39(2),  235-9.

Sikkema, Kevin; Hanner, M. J.; Cross, G.; Duane Priddy,  **Development of photodegradable polystyrene foam.**    Polymeric Materials Science and Engineering  (1992),  67  188-9.

O'Brien, J. J.; Smith, P. B.; Duane Priddy,  **Photo-degradable polystyrene.  Part III.  Preparation of photo-degradable styrene-co-vinyl ketones via in-situ dehydrative monomer generation from ⍺-hydroxyketones.**    Polymer Degradation and Stability  (1993),  39(1),  69-72.

Duane Priddy, Pirc, M.; Meister, B. J.  **Development of continuous anionic styrene polymerization technology.**    Journal of Polymer Engineering  (1991),  10(4),  333-44.

Henton, David E.; Duane Priddy,  **Acid-containing styrenic polymers and polycarbonate alloys.**   Advances in Polymer Blends and Alloys Technology  (1992),  3  92-100.

Sikkema, Kevin; Hanner, M. J.; Brennan, D. J.; Smith, P. B.; Duane Priddy,  **Photodegradable polystyrene.  Part II.  Styrene-co-vinyl ketones.**    Polymer Degradation and Stability  (1992),  38(2),  119-24.

Sikkema, Kevin; Cross, G. S.; Hanner, M. J.; Duane Priddy,  **Photodegradable polystyrene.  Part I.  Enhancing the photodegradability of polystyrene by the addition of photosensitizers.**   Polymer Degradation and Stability  (1992),  38(2),  113-18.

Buzanowski, W. C.; Graham, J. D.; Duane Priddy, Shero, E.  **Spontaneous polymerization of styrene in the presence of acid:  further confirmation of the Mayo mechanism.**    Polymer  (1992),  33(14),  3055-9.

Stark, E. J.; Bell, B. M.; Hasha, D. L.; Duane Priddy, Skelly, N. E.; Yurga, L. J.  **The thermal decomposition of styrene-co-acrylonitrile trimers to form 2-amino-3-methyl-1-naphthalenecarbonitrile.**    Macromolecular Reports  (1992),  A29(Suppl. 1),  1-11.

Warner, Sandra L.; Howell, Bob A.; Smith, P. B.; Dais, V. A.; Duane Priddy,  **Use of gel permeation chromatography-UV to determine the location of functional groups in styrenic polymers.**    Journal of Applied Polymer Science  (1992),  45(3),  461-9.

Hasha, D. L.; Duane Priddy, Rudolf, P. R.; Stark, E. J.; De Pooter, M.; Van Damme, F.  **Oligomer**

*Duane Priddy, Ph. D.*

**formation and the mechanism of initiation in the spontaneous copolymerization of styrene and acrylonitrile.**   Macromolecules  (1992),  25(12),  3046-51.

Mork, C. O.; Duane Priddy, **Facile measurement of phenolic end-groups in bisphenol A polycarbonate using gel permeation chromatography-UV analysis.**   Journal of Applied Polymer Science  (1992),  45(3),  435-42.

Maecker, Norbert L.; Duane Priddy,  **Photodegradation of EPDM.**   Journal of Applied Polymer Science  (1991),  42(1),  21-33.

Mork, C. O.; Duane Priddy, **The facile measurement of phenolic end-groups in bisphenol A polycarbonate using GPC-UV analysis.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1991),  32(3),  304-5.

Buzanowski, W. C.; Graham, J. D.; Duane Priddy, Shero, Eric.  **The spontaneous polymerization of styrene in the presence of acid:  further confirmation of the Mayo mechanism.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1991),  32(3),  220-1.

Duane Priddy, B.; Traugott, T. D.; Seiss, R. H.  **Heat-resistant styrene/⍺-methylstyrene copolymers made via continuous anionic polymerization at high temperature.**   Journal of Applied Polymer Science  (1990),  41(1-2),  383-90.

