Exhibit D

A step by step procedure for how the OIT testing is performed is as follows:
- *A DSC lid was tared on a balance.*
- *Sample pieces were cut with scissors from the center region of each of the ten Ethicon meshes. The samples pieces were cut 2 – 4 mm in length.*
- *The small pieces (generally 2 or 3 pieces) were loaded into a tared DSC lid until it was at capacity. The sample weight loaded into each lid was generally 5 – 6 mg.*
- *Each sample was analyzed for oxidative induction time (OIT) at 200°C per ASTM D3895-07 "Standard Test Method for Oxidative-Induction Time of Polyolefins by Differential Scanning Calorimetry" (DSC).*
- *Each sample was allowed to stand in the DSC for five minutes near ambient temperature while the nitrogen purge was established at 50 mL per minute.*
- *The sample was then heated to 200°C and held for five minutes.  The purge gas was then switched to oxygen at 50 mL per minute.*
- *The sample continued to be held isothermally at 200°C until the oxidation peak was observed.*
- *The DSC used in the experiments is a TA Instruments Q20 DSC.*
- *In addition to determining the OIT time for each sample following the ASTM D3895 methodology, the incipient oxidation time was determined by identifying the first point of exotherm deviation from the baseline.*