# Exhibit B

Michael Thomas Margolis, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

In Re:  Ethicon, Inc. Pelvic Repair
System Products Liability Litigation
Master File No. 2:12-MD-02327
MDL No. 2327
_____/
This Document relates to:
CAROLYN LEWIS, et al.,

         Plaintiffs,

   -vs-                  Case No. 2:12-CV-04301

ETHICON, INC.,

         Defendants.
_____/

DEPOSITION OF MICHAEL THOMAS MARGOLIS, M.D.

DATE:            November 25, 2013

TIME:            9:20 a.m.

LOCATION:        Pulone Reporting Services, Inc.
                 1550 The Alameda
                 Suite 150
                 San Jose, California  95126

REPORTED BY:     Diane S. Martin, CSR 6464, CCRR

Michael Thomas Margolis, M.D.

### Page 126

1. use for a medical device?
2. A. Well, again, other than lecturing to the FDA
3. and lecturing all over the country on the risks
4. associated with slings in particular and meshes, I
5. haven't written it down, but I have lectured all over
6. on it.
7. And, of course, I'm familiar with the IFUs as
8. I use them every day in my practice as well as in my
9. teaching, including teaching to residents and fellows
10. and attendings physicians all over the country. So I
11. use them. And I lecture on them regularly.
12. Q. I'm sorry, objection. Move to strike. That
13. wasn't my question.
14. My question was, have you ever been involved
15. in drafting an IFU?
16. A. Well, I'm going to hold to my answer, because
17. that's -- that's the answer.
18. Q. I'm not asking -- I know you were involved
19. with the FDA. You were there. You talked to the ag
20. com. I'm familiar with all of that. My question is
21. very straightforward and simple.
22. Have you ever been involved in drafting an
23. IFU?
24. A. The answer is other than lecturing on it and
25. using it and using it as part of my teaching, no.

### Page 127

1. Q. Move to strike everything before "no."
2. When is the last time you looked at a Gortex
3. IFU?
4. A. I haven't used -- haven't looked at a Gortex
5. IFU recently. I've been using it for long enough and
6. it hasn't changed.
7. Q. When is the last time you looked at an IFU for
8. the Boston Scientific Xenform sling?
9. A. Within the last year.
10. Q. When is the last time you looked at the
11. Coloplast human cadaveric fascia IFU?
12. A. Probably within the last two years.
13. Q. When is the last time you looked at the Boston
14. Scientific Repliform IFU?
15. A. Last time I used it. Several years ago.
16. Q. Would you typically look at an IFU every time
17. you do a procedure?
18. A. Any new instrument or material that I use
19. that's new to me or that I'm teaching about, I will
20. utilize the IFU in my analysis and my expertise or my
21. usage of it until, of course, I get to the point like
22. with Gortex where nothing has changed with Gortex for a
23. long time. So I don't use that IFU since nothing has
24. changed. But with newer devices and newer products
25. that I start using and when I teach, I utilize the IFU.

### Page 128

1. Q. What about the SIS product for Cook that you
2. used, the porcine pig small bowel, when is the last
3. time you looked at the IFU for that?
4. A. Back recently. I mean, that's -- that's a
5. recent study that we were working on. In fact, I
6. was -- I mean I was, you know, intimately involved in
7. the -- in working with the engineers on that product
8. because I was the technical surgeon who was helping
9. them work out their operative protocols on that device
10. that we were trying to develop. We were building a new
11. fistula plug.
12. Q. That's not the SIS product for Cook; is it?
13. A. Cook has an SIS product for rectovaginal
14. fistulas. We were working on a novel fistula plug for
15. vesicovaginal fistulas. We were working to transpose
16. their RVF plug to a VVF plug.
17. Q. The SIS product by Cook, which was the porcine
18. pig small bowel, I thought that was a sling-type
19. material you had used a few times?
20. A. Okay. So good question. It's the same
21. material. The sling -- the SIS material, the porcine
22. bowel submucosa can be used in the form of a sheet for
23. hernia and prolapse. It can also be made into a plug,
24. which is used for fistulas. So they use the same
25. material, but in different applications.

### Page 129

1. Q. What Ethicon products besides Prolene have you
2. used in your career?
3. A. Ethicon? I used their trocars. I love their
4. trocars. Some of their instruments are good
5. instruments. Needle drivers and the like. But most of
6. what I use from Ethicon is the trocars or the preferred
7. trocars. I argue with the hospitals to use them.
8. Q. Is that the laparoscopic trocars?
9. A. The laparoscopic trocars, yeah. I argue. I
10. try to get the hospitals to use them. They like to get
11. the cheaper ones, but the Ethicon are better.
12. Q. Besides the TVT and TVT-O IFUs, have you
13. reviewed other manufacturers' IFUs --
14. A. I have.
15. Q. -- for polypropylene slings?
16. A. I'm sorry. I shouldn't have interrupted you.
17. Yes, I have.
18. Q. Which ones?
19. A. Every single one of the synthetic slings out
20. there.
21. Q. Have you ever been involved -- strike that.
22. Have you ever participated in the drafting of
23. a patient brochure?
24. A. A patient brochure?
25. Q. And I'm going to cast a broad net. I mean for