# Exhibit F

**From:** Mahar, Kevin [ETHUS]
**Sent:** Mon, 19 Dec 2005 14:48:50 GMT
**To:** St. Hilaire, Price [ETHUS] <PSTHILAI@ETHUS.JNJ.com>; Gorky, Traci [ETHUS] <TGorky@ETHUS.JNJ.com>; Roda, Bob [ETHUS] <BRoda2@ETHUS.JNJ.com>
**Subject:** FW: Lazer cut mesh

---

FYI - obviously things have changed as time and people have changed, but here is a recap of some of the things we discussed - thanks!

-----Original Message-----
From: Bell, Steve [ETHIT]
Sent: Tuesday, May 24, 2005 4:09 AM
To: Mahar, Kevin [ETHUS]; Bogardus, Cheryl [ETHUS]
Subject: Re: Lazer cut mesh


Awesome!!!!

Fully support!!!
Steve Bell
Gynecare
+39 3481527823
------------------------
Out of the office on my Blackberry


-----Original Message-----
From: Mahar, Kevin [ETHUS] <KMahar@ETHUS.JNJ.com>
To: Bell, Steve [ETHIT] <SBell6@ethit.JNJ.com>; Bogardus, Cheryl [ETHUS] <CBogardu@ETHUS.JNJ.com>
Sent: Tue May 24 06:46:51 2005
Subject: RE: Lazer cut mesh

had dinner with Charlotte, Bruno, Parisi, Allison and I THINK we are all aligned.

* Make 2 additional/new codes (1 for TVT w/ laser cut.....1 for TVT-O w/ laser Cut)

* Identify 15(?) super high volume docs that will ORDER the product (some that are current users WANTING LCM and maybe some that we already LOST) - begins somewhat of a beta launch????

* Ask them to provide Intra-operative feedback (tensioning? placement? blah, blah, blah) - we keep it simple, but get some learnings...

* Ask them to provide 2 month follow up (did it work? anything we should know?)

I am simplifying this (Charlotte can help us with the details), but essentially, keep this simple.

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                        ETH.MESH.00687819

Positioning? While we would work with our agency to get this right, my thoughts are that we KEEP selling regular TVT (the Colonel's "Original Recipe") to those customers that want/love it...and KEEP going forward with 8 years of data, etc with the original recipe.....we simply ADD these 2 LCM codes and if we have customers demanding LCM, we say, here you go! We do not mislead them that this is the same product, we simply say "....from the makers of TVT....the company "built" on a tradition of trust, blah, blah, blah")

We can talk more live - I have been up for 21 hours and should probably get off of email - thanks!

Kevin M. Mahar
U.S. Group Product Director
Continence Health and Pelvic Floor
GYNECARE
* Voicemail: 800-888-9234 x2833
* E-mail: kmahar@ethus.jnj.com

www.gynecare.com <http://www.gynecare.com>

"In adherence to the AdvaMed code of Ethics, company meetings and related hospitality events are intended solely for the invited Health Care Professionals."
Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thank you.

-----Original Message-----
From: Bell, Steve [ETHIT]
Sent: Monday, May 23, 2005 11:19 AM
To: Bogardus, Cheryl [ETHUS]; Mahar, Kevin [ETHUS]
Subject: RE: Lazer cut mesh

France & Germany -- Bitta asskickin' goin' on there!!!

Steve Bell
(Director Marketing Europe)
GYNECARE

Mobile: +39 348 1527 823
Office: +39 06911 94487
Fax: +39 06911 94256
email: sbell6@ethit.jnj.com
Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thank you.

-----Original Message-----

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00687820

From: Bogardus, Cheryl [ETHUS]
Sent: 23 May 2005 17:16
To: Bell, Steve [ETHIT]; Mahar, Kevin [ETHUS]
Subject: Lazer cut mesh

Steve and Kevin,
FYI...the advice I gave to Allison was to test market the lazer cut TVT and TVT-O mesh in the US ASP (like yesterday!). Since your needs are so high in France, why not use France as the test market if you feel you need to. The markets may be so different, perhaps you don't want to test it in Europe and just move forward. In the US, we will minimize risk by starting with a test market and then expanding.

Just wanted you to know where I was on this.
Cheryl

-----Original Message-----
From: London Brown, Allison [ETHUS]
Sent: Monday, May 23, 2005 9:16 AM
To: Smith, Dan [ETHUS]; Bell, Steve [ETHIT]; Evans, Paula [ETHGB]
Cc: Angelini, Laura [ETHIT]; Mahar, Kevin [ETHUS]; Bogardus, Cheryl [ETHUS]; Leclair, Nancy [ETHUS]; Amin, Dharini [ETH]; Sinclair, Naomi [ETHUS]
Subject: TVT Meeting with Agency

All-
We had a very productive meeting with the agency on Thursday. We have outlined a tentative timeline which will allow us to meet timing for the Nov KOL meeting and matches our marketing plan that was previously drafted.
Bottom line, we are going to be testing concepts for TVT SECUR positioning in the June timeframe and for the US we are also looking to push out a new execution for the TVT base business around the time of ICS and AUGS. We are aiming to have clear, direct and more edgy messaging around the position of "TRUST" for the Base to seed the market for TVT SECUR.
We also had some discussions on the Laser-cut mesh and the impact to base. Most definitely we need to understand how we globally utilize the material and take advantage of the new product, without detriment to the Base business. to this end, I would suggest that Naomi, Steve, Paula, Kevin and I meet separately on this to craft a "soft-launch" strategy that will enable both the US and Europe to meet their customers needs!
I will set up a meeting for the later part of this week or next.
<< File: TAKE BACK GYNECARE TVT.doc >>


Allison London Brown
Product Director
Incontinence & Pelvic Floor Repair
Gynecare Worldwide
a division of ETHICON
a Johnson & Johnson company
Phone: 908-541-3863
alondon@ethus.jnj.com

Attorney-Client Privilege
Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender so that

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                ETH.MESH.00687821

Johnson & Johnson can arrange for proper delivery and then please delete the message from your inbox. Thank you.

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00687822