EXHIBIT 3

```
 1           IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     AT CHARLESTON
 3    --------------------------X
 4    IN RE: ETHICON, INC., PELVIC   Master File No.
      REPAIR SYSTEM PRODUCTS          2:12-MD-02327
 5    LIABILITY LITIGATION           MDL 2327
      --------------------------X
 6    THIS DOCUMENT RELATES TO THE   JOSEPH R. GOODWIN
      FOLLOWING CASES IN WAVE 1 OF   U.S. DISTRICT JUDGE
 7    MDL 200:
 8    Dorothy Baugher v. Ethicon, Inc., et al.
      Civil Action No. 2:12-cv-01053
 9
      Denise Sacchetti v. Ethicon, Inc., et al.
10    Civil Action No. 2:12-cv-01148
11    Sheri Scholl, et al. v. Ethicon, Inc.
      Civil Action No. 2:12-cv-00738
12
      Lisa Thompson, et al. v. Ethicon, Inc., et al.
13    Civil Action No. 2:12-cv-01199
14    Roberta Warmack, et al. v. Ethicon, Inc., et al
      Civil Action No. 2:12-cv-1150
15
      Rebecca Wheeler, et al. v Ethicon, Inc., et al.
16    Civil Action No. 2:12-cv-01088
17    Thelma Wright v. Ethicon, Inc., et al.
      Civil Action No. 2:12-cv-01090
18    --------------------------X
19            VIDEOTAPED DEPOSITION OF
20            S. ABBAS SHOBEIRI, M.D.
21
22              Fairfax, Virginia
23              February 27, 2016
24     Reported by:  Denise D. Vickery, CRR/RMR
```

S. Abbas Shobeiri, M.D.

1

2

3                    February 27, 2016

4                      10:06 a.m.

5

6

7   VIDEOTAPED DEPOSITION OF S. ABBAS SHOBEIRI, MD,

8   held at Gathering Room 3 of:

9

10

11  HYATT HOUSE MERRIFIELD

12  8296 Glass Aly

13  Fairfax, VA 22031

14

15

16

17  Pursuant to notice, before Denise D. Vickery,

18  Registered Merit Reporter, Certified Realtime

19  Reporter, and Notary Public in and for the

20  Commonwealth of Virginia.

21

22

23

24

1    in fact, are defective?

2              A.     You mean do I have an opinion about

3    it?

4              Q.     Yes.  Do you have an opinion about

5    it?

6              A.     They have their own set of problems.

7              Q.     I'm not sure that was an answer to

8    my question, Doctor.

9              A.     Uh-huh.

10             Q.     Do you have an opinion that they are

11   defective?

12             A.     Could you define "defective"?

13             Q.     Any way you want to use it.  In your

14   own terminology.

15             A.     So would I be using transobturator

16   tapes?  Is that what you're asking or --

17             Q.     Sure.  Go ahead if you want to

18   answer it that way.

19             A.     I think that generally we try to

20   restrict ourselves to the retropubic TVT type

21   products.

22             Q.     Okay.  So in your practice, you

23   don't use any transobturator products, whether

24   it's inside-out or outside-in.

S. Abbas Shobeiri, M.D.

1              Fair statement?

2              A.    Well, I used to use TVT-O, but

3    patients had problems and I stopped it.  And I

4    used to use the transobturator tapes, and

5    patients had problems and I stopped it.

6              Q.    So the answer to my question is:

7    You do not use any transobturator product now?

8              A.    No, because the patients have

9    problems.

10             Q.    Okay.  Doctor, I appreciate and I'm

11   not trying to limit your answers, but if you

12   would answer my question, this would go quicker.

13             A.    Uh-huh.

14             Q.    Fair enough?

15             A.    Fair.

16             Q.    Okay.  When did you stop using

17   transobturator products, whether of the

18   inside-out surgical technique or outside-in

19   technique?

20             A.    The -- we used the transobturator

21   tapes -- I used the transobturator tapes when

22   they initially came out, and for me they had, you

23   know, issue with mesh erosion, which I didn't

24   like.  So we went to -- I went to TVT-O and that

S. Abbas Shobeiri, M.D.

1    had its own complications, and we didn't like it.

2              So in terms of when we stopped it, I

3    probably stopped using TOTs -- I'm just going by

4    memory -- probably about five -- five years ago

5    or so, and I may have used TVT-O for about three

6    years or so before I stopped that.

7         Q.    When did the transobturator products

8    come on the market; do you remember?

9              MS. THOMPSON:  Object to form.

10             THE WITNESS:  Hmm.  Well, they

11        have been on the market probably as early

12        as 2000s, somewhere about that.

13    BY MR. OTTAWAY:

14        Q.    And as I understood your testimony,

15    you said you stopped using them in 2011 or so?

16        A.    Well, I switched to the TVT-O at

17    that point.

18        Q.    Okay.

19        A.    Yeah.

20        Q.    And how long did you use TVT-O after

21    2011 before you stopped using it?

22        A.    Hmm.  Probably about a few years,

23    three, four years.

24        Q.    So maybe 2013 or '14?

S. Abbas Shobeiri, M.D.

```
 1              A.    No, no.  We -- I think I -- so it

 2    was sequential where we were -- where -- where I

 3    was using TOTs probably up to 2010 or so and then

 4    switched to TVT-O for a few years.

 5              Q.    Again, so if you stopped using the

 6    others and started using TVT-O by Ethicon in 2010

 7    and used it for a couple of years, would your

 8    testimony and best recollection be that you used

 9    the TVT-O product up until about 2012 or '13?

10              A.    That's probably true.

11              Q.    All right.

12              A.    Let me see.  It's 2016 now.  Yeah.

13              Q.    Fair?

14              A.    Fair.

15              Q.    Okay.  And during the period of time

16    you used transobturator products in general --

17              A.    Uh-huh.

18              Q.    -- how many implants did you

19    perform?

20              A.    So we are talking about the TVT-O?

21              Q.    Any of the transobturator products,

22    and then I'll narrow it to TVT-O.

23                    MS. THOMPSON:  And the

24              transobturator products?  Slings?
```

