Exhibit 14

# Gynecare Professional Relations and Professional Education

"Educating Customers Worldwide to improve the lives of women!"

# The Professional Education & Relations Team

Director, Professional Education & Relations,
**MARIANNE KAMINSKI**
Ext. 3135
Manager, Professional Relations, **SHARON TRUMBULL**
Ext. 3071

---

Professional Education Liaisons:
**Erika Lane** Ext. 3063
**Susan Chilcoat** Ext. 2687

Professional Education Administration:
Tiffany Peterson Ext. 2910

# PEDMs

## (Professional Education Development Managers)

### PEDM / Divisions

- Paul Parisi VM x 1779 (NJ based)
  - T. Connell – Easter Region
  - M. Henderson – Eastern Reg.
  - C. Pypcznski – Eastern Reg.
- Amy Vie VM x 1203 (Chicago based)
  - Tim Sweatt – Eastern Reg.
  - Paul Murasko – Western Reg.

# PEDMs

## PEDM / Divisions

- Marcus Oldelehr VM x 7527 (Kansas based)
  - C. Riedley – Central Region
- Bob Zipfel v-mail x 1551 (SC based)
  - Mike Mayo
  - G. Prine
  - P. St. Hilaire
- Scott Jones VM x 1217 (CO based)
  - D. Abely

# PEDMs

## PEDM / Divisions

- Rob Haffey VM x 7527 (NE based)
  - Vacant NW Division

# What is Professional Relations/Professional Education?

## Professional Relations:
*"The Developmental Side"*

- Purpose is to *develop* long-term relationships with key opinion leaders and societies.
- *Develop* strategies and coordinate with Professional Education.

## Professional Education:
*"The Delivery Side"*

- Involves the actual training of doctors on products and procedures to meet our revenue objectives.
- *Delivery* of strategies.

# Goals of Professional Education and Relations

- Achieve Excellence in Physician Education
- Establish and Support Regional Training Centers
- Drive Procedural Adoption Through Trained Surgeons
- Provide the Sales Team with Tools to HELP YOU BUILD YOUR BUSINESS!!

# Gynecare's Professional Education Events

- **Done for Markets with a large potential for future growth**
  - **Indicated by market analysis**
  - **Indicated by Regional Manager, Divisional Manager, or Sales Representative**

- **Must have strong case for "Return on Investment"**

- **Commitment by the representative to see the entire process through**

# Gynecare's Professional Education Events

- Now if a ROI does not meet expectations, the money spent for the course will be deducted from your checking account.

## Just Kidding!!

# Criteria for Professional Education Events

- **Doctors and/or nurses as appropriate will facilitate Professional Education Events.**
  - The person(s) acting as faculty should be recognized by their peers as having a level of expertise in the topic they are teaching. The THERMACHOICE in-service program, which is facilitated by a sales rep, is one exception to that rule.

- **The majority of the time on the agenda should be spent on education and not on entertainment.**
  - Another criteria for an event to be considered professional education is the ratio of training time to entertainment time. There is no set ratio however it is important to realize that the goal of the event is education. Typically, offering breakfast or lunch during a course is acceptable. However, dinner after an event will usually have to come from the division budget and not the Professional Education budget.

- **Some type of hands-on training should take place.**
  - For a clinician to be effectively trained on a product or procedure there should be some type of hands-on training combined with didactic lectures. This can be done with cadavers, animals or inanimate models.

# Regional Training Centers

- **RTC Locations:**

    Florida Hospital-Celebration Health, Celebration Florida

    Montefiore Medical Center, Bronx, NY

    TIMIT Institute, Dallas, TX

    Legacy Institute, Portland, OR

    University of Miami, Miami Florida

    University of Illinois, Chicago, Illinois

    University of Southern California, Los Angeles, California

# Process for Prof. Ed. Events

1. Planning
2. Recruiting
3. Registration
4. Training
5. Follow-Up

# 1. Planning

- Talk to DM and PEDM to discuss what you'd like to accomplish and how to align it with territory/division priorities.

- Fill out **Event Request Form and send to the DM for approval**
- Use your PEDM as a *consultant* to help you decide on
    - **Date**
    - **Faculty**
    - **Venue**
    - **Targeting**

- PEDM will contact faculty, negotiate honorarium,  and obtain consulting agreement.
- Work with PEDM to decide what (if any) equipment needs to be ordered, and if outside lab support is necessary.

# 2. RECRUITING

- Success or Failure of course often comes down to recruiting
- Recruiting is the main responsibility of the rep. . .
- Target the appropriate doctors for the course
  - Physicians who have the ability to drive business.
- PEDM can help with invitations, posters, etc.
- Be sure to get Registration Forms for each participant
- You can't CONFIRM too often!



# 2. RECRUITING

- You have to sell these programs to your hospitals and physicians!!!!!!



