IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL No. 2327 <br><br> 2:12-md-02327 <br><br> HON. JOSEPH R. GOODWIN |
| THIS DOCUMENT RELATES TO: | | |
| *Fox et al. v. Ethicon, Inc. et al..*, No. 2:12-cv-0878 | | |
| *Ridgley v. Ethicon, Inc., et al.*, No. 2:12-cv-0311 | | |

### NOTICE OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF <u>KONSTANTIN WALMSLEY, MD</u>

Dr. Walmsley is a case specific expert designated by the firms representing the *Fox* and *Ridgley* Plaintiffs. His opinions on IFU adequacy and alternative procedures are tethered to the time of the implants in *Fox* and *Ridgley*. He has not been designated as a general expert in MDL 2327 by Plaintiffs leadership. His is not a true "general" expert as Defendants suggest. Plaintiffs adopt and incorporate their responses to Defendants' Motion to Exclude the Opinions and Testimony of Konstantin Walmsley, MD, filed individually in the *Fox* and *Ridgley* cases.

Plaintiffs incorporate their Memorandum In Opposition and the following exhibits:

Ex. A.    Rule 26 Report in Fox v. Ethicon;

Ex. B.    Rule 26 Report in Ridgley v. Ethicon;

Ex. C.    Klinge et al, "Foreign Body Reaction to Meshes Used for the Repair of Abdominal Wall Hernias," Eur. J. Surg 165: 665-673 (1999).

Ex. D.   Abbott et al, "Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery: a multicenter study" Am. J. Obstet. Gynecol 2014; 210: 163.e1-8

Ex. E.   Affidavit of Konstantin Walmsley, MD

## Conclusion

For the reasons set forth in the accompanying memorandum, and the individual repsonses filed in the *Fox* and *Ridgley* cases, Defendants Motion to Exclude the Opinions and Testimony of Dr. Walmsley should be denied.

**RESPECTFULLY SUBMITTED,**

Dated: May 9, 2016     **TRACEY & FOX**

By: /s/ Clint Casperson
SEAN PATRICK TRACEY
State Bar No. 20176500
SHAWN FOX
State Bar No. 24040626
CLINT CASPERSON
State Bar No. 24075561
440 Louisiana, Suite 1901
Houston, Texas 77002
713-495-2333 Office
713-495-2331 Facsimile

**BERN RIPKA LLP**

By: /s/ Rick Barreca
Rick Barreca, Esquire
60 East 42nd Street, Suite 950
New York, NY 10165
Phone:  212-702-5000
Fax:     212-818-0164
Email:  rbarreca@bernripka.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record, via hand delivery, certified mail or facsimile, in accordance with the Federal Rules of Civil Procedure, on May 9, 2016.

**BERN RIPKA LLP**

*/s/ Rick Barreca*
*Attorney for Plaintiffs*