# EXHIBIT E



777 Bloomfield Avenue
Glen Ridge, NJ 07028
973-429-0462 (phone) • 973-748-1236 (fax)
www.montclairurology.com
www.ugnj.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

Alan Krieger, MD
President

Ray Dreyfuss, MBA
Executive Director

Randah Al-Kana, MD

Rahuldev Bhalla, MD

Peter Boorjian, MD

Merritt Cohen, MD

Louis Galdieri, MD

Alexander Gellman, MD

David Green, MD

Marc Greenstein, DO

Alan Helfman, MD

Robert Ivker, DO

George Johnson, MD

Herbert Katz, MD

Eric Kerr, MD

Bruce Lefkon, MD

Franklin Morrow, MD

Brett Opell,  MD

James Saidi, MD

Domenico Savatta, MD

Eric Seaman, MD

Stuart Shoengold, MD

Alan Strumeyer, MD

Konstantin Walmsley, MD

Matthew Whang, MD

Kjell Youngren, MD

| | | |
|---|---|---|
| IN RE:  ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : | MDL No.  2327 |
| | : | |
| | : | 2:12-md-02327 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JOSEPH R. GOODWI |
| | : | |
| *Sherry Fox et al. v. Ethicon, Inc. et al.., No. 2:12-cv-0878* | : | |
| *Ridgley v. Ethicon, Inc., et al., No. 2:12-cv-0311* | : | |
| | : | |

| | |
|---|---|
| **STATE OF NEW JERSEY** | § |
| | § |
| **COUNTY OF** | § |

**AFFIDAVIT OF KONSTANTIN WALMSLEY, MD**

**BEFORE ME,** the undersigned authority, on this day personally appeared Konstantin Walmsley, MD, who being by me duly sworn, deposed and said as follows:

"My name is Konstantin Walmsley.  I am over eighteen (18) years of age, have never been convicted of a felony or other crime involving moral turpitude, and am of sound mind and fully competent to make this affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct."



**Recipient of The Joint Commission's Gold Seal of Approval™**



| | |
|---|---|
| Urology Group of New Jersey<br>**UGNJ** | 777 Bloomfield Avenue<br>Glen Ridge, NJ 07028<br>973-429-0462 (phone) • 973-748-1236 (fax)<br>www.montclairurology.com<br>www.ugnj.com |

"I have no opinion that the TVT IFU should have informed of alternative non-mesh procedures."

Further affiant sayeth not.

Alan Krieger, MD
President

Ray Dreyfuss, MBA
Executive Director

Randah Al-Kana, MD
Rahuldev Bhalla, MD
Peter Boorjian, MD
Merritt Cohen, MD
Louis Galdieri, MD
Alexander Gellman, MD
David Green, MD
Marc Greenstein, DO
Alan Helfman, MD
Robert Ivker, DO
George Johnson, MD
Herbert Katz, MD
Eric Kerr, MD
Bruce Lefkon, MD
Franklin Morrow, MD
Brett Opell, MD
James Saidi, MD
Domenico Savatta, MD
Eric Seaman, MD
Stuart Shoengold, MD
Alan Strumeyer, MD
Konstantin Walmsley, MD
Matthew Whang, MD
Kjell Youngren, MD

_____
Konstantin Walmsley

5/9/2016
_____
Date

SWORN TO AND SUBSCRIBED before me, this __9__ day of May 2016.

_____
Susan M. Armstrong

Notary Public in and for the State of New Jersey





**Recipient of The Joint Commission's Gold Seal of Approval™**