# Exhibit D

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1                    - - -
 2                                  :SUPERIOR COURT OF
                                    :NEW JERSEY
 3    IN RE:                        :LAW DIVISION -
      PELVIC MESH/GYNECARE          :ATLANTIC COUNTY
 4    LITIGATION                    :
                                    :MASTER CASE 6341-10
 5                                  :
                                    :CASE NO. 291 CT
 6
 7       CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
 8                       CONFIDENTIALITY
                            - - -
 9                       March 14, 2012
                            - - -
10
11              Transcript of the continued
12    deposition of DAVID B. ROBINSON, MD, called for
13    Videotaped Examination in the above-captioned
14    matter, said deposition taken pursuant to Superior
15    Court Rules of Practice and Procedure by and before
16    Ann Marie Mitchell, a Federally Approved Certified
17    Realtime Reporter, Registered Diplomate Reporter,
18    Certified Court Reporter, and Notary Public for the
19    State of New Jersey, at the offices of Riker Danzig
20    Scherer Hyland & Perretti LLP, Headquarters Plaza,
21    One Speedwell Avenue, Morristown, New Jersey,
22    commencing at 9:35 a.m.
23                            - - -
                   GOLKOW TECHNOLOGIES, INC.
24            877.370.3377 ph| 917.951.5672 fax
                    deps@golkow.com
25
```

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1    director in Ethicon, you did not expect physicians
 2    to rely upon the IFU for the Prolift® as an accurate
 3    disclosure of the risks associated with the Prolift®
 4    system?
 5                    MR. GAGE:  Objection.
 6                    THE WITNESS:  No.  I think what I
 7    said is I didn't -- they shouldn't depend on it as
 8    the sole source of their information regarding the
 9    Prolift® system.
10    BY MR. SLATER:
11        Q.    My question is this:  Did you expect
12    surgeons who were considering using the Prolift® to
13    rely upon the Prolift® IFU to accurately disclose
14    the risks associated with the use of the Prolift®
15    system?
16                    MR. GAGE:  Objection.
17                    THE WITNESS:  We should accurately
18    represent what we knew to be risks at the time, yes.
19    BY MR. SLATER:
20        Q.    You knew that was required by federal
21    law.  Right?
22                    MR. GAGE:  Objection.
23    BY MR. SLATER:
24        Q.    By the FDA.  Right?
25                    MR. GAGE:  Objection.
```