# Exhibit I

```
 1                    REPORTER'S RECORD
                     VOLUME 1 OF 1 VOLUMES
 2             TRIAL COURT CAUSE NO. DC-12-14350

 3    LINDA BATISTE              )    IN THE DISTRICT COURT
                                 )
 4                               )
      vs.                        )    DALLAS COUNTY, TEXAS
 5                               )
      JOHN ROBERT MCNABB, M.D.,  )
 6    JOHNSON & JOHNSON, AND     )
      ETHICON, INC.              )    95TH JUDICIAL DISTRICT
 7
```

**PRETRIAL**

On the 12th day of March, 2014, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable, Judge Ken Molberg Presiding, held in Dallas, Dallas County, Texas.

Proceedings reported by computerized stenotype machine.

Deana K. Savage
Official Court Reporter, 95th District Court
T: (214) 653-6747 - F: (214) 653-7991

```
 1   or motion in limine, of course, is either not asking or
 2   asking for a bench conference, and that's all there is to
 3   it.  Because there might be reasons where I grant one that
 4   I would let it in, if you follow me.
 5              MR. NOTEWARE:  I did not understand that.
 6              THE COURT:  I said I might grant a point in
 7   limine but nevertheless certainly let it in in trial --
 8              MR. NOTEWARE:  Yeah.  I --
 9              THE COURT:  -- you know.
10              MR. NOTEWARE:  -- so you've already
11   indicated a desire not to have bench conferences.
12              THE COURT:  Yeah.
13              MR. NOTEWARE:  But after -- you say that
14   you understand that under these circumstances one may be
15   required?  I heard you correctly?  Okay.  That's what I
16   thought I heard you say, Judge.
17              THE COURT:  Okay.  And in this case in
18   particular, I heard a couple of things that I won't get
19   into, but you'll probably pick up on it as I go through
20   this that cause me a little concern.  I want to see how
21   things play out.  I may want to discuss it further with
22   you in trial.
23              So with that, plaintiff's points 1, 2, 3,
24   4, 5 are granted; 6 and 7 are denied; 8 is granted; 9 is
25   granted; 10 is agreed; 11 is denied.  I don't know what
```