EXHIBIT C

Russell F. Dunn, Ph.D., P.E.

1              Because products are used in different

2    applications.  You would have to test it in a

3    similar circumstance to that application.

4        Q.      Well, just make sure this is clear.

5              Do you know of any written standard

6    adopted by the medical device industry for testing

7    a medical device for oxidative degradation effects?

8        A.      Well, you keep saying a "standard," and

9    I would say that no such thing would exist.  And

10   that doesn't preclude a company from being

11   responsible for testing for that effect.

12       Q.      Okay.  I notice in your report you talk

13   about Ethicon's quality systems.

14              Do you recall that?

15       A.      Yes, I do.

16       Q.      And are there any written standards for

17   quality systems for medical device manufacturers?

18       A.      I understand that you want to use the

19   term "standard."

20              There are guidelines and there are

21   principles that are taught for quality systems.

22   There are standards that have to do with risk

23   analysis that would apply to medical devices, and

24   that would affect some of the quality systems.

25       Q.      Well --

Russell F. Dunn, Ph.D., P.E.

1    A.      What you are referring to would be

2    something very specific that can't be applied

3    across many different companies that are all

4    operating in different ways.

5            But there are things outside of

6    standards.  There are engineering principles and

7    there are guidelines provided.  You just keep using

8    the word "standards."  And standards are not

9    written for the quality systems, as -- as you've

10   talked about, other than the ISO 14971 that has

11   implications on quality.

12   Q.      Okay.  We'll get back to ISO 14971.

13   A.      Uh-huh.

14   Q.      I do have some questions about that.

15           But, aside from that written standard,

16   do you know of any other written standards specific

17   to the medical device manufacturing industry for

18   quality systems, just specific to that industry?

19   A.      I don't know that I've looked at --

20   specifically for a standard for quality systems for

21   medical devices.

22   Q.      So, when you express your opinions in

23   this case regarding Ethicon's quality systems,

24   what -- it sounds like you're just relying on some

25   general principles that you go by in your

Russell F. Dunn, Ph.D., P.E.

1    profession?

2            MR. BOWMAN:  Object to form.

3    BY MR. DAVIS:

4        Q.     Let me -- let me strike that and ask it

5    over.

6            Just please explain to me the standards

7    or the guidelines that you applied in this case,

8    the principles that you applied in this case in

9    developing an opinion that Ethicon's quality

10   systems were less than satisfactory.

11       A.     Okay.  The -- the -- the implication

12   you've made is that, when we're designing or when

13   you have quality systems, that all goes back to

14   standards.

15           I teach all of the chemical engineering

16   seniors at Vanderbilt University, and I teach a

17   course called "Product and Process Design."  It is

18   not a course on standards.  We have a full textbook

19   of guidelines and principles.  It is not built on

20   standards.  It's built on engineering fundamentals

21   and principles that we follow in designing products

22   and having quality systems.

23           And even courses that you take on

24   quality and quality engineering are not based on

25   standards.  We teach engineering principles.  And

Russell F. Dunn, Ph.D., P.E.

1    to suggest that, if it's not in a standard, it's --

2    it's not scientific or it's not based on scientific

3    principles, does not represent what standards are

4    intended for.

5        Q.       Okay.  Have you ever heard of 21 CFR

6    Part 820?

7        A.       I don't know.

8        Q.       Okay.  I mean, you don't know what it

9    is, do you?

10       A.       Not from memory.

11       Q.       Okay.

12       A.       I know it's Code of Federal

13   Regulations, and 21 represents the department that

14   it would be associated with.  I can't recall -- 19

15   is OSHA.  I can't recall which particular division

16   that is of the Code of Federal Regulations.  I

17   don't have that one memorized --

18       Q.       Well --

19       A.       -- whether I've seen it or not.

20       Q.       I'm sorry.  I apologize.  I interrupted

21   you.

22               Were you through?

23       A.       Yes.

24       Q.       Okay.  Well, with respect to the Code

25   of Federal Regulations, you mentioned OSHA.

Russell F. Dunn, Ph.D., P.E.

1    the body?

2        A.      I agree that I am qualified to tell you

3    the effects of oxidative degradation on the polymer

4    itself and how it changes the polymer properties.

5    And I agree that Dr. Guelcher is the expert that I

6    work with who can tell you the effect on the body.

