# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Collins, Fran | 2:12cv00931 |
| Cone, Mary | 2:12cv00261 |
| Destefano-Raston, Dina | 2:12cv01299 |
| Freeman, Shirley | 2:12cv00490 |
| Padilla, Noemi | 2:12cv00567 |
| Sikes, Jennifer | 2:12cv00501 |
| Smith, Carrie | 2:12cv00258 |
| Swint, Isabel | 2:12cv00786 |
| Teasley, Krystal | 2:12cv00500 |
| Warmack, Roberta | 2:12cv01150 |
| Zoltowski, Donna | 2:12cv00811 |