# **Exhibit 1**



# SALIL KHANDWALA, MD FPMRS FACOG

## PRESENT POSITION

President, Advanced Urogynecology of Michigan PC and Michigan Institute of Women's Health, Dearborn, Michigan.

Associate Professor, Department of Obstetrics and Gynecology, Wayne State University, Detroit, Michigan.

Director, Female Pelvic Medicine and Reconstructive Surgery, Beaumont Hospital-Oakwood Campus, Dearborn, Michigan.

Fellowship Program Director, Female Pelvic Medicine and Reconstructive Surgery, Beaumont Hospital-Oakwood Campus

## EDUCATION

1982 -1998
*MB* BS, *MD,* FACOG
Fellowship in Urogynecology, Reconstructive Pelvic Surgery & Operative Endoscopy, Greater Baltimore Medical center - University of Maryland. Directors: James Dorsey MD, Alfred Bent MD, Harry Johnson, Jr, MD 1997-1998

Residency in Obstetrics & Gynecology, Greater Baltimore Medical Center, Baltimore, Maryland 1993-1997

Fellowship in Operative Laparoscopy & Hysteroscopy, University of Clermont Ferrand, France 1990-1993

Residency in Obstetrics & Gynecology, University of Bombay, India. 1987-1990

Internship, Obstetrics & Gynecology, University of Bombay, India. 1986-1987

Bachelor of Medicine and Surgery (MB BS), University of Bombay, India. 1982-1985

## PAST POSITIONS

Assistant Professor, Division of Urogynecology and Pelvic Reconstructive Surgery, Dept of Obstetrics & Gynecology, University of Maryland, Baltimore, MD 21201. Oct 1998-Aug 2002

Medical Director, Residency Ambulatory Clinics, Dept of Obstetrics and Gynecology, University of Maryland. June 2001-Aug 2002.

## PROFESSIONAL EXPERIENCE

1987 - 2015
Urogynecology, Pelvic Reconstructive Surgery
Operative Laparoscopy & Hysteroscopy
Obstetrics & Gynecology



BOARD CERTIFICATIONS

FPMRS: Passed Board Exam offered by ABOG in 2013

FACOG: Passed American Boards of Obstetrics & Gynecology at first attempt, Jan 2001

ABOG Recertification: 2010

European Diploma in Operative Laparoscopy, University of Clermont Ferrand, France 1992

MD - Postgraduate degree certification in Obstetrics and Gynecology University of Bombay, India Jan 1990

Bachelor of Medicine and Surgery, University of Bombay, India, Oct 1985


AWARDS RECEIVED

"National Faculty Award 2004" for promoting high standards of residency education in the field of Obstetrics & Gynecology Oakwood Hospital and Medical Center, Dearborn MI

Best Research Faculty Award 2005- Oakwood Hospital and Medical Center, Dearborn Michigan.

"National Faculty Award 2002" awarded by the American College of Obstetrics & Gynecology for promoting high standards of residency education in the field of Obstetrics & Gynecology- University of Maryland.

Best Resident Research award "Laparoscopic Burch Colposuspension" Greater Baltimore Medical Center, Towson, MD 1996

First Prize, Scientific Film: "Hysteroscopic Resection of Submucous Fibroids", French Annual Obstetrics & Gynecology Congress, '91 Bordeaux, France

Award for Scientific film: "Applications of the Contact Nd:YAG Laser" at the International Medical Film Festival '91, Mauriac, France

Dr. Ajinkya Award for securing the first rank in Obstetrics and Gynecology postgraduate competitive examination, Nair Hospital, University of Bombay, India, 1985.

Distinction (Honors) in Obstetrics and Gynecology at IIIrd MB BS exam, University of Bombay, India, Oct 1985

Dr Rele Award: First Rank in Pharmacology at IInd MB BS exam, University of Bombay, India April '84


LICENSE:

Michigan State License to Practice Medicine 2002- present

PRESENTATIONS & PUBLICATIONS

Review of 250 consecutive cases of vaginal mesh surgery for genital organ prolapse. Khandwala S, Williams C, Rumschlag E, Dai J, Jayachandran C. Journal of Gynecologic Surgery- Accepted for publication- November 2013.

