# **Exhibit 2**

Gregory Bales, M.D.

```
 1                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      AT CHARLESTON
 3     ----------------------------)
                                   )
 4     IN RE:  ETHICON, INC.,      )
       PELVIC REPAIR SYSTEM        ) MDL No. 2327
 5     PRODUCTS LIABILITY          )
       LITIGATION                  ) JOSEPH R. GOODWIN
 6                                 ) U.S. DISTRICT JUDGE
       ----------------------------)
 7                                 )
       THIS DOCUMENT RELATES TO    )
 8     PLAINTIFFS:                 )
                                   )
 9     Joy Essman                  )
       Case No. 2:12-cv-00277      )
10                                 )
       Christine Wiltgen           )
11     Case No. 2:12-cv-01216      )
                                   )
12     Shirley Walker              )
       Case No. 2:12-cv-00873      )
13                                 )
       Julie Wroble                )
14     Case No. 2:12-cv-00883      )
                                   )
15     Nancy Jo Williams           )
       Case No. 2:12-cv-00511      )
16                                 )
       ----------------------------)
17
18
19              The deposition of GREGORY BALES, M.D.
20     taken before Pauline M. Vargo, an Illinois
21     Certified Shorthand Reporter, C.S.R. No. 84-1573,
22     at the law offices of Drinker, Biddle & Reath,
23     191 North Wacker Drive, Suite 3700, Chicago,
24     Illinois, on April 1, 2016, at 8:02 a.m.
```

```
 1   PRESENT ON BEHALF OF THE PLAINTIFFS:

 2        MOTLEY RICE, LLC
          28 Bridgeside Boulevard
 3        Mount Pleasant, South Carolina  29464
          401.457.7700
 4        BY:  MARGARET THOMPSON, ESQ.
               mmthompsonmd@motleyrice.com
 5
          TOR HOERMAN LAW, LLC
 6        101 West Vandalia Street, Suite 350
          Edwardsville, Illinois 62025
 7        888.508.6752
          By:  STEVEN D. DAVIS, ESQ.
 8             sdavis@torhoermanlaw.com
               JACOB W. PLATTENBERGER, ESQ.
 9             jplattenberger@torhoermanlaw.com
10
     PRESENT ON BEHALF OF THE DEFENDANT:
11
          TUCKER ELLIS, LLP
12        950 Main Avenue, Suite 1100
          Cleveland, Ohio  44113
13        216.592.5000
          BY:  MATTHEW P. MORIARTY, ESQ.
14             matthew.moriarty@tuckerellis.com
15
16
17
18
19
20
21
22
     REPORTED BY:
23
          PAULINE M. VARGO, RPR, CRR
24        Illinois CSR No. 84-1573
```

Gregory Bales, M.D.

1    that's just a very sort of nonspecific term related

2    to any aspect of a surgical procedure where there

3    was some question raised.

4         Q.    So the question would be raised as to

5    whether the doctor was at fault with a complication

6    of one kind or another?

7         A.    Yes.  Typically these are all, yeah,

8    single patient/one doctor type cases and

9    situations.

10        Q.    Are all the opinions that you intend to

11   offer contained in the general report that you

12   issued?

13             MR. MORIARTY:  Objection to form.  Go

14        ahead.

15        Q.    Regarding general opinions.

16             MR. MORIARTY:  Objection.  Go ahead.

17        A.    Well, I will answer all the questions to

18   the best of my ability.  If you ask me things

19   outside the context of things I have already

20   written, I will certainly offer those opinions, but

21   I think most of my opinions will be consistent with

22   what has been written down and produced.

23        Q.    Fair enough.  Are your opinions

24   objective?

Gregory Bales, M.D.

1          MR. MORIARTY:  Objection.

2     A.    Yes, I believe my opinions are

3  objective.  They are opinions to my best ability to

4  give an opinion based on my own training and to my

5  best degree of medical certainty, if you will.

6     Q.    And are your opinions unbiased?

7          MR. MORIARTY:  Objection.  Go ahead.

8     A.    I think my opinions are unbiased.

9     Q.    When you prepared -- did you prepare the

10  report yourself?

11     A.    I did.

12     Q.    And how did you decide what to include

13  and what not to include in your report?

14          MR. MORIARTY:  Objection.  Go ahead.

15     A.    Well, as you can guess, you know, there

16  is a voluminous amount of information that can go

17  into a report like this and there is, you know,

18  years and years of documents, scientific papers,

19  research articles, journal articles and abstracts,

20  et cetera.  So, you sort of pick and choose and you

21  try to get a broad array of Level 1 evidence that

22  reflects good science.  That's what I try to

23  include.

24     Q.    Did you receive materials from defense

Gregory Bales, M.D.

1    counsel as you were preparing your general report?

2        A.    Well, there was conversations and

3    e-mails about certain papers and abstracts and

4    journals and such and things I looked up on my own.

5        Q.    Did you do any kind of literature search

6    on your own?

7        A.    Yes.  I do literature searches all the

8    time, and I certainly, you know, do literature

9    searches consistently in my occupation, being an

10   academic at the University of Chicago; and

11   certainly I did some literature search and looked

12   back at some of these manuscripts in the

13   preparation of my report.

14       Q.    Did you search for particular products,

15   for example?

16       A.    Well, in general just we started

17   obviously with sort of pelvic organ prolapse, and

18   I'm familiar with a lot of literature just because

19   I have been reviewing it and I review the Journal

20   of Urology and Urology and Neurourology and

21   Urodynamics.  But again, and I looked at some

22   case-specific things regarding the Prolift and, you

23   know, the Ethicon products.

24       Q.    Did you receive any internal Ethicon

Gregory Bales, M.D.

1   years, so I couldn't go back and quantify the

2   number of cases I've done.  I've done, you know,

3   well into the thousands in terms of pelvic floor

4   procedures between prolapse and slings and

5   sacrocolpopexies.

6              So, I couldn't give you the denominator

7   and I couldn't give you the numerator unless I went

8   back and contacted the individual every patient.

9   So, again, you asked me for a specific number, and

10  I wasn't able to provide that.

11       Q.    What Ethicon prolapse products are you

12  currently using?

13       A.    So, I currently primarily used the TVT,

14  which is a sling product, and the TVT obturator,

15  which again is a sling product but the sling is

16  placed in a slightly different fashion.  It's not

17  retropubic but it goes through the obturator

18  foramen.

19       Q.    So you are currently not using any

20  Ethicon products to treat prolapse?

21       A.    I'm not as far as I know.  I think many

22  of them are off the market.  I'm not sure they are

23  available, but no, I'm not.

24       Q.    Do you use Gynemesh PS in your abdominal

Gregory Bales, M.D.

```
 1   sacrocolpopexies?

 2       A.    I used Gynemesh PS for my

 3   sacrocolpopexies for a long time.  Sometimes I'm at

 4   the whim of the University of Chicago.  They

 5   sometimes they get other products in, so sometimes

 6   it's not up to me.

 7            Currently the product they have for that

 8   application is the AMS product called IntePro, but

 9   again, unfortunately, sometimes the doctors don't

10   have any ability to -- to -- weren't involved in

11   the decision-making.

12       Q.    How many Prolift procedures have you

13   performed over your career, approximately?

14       A.    So, just to clarify, there is total

15   Prolift, there is anterior Prolift and posterior

16   Prolift, so there is sort of three.  You want an

17   estimate based on all those procedures put

18   together?

19       Q.    Why don't you give me all and then break

20   them down as to how many of each.

21       A.    So, I would -- roughly, again it's a

22   rough guesstimate.  This goes back again ten years

23   or so.  Probably several hundred of -- probably

24   several hundred of all of them, and then the
```

Gregory Bales, M.D.

1   breakdown would be probably 50 percent anterior

2   Prolift, probably 45 percent total Prolift and a

3   very smaller -- a much smaller percentage,

4   5 percent or less of the posterior Prolift.

