# EXHIBIT 1

# Joseph Carbone

## Reliance List
## *in Addition to Materials Referenced in Report*

## MDL Wave 1

Medical Literature

| |
|---|
| Abdelmonem, A. – Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy  (2010) |
| Abdelwahab 2010 - Tension-free vaginal tape versus secure tension-free vaginal tape in treatment of female stress urinary incontinence. Curr Urol 2010; 4:93-98. |
| Abduljabbar 2012 - Comparison of the classic TVT and TVT-Secur. Prime Journal, Vol 2(9), 344-347, Octiober 31st, 2012. |
| Abed, H., et al. – Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review (2011) |
| Alperin, M., et al. – Perioperative outcomes of the Prolift pelvic floor repair systems following introduction to a urogynecology teaching service  (2008) |
| Altman, D., et al. – Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse  (May 12, 2011) |
| Altman, D., et al. – Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair  (2007) |
| Altman, D., et al. – Sexual Dysfunction After Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse (January 2009) |
| Altman, D., et al. – Short-term outcome after transvaginal mesh repair of pelvic organ prolapse  (2007) |
| Amid, P. – Classification of biomaterials and their related complications in abdominal wall hernia surgery  (1997) |
| Anderson, K., et al. – Surgical Management of ICS/IUGA Class 1-4 Transvaginal Mesh (TVM) Prolapse Kit Complications: 8-year Review of 82 Patients from a Single Center (5/19/2015) |
| Balchandra, P., et al. – Perioperative outcomes and prospective patient reported outcome measures for transvaginal mesh surgery  (2/9/2015) |
| Barber 2012 - Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence. Obstetrics & Gynecology, Vol. 119, No. 2, Part 1, February 2012. |
| Barber, M., et al. – Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse The OPTIMAL Randomized Trial  (2014) |
| Bartley, J., et al. – Secondary surgery after vaginal prolapse repair with mesh is more common for stress incontinence and voiding dysfunction than for mesh problems or prolapse recurrence  (2015) |
| Benbouzid, S., et al. – Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and complications after a 4.5 years follow up  (2012) |
| Benson, J., et al. – Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation  (1996) |
| Bernard, D., et al. – Pelvic Organ Prolapse Treatment by the Vaginal Route using a Vypro Composite Mesh: Preliminary Results about 106 Cases |
| Bernasconi 2012 - TVT SECUR System: Final results of a prospective, observational, multicentric study. Int Urogynecol J (2012) 23:93-98. |
| Berrocal, J., et al. – Conceptual advances in the surgical management of genital prolapse  (November 2004) |
| Bianchi-Ferraro 2012 - Single-incision sling compared with transobturator sling for treating stress urinary incontinence - a randomized controlled trial (TVT-O, TVT-S). Int Urogynecol J (2012) |
| Bianchi-Ferraro 2014 - Randomized controlled trial comparing TVT-O and TVT-S for the treatment of stress urinary incontinence. 2-year results. Int Urogynecol J (2014) 25: 1343-1348. |

