# EXHIBIT 4

Joseph M. Carbone, M.D.

```
 1            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
 2                 CHARLESTON DIVISION

 3   IN RE: ETHICON, INC., PELVIC   )  Master File No.
     REPAIR SYSTEM PRODUCTS         )  2:12-MD-02327
 4   LIABILITY LITIGATION           )  MDL 2327
     _____

 5   THIS DOCUMENT RELATES TO
     PLAINTIFFS:
 6
     Diane Kropf
 7   Case No. 2:12-cv-01202              JOSEPH R. GOODWIN
                                         U.S. DISTRICT JUDGE
 8   Judy Williams
     Case No. 2:13-cv-00657
 9
     Myra Byrd
10   Case No. 2:12-cv-00748

11   Angela Coleman
     Case No. 2:12-cv-01267
12
     Susan Thamen (Reeves)
13   Case No. 2:12-cv-00279

14   Donna Zoltowski
     Case No. 2:12-cv-00811
15

16

17         DEPOSITION OF JOSEPH M. CARBONE, M.D.
18                    GENERAL PROLIFT
19              Wednesday, March 16, 2016
20                   Danville, Virginia
21                      9:20 p.m.
22

23   Reported by:  Karen K. Kidwell, RMR, CRR, CLR
24              GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com
```

1  which you don't have a list for, are randomized

2  controlled trials?  Did you do that analysis?

3       A.   I did not.  But I didn't specify that

4  these pelvic floor repair system studies were

5  randomized control, so please don't read into that in

6  my sentence.

7       Q.   Do you know what time frame is being

8  referenced when you make this statement?

9       A.   Since its inception till now.

10      Q.   So when do you believe is its date of

11 inception?

12      A.   With the research from the -- the study

13 group from the European study group.

14      Q.   So any study that predates that study

15 would not be included in this list of 100 studies?

16      A.   I'm sorry?

17      Q.   Any study which predates --

18      A.   The European --

19      Q.   -- the European study would not be

20 included in the over 100 studies you claim have been

21 done with Prolift?

22      A.   It probably wouldn't, no.

23      Q.   Do you know of any changes that have been

24 made to the design of the Prolift since it was

25 launched in March of 2005?

```
 1              MR. ROSENBLATT:  Object to form.
 2              THE WITNESS:  To the Prolift?  I mean,
 3       you're talking about Prolift.  There's been
 4       Prolift M.
 5   BY MR. FAES:
 6       Q.   No.  I'm talking about the Prolift.
 7   Forget about the Prolift M.
 8       A.   See, that's what I'm saying.  There have
 9   been design changes with respect to the Prolift and
10   the Prolift M and there was some other issues.  So,
11   in answer to your question, there have been design
12   changes that I'm aware of.  So, yes, Prolift to
13   Prolift M.  Yes, that's the design change.
14       Q.   Setting aside the Prolift M --
15       A.   Okay.  Go ahead.
16       Q.   -- are you aware of any changes that have
17   been made to the Prolift since it was launched in
18   March of 2005 in the United States?
19       A.   In March of 2005?  Design changes?
20       Q.   Correct.
21       A.   Not that I'm aware of.
22       Q.   So it's fair to say, if there were design
23   changes made after March of 2005, you wouldn't be
24   aware of how those changes might affect the safety or
25   efficacy of the device because you don't know what
```

```
 1   those changes are?
 2       A.   No, I would be aware.  I disagree with
 3   that completely.  And because -- I would be aware
 4   because they would be included in the random -- in
 5   the high-level research that's out there regarding
 6   the TVT Prolift -- I'm sorry; I keep saying TVT
 7   because I just went through TVT -- the Gynecare
 8   Prolift product that's been included in the
 9   literature.
10            I mean, the bottom line is, whether I know
11   whether there's been a product change or a design
12   change, as you say, that design change would still be
13   included in the literature, the body of literature
14   that I've reviewed, the high-level body of literature
15   that I've reviewed.  So whether or not I know -- I
16   would know whether it affects the safety or efficacy
17   because it would show up in the literature that I've
18   reviewed.
19       Q.   But since you don't know what design
20   changes occurred and when they occurred, you wouldn't
21   be able to do an analysis of the data from, say, the
22   time before the design changed and the time after?
23       A.   Well, fortunately --
24            MR. ROSENBLATT:  Object to form.  Lack of
25       foundation about design changes to Prolift.
```

Joseph M. Carbone, M.D.

```
 1              THE WITNESS:  Can I answer?
 2              MR. ROSENBLATT:  Yeah, you can answer.
 3              THE WITNESS:  Fortunately, the data seems,
 4      at least for the high-level studies, seems
 5      relatively consistent.  So it's not a matter of
 6      whether I have to know when the design -- I
 7      mean, let's say, in X period, right, the design
 8      changed.  Well, the results previous to the
 9      design change and the results after the design
10      change seem to be relatively consistent.
11              So I don't understand whether what your --
12      what clinical relevance -- I guess, what I'm
13      saying to you is what clinical relevance it has
14      as to whether I know when the design change
15      happened so long as I know the body of
16      literature, which is robust, regarding the
17      safety and efficacy of the Gynecare Prolift
18      product.
19   BY MR. FAES:
20      Q.   Well, how can you say that the data
21   remains consistent when you don't know what time
22   periods to analyze?
23      A.   From -- wait.  Go ahead.  Go ahead.
24   Object.
25              MR. ROSENBLATT:  Object to form.
```

```
 1                C E R T I F I C A T E
 2
 3           I, Karen K. Kidwell, RMR, CRR, in and for
 4   the Commonwealth of Virginia, do hereby certify that
 5   there came before me on Wednesday, March 16, 2016, the
 6   person hereinbefore named, who was by me duly sworn to
 7   testify to the truth and nothing but the truth of his
 8   knowledge concerning the matters in controversy in this
 9   cause; that the witness was thereupon examined under
10   oath, the examination reduced to typewriting under my
11   direction, and the deposition is a true record of the
12   testimony given by the witness.
13           I further certify that I am neither attorney
14   or counsel for, nor related to or employed by, any
15   attorney or counsel employed by the parties hereto or
16   financially interested in the action.
17           This the 18th day of March, 2016.
18
19
20                  _____
                    Karen K. Kidwell, RMR, CRR
21                  Notary Public #7625774
22   My Commission Expires: 9/30/2019
23
24
25
```