# EXHIBIT H

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1                      - - -
 2                                    :SUPERIOR COURT OF
                                      :NEW JERSEY
 3   IN RE:                           :LAW DIVISION -
     PELVIC MESH/GYNECARE             :ATLANTIC COUNTY
 4   LITIGATION                       :
                                      :MASTER CASE 6341-10
 5                                    :
                                      :CASE NO. 291 CT
 6
                        - - -
 7
             UNITED STATES DISTRICT COURT
 8   SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON
 9                                    :Master File No.
     IN RE: ETHICON, INC., PELVIC     :2:12-MD-02327
10   REPAIR SYSTEM PRODUCTS           :   MDL 2327
     LIABILITY LITIGATION             :
11                                    :
12
        CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
13                      CONFIDENTIALITY
                        - - -
14              November 15, 2012
                        - - -
15           Transcript of the deposition of AXEL
     ARNAUD, MD, called for Videotaped Examination in the
16   above-captioned matter, said deposition taken
     pursuant to Superior Court Rules of Practice and
17   Procedure by and before Ann Marie Mitchell, a
     Federally Approved Certified Realtime Reporter,
18   Registered Diplomate Reporter, Certified Court
     Reporter, and Notary Public for the State of New
19   Jersey, at the offices of Riker Danzig Scherer
     Hyland & Perretti LLP, Headquarters Plaza, One
20   Speedwell Avenue, Morristown, New Jersey, commencing
     at 10:17 a.m.
21                      - - -
22
23           GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph|917.951.5672 fax
24              deps@golkow.com
25
```

Confidential - Subject to Stipulation and Order of Confidentiality

1  TVT®, what we brought was a procedure that gave good
2  results in 90 percent of the cases. And that was
3  very different than what was existing without the
4  sling. Without the sling, the gold standard was the
5  Burch procedure. All the surgeon knew that the
6  Burch procedure was a very poor gold standard,
7  because the rate of success was very low, and if you
8  would wait, with time, the rate of success would be
9  even lower. So the sling brought a dramatic
10 improvement in the efficacy and, more importantly,
11 in the efficacy over time, over time, on the long
12 term. So the purpose of the TVM procedure was
13 exactly the same, you know, bring more success in a
14 short term but also the guarantee of a long-term
15 success.
16             MR. SLATER: Move to strike from
17 "with the TVT®" forward.
18 BY MR. SLATER:
19      Q.    Your goal was to try to develop a
20 better alternative, that was your hope, to the
21 existing procedures. Correct?
22      A.    Yes.
23      Q.    Your expectation was that if somebody
24 was an experienced pelvic reconstructive surgeon, a
25 urogynecologist or a gynecologist or a urologist,

Confidential - Subject to Stipulation and Order of Confidentiality

1  that they would be able to understand this
2  procedure, they would be willing to understand how
3  it's done, and with some training, be able to
4  perform it. That was again your hope. Correct?
5      A.  Yeah. My hope was to offer a new
6  procedure that would be more efficient in term of
7  recurrences than the existing ones.
8      Q.  And you then say -- let's go to the
9  actual "Project TVM" document. You say that, with
10 regard to the medical background and rationale, "For
11 a manufacturer of medical devices, surgery for
12 genital prolapse is an attractive market."
13     Do you see that?
14     A.  I don't see it, but I can understand
15 it.
16     MS. KABBASH: I want to make sure
17 every time Mr. Slater asks you about language, that
18 you look for that language.
19     THE WITNESS: Yes.
20     MS. KABBASH: Okay?
21     THE WITNESS: Okay. Okay.
22 BY MR. SLATER:
23     Q.  Do you see what I just read?
24     A.  Yes, yes.
25     Q.  And what you were saying to the