# EXHIBIT J

**From:** Zaddem, Vincenza [ETHUS]
**Sent:** Thu, 18 May 2006 20:43:03 GMT
**To:** Hampton, Kathy [ETHUS] <KHAMPTON@ETHUS.JNJ.com>
**CC:** Bonet, Giselle [ETHUS] <GBonet3@ETHUS.JNJ.com>
**Subject:** RE: Mint usability study for May

---

Kathy
I made offers to those who responded successfully to our fax screening questionnaire and who provided availability dates.
We contacted about 100 surgeons. It's not easy to schedule with surgeons, lab space, and cadaver availability, so whoever responded with complete info we needed to confirm them quickly.

If anyone cancels, I will be sure to keep them in mind.

Also, this project will be enrolling about 4 surgeons for Design Validation studies in the winter-time. Since Harrell and Jackman never replied, perhaps you can answer these questions to see if they qualify for these future studies.
1. Gynecologist? _____ Ob/Gyn? _____ Urologist? _____ UroGynecologist? _____
2. Open to use of mesh/synthetic grafts in pelvic floor repair? ____ Yes ____ No
3. Currently perform tranvaginal prolapse repairs, i.e., colporraphy, SSL suspension/fixation? ____ Yes ____ No
4. Perform about 30 cases per year OR LESS (2 to 3 pelvic floor surgeries per month) using kits such as Prolift, Apogee/Perigee, Avaulta, IVS Posterior? ____ Yes ____ No
5. Consult for NIH? ____ Yes ____ No

FYI - Kuhn has accepted for June 8
Since Dr. Kim is a UroGyn and has a lot of experience with kits, he does not qualify for this June study - I explained to him we may contact him for the later study.

Thanks again.
Vinci

-----Original Message-----
From: Hampton, Kathy [ETHUS]
Sent: Wednesday, May 17, 2006 9:31 PM
To: Zaddem, Vincenza [ETHUS]
Subject: RE: Mint usability study for May

Vinci,
Please call me before you make a final decision. I know for a fact that Drs. Harrell and Jackman are the best candidates for you.
cell # 609-351-1448. I'd like to offer them a spot before anyone else, and they've had the longest hx and experience in what you're looking for.
Thanks, I appreciate your help.
Kathy

Kathy Hampton RN, BSN, sales rep

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.00926263

Ethicon Women's Health and Urology
a Johnson and Johnson Company
cell 609-351-1448
fax 609-265-8851
800-888-9234 ext. 7215
khampton@ethus.jnj.com

-----Original Message-----
From: Zaddem, Vincenza [ETHUS]
Sent: Wednesday, May 17, 2006 1:37 PM
To: Hampton, Kathy [ETHUS]
Cc: Bonet, Giselle [ETHUS]
Subject: FW: Mint usability study for May

Kathy
We may use Kuhn but he is only available 1 day in June.
I know Kim through my best friend and spoke with him last year about this. I am reserving him for our Design Validation studies instead, coming up in the Winter.

We really appreciate your kicking in to help with this enrollment.

Vinci

-----Original Message-----
From: Zaddem, Vincenza [ETHUS]
Sent: Wednesday, May 17, 2006 1:34 PM
To: Menck, Gladys [ETHUS]; Coughlin, Cheryl [ETHUS Non J&J]
Subject: RE: Mint usability study for May

No. We are booked with 5 already. Thanks for your diligence to get a hold of them.

Vinci

-----Original Message-----
From: Menck, Gladys [ETHUS]
Sent: Wednesday, May 17, 2006 1:27 PM
To: Zaddem, Vincenza [ETHUS]
Subject: RE: Mint usability study for May

Both were contacted via email on 5/11, but no response from either of them...We emailed because Jackson's cell phone indicated the # was disconnected. Harrell's # was a fax - not an office/cell #.
Should they be pursued at this point? Gladys
-----Original Message-----
From: Zaddem, Vincenza [ETHUS]
Sent: Wednesday, May 17, 2006 12:20 PM
To: Menck, Gladys [ETHUS]; Coughlin, Cheryl [ETHUS Non J&J]
Subject: FW: Mint usability study for May

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                                ETH.MESH.00926264

We contacted the other 2. Did Jackman and Harell respond to you? Per her request, I would like to let the sales rep know.

