# EXHIBIT N

Confidential - Subject to Stipulation and Order of Confidentiality

```
                                    : SUPERIOR COURT OF
                                    : NEW JERSEY
IN RE:                              : LAW DIVISION -
PELVIC MESH/GYNECARE                : ATLANTIC COUNTY
LITIGATION                          :
                                    : MASTER CASE 6341-10
                                    :
                                    : CASE NO. 291 CT
```

CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
CONFIDENTIALITY

September 18, 2012
VOLUME III

Transcript of the continued deposition of PIET HINOUL, M.D., Ph.D., called for Videotaped Examination in the above-captioned matter, said deposition taken pursuant to Superior Court Rules of Practice and Procedure by and before Ann Marie Mitchell, a Federally Approved Certified Realtime Reporter, Registered Diplomate Reporter, Certified Court Reporter, and Notary Public for the State of New Jersey, at the offices of Riker Danzig Scherer Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, Morristown, New Jersey, commencing at 10:16 a.m.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.951.5672 fax
deps@golkow.com

Confidential - Subject to Stipulation and Order of Confidentiality

1   A.   No.
2   Q.   Have you looked at the expert reports
3   that have been served in this case?
4   A.   No.
5   Q.   You've never read Anne Weber's report
6   in this case?
7   A.   No.
8   Q.   Has somebody provided you with
9   synopses of what her opinions are?
10  A.   No.
11  Q.   Has anybody provided you any
12  information about what any of the experts in this
13  case have stated in their reports?
14  A.   No.
15  Q.   Are you curious?
16  A.   I am.
17  Q.   You certainly hold Anne Weber in high
18  esteem.  That's somebody you respect.  Correct?
19  A.   Yes.
20  Q.   If you could, look at the conclusions
21  on page 17.  Correct?
22       I'd like to look with you at the
23  first paragraph first.  There's a phrase in the
24  second line where Peter Meier refers to clinicians
25  being well aware of what he describes as an

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1      Q.    The Prolift® itself as packaged and
 2   marketed, you did not run any study of that.
 3   Correct?
 4      A.    At the time of launch, no.
 5      Q.    At the time of launch, the study
 6   you're referring to would include the Gynemesh® PS
 7   study. Correct?
 8      A.    Correct.
 9      Q.    Which was a study in which Gynemesh®
10   was placed into women's bodies not just
11   transvaginally but also abdominally. Correct?
12      A.    They would not be included in that
13   study.
14      Q.    Well, the overall study included all
15   various sorts of ways to put Gynemesh® into a
16   woman's body to treat prolapse. Correct?
17      A.    Right. Yes. And the learnings from
18   a foreign body perspective would apply.
19      Q.    In terms of the complications that
20   would occur and how to treat them, there was a
21   segment of those women in which the Gynemesh® was
22   placed vaginally. Correct?
23      A.    Uh-huh. Correct.
24      Q.    That's what medical affairs would
25   have looked to with regard to the Prolift®
```