# EXHIBIT O

# GYNECARE PROLIFT* Pelvic Floor Repair Systems

*Trademark



Plaintiff's
EXHIBIT NO. 128
12/14/11
A. M. MITCHELL

Gynecare
PROLIFT*
Pelvic Floor Repair Systems

# POP Location[1]

- Anterior only — 40%
- Anterior and apex — 20%
- Posterior only — 7%
- Posterior and apex — 10%
- All three compartments — 18%
- Anterior compartment involved — 78%
- Highest failure in anterior compartment reported — 30-70% [2-6]

[1] Olsen et.al. *Obstet Gynecol* 1997;89:501-506
[2] Shull et al. *Am J Obstet Gynecol* 1992;166:1764-1768
[3] Holley et al. *South Med J* 1995;88:547-549
[4] Samuelsson et al. *Am J Obstet Gynecol* 1999;180:299-305
[5] Shull et al. *Am J Obstet Gynecol* 2000;183·1365-1373
[6] Weber et al. *Int Urogynecol J Pelvic Flr Dysfunc* 2001;12:178-186

Gynecare PROLIFT
Pelvic Floor Repair Systems

# Endopelvic "Fascia"

- **Anterior Compartment[1]**
  - Literature review 80 articles anterior repair
  - The vagina has three layers; mucosa, muscularis, and adventitia; there is no vaginal "fascia"
  - "Dissection during anterior colporrhaphy splits vaginal muscularis, and repair involves plication of the muscularis and adventitia (not vaginal "fascia")"

- **Posterior compartment[2]**
  - Cadaveric dissection of the RV "septum"
  - "There is no evidence of a distinct fascial layer between the posterior vaginal wall and the anterior wall of the rectum"
  - "It is the splitting of the adventitial layer from the overlying vaginal wall that accounts for the "fascial layer" seen surgically"

[1] Weber A, Walters M. *Obstet Gynecol* 1997;89(2):311-8
[2] Kleeman et.al. *Paper #10* SGS 2005

Gynecare
PROLIFT