# EXHIBIT R

# What Can We Learn From Explanted Meshes?

*B. Klosterhalfen*

*Institute of Pathology Düren, Hospital Düren, Roonstr. 30, 52351 Düren, Germany

Cologne, Saturday, 8th of December 2012

EXHIBIT B



Polymer? Polypropylen Calve et al., Dijon 2009





