# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Bennett, Dina | 2:12cv00497 |
| Daino, Constance | 2:12cv01145 |
| Destefano-Raston, Dina | 2:12cv01299 |
| Fox, Sherry | 2:12cv00878 |
| Georgilakis, Teresa | 2:12cv00829 |
| Hankins, Donna | 2:12cv01011 |
| Kriz, Paula | 2:12cv00938 |
| Loustaunau, Donna | 2:12cv00666 |
| Patterson, Miranda | 2:12cv00481 |
| Phelps, Patti Ann | 2:12cv01171 |
| Ruiz, Patricia | 2:12cv01021 |
| Sikes, Jennifer | 2:12cv00501 |
| Smith, Cindy | 2:12cv01149 |
| Teasley, Krystal | 2:12cv00500 |
| Wolfe, Kathleen | 2:12cv00337 |