# EXHIBIT C

July 2015

# JUAN C. FELIX, M.D

## CURRICULUM VITAE

### A. Personal Information

| | |
|---|---|
| Name | Juan Carlos Felix, M.D. |
| Business Address | Department of Pathology |
| | Keck School of Medicine |
| | University of Southern California |
| | University Hospital |
| | 1500 San Pablo Street |
| | Los Angeles, CA  90089-9281 |
| Business Telephone | ███████████ |
| Business Fax | ███████████ |
| **Home Address** | ████████████████ |
| **Home Telephone** | ████████████ |
| Place of Birth | ██████████ |
| Citizenship | U.S.A. |
| Email Address: | ██████████ |
| **Mailing Address:** | |
| **Legal Matters** | ████████████████ |
| **Medical Legal Coordinator Contact** | **Betsy von Kreuter Felix, Ph.D.**<br>**betsyfelix@gmail.com**<br>**(626) 926-4971** |

### B. Education

| | |
|---|---|
| High School | Schreiber High School, Port Washington, NY, 1976 |
| College or University | Columbia College, Columbia University, B.A., 1980 |
| Medical School | Cornell University Medical College, M.D., 1984 |
| Residency | The New York Hospital, 1985-1988, Anatomic Pathology |
| Fellowship | The New York Hospital-Cornell University Medical College, Obstetrical & Gynecological Pathology, 1988-1989 |
| Honors & Awards | Member, Puerto Rico Olympic Team, Single Sculls, Los Angeles, CA, 1984 |
| | Member, Puerto Rico Olympic Team, Single Sculls, Seoul, Korea, 1988 |
| Medical Licensure | New York State, 1986 |
| | California, 1992 |
| Board Certification | Certified for Added Qualification in Cytopathology by the American Board of Pathology, 1993 Diplomate of |

the American Board of Pathology (Anatomic
Pathology), 1988

## C.  Professional Background

### Academic Appointments

Assistant Professor of Pathology, Cornell University, 1989-1992
Assistant Professor of Clinical Pathology and Obstetrics and Gynecology, Keck
    School of Medicine, USC, 1992-1995
Associate Professor of Clinical Pathology and Obstetrics & Gynecology, Keck
    School of Medicine, USC, 1995-2001
Professor of Clinical Pathology and Obstetrics & Gynecology, Keck School of
    Medicine, USC, 2002-present

### Clinical Appointments

Attending Pathologist and Cytopathologist, The New York Hospital, 1989-1992
Attending Pathologist and Cytopathologist, Los Angeles County Women's and
    Children's Hospital, 1992-2009
Chief, OB-GYN Pathology, LAC-USC Medical Center, 1994-present
Director of Surgical Pathology, Los Angeles County Women's and Children's
    Hospital, 1994- 2009
Acting Chief of Anatomic Pathology, Department of Pathology and Laboratory
    Medicine, LAC-USC, 2004-2005
Interim AP Chief, University Hospital and Norris Cancer Center, 2010-2011
Chief, Anatomic Pathology, Keck Medical Center of USC, 2011-2013
Associate Director of Operations and Quality in Anatomic Pathology, LAC+USC
    Medical Center, 2013-2014
Chief of Cytopathology, LAC-USC Medical Center, 2007-present
Director of Cytopathology Fellowship, 2007-present

### Specific teaching responsibilities, 1992-present

Director, Year 1 and 2 Human Reproduction Course
Director, Molecular Pathology Rotation for residents and fellows in the
    Departments of Pathology and Gynecology
Multidisciplinary labs on GYN/reproductive system for Year II Medical students
    Lectures for use postgraduate course in gynecological and obstetrical
    pathology
Daily sign-out and case review and didactic lectures to residents and fellows
Monthly conference to Pathology fellows/residents
Bi-weekly conferences to GYN residents/fellows
Elective teaching: Immunohistochemistry and molecular biology/PCR to graduate
    students
Review cases with cytotechnologists
Scientific Director, Basic Health International 2008-present.

Juan C. Felix, M.D.                                           Curriculum Vitae
USC Department of Pathology                                   Page 3 of 23

**Specific administrative responsibilities**

Director of Pathology, LAC-USC Women's and Children's Hospital,
    1994-2009

Director of Molecular Pathology, Women's and Children's Hospital,
    1994-2009

Director of Resident Recruitment, Los Angeles County Women's and Children's
    Hospital, 1998-2002

Chief of Anatomic Pathology, Keck Medical Center of USC, 2011-2013

Associate Director of Operations and Quality in Anatomic Pathology, LAC+USC
    Medical Center, 2013-2014

Director of Cytopathology Fellowship, LAC+USC 2007-present

Chief of Cytopathology, LAC+USC, 2007-present

Director of USC Labs, Outreach Anatomic Pathology, 2010-present.

**Other employment or activity**

Director of Anatomic Pathology, ASCP Pathology Update, November 1993

Director of Annual USC Postgraduate Review Course for Gynecologic Pathology

Speaker Workshop on Loop Electrosurgical Excision Procedures, Los Angeles
    County-Harbor UCLA Medical Center, March 1993

Director, cervical cancer screening and treatment for the homeless. Community
Health Fair for the homeless.  Los Angeles, CA, 2000-2009.

Cervical cancer screening at McLaughlin Indian Health Center for the Native
    American Pap Initiative, scientific consultant 2000-2005.

Advisory Committee Service Award presented to J.C. Felix by U.S. Food and
    Drug Administration in recognition of distinguished service Hematology
    and Pathology Devices Panel Center for Devices and Radiological Health,
    Apr. 1998 – Feb. 2002

Medical Director, Pathnet Laboratory, Van Nuys, CA, 2002-2008

Regional Medical Director, Laboratory Corporation of America, Jan. 2010-2012

Scientific Director, Basic Health International 2008-present.

**Expert Reviewer**

Contraception, 1993- present

Obstetrics & Gynecology, 1994-present

Gynecologic Oncology, 1994-present

Applied Immunohistochemistry & Molecular Morphology, 1999-present

**Committee Memberships/Local**

Member, Education Policy Committee Representative for the Department of Pathology,
    Keck School of Medicine USC, 1992-1994

Member, Credentials and Peer Review Committee, Department of Pathology,
    LAC+USC Medical Center, 1993-present

Member, Women's Hospital Quality Assurance Committee, LAC+ USC Medical
    Center 1992-2008

      Member, Curriculum Revision Committee, Keck School of Medicine USC 1999-2005
      Co-Chair, Reproduction Systems Committee, 2000 to present
      Member, USC Department of Pathology Promotions Committee, 2010-present

## D.  Society Memberships

National
Member, National Association for the Advancement of Science, 1982-present
Member, New York State Medical Society, 1984-present
Member, American Society of Clinical Pathology, 1992-present
Member, American Society of Investigational Pathology, 1992-present
Member, Gynecologic Oncology Group, 1992-present
Member, American Society of Colposcopy and Cervical Pathology Clinical Practice
  Guidelines, 1998 to present
Member, FDA Hematology and Pathology Devices Committee, 1997-present

