# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Adams, Joan | 2:12cv01203 |
| Amsden, Donna (MDL - 200 - Stayed) | 2:12cv00960 |
| Atemnkeng, Natasha & Peter (MDL - 200 - Dismissed) | 2:12cv00923 |
| Babcock, Marty | 2:12cv01052 |
| Ballard, Ramona & Larry (MDL - 200 - Stayed) | 2:12cv00854 |
| Banks, Marie | 2:12cv01318 |
| Barker, Daphne & Gary | 2:12cv00899 |
| Barr, Julie A. & Michael M. (MDL - 200 - Dismissed from Wave) | 2:12cv00821 |
| Barton, Kathy (MDL - 200 - Dismissed from Wave) | 2:12cv00351 |
| Baugher, Dorothy | 2:12cv01053 |
| Beach, Harriet | 2:12cv00476 |
| Bellito-Stanford, Michele & Rodney (MDL - 200 - Stayed) | 2:12cv01124 |
| Bennett, Dina Sanders | 2:12cv00497 |
| Bertoni, Helen M. & Richard Edward (MDL - 200 - Dismissed from Wave) | 2:12cv01279 |
| Blake, Bonnie & Larry Miketey | 2:12cv00995 |
| Boggs, Sharon & Michael | 2:12cv00368 |
| Bollinger, Karen (MDL - 200 - Stayed) | 2:12cv01215 |
| Bridges, Barbara Jane & Keith | 2:12cv00757 |
| Bridges, Robin | 2:12cv00651 |
| Brown, Helen M. & Robert E. Ruttkay (MDL - 200 Dismissed from Wave) | 2:12cv00341 |
| Bruhn, Judith & James (MDL - 200 - Stayed) | 2:12cv00888 |
| Burkhart, Denise | 2:12cv01023 |
| Burnham, Kimberly T. (MDL - 200 - Stayed) | 2:12cv00769 |
| Byrd, Myra & Richard | 2:12cv00748 |
| Carpenter, Sharon & Gardner (MDL - 200 - Stayed) | 2:12cv00554 |

| Case Name | Case Number |
|---|---|
| Chandlee, Andrea Carol & Mark Thomas, Sr. (MDL - 200 - Dismissed from Wave) | 2:12cv00495 |
| Clayton, Melissa & Charles | 2:12cv00489 |
| Cole, Carey Beth & David | 2:12cv00483 |
| Coleman, Angela & Timothy | 2:12cv01267 |
| Collins, Fran Denise | 2:12cv00931 |
| Colonna, Janice (MDL - 200 - Stayed) | 2:12cv01274 |
| Cone, Mary F. | 2:12cv00261 |
| Conti, Patricia | 2:12cv00516 |
| Cortez, Frances & Herman (MDL - 200 - Dismissed from Wave) | 2:12cv00594 |
| Costello, Rene (MDL - 200 - Dismissed) | 2:12cv01293 |
| Cyrus, Sandra (MDL - 200 - Stayed) | 2:12cv01283 |
| Daino, Constance & Anthony C | 2:12cv01145 |
| Daniell, Karen & Thomas (MDL - 200 - Dismissed from Wave) | 2:12cv00736 |
| De La Torre, Raquel & Ernesto (MDL - 200 - Dismissed from Wave) | 2:12cv00751 |
| Deleon, Amanda & Raymond | 2:12cv00358 |
| Destefano-Raston, Dina & Terry | 2:12cv01299 |
| Dimock, Carol Jean | 2:12cv00401 |
| Dixon, Dennis W., as substituted plaintiff & representative for the estate of Virginia M. Dixon, deceased | 2:12cv01081 |
| Doyle, Carolyn Sue (MDL - 200 - Dismissed from Wave) | 2:12cv00555 |
| Drake, Karyn E. & Douglas E. | 2:12cv00747 |
| Duncan, Rebecca (MDL - 200 - Dismissed from Wave) | 2:12cv01277 |

