# EXHIBIT H




# GERE & TIMOSHENKO
# MECHANICS OF MATERIALS
## FOURTH EDITION



**PWS PUBLISHING COMPANY**
20 Park Plaza, Boston, MA 02116–4324

Copyright © 1997, 1990 by PWS Publishing Company, a division of International Thomson Publishing Inc.; © 1984 by Wadsworth, Inc.

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without prior written permission of PWS Publishing Company.

I(T)P™  International Thomson Publishing
The trademark ITP is used under license.

Mathcad™ Engine is a registered trademark of MathSoft, Inc.

Sponsoring Editor: *Jonathan Plant*
Developmental Editor: *Mary Thomas Stone*
Technology Editor: *Leslie G. Bondaryk*
Marketing Manager: *Nathan Wilbur*
Production Coordinator: *Elise Kaiser*
Manufacturing Buyer: *Andrew Christensen*
Interior Designer/Production: *Helen Walden*
Compositor: *American Composition & Graphics, Inc.*
Interior Illustrator: *Tech Graphics/American Composition & Graphics, Inc.*
Cover Designer: *Diane Levy*
Cover Image: *David Sailors © 1995 The Stock Market, Inc. Image is of construction on the central dome and roof structure at Washington National Airport; Cesar Pelli, architect.*
Cover Printer: *Mid-City Lithographers*
Text Printer/Binder: *Quebecor Hawkins*

For more information, contact:

**PWS Publishing Company**
20 Park Plaza
Boston, MA 02116–4324

Nelson Canada
1120 Birchmount Road
Scarborough, Ontario
Canada M1K 5G4

International Thomson Publishing Asia
221 Henderson Road
#05-10 Henderson Building
Singapore 0315

International Thomson Publishing Europe
Berkshire House 168-173
High Holborn
London SC1V 7AA

International Thomson Editores
Campos Eliseos 385, Piso 7
Col. Polanco
11560 Mexico D.F., Mexico

International Thomson Publishing Japan
Hirakawacho Kyowa Building, 31
2-2-1 Hirakawacho
Chiyoda-ku, Tokyo 102
Japan

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Australia

International Thomson Publishing GmbH
Königswinterer Strasse 418
53227 Bonn, Germany

Library of Congress Cataloging-in-Publication Data
Gere, James M.
  Mechanics of materials / James M. Gere, Stephen P. Timoshenko-- 4th ed.
      p.    cm.
  Includes indexes.
  ISBN 0-534-93429-3 (hc). -- ISBN 0-534-95102-3
  1. Strength of materials.    I. Timoshenko, Stephen P., 1878–1972.
II. Title.
TA405.G44                                       1997
624.171--dc20                                    CIP

Printed in the United States of America.

96 97 98 99 00—10 9 8 7 6 5 4 3 2 1

 This book is printed on recycled, acid-free paper.

Student Edition ISBN 0-534-93429-3
Free Copy Edition ISBN 0-534-95102-3

# CONTENTS

Preface    ix
Symbols    xiii
Greek Alphabet    xvi

## 1  TENSION, COMPRESSION, AND SHEAR    1

1.1  Introduction to Mechanics of Materials    1
1.2  Normal Stress and Strain    3
1.3  Mechanical Properties of Materials    9
1.4  Elasticity, Plasticity, and Creep    19
1.5  Linear Elasticity, Hooke's Law, and Poisson's Ratio    22
1.6  Shear Stress and Strain    27
1.7  Allowable Stresses and Allowable Loads    37
1.8  Design for Axial Loads and Direct Shear    42
     Problems    47

## 2  AXIALLY LOADED MEMBERS    65

2.1  Introduction    65
2.2  Changes in Length of Axially Loaded Members    66
2.3  Changes in Length of Nonuniform Bars    74
2.4  Statically Indeterminate Structures    80
2.5  Thermal Effects    91
2.6  Stresses on Inclined Sections    99
2.7  Strain Energy    110
*2.8  Impact Loading    122
*2.9  Repeated Loading and Fatigue    132
*2.10 Stress Concentrations    134
*2.11 Nonlinear Behavior    140
*2.12 Elastoplastic Analysis    147
     Problems    152

*Asterisks denote optional sections

For discussion purposes, we will consider the tow bar of Fig. 1-1 and isolate a segment of it as a free body (Fig. 1-2a). When drawing this free-body diagram, we disregard the weight of the bar itself and assume that the only active forces are the axial forces $P$ at the ends. Next we consider two views of the bar, the first showing the bar before the loads are applied (Fig. 1-2b) and the second showing it after the loads are applied (Fig. 1-2c). Note that the original length of the bar is denoted by the letter $L$, and the increase in length is denoted by the Greek letter $\delta$ (delta).

