# EXHIBIT K



## SABIC® PP PCGH10
### PP homopolymer for Healthcare

**Description:**
SABIC® PP grades for healthcare applications are produced under controlled conditions resulting in high product quality, consistency and a high level of purity.

SABIC® PP PCGH10 is typically designed for healthcare applications, such as caps and closures, parts for medical devices and medical film. This grade offers a high stifness with moderate impact strength.

**Compliance to regulations:**
SABIC®PP PCGH10 complies with the relevant monographs of the European Pharmacopoeia (EP) and the United States Pharmacopoeia (USPVI). The product mentioned herein may not be used for medical healthcare devices or materials intended for temporary or permanent implementation in the human body.

**Typical values**  Revision 20110221

| Properties | Unit (Si) | Values | Test methods |
|---|---|---|---|
| **Polymer properties** | | | |
| **Melt flow rate (MFR)** | | | ISO 1133 |
| at 230 °C and 2.16 kg | g/10 min | **10.5** | |
| at 230 °C and 5 kg | g/10 min | **38** | |
| **Density** | kg/m³ | **905** | ISO 1183 |
| **Mechanical properties** | | | |
| **Tensile test** | | | ISO 527 |
| stress at yield | MPa | **43** | |
| stress at break | MPa | **34** | |
| strain at break | % | **600** | |
| **Flexural test** | | | ASTM D 790 |
| Flexural modulus | MPa | **1800** | |
| **Izod impact notched** | | | ISO 180/4A |
| at 23 °C | kJ/m² | **2.0** | |
| **Charpy impact notched** | | | ISO 179 |
| at 23 °C | kJ/m² | **1.5** | |
| **Hardness Shore D** | - | **72** | ISO 868 |
| **Thermal properties** | | | |
| **Heat deflection temperature** | | | |
| at 1.80 MPa (HDT/A) | °C | **54** | ISO 75/A |
| at 0.45 MPa (HDT/B) | °C | **98** | ISO 75/B |
| **Vicat softening temperature** | | | |
| at 10 N (VST/A) | °C | **152** | ISO 306/A |
| at 50 N (VST/B) | °C | **90** | ISO 306/B |



# SABIC® PP PCGH10
## PP homopolymer for Healthcare

**Quality:**
SABIC Europe is fully certified in accordance with the internationally accepted quality standard ISO9001.

**Storage and handling:**
Avoid prolonged storage in open sunlight, high temperatures (<50 °C) and /or high humidity as this could well speed up alteration and consequently loss of quality of the material and /or its packaging. Keep material completely dry for good processing.

**Disclaimer.** The information contained herein may include typical properties of our products or their typical performances when used in certain typical applications. Actual properties of our products, in particular when used in conjunction with any third party material(s) or for any non-typical applications, may differ from typical properties.

It is the customer's responsibility to inspect and test our product(s) in order to satisfy itself as to the suitability of the product(s) for its and its customers particular purposes. The customer is responsible for the appropriate, safe and legal use, processing and handling of all product(s) purchased from us.

Nothing herein is intended to be nor shall it constitute a warranty whatsoever, in particular, warranty of merchantability or fitness for a particular purpose.

SABIC Europe as referred to herein means any legal entity belonging to the SABIC Europe group of companies.

internet www.sabic-europe.com
email pp.info@sabic-europe.com