# EXHIBIT 4

```
 1                        -  -  -

 2                                 :SUPERIOR COURT OF

                                   :NEW JERSEY

 3    IN RE:                       :LAW DIVISION -

      PELVIC MESH/GYNECARE         :ATLANTIC COUNTY

 4    LITIGATION                   :

                                   :MASTER CASE 6341-10

 5                                 :

                                   :CASE NO. 291 CT

 6      CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF

 7                    CONFIDENTIALITY

 8                        -  -  -

 9                   October 22, 2012

10                        -  -  -

11              Transcript of the deposition of PROF.

12    DR. MED. UWE KLINGE, called for Videotaped Examination

13    in the above-captioned matter, said deposition taken

14    pursuant to Superior Court Rules of Practice and

15    Procedure by and before Ann Marie Mitchell, a

16    Federally Approved Certified Realtime Reporter,

17    Registered Diplomate Reporter, Certified Court

18    Reporter, and Notary Public for the State of New

19    Jersey, at the Quellenhof Hotel, Monheimsallee 52

20    52062 Aachen, Germany, commencing at 8:58 a.m.

21                        -  -  -

22              GOLKOW TECHNOLOGIES, INC.

            877.370.3377 ph|917.951.5672 fax

23                   deps@golkow.com

24

25
```

Confidential - Subject to Stipulation and Order of Confidentiality

1    questions about it.

2            A.       Uh-huh.

3            Q.       And, Doctor, it appears from your

4    expert report that there was joint work between

5    Ethicon and you and your group; is that correct?

6            A.       That is correct.  There was, yeah.

7            Q.       And that project went on for ten

8    years; is that correct?

9            A.       That is correct.

10           Q.       It says, "In this period, we gained

11   significant knowledge about textiles."

12                    Do you see that?

13           A.       Yeah.

14           Q.       Was Ethicon funding research for you

15   and your group to gain significant knowledge about

16   textiles?

17           A.       I think so, that they want to -- that

18   this was one purpose for them, yeah.

19           Q.       That's what you're saying, isn't it,

20   that we had to --

21           A.       Yeah, I think so.

22           Q.       Well, do you think so or are you

23   saying here that I'm not sure anymore?

24           A.       Yeah, I'm sure.

25           Q.       And it also, Doctor, during this

Confidential - Subject to Stipulation and Order of Confidentiality

1                         CERTIFICATE

2

3                   I, ANN MARIE MITCHELL, a Notary

4      Public and Certified Court Reporter of the State of

5      New Jersey, do hereby certify that prior to the

6      commencement of the examination, PROF. DR. UWE

7      KLINGE was duly sworn by me to testify to the truth,

8      the whole truth and nothing but the truth.

9                   I DO FURTHER CERTIFY that the

10     foregoing is a verbatim transcript of the testimony

11     as taken stenographically by and before me at the

12     time, place and on the date hereinbefore set forth,

13     to the best of my ability.

14                  I DO FURTHER CERTIFY that I am

15     neither a relative nor employee nor attorney nor

16     counsel of any of the parties to this action, and

17     that I am neither a relative nor employee of such

18     attorney or counsel, and that I am not financially

19     interested in the action.

20

21

22     _____

23           ANN MARIE MITCHELL, CRR, RDR, CCR

             Notary Number:  2356252

24           Notary Expiration:  February 22, 2017

             CCR Number:  30XI00212000

25