# EXHIBIT 5



**HERNIA SOLUTIONS**
Together for life

# Worldwide " Lightweight" Mesh Strategy Overview

February 12, 200 7

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.05920622

# Agenda

- **"Lightweight" Mesh Strategic Overview**

- **Marketing & Technology sub-Strategies**

- **Marketing & Technology Teams**

- **Timelines & Deliverables**

The term "Lightweight" is currently under revision and will be reflected in quotes throughout the presentation to denote this effort.

2   CONFIDENTIAL. FOR INTERNAL USE ONLY
© ETHICON, INC. 2007



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                          ETH.MESH.05920623



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05920624

## Marketing *sub*-Strategy Team

### To position ETHICON Hernia Solutions as the leading voice and partner in hernia repair

| Global Core Team Member | Region |
|---|---|
| Sandy Babey | Project Co-Leader, WW |
| Bob Breech | Project Co-Leader, USA |
| JD Delaney | USA |
| Gillian Jamieson | EMEA |
| Dana Mendenhall | Worldwide |
| Jerry Podrebarac | Canada |
| GSW | Worldwide |

* All regions represented on Extended Team

4  CONFIDENTIAL. FOR INTERNAL USE ONLY
© ETHICON, INC. 2007

ETHICON
a Johnson&Johnson company | HERNIA SOLUTIONS
Together for life

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05920625

## Technology sub-Strategy Team

- **To position ETHICON Hernia Solutions as the leader in hernia repair technology**

| Global Thought Leader Members | Function / Region |
|---|---|
| Dr. Schumpelick | Moderator / Aachen |
| Dr. Corcione | Italy |
| Dr. Heniford | USA |
| Dr. Klinge | Aachen |
| Dr. Klosterhalfen | Germany |
| Dr. Parra Davila | LA/USA |
| French GYN – TBN | France |
| Petra Koehler | Project Leader, EP R&D |
| Dana Mendenhall | Worldwide Marketing |
| Agency | TBD |

\* AP regional representation: TBD

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05920626

# "Lightweight" Mesh Strategy Timeline & Deliverables

## Marketing sub-Strategy

- **Global Strategy Meeting**
- February 5, 2008 (Kick-off)
- **Meeting Focus:**
  - **Alignment**
    - Strategy
    - Strategic Execution
    - Brand Name Selection
    - Nomenclature and terminology Insights
- Global Messaging and Concept Testing
  - mid March 2008

## Technology sub-Strategy

- **Global Thought Leader Consensus Meeting**
- Q1 2008
- **Surgeon Driven** / Industry Sponsored
- **Meeting Focus:**
  - Technology Assessment and Definition
  - Evidence Generation

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                    ETH.MESH.05920627



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                      ETH.MESH.05920628