# EXHIBIT C

Exhibit C

| Name | ID | Product | Date of implantation | Date of removal | Time since implanted (approx.) | Reason for removal | Materials received for review | Description | Inflammation | Connective tissue response | Quality of mesh | Special stains show | Photos taken? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barker, Daphne | | TVT | 4/28/2009 | Scheduled 2/12/2016 | 6 years, 10 months | Erosion, pelvic pain, dyspareunia, urinary dysfunction | TBD | | | | | | |
| Barton, Kathy | | TVT-O | 12/31/2008 | 4/26/2011 | 2 years, 4 months | Erosion and pelvic pain | 1-4 H&E, 5-6 S100, 7-8 Trichrome, 9- Trichrome control | Mesh fibers in dense fibrosis/scar | Mild chronic, foreign body reaction to fibers as well | Scarring forming around mesh fibers | Some intact fibers in tissue, possible focal "treebarking" | S100: Small nerves in scar tissue and adjacent to mesh fibers. Trichrome: Blue fibrosis | Yes |
| Bridges, Barbara | | Prolift Total; TVT-O | 7/22/2006; 9/15/2006 | 12/6/2013 | 7 years; 4 months | Erosion at the apex, pelvic pain, dyspareunia, incomplete emptying, chronic constipation, recurrent UTIs, urgency, nocturia, and hematuria | 4 H&E, 1 S100, 1 trichrome, 1 trichrome control | Multiple pieces of tissue, one with fibrosis and clusters of mesh and inflammation, two with squamous mucosa, one of which has submucosal inflammation and mesh fibers with giant cells | Mild-moderate in mucosal piece | Dense fibrosis | Treebarking present | S100: Not contributory, Trichrome: Dense fibrosis around mesh | Yes |
| Doyle, Carolyn | | Prolift Total | 12/19/2007 | 2/1/2012 | 4 years, 1 month | Erosion in posterior; urinary retention | 4 H&E, 1 S100, 1 trichrome, 1 trichrome control | One piece covered with squamous mucosa with multiple clusters of mesh fibers with surrounding chronic inflammation - dense in areas. Ulceration/defect in mucosa overlying areas of dense inflammation (focally active) with mesh. Other piece with only fibrosis and mesh fiber clusters with entrapped nerves. | Mild to moderate chronic inflammation and giant cell response centered around mesh fibers. Ulcerated areas with neutrophils and plasma cells as well. | Dense fibrosis around and between fibers | Treebarking present | S100: Multiple small-mid sized nerves in dense fibrosis around mesh (+entrapment), Trichrome: Fibrosis in and around mesh fibers | Yes |
| Fuller, Ann | | Gynemesh | 10/10/2007 | 12/17/2013 | 4 years, 10 months | Erosion, chronic pelvic pain, urinary urgency, overactive bladder, dyspareunia, levator spasm and mixed stress and urge urinary incontinence. | 3 H&E, 1 S100 | Two pieces of fibrous tissue with multiple clusters of mesh with surrounding giant cells, chronic inflammation and fibrosis. Treebarking and residual fiber. | Mild chronic and foreign body giant cell reaction around fibers | Dense fibrosis around and between fibers | Treebarking present. A residual fiber also has the degenerating layer around it. | S100: Rare small nerve | Yes |
| Gonzales, Amelia | | Prolift+ M & TVT Secure | 1/20/2010; 4/8/2010 | 4/8/2010 | 3 months | granulation tissue | 4 H&E, 1S100, 1 Trichrome | < 1 mm single piece of granulation tissue with neutrophils | Active and chronic | All granulation tissue | No mesh present in sample | non-contributory | Yes |
| " | S11-16732 | Prolift+ M & TVT Secure | 1/20/2010; 4/8/2010 | 12/13/2010 | 8 months | recurrent UTIs, mesh extrusion in bladder | 2 H&E, 2S100, 2 CD15 | Fragments of scarred fibrotic tissue with focal dense chronic inflammation. One piece has cauterized edge with dethatched mesh fiber. | Focal moderate chronic | Dense fibrosis/scar | Single dethatched mesh fiber present | S100: Small nerve fibers present, CD15 non-contributory | Yes |
| Joplin, Deborah | Two blocks only 11ES-12887 and 11-ES-6081 | TVT-O | 9/18/2006 | 12/19/2011 | 5 years, 3 months | suprapubic pain, fistula, extrusion | | | | | | | |
| Holland, Amy | Suncoast | Prolift Anterior & TVT-O | 11/4/2008 | 2/3/2009 | 3 months | erosion, dyspareunia | 2 H&E, 1 S100 | Multiple fragments of tissue. Granulation tissue with active inflammation c/w mucosal ulcer. Larger pieces of fibrotic tissue with dense inflammation and mesh fibers. | Active in areas of granulation tissue. Chronic around mesh fibers in fibrosis. Foreign body giant cell response also present. | Dense fibrosis/scar | Treebarking present | S100: No nerves in sample | Yes |
| " | S09-34723 | Prolift Anterior & TVT-O | 11/4/2008 | 9/18/2009 | 10 months | dyspareunia, pelvic pain | 4 H&E; 9-10 S100, 11-12 Trichrome, 13 Trichrome control | Single piece of tissue with dense fibrosis on trichrome, multiple small nerves on S100, focal mesh fibers at one edge in tissue | Minimal chronic inflammation. Focal giant cell response. | Dense fibrosis/scar | Not definite (only 2 fibers present); mesh fiber intact | S100: Multiple small nerves in dense fibrosis, Trichrome: Blue fibrosis | Yes |
| Kilday, Mary | GS10-7251 | Prolift+M Posterior | 9/9/2009 | 6/16/2010 | 9 months | dyspareunia | 3 H&E, 1 S100 | 3 pieces of tissue with scar plate surrounding mesh fiber clusters | Mild chronic and foreign body giant cell reaction around fibers | Dense scar plate around mesh fibers and entrapping nerves | Treebarking present | S100: highlights nerves entrapped in scar adjacent to and embedded in mesh | Yes |
| Lager, Kimberly | OP11-4760 | Gynemesh PS (TVT-O implanted on 7/12/2007 was not revised) | 5/17/2010 | 8/11/2011 | 1 year, 3 months | erosion | 3 H&E, 1 S100, 1CD15, 1 Trichrome, 2 controls | Multiple pieces of tissue with clusters of mesh fibers and surrounding chronic and foreign body inflammation. Squamous mucosa present. | Mild-moderate chronic inflammation and giant cell reaction around mesh fiber clusters | Dense scar/fibrosis around mesh fibers | Treebarking present | S100 highlight small nerves, Trichrome highlights fibrosis, CD15 non-contributory | Yes |
| Phelps, Patti | S15-19326 (original 09-S-2400) | TVT | 7/12/2000 | 2/11/2009 | 8 years, 6 months | erosion, pelvic pain and pressure, bladder pain and pressure, dyspareunia | 2 original H&E slides from blocks 1A and 2A plus H&E recut of each with S100, ASMACC20 and unstained on each | Mucosal and submucosal tissue with abundant mesh fibers, fibrosis, mild chronic inflammation and entrapped nerves. Also A2 contains fibrosis around skeletal muscle fibers that are atrophic/damaged. | Mild chronic with foreign body reaction | Dense fibrosis around fibers | Treebarking present | S100 = multiple nerves in dense fibrosis around mesh fibers | Yes |
| Quijano, Maria | S-12-1719 | TVT | 3/29/2010 | 1/23/2012 | 1 year, 10 months | erosion, dyspareunia | B1-B7 - 1 H&E, 3 unstained each block. C1- 1 H&E, 3 unstained | Cervical tissue -- looks like squamo-columnar junction of cervix with dysplasia. No mesh. | | | | | |

