# EXHIBIT D

# *Kimberly H Allison, MD*

**Director of Breast Pathology**
**Associate Program Director of Anatomic Pathology Residency Program**
**Co-Director of GYN/Breast Pathology Fellowship**
**Associate Professor, Department of Pathology**
**Stanford University School of Medicine**
**300 Pasteur Drive, Lane L235**
**Stanford, CA 94305**
**650-724-6194   allisonk@stanford.edu**

.

**Date of Birth**:         October 28, 1974     Washington D.C.
**Citizenship:**           USA

## EDUCATION

| | |
|---|---|
| 9/1993-5/1997 | Princeton University, Department of Molecular Biology Princeton, NJ |
| 9/1997-5/2001 | New York Medical College Valhalla, NY |

## DEGREES

| | | |
|---|---|---|
| 1997 | B.A. | Princeton University (Magna Cum Laude) |
| 2001 | M.D. | New York Medical College (AOA) |

## POSTGRADUATE TRAINING

| | |
|---|---|
| 7/2001-6/2006 | Anatomic and Clinical Pathology Residency/Fellowship University of Washington Seattle, Washington |
| 7/2004-6/2005 | Surgical Pathology Fellowship *Focused year on breast and gynecologic pathology University of Washington Seattle, Washington |

## FACULTY POSITIONS

| | |
|---|---|
| 3/2015 - | Director of Breast Pathology, Associate Professor of Pathology, Stanford University School of Medicine |
| 1/2013-2/2015 | Associate Professor, Department of Pathology, Specialist in Breast ad GYN Pathology, Stanford University School of Medicine |

| | |
|---|---|
| 7/2012-12/2012 | Associate Professor, Director of Breast Pathology Service, Department of Anatomic Pathology, University of Washington Medical Center |
| 8/2008-7/2012 | Assistant Professor, Director of Breast Pathology Service, Department of Anatomic Pathology, University of Washington Medical Center |
| 8/2006 -6/2008 | Acting Instructor, Department of Anatomic Pathology, University of Washington Medical Center |

## HONORS

| | |
|---|---|
| 2010 | Young Investigator Award for Breast Cancer Research from Safeway |
| 2000-2001 | Alpha Omega Alpha honor society, New York Medical College |
| 2001 | Award of Distinction, New York Medical College |
| 1997 | E.R. Squibb and Sons Senior Thesis Prize for contributions to scientific research, Princeton University |
| 1997 | Sigma Xi scientific research society member |

## BOARD CERTIFICATION

| | |
|---|---|
| 2006 | Board certified in Anatomic and Clinical Pathology |

## LICENSURE

| | |
|---|---|
| 2013 | Physician and Surgeon, State of California |
| 2004-2013 | Physician and Surgeon, State of Washington |

## ORGANIZATIONS AND BOARDS

United States-Canadian Academy of Pathologists
College of American Pathologists
Washington State Society of Pathologists/Pacific Northwest Society of Pathologists
Expedition Inspiration, Board of Directors (2011-present)
Bold for the Cure, Board of Directors (2011-present)

## SPECIAL RESPONSIBILITIES

International:
| | |
|---|---|
| 2015 | Member of International Consortium for Health Outcomes Measurement Breast Cancer Working Group |

National:
| | |
|---|---|
| 2015 | Member of the ASCO Guideline Endorsement Panel for the Cancer Care Ontario Recommendations on the Role of Patient and |

|  |  |
|---|---|
|  | Disease Factors in Adjuvant Systemic Therapy Decision-Making for Early Stage, Operable Breast Cancer |
| 2015 | Section Editor for Breast Education and Self-Assessment Program (BESAP) for the American Society of Breast Surgeons |
| 2013 | Member of the CAP/ASCO HER2 Testing in Breast Cancer Guidelines Committee Update Panel (Patient Communication) |
| 9/2011-present | Member of TCGA Expert Breast Pathology Committee for NCI/NIH Cancer Genome Atlas project |
| 1/2012-5/2012 | Genentech Speakers Bureau Member (HER2 Testing) |
| 2011-2013 | College of American Pathologists Spokesperson |
| 7/2004-6/2005 | WA State Resident Delegate, College of American Pathologists |

Institutional:

| | |
|---|---|
| 10/2015- | Search committee member for new chair of Department of Gynecology and Obstetrics, Stanford University School of Medicine |
| 3/2015 - | Director of Breast Pathology, Stanford University School of Medicine |
| 1/2013 - | Co-director of the Stanford Breast/GYN Pathology Fellowship |
| 1/2013- | Associate Program Director of Anatomic Pathology Residency Program, Stanford University School of Medicine |
| 3/2008-12/2012 | Director of Breast Pathology, UWMC |
| 7/2011-12/2012 | Associate Program Director of Pathology Residency Program, UWMC |
| 7/2010-12/2012 | Director, Breast/Gyn Pathology fellowship, UWMC (2008-2010 Co-Director) |
| 7/2011-12/2012 | Director of Clinical Research Fellowship, UWMC |
| 7/2011-12/2012 | Co-director of Resident Research Fund |
| 9/2011-5/2012 | Member of search committee for Chair of Pathology, UWMC |
| 9/2010-12/2012 | Investigator/co-lead of UW/Fred Hutchinson Cancer Consortium Biospecimen Program |
| 7/2007-7/2011 | Co-Director, medical student elective rotation in Anatomic Pathology UWMC |
| 7/2006-12/2012 | Pathology review/presentation of cases, twice weekly Breast Tumor Boards at Seattle Cancer Care Alliance |
| 7/2010- 12/2012 | Review committee for Roger E Moe Fellowship in Multidisciplinary Breast Cancer Care |
| 3/2009-12/2012 | Member of UW Medicine Ambulatory Network Development Committee |
| 7/2007- 7/2009 | Pacific Ovarian Cancer Research Consortium/SPORE in Ovarian Carcinoma at Fred Hutchinson Cancer Consortium<br>  Co-leader, Specimen/Tissue Core<br>  Member, Specimen Use Committee |
| 7/2004-6/2005 | Member, Anatomic Pathology Compliance Committee UW Medicine |
| 7/2004-6/2006 | Resident Representative, Pathology Residency Management |

Committee UW Medicine

Ad Hoc article peer review for:

    *Journal of Clinical Oncology*
    *Clinical Cancer Research*
    *Breast Cancer Research and Treatment*
    *Archives of Pathology and Laboratory Medicine*
    *American Journal of Clinical Pathology*
    *Journal of the National Cancer Institute*
    *Pathology Research and Practice*
    *Hormones and Cancer*

## PUBLICATIONS:

### Original Peer Reviewed Studies

1. Miller RK, **Heller KK (Allison)**, Frisen L, Wallack DL, Loayza D, Gammie AE, Rose MD. The kinesin-related proteins, Kip2p and Kip3p, function differently in nuclear migration in yeast. *Mol Biol Cell* 1998; 9:2051-2068.

