# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

| HAMMONS | : | MAY TERM, 2013 |
|---|---|---|
| v. | : | NO. 3913 |
| ETHICON, INC., et al. | : | Control No. ~~15083403~~ 1510756 |

## ORDER

AND NOW, this 23rd day of November, 2015, upon consideration of the Motion to Exclude the Testimony of Ralph Zipper, M.D., filed by Defendants Ethicon, Inc., and Johnson & Johnson, and any response thereto, it is hereby **ORDERED** and **DECREED** said Motion is **DISMISSED WITHOUT PREJUDICE** pursuant to Pa.R.C.P. 207.1(a)(3). Accordingly, any issue concerning the admissibility of specific evidence shall be raised before, and addressed by, the trial court.

BY THE COURT:

_____
ARNOLD L. NEW, J.

Hammons Vs Ethicon, Inc-ORDER

13050391300286

DOCKETED
COMPLEX LIT CENTER

NOV 23 2015

**J. STEWART**