# EXHIBIT G

Ralph Zipper, M.D., FACOG, FPMRS

```
 1           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
 2               CHARLESTON DIVISION
            Master File No. 2:12-MD-02327
 3                   MDL No. 2327
         JOSEPH R. GOODWIN U.S. DISTRICT JUDGE
 4   IN RE:  ETHICON, INC.
     PELVIC REPAIR SYSTEM PRODUCTS LIABILITY
 5   LITIGATION
 6   THIS DOCUMENT RELATES TO:
     Sharon Carpenter, et al. v. Ethicon, Inc.,
 7   et al.
             Civil Action No. 2:12-cv-00554
 8
     Joy Essman, et al.  v. Ethicon, Inc., et
 9   al.,
             Civil Action No. 2:12-cv-00277
10
     Barbara A. Hill, et al. v. Ethicon, Inc.,
11   et al.,
             Civil Action No. 2:12-cv-00806
12
     Brenda Riddell, et al. v. Ethicon, Inc., et
13   al.,
             Civil Action No. 2:12-cv-00547
14
     Barbara J. Vignos-Ware, et al. v. Ethicon,
15   Inc., et al.,
             Civil Action No. 2:12-cv-00761
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ /
17
18      RALPH ZIPPER, M.D., FACOG, FPMRS
19               March 20, 2016
20
21                    - - -
22           GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph|917.591.5672 fax
24              deps@golkow.com
```

Page 238

1  So at the end of the day,
2 the overall failure rate, when you
3 consider untreated compartment, is
4 dramatically higher with Prolift compared
5 to native tissue. Withagen demonstrates
6 that. When Withagen looks in his next
7 paper and reports on it, all
8 compartments, not just the treated
9 compartment failure, even use the hymenal
10 ring, Prolift performs four times worse
11 than native tissue.
12  And this is something that's
13 been shown over and over again by other
14 authors.
15  Q.  Dr. Zipper, is your
16 interpretation of that comparison that we
17 just read, is your interpretation that,
18 when you consider all compartment failure
19 between the groups, that mesh fared
20 worse?
21  A.  Remember I said I wouldn't
22 look at this one Withagen paper in
23 isolation, because those authors continue
24 to report on that -- on that data set,

Page 239

1 and when they went pack and report on
2 that data set including the untreated
3 compartment failure, they realized that
4 the mesh performed very poorly in
5 comparison. The Prolift performed very
6 poorly in comparison to the native tissue
7 surgery, secondary to the incredibly high
8 incidence of untreated compartment
9 failure, as over 50 percent in the
10 anterior compartment, meaning when you
11 treat the anterior compartment with
12 Prolift and not the posterior
13 compartment, Withagen found a 50 percent
14 incidence -- 53 percent incidence of
15 untreated compartment failure.
16  And when Withagen went back
17 and looked at that, the Withagen group
18 said, "Wow, when we look at all the
19 compartments, this is a bust. The
20 Prolift ends up with a much higher
21 failure rate compared to the native
22 tissue surgery, even when we look at the
23 hymenal ring as the endpoint and not
24 Stage 0 and Stage 1 prolapse."

Page 240

1  Q.  Doctor, you have some
2 opinions in your reports regarding the
3 information warnings for Prolift and
4 Prosima. And you say that those are
5 inadequate, correct?
6  MR. THORNBURGH: Objection.
7  THE WITNESS: Yes.
8 BY MR. TOMASELLI:
9  Q.  All right. And when do you
10 believe you became an expert in warnings,
11 sir?
12  A.  I am -- I represent myself
13 as an industry expert in labels and
14 safety and -- and safety and efficacy
15 analysis and validation. And in the last
16 two years alone, I've been hired at the
17 executive level to create labels,
18 labeling guidelines, safety and efficacy
19 plans for medical devices from companies
20 that had been publicly traded in the past
21 that have multi-million dollar
22 valuations.
23  My expertise in industry
24 standards, including labeling, safety and

Page 241

1 efficacy, is by way of 20ish years of
2 working as an educator in the industry,
3 educating over a thousand surgeons,
4 educating hundreds of sales
5 representatives, educating executives
6 from device companies, working as a
7 consultant for device companies, editing
8 labels, creating -- providing labeling
9 advice, helping bringing devices to
10 market for those companies, working as an
11 executive for my own device companies,
12 creating labeling plans, creating labels,
13 creating safety and efficacy plans.
14  In the last year alone, I've
15 done that, as I've stated, for two
16 companies. And as little as two weeks
17 ago, I was hired as an executive to
18 create a labeling plan and a safety and
19 efficacy plan for another multi,
20 multi-million-dollar valuation company
21 coming to the market.
22  So based on this
23 accumulation of experience, I've become
24 intimately familiar with industry

Page 242

1 standards in safety, efficacy, and
2 labeling.
3 And I take those standards
4 when I'm going to look at a device like
5 Prolift or Prosima, and I look at all of
6 the medical and scientific literature
7 pertaining to that device. I look at all
8 the internal documents pertaining to that
9 device. I combine that with my
10 knowledge, training, and experience, and
11 I put that against the standards which I
12 am so intimately familiar with, which has
13 become a significant portion of my life.
14 And by way of example, if we
15 look at labeling, even though the
16 standards are very well defined, they're
17 also quite simple. If you're going to
18 label, you be -- you provide complete
19 disclosure. If it's an instruction for
20 use, the user has to be able to safely
21 and effectively use the device.
22 You need to provide all the
23 material facts. You need to provide to
24 the end user the uncertainties, the

