IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,            MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is a Motion to Withdraw as Counsel filed on May 7, 2015 [ECF No. 1551]. In the motion, counsel request that in the main MDL and each member case in MDL No. 2327 in which attorney Heather H. Wong appears she be withdrawn as counsel.

It is **ORDERED** that the Motion to Withdraw as Counsel is **GRANTED.**

The Clerk is **DIRECTED** to terminate Heather H. Wong as counsel for plaintiffs, both on the main master docket and for each individual member case in MDL 2327 with which Heather H. Wong is associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 10, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE