APPROVED and SO ORDERED.
ENTER:

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

------------------------------------------------------
THIS DOCUMENT RELATES TO:
ETHICON WAVE 1 CASES

**PLAINTIFFS' UPOPPOSED MOTION TO STRIKE AND REPLACE DOCUMENT**

Plaintiffs hereby move the Court to strike ECF No. 2178 (Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude General-Causation Testimony of Dr. Neeraj Kohli, M.D., M.B.A.) and replace the document with the one attached hereto as **Exhibit A**. On May 9, 2016 Plaintiffs filed ECF No. 2178 as a Response in Opposition to Defendants' Motion to Exclude General Causation Testimony of Dr. Neeraj Kohli, M.D., M.B.A. The document filed contained an error and therefore Plaintiffs request it be replaced by the document attached hereto as **Exhibit A**. The exhibits shall remain the same. Defendants do not oppose the relief herein requested.

Dated: May 10, 2016

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
aimee.wagstaff@andruswagstaff.com
David J. Wool
david.wool@andruswagstaff.com
ANDRUS WAGSTAFF, P.C.
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone:  (303) 376-6360

/s/ Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1102
Fax: (816) 531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32563
Tel: (850) 202-1010
Fax: (850) 916-7449
rbaggett@awkolaw.com
baylstock@awkolaw.com

*Counsel for Plaintiffs in MDL No. 2327*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2016, a true and correct copy of this Motion to Strike and Replace, was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

/s/ Aimee H. Wagstaff, Esq.