**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT**
**AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-E and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.   Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303.376.6360 (phone)
303.376.6361 (fax)
Aimee.Wagstaff@ahw-law.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe
JOHNSON BECKER
Suite 4530
33 South Sixth Street
Minneapolis, MN 55402
612.436.1800 (phone)
612.436.1801 (fax)
lgorshe@johnsonbecker.com
*Attorney for Plaintiff on Exhibit B*

/s/ J. Mark Kell
J. Mark Kell
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376-2264
636.498.4878 (phone)
636.441.0198 (fax)
mark.kell@KellLampinLaw.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
ffitzpatrick@motleyrice.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Sarah J. Showard
Sarah J. Showard
SHOWARD LAW FIRM
Suite 253
4703 East Camp Lowell Drive
Tucson, AZ 85712
520.622.3344 (phone)
520.881.9260 (fax)
sjshoward@showardlaw.com
*Attorney for Plaintiffs on Exhibit E*

Dated:  May 13, 2016

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-17569 | Maureen Gaspar v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – JOHNSON BECKER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08394 | Heather Wolinska v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-19457 | Elizabeth Wuebbolt, Jerome Wuebbolt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-CV-09003 | Elizabeth P. Smith, John W. Smith v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – KELL LAMPIN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-15824 | Rosa Guzman v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT D – MOTLEY RICE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-02483 | Peggy McNabb v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT E – SHOWARD LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-06900 | Robin Blackwell, Denis Blackwell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


/s/ Barbara R. Binis