# Exhibit "1"

# CURRICULUM VITAE
# R. Brian Raybon, MD

152 Cross Creek Drive                                                                                           Raybon OB-GYN

Toccoa, GA  30577                                                                                               P. O. Box 1033 / 79 Doyle Street

Home: 706.886.3324                                                                                              Toccoa, GA  30577

Cell: 706.491.5112                                                                                              Office: 706.282.7676

rbraybon@windstream.net                                                                                         Fax: 706.886.7280

## EDUCATION

| | | | |
|---|---|---|---|
| 08/1983 – 05/1988 | BS | NC State University, Chemical Engineering |
| 08/1983 – 05/1988 | BA | NC State University, Chemistry |
| 08/1988 – 05/1992 | MD | UNC at Chapel Hill School of Medicine |

## POST GRADUATE TRAINING

07/01/1992 – 06/30/1993   Internship, Department of Gynecology and Obstetrics
                          Emory University Affiliated Hospital Training Program
                          Atlanta, Georgia
                          Director, Hugh Randall, M.D.

07/01/1993 – 06/30/1996   Resident, Department of Gynecology and Obstetrics
                          Emory University Affiliated Hospital Training Program
                          Atlanta, Georgia
                          Director, Hugh Randall, M.D.

07/01/1996 – 08/31/1996   Travel

09/01/1996 – 10/31/1996   Visiting Fellow, Department of Gynecologie et Obsterique
                          Hopital Edouard Herriot, Lyon, France
                          Professeur Daniel Dargent

11/01/1996 – 12/31/1996   Volunteer in Medical Clinic, Lamin Village, The Gambia

01/01/1997 – 02/28/1997   Travel

03/01/1997 – 04/30/1997   Visiting Fellow, Gynecological Cancer Centre
                          Royal Hospital for Women, Sydney, Australia
                          Director, Neville F. Hacker, M.D.

05/01/1997 – 06/30/1997   Travel

07/01/1997 – 06/30/1998   Fellowship, Institute for Special Pelvic Surgery
                          Sinai Hospital of Baltimore
                          Director, Clifford R. Wheeless, Jr., M.D.

## EMPLOYMENT HISTORY

| | |
|---|---|
| 07/01/1998 - 03/14/2000 | Private Practice, North Georgia Women's Clinic, Toccoa, GA |
| 03/15/2000 - present | Private Practice, Raybon OB-GYN, Toccoa, GA |
| 10/2010 - present | Private Practice, Urogynecology of Athens, Athens GA |
| 11/2013 - present | Private Practice, Urogynecology of Gainesville, Gainesville, GA |

## BOARD CERTIFICATIONS

11/1999 - 12/2014    American Board of Obstertics and Gynecology

06/2014 - 12/2015    American Board of Obstertics and Gynecology Subspecialty of Female Pelvic Medicine and Reconstructive Surgery (FPMRS)

## PROFESSIONAL AFFILIATIONS

American College of Obstetrics and Gynecology

Georgia Obstetrical and Gynecological Society, UroGyn Board Member-at-Large

International Uro-gynecological Association

American Association of Gynecologic Laparoscopists

## AWARDS

05/1996    Zeneca Pharmaceuticals, Resident Educational Program
              Winner, Resident Research Contest

05/1996    Emory University Affiliated Hospital Training Program
              Best Resident in Laparoscopic Surgery

**PUBLICATIONS**

Raybon, RB: Analysis of Antibiotic Resistance in Bacteremic Obstetric and Gynecological Patients: Recommendations for Empiric Treatment.  <u>Journal of Clinical Practice in Sexuality</u>.

**RESEARCH**

12/2010 – present  Site Principal Investigator, American Medical Systems, Protocol WC0708: An Investigation of the Treatment of Fecal Incontinence using the TOPAS Sling System For Women (TRANSFORM)

05/2013 – present  Site Principal Investigator, American Medical Systems, 522 Study "A Prospective, Safety and Efficacy Cohort Study of Elevate® Anterior and Apical Prolapse Repair System Compared to Native Tissue Repair for Pelvic Organ Prolapse Repair"

**APPOINTMENTS**

Clinical Assistant Professor at the Medical College of Georgia, 2015