Duane Priddy; Pirc, Michael.  **Purification of styrene for anionic polymerization.**   Journal of Applied Polymer Science  (1990),  40(1-2),  41-5.

Warner, Sandra; Howell, Bob A.; Duane Priddy, **Use of SEC/UV to determine the amount and location of functional groups in styrenic polymers.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1989),  30(2),  211-12.

Duane Priddy, Traugott, T. D.; Seiss, R. H.  **Heat-resistant styrene/⍺-methylstyrene copolymers made via continuous anionic polymerization at high temperature.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1989),  30(2),  195-6.

Dais, Virginia; Sikkema, Kevin D.; Duane Priddy, **The chemistry of ⍺-alkoxystyrene in styrene polymerization.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1989),  30(2),  150-1.

Duane Priddy; Pirc, Michael.  **Anionic polymerization of styrene:  the search for an industrial process.**   Journal of Applied Polymer Science  (1989),  37(2),  393-402.

Duane Priddy; Pirc, Michael.  **Anionic polymerization of styrene:  integration with styrene monomer production.**   Journal of Applied Polymer Science  (1989),  37(4),  1079-88.

Skelly, N. E.; Graham, J. D.; Iskandarani, Z.; Duane Priddy, **Reversed-phase liquid**

**chromatographic separation of polymer additives combined with photodiode-array detection and spectral sort software.**   Polymeric Materials Science and Engineering  (1988),  59  23-7.

Duane Priddy; Pirc, Michael.  **Anionic polymerization of styrene from the industrial perspective.**   Polymer Preprints (American Chemical Society, Division of Polymer Chemistry)  (1988),  29(2),  340-1.

Nyquist, R. A.; Platt, A. E.; Duane Priddy, **Infrared studies of styrene-acrylic acid and styrene-acrylamide copolymers at variable temperature.**   Applied Spectroscopy (1982), 36(4), 417-20.

Hennis, Henry E.; Thompson, Leonard R.; Wang, Chun-Shan; Duane Priddy, **6H,12H-6,12-Methanodibenzo[b,f][1,5]dioxocines from the reactions of o-alkenylphenols and salicylaldehydes.**   Journal of Organic Chemistry  (1970),  35(9),  3127-9.

Duane Priddy, Reusch, William.  **Facile air oxidation of vic.-cyclopropanediols.**   Tetrahedron Letters  (1970),   (30),  2637-40.

Duane Priddy; Reusch, William.  **Acid-catalyzed reactions of 2,2,4,4,6,6-hexamethyl-1,5-dihydroxybicyclo[3.1.0]hexan-3-one.**   Tetrahedron Letters  (1969),   (60),  5291-4.

Duane Priddy, **Alkylation of biphenyl under mild Friedel-Crafts conditions.**   Industrial & Engineering Chemistry Product Research and Development  (1969),  8(3),  239-41.

Reusch, William; Duane Priddy, **vic-Cyclopropanediols from lithium in ammonia reductions of cyclic α-diketones.**   Journal of the American Chemical Society  (1969),  91(13),  3677-8.

Byrne, Delos R.; Gruen, Fred M.; Duane Priddy; Schuetz, Robert D.  **A new series of unsymmetrical acyl peroxides.**   Journal of Heterocyclic Chemistry  (1966),  3(3),  369-70.

**Most Recent 50 US Patents**

<u>**PAT. NO.**</u>  <u>**Title**</u>

7,320,201  Hollow plastic block assembly for wall construction

6,573,349  High molecular weight monovinylidene aromatic polymers with good processability

6,503,992  Phosphorous-containing monomers and flame retardant high impact monovinylidene aromatic polymer compositions derived therefrom

6,214,945  Process for producing high molecular weight styrenic polymers and polymodal compositions