S. Abbas Shobeiri, M.D.

```
 1                    MR. OTTAWAY:  Yes.

 2                    MS. THOMPSON:  Okay.

 3                    MR. OTTAWAY:  Yes, and I think

           the doctor knows that's what I'm referring

           to.  I asked him at the beginning of the

           deposition to limit his testimony to the

           TVT-O sling.

 8                    THE WITNESS:  Well, actually, I

           was thinking about the same thing.

10     BY MR. OTTAWAY:

11          Q.    Good.  Okay.

12          A.    So, yeah, we still use the trans- --
```

S. Abbas Shobeiri, M.D.

```
 1                    MR. OTTAWAY:  Yes.

 2                    MS. THOMPSON:  Okay.

 3                    MR. OTTAWAY:  Yes, and I think

 4          the doctor knows that's what I'm referring

 5          to.  I asked him at the beginning of the

 6          deposition to limit his testimony to the

 7          TVT-O sling.

 8                    THE WITNESS:  Well, actually, I

 9          was thinking about the same thing.

10     BY MR. OTTAWAY:

11          Q.    Good.  Okay.

12          A.    So, yeah, we still use the trans- --

13     I use the transobturator tapes infrequently.

14     Mainly use it in patients that I felt like they

15     may have had retropubic scarring or prior

16     surgeries where using the TVT would increase

17     their risk of bladder injury.

18                    So I cannot give you a number in

19     terms of.  I would say the transobturator tapes

20     are probably more than 50.  Is that fair?

21          Q.    I'm having to rely on you, Doctor,

22     and your memory.

23                    So somewhere around 50 you think?

24          A.    50?  It's probably fair to say more
```

S. Abbas Shobeiri, M.D.

1    than 50.

2              Q.    More than 50.  Okay.

3                    And of the 50, how many were TVT-O?

4              A.    Well, these were just probably TOTs.

5    So then -- then I switched to TVT-O.

6              Q.    Okay.  And how many TVT-O procedures

7    did you perform?

8              A.    Probably more than 30.

9              Q.    So roughly 50 and roughly 30, about

10   80 total?

11             A.    I'm guessing.  Could be more.

12             Q.    Give me the parameters, Doctor.  I

13   just -- I'm not trying to hold you to specific

14   number.

15             A.    Uh-huh.

16             Q.    I just want to know roughly your

17   best guess.

18             A.    Hmm.  I think it's fair to say I

19   have performed -- I performed more than 50 TOTs,

20   and it's fair to say that I performed more than

21   30, upwards of 50 TVT-Os.

22             Q.    Okay.  So that would take you

23   somewhere up around a hundred total?

24             A.    It's a good guess.

S. Abbas Shobeiri, M.D.

1      Q.    All right.  Now, you stopped using

the TVT-O in 2012 or '13, roughly.

3      A.    Uh-huh.

4      Q.    Did the product remain on the market

and available to surgeons after you stopped using

it?

7      A.    I believe so.

8      Q.    In 2012 or 2013, as I recall your

resumé, you were at the -- in Oklahoma at an

institution, were you not?

11      A.    True.

12      Q.    What institution was that?

13      A.    At the University of Oklahoma.

14      Q.    And at the University of Oklahoma,

were there other physicians in your profession

and specialty that continued using TVT-O after

you stopped using it?

18      A.    Hmm.  Actually, my partners at the

university had reservations using TVT-O.  So they

never actually used TVT-O, and they are not using

TVT right now.

22      Q.    Okay.  So it's your testimony that

your partners at OU are not using TVT-O?

24      A.    They may have picked it up since

S. Abbas Shobeiri, M.D.

1    Washington, DC area?

2            A.    Northern Virginia.

3            Q.    Okay.

4            A.    I'm at the Inova Health Care.

5            Q.    Okay.  Tell me about Inova.  What is

6    Inova and your job with Inova?

7            A.    Inova is a mile down the road from

8    here.  When you drive down, you can see one of

9    their hospitals.  It's a hospital system with

10   five, six hospitals serving Northern Virginia.

11   It's the Northern Virginia campus for Virginia

12   Commonwealth University.

13            So I'm a professor of OB-GYN for

14   Virginia Commonwealth University.  I'm a

15   professor of OB-GYN at George Washington

16   University.  I'm a professor of OB-GYN at OU

17   still, and I'm a professor of cellular biology

18   and anatomy at OU still.

19            Q.    And does the Inova Hospital chain

20   that you've described have physicians in your

21   specialty who use TVT-O?

22            A.    No.

23            Q.    Okay.  Does the University of

24   Virginia Commonwealth have a hospital associated

S. Abbas Shobeiri, M.D.

1    that has been approved or vetted by the FDA?

2         A.    No.

3         Q.    Are you an expert in FDA regulatory

4    matters?

5         A.    I know a lot about FDA regulatory

6    matters.

7         Q.    My question was:  Do you consider

8    yourself an expert in FDA regulatory issues?

9         A.    Could you define "expert"?

10        Q.    You -- you're the one that mentioned

11   it.  I'm just asking you if you consider yourself

12   to be an expert in FDA regulatory matters.

13        A.    I know more than a lot of other

14   people.

15        Q.    Okay.  Have you worked -- been hired

16   by the FDA to work on regulatory issues?

17        A.    No.

18        Q.    Have you ever worked with a device

19   manufacturer to gain FDA approval for a medical

20   device?

21        A.    Yes.

22        Q.    Okay.  Tell me about that.

23        A.    I'm not sure if I can because we

24   signed confidentiality agreement.

S. Abbas Shobeiri, M.D.

1          Q.    Well, obviously I don't want you to

2    violate a confidentiality agreement.

3          A.    Uh-huh.

4          Q.    But you're going to have to give me

5    some idea for whom, when, what in general was

6    involved.

7          A.    Hmm.  AMS.

8          Q.    Okay.  Tell me about what you did

9    for AMS in general.