# 3. Registration

- **Register Preceptee for Event**
- **Create an In-Service**
- **Update an In-Service**
- **Update Leading/Lagging Information**
- **Create an Account Evaluation**
- **Edit an Existing Evaluation**
- **View Quota Status**
- **Prof Ed Event Calendar**



# 4. <u>Training</u>



Good for reps to participate in training courses. . .

*Sit in on lectures and LEARN!

*Help facilitate hands-on labs and gain experience with products!

*Develop relationships with your doctors!

Use your sales team as a resource. . .

*Ask your peers/managers what has worked for them!

# 5. <u>Follow-Up</u>



- THE MOST IMPORTANT PART!! DON'T LET THE EXCITEMENT AND ENTHUSIASM OF THE COURSE FADE!!
- Follow up with phone calls, thank you notes, personal visits, etc.
- SCHEDULE TIME IN SURGERY with the docs. . . **BE AVAILABLE**!!!!
- Ask the doctors *to help you* to help them! Have PROPOSALS READY TO GO! It is time for them to "Step up to the plate!"

# Timeline for the Prof Ed Process

| TIME LINE | STEP | WHAT NEEDS TO BE DONE | RESPONSIBLE | YOU SEND IT TO |
|---|---|---|---|---|
| 9 weeks | 1 | Submit Event Request Form | Rep | DM |
| 8 weeks | 2 | Approve Request (Is the event on the Divisional E | DM | PEDM |
| 8 weeks | 3 | Notify Professional Education Department | PEDM | PED |
| 6-8 weeks | 4 | Confirm Faculty | PEDM | N/A |
| 6 weeks | 5 | Recruit for the event | Rep | N/A |
| 4 weeks | 6 | Establish BTA#; arrange travel and accommodati | PEDM | NA |
| 4 weeks | 7 | Update Prof. Ed. Schedule with the new event | (PES) | PEDM, DM |
| 4 weeks | 8 | Send in signed Consulting Agreement | PEDM | PED |
| 3 weeks | 9 | Complete and review Equipment and Disposable | Rep/PEDM | PES |
| 21-0 days | 10 | Submit Registration Forms | Rep | PEDM, PED |
| 21-0 days | 11 | Ensure coordination with Marketing and MMTU | PES | N/A |
| 3-5 days | 12 | Equipment shipped | PES | N/A |
| | | EVENT COMPLETED | | |
| Day of Ev | 13 | Return equipment | Rep | N/A |
| Day after | 14 | Submit Attendance Form w/# of attendees (gyns, | Rep | DM, PEDM |
| Day after | 15 | Submit Faculty payment information (including a | PEDM | PED |

# What Would You Do?

- A Leading Physician asks if you would like to have a booth at their local ACOG Meeting for $1000 grant. What would you do?

- A Non TVT Preceptor wants to help another physician perform a TVT case and is asking for Gynecare to pay for the event?

- A TVT Preceptor would like to put 5 more TVT Preceptorships on the schedule? Can you do this?

- A physician would like to do a TVT Awareness Dinner for local family practitioners in hopes of getting more referrals? Can we pay for this?

- A Urologist just attended a TVT Cadaver Lab and would like to book 2 TVT cases; however, he does not feel comfortable doing the procedure? What can you do?

# What Would You Do?

- You would like to do a ThermaChoice dinner. What is your first step?

- You have a local preceptor and you ask him/her to speak for you at a program. He/She says they will need $1000 to do the program. What do you do?

- You have a urologist who would like to be trained on TVT. He/She lives in New York and would like to attend a course in San Diego so they can see a friend and get trained on TVT. What will you do?

- A physician needs a certificate in order to perform his/her first ThermaChoice case at the hospital. Can you officially train this physician?

# Professional Education Success Stories

- A TVT Specialist sent 5 key urologist to a TVT Cadaver Lab. Each of these physicians did 8 slings per month. This specialist saw an increase in sales of $25,000 per month and over $300,000 per year!

- A Full Line representative had a ThermaChoice Dinner with 15 key physicians attending the event. Of those physicians, 10 started doing 1 case per week. This lead to $27,000 in new monthly ThermaChoice sales and $324,000 per year!

- A Full Line representative had an Intergel Dinner with 10 gynecologists. Of those 10 doctors, 6 started using Intergel on 2 cases per week. This representative saw an increase of $13,680 per month and should lead to $41,040 in new sales per year!

# Remember. . .



- Gynecare is in the unique position of being able to offer an *integrated* approach. . .
  - Direct to Consumer Advertising
  - Reimbursement Resources
  - Interactive "e-tools"
  - Highest quality education
- Professional Education is one of the MANY tools you have in your bag to help ***drive your business***!
- Team up with the Professional Relations/ Education Department as we all work to achieve Gynecare 500!!!