7        Q.      Well, I appreciate that.  But I just

8    have a very simple question.  If you'll just answer

9    it, I'll move on.

10              Will you agree that you personally are

11   not qualified to evaluate the effects or potential

12   effects of oxidative degradation of Prolene on the

13   body, the human body?

14       A.      I -- I will reiterate that I can -- I

15   am qualified to talk about the changes in the

16   polymer properties --

17       Q.      That's not my question.  I'm sorry to

18   interrupt you, but. . .

19       A.      I would defer that to Dr. Guelcher.

20       Q.      So the answer to my question?  Yes?

21       A.      No, the answer to your question is to

22   an extent.

23       Q.      Well -- okay.

24       A.      I know you think it's a simple

25   question, but, if I don't think it's a simple

Russell F. Dunn, Ph.D., P.E.

1    question, then we disagree.

2         Q.    Do you know what fault class the

3    potential failure mode of oxidative degradation of

4    Prolene in the body would be?

5         A.    The fault class --

6         Q.    Yes.

7         A.    -- is -- if I'm not mistaken, that is a

8    specific term that -- classification that Ethicon

9    has come up with.

10        Q.    Well, what classification is it?

11        A.    Doesn't matter to me.  That's not part

12   of the failure mode and effects analysis.  Once you

13   get the risk priority number, you don't have to put

14   in a fault class.  You've got severity, you've got

15   occurrence, you've got detection.

16             If a company wants to further define it

17   and put it in a fault class, that's something

18   they're doing internally.

19        Q.    What -- what is the severity ranking,

20   in your view, for oxidative degradation as a

21   failure mode in Prolene?

22        A.    Okay.  I'm going to back up one more

23   step.  And I'm going to tell you that, as I teach

24   the students and the students work in groups and do

25   failure mode and effects analysis, I can tell you

Russell F. Dunn, Ph.D., P.E.

1    what my severity ranking -- you come up with that

2    ranking collectively with expertise from a lot of

3    different areas.

4              You're asking me to rank it just with

5    my background and experience, and I'm telling you

6    that's not how a safety analysis or a failure mode

7    and effects analysis takes place.

8              In fact, if you look at the top of

9    Ethicon documents, you'll see that it's a whole

10   team that's in there and talking.  So it would be a

11   team that's sitting around that would say, how do

12   we want to rank that severity?  And we would have a

13   discussion on what is that effect and what

14   implications would it have.

15             I can tell you what happens to the

16   polymer, and I would hope that a medical -- a

17   medical device person or a medical doctor would

18   say, oh, if the polymer gets hard and brittle, I

19   see the harm as being the following.

20        Q.    While I'm on that Exhibit 7, I

21   noticed -- I'm just trying to make sure I

22   understand all the documents you reviewed.

23             Look at the last page of Exhibit 7.

24             MR. BOWMAN:  Is that the FMEA?

25             MR. DAVIS:  Yes.

Russell F. Dunn, Ph.D., P.E.

```
 1                THE WITNESS:  Yeah.  I got it.  I've
 2      got it here.
 3                Yes?
 4      BY MR. DAVIS:
 5          Q.    I just saw that list of documents.
 6                Did you review all those documents?
 7          A.    I don't know.
 8          Q.    Well, I mean, did you -- well, okay,
 9      let me ask this about Exhibit 7:  Did you sit down
10      and read the entire dFMEA, Exhibit 7?
11          A.    I believe I did.
12          Q.    Well, the reason I ask, is I notice --
13      if you look at your report, you have a -- you have
14      a table, Table 5.
15                Can you look at Table 5 in your report?
16          A.    Yes.
17          Q.    Is that an excerpt from Exhibit 7?
18          A.    It is indeed.
19          Q.    Okay.
20          A.    And you will find the entire Exhibit 7
21      in my footnote --
22          Q.    Okay.
23          A.    -- notebook.
24          Q.    Okay.  Well, I mean, I've -- I've read
25      some of your prior testimony where you've indicated
```

Russell F. Dunn, Ph.D., P.E.

1    that you've gotten to where you can read these

2    FMEAs and -- fairly quickly and go to the heart of

3    what you're looking for.

4                   Is that a fair assessment?

5        A.      I believe I can, yes.

6        Q.      Okay.  What I'm trying to say, is that

7    what you did in this case?  Did you simply pick up

8    Exhibit 7 and -- and search for all the references

9    to mesh?