The role of vaginal mesh hysteropexy for the management of advanced uterovaginal prolapse. Khandwala S, Williams C, Reeves W, Dai J, Jayachandran C. Journal of Reproductive Medicine – Accepted for publication- June 2013.

TVT-Secur in Office Sling Procedure Under Local Anesthesia: A Prospective 2-Year Analysis. Khandwala S, Jayachandran C. 2012; Female Pelvic Med Reconstr Surg 18: 233-238.

Transvaginal Mesh Surgery for Pelvic Organ Prolapse: One-Year Outcome Analysis. Khandwala, S. Female Pelvic Med Reconstr Surg 2013;19: 84Y89

Medium-term clinical outcomes following trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. Milani, A.L., Hinoul, P., Gauld, J., Jones, P., Reisenauer, C., Lobodasch, K., Cosson, M., Khandwala, S., Van Drie, D., Lucente, V. IUGA Abstract 2012.

A Randomized Trial of Urodynamic Tests Before Stress Incontinence Surgery. Nager, C., Brubaker, L., Litman, H., Zyczynski, H., Varner, R., et al. N Engl J Med. 2012 May 24;366(21):1987-97. doi: 10.1056/NEJMoa1113595. Epub 2012 May 2.

The TVT Worldwide Observational Registry for Long-Term Data: A Prospective Evaluation of the Safety and Efficacy of 3 Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. Tincello, D.G., Botha, T., Grier, D., Jones, P., Subramanian, D., Urquhart, C., Kirkemo, A., Khandwala, S. - *The Journal of Urology* Dec 2011; pp 2310-2315 Vol 186(6).

Two Year Clinical Outcomes of a Trocar-Guided Transvaginal Mesh Repair Utilizing a New Light-Weight Synthetic Mesh. C Urquhart, P Hinoul, A Milani, C Reisenauer, M Cosson, V Lucente, Khandwala, S. *IUGA* 2011.

Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Van Drie, D., Lim, J.L., Hinoul, P., Gauld, J., Sayer, T.R., Jones, P., Franco, N., Slack, M., Khandwala, S. - *Female Pelvic Medicine & Reconstructive Surgery* - September/October 2011; 17(5) Supplement 2 and *IUGA* 2011.

Clinical outcomes of an observational registry utilizing a trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. Khandwala, S., Lucente, V., Van Drie, D., Gauld, J., Hinoul, P. - *Female Pelvic Medicine & Reconstructive Surgery* - September/October 2011; 17(5) Supplement 2

A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device – an observational registry. Khandwala, S., Slack, M., Hinoul, P., Urqhart, C., Al-Salihi, S. - *Female Pelvic Medicine & Reconstructive Surgery* - September/October 2011; 17(5) Supplement 2

Transvaginal Mesh surgery for Pelvic Organ Prolapse Prolift + M: A prospective Clinical trial Khandwala S, Jayachandran C: *Int Urogynecol J Pelvic Floor Dysfunct* October 2011 1482-4

Investigator: Trocar guided mesh repair for vaginal prolapse using partially absorbable mesh: 1 year outcomes Milani, A., Hinoul, P., Gauld, J., Sikirica, V., Van Drie, D., Cosson, M., Khandwala, S. *Am J Obstet Gynecol.* Jan 2011; pp 74.e1-74.e8 vol 204(1).

One-year clinical outcomes after prolapsed surgery with nonanchored mesh and vaginal support device. Zyczynski, H., Carey, M., Smith, A., Gauld, J., Robinson, D., Sikirica, V., Reisenauer, C., Slack, M., Khandwala, S. *Am J Obstet Gynecol.* Dec 2010; pp 587.e1-587.e8 vol 203(6).

Trial of Midurethral Sling (TOMUS): A Randomized Controlled Trial of Retropubic versus Transobturator Midurethral sling for stress urinary incontinence *New Engl J of Medicine.*

Trial of Midurethral Sling (TOMUS): Design and Methodology Journal of Applied Research Vol 8, no 1, 2008.