5        Q.    Have you published any peer-reviewed

6   articles regarding using vaginal mesh for prolapse

7   repairs?

8        A.    Yes.

9        Q.    What are those articles?

10            MR. MORIARTY:   Objection.

11       A.    Again, I mean, I think my CV -- do we

12  have my CV here?  I would have to show you.  I

13  don't remember the exact citation.

14       Q.    Did you bring your CV?

15       A.    I don't think I have a copy of my CV.

16            MR. MORIARTY:   We produced it with the

17       report and reliance list.

18  BY MS. THOMPSON:

19       Q.    Okay.  And do you treat mesh

20  complications in your practice?

21       A.    Absolutely.  More complications than I

22  care to.

23       Q.    What are the most common mesh

24  complications that you treat in your practice?

Gregory Bales, M.D.

1    A.    So, there is a variety.  There is

2  complications of exposures or extrusions where the

3  mesh is sort of exposed and through the vaginal

4  wall, and there is some pain complications that

5  patients see which may or may not always be related

6  to the mesh in any fashion necessarily.  But

7  patients come in with again after pelvic organ

8  prolapse surgeries complaining of pain, and

9  obviously the most common, I guess, is a recurrence

10  of the prolapse, where they are coming in, they

11  have already had a procedure and now it's failed

12  and they need additional surgery.

13    Q.    What type of pain complications do you

14  treat related to mesh?

15    A.    Well, as I said, I don't know if you can

16  sometimes discern what's related to mesh and what

17  isn't, but patients come in and they have pain in

18  their pelvic floor, in their vaginal canal area,

19  and we treat it.  We treat it in combination with

20  our physical therapists, and also we have some

21  wonderful pain specialists.  So, we treat all

22  gamuts of pain with or without or whether or

23  whether they have not had any kind of mesh

24  procedure.

Gregory Bales, M.D.

```
1   causing the pain on any individual patient.

2        Q.    I want you to answer my question.

3             Is it your testimony considering the

4   factors, the rate, the severity, the responsiveness

5   to treatment, the permanence, that there is no

6   difference between mesh repairs and native tissue

7   repairs regarding pain?

8                  MR. MORIARTY:  Same objection.  Go

9        ahead.

10       A.    Again, there is -- I mean, it depends on

11  what we are talking about in terms of the pain.

12  It's just such a broad statement.  I think in

13  general, yeah, I think it's probably the same, but

14  I also don't think it is a good question because

15  it's so broad.

16       Q.    Do you hold yourself out as an expert in

17  medical device design, Dr. Bales?

18       A.    You know, it's funny.  Whenever I've

19  taken depositions -- you asked me earlier -- people

20  ask are you an expert.  And so, again, I'm a

21  board-certified urologist, so the default answer is

22  always, well, I'm an expert as a urologist, right?

23  So, if you ask me if I'm an expert in other things

24  and you sort of think, well, I'm not
```

Gregory Bales, M.D.

1   board-certified in other areas, I'm a

2   board-certified urologist, but I'm an expert in

3   things that I do very commonly and things that I'm

4   very experienced in.

5          So, again, medical devices, if the

6   medical device is that I've used and very familiar

7   with and I've held in my hand and I've placed into

8   patients and I have done their surgeries, then yes,

9   I guess I'm considered an expert.

10     Q.    Have you ever designed a medical device?

11     A.    I have not.

12     Q.    Are you a biomaterials expert?

13     A.    Again, sort of the same answer to the

14   previous question.  It depends on what biomaterials

15   I guess we are talking about.  But if we are

16   talking about biomaterials that I'm familiar with,

17   including some of the meshes and things that I've

18   implanted in patients and held in my hand and have

19   done hundreds of times, then I guess I'm certainly

20   very familiar and a lot more knowledgeable than 99

21   percent of people.

22     Q.    Have you ever looked at an explanted

23   mesh device histologically?

24     A.    So, yes, I suspect I have, and I've

Gregory Bales, M.D.

1    certainly seen pictures of the histologic

2    presentations, and yes, I'm sure I have been in our

3    pathology department at least a couple times and

4    looked at some of these things.  But, you know, it

5    will be very difficult for me to describe the

6    histologic appearance.

7         Q.    So you would not consider yourself an

8    expert in pathology?

9         A.    I'm very knowledgeable about pathology,

10   but I'm certainly not an expert and be able to

11   describe the specific pathologic features that a

12   pathologist, a board-certified pathologist would be

13   able to do.

14        Q.    Are you an expert in regulatory affairs?

15        A.    That's such a broad thing, what

16   regulatory affairs are, that again I guess I can't

17   say I'm any kind of expert in regulatory affairs.

18   I'm not sure even what that means.

19        Q.    How about industry standards for

20   warnings?

21             MR. MORIARTY:  Objection, form.

22        A.    So, an expert in industry, you are

23   asking me if I'm an expert in industry standards of

24   warnings.

Gregory Bales, M.D.

1            So, again, I'm not -- I'm not aware of

2    what those standards may be, so I guess I'm not an

3    expert in it.

4        Q.    We are going to go through your report.

5    I'm going to ask you some questions about some of

6    your opinions contained in the report.  If you want

7    to follow along, you are welcome to.

8            On Page 3 --

9        A.    Can I just -- let me make sure I'm just

10   working off the same copy.  You said you gave it

11   that.  Was that Exhibit 2?  Was it Exhibit 2?

12       Q.    Exhibit 2, correct.

13       A.    Can I have it just to make sure?  Go

14   ahead.  Thank you.

15       Q.    At the bottom of Page 3 you start out

16   talking about sacrocolpopexy and then you also talk

17   about uterosacral ligament suspensions and

18   sacrospinous ligament fixations.  Do you perform

19   either of those procedures?

20       A.    Yes.

21       Q.    When was the last time you performed

22   either one and which one?

23       A.    A long time ago, a number of years ago,

24   five years ago.

Gregory Bales, M.D.

1    aware of as I sit here right now.

2         Q.    So I'm curious why you would say

3    unfortunately these procedures have a success rate

4    of only 60 percent at two years when Prolift is no

5    better.  Is that an objective and unbiased

6    statement in your report?

7              MR. MORIARTY:  Objection, form.  Go

8         ahead.

9         A.    So, again, the statement reads that

10   unfortunately, these two procedures had a success

11   rate of 60 percent in two years.  So, that's --

12   again, that's a direct citation from that paper, so

13   I don't know how more unbiased you can be, right?

14   I'm citing this paper and putting in the success

15   rate.  So, I'm only just rehashing what again is in

16   the medical literature.

17        Q.    Does that paper say "unfortunately the

18   success rate of 60 percent"?

19        A.    So you are concerned about the

20   "unfortunately"?

21        Q.    Well, I just didn't notice an opinion in

22   your report that said "Unfortunately, Prolift only

23   has a 60 percent success rate."

24        A.    Prolift isn't perfect either, and again,

Gregory Bales, M.D.

1    that's not the sentence.  But I guess if I had said

2    "The Prolift repairs have a success rate of X," I

3    guess I could have put "unfortunately" in front of

4    that.  It's unfortunate that any surgical procedure

5    is less than 100 percent, so I guess --

6          Q.    But you didn't put that in your report,

7    though, did you?

8          A.    It looks like I didn't.

9          Q.    In the paragraph -- and unfortunately,

10   we don't have time to go through all the

11   literature, but I do want to highlight some of it.

12              So, in your paragraph, your short

13   paragraph about colporrhaphy --

14         A.    Can you tell me where that is?

15         Q.    It is on Page 4.

16         A.    Okay.

17         Q.    You state that high rates of recurrence

18   of 30 percent or more have been reported with

19   colporrhaphy, particularly in the anterior

20   compartment.  What's the recurrence in the

21   posterior compartment in the literature?

22         A.    I think that again, like most of these

23   things that we are going to be discussing, there is

24   going to be various series where the numbers are

Gregory Bales, M.D.