Medical Literature

| |
|---|
| Brubaker, B., et al. – Factorial comparison of 2 Transvaginal Surgical Approaches and of Perioperative Behavioral Therapy for Women with Apical Vaginal Prolapse The OPTIMAL Randomized Trial (Supplementary Online Content)  (2014) |
| Caquant, C., et al. – Prolift Mesh (Gynecare) for Pelvic Organ Prolapse Surgical Treatment using the TVM Group Technique: A Retrospective Study of 687 Patients |
| Caquant, F., et al. – Safety of Trans Vaginal Mesh procedure: Retrospective study of 684 patients  (2008) |
| Coady D. Chronic sexual pain. A layered guide to evaluation. Contemporary Ob/Gyn, September 2015, pp. 18-28. |
| Da Silveira, S., et al. – Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment  (September 2014) |
| Damoiseaux, A., et al. – Long-term Follow-up (7 years) of a randomized controlled trial: trocar-guided mesh compared with conventional vaginal repair in recurrent pelvic organ prolapse  (40th Annual Meeting, June 9-13, 2015) |
| Dandolu, V., et al. – Mesh Complications in US after Transvaginal Mesh Repair Versus Abdominal or Laparoscopic Sacrocolpopexy |
| De Landsheere, L., et al. – Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up  (2012) |
| Dietz, V., et al. – Pelvic organ prolapse and sexual function  (2013) |
| Diwadkar, G., et al. – Complication and Reoperation Rates After Apical Vaginal Prolapse Surgical Repair (February 2009) |
| Elmer, C., et al. – Risk Factors for Mesh Complications after Trocar Guided Transvaginal Mesh Kit Repair of Anterior Vaginal Wall Prolapse  (2012) |
| Fatton, B., et al. – Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift technique) – a case series multicentric study  (2006) |
| Feiner, M., et al. – The Cochrane Collaboration – Surgical management of pelvis organ prolapse in women (Review)  (2013) |
| Fialkow, M., et al. – Incidence of recurrent pelvic organ prolapse 10 years following primary surgical management: a retrospective cohort study  (November 2007) |
| Firoozi, F., et al. – Short and Intermediate-Term Complications of the Prolift Transvaginal Mesh Procedure (2009) |
| Francis, W., et al.  – Dyspareunia Following Vaginal Operations  (February 1961) |
| Gagnon 2010 – Better short-term outcomes with the U-method compared with the Hammack technique for the implantation of the TVT-Secur under local anesthesia |
| Glatt, A., et al. – The Prevalence of Dyspareunia  (March 1990) |
| Gorlero 2008 - A new technique for surgical treatment of stress urinary incontinence: the TVT –Secur. Minerva Ginecol 2008; 60:459-68 |
| Gupta, P., et al. – The Impact of Comorbid Chronic Pain Syndromes on Sexual Activity and Dyspareunia after Pelvic Organ Prolapse Repair  (5/16/2015) |
| Halaska, M., et al. – A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse  (October 2012) |
| Han 2012 - Efficacy of TVT-SECUR and factors affecting cure of female stress urinary incontinence: 3-year follow-up. Int Urogynecol J (2012) 23:1721-1726. |
| Heinonen, P., et al. – Long-Term Outcome after Transvaginal Mesh Repair of Pelvic Organ Prolapse |
| Higgs, M., et al. – Vaginal repair with mesh versus colporrhaphy for prolapse: a randomized controlled trial (2009) |

Medical Literature

| |
|---|
| Hinoul 2011 - A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence. The Journal of Urology, Vol. 18, 1356-1362, April 2011. |
| Jacquetin, B. et al. – Complications of vaginal mesh: our experience  (2009) |
| Jacquetin, B., et al. – Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 5-year prospective follow-up study  (2013) |
| Kahn, M., et al. – Posterior colporrhaphy: its effects on bowel and sexual function  (January 1997) |
| Karram 2007 - An Evaluation Of The Gynecare TVT Secur System (Tension-Free Support For Incontinence) For The Treatment Of Stress Urinary Incontinence. Int Urogynecol J (2007) 18 Suppl 1)S1-S24. |
| Karram, M., et al. – Surgery for posterior vaginal wall prolapse (2013) |
| Khandwala 2010 - Experience with TVT-SECUR sling for stress urinary incontinence: a 141-case analysis. Int Urogynecol J (2010) 21:767-772. |
| Khandwala 2012 - TVT-Secur in Office Sling Procedure Under Local Anesthesia: A Prospective 2-Year Analysis. Female Pelvic Medicine & Reconstructive Surgery, Volume 18, Number 4, July/August 2012. |
| King A. Is there an association between polypropylene midurethral slings and malignancy. Urology 84: 789-792, 2014 |
| Komesu, Y., et al. – Posterior repair and sexual function  (July 2007) |
| Kozal, S., et al. – Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems (2014) |
| Landsheere, L., et al. – Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up  (2012) |
| Lane, F. – Repair of Posthysterectomy Vaginal-Vault Prolapse (August 9, 1961) |
| Lee 2010 - A Prospective Multicenter Randomized Comparative Study Between the U- and H-type Methods of the TVT-SECUR Procedure for the Treatment of Female Stress Urinary Incontinence: 1-Year Follow-Up. European Urology 57 (2010) 973-979. |
| Lee 2015 - Tension-Free Vaginal Tape-SECUR Procedure for the Treatment of Female Stress Urinary Incontinence: 3-Year Follow-Up Results. LUTS (2015) 7, 9-16 |
| Linder BJ, et al. Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J (2016) |
| Long, C., et al.  Three-year outcome of transvaginal mesh repair for the treatment of pelvic organ prolapse (2011) |
| Lowman, J., et al. – Does the Prolift system cause dyspareunia?  (December 2008) |
| Lucente, V., et al. – Pelvic Organ Prolapse |
| Luck, A., et al. – Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive posterior vaginal surgery  (2005) |
| Luo 2013 - Different sling procedures for stress urinary incontinence: A lesson from 453 patients. Kaohsiung Journal of Medical Sciences (2014) 30, 139-145. |
| Lykke, R., et al. – The indication for hysterectomy as a risk factor for subsequent pelvic organ prolapse repair (6/7/2015) |
| Maher C, et al. (full 141pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |
| Maher C, et al. (Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |
| Mattimore, J., et al. – The History of Pelvic Organ Prolapse from Antiquity to Present Day (5/17/2015) |