Vinci

-----Original Message-----
From: Bonet, Giselle [ETHUS]
Sent: Thursday, May 11, 2006 9:22 AM
To: Zaddem, Vincenza [ETHUS]
Subject: FW: Mint usability study for May

FYI

-----Original Message-----
From: Hampton, Kathy [ETHUS]
Sent: Thursday, May 11, 2006 9:21 AM
To: Bonet, Giselle [ETHUS]
Subject: RE: Mint usability study for May

Giselle,
I already heard back from Drs. Harrell and Jackman. They are eager to hear more and would like to participate. thanks again for including my doctors...........kathy

Kathy Hampton RN, BSN, sales rep
Ethicon Women's Health and Urology
a Johnson and Johnson Company
cell 609-351-1448
fax 609-265-8851
800-888-9234 ext. 7215
khampton@ethus.jnj.com




-----Original Message-----
From: Bonet, Giselle [ETHUS]
Sent: Thursday, May 11, 2006 9:17 AM
To: Zaddem, Vincenza [ETHUS]
Cc: Hampton, Kathy [ETHUS]
Subject: FW: Mint usability study for May

Here you go. We have some recommendations from Kathy Hampton.

Kathy has asked that we let her know who we end up contacting.

You can work with Kathy directly if you need any additional information regarding these physicians.

Giselle

-----Original Message-----
From: Hampton, Kathy [ETHUS]

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**    ETH.MESH.00926265

Sent: Thursday, May 11, 2006 8:10 AM
To: Bonet, Giselle [ETHUS]
Subject: RE: Mint usability study for May

Hi Giselle,
Here are some names and email addresses for docs I have in mind:

Dr. Russell Harrell- russellharrell@comcast.net - cell: 732-783-8700
Dr. Earl Jackman- jackman@comcast.net - cell: 732-341-1193
Dr. Mark Kuhn - dmkuhn@aol.com - office: 215-750-6960
Dr. Daniel Kim - dkim@drnet.com - cell - 917-699-5176

These will all be good candidates.
Please let me know who you contact.
Giselle, thank you very much for including my very important doctors.
kathy

Kathy Hampton RN, BSN, sales rep
Ethicon Women's Health and Urology
a Johnson and Johnson Company
cell 609-351-1448
fax 609-265-8851
800-888-9234 ext. 7215
khampton@ethus.jnj.com




-----Original Message-----
From: Bonet, Giselle [ETHUS]
Sent: Wednesday, May 10, 2006 10:57 AM
To: Hampton, Kathy [ETHUS]
Cc: Zaddem, Vincenza [ETHUS]
Subject: FW: Mint usability study for May

Kathy,

I thought that you may have docs that fulfill in the criteria below. This is an opportunity for exposure/work with R&D.

Giselle

-----Original Message-----
From: Zaddem, Vincenza [ETHUS]
Sent: Tuesday, May 09, 2006 2:05 PM
To: Heller, Kimberly [ETHUS]; Callen, George [ETHUS]; De Filippo, Robert [ETHUS]; Colon, Aixa [ETHUS]
Cc: Bonet, Giselle [ETHUS]
Subject: FW: Mint usability study for May

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00926266

Would you help us to find a total of 10 surgeons in the NY/NJ, eastern PA area that meet the criteria below for participation in a usability study for EWHU project Mint?
The cadaver labs need to happen in May so we are in need of surgeons immediately. I'll take care of contacting them to learn their interest. I just need the names and phone numbers or emails of people you think would qualify.

- Gynecologist, Ob/Gyn, or Urologist
- Open to use of mesh/synthetic grafts
- Currently perform tranvaginal prolapse repairs, i.e. colporraphy, SSL with or w/o mesh, etc.
- About 30 cases per year or less (2 to 3 pelvic floor surgeries per month)
- Not an active/experienced user of prolapse repair systems such as Prolift, Apogee, Perigee, IVS Posterior, etc.

Regards,
Vinci

Vincenza Zaddem
R&D Engineer
ETHICON, INC.
Route 22 West, Somerville, NJ 08876
908-218-2740 Fax: 908-218-3026
vzaddem@ethus.jnj.com

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**　　　　　　　　ETH.MESH.00926267