## E.  Consultantships

National
Consultant, IMPATH (Human Papillomavirus), 1990 to 1999
Consultant, Novo Nordisk Pharmaceuticals, 1994 to 1999
Consultant, CYTYC Corporation, 1996 to 2006
Consultant, Morphometrix Corporation, 1997 to 1999
Consultant, Rhone Poulenc Rhorer Pharmaceuticals, 1998 to 2000
Consultant, 3M Pharmaceuticals, 1998 to 2003
Consultant, Organon Pharmaceuticals, 2000 to 2008
Consultant, LifeSpex Corporation, 2000 to 2007
Consultant, Merck, 2004 - present
Consultant, Hologic Corporation 2004-present

## F.  Research Activities

**Major Research Interests**
1.  Investigation in human papillomavirus, pathogenesis and pathobiology,
    1988- present

2.  Diagnosis and treatment of preinvasive lesions of the uterine cervix,
    1991- present

3.  Pathobiology of endometrial adenocarcinoma and its precursors, 1992-present

4.  Effect of estrogen replacement therapy on the endometrium of postmenopausal
    women, 1994-present

5.  Biological markers of progression in Gestational Trophoblastic Disease, 1998 to

present

6. Role of prosagland in EP3 receptors in myometrial contractility, 1999 to 2005
7. Cervical cancer prevention in Low and Middle Income Countries, 2006-present

**Past Funding**

"Role of EP3 Isoforms in Myometrial Contractility" PI, 20% effort,
NIH / R01 HD 40917-01, 2003-2006.

Nonoxynol-9 effect on human endometrium in vivo and in vitro. Co-investigator 10%
effort. NIH/ RO3 HDO 47322, 2004-2207.

Prospective, randomized, placebo-controlled study of mifepristone for the prevention of
breakthrough bleeding in new starters of depo-medroxyprogesterone acetate Co-
investigator 10% effort NIH/ RO-1 HD 43189, 2005-2008.

Nonoxynol-9 effect on human endometrium in vivo and in vitro. Co-investigator 10%
effort. NIH/ RO3 HDO 47322, 2004-2207.

"A Case Control Study of Ovarian Cancer in the County of Los Angeles," National
Cancer Institute, RO1 CA61132-01. Role: Pathology reviewing histopathology,
Collaborator, 10% effort.  Dates and cost of entire project: 8/1/93- 7/31/98, $1,500,610.

The Health Foundation Research Award, Principal Investigator, The effect of phenytoin
on human papilloma virus associated lesions, 1988 - 1990.  $120,000

Winston Foundation Grant Award Recipient
Principal Investigator: Human Papilloma Virus in lesions of the lower genitourinary
tract, 1988-1990.  $150,000

**INTELLECTUAL PROPERTY**

1. Goharkhay N, Wing DA, Naidu Y, **Felix JC**. Prostaglandin receptor isoforms in the
   regulation of labor (provisional U.S. patent).

**EDITORIAL BOARDS**
Contraception                        2006 - 2012
Applied Immunohistochemistry         2007 – present

**INVITED SPEAKERSHIPS**

Invited lecturer on Human Papillomavirus in the female genital tract, Universidad de Bilbao,
        Colegio de Medicina de Barcelona, and Universidad de Madrid, Spain, June 1990

Invited speaker on Adenocarcinoma of the uterine cervix, University of Southern California, Department of Pathology Ground Rounds, 1993

Invited speaker on Endometrial proliferation in post-menopausal women on hormone replacement therapy, University of Southern California, Department of Ob/Gyn Grand Rounds, 1995

Invited speaker on cervical adenocarcinoma diagnosis and treatment, University of California, Department of Ob-Gyn, 1997

Invited speaker on Adenocarcinoma of the uterine cervix, Stanford University, Department of Ob-Gyn Grand Rounds, 1998

Invited speaker on the Role of HPV in the diagnosis and triage of patients with abnormal Pap smears, University of California Los Angeles, Department of Pathology Grand Rounds, 1998

Invited speaker at the University of Texas-Houston Health Science Center, Department of OB/GYN, Grand Rounds, 1999

Invited speaker at the California Campus of California Pacific Medical Center, Department of OB/GYN, Grand Rounds, 1999

Invited speaker at the Shirley Nissen Lectureship Series for the Orange County OB/GYN Society, 1999

Invited speaker at the University of California Irvine, Department of OB/GYN Grand Rounds, 1999

Invited panelist at the FDA Hematology and Pathology Devices Meeting, Rockville, MD, 1999

Invited speaker Cancer in Women: A Comprehensive Scientific Symposium on the Gynecologic Malignancies (NOCC) on Pre-invasive and Invasive Cancer of the Cervix, San Diego, 2000

Invited panelist at the FDA Microbiology Devices Meeting, Gaithersburg, MD, 2000

Invited speaker at the Taiwan Association of Obstetrics and Gynecology: Cervical Screening, Taipei, Taiwan, March 2001

Invited speaker at the Veteran's General Hospital, Department of Obstetrics and Gynecology: Current Investigation and Application of Immunomicroscopic Study in Gynecologic Cancers, Taipei, Taiwan, March 2001

Invited speaker on Cervical Cancer Screening for the Medical Education Speakers Network, Van Nuys,  CA, April 2001

Invited speaker on Colposcopic Precursors for the Medical Education Speakers Network, Baldwin Park, CA, April 2001

Invited speaker on Improving Accuracy of Cervical Cancer Screening for OB/GYN Section Meeting, Dallas, Texas, May 2001

Invited speaker on Endometrial Hyperplasia – Therapeutic Option for Women Desiring Fertility for the Medical Education Speakers Network at St Joseph's Hospital. Orange, CA, June 2001

Invited speaker at the Centers for Disease Control and Prevention (CDC), Prevention Research Centers Programs (PRC) Grant Review Panel Meeting, Atlanta, Georgia, June 2001

Invited participant on HPV DNA Testing: Early Identification of Women with Cervical Neoplasia for the Medical Education Speakers Network, Los Angeles, CA, July 2001

Invited lecturer on Gynecologic Cytology Past, Present and Future and Future by the National Cervical Cancer Coalition, Las Vegas, Nevada, August 2001

Invited speaker at the 29th Annual Institute and Conference for the National Black Nurses Association, Los Angeles, CA, August 2001

Invited panelist on HPV Testing: The Standard of Care for the Triage of ASCUS for the ThinPrep Faculty Consultants' Training Program, Keystone, Colorado, August 2001

Invited speaker at the Investigators Meeting for Endometrial Study, Istanbul, Turkey, September 2001

Invited speaker on Cervical Cancer and Cervical Cancer Screening for the Medical Education Speakers Network, Covina, CA October 2001

Invited speaker on Cervical Cancer for the Medical Education Speakers Network, Los Angeles, CA, October 2001

Invited speaker on Diagnosis, Management and Prognosis of the Endometrial Hyperplasia, Los Angeles, CA, November 2001

Invited speaker on Advances in Cervical Screening at the Denver Health Medical Center Campus, Department of OB-GYN Grand Rounds, Denver, Colorado, January 2002

Invited speaker on the New Bethesda Classification at the Keck School of Medicine, University of Southern California Women's and Children's Hospital, Department of OB/GYN Grand Rounds, Los Angeles, CA, January 2002