| Case Name | Case Number |
|---|---|
| Durham, Lois & Gerald | 2:12cv00760 |
| Essman, Joy & Kevin (MDL - 200 - Stayed) | 2:12cv00277 |
| Evans, Ida DeAnne | 2:12cv01225 |
| Feidler, Nancy & Kenneth (MDL - 200 - Dismissed from Wave) | 2:12cv00540 |
| Fisk, Paula | 2:12cv00848 |
| Floyd, Judith G. (MDL - 200 - Dismissed from Wave) | 2:12cv01284 |
| Forester, Karen & Joel | 2:12cv00486 |
| Fox, Sherry & Roy, Jr. | 2:12cv00878 |
| Free, Pamela | 2:12cv00423 |
| Freeman, Shirley & William | 2:12cv00490 |
| Freitas, Monica & Kenneth | 2:12cv01146 |
| Frye, Jackie | 2:12cv01004 |
| Fuller, Ann Louise Rupple & Robert Dean (MDL - 200 - Dismissed from Wave) | 2:12cv00539 |
| Funderburke, Betty | 2:12cv00957 |
| Garnett, Quillan R. & Thomas W. (MDL - 200 - Dismissed from Wave) | 2:12cv00286 |
| Garnto, Kimberly (MDL - 200 - Dismissed) | 2:12cv00766 |
| Georgilakis, Teresa & Angelo | 2:12cv00829 |
| Gomez, Rose & Jesus | 2:12cv00344 |
| Gonzales, Amelia R. & Ernest B. (MDL - 200 - Dismissed from Wave) | 2:12cv00468 |
| Grabowski, Louise | 2:12cv00683 |
| Greene, Betty A. (MDL - 200 - Dismissed from Wave) | 2:12cv00961 |
| Gregory, Terrie S. & Ralph R., Jr. (MDL - 200 - Dismissed to Wave) | 2:12cv00380 |
| Guinn, Susan | 2:12cv01121 |
| Gunter, Dorothy S. & Billy Ray (MDL - 200 - Dismissed from Wave) | 2:12cv00863 |
| Gwinn, Marcia & Joseph (MDL - 200 - Dismissed) | 2:12cv01018 |
| Hagans, Wendy | 2:12cv00783 |

| Case Name | Case Number |
|---|---|
| Hankins, Dawna | 2:12cv00369 |
| Hankins, Donna & Roger | 2:12cv01011 |
| Hargrove, Charlotte (MDL - 200 - Dismissed) | 2:12cv00352 |
| Harter, Beth & Stuart | 2:12cv00737 |
| Hayes, Susan C. & Leonard (MDL - 200 - Dismissed) | 2:12cv00381 |
| Hendrix, Mary & Thomas | 2:12cv00595 |
| Herrera-Nevarez, Rocio | 2:12cv01294 |
| Hill, Barbara A. & Billy W. (MDL - 200 - Stayed) | 2:12cv00806 |
| Holland, Amy & Brent (MDL - 200 - Dismissed from Wave) | 2:12cv00256 |
| Holmes, Jeanie & Michael | 2:12cv01206 |
| Holzerland, Mary & Darin | 2:12cv00875 |
| Hooper, Nancy & Daniel | 2:12cv00493 |
| Hoy, Lois & Robert | 2:12cv00876 |
| Irwin, Kathryn Grace & Arthur Vincent (MDL - 200 - Dismissed from Wave) | 2:12cv01304 |
| Jackson, Doris Chappell (Wave 2) | 2:12cv00265 |
| Johnson, Myndal | 2:12cv00498 |
| Johnson, Wilma | 2:11cv00809 |
| Jones, Holly & Jason | 2:12cv00443 |
| Jones, Janet (MDL - 200 - Stayed) | 2:12cv00762 |
| Joplin, Deborah Lynn | 2:12cv00787 |
| Justus, Joyce | 2:12cv00956 |
| Kaiser, Barbara & Anton | 2:12cv00887 |
| Kilday, Mary Luellen & Tom Lawrence (MDL - 200 - Dismissed from Wave) | 2:12cv00387 |
| Kirkpatrick, Margaret | 2:12cv00746 |
| Kivel, Beverly | 2:12cv00591 |
| Kriz, Paula & James | 2:12cv00938 |
| Kropf, Diane & Joseph (MDL - 200 - Stayed) | 2:12cv01202 |
| Labadie, Sandra & Christian (MDL - 200 - Dismissed) | 2:12cv00768 |
| Laffoon, Danni | 2:12cv00485 |
| Lager, Kimberly Diane (MDL - 200 - Dismissed from Wave) | 2:12cv01305 |