The internal stresses in the bar are exposed if we make an imaginary cut through the bar at section $mn$ (Fig. 1-2c). Because this section is taken perpendicular to the longitudinal axis of the bar, it is called a **cross section**. We now isolate the part of the bar to the left of cross section $mn$ as a free body (Fig. 1-2d). At the right-hand end of this free body (section $mn$) we show the action of the removed part of the bar (that is, the part to the right of section $mn$) upon the part that remains. This action consists of a continuously distributed force acting over the entire cross section. The intensity of the force (that is, the force per unit area) is called the **stress** and is denoted by the Greek letter $\sigma$ (sigma). Thus, the axial force $P$ acting at the cross section is the *resultant* of the continuously distributed stresses. (The resultant force is shown with a dashed line in Fig. 1-2d.)

Assuming that the stresses are *uniformly distributed* over cross section $mn$ (Fig. 1-2d), we see that their resultant must be equal to the intensity $\sigma$ times the cross-sectional area $A$ of the bar. Therefore, we obtain the following expression for the magnitude of the stresses:

$$\sigma = \frac{P}{A} \tag{1-1}$$

This equation gives the intensity of uniform stress in an axially loaded, prismatic bar of arbitrary cross-sectional shape. When the bar is stretched by the forces $P$, the stresses are **tensile stresses**; if the forces are reversed in direction, causing the bar to be compressed, we obtain **compressive stresses**. Inasmuch as the stresses act in a direction perpendicular to the cut surface, they are called **normal stresses**. Thus, normal stresses may be either tensile or compressive. Later, in Section 1.6, we will encounter another type of stress, called *shear stress*, that acts parallel to the surface.

When a sign convention for normal stresses is required, it is customary to define tensile stresses as positive and compressive stresses as negative.

Because the normal stress $\sigma$ is obtained by dividing the axial force by the cross-sectional area, it has units of force per unit of area. When USCS units are used, stress is customarily expressed in pounds per square inch (psi) or kips per square inch (ksi).* For instance, suppose

---
*One kip, or kilopound, equals 1000 lb.

**Fig. 1-2** Prismatic bar in tension: (a) free-body diagram of a segment of the bar, (b) segment of the bar before loading, (c) segment of the bar after loading, and (d) normal stresses in the bar

that the bar of Fig. 1-2 has a diameter $d$ of 2.0 inches and the load $P$ has a magnitude of 6 kips. Then the stress in the bar is

$$\sigma = \frac{P}{A} = \frac{P}{\pi d^2/4} = \frac{6 \text{ k}}{\pi(2.0 \text{ in.})^2/4} = 1.91 \text{ ksi (or 1910 psi)}$$

In this example the stress is tensile, or positive.

When SI units are used, force is expressed in newtons (N) and area in square meters (m$^2$). Consequently, stress has units of newtons per square meter (N/m$^2$), that is, pascals (Pa). However, the pascal is such a small unit of stress that it is necessary to work with large multiples, usually the megapascal (MPa). To demonstrate that a pascal is indeed small, we have only to note that it takes almost 7000 pascals to make 1 psi.* As a numerical example, the stress in the bar described in the preceding paragraph (1.91 ksi) converts to 13.2 MPa, which is $13.2 \times 10^6$ pascals. Although it is not recommended in SI, you will sometimes find stress given in newtons per square millimeter (N/mm$^2$), which is a unit equal to the megapascal (MPa).

The equation $\sigma = P/A$ is valid only if the stress is uniformly distributed over the cross section of the bar. This condition is realized if the axial force $P$ acts through the centroid of the cross-sectional area, as demonstrated later in this section. When the load $P$ does not act at the centroid, bending of the bar will result, and a more complicated analysis is necessary (see Sections 5.12 and 11.5). However, in this book (as in common practice) it is understood that axial forces are applied at the centroids of the cross sections unless specifically stated otherwise.

The uniform stress condition pictured in Fig. 1-2d exists throughout the length of the bar except near the ends. The stress distribution at the end of a bar depends upon how the load $P$ is transmitted to the bar. If the load happens to be distributed uniformly over the end, then the stress pattern at the end will be the same as everywhere else. However, it is more likely that the load is transmitted through a pin or a bolt, producing high localized stresses called **stress concentrations**. One possibility is illustrated by the eyebar shown in Fig. 1-3. In this instance the loads $P$ are transmitted to the bar by pins that pass through the holes (or eyes) at the ends of the bar. Thus, the forces shown in the figure are actually the resultants of bearing pressures between the pins and the eyebar, and the stress distribution around the holes is quite complex. However, as we move away from the ends and toward the middle of the bar, the stress distribution gradually approaches the uniform distribution pictured in Fig. 1-2d.

As a practical rule, the formula $\sigma = P/A$ may be used with good accuracy at any point within a prismatic bar that is at least as far away from the stress concentration as the largest lateral dimension of the bar. In other words, the stress distribution in the bar of Fig. 1-2d is uniform at



**Fig. 1-3** Steel eyebar subjected to tensile loads $P$

---
*Conversion factors between USCS units and SI units are listed in Table A-5, Appendix A.