**Exhibit C**

| Name | ID | Product | Date of implantation | Date of removal | Time since implanted (approx.) | Reason for removal | Materials received for review | Description | Inflammation | Connective tissue response | Quality of mesh | Special stains show | Photos taken? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schachtman, Rhoda | | Prolift Total (TVT also placed on 2/7/2008) | 2/7/2008 | 2/14/2012 | 4 years | erosion, urinary dysfunction, pelvic pain | 1-4 H&E, 5-6 S100, 7-8 Trichrome, 9- Trichrome control | Two pieces of scarred fibrous tissue with multiple clusters of mesh fibers with giant cell reaction and chronic inflammation | Present, mild chronic, foreign body reaction | Dense fibrosis | Treebarking present | S100: Multiple small to mid-sized nerves entrapped in fibrosis and in between mesh fiber clusters, Trichrome: Dense fibrosis in between and around fibers and entrapping nerves | Yes |
| Thomas, Deanna | F10-3434 | Gynemesh & TVT | 12/10/2009 | 10/25/2010 | 11 months | bunching of anterior mesh, pelvic pain | 2 H&E, 1 S100, 2 Trichrome, 1 CD15 | Two pieces of tissue with dense fibrosis/scar surrounding clusters of mesh fibers | Mild chronic and foreign body giant cell reaction around fibers | Dense fibrosis/scar around mesh fibers | Treebarking present | S100: Nerves adjacent to mesh in scar tissue, Trichrome: highlight scar | Yes |
| Thompson, Lisa | S10-1271 | TVT-O | 2/20/2009 | 6/25/2010 | 1 year, 4 months | dyspareunia, urinary retention, mixed incontinence | A1 - 2 H&E, 6 unstained A2- 2 H&E, 6 unstained | Squamous mucosa, large pieces with deep submucosal fibrosis. No mesh fibers present. | Minimal | Dense fibrosis at deep aspect of excision | None present in slides | None | Yes |
| Van Rensburg, Jennifer | S14-1546 | Prolift & TVT Secur | 2/5/2008 | 5/7/2014 | 6 years, 3 months | erosion, pelvic pain secondary to vaginal scarring, urinary dysfunction including OAB and incomplete emptying | 3 H&E, 1 Trichrome, 2 CD15 | One piece of tissue with dense scar around clusters of mesh fibers | Mild chronic and foreign body giant cell reaction around fibers | Dense fibrosis/scar around mesh fibers | Treebarking present | Trichrome dense scar around mesh fibers | Yes |
| Wise, Mary | FX12-1330 | Prolift+M Total; TVT | 12/17/2009 | 1/19/2012 | 2 years, 1 month | post-menopausal bleeding, banding at the apex of the vagina, dyspareunia | Parts A, B and C each have 3 H&E, 2 S100, 1 trichrome, plus 1 trichrome control | A- ECC tissue only,  B- minute fibrous tissue (NSA), C- Squamous mucosa with normal submucosa | None | None | None | Trichrome shows normal submucosa | Yes (trichrome in C) |
| " | S145-1045 | Prolift+M Total; TVT | 12/17/2009 | 10/20/2015 | 5 years, 10 months | erosion, pelvic pain, contracture and banding of mesh | 5 H&E, 2 S100 and 2 Trichrome stains for each of 2 blocks (A1 and A2) | Mesh fibers in dense scar with chronic inflammation and giant cell reaction. Present out in adipose tissue as well.  Nerve entrapment. One piece has lymph node adjacent. | Mild-moderate chronic inflammation and giant cell reaction around mesh fiber clusters | Scar/fibrosis, abundant | Treebarking present | S100: multiple nerves, some entrapped next to mesh, Trichrome: scar/fibrosis | Yes |