2. **Allison KH**, Yoder BJ, Bronner MP, Goldblum JR, Rubin BP. Angiosarcoma involving the gastrointestinal tract: a series of primary and metastatic cases. *Am J Surg Pathol* 2004 Mar; 28(3):298-307.

3. **Allison KH**, Fligner CL, Park WT. Radiographically occult diffuse intra-sinusoidal hepatic metastases from primary breast carcinomas: a clinicopathologic study of three autopsy cases. *Arch Pathol Lab Med* 2004 Dec;128(12):1418-1423.

4. Abadie JM, **Allison KH**, Black DA, Garbin J, Saxon AJ, Bankson DD. Can an immunoassay become a standard technique in detecting oxycodone and its metabolites? *J Anal Toxicol* 2005 Nov-Dec;29(8):825-829.

5. **Allison KH,** Patel RM, Goldblum JR, Rubin BP. Superficial malignant peripheral nerve sheath tumor: a rare and challenging diagnosis. *Am J Clin Pathol* 2005 Nov; 124(5):685-692.

6. Pugeliese MS, Kohr JR, **Allison KH**, Wang NP, Tickman RJ, Beatty JD. Accuracy of intraoperative imprint cytology of sentinel lymph nodes in breast cancer. *Am J Surg* 2006 Oct; 192(4):516-519.

7. Willner J, **Allison KH**, Galic V, Garcia R, Goff B, Swisher EM. Alternate molecular pathways leading to common histologies in ovarian epithelial cancer. *Hum Pathol* 2007 Apr; 38(4):607-613.


8. **Allison KH**, Swisher EM, Garcia RL.   Defining an appropriate threshold for the diagnosis of serous borderline tumor of the ovary: when is a full staging procedure unnecessary? *Int J Gynecol Pathol* 2008 Jan; 27(1):10-17.

9. Shah CA, **Allison KH**, Garcia RL, Gray HJ, Goff BA, Swisher EM. Intratumoral T cells and tumor-associated macrophages: association with p53 mutations, circulating tumor DNA and survival in women with ovarian cancer.  *Gynecol Oncol* 2008 May; 109(2):215-219.

10. **Allison KH**, Reed SD, Voigt LF, Jordan CD, Newton KM, Garcia RL. Diagnosing endometrial hyperplasia: why is it so difficult to agree?  *Am J Surg Pathol* 2008 May; 32(5):691-698.

11. Eby PR, JE Ochsner, WB DeMartini, **KH Allison**, S Peacock, CD Lehman. Is surgical excision necessary for focal atypical ductal hyperplasia found at stereotactic vacuum-assisted breast biopsy? *Ann Surg Oncol* 2008 Nov;15(11):3232-3238.

12. Bohling SD, **Allison KH**. Immunosuppressive regulatory T cells are associated with aggressive breast cancer phenotypes: a potential therapeutic target. *Mod Pathol* 2008 Dec; 21(12):1527-32.

13. Pugliese MS, Beatty JD, Tickman RJ, **Allison KH**, Atwood MK, Szymonifka J, Arthurs ZM, Huynh PP, Dawson JH.  Impact and outcomes of routine microstaging of sentinel lymph nodes in breast cancer: significance of the pN0(i+) and pN1mi categories.  *Ann Surg Oncol* 2009 Jan; 16(1):113-120 [Epub 2008 Oct 23].

14. Eby PR, Ochsner JE, DeMartini WB, **Allison** KH, Peacock S, Lehman CD. Frequency and upgrade rates of atypical ductal hyperplasia diagnosed at stereotactic vacuum-assisted breast biopsy: 9-versus 11-gauge.  *AJR Am J Roentgenol* 2009 Jan; 192(1):229-234.

15. Reed SD, Newton KM, Clinton WL, Epplein M, Garcia R, **Allison K**, Voigt LF, Weiss NS. Incidence of endometrial hyperplasia.  *Am J Obstet Gynecol* 2009; 200:678.e1-6.

16. Reed SD, Voight LF, Newton KM, Garcia RH, **Allison HK** *(sic)*, Epplein M, Jordan D, Swisher E, Weiss NS. Progestin therapy of complex endometrial hyperplasia with and without atypia.  *Obstet Gynecol* 2009; 113:655-662.

17. Partridge SC, Murthy R, Ziadloo A, White SW, **Allison KH**, Lehman CD. Diffusion tensor MRI of the normal breast.  *Magn Reson Imaging* 2010 Apr; 28(3):320-328.

18. Strigel RM, Eby PR, DeMartini WB, Gutierrez RL, **Allison KH**, Peacock S, Lehman CD. Frequency, upgrade rates and characteristics of high risk lesions initially identified with breast MRI.  *AJR Am J Roentgenol* 2010 Sep; 195(3):792-798.

19. Kohr JR, Eby PR, **Allison KH**, Demartini WB, Gutierrez RL, Peacock S, Lehman CD. Risk of upgrade of atypical ductal hyperplasia after stereotactic breast biopsy: effects of number of foci and complete removal of calcifications.  *Radiology* 2010 Jun; 255(3):723-730.

20. Specht JM, Kurland BF, Montgomery SK, Dunnwald LK, Doot RK, Gralow JR, Ellis GK, Linden HM, Livingston RB, **Allison KH,** Schubert EK, Mankoff DA. Tumor metabolism and blood flow as assessed by PET varies by tumor subtype in locally advanced breast cancer.  *Clin Cancer Res* 2010 May; 16(10):2803-2810.

21. Reed SD, Newton KM, Garcia RL, **Allison KH**, Voigt LF, Jordan CD, Epplein M, Swisher E, Upson K, Ehrlich KJ, Weiss NS.  Complex hyperplasia with and without atypia: clinical outcomes and implications of progestin therapy.  *Obstet Gynecol* 2010 Aug; 116(2 Pt 1):365-373.

22. Grimm EE, Schmidt RA, Swanson PE, **Allison KH.** Achieving 95% IHC/FISH concordance for Her2: causes and implications of discordant cases.  *Am J Clin Pathol* 2010 Aug; 134(2):284-292.

23. Norquist BM, Garcia RL, **Allison KH,** Jokinen CH, Kernochan LE, Pizzi CC, Barrow BJ, Goff BA, Swisher EM. The molecular pathogenesis of hereditary ovarian carcinoma: alterations in the tubal epithelium of women with BRCA1 and BRCA2 mutations.  *Cancer* 2010 Nov; 116(22):5261-71.