Page 243

1 knowns, the unknowns, differences in
2 opinion, avoid ambiguity.
3 And so if I'm going to look
4 at a device, for instance, like Prolift
5 and Prosima, by way of an example, I
6 might say, well, if Ethicon knew or
7 suspected that its device could cause
8 pelvic floor tension myalgia or
9 myofascial pain syndrome, or if Ethicon
10 knew or even suspected that the
11 implantation of its devices could take
12 patients who had pelvic pain and create a
13 difficult and unique scenario where
14 pelvic pain was worsened and uniquely
15 difficult to treat, well, if I was to
16 find they knew that, then I would find
17 that they didn't disclose the material
18 facts and, therefore, their label would
19 be outside the standards which I've come
20 to know.
21 When we look at safety and
22 efficacy, really, I -- there are two
23 basic categories: the clinical
24 evaluation categories and the quality

Page 244

1 system categories.
2 For the quality systems, for
3 example, by way of example, when we look
4 at Ethicon, they established standardized
5 quality systems. They had a good DDSA
6 policy. They had a good failure modes --
7 effects analyses policy.
8 But they didn't -- they
9 weren't true to them. They didn't
10 enforce them. They breached the wrong
11 policies. Therefore, there's a deviation
12 from the standard.
13 Safety and efficacy, very
14 simple. Your device needs to be safe and
15 efficacious compared to alternatives.
16 You need to be able to demonstrate
17 that -- lab data, animal data, human
18 data -- and then you compare that to
19 existing alternatives, and there's a
20 risk/benefit analysis.
21 So these are the methods
22 that I applied: my years of experience
23 in the industry; my years of experience
24 working as a consultant on labeling, on

Page 245

1 safety and efficacy; providing guidance
2 to other people's device companies, to my
3 own device companies; educating people
4 from device companies.
5 I take those standards,
6 worldwide standards that I've become
7 familiar with, which I've been hired to
8 work with and help device companies for,
9 and I apply them to the companies based
10 on their internal documents, based on the
11 scientific literature, based on my
12 knowledge, training, and experience, and
13 either they pass the litmus test or they
14 don't.
15 Q. And so if I understand your
16 answer there, you would consider that
17 this expertise on warnings goes back many
18 years?
19 A. It's developed as a process
20 over the course of the last 20 years.
21 Q. All right.
22 A. And I've become stronger and
23 stronger to where, over the last couple
24 years, I have become recognized and

Page 246

1  sought after by fantastic young device
2  companies with very exciting technology
3  at various stages of development.
4      Q.   Right.  When you say the
5  last couple years, 2013, 2014?
6      A.   I've been doing this for way
7  longer than that.
8      Q.   Okay.  Fair enough.
9           And when do you believe --
10 maybe it's the same answer, but when do
11 you believe you became an expert on what
12 information needs to go into the IFU?
13 Would the same answer apply?
14     A.   It's an evolving process,
15 but certainly I've been doing it for
16 others for eight to ten years.
17     Q.   Okay.
18     A.   Doing it for myself for a
19 little bit less than that, and over the
20 last two years have worked more
21 extensively as a consultant providing
22 this type of guidance and have taken on a
23 role as president and COO of a formerly
24 publicly traded company with a multi --

Page 247

1  probably at this point a $25 million
2  valuation to supervise their labeling,
3  their safety and efficacy pathways, and
4  regulatory -- I'm sorry.  Not
5  regulatory -- safety and efficacy
6  pathways and research and development, is
7  what I meant to say.
8           And just two weeks ago,
9  another device company that exists
10 outside the medical space has hired me
11 for the same purposes, to help them with
12 their labeling, to help them with their
13 safety and efficacy, and bring them to
14 market.
15     Q.   You discuss some of the
16 medical regulations for devices in your
17 reports, and I think you just referenced
18 them.
19     A.   No, I actually I meant to
20 say research and development.  I
21 corrected that.
22     Q.   All right.  In terms of the
23 regulations pertaining to mesh and
24 medical devices, when do you believe that

Page 248

1  you became an expert in those FDA
2  regulations --
3           MR. THORNBURGH:  Objection.
4  BY MR. TOMASELLI:
5      Q.   -- that you mention in your
6  reports?
7           MR. THORNBURGH:  Objection.
8           THE WITNESS:  I --
9  BY MR. TOMASELLI:
10     Q.   Would it be the same answer,
11 that it's many years?
12     A.   My -- I represent myself as
13 an expert in industry standards, and I
14 gave you a narrative a moment ago
15 describing how I developed as an expert
16 or how I came to be intimately familiar
17 and have expertise in the standards that
18 pertain to labeling and safety and
19 efficacy.
20          Now, those standards have
21 been codified by the ISO, by the FDA,
22 utilized by the Committee Européene,
23 which is the CE that you think of.
24          But these are just different

Page 249

1  codifications of the standards which have
2  existed forever.  And if you have -- if
3  you're familiar with the basic guidelines
4  required to be a good, ethical human
5  being and perform your fiduciary duties
6  to a company, you coincidently will
7  typically be in alignment with guidance
8  from those various agencies, including
9  the ISO and the FDA, and, in doing those,
10 often be ready to have notified in body
11 state that you meet the CE guidelines or
12 needs, and does.
13          So to answer -- and in
14 final, I've been familiar with the FDA
15 guidelines for many years, but more
16 crystalized to the specific codes and the
17 minutia of it over the last few years.
18     Q.   All right.  And probably, I
19 guess just to put a time point on that,
20 going to the early 2010s or so?
21     A.   I don't know.
22          MR. THORNBURGH:  Objection.
23 BY MR. TOMASELLI:
24     Q.   All right.  When do you