6,156,855  Production of branched polymers

6,084,044  Catalyzed process for producing high molecular weight monovinylidene

*Duane Priddy, Ph. D.*

| | |
|---|---|
| | aromatic polymers |
| 5,990,255 | High molecular weight polysytrene production by vinyl acid catalyzed free radical polymerization |
| 5,962,605 | High molecular weight polystyrene production by vinyl acid catalyzed free radical polymerization |
| 5,959,033 | Polymers containing highly grafted rubbers |
| 5,948,874 | Acid catalyzed polymerization |
| 5,721,320 | In situ block copolymer formation during polymerization of a vinyl aromatic monomer |
| 5,677,388 | Difunctional living free radical polymerization initiators |
| 5,663,252 | Process for preparing a branched polymer from a vinyl aromatic monomer |
| 5,650,106 | Extruded foams having a monovinyl aromatic polymer with a broad molecular weight distribution |
| 5,627,248 | Difunctional living free radical polymerization initiators |
| 5,618,900 | Free radical polymerization |
| 5,473,031 | Branched polystyrene production by free radical bulk polymerization |
| 5,408,023 | Preparation of modified vinyl polymers |
| 5,347,055 | Oligomers of styrene as flegmatizers for organic peroxides |
| 5,194,658 | Process for making 2-amino-3-methyl-1-naphthalenecarbonitrile |
| 5,194,527 | Preparation of ketone containing photodegradable polymers |
| 5,187,249 | Degradable B-alkoxy vinyl ketone resin composition |
| 5,145,924 | Free radical polymerization of styrene monomer |
| 5,115,058 | Bio- and photo-degradable resin composition |
| 5,115,055 | Hydroperoxide catalyzed free radical polymerization of vinyl aromatic monomers |
| 5,087,738 | Multifunctional cyclobutarene peroxide polymerization initiators |
| 5,079,322 | Multifunctional cyclobutarene peroxide polymerization initiators |
| 5,034,485 | Multifunctional cyclobutarene peroxide polymerization initiators |
| 4,910,274 | Preparation of monohydroxy-containing polymers |
| 4,895,907 | Polymerization process using bisquinone peroxide catalyst |
| 4,859,748 | Process for anionic polymerization in a continuous stirred tank reactor |
| 4,812,530 | Polyether-polycarbonate-polyether triblock copolymers |
| 4,812,514 | Polymer blends |
| 4,806,599 | Polyolefin/polycarbonate/polyolefin triblock copolymers |
| 4,789,730 | Preparation of polycarbonate having reduced cyclic carbonate oligomer content |
| 4,725,654 | Process for anionic polymerization |
| 4,704,431 | Blends of polypropylene and vinylaromatic/.alpha.-methylstyrene copolymers |

Page 14 of 15

February 2015
For newer version, send
request to priddy@plasticexpert.com

*Duane Priddy, Ph. D.*

| | |
|---|---|
| 4,647,632 | Production of copolymers of .alpha.-methylstyrene |
| 4,572,819 | Apparatus for anionic polymerization wherein the molecular weight of the polymer is closely controlled |
| 4,389,517 | Hydrogenation of phenylacetylene prior to styrene polymerization |
| 4,288,379 | Hydrocarbon polyl gem-bis(t-alkylperoxy)alkanoates derived from .beta.-keto-acids |
| 4,275,182 | Process for the preparation of improved styrene acrylic acid copolymers |
| 4,195,169 | Devolatilizing polymers of styrene and acrylic or methacrylic acid |
| 4,178,263 | Organic peroxide compositions |
| 4,131,728 | Method for polymerizing olefinically unsaturated monomers employing a catalyst composition comprising (a) shock-sensitive organic peroxide and (b) an olefinic unsaturated non-homopolymerizable monomer |
| 4,087,599 | Preparation of a water-soluble polyvinylbenzyl quaternary ammonium halide |
| 4,052,464 | Process for the manufacture of di-t-butylperoxy ketals |
| 4,029,685 | Peroxy esters of pyromellitic acid |