10              MS. THOMPSON:  Only to the extent

11         that you can under your agreement.

12              THE WITNESS:  Well, we trialed

13         the -- we trialed TOPAS.

14    BY MR. OTTAWAY:

15         Q.    Trialed?  I'm sorry.  Trialed TOPAS?

16         A.    Uh-huh.  T-O-P-A -- is it S or Z?  I

17    don't know.  I think that's it.

18         Q.    Okay.  And what is TOPAS?

19         A.    It's a fecal incontinence product.

20         Q.    And does it involve any kind of

21    synthetic mesh?

22         A.    Yes.

23         Q.    Okay.  What kind of mesh product is

24    used in TOPAS that you were involved with?

S. Abbas Shobeiri, M.D.

1       A.    Well, we -- it was their -- their

version of polypropylene.

3       Q.    And how is it -- how does it differ

from a polypropylene used in TVT-O if you know?

5       A.    It's just the way it's woven is

probably different.

7       Q.    Okay.  And tell me how the way it is

woven is different than TVT.

9       A.    So, for example, TVT-O when you

implant it and it frays and the little pieces of

mesh come undone, you can actually see it on your

hand.  That is, when you pull the sheet out, the

sling rolls into sort of tubular structure and,

you know, just as it gets stretched, the -- the

holes in the mesh are not as the size that they

were designed.  So -- so it's just different.

17      Q.    Okay.  And, again, how is it

different?  I'm -- I'm -- is it --

19      A.    So the TVT-O when you insert it,

when you take the plastic sheet out, you know, it

frays.  The little piece of mesh can come on your

hand and then it can also roll, and also it

stretches where the holes that are there sort of

become smaller.

S. Abbas Shobeiri, M.D.

1          Q.    Right.  You told me that, but I want

2     to know how the polypropylene used in TOPAS

3     differs from the polypropylene used in TVT-O.

4          A.    It's just different design.

5          Q.    Okay.  And how is the design

6     different?

7          A.    The -- the weave is different.

8          Q.    Okay.  Weave.

9          A.    Uh-huh.

10          Q.    Anything else?

11          A.    I think that's mostly what

12     differentiates them, and also the -- just the way

13     it designed.  It's not -- doesn't stretch like

14     TVT-O.

15          Q.    Okay.  So its application is

16     different?

17          A.    No.  It's just woven differently, so

18     it wouldn't be as stretchy.

19          Q.    Does it differ -- differ in chemical

20     property?

21               MS. THOMPSON:  Object to form.

22               THE WITNESS:  The chemical

23          property.  The polypropylene?  When you say

24          "chemical property," like is it like made

S. Abbas Shobeiri, M.D.

1            differently or --

2      BY MR. OTTAWAY:

3            Q.    Yes.

4            A.    -- what do you mean?

5                  So, no, it's polypropylene and it's

6      just woven differently.

7            Q.    All right.  Is TOPAS on the market?

8            A.    It -- well, it has gone through its

9      FDA trial, and I believe it just got a hearing

10     recently.

11           Q.    Okay.  What exactly was your role in

12     the trial for TOPAS mesh?

13           A.    I studied the anatomical course of

14     the sling, both in cadavers and in live patients,

15     with ultrasound, and we did the trials.

16           Q.    Okay.  Were you involved in

17     preparing any written materials that were to

18     accompany or are to accompany TOPAS if it's

19     released to the market?

20           A.    Could you repeat that question?

21                 MR. OTTAWAY:  Can you read that

22           back to him again?  I'm not sure I can ask

23           it any better.

24                 (The reporter read the record on

S. Abbas Shobeiri, M.D.

1   urinary incontinence can and does adversely

2   affect the quality of life for women?

3        A.    I agree with you.

4        Q.    Do you agree with me that

5   mid-urethral slings are the standard of care for

6   the treatment of stress urinary incontinence?

7             MS. THOMPSON:  Object to form.

8             THE WITNESS:  The surgical

9        standard of care, yeah.

10    BY MR. OTTAWAY:

11        Q.    Okay.  Is that position shared by

12   the organizations we just mentioned of which you

13   are a member, AUGS and ACOG?

14        A.    I think those are the standard of

15   care, yeah.

16        Q.    And would you agree with me that

17   TVT-O is a type of mid-urethral sling?

18        A.    That's debatable whether it ends up

19   in mid-urethral or not.

20        Q.    Do you believe it's a mid-urethral

21   sling or not?

22        A.    I believe it's not placed

23   mid-urethral.

24        Q.    Okay.  Have either AUGS or ACOG

S. Abbas Shobeiri, M.D.

1    taken a position that TVT-O is not a mid-urethral

2    sling?

3            A.    Let me correct myself.

4                  In the TVT-O IFU, where they say to

5    make the incision does not facilitate putting the

6    sling in mid-urethral.  ACOG and AUGS support

7    mid-urethral slings.

8            Q.    Have ACOG or AUGS taken a position,

9    to your knowledge, indicating that TVT-O is not

10   within the category of mid-urethral slings?

11           A.    I believe they have not delineated

12   that.

13           Q.    All right.  We've been going about

14   45 minutes, Doctor.  Let's take a break.

15                 And anytime you need to take a

16   break, by the way, if you'll just answer the

17   question on the table and tell me you need to

18   take a break, we'll do it at your convenience as

19   well.

20                 Fair enough?

21           A.    That's great.

22                 MR. OTTAWAY:  Okay.

23                 THE VIDEOGRAPHER:  Time now is

24   10:49.  We are going off the record.