10       A.      Well, it -- the spreadsheet was set up

11   by Ethicon that you could search by component.

12   Because the mesh component -- while I looked at the

13   other components, while the mesh component is the

14   component comprised of polypropylene and the

15   component that I'm interested in, I looked at the

16   other areas, but I very specifically looked at

17   mesh.

18                   Because, if you're going to consider

19   oxidative degradation of the mesh, it wouldn't be

20   listed on another component; it would be listed on

21   mesh.

22       Q.      And that's what I'm trying -- I'm just

23   trying to understand.  Was there any reason for you

24   to read the entire dFMEA, Exhibit 7, or did you

25   simply get on the native version and search for

Russell F. Dunn, Ph.D., P.E.

1    mesh?

2      A.     No.  I -- okay.  So I read the entire

3    FMEA at least from a component standpoint in

4    looking at the various components and whether or

5    not that related to something I needed to look

6    across the row at.

7      Q.     Okay.  Well -- and, again, I'm just

8    trying to -- looking back at the last page of this.

9            As an example -- I'm trying to

10   understand, like, did you ever -- did you read that

11   page, for instance, in your work on this case?

12     A.     Did I see this page?  Yes, I saw this

13   page.

14     Q.     And did you read this page?  Did it

15   matter to you?

16             MR. BOWMAN:  Object to form.

17             THE WITNESS:  Did it matter to me?

18   BY MR. DAVIS:

19     Q.     Did it have any significance to you?

20             MR. BOWMAN:  Same objection.

21             THE WITNESS:  I -- it had significance

22   insofar as it states that it's documents referenced

23   in the body of the FMEA.

24   BY MR. DAVIS:

25     Q.     Okay.  I'm -- I'm just trying to

Russell F. Dunn, Ph.D., P.E.

1    understand, for instance, did you try to then go

2    find or ask for all these documents, or not?

3         A.     Not that I recall, because these were

4    referenced in the FMEA, and what I was interested

5    in was what was not included in the FMEA.

6         Q.     Okay.  Do you have any experience in

7    developing quality systems for medical devices?

8         A.     Well, the FMEAs -- that's a hard

9    question for me to answer.  I haven't -- I teach

10   FMEAs, and I teach it to students who end up

11   working in all kinds of areas.  So -- I haven't

12   applied it in a specific company, but I teach these

13   concepts to students that go out and work for

14   medical companies and. . .

15        Q.     Have you ever taught about how to

16   develop quality systems specifically for medical

17   devices?

18        A.     I teach generically how to do product

19   and process design, and it's applied by chemical

20   engineers to numerous industries.  I don't teach

21   about a specific industry.

22        Q.     What -- what does "design controls"

23   mean?  I mean specifically for medical devices.

24        A.     It would be parameters that you

25   establish that you want to control those

Russell F. Dunn, Ph.D., P.E.

1    characteristics.

2        Q.      Okay.  What -- what are the design

3    controls generally accepted for medical devices?

4        A.      It would be different for different

5    medical devices.

6        Q.      Can you -- can you just tell me what

7    some of the design controls are for medical

8    devices?

9        A.      Oh.  Well -- so, if I talked about the

10   mesh component, because that's the component that

11   I'm looking at for the medical device for the

12   Prosima, certain design controls would be things

13   like the weave, the diameter of the fiber, the

14   density.

15       Q.      That --

16       A.      You're shaking your head no.

17       Q.      Maybe we're on a different wavelength,

18   because I'm asking you -- the process, the process

19   of design controls, in designing and developing a

20   medical device.  Can you tell me what the design

21   control processes are?

22       A.      You're going to have to ask a -- I

23   don't know what you're asking exactly.

24       Q.      That's fair enough.

25              Do you have any experience in

Russell F. Dunn, Ph.D., P.E.

1    maintaining a quality system for medical devices in

2    particular?

3        A.      It's no different for medical devices

4    than other devices.

5        Q.      So is the answer you don't have any

6    specific experience for medical devices, or you do?

7    Either you do or you don't.

8        A.      I've never manufactured medical

9    devices.

10       Q.      So you've never had any experience in

11   maintaining a quality system for medical devices;

12   is that correct?

13       A.      But I maintain that the quality systems

14   I've been involved in in my work career are the

15   same as those types of systems you'd put in place

16   for medical devices.

17       Q.      With that explanation, is the answer

18   yes?