One year results from a worldwide registry of Tension free vaginal tapes in women with stress urinary incontinence. Khandwala S, Lucente V, Tincello et al: *Female Pelvic Medicine & Reconstructive Surgery* - September/October 2009; pp 261 vol 12(5)

Light weight mesh system for transvaginal mesh repair: Interim 3 month results: Lucente, Milani, Khandwala et al: *Female Pelvic Medicine & Reconstructive Surgery* - September/October 2009; pp 359 vol 12(5).

Clinical Experience of a novel vaginal support device and balloon used in a trocar-less vaginal approach of mesh placement for prolapse repair. : M Carey, H Zyczynski, Khandwala et al : *Female Pelvic Medicine & Reconstructive Surgery* - September/October 2009; pp 364 vol 12(5) .

Experience with TVT-SECUR sling for stress urinary incontinence: a 141-case analysis. Khandwala S - *Int Urogynecol J Pelvic Floor Dysfunct* - 01-JUL-2010; 21(7): 767-72

TVT-O suburethral sling surgery - Should cystoscopy be done routinely? Paper presentation at American Association of Gynecologic Laparoscopy Chicago, Nov 2005

Initial results with the TVT -O suburethral sling procedure - abstract submitted at the International Continence Society Montreal Aug 2005

Transobturator Suburethral Sling procedures: Can you please hold? Presentation at the International Society of Gynecological Endoscopy Meeting, Mumbai Sept 'O5

Should hysterectomy ever be done for the management of Uterine prolapse- the Prolift experience Presentation at the International Society of Gynecological Endoscopy Meeting, Mumbai Sept '05.

Encyclopedia of Elder Care - Springer Publishing Co, NY 2001. Chapter on: Atrophic Vaginitis

Author of book: "Electrosurgery in Operative Endoscopy" published by Blackwell publications, London '95.

Contributing author: "Atlas of Gynecological Endoscopy-Second edition" Editors: Alan Gordon, B Victor Lewis, Alan DeCherney. Chapter on "Ectopic Pregnancy". Publishers: Mosby-Wolfe, Times Mirror International, '95.

Invited Speaker - Grand Rounds for Osteopathic program: Urogynecologic complications, Lansing '03

Urogynecology review: PGY IV residents overview for Oral Board preparation Detroit Medical Center- 2003

Urogynecology Review: PGY IV residents overview for Oral Board preparation. Detroit Medical Center- 2002

Invited Speaker: Recent advances in Urogynecology - Heritage hospital Medical Grand Rounds Oct 2003

Invited Speaker: Oakwood Hospital Grand Rounds- Urinary incontinence - where are we heading? Dec 2002

Invited Speaker to University of Maryland Family Medicine Annual Review Course, June 2002. "Menopause & Hormonal Replacement Therapy"

Invited Speaker to University of Maryland Family Medicine Annual Review Course, June 2002. "Dysfunctional Uterine Bleeding"

Grand Rounds, University of Maryland: "Electrosurgery in Operative Endoscopy – Quo Vadis" - Jan 2002

Grand Rounds, University of Maryland: "Hormonal Replacement Therapy" June 2001

Invited Speaker to University of Maryland Family Medicine Annual Review Course, June 2001: "Urinary Incontinence - the role of the Primary Care Physician"

Grand Rounds, Maryland General Hospital, Baltimore, Maryland: "Prolapse and Paravaginal Repair", Feb 1999

Video Presentation: "Endoscopic Application of the Contact Nd:YAG Laser at Congress on Minimally Invasive Surgery, Boston, USA '91

A Wattiez MD, S Khandwala MD: "Endoscopic Applications of the Contact Nd:YAG Laser", AAGL Annual Meeting '91

A Wattiez MD, S Khandwala MD: "Endoscopic Applications of the Contact Nd:YAG Laser", at International Congress of Gynecological Endoscopy, AAGL 22nd Meeting, Sept '92, Chicago, USA

A Wattiez MD, S Khandwala MD: "Endoscopic Applications of the Contact Nd:YAG Laser", World Congress on Hysteroscopy, Paris, May '91

Presentation: "Lasers - Anesthesiologists' Viewpoint" at French Diploma Course in Anesthesia for Endoscopy, University of Clermont Ferrand, France, Sept '91

ADDITIONAL PROFESSIONAL ACTIVITIES

Set up French/Belgian/American collaboration to advance Women's Pelvic Health

Invited by the French Urogynecology Society to demonstrate innovative surgical techniques and performed surgery there in August 2013

Invited to Belgium to demonstrate innovative surgical techniques and performed surgery there in August 2013.