1  going to vary slightly, but it's probably 20 to 30

2  percent, especially if you follow these patients

3  long enough.

4           That's actually, unfortunately, as you

5  know, just not to lecture, but that's actually,

6  unfortunately, one of the problems with our medical

7  literature, is that a lot of these series, the

8  followup is relatively short, so there is not

9  enough papers looking at patients over a long

10  enough period of time where the recurrence rates

11  obviously go up, unfortunately.

12      Q.    So it's your testimony that the failure

13  rate of posterior -- native tissue posterior

14  repairs is 20 to 30 percent?

15      A.    Yes.

16      Q.    Are you aware of any literature where

17  posterior Prolift improves the failure rates in a

18  posterior repair over native tissue?

19      A.    I think -- I think some of the

20  literature that's out there shows it to be

21  equivalent.  Again, I don't think there is a lot of

22  great literature on long-term outcomes with the

23  Prolift, but I don't know if it's better, to answer

24  your question.

Gregory Bales, M.D.

```
 1        Q.    So I want to look at some of the --
 2   before we look at some of the efficacy literature,
 3   let's mark this as the next exhibit.
 4                 (Bales Exhibit 7 was marked for
 5                  identification.)
 6   BY MS. THOMPSON:
 7        Q.    You are certainly aware that some
 8   doctors feel that mesh complications are more
 9   serious than native tissue repair complications,
10   correct?
11                 MR. MORIARTY:  Objection, form.
12        A.    I suspect there is some doctors who feel
13   that way, sure, definitely.
14        Q.    Do you know Linda Cardozo?
15        A.    No.
16        Q.    Do you know her name?
17        A.    I know the name.
18        Q.    I'm going to show you an e-mail from
19   2005.  When was the Prolift marketed, introduced
20   into the market?
21        A.    I think the end of 2005.  I don't
22   remember exactly.  You might know better than me.
23   I want to say it was sometime in 2005, towards the
24   end of 2005.
```

Gregory Bales, M.D.

1   then say but I want to get started using it.  So

2   that's why, again, it is hard for me to interpret

3   this.

4        Q.   Was there any efficacy data when you

5   began using that Prolift device in 2006?

6        A.   There is never -- any new procedure we

7   do, there is never any real good efficacy data on

8   any new procedure.

9        Q.   I want to go over some of the literature

10  on the colporrhaphy and the efficacy, and I'm

11  using -- I'm going to start with the Weber article

12  that you cited in your report; and you are aware,

13  Dr. Bales, that the Weber article from 2001 was

14  re-analyzed with modern definitions of prolapse and

15  success by Chmielewski, correct?

16       A.   Yes.

17       Q.   I'm curious why you cited the 2001 Weber

18  article rather than the 2011.

19       A.   So, I guess if that's a question, again,

20  it's impossible to cite every article that's out

21  there, so I picked certain ones.

22            MS. THOMPSON:  And if you could mark

23       this as Exhibit No. 8.  I just have two copies

24       of this, sorry.

Gregory Bales, M.D.

1                    (Bales Exhibit 8 was marked for

2                       identification.)

3    BY MS. THOMPSON:

4         Q.    Are you familiar with this paper,

5    Dr. Bales?

6         A.    Yes.

7         Q.    And let's just go to the conclusions,

8    and could you read the last paragraph for us.

9         A.    Would you like me to read the entire

10   last paragraph?

11        Q.    Um-hmm?

12        A.    Starting "In conclusion"?

13        Q.    Um-hmm.

14        A.    "In conclusion, this study provides

15   further evidence that success after prolapse

16   surgery depends heavily on the criteria that are

17   used to define treatment success.  In the

18   frequently cited study by Weber, et al., when

19   strict anatomic criteria were used, success was

20   low.  However, when contemporary, clinically

21   relevant criteria for success were used, treatment

22   success was considerably better, with only 11

23   percent of subjects experiencing anatomic

24   recurrence beyond the hymen, 5 percent of subjects

Gregory Bales, M.D.

```
1    experiencing symptomatic recurrence, and no

2    subjects requiring surgery for recurrence or

3    complications at one year.

4             "Given this and the excellent safety

5    profile of traditional vaginal prolapse surgery,

6    we conclude that anterior colporrhaphy that is

7    performed in conjunction with other native tissue

8    repairs is appropriate as a primary treatment of

9    symptomatic anterior vaginal prolapse."

10   Q.    And my question is, why did you cite the

11   Weber paper in 2001 when this paper is more recent

12   and more authoritative?

13             MR. MORIARTY:  Objection, form and

14        asked and answered.  Go ahead.

15   Q.    Well, let me just say, is your -- is

16   your -- the reason that you didn't use this paper

17   is you just can't cite everything?  I think that

18   was your answer before.  Is that it --

19   A.    Yeah --

20   Q.    -- why you chose the old paper?

21   A.    Yeah, I apologize.  I chose -- I tried

22   to choose a appropriate synopsis of a variety of

23   different things.  I'm sure there are other papers

24   that I missed that might be more current or what
```

Gregory Bales, M.D.

1  have you.  But again, there is a lot of literature

2  that's out there.  I had to cite certain things.

3       Q.    And you will certainly agree with me

4  that a 5 percent symptomatic recurrence and no

5  subjects requiring additional surgery is very

6  different from the recurrence of 30 percent or more

7  that you cite in your paper, right?

8       A.    So you are asking if 30 is different

9  than 5, and the answer is yes, 30 is different than

10 5.

11      Q.    And you believe that you reported

12 objectively on the success rates with colporrhaphy?

13      A.    Yes.  I think this paper, actually, this

14 later information actually is somewhat of an

15 anomaly; and I think most -- most papers and again,

16 there is, you know, lots of data and lots of

17 studies that aren't cited here, would suggest that

18 the number is higher than 5 percent.  And again,

19 there is going to be a variety based on the paper.

20      Q.    Okay.  Well, let's go to one of the

21 other papers that you cited and Fed Ex'd.  I

22 thought this one was apparently really important,

23 and I just have two copies of this one, I'm sorry

24 to say.

Gregory Bales, M.D.

1           We will mark that as the next exhibit,

2   9, and you are familiar with this paper because you

3   cite it in your paper, in your report, right?

4           A.    Yeah.  Peter --

5               MR. MORIARTY:  It's so big you can

6           hardly miss it.

7               MS. THOMPSON:  The first paper was

8           that -- I have two of these that are large

9           size.  The first one was from Duke.  I thought

10          they just thought it was from Duke that it was

11          important.

12              THE WITNESS:  These guys work with us.

13          They are part of the University of Chicago

14          now, Peter Sand and Roger Goldberg and Janet

15          Tomezsko.

16              (Bales Exhibit 9 was marked for

17                  identification.)

18  BY MS. THOMPSON:

19      Q.    I actually want to turn your attention

20  to that discussion of this paper --

21      A.    Okay.

22      Q.    -- by Dr. Shull.  Do you know Dr. Shull?

23      A.    I don't.

24      Q.    Have you seen Dr. Shull cited in Ethicon

Gregory Bales, M.D.

1    series of over 300 women" --

2                    MR. MORIARTY:  I'm sorry.  Can you

3          please tell us what you are reading from?

4                    MS. THOMPSON:  Several factors are

5          related to long-term outcome.

6                    MR. MORIARTY:  We need to know where

7          you are reading from.

8                    MS. THOMPSON:  I'm telling you.  In

9          the comments section it says several factors

10         are related to long-term outcome, and I'm

11         reading from number one.

12   BY MS. THOMPSON:

13        Q.    "In our most recent series of greater

14   than 300 women in whom we specifically repaired the

15   transverse portion of the pubocervical fascia,

16   along with other defects, the rate of anterior

17   compartment persistence or recurrence was 7 percent

18   for prolapse halfway to the hymen and 2 percent for

19   prolapse to the hymen.  We used no mesh."