Medical Literature

| |
|---|
| Migliari, R., et al. – Tension-Free Vaginal Mesh Repair for Anterior Vaginal Wall Prolapse (2000) |
| Miller, D., et al. – Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse – 5-Year Results  (2011) |
| Moalli, Nager. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J (2014) |
| Molden, Lucente 2008 - New Minimally Invasive Slings: TVT Secur. Current Urology Reports 2008, 9:358-361. |
| Neuman 2007 - TVT-SECUR: 100 teaching operations with a novel anti-incontinence procedure. Pelviperineology 2007; 26:121-123. |
| Neuman 2011 - Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence. Early postoperative pain and 3-year follow-up. Journal of Minimally Invasive Gynecology, Vol. 18, No. 6, November/December 2011. |
| Nicita, G. – A New Operation for Genitourinary Prolapse  (4/17/1998) |
| Nygaard, I., et al. – Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse  (2013) |
| Nygaard, I., et al. – Prevalence of Symptomatic Pelvic Floor Disorders in US Women (2008) |
| Pandit, L., et al. – Postmenopausal Vaginal Atrophy and Atrophic Vaginitis  (October 1997) |
| Pardo 2010 - Effectiveness of TVT-Secur compared with Miniarc for stress urinary incontinence. A randomized controlled trial with mini-sling. Int Urogynecol J (2010) 21 (Suppl 1): S1-S428. |
| Sand, P., et al. – Prospective randomized trial of polyglactin 910 mesh to prevent recurrence of cystoceles and rectoceles  (2001) |
| Sato, K., et al. – Sexual function in female patients who underwent pelvic floor reconstruction with follow-up for a minimum of 5 years  (5/19/2015) |
| Seo 2011 - Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. |
| Silva, W., et al. – Uterosacral Ligament Vault Suspension  (August 2006) |
| Sokol, A., et al. – One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse  (January 2012) |
| Sola 2009 - Third Generation Sub-Mid Urethral Mesh: Experience With 110 TVT-Secur. Arch Esp Urol 2009; 62(5): 376-388. |
| Sung, V., et al. – Changes in Bowel Symptoms 1 Year after Rectocele Repair  (2012) |
| Svabik, K., et al. – Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial (December 2013) |
| Tang 2014 - Outcome and sexual function after transobturator tape procedure versus tension-free vaginal tape Secur: a randomized controlled trial. Menopause, Vol. 21, No. 6 (2014). |
| Tartaglia 2009 - Third-Generation Tension-Free Tape for Female Stress Urinary Incontinence. The Journal of Urology, Vol. 182, 612-615, August 2009. |
| Tincello 2011 - The TVT Worldwide Observational Registry for Long-Term Data. Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. The Journal of Urology, Vol. 186, 2310-2315, December 2011. |
| Toglia, M., - Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture (May 2008) |
| Tommaselli 2010 - Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2010) 21:1211-1217 |
| Tommaselli 2012 - TVT-Secur for the treatment of female stress urinary incontinence: a 24-month follow-up retrospective study. Arch Gynecol Obstet (2012) 286:415-421. |