Invited lecturer on Advances in Cervical Screening at Cytology Services Group, Brotman
        Medical Center, Culver City, CA, January 2002

Invited speaker on ASCCP Guidelines for the Management of the Abnormal Pap Smear at the
        Keck School of Medicine, University of Southern California Women's and Children's
        Hospital, Department of OB/GYN Grand Rounds, Los Angeles, CA, February 2002

Invited speaker on Advances in Cervical Screening at Stanford University Hospital
        Grand Rounds, Stanford, CA, February 2002

Invited lecturer on Cervical Screening in the New Millennium at St. Louis University St. Mary's
        Health Care Center Department of OB-GYN Grand Rounds, St. Louis, Missouri,
        February 2002

Invited panelist at the FDA Microbiology Panel Meeting Gaithersburg, MD, March 2002
Invited speaker at the 6th Annual Women's Cancer Center Great Debates, Pap Smear ThinPrep v.
        Cytobrush at the Ruoff Resort at Squaw Creek, Lake Tahoe, CA, March 2002

Invited speaker by Watson Pharmaceutical on Controversies and Challenges in Interpreting
        Abnormal Pap Smear at Newport Coast, CA, March 2002

Invited speaker on Update on Screening and Triage of the Abnormal Pap Smear a CME by the
        NOCC at the Carolyn Marks Memorial Annual Scientific Symposium, Miami Beach, FL,
        March 2002

Invited speaker on Management of the Abnormal Pap ASCUS/AGUS in West Hills Hospital,
        West Hills, CA, April 2002

Invited speaker on Abnormal Pap for USC's Community Hospital Network at Suburban Medical
        Center in Paramount, CA, April 2002

Invited speaker on The New Bethesda Management of Abnormal Pap Smears for Cytology
        Association of San Antonio, San Antonio, Texas, April 2002

Invited speaker at Medispectra Pivotal Investigators Meeting, Waltham, MA, April 2002

Invited speaker at the IV Encuentro Nacional De Medicos Colposcopistas III Curso Internacional
        de Colposcopia, Ixtapa- Zihuatanejo, Gerrero, May 2002

Invited speaker at the ACOG 50th Annual Clinical Meeting, The Science Behind the
        Effectiveness of In-Vivo Screening a CME symposium Shedding a New Light on
        Bethesda III: New Technologies in Cervical Screening, Los Angeles, CA, May 2002

Invited speaker on Update on Pap Smear Testing for the Medical Education Speakers Network,
        Sun Valley, CA, June 2002

Invited speaker on Management of AGUS for the Medical Education Speakers Network,
  Baldwin Park, CA, June 2002

Invited speaker on Management of Cervical Cancer Precursor Lesions for the Medical Education
  Speakers Network, Lancaster, CA, July 2002

Invited speaker on Bethesda Guidelines at the Iowa's Annual Family Planning Conference, Des
  Moines, Iowa, Iowa, September 2002

Invited speaker on Bethesda 2002 and ASCCP at the 32nd Annual Meeting Texas Society of
  Cytology, San Antonio, Texas, September 2002

Invited speaker on Management of Abnormal Pap at Harbor-UCLA for the Women's Health
  Care Nurse Practitioner Program Torrance, CA, September 2002

Invited speaker on Updates to the Bethesda System: 2002 at the OB/GYN The Cutting Edge,
  Universal City, CA, October 2002

Invited speaker on Management of Abnormal Pap Smears for the Women's Health Care Practice
  Update and Certification Course, San Pedro, CA, October 2002

Invited speaker on Diagnosis and Prognosis of Endometrial Hyperplasia for the Los Angeles
  County University of Southern California Medical Center and the Keck School of
  Medicine of the University of Southern California, Department of Pathology and
  Laboratory Medicine Grand Rounds, Los Angeles, CA, November 2002

Invited speaker on a Summary of LA County Mobile Pap Services and establishment of regional
  working groups for LA County Department of Health Services Cervical Cancer Planning
  Council Conference Santa Barbara, CA, November 2002

Invited speaker on HPV and Cervical Neoplasia for the California Family Health Council
  Women's Health Update Burlingame, San Francisco, November 2002

Invited speaker on Pathology and Neoplasia for Keck School of Medicine, University of
  Southern California Women's and Children's Hospital, Los Angeles, CA January 2003

Invited speaker on Emerging Concepts in Uterine Contractility During Labor for the
  Neonatology Fellowship Program, University of Southern California Los Angeles, CA,
  January 2003

Invited speaker on Cervical Cancer for the Los Angeles County Harbor-UCLA Medical Center,
  Department of OB-GYN Grand Rounds, Torrance, CA January 2003

Invited speaker on Update on Screening and Triage of the Abnormal Pap Smear at the Women's
  Cancer SGO's 34th Annual Meeting, New Orleans, Louisiana January 2003

Invited speaker on Management of Endometrial Hyperplasia at the Keck School of Medicine,
University of Southern California Women's and Children's Hospital, Department of
OB/GYN Grand Rounds, Los Angeles, CA February 2003

Invited speaker on Update on Pap smears a CME Program for the Medical Education Speakers
Network at St. Jude Medical Center, Fullerton, CA February 2003

Invited speaker on Pap Smears and HPV at the Common Problems In Primary Care- 2003.
29th Annual Review Course for USC Department of Family Medicine Keck School of
Medicine and the Los Angeles County Chapter California Academy of Family
Physicians Los Angeles, CA, March 2003

Invited speaker on Bethesda III for Planned Parenthood, Des Moines, Iowa, March 2003

Invited speaker via Teleconference on Cytology Management Guidelines for Bethesda III for
The University of Texas Health Science Center San Antonio, Texas March 2003

Invited speaker on HPV Clinical Update for the 2003 Solvay Pharmaceuticals, Inc Preceptorship,
Women's Health Harbor UCLA, Torrance, CA April 2003

Invited speaker, Management of endometrial cancer precursor lesions, Pacific Coast Obstetrical
and Gynecological Society, 2007 Annual Meeting

Invited speaker, Cervical cancer precursor lesions: diagnosis and treatment. Sociedad de
colposcopia Mexicana, 2008 Monterrey, Mexico

Invited speaker, Management of abnormal Pap, Pacific Coast Obstetrical and Gynecological
Society, 2009 Annual Meeting

Invited speaker, Human papillomavirus, past, present and future, Pacific Coast Obstetrical
and Gynecological Society, 2011 Annual Meeting

Course Director, Cervical cancer prevention in Central America, Congreso Internacional del
Cancer Cervical, 2012 San Salvador, El Salvador

Invited speaker, Post-surgical endometriosis, a preventable condition. Pacific Coast Obstetrical
and Gynecological Society, 2013 Annual Meeting

Course Director, Cervical cancer prevention in Central America, Congreso Internacional del
Cancer Cervical, 2013 Panama City, Panama

Invited speaker, Salvadoran Cervical Cancer Prevention Committee. The value of Primary HPV
screening in cervical cancer prevention. August 2014 San Salvador, El Salvador.

Juan C. Felix, M.D.                                           Curriculum Vitae
USC Department of Pathology                                        Page 11 of 23

Course Director, Cervical Cancer Therapy in Low and Middle Income Countries. International
Papillomavirus Convention, August 2014. Seattle, WA.