| Case Name | Case Number |
|---|---|
| Landes, Saundra & Charles (MDL - 200 - Dismissed) | 2:12cv01262 |
| Lankston, Cheryl | 2:12cv00755 |
| Lee, Alfreda & James | 2:12cv01013 |
| Lehman, JoAnn | 2:12cv00517 |
| Long, Heather | 2:12cv01275 |
| Loustaunau, Donna & Leon | 2:12cv00666 |
| Lozano, Deborah & Felipe | 2:12cv00347 |
| Massey, Donna & Charles | 2:12cv00880 |
| Massicot, Barbara (MDL - 200 - Stayed) | 2:12cv00856 |
| Matott, Diane & Robert (MDL - 200 - Stayed) | 2:12cv00759 |
| McBrayer, Dee & Timothy | 2:12cv00779 |
| Minniefield, Harmony (MDL - 200 - Stayed) | 2:12cv00772 |
| Miracle, Charlene (MDL - 200 - Stayed) | 2:12cv00510 |
| Moreland, Sonya & James (MDL - 200 - Dismissed from Wave) | 2:12cv00496 |
| Morrison, Angela & Bradley | 2:12cv00800 |
| Morrow, Tina & Kenneth (Wave 2) | 2:12cv00378 |
| Newman, Martha & Stuart (MDL - 200 - Dismissed) | 2:12cv00506 |
| Nix, Cynthia | 2:12cv01278 |
| Nix, Mae Lela Wyatt & Donald P. (MDL - 200 - Dismissed) | 2:12cv00828 |
| Nolan, Edith (MDL - 200 - Stayed) | 2:12cv00864 |
| Oehring, Rebecca & Charles (MDL - 200 - Dismissed) | 2:12cv00767 |
| Olmstead, Ruby (MDL - 200 - Dismissed) | 2:12cv00859 |
| Olson, Mary Jane & Daniel | 2:12cv00470 |
| Padilla, Noemi & Cesar | 2:12cv00567 |
| Pangborn, Stacey (MDL - 200 - Stayed) | 2:12cv01198 |
| Parrilla, Marsha R. (MDL - 200 - Dismissed) | 2:12cv00830 |
| Patterson, Miranda | 2:12cv00481 |

| Case Name | Case Number |
|---|---|
| Patterson, Tina & Keith (MDL - 200 - Stayed) | 2:12cv00773 |
| Pelton, Shirley (MDL - 200 - Dismissed from Wave) | 2:12cv00860 |
| Phelps, Patti Ann & James | 2:12cv01171 |
| Pilgreen, Donna T. & James W. (MDL - 200 - Dismissed) | 2:12cv00504 |
| Powell, Patricia O. (MDL - 200 - Dismissed from Wave) | 2:12cv00609 |
| Pratt, Rebecca | 2:12cv01273 |
| Quijano, Maria Eugenia | 2:12cv00799 |
| Raines, Alma P. & Robert E. (MDL - 200 - Dismissed from Wave) | 2:12cv00846 |
| Reyes, Jennifer & Jerry | 2:12cv00939 |
| Rhynehart, Penny | 2:12cv01119 |
| Riddell, Brenda & James (MDL - 200 - Stayed) | 2:12cv00547 |
| Ridgley, Melissa & Eric | 2:12cv01311 |
| Rock, Victoria (MDL - 200 - Stayed) | 2:12cv00867 |
| Ruebel, Ana | 2:12cv00663 |
| Ruiz, Patricia | 2:12cv01021 |
| Ryan, Linda B. (MDL - 200 - Dismissed from Wave) | 2:12cv00322 |
| Sacchetti, Denise | 2:12cv01148 |
| Saurino, Penelope Ann & Dan Richard (MDL - 200 - Dismissed from Wave) | 2:12cv00494 |
| Schachtman, Rhoda (MDL - 200 - Dismissed from Wave) | 2:12cv00548 |
| Schnering, Debra A. & Donald, Sr. | 2:12cv01071 |
| Scholl, Sheri & Gary | 2:12cv00738 |
| Schultz, Donnelle & James (MDL - 200 - Dismissed) | 2:12cv00784 |
| Shepherd, Donna | 2:12cv00967 |
| Shively, Teri Key & Johnny | 2:12cv00379 |
| Shultis, Stacy & Kevin | 2:12cv00654 |
| Sikes, Jennifer & David | 2:12cv00501 |
| Simpson, Mary Jean & Greg Allen (MDL - 200 - Dismissed from Wave) | 2:12cv01285 |