Case 2:12-md-02327 Document 2187-8 Filed 05/09/16 Page 5 of 5 PageID #: 66776

vehicles, and many other types of construction. A stress-strain diagram for a typical structural steel in tension is shown in Fig. 1-10. Strains are plotted on the horizontal axis and stresses on the vertical axis. (In order to display all of the important features of this material, the strain axis in Fig. 1-10 is not drawn to scale.)

The diagram begins with a straight line from the origin $O$ to point $A$, which means that the relationship between stress and strain in this initial region is not only *linear* but also *proportional*.* Beyond point $A$, the proportionality between stress and strain no longer exists; hence the stress at $A$ is called the **proportional limit**. For low-carbon steels, this limit is in the range 30 to 50 ksi (210 to 350 MPa), but high-strength steels (with higher carbon content plus other alloys) can have proportional limits of more than 80 ksi (550 MPa). The slope of the straight line from $O$ to $A$ is called the **modulus of elasticity**. Because the slope has units of stress divided by strain, modulus of elasticity has the same units as stress. (Modulus of elasticity is discussed later in Section 1.5.)

With an increase in stress beyond the proportional limit, the strain begins to increase more rapidly for each increment in stress. Consequently, the stress-strain curve has a smaller and smaller slope, until, at point $B$, the curve becomes horizontal (see Fig. 1-10). Beginning at this point, considerable elongation of the test specimen occurs with no noticeable increase in the tensile force (from $B$ to $C$). This phenomenon is known as **yielding** of the material, and point $B$ is called the **yield point**. The corresponding stress is known as the **yield stress** of the steel. In the region from $B$ to $C$, the material becomes **perfectly plastic**, which



**Fig. 1-10** Stress-strain diagram for a typical structural steel in tension (not to scale)

---

*Two variables are said to be *proportional* if their ratio remains constant. Therefore, a proportional relationship may be represented by a straight line through the origin. However, a proportional relationship is not the same as a *linear* relationship. Although a proportional relationship is linear, the converse is not necessarily true, because a relationship represented by a straight line that does *not* pass through the origin is linear but not proportional. The often-used expression "directly proportional" is synonymous with "proportional" (Ref. 1-5).

means that it deforms without an increase in the applied load. The elongation of a mild-steel specimen in the perfectly plastic region is typically 10 to 15 times the elongation that occurs in the linear region (between the onset of loading and the proportional limit). The presence of very large strains in the plastic region (and beyond) is the reason for not plotting this diagram to scale.

After undergoing the large strains that occur during yielding in the region $BC$, the steel begins to **strain harden**. During strain hardening, the material undergoes changes in its crystalline structure, resulting in increased resistance of the material to further deformation. Elongation of the test specimen in this region requires an increase in the tensile load, and therefore the stress-strain diagram has a positive slope from $C$ to $D$. The load eventually reaches its maximum value, and the corresponding stress (at point $D$) is called the **ultimate stress**. Further stretching of the bar is actually accompanied by a reduction in the load, and fracture finally occurs at a point such as $E$ in Fig. 1-10.

The yield stress and ultimate stress of a material are also called the **yield strength** and **ultimate strength**, respectively. **Strength** is a general term that refers to the capacity of a structure to resist loads. For instance, the yield strength of a beam is the magnitude of the load required to cause yielding in the beam, and the ultimate strength of a truss is the maximum load it can support, that is, the failure load. However, when conducting a tension test of a particular material, we define load-carrying capacity by the stresses in the specimen rather than by the total loads acting on the specimen. As a result, the strength of a material is usually stated as a stress.

When a test specimen is stretched, **lateral contraction** occurs, as previously mentioned. The resulting decrease in cross-sectional area is too small to have a noticeable effect on the calculated values of the stresses up to about point $C$ in Fig. 1-10, but beyond that point the reduction in area begins to alter the shape of the curve. In the vicinity of the ultimate stress, the reduction in area of the bar becomes clearly visible and a pronounced **necking** of the bar occurs (see Figs. 1-8 and 1-11). If the actual cross-sectional area at the narrow part of the neck is used to calculate the stress, the **true stress-strain curve** (the dashed line $CE'$ in Fig. 1-10) is obtained. The total load the bar can carry does indeed diminish after the ultimate stress is reached (as shown by curve $DE$), but this reduction is due to the decrease in area of the bar and not to a loss in strength of the material itself. In reality, the material withstands an increase in true stress up to failure (point $E'$). Because most structures are expected to function at stresses below the proportional limit, the **conventional stress-strain curve** $OABCDE$, which is based upon the original cross-sectional area of the specimen and is easy to determine, provides satisfactory information for use in engineering design.

The diagram of Fig. 1-10 shows the general characteristics of the stress-strain curve for mild steel, but its proportions are not realistic



**Fig. 1-11** Necking of a mild-steel bar in tension