24. **Allison KH**, Eby PR, Kohr J, DeMartini WB, Lehman CD. Atypical ductal hyperplasia on vacuum assisted breast biopsy: suspicion for ductal carcinoma in situ can stratify patients at high risk of upgrade.  *Hum Pathol* 2011 Jan; 42(1):41-50.

25. Press JZ, **Allison KH**, Garcia R, Everett EN, Pizer E, Swensen RE, Tamimi HK, Gray HJ, Peters WA 3rd, Goff BA. FOXP3+ regulatory T-cells are abundant in vulvar Paget's disease and are associated with recurrence.  *Gynecol Oncol* 2011 Feb;120(2):296-9.

26. Wu JM, Beck AH, Pate LL, Witten D, Zhu S, Montgomery KD, **Allison KH**, van de Rijn M, West R. Endogenous versus tumor-specific host response to breast carcinoma: a study of stromal response in synchronous breast primaries and biopsy site changes.  *Clin Cancer Res,*  Clin Cancer Res. 2011 Feb 1;17(3):437-46. Epub 2010 Nov 22.

27. **Allison KH,** Kandalaft PL, Sitlani C, Dintzis SM, Gown AM, Goldstein LC. Routine pathologic parameters can predict Onco*type* DX$^{TM}$ recurrence scores in subsets of ER positive patients; who does not need testing? *Breast Cancer Res Treat*. 2012 Jan; 131(2):413-24.

28. **Allison KH,** Reed SD, Upson K, Voigt LF, Jordan CD, Newton KM, Garcia RL. PAX2 loss by immunohistochemistry occurs early and often in endometrial hyperplasia. *Int J Gynecol Pathol* 2012 Mar;31(2):151-9.

29. **Allison KH,** Dintzis DM, Schmidt RA. Frequency of HER2 Heterogeneity by Fluorescence in Situ Hybridization According to CAP Expert Panel Recommendations; Time for a new look at how to report heterogeneity. *AJCP* 2011  Dec;136(6):864-71

30. Anastas JN, Biechele TL, Robitaille M, Muster J, **Allison KH**, Angers S, Moon RT. A protein complex of SCRIB, NOS1AP and VANGL1 regulates cell polarity and migration, and is associated with breast cancer progression. *Oncogene* 2011 Dec. [Epub ahead of print]

31. Rendi MH, Dintzis SM, Lehman CD, Calhoun KE, **Allison KH**. Lobular In-Situ Neoplasia on Breast Core Needle Biopsy: Imaging Indication and Pathologic Extent Can Identify Which Patients Require Excisional Biopsy. *Ann Surg Oncol* 2012 Mar;19(3):914-21.

32. Rahbar H, Partridge SC, Demartini WB, Gutierrez RL, **Allison KH**, Peacock S, Lehman CD. In vivo assessment of ductal carcinoma in situ grade: a model incorporating dynamic contrast-enhanced and diffusion-weighted breast MR imaging parameters. *Radiology* 2012 May; 263(2):374-82.

33. Kurland BF, Gadi VK, Specht JM, **Allison KH**, Livingston RB, Rodler ET, Peterson LM, Schubert EK, Chai X, Mankoff DA, Linden HM. Feasibility study of FDG PET as an indicator of early response to aromatase inhibitors and trastuzumab in a heterogeneous group of breast cancer patients. *EJNMMI Res* 2012 Jun;2(1):34.

34. Upson K, **Allison KH**, Reed SD, Jordan CD, Newton KM, Swisher EM, Doherty JA, Garcia RL. Biomarkers of progestin therapy resistance and endometrial hyperplasia progression. *Am J Obstet Gynecol* 2012 Jul;207(1)36.e1-8. Epub 2012 May 16.

35. Parsian S, Rahbar H, **Allison KH**, Demartini WB, Olson ML, Lehman CD, Partridge SC. Nonmalignant Breast Lesions: ADCs of Benign and High-Risk Subtypes Assessed as False-Positive at Dynamic Enhanced MR Imaging. *Radiology.* 2012 Dec;265(3):696-706

36. **Allison KH**. Molecular Pathology of Breast Cancer: What a Pathologist Needs to Know. *Hum Pathol* 2012 Jan; 42(1):41-50.

37. Raghunath V, Braxton MO, Gagnon SA, Brunyé TT, **Allison KH**, Reisch LM, Weaver DL, Elmore JG, Shapiro LG. Mouse cursor movement and eye tracking data as an indicator of pathologists' attention when viewing digital whole slide images. J Pathol Inform. 2012;3:43. doi: 10.4103/2153-3539.104905

38. Oster NV, Carney PA, **Allison KH**, Weaver DL, Reisch LM, Longton G, Onega T, Pepe M, Geller BM, Nelson HD, Ross TR, Tosteson AN, Elmore JG. Development of a diagnostic test set to assess agreement in breast pathology: practical application of the Guidelines for Reporting Reliability and Agreement Studies (GRRAS). BMC Womens Health. 2013 Feb 5;13:3. doi: 10.1186/1472-6874-13-3.

39. Wolff AC, Hammond ME, Hicks DG, Dowsett M, McShane LM, **Allison KH,** Allred DC, Bartlett JM, Bilous M, Fitzgibbons P, Hanna W, Jenkins RB, Mangu PB, Paik S, Perez EA,

Press MF, Spears PA, Vance GH, Viale G, Hayes DF. Recommendations for human epidermal growth factor receptor 2 testing in breast cancer: American Society of Clinical Oncology/College of American Pathologists clinical practice guideline update. *J Clin Oncol.* 2013 Nov 1;31(31):3997-4013. doi: 10.1200/JCO.2013.50.9984 PMID:24101045

40. **Allison KH**, Reisch LM, Carney PA, Weaver DL, Schnitt SJ, O'Malley FP, Geller BM, Elmore JG. Understanding diagnostic variability in breast pathology: lessons learned from an expert consensus review panel. Histopathology. 2014 Feb 7. doi: 10.1111/his.12387. [Epub ahead of print] PMID: 24511905 [PubMed - as supplied by publisher]

41. Loiselle C, Eby PR, Kim JN, Calhoun KE, **Allison KH**, Gadi VK, Peacock S, Storer BE, Mankoff DA, Partridge SC, Lehman CD.Preoperative MRI improves prediction of extensive occult axillary lymph node metastases in breast cancer patients with a positive sentinel lymph node biopsy. Acad Radiol. 2014 Jan;21(1):92-8. doi: 10.1016/j.acra.2013.10.001. PMID: 24331270 [PubMed - in process]

42. Onega T, Weaver D, Geller B, Oster N, Tosteson AN, Carney PA, Nelson H, **Allison KH,** O'Malley FP, Schnitt SJ, Elmore JG. Digitized whole slides for breast pathology interpretation: current practices and perceptions. J Digit Imaging.2014 Oct;27(5):642-8. doi: 10.1007/s10278-014-9683-2. PubMed PMID: 24682769.