S. Abbas Shobeiri, M.D.

```
 1                   THE VIDEOGRAPHER:  Time now is
 2          12:03.  We are back on the record.  This is
 3          the beginning of disk No. 2.
 4      BY MR. OTTAWAY:
 5          Q.    Dr. Shobeiri, I had referred you
 6      when we broke to page 5 of your report, which is
 7      titled "Summary of Opinions."
 8          A.    Yes, sir.
 9          Q.    Have you had a chance to review that
10      while we were on break?
11          A.    No.  I was actually looking at IFU.
12          Q.    Okay.  Well, I take it you're
13      familiar with these opinions?
14          A.    Yes.
15          Q.    And I want to ask you about them --
16          A.    Uh-huh.
17          Q.    -- one at a time.
18          A.    Sure.
19          Q.    Tell me about opinion number 1.
20      What is your opinion and upon what do you base
21      it?
22          A.    Mesh complications are unlike those
23      seen with the other pelvic surgery in terms of
24      onset, frequency, severity, character,
```

S. Abbas Shobeiri, M.D.

1    responsiveness to treatment.

2              So in terms of TVT-O, the mesh arms

3    are going through a space that generally

4    obstetrician/gynecologists were not familiar

5    with.  So the kind of problems that occurred in

6    terms of dealing with those problems, really

7    understanding the frequency, the severity, the

8    character of them, how to respond to, are very

9    difficult.

10             Q.    Okay.  And --

11             A.    So traditional pelvic surgery,

12   complications that OB-GYNs were used to were, you

13   know, urethral injury or bladder injury or those

14   kind of things.  So these are very unique type of

15   problems.

16             Q.    Okay.  Tell me exactly what you

17   refer to when you say "complications."

18                  MS. THOMPSON:  Object to form.

19                  THE WITNESS:  Complications in

20        terms of TVT-O, we are talking about the

21        spaces traversing the response of local

22        tissue to mesh in that area, the proximity

23        of the sling arm to nerve vasculature that,

24        you know, were just unfamiliar territory.

S. Abbas Shobeiri, M.D.

```
 1      BY MR. OTTAWAY:

 2          Q.    I'm really trying to understand,

 3   Doctor, but you've kind of skipped down to what I

 4   think would be number 6 or 7 or one of the

 5   others.

 6              Does this refer to TVT-O

 7   specifically or mesh products in general?

 8          A.    I think in terms --

 9          Q.    Number 1.

10          A.    Yeah.  In terms of this report, we

11   are talking about TVT-O.

12          Q.    Okay.  And when you say "mesh" up

13   here in number 1, you mean TVT-O?

14          A.    I think we are talking -- saying

15   TVT-O mesh complications.

16          Q.    Okay.  Thank you for that.

17              And why do you say they differ in

18   severity, frequency, and responsiveness to

19   treatment?  I want to know the basis of those

20   opinions.

21          A.    Uh-huh.  So because the mesh arms --

22   and all of these opinions really melt into each

23   other -- go through a space that OB-GYNs were not

24   traditionally familiar with.
```

S. Abbas Shobeiri, M.D.

```
1            Q.    Are you talking about the --

2            A.    Obturator space.

3            Q.    -- obturator space?

4            A.    Yeah.

5            Q.    Okay.

6            A.    So in terms of frequency, they

7    didn't know how frequently that would occur.  If

8    it occurred, in terms of severity, they didn't

9    know how severe it could be, what character to

10   expect, and how to respond to it.

11           Q.    Okay.  And in your mind, is there a

12   difference between the inside-out and outside-in

13   technique for purposes of your criticism

14   number 1?

15           A.    Well, the TVT-O course is -- can be

16   unreliable and -- and they do travel tracts that

17   are different.

18           Q.    Okay.  Tell me how that is.

19   Describe to me the different tracts, if you will,

20   and why that makes a difference, if it does, to

21   your opinion.

22           A.    Uh-huh.  So, for example, I told you

23   with the TOTs at one point and the problem with

24   that was that, you know, you -- you had the
```

S. Abbas Shobeiri, M.D.

1    ability to hug the bone as you were coming

2    around, but then the problem it posed was that it

3    would be too close either to the vaginal skin or

4    perforate the skin.  So you have erosion problem,

5    and that was the problem that was recognized.

6              And potentially TVT-O going from

7    inside-out would alleviate that problem, but then

8    the trajectory of the needle going the other way

9    into the thigh to the mesh to a separate area.

10             Q.   Okay.  And what did that have to do

11   with the onset frequency, severity, character of

12   the injury, or responsiveness to treatment?

13             A.   Well, you are putting the mesh close

14   to the anterior and posterior branches of the

15   obturator nerve.  So you're -- you're operating

16   in a space that people are not used to, and

17   you're not really foreseeing that those nerves

18   are there and what the body response would be to

19   it in terms of pain.  So that creates unique

20   problems.

21             Q.   Okay.  And what -- how do those

22   problems manifest?

23             A.   Leg pain, groin pain, you know, and

24   the company thought that they would go away

S. Abbas Shobeiri, M.D.

1    within the first 24 hours, 48 hours but, you

2    know, when they persist, they don't go away even

3    if after you try to remove the mesh.

4         Q.    Okay.  Have you reviewed

5    peer-reviewed literature which suggests that this

6    leg and groin pain is transitory?

7              MS. THOMPSON:  Object to form.

8     BY MR. OTTAWAY:

9         Q.    You can answer, Doctor.

10        A.    Have I reviewed?  So the -- yeah,

11   there is the data in the literature that as high

12   as like 25 percent of patients can have this pain

13   to begin with, and it sort of settles down to

14   somewhere about 3 percent that is persistent.

15        Q.    Okay.  Your second opinion -- have

16   you finished on number 1?

17        A.    Sure.

18        Q.    Okay.  Number 2.  Three-dimensional

19   endovaginal ultrasound is a reliable,

20   reproducible, etc.

21              Tell me what your opinion is there

22   and how it relates to TVT-O.

23        A.    Sure.  So pelvic floor ultrasound

24   has been used for many, many years and used to

S. Abbas Shobeiri, M.D.

1    have what --

2              A.    Does it have --

3              Q.    -- counsel provided me.

4              A.    Does it on top say updated what

5    date?

6              Q.    I can answer that question, but it's

7    at the bottom.

8              A.    I'm sorry.

9              Q.    And it says it was updated

10   February 1, 2016 at 8:01 a.m.

11             A.    So that means it's pretty recent.

12             Q.    Okay.  So my question, again, is:

13   There are three articles or three works here that

14   are attributed to you and Mr. Javadian?