19       A.      Ask the question again now.

20       Q.      Have you ever had any experience in

21   maintaining a quality system for a medical device

22   in particular?

23       A.      Not specifically for a medical device,

24   but quality systems that I've maintained and been

25   involved in in manufacturing operations are -- are

Russell F. Dunn, Ph.D., P.E.

1    the same or very similar.

2        Q.      Have you ever had any experience in

3    auditing quality systems for medical devices?

4        A.      Not specifically medical devices.  Only

5    other polymer-based products.

6        Q.      And can you give me an overview of how

7    you performed your audits?

8        A.      Of other polymer products?

9        Q.      Yes.

10       A.      Sure.  You -- you asked a question

11   before that I guess I misinterpreted about design

12   controls.  So -- in auditing polymer-based products

13   that I've been involved in and that we would

14   manufacture, we had certain specifications or

15   criteria, what I would call design controls.

16   Certain parameters that you could measure that you

17   were trying to target in the manufacturing process.

18              In -- in trying it maintain a quality

19   system, you would go and pull random samples and

20   test those versus your design controls.

21       Q.      Okay.

22       A.      If I'm understanding the question

23   correctly.

24       Q.      Now, do you have any experience in

25   preparing any design controls for medical devices?

Russell F. Dunn, Ph.D., P.E.

1    For the design and development of medical devices,

2    that is.

3        A.      Not specifically for medical devices;

4    only for other polymer-based products.

5        Q.      Okay.  And what were those design

6    controls?

7        A.      For other polymer-based products?

8        Q.      Yes.

9        A.      They varied, depending on what the

10   product was.

11       Q.      Okay.  I know it's your testimony, your

12   opinion, that Ethicon's Prolene is subject to

13   oxidative degradation.

14              I'd like to follow up on that and ask

15   you, are there any degradation products of the

16   oxidative degradation of Prolene?

17       A.      Not typically.  It -- the oxidative --

18   oxygen -- it -- it -- it depends on how it

19   oxidizes.  I need to be careful with that, because

20   there's different oxidizing agents that can react

21   with it.  And, depending on the oxidizing agent

22   that reacts with it, I think there can be some

23   potential for byproducts.

24              In general, oxygen is attaching from

25   some type of reactive oxygen species or even oxygen

Russell F. Dunn, Ph.D., P.E.

```
1    from the air, and it breaks the chain, the long

2    chain length of the polypropylene, into shorter

3    chains.

4        Q.     In that case, let's focus on Prolene in

5    the body specifically.

6        A.     Okay.

7        Q.     Are there -- I know you've given the

8    opinion that, in the body, there is oxidative

9    degradation going on of the Prolene.

10              So I want to know, are there any

11   degradation products resulting from the oxidation

12   that -- degradation that you believe is occurring?

13              MR. BOWMAN:  Object to form.

14              THE WITNESS:  Can you point to in my

15   report where I say that it's oxidizing in the body?

16              You said I said that it oxidized in the

17   body.  That's what -- there are reactive oxygen

18   species in the body, but that specifically -- that

19   oxidative mechanism inside the body is specifically

20   what Dr. Guelcher reports on.

21   BY MR. DAVIS:

22       Q.     Okay.  You don't have an opinion as to

23   whether Prolene oxidizes in the body --

24              MR. BOWMAN:  Object to form.

25
```

Russell F. Dunn, Ph.D., P.E.

```
 1    BY MR. DAVIS:
 2        Q.      -- is that correct?
 3        A.      No, that's not correct.
 4        Q.      Okay.  Do you -- is it your opinion
 5    that Prolene, after implantation in the human body,
 6    is undergoing oxidative degradation?
 7               MR. BOWMAN:  Object to form.
 8               THE WITNESS:  Yes.
 9    BY MR. DAVIS:
10        Q.      Okay.  And where is that in your
11    report?  I thought a minute ago you said -- you
12    said it's not in your report.
13        A.      It's not.  I don't offer that as an
14    opinion, and I'm not going to testify on that.  But
15    you asked if I believed that's happening.  And,
16    yes, I do believe that's happening.
17        Q.      Okay.
18        A.      But, the actual mechanism for how it's
19    happening -- I say that because I've read
20    Dr. Guelcher's report.
21        Q.      Okay.  But -- so -- my question then --
22    follow-up -- is, will you agree that it's not
23    within your expertise to evaluate whether Ethicon's
24    Prolene is undergoing oxidative degradation after
25    implantation in the body?
```

Russell F. Dunn, Ph.D., P.E.