Invited Faculty at the American Association of Physicians of Indian Origin Meeting in India New Delhi 2009 - in charge of Women's Health Issues

Investigator: TVT-Secur as an office-based procedure- a pilot study- An Investigator initiated study to assess feasibility and success of performing the TVT -Secur procedure in the office setting 2008-2010

Investigator: "Urinary Incontinence Treatment Network"-ValUE study- NIH sponsored multicentric randomized clinical trial to evaluate the value of Urodynamic testing before sling surgery for stress urinary incontinence 2008-2011

Investigator: "Urinary Incontinence Treatment Network"-MIMOSA study- NIH sponsored multicentric randomized clinical trial to compare medication and behavioral therapy versus surgery for mixed urinary incontinence 2008-2010

Investigator: A prospective multi-centre study to evaluate the clinical performance of the Gynecare PROSIMA pelvic floor repair system as a procedure for pelvic organ prolapse 2007-2008

Investigator: TVT-World-wide Observational Registry for Long-term Data Registry 2007 -2010

Investigator: "Urinary Incontinence Treatment Network"-TOMUS study- NIH sponsored multicentric randomized clinical trial to compare TVT vs TVT-O sling for stress urinary incontinence 2006- 2011

Investigator: A Clinical Evaluation of the Gynecare TVT -SECUR System for treatment of Stress Urinary Incontinence 2006 - 2008

Primary Investigator: Multi-centric international single arm study: Tension free vaginal tape transobturator approach for the management of stress incontinence. 2005-2007

Investigator: "Urinary Incontinence Treatment Network" NIH sponsored multi-centric randomized clinical trial to compare Burch v/s fascial sling for stress urinary incontinence.

Investigator: "Urinary Incontinence Treatment Network - Be-Dri" NIH sponsored multi-centric randomized clinical trial on Overactive Bladder, 2004-2007.

Principal Investigator: Matrix study: Oxytrol for Overactive bladder 2004.

Investigator: Role of a specific alpha- adrenergic in stress urinary incontinence. La Roche multicenter study 2002-2003

In Charge of the Contact ND:YAG Laser workshop at European Diploma Course of Operative Endoscopy, University of Clermont Ferrand, France 1991

Faculty ·Member of the French Gynecologic team invited by the Indian Association of Gynecological Endoscopists (IAGE) to conduct a symposium and live telesurgery on Advanced Laparoscopic Surgery, Mar 1992

Faculty at International Congress of Gynecological Endoscopists, 21" AAGK Meeting, Chicago, September 1993

Faculty Member, European Course 111 Operative Endoscopy, University of Clermont Ferrand, France 1992

PROFESSIONAL MEMBERSHIPS

American College of Obstetrics & Gynecology
American Urogynecology Society

LANGUAGES SPOKEN

English, French, Hindi

REFERENCES

Harry W. Johnson Jr. MD, Associate Professor, Division Head Gynecology, Obstetrics & Gynecology, University of Maryland, S Greene St, Baltimore, MD 21201

Alfred E. Bent MD, Chairman, Division of Gynecology, Greater Baltimore Medical Center, Towson, MD 21204

Carl Weiner MD, Professor Obstetrics & Gynecology, University of Maryland, S Greene St, Baltimore, MD 21201

Professor: Maurice-Antoine Bruhat, Chairman and Dean, University of Clermont Ferrand, France, 13 blvd Charles de Gaulle. Clermont Ferrand, France

Hubert Manhes MD, Director Groupe de Recherche pour l'Avanccment de Ia Laparoscopie (GRAL), 03200 Vichy, France.