20                    You will agree with me that a success

21   rate of 7 percent halfway to the hymen and 2

22   percent for prolapse to the hymen with a native

23   tissue repair is significantly less than the 30

24   percent that you cited in your expert report,

Gregory Bales, M.D.

1    correct?

2              MR. MORIARTY:  Objection, form.

3       A.    I think 30 percent is a more accurate

4    representation of what the experience is nationwide

5    for sure, as you just read.

6              Dr. Shull is a very accomplished

7    urogynecologist who I don't know personally, but

8    he is citing his own work, and he obviously gets

9    excellent results with his native tissue repair.

10             I'm not sure how long these patients

11   were followed, but he cites 7 percent in his

12   experience, and 7 percent is a lower number than

13   30 percent.

14             MS. THOMPSON:  I've just handed

15        another paper.  Would you mark this as Exhibit

16        No. 9.

17             MR. MORIARTY:  10.

18             (Bales Exhibit 10 was marked for

19               identification.)

20   BY MS. THOMPSON:

21      Q.    Dr. Bales, are you familiar with

22   Exhibit 10, a paper by Funk and Visco?

23      A.    Yes.

24      Q.    And this paper looked at 27,809 anterior

Gregory Bales, M.D.

1  prolapse surgeries.  The 5-year risk of surgery for

2  recurrent prolapse was similar between vaginal mesh

3  and native tissue groups with 10.4 percent

4  recurrent with mesh and 9.3 recurrent with native

5  tissue.  You will agree that those numbers are

6  significantly less than the 30 percent that you

7  cited in your expert report, correct?

8       A.    Yes.

9       Q.    And that there was -- in this paper of

10  27,000-plus patients, there was no difference

11  between mesh and native tissue repairs, correct?

12      A.    Yes, it looks like they are, right,

13  essentially similar.

14            MS. THOMPSON:  And Exhibit No. 11.

15            (Bales Exhibit 11 was marked for

16             identification.)

17  BY MS. THOMPSON:

18      Q.    Are you familiar with this paper by

19  Dr. Oversand?

20      A.    Yes.

21      Q.    And Dr. Oversand had a satisfaction rate

22  of 94 percent of patients with native tissue

23  anterior repairs and a 5-year reoperation rate of

24  2.6 percent in one group and 8.9 percent in the

Gregory Bales, M.D.

1    other group and concluded that POP surgery using

2    native tissue repair entails low reoperation rates

3    with excellent subjective and objective results and

4    should be the primary -- should be the first choice

5    in treating primary POP providing use of adequate

6    surgical technique as was published in 2013.

7              That's certainly different from what you

8    cited in your expert report, correct?

9              MR. MORIARTY:  Objection, form.

10       A.    Again, the numbers are lower in this

11   paper in terms of the recurrence rates, yes.

12             MS. THOMPSON:  And Exhibit No. 12.

13             (Bales Exhibit 12 was marked for

14              identification.)

15   BY MS. THOMPSON:

16       Q.    Are you familiar with this paper,

17   Dr. Bales?

18       A.    Yes.

19       Q.    And this is the three-year followup on

20   Dr. Iglesia's original Prolift study, correct?

21       A.    Yes.  I'm just trying to see if they are

22   all Prolift people, to make sure on the methods.

23             Yes, okay.

24       Q.    And you are aware that this study was

Gregory Bales, M.D.

```
 1   halted prematurely because of 15.6 percent mesh

 2   erosion rate which exceeded their predetermined

 3   limit, correct?

 4        A.    Yes, it is prematurely halted.

 5        Q.    And -- but they continued to follow the

 6   patients for efficacy, correct?

 7              And these authors concluded that there

 8   was no difference in three-year cure rates when

 9   comparing patients undergoing traditional vaginal

10   prolapse surgery without mesh with those undergoing

11   vaginal colpopexy repair with mesh, correct?

12        A.    Right.  You can read their conclusion.

13   They saw no difference.

14        Q.    And this paper wasn't included in your

15   expert report, was it?

16        A.    I don't think so.

17        Q.    And it is still your opinion that

18   colporrhaphy has a recurrence of over 30 percent

19   and that mesh repairs are preferable?

20              MR. MORIARTY:  Objection, form.

21        A.    It's my opinion that, yeah, anterior

22   recurrence rates are as high as 30 percent.

23        Q.    Or you said 30 percent or more, not as

24   high as 30 percent.
```

Gregory Bales, M.D.

1      Q.     And that would be consistent also with

2  the paper we just looked at previously, at the Abed

3  paper, correct?

4               MR. MORIARTY:   Objection.  Are you

5      just talking about the dyspareunia rate?

6               MS. THOMPSON:   Just the dyspareunia.

7      Sorry.

8      A.     Yes.

9      Q.     If we go to the Jacquetin 2013 paper --

10  we will mark this one too, 17.  I think you are

11  familiar with this one because it is cited in your

12  expert report, correct?

13     A.     Correct.

14               (Bales Exhibit 17 was marked for

15                identification.)

16  BY MS. THOMPSON:

17     Q.     And this Jacquetin paper with the

18  followup of the TVM, total transvaginal mesh

19  series, this is the one that your chart was derived

20  from, correct?

21     A.     Yes.

22     Q.     And in this paper, in the results

23  section of the abstract, Dr. Jacquetin reports 16

24  percent with mesh exposure for which 8 resections

Gregory Bales, M.D.

1    needed to be performed, 7 exposures still ongoing

2    at the 5-year endpoint, all asymptomatic, correct?

3    I'm reading that correctly?

4         A.    You are reading that correctly, yes.

5         Q.    And only 33 out of 61, 54 percent,

6    sexually active patients at baseline remained so at

7    5 years in his study, correct?

8         A.    That's correct.

9         Q.    And de novo dyspareunia was reported by

10   10 percent, correct?

11        A.    That's correct.

12        Q.    And you are aware that Jacquetin also

13   published a paper based on the experience titled

14   "Complications of Vaginal Mesh"?

15        A.    Do you have it?  Did you want to go over

16   it?

17        Q.    I need a helper.

18        A.    Maybe this young fella.

19             MS. THOMPSON:  It is just a short

20        paper.  I do have one additional copy, and we

21        will mark that as Exhibit 18.

22                  (Bales Exhibit 18 was marked for

23                   identification.)

24

Gregory Bales, M.D.

1    BY MS. THOMPSON:

2        Q.    Do you need a moment to look at that, or

3    are you familiar with this paper?

4        A.    Yeah, I'm familiar.  I'm skimming it

5    over, but if I need more time I won't answer your

6    question and I will ask for a few more minutes, but

7    you can ask your question.

8        Q.    This paper is based on Jacquetin's

9    experience with removal of 160 explant -- implants,

10   correct?

11       A.    I will need just a second to confirm

12   that number.

13             Yeah, I mean, it seems that he is just

14   discussing more broadly everything about some of

15   his experiences and citing some other work, but

16   then on Page 895 he discusses that the French

17   experience is 160 implants that were removed by his

18   group, yep.

19       Q.    And under the complications he lists

20   infections, correct, on Page 894?

21       A.    Correct.

22       Q.    And he lists exposures and erosions,

23   correct?

24       A.    Yep.

Gregory Bales, M.D.

1    Q.    And he lists retractions, correct?

2    A.    That's correct.  We are reading, yes,

3    those are the three things.

4    Q.    And he describes the average shrinking

5    of 25 to 30 percent in experimental surgery, and it

6    may reach 40 percent of the initial surface of the

7    implant in patients after surgery.

8              MR. MORIARTY:  Is that a question?

9    Q.    And therefore, many surgeons will use

10   large implants to cover defects and anticipate

11   scarring, shrinkage and puckering.  Is that what

12   Dr. Jacquetin describes in this paper?

13             MR. MORIARTY:  Objection, form.

14   Q.    Did I read it correctly?

15   A.    I think that bullet point you read

16   exactly, so that's what he has written here, yeah.