Medical Literature

| |
|---|
| Tommaselli 2013 - Tension-Free Vaginal Tape-O and -Secur for the Treatment of Stress Urinary Incontinence. A Thirty-Six-Month follow-up Single-blind Double-arm, Randomized study. Journal of Minimally Invasive Gynecoloyg, Vol 20, No 2, March/April 2013. |
| Tommaselli 2015 - Tension-free vaginal tape-obturator and tension-free vaginal tape-Secur for the treatment of stress urinary incontinence. A 5-year follow-up randomized study. European Journal of Obstetrics &Gynecology and Reproductive Biology 185 (2015) 151-155. |
| Ubertazzi, E.P., et al. Trans Vaginal Mesh (TVM) Five Years Follow Up: A Retrospective Study from Latam  (2015) |
| Walsh 2011  TVT-Secur mini-sling for stress urinary incontinence - a review of outcomes at 12 months. BJUI (2011) 108, 652-657 |
| Wang 2011  Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2011) 22:1369-1374. |
| Weber, A., et al. Anterior colporrhaphy: A randomized trial of three surgical techniques (2001) |
| Weber, A., et al. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence  (2000) |
| Whiteside, J., et al. Risk factors for prolapse recurrence after vaginal repair  (June 2004) |
| Withagen, M., et al. Sexual Functioning after Tension Free Vaginal Mesh Procedure (Prolift) for Pelvic Organ Prolapse |
| Withagen, M., et al. Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse (February 2011) |
| Woods 2008 Vaginal Sling for Stress Urinary Incontinence Under Local Anesthetic in the Office Setting. Journal of Pelvic Medicine & Surgery, Volume 14, Number 4, July/August 2008. |
| Wu, C., et al. Concomitant trocar-guided transvaginal mesh surgery with a midurethral sling in treating advanced pelvic organ prolapse associated with stress or occult stress urinary incontinence (2012) |
| Wu, J., et al. Lifetime Risk of Stress Urinary Incontinence or Pelvic Organ Prolapse Surgery (June 2014) |
| Yazdany, T., et al. Suture complications in a teaching institute among patients undergoing uterosacral ligament suspension with permanent braided suture  (2010) |

Carbone, Joseph - Materials List, updated 2.29.16.XLSX  3/1/2016
Production Materials

| Document Description [Bates Range] |
|---|
| Ethicon Expert Meeting – Meshes for Pelvic Floor Repair (Friday, February 23, 2007) |
| Ethicon Expert Meeting – Meshes for Pelvic Floor Repair (Friday, June 2, 2006) |
| Gynecare Gynemesh* PS  (2003) |
| Gynecare Prolift – ETH-10977  (2009) |
| Gynecare Prolift – Power Point Presentation  (2005) |
| Gynecare Prolift – Power Point Presentation  (2007) |
| Gynecare Prolift – Surgeon's Resource Monograph  (2007) |
| Gynecare Prolift – Surgical Technique |
| Gynecare Prolift Brochure  (2004) |
| Pelvic Organ Prolapse – Patient Counseling Guide  (2011) |
| Treatment for Pelvic Organ Prolapse – Stop Coping.  Start Living brochure  (2008) |
| 2006 Apr 19 - Laser Cut Mesh for Gynecare TVT- CER Laser Cut Mesh [ETH.MESH.00167104 -10] |
| 2006 Mar 3 Flatow memo - CPC-2006-0165 Performance evaluation of TVT PROLENE blue Mesh_ Elongation Properties of Mechanical Cut verses Laser Cut |
| ETH.MESH.02248778 - Mechanical vs Machine Cut (Laser.Ultrasonic) Mesh Particle loss less than 2 percent for |

Other Materials

| |
|---|
| **Publically Available** |
| AUA Position Statement on the Use of Vaginal Mesh for the Repair of Pelvic Organ Prolapse (7/30/2014) |
| Committee on Gynecologic Practice Opinion: Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse (December 2011) |
| FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence (2014) |
| FDA Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse: FDA Safety Communication (7/13/2011) |
| IUGA – Pelvic Organ Prolapse – A Guide for Women |
| Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders (March 26, 2013) |
| The American College of Obstetricians and Gynecologists – FAQ Gynecologic Problems (May 2011) |
| The American College of Obstetricians and Gynecologists – FAQ Surgery for Pelvic Organ Prolapse (December 2013) |
| 2014 Mar 12 - AUGS SUFU Provider FAQs MUS for SUI |
| |
| |
| **Other** |
| List of Doctors Paper |
| Pelvic Organ Prolapse – Get the Facts, Be Informed, Make YOUR Best Decision (Brochure) (2005) |

| Expert Reports |
|---|
| Blaivas, Jerry (Prolift General) |
| Blaivas, Jerry (TVT Abbrevo General) |
| Blaivas, Jerry (TVT Exact General) |
| Blaivas, Jerry (TVT -R General) |
| Blaivas, Jerry (TVT-O General) |
| Blaivas, Jerry (TVT-S General) |
| Elliott, Daniel (Prolift General) |
| Elliott, Daniel (TVT General) |
| Elliott, Daniel (TVT-O General) |
| Elliott, Daniel (TVT-S General) |
| Margolis (TVT General) |
| Rosenzweig, Bruce (Prosima General) |
| Rosenzweig, Bruce (TVT & TVT-O General) |
| Rosenzweig, Bruce (TVT Abbrevo General) |
| Rosenzweig, Bruce (TVT Exact General) |
| Rosenzweig, Bruce (TVT-S General Causation Report) |
| Rosenzweig, Bruce (TVT-S General) |