# BIBLIOGRAPHY

**Peer Reviewed**

1. Knisely AS, Magid MS, **Felix JC**, Singer BD:  Parathyroid hemorrhage in perinatally lethal osteogenesis imperfecta.  J Pediatr 1988 May;112(5):720-5.

2. Wilkes MS, Fortin AH, **Felix JC**, Godwin TA, Thompson WG:  Value of necropsy in acquired immunodeficiency syndrome.  Lancet 1988 Jul 9;2(8602):858.

3. McDougall CJ, Ngoi SS, Goldman IS, Godwin T, **Felix JC**, DeCosse JJ, Rigas B:  Reduced expression of HLA class I and II antigens in colon cancer.  Cancer Res. 1990 Dec 15;50(24):8023-7.

4. Petito CK, Morgello S, **Felix JC**, Lesser ML:  The two patterns of reactive astrocytosis in postischemic rat brain.  J Cereb Blood Flow Metab 1990 Nov;10(6):850-9.

5. Wilkes MS, Link RN, Jacobs TA, Fortin AH, **Felix JC**:  Attitudes of house officers toward the autopsy.   J Gen Intern Med 1990 Mar-Apr;5(2):122-5.

6. Borda ES, Sterin- Borda LJ, Pascual JO, Gorelick G, **Felix JC**, von Kreuter BF, Santos-Buch CA:  Trypanosoma cruzi attachment to lymphocyte muscarinic cholinergic and beta adrenergic receptors modulates intracellular signal transduction.  Mol Biochem Parasitol 1991 Jul;47(1):91-100.

7. Lungu O, Sun XW, **Felix JC**, Richart RM, Silverstein S, Wright TC:  Relationship of human papillomavirus type to grade of cervical intraepithelial neoplasia.  JAMA 1992 May 13;267(18):2493-6.

8. **Felix JC**, Cote RJ, Kramer EE, Saigo P, Goldman GH:  Carcinoma of Bartholin's gland: Histogenesis and the etiological role of human papillomavirus.  Am J Pathol 1993 Mar;142(3):925-33.

9. **Felix JC**, von Kreuter BF, Santos-Buch CA: Mimicry of heart cell surface epitopes in primary anti-trypanosome cruzi Lyt 2+ T lymphocytes.  Clin Immunol Immunopathol 1993 Aug; 68(2):141-6.

10. **Felix JC,** Wright TC: Analysis of lower genital tract lesions clinically suspicious for condylomata using in situ hybridization and the polymerase chain reaction for the detection of human papillomavirus.  Arch Pathol Lab Med 1994 Jan;118 (1):39-43.

11. Duggan BD, **Felix JC**, Muderspach LI, Tsao JL, Shibata DK:  Early mutational activation of the c-Ki-ras oncogene in endometrial carcinoma.  Cancer Res 1994 Mar 15;54(6): 1604-7.

Juan C. Felix, M.D.                                         Curriculum Vitae
USC Department of Pathology                                    Page 13 of 23

12. Duggan BD, **Felix JC**, Muderspach LI, Tourgeman D, Zheng J, Shibata D: Microsatellite instability in sporadic endometrial carcinoma. J Natl Cancer Inst 1994 Aug 17;86(16): 1216-21.

13. **Felix JC**, Muderspach LI, Duggan BD, Roman LD:  The significance of positive margins in loop electrosurgical cone biopsies.  Obstet Gynecol 1994 Dec;84(6):996-1000,

14. Kobak WH, Roman LD, **Felix JC**, Muderspach LI, Schlaerth JB, Morrow CP: The role of endocervical curettage at cervical conization for high grade dysplasia.  Obstet Gynecol 1995 Feb;85(2):197-201.

15. Martin-Hirsel A, Walker M, **Felix JC**:  Possible acquired resistance to cervical dysplasia. Cervix 1995;13:47-50.

16. Sun XW, Koulos JP, **Felix JC**, Ferenczy A, Richart RM, Park TW, Wright TC:  Human papillomavirus testing in primary cervical screening. Lancet 1995 Sep 2;346_8975):636.

17. Park TW, **Felix JC**, Wright TC: X chromosome inactivation and microsatellite instability in early and advanced bilateral ovarian carcinomas.  Cancer Res 1995 Nov 1;55(21): 4793-6.

18. Saffari B, Jones LA, el-Naggar A, **Felix JC**, George J, Press MF:  Amplification and overexpression of HER-2/neu (c-erbB2) in endometrial cancers: correlation with overall survival.  Cancer Res 1995 Dec 1;55(23):5693-8.

19. Cheng PC, Gosewehr JA, Kim TM, Velicescu M, Wan M, Zheng J, **Felix JC**, Cofer KF, Luo P, Biela BH, Godorov G, Dubeau L:  Potential role of the inactivated X chromosome in ovarian epithelial tumor development. J Natl Cancer Inst 1996 Apr 17;88(8):510-8.

20. Wan M, Sangiorgi F, **Felix JC**, Dubeau L: Association of BRCA 1 expression with gonadotropin-responsive cells.  Lancet 1996 Jul 20;348(9021):192-3.

21. Cheng P, Schmutte C, Cofer KF, **Felix JC**, Yu MC,  Dubeau L:  Alterations in DNA methylation are early, but not initial, events in ovarian tumorigenesis.  Br J Cancer 1997; 75(3):396-402.

22. DeCherney AH, Dougherty WR, **Felix JC**, Rodgers KE, Girgis W, Abiko M, diZerega GS:  Expression of cyclin protein after thermal skin injury in a guinea pig model.  J Burn Care Rehabil 1997 Jul-Aug;18(4):292-8.

23. Lukas J, Groshen S, Saffari B, Niu N, Reles A, Wen WH, **Felix JC**, Jones LA, Hall FL, Press MF:  WAF1/Cip 1 gene polymorphism and expression in carcinomas of the breast, ovary and endometrium.  Am J Pathol 1997 Jan;150(1):167-75.

24. **Felix JC,** Farahmand S:  Endometrial glandular proliferation and estrogen receptor content during the normal menstrual cycle. Contraception 1997 Jan;55(1):19-22.

Juan C. Felix, M.D.                                      Curriculum Vitae
USC Department of Pathology                              Page 14 of 23

25. Wan M, Li WZ, Duggan BD, **Felix JC**, Zhao Y, Dubeau L: Telomerase activity in benign and malignant epithelial ovarian tumors. J Natl Cancer Inst 1997 Mar 19;89(6):437-41.

26. Pike MC, Peters RK, Cozen W, Probst-Hensch NM, **Felix JC**, Wan PC, Mack TM: Estrogen-progestin replacement therapy and endometrial cancer. J Natl Cancer Inst 1997 Aug 6;89(15):1110-6.

27. Muderspach LI, Curtin JP, Roman LD, Gebhardt JA, Klement V, Qian D, Morrow CP, **Felix JC**, Formenti SC, Muggia FM: Carboplatin as a radiation sensitizer in locally advanced cervical cancer: a pilot study. Gynecol Oncol 1997 May;65(2):336-42.