| Case Name | Case Number |
|---|---|
| Smith, Carrie | 2:12cv00258 |
| Smith, Cindy | 2:12cv01149 |
| Smith, Deborah A. (MDL - 200 - Dismissed) | 2:12cv00397 |
| Smith, Janet & Randy (MDL - 200 - Dismissed) | 2:12cv00861 |
| Springer, Cherise & Marty | 2:12cv00997 |
| Stevens, Lisa & Henry (MDL - 200 - Dismissed) | 2:12cv00679 |
| Stone, Maria C. & Mark A. | 2:12cv00652 |
| Stout, Teresa D. & Ricky J. (MDL - 200 - Dismissed) | 2:12cv00669 |
| Stubblefield, Margaret | 2:12cv00842 |
| Swaney, Janice Renne (MDL - 200 - Dismissed from Wave) | 2:12cv00389 |
| Sweeney, Mary Lee & Melvin (MDL - 200 - Stayed) | 2:12cv00807 |
| Swint, Isabel & Derrick | 2:12cv00786 |
| Taylor, Charlene Logan | 2:12cv00376 |
| Taylor, Rachel & Dwan (MDL - 200 - Stayed) | 2:12cv00765 |
| Teasley, Krystal & Gregory | 2:12cv00500 |
| Thaman, Susan | 2:12cv00279 |
| Thomas, Deanna Jean & Bennie G. (MDL - 200 - Dismissed from Wave) | 2:12cv00601 |
| Thomas, Kimberly | 2:12cv00499 |
| Thompson, Lisa & Roger | 2:12cv01199 |
| Thurston, Mary & Kenneth | 2:12cv00505 |
| Tyler, Patricia | 2:12cv00469 |
| Umberger, Kathy K. & Edward L. (MDL - 200 - Dismissed) | 2:12cv00886 |
| Van Rensburg, Jennifer D. & Willem (MDL - 200 - Dismissed from Wave) | 2:12cv00749 |
| Vignos-Ware, Barbara J. & Gary L. | 2:12cv00761 |
| Walker, Shirley & Roosevelt | 2:12cv00873 |
| Warmack, Roberta & Thomas | 2:12cv01150 |
| Wheeler, Rebecca & David | 2:12cv01088 |
| White, Virginia & Edward | 2:12cv00958 |

| Case Name | Case Number |
|---|---|
| Williams, Judy G. (MDL - 200 - Stayed) | 2:12cv00657 |
| Williams, Nancy | 2:12cv00511 |
| Wilson, Blynn | 2:12cv01286 |
| Wilson, Mary Sue (MDL - 200 - Dismissed) | 2:12cv00921 |
| Wiltgen, Christine & Mark S. | 2:12cv01216 |
| Wise, Mary Catherine (MDL - 200 - Dismissed from Wave) | 2:12cv00571 |
| Wolfe, Kathleen | 2:12cv00337 |
| Wolfe, Sandra (MDL - 200 - Stayed) | 2:12cv00335 |
| Woolsey, Dee & Michael (MDL - 200 - Stayed) | 2:12cv00756 |
| Wright, Thelma | 2:12cv01090 |
| Wroble, Julie & Jerry | 2:12cv00883 |
| Young, Gwendolyn T. (MDL - 200 - Dismissed from Wave) | 2:12cv00491 |
| Zoltowski, Donna & Mark | 2:12cv00811 |