43. Clay MR, Allison KH, Folkins AK, Longacre TA. Risk of Secondary Malignancy (Including Breast) in Patients With Mismatch-repair Protein Deficiency. Am J Surg Pathol. 2014 Jun 11. [Epub ahead of print] PubMed PMID: 24921635.

44. Chaudhuri O, Koshy ST, Branco da Cunha C, Shin JW, Verbeke CS, **Allison KH**,Mooney DJ. Extracellular matrix stiffness and composition jointly regulate the induction of malignant phenotypes in mammary epithelium. Nat Mater. 2014 Oct;13(10):970-8. doi: 10.1038/nmat4009. Epub 2014 Jun 15. PubMed PMID: 24930031.

45. Feng S, Weaver DL, Carney PA, Reisch LM, Geller BM, Goodwin A, Rendi MH, Onega T, **Allison KH**, Tosteson AN, Nelson HD, Longton G, Pepe M, Elmore JG. A framework for evaluating diagnostic discordance in pathology discovered during researchstudies. Arch Pathol Lab Med. 2014 Jul;138(7):955-61. doi:10.5858/arpa.2013-0263-OA. PubMed PMID: 24978923; PubMed Central PMCID:PMC4146522.

46. Geller BM, Nelson HD, Carney PA, Weaver DL, Onega T, **Allison KH**, Frederick PD, Tosteson AN, Elmore JG. Second opinion in breast pathology: policy, practice and perception. J Clin Pathol. 2014 Jul 22. pii: jclinpath-2014-202290. doi:10.1136/jclinpath-2014-202290. [Epub ahead of print] PubMed PMID: 25053542.

47. Brunyé TT, Carney PA, **Allison KH**, Shapiro LG, Weaver DL, Elmore JG. Eye movements as an index of pathologist visual expertise: a pilot study. PLoS One. 2014 Aug 1;9(8):e103447. doi: 10.1371/journal.pone.0103447. eCollection 2014. PubMed PMID: 25084012; PubMed Central PMCID: PMC4118873.

48. Salgado R, Denkert C, Demaria S, Sirtaine N, Klauschen F, Pruneri G, Wienert S, Van den Eynden G, Baehne FL, Penault-Llorca F, Perez EA, Thompson EA, Symmans WF, Richardson AL, Brock J, Criscitiello C, Bailey H, Ignatiadis M, Floris G, Sparano J, Kos Z, Nielsen T, Rimm DL, **Allison KH**, Reis-Filho JS, Loibl S, Sotiriou C, Viale G, Badve S, Adams S, Willard-Gallo K, Loi S. Harmonization of the evaluation of tumor infiltrating lymphocytes (TILs) in breast cancer: recommendations by an international TILs-working group 2014. Ann Oncol. 2014 Sep 11. pii: mdu450. [Epub ahead of print] Review. PubMed PMID: 25214542.

49. Cloyd JM, Yang RL, **Allison KH**, Norton JA, Hernandez-Boussard T, Wapnir IL. Impact of histological subtype on long-term outcomes of neuroendocrine carcinoma of the breast. Breast Cancer Res Treat. 2014 Dec;148(3):637-44. doi: 10.1007/s10549-014-3207-0. Epub 2014 Nov 16.

50. **Allison KH**, Abraham LA, Weaver DL, Tosteson AN, Nelson HD, Onega T, Geller BM, Kerlikowske K, Carney PA, Ichikawa LE, Buist DS, Elmore JG. Trends in breast biopsy pathology diagnoses among women undergoing mammography in the United States: A report from the Breast Cancer Surveillance Consortium.  Cancer. 2015 Jan 20. doi: 10.1002/cncr.29199. [Epub ahead of print]

51. Elmore JG, Longton GM, Carney PA, Geller BM, Onega T, Tosteson AN, Nelson HD, Pepe MS, **Allison KH,** Schnitt SJ, O'Malley FP, Weaver DL. Diagnostic concordance among pathologists interpreting breast biopsy specimens. JAMA. 2015 Mar 17;313(11):1122-32. doi: 10.1001/jama.2015.1405. PMID: 25781441

**Case Reports**

52. **Allison KH**, Mann GN, Norwood TH, Rubin BP. An unusual case of multiple giant myelolipomas: clinical and pathogenetic implication. *Endocr Pathol* 2003; 14:93-100.

53. **Allison K,** Clarridge JE 3rd**.** Long-term respiratory tract infection with canine-associated *Pasteurella dagmatis* and *Neisseria canis* in a patient with chronic bronchiectasis.  *J Clin Microbiol* 2005; 43:4272-4274.

54. **Allison KH**, Love JE, Garcia RL.  Epithelioid trophoblastic tumor: review of a rare neoplasm of the chorionic-type intermediate trophoblast.  *Arch Pathol Lab Med* 2006; 130:1875-1881.

**Invited Reviews**

55. **Allison KH**, Tenpenny E, Reed SD, Swisher EM, Garica RL. Immunohistochemical markers in endometrial hyperplasia: is there a panel with promise? a review.  *Appl Immunohistochem Mol Morphol* 2008; 16:329-343.

56. Simonson WTN, **Allison KH.** Tumor infiltrating lymphocytes in cancer: implications for the diagnostic histopathologist.  *Diagnostic Histopathology* February 2011; 17(2): 80-90.

57. **Allison KH**, Sledge GW Jr. Heterogeneity and Cancer. Oncology (Williston Park). 2014 Sep 15;28(9). pii: 201365. Review. PubMed PMID: 25224475.

**Book Chapters**

58. **Allison KH**, Lawton TJ: Papillary lesions. *In* Breast, Lawton TJ, ed. Illustrated Surgical Pathology, Weiss L, series editor (New York: Cambridge University Press, 2009), pp 67-80.

59. **Allison KH** and RD Cardiff: Mammary Gland. *In* Comparative Anatomy and Histology: A Mouse and Human Atlas, Dintzis SM and Treuting PM ed. (Elsevier, 2012) pp 41-52.

60. Calhoun KE, Korde LA, **Allison KH**, DeMartini W, Li CI, Anderson BO: Clinical Management of Lobular Carcinoma in Situ. In Advanced Therapy of Breast Disease (People's Medical Publishing House, 2012) pp 371-391

**Invited Editorials**

61. **Allison KH.** Estrogen receptor expression in breast cancer: we cannot ignore the shades of gray.  *Am J Clin Pathol* 2008; 130:853-854.