15             A.    Javadian, yeah.

16             Q.    Javadian.  I want to pronounce it

17   correctly.

18                   The first being "Ultrasonic

19   Predictors of Mesh Complications."  It says "In

20   progress."

21             A.    Okay.

22             Q.    The next one is "Transobturator Tape

23   Syndrome: Ultrasonic Predictors of Pain."  It

24   says "in progress."

S. Abbas Shobeiri, M.D.

```
 1              A.    In progress.

 2              Q.    And the third is "Public Health

 3   Impact of Vaginal Mesh Complications on Women's

 4   Health:  In progress."

 5              A.    I know that one has been submitted.

 6              Q.    Okay.  Submitted to whom?

 7              A.    Probably American Journal of OB-GYN.

 8              Q.    Okay.  And has it been accepted for

 9   publication?

10              A.    I'm not sure.

11              Q.    So it exists in some form we can see

12   that's been submitted to a journal?

13                   MS. THOMPSON:  Object to form.

14                   And you can answer the question

15         but -- but --

16                   THE WITNESS:  The one --

17                   MS. THOMPSON:  -- but subject to

18         whatever the standard is for submitted

19         publications that have not yet been

20         published.

21                   THE WITNESS:  Yeah.  We can -- we

22         can give you the Public Health impact paper

23         probably.  I will check with my counsel and

24         see how that goes.
```

S. Abbas Shobeiri, M.D.

1              and 10.

2                          THE WITNESS:  So there are a lot

3           of articles supporting this.  I have to see

4            the actual articles to put it out for you.

5       BY MR. OTTAWAY:

6              Q.    Okay.  So you're not able to tell me

7       just looking at the --

8              A.    Yeah.  They --

9              Q.    -- exhibit I handed you?

10              A.    They are a lot of articles and there

11      are a lot of them that each of them looks at a

12      different point, and I'll be happy to give you

13      that information if I have the actual papers.

14              Q.    Okay.  Just keep going there,

15      Doctor, and I want to take all the other opinions

16      and ask you the same kind of thing.

17                          Do you have any particular support

18      you're relying on for them, or is this just,

19      again, contained somewhere in your reliance

20      materials?

21              A.    For the what question?

22              Q.    The rest of them, 10 on.

23              A.    Yeah, I think they're all in the

24      references that we have given you.

S. Abbas Shobeiri, M.D.

1           all of them do that?

2       BY MR. OTTAWAY:

3           Q.    Yes.

4           A.    No.  I mean, we have seen slings

5   that don't do that.

6           Q.    Okay.  Tell me who manufactured

7   those slings.

8           A.    Who manufactures the slings that

9   don't roll?

10          Q.    Yes.

11          A.    Well, for example, the -- most of

12  the TVT type slings that we look at, they don't

13  roll.  They sit straight.

14          Q.    Well, no.  My question was

15  specifically limited to transobturator slings.

16          A.    Well, the TVT-Os we have looked at,

17  they roll and they cause problems.  And I told

18  you we don't use TOTs anymore.

19          Q.    Okay.  Well, have you done a study,

20  though, of TOTs in the same way that you have

21  looked at TVT-Os to determine whether they roll,

22  fray, curl?

23          A.    Uh-huh.

24          Q.    Tell me what you found.

S. Abbas Shobeiri, M.D.

1          A.     Well, the -- I think that both TOTs

2    and TVT-Os can behave the same to some degree.

3    The -- the ones that I have looked at have been

4    the TVT-O and the Bard product, and I know those

5    ones roll and cause issues.

6          Q.     Okay.  Any others that you've looked

7    at?

8          A.     There are some others, but off the

9    top of my head, I would say that we have looked

10   at some Boston Scientific products that also do

11   the same thing.  Their transobturators.  So those

12   are the three I can think of.

13         Q.     So TVT-O is not unique in that

14   regard?

15              MS. THOMPSON:  Object to form.

16              THE WITNESS:  The TVT-O probably

17        is not unique in that regard, and but we

18        are not using TOTs or TVT-Os.

19    BY MR. OTTAWAY:

20         Q.     Doctor, if you can go to page 26 of

21    your report.  Middle paragraph starts "There

22    are."  Are you with me?

23         A.     Sure.

24         Q.     Okay.  Tell me what in your opinion

S. Abbas Shobeiri, M.D.

1    would have provided a safer alternative.

2            A.    Well, in our practice, we are

3    basically using the retropubic devices.  We're

4    using the TVT type devices.

5            Q.    TVT devices manufactured by Ethicon?

6            A.    Ethicon, Boston Scientific.  You

7    know, depends on what the hospital is providing

8    us.

9            Q.    So when you say "safer alternative,"

10   you mean retropubic TVT devices?

11           A.    Yeah, that's the --

12                 MS. THOMPSON:  Object to form.

13                 THE WITNESS:  Those are the safer

14        things.

15                 MR. OTTAWAY:  You have to let her

16        get her objection out, Doctor.

17                 Do you have an objection,

18        counsel?

19                 MS. THOMPSON:  Object.  Yeah, I

20        object to form.

21                 MR. OTTAWAY:  Thank you.

22      BY MR. OTTAWAY:

23           Q.    You may answer, Doctor.  I'm sorry.

24   If you can remember the question?

S. Abbas Shobeiri, M.D.

1           A.    Yeah.  So we have -- we have moved

2     to the more retropubic slings.

3           Q.    Okay.

4           A.    And we don't have TVT-Os on the

5     shelf.

6           Q.    Okay.  And those include TVT devices

7     made by Ethicon?

8           A.    TVT devices by -- made by Ethicon.

9           Q.    Okay.  And when you say "safer

10    alternative," that's what you mean?

11                MS. THOMPSON:  Object to form.

12                THE WITNESS:  That's what we are

13        using now.

14      BY MR. OTTAWAY:

15          Q.    Okay.  Well, no.  I'm asking you if

16    that is the safer alternative you're referencing

17    at page 26 of your report?