1          MR. BOWMAN:  Object to form.

2          THE WITNESS:  Not the way that you

3     worded that question, no, I don't agree with that.

4     BY MR. DAVIS:

5     Q.     How did you -- how would you word it?

6     A.     I'm not wording the question.  I'm

7     answering your question.  So if you want to read it

8     back, I'll answer it specifically.

9     Q.     Okay.  What expertise do you have to

10    evaluate whether Ethicon's Prolene is undergoing

11    oxidative degradation within the human body?

12    A.     Okay.

13         MR. BOWMAN:  Object to form.

14         THE WITNESS:  I have expertise of what

15    Prolene does outside the body and how it oxidizes.

16    I have expertise on testing for oxidation.

17    BY MR. DAVIS:

18    Q.     Outside the body, right?

19    A.     Outside the body, or even something

20    that was inside the body and then was taken out of

21    the body.  The testing is the same for that.

22         So I have expertise on testing even

23    something that's come out of the body -- you asked

24    if I had any expertise to see if it's oxidized in

25    the body.  You can take explants and you can do

Russell F. Dunn, Ph.D., P.E.

1    testing and you can see if oxidation has occurred.

2    And I have expertise in doing that and evaluating

3    that.

4        Q.    Have you done it in this case?

5        A.    I do not have explants in this case,

6    no.

7        Q.    Okay.  Do you know who the -- the name

8    of the plaintiffs in this case are?

9        A.    Jasso.

10       Q.    Okay.  Do you know anything about her?

11       A.    I do not.

12       Q.    Do you know what she had implanted in

13   her?

14       A.    I don't have any specific information

15   about the plaintiff.  I'm assuming it's a Prosima

16   because that's what I was asked to evaluate for

17   this case.  But I was not asked to evaluate the

18   effect in her body.

19       Q.    Did you ask if any explants were

20   available relating to Ms. Jasso?

21             By the way, I believe it's pronounced

22   YAH-so.

23       A.    Jasso.

24       Q.    I may be wrong, but. . .

25       A.    I don't recall if I asked that or not.

Russell F. Dunn, Ph.D., P.E.

```
1        Q.      Okay.

2                MR. LITZENBURG:  I don't know if I can

3    help to shortcut this at all, but Dr. Dunn will not

4    be offered for any case-specific testimony --

5                MR. DAVIS:  Okay.

6                MR. LITZENBURG:  -- plaintiff specific.

7                MR. DAVIS:  Thank you.

8    BY MR. DAVIS:

9        Q.      Dr. Dunn, do you have any expertise on

10   what occurs to Prolene within the body?

11               MR. BOWMAN:  Object to form.

12               THE WITNESS:  Yes.

13   BY MR. DAVIS:

14       Q.      What is that expertise?

15       A.      That, if it does oxidize, I know what

16   the effect is on the polymer, the properties that

17   it changes on the polymer, the molecular weight,

18   the flexibility, that it goes from being ductile to

19   being brittle, that it cracks, that it flakes.

20       Q.      Well, but you started that with the

21   word "if" it oxidizes, right?

22       A.      Let's read back what your question was.

23               Can -- what was the last question I was

24   asked?

25               (Whereupon the following question was
```

Russell F. Dunn, Ph.D., P.E.

```
 1     chemically in published literature, such as the

 2     fact that polypropylene has been known to oxidize

 3     for decades.  So I agree.

 4         Q.      In fact, you -- in your own report,

 5     you -- you point out that polypropylene has been

 6     extensively studied since the 1960s, right?

 7         A.      Outside the body, yes.

 8         Q.      Okay.

 9              Now, do you see where, at the bottom of

10     page 3 of 6, the FDA goes on to explain that, in

11     analyzing the need for biocompatibility testing,

12     you should follow ISO 10993?  Do you understand

13     that?

14         A.      Yes.

15         Q.      And do you also --

16         A.      Can -- I just want to point out one

17     more time that biocompatibility and -- and chemical

18     degradation were in different categories in the

19     FMEA, and everything associated with

20     biocompatibility that we're talking about was not

21     in the category that I am discussing.

22              So continue on.

23         Q.      Because you're saying that oxidative

24     degradation is a chemical process, as opposed to --

25     as opposed to going to biocompatibility?
```