17   Q.    And we will talk about your opinions on

18   shrinkage in a minute, but at least Dr. Jacquetin

19   listed that retraction as a complication of the

20   mesh devices he studied, correct?

21   A.    Sure, and you left out -- right, and he

22   describes on a rat's abdominal wall and then he is

23   guesstimating based -- he says it may reach

24   40 percent on patients.  So, it sounds like at

Gregory Bales, M.D.

1   least on the experimental side it's on the rat's

2   abdominal wall, but you read the rest of the

3   sentence accurately.

4        Q.    So, you think when he says -- sorry.

5   So, you think when he says, therefore, many

6   surgeons will use large implants to cover defects

7   and anticipate scarring, shrinkage and puckering he

8   is talking about rat surgeons?

9             MR. MORIARTY:  Objection, form.

10            MS. THOMPSON:  Well, I'm just asking

11        if that's what he meant, what he said.

12            MR. MORIARTY:  You asked him if you

13        read that exactly, and you didn't.  You

14        skipped the part about the rats, so he was

15        just pointing out what you skipped.

16            MS. THOMPSON:  I don't think I did.

17            MR. MORIARTY:  That's why I objected

18        to form.  You skipped the part about the rats.

19            MS. THOMPSON:  Well, I didn't intend

20        to skip.

21   BY MS. THOMPSON:

22        Q.    You don't think the second sentence is

23   applying to rats, do you, Dr. Bales?

24        A.    Well, the second sentence specifically

Gregory Bales, M.D.

1   says patients; the first sentence definitely says

2   rats.  So, I guess that was the only clarification.

3        Q.    So you think the 40 percent would refer

4   to patients, human patients, right?

5        A.    Well, again, I mean, he is not citing

6   any specific study here.  It sounds like he is

7   surmising it may reach.  I don't --

8        Q.    But he is talking about humans, right?

9        A.    He says in patients, so I would assume

10  that means patients.

11       Q.    And when he says many surgeons will use

12  large implants to cover defect and anticipate

13  scarring, shrinking and puckering, he is talking

14  about human patients also; agree?

15       A.    I suspect, although again, it's a very

16  general statement, and I'm not sure which surgeons

17  he is referring to or anything, how large.  I mean,

18  it's just kind of a very general statement.  I

19  imagine he is referring to surgeons operating on

20  humans.  I don't want to over-infer.

21       Q.    Okay.  I want appreciate that.

22                 (Mr. Jake Plattenberger entered the

23                  deposition proceedings.)

24                 MR. MORIARTY:  Can we help you?

Gregory Bales, M.D.

```
 1              MR. DAVIS:  He is with me.

 2   BY MS. THOMPSON:

 3       Q.    Going back to your report, Dr. Bales, on

 4   page -- the bottom of Page 7, let's go to Page 7,

 5   in the first paragraph, dyspareunia rates were very

 6   acceptable.  What is an acceptable dyspareunia rate

 7   for you following any type of surgery?

 8       A.    Well, obviously, it would be better

 9   certainly for patients not to have dyspareunia, but

10   any -- I guess we all have a different opinion.

11              I'd tell you my opinion would be any

12   type of vaginal surgery we are doing, if we are

13   getting dyspareunia rates under 10 percent, it's

14   probably very acceptable.  But again, that's very

15   sort of general, and again, a lot of patients, as

16   we just cited on some of the previous studies,

17   don't remain sexual active.  A fair majority of the

18   patients aren't sexual active.

19              But to answer your question, I guess

20   anywhere in the low teens to less than 10 percent

21   would be acceptable for a vaginal surgical

22   procedure like this.

23       Q.    And you would agree that there is a

24   likelihood that at least some of those patients who
```

Gregory Bales, M.D.

1              So, there is a scale, of course, but my

2    point was when you are trying to compare and

3    discern whether it's from associated with a

4    hysterectomy or a native tissue repair or a mesh, I

5    think on balance those can be the same.  And that

6    was the question you asked me.  You didn't ask me

7    is dyspareunia from patient to patient exactly the

8    same.

9        Q.    But you answered dyspareunia is

10   dyspareunia.

11       A.    Meaning, again, that -- let me clarify

12   that.  Dyspareunia needs to be taken seriously, and

13   that's my only point, that when dyspareunia occurs,

14   it's something that if a person has pain with

15   intercourse, we need to take that seriously.

16              So, I don't -- I don't say, oh, it's

17   mild or major.  Dyspareunia is a serious problem

18   for a woman, and that's why if you have

19   dyspareunia, it's bad and it's something we will

20   try to correct.  That's the point I was trying to

21   make, and I probably didn't answer it very

22   articulately.

23       Q.    Dyspareunia may not always be bad; some

24   dyspareunia is very easy to treat, correct?

Gregory Bales, M.D.

1      A.    Yes, but it's still bad.  It may be easy

2   to treat, but it doesn't mean it's not bad.

3      Q.    Do women with vaginal atrophy ever have

4   severe, horrific vaginal pain with intercourse?

5           MR. MORIARTY:  Object.

6      A.    Yes.

7      Q.    That cannot be treated easily with local

8   estrogen therapy?

9      A.    That's the first thing we do with those

10  patients with atrophic changes, and very often that

11  can solve the problem, but not always.

12     Q.    Do you treat women with dyspareunia that

13  don't have a urologic source?

14     A.    Yes.

15     Q.    You treat women with atrophic vaginitis

16  when that's the only condition they are presenting

17  with?

18     A.    Yeah.  So, they typically would come see

19  me because maybe they had a kidney stone or they

20  have had a urinary tract infection, and then in

21  taking their history we find out they also have

22  dyspareunia.  We do a vaginal exam, and if they

23  have atrophic vaginitis, of course we treat it.

24           That's part of our history-taking and

Gregory Bales, M.D.

```
 1    thorough physical exam.  There is no urologic cause

 2    for dyspareunia.  I mean, bladder pain and

 3    dyspareunia are slightly distinct, right, so

 4    dyspareunia --

 5         Q.    Or postoperative urologic surgery?

 6         A.    Correct.

 7         Q.    So, your opinion that the quality of

 8    dyspareunia and vaginal pain that occurs after mesh

 9    surgery is no different from that that can occur

10    with other prolapse surgery?

11         A.    Yes.  It may not be any different at

12    all.

13         Q.    And you are ignoring the dozens of

14    articles that would say something differently,

15    correct?

16              MR. MORIARTY:  Objection, form.  Go

17         ahead.  It's argumentative.

18         A.    I'm not sure they say anything a whole

19    lot differently.  There is papers that cite pain

20    and dyspareunia after any type of vaginal surgeries

21    and stuff; and certainly among those, as you stated

22    earlier, are papers now looking at experiences with

23    vaginal mesh procedures.

24         Q.    Can you cite any paper that would
```

Gregory Bales, M.D.

```
 1   support your opinion that the pain associated with

 2   vaginal mesh is no different -- and we are

 3   considering all the factors, not that just that it

 4   occurs.  Can you cite any paper that says that pain

 5   that occurs after mesh procedure is no different

 6   from that occurring with any other native tissue

 7   repairs?

 8        A.    I'm not sure there has been a

 9   comparative study, so I can't say that.

10        Q.    It doesn't even have to be a comparative

11   study.  Has anybody offered an opinion that the

12   mesh pain after mesh surgery is no different when

13   you consider all the factors that we have talked

14   about, the native tissue repairs?

15             MR. MORIARTY:  Objection.  Go ahead.

16        A.    So, if I see a patient who has vaginal

17   pain and fibromyalgias and says she can't get near

18   her husband and she is on the verge of divorce and

19   she is coming to see me because she was told I'm a

20   pelvic floor reconstructive guy and what can I

21   offer her and that woman has never had vaginal mesh

22   surgery, any surgery, and she has horrific

23   dyspareunia that's affecting her marriage, that

24   woman's dyspareunia is no different than a patient
```

Gregory Bales, M.D.