28. Rodgers KE, DeCherney AH, St. Amand KM, Dougherty WR, **Felix JC,** Girgis WW, diZerega GS: Histologic alterations in dermal repair after thermal injury effects of topical  angiotensin II. J Burn Care Rehabil 1997 Sep-Oct;18(5):381-8.

29. Florentine BD, Sanchez B, Raza A, Frankel K, Martin SE, Kovacs B, **Felix  JC**: Detection of hyperdiploid malignant cells in body cavity effusions by fluorescence in situ hybridization on ThinPrep slides. Cancer 1997 Oct 25;81(5):299-308.

30. Roman LD, **Felix JC**, Muderspach LI, Agajanian A, Qian D, Morrow CP: Risk of residual invasive disease in women with microinvasive squamous cancer in a conization specimen. Obstet Gynecol 1997 Nov;90(5):759-64.

31. Luo MP, Gomperts B, Imren S, DeClerk YA, Ito M, Velicescu M, **Felix JC**, Dubeau L: Establishment of long-term in vitro cultures of human ovarian cystadenomas and LMP tumors and examination of their spectrum of expression of matrix-degrading proteinases. Gynecol Oncol 1997 Dec;67(3):277-84.

32. Zheng W, Luo MP, Welt C, Lambert-Messerlian G, Sung CJ, Zhang Z, Ying SY, Schneyer AL, Lauchlan SC, **Felix JC**: Imbalanced expression of inhibin and activin subunits in primary epithelial ovarian cancer. Gynecol Oncol 1998 Apr;69(1):23-31.

33. Roman LD, **Felix JC**, Muderspach LI, Varkey T, Burnett AF, Qian D, Morrow CP: Influence of quantity of lymph-vascular space invasion on the risk of nodal metastases in women with early-stage squamous cancer of the cervix. Gynecol Oncol 1998 Mar;68(3):220-5.

34. Moyer DL, **Felix JC**: The effects of progesterone and progestins on endometrial proliferation. Contraception 1998 Jun;57(6):399-403.

35. Zheng W, Khurana R, Farahmand S, Wang Y, Zhang ZF, **Felix JC**: p53 immunostaining as a significant adjunct diagnostic method for uterine surface carcinoma: precursor of uterine papillary serous carcinoma. Am J Surg Pathol 1998 Dec;22(12):1463-73.

36. McCluskey LL, Chen C, Delgadillo E, **Felix JC**, Muderspach LI, Dubeau L: Differences in p16 gene methylation and expression in benign and malignant ovarian tumors. Gynecol Oncol 199 Jan;72(1):87-92.

37. Wen WH, Reles A, Runnebaum IB, Sullivan-Halley J, Bernstein L, Jones LA, **Felix JC**, Kreienberg R, el-Naggar A, Press MF: p53 mutations and expression in ovarian cancers: correlation with overall survival. Int J Gynecol Pathol 1999 Jan;18(1):29-41,

38. Duggan BD, **Felix JC**, Muderspach LI, Gebhart JA, Groshen S, Morrow CP, Roman LD: Cold-knife conization versus conization by the loop electrosurgical excision procedure: a randomized, prospective study. Am J Obstet Gynecol 1999 Feb;180(2 Pt 1):276-82.

39. Amezcua CA, Zheng W, Muderspach LI, **Felix JC**: Down-regulation of bcl-2 is a potential marker of the efficacy of progestin therapy in the treatment of the endometrial hyperplasia. Gynecol Oncol 1999 Apr;73(1):126-36.

40. Paler RJ, **Felix JC**: Desmin, myoglobin and muscle-specific actin immunohistochemical staining in a case of embryonal rhabdomyosarcoma of the ovary. Appl Immunohistochem Molecular Morphol 1992 Sep;7(3):237-41.

41. Wen WH, Reles A, Ingo B, Sullivan-Halley J, Bernstein L, Jones LA, **Felix JC**, Kreienberg R, el-Naggar A, Press MF: p53 mutations and expression in ovarian cancers: correlation with overall survival. Int J Gynecol Pathol 1999 Jan;18(1):29-41.

42. Holschneider CH, **Felix JC**, Satmary W, Johnson MT, Sandweiss LM, Montz FJ: A single-visit cervical carcinoma prevention program offered at an inner city church. A pilot project. Cancer 1999 Dec 15;86(12):2659-67.

43. Rodgers K, Xiong S, **Felix JC**, Roda N, Espinoza T, Maldonado S, Dizerega G: Development of angiotensin (1-7) as an agent to accelerate dermal repair. Wound Repair Regen 2001 May-June;9(3):238-47.

44. Zheng W, Lu JJ, Luo F, Zheng Y, Feng Y, **Felix, JC**., Lauchlan SC., Pike MC: Ovarian epithelial tumor growth promotion by follicle-stimulating hormone and inhibition of the effect by luteinizing hormone. Gynecol Oncol 2000 Jan;76(1):80-8.

45. Paler RJ, Simpson DR, Kaye AM, Gunn S, **Felix JC**: The relationship of inflammation in the papanicolaou smear to chlamydia trachomatis infection in a high-risk population. Contraception 2000 Mar;61(3):231-4.

46. Amezcua CA, Lu JJ, **Felix JC**, Stanczyk FZ, Zheng W: Apoptosis may be an early event of progestin therapy for endometrial hyperplasia. Gynecol Oncol 2000 Nov;79(2):169-76.

Juan C. Felix, M.D.                                     Curriculum Vitae
USC Department of Pathology                              Page 16 of 23

47. Kurman RJ, **Felix, JC**, Archer DF, Nanavati, N, Arce, J, Moyer DL:  Norethindrone acetate and estradiol-induced endometrial hyperplasia. Obstet Gynecol 2000 Sep;96(3): 373-9.

48. Formenti S, **Felix JC**, Salonga D, Danenberg K, Pike MC, Danenberg P:  Expression of metastases-associated genes in cervical cancers resected in the proliferative and secretory phases of the menstrual cycle.  Clin Cancer Res 2000 Dec;6:4653-57.

49. Amezcua CA, Bahador A, Naidu YM, **Felix JC**:  Expression of human telomerase reverse transcriptase, the catalytic subunit of telomerase, is associated with the development of persistent disease in complete hydatidiform moles.  Am J Obstet Gynecol 2001 Jun;184(7):1441-6.

50. Moyer DL, **Felix JC**, Kurman RJ, Cuffie CA:  Micronized progesterone regulation of the endometrial glandular cycling pool.  Int J of Gynecol Pathol 2001 Oct;20(4):374-9.

51. Olvera M, Harris S, Amezcua CA, McCourty A, Rezk S, Koo C, **Felix JC**, Brynes RK:  Immunohistochemical expression of cell cycle proteins E2F-1, Cdk-2, Cyclin E, P27 (kip1), and Ki-67 in normal placenta and gestational trophoblastic disease.  Mod Pathol 2001 Oct;14(1):1036-42.

52. Cozen W, Peters R, Reichardt JK, Ng W, **Felix JC**, Wan P, Pike MC:  Galactose-1-phosphate uridyl transferase (GALT) genotype and phenotype, galactose consumption, and the risk of borderline and invasive ovarian cancer (United States).  Cancer Causes Control 2002 Mar;13(2):113-20.