**Letters to the Editor**

62. Kohr JR, Eby PR, **Allison KH**, DeMartini WB, Gutierrez RL, Peacock S, Lehman CD: Identifying patients with atypical ductal hyperplasia diagnosed at core-needle biopsy who are at low risk of malignancy (authors' reply).  *Radiology* 2010; 257:839-840. [see also 19. above].

**Book Reviews**

63. **Allison KH.**  O'Malley FP, Pinder SE. Breast Pathology.  *Am J Clin Pathol* 2007;127:652.

64. **Allison KH.** Schnitt SJ, Collins LC. Biopsy interpretation of the breast. *Am J Clin Pathol 2009*

**Books**

65. **Allison KH.** *Red Sunshine: A Story of Strength and Inspiration from a Doctor Who Survived Stage 3 Breast Cancer* **Paperback: 192 pages Publisher: Hatherleigh Press (September 27, 2011) Language: English ISBN-10: 1578264073 ISBN-13: 978-1578264070** www.redsunshine.org

**ABSTRACTS/PLATFORM PRESENTATIONS:**

**2015 USCAP Annual Meeting, Boston, MA**

[128] Characterization of Breast Cancers With Equivocal and Non-Classical HER2 FISH Results – A Multi-Institutional Study
Authors: Morgan Ballard, Florencia Jalikis, Gregor Krings, Rodney A Schmidt, Yunn Yi Chen, Mara H Rendi, Suzanne M Dintzis, Kristin C Jensen, Robert B West, Richard K Sibley, Kimberly H Allison
Date/Time: Tuesday, March 24, 2015 - 8:45 AM

[119] Histologic Features Associated With Diagnostic Disagreement in Atypical Ductal Hyperplasia of the Breast: Results From the B-Path Study
Authors: Kimberly H Allison, Mara H Rendi, Donald L Weaver, Joann Elmore
Session Info: Proffered Papers: Section SECTION B, Monday Morning

[138] Percent of Breast Cancers Positive for HER2 Varies By Ethnicity and Social Determinants of Health in California – Implications of Patient Demographics on Laboratory Benchmarks
Authors: Eugene Carneal, Daphne Y Lichtensztajn, Tina C Dur, Scarlett L Gomez, Kristin C Jensen, Allison W Kurian, Kimberly H Allison
Session Info: Poster Session I # 22, Monday Morning

**2014 USCAP Annual Meeting, San Diego, CA**

[129] HER2 Positive Rates Vary by County and Geographic Region in California Independent of Stage and Age at Presentation
Authors: Kimberly H Allison, Kristin C Jensen, Tina C Dur, Scarlett L Gomez, Robert B West, Allison W Kurian
Session Info: **Proffered Papers**: Section B, Tuesday Afternoon

[147] Can We Predict Which Her2 Tests Change from Biopsy to Excision?
Authors: Ryanne A Brown, Michael R Clay, Kristin C Jensen, Robert B West, Kimberly H Allison
Session Info: Poster Session I Stowell-Orbison/Surgical Pathology/Autopsy Awards Poster Session

[158] Dual IHC and FISH Testing to Identify HER2 Positive Subpopulations in Breast Cancer: Uncovering Heterogeneity
Authors: Michael R Clay, Kimberly H Allison, Kristin C Jensen
Session Info: Poster Session IV # 81, Tuesday Afternoon

[324] HER2 Heterogeneity by FISH in Breast Cancers and Matched Lymph Node Metastases: How Different Are They?
Authors: Carlos J Suarez, Rodney A Schmidt, Suzanne M Dintzis, Mara H Rendi, Kristin C Jensen, Robert B West, Kimberly H Allison
Session Info: Poster Session I Stowell-Orbison/Surgical Pathology/Autopsy Awards Poster Session # 53, Monday Morning

[1151] Risk of Secondary Malignancy (Including Breast) in Patients with Mismatch Repair Deficiency
Authors: Michael R Clay, Kimberly H Allison, Ann K Folkins, Teri A Longacre
Session Info: Poster Session I Stowell-Orbison/Surgical Pathology/Autopsy Awards Poster Session # 181, Monday Morning

**2013 Annual USCAP meeting, Baltimore, MD**
- Kathi H Adamson, Eric Q Konnick, Suzanne M Dintzis, Mara H Rendi, Hannah M Linden, **Kimberly H Allison.** To Count or Not To Count? Scoring Ki67 in Breast Cancers According to International Working Group Recommendations. **Platform presentation**
- **Kimberly H Allison,** Yunn-Yi Chen, Susan C Lester, Nicole B Johnson, Rachel E Factor, Gary MK Tse, Sandra J Shin, David A Eberhard, Puay Hoon Tan, Stuart J Schnitt, Laura C Collins, Kristin C Jensen, Konstanty Korski, Fredrick M Waldman, Andrew H Beck Host Inflammation and Breast Cancer Molecular Subtypes: Results from a TCGA Sub-Analysis. **Platform presentation**
- Mark R Kilgore, Julie S Kranseler, Suzanne M Dintzis, Rodney A Schmidt, Paul E Swanson, Mara H Rendi, Hannah M Linden, **Kimberly H Allison** Phenotypes of Breast Cancers Heterogeneous for HER2 Gene Amplification: Looking for Biologically Relevant Thresholds. **Poster presentation**
- Tracy Onega, **Kimberly H Allison,** Natalia Ostler, Joann Elmore, Donald L Weaver. Digitized Whole Slides for Breast Pathology Interpretation: Pathologists Use and Perceptions. **Poster presentation.**
- Michael A Seidman, Susan C Lester, Nicole B Johnson, **Kimberly H Allison,** Yunn-Yi Chen, Rachel E Factor, Gary MK Tse, Sandra J Shin, David A Eberhard, Puay Hoon Tan, Stuart J Schnitt, Laura C Collins, Kristin C Jensen, Konstanty Korski, Frederic M Waldman, Andrew H Beck. Integrative Genomic Profiling To Identify Drivers of Breast Cancer-Associated Inflammation. **Poster presentation.**
- Kathi H Adamson, **Kimberly H Allison, P**aul E Swanson, Suzanne M Dintzis, Mara H Rendi. Unexpected PAX8 Reactivity in Metastatic High Grade Breast Cancer. **Poster presentation.**

**2012 Annual USCAP meeting, Vancouver, Canada**
- Adamson KH, Dintzis SM, Schmidt RA, Mankoff D, **Allison KH**. Breast cancer HER2 heterogeneity by FISH pre and post neoadjuvant chemotherapy: A pilot study. **Poster presentation**
- Rendi M, Allison KH, Stern J, Hawes S, Feng Q, Kiviat N. Breast cancer subtypes and epigenetic characterization of women from Senegal, West Africa. **Poster presentation**
- Suarez CJ, Dintzis SM, Schmidt RA, **Allison KH**. HER2 heterogeneity by FISH in breast cancers and matched lymph node metastases: A pilot study. **Poster presentation**