18          A.    Yes.  We are avoiding transobturator

19    space and going to retropubic in appropriate

20    patients.

21          Q.    Okay.  Is there medical literature,

22    Doctor, of what you're aware in peer-reviewed

23    journals which suggests that TVT devices and

24    TVT-O devices are equivalent --

S. Abbas Shobeiri, M.D.

```
 1              MS. THOMPSON:  Object to form.
 2     BY MR. OTTAWAY:
 3          Q.    -- when it comes to safety and
 4     efficacy?
 5          A.    I'm aware of literature that say
 6     they are not equivalent.
 7          Q.    That wasn't my question again,
 8     Doctor.
 9                If you can answer my question.  I
10     appreciate your answer, but can you answer my
11     question?
12          A.    Yes, there is literature saying that
13     depending on the end point that they were looking
14     at, those end points are equivalent.
15          Q.    Okay.  Thank you.
16                I noticed here at the last page of
17     your report that you've already told us that
18     you've stopped using TVT-O; correct?
19          A.    Uh-huh.  True.
20          Q.    Are you aware of any academic center
21     currently using TVT-O?
22          A.    No, but that doesn't mean somebody
23     out there is not using it.
24          Q.    Have you made any effort to search
```

S. Abbas Shobeiri, M.D.

1    and find out that information?

2            A.    The people I have talked to and the

3    people who are within my communication space are

4    not using it, but it doesn't mean somebody out

5    there is not.

6            Q.    Okay.  Even in an academic center?

7            A.    True.

8                    MR. OTTAWAY:  How are we doing on

9        time, Mr. Videographer?

10                   THE VIDEOGRAPHER:  Nine minutes

11       to go.

12                   MR. OTTAWAY:  All right.  Good.

13       We'll finish out the nine minutes then.

14    BY MR. OTTAWAY:

15           Q.    You have reviewed the IFU for TVT-O,

16    Doctor?

17           A.    Yes, I did.

18           Q.    When you were performing TVT-O

19    surgeries, had you reviewed it prior to doing

20    them?

21           A.    Yes.

22           Q.    Did you also conduct your own review

23    of literature to determine how other people were

24    doing with the TVT-O or TOT device?

S. Abbas Shobeiri, M.D.

```
 1            A.    I believe when we started using
 2     either of them, you know, we reviewed the
 3     available literature and we read the IFU.
 4            Q.    And that's why you say you practice
 5     evidence-based medicine; correct?  Because that's
 6     something you do, review the literature before
 7     you start using a product?
 8                       MS. THOMPSON:  Object to form.
 9                       THE WITNESS:  We review the
10           literature and read the IFU before we use
11           the product.
12     BY MR. OTTAWAY:
13            Q.    But you don't do one to the
14     exclusion of the other; correct?
15            A.    True.
16            Q.    And you would expect other doctors
17     sharing your specialty to do the same.  True?
18                       MS. THOMPSON:  Object to form.
19                       THE WITNESS:  True.
20     BY MR. OTTAWAY:
21            Q.    Now, you talk about adverse
22     reactions that are listed in the IFU.
23            A.    What page?
24            Q.    I'm not trying to fool you here,
```

S. Abbas Shobeiri, M.D.

1    were on page 25.  If you'll flip over to page 26,

2    first paragraph, and then we'll come back to 25

3    because I wanted to get at this.

4          A.    Sure.

5          Q.    You reference in that paragraph:

6                "Information known to Ethicon from

7    internal documents."

8                Do you see that?

9          A.    First paragraph?

10         Q.    Page 26.

11         A.    (Reading document).

12         Q.    Fourth sentence.

13         A.    Oh, we're talking about the

14   reference 26 or --

15         Q.    Yes.  Yes.

16         A.    Okay.  So what's the question?

17         Q.    Okay.  I want to know if this

18   information known to Ethicon from internal

19   documents is contained within the same documents

20   that we showed you before in Exhibit 2 or if

21   you're referring to something else there.

22         A.    Cannot find the sentence you're

23   talking.  Let me just see.

24         Q.    Starts with "These" in sentence or

S. Abbas Shobeiri, M.D.

1    line 3.

2            A.    Page 26; right?

3            Q.    Page 26, line 3.  Starting -- the

4    sentence starting "These."  You'll notice

5    something --

6            A.    "These statements are misleading and

7    inaccurate"; right?  "Based on the information."

8            Q.    Right.  That's what I'm asking.

9                  "Information known to Ethicon from

10   internal documents."

11                 Do you see that?

12           A.    Yes.

13           Q.    And are those internal documents the

14   same ones we referred to earlier, or are you

15   referring to other documents?

16           A.    No, we are -- I'm -- I'm referring

17   to the documents that we have here in one of the

18   exhibits.

19           Q.    Exhibit 2, I believe.

20           A.    Exhibit 2 and also the references

21   26.

22           Q.    Right.  To the literature.

23           A.    Yes.

24           Q.    The only internal documents you're

S. Abbas Shobeiri, M.D.

```
 1                    I asked you:  Do you hold yourself
 2    out as an expert in biomaterials?
 3           A.    I'm not a biomaterial engineer.
 4           Q.    All right.  Doctor, I'd like to ask
 5    you a question.  If you want to refer to page 27,
 6    but it's referred to in several pages in your
 7    report.
 8                    What is your definition of a
 9    "community doctor"?
10           A.    A community doctor?  Where do I --
11    ah, I see here.
12                    Community doctors are physicians who
13    are working in the community.  Probably
14    physicians in nonacademic centers.
15           Q.    And would they be gynecologists,
16    urogynecologists?
17           A.    Or -- or physicians in a non- --
18    non-tertiary type health centers.
19           Q.    Would they be doctors who had access
20    to the same reference material that you refer to
21    in your Exhibit B to your report?
22           A.    They would have access to it, but
23    remember, for me I'm always reading articles
24    continuously where those physicians may have
```

S. Abbas Shobeiri, M.D.

1    certain societies they belong to or they would --

2    they may read one or the other journal.