1    who has had mesh and comes in and complains of the

2    exact same pain.

3        Q.    How many postmenopausal women do you see

4    with new onset of dyspareunia due to pelvic floor

5    myalgia?

6        A.    That would be hard for me to quantitate

7    the number.  A fair number.

8        Q.    When was the last time you saw someone,

9    new onset, menopausal, pelvic floor myalgia,

10   horrific dyspareunia, in your practice?

11       A.    Probably Monday.

12       Q.    I would like to see her records.

13            MR. MORIARTY:  Motion to strike.

14       Q.    You cited the Maher Cochrane reviews on

15   pelvic organ prolapse repairs in your paper?

16            MR. MORIARTY:  Are you talking about

17       in his report?

18            MS. THOMPSON:  In his report, sorry,

19       in your report, and the Cochrane 2016 review

20       of pelvic organ prolapse, and we can go ahead

21       and mark this.

22            (Bales Exhibit 21 was marked for

23                identification.)

24

Gregory Bales, M.D.

 1    BY MS. THOMPSON:

 2         Q.    And I'm just giving you the summary of

 3    the review, and let's look at the key results.

 4    The Cochrane review 2016 states that overall the

 5    quality of the evidence ranged from very low to

 6    moderate.  The main limitations were poor reporting

 7    of study methods, inconsistency and imprecision,

 8    correct?

 9              MR. MORIARTY:  I'm sorry.  I hate to

10         stop you.  Could you tell me exactly where you

11         are reading?  Obviously you are on the last

12         page.

13              MS. THOMPSON:  The very last sentence

14         of the last page.

15              MR. MORIARTY:  Oh, you are under main

16         results.  I thought you said under key

17         results.

18              MS. THOMPSON:  That what I was reading

19         was just quality of the evidence on the last

20         page.

21    BY MS. THOMPSON:

22         Q.    Did I read that correctly, Dr. Bales?

23         A.    Yeah, I'm sorry.  I was on Page 2.  I

24    was reading under main results.

Gregory Bales, M.D.

1        Q.     Under quality of the evidence on Page 3,

2    "Overall the quality of evidence ranged from very

3    low to moderate.  The main limitations were poor

4    reporting of study methods, inconsistency and

5    imprecision."  Did I read that correctly?

6                    MR. MORIARTY:  I object.  I don't know

7           where you are, what you are reading.  I don't

8           see a section called quality --

9                    MS. THOMPSON:  Plain language summary

10          on the very last page.

11                   MR. MORIARTY:  Okay.  So you are on

12          the fourth page of this document under now

13          "Quality of Evidence" at the very end?

14                   MS. THOMPSON:  That's where I have

15          been the whole time.

16   BY MS. THOMPSON:

17       Q.     "Overall, the quality of the evidence

18   ranged from very low to moderate.  The main

19   limitations were poor reporting of study methods,

20   inconsistency and imprecision."

21                   Did I read that correctly?

22       A.     Yes.

23       Q.     And did the authors conclude -- I'm back

24   on the previous page on author's conclusions.

Gregory Bales, M.D.

```
 1                    "The authors conclude that the

 2      risk/benefit profile means that transvaginal mesh

 3      has limited utility in primary surgery.  While it

 4      is possible that in women with higher risk of

 5      recurrence the benefits may outweigh the risk,

 6      there is currently no evidence to support this

 7      position."

 8                    Did I read that correctly?

 9           A.    You read it perfectly.

10           Q.    And in the last paragraph, "In 2011,

11      many transvaginal permanent meshes were voluntarily

12      withdrawn from the market and the newer lightweight

13      transvaginal permanent meshes still available had

14      not been evaluated within an RCT.  In the meantime,

15      these newer transvaginal meshes should be utilized

16      under the discretion of the ethics committee."

17                    Did I read that correctly?

18           A.    Yes.  You read it fine.

19           Q.    In 2016 the authors of the Cochrane

20      study, with Prolift having been on the market for

21      11 years and Gynemesh on the market for 16 years,

22      are stating that these meshes should only be

23      utilized under the discretion of an ethics

24      committee, correct?
```

Gregory Bales, M.D.

```
 1              MR. MORIARTY:  Objection.

 2       Q.    Is that not what the authors concluded?

 3       A.    The authors' conclusion says as you read

 4  them.  They state new or transvaginal meshes should

 5  be utilized under the discretion of the ethics

 6  committee.  That's what's written here.  And it's

 7  14 years with the Gynemesh, 2002 to 2016, 14 years.

 8       Q.    What did I say?

 9       A.    16.

10       Q.    I stand corrected.

11              MR. MORIARTY:  And you said like 11 to

12       12 for Prolift.

13              MS. THOMPSON:  Well, it was introduced

14       in 2005, so that would be 11.

15              MR. MORIARTY:  And taken off the

16       market in 2012.

17              MS. THOMPSON:  I intended to say 11

18       years after it was introduced to the market.

19       If I said 11 years of use, I am mistaken.

20       There are certainly women who have had it for

21       11 years.

22              We will mark this next as 22.

23              (Bales Exhibit 22 was marked for

24              identification.)
```

Gregory Bales, M.D.

```
 1    outcomes" --

 2         A.    Yes.

 3         Q.    -- "from these systematic reviews are

 4    not as reassuring for the safety and efficacy of

 5    transvaginal mesh as data presented from initial

 6    case reports published by authors with a financial

 7    COI..."

 8              That means conflict of interest, right?

 9              MR. MORIARTY:  Objection, form.

10         A.    That's what conflict of interest --

11         Q.    Does "COI" mean conflict of interest in

12    this context?

13         A.    Yes.

14         Q.    "...with the product being evaluated."

15              Did I read that correctly?

16         A.    Yes.

17         Q.    And then it discusses the FDA 2011

18    transvaginal mesh alert.  You are familiar with

19    that document, correct?

20         A.    Correct.

21         Q.    And it says, "Unfortunately," reading

22    that paragraph that starts, "Unfortunately, much of

23    the current data on POP surgery presented in our

24    systematic reviews fails to allay concerns outlined
```

Gregory Bales, M.D.

1  in the September 2011 FDA transvaginal

2  polypropylene mesh report that found the safety of

3  transvaginal meshes has not been established;

4  depending on the compartment, the efficacy of

5  transvaginal meshes has not been established to be

6  more effective than traditional repairs; vaginal

7  mesh from POP repair should be reclassified from

8  class II to class III to ensure premarket analysis

9  includes a non-mesh control arm; currently marketed

10  vaginal mesh products should undergo premarket

11  evaluation to better explain" --

12       A.    Postmarket.

13       Q.    Sorry.  Thank you.

14             -- "postmarket evaluation to better

15  explain the risk/benefit of mesh versus POP repair

16  without mesh; and safety and efficacy of mesh at

17  sacral colpopexy had been established."

18             Do you disagree with these conclusions

19  made by Maher, the author of the Cochrane reviews

20  on prolapse mesh use?

21       A.    Which specific ones?  The entire --

22       Q.    The ones I just read from this paper.

23             MR. MORIARTY:  Objection, form.  Go

24       ahead.

Gregory Bales, M.D.

```
1        A.     Yeah, I have some disagreements on some
2   of them.  I mean, basically, if you want, we can go
3   over them one by one.  There is five bullet points.
4               The safety of transvaginal meshes has
5   not been established.  Well, there has been a
6   wealth of studies on transvaginal meshes.  We have
7   been talking about them in a number of the studies.
8   So, I think the safety has been established, and we
9   could argue about, you know, each of the papers,
10  but there is a lot of data out there, so --
11       Q.     So, you disagree, that the safety has
12  been established.  You disagree with the authors of
13  this paper and the Cochrane reviews, correct?
14       A.     That's a different question.  I thought
15  we were talking about this right now.
16       Q.     Well, I'm just saying since that's their
17  opinion in this paper, you would disagree with the
18  authors on that point, correct?
19            MR. MORIARTY:  Objection, asked and
20       answered.
21       A.     Yes.  I thought we would go point by
22  point.
23       Q.     And so you would disagree with the FDA
24  as well on that point, correct?
```

Gregory Bales, M.D.