53. Goharkhay N, Wing DA, Pan V, McCausland V, Hanna M, Naidu YM, **Felix JC:**  The expression of EP3-6 and inducible nitric oxide synthase messenger RNA are correlated in pregnant and misoprostol-treated but not in nongravid or menopausal myometrium.  Am J Obstet Gynecol 2002 Jun;186(6):1202-6.

54. **Felix JC**, Lonky NM, Tamura K, Yu KJ, Naidu Y, Lai CR, Lonky SA:  Aberrant expression of E-cadherin in cervical intraepithelial neoplasia correlates with a false-negative Papanicolaou smear.  Am J Obstet Gynecol 2002 Jun;186(6):1308-14.

55. Tourgeman DE, Lu JT, Boostanfar R, Amezcua C, **Felix JC**, Paulson RJ:  Human chorionic gonadotropin suppresses ovarian epithelial neoplastic cell proliferation in vitro. Fertil Steril 2002 Nov;78(5):1096-9.

56. Monk BJ, Cogan M, **Felix JC**, Lonky NM, Bentz JS, Marshall CJ, Cestero RM, Rowe LR, Lonky SA:  A stiff bristled, spiral-shaped ectocervical brush: a device for transepithelial tissue biopsy.  Am J Obstet Gynecol 2002 Dec;100(6):1276-84.

57. Hindle WH, Arias RD, **Felix JC**, Sueda A:  Breast cancer: adaptation of fine-needle aspiration to office practice.  Clin Obstet Gynecol 2002 Sep;45(3):761-6.

58. Nouriani M, **Felix JC**, Dubeau L:  Histogenesis and histopathological characteristic of Sertoli-Leydig cell tumors.  CME J Gynecol Oncol 2002;7:114-20.

59. **Felix JC**, Amezcua C:  In vitro adjuncts to the pap smear. Obstet Gynecol Clin North Am 2002 Dec;29(4):685-99.

60. Boostanfar R, Amezcua CA, Tourgeman DE, Roy S, **Felix JC**, Stanczyk FZ:  Growth effects of raloxifene, estradiol, medroxy-progesterone acetate, and progesterone on human endometrial adenocarcinoma cells.  Fertil Steril 2003 Jan;79(1):223-5.

61. Lonky NM, **Felix JC**, Naidu YM, Wolde-Tsadik G:  Triage of atypical squamous cells of undetermined significance with hybrid capture II: colposcopy and histologic human papillomavirus correlation. Obstet Gynecol 2003 Mar;101(3):481-9.

62. Rodgers KE, Espinoza T, **Felix JC**, Roda N, Maldonado S, diZerega G:  Acceleration of healing, reduction of fibrotic scar, and normalization of tissue architecture by an angiotensin analogue, NorLeu3-A(1-7). Plast Reconstr Surg 2003 Mar;111(3):1195-206.

63. **Felix JC**:  The science behind the effectiveness of in vivo screening.  Am J Obstet Gynecol 2003 Mar;188(3 Suppl):S8-12.

64. Wing DA, Goharkhay N, Hanna M, Naidu YM, Kovacs BW, **Felix JC**:  EP3-2 receptor mRNA expression is reduced and EP3-6 receptor mRNA expression is increased in gravid human myometrium.  J Soc Gynecol Investg 2003 Apr;10(3)124-9.

65. Pan VL, Goharkay N, **Felix JC**, Wing DA:  FGL2 prothrombinase messenger RNA expression in gravid and nongravid human myometrium.  Am J Obstet Gynecol 2003 Apr;188(4):1057-62.

66. Wang L, **Felix JC**, Lee JL, Tan PY, Tourgeman DE, O'Meara AT, Amezcua CA:  The proto-oncogene c-kit is expressed in leiomyosarcomas of the uterus.  Gynecol Oncol 2003 Aug;90(2):402-6.

67. Jain JK, Nicosia AF, Nucatola DL, Lu JJ, Kuo J, **Felix JC**:  Mifepristone for the prevention of breakthough bleeding in new starters of depomedroxyprogesterone acetate. Steroids 2003 Nov;68(10-13):115-9.

68. Rodgers KE, Roda N, **Felix JC**, Espinoza T, Maldonado S, diZerega G:  Histological evaluation of the effects of angiotensin peptides on wound repair in diabetic mice. Exp Dermatol 2003 Dec;12(6):784-90.

69. Padilla-Paz LA, Carlson J, Twiggs LB, Lonky N, Crum CP, **Felix J**, Hunter V, Krumholz B, Massad LS, Benedet JL. Evidence supporting the current management guidelines for high-grade squamous intraepithelial lesion cytology. J Low Genit Tract Dis. 2004 Apr;8(2):139-46.

Juan C. Felix, M.D.                                                    Curriculum Vitae
USC Department of Pathology                                           Page 18 of 23

70. Lentz SE, Muderspach LI, **Felix JC**, Ye W, Groshen S, Amezcua CA: Identification of micrometastases in hiostologically negative lymph nodes of early-stage cervical cancer patients. Obstet Gynecol 2004 Jun;103(6):1204-10.

71. Lonky NM, **Felix JC**, Tsadik GW, Lonky S: False-negative hybrid capture II results related to altered adhesion molecule distribution in women with atypical squamous cells pap smear results and tissue-based human papillomavirus-positive high-grade cervical intraepithelial neoplasia. J Low Genit Tract Dis 2004 Oct;8(4):285-91.

72. Amezcua CA, Begley SJ, Mata N, **Felix JC**, Ballard CA: Aggressive angiomyxoma of the female genital tract: a clinicopathologic and immunohistochemical study of 12 cases. Int J Gynecol Cancer 2005 Jan-Feb;15(1):140-5.

73. Jain JK, Li A, Minoo P, Nucatola DL, **Felix JC**: The effect of nonoxynol-9 on human endometrium. Contraception 2005 Feb;71(2):137-42.

74. Li A, **Felix JC**, Hao J, Minoo P, Jain JK: Menstrual-like breakdown and apoptosis in human endometrial explants. Hum Reprod 2005 Jun;20(6):1709-19.

75. Li A, **Felix JC**, Minoo P, Amezcua CA, Jain JK: Effect of mifepristone on proliferation and apoptosis of Ishikawa endometrial adenocarcinoma cells. Fertil Steril 2005 Jul;84(1):202-11.

76. Jain JK, Li A, Nucatola DI, Minoo P, **Felix JC**: Nonoxynol-9 induces apoptosis of endometrial explants by both caspase-dependent and –independent apoptotic pathways. Biol Reprod 2005 Aug;73(2):382-8.

77. Jain JK, Li A, Yan W. Minoo P, **Felix JC**: Effects of mifepristone on proliferation and apoptosis of human endometrium in new users of medroxyprogesterone acetate. Hum Reprod 2006 Mar;21(3):798-809.

78. Cremer M, Jamishidi RM, Muderspach L, Tsao-Wei D., **Felix JC**, Blumenthal PD: Digital camera assessment for detection of cervical intraepithelial neoplasia in rural El Salvador. Int J Gynaecol Obstet 2005 Oct;91(1):42-6.