**2011 American Society of Clinical Oncologists in Chicago, IL**
- Loiselle CR, Eby PR, Kim JN, Calhoun K, **Allison KH,** Gadi VK, Peacock S, Storer B, Mankoff D, Partridge S, Lehman CD. Can pre-operative dynamic contrast enhanced breast MRI predict extensive occult axillary lymph node metastases in patients with positive sentinel node biopsy? **Poster presentation**

**2011 Annual USCAP meeting, San Antonio, TX**
- **KH Allison,** SM Dintzis, RA Schmidt. Frequency of HER2 Heterogeneity by Fluorescence in Situ Hybridization According to CAP Expert Panel Recommendations; Time for a new look at how to report heterogeneity. **Platform Presentation**

- SM Dintzis, **KH Allison**, RA Schmidt.  FISH Testing for HER2 Expression May Yield Discordant Results Depending on Reporting Criteria Used. **Poster Presentation**
- RA Schmidt, , SM Dintzis, **KH Allison**. High-ICR": A Unifying Data-Driven Reporting System for Her2 FISH Analysis Based on Intra-Tumor Heterogeneity. **Poster Presentation**

**2010 San Antonio Breast Cancer Symposium, San Antonio, TX**
- **KH Allison,** SM Dintzis, RA Schmidt. Analysis of College of American Pathologists Recommendations for Reporting HER2 Intra-tumoral heterogeneity (ITH) on 1329 Breast Cancers. **Poster Presentation**
- SM Dintzis, **KH Allison,** RA Schmidt. HER2 Tesing by FISH: Discordance between HER2 Signals per Cell and HER2:CEP17 ratio. **Poster Presentation**
- RA Schmidt, **KH Allison,** SM Dintzis. Quantification of Intra-tumoral Heterogeneity for HER2 Gene Amplification by FISH with Proposed New (High ICR) Reporting System. **Poster Presentation**

**2010 99th Annual USCAP meeting, Washington DC:**
- **KH Allison,** SM Dintzis, PL Kandalaft, AM Gown, LC Goldstein**.** Can Pathologic Features and Immunophenotype of ER+, Node Negative Breast Cancers Identify High and Low Risk OncotypeDX Subgroups? **Poster Presentation** SM Dintzis**, KH Allison** Effect of Formalin Fixation Time on Her 2 Expression by Immunohistochemical Technique. **Poster Presentation**
- M Rendi, **KH Allison,** P Sow, P Toure, A Dem, S Hawes, Q Feng, N Kiviat Histologic and Epigenetic Characterization of Pre- and Postmenopausal Breast Cancer from Women in Senegal, West Africa. **Poster Presentation.**
- MH Rendi, SM Dintzis, PR Eby, KE Calhoun, **KH Allison** Upgrade Rates of Lobular Neoplasia on Core Needle Biopsy: Should Atypical Lobular Hyperplasia Be Routinely Excised? **Poster Presentation.**
- JM Wu, AH Beck, D Witten, **K Allison,** M van de Rijn, RB. West Fibroblast-Like Stromal Response Is Host-Dependent While Macrophage-Associated Stromal Response Is Tumor-Dependent: A Study of Stromal Response in Paired Breast Carcinomas from Patients with Dual Primaries. **Poster Presentation**

**2010 American Society of Breast Surgeons Annual Meeting, Las Vegas, NV**
- SH Javid, **KH Allison,** KE Calhoun, GN Mann, DR Byrd, and BO Anderson. Diagnostic Excision is Warranted for Pleomorphic Lobular Carcinoma In Situ.
- KE Calhoun, **KH Allison,** SH Javid, GN Mann, DR. Byrd, R Schmidt, BO Anderson. Axillary Sentinel Lymph Node Dissection for Invasive Breast Cancer and the Current AJCC Staging Guidelines: Pathology Results of 877 Cases and the Impact on Subsequent Axillary Management.

**2009 98th Annual USCAP meeting, Boston, MA:**
- EE Grimm, RA Schmidt, PE Swanson, **KH Allison**. Achieving 95% IHC/FISH concordance for Her2: Causes and implications of discordant cases. **Poster Presentation**
- **KH Allison,** PR Eby, J Kohr, WB DeMartini, CD Lehman. Can we predict which cases of atypical ductal hyperplasia on core needle biopsy will upgrade? **Poster Presentation**

- **KH Allison,** SD Reed, K Upson, LF Vopigt, CD Jordan, KM Newton, RL Garcia. Loss of PAX-2 expression is a sensitive marker for neoplastic endometrium. **Poster Presentation**

**2008 97th Annual USCAP meeting, Denver, CO:**
- Bohling S, T Lawton, **KH Allison.** Immunosuppressive regulatory T cells are associated with more aggressive breast cancer phenotypes: a potential therapeutic target. **Poster presentation**

**Other Meetings:**
- JZ Press**, KH Allison,** R Garcia, H Tamimi, H Gray, R Swenson, B Goff. Vulvar Paget's is characterized by increased FOXP3: Would Imiquimod be useful? **Platform presentation** at June, 2008 Western Association of Gynecologic Oncologists meeting, Sonoma, CA.
- Pugliese M, **KH Allison**, R Tickman, D Beatty. Microstaging of Sentinel Lymph Node Biopsies is Not Associated with Disease-Free Survival in Breast Cancer. **Poster presentation** at 2007 American College of Surgeons Clinical Congress in New Orleans.
- **Allison KH**, R.E. Swensen. FoxP3+ regulatory T cells are present in significant numbers in high grade VIN: A potential immunotherapy target. **Platform presentation** at June, 2007 Western Association of Gynecologic Oncologists meeting, Sun River, OR.
- Norquist B, Garica R, **Allison KH,** Goff B, Swisher E. Identification of preneoplastic alterations in tubal epithelium of women with hereditary peritoneal and ovarian carcinomas. **Platform presentation** at June, 2007 Western Association of Gynecologic Oncologists meeting, Sun River, OR.

**2007 96th annual USCAP meeting, San Diego, CA:**
- **Allison KH,** CA Shah, RL Garcia, EM Swisher. Does type and degree of T cell immune response to ovarian cancer matter? Correlation of cytotoxic T cells and FoxP3+ immunosuppressive Tregs with survival. *Modern Pathology.* 2007 Feb; Vol 20(2s) Abstract #855. **Platform presentation** at 2007 96th annual USCAP meeting, San Diego, CA.
- **Allison KH,** Reed SD, Voigt LF, Jordan CD, Newton KM, Garcia RL. Diagnosing endometrial hyperplasia: Why is it so difficult to agree? *Modern Pathology.* 2007 Feb; Vol 20(2s) Abstract #854. **Poster presentation** at 2007 96th annual USCAP meeting, San Diego, CA.