3           Q.    They can be doctors who are

4    specializing in your specialty?  Members of the

5    same societies you're members of?

6           A.    So are there community physicians

7    who are urogynecologists?  There are community

8    urogynecologists as well.

9           Q.    Now, the reason I ask that is

10   because if you'll go to page 22?

11          A.    Uh-huh.

12          Q.    The second sentence on that page.

13   That phrase "doctors in the community."  Not

14   community doctors, but "Doctors in the

15   community --

16          A.    Uh-huh.

17          Q.    -- are often unaware of the risks of

18   mesh."

19                You see that sentence?

20          A.    I see that.

21          Q.    Are you aware of any study that

22   supports that opinion?  It's not referenced to

23   anything.

24          A.    Well, I think we draw that from our

S. Abbas Shobeiri, M.D.

1    studies where we were in Oklahoma at a tertiary

2    care center, and we did a study where we saw 75

3    percent of patients who came to us with mesh

4    complications with the sling complications.

5              They -- when we asked them who

6    referred you to us, they said, you know, we -- I

7    came here based on the referral from a friend or

8    the church.  And when we talked to the

9    physicians, they were like OB-GYNs, know this was

10   a problem.  So it's actually documented in the

11   literature how -- how these mesh complications

12   may be seen, but most often they are told that

13   maybe just give the patient estrogen and it would

14   go away and it would end.

15             Q.    Is estrogen an accepted form of

16   therapy for some mesh complications?

17             A.    You know, to the -- this type of

18   mesh complications pertaining to TVT-O and such

19   was something that I think crept up on the

20   community, and a lot of times neither the

21   community physicians nor us knew how to deal with

22   them.

23             I mean, they came about and we were

24   looking at ways to take care of the mesh problem,

S. Abbas Shobeiri, M.D.

1    take care of the sling erosion problem

2    nonsurgically.  We did try estrogen and you may

3    find references in the literature that it was

4    advocated at one point, but it really fell out of

5    favor because it just didn't work.

6           Q.    Okay.  There was an FDA paper you

7    reference in your report issued in 2008.

8           A.    Okay.

9           Q.    Are you aware of that?

10          A.    Yes.

11          Q.    Did that FDA paper warn of the risks

12   associated with mesh implantation?

13          A.    Okay.

14          Q.    Did it?

15          A.    So what's the question?

16          Q.    My question is:  Did the FDA 2008

17   paper address the issue of --

18          A.    Yeah, that was the FDA warning,

19   warning of.

20          Q.    -- risks of mesh?

21          A.    They were -- they were alerting the

22   community of -- of complications associated with

23   the mesh and the sling that they were seeing.

24          Q.    Okay.  And did that go to doctors in

S. Abbas Shobeiri, M.D.

1      the community?

2              A.    It was pretty much a media blast.

3      So whoever followed that probably learned about

4      it quickly.

5              Q.    And so your statement,

6      "Unfortunately, doctors in the community are

7      often not aware of the risks of mesh" would

8      predate 2008?

9                      MS. THOMPSON:  Object to form.

10                     THE WITNESS:  Well, the study

11             that we did was after that time.  So

12             doesn't seem like that filtrated into the

13             community.

14        BY MR. OTTAWAY:

15             Q.    And did you try to in your study --

16      and please refer me to the study you're

17      referencing if it's in your materials there.

18             A.    Sure.

19             Q.    I'd like to know which study it is.

20             A.    Uh-huh.  It's the -- in the Oklahoma

21      Medical Journal.  I don't know what year it was,

22      whether it's 2012 or '13.  So...

23             Q.    Okay.  Did you make an effort in

24      that study to determine whether this statement

S. Abbas Shobeiri, M.D.

1    "Doctors in the community are not aware of the

2    risks of mesh" was post or pre-2008, the

3    implantation?

4           A.   The study was done in 2012, '13,

5    whenever it was published.  So, I mean, you can

6    draw a conclusion.  If the warning came in 2008

7    and the study is published a few years later

8    whether the physicians really got the message or

9    not.  I think that the -- you know, they -- they

10   didn't refer us the patients and it doesn't seem

11   like they were aware of the mesh problems that

12   was going on.  Whether -- yeah, go ahead.

13          Q.   No, go ahead.  Finish your answer,

14   please.

15          A.   So the study basically said about 75

16   percent of people were self-referred but not

17   referred by the surgeon who did their surgery.

18          Q.   And it's from that study you

19   determined that "Doctors in the community are

20   often not aware of the risks of mesh"?

21          A.   That's -- that's the -- that's what

22   we have observed.

23          Q.   And did that study -- and again, you

24   know, I know the study you're referencing on that

1    you, Dr. Shobeiri.

2            A.    Okay.

3                    MR. OTTAWAY:   And I guess let

4         me -- I'm not certainly going to stop you

5         from asking your questions, Margaret, but

6         let me say for purposes of the record,

7         since this is the first one of these we've

8         done, I'm not sure what the protocol is and

9         so I would object to the questioning.  But

10        you are certainly free to ask it.

11                   MS. THOMPSON:   Okay.  And I'll

12        tell you that we've never had any

13        restrictions on redirect questioning by --

14        by plaintiff's counsel.  So, but your

15        objection is on the record.

16    BY MS. THOMPSON:

17            Q.    Dr. Shobeiri, are all of the

18    opinions in your report supported by the

19    peer-reviewed medical literature?

20            A.    Yes.

21            Q.    And did you provide some examples of

22    that literature supporting your opinions in the

23    body of the report as footnotes?