1      A.    No.  I think -- well, the FDA report was

2    from 2011, and I think the FDA report in 2011 just

3    acknowledged that it was still early; and as you

4    know, with that FDA report, it's cited that there

5    is a variety of different complications that we

6    need to be aware of.  And to specifically this says

7    the safety has not been established, I mean, yes, I

8    would disagree.  If you have a lot of patients and

9    a lot of experience on safety, then to some degree

10   I would disagree; I think it has been established.

11   I think you have studies out there.

12        Q.    And do you disagree that depending --

13   the second bullet.

14        A.    Well, let's go through it.  "Depending

15   on the compartment the efficacy of transvaginal

16   meshes has not been established to be more

17   effective than traditional repairs."  I think there

18   is still, you know, better studies that need to

19   occur, but for sure there is conflicting results on

20   the effectiveness and whether transvaginal meshes

21   are better.  I would be fine with that, so, and as

22   it says, depending on the compartment there is a

23   lot of factors that, you know, like what specific,

24   whether you are doing rectocele, cystoceles, what

Gregory Bales, M.D.

1    have you.

2         Vaginal mesh repairs --

3    Q.    Another point.  But you will agree with

4    me, there is no studies that establish superiority

5    of vaginal mesh for effectiveness in the posterior

6    or apical compartments?

7         MR. MORIARTY:  Objection.  Go ahead.

8    A.    Yeah, there is not a lot of good head-to

9    head studies that suggest it's superior.

10   Q.    Are there any?

11   A.    There are studies that suggest it's

12   equivalent.

13   Q.    Not superior?

14   A.    Not superior.  "Vaginal mesh for pelvic

15   organ prolapse repair should be reclassified."

16   Again, I don't -- you know, that's sort of not my

17   area of knowledge base in terms of what goes into

18   the classification scheme, if you will, so I don't

19   have a good opinion on that.

20        "Currently marketed vaginal mesh

21   products should undergo a postmarket evaluation,"

22   that's okay, I mean, but I don't have a strong

23   opinion of that one way or the other.

24        And the last bullet point, "Safety and

Gregory Bales, M.D.

1   efficacy of mesh at sacral colpopexy had been

2   established."  As we stated, I mean, again, there

3   is a lot of data on sacral colpopexy, so I would

4   agree that has been established, but as I said, I

5   also would agree that the first point, there is at

6   least data now that has established to some degree

7   the safety and efficacy.

8           So, I hope that was clear.  I just

9   wanted to make sure you understood sort of --

10      Q.    Were there any studies when Prolift was

11  introduced in 2005 establishing safety and efficacy

12  of the device?

13      A.    Well, it was a new device, so I'm not

14  aware that again it was being trialed and such,

15  so...

16      Q.    So the answer would be no?

17      A.    So, no.

18      Q.    And finally, are you familiar with this

19  paper?

20          MS. THOMPSON:  And we will mark that

21      as Exhibit 23.

22          (Exhibit 23 was marked for

23          identification.)

24

Gregory Bales, M.D.

1    BY MS. THOMPSON:

2        Q.    Are you familiar with this paper titled

3    "Vaginal Mesh Contraction, Definition, Clinical

4    Presentation and Management"?

5        A.    Yes.

6        Q.    And one of the two authors of this paper

7    is also the author of the Cochrane reviews that you

8    cited in your paper as well?

9        A.    Maher.

10       Q.    Maher.  Is it your opinion that vaginal

11   mesh contraction is not unique to vaginal mesh

12   devices?

13       A.    It is not -- say that again.

14       Q.    You've given the opinion that the only

15   complication unique to vaginal mesh devices is

16   exposure and erosion, and I'm asking you is vaginal

17   mesh contraction not unique to vaginal mesh

18   devices?

19       A.    I guess anything having to do with the

20   mesh itself is unique to the mesh.  We could argue

21   about the extent of contracture, if you will.  But

22   if the mesh changes at all, it's only going to

23   change if the mesh is present.  So, again, I'm not

24   sure that's a complication, but it's a behavior of

Gregory Bales, M.D.

1    the mesh.   Maybe that's more accurate.

2         Q.    Vaginal mesh contraction characterized

3    by severe vaginal pain, aggravated by movement,

4    dyspareunia in all sexually active women and focal

5    tenderness over contracted portions of the mesh on

6    vaginal examination, commonly involving the lateral

7    fixation arms, you have a question about whether

8    that's a complication or not?

9         A.    I don't have a question.   If the pain

10   exists, I have a question how much is specifically

11   due to contracture, which is what you were just

12   talking about.

13        Q.    Well, these authors are reporting

14   vaginal mesh contraction.   Do you question their

15   report?

16        A.    I mean, their report is their report.

17        Q.    And it certainly wasn't included in your

18   expert report, was it?

19        A.    It was not.

20        Q.    Vaginal mesh contraction characterized

21   by severe vaginal pain, dyspareunia in all women

22   and focal tenderness over contraction.   In fact,

23   you say it's not even established that mesh

24   contracts to any clinical significant degree;

Gregory Bales, M.D.

1    correct?

2         A.    That's what I said.

3         Q.    You certainly consider vaginal mesh

4    contraction a significant clinical condition,

5    correct?

6                MR. MORIARTY:  Objection.  Go ahead.

7         A.    I guess that we can argue about how much

8    and how relevant contracture, how much it occurs,

9    how well it's measured, and if that truly is

10   clinically significant.  Certainly these authors

11   feel that they felt some of the pain that they are

12   seeing is related to contracture.

13        Q.    And you are aware that there are dozens,

14   literally, of articles describing mesh contracture

15   and the clinical symptoms, primarily pain,

16   associated with it, correct?

17        A.    I'm aware that both those things exist,

18   and I'm certainly aware that mesh contractures

19   occur, just like mesh contractures occur in

20   inguinal hernias and ventral hernia and whatever,

21   yes.

22        Q.    Okay.  We are talking about vaginal mesh

23   contractions, right?

24        A.    Yes, and I'm aware that they contract a

Gregory Bales, M.D.

```
1   little bit.

2        Q.    A little bit?

3        A.    Well, I don't think it's certain.  It's

4   very unclear how much they contract.  It hasn't

5   been -- it's not well-studied, in percentages and

6   things like that.  But yes, that we can say it's

7   safe to say vaginal meshes can contract.  I will

8   certainly agree to that.

9        Q.    Okay.  Well, you state in your report,

10  and I'm just questioning whether this is objective

11  and unbiased, that there is no medical literature

12  conclusively establishing that mesh contracts with

13  vaginal use to clinically significant degrees.

14           So, Maher's paper is not conclusive to

15  you that it occurs?

16              MR. MORIARTY:  Objection, form.  Go

17      ahead.

18       A.    Again, there is two different points you

19  are saying there.  We are saying that --

20       Q.    I first read your statement and then I

21  want to --

22              MR. MORIARTY:  Don't cut him off.  He

23      needs to answer your question.

24              MS. THOMPSON:  I apologize.
```

Gregory Bales, M.D.

1              MR. MORIARTY:  If you don't like the

2       answer, you can follow up.

3              MS. THOMPSON:  I'm just trying to get

4       through because I have three hours to cover

5       about 12 products.

6              THE WITNESS:  It contracts.

7              MR. MORIARTY:  Three, I believe.

8              MS. THOMPSON:  Anterior, posterior,

9       total, six, seven, eight.

10             MR. MORIARTY:  Prolift, Gynemesh PS.

11             MS. THOMPSON:  Prolift, anterior,

12      posterior, total, which he said was three

13      different products, Plus M.  Well, okay.