79. Chernofsky MR, **Felix JC**, Muderspach LI, Morrow CP, Ye W, Groshen SG, Roman LD: Influence of quantity of lymph vascular space invasion on time to recurrence in women with early-stage squamous cancer of the cervix. Gynecol Oncol 2006 Feb;100(2):288-93.

80. Eisenkop SM, Spirtos NM, Lin WM, **Felix JC**: Laparoscopic modified radical hysterectomy: a strategy for clinical dilemma. Gynecol Oncol 2005 Feb;96(2):484-9.

81. Kobak W, Lu J, Hardart A, Zhang C, Stanczyk FZ, **Felix JC**: Expression of lysyl oxidase and transforming growth factor beta2 in women with severe pelvic organ prolapsed. J Reprod Med 2005 Nov: 50(11):827-31.

Juan C. Felix, M.D.                                          Curriculum Vitae
USC Department of Pathology                                    Page 19 of 23

82. Wing DA, Goharkhay N, **Felix JC**, Rostamkhani M, Naidu YM, Kovaks BW: Expression of the oxytocin and V1a vasopressin receptors in human myometrium in differing physiologic states and following misoprostol administration. Gynecol Obstet Invest 2006;62(4):181-5. Epub 2006 May 29.

83. Amezcua CA, MacDonald HR, Lum CA, Yi W, Muderspach LI, Roman LD, **Felix JC:** Endometrial cancer patients have a significant risk of harboring isolated tumor cells in histologically negative lymph nodes. Int J Gynecol Cancer 2006 May-Jun;16(3):1336-41.

84. Steiner AZ, Xiang M, Mack WJ, Shoupe D, **Felix JC**. Lobo RA, Hodis HN: Unopposed estradiol therapy in postmenopausal women: results from two randomized trials. Obstet Gynecol 2007 Mar; 109 (3):581-7.

85. White T, **Felix JC**: Pelvic actinomycosis with retained intrauterine fetal bone: a case report. J Reprod Med 2007 Mar; 52(3):220-2.

86. Minaglia S, Terbell H, **Felix JC**, Ballard CA: Polypoid cystitis resulting from ovarian abscess. Int Urogynecol J Pelvic Floor Dysfunct 2007 May;18(5):579-82.

87. Li A, **Felix JC**, Yang W, Xiong DW, Minoo P, Jain JK: Effect of mifepristone on endometrial matrix metalloproteinase expression and leukocyte abundance in new medroxyprogesterone acetate users. Contraception 2007 Jul;76(1):57-65.

88. Roman LD, Wilczynski S, Muderspach LI, Burnett AF, O'Meara A, Brinkman JA, Kast WM, Facio G, **Felix JC**, Aldana M, Weber JS: A phase II study of Hsp-7 (SGN-00101) in women with high-grade cervical intraepithelial neoplasia. Gynecol Oncol 2007 Sep; 106(3):558-66.

89. Goharkay N, Lu J, **Felix JC**, Wind DA: Expression of calcitonin gene-related peptide-receptor component protein (CGRP-RCP) in human myometrium in differing physiological states and following misoprosotol administration. Am J Perinatol 2007 Sep;24(8):497-500.

90. Archer DF, Hendrix S, Ferenczy A, **Felix JC**, Gallagher JC, Rymer J, Skouby SO, den Hollander W, Stathopoulos V, Helmond FA: THEBES Study Group. Tibolone histology of the endometrium and breast endpoints study: design of the trial and endometrial histology at baseline in postmenopausal women. Fertil Steril 2007 Oct;88(4):866-78.

91. Jain, JK, Li A, Yang W, Minoo P, **Felix JC**: Mifepristone alters expression of endometrial steroid receptors and their cofactors in new users of medroxyprogesterone acetate. Fertil Steril 2007 Jan;87(1):8-23.

92. Li A, **Felix JC**, Yang W, Jain JK. Effect of mifepristone on the expression of endometrial secretory leukocyte protease inhibitor in new medroxyprogesterone acetate users. Fertil Steril 2008 Sep;90(3):872-5.

Juan C. Felix, M.D.
USC Department of Pathology

93. Klutke J, Ji Q, Campeau J, Starcher B, **Felix JC**, Stanczyk FZ, Klutke C:  Decreased endopelvic fascia elastin content in uterine prolapse.  Acta Obstet Gynecol Scand 2008; 87(1): 111-5.

94. Gupta P, Ozel B, Stanczyk FZ, **Felix JC**, Mishell DR:  The effect of transdermal and vaginal estrogen therapy on markers of postmenopausal estrogen status.  Menopause 2008  Jan-Feb;15(1):94-7.

95. Davis-Dao CA, Cremer M, **Felix J**, Cortessis VK:  Effect of cervicitis on visual inspection with acetic acid.  J Low Genit Tract Dis 2008 Oct;12(4):282-6.

96. Lee RH, Goodwin TM, Yang W, Li A, Wilson ML, Mullin PM, **Felix JC**:  Quantitative detection of EP3-II, III and VI messenger RNA in gravid and non-gravid human myometrium using real-time RT-PCR. J Matern Fetal Neonatal Med 2009 Jan; 22(1):59-64.

97. Li A, Lee RH, **Felix JC**, Minoo P, Goodwin TM:  Alteration of secretory leukocyte protease inhibitor in human myometrium during labor.  Am J Obstet Gynecol 2009 Mar;200(3):311.

98. Cremer ML, Conlisk E, **Felix JC**:  HPV screening for cervical cancer in rural India.  N Engl J Med 2009 Jul 16;361(3):305.

99. Cremer ML, Peralta EI, Dheming SG, Jimenez ME, Davis-Dao CA, Alonso TA, Blumenthal PD, **Felix JC**:  Digital assessment of the reproductive tract versus colposcopy for directing biopsies in women with abnormal Pap smears. J Low Genit Tract Dis 2010 Jan;14(1):5-10.

100. Cremer ML, Alonzo TA, Alspach AE, Shulman IA, Cernosek S, Tsai S, Kalichanda N, **Felix JC**:  Diagnostic reproducibility of cervical intraepithelial neoplasia 3 and atrophy in menopausal women on hematoxylin and eosin, Ki-67, and p16 stained slides.  J Low Genit Tract Dis 2010 Apr;14 (2):108-12.

101. Lonky NM, Mahdavi A, Wolde-Tsdaik G, Bajamundi K, **Felix JC**:  Evaluation of the clinical performance of  high-risk human papillomavirus testing for primary screening: a retrospective review of the Southern California Permanente Medical Group experience. J Low Genit Tract Dis 2010 Jul;14(3):200-5.

102. Patel S, Li A, Goodwin TM, Brower M, Blitz M, Minoo P, **Felix JC**, Lee RH:  Effect of 17-alpha hydroxyprogesterone caproate on the production of tumor necrosis factor-alpha And the expression of cyclooxygenase-2 in lipopolysaccaride-treated gravid human myometrial explants.  J Perinatol 2010 Sep;30(9):584-9.