**2006 95th annual USCAP meeting, San Antonio, TX:**
- **Allison KH**, Swisher EM, Garcia RL. Volume of borderline change in ovarian neoplasms: Do cystadenomas with focal borderline change warrant a full operative staging? *Modern Pathology*. 2006 Jan; Vol 19(s), Abstract #789. **Poster presentation** at 2006 95th annual USCAP meeting, San Antonio, TX.
- **Allison KH**, Swanson PE, Lawton TJ. Hormone receptor and Her2/neu status pre and post neoadjuvant chemotherapy: Should immunohistochemical studies be repeated? *Modern Pathology*. 2006 Jan; vol 19 (s), Abstract #80. **Platform presentation** at 2006 95th annual USCAP meeting, San Antonio, TX.

**TALKS/COURSES**

| | |
|---|---|
| Sept 2015 | *The Most Important Doctor You May Never Meet* |
| | Keynote Speaker at "Breast Cancer Today: Individual Treatments, Shared Experiences," Living Beyond Breast Cancer Annual Conference, Denver, CO |
| Sept 2015 | *Workshop on Intraductal Proliferative Lesions of the Breast* |
| | Webinar for Kaiser Southern California |
| July 2015 | *Understanding Breast Cancer: From Pathology to Personal Perspectives* |
| | Cancer Prevention Institute of California, Annual Registrars Meeting, Fremont, CA |
| May 2015 | *Understanding Breast Cancer Biology: New Discoveries and Treatment Advances* |
| | Stanford Medicine Community Day "Heath Matters" |
| March 2015 | *Workshop on Intraductal Proliferative Lesions of the Breast* |
| | United States and Canadian Academy of Pathology, Short Course |
| January 2015 | *Atypical lesions of the breast* |
| | Webinar for Kaiser Permanente Northern California/Stanford Series |
| January 2015 | *HER2 IHC Test Interpretation in Breast Cancer* |
| | Online Course with Self-Assessment Module |
| | Breast Predictive Factors Learning Series |
| | College of American Pathologists |
| November 2014 | *-Intraductal Proliferative Lesions of the Breast* |
| | *-Workshop on Challenges in Breast Cancer Predictive Marker Interpretation* |
| | *-Understanding the Clinical Impact of your Diagnosis: Lessons Learned from the Other Side of the Microscope* |
| | Invited speaker (3 talks) for Arizona Society of Pathologist's Fall Meeting, Phoenix, AZ |
| October 2014 | *Management of High Risk Lesions of the Breast* |
| | Invited speaker at 2014 American College of Surgeons Clinical Congress: "High-Risk Breast Cancer Management from A to Z" San Francisco, CA |
| September 2014 | *Atypical lesions of the breast* |
| | Invited speaker at Kaiser's MidAtlantic Permanente Medical Group Annual Radiology CME Conference "Hot Topics in Breast Imaging," Washington D.C |
| July 2014 | *Intraductal Proliferative Lesions of the Breast* |
| | Webinar for Kaiser Permanente California/Stanford Series |
| May 2014 | *Pathology's Role in Cancer Care; The Most Important Doctor You Don't Know* |
| | Invited speaker at REV Forum on Cancer Care, Washington DC |
| | Blog: "The Most Important Doctor You Don't Know" |
| March 2014 | *"When the doctor becomes the patient: Cancer from both sides of the microscope"* |
| | Stanford Medical School 101, Stanford, CA |

| | |
|---|---|
| November 2013 | *HER2 Testing in Breast Cancer: A Practical Guide to Interpretation and Approaching Challenging Cases* <br> Live webinar for American Society of Clinical Pathology |
| November 2013 | *Advances in Understanding the Biology of Breast Cancer* <br> Keynote speaker for 10th Annual Breast Cancer Conference for Breast Cancer Connections, Oracle Conference Center, Redwood City, CA |
| November 2013 | *Understanding Breast Cancer* <br> Invited speaker for Stanford School of Medicine Facilities Monthly Conference |
| October 2013 | *DCIS: Is it a Precursor or Risk Lesion?* <br> CME course: "Challenges and Controversies in Breast Cancer" <br> Bell Harbor Conference Center, Seattle, WA |
| March 2013 | *Understanding Breast Cancer: A Breast Cancer Pathologist Learns from Life on the Other Side of the Microscope* and *Surviving Breast cancer: A Pathologist and Patient's Perspective* <br> Keynote speaker for Komen Oregon and SW Washington Breast Cancer Issues Conference, Portland, OR |
| August 2013 | *Seeing cancer from both sides* <br> Stanford Medicine 1:2:1 **Podcast/Interview** |
| November 2012 | *Advancing Patient-Centered Care for Women Across Our Globe: The Laboratory is Part of the Puzzle* <br> Panel and speaker at the American Society of Clinical Pathology Annual Meeting, Boston, MA |
| October 2012 | *Understanding the Clinical Impact of Your Diagnosis: Lessons learned from the other side of the microscope* <br> The Chicago Pathology Society Lecture Series, Chicago, IL |
| September 2012 | *Misconceptions in Breast Cancer Diagnosis: A Pathologist's Perspective* and *Surviving Breast Cancer: Lessons Learned* <br> Cancer for Primary Care: Shifting Perspectives on Evidence and Advocacy, CME Course <br> Providence Alaska Medical Center, Anchorage, Alaska |
| June 2012 | *The Evolving Practice of Predictive Testing in Breast Cancer* <br> Stanford University, CA |
| May 2012 | Keynote speaker for Seattle Magazine's "Seattle Top Doctors" awardees event |
| April 2012 | *Personalizing Treatment Decisions: Quality HER2 and BRAF Testing* <br> Washington Adventist Hospital Grand Rounds, Washington D.C. <br> Genentech Speakers Bureau |
| March 2012 | *Breast Pathology Evening Specialty Conference Case Presentation* <br> United States and Canadian Academy of Pathologists Annual Meeting, Vancouver, Canada |
| March 2012 | *Surviving Cancer, Lessons Learned from a Physician Who Became a Patient* |