24            A.    Yes.  Not everything, but some of

S. Abbas Shobeiri, M.D.

```
 1    them.

 2              Q.    And there are other examples in the

 3    84-page list of references as well?

 4              A.    Yes.

 5              Q.    So if you would go through the

 6    report and look at Footnote 2.

 7                    And do those, some of the references

 8    in Footnote 2, deal with the opinions that

 9    Mr. Ottaway was asking you about earlier?

10              A.    True.

11              Q.    And how about Footnote 3?

12              A.    True.

13                    MR. OTTAWAY:  Object to the form

14         of both those questions, but go ahead.

15    BY MS. THOMPSON:

16              Q.    And --

17                    MR. OTTAWAY:  You may answer,

18         Doctor.

19    BY MS. THOMPSON:

20              Q.    Are the opinions that Mr. Ottaway

21    asked you about earlier supported by Footnote 5?

22                    MR. OTTAWAY:  Same objection.

23         May I have a standing objection, counsel?

24                    MS. THOMPSON:  Uh-huh.  You may.
```

S. Abbas Shobeiri, M.D.

```
 1                      MR. OTTAWAY:  Thank you.

 2                      MS. THOMPSON:  Because I'm going

 3          to do several of them.

 4                      MR. OTTAWAY:  I know you are.  As

 5          long as you give me a standing objection, I

 6          won't make it.

 7     BY MS. THOMPSON:

 8          Q.    Okay.

 9          A.    True.

10          Q.    And Footnote 7?

11          A.    Yes.

12          Q.    Footnote 8?

13          A.    Yes.

14          Q.    Footnote 14?

15          A.    Yes.

16          Q.    Footnote 17?

17          A.    Yes.

18          Q.    Footnote 22?

19          A.    Yes.

20          Q.    Footnote 23?

21          A.    Yes.

22          Q.    Footnote 25?

23          A.    Yes.

24          Q.    And Footnote 26?
```

S. Abbas Shobeiri, M.D.

1    A.    Yes.

2    Q.    There were also some specific

3 questions regarding literature supporting

4 opinions that you gave here today, and I don't

5 have those articles with me, but these are all

6 contained on your reliance list.

7              And would you identify this article,

8 please?

9    A.    Sure.  This is the "Salvage Surgery

10 After Failed Treatment of Synthetic Mesh Sling

11 Complications" by Dr. Blaivas.

12    Q.    And -- and it's published in what

13 journal?

14    A.    It's -- let me see.  This is not the

15 -- okay.  There we are.  Urology.

16    Q.    And is that a peer-reviewed journal?

17    A.    That's a peer-reviewed journal.

18    Q.    Could you just read that last

19 sentence of that article?

20    A.    Yeah.  It goes to the point that I

21 made earlier that generally mesh sling

22 complications repair may require multiple

23 surgeries.

24    Q.    And read the very last sentence of

S. Abbas Shobeiri, M.D.

1    the conclusions in the main report in the main

2    article.

3              A.    This?

4              Q.    This last sentence.

5              A.    So basically what the authors

6    concluded was that the most difficult problem to

7    treat is pain, with only 28 percent of patients

8    with pain considering salvage operation is

9    success.

10             Q.    So does that support your opinion

11   that -- that as many as 50 percent of patients

12   with pain do not get resolution after surgery to

13   remove it?

14             A.    Yes.

15                   MR. OTTAWAY:   Objection to the

16        form of the question.

17     BY MS. THOMPSON:

18             Q.    You also were asked some questions

19   about community doctors and their knowledge of

20   mesh complications?

21             A.    Yes.

22             Q.    And you cited an article that you

23   were one of the authors about Oklahoma.

24                   And are there other articles

S. Abbas Shobeiri, M.D.

1    that address that same issue that you're aware

2    of?

3         A.    Yes.

4         Q.    For example, could you identify this

5    article that is also on your reliance list and

6    then read that highlighted?

7         A.    Sure.  So basically this is a

8    journal from the Female Pelvic Medicine

9    Reconstructive Surgery, which is the journal of

10   American Urogyne Society, and the authors -- this

11   is the one that we had quoted Hanson saying that

12   similar to other reports fewer than 50 -- fewer

13   than 25 percent of women were referred by the

14   surgeon that placed their mesh.

15              This may contribute to the continued

16   use of these products, as the physicians placing

17   them may not be fully aware of their own mesh

18   complications.

19        Q.    And when was that article published?

20        A.    That was I think in 2014 or '15.

21   Let me look.  Ah, there we are.  2014.

22        Q.    And could you identify this article,

23   when it was published, and what journal?

24        A.    So let me just see.  So the authors

S. Abbas Shobeiri, M.D.

1   here conclude that one of the things they say

2   that there's a management gap in the treatment

3   outcome related to management of mid-urethral

4   sling complications and this was in information

5   in health care.  And let me see.  It was a review

6   by Lee and Zimmer.  And let me just see.

7               How do you move the screen in?  I

8   need to look at the cite.

9               I need to look at that cite.

10      Q.    It's in Expert Review of Medical

11  Devices.

12      A.    Okay.  Yeah.  So the Expert Review

13  of Medical Devices in 2015.

14      Q.    And could you read that highlighted

15  part of that?

16      A.    If I can get to there.  Was that the

17  one I just -- this one?

18      Q.    Yeah.

19      A.    Okay.  So there's a knowledge gap in

20  treatment outcomes related to management of

21  mid-urethral sling complications.

22               MS. THOMPSON:  All right.  That's

23      all.

24               MS. FISCHER:  Excuse me.  Who is

S. Abbas Shobeiri, M.D.

```
1                    FURTHER EXAMINATION

2      BY MS. THOMPSON:

3             Q.    Dr. Shobeiri, did you consider and

4      critically assess literature that was both

5      favorable and unfavorable to your opinions?

6             A.    Yes, I did.

7                   MS. THOMPSON:  That's it.

8                   MR. OTTAWAY:  You have the right

9           to read and sign this deposition,

10          Dr. Shobeiri, and you should consult with

11          Margaret and see what you wish to do.

12                  MS. THOMPSON:  You will.

13                  THE WITNESS:  Thank you.

14                  THE VIDEOGRAPHER:  The time now

15          is 2:19.  This deposition has concluded.

16                  (Signature having not been

17          waived, the taking of the deposition

18          concluded at 2:19 p.m.)

19

20                    *     *     *

21

22

23

24
```