14      That's three products that would give me seven

15      hours.  Okay.  Go ahead.

16      A.    That meshes, and we are talking about

17 vaginal meshes, contract, to the extent of their

18 clinical relevance, I guess I'm not -- I'm not --

19 I'm not convinced that we have a good understanding

20 of the clinical relevance.

21      Q.    So in the literally dozens of papers

22 that talk about contraction, retraction, shrinkage,

23 you are not convinced that that's a clinically

24 significant condition?

Gregory Bales, M.D.

1      A.    I'm not convinced that in all those

2  patients it's simply -- it's as simple as saying a

3  little contraction occurred, and that's what's

4  causing all the pain.  I think that it's not very

5  well defined.  That's my opinion.

6      Q.    Okay.  The one paper you did out of the

7  literally dozens of papers that discussed this,

8  including the FDA, as a clinically significant

9  condition that is unique to mesh, the one paper you

10  selected to include in your expert report is Dietz.

11  My question is --

12      A.    So you are happy with this one, that I

13  included this one?

14      Q.    Oh, let's talk about this one.

15      A.    Okay.  Please.

16      Q.    Did you find this paper on your own or

17  were --

18              MR. MORIARTY:  Is this marked?

19              MS. THOMPSON:  Let's mark that as the

20      exhibit next.

21              (Bales Exhibit 24 was marked for

22              identification.)

23  BY MS. THOMPSON:

24      Q.    My question, first of all, is this a

Gregory Bales, M.D.

1  paper you found on your own literature search, or

2  was this something that was furnished to you by

3  defense counsel?

4       A.    I don't recall.  I think I found it on

5  my own.

6       Q.    And this is the one you chose out of

7  dozens, if not hundreds, of articles that discuss

8  mesh shrinkage, contraction, retraction and the

9  clinical significance, correct?

10            MR. MORIARTY:  Objection, form.

11      A.    This is one that's cited in my Herrera

12  report.

13      Q.    Let's look at this report from 2011.

14  You are aware that Dr. Dietz is a consultant for

15  mesh manufacturers, correct?

16      A.    Yes.  Well, I'm just reading it.

17  Actually, I didn't remember that, but I'm reading

18  underneath on the first page here.  It says he has

19  acted as a consultant for various vendors, so yes,

20  I guess he is.

21      Q.    And Dr. Dietz used translabial

22  ultrasound in this study, correct?

23      A.    Correct.

24      Q.    Wouldn't that transvaginal ultrasound be

Gregory Bales, M.D.

```
1        A.    Oh, I think we are learning more and

2   more.  I don't know exactly what the timeframe was

3   on this, but for sure it's newer, right, that we

4   are putting these materials into the vagina, so I

5   think we have an evolving knowledge.  I guess that

6   would be more correct to say.

7        Q.    When the Prolift was on the market,

8   Gynemesh and Prolift for transvaginal use, was

9   there poor knowledge of the vaginal in vivo

10  response to the materials?

11       A.    I think there was limited knowledge.

12       Q.    So you take exception with the word

13  "poor" but agree that it was limited?

14       A.    I would use the term, yeah, "limited."

15  I wouldn't be comfortable saying "poor."  It is

16  limited.

17       Q.    Do you agree that the vagina has an

18  important vascularity and endogenous microflora

19  that may have an impact on host tissue response and

20  biomechanical properties of grafts used in pelvic

21  reconstructive?

22       A.    Yeah, I agree with that 100 percent.

23       Q.    Going to the next page, "What do we

24  observe with mesh repair in our field?"  And the
```

Gregory Bales, M.D.

1    statement is "Mesh shrinkage may be associated

2    with," bullet points, "stiffness/tenderness at

3    vaginal examination."  Would you agree with that?

4                    MR. MORIARTY:  Objection, form.  Go

5        ahead.

6        Q.    Would you agree with mesh shrinkage may

7    be associated with stiffness and tenderness at

8    vaginal examination?

9                    MR. MORIARTY:  Same objection.

10       A.    I guess I would agree.  May be

11   associated, I guess I could agree with that

12   statement.

13       Q.    Would you agree that mesh shrinkage may

14   be associated with discomfort, pain during

15   intercourse?

16                   MR. MORIARTY:  Same objection.

17       A.    I guess I would just underscore again

18   that I don't know how easy it is to determine

19   whether mesh shrinkage is what's causing discomfort

20   and pain after intercourse, so that's why.  So, I

21   guess may, may be associated, sure.  I guess I

22   could on balance say that's okay.

23       Q.    And you certainly agree that there are

24   many papers where the authors are able to make the

Gregory Bales, M.D.

1    connection between the shrinkage, retraction,

2    contraction and pain; you just are not able to,

3    correct?

4                    MR. MORIARTY:  Objection, form.  Go

5         ahead.

6         A.    Yes, I'm not able to.

7         Q.    Do you agree with the statement mesh

8    shrinkage may be associated with pelvic pain?

9                    MR. MORIARTY:  Same objection.

10        A.    I think it was the same thing we said

11   before.  There is -- when patients have pain,

12   specifically the mesh being possibly shrinking or

13   is shrinking, is that the cause of the pain, I

14   guess it can be hard to say.  So, that's my only

15   concerning about making that blanket statement.

16        Q.    Do you agree or disagree with the

17   statement mesh shrinkage may be associated with

18   urinary or defecatory dysfunctions?

19                   MR. MORIARTY:  Same objection.

20        A.    I -- yeah, I guess I'm not sure if the

21   mesh -- yeah, I guess I'm not prepared to say mesh

22   shrinkage causes urinary or defecatory dysfunction,

23   so no.

24        Q.    Do you disagree or agree with the

Gregory Bales, M.D.

1  statement mesh shrinkage may be associated with

2  prolapse recurrence?

3             MR. MORIARTY:  Form objection.  Go

4      ahead.

5      A.    I would say that mesh shrinkage or mesh

6  loosening, so yes, I would agree with that, could

7  be associated with prolapse recurrence.  I would

8  say yes to that statement.

9      Q.    And these authors cite three papers to

10 support the statements that they make on this page

11 of this presentation, correct?

12     A.    I guess.  I mean, it looks like these

13 are slides, right?  I mean, again, it seems to me

14 that maybe this was IUGA, right.  It was at a

15 meeting and these are just copies of slides, I

16 think, so these obviously are the papers they cite.

17 I would have to go back through those papers are,

18 but sure, it looks like they are giving those

19 citations.

20     Q.    Yeah, and my question was just the

21 authors cite three papers.

22     A.    Citations are definitely there.

23     Q.    And I'm using the word "presentation" on

24 when we are talking about this document, if that's

Gregory Bales, M.D.

```
 1                    MS. THOMPSON:  No, we don't.

 2                    (At 12:36 p.m. the deposition was

 3                     concluded.)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1           CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2              I, PAULINE M. VARGO, a Certified
Shorthand Reporter of the State of Illinois,
3    C.S.R. No. 84-1573, do hereby certify:

4              That previous to the commencement of the
examination of the witness, the witness was duly
5    sworn to testify the whole truth concerning the
matters herein;

6
               That the foregoing deposition transcript
7    was reported stenographically by me and thereafter
reduced to typewriting under my personal direction;

8
               That the reading and signing of said
9    deposition was reserved by counsel for the
respective parties and the witness;

10
               That the foregoing constitutes a true
11   record of the testimony given by said witness
before this reporter;

12
               That I am not a relative, employee,
13   attorney or counsel, nor a relative or employee of
such attorney or counsel for any of the parties
14   hereto, nor interested directly or indirectly in
the outcome of this action.

15
               CERTIFIED TO THIS 6th DAY OF APRIL,
16   A.D., 2016.

17
                    _Pauline M. Vargo_____
18                  Pauline M. Vargo, RPR, CRR
                    Illinois Certified Shorthand
19                  Reporter No. 84-1573

20

21

22

23

24