Juan C. Felix, M.D.
USC Department of Pathology

Curriculum Vitae
Page 21 of 23

103. Noe' G, Sitruk-Ware R, Zegers-Hochschild F, Variano B, Montero JC, Arriagada P, Li A, Stanczyk FZ, **Felix JC**, Mishell DR, Croxatto HB:  Endometrial effect of Progesterone delivered by vaginal rings in estrogen-treated postmenopausal women. Climacteric 2010 Oct;13(5):433-41.

104. Reynolds EA, Tierney K, Keeney GL, **Felix JC**, Weaver AL, Roman LD, Cliby WA: Analysis of outcomes of microinvasive adenocarcinoma of the uterine cervix by treatment type.  Obstet Gynecol 2010 Nov;116(5):1150-7.  Review.

105. Lewis RA, Taylor D, Natavio MF, Melamed A, **Felix JC**, Mishel D Jr:  Effects of the Levonorgestrel-releasing intrauterine system on cervical mucus quality and sperm penetrability.  Contraception 2010 Dec;82(6):491-6).

106. Nelken RS, Ozel BZ, Leegant AR, **Felix JC**, Mishell DR:  Randomized trial of estradiol Vaginal ring versus oral oxybutynin for the treatment of overactive bladder.  Menopause 2011 Sep;18(9):962-6.

107. Natavio ME, Taylor D, Lewis RA, Blumenthal P, **Felix JC**, Melamed A, Gentzschein E, Stanczyk FZ, Mishell DR Jr:  Temporal changes in cervical mucus after insertion of the Levonorgestrel-releasing intrauterine system.  Contraception 2012 Oct 31. Pii:S001 7824(12)00888-8. Doi: 10.1016/j. contraception 2012.09.034 [Epub ahead of print].

108. Srivastava SA, Wang Y, Vallone J, **Felix JC**:  Primary clear cell carcinoid tumors of the vulva.  Am J Surg Pathol 2012, Sep;36(9):1371-5.

109. Winter M, Cestero RM, Burg A, **Felix JC**, Han C, Raffo AM, Vasilev S:  Fabric-based exocervical and endocervical biopsy in comparison with punch biopsy and sharp curettage.  J Low Genit Tract Dis 2012 Apr;16(2):80-7.

110. Li A, Chan B, **Felix JC**, Xing Y, Li M, Brody SL, Borok Z, Li C, Minoo P. Tissu dependent consequences of Apc inactivation on proliferation and differentiation of ciliated cell progenitors via Wnt and notch signaling. PLoS One. 2013 Apr 30;8(4):e62215

111. Chandavarkar U, Kuperman JM, Muderspach LI, Opper N, **Felix JC**, Roman L. Endometrial echo complex thickness in postmenopausal endometrial cancer. Gynecol Oncol. 2013 Oct;131(1):109-12.

112. Quaas AM, Kono N, Mack WJ, Hodis HN, **Felix JC**, Paulson RJ, Shoupe D. Effect of isoflavone soy protein supplementation on endometrial thickness, hyperplasia, and endometrial cancer risk in postmenopausal women: a randomized controlled trial. Menopause. 2013 Aug;20(8):840-4

113. Guo J, Cremer M, Maza M, Alfaro K, **Felix JC**: Evaluation of a Low-Cost Liquid-Based Pap Test in Rural El Salvador: A Split-Sample Study. J Low Genit Tract Dis. 2014 Apr;18(2):151-5.

114. Diedrich JT, **Felix JC**, Lonky NM. Do Colposcopically Directed Biopsies and Endocervical Curettage Serve to Induce Regression of Cervical Intraepithelial Neoplasia? J Low Genit Tract Dis 2014 Oct;18 (4):322-5.

115. Tierney KE, Lin PS, Amezcua C, Matsuo K, Ye W, **Felix JC**, Roman LD. Cervical conization of adenocarcinoma in situ: a predicting model of residual disease. Am J Obstet Gynecol. 2014 Apr;210(4):366.e1-5.

116. Blue NR, **Felix JC**, Jaque J. Primary ovarian leiomyoma in a premenarchal adolescent: first reported case. J Pediatr Adolesc Gynecol. 2014 Aug;27(4):e87-8.

117. Patel S, Pinheiro M, **Felix JC**, Opper N, Ouzounian JG, Lee RH. A case-control review of placentas from patients with intrahepatic cholestasis of pregnancy. Fetal Pediatr Pathol. 2014 Aug;33(4):210-5.

118. Rosenbaum AJ, Gage JC, Alfaro KM, Ditzian LR, Maza M, Scarinci IC, **Felix JC**, Castle PE, Villalta S, Miranda E, Cremer ML. Acceptability of self-collected versus provider-collected sampling for HPV DNA testing among women in rural El Salvador. Int J Gynaecol Obstet. 2014 Aug;126(2):156-60.

119. Medeiros F, **Felix JC**. Intraoperative frozen section consultation in gynecologic pathology. Methods Mol Biol. 2014;1180:209-20. doi: 10.1007/978-1-4939-1050-2_11.

120. Diedrich JT, **Felix JC**, Lonky NM. Contribution of Exocervical Biopsy, Endocervical Curettage, and Colposcopic Grading in Diagnosing High-Grade Cervical Intraepithelial Neoplasia.  J Low Genit Tract Dis. 2014 Jan 28.

## BOOK CHAPTERS

1. Neutrophil Function in Burn Patients: **Felix JC** and Davis JM. In: Advances in Host Defense Mechanisms.  Ed. JI Gallin, A.S. Fauci, Vol 6 Host Defenses in Trauma and Surgery, Guest Ed. JM Davis, GT Shires, Raven Press, New York, 1986.

2. Gynecologic and Testicular Neoplasms:  **Felix JC**, Sherrod AE and Taylor CR:  In: Immunomicroscopy: A Diagnostic Tool for the Surgical Pathologist, Ed.  Taylor CR and Cote RC, Second Edition, W.B. Saunders Co., 1994.

3. Fine-needle aspiration cytology of the breast: Florentine B and **Felix JC**.  In: Breast care, Ed. Hindle WH, Springer-Verlag, New York, 1998.

Juan C. Felix, M.D.
USC Department of Pathology

Curriculum Vitae
Page 23 of 23

4. Pathology of the female breast: **Felix JC**. In: Breast care, Ed. Hindle WH, Springer-Verlag, New York, 1998.

5. Therapeutics-cancer of the endometrium, ovary, and cervix: **Felix JC**, Kurman RJ. In: Estrogens and progestogens in Clinical Practice, Eds. Fraser IS, Jansen R, Lobo RA, Whitehead M, First Edition, Churchill Livingstone, London, 1998.

6. The Papanicolaou Smear: Liquid-Based, Thin-Layer Cytology: **Felix JC**. In: Colposcopy Principles and Practice: An Integrated Textbook and Atlas, Eds. Apgar BS, Brotzman GL, Spitzer M, W.B. Saunders Co. New York, 2002.

7. Vulva and Vagina: Burks RT, **Felix JC**, In: Modern Surgical Pathology, Female Reproductive System. Weidner N, Cote RC, Suster S, Weiss LM. Saunders Co. PA, 2003.

8. Cervix: Wright TC, **Felix JC**, In: Modern Surgical Pathology, Female Reproductive System. Weidner N, Cote RC, Suster S, Weiss LM Saunders Co. PA, 2003.