| | |
|---|---|
| | Puget Sound Oncology Nursing Society Symposium and Bastyr University |
| February 2012 | *Delivery of Personalized Medicine: A Professional and Personal Perspective* |
| | Genentech/Roche Legal Conference, Monterey, CA |
| February 2012 | *From Physician to Patient: Lessons Learned on the Other Side of the Microscope* |
| | Seattle Cancer Care Alliance Board Presentation, Seattle, WA |
| January 2012 | *HER2 Testing; A Professional and Patient Perspective* |
| | Genentech National Sales Convention, Las Vegas, NV |
| October 2011 | *A Breast Cancer Pathologist Learns from Life on the Other Side of the Microscope* |
| | Marin General Hospital/Center for Integrative Health and Wellness |
| October 2011 | *The Path of a Breast Cancer Survivor* |
| | UW Medicine and Seattle Public Library Lecture Series |
| October 2011 | Moderator for *Metastatic Breast Cancer* session |
| | CME course: "Challenges and Controversies in Breast Cancer" |
| | Bell Harbor Conference Center, Seattle, WA |
| April 2011 | *Breast Cancer Testing: From Arbitrary to Evidence-Based* |
| | Pathology Presents, UWMC, Seattle, WA |
| May 2010 | *Practicing Breast Pathology in 2010: How can we meet guidelines?* |
| | Pacific Northwest Society of Pathology Meeting |
| | Fred Hutchinson Cancer Research Center, Seattle, WA |
| June 2010 | *Lobular Neoplasia on Core Needle Biopsy* |
| | Fred Hutchinson/University of Washington Cancer Consortium Clinical Breast Cancer Faculty Retreat, Seattle Cancer Care Alliance |
| May 2010 | *UW Mini-Medical School Series: Is your doctor really hearing you, part : Physician panel on being a patient* |
| | UWMC Mini Medical School Series, featured on UWTV |
| March 2010 | *OncotypeDX Testing in Breast Cancer: Do all ER+, Lymph Node Negative Patients Need to be Tested?* |
| | Fred Hutchinson/University of Washington Cancer Consortium Clinical Breast Cancer Faculty Retreat, Seattle Cancer Care Alliance |
| October 2009 | *The Pathologic Spectrum of Triple Negative and Basal-Like Breast Cancers* |
| | CME course: "Challenges and Controversies in Breast Cancer" |
| | Bell Harbor Conference Center, Seattle, WA |
| | Sponsored by: UWMC/Fred Hutchinson/Seattle Cancer Care Alliance |
| October 2009 | *Molecular Testing in Breast Cancer: Will it become standard practice?* |
| | Northwest Medical Laboratory Symposium |
| | DoubleTree Inn, Seattle-Tacoma Airport, Seattle, WA |

| | |
|---|---|
| June 2009 | *Sentinel Lymph Node IHC Staining* <br> Fred Hutchinson/University of Washington Cancer Consortium Clinical Breast Cancer Faculty Retreat, Seattle Cancer Care Alliance |
| March 2009 | *Molecular Testing in Breast Cancer: Will it become Standard?* <br> Grand Rounds, Laboratory Medicine <br> University of Washington Medical Center <br> http://www.youtube.com/watch?v=G--b-dV65ho |
| November 2008 | *Correlation between core needle biopsy and final surgical excision in Breast Cancer* <br> Fred Hutchinson/University of Washington Cancer Consortium Clinical Breast Cancer Faculty Retreat, Seattle Cancer Care Alliance |
| Annual since 2008 | *Introduction to Breast Pathology* <br> University of Washington Medical Center, Lecture to Medical Students |
| Annual since 2007 | *Breast Pathology* <br> University of Washington Medical Center, Lecture to Pathology Residents |
| October 2007 | *The New CAP/ASCO Her2/neu guidelines* <br> CME course: "Challenges and Controversies in Breast Cancer" <br> Bell Harbor Conference Center, Seattle, WA <br> Sponsored by: UWMC/Fred Hutchinson/Seattle Cancer Care Alliance |
| May 2007 | *Pathology of Paget's Disease of the Breast* <br> Fred Hutchinson/University of Washington Cancer Consortium Clinical Breast Cancer Faculty Retreat, Seattle Cancer Care Alliance |
| March 2007 | *The Uterus: Endometrial and Myometrial Pathology* <br> University of Washington Medical Center, Lecture to Pathology Residents |
| October 2006 | *Pathology of Predictive and Prognostic Markers in Breast Cancer: At Diagnosis IHC, FISH and OncotypeDX* <br> Fred Hutchinson/University of Washington Cancer Consortium Clinical Breast Cancer Faculty Retreat, Seattle Cancer Care Alliance |
| August 2006 | *Hormone Receptor and Her2/neu Status Pre and Post Neoadjuvant Chemotherapy in Breast Cancer: Should Immunohistochemistry be Repeated?* <br> Fred Hutchinson/University of Washington Cancer Consortium Clinical Breast Cancer Faculty Retreat, Seattle Cancer Care Alliance |
| February 2006 | *Gene Expression Profiling in Breast Cancer: Multiple applications changing the way we diagnose and treat.* <br> University of Washington Dept of Laboratory Medicine Research and Development Rounds, UWMC |

**MEDIA RELATED TO DR ALLISON**:

Website for Dr Allison's book*: Red Sunshine*: www.redsunshine.org
(**Agent:** Dede Cummings, agent and publicity, dcdesignteamvt@gmail.com)

Most Recent PubMed articles by Dr Allison:
http://www.ncbi.nlm.nih.gov/pubmed?term=Allison%20KH

Video of Dr Allison speaking at REV Cancer Forum in Washington DC *Pathology's Role in Cancer Care; The Most Important Doctor You Don't Know*

Dr Allison's Blog for the REV Forum: "The Most Important Doctor You Don't Know"

Stanford Medicine 1:2:1 **Podcast/Interview**

**San Francisco Chronicle article "For Cancer Specialists, Disease Can Make Them Better Doctors" featuring Dr Allison**

**New York Times** piece on Dr. Allison:
http://www.nytimes.com/2011/10/11/health/11brody.html

Interview with Dr Allison by **American Society of Clinical Pathology** for 2012 Annual Meeting **http://www.ascp.org/Newsroom/Breast-Cancer-Pathologist-Who-Survived-Breast-Cancer-Shares-Her-Story-at-the-2012-ASCP-Annual-Meetin.html**

**Interview with Andrew Schorr,** health care correspondent and author of The Web Savvy Patient**: http://www.patientpower.info/program/my-journey-from-pathologist-to-breast-cancer-survivor**

**CNN piece on Dr Allison: http://www.cnn.com/2011/10/24/health/conditions/breast-cancer-nurse-pathologist/index.html?hpt=he_c1**

**New Day Northwest TV segment featuring Dr Allison: http://www.king5.com/new-day-northwest/Seattle-Cancer–132528393.html**

2009 Lecture on *Molecular Testing in Breast Cancer: Will it become Standard?*
http://www.youtube.com/watch?v=G--b-dV65ho

**National Association of Public Hospitals post: http://www.naph.org/Main-Menu-Category/Newsroom/Safety-Net-Matters-Blog/When-the-Breast-Cancer-Diagnosis-is-Personal.aspx**