# Exhibit

## "3"

Robert Brian Raybon, M.D.

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

```
IN RE: ETHICON, INC., PELVIC )
REPAIR SYSTEM PRODUCTS        ) Master File No.
LIABILITY LITIGATION          ) 2:12-MD-02327
-----------------------------) MDL 2327
THIS DOCUMENT RELATES TO THE ) JOSEPH R. GOODWIN
FOLLOWING CASES IN WAVE 1 OF ) U.S. DISTRICT JUDGE
MDL 200:                      )
SHIRLEY FREEMAN, et al.       ) CIVIL ACTION FILE
v.                            ) No. 2:12-CV-00490
ETHICON, INC., et al.         )
-----------------------------)
SHIRLEY WALKER, et al.        )
                              ) CIVIL ACTION FILE
v.                            ) No. 2:12-CV-00873
                              )
ETHICON, INC., et al.         )
-----------------------------)
WILSON WOLFE, et al.          )
                              ) CIVIL ACTION FILE
v.                            ) No. 2:12-CV-01286
                              )
ETHICON, INC., et al.         )
-----------------------------)
```

Deposition of ROBERT BRIAN RAYBON,

M.D., taken on behalf of the Defendants,

pursuant to the stipulations agreed to

herein, before Maxyne Bursky, Registered

Professional Reporter, at 440 College

Avenue, Athens, Georgia, on the 18th day

of April, 2016, commencing at the hour of

8:51 a.m.

Robert Brian Raybon, M.D.

Page 2

1          INDEX TO EXAMINATION
2     Examination                         Page
3          By Mr. Koopmann                    5
4
5          INDEX TO EXHIBITS
6     Exhibit        Description            Page
7      1    Notice to take deposition
            of Dr. Raybon                    6
8
       2    Flash drive containing Dr. Raybon's
9           Rule 26 reliance material        9
10     3    Volume I-II of Dr. Raybon's Rule 26
            Expert Report End Notes, for
11          Prolift+M, Tabs 1-19 and 20-49     10
12     4    Volume I-III of Dr. Raybon's Rule
            26 Expert Report End Notes, for
13          Prolift, Tabs 1-17, 18-32 and 33-66  10
14     5    Letter to Dr. Raybon from Mr.
            Matthews 10-20-15 with attached
15          emails, 4 pages                  10
16     6    Invoices from Dr. Raybon to the
            Blasingame firm, 6 pages         10
17
       7    Curriculum vitae of Dr. Raybon,
18          3 pages                          100
19     8    CD of Dr. Raybon's Rule 26 reports
            and attachments                  11
20
       9    Rule 26 report of Dr. Raybon on
21          Prolift, 43 pages                12
22     10   Rule 26 report of Dr. Raybon on
            Prolift+M, 28 pages              12
23
       11   Multi-page document entitled Exhibit
24          B, reliance list for Prolift     12

Page 4

1     APPEARANCES OF COUNSEL:
2     On behalf of the Plaintiff Freeman:
3          ANDREW J. HILL, III, ESQ.
            Blasingame Burch Garrard & Ashley, PC
4          440 College Avenue
            Suite 320
5          Post Office Box 832
            Athens, Georgia 30601
6          706.354.4000
            706.549.3545  (facsimile)
7          ajh@bbgbalaw.com
8
      On behalf of the Plaintiff Walker:
9     (Teleconferenced)
10         THOMAS I. SHERIDAN, ESQ.
            Simmons Hanly Conroy, LLC
11         112 Madison Avenue
            New York, New York 10016
12         212.784.6404
            212.784.6400  (facsimile)
13         tsheridan@simmonsfirm.com
14
      On behalf of the Defendants:
15
           BARRY J. KOOPMANN, ESQ.
16         Bowman and Brooke, LLP
            Suite 3000
17         150 South Fifth Street
            Minneapolis, Minnesota 55402
18         612.339.8662
            612.672.3200  (facsimile)
19         barry.koopman@bowmanandbrooks.com
20
                 - - -
21
22
23
24

Page 3

1          INDEX TO EXHIBITS
2     Exhibit        Description          Page
3      12   Multi-page document entitled Exhibit
            B, reliance list for Prolift+M    12
4
       13   Copy of article entitled Comparison
5           of 2 Transvaginal Surgical
            Approaches and Perioperative
6           Behavioral Therapy for Apical
            Vaginal Prolapse by Drs. Barber, et
7           al, Pages 1023-1034 plus three pages
            of tables                        118
8
       14   Copy of article entitled Tissue
9           Integration and Tolerance to Meshes
            Used in Gynecologic Surgery: An
10          Experimental Study by Drs.
            Boulanger, et al., 6 pages       177
11
12               - - -
13
14
15
16
17
18
19
20
21
22
23
24

Page 5

1          ROBERT BRIAN RAYBON, M.D.,
2     having been first duly sworn, testifies as follows:
3     EXAMINATION
4     BY MR. KOOPMANN:
5         Q.  Good morning.
6         A.  Good morning.
7         Q.  Please state your full name for the
8     record, please.
9         A.  Robert Brian Raybon.
10        Q.  Good morning, Dr. Raybon.  We met briefly
11    off the record, but again for the record, my name is
12    Barry Koopmann and I am one of the attorneys
13    representing Johnson & Johnson/Ethicon in this
14    litigation.
15             You understand we are here today to take
16    your deposition regarding the Prolift device for the
17    Wilson Wolfe case and the Prolift+M device for the
18    Friedman and Walker cases?
19        A.  Yes, sir.
20        Q.  You have been deposed several times
21    before; is that correct?
22        A.  That's correct.
23        Q.  So you are generally familiar with the
24    process?

Golkow Technologies, Inc. - 1.877.370.DEPS

Robert Brian Raybon, M.D.

Page 6

1     A.  Yes, I am.
2     Q.  I will give you just a couple reminders.
3  If you don't understand one of my questions, please
4  just ask me to repeat it or rephrase it and I will
5  be happy to do so, but if you go ahead and answer my
6  question, I will assume you understood it as I asked
7  it.  Is that fair?
8     A.  Yes, sir.
9     Q.  If you need to take a break at any time,
10 please just let me know.  I would just ask that if I
11 have a question pending, that you answer the
12 question before we take a break.
13    A.  Yes, sir.
14    Q.  Dr. Raybon, in giving your opinions
15 regarding the Prolift and Prolift+M devices, it was
16 important for you to be thorough and complete in
17 your review of the available information regarding
18 those products, is that fair?
19    A.  That's a fair statement.
20    Q.  Because whether you were thorough in doing
21 your work in this case affects how worthy your
22 opinions are of being believed, doesn't it?
23    A.  I would say so.
24       (Deposition Exhibit 1 was marked for

Page 7

1  identification.)
2  BY MR. KOOPMANN:
3     Q.  I have marked as Deposition Exhibit Number
4  1 a copy of the notice for today's deposition.
5       MR. KOOPMANN:  Did somebody just join
6  on the phone?
7       MR. SHERIDAN:  Yes, Tom Sheridan
8  just joined from Simmons Hanly Conroy in
9  connection with the Shirley Walker case.
10       MR. KOOPMANN:  Thank you.  We just
11 got started about a minute ago, Mr.
12 Sheridan.
13       MR. SHERIDAN:  Thanks very much.
14 I'm just going to mute my phone.
15       MR. KOOPMANN:  Okay, thank you.
16 BY MR. KOOPMANN:
17    Q.  Dr. Raybon, have you seen what I have
18 marked as Deposition Exhibit 1 before this morning?
19    A.  Yes, I have.
20    Q.  Did you have a chance to take a look at
21 the attached Exhibit A that includes some document
22 requests that we made?
23    A.  Yes, I have.
24    Q.  Did you have a chance to go through those

Page 8

1  document requests and try to comply with those and
2  bring along whatever documents you had that were
3  responsive to those requests?
4     A.  Yes, sir.
5     Q.  I see we have some file materials included
6  over on the cabinet behind the court reporter.  Is
7  that the file materials that you brought along
8  today?
9     A.  That's correct.
10    Q.  Number 1 on the list asked for all
11 documents including but not limited to calculations,
12 correspondence, data, calendar entries, notes and
13 other materials relating to the compensation to be
14 paid to you for your study and testimony in this
15 case.  Did you bring along some documents responsive
16 to that request?
17    A.  Yes, sir, I believe counsel has those over
18 there including my invoices.
19       MR. HILL:  Would it be easy for me
20 just to identify to you what we brought,
21 then you can go ahead and mark those?
22       MR. KOOPMANN:  Yes, why don't we do
23 that.
24       MR. HILL:  Just for the record, we

Page 9

1  have responded to the request of the
2  notice and the attached exhibit and have
3  brought with us or provided everything
4  that we think is responsive to the
5  various requests.
6        The first thing we have is a thumb
7  drive with all of his reliance materials
8  on the thumb drive.
9        MR. KOOPMANN:  Why don't we mark that
10 as Exhibit 2.
11        (Deposition Exhibit 2 was marked for
12 identification.)
13        MR. HILL:  The next thing we have is
14 a set of notebooks as to each of the
15 products, the Prolift+M and the Prolift
16 which are tabbed documents evidencing
17 each footnote in his report.
18        So you want to do the Prolift+M as
19 the next exhibit number and the Prolift?
20        MR. KOOPMANN:  Sure.  So it is a
21 two-volume --
22        MR. HILL:  Two volumes on Prolift+M
23 and three on the Prolift.
24        MR. KOOPMANN:  I will mark the two

3 (Pages 6 to 9)

Robert Brian Raybon, M.D.

Page 10

1    volumes of Prolift+M notebooks as
2    Deposition Exhibit Number 3 and the three
3    volumes of Prolift notebooks as
4    Exhibit 4.
5         (Deposition Exhibits 3 and 4 were
6    marked for identification.)
7         MR. HILL:  Then we have just some
8    emails from our firm to him showing
9    various materials that were sent him.
10        MR. KOOPMANN:  I will mark those as
11   Deposition Exhibit Number 5.
12        (Deposition Exhibit 5 was marked for
13   identification.)
14        MR. HILL:  Then we have some
15   invoices.
16        MR. KOOPMANN:  Mark the invoices as
17   Deposition Exhibit 6.
18        (Deposition Exhibit 6 was marked for
19   identification.)
20        MR. HILL:  Then we have his CV, this
21   is an updated CV.
22        MR. KOOPMANN:  I will mark the CV as
23   Deposition Exhibit Number 7.
24        (Deposition Exhibit 7 was marked for

Page 11

1    identification.)
2         MR. HILL:  And you have got copies
3    of his report.  We just got his reports
4    and the attachments on a disc, if you
5    have any reason to mark that.
6         MR. KOOPMANN:  I will mark the CD
7    labeled Raybon Rule 26 Reports and
8    Attachments as Deposition Exhibit Number
9    8.
10        (Deposition Exhibit 8 was marked for
11   identification.)
12        MR. HILL:  And we just got copies of
13   his Exhibit B in each of his reports
14   which are his reliance list.  They go
15   with the footnoted notebooks.  I don't
16   know if you want to mark those as,
17   Exhibit B as a separate exhibit or not.
18        MR. KOOPMANN:  I will mark Dr.
19   Raybon's Prolift report that's being
20   produced with his deposition materials
21   and that we received previously.  The
22   Prolift report we'll mark as Deposition
23   Exhibit 9, and the Prolift+M report as
24   Exhibit 10.

Page 12

1         (Deposition Exhibits 9 and 10 was
2    marked for identification.)
3         MR. HILL:  We have the Exhibit B to
4    each report separately.  I don't know if
5    you wanted to mark those or not.
6         MR. KOOPMANN:  Are these different
7    documents?
8         MR. HILL:  That's the Prolift report
9    and that's the Prolift+M.
10        MR. KOOPMANN:  I will mark the
11   Prolift report reliance list as
12   Exhibit 11.
13        (Deposition Exhibit 11 was marked
14   for identification.)
15        MR. KOOPMANN:  I will mark the
16   Prolift+M report reliance list as
17   Exhibit 12.
18        (Deposition Exhibit 12 was marked
19   for identification.)
20        MR. HILL:  And that's it.
21   BY MR. KOOPMANN:
22   Q.  Dr. Raybon, were you following along with
23   that?
24   A.  Yes, sir.

Page 13

1    Q.  Have I now marked all of the file
2    materials that you have brought along today?
3    A.  Correct.
4    Q.  That you have brought along today, I
5    should say?
6    A.  Yes, sir.
7    Q.  One of the things that was requested on
8    the deposition notice was copies of all medical
9    records of the Plaintiffs in your possession.  Do
10   you have any of those?
11   A.  No, I do not.
12   Q.  You are just providing general
13   product-related opinions in these cases?
14   A.  That is correct, sir.
15   Q.  One of the things on the deposition notice
16   that we requested you bring along was copies of any
17   deposition testimony relating to these cases.  Would
18   any deposition testimony that you have reviewed be
19   included in those file materials?
20   A.  It would.
21   Q.  Did you review any deposition testimony in
22   hard copy and mark it up?
23   A.  No, I did not.
24   Q.  Is it your practice to review deposition

4 (Pages 10 to 13)

Robert Brian Raybon, M.D.

Page 14

1    testimony in electronic format when you did?
2        A.  I prefer paper.
3        Q.  So when you reviewed the paper, did you
4    just not highlight or make notes on the transcripts?
5        A.  No, I did not.
6        Q.  One of the things that we requested were
7    all documents including reports, summaries of data,
8    studies or other documentation reflecting testing
9    done by you relating to this case.  Have you done
10   any testing related to your opinions in this case?
11       A.  No, I have not.
12       Q.  You didn't do any physical examination of
13   any of the Plaintiffs in these cases?
14       A.  I did not.
15       Q.  When I say these cases throughout this
16   deposition, I mean the Freeman, Walker and Wilson
17   Wolf cases.  Okay?
18       A.  Understood, sir.
19       Q.  One of the things we asked for were any
20   Ethicon products in your possession.  Do you have
21   any of those?
22       A.  No, I do not.
23       Q.  May I ask you a few questions about
24   Defendant's Exhibit Number 6?  These are the

Page 15

1    invoices that you produced today; is that correct?
2        A.  Yes, sir.
3        Q.  Do these invoices represent all of the
4    work that you have done regarding Ethicon pelvic
5    mesh litigation?
6        A.  That's correct.
7        Q.  Is there work that you have done that is
8    not yet included on one of these invoices?
9        A.  There is an invoice that is in the process
10   right now but I haven't submitted it yet.
11       Q.  Do you know how much time in terms of
12   hours you have worked that will be reflected on that
13   invoice as of this point?
14       A.  I really don't, no, sir.
15       Q.  It looks like your invoices are current
16   through March 31, 2016?
17       A.  That is correct.  I try to invoice if
18   there is anything outlying on the first of each
19   month.
20       Q.  I am showing you what's been marked as
21   Deposition Exhibit Number 5 which is the
22   correspondence that you have produced today; is that
23   correct?
24       A.  Yes, sir.

Page 16

1        Q.  There are some emails here.  There is an
2    email from James Matthews to Tammy Tiller dated
3    November 24, 2015 and the attachment was
4    Document1.DOCX.  Do you have any idea what that
5    document was?
6        A.  I do not.
7        Q.  The subject was Document 2 pore size.
8    Does that help you remember at all?
9        A.  There was a lot of documentation I
10   reviewed in this case and because of my close
11   proximity, I'm literally located a mile and a half
12   from here, most of the stuff was given to me in hard
13   copy.  Occasionally if something came in, they would
14   email it to me and I would get a hard copy
15   subsequent to follow because I prefer hard copies.
16   So I feel confident that whatever is listed in that
17   Document X is also in the materials over here to
18   your right.
19       Q.  I am handing you what's been marked as
20   Deposition Exhibit Number 7.  That's a copy of your
21   CV; is that right?
22       A.  Yes, sir.
23       Q.  Is this CV up to date as of today?
24       A.  Yes, it is.

Page 17

1        Q.  Is there anything that you included in
2    your file materials in this case that you forgot to
3    bring along today or is back in your office?
4        A.  Not to my knowledge, no, sir.
5        Q.  Did you discard anything from your file at
6    any point?
7        A.  No, sir.
8        Q.  Are you prepared today to testify
9    regarding your final opinions regarding the Prolift
10   and Prolift+M devices that you will offer at the
11   time of trial in these cases?
12       A.  I am.
13       Q.  Is there anything you have left to do?
14       A.  No, sir, barring any new information that
15   is presented to me.
16       Q.  What did you do to prepare for today's
17   deposition?
18       A.  I reviewed my Rule 26 and the footnotes
19   that were also in the report.
20       Q.  Did you review your reports and the
21   footnotes cited in your reports?
22       A.  Correct.
23       Q.  Did you go review all of the materials
24   again that were set in those footnotes?

Robert Brian Raybon, M.D.

Page 18

1    A.  Some of them.  I don't think I reviewed --
2    some of them are, how would you say, a lot fresher
3    in my mind so I would not go back and review those,
4    but if there was something else, then I would review
5    the source.
6        Q.  Were there particular documents that you
7    have cited in your footnotes that you remember going
8    back and reviewing in preparation for today's
9    deposition?
10       A.  No, sir, just that if I was shaky on one
11   thing, I would go back and review it.  I don't
12   remember, there were several but I don't remember it
13   being an exhaustive list.
14       Q.  What else did you do to prepare for
15   today's deposition?
16       A.  That's pretty much it.  I met with counsel
17   yesterday for about two hours, maybe, tops, maybe a
18   little less.
19       Q.  That's Mr. Hill?
20       A.  And Mr. Matthews.
21       Q.  Anybody else there at that meeting?
22       A.  No, sir.
23       Q.  Did you have any meetings with Mr. Hill or
24   Mr. Matthews prior to yesterday in preparation for

Page 19

1    today's deposition?
2        A.  No, I did not.
3        Q.  Did you review any medical literature in
4    preparation for today's deposition?
5        A.  Not in preparation.  I'm always constantly
6    reading so I can't think of any in direct relation
7    to this.
8        Q.  You are constantly reading medical
9    literature just to keep up with literature in your
10   field?
11       A.  Yes, sir.
12       Q.  Is that something that you have done since
13   you started your residency?
14       A.  Yes, sir, pretty much.  You kind of just
15   need to have a steady review, I think, ongoing, to
16   try to remain abreast of things.  I think several
17   years ago when the American Board of OB/GYN mandated
18   we do a yearly recertification so there is always
19   articles that they make us read in order to do that
20   and I think that's been a wonderful addition and so
21   that's helped me even to be more meticulous about
22   it.  There are times I'm better at it than others.
23       Q.  Who originally retained you to work on the
24   Ethicon pelvic mesh litigation?

Page 20

1        A.  This firm, Blasingame, Garrard.
2        Q.  Is it Mr. Matthews that contacted you
3    originally?
4        A.  Mr. Matthews is the one I have had the
5    most contact with and I do believe that he was the
6    one that contacted me originally.
7        Q.  Do you have any sort of retention
8    agreement with the Blasingame firm?
9        A.  I do not.
10       Q.  How about any sort of confidentiality
11   agreement?
12       A.  Other than I just, any case I review like
13   this, I don't discuss it.  Is that what you are --
14       Q.  Well, I mean, did you have to sign any
15   sort of agreement saying that you wouldn't discuss
16   the materials you review and learn about in
17   connection with your work with the firm?
18       A.  I believe, isn't there an order or
19   something to that effect that we -- I don't know
20   what you all call it when I was notified to be a
21   part of this that I signed agreeing not to reveal or
22   discuss any Ethicon-related documents, confidential
23   documents and so forth.  If that's what you are
24   talking about, yes, I signed that.

Page 21

1        Q.  It sounds like you are referring to a
2    protective order document?
3        A.  I think so.  I don't know the term.
4        Q.  Do you recall signing anything that was
5    prepared by somebody at the Blasingame law firm
6    related to the confidentiality of the stuff that you
7    are learning about?
8        A.  I'm sorry, sir, I don't know the term.  I
9    feel like I have signed something that said, don't
10   discuss it outside of the firm or with you.
11       Q.  You don't know who prepared it, is that
12   fair to say?
13       A.  I think it -- I don't remember.  I just, I
14   remember, and I know enough now, obviously, even
15   without signing something to not discuss it.  But I
16   signed something saying I will not discuss any of
17   this material.
18       Q.  What procedures were you trained on in
19   your residency for the treatment of pelvic organ
20   prolapse?
21       A.  I was trained on what most would term a
22   native tissue repair, anterior, posterior
23   colporrhaphies, sacrospinous ligament fixations,
24   paravaginal repairs and abdominal sacrocolpopexies.

6 (Pages 18 to 21)

Robert Brian Raybon, M.D.

Page 22

1    I don't remember -- also, and of course, you are
2    talking about prolapse.  There were other
3    procedures, of course, for incontinence.
4         Q.  What about uterosacral ligament fixations,
5    were you trained on those?
6         A.  That was a little bit more later.  I did a
7    couple years of fellowship and uterosacral ligament
8    I think certainly was out there.  It became a little
9    more popular to me around when people started to do
10   it laparoscopically.  I don't remember doing one
11   abdominally.
12        Q.  So the sacrocolpopexies you were trained
13   on in your residency were open procedures?
14        A.  They were.  When I came through initially,
15   we did not nearly have the gadgetry that we have
16   today in regards to laparoscopy so advanced
17   laparoscopic techniques were really in their
18   infancy.  And so, no.
19        Q.  So how about in your fellowship, what
20   procedures in addition to those you just mentioned
21   that you were trained on in your residency were you
22   trained on in your fellowship?
23        A.  You mean specifically in regard to pelvic
24   organ prolapse?

Page 23

1         Q.  Yes.
2         A.  I oversee, I spent a great deal of time
3    learning advanced laparoscopic approaches.  These,
4    at that time doing sacrocolpopexies, for example,
5    laparoscopically was once again in its infancy
6    because we are talking about the late 90s here and
7    the fellow that I went to work with in France was
8    known for being a laparoscopic pioneer.
9         So that was when I got my first exposure
10   to that as well as laparoscopic paravaginal repairs.
11   I do not remember if there were any laparoscopic
12   uterosacral suspensions there, but that as far as
13   the -- that was probably the biggest change, the
14   vaginal stuff at that time was pretty much the same,
15   even in France.
16        Q.  When you were trained on anterior and
17   posterior colporrhaphies and sacrospinous ligament
18   fixations, paravaginal repairs and abdominal
19   sacrocolpopexy in your residency, is it correct that
20   there were no randomized controlled trials
21   demonstrating the safety and efficacy of those
22   procedures at that time?
23        A.  I can't remember any randomized controlled
24   trials.  I know that, I guess it was more at that

Page 24

1    point I, in all honesty, you can knock me off my
2    soap box here in a minute, but at that time I don't
3    feel like issues in women's health in the 90s and
4    earlier were given the attention it deserved and I
5    think probably late 90s, early 2000s you started to
6    see more vigorous research being performed whether
7    it was in regards to surgery or medications used to
8    treat females for anything, in other words, the
9    research was all based on white males there.
10        And so I think at that time, that's
11   20-something years ago, I do not remember there
12   being any randomized controlled trials.
13        Q.  So at the time you were in your residency
14   or even completed your residency, you don't remember
15   there being randomized controlled trials on the
16   procedures you were trained on to treat pelvic organ
17   prolapse?
18        A.  I do not remember.  I think most of them
19   were reviews or case series or that type of thing.
20        Q.  Before you do any sort of surgery on a
21   patient, do you try to learn all about the risks
22   associated with that procedure?
23        A.  I do.
24        Q.  Do you think you owe it to your patients

Page 25

1    to try to do that?
2         A.  I do.
3         Q.  Would it be a fair statement to say that
4    in the 1960s and 70s and 80s, surgeons in your field
5    did not wait for RCTs to be done in order to adopt
6    and try a surgical procedure with or without mesh to
7    treat pelvic organ prolapse?
8         A.  Not having been alive back then, but from
9    my historical perspective, I think things were
10   probably done more along the lines of, hey, I've got
11   a good idea, let's try this and see how it goes.  So
12   then it should be a question of, I don't think as
13   much emphasis was placed on randomized controlled
14   trials at that time as it is today.
15        Q.  Is it fair to say based on your
16   understanding of how medicine was practiced back
17   then that surgeons at that time practiced what was
18   the standard of care at the time based on the
19   technology that was available?
20        A.  I think that's a fair statement, yes, sir.
21        Q.  Sacrocolpopexy uses mesh, correct?
22        A.  It does.  It is probably, in the field of
23   urogynecology or female pelvic medicine, it's
24   probably, I'm confident it is the longest running

Robert Brian Raybon, M.D.

Page 26

1  procedure utilizing mesh. When it first came out,
2  it used more fascia that was harvested from one of a
3  couple places in the body, but I believe it was in
4  the 80s, I believe, perhaps, mid-80s, late 80s where
5  mesh was begun to be used.
6      Q.  Do you perform sacrocolpopexies today?
7      A.  I do.
8      Q.  Are they open procedures or laparoscopic?
9      A.  99.9 percent of mine are laparoscopic.
10     Q.  Was that a gradual transition that you
11  made from doing the abdominal open sacrocolpopexies
12  to the laparoscopic abdominal sacrocolpopexies?
13     A.  I would say so.  My time in France really,
14  it opened my eyes as far as what could be
15  accomplished laparoscopically and then when I came
16  back to the states over the next several years,
17  there was more and more interest in what could be
18  performed laparoscopically in all procedures.  And
19  so as that became known -- and then there was some
20  studies that came out that kind of revealed that a
21  laparoscopic approach in the right hands was just as
22  effective as an abdominal approach.
23         It really got my interest up and then at
24  that point I sought out people to work with and so

Page 27

1  forth to further -- I feel I had the basic
2  laparoscopic skills necessary but I think it is
3  important to continue to try to learn and I did that
4  continually up until a few years ago.
5      Q.  For how long has it been the case that
6  99 percent of the sacrocolpopexies you have
7  performed have been laparoscopic?
8      A.  Definitely five years, I would say.  It
9  may be earlier, but I feel very confident it is five
10  years if not more.
11     Q.  How many abdominal sacrocolpopexies would
12  you say you perform in an average year?
13     A.  One, if that, and that's usually -- I had
14  one lady last year that just did not want mesh at
15  all and I felt like the biologic grafts that were
16  available, she did not want that either.  So we did
17  an abdominal one and harvested fascia as we went in.
18     Q.  Rectus fascia?
19     A.  Rectus fascia, that's correct.
20     Q.  When you do perform an abdominal
21  sacrocolpopexy, do you sometimes use mesh?
22     A.  Yes, sir.
23     Q.  What mesh do you use?
24     A.  In the last few years I'd say the

Page 28

1  predominant one has been the Coloplast Restorelle,
2  R-E-S-T-O-R-E-L-L-E.  I have also used some of the
3  Caldera, C-A-L-D-E-R-A, mesh.  I think that's pretty
4  much it.
5      Q.  Do you know what the pore size is of the
6  Coloplast Restorelle mesh you use in
7  sacrocolpopexies?
8      A.  Yes, sir, it is right around -- oh, wait a
9  minute, I'm thinking about the weight.  The weight
10  is very low.  It's a macroporous mesh.  I don't
11  remember, the pore size is quite large.  I'm sorry,
12  I'm getting it confused with the weight of the mesh.
13     Q.  I was going to ask about that next, do you
14  remember what the weight is of the Restorelle mesh?
15     A.  Around 20 micrograms, I believe, it is
16  either 19 or 20.  I believe they, in this country,
17  if I am not mistaken, they have a lock on the market
18  in being able to say that they have the lowest
19  weight of the mesh out.  There is one that's lower
20  but it's only available overseas in Europe.
21     Q.  What is the Restorelle mesh made of?
22     A.  Polypropylene.
23     Q.  Have you reviewed the material safety data
24  sheet for the Coloplast Restorelle meshes of

Page 29

1  polypropylene?
2      A.  I have.  And I also spoke with their
3  research people and the president of the company or
4  that division, whatever, vice president, president
5  with that with some of the other litigation that
6  came out that raised my concerns of that.  And I
7  went back and I looked at that.
8      Q.  How did you obtain the MSDS for the
9  Restorelle mesh's polypropylene?
10     A.  I think it was from some of their R&D
11  people, Because at the time -- this company no
12  longer exists.  But AMS/Astora, Astora just went out
13  of business.  But I did the same with them there
14  because there were some concerns with some of the
15  manufacturers about raw material.
16     Q.  Did you make any effort to determine
17  whether the polypropylene in the Coloplast
18  Restorelle mesh degrades?
19     A.  That, I don't remember.  I remember my big
20  concern was this was the raw material and the
21  product is suitable for human implantation.  Some of
22  the other manufacturers, the raw material
23  specifically stated, this should not be used in
24  humans permanently and that was my biggest concern

8 (Pages 26 to 29)

Robert Brian Raybon, M.D.

Page 30

1    at that time.
2        Q.  Did the raw material for the polypropylene
3    used in the Prolift and Prolift+M meshes, did those
4    MSDSs say anything about the polypropylene being
5    unsuitable for use in humans?
6        A.  I don't know that I have seen the MSDSs on
7    polypropylene that is in Prolift.
8        Q.  Did you ask Coloplast or view any internal
9    company documents before you started using the
10   Coloplast Restorelle product?
11       A.  No, sir.  I asked for the information, I
12   told you, and I had a face-to-face conversation with
13   either the vice president in the US or the president
14   specifically asking them that question, which in
15   lieu of getting such documents, I thought that was
16   best to just go to the top.  At the time, some of
17   the, I made the request of some other manufacturers
18   too and I never heard back from them.
19       Q.  Did you make any effort to determine
20   whether the mesh in the Coloplast Restorelle is
21   cytotoxic?
22       A.  You mean, did I do any laboratory bench
23   testing or anything?
24       Q.  Any sort of investigation whatsoever?

Page 31

1        A.  Not specifically that, no.
2        Q.  Is there more published data on Coloplast
3    Restorelle than there is on Gynemesh PS?
4        A.  That's a good question, I would say there
5    is probably a little more data out there on Gynemesh
6    PS, my guess would be, but I don't, that's a guess.
7    That's an educated guess, I would say.
8        Q.  What's the Caldera mesh that you use in
9    your sacrocolpopexies from time to time?
10       A.  It's also polypropylene.
11       Q.  Do you remember what the name of the mesh
12   is?
13       A.  I'm sorry, sir, I do not.  That's on the
14   tip of my tongue.  It was, we have just started
15   using some of it at the hospital here and I don't,
16   I'm sorry, it escapes me.
17       Q.  Do you have any colleagues at the hospital
18   in Athens that you work at that use Gynemesh PS in
19   pelvic organ prolapse repairs?
20       A.  No, sir.
21       Q.  Have you asked them all?
22       A.  I'm pretty much the only one that does it.
23   There are a few here and there that will do some
24   abdominal sacrocolpopexies.  There's a couple at the

Page 32

1    other hospital in town that do robotics and as far
2    as volume goes, I'm certainly the highest.  I think
3    a lot of the other ones have followed kind of, I
4    think what has happened is they have called to see
5    what I am using and then use what I'm using.  One
6    has outright asked me, but I kind of get the
7    impression that's what's happened with some of the
8    others but I don't know that to be absolute.
9        Q.  How many gynecologists are there at the
10   hospital here in town that you work at?
11       A.  I don't know the exact number but I think
12   it's probably between 30 and 40.
13       Q.  Do they all perform surgeries?
14       A.  Most of them do.  Quite a number of them
15   are heavier with obstetrics.  I say most of them do
16   some surgery but I would say there's only a couple
17   that do what I would say are the more advanced
18   laparoscopic procedures.
19       Q.  Do any of your colleagues -- first of all,
20   what's the hospital called?
21       A.  Athens Regional Medical Center.  There's
22   another hospital in town that I do not have
23   privileges at.
24       Q.  Have you sought privileges there?

Page 33

1        A.  I have not.
2        Q.  Do any of your OB/GYN surgeon colleagues
3    at Athens Regional Medical Center use any of the
4    Ethicon incontinence slings?
5        A.  I do not know that for sure but I think
6    that TVT, the name brand TVT, we use TVT now to
7    refer to kind of the retropubic approach in general
8    but the actual name brand Gynecare TVT, I think
9    there are a couple.
10       Q.  Have you ever had any conversations with
11   those surgeon colleagues about their use of the
12   Ethicon name brand TVT slings?
13       A.  I have not.
14       Q.  Did it raise any concerns to these
15   colleagues about their use of the Ethicon TVT
16   slings?
17       A.  I don't believe there has been any
18   concerns from them for the incontinence procedures,
19   no, sir.
20       Q.  You didn't report any concerns that you
21   had to them about their use of the TVT slings?
22       A.  No, I did not.
23       Q.  What's the pore size of the Caldera mesh
24   that you use in some of your sacrocolpopexies?

9 (Pages 30 to 33)

Robert Brian Raybon, M.D.

Page 34

1    A.  It is a macroporous mesh as well.  I
2  cannot remember the exact one.
3    Q.  Do you remember what the weight is of the
4  Caldera mesh?
5    A.  It's, I believe, and if I'm not mistaken,
6  it is down in the 20s as well.  I just looked at
7  that the other day, as a matter of fact.  But it is
8  definitely not lower than Restorelle.
9    Q.  What's your definition of macroporous for
10  meshes?
11    A.  Well, I think when you look at the
12  different types of mesh according to Emmett's
13  classification, I guess technically anything above
14  75 microns is going to be considered macroporous.
15  However, in practice, most of the manufacturers out
16  there, it's much, much larger than that ranging
17  from, I have seen it range from 500 to 1,500 there.
18  And so I'd say technically speaking, anything above
19  that.
20    Q.  Above the 75?
21    A.  Yes, sir.
22    Q.  So anything above 75 microns is
23  macroporous in your opinion?
24    A.  According to Emmett's classification, yes,

Page 35

1  sir.
2    Q.  How many open abdominal sacrocolpopexies
3  would you say you have performed in your career?
4    A.  It's been several hundred.  I would say in
5  the last few years, it's as I said, it's only been
6  one, maybe there's been a year I have done two.  In
7  the last five or more years, it's 2016, I might even
8  go back ten years.  A while ago you asked about the
9  laparoscopic and I said five years.  It might be
10  closer to ten years on the laparoscopic.  But it's
11  been quite a number.
12    Q.  So you perform hundreds of open abdominal
13  sacrocolpopexies in your career?
14    A.  Yes, sir.  I have been in practice, even
15  at my current, for 18 years.  So I roughly do, just
16  in the last few years, I roughly do 50 to 60
17  laparoscopic sacrocolpopexies a year and so even if
18  you go down on that 10 or 20, that's going to still
19  rack up to several hundred there.  Obviously, I have
20  kept a little closer track over the last few years
21  than I did 15 years ago, I couldn't give you the
22  absolute number.
23    Q.  Do you keep any sort of case log?
24    A.  No, sir.

Page 36

1    Q.  I want to make sure I didn't misunderstand
2  something you said earlier.  I think you just told
3  me that you have done about 50 to 60 laparoscopic
4  sacrocolpopexies over the last few years; is that
5  correct?
6    A.  Yes, sir, definitely the last five years,
7  I can attest to that number.  It probably, it may be
8  up to 10, but I can definitely say that for the last
9  five years.  And the reason I know that is we have
10  really worked on getting a team together and getting
11  our times down and that's why I know that.
12    Q.  Did you also tell me that within the past
13  year, you have done maybe one sacrocolpopexy?
14    A.  Abdominal sacrocolpopexy.  I'm sorry.  I
15  was not clear.
16    Q.  That's all right.  One open abdominal --
17    A.  Abdominal sacrocolpopexy, my apologies,
18  yes.
19    Q.  In an open abdominal sacrocolpopexy, is a
20  long incision made into the abdomen?
21    A.  It is and it can be longer based on
22  whether or not a hysterectomy needs to be performed
23  concurrently or so forth.  You can sometimes sneak
24  in with a slightly smaller incision.  Most of the

Page 37

1  time, I would do what's called a transverse incision
2  where the incision is made from the left to the
3  right side.  It's also done through an up and down
4  incision.  People will refer to it from the pubic
5  symphysis towards the umbilicus.
6    Q.  How long is the incision in an abdominal
7  sacrocolpopexy if you are not performing a
8  concomitant hysterectomy?
9    A.  It's going to be 12 to 15 centimeters,
10  probably eight to ten inches.  Once again, it will
11  depend on the patient, the anatomy, the obesity,
12  prior surgeries, that sort of thing.
13    Q.  How long, how much longer would that
14  incision be in an average case if a concomitant
15  hysterectomy is being performed?
16    A.  Well, an average case, I am going to make
17  the assumption that the uterus is not enlarged, it
18  is kind of a normal sized uterus.  And a lot of
19  these patients, they would be, they are going to be
20  menopausal which is going to contribute to the
21  smaller size.
22    So probably in those cases, it will be
23  about the same.  If you have a younger woman, let's
24  say that has fibroids or an enlarged uterus, then it

10 (Pages 34 to 37)

Robert Brian Raybon, M.D.

Page 38

1  could probably go up by another three to four inches
2  or five to ten centimeters, something like that.
3      Q.  Is vaginal mesh exposure possible with an
4  abdominal sacrocolpopexy?
5      A.  Yes, it is.
6      Q.  Is vaginal mesh exposure possible with a
7  laparoscopic colpopexy?
8      A.  Yes, sir.  You were talking open abdominal
9  a minute ago?
10     Q.  Yes.
11     A.  Okay, I'm sorry, I just wanted to make
12  sure I was clear.
13     Q.  But vaginal mesh exposure is possible with
14  both an open abdominal sacrocolpopexy and a
15  laparoscopic colpopexy, correct?
16     A.  That is correct.
17     Q.  Mesh exposure is a well-known risk of any
18  surgery involving mesh; is that correct?
19     A.  We are talking in pelvic prolapse
20  procedures, I assume we are limiting our --
21     Q.  Yes.  Let me reask the question.
22        Mesh exposure is a well-known risk of any
23  pelvic organ prolapse surgery involving mesh,
24  correct?

Page 39

1      A.  Correct.
2      Q.  The abdominal sacrocolpopexy procedure has
3  been performed since the 60s, correct?
4      A.  That is correct.  That's my understanding.
5  With the mesh it's been since the 80s, I think, I
6  might be wrong, but I think it's been since the 80s.
7      Q.  When did you learn to use CR Bard's
8  Avaulta product?
9      A.  Roughly around 2005-ish, plus/minus.  I'm
10  sorry, I don't remember the exact date.
11     Q.  When did you first learn to use the
12  Prolift?
13     A.  It is probably not too long after that.  I
14  learned, I had experience with the Avaulta first and
15  then at that time, for lack of a better term, what I
16  would term the mesh wars were heating up and it was
17  probably within six months I had exposure to Prolift
18  there.
19     Q.  When you say mesh wars, you mean mesh wars
20  in terms of companies competing to get doctors to
21  use their product?
22     A.  Yes, sir.
23     Q.  Where did you first learn to use the
24  Ethicon Prolift device?

Page 40

1      A.  That's a very interesting question there.
2  Actually, I got involved with CR Bard towards the
3  end of the development of Avaulta.  It was not yet
4  out.
5        So I did attend a couple of cadaver
6  courses where they were, for lack of a better term,
7  were putting the finishing touches on what they
8  considered the final product was going to be there.
9  So that was when I got involved.
10        The reason I'm saying this is I attended a
11  very large cadaver course that CR Bard put on in
12  Tennessee, it was in Memphis and there is a training
13  facility there that I think technically belongs to
14  orthopedists but it is quite a nice training
15  facility.  And they put on one of the biggest
16  cadaver courses -- excuse me, it wasn't really a
17  course.  People weren't -- I guess it was and it
18  wasn't.
19        The people they brought in like myself had
20  a tremendous amount of experience in pelvic floor.
21  These were not people we were training off the
22  street, if you will.  They were quite, these people
23  that I remember all had a lot of experience.
24        I have never seen another cadaver course

Page 41

1  like this, but we must have had ten cadavers or
2  more.  And over in this section of the room was the
3  Avaulta, over in this section of the room was Apogee
4  and Perigee, and over in this section of the room
5  was Prolift there.
6        They had preceptors there that actually
7  taught Apogee and Perigee and Prolift that were some
8  of the very early users of those devices.  So it was
9  a very long cadaver course there.
10        There was a little bit of what I would
11  call the didactic there but not as much as it was
12  just hands-on there.  So basically, I was taught the
13  Prolift at that, at a CR Bard course by one of the
14  Ethicon preceptors.
15        I know that makes -- that's crazy.  I have
16  never heard of another situation like that.  But
17  that was my first exposure to it.
18     Q.  How do you know it was an Ethicon
19  preceptor that taught how to use the Prolift at that
20  cadaver lab?
21     A.  Because that's what he said.
22     Q.  Do you remember who that was?
23     A.  I do not.  Sorry, it's been like twelve
24  years ago.

11 (Pages 38 to 41)

Golkow Technologies, Inc. - 1.877.370.DEPS

Robert Brian Raybon, M.D.

Page 42

1    Q. Do you remember anything about him? Did
2  he have an accent or anything like that?
3    A. I don't remember, no, sir.
4    Q. Do you remember what he looked like?
5    A. I remember it was a man.
6    Q. How many surgeons were at this event,
7  roughly?
8    A. It was quite, I want to say it was about
9  30. I mean, these people were kind of hand-picked
10 to be there and they were, once again, remember CR
11 Bard put it on and the people that were picked to be
12 there, it may not have even been 30, it may have
13 been like 20 actually because it was not the reps,
14 the sales force that was picking these people. I
15 think it was more the R&D people.
16    And while we could learn the other ones,
17 they also wanted us to, obviously, rotate amongst
18 the stations, if you will. And one of their things
19 was that they wanted feedback on ease of use of the
20 product, that sort of thing, did we have an opinion,
21 that sort of thing.
22    Q. Did this cadaver lab seem more marketing
23 in nature or educational in nature or was it just a
24 mix?

Page 43

1    A. I think it was a mix there. My first
2  guess was it was more, obviously, I think there was
3  an effort to do some marketing because here were
4  people that, attending that probably in their
5  respective geographical areas are going to be
6  thought leaders or KOLs there.
7    And so, obviously, I think there was an
8  undercurrent of that, but I also feel like they
9  really wanted to know, if I remember right, I think
10 Bard was kind of the, if I remember right, AMS and
11 Ethicon had already made it to the market there and
12 Bard was trying to catch up.
13    Q. Do you remember any of the other attendees
14 there, the names?
15    A. I do not. One thing I, person I did
16 remember because I ended up working with him over
17 the next several years was Jim Ross. He was one of
18 the, some people would say, the father of Avaulta,
19 if you will. I do remember he was there because
20 that was my first exposure to him.
21    Q. Is this an event that Bard paid for you to
22 travel to?
23    A. They did. They covered lodging and
24 expenses but nobody was paid an honorarium, not the

Page 44

1  attendees. I'm sure the other people were that were
2  teaching.
3    Q. But Bard covered your flight and your
4  hotel?
5    A. Yes, sir.
6    Q. Maybe some meals?
7    A. Meals, yes, sir.
8    Q. After that cadaver course, did you ever
9  use the Apogee or Perigee products?
10    A. I did not. And the reason for that is, as
11 you probably know now or have come across in this
12 litigation, a lot of hospitals are on different
13 contracts there. And so there are certain contracts
14 that you can get this brand or this brand but not
15 this brand. And so more and more hospitals in the
16 last decade have had to choose. And sometimes it's
17 not easy to ameliorate or placate your surgeons
18 because everyone wants their own thing.
19    But that is why I did not. I never had
20 any experience with the Apogee and Perigee, the AMS
21 products. I learned how to do it but then it was
22 not some, it was going to be very cost prohibitive
23 at our hospital to get it so I never tried it.
24    Q. Did you ever make a request at your

Page 45

1  hospital to have them stock the Apogee or Perigee
2  products?
3    A. I do not remember. I probably did but I
4  didn't have the juice at the hospital I have now, if
5  that makes sense.
6    Q. Did you have to make a request to your
7  hospital to have them stock the Prolift devices or
8  were they already being stocked?
9    A. They were not already being stocked. The
10 hospital there at that time, Stevens County Hospital
11 in Toccoa, that's the other hospital I'm at, and I
12 was the only one doing the majority, I should say of
13 this sort of thing. And, no, they were not stocking
14 it at that time.
15    Q. Were the Avaulta, Apogee and Perigee
16 devices that you also learned about at that cadaver
17 lab, polypropylene devices?
18    A. Yes, sir, the Avaulta also was, the
19 initial Avaulta at that time, the biosynthetic, it
20 also had a collagen coating on it.
21    Q. So it had a polypropylene component with a
22 different coating on it?
23    A. Correct, and once it got in the body, you
24 could see the coating almost become slimy, if you

12 (Pages 42 to 45)

Robert Brian Raybon, M.D.

Page 46

1    will.  You definitely had a coating and I remember
2    the demonstration ones that I had if they were left
3    out in the ambient temperature, they would get
4    "cracky," cracked there.  I don't believe any of the
5    other manufacturers at that time had a coating.
6         I think AMS had a biologic that could also
7    be used with the Apogee and Perigee needles, but...
8         Q.  Did Avaulta, Apogee and Perigee products
9    all involve the implantation of the mesh via trocars
10   and cannulas?
11        A.  Yes, sir, all of the, unless you were
12   going to do a, what I call a free, hands-on repair
13   with a graft, biologic or synthetic, all of them at
14   that time utilized trocars there, all, the, quote,
15   kits.  I mean, you could certainly deal with a
16   suture carrier like a Capio device or Deschamps, or
17   something like that, old-time ligature carrier and
18   hand-sew in your own, which people did, which I had
19   done a lot of out there.  But of the kits at that
20   time, all of them were transobturator and
21   transgluteal there.
22        Q.  Did you ever attend any Prolift training
23   that was put on by Ethicon?
24        A.  No, I did not.

Page 47

1         Q.  Did you ever attend any Prolift+M
2    training?
3         A.  No, I did not.
4         Q.  Did you have an opportunity to ask
5    questions at this cadaver lab in Memphis?
6         A.  I did.
7         Q.  Did you get to perform the procedure on
8    the cadaver?
9         A.  I did.  I did all of the procedures
10   several times.
11        Q.  So Bard paid for you to go to Memphis and
12   attend this cadaver lab and you left that cadaver
13   lab and started using some Prolift devices?
14        A.  I did.  I had already received the
15   information from the rep at that time.  I remember
16   very clearly him coming to the office.  I think it
17   was more like a cold call, oh, well, you know, hey,
18   I've got this new device.  I'm sure it's not
19   something really you are interested in, kind of,
20   sort of.  I think they had to have so many cold
21   calls listed.
22        And I kind of remember laughing and taking
23   my laptop and flipping it around and go, you mean a
24   repair like this?

Page 48

1         And at that time I was using a tremendous
2    amount of biologics and we were doing some quite big
3    prolapses vaginally and I think it kind of caught
4    him off guard.  And he was like, holy smoke, this
5    person maybe does know what he is talking about.
6         So at that point I remember getting some
7    product information from him and some of the DVDs or
8    CDs that were out at that time which I had already
9    reviewed.
10        But even then I was not, I wasn't going to
11   do it until I had some training.  At that particular
12   time when I met him, I didn't know -- well, I knew
13   this cadaver lab I think was getting ready to
14   happen.  I didn't know all of this other stuff was
15   going to be there.  I thought it was just going to
16   be Avaulta.  I was kind of surprised that the other
17   two main players were there as well.
18        Q.  Did you ever do freehand cutting of
19   Gynemesh PS in your prolapse repairs?
20        A.  Not Gynemesh PS, no, sir.
21        Q.  But before using the Prolift or the
22   Avaulta or any other pelvic organ prolapse
23   transvaginal mesh kits with precut pieces of mesh,
24   you did use just freehand cutting of mesh for

Page 49

1    prolapse repairs?
2         A.  I did, and I had a tremendous amount of
3    experience at that time with Pelvitex.  It was a
4    Bard/Sofradim product, S-O-F-R-A-D-I-M, Sofradim
5    product and it was the collagen coated mesh so it
6    was the same mesh that was used in the initial
7    Avaulta biosynthetic.  And so I had done a
8    tremendous amount of that.  I had done a tremendous
9    amount of, at the time, Pelvicol and subsequent
10   PelviSoft and so all of our stuff we were doing then
11   for years when we used grafts had been hand-sewn,
12   free-cut, hand-sewn, no kits.
13        Q.  How would you cut the mesh when you used
14   it in that way?
15        A.  I tried two different ways.  There were
16   certainly people that were talking about, hey, this
17   cutout, if you will, will work for the majority of
18   the people and there were things published or
19   communications between docs where, hey, this
20   dimension and all works for me 99 percent of the
21   time and I tried some of that but I also would cut
22   it individually to suit the patient there.  And that
23   is the way that I ended up preferring to do it, is
24   not use a one-size-fits-all cutout.

13 (Pages 46 to 49)

Robert Brian Raybon, M.D.

Page 50

1      And I would tailor it to each individual
2  patient so that -- because at that time I took my
3  mesh repairs and biological graft repairs, what is
4  termed sidewall to sidewall, it went all the way out
5  laterally and was not just in the middle over the
6  big part of the prolapse.
7      Q.  Do you no longer do that, do sidewall to
8  sidewall repairs?
9      A.  I do a lot more, we have kind of come full
10  circle.  As I guess I'm sure you have gotten the
11  inkling from the litigation, we are doing a lot more
12  suture repairs, site-specific repairs these days,
13  native tissue repairs to cover all of that.
14      Compared to the time frame in question,
15  2005-2006, there was this kind of push to, wait a
16  minute, let's look at these mesh kits, let's do
17  this, let's do that.  And so we are doing a lot of
18  those and I do do in people that have had failures,
19  I have done, I still do the hand-sewn free stuff.  I
20  do probably a few more biologics like cadaveric skin
21  grafts, in those instances.
22      I used to do a bit more of the mesh, but
23  the problem has been with the litigation and the TV
24  ads and so forth and the stuff on the internet,

Page 51

1  people have been very leery of mesh put in through
2  the vagina there.
3      And so -- anyway, I'm sorry if I'm being
4  long-winded.
5      Q.  That's okay.  Nowadays, if you decide to
6  do a transvaginal mesh repair in a patient, in what
7  sort of situation would you decide to do that?
8      A.  These are roughly my parameters there.  50
9  and less, years of age and less, I don't even want
10  to discuss it.  I should say there's always a caveat
11  in there, wherever, but there's always a potential
12  special case.  But in general, 50 and less, I don't
13  want to discuss it.
14      70 and above, depending on the situation
15  there, I kind of look at the merits of, would a
16  vaginal approach be beneficial in this patient.  So,
17  for example, last week -- actually I didn't do a
18  vaginal mesh case on her, but I opted to do this
19  case vaginally whereas what the lady really needed
20  was a sacrocolpopexy but because of medical issues,
21  she had severe lung issues, cardiac issues, her
22  consultant physicians did not want her to have
23  general anesthesia so that limited me to regional
24  anesthesia and given her COPD, I didn't want to put

Page 52

1  a big cup on her tummy, which has the effect of
2  making people not want to breathe deep because it
3  hurts.  So I did her case vaginally.
4      So similarly over the course of the last
5  several years, I have had cases here and there where
6  people had significant prolapse and utilizing
7  vaginal mesh allowed me to get in and out very
8  rapidly.  I have even had a couple of cases in women
9  in their 80s that, just because of technical
10  reasons, a colpocleisis would not be easily
11  performed there.
12      So, for example, if someone had a
13  tremendous amount of anterior prolapse but the
14  posterior aspect of the prolapse, the vaginal vault
15  had not totally everted, then it can technically be
16  somewhat difficult to do a colpectomy or a
17  colpocleisis.  But I have had cases where I have
18  been able to go in and out very rapidly with that.
19      Now, the last one is what do you do in the
20  50 to 70 range.  Those cases I really do take on a
21  case-by-case basis.
22      If I look at a 60-year-old patient and
23  when she walks in I think, my first thought is, man,
24  she's probably about 85 years old, then I

Page 53

1  immediately, then when I say, I go, wait a minute,
2  what is the morbidity here, what is the medical
3  issues this patient is facing.
4      Flip side, if I have a 60-year-old patient
5  and she's in great health, acting more like she's in
6  the lower 50s, if you will, then, especially with
7  significant apical prolapse, I'm going to offer her
8  sacrocolpopexy.  The other caveat to this is sexual
9  activity there.
10      I really, I'm strong -- I'm tending to shy
11  away from mesh use in the vagina in women that are
12  still very sexually active there.  So that also
13  factors in.
14      Once again, I'm sorry, I know that's a
15  long-winded answer, but those are basically where I
16  start from.
17      Q.  Are you also steering clear of mesh
18  repairs, of sacrocolpopexy mesh repairs?
19      A.  In 50-year-olds or 40-year-olds?
20      Q.  In sexually active women?
21      A.  No, I do, I do those quite readily,
22  actually.
23      Q.  So is it fair to say that there are some
24  of your patients for whom you decide a transvaginal

14 (Pages 50 to 53)

Robert Brian Raybon, M.D.

Page 54

1    mesh repair for their prolapse is the most
2    appropriate course of treatment?
3        A.   There are and I would say compared to
4    2005-ish, '6-ish, the numbers have, I'm super more
5    selective than we were back then.  Back then in '05,
6    '06, I think there was this, we have nirvana here,
7    this is going to take, take away the need to do a
8    bigger sacrocolpopexy, this is going to take away
9    that.  I think now we realize there was too much of
10   a rush in that direction.
11       Q.   At the cadaver lab back in 2005, were
12   complications discussed?
13       A.   I do not remember.  Sorry.
14       Q.   Do you recall asking if pain was a
15   potential risk of the Prolift procedure?
16       A.   At this course?
17       Q.   Yes.
18       A.   I do not remember if I asked that or not.
19       Q.   Do you recall asking if dyspareunia was a
20   potential risk of the Prolift procedure at this
21   cadaver lab?
22       A.   I don't remember at this cadaver lab, no,
23   if I asked that.
24       Q.   When was the first time you read the

Page 55

1    Prolift instructions for use or IFU?
2        A.   That would have been when that, as I said,
3    that rep came around back in that time.  As I said,
4    I'm pretty confident he came by before I went to
5    this cadaver lab and so I think he gave me an IFU or
6    some other product information as well as a DVD or
7    CD to review.
8        Q.   Do you remember who that rep was?
9        A.   Yes, his name was Marquel, M-A-R-Q-U-E-L,
10   Fleetwood, just like the Cadillac.
11       Q.   Do you think that was also the first time
12   you read a Prolift brochure, when Mr. Fleetwood gave
13   you some product information?
14       A.   I'm pretty confident that was.  Remember
15   at that time, this stuff was just getting going, I
16   mean, literally, I can't swear to this, but I don't
17   think Prolift had been out on the market in Georgia,
18   or nationally, for that matter, that long.  I think
19   it, put it to you this way:  He told me years later
20   that, I think I did the first Prolift in Georgia
21   there.
22       Q.   So is it fair for me to understand that
23   the first time you ever heard of the Prolift device
24   was when Mr. Fleetwood mentioned it to you and then

Page 56

1    you learned how to implant it at the cadaver lab?
2        A.   Yes, sir, and I had reviewed the materials
3    he had given me as well.
4        Q.   I think you indicated in your Rule 26
5    report that you used a Prolift device about 25
6    times; is that correct?
7        A.   Correct.
8        Q.   Was it 25 times exactly or about there?
9        A.   I tried to go on the low end.  I feel it
10   was probably higher than that but I want to -- I
11   definitely feel confident with 25.
12       Q.   Over what time span did you use those 25
13   Prolift devices?
14       A.   At that time, I was doing about, it ranged
15   from 100 to about 100 -- I remember my high point
16   there was 130 vaginal repairs there in a year.  And
17   so I'm pretty confident it was over the course of
18   the next six months, whenever I started that.
19            And maybe even less, because I was, I
20   mean, very, very, very busy during that time and I
21   was, I would kind of, you know, I was doing Avaulta
22   at the same time.  And because at that time, my
23   thinking was, certainly maybe Avaulta, maybe Bard
24   doesn't have a lock on the best way to do this.  I

Page 57

1    mean, I should at least explore something else and I
2    did get trained on it and had reviewed everything.
3    So that's why I chose Prolift.
4            If I hadn't been, I probably, it would
5    have been a toss-up at that point that I did Apogee
6    or Perigee or Prolift and I probably at that point
7    would have had to go to training to do one of those
8    two.
9        Q.   So after you left the cadaver lab, was it
10   the case that the Avaulta was not on the market so
11   you couldn't go back and start using that again?
12       A.   It was just getting ready to get released,
13   like literally within a month or two of that lab
14   because I did the first one of those in the world
15   when it came out commercially.
16            Obviously, I did not, Jim Ross did the, a
17   lot of the initial work, but before it was
18   commercially available, that's what they would say,
19   when I would teach at these conferences or whatever,
20   they would say, Raybon did the first commercially
21   available Avaulta in the world.  So it was pretty
22   soon after that.
23       Q.   Were there aspects of the Prolift device
24   or the procedure to implant the Prolift device that

Robert Brian Raybon, M.D.

Page 58

1    you found useful based on your learning about the
2    Apogee/Perigee, the Avaulta and Prolift in that
3    cadaver lab?
4        A.  I remember, at the time I remember
5    thinking that the Avaulta was a little easier to
6    use.  The one thing I did think that Prolift was
7    perhaps -- at the time I thought, well, it's got
8    these little cannulas that leave it through so you
9    are not pulling the arms through the tissue, like
10   sawing it there.
11           I thought, is that an advantage or not.
12   At the time people didn't really know.
13           But I was pretty comfortable and remained
14   comfortable.  And one of the big keys with both of
15   those or any of them is the proper dissection of
16   their, and knowledge of the anatomy, this is
17   critical and that is something that I feel like I
18   had down.  The dissection was practically, if you
19   wanted a nice, thick, dissection which is something
20   I had already been doing with the hand-sewn meshes
21   and I was already going out very laterally and so
22   forth to do these.  So the dissection was one of the
23   hardest things to get across to people.
24           I remember going to these courses and say,

Page 59

1    okay, go ahead and create this space, you are the
2    first one on the cadaver, and have people look at me
3    and go, what space are you talking about?
4           And I would just, I would go, oh, my.
5           Anyway, but that was the one good thing,
6    is that if you had a dissection down, that was a
7    huge part of it.  And then, of course, the other
8    part I think that was difficult for some people to
9    get a hold of, was the, conceptually in the
10   three-dimensional pelvis, appreciating where your
11   trocars are when you are passing them blindly
12   through this space, whether it is Prolift, Avaulta
13   or Apogee/Perigee.  I think some people had a hard
14   time conceptualizing that.
15       Q.  Was it the case that the Apogee and the
16   Perigee and the Avaulta also involved blind passage
17   of trocars?
18       A.  All of the three kits around at that time,
19   Apogee/Perigee, Avaulta and Prolift, those were the
20   three big players, those were the three initial kits
21   on the market and they all involved blind passes.
22       Q.  So you found the cannulas that were used
23   with the Prolift device to be helpful because they
24   enabled you to pass the arms and implant the device

Page 60

1    without passing the arms directly through tissue; is
2    that correct?
3        A.  At that time I thought that that might be
4    a potential advantage.
5        Q.  Did you participate in any of the clinical
6    trials that related to Prolift?
7        A.  No, I did not.
8        Q.  Do you know what the TVM Group is?
9        A.  Transvaginal mesh, yes, sir.
10       Q.  That's a group of doctors in France that
11   developed the tools and technique that became part
12   of the Prolift device?
13       A.  Yes, sir.
14       Q.  The studies done by the TVM Group were
15   published in the medical literature for any doctor
16   to be able to see, correct?
17       A.  I believe so.
18       Q.  You would agree that the TVM Group looked
19   at different meshes to use for their transvaginal
20   prolapse repairs, correct?
21       A.  I believe they did.  I would have to see
22   the actual paper you are referring to, but I believe
23   that is correct.  I think you had Gynecare mesh or
24   Gynemesh, I think you had Gynemesh PS.  And then

Page 61

1    later it was ULTRAPRO, which I think it became
2    Prolift+M.
3        Q.  The TVM ended up selecting the Gynemesh PS
4    as the most appropriate mesh for use in these
5    repairs, correct?
6        A.  For their product, yes, sir.
7        Q.  Then Ethicon began working with these
8    group of doctors in France in the TVM Group to
9    develop the tools for the Prolift kit in 2003, is
10   that your recollection?
11       A.  I know it was early 2000s, yes, sir.
12       Q.  Even after the Prolift was on the market,
13   TVM Group and many other surgeons followed patients
14   who had received Prolift in a number of clinical
15   studies, correct?
16       A.  They, I know they were following the
17   patients ongoing.
18       Q.  Would you agree that randomized controlled
19   trials have shown that polypropylene mesh repairs
20   provide a better anatomic cure than native tissue
21   repairs?
22       A.  I think that randomized controlled trials
23   have shown that in the anterior compartment, that
24   there is a better anatomical repair.  In the Cochran

16  (Pages 58 to 61)

Robert Brian Raybon, M.D.

1  review, that just came out not too long ago, they
2  did a meta-analysis, if you will, or review, I don't
3  know if meta-analysis is the right term, of 37
4  trials that were in the literature that took them up
5  to, what, June of last year in 2015 and these all
6  had to do with meshes that we are discussing, meshes
7  that were on the market back there in this time
8  frame. And that is one of the things that they
9  found.
10       But interestingly, they also found that if
11  you did a multi-compartment repair, that advantage
12  went away and there was no increased, there was no
13  benefit over native tissue repair.
14       Q. Which Cochran review are you referring to
15  with that answer?
16       A. Well, there was a, I think it was one of a
17  series. This one just came out not too long ago.
18  It was by a Dr. Finer as well as Maher, Chris Maher,
19  but I think it was a continuation. I think they
20  said in there, read this as a six-part series of
21  reviews. I have it on my iPad, if you --
22       Q. If is it Maher like M-A-H-E-R?
23       A. I believe so.
24       Q. Was it in 2016?

1       A. I believe it was, I believe it was just
2  fairly recently it just came out. I just, I don't
3  remember the exact date but it had to have been
4  extremely recently, maybe in the last several weeks
5  or so because their review encompassed everything
6  that was up to June of last year.
7       Q. You didn't save any Cochran reviews in
8  either of your Prolift or Prolift+M reports, did
9  you?
10       A. I don't remember. I don't remember, I'm
11  sorry, I don't. I think you are correct.
12       Q. What is the most common type of prolapse,
13  is it anterior compartment prolapse?
14       A. Anterior is definitely -- anterior and
15  then anterior/apical are by far the most common.
16  Most of the time I think when we get a referral, I
17  think the present, the referring docs go, well, it's
18  just the bladder has fallen down and 89 percent of
19  the time they are right, that's what it is. So,
20  yes.
21       Q. So anterior or anterior/apical prolapse is
22  the most common types of prolapse?
23       A. Correct.
24       Q. Is providing a more durable repair a

1  benefit for mesh or native tissue in anterior
2  repairs?
3       A. Can you ask the question one more time?
4       Q. Sure. Is providing a more durable repair
5  a benefit for mesh or native tissue in anterior
6  compartment repairs?
7       A. Now, you are talking about just durability
8  only or are you --
9       Q. Yes.
10       A. I think, as far as -- I guess I would
11  present a caveat to that that is, at what price. I
12  mean, having an anatomical repair, we now know, is
13  maybe not the same as having a functionally
14  beneficial repair for the patient.
15       And the issues that you can have with
16  scarification from mesh contraction, dyspareunia,
17  chronic pain and so forth, to me you have to take
18  that into account, is it specifically beneficial in
19  that patient. But I would say this, if you have got
20  a repair that is durable, that does not have a high
21  morbidity cost, then yes, that's an advantage.
22  That's big.
23       Q. So hypothetically, if you have got two
24  patients, one has a native tissue anterior

1  colporrhaphy without mesh, one has an anterior
2  colporrhaphy with mesh and assume they have the same
3  postoperative course in terms of complications, if
4  the mesh patient's repair is more durable, that's a
5  benefit to her, correct?
6       A. Assuming there is no increase in
7  morbidity, I would agree with you on that.
8       Q. Do you agree that in addition to providing
9  a more durable repair in the anterior compartment,
10  the patient satisfaction rate reported in the
11  Prolift medical literature was around 80 percent?
12       A. I don't remember that specifically, but
13  I'd be glad to look at a specific thing if you wish.
14       Q. Do you have a satisfaction rate in your
15  mind for Prolift literature?
16       A. That sounds about right from some of
17  the -- I don't remember that specifically.
18       Q. 80 percent sounds about right?
19       A. Roughly, I would certainly, I will say, I
20  will allow it sounds about right, but certainly if I
21  reviewed and found other...
22       Q. As you sit here today, are you aware of
23  any of the RCTs for Gynemesh PS or Prolift that
24  showed a statistically significant improvement in

17 (Pages 62 to 65)

Robert Brian Raybon, M.D.

Page 66

1    patient satisfaction or quality of life for the
2    Prolift group compared to the native tissue group?
3         A.   There was a study that Ethicon did, I
4    believe, where there was arms in Europe as well as
5    arms in the United States.
6         I'm sorry, can we go off the record for
7    one second?
8         MR. KOOPMANN:  Sure.
9         (Recess taken at 10:11 a.m. for
10    eight minutes.)
11    BY MR. KOOPMANN:
12        Q.   Dr. Raybon, do you remember the question
13    that you were starting to answer when we took a
14    break?
15        A.   If you could please repeat it one more
16    time.
17        Q.   Sure.  As you sit here today, are you
18    aware of any of the RCTs for Gynemesh PS or Prolift
19    that showed a statistically significant improvement
20    in patient satisfaction or quality of life for the
21    Prolift group compared to the native tissue group?
22        A.   Now, if you could show me specific
23    studies, I think I could answer it better.  The one
24    that comes to mind is the one that involved the

Page 67

1    European arm and I think an American arm there.  If
2    that's the one you are referring to, the European
3    arm did not meet Ethicon's internal success rate for
4    the trial.  I think the United States arm did meet
5    their internal measure for success but I thought it
6    was only for the anterior compartment.  If you could
7    show me something specific, I would be glad to
8    comment on it, but...
9         Q.   But as you sit here today, are there any
10    others that meet the parameter that I just
11    described?
12        A.   That was the big one from Gynecare that I
13    remember.  That was, I thought, the real big one
14    that got probably Prolift in over here, I guess, if
15    you will.  But as I said, I'll be glad to look at a
16    specific one and review it.
17        Q.   But as you sit here, none others come to
18    mind, no others?
19        A.   None that were that big.
20        Q.   Would you agree that in some patients the
21    use of Prolift was very efficacious?
22        A.   I think that it is a fair statement to say
23    there have been patients with any of the products
24    including Prolift that have done okay.

Page 68

1         Q.   Does that include some of your patients in
2    whom you've implanted a Prolift device?
3         A.   Yes, but I will say that I was really
4    concerned about some of the complications that I was
5    having and I felt that they were excessive, so
6    that's why I didn't do more than 25.
7         Q.   Is it true that some of the 25 of your
8    patients in whom you implanted a Prolift had no
9    complications?
10        A.   Some.
11        Q.   Would you also agree that there are many
12    patients who have had a Prolift implanted who have
13    had no complications?
14        A.   I would say that there are patients.  I
15    don't know about the many comment there.
16        Q.   So there are patients who have had a
17    Prolift implanted who have had no complications?
18        A.   Yes, sir.
19        Q.   There are patients who have had a good
20    experience with the Prolift device, correct?
21        A.   There are.
22        Q.   Including some of your patients?
23        A.   Including some of my patients.
24        Q.   Why did your report not mention the

Page 69

1    positive experiences and some of the good clinical
2    data about Prolift?
3         A.   Well, I think that it's, basically the
4    price is too high a price to pay, I think, if you
5    are going to have, when you have got, I think it was
6    the trial that you were referring to a minute ago,
7    the adverse event rate in the big Prolift one that
8    was done in Europe and the United States, the
9    adverse event rate was like 65 percent or something
10    there and then even taking it down to, they even
11    felt the need to break it down into serious adverse
12    events, serious, serious adverse events, I don't,
13    it's like at what price.  I mean, are you going to
14    treat 100 people and turn a few into pelvic cripples
15    because they can't have sex or can't do the
16    activities of daily living, I just don't think
17    that's an acceptable risk-benefit ratio for most
18    people.
19        Q.   What do you think the rate of mesh
20    exposure is with Prolift use?
21        A.   It is over 10 percent and I think that's
22    being generous.
23        Q.   What's your basis for that number?
24        A.   The basis for that is reviewing Prolift's

18 (Pages 66 to 69)

Robert Brian Raybon, M.D.

Page 70

1  own internal documents as well as my own experience.
2  My Prolift erosion rate was definitely higher than
3  10 percent and even with my hand-sewn ones with mesh
4  that I was doing, it wasn't that high.  And even, I
5  didn't have a rate that high even with Avaulta.
6      Q.  Are you relying on any medical literature
7  for your opinion as the basis for your opinion that
8  the mesh exposure rate with Prolift is over
9  10 percent?
10     A.  Well, that's internal documents as well as
11 there are things in the literature that support an
12 erosion rate at least that high or higher and that's
13 all in my Rule 26.
14     Q.  Is it fair to say that if the rate is
15 approximately 10 percent, the rate of mesh exposure,
16 that approximately 90 percent of Prolift patients
17 won't experience a mesh exposure?
18     A.  As I said, 10 percent for me, I was being
19 generous.  I think in some of Prolift's own
20 documents, it was as high as 17.  If we are looking
21 at the narrow problem of mesh erosion, assuming that
22 there is nothing else that has occurred in that
23 patient, then I guess you could say 80 percent or so
24 have not had a mesh erosion.

Page 71

1      But a mesh erosion, while it can certainly
2  be problematic, a pure mesh erosion with nothing
3  else is, if that was all it was, just a little
4  erosion that you could snip out in the office, then
5  you could say, well, you know, that's not as big a
6  deal.
7      But you have got these women that have
8  this mesh contraction, can't have sexual relations,
9  can't sit, can't stand for prolonged periods of
10 time.  That's the real issues.  Some of these women
11 we have turned into cripples and there's nothing you
12 can do about it.
13     Q.  Do you differentiate between a mesh
14 erosion and a mesh exposure?
15     A.  I think the end result is you can see mesh
16 in the vagina.  I think you can certainly, an
17 erosion would certainly connotate the mesh appearing
18 in the vagina -- we are talking vaginal mesh
19 erosion, I assume, not viscous erosion?
20     Q.  Right.
21     A.  Away from the suture line, whereas an
22 exposure is going to be generally the semantics or
23 more, it's at the suture line, if there was a
24 failure there at the, of the primary healing

Page 72

1  process.  I don't know, I think in all honesty, it's
2  some semantics there.  I mean, it's got to be
3  treated in most cases.
4      Q.  So as you just defined it, a mesh exposure
5  is basically a wound dehiscence where there is mesh
6  behind that wound?
7      A.  That's fair to say.
8      Q.  It is a wound complication?
9      A.  Yes, it's a wound complication or I guess
10 you could even say, was it closed properly or
11 whatnot.  I mean, there's lots of reasons that
12 could, I think, affect that.
13     Q.  Is a wound dehiscence possible with any
14 native tissue repair?
15     A.  I have learned in medicine, never say
16 never but I will say in 20-something years, I have
17 never seen that with a native tissue repair.
18     I'm sure that somewhere somebody has maybe
19 something like a hematoma or something like that I
20 guess could cause a wound dehiscence of a native
21 tissue repair.  I have never seen that.
22     Q.  Have you had any of your non-mesh patients
23 in your career experience a wound dehiscence for any
24 type of surgery?

Page 73

1      A.  Anywhere in the body, you mean abdominal
2  or vaginal?
3      Q.  Yes.
4      A.  Oh, yes.  I mean, any surgeon has had a
5  wound dehiscence, positively.
6      Q.  Would you agree that there are a lot of
7  doctors in the United States who believe that
8  Prolift was safe and effective based on the
9  published data?
10     A.  I would say that there are a pretty good
11 number that felt like it was safe.
12     Q.  And you disagree with those doctors?
13     A.  I disagree with those doctors.
14     Q.  When the Prolift device was introduced,
15 that wasn't the first time surgeons implanted mesh
16 transvaginally, correct?
17     A.  Correct.  If I remember correctly, I
18 believe there were some attempts back in the 80s,
19 late 80s with some different materials and I don't
20 think it ended up very well.
21     Q.  When was the first time you ever heard of
22 the Prolift+M device?
23     A.  I think it was several years after I had
24 stopped doing Prolift and I believe the rep at that

19 (Pages 70 to 73)

Robert Brian Raybon, M.D.

Page 74

1    time who was not Mr. Fleetwood, I cannot remember
2    the fellow's name, came by and detailed me on it and
3    brought lunch there. I think in Georgia, because of
4    the volume of procedures and how busy I was, I think
5    I had a target on my back, not just for Prolift but
6    any of the manufacturers that had Prolift
7    procedures -- excuse me, prolapse procedures. And
8    so, even though I had stopped using it, I tried to
9    be informed of what was out there just so I would at
10   least know.
11          And I think that was the, I'm pretty sure
12   that was the first time or, of course, I could have
13   seen it in a journal there, an advertisement there
14   perhaps.
15     Q.  You have never used the Prolift device in
16   any of your patients, correct? Prolift+M device --
17   strike that. Let me start over.
18     A.  Okay.
19     Q.  You never used the Prolift+M device in any
20   of your patients, correct?
21     A.  I did not.
22     Q.  Did you ever study the Prolift+M in a
23   clinical research setting?
24     A.  No, I did not.

Page 75

1    Q.  Would you agree that in some patients, the
2    use of Prolift+M was very efficacious?
3    A.  To be honest with you, I think that you
4    can say that, just like what you said before, there
5    are some people with vaginal mesh, transvaginal mesh
6    implantation that have done okay. And I wouldn't
7    change that for Prolift+M, I wouldn't lump them all
8    in one basket, but there are some that thankfully
9    have done well.
10   Q.  So you would also agree that there are
11   some patients who have had a Prolift+M implanted who
12   have had no complications?
13   A.  I would say there are some, yes.
14   Q.  And there are patients who have had a good
15   experience with the Prolift+M device?
16   A.  I suspect there are, yes, sir.
17   Q.  What do you think the rate of mesh
18   exposure is with the Prolift+M?
19   A.  I don't think that it is any different.
20   Q.  As the Prolift?
21   A.  Correct, because I have definitely, I have
22   removed quite a number of Prolift products, some of
23   which have been Prolift and some of which have been
24   Prolift+M and I didn't get a feel that in those that

Page 76

1    had an erosion, that there was a much higher or much
2    less erosion rate with the M. I thought they were
3    roughly about the same.
4    Q.  Is that personal experience of yours the
5    basis for your opinion about the mesh exposure rate
6    or erosion rate for Prolift+M?
7    A.  I'd say that's a large part of it. I
8    don't think the, I just don't think anything that I
9    have read indicates that it is any, dramatically
10   different than the regular Prolift. I mean, I think
11   it was a reasonable thought process in the
12   engineering process for how could we maybe make
13   something better, but I don't think it worked out.
14   Q.  Do you think it was a reasonable thought
15   process for Ethicon to try to make a mesh for the
16   Prolift+M device or use a mesh for the Prolift+M
17   device that had an absorbable component?
18   A.  I understand their rationale behind it.
19   You know, one of the things I think that anybody
20   would agree on, that knows a lot about mesh is, less
21   is better, less is better, less is better. And I
22   think that has been reflected in the meshes that you
23   see on the market today. We have gotten lighter and
24   lighter and lighter.

Page 77

1          The pore sizes from early on have now,
2    generally across the board have all been very large,
3    macroporous there. You know, we have not had
4    anything on the market to my knowledge since the IVS
5    tunneler and so forth that had a microporosity to
6    it.
7          And I think that's just been the -- what
8    was your original question? I'm sorry, I'm getting
9    off subject.
10   Q.  She is going to have to read it back to
11   get it exact.
12   A.  My apologies.
13         (Record repeated.)
14   A.  Yes, thank you. I think that was during
15   the process of evaluating, I think that, you know,
16   that's a reasonable thing to look into.
17   Q.  It was a reasonable thing for Ethicon to
18   look into to use the ULTRAPRO mesh for the Prolift
19   device?
20   A.  Yes, I think it should have been probably
21   done in a more, instead of just put on the market, I
22   think it should have been studied a little more.
23   But I think, if your question is, and your question,
24   to narrow it down is, was that a reasonable thing

20 (Pages 74 to 77)

Robert Brian Raybon, M.D.

Page 78

1    for them to look at, absolutely.  I think it should
2    have been looked at in a more, a clinical controlled
3    setting than just released on the market because
4    unfortunately I don't think it panned out.  I don't
5    fault them for trying to make something better
6    because obviously there was a problem.  They had a
7    concern about some of the issues there that were,
8    they were seeing with mesh banding and scarring and
9    retraction and so forth.
10        So by decreasing the amount of mesh that
11   is there and putting in a monocryl or some other
12   absorbable suture component, it maintains some of
13   the handling characteristics that surgeons would
14   appreciate there.  So I think on paper, and their
15   R&D, I think it was, you like to see R&D people come
16   up with new ideas and I think that was a reasonable
17   one but I think it should have been studied before
18   it was turned loose.
19        Q.  What sort of testing do you think that
20   Ethicon should have done in the Prolift+M device
21   before they introduced it to the market that they
22   failed to do?
23        A.  I think what they should have done is they
24   should have had a controlled clinical trial where it

Page 79

1    was put in and followed there and these patients
2    followed to see truly did they have an improved
3    outcome with less morbidity.
4         Obviously, Ethicon was very concerned
5    about it because they were concerned about their
6    morbidity that they were seeing and so in an attempt
7    to decrease that, they came up with this.  But I
8    don't think you put it on the market and then get
9    your information.  I think you should get your
10   information before it goes on the market.
11        Q.  How many patients should they have
12   enrolled in this study?
13        A.  That's a very good question, sir, and I'm
14   not going to represent myself as a statistician
15   there.  I think that's a question best left for
16   somebody else to be able to determine a difference.
17        Q.  What sort of followup would you have liked
18   to have seen with these patients in this clinical
19   study?
20        A.  I'd say definitely, I mean, I think twelve
21   months is absolutely the positive lowest number.  I
22   mean, it should be more than that.  It should be
23   three years or so, I think, would be kind of what I
24   would be interested in.

Page 80

1         In a trial I was recently in, that's what
2    we went with, was three years and we actually ended
3    up, the company graciously actually ended up pushing
4    it to five years.
5         Q.  Five years before it went to market?
6         A.  Well, it's not even on the market yet.  It
7    is still going through the FDA.  This company
8    wisely, in my opinion, also avoided the 510(k)
9    predicate process.  This is a full-blown trial
10   that's going, that's percolating its way through the
11   FDA.
12        They got it 510(k) approved but that's at
13   the behest of me and multiple others.  We said, you
14   are a fool to release it under the 510(k) process.
15   And they actually listened.
16        And so this has not been released.  And
17   anyway, so it was going to be three years and then
18   the company, we actually are going to have five-year
19   data before it hits the market.
20        Q.  Who is this company?
21        A.  This was AMS, then slash Astora.  This is
22   the TOPAS, T-O-P-A-S, trial which is a slang for
23   fecal incontinence, it is a polypropylene sling.  I
24   am hoping that, I recently got in communications

Page 81

1    with them, I hope that all that we had worked on is
2    not lost with Astora's closing.  I hope somebody
3    else will pick it up because it is actually looking
4    pretty good.
5         Q.  What was your role in this
6    Astora/AMS/TOPAS trial?
7         A.  I was one of the twelve primary
8    investigators, there were twelve sites in the
9    country.  There were six urogyn sites as well as six
10   colorectal sites.  This sling is for fecal
11   incontinence.
12        Q.  So it is not a pelvic organ prolapse
13   sling?
14        A.  Well, some would argue that it is.  You
15   know, Hans Peter Dietz thinks, he is a fellow in
16   Australia that has kind of, quote, invented pelvic
17   floor ultrasound.  He thinks that such a product is
18   incredibly important to pelvic organ prolapse
19   because it addresses the genital hiatus which is not
20   something that we address with our current
21   procedures.
22        And so it is important for your, maybe
23   your most distal level of support.  But the trial
24   was set up not to look at that as a primary end

21 (Pages 78 to 81)

Robert Brian Raybon, M.D.

Page 82

1  point. The trial was set up to look at it for fecal
2  incontinence.
3      Q.  Is there a specific medical condition that
4  causes fecal incontinence that this sling is
5  designed to treat?
6      A.  I guess you could use it in a most
7  analogous manner to, a sling for urinary
8  incontinence there. Certainly you have different
9  reasons and sometimes multiple reasons in the same
10 patient. Someone leaks urine.
11     You can have a, quote, nerve problem,
12 overactive bladder or you can have a weakness, which
13 is I cough, I sneeze, I laugh, I leak, which is what
14 a TVT is designed for. So really what this, in my
15 mind, what this has been designed to do is to
16 address a somewhat analogous weakness in the lower
17 rectum proximal to the anal sphincter there.
18     There are some of the pelvic floor muscles
19 that basically form a natural sling that goes around
20 the rectum and this seeks to recreate that.
21     Q.  Is it implanted in an open procedure?
22     A.  No, it is an implanted transobturator
23 posterior anal sling.
24     Q.  Is it implanted with trocars and cannulas?

Page 83

1      A.  It is implanted with trocars and not
2  cannulas but the arms are sheathed.
3      Q.  Are the trocars passed blindly?
4      A.  The trocars are passed blindly. The
5  difference is, and I can't really show you without a
6  pelvis is you are not going deep into the pelvis. I
7  hate to say it is right beneath the skin because
8  that's not true as well, but when you pass it
9  through the obturator, you can put a finger in the
10 vagina on each side and you can palpate the
11 trajectory of the trocar until it passes the
12 perineum and then the thing that is most different
13 is, this is really outside where most of the muscles
14 are and the nerves and so forth.
15     Q.  Is it made of polypropylene?
16     A.  It is.
17     Q.  Is it made of the same polypropylene
18 that's used in AMS's pelvic organ prolapse products?
19     A.  Yes, it is, like what was once Elevate,
20 that sort of thing.
21     Q.  Do you think the AMS pelvic organ prolapse
22 transvaginal mesh kits are defective?
23     A.  I think that the arm ones, the Apogees and
24 Perogees of the world are defective. I don't think

Page 84

1  a transobturator approach for that problem is the
2  way to go.
3      Q.  Do you think the polypropylene in AMS's
4  pelvic organ prolapse transvaginal mesh kits
5  degrades?
6      A.  Yes.
7      Q.  Why is it that you are okay with this
8  TOPAS product that contains the same polypropylene?
9      A.  Because, first of all, it is -- let's see,
10 it is really hard to, if I had a model I could
11 certainly demonstrate it to you. But you are
12 familiar with probably in your preparation for this
13 the use of mesh for hernia repair.
14     You know, it's been around, polypropylene
15 or a mesh was used, I think, what, since the 50s
16 when they created the mesh and then they used to
17 sterilize it on the back table in the OR in boiling
18 water to put it into patients. So it's been around
19 a while there.
20     So a lot has happened with the development
21 of that mesh. But, of course, in a man, a very
22 common hernia repair is an inguinal hernia repair
23 and so I think that while it has been fairly
24 successful in reducing recurrences of abdominal wall

Page 85

1  hernias, there have been some problems, especially
2  with some of the thicker meshes that were out
3  previously that don't have the elasticity or are too
4  stiff for abdominal wall.
5      I guess my point is that it is put in a
6  somewhat similar location where a hernia mesh would
7  be put on the bottom of the pelvis. We are not
8  going in along the vagina. We are not going in
9  towards the sacrospinous ligament where the pudendal
10 nerve is there. We are not coming along the pelvic
11 wall where the obturator nerves and vessels are.
12     There is very little in this area that can
13 be damaged. So that is the difference.
14     In addition to that, the mesh is not
15 immediately in juxtaposition to the rectal mucosa.
16 You actually have a fairly thick band of the levator
17 muscles in between the mesh and the mucosa. So with
18 vaginal mesh, you have your vaginal mucosa and
19 there's your mesh.
20     With this, it's going to be something
21 like, there's your rectal mucosa. It is a much
22 thicker area.
23     That was a concern in the start of this
24 trial. What you just said was a concern. But it

Robert Brian Raybon, M.D.

Page 86

1    demonstrates wholeheartedly why you have to study
2    these before you release it to the real world
3    because we have not seen, as of right now, there
4    have been, and I assume somewhat confidential in
5    here but we have 152 that have been implanted around
6    the country.  As I sit here today, there has been
7    zero mesh complications there.
8            I think it truly has, it demonstrates that
9    it is going to matter how mesh is implanted and the
10   location.  But it just -- that was one of our
11   concerns, are there going to be some of these things
12   that you and I have been talking about.
13          The patients were thoroughly consented.
14   It was reviewed, all of these things were reviewed
15   by the institutional review board.
16          The patients knew, we obviously had some
17   discussions because when we started this trial, some
18   of this mesh litigation was going on there.  But you
19   also have to look at, pelvic organ prolapse can be a
20   very functional thing.
21          I think if you or I were leaking stool,
22   which is, I would argue, a little rougher to deal
23   with than leaking urine.  They are both horrible.
24   But I think you and I would both agree that stool

Page 87

1    leakage is -- the risk-benefit to getting into a
2    trial is much different, especially if someone is so
3    worried about it or scared about it or at the point
4    that they are considering a colostomy.
5        Q.  Do you think that the polypropylene mesh
6    in the TOPAS sling will degrade in the human body?
7        A.  I think that there is nothing that is
8    inert, so, yes, I do think it will.
9        Q.  No surgical meshes that you are aware of
10   are inert?
11       A.  I think that -- I don't know of any that
12   are inert in the body.  I mean, you can have, you
13   know, I was a chemical engineer and have a degree in
14   chemistry.  And so I think we could talk about being
15   chemically inert, physically inert, but in the body
16   in that location, I don't -- I think there's very
17   little that is truly inert.
18       Q.  Do you think the polypropylene mesh in the
19   AMS prolapse transvaginal mesh kits is carcinogenic?
20       A.  That, I don't know.
21       Q.  Do you think the polypropylene that's used
22   in the TOPAS sling is carcinogenic?
23       A.  I don't, no, I don't -- I'm not aware,
24   that has not been the source -- excuse me, that has

Page 88

1    not been the subject of a lot of my review.  I think
2    there are some people that have concerns because of
3    the breaking down, is that a potential thing.  I
4    think they are looking at that.  I don't think
5    anybody has any idea on that right now.
6        Q.  But you are aware of some people who have
7    concerns about potential carcinogenicity of the mesh
8    used in the TOPAS sling?
9        A.  I'm not aware of that, no.
10       Q.  You just said that you are aware of some
11   people with concerns about carcinogenicity.
12       A.  I'm sorry, I think in general as this
13   litigation has unfolded over the last five, six,
14   seven years, whatever it's been, that as it has
15   become apparent that, I remember being, for
16   example, with Bard, oh, no, this polypropylene is
17   inert.
18          Well, you know, it wasn't.  It is not
19   inert.  There is definite irrefutable evidence it is
20   polypropylene that we were using in that mesh that
21   is not inert.
22          And so then the next question some people
23   have had with polypropylene in general, okay, not
24   just with TOPAS but in general is that if it is

Page 89

1    breaking down, is there a concern over cancer.  I
2    think that there's been a concern with lots of
3    things that have been implanted in the body at one
4    time or another with breast implants, so forth and
5    so on.
6            So I am not aware, to get back to your
7    question, of any specific concerns at this time
8    regarding the carcinogenicity of polypropylene.  I
9    know I have heard some people verbalize it but I
10   have not read any data to definitively answer that
11   or address that question.
12       Q.  So you have heard some people verbalize a
13   concern about potential carcinogenicity of the
14   polypropylene that's used in AMS's pelvic organ
15   prolapse kits?
16       A.  And polypropylene in general.  I'm sorry,
17   not their kits, in general, but I mean, in
18   polypropylene in general.
19       Q.  How many of these TOPAS slings have you
20   implanted?
21       A.  Ten.
22       Q.  What did you do to satisfy yourself that
23   there is no real carcinogenicity concern with the
24   TOPAS slings before putting them in ten of your

23 (Pages 86 to 89)

Robert Brian Raybon, M.D.

Page 90

1  patients?
2      A.  Well, has anybody?  I guess, I don't know
3  of anybody who has done that.  I mean, you could
4  argue with this Diet Coke I'm drinking, is that
5  carcinogenic too.  I think you can ask that question
6  about anything we put in our bodies.  I don't really
7  know how to answer your question more than that.
8      Q.  Is the answer you have done nothing to
9  satisfy yourself that the TOPAS sling,
10  polypropylene in the TOPAS sling is carcinogenic?
11      A.  I would say that I have done a review of
12  the literature in regards to polypropylene and at
13  this time I am not concerned that it is carcinogenic
14  but I have an open mind and as new data comes to
15  mind, I will reevaluate my position.
16      Q.  Would the same be true for the
17  polypropylene in the Prolift and Prolift+M devices?
18      A.  Yes.
19      Q.  Did you have any sort of design input on
20  the TOPAS sling?  Was this sort of an open dialogue
21  between you and the manufacturer?
22      A.  No, this was all one fellow that came up
23  with the concept.  Originally, it had been attempted
24  at a, believe it or not, a TVT-type of approach --

Page 91

1      MR. HILL:  I know that certain areas
2  of this you are entitled to go into.  But
3  I want -- he's got to be very careful as
4  far as confidentiality in this ongoing
5  trial.  I am sure you have a
6  confidentiality agreement there.
7      THE WITNESS:  Yes, sir.
8      MR. HILL:  I don't want to step
9  outside the bounds of that if we could.
10  So generalities, I'm comfortable with,
11  but specifics, I think we are getting a
12  little bit close.
13  BY MR. KOOPMANN:
14      Q.  I don't want you to violate any
15  confidentiality agreement but I have to rely on you
16  to know what that agreement is and what you can and
17  can't discuss.
18      A.  Yes, sir.
19      Q.  So if you can't answer one of my questions
20  because of confidentiality reasons, just say so,
21  okay?
22      A.  Yes, sir.  I will just say, it was one
23  guy's idea and AMS was the company that jumped on
24  it.

Page 92

1      Q.  Did you feel comfortable talking to the
2  company about ideas you had with respect to the
3  device?
4      A.  Yes, I certainly -- I don't remember any
5  concerns that I had.  The concept of the device, I
6  remember the fellow that designed it and had done
7  quite a few himself and it was presented at a
8  meeting, IOGA meeting I attended in Cancun several
9  years ago.  So I was familiar with the concept of
10  the device for several years before the study even
11  started.
12      And so I don't remember any specific
13  concerns that I had.  I certainly had no input into
14  the design or the procedure there.
15      Q.  Is the TOPAS sling something that you are
16  excited about based on your review of the literature
17  and your experience with it so far?
18      A.  Thus far, I am excited about it.  I am
19  encouraged.  I feel like it's probably been one of
20  the, I have to give, in my opinion, kudos to that
21  company for doing the trial in this manner.  I feel
22  like it was well-designed and done.
23      Q.  Is the TOPAS sling just totally made of
24  polypropylene mesh?

Page 93

1      A.  It is.
2      Q.  It doesn't have any sort of biologic
3  component to it?
4      A.  Not at all.
5      Q.  Did you ever suggest to AMS or the people
6  that you were working with there that they look into
7  PVDF for use in this TOPAS sling?
8      A.  No, I did not.
9      Q.  Did you ever suggest to AMS or the people
10  you are working with there that they pursue or look
11  into possibly some biologic material for the TOPAS
12  sling?
13      A.  No, I did not.
14      Q.  Did you ever use Gynemesh PS sheets?
15      A.  I did not.  At the time I was doing a lot
16  of that, we had a, for lack of a better term,
17  preferential agreement, if you will, with CR Bard
18  products and so at that time it was Pelvitex that I
19  had used more as a freehand sewn.
20      Q.  Did you ever use Gortex in
21  sacrocolpopexies?
22      A.  No, sir.
23      Q.  Why not?
24      A.  Gortex, I think it had some problems early

Robert Brian Raybon, M.D.

Page 94

1    on in using it that way. Just like with, I think
2    they even used Teflon or something at one point.
3    But no, I did not use that.
4        Q. Have you read literature that indicates
5    that the use of Gortex in sacrocolpopexies leads to
6    a higher erosion rate than polypropylene mesh?
7        A. I seem to remember that, that I think that
8    was the issues with those, with the Gortex and I
9    want to say it was Teflon that was used. I have
10   never used any of those as a mesh for
11   sacrocolpopexies.
12       Q. How many women have you treated that had a
13   Prolift implanted but that was implanted by someone
14   other than yourself?
15       A. I couldn't answer that question. I don't
16   know.
17       Q. Maybe I should ask it differently. How
18   many women have you treated for what you believe to
19   be a mesh-related complication who had a Prolift
20   device implanted but by somebody other than
21   yourself?
22       A. The vast majority of those 75,
23   certainly -- and you are saying these are ones,
24   complications that I have treated?

Page 95

1        Q. Yes.
2        A. Out of those 75, I think ten were probably
3    mine. All the others were by somebody else.
4        Q. So of the 75 women who had a Prolift
5    device implanted and had a mesh-related complication
6    that you have treated, ten of those were patients in
7    whom you had implanted the Prolift device?
8        A. I believe so. If anything, that number is
9    a little high. But I did not -- we didn't track
10   things like that at that time, I can't give you --
11   that's the best guess I can give you.
12       Q. For these 75 patients, were those patients
13   who you removed some portion of the Prolift mesh
14   from them?
15       A. Yes, sir.
16       Q. How did you know it was a Prolift mesh in
17   those patients?
18       A. First of all, with any of these products,
19   Avaulta, Bard, Apogee/Perigee, whatever, any of
20   these products, they all have their own little
21   idiosyncrasies to them. And by that I mean, there
22   may be some slight deviations on how they are
23   implanted and so forth there, shakes may be a little
24   different and so forth, which is one of the reasons

Page 96

1    that the FDA I think wisely said, you should get
2    device-specific training. But I digress.
3        Before I would go in and take somebody's
4    mesh out, I would get a copy of the operative note.
5    I wanted to see, had there been any issues with the
6    device being implanted and I would also get a copy
7    of the implant sheet because I wanted to see what
8    was put in. Some of the patients know. Others do
9    not, they have no idea.
10       Q. Where would you get the operative report
11   and the implant sheet in those cases?
12       A. From the hospital. Sometimes it's a pain
13   in the rear if it's way out of state or whatever and
14   some of them have been long enough ago that they are
15   gone, you can't get them.
16       Q. Is there any objective data that we can
17   look at to verify this number, this 75 number?
18       A. There's really not, just we had been
19   through, I think I'm on my third EMR now, electronic
20   medical record and unfortunately before then it was
21   paper and then the systems that I have had, I think
22   all the EMRs lack something in functionality.
23       Q. Do you record in your medical records
24   which specific product it is that you are removing a

Page 97

1    part of?
2        A. Yes, I do. But there's no way to
3    specifically search for that.
4        Q. How many of those 75 patients who had a
5    Prolift and you removed some portion of it were
6    referred to you by plaintiffs' attorneys?
7        A. Not that many. I'm trying to make sure I
8    don't get confused with the IMEs that I had
9    performed because I did not treat those patients.
10       Q. Sure.
11       A. But I've had, I don't know, three or five,
12   somewhere in there, total.
13       Q. Since you were deposed in the Wise versus
14   Ethicon case on November 30, 2015 --
15       A. Yes, sir.
16       Q. -- have you calculated the number of times
17   you have explanted a Prolift+M mesh from a patient?
18       A. Since Ms. Wise?
19       Q. Since that deposition day --
20       A. Since that deposition day?
21       Q. Since that deposition day, have you made
22   that calculation?
23       A. I think it's been one there and I think
24   it's been one Prolift since then. It comes in

25 (Pages 94 to 97)

Robert Brian Raybon, M.D.

Page 98

1    spells and I'm pretty confident that one was a +M
2    just because it was one of the later implantations.
3        Q.  So you are saying you have done one
4    Prolift or Prolift+M explant since November 30,
5    2015?
6        A.  Yes, sir.
7        Q.  I think in that deposition you said you
8    didn't know if you had ever explanted a Prolift+M
9    device?
10       A.  Yes.  And her, I got --
11       Q.  I don't want to talk about her.
12       A.  Since then, you are right, I think I did
13   say that.  But since then I still do, I request the
14   records and so forth and I guess I'm just a little
15   more in tune to that question, figuring it would
16   come up again.  So I do know I have done one since
17   then.
18       Q.  So as you sit here today, since you didn't
19   know how many or didn't know, I think you said, any
20   that you had done at that time, Prolift+M explants,
21   is it fair for me to understand today that, as you
22   sit here today, you believe you have done one
23   Prolift+M explant?
24       A.  Since that deposition, that was your

Page 99

1    question?
2        Q.  I want to know the entire universe, how
3    many times have you explanted all or part of a
4    Prolift+M device.
5        A.  As I said, it would be very difficult for
6    me to go back.  There's no objective way I can go
7    back and review that.  I just know it's been 75 at a
8    minimum of removing Prolift products.
9        Q.  Whether it is Prolift or Prolift+M?
10       A.  Prolift or Prolift+M.
11       Q.  What makes you think that the Prolift or
12   Prolift+M explant you have done since November 30,
13   2015 was most likely a Prolift+M device?
14       A.  Because I got the implant sheet.
15       Q.  You remember it saying Prolift+M?
16       A.  Yes, I do.  It's funny, it is just like
17   all types of surgery, it seems to come in spells.  I
18   mean, I won't do a mesh revision for a month or two
19   or three and then I will.  I just know it's been that's
20   all I'm doing for the next few weeks.
21       Q.  Have you ever received any communication
22   from a third party or plaintiff's attorney asking if
23   you would be interested in seeing patients on a
24   contingency fee basis?

Page 100

1        A.  No, I assume -- I don't know because I'm
2    not even sure what you are talking about.
3        Q.  Have you ever agreed to see or treat a
4    patient with the understanding that you would be
5    compensated with a flat fee or contingency fee from
6    a law firm or medical funding company?
7        A.  No, sir.
8        Q.  Do you recommend conservative treatment
9    before agreeing to remove mesh from a patient?
10       A.  Yes, sir, if it's appropriate, yes, sir.
11       Q.  That would include topical estrogen?
12       A.  Yes, sir.  In all honesty, by the time
13   they see me, the time that topical estrogen is going
14   to work is probably long gone.
15       Q.  Are you saying that because you have a lot
16   of patients maybe in rural areas who have seen a
17   local primary care provider who maybe suggested
18   topical estrogen, it didn't work and that's why they
19   are coming to see you?
20       A.  I think, first of all, I would say, you
21   have to qualify it a little bit more for me, is this
22   a really big erosion or is it just a small, little
23   erosion.  I think that if it is a small, little
24   erosion and it's been there for a few years, I don't

Page 101

1    really think at that point estrogen is going to
2    work.
3        Now, I will discuss it with a patient and
4    say, we can try it.  At that point, they have
5    already had it for two or three years.
6        I had one lady last year that was kind of
7    similar to this.  She was having trouble, was having
8    dyspareunia, if you will, and then, got divorced or
9    whatever and so she was not sexually active.  Now
10   that she became sexually active again, two to three
11   years later, it was now a problem and she wanted it
12   to be fixed.
13       So at that point I really didn't think
14   estrogen was going to work.  I mean, the erosion
15   site, the area was too mature, if you will.  But I
16   offered it to her.  I don't see any problem with
17   doing it.
18       A lot of my vaginal surgery cases,
19   especially menopausal women, if things are dry, I
20   want them to try it anyway just as a prelude to
21   surgery.  Certainly, I think -- I run down all the
22   options with patients.
23       Q.  If a patient comes to you with a mesh
24   exposure, do you always remove the entire mesh or

26 (Pages 98 to 101)

Robert Brian Raybon, M.D.

Page 102

1    just what you think is the offending portion?
2        A.  I think you would have to qualify that a
3    little bit more for me.  What is her complaint?  Is
4    it just the fact that I'm having a discharge, is it
5    the fact I'm having pain with sex, do I have pain
6    all the time?  I think you would have to give me
7    more information.
8        Q.  What if a patient comes in and was having
9    some vaginal pain and discharge and had a
10   1 centimeter exposure you could see; what would you
11   do in that instance, remove the whole sling or
12   remove the exposed mesh and maybe somewhere around
13   the perimeter?
14       A.  That's a really good question and I'll
15   tell you, my experience in that has been that if
16   they have significant vaginal pain and significant
17   dyspareunia there, then I would say this, during the
18   examination of the patient, if I also determine that
19   there has been a lot of mesh retraction/formation of
20   mesh banding there, then yes, I am going to try to
21   remove the whole thing.
22       If, however, I examine the patient, I
23   don't find any of that proximal mesh banding or
24   distal mesh banding and it is just a solitary

Page 103

1    erosion but otherwise I can't feel that the mesh is
2    there, then I'm going to do what you suggested, I'm
3    just going to go in and cut that out and try that.
4    But if during the course of the exam I find these
5    other findings, I will talk with them seriously
6    about removing the whole thing.
7        Q.  So if a patient came to you and had a mesh
8    exposure but it was asymptomatic for her but it was
9    causing her partner pain with intercourse, in that
10   instance would you just remove the exposed mesh?
11       A.  Yes, sir, I think that would also be
12   another time to do just that.
13       Q.  Do you serve as a peer reviewer for any
14   journals?
15       A.  No, I do not.
16       Q.  Does your CV that we have marked earlier
17   today as Exhibit 7 contain all of your publications?
18       A.  Yes, sir.
19       Q.  Have you ever published any articles on
20   the Prolift or Prolift+M devices?
21       A.  I have not.
22       Q.  Have you ever done any studies on the
23   Prolift or Prolift+M devices?
24       A.  I have not.

Page 104

1        Q.  Have you ever published any articles on
2    Gynemesh PS?
3        A.  I have not.
4        Q.  Have you ever published any articles on
5    the subject of pelvic organ prolapse repair?
6        A.  I have not.
7        Q.  Have you ever written any sort of article,
8    letter or other written document and submitted it to
9    a medical journal to tell your professional
10   colleagues what your opinions are regarding
11   transvaginal mesh use in prolapse repair surgeries?
12       A.  I have not.
13       Q.  Is it fair to say that you have developed
14   the opinions you are offering today and that you
15   have put in your Prolift and Prolift+M reports
16   specifically for this litigation?
17       A.  I'm sorry, can you ask the question again?
18       Q.  Sure.  Is it fair to say that you have
19   developed the opinions you are offering today and
20   that you have put in your Prolift and Prolift+M
21   reports specifically for this litigation?
22       A.  I already had my opinion of Prolift before
23   this litigation and I think that if anything, with
24   my further review of literature that was available

Page 105

1    to me already.  And then a review of some of
2    Prolift's internal documents, I have refined that.
3    But I already had my opinion.
4        Q.  Is it fair to say that --
5        A.  Or an opinion, excuse me.
6        Q.  Is it fair to say that you developed your
7    Prolift+M opinions that you have set forth in your
8    report for purposes of this litigation?
9        A.  That's a good question.  I already had an
10   opinion at that point of Prolift in general and I
11   did not really, I guess, delve into more of the
12   specifics of the Prolift+M until this litigation
13   because I had kind of lumped them all together.  I
14   realize that they are different to some degree, but
15   really are still pretty much the same shape, pretty
16   much the same instruments, installed the same way.
17   I just, from a practicality standpoint, as far as
18   the patients go, it is the same as far as I'm
19   concerned.
20       Q.  Is your testimony listed at the back of
21   your Prolift report, Page 28, for instance, accurate
22   and up to date?
23       A.  My testimony?
24       Q.  Yes.

27 (Pages 102 to 105)

Robert Brian Raybon, M.D.

Page 106

1     A.  What are you -- where I was deposed or at
2   trial, is that what you are talking about?
3     Q.  Yes, so it lists these cases as cases in
4   which you have given trial or deposition testimony,
5   Sisson versus CR Bard, Dotrinas versus Boston
6   Scientific, State versus blank, some rape case, and
7   then Mary Catherine Wise versus Ethicon.
8     A.  Yes, those are the ones where I have been
9   to trial.
10    Q.  The Wise case hasn't been to trial.
11    A.  I mean, yes, for testimony, yes, sir, I'm
12  sorry.
13    Q.  So the state, the criminal case, the rape
14  case, did you give deposition and trial testimony in
15  that?
16    A.  I gave, I was just asked to go straight to
17  trial, I did not give a deposition.
18    Q.  Was that here in Athens?
19    A.  No, it was in Habersham County which is
20  near Stephens County.
21    Q.  Any other cases that you have given trial
22  or deposition testimony in?
23    A.  No, sir, in regards to --
24    Q.  Anything in the last four years?

Page 107

1     A.  No.
2     Q.  Did you give depositions longer ago than
3   four years ago?
4     A.  I was a fellow in Baltimore and there were
5   two cases that my attending there was involved in
6   and one of them I got deposed and it never went to
7   trial. Another one I got deposed and it went to
8   trial.
9         And then from the time I was a resident,
10  there was two cases that I was named in along with
11  every other physician in the chart at Grady Hospital
12  in Atlanta, and in both of those cases I was
13  dismissed with prejudice once they narrowed it down.
14  And one of those I was deposed and the other one I
15  was, it was settled before I was deposed.
16    Q.  Did either of those two cases involve
17  pelvic organ prolapse surgery?
18    A.  No, sir.
19    Q.  So you have been named as a defendant in
20  two malpractice suits in your career?
21    A.  Yes, sir.
22    Q.  Did you ever have any sort of suspension
23  or revocation of your medical license at any point?
24    A.  No, sir.

Page 108

1     Q.  Any sanctions or censure of any kind by
2   the medical board?
3     A.  No, sir.
4     Q.  Would you agree that generally speaking a
5   surgeon's outcomes improve as the surgeon gets more
6   experience?
7     A.  I think that there is a learning curve for
8   pretty much every surgery that's out there and I
9   think that the more you do of almost anything, the
10  better you are going to get at it.
11    Q.  So in a general sense, your thousandth
12  procedure of a specific procedure is more likely to
13  be a success than your fifth procedure?
14    A.  Sounds like a reasonable statement to me.
15    Q.  Mesh erosion can occur after an abdominal
16  prolapse repair using mesh, correct?
17    A.  It can.
18    Q.  Do you agree that transabdominal surgery
19  is associated with increased morbidity compared with
20  mesh vaginal repairs just from the surgery itself?
21    A.  Okay, so you are not talking about mesh
22  specifically, you are talking about just the
23  procedure itself, having to be put to sleep,
24  laparoscopic, abdominal, all those things relative

Page 109

1   to that, you are not talking about the mesh itself;
2   is that correct?
3     Q.  Yes.
4     A.  I think it definitely, that was one of the
5   big reasons we were so interested in this
6   transvaginal mesh approach back in the mid-2000s was
7   because you had the option of some cases in doing it
8   under regional which would bypass some potential
9   morbidity doing it abdominally.
10    Q.  Do you agree that surgical technique
11  appears to play a significant role in the rate of
12  mesh erosion following a transvaginal mesh pelvic
13  organ prolapse repair?
14    A.  There's no question.
15    Q.  Do you practice evidence-based medicine?
16    A.  To the best of my abilities.
17    Q.  What does that mean, that you practice
18  evidence-based medicine?
19    A.  Evidence-based medicine is that you avail
20  yourself of any possibility to become as learned
21  about the topic in question so this may involve
22  attending meetings, this may involve discussing
23  things with other authorities, obviously review of
24  the literature where you seek to get the best, most

28 (Pages 106 to 109)

Robert Brian Raybon, M.D.

Page 110

1  up-to-date information and now, these days, I'm a
2  lot better about judging the information based on
3  the quality of that information, whereas that's one
4  of the things I look for now in the articles and so
5  forth, this is level one evidence, this is level
6  three evidence, so things like that; so where you
7  make your clinical decisions based on the best
8  evidence there is.
9      Q.  What do you consider to be the highest
10  level of evidence?  Is it level one evidence?
11      A.  Level one.
12      Q.  What is level one evidence?
13      A.  Level one is typically the holy grail, in
14  most cases it is going to be like a randomized
15  controlled trial.  A meta-analysis of a lot of good
16  trials together is also going to be up there as
17  well.
18      Q.  Are Cochran reviews considered level one
19  evidence?
20      A.  I think it is going to depend on the
21  trials themselves they reviewed.  I mean, the
22  Cochran review is like what you said, is a review.
23  But in this last one, the one we were just
24  discussing a little while ago, Dr. Maher noted that

Page 111

1  in certain, for this outcome, the evidence was poor,
2  was very low grade to low and then yet another
3  outcome desire was from low to moderate evidence.
4  And so I don't know that you can say that that's a
5  level one.  I think that the nice thing about the
6  Cochran is, they also qualify what their
7  suppositions or assumptions are based on there.
8      Q.  Are systematic reviews, level one
9  evidence?
10      A.  Systematic reviews are up there,
11  especially if they are done by, I think, someone
12  that, Dr. Maher certainly has, I think, a good
13  reputation as far as calling it like he sees it for
14  the good or the bad.
15      Q.  Are Cochran reviews reliable and
16  authoritative in your field?
17      A.  I think Cochran reviews are good sources
18  of information.  I think that there are a lot of
19  people that like them.  I, certainly it's one of the
20  things I turn to.  I wouldn't put anything as the
21  absolute authority.
22      Q.  You have reviewed the 2016 Cochran review
23  by Dr. Maher and others, correct?
24      A.  Yes, Finer, Maher and others.

Page 112

1      Q.  Did you also review a Cochran review by
2  Dr. Maher and some colleagues from 2013?
3      A.  I believe that I did.  It is not as fresh
4  in my mind, but I believe that I did.  They actually
5  quoted that one to some degree in the 2016.
6      Q.  You didn't say either of those Cochran
7  reviews in footnotes of your Prolift or Prolift+M
8  report, did you?
9      A.  Well, the 2016 just came out, so, no, I
10  did not.  The 2013, I did not quote that but I bet
11  that some of the other things they reviewed were
12  probably quoted in my Rule 26.
13      Q.  Do you agree that case reports are much
14  lower down on the levels of evidence than randomized
15  controlled trials, systematic reviews and
16  meta-analyses?
17      A.  I think case reports are down on that
18  list, yes, sir.  I think they have their place but
19  if you give me a choice between ten case report
20  series and two randomized, well-done, controlled
21  trials of adequate numbers, yes, I am going to take
22  the randomized controlled trial with adequate
23  numbers.
24      Q.  Case reports basically generate

Page 113

1  hypotheses, correct?
2      A.  Yes, I think it's a good -- I think it can
3  raise people's, in the case of something not going
4  well, I think it can raise people's antennas that,
5  wait a minute, we need to look at this and maybe, I
6  think in some cases, provoke people to go, wait a
7  minute, we need to look at this and then it may stir
8  up a randomized controlled trial.  I think they have
9  their place, certainly.  And the other place they
10  have their place is if you have a very strange
11  complication of some kind where maybe it would be
12  difficult to study but you kind of throw it out
13  there for people to read and go, I will keep that
14  file.
15      Q.  Case reports are anecdotal evidence; is
16  that true?
17      A.  I would consider it anecdotal evidence,
18  because usually it would be like me writing it and
19  just getting it published but it probably hasn't
20  been reviewed by you.
21      Q.  There are some instances where case
22  reports are not peer reviewed?
23      A.  I think that prior to publication, I think
24  that is true.  Well, I guess I should qualify that.

29 (Pages 110 to 113)

Robert Brian Raybon, M.D.

Page 114

1   It is always, before it gets in a reputable journal,
2   it is going to be reviewed to some degree by the
3   editorial board, but there are usually, the
4   reputable ones are -- it is very obvious that this
5   is a case review and so forth.
6       Q.  Are you aware that many times case reports
7   are not peer reviewed?
8       A.  Yes, there are certainly some, yes.
9       Q.  Case reports basically report on what
10  happened to a single patient, correct?
11      A.  Right, or a series of those.
12      Q.  Do you agree that animal studies results
13  would fall below case reports in the levels of
14  evidence hierarchy?
15      A.  I don't know about that.  There are some
16  studies that you just cannot do in humans and it has
17  to be done in animal studies.  For example, the one
18  by Pam Moalli and others where it looked at --
19      Q.  Really, I just need to know the answer to
20  that question, whether you think they are below case
21  reports.  I think the answer is no?
22      A.  I don't think it is below case reports.  I
23  think there are times where they are very beneficial
24  because you don't have a choice.

Page 115

1       Q.  Animal study findings aren't directly
2   transferable to humans, correct?
3       A.  I don't think you can ever say that, no,
4   not directly transferable.  It gives you the best
5   educated guess, guess maybe is a little too strong,
6   but as I said, sometimes you just can't do anything
7   else before you try it on humans.
8       Q.  Prior to becoming involved in the pelvic
9   mesh litigation, have you ever gone through and
10  reviewed internal company documents of a medical
11  device manufacturer?
12      A.  No, I have not.
13      Q.  Have you asked for any company documents
14  or depositions that might support an opinion
15  contrary to the ones you formed and set forth in
16  your Prolift and Prolift+M reports?
17      A.  What I did was, when I agreed to do this
18  review and to generate my Rule 26 report, I asked
19  for counsel to provide all documents that they had
20  that came in their possession that related to this
21  litigation.  And it is my understanding that's what
22  I got.
23          I don't think that they asked Ethicon to
24  release just the ones that would support their side.

Page 116

1   I think they got everything Ethicon had to release
2   and that's what I asked for.  And I was very adamant
3   when I feel like this law firm has done that well
4   both in this litigation and the other.
5       Q.  I know you said earlier that when you
6   reviewed company representative or employee
7   depositions, you didn't mark the deposition
8   transcripts up --
9       A.  Correct.
10      Q.  -- but did you keep notes on a separate
11  document when you were reviewing those transcripts?
12      A.  No, sir.
13      Q.  Is pelvic or vaginal pain a potential risk
14  of any pelvic organ prolapse surgery?
15      A.  Pelvic pain or vaginal pain, yes, sir.
16      Q.  Could the pain that could result from any
17  pelvic organ prolapse surgery be permanent?
18      A.  It could.
19      Q.  Could it also be severe?
20      A.  It could.  I would just say that in native
21  tissue repairs you certainly had those cases that
22  you mentioned, but the degree of morbidity is
23  dramatically less and there's a much better chance
24  that it can be dealt with.

Page 117

1       Q.  Is dyspareunia a potential risk of any
2   pelvic organ prolapse surgery?
3       A.  Yes, sir.
4       Q.  Could the dyspareunia that could result
5   from any pelvic organ prolapse surgery be permanent?
6       A.  It could be.
7       Q.  Do you agree that dyspareunia due to
8   narrowing of the introitus of the vagina in a native
9   tissue pelvic organ prolapse repair has been
10  reported in the literature more than 50 years ago?
11      A.  I couldn't comment on 50 years ago but it
12  would not surprise me if such a report exists.
13      Q.  There is a baseline risk of dyspareunia
14  any time you do vaginal surgery, true?
15      A.  Right, or a vaginal delivery or C-section
16  or hysterectomy.
17      Q.  Is a wound complication a potential risk
18  of any pelvic organ prolapse surgery?
19      A.  I think a wound complication is a risk no
20  matter what type of surgery you do anywhere in the
21  body with a synthetic mesh material or not.
22      Q.  Is suture erosion a possibility with any
23  pelvic floor surgery?
24      A.  Are you talking about permanent sutures?

30 (Pages 114 to 117)

Robert Brian Raybon, M.D.

Page 118

1    What are you talking about?
2       Q.   Is suture erosion with permanent sutures a
3    risk of any pelvic floor surgery?
4       A.   Yes, sir.  You don't typically see it as
5    much with absorbable sutures but certainly people
6    can break down things at a different rate or
7    incompletely.
8          Can we have a break?
9       Q.   Of course.
10         (Recess taken at 11:25 a.m. for nine
11   minutes.)
12         (Deposition Exhibit 13 was marked for
13   identification.)
14   BY MR. KOOPMANN:
15      Q.   Dr. Raybon, I am handing you what I have
16   marked as Deposition Exhibit 13.  Have you seen this
17   article before?
18      A.   I have.  It's been a while, but I have.
19      Q.   This article isn't something you have
20   cited in your Rule 26 reports, is it?
21      A.   I don't think so.
22      Q.   I didn't see it on your reliance list
23   either.  Do you think that that is on your reliance
24   list?

Page 119

1       A.   I don't know that it is but I definitely
2    have read it.  This looks very, very familiar
3    because, as I said, I'm constantly looking and
4    reading, especially in regards to, obviously, my
5    area of interest.
6       Q.   This is a multi-center randomized trial of
7    374 women who underwent native tissue repair
8    surgeries for apical vaginal prolapse along with a
9    midurethral sling, right?
10      A.   Yes.
11      Q.   The women received either a uterosacral
12   ligament suspension or a sacrospinous ligament
13   fixation; is that right?
14      A.   Yes, sir.
15      Q.   If you will turn to the back, there are
16   several tables attached to the article.  I wanted to
17   ask you some questions about Table 8, Adverse Events
18   Related to the Surgical Outcome.  Do you see that?
19      A.   Table 8?
20      Q.   The very back.  Keep going.
21      A.   Yes.
22      Q.   There are two pages of that Table 8 there
23   in your copy?
24      A.   Yes, sir.

Page 120

1       Q.   Table 8 shows that -- it lists the number
2    of participants in each of those two groups, the
3    uterosacral ligament suspension group and the
4    sacrospinous ligament fixation group who had any
5    sort of adverse event; is that right?
6       A.   Yes, sir.
7       Q.   And it shows that 74.5 percent of the
8    uterosacral ligament suspension group had some sort
9    of adverse event, correct?
10      A.   Yes, sir.
11      Q.   And 76.3 percent of the patients in the
12   sacrospinous ligament fixation group had some sort
13   of adverse event, right?
14      A.   Yes, sir.
15      Q.   16.7 percent of the adverse events that
16   occurred in the sacrospinous ligament fixation
17   patients were serious adverse events; is that right?
18      A.   Yes, sir.
19      Q.   16.5 percent of the adverse events
20   experienced by the patients in the uterosacral
21   ligament suspension group were serious adverse
22   events; is that right?
23      A.   Yes, sir.
24      Q.   If you will turn to the second page of

Page 121

1    this table, there is a section that says Long-Term
2    Complications.  Do you see that in the middle of the
3    page?
4       A.   Yes.
5       Q.   It indicates that 19.1 percent of the
6    patients in the uterosacral ligament suspension
7    group had vaginal granulation tissue at six to 24
8    months; is that right?
9       A.   Yes, sir.
10      Q.   And 14 percent of the sacrospinous
11   fixation patients had vaginal granulation tissue at
12   six to 24 months?
13      A.   Yes, sir.
14      Q.   And a couple lines down it talks about
15   suture exposure at six to 24 months, do you see that
16   line?
17      A.   Yes, sir.
18      Q.   That reports that 15.4 percent of the
19   patients in the uterosacral ligament suspension
20   group had suture exposure at six to 24 months,
21   correct?
22      A.   Yes, sir.
23      Q.   And 17.2 percent of the patients in the
24   sacrospinous fixation group had suture exposure at

31 (Pages 118 to 121)

Robert Brian Raybon, M.D.

Page 122

1    six to 24 months; is that right?
2        A.  Yes, sir.
3        Q.  So if you add those two complications
4    together --
5        A.  Which ones are you --
6        Q.  For the uterosacral ligament suspension
7    group, that's 65 patients had either vaginal
8    granulation tissue or suture exposure?
9        A.  Yes, sir.  I'm sorry, uterosacral ligament
10   suspension group?
11       Q.  Yes.
12       A.  Okay.
13       Q.  And 65 out of the 188 would be a rate of
14   34.5 percent for vaginal granulation tissue or
15   suture exposure in the uterosacral ligament
16   suspension group?
17       A.  Yes.
18       Q.  Are you aware of any study showing a mesh
19   erosion rate of over 30 percent for Prolift or
20   Prolift+M?
21       A.  I'm not aware of any studies but I think
22   there were some internal documents where they
23   referred to a potential rate as that high.
24       Q.  At the top of that same page we were just

Page 123

1    looking at it says that 6.9 percent of the
2    uterosacral ligament suspension patients experienced
3    neurologic pain requiring treatment; is that right?
4        A.  Yes.
5        Q.  And 12.4 percent of the sacrospinous
6    fixation patients experienced neurologic pain
7    requiring treatment, correct?
8        A.  Yes, sir.
9        Q.  If you add up the number of patients in
10   the sacrospinous fixation group who had either
11   vaginal granulation tissue at six to 24 months or
12   suture exposure at six to 24 months, you get 58
13   patients; is that right?
14       A.  Yes, sir.
15       Q.  And 58 divided by 186 for the number of
16   patients would yield a rate of vaginal granulation
17   tissue or suture exposure of 31 percent; is that
18   right?
19       A.  Correct.
20       Q.  Why is it that you didn't cite this paper
21   by Barber and colleagues, the Optimal Randomized
22   Trial paper in your reports?
23       A.  The ones that you've mentioned with the
24   vaginal granulation tissue and suture exposure, I

Page 124

1    mean, that is a whole lot different than mesh
2    exposure and so forth.  A lot of this stuff can be
3    taken care of in the office there and then you are
4    done.
5            You can get vaginal granulation tissue.
6    That can happen with a hysterectomy.  You can get
7    granulation tissue anywhere in the body, but in
8    these cases you know for sure there's no mesh
9    underlying it, that's the underlying source of it.
10           So with vaginal granulation tissue such as
11   this, it is a simple matter to just coagulate, take
12   silver nitrate, whatever, and put it on and be done
13   with it.  With mesh, if mesh is the underlying
14   source, which I have seen a lot of that underneath
15   granulation tissue, it's going to be the gift that
16   keeps on giving until you get the mesh out.
17           And so vaginal granulation tissue is
18   something that, I mean, one thing about Matt, Matt
19   designs and runs a very tight ship with most of his
20   studies.  I think that his --
21       Q.  You are referring to Dr. Barber?
22       A.  Yes, I'm sorry, Dr. Barber.  All of his
23   studies, I mean, there is a strong effort to really,
24   and I applaud him for doing it in this manner.  But

Page 125

1    the vaginal granulation tissue, for example, you see
2    that after a vaginal hysterectomy there.  You can
3    see granulation tissue on the skin.  It's not as
4    common out on the abdominal skin.  A lot of times we
5    refer to it as proud skin and you can take care of
6    that easily with coagulation.  Suture exposure, you
7    just go in and, I mean, if you see a suture
8    exposure, I have had people come in with that and
9    you kind of grab it, cut it, pull it out and that's
10   it.
11       Q.  You said previously in testimony I think
12   that the 75 patients who had a Prolift that you
13   explanted some portion of the mesh, those didn't
14   include the quick in-office procedures where you
15   trim a little piece of mesh out.
16       A.  Correct.
17       Q.  Is that correct?
18       A.  Correct.
19       Q.  So is it fair to say that there are also
20   instances where if a patient has a Prolift or
21   Prolift+M, it can be remedied in a quick in-office
22   procedure?
23       A.  Absolutely, especially as you recall when
24   I gave testimony a few minutes ago --

Robert Brian Raybon, M.D.

Page 126

1    Q.  You answered my question.  I know you are
2    trying to be helpful but I want to move on.
3    A.  Yes, sir.
4    Q.  Is a recurrence of the prolapse a
5    potential risk of any pelvic organ prolapse surgery?
6    A.  Absolutely.
7    Q.  Is de novo prolapse in the non-treated
8    compartment a potential risk of any pelvic organ
9    prolapse surgery?
10   A.  Yes, it is.
11   Q.  Is infection a risk of any pelvic organ
12   prolapse surgery?
13   A.  Yes, but I would say that in regards to
14   native tissue repair, it is exceptionally rare.
15   Now, of course --
16       MR. KOOPMANN:  I will move to strike
17   everything after yes.
18   BY MR. KOOPMANN:
19   Q.  You have answered my question.
20       MR. HILL:  I know you want to move
21   along, but he can explain his answer if
22   he feels like he needs to.  You can't
23   just limit him to a yes or no answer.
24       MR. KOOPMANN:  I need to get answers

Page 127

1    and I understand he is trying to be
2    helpful but he is giving very long
3    answers and I don't have time to have him
4    explain everything he wants to explain.
5    You can do that after I'm finished with
6    my five hours.
7        MR. HILL:  I think you cannot
8    restrict him to a yes or no response if
9    he feels like he needs to explain that
10   answer further.  We all understand the
11   time limitations and he understands that
12   and he is trying to move along.  I think
13   we are all trying to achieve that goal.
14   BY MR. KOOPMANN:
15   Q.  Is bleeding a risk of every pelvic organ
16   prolapse surgery?
17   A.  Yes, sir.
18   Q.  Is organ perforation a potential risk of
19   every pelvic organ prolapse surgery?
20   A.  Yes.
21   Q.  Are urinary problems a potential risk of
22   any pelvic organ prolapse surgery?
23   A.  You mean specifically, voiding problems,
24   infection, what are you --

Page 128

1    Q.  Frequency, retention, obstruction, urge
2    incontinence?
3    A.  Yes, sir.
4    Q.  Is it correct that if a patient with
5    prolapse who does not have symptomatic urinary
6    incontinence then undergoes correction for a
7    cystocele, that the correction of the cystocele can
8    unmask their urinary incontinence?
9    A.  That is true.
10   Q.  Have you seen that reported in literature
11   in rates up to like 55 percent of patients?
12   A.  I think there has been a wide range in
13   literature but I have seen that reported in the
14   literature, yes.
15   Q.  Is scarring a potential risk of any pelvic
16   organ prolapse surgery?
17   A.  Yes.
18   Q.  Any time you have a surgery or a
19   penetrating-type injury, you are going to have a
20   scar, that's part of the healing process, right?
21   A.  Part of the healing process.
22   Q.  And scarring is a good thing as long as
23   the scarring is not excessive, correct?
24   A.  Correct.  Or where it doesn't impinge on

Page 129

1    something that's vital.
2    Q.  Are scar bands a potential risk of any
3    pelvic organ prolapse surgery?
4    A.  Just with mesh.
5    Q.  What's your basis for that belief?
6    A.  20-something years of experience having
7    done over, well in excess of 3 or 400 mesh cases,
8    having done well in excess of several, several
9    hundred native tissue repairs.  I have never seen
10   bands of scar tissue with native tissue.  Scarring,
11   yes, but not these thick bands that are like cables
12   that run from side to side.
13   Q.  Have you ever seen scar banding from a
14   posterior colporrhaphy or a perineorrhaphy?
15   A.  I have never seen scar banding like that.
16   But the scar banding with the mesh and the armed
17   mesh is, I mean -- then you need to ask your
18   question differently because you are not asking it
19   appropriately.  Ask your question, I'll answer it.
20   Q.  I think you did answer it.
21   A.  I didn't answer.  I answered what you
22   think there but you ask your question appropriately
23   and I'll answer it.
24   Q.  My question was just, have you seen scar

33 (Pages 126 to 129)

Robert Brian Raybon, M.D.

Page 130

1   bands --
2        A.  I'm telling you the answer to that, which
3   is that you don't see except with bands of mesh.
4   You don't see scar bands running from side to side.
5   So with native tissue repairs, you can see localized
6   scarring but you don't see bands running from one
7   side of the pelvis to the other because that's not
8   how a native tissue repair is done.
9        Q.  So my question is:  Is it possible for
10  scar banding to occur with a perineorrhaphy?
11       A.  I just answered that question, asked and
12  answered.
13       Q.  Is the answer no?
14       A.  Right, no.  Scarring is possible but not
15  scar bands.  Ask the question.
16       Q.  I understand your answer.  Just let me ask
17  it.
18       A.  I thought I answered it and we were moving
19  on.
20       Q.  Is scar banding possible with a posterior
21  colporrhaphy?
22       A.  No.  Scarring, yes, scar banding, no.
23       Q.  Is vaginal shortening a possibility with
24  any pelvic organ prolapse surgery?

Page 131

1        A.  Yes.
2        Q.  Is vaginal stenosis a potential risk of
3   any pelvic organ prolapse surgery?
4        A.  Yes.
5        Q.  Is tissue contraction a potential risk of
6   any pelvic organ prolapse surgery?
7        A.  I don't see tissue contracting.  I think
8   you can see vaginal shortening depending on the
9   surgeon's technique and so forth.  But as far as
10  contraction, what is it going to contract around.
11       Q.  Does all scar tissue contract as it heals?
12       A.  All scar tissue does contract but you were
13  saying, I took your question to mean vaginal
14  contraction in general.  I mean, I don't see what
15  you are asking.
16       Q.  Is nerve damage a possibility with any
17  pelvic organ prolapse surgery?
18       A.  Yes.  Well, I would say that it is going
19  to be more likely or possible with something that
20  involves surgery around the sacrospinous ligament.
21  As far as just doing an anterior simple
22  colporrhaphy, I think your risk is minimal if at
23  all.
24       Q.  Is inflammation a risk with any pelvic

Page 132

1   organ prolapse surgery?
2        A.  Can you qualify that, please?  There's
3   different types of inflammation.  I need to know
4   what you are talking about.
5        Q.  Is any type of inflammation possible with
6   pelvic organ prolapse surgery?
7        A.  I have to give a longer answer.  You are
8   going to have acute inflammation which is a normal
9   part of the healing process, that is to be expected
10  with any type of surgery, any type of injury.
11  Chronic inflammation, however, is not the norm, I
12  would say, for a native tissue repair once the
13  healing process is done.
14          The acute inflammation is expected.  The
15  chronic long-term inflammation is not expected after
16  a native tissue repair.
17       Q.  It is not expected after a native tissue
18  repair.  Is it nonetheless a potential risk that a
19  patient would have chronic inflammation after a
20  native tissue repair?
21       A.  I would say the only way that could happen
22  would be if permanent sutures were used.  If you
23  have an absorbable suture the chance of that
24  happening is pretty much zero.

Page 133

1        Q.  Do you use any permanent sutures in your
2   native tissue repairs?
3        A.  Only when going into the sacrospinous
4   ligament, in that area.
5        Q.  What permanent sutures do you use?
6        A.  I've used -- I'd say Ethibond is my most
7   commonly -- there are other brands, Tevdek,
8   Surgidac, so forth.  But I think Ethibond is pretty
9   representative of that.
10       Q.  Do you ever use Proline sutures?
11       A.  Oh, yes, and Proline, I'm sorry.
12       Q.  Do you still use Proline sutures in your
13  pelvic organ prolapse repairs from time to time?
14       A.  Yes.
15       Q.  When you do that, do you warn your
16  patients that the Proline sutures degrade?
17       A.  No, not with a solitary Proline suture or
18  so, no, I don't talk about that.
19       Q.  When you implant, when you use Proline
20  sutures in one of your pelvic organ prolapse
21  surgeries, do you warn the patient about
22  cytotoxicity with Proline sutures?
23       A.  I don't.
24       Q.  Do you warn your patients in whom you use

34 (Pages 130 to 133)

Robert Brian Raybon, M.D.

Page 134

1    a Proline suture of an excessive foreign body
2    reaction?
3        A.   Not from a solitary suture, no.
4        Q.   Do you warn your patients in whom you use
5    Proline sutures of a chronic foreign body reaction?
6        A.   Not from a solitary Proline suture.
7        Q.   Do you warn the patients in whom you
8    implant a Proline suture, use a Proline suture of
9    chronic pain from that suture?
10       A.   Not from the suture but, for example, when
11   you are talking about doing a sacrospinous ligament
12   fixation, that is one of the things that has to be
13   discussed with the patient, is, I mean, you could
14   lasso the nerve and then yes, you are going to
15   have -- so in the context of that, yes.  Do I
16   specifically say that it's going to be from a
17   Proline suture, I will go, this could be, that could
18   be from any suture if that happens.
19       Q.   Is foreign body response to a suture or
20   graft material a possibility with any pelvic organ
21   prolapse surgery?
22       A.   It's a possibility I think with, well,
23   especially when permanent sutures are used.  When
24   you have absorbable sutures, they are ideally going

Page 135

1    to go.
2        Q.   Would you expect that the TOPAS sling that
3    we talked about earlier creates a foreign body
4    response in the body?
5        A.   It probably will.
6        Q.   Do you have any doubt that it will?
7        A.   What's that?
8        Q.   Do you have any doubt that the TOPAS sling
9    would create a foreign body response?
10       A.   I'm sure there will be a foreign body
11   response around it.  The question there, and that's
12   one of the reasons we studied it in a meticulous
13   randomized controlled -- excuse me, in a meticulous
14   manner like we did was to get the answer to that
15   question.
16       Q.   Were all of these risks that we have been
17   talking about of any pelvic organ prolapse surgery
18   well-known in the medical community of gynecologists
19   in 2008?
20       A.   You are talking about non-mesh-related
21   surgeries?  What are you discussing?
22       Q.   These risks that we have been discussing
23   like scarring, infection, bleeding, organ
24   perforation, de novo prolapse in the non-treated

Page 136

1    compartment, vaginal stenosis, were all of these
2    risks well-known in the medical community of
3    gynecologists in 2008 as being risks of any pelvic
4    organ prolapse surgery?
5        A.   I would have to say yes but those should
6    have been known by the surgeon.
7        Q.   You have never looked at an IFU to learn
8    how to perform a suspension procedure such as an
9    abdominal sacrocolpopexy or sacrospinous ligament
10   fixation, correct?
11       A.   I have never looked at an IFU to learn how
12   to do that, no.
13       Q.   Is a sacrospinous ligament fixation a
14   defective procedure if it results in persistent
15   buttock, vaginal or pelvic pain in a patient?
16       A.   Well, I guess you could look at it that
17   way, but a lot of times that's why we do things that
18   we can hopefully go in there and easily remedy, like
19   leave this permanent suture long so you can identify
20   it and go in and remove it.
21       Q.   You have never looked at an IFU to learn
22   how to perform an anterior or posterior
23   colporrhaphy, have you?
24       A.   You mean, solo -- well, obviously, of

Page 137

1    course not, not with an anterior and posterior
2    colporrhaphy.  What would you look at?
3        Q.   You have never looked at an IFU for any
4    mesh before performing an abdominal sacrocolpopexy
5    repair, correct?
6        A.   I don't know, I have read the IFUs for
7    every mesh product that I use.  Do I read it every
8    single time, the answer is no.
9        Q.   You have never looked at an IFU to teach
10   yourself the risks associated with native tissue
11   repairs, correct?
12       A.   One does not exist.
13       Q.   So is the answer --
14       A.   No.
15       Q.   -- yes?
16       A.   The answer is I have never looked at one,
17   I'm sorry.
18       Q.   So you have never looked at an IFU to
19   teach yourself the risks associated with native
20   tissue repairs?
21       A.   I have not because one doesn't exist.
22       Q.   Did you learn in your medical training
23   about the potential risk of infection following
24   pelvic floor surgery?

35 (Pages 134 to 137)

Robert Brian Raybon, M.D.

Page 138

1      A.  I learned about the potential risk for
2  infection involving any surgery including pelvic
3  floor.
4      Q.  Did you learn in your medical training
5  about the potential risk of bleeding or hematoma?
6      A.  I did.
7      Q.  Did you learn in your medical training
8  about the potential risk of death with any surgery?
9      A.  Yes, sir.
10      Q.  Did you learn in your medical training
11  about the potential risk of vaginal scarring,
12  shortening, contracting or tightening in any
13  surgery?
14      A.  What type of surgery?  You said any
15  surgery?
16      Q.  Yes, any vaginal surgery.
17      A.  Any vaginal surgery, I think -- could you
18  name those again?
19      Q.  Did you learn in your medical training
20  about the potential risk of vaginal scarring
21  shortening, contracting or tightening in any vaginal
22  surgery?
23      A.  Could we go, I don't know that I agree
24  with that whole list.  Can we go one by one?

Page 139

1      Q.  Sure.  Did you learn in your medical
2  training about the potential risk of vaginal
3  scarring with any vaginal surgery?
4      A.  Yes, sir.
5      Q.  Did you learn in your medical training
6  about the potential risk of vaginal shortening with
7  any vaginal surgery?
8      A.  Yes.  Aside from -- it can happen with a
9  vaginal hysterectomy, but it is extremely rare.
10      Q.  Did you learn in your medical training
11  about the potential risk of vaginal contracting in
12  any vaginal surgery?
13      A.  Well, the contracting, I don't know that
14  it was really that.  I mean, we have talked about
15  scarring.  We have talked -- I mean, contracting,
16  you don't really, you see some scarring but you
17  don't have things contracting out to the sidewall.
18  So it depends on what your definition of that is
19  going to be.
20      Q.  Did you learn about, in your medical
21  training, a risk of reduced vaginal caliber in
22  connection with vaginal surgery?
23      A.  It depends on the type of surgery.  The
24  caliber of the introitus, the entry shouldn't be

Page 140

1  affected by a lot.  It depends on, if there is
2  something you are doing specifically, most namely,
3  it would be a perineorrhaphy.
4      Q.  Did you learn in your medical training
5  about potential risk of wound dehiscence or poor
6  wound healing with any surgery?
7      A.  With any surgery anywhere in the body?
8      Q.  Yes.
9      A.  Yes.
10      Q.  Did you learn in your medical training
11  about the potential risk of persistent or de novo
12  dyspareunia with any vaginal surgery?
13      A.  Yes, it just wasn't very high.
14      Q.  Did you learn in your medical training
15  about the potential risk of recurrence or failure of
16  the operation to work in any vaginal surgery?
17      A.  Once again, I'm going to assume we are
18  talking just about prolapse surgery?
19      Q.  Any vaginal surgery.
20      A.  Say the question again.
21      Q.  Did you learn in your medical training
22  about the potential risk of recurrence or failure of
23  the operation to work in any vaginal surgery?
24      A.  Failure of the operation, I mean, I think

Page 141

1  it is going to be different whether you are talking
2  about a vaginal hysterectomy or you are talking
3  about prolapse surgery but in regards specifically
4  to prolapse surgery, yes, there's failure rates.
5      Q.  Did you learn in your medical training
6  about the potential risk of the need to reoperate to
7  treat either a complication or a recurrence after
8  any pelvic organ prolapse surgery?
9      A.  Yes, sir.
10      Q.  Did you learn in your medical training
11  about the potential risk of persistent pelvic or
12  vaginal pain after any pelvic organ prolapse
13  surgery?
14      A.  We did, we discussed it as a possibility.
15  It is just not common.
16      Q.  Did you learn in your medical training
17  about the potential risk of erosion or exposure with
18  permanent sutures?
19      A.  I don't know that I would use the word
20  erosion or exposure.  I mean, it's more because --
21  we certainly learned in the use of permanent sutures
22  in prolapse surgeries that they could be expelled,
23  if you will, there.  But once it is removed, it's
24  gone.

36 (Pages 138 to 141)

Robert Brian Raybon, M.D.

Page 142

1    Q.  Did you learn in your medical training
2  about the potential risk of mesh erosion or exposure
3  with any surgical mesh-related surgery?
4    A.  Well, in residency back in the early 90s,
5  we weren't using mesh there and that was even before
6  the suburethral slings came to this country.  They
7  came to this country in '98, '99, that was several
8  years after my training.
9       So I will say that I learned about that
10  once the physicians in the United States as a whole
11  started looking more at synthetic mesh usage.  We
12  certainly saw it in the suburethral slings and we
13  definitely saw it in the vaginal mesh procedures.
14    Q.  Did you know about the risk of mesh
15  erosion or exposure from the use of a Prolift or
16  Prolift+M product before you ever used a Prolift
17  yourself?
18    A.  I did know that there was a risk of mesh
19  erosion with the use of any mesh device in the
20  vagina.
21    Q.  Do you think the patients receiving a mesh
22  implant in connection with an abdominal
23  sacrocolpopexy should be warned that the
24  implantation of surgical mesh is permanent?

Page 143

1    A.  Yes.
2    Q.  You do warn your patients about that?
3    A.  Yes, sir.  My informed consent is quite
4  lengthy, the process, I should say.
5    Q.  Do you warn those patients who receive
6  mesh in an abdominal sacrocolpopexy that some
7  complication associated with the implanted mesh may
8  require additional surgery that may or may not
9  correct the complication?
10    A.  I do.
11    Q.  Prior to doing a native tissue repair on a
12  patient to treat her pelvic organ prolapse, do you
13  warn the patient about the potential for serious
14  complications and the effect that they could have on
15  her quality of life?
16    A.  Yes.
17    Q.  Do you warn your native tissue repair
18  patients about potential for pain with intercourse?
19    A.  Yes.
20    Q.  Do you warn your native tissue pelvic
21  organ prolapse patients of the potential for
22  scarring?
23    A.  Yes.
24    Q.  Do you warn your native tissue pelvic

Page 144

1  organ prolapse patients about the potential risk of
2  narrowing of the vagina?
3    A.  I'm sorry, could you say that question
4  again, please?
5    Q.  Do you warn your native tissue pelvic
6  organ prolapse patients of a risk of narrowing of
7  the vaginal wall?
8    A.  Are you talking about narrowing of the
9  caliber, the length, are what you --
10    Q.  Yes, the caliber.
11    A.  The caliber, if I'm doing a
12  perineorrhaphy, then that is certainly something I
13  discuss with them.  As far as an anterior repair, I
14  don't really discuss that with them or a posterior
15  repair.  But a lot of times a posterior repair may
16  be, unless it is isolated, may be associated with a
17  perineorrhaphy.
18    Q.  Do you warn your native tissue repair
19  pelvic organ prolapse patients of a risk of vaginal
20  shortening?
21    A.  This, once again, you said native tissue
22  repair.  Vaginal shortening certainly can happen
23  after a hysterectomy or a native tissue repair, but
24  I tell them that the, what I tell them is that there

Page 145

1  have been cases where this has occurred, but it is
2  very uncommon.
3    Q.  What are the potential risks to the
4  patient from an anterior or posterior colporrhaphy
5  without mesh?
6    A.  So obviously anteriorly, you could have
7  damage to the bladder, damage to the urethra.  I
8  have seen some physicians unfortunately do, have
9  damage to the ureters which is exceptionally rare.
10  I have seen fistulas there.  I have certainly seen
11  pain with sex afterwards.  I have seen pelvic pain.
12  It's just so rare that we see prolonged pelvic pain
13  away from the, that time.
14       And then, of course, we discussed failure
15  or the need for more surgery, as you mentioned
16  earlier, whether it be the need for more surgery due
17  to failure of the procedure or to fix a complication
18  of the procedure.  And obviously there are very
19  similar ones to a posterior colporrhaphy with the
20  obvious caveat that you are not going to damage the
21  ureters and the urethra hopefully.
22       In that case we have discussed damage to
23  the anal sphincter and the incontinence mechanism
24  and that's also what we discuss anteriorly as well,

37 (Pages 142 to 145)

Robert Brian Raybon, M.D.

Page 146

1  incontinence there of urine.
2      Q.  What are the surgical tools that surgeons
3  use to perform a colporrhaphy?
4      A.  Generally, what I use in the order of use
5  is I do a degree of hydrodistension.  I do it
6  slightly differently than I do it if I'm doing it
7  for mesh, but hydrodistension with normal saline and
8  Marcaine and I use a scalpel to make my incision.
9          And then I will use medicine bombs or Mayo
10  scissors to do your dissection.  And then there's
11  also some blunt dissection.
12          Then, of course, you have to use a needle
13  driver with suture depending if you are doing a
14  vaginal vault suspension like a sacrospinous
15  ligament fixation suspension or you may have to have
16  a special type of suture carrier to do that, and
17  then of course your retractors.  I don't know, is
18  that what you meant?
19      Q.  Yes.  What are the potential risks to a
20  patient who has a sacrospinous ligament fixation
21  surgery?
22      A.  Sacrospinous ligament fixation, that's
23  probably one of the riskier areas to operate on in
24  the pelvis because you have your pudendal vessels

Page 147

1  there immediately behind the sacrospinous ligament
2  as well as the pudendal nerve.  And so, while
3  everything I just mentioned a minute ago is a risk,
4  you can also have damage to those structures,
5  obviously damage to the vessels could result in a
6  significant bleed requiring transfusion or a
7  postoperative hematoma.  You could also have a
8  neuropathy if the pudendal nerve or some of its
9  branches are lassoed in the suture, no matter what
10  type of suture it is.
11          That's one of the things we of course look
12  for right after surgery.  If they wake up with
13  intense butt pain, screaming in the recovery room,
14  you turn around and go back.
15      Q.  What additional tools, if any, would you
16  use in the sacrospinous ligament fixation that you
17  didn't just mention in response to my question about
18  the tools you use in a colporrhaphy?
19      A.  There's a -- in the times in the past I
20  have used a Mia hook which helps you take a suture
21  through the ligament.  These days, instead of using
22  a Mia hook I am more likely to use a Capio device
23  which is a suture passer device.  Once in a blue
24  moon we'll use a Deschamps ligature carrier which is

Page 148

1  one of the older instruments for that purpose.
2      Q.  What are the potential risks to the
3  patient from a uterosacral ligament fixation
4  surgery?
5      A.  Basically, if you take out the pudendal
6  nerve damage and vessel damage there, then it's
7  everything that I mentioned before.  There is a, one
8  of the things with the uterosacral ligaments there
9  that you have to watch out for is the ureter there.
10  So in some studies, that has been close to
11  11 percent in some studies, the ureters have been
12  compromised in some way.
13          So you definitely want a cysto afterwards
14  which I didn't add to my tool list a while ago but I
15  should have had that on there.  Then, of course, the
16  abdominal contents are right above the peritoneum.
17  You have to worry with that procedure a little bit
18  more about abdominal contents injury, whether it is
19  small bowel or what.
20      Q.  What are the surgical tools that you use
21  to perform a uterosacral ligament fixation surgery?
22      A.  Pretty much everything that I just
23  mentioned would be necessary to get to that spot.
24  And of course you would use some clamps like Allis

Page 149

1  clamps to kind of latch on to the uterosacral
2  ligaments and then that's really about it.
3          Of course, I have a specialized sucker
4  that I use that has an irrigation and a light on it
5  as well to help with elimination; but really, the
6  instruments there that I have mentioned, with the
7  change that they might be a little longer so you can
8  reach up in there better.
9      Q.  What are the potential risks to the
10  patient from an abdominal sacrocolpopexy?
11      A.  Now, pretty much, I'd say to some
12  degree -- now, are you talking in generally or just
13  specific to that?  Things that I did not mention for
14  the other things you asked me, anterior and
15  posterior, I was kind of focused right on the
16  procedure itself.  I didn't mention the risk of
17  anesthesia, clots, DVT, pneumonia, that sort of
18  things.
19      Q.  Those are present with any surgery?
20      A.  Sir?
21      Q.  Those are present with any surgery?
22      A.  Correct.  Okay.  I just want to make sure
23  I'm on the same page as you are.  So with abdominal
24  sacrocolpopexy, of course, you would have damage to

38 (Pages 146 to 149)

Robert Brian Raybon, M.D.

Page 150

1    your abdominal contents.  Just like with the
2    pudendal vessels, if you are doing that, you have
3    the big vessels of the external iliacs, internal
4    iliacs that are there and close by.  You can damage
5    the ureter and so forth, and a lot of the other
6    things that I mentioned as well.
7         Q.   What are the surgical tools surgeons use
8    to perform an abdominal sacrocolpopexy?
9         A.   Well, it basically is, if you are doing it
10   just open, it boils down to a scalpel, some
11   retractors and scissors for dissection and a long
12   needle driver there.  It's going to be very similar
13   laparoscopically there.
14        You have your graspers, your laparoscopic
15   forceps, if you will, scissors.  A lot of people
16   have some type of energy device that they use if
17   they are doing a hysterectomy at the same time or
18   have a blood vessel or a pedicle they need to take
19   care of.  But those are basically it, that and
20   needle driver and suture.
21        Q.   What's the most common mesh material used
22   in abdominal sacrocolpopexy procedures?
23        A.   It's all polypropylene.
24        Q.   Is Gynemesh PS the most commonly used mesh

Page 151

1    material in an abdominal sacrocolpopexy?
2         A.   I don't know that it is or not.  I know
3    that Restorelle has climbed up in its market share.
4    But also, for a while there, it was Bard was the
5    number one one.  I can't remember the name of it now
6    because I never used it.
7         But Boston Scientific had one, Astora,
8    which is now shut down, they had one.  So I think
9    the answer to your question is evolving right now.
10        Q.   What anatomical landmarks or parts of the
11   patient's pelvic anatomy did the tools that you use
12   in an abdominal sacrocolpopexy pass through?
13        A.   The abdominal wall and all the layers
14   thereof, skin, subcutaneous tissues, fat, fascia,
15   muscles and then peritoneum, pass through to get
16   inside the abdomen.
17        Q.   What about inside the abdomen, what
18   anatomic landmarks do the tools pass through once
19   you are through the abdomen?
20        A.   Once, just for the sake of, I will assume
21   a hysterectomy has already been performed in this
22   hypothetical patient we are discussing and so the
23   first thing, I will just go through my order of
24   doing it.  The first thing that I do is identify the

Page 152

1    vaginal vault and I usually have a manipulator in.
2    I then dissect the space between the bladder and the
3    vagina, vesicovaginal space and I create that to the
4    point that I'm happy with it.  Then I create the
5    rectovaginal space.
6         These spaces are potential spaces that we
7    create in surgery and what they represent is the
8    outer layer that we see is the peritoneum which we
9    cut through to get into this potential space.  Then
10   I create the space over the sacral promontory by
11   cutting the peritoneum and usually there is a fatty
12   overlay.
13        We go down to the periosteum and then we
14   open up the right side of the pelvis typically
15   medial to the ureter, the retroperitoneal space on
16   down.  So really a lot of it is a fairly superficial
17   dissection.
18        Q.   Is death a risk of any surgery?
19        A.   I would say so.  I would say definitely
20   any surgery that involves being put to sleep or
21   receiving an anesthetic.  I think there are some
22   minor surgeries you can do in the office where death
23   is almost zero.
24        Q.   Is it fair to say that you take the

Page 153

1    decision of implanting a permanent medical device in
2    a patient very seriously?
3         A.   I do.  My consent process lasts over
4    several visits, actually.
5         Q.   Do you undertake a risk/benefit analysis
6    when deciding what products to use in treating your
7    patients?
8         A.   I do.
9         Q.   What do you consider in doing that
10   risk/benefit analysis?
11        A.   What I consider, I consider any available
12   information on that material, whether it's in the
13   literature or if I have gotten it at meetings or
14   from other physicians.  We all have people that we
15   look to to give us some guidance at times and not
16   that, it may just be, I talked to doctor so-and-so
17   to get their opinion.  So all that factors in.
18        And then all things being the same, it
19   basically, if I have two products and it boils down
20   to, okay, well, they are both good in my opinion,
21   and it may boil down to what the hospital will pay
22   for.
23        Q.   Is it fair to say you also take into
24   account your past medical experience?

Golkow Technologies, Inc. - 1.877.370.DEPS

Robert Brian Raybon, M.D.

Page 154

1    A.  Oh, yes, sir, absolutely.
2    Q.  You also take into account your education
3  and training?
4    A.  Yes, sir.
5    Q.  Have you undertaken that same risk/benefit
6  analysis for every implant you have put in a patient
7  in your career?
8    A.  I would say especially in the last seven
9  years or so, I have been, I would say, very good
10  about it.  I think early on in my career, I think
11  that in all honesty, a lot of physicians feel that
12  if something has been sanctioned by the FDA and it
13  is on the market, then it is automatically safe and
14  of course I now know that not to be the case.
15    Q.  Is it true that you want to use products
16  that offer maximum efficacy and safety?
17    A.  Yes.
18    Q.  Do you agree that it is a surgeon's
19  obligation and responsibility to keep current with
20  the medical literature for the types of procedures
21  they are performing?
22    A.  Yes.
23    Q.  And you have done that over the course of
24  your career?

Page 155

1    A.  I feel that I have done that over the
2  course of my career.
3    Q.  To what journals do you subscribe?
4    A.  IOGA's journal, what I call the Blue
5  Journal, of course the Green Journal, the Journal of
6  Minimally Invasive Surgery from AAGL, and then every
7  once in a while over here at the hospital, some
8  urologists around, I see some of their, I read some
9  of their stuff but I don't subscribe to it.
10    Q.  Do you agree that it is the surgeon's
11  responsibility to their patients, to their
12  hospitals, to their credentialing boards, to their
13  licensing boards and to themselves to make sure they
14  are familiar with the medical literature for the
15  procedures they are performing?
16    A.  I do.  I really do.  I think that that is,
17  a lot of that responsibility is on them.
18    Q.  Is it your typical practice to run a
19  PubMed search or up-to-date search to see what
20  literature is generally available on a product
21  before implanting that device in a patient if you
22  have never used it before?
23    A.  If I have never used it before, would I
24  have done that 18 years ago, I don't think I would

Page 156

1  have but I think now being a little wiser in the
2  ways of the world, in the last eight to ten years,
3  yes.  I do a lot of up to date searches on a lot of
4  things just to make sure I remain up to date in my
5  thinking.
6    Q.  Is it fair to say that the primary means
7  by which you obtain information about short-term or
8  long-term risks that you counsel your patients about
9  is from your review of medical textbooks,
10  peer-reviewed literature, your education, your
11  training, your discussions with other surgeons and
12  your clinical experience?
13    A.  I think so.  I think these days, textbooks
14  are becoming close to the bottom of the list.  By
15  the time they are published, they are out of date.
16    Q.  Is it fair to say that you don't rely on
17  medical device manufacturers to tell you how to
18  practice medicine?
19    A.  Absolutely not.  I do not rely on that.
20    Q.  You certainly don't rely on a medical
21  device manufacturer to tell you how to counsel your
22  individual patients on the risks and benefits of the
23  procedures that may or may not be appropriate for
24  that particular patient, correct?

Page 157

1    A.  I agree with that.  I think the medical
2  device manufacturer's role is to be another item on
3  that list that you just mentioned a while ago that I
4  consult.  They can be a useful information person
5  that can get information for you and so forth.  But
6  you shouldn't rely just on that alone.
7    Q.  There was not a single transvaginal mesh
8  product to treat prolapse for which there were more
9  clinical studies published in the medical literature
10  for Prolift, correct?
11    A.  Say that one more time.
12    Q.  There was not a single transvaginal mesh
13  product to treat prolapse for which there were more
14  clinical studies published in the medical literature
15  than Prolift, correct?
16    A.  I think you may be right on that, yes.  I
17  think that is correct.
18    Q.  There are more medical studies done to
19  evaluate the safety and efficacy of Prolift than
20  there were for any other transvaginal mesh medical
21  device used to treat prolapse, correct?
22    A.  I would agree that there's more in the
23  literature on Prolift.  I don't necessarily know
24  about the medical and safety, that there's more on

40 (Pages 154 to 157)

Robert Brian Raybon, M.D.

Page 158

1    that in there.
2         Just with the transvaginal mesh things we
3    talked about, the Cochran review, a lot of the
4    questions, one of the things you just asked, the
5    literature there was very low to low quality. So I
6    don't know that there's great quality on that.
7         Q.  Other than Prolift, Gynemesh PS was the
8    most studied transvaginal mesh product to treat
9    pelvic organ prolapse, correct?
10        A.  I think it definitely hit the ground, it
11   was one of the first ones on the ground. By that
12   very fact, there's more information that you suggest
13   out there.
14        Q.  Are you aware of any valid scientific
15   evidence or data stating that there is another mesh
16   material in the world that is safer and more
17   effective for treating pelvic organ prolapse than
18   polypropylene?
19        A.  I think from reviewing Ethicon's internal
20   documents, I think that they had come up with one
21   they felt.
22        Q.  What was that?
23        A.  The PVDF that you mentioned, or what was
24   their term going to be for it, ProNova.

Page 159

1         Q.  Did you consider those internal company
2    documents that you are referencing that in turn
3    reference PVDF or ProNova to be valid scientific
4    evidence or data?
5         A.  I think that a company such as
6    Johnson/Ethicon has a lot of assets at their
7    disposal to look into such things, and I think that
8    certainly some of their key people really felt like
9    it had a lot of potential benefits there. But when
10   you asked me about reviewing internal documents, I
11   didn't have access to those until this litigation.
12   So before the litigation, I wouldn't have had any
13   idea.
14        Q.  Are you aware of any peer-reviewed
15   published data stating that there is another mesh
16   material in the world that is safer and more
17   effective for treating pelvic organ prolapse than
18   polypropylene?
19        A.  I don't know of one right off the top of
20   my head.
21        Q.  What are the risk factors that can lead to
22   a mesh exposure in a patient?
23        A.  I think there are many that fall under
24   different categories. Obviously, one is going to be

Page 160

1    surgeon's technique. You have to mention that.
2         Number two, what the patient brings to the
3    table. Does she have medical issues that would
4    compromise wound healing? Is she going to be a
5    compliant patient? There's many things there.
6         Then you have to figure the properties of
7    the mesh itself. I think I have become fond of
8    quoting in the last several years, right mesh, right
9    patient, right surgeon. And for the outcome to be
10   the best, you have to have all three.
11        Q.  Sometimes mesh exposures are asymptomatic,
12   correct?
13        A.  That's correct.
14        Q.  Meaning the patient isn't experiencing any
15   symptoms from it?
16        A.  Correct. She may come in and not even
17   know she has it until she has her annual exam.
18        Q.  Do you believe that the safer alternative
19   design to Prolift is a native tissue repair?
20        A.  I think if you are talking about vaginal
21   prolapse repairs, I think that if you are talking
22   about safety and the potential for extensive
23   morbidity, then a native tissue repair wins hands
24   down when we are looking just at that.

Page 161

1         Q.  Do you have an alternative design for the
2    Prolift or Prolift+M devices that you think would
3    have made them safer?
4         A.  I think that the obturator approach,
5    looking backwards, shouldn't have been done there.
6    I think the arm meshes lent itself to asymmetric
7    scarring and contracture which producing a lot of
8    the pain and discomfort and dyspareunia that we see
9    today. So the first thing is I wouldn't do an arm
10   mesh, number one.
11        They were looking at this anyway as part
12   of their next generation of a tissue that was
13   designed specifically for the pelvic floor. That
14   was one of the things we were looking at, is doing
15   away with the arms or making the arms absorbable
16   where the arms would no longer exist.
17        I think that's an interesting concept,
18   arms that don't last or go away. But I think,
19   number one, it has to not go through the obturator.
20   Number two, I think what would need to be used is
21   the absolute best material that's available, drawing
22   upon experts that have studied this, that have
23   studied degradation of polypropylene in the body for
24   many, many years. And then the last thing is

41 (Pages 158 to 161)

Robert Brian Raybon, M.D.

Page 162

1    really, really invest in the education of the
2    surgeons.
3         Q.  Are there any other aspects of the design
4    of the Prolift or Prolift+M devices that you think
5    could be made safer?
6         A.  I think those are the big things.  I think
7    you get rid of the trocar-based transobturator
8    passes.  You put a lot of time and effort into your
9    surgeon training and make sure that they are
10   adequately training and are comfortable, and then
11   use the best material possible.  I think those are
12   the big three.
13        I think some of the other stuff like shape
14   of the mesh, those type dimensions are, you are
15   never going to please every surgeon.  I think those
16   are not as important there.
17        Q.  Have you done any testing or experiments
18   to investigate the feasibility or the safety of mesh
19   devices using these alternative design features that
20   you just described?
21        A.  We get some stuff, not with Prolift, no,
22   but I did some stuff similar to what you are asking
23   with Bard there where there was a few cadaver
24   courses, quote, a few cadaver sessions where I was

Page 163

1    the only physician in attendance.  I was there with,
2    I remember one specifically where it was myself,
3    some support staff and a Ph.D. anatomist, from I
4    think it was UT, that was present.
5         We were looking at some designs some of
6    which I had some input into, some I did not.  And I
7    have no knowledge if any of those ever went
8    anywhere.
9         Q.  Was that sort of a round table discussion
10   where they would bounce ideas off you and see what
11   you thought about them or was it testing where you
12   actually did some sort of action on these things?
13        A.  Yes, both.  I would say that some of the
14   round table stuff was done perhaps at separate
15   sittings where it was me as well as multiple other
16   physicians giving their ideas on things, and then I
17   happened to be chosen for whatever reason for a
18   couple of sessions where I was the only action
19   person; so that in other words, there were several
20   cadavers.
21        I would put some of their ideas into
22   action, if you will, and then the anatomist would do
23   cutdowns to figure out what I had just done.
24        Q.  Have you ever created a pelvic organ

Page 164

1    prolapse mesh device with this design that you just
2    described where it did not incorporate the obturator
3    approach with trocars, it had no arms, and utilized
4    the best mesh available?
5         A.  I have not.
6         Q.  When you said the alternative design that
7    you would advocate for the Prolift or Prolift+M
8    devices would incorporate the best material
9    available, what material is that?
10        A.  I think that, obviously, there could be
11   some differences to the polypropylene or there may
12   be other things that could be additives to the
13   polypropylene.  There are antioxidants that can be
14   added to help with some of these reactions that we
15   are seeing, the chronic inflammatory, the foreign
16   body reactions we have seen.
17        Those are things, I have a little bit of
18   knowledge and basis of because of my prior
19   experience and, of course, the mesh work.  At least
20   on paper, this ProNova or the PVDF sounds enticing.
21   There certainly may be other products out there that
22   I'm not aware of.
23        Q.  Have you reviewed any published medical
24   literature regarding PVDF or ProNova?

Page 165

1         A.  Just I have seen what Ethicon's documents
2    were.
3         Q.  So no published materials on that?
4         A.  No, I have not.
5         Q.  Do you know what antioxidants are in the
6    Gynemesh PS used in the Prolift device?
7         A.  Do I know what the antioxidants --
8         Q.  Are.
9         A.  No, not off the top of my head.
10        Q.  Do you know what antioxidants are in the
11   old Promesh that's utilized in the Prolift?
12        A.  No, sir.
13        Q.  So when you say the best material
14   available, you don't have a specific material in
15   mind other than PVDF or ProNova?
16        A.  That's the only specific material in mind.
17   I think that if, sitting down with a bunch of people
18   that could make it happen, biomaterials scientists
19   and so forth, I think I could have some
20   knowledgeable input as to some desirable traits, but
21   no, I don't have a specific one in mind.  I can tell
22   you what those traits should be, perhaps, but no.
23        Q.  Have you ever done any testing or
24   experiments utilizing PVDF mesh or ProNova mesh?

42 (Pages 162 to 165)

Robert Brian Raybon, M.D.

Page 166

1      A.  No, sir.
2      Q.  Are there any PVDF meshes on the market
3   that you are aware of?
4      A.  Not that I'm aware of.
5      Q.  Have you checked into that?
6      A.  I have not.
7      Q.  If there are PVDF meshes on the market,
8   would you be interested in using those?
9      A.  I'd be interested in looking into it,
10  absolutely.
11     Q.  But you haven't gone out and looked to see
12  if there are any PVDF meshes on the market?
13     A.  No, my knowledge, once again, has just
14  been, what, six or seven months.
15     Q.  I want to ask you the same questions about
16  the Prolift+M.  How would you change that to make it
17  safer?  Would it be the same things you discussed
18  with the Prolift?
19     A.  I think so.  I think there was more of an
20  inflammatory problem with the monocryl being in
21  there than they anticipated.  Also, it needs to be,
22  the other thing with the mesh, it needs to be
23  isotropic, not anisotropic like it is.
24     Q.  What isotropic meshes for treatment of

Page 167

1   pelvic organ prolapse are available on the market?
2      A.  I can say that in regards to the Prolift
3   mesh, it is more one-directional there, anisotropic.
4   You want something that has --
5      Q.  What ones are on the market is what I
6   wanted.
7      A.  The Restorelle is more that way than
8   Prolift.  But if there is mesh out there that's
9   marketed as such, then the answer is no.
10     Q.  So the Restorelle is more isotropic than
11  Prolift?
12     A.  It is more isotropic, in my opinion.
13     Q.  So you said that Prolift+M mesh has more
14  of an inflammatory response than Gynemesh PS?
15     A.  Especially in the short term because of
16  the monocryl that's in there.  It is one of those
17  things, I think, that as I said earlier in the
18  deposition, I think the idea was worth pursuing.  I
19  just don't think it should have been pursued on the
20  open market.
21     Q.  So is your alternative design for the
22  Prolift+M, a mesh that has no absorbable component
23  or would it be a mesh with a different absorbable
24  component than the monocryl?

Page 168

1      A.  Obviously, I don't think monocryl should
2   be it, with the experience that they had.  But maybe
3   there's another one that could be done.  Once again,
4   you got to rely on your research to point you in the
5   right direction.
6      Q.  But as you sit here today, you don't have
7   a different absorbable component that you would
8   advocate as safer than Prolift+M?
9      A.  No, I do not at this time.
10     Q.  As a practical matter, do you believe
11  there is any single mesh of any type that can be
12  used appropriately for transvaginal implantation to
13  treat pelvic organ prolapse?
14     A.  In other words, is there one that I would
15  use today?
16     Q.  Yes.
17     A.  First of all, as I told you earlier, I
18  think that the decision to use it can't be
19  undertaken lightly.  I think there are patients
20  where it may be appropriate.
21         Having said that, the ones that I have
22  used most recently is Elevate there.  One of the
23  big key differences there that it had was that it
24  was not a transobturator approach there.  Of the,

Page 169

1   quote, kits that were left on the market as of this
2   year, I think it was the better of the ones that was
3   out there.  But now it's gone.
4         So I think that today, if I thought that a
5   vaginal mesh procedure was needed, I would probably
6   use the Coloplast equivalent of the sheet of
7   Restorelle and I would probably cut it to fit the
8   individual patient if I thought that was necessary
9   to do.  Anyway, that's what I would do.
10     Q.  Are you aware of any randomized controlled
11  trials regarding the Coloplast Restorelle product?
12     A.  Not off the top of my head, no.
13     Q.  There are no studies in patients that show
14  that having a mesh with a larger pore size than
15  Gynemesh PS leads to a statistically significant
16  reduction in complications, true?
17     A.  I don't know of a study where those two
18  have gone head to head.  There was -- you are
19  talking about clinically implanted in patients?
20     Q.  Yes.
21     A.  Because there is the Moalli study looking
22  at monkeys there which was, of course, not favorable
23  to Gynemesh PS there.  But clinically, I don't know
24  of a study where it's gone head to head.

43 (Pages 166 to 169)

Robert Brian Raybon, M.D.

Page 170

1    Q.  Where another mesh was shown to have a
2  statistically significant reduction in complications
3  where the mesh had a larger pore size than Gynemesh
4  PS?
5    A.  I don't know of a study specifically
6  looking at that question, clinically implanted in
7  patients, no.
8    Q.  As you sit here today, are you aware of
9  any native tissue studies that shows a statistically
10  significant benefit in anatomic correction of
11  prolapse compared to Prolift?
12    A.  Which compartment are you talking about,
13  all compartments?
14    Q.  Sure.
15    A.  You are talking purely anatomical repair?
16    Q.  Right.
17    A.  Nothing else, we are not talking about
18  complications, nothing; you are talking about
19  anatomical results?
20    Q.  Correct.
21    A.  Correct.  I think it's been proven in the
22  anterior compartment to exceed, to be superior in
23  that regard to native tissue repair.  My opinion
24  these days is that posteriorly there is no

Page 171

1  indication.
2    Q.  Are you aware of any native tissue studies
3  that show a statistically significant benefit in the
4  anatomic correction of posterior compartment
5  prolapse compared to Prolift?
6    A.  What I comment on there is I know of
7  studies that showed there was no benefit to the mesh
8  over native tissue repair.  I don't know of a study
9  where that established the converse as being true.
10    Q.  If there was a Prolift study that showed
11  statistically significant improvements in quality of
12  life over native tissue repair, would that reflect a
13  benefit in your opinion for the patients in that
14  study who received the Prolift?
15    A.  With quality of life, you are just talking
16  about --
17    Q.  All else being equal.
18    A.  You mean that, you are talking about
19  everything, there's no dyspareunia; there's no
20  painful contraction; there's no chronic pelvic pain
21  or anything like that?
22    Q.  The question factors all that in with
23  quality of life.  So the question is:  If there was
24  a Prolift study that showed statistically

Page 172

1  significant improvements in quality of life over
2  native tissue repair, would that reflect a benefit
3  in your opinion for the patients in that study who
4  received the Prolift?
5    A.  That's such a broad term.  I would have to
6  look at the specific study you are referring to,
7  because what I'm a little leery of is generalizing
8  to what is quality of life defined as in that study
9  there.  And I think that unless you can show me the
10  study you are referring to and to the specific
11  things they looked at in that, then I can't answer
12  the question.
13    Q.  Are there some questionnaires that
14  gynecologists use to assess patients' quality of
15  life?
16    A.  There are.  There are several validated
17  questionnaires.  I would need to know, generally in
18  the studies, they list which ones they use.
19    Q.  Which questionnaires do you use in your
20  practice to assess patients' quality of life
21  post-surgery?
22    A.  A lot of those people that use those
23  questionnaires like the PISQ and others, the pelvic
24  floor -- I'm sorry.  Anyway, those are typically

Page 173

1  more, they are used more in research and academic
2  practices.
3    Do I sit down and give them these
4  questionnaires, some of which are quite long?  I do
5  not.  I have not been publishing, I do not do that.
6    My practice is such that I inquire to my
7  patients about, are you better off before than
8  after; is your sex okay; is your bladder working
9  good.  I ask all those questions independently but I
10  don't use those questionnaires.
11    Q.  Are some questionnaires used to assess
12  patient quality of life, invalid in your opinion?
13    A.  I don't know that they are invalid.  I
14  think there are numerous questionnaires that have
15  been shown to be, that have been proven to be valid
16  questionnaires.  But there's also not one that one
17  size fits all.  That's why they have a handful that
18  typically, like at Cleveland Clinic, patients will
19  fill out several, not just one.
20    Q.  But there is not one that you think is
21  just invalid, you don't care what the certain
22  particular questionnaire reports?
23    A.  I don't think I have an opinion.  No, I
24  don't.

44 (Pages 170 to 173)

Robert Brian Raybon, M.D.

Page 174

1    Q.  Can pelvic organ prolapse be painful for
2  some women?
3    A.  I guess so.  I don't see a lot of women
4  complain of pain, but they complain of just severe
5  bother, is the problem.  If someone comes in and
6  complains of pain and I really think it's pain, I
7  feel obligated to look for something else going on
8  as well.
9    Q.  Can pelvic organ prolapse be extremely
10 uncomfortable for some women?
11   A.  Absolutely.
12   Q.  Can it be frightening for a woman?
13   A.  Oh, yes.  I have some that come in, they
14 just want to know what it is, and then they decide
15 not to do anything about it.  Their anxiety is
16 calmed down because they were told it's okay.
17   Q.  Can pelvic organ prolapse interfere with a
18 woman's sex life?
19   A.  It can.
20   Q.  Can pelvic organ prolapse have a
21 detrimental effect on a person's marriage or other
22 personal relationships?
23   A.  It could affect their sex life in a
24 certain way.

Page 175

1    Q.  Can pelvic organ prolapse in the form of a
2  rectocele make it so that a woman has to splint to
3  have a bowel movement?
4    A.  It can.
5    Q.  What is splinting?
6    A.  Splinting generally involves either
7  placing the fingers in the vaginal in order to
8  provide a backboard that the stool can push against
9  from the rectal side to be directed towards the
10 anus.  In some women, they find it beneficial to
11 press on the perineum, and on a very small subset of
12 women, they find it beneficial to press out on the
13 buttocks.
14   Q.  When a surgeon uses a woman's own tissue
15 as a graft to try to put her pelvic organs back
16 where they belong, so to speak, so there is no
17 prolapse, sometimes that tissue that is used as a
18 graft is also weak, correct?
19   A.  Yes, sir.
20   Q.  That can cause the prolapse to recur,
21 right?
22   A.  That is the theory, yes, sir.
23   Q.  A suture-based prolapse repair can also
24 fail due to suboptimal tissue quality, true?

Page 176

1    A.  It can as well as surgical technique, yes.
2    Q.  That's why surgeons began to use mesh to
3  incorporate that into the tissue, to help hold the
4  organs up, right?
5    A.  Yes, sir.
6    Q.  After surgeons started using synthetic
7  materials like mesh as grafts in pelvic organ
8  prolapse surgeries, they started publishing articles
9  about that, right?
10   A.  Yes.
11   Q.  And they wrote the about the efficacy and
12 complications of those procedures, right?
13   A.  Yes.
14   Q.  Those authors wrote about the possibility
15 of mesh erosion occurring in prolapse surgery,
16 right?
17   A.  Yes.
18   Q.  They wrote about those complications long
19 before the TVM group even started their work,
20 correct?
21   A.  I'm not as -- you are talking about right
22 after, in the early 2000s, because the TVM group met
23 around 2004, 2005-ish.  So if there were any studies
24 out before then, because you know at that point when

Page 177

1  the TVM group started meeting, Prolift was not
2  released in this country yet, if I'm correct.
3        So there may not have been much.  There
4  may have been some.  I just don't remember.
5  Obviously, we would have had some discussion or
6  literature at that point because of the slings,
7  because the TVT had been released in this country.
8    Q.  The published literature showed prolapse
9  recurrence rate after native tissue repairs higher
10 than 30 percent in some studies with some even
11 showing recurrence rates close to 60 percent,
12 correct?
13   A.  Depending on the study, yes.  It was 20 to
14 40 percent, is what I remember.  But
15 retrospectively, this was looked at a few years ago
16 at a meeting that I was at.  I think it was an AUGS
17 meeting.
18        Some of that has been called into question
19 based on the definition of the prolapse.  I think
20 that's something that's being looked at again
21 critically.  But at the time we are discussing, yes,
22 the supposedly high failure rates is what was
23 driving our interest in the vaginal mesh.
24        (Deposition Exhibit 14 was marked

45 (Pages 174 to 177)

Robert Brian Raybon, M.D.

Page 178

1    for identification.)
2    BY MR. KOOPMANN:
3        Q.  Handing you what I have marked as
4    Deposition Exhibit 14, it is a study by Dr.
5    Boulanger and colleagues.  Have you ever seen that
6    study before?
7            (Witness reviewing document.)
8        A.  I may have.  I've seen a lot of stuff Dr.
9    Cosson has written.
10       Q.  I didn't see it on your reliance list.
11       A.  I feel like this is one of those things,
12   I've got my reliance list, but at the same time
13   things that aren't going to be on there that I have
14   maybe used in my opinion are going to be
15   conversations with other physicians, attendance at
16   meetings and so forth.  I really, regardless of
17   whether I'm doing litigation or Rule 26 or not,
18   those things are, that's just knowledge that I have.
19       Q.  Is it fair to say you didn't rely on this
20   study, though, in forming your opinions about the
21   Prolift and Prolift+M?
22       A.  I don't know that that's fair to say
23   because this looks like something I've read.  I
24   don't know that I'm willing to say that, as I said,

Page 179

1    for the reason I just told you.
2        Q.  Can we agree you didn't cite it in your
3    reports?
4        A.  I will agree with that.  I don't think I
5    did.
6        Q.  This study was an animal study in which
7    the authors placed five different meshes, Vicryl,
8    Vypro, Proline, Proline Soft and Mersutures on the
9    peritoneums of twelve pigs, right?
10       A.  Yes.
11       Q.  In the abstract there you will see in the
12   Results section it says, "Tissue integration was
13   best with the polypropylene meshes which allowed the
14   development of a well-organized, fibrous, mature
15   connective tissue."
16           Right?
17       A.  One second.
18           (Witness reviewing document.)
19       A.  Yes, okay.
20       Q.  This isn't a study that you found
21   important enough to cite in any of your reports in
22   this matter, is it?
23       A.  As I said, it's one that certainly looks
24   familiar, and I do a lot of reading out there.  I

Page 180

1    have read a lot of stuff that Cosson has done,
2    certainly he and de Tayrac were some of the early
3    adopters of vaginal mesh.  So I will agree with you
4    that I did not cite it in my review.
5        Q.  The medical literature on Prolift has
6    evaluated infections associated with Prolift, right?
7        A.  I'm sorry, say it one more time.
8        Q.  The medical literature on Prolift has
9    evaluated infections associated with Prolift, right?
10       A.  I believe so, yes, sir.
11       Q.  Long before Prolift ever came on the
12   market, there were concerns about the ability of a
13   foreign material, any foreign material to potentiate
14   infection, correct?
15       A.  Correct.
16       Q.  The medical literature on Prolift reported
17   very low rates of infection associated with Prolift,
18   right?
19       A.  I believe that is correct.  Once again,
20   you are talking about infections at the site of the
21   implant, you are not talking about urinary tract
22   infections or anything of the such?
23       Q.  Right.
24       A.  Okay.

Page 181

1        Q.  Are you aware of any studies involving
2    Gynemesh PS that show an increased rate of infection
3    over native tissue repair?
4        A.  Once again at the mesh site, not the
5    bladder or anything like that?
6        Q.  Right.
7        A.  I'm not aware right off the top of my
8    head.  No.  All of our early concern, a lot of that
9    seemed to get better after all the manufacturers
10   went with the macroporous meshes.  We didn't seem to
11   have as much issues with infection as we did like
12   with the IVS toner or the ob tape.
13       Q.  The IFUs for Prolift and Prolift+M were
14   written for doctors, right?
15       A.  Yes, sir.
16       Q.  A prescription medical device manufacturer
17   doesn't have a duty to warn patients, does it?
18       A.  They have a duty to inform doctors of all
19   possible side effects and so forth with their device
20   so that the doctors can inform patients.
21       Q.  What's the basis for your opinion that the
22   medical device manufacturer has a duty to inform
23   doctors of all possible side effects?
24       A.  Because otherwise it basically keeps the

46 (Pages 178 to 181)

Robert Brian Raybon, M.D.

Page 182

1   physician from providing informed consent to the
2   patient. Informed consent, as you know legally, has
3   several components. If you can't advise someone, if
4   you are given this information but it doesn't
5   include all these risks, then basically you have
6   made it impossible for me to gave this patient
7   informed consent.
8       Q. If you didn't already know about that
9   risk, correct?
10      A. If I didn't already know about that risk,
11  correct, or maybe there's a big difference in
12  counseling a patient if you go, ma'am, this risk is
13  one in a hundred or one in a thousand or one in
14  10,000 versus, this is going to happen 20 times out
15  of a hundred. Those type things are things that
16  physicians also need to know so they can put it in
17  perspective for the patients.
18      Q. If I invent a product tomorrow and you
19  decide to use it in your practice and you know,
20  based on what this product is and how it is going to
21  be used and where it is going to be used in a pelvic
22  floor repair, that dyspareunia is a potential risk
23  of this device, you don't need the IFU for this new
24  device to tell you that dyspareunia is a risk

Page 183

1   because you already know it, correct?
2       A. I need it to tell me the rates and the
3   severity of it. Just like in Ethicon's internal
4   documents, Dr. Arnaud was like, wait a minute, we
5   need to go back and change this IFU. And he was
6   shot down.
7           Basically, the response I got from
8   Ethicon's documents was, we have already sent it to
9   the printer; tough. That's just so inappropriate.
10  It gets me, as you can see, it gets me a little bit
11  riled up because you cannot consent your patients
12  properly.
13          Yes, I know that, we have already
14  established multiple times in your questioning,
15  multiple times, dyspareunia is a risk of vaginal
16  floor and vaginal surgery. What you don't know,
17  unless the physician is told is, okay, the rate of
18  this happening in our trials was this.
19          Instead, a lot of the wording there was
20  very craftily worded to kind of slide things in
21  under, in my opinion. I think the IFUs for Prolift
22  were horrible.
23      Q. What is the mesh erosion rate or exposure
24  rate that's reported in the Coloplast Restorelle

Page 184

1   IFU?
2       A. I don't know off the top of my head. I
3   didn't review that coming to this deposition.
4       Q. Does it include that information?
5       A. I don't remember off the top of my head.
6       Q. Do you think the IFU for the Coloplast
7   Restorelle mesh is adequate?
8       A. I will tell you this, I haven't seen --
9   you are talking about apples and oranges here. We
10  are talking about a transvaginal mesh product,
11  Prolift and Prolift+M. To my knowledge, Prolift+M,
12  maybe it was, was used in sacrocolpopexies. If it
13  was, I never used it.
14          So I don't understand how that's germane
15  to this discussion. We can't talk about apples and
16  oranges and make it meet the way you want to. Let's
17  talk about one thing.
18          The Restorelle does not -- the Exair
19  product that Coloplast had which was their
20  transobturator vaginal mesh, I never used. So I
21  never read the IFU for that. So if you want to ask
22  me about the Coloplast product, I have to go read
23  that.
24          But I never did that. So what are we

Page 185

1   talking about here, abdominal sacrocolpexy? If we
2   are, let's talk about that.
3       Q. You never read the IFU for the Coloplast
4   Restorelle mesh that you implant in people?
5       A. I have read that. You misunderstood what
6   I said. They had something called Exair, E-X-A-I-R,
7   that was their transvaginal mesh product. I never
8   read that because I never did it, okay.
9           Are we talking -- when we are talking
10  about IFUs for Restorelle, the Restorelle I have
11  used is for abdominal sacrocolpopexy. I read it at
12  some point. It's been a while.
13          I have not had problems with it there.
14  Have I had erosions with it? Sure. I can think of
15  one vaginal erosion that I have had out of the last
16  200 cases there.
17      Q. Do all medical devices' IFUs need to
18  report complication rates in your opinion for them
19  to be accurate?
20      A. Absolutely.
21      Q. Would you use a medical device without an
22  adequate IFU?
23      A. I will tell you, today -- sorry, would I
24  use the medical device without an adequate IFU?

47 (Pages 182 to 185)

Robert Brian Raybon, M.D.

Page 186

1    Q.  In other words, if you review an IFU
2  before using a device for the first time and you
3  find that IFU to be inadequate because it lacks
4  complication rates, would you still go ahead and use
5  the mesh?
6    A.  And I don't have any other information at
7  my disposal?  Assuming that, that I have no other
8  information at my disposal, I am assuming in this
9  hypothetical scenario, I don't have any randomized
10  controlled trials to look at, I don't have any
11  studies in the literature, I don't have any reviews,
12  then the answer is no.  I'm not going to use that.
13    But if there is a long history of the
14  product being used and reputable surgeons and
15  reputable sources and so forth, and there's other
16  sources of information, maybe.  But there was no
17  source of other information in this case because
18  Ethicon had all the cards.
19    Q.  What warnings do you think were missing
20  from the Prolift and Prolift+M IFUs that should have
21  been included?
22    A.  I think that's rates of dyspareunia, the
23  rates of severe mesh contracture, those are the
24  ones.  The fact that patients can have chronic

Page 187

1  pelvic pain; chronic leg pain where they can't get
2  up and around; dyspareunia; severe mesh erosions
3  requiring major surgeries, multiple surgeries being
4  required; the fact that this mesh cannot be removed
5  in its entirety.  The nerve damage was glossed over.
6    You can't say in your IFU, there's a risk
7  of nerve damage, and then you kind of belittle the
8  importance by adding in, well, this is rare, this is
9  whatever.  A surgeon, they see that, then they
10  think, they assume that it is really, really rare.
11    Who decides what rare is?  I think the
12  surgeon needs to be the one to determine that so
13  that they can get informed consent from their
14  patient.
15    Basically, by not giving adequate
16  information in the IFU or giving adequate
17  information to the physicians, I feel like Ethicon
18  is telling these surgeons, you don't have the
19  knowledge, education or whatever to assume what's
20  significant and what's not, so therefore we are
21  going to give you what we want you to have.
22    Q.  Have you formed an opinion that one
23  particular IFU for a pelvic organ prolapse device is
24  adequate?

Page 188

1    A.  No, I have not been asked to do that.
2    Q.  Are there any that you have in mind where
3  you could say, take a look at the IFU for this
4  product, that's an adequate IFU in my opinion?
5    A.  I don't have one off the top of my head,
6  no.
7    Q.  Did you conduct any testing or surveys
8  with the Prolift or Prolift+M IFUs to ascertain
9  whether they were adequate in the eyes of other
10  pelvic floor surgeons?
11    A.  No, sir.
12    Sorry, can I take a break for a second?
13    Q.  Sure.
14    (Recess taken at 1:00 p.m. for seven
15  minutes.)
16    MR. KOOPMANN:  Back on the record.
17  BY MR. KOOPMANN:
18    Q.  Dr. Raybon, I have placed in front of you
19  what we have marked as Exhibits 9 and 10, 9 being
20  your Prolift report, 10 being your Prolift+M report,
21  correct?
22    A.  Yes, sir.
23    Q.  I will ask you some questions about those.
24  Let's start with the Prolift report.  You mention on

Page 189

1  Page 2 that one of the reasons you stopped using the
2  Prolift products in 2008 was due to unacceptably
3  high erosion rate, correct?
4    A.  Yes.
5    Q.  What was that erosion rate?
6    A.  It was over ten percent.  I had been
7  using, as we discussed earlier, hand-sewn meshes and
8  so forth.  And my erosion rate with hand-sewn meshes
9  was down in the three percent range.
10    And then with this, as I said, I did at
11  minimum 25, and so it was higher than ten percent.
12  And it just got me scared.
13    Q.  There aren't any data that we could look
14  at to verify that that was the rate, is there?
15    A.  No, sir, as we discussed, I have been
16  through three MRs and some of that was PACH.
17    Q.  You also indicated one of the reasons you
18  stopped using Prolift products was that Gynecare did
19  not exercise due diligence in ensuring that
20  implanting physicians were adequately trained.
21    A.  Correct.
22    Q.  Did you feel that you were adequately
23  trained on the Prolift device when you went to that
24  cadaver lab?

48 (Pages 186 to 189)

Robert Brian Raybon, M.D.

Page 190

1    A.  I did.  I had a lot of knowledge.  I had
2  been to a fellowship, I had a lot of knowledge of
3  pelvic floor anatomy and surgeries.
4      I had already been doing the dissection
5  with free-cut mesh, as we discussed.  So I felt I
6  had a good, strong foundation and I got
7  device-specific training by one of their preceptors.
8  So yes, I did feel like it.
9    Q.  On Page 3 of your Prolift report you
10  indicate that, "Ethicon marketed its Prolift mesh
11  devices without first obtaining FDA 510(k) clearance
12  and sold the product for more than three years in
13  the United States without governmental permission."
14    A.  Yes.
15    Q.  What was the basis for that statement?
16    A.  That was in the news.
17    Q.  What news story are you referring to?
18    A.  Gosh, it was, I can't remember, was it the
19  Wall Street Journal or Bloomberg or something?  I
20  remember, I think, a buddy of mine even said, hey,
21  check out whichever one it was.  And I think it was
22  one of the financial things because they were really
23  -- I think it was one of the financials, either Wall
24  Street Journal or Bloomberg, but it was in the news.

Page 191

1    Q.  So is it your opinion that the Prolift was
2  marketed illegally?
3    A.  I will say that they did not get their --
4  if they didn't meet the requirements of the FDA, is
5  that not illegal?  I don't know.
6      I know I can't ask you a question, but I
7  don't know the legalese and all that.  To me, they
8  didn't do the government requirements.
9    Q.  So is it fair to say since you don't know
10  the legal requirements, that you don't know if
11  Ethicon's marketing of the Prolift was illegal?
12    A.  I can't comment on that.  I'd have to let
13  one of you guys say that.
14    Q.  You say you have worked with medical
15  device manufacturers in the development and
16  evaluation of pelvic repair mesh products.
17    A.  Yes.
18    Q.  Is that the TOPAS work that you referred
19  to earlier?
20    A.  I have done TOPAS work, Avaulta; Bard was
21  not only Avaulta but it was also slings.  I have
22  done some other work with AMS/Astora.  I did not do
23  any with Ethicon.  I did not do any Boston -- yes,
24  those were the ones.

Page 192

1    Q.  What was your role in the design of the
2  Avaulta product?
3    A.  The Avaulta product, when I first got
4  involved with that, their initial Avaulta
5  biosynthetic was in its final stages.  And so I was
6  more involved there at the end as, hey, okay, this
7  is the final thing; how does this look; is this
8  going to work good, and so forth.
9      Now what I call, and a lot of us term, the
10  second generation Avaulta which the trocars were
11  radically changed, the design of the mesh was
12  radically changed, I had a lot more input into that,
13  like at some of these round table sessions as you
14  referred to as well as some cadaver sessions that
15  were geared just to their KOLs, if you will.
16    Q.  Have you ever developed a battery of
17  testing that was to be done on a device during a
18  device's development?
19    A.  No, sir.
20    Q.  When we were talking earlier about your
21  IFU-related opinions of the Prolift and Prolift+M
22  IFUs, are there any standards that you are
23  referencing where I can go and look on the internet
24  look up that particular standard?

Page 193

1    A.  I don't know a standard, but this is
2  probably a bad analogy, but who is the guy, the
3  famous Supreme Court guy or whoever that says, I
4  know obscenity when I see it?  I think I know a good
5  IFU when I see it.
6      I don't know that there are standards
7  there.  I can certainly go on with you at length
8  about what I think should have been in here, as we
9  have already done.
10    Q.  When you say on Page 3 of your Prolift
11  report that, "In designing a pelvic repair mesh
12  product intended to be sold and implanted by
13  physicians like myself, a reasonable device
14  manufacturer must consider and weigh all of the
15  known risks versus the benefits of a particular
16  design as well as all information known to the
17  manufacturer that may bear on the safety and
18  efficacy of the design including the gravity,
19  severity, likelihood and avoidability of the dangers
20  associated with the design."
21      Did I read that correctly?
22    A.  Yes, sir.
23    Q.  What is the basis for that statement, that
24  those are the things that a reasonable device

49 (Pages 190 to 193)

Robert Brian Raybon, M.D.

Page 194

1    manufacturer must do in designing a product?
2        A.  As we were discussing earlier, certainly I
3    think that it's been established that anterior
4    compartment mesh does have a benefit in anatomical
5    success.  We have discussed that earlier, and I
6    don't disagree with what it has shown.  But my
7    rejoinder to that would be, at what cost.  The --
8        Q.  All I am asking is what the standard is.
9    Where did this standard come from that we just read?
10   Is there some standard I can look up on the
11   internet?
12       A.  No, there's no standard.  That's just kind
13   of --
14       Q.  Your take?
15       A.  It is common sense stuff.  These are
16   things you trust the manufacturer to do their due
17   diligence in bringing the design to the market, that
18   these things have been done, addressed the positives
19   and the negatives, and made sure that those equal
20   out or are beneficial.
21       Q.  On Page 4 you talk about your opinion
22   that, "The risks inherent in the design of the
23   Prolift outweigh its benefits for several reasons."
24       So you did a risk/benefit analysis with

Page 195

1    the Prolift device; is that true?
2        A.  I did a risk/benefit analysis with
3    everything that I can think, probably, whether I
4    absolutely realize it or not, with every device that
5    I use.
6        Q.  Explain to me what risk/benefit analysis
7    you did in evaluating the Prolift and Prolift+M
8    devices.
9        A.  You mean for my own personal patients?
10       Q.  No, in forming these opinions.
11       A.  When you look at the risks and benefits
12   here, you also have to assume that -- one of the
13   biggest things for me is who is going to be doing
14   this.  By Ethicon's own internal documents, hey,
15   this is not as easy as we thought.  These surgeons
16   are going to need more training, they are going to
17   need more hand holding.  Even some of their KOLs
18   said, this is harder than we thought.  That was not
19   addressed by Ethicon at all.
20       Indeed, during the time, the early time,
21   my basis for this is during the early time when
22   Prolift was getting out on the market, they had
23   their own thing that said, okay, we're just going to
24   train X number of people, we are only going to allow

Page 196

1    it to be released to the hospitals that have trained
2    surgeons.  We are only going to do this, this and
3    this.
4        That is not the case.  I had firsthand
5    knowledge of that happening there, and that's not
6    what they did.
7        You can blame it on the individual rep,
8    but it went higher than that because I had personal
9    conversation with a regional manager, who are you
10   going to let do this.  This basically boils down to,
11   this is not just for anybody to do.  I'm not saying
12   anybody can't learn it with the training, but when
13   you are taking Ethicon's KOLs, you put this device
14   in the hands of Michelle Cosson or Renaud de Tayrac
15   or any of those guys that are fabulous surgeons,
16   their outcomes are going to be different than when
17   Joe Blow Shmo gynecologist gets hold of it.
18       Q.  Would this be true for the TOPAS sling?
19       A.  Absolutely.
20       Q.  Any product?
21       A.  I think for any product that involves this
22   level of complexity.  If you develop a new suture
23   driver, needle driver to do suture in surgery, do
24   you need to get training for that?  Maybe not, you

Page 197

1    have been doing it for 20 years and this one just
2    clicks, okay.  But something of this complexity, of
3    this magnitude, this is a place where Ethicon fell
4    down on the job.
5        Q.  You say it elsewhere in your report that
6    basically you are aware of an instance where a
7    surgeon in this area somewhere was allowed to
8    implant a Prolift device or implanted the Prolift
9    device and he or she wasn't ever trained
10   specifically on the device.
11       A.  Correct.
12       Q.  He or she just had a sales rep present to
13   walk him or her through the procedure?
14       A.  Correct.
15       Q.  Who was that?
16       A.  That was Lionel Meadows in Toccoa,
17   Georgia.  That happened less than a week after I had
18   had the conversation face-to-face with the regional
19   manager there.
20       I raised Cain about it, not only with
21   Ethicon, because I confronted them about it, and the
22   first additional thing was they tried to lie to me
23   about it there, and I called their bluff.  And then
24   when they finally admitted, that's when I said,

50 (Pages 194 to 197)

Robert Brian Raybon, M.D.

Page 198

1  well, I think maybe we should part ways as well.
2  Q. Who tried to lie to you about it?
3  A. The regional manager. The rep was very
4  uncomfortable talking to me about it. And I got the
5  feeling he was getting a lot of pressure from above,
6  because he was really dancing around it.
7  Ultimately, he told the entire truth there.
8  Q. How do you know what -- I am sorry, what
9  was the doctor's name again, Lionel what?
10  A. Meadows.
11  Q. How do you know what Dr. Meadows' level of
12  training was on the Prolift?
13  A. Because I asked them. I said, did he or
14  did he not go to one of your training things, which
15  at that time most of their trainings were done down
16  at Celebration there. At that time, he had not been
17  to training.
18  And I asked the rep flat out, I said, did
19  he or did he not go to training.
20  No, he did not.
21  I said, okay, did he attend any other
22  training around or go see somebody do it that I
23  don't know about, which he could have done.
24  No, he did not.

Page 199

1  I said, so you are telling me he's had no
2  training regarding the Prolift?
3  Correct.
4  This is someone, too, I just happened to
5  have firsthand knowledge that wasn't doing these
6  types of repairs. He wasn't doing free-hand-sewn,
7  free-cut mesh. He had no basis for experience.
8  Now, I'm not knocking the fellow. He
9  could certainly go and learn, anybody could. But it
10  was kind of like -- and I put some fault on him too,
11  don't get me wrong. He should not have done it
12  there. And I didn't even know what I knew now from
13  Ethicon's internal documents. They were like, oh,
14  no, we are not going to let people do this.
15  I have firsthand, irrefutable firsthand
16  knowledge of that.
17  Q. Do you have any opinions regarding the
18  adequacy or inadequacy of any training Dr. Jeff
19  Lovinger received from Ethicon regarding Prolift+M
20  device prior to implanting that device in Plaintiff
21  Shirley Freeman?
22  A. No, I don't know who he is. And I'm not
23  familiar with the specifics of that case.
24  Q. Do you have any opinions regarding the

Page 200

1  adequacy or inadequacy of any training Dr. Felicia
2  Lane received from Ethicon regarding the Prolift+M
3  device prior to implanting the device in Plaintiff
4  Shirley Walker?
5  A. No.
6  Q. Do you have any opinions or adequacy or
7  inadequacy of any training Dr. Mark Aiken received
8  from Ethicon regarding the Prolift device prior to
9  implanting that device in Plaintiff Elizabeth Blynn
10  Wilson Wolfe?
11  A. No, sir.
12  Q. Are you aware of any other publications
13  that Ethicon published and provided to surgeons that
14  provided information regarding erosion rates?
15  A. I think I saw they had a monograph or
16  something, a surgeon's monograph that they would
17  pass out at some of the training.
18  Q. What did you think of that document?
19  A. I think it was okay. It still fell short.
20  But the problem with that is I have been to training
21  sessions like that. Unless I give this to you, sir,
22  and I say, okay, did you get this, you sign it.
23  If you send a subpoena to me, you make me
24  sign for it so that you know that I got it.

Page 201

1  Nothing like that was done. Of course,
2  why would it be?
3  But I have been at trainings where we gave
4  out stuff like that and the physicians left it on
5  the table. I have seen them leave their books and
6  everything with the DVDs and everything that's there
7  sitting there.
8  My point there is, the thing, coming back
9  to the IFU, it's going to be in the box by law or
10  regulation, so you know they got it, without
11  question.
12  This monograph or whatever that I
13  mentioned, there is no guarantee they got it.
14  There's no guarantee they kept it.
15  Q. On Page 4 of your report you indicate,
16  "The Gynecare Prolift systems require transvaginal
17  implantation of a synthetic polypropylene mesh using
18  specially designed trocars, needles and sleeves."
19  My question for you is, is there any
20  particular about the trocars and sleeves that you
21  think is defective and unreasonably dangerous about
22  the Prolift or Prolift+M devices?
23  A. I think that just the fact -- first of
24  all, I think there are problems with all

51 (Pages 198 to 201)

Robert Brian Raybon, M.D.

Page 202

1  transobturator meshes. I think it was a poor
2  approach. And I think the problems there as far as,
3  I think any trocar going through there is not going
4  to be risk-free. And I think that it requires,
5  these risks can be ameliorated by having a
6  well-versed pelvic surgeon do it.
7          But you are talking about the actual
8  trocar itself?
9      Q.  Yes, not the idea of using a trocar, but
10  the diameter of it, the materials made from it,
11  things like that.
12      A.  No, not the trocar itself, no.
13      Q.  On Page 5 you note, "As the Prolift mesh
14  arms are being pulled through the plastic sleeves,
15  they conform to the shape of the small bore
16  cylindrical sleeves which causes deformation and
17  curling of the arms, altering the shape of the arms
18  at the point of contact with the pelvic sidewall."
19          Did I read that correctly?  ***
20      A.  Yes.
21      Q.  Did that happen with the Avaulta too where
22  it would change shape when being passed through the
23  cannulas or sleeves?
24      A.  We didn't have a sleeve or a cannula

Page 203

1  there, and so the problem there with the Avaulta was
2  such --
3      Q.  I don't need to know what the problem was.
4      A.  Okay, I am sorry.
5      Q.  I just need to know if that happened.
6      A.  I think it happened to some degree, yes.
7      Q.  Did it happen every time you implanted a
8  Prolift product?
9      A.  Yes.
10      Q.  So it happened the very first time you
11  used it?
12      A.  Yes, sir.
13      Q.  And then you used it at least 24 more
14  times?
15      A.  Yes.
16      Q.  You say further down on Page 4 about
17  halfway --
18      A.  4 or 5?
19      Q.  I'm sorry, 5, about two-thirds of the way
20  down the page, "When the mesh shrinks, the arms of
21  the mesh pull on their anchoring points in the
22  pelvic sidewall, muscles obturator and levator ani,
23  tending to pull these anchoring points and the
24  attached muscle toward the midline."

Page 204

1          What is the basis for that statement?
2      A.  The basis for that statement is obviously
3  a lot of things that I have read, but really a lot
4  of it is my hands-on experience in this matter.
5  That is just what you see.
6      Q.  Have you done any testing to establish
7  that?
8      A.  Establish what?
9      Q.  That when the mesh shrinks, the arms of
10  the mesh pull on the anchoring points in the pelvic
11  sidewall?
12      A.  Seeing it and feeling it with your own
13  hands, I don't need to test that. It's in front of
14  my face.
15      Q.  No cadaver testing or anything like that?
16      A.  How are you going to test that in a
17  cadaver other than implanting it in a patient,
18  killing them a year later and doing it?
19      Q.  So is the answer no?
20      A.  The answer is no.
21      Q.  You go on to say, "It is my opinion that
22  in women with these Prolift transvaginal mesh
23  implants, this pulling on the pelvic sidewall
24  muscles causes pain at rest, during sexual

Page 205

1  intercourse, during defecation and during normal
2  daily activities like coughing, jumping and
3  straining."
4          What's the basis for that statement?
5      A.  Once again, things that I have read in the
6  literature as well as my own personal experience,
7  you had these arms that run from sidewall to
8  sidewall, and when you examine these and you tweak
9  on them oftentimes I refer to it as a banjo string,
10  a lot of times their complaints are recreated.
11      Q.  So that's what leads you to believe it is
12  the pulling on the pelvic muscle sidewall that
13  causes the pain?
14      A.  Yes, as well as just seeing the severe
15  contracture of the mesh.
16      Q.  You say on Page 6 that, "This bilateral
17  anchoring creates a non-expandable spanning bridge
18  over the rectum which has the potential to obstruct
19  stool passage and cause pain. I have seen several
20  patients present acutely with this problem."
21          How many patients have you seen present
22  acutely with that problem?
23      A.  Once again, this is a generalization. I
24  have taken out more than just Prolift armed mesh,

52 (Pages 202 to 205)

Robert Brian Raybon, M.D.

Page 206

1  okay, so I have -- I would say I have seen some with
2  all, maybe ten in all, with this specific problem.
3     Q.  Ten patients?
4     A.  Total.  Now, I'm also throwing in some
5  Avaultas that have come out, as well as -- probably
6  Avaulta and the Prolift have been the main ones
7  there.  But I have seen that.
8     Q.  Are they all anchored at the same points
9  as the Prolift and Prolift+M?
10    A.  Avaulta and Prolift are very, very, very,
11 very similar.  Avaulta Prolift came out initially
12 advocating passage of one of the arms through
13 sacrospinous ligament.  With the second generation
14 Avaulta, they made that a possibility in response,
15 really, to the Prolift.
16    Q.  You say at the bottom of Page 6 that, "The
17 mesh is static in the Prolift device and does not
18 give according to the needs of the tissues in which
19 it is implanted."
20       What's the basis for that statement?
21    A.  Once you go in there and grab it with your
22 own hands, once it is seated in place and you go
23 back on these patients, there is nothing there
24 stretching with it.  You grab each side of it and

Page 207

1  there's no giving there.  So that is probably, even
2  before I started reviewing this, I knew that.
3       And there are other things where now I
4  have learned a lot more of the technical terms
5  associated with it and so forth by some of Ethicon's
6  internal reviews or internal documents.  That is
7  something I appreciated long before this litigation.
8     Q.  Is it fair to say that you didn't have any
9  concerns about the Prolift mesh's ability to give
10 according to the needs of the tissues in which it is
11 implanted when you implanted it in 25 of your
12 patients?
13    A.  At that time?
14    Q.  Right.
15    A.  At that time I did not have the concerns I
16 have now.
17    Q.  You say at the bottom of Page 6,
18 "Additionally, the fibrotic shrinkage further
19 restricts the functional mobility of the pelvic
20 floor organs and restricts the natural movements of
21 the vagina during defecation, urination and
22 intercourse.  These conditions cause pain."
23       What's the basis for those two sentences?
24    A.  I'm sorry, where are you?

Page 208

1     Q.  The last sentence on Page 6.
2     A.  Okay.  Once again, you read about this,
3  you talk to other surgeons that have this, but
4  probably most importantly, you see it and feel it
5  with your own hands when you operate on these
6  patients later.
7     Q.  In the next paragraph on Page 7 that
8  starts with Number 2, the end of that paragraph you
9  say, "It is my belief that this degradation is an
10 ongoing process that can cause clinical issues years
11 down the road remote from the initial implantation."
12       What's the basis for that statement?
13    A.  Once again, my own personal experience,
14 having pulled out Prolifts and other armed meshes
15 seven, eight years or more after their implantation.
16 Additionally, there is work, for example, I believe
17 one that I remember was Kloserhalfen stating that
18 this is an ongoing issue, that you have this ongoing
19 reaction to the body, this chronic inflammation.
20 And so that is the basis.
21    Q.  You go on to say in the next paragraph,
22 "The size of the pores in the mesh used in the
23 Prolift devices was inadequate to allow good tissue
24 ingrowth, and this resulted in excessive fibrotic

Page 209

1  bridging, scarification and mesh contraction, which
2  can cause erosion, vaginal or pelvic floor
3  deformation, nerve damage and chronic or permanent
4  pain."
5       Did I read that correctly?
6     A.  Yes, sir.
7     Q.  What is an adequate pore size in a
8  prolapse mesh in your opinion?
9     A.  You want it to be greater than one
10 millimeter there in size.  And if you get greater
11 than one millimeter, you are going to start to limit
12 your potential for fibrotic bridging and so forth,
13 because otherwise you get like one big granulomatous
14 area.  So by spreading it out, you are still going
15 to have that response, but those responses aren't
16 going to touch.
17       So that is going to ideally allow movement
18 to continue to occur, but when they are close
19 together, you get overlapping and bridging.
20    Q.  What is the pore size of the Gynemesh PS
21 used in the Prolift device?
22    A.  Some of them were one millimeter, but
23 there was a lot in a sample size, there was a lot
24 that was not.  Additionally, I think when stress is

53 (Pages 206 to 209)

Robert Brian Raybon, M.D.

Page 210

1  put on it, it makes that smaller.
2       So I think that would help if it just
3  wasn't so anisotropic there, if it had more
4  ability -- but I think when that is happening, the
5  pore size is actually collapsed, then it gets
6  smaller.
7       Some of that I would say could be the
8  surgeon's technique, too, putting it in.  This
9  really should be put in tension-free, but I think
10 that was a concept a lot of surgeons didn't grasp.
11      Q.  So you want a mesh, I think you said
12 that's isotropic or is it anisotropic?
13      A.  Isotropic.
14      Q.  So you want a mesh that is isotropic so it
15 is distensible and can expand with the vaginal
16 tissues?
17      A.  Right, in more than one direction, like
18 just -- you don't want it to be just along the axis
19 of the vagina because things aren't just going to go
20 this way (indicating).
21      Q.  You have motioned forward and backward?
22      A.  Yes, along the axis of the vagina, I'm
23 sorry.  So with intercourse or defecation, because
24 the -- I mean, with defecation it is not a straight

Page 211

1  shot down into that area, it is kind of curving in
2  from the side and then coming in.  You want that
3  area to be able to give.
4       Q.  What's the pore size of the Prolift+M mesh
5  preabsorption of the monocryl component?
6       A.  Preabsorption, I don't remember.  I am
7  sorry.
8       Q.  Do you remember what the pore size is of
9  the Prolift+M mesh to post absorption of
10 the monocryl component?
11      A.  I don't remember exactly.  I'm sorry.  I'm
12 drawing a blank, all of a sudden.
13      Q.  You said that, when I asked you what the
14 pore size was of the Prolift mesh, you mentioned
15 that some of them were a millimeter, but some were
16 smaller.  What's your basis for that statement?
17      A.  There's some internal documents where that
18 was looked at by Ethicon.
19      Q.  You say in Paragraph 4 on Page 7 that,
20 "The Prolift mesh had a serious biomechanical
21 mismatch between the mesh and tissues in the vaginal
22 area."
23      Are there any meshes on the market used in
24 prolapse repair that you think do not contain a

Page 212

1  serious biomechanical mismatch between the mesh and
2  the tissues in the vaginal area?
3       A.  I think that probably Restorelle comes the
4  closest to this.  There was a study with Restorelle,
5  it was a couple years ago.  It was presented at
6  AUGS, A-U-G-S, by a physician, it was not Pam
7  Moalli, it was somebody else, where they studied it
8  independently.  Coloplast did not fund it.  And they
9  found a lot of very favorable changes there.
10      So I think that is the one that comes the
11 closest to not having a mismatch.  But I think that
12 that's something, if you read through Ethicon's
13 internal documents, they talk about now pelvic floor
14 meshes are overengineered, overengineered,
15 overengineered.  It is obviously something that was
16 forefront in their mind, even at the start of the
17 Prolift.
18      Q.  Do you think the Prolift mesh was
19 overengineered?
20      A.  It was obviously more than what was needed
21 in the pelvic floor.
22      Q.  In terms of what?
23      A.  Do you really need -- drawing off
24 Ethicon's own experience with abdominal, they used

Page 213

1  to think stronger is better, and they discovered
2  that that was not the case.  And the vagina is even
3  much more unique than the abdominal wall.
4       So looking at some of their strength
5  studies, it was just much, much stronger than it
6  needed to be.  It could have been a little more
7  pliable and soft and being able to give, because it
8  is just a unique part of the body.  There's a lot
9  going on in this small area that you don't have in
10 the abdominal wall.
11      Q.  Do you continually try to improve as a
12 surgeon?
13      A.  You do.
14      Q.  Would you agree that just because you
15 might be a better surgeon tomorrow than you were
16 today doesn't mean you were not a good surgeon
17 today?
18      A.  (Indicating affirmatively.)
19      Q.  You say on Page 8, the bottom of Paragraph
20 5 that, "The deformation of the mesh," and you are
21 referring to the deformation of the mesh after
22 insertion of the mesh via the cannulas and trocars,
23 "it impedes the body's ability to incorporate into
24 the material, and contributes to excessive fibrotic

54 (Pages 210 to 213)

Robert Brian Raybon, M.D.

Page 214

1    reaction, scarification and shrinkage and pain."
2        What's your basis for that statement?
3        A.  First of all, it is not just the mesh, it
4    is the mesh arms.  I think you just said mesh, but
5    what we are referring to here is the mesh arms.
6        From my knowledge of mesh complications in
7    general, you want the mesh to be nice and flat, and
8    when the arms are curled, basically this is
9    happening like this, and so you have doubled the
10   mesh density in that area.  That's going to impede
11   your tissue ingrowth and whatnot.  And so even if
12   you had an adequate pore size in those, now you have
13   just potentially made it much smaller.
14       Q.  Before you implanted your very first
15   Prolift device, did you recognize that there was
16   some possibility that that piece of surgical mesh
17   may need to be removed due to some complication?
18       A.  That's a really good question.  I think it
19   is a really fair question.
20       I don't know that at that time, the way a
21   lot of us had embraced it or it was presented to us,
22   and not just by Ethicon, by all companies, that a
23   lot of reference was being made to, this has done
24   very well in hernia repair and so forth.  We didn't

Page 215

1    know or realize that some of the hernia meshes had
2    to be removed at times.
3        So I guess it was in the back of my mind,
4    I don't know that it was forefront, as it wasn't
5    with a lot of other surgeons.  No, I don't know that
6    anybody thought about that.
7        Q.  Before you implanted your first Prolift,
8    you knew how the device was designed to work, in
9    other words, that tissue was supposed to incorporate
10   into the pores of the mesh?
11       A.  Correct.
12       Q.  You knew where the mesh was going in the
13   body?
14       A.  Correct.  To further answer your last
15   question, the thing that was unique about this was,
16   I think a lot of us that did it at first had done
17   hand-sewn free mesh, hand-cut mesh.  The difference
18   was these arms, and so one of the things was having
19   the arms on here really changed a lot.
20       Q.  How many of the 25 women who you implanted
21   with a Prolift device had a mesh infection?
22       A.  I don't remember any that had, someone
23   that I thought was a mesh infection.
24       Q.  Do you need to go off the record?

Page 216

1        A.  No, sir, thank you.
2        Q.  On Pages 14 through 18 of your Prolift
3    report you go through and list a number of things
4    that you think that Ethicon failed to put into the
5    IFU for the Prolift that they should have put into
6    the Prolift; is that fair to say?
7        A.  Correct.
8        Q.  Is it your opinion that the FDA would have
9    allowed Ethicon to include all of these things in
10   the Prolift IFU or Prolift+M IFU to the extent it is
11   applicable to those devices?
12       A.  I think they would have, because there
13   were some changes that I saw in Ethicon's documents
14   where the FDA came back and said, you need to add
15   this, you need to add this, some of it had to do
16   with the risk of the surgery, and there was some
17   that Ethicon just didn't want to do.
18       So, yes, I feel like some of the risk
19   verbiage that the FDA wanted in the revised IFU, I
20   think, yes, they would have allowed a lot of what I
21   have suggested.
22       Q.  Are there any limits that you are aware of
23   on what the FDA will allow a medical device
24   manufacturer to include in an IFU?

Page 217

1        A.  No, sir, I'm not aware of any limits.
2        Q.  Do you consider yourself to be an expert
3    in FDA regulations?
4        A.  I do not consider myself to be an expert
5    in FDA regulations.
6        Q.  You are not an expert in the FDA
7    regulatory process for bringing medical devices to
8    market, are you?
9        A.  No, I'm not.
10       Q.  What training have you had with respect to
11   the interpretation of FDA regulations, any?
12       A.  No formal training, no.
13       Q.  Any informal training?
14       A.  Just, once again, since all this
15   litigation and concern started, even starting back
16   where the FDA made their first mesh proclamation
17   back a number of years ago, between that and then my
18   involvement in some of the clinical trials I have
19   been involved with, because I was involved with, as
20   you know, TOPAS, and I was also doing some of the
21   522 studies for AMS.
22       Q.  Is TOPAS an acronym?
23       A.  Yes, sir, transobturator posterior anal
24   sling.

55 (Pages 214 to 217)

Robert Brian Raybon, M.D.

Page 218

1    Q.   Through how much of the obturator foramen
2  does the TOPAS point pass?
3    A.   Almost immediately when it traverses the
4  obturator foramen, it dives and goes posteriorly
5  there, so it doesn't really dive into the pelvis
6  like you are thinking like heading into the vagina,
7  it doesn't do that.  It immediately, once it passes
8  the bone, it goes south, assuming the patient is
9  sitting on an exam table, it goes posteriorly and
10  then down around the anus and back up.
11    Q.   Does it pass through the obturator
12  internus and externus muscles?
13    A.   Yes, it does.
14    Q.   Have you ever written to the FDA and
15  provided them with your opinion regarding
16  transvaginal mesh kits like the Prolift and
17  Prolift+M?
18    A.   No, I have not.
19    Q.   Have you ever spoken with anyone at the
20  FDA about your opinions regarding the Prolift device
21  or Prolift+M device?
22    A.   No, I have not.
23    Q.   Have you ever had a patient experience a
24  complication following a uterosacral ligament

Page 219

1  suspension that you performed?
2    A.   I'd say an intraoperative complication.  I
3  remember over the years having done it, you have to,
4  as we have discussed earlier, you have to really
5  watch out for kinking of the ureters.  So I caught
6  that, was able to release the stitch.  I don't
7  really remember anything else specific for that.
8    Q.   Do you remember any postoperative
9  complications you have had with a uterosacral
10  ligament suspension?
11    A.   Nothing that stands out, no.  I'm not
12  saying I never had it, just nothing stands out in my
13  mind.
14    Q.   Have you ever had a patient experience a
15  postoperative complication following an abdominal
16  sacrocolpopexy?
17    A.   Yes, either from the -- I have opened the
18  abdomen so many times in my career.  Certainly I
19  have had some hematomas and some infections of the
20  surgical wound.  But I don't remember it -- I'm
21  sorry, I have opened the abdomen so many times, I
22  don't remember specifically.
23       As far as just something related
24  specifically to the abdominal sacrocolpopexy and not

Page 220

1  just going through the abdominal wall, yes, I have
2  had a vaginal erosion.
3    Q.   Did you report any of those complications
4  to the FDA?
5    A.   No, because I took care of it.  It wasn't
6  something that I -- the erosion into the vagina in
7  those cases, none of them resulted in pain with sex
8  or pelvic pain or anything of the sort.  The reason
9  we fixed it was because it was just causing a
10  persistent discharge that the patient found
11  annoying.
12    Q.   You are an assistant clinical professor at
13  the Medical College of Georgia; is that right?
14    A.   Yes, sir.
15    Q.   That's here in Athens?
16    A.   It is.  There's a branch here now.  It was
17  in Augusta, and now there's a branch here in Athens.
18    Q.   Are you one of many professors in that
19  medical college?
20    A.   Probably, yes, sir.
21    Q.   Are there people that have the title of
22  professor, and then people that have different
23  titles like associate clinical professor?
24    A.   Yes, sir.

Page 221

1    Q.   As an associate clinical professor, do you
2  teach in a classroom setting?
3    A.   Not yet.  The medical school here is
4  relatively in its infancy.  I think we just
5  graduated our first four-year class last year.  And
6  I have been dealing more with individual medical
7  students on clinical rotations.  Most recently, I
8  have had some that rotated with me for their third
9  year rotation, but as of yet, no, I have not taught
10  in a classroom.
11    Q.   The Medical College of Georgia has not
12  sanctioned your activities working as a paid witness
13  on behalf of the Plaintiffs in this litigation, have
14  they?
15    A.   No, they have not.
16    Q.   They haven't endorsed your opinions in any
17  way?
18    A.   No.
19    Q.   You are one employee of many at that
20  medical college?
21    A.   I am not employed, I do it out of the
22  goodness of my heart, I guess.
23    Q.   Do you receive payment from them?
24    A.   No.  I think it's just more, I get some

56 (Pages 218 to 221)

Robert Brian Raybon, M.D.

Page 222

1  benefits, like I get to use PubMed and I get to do
2  things of that sort, I get some research, someone
3  can research something for me.
4      Q.  You get to put it on your CV?
5      A.  Right.
6      Q.  Does the Medical College of Georgia know
7  that you are serving as an expert on behalf of the
8  Plaintiffs in this litigation?
9      A.  I don't know.  I don't necessarily think
10  so.
11      Q.  Are you an expert in determining corporate
12  motive, knowledge or intent?
13      A.  I would say no.
14      Q.  When did you become an expert on the
15  Prolift+M device?
16      A.  I think -- when I was retained?  What's
17  the exact question?
18      Q.  You are testifying here as an expert on
19  the Prolift+M device?
20      A.  Yes, sir.
21      Q.  When did you become that?
22      A.  I feel like in general I'm an expert in
23  mesh and I'm an expert in the surgeries required.  I
24  guess, I think I would consider myself more of an

Page 224

1  for a surgical implantable device?
2      A.  No, sir.
3      Q.  You are not an expert in the design of
4  medical devices, are you?
5      A.  No, sir.
6      Q.  You are not an expert in the design of
7  clinical trials or testing of medical devices, are
8  you?
9      A.  No, sir.
10      Q.  You don't hold yourself out to the
11  community as a warnings expert, do you?
12      A.  No, sir.
13      Q.  Have you had any human factors training or
14  education?
15      A.  What?
16      Q.  Human factors training or education.
17      A.  What is that?
18      Q.  Any training regarding how people interact
19  with warnings and perceive and react to that
20  information, things like that.
21      A.  I would say yes and no.  As far as taking
22  a class or something, no.  But one of the issues
23  that I was involved with, I think we had to take an
24  online course that dealt with something to that

Page 223

1  expert on mesh in general in the pelvis and the use
2  of mesh in general.  I haven't really thought about
3  it as I'm an expert just on one particular one with
4  the exception being, of course, I now have in the
5  last several months have learned a lot of very
6  specific things about the Prolift.
7          I hadn't thought about the question that
8  way.
9      Q.  Have you ever drafted an IFU for a
10  surgical implant for a medical device manufacturer?
11      A.  No.
12      Q.  Have you ever drafted the warning that
13  accompanied an implantable medical device for a
14  medical device manufacturer?
15      A.  No, sir.
16      Q.  Is it fair to say you don't know what
17  processes are followed for preparing medical device
18  warnings?
19      A.  I don't know what the FDA's thoughts are
20  on that matter, no.
21      Q.  Is it fair to say you don't know the
22  regulations governing medical device warnings?
23      A.  I do not know, no.
24      Q.  Have you ever drafted a patient brochure

Page 225

1  effect.  So I guess I'm somewhat familiar with that.
2      Q.  You are not a pathologist, correct?
3      A.  Correct.
4      Q.  You are not a materials scientist?
5      A.  Correct.
6      Q.  Have you ever participated in an animal
7  study evaluating polypropylene mesh?
8      A.  No, sir.
9      Q.  Have you ever done any lab or benchtop
10  testing on polypropylene mesh?
11      A.  No, sir.
12      Q.  Have you ever done any biomechanical
13  testing of any polypropylene mesh?
14      A.  I don't know if this would qualify.  To me
15  partly it would.  As I said, back when I was doing
16  work with Bard, we used to -- we would do cadaver
17  courses and so forth.
18          I'm not talking about to train other
19  physicians, but where we would look at different
20  meshes or anchorings and we would study pullout
21  strength and that sort of thing.  So that might
22  qualify partially, to answer your question.
23      Q.  Do you know what the weight of the Prolift
24  mesh is?

57 (Pages 222 to 225)

Robert Brian Raybon, M.D.

Page 226

1    A.  I want to say 28 comes to mind, 28, 29.
2    That's what I think it is.
3    Q.  Do you know what the weight of the
4    Prolift+M mesh is preabsorption of the monocryl
5    component?
6    A.  I do not, off the top of my head.
7    Q.  So you don't know what the weight of the
8    Prolift+M mesh is post the monocryl --
9    A.  Not off the top of my head.  I did know
10   it.  I can't think of it right now.
11   Q.  Have you carefully reviewed Ethicon's
12   manufacturing documents to understand its premarket
13   testing process for the Prolift of Prolift+M
14   devices?
15   A.  I have reviewed everything that counsel
16   has provided me.  I assume you are talking about
17   some of their internal documents and everything as
18   well.  I think it's everything that was provided to
19   them.
20   Q.  Do you think that the materials that you
21   have received from the Blasingame law firm is
22   everything that's been provided to them in the
23   pelvic mesh litigation?
24   A.  I think so, from Ethicon.  I don't know

Page 227

1    that I have seen every deposition or everything like
2    that that they have taken.  I can't comment on that.
3    Q.  When you do a pelvic exam, do you evaluate
4    the ovaries and uterus by transvaginal palpation?
5    A.  Yes, when possible.  Sometimes a D&C
6    limits that.
7    Q.  You do that without actually seeing the
8    organs, right?
9    A.  Correct.
10   Q.  Do you perform endometrial biopsies and
11   D&Cs from time to time in your practice?
12   A.  I do.
13   Q.  And do those involve passing an instrument
14   through the cervix into the uterus by palpation?
15   A.  Yes, it does.
16   Q.  You do perform laparoscopic procedures,
17   correct?
18   A.  Yes, sir.
19   Q.  When you do so, do you insert a varus
20   needle through the umbilicus into the abdominal
21   cavity by palpation to insufflate the abdominal
22   cavity?
23   A.  Never.
24   Q.  Do you deliver babies?

Page 228

1    A.  Still do.
2    Q.  When you assess a woman's progress in
3    labor by determining cervical dilation, do you do
4    that by palpating the cervix?
5    A.  Digitalization, yes, we do a vaginal exam.
6    Q.  Digital meaning your fingers?
7    A.  We put our fingers in yes, sir.
8    Q.  Did you review any of Ethicon's design
9    protocols for the Prolift or Prolift+M devices?
10   A.  Design protocols, I reviewed a lot of what
11   they had.  I don't know what part of it was a design
12   protocol or not.
13   Q.  How did you decide what materials to cite
14   in the end notes of your report or the footnotes of
15   your reports?
16   A.  As the report was unfolding and I was
17   writing it and revising it and revising it and
18   writing it and revising it, I had all the documents
19   around.  And it took a while to do, because I would
20   have to go back and find things.
21       But basically, I have a locked room at my
22   other office where I keep all the stuff, and that's
23   where I go to write on it.  So it's all right there
24   at my fingertips.

Page 229

1    Q.  You have a locked room at your office
2    where you keep the stuff that you have produced here
3    today?
4    A.  Yes, sir.
5    Q.  Any other stuff?
6    A.  Any other stuff?
7    Q.  In that locked room regarding your file
8    materials for these cases?
9    A.  Just things that are with this ongoing
10   litigation or whatever.  I'm sorry, I don't
11   understand your question.
12   Q.  I want to understand if there are any file
13   materials that you utilized in forming your opinions
14   regarding the Prolift and Prolift+M products that
15   are back in that locked room in your office that
16   aren't here today.
17   A.  Oh, no, no, sir.  I'm sorry.
18   Q.  You say at the bottom of Page 21 of your
19   Prolift report that, "Based upon the current
20   literature regarding armed TVM kits and the articles
21   and abstracts regarding the Gynemesh PS and Prolift
22   products, upon what I have observed when I have
23   removed Prolift mesh, and upon what I have learned
24   from my review of Ethicon's internal documents and

58 (Pages 226 to 229)

Robert Brian Raybon, M.D.

Page 230

1  testimony, it is my opinion that the risks of
2  implanting the Prolift far outweighed any perceived
3  benefits with unacceptable rates of mesh exposures,
4  erosions, dyspareunia, urinary and bowel problems,
5  chronic or permanent pelvic pain, painful mesh
6  shrinkage, revisions and reoperations in an attempt
7  to address these complications and recurrences of
8  prolapse following mesh removal surgeries."
9       Did I read that correctly?
10      A.  Yes, you did.
11      Q.  When you refer to unacceptable rates of
12 those various complications listed there, do you
13 have in mind what an acceptable rate of mesh
14 exposure is?
15      A.  When I was doing my hand-sewn ones, mine
16 was at three percent or less.  So for exposure, to
17 have an exposure is not my -- it can be very
18 annoying and concerning to the patient, but if
19 that's the solitary thing, I can fix that.  It's
20 these other issues that are a bit concerning.
21      Q.  So a three percent exposure rate is okay
22 with you?
23      A.  That would be ideally even less.  My sling
24 exposure rate is less than one.

Page 231

1       Q.  When you say sling, what do you mean?
2       A.  Once again, a sling is polypropylene mesh.
3  When we first started out, there were people that
4  were having erosion rates of five to seven percent.
5  Mine for the last several years has been like
6  0.4 percent there.
7       Q.  Understandably, you want the rate to be as
8  low as possible.
9       A.  Absolutely.
10      Q.  But is a five percent exposure rate
11 acceptable to you?
12      A.  I guess if it delivered as promised and
13 there was none of these other complications, I could
14 probably live with that.
15      Q.  Do you use TVT slings?
16      A.  I don't.
17      Q.  How do you treat stress urinary
18 incontinence?
19      A.  I don't use the TVT brand.  I use others
20 slings.
21      Q.  What slings do you use?
22      A.  I use, recently I have used Altus, which
23 is a Coloplast sling.  I have used, Desara, I think
24 is it D-E-S-A-R-A, which is by Caldera.

Page 232

1       I have used Sparc, S-P-A-R-C, which is by
2  AMS, but now will be going off the market there.
3       Q.  All polypropylene slings?
4       A.  All polypropylene.
5       Q.  What's an acceptable rate of erosions for
6  you?
7       A.  I would say the same.  I'd like it, I
8  mean, erosion and exposure, I'm sorry, in my mind I
9  kind of lump them in because they are in the vagina.
10      Q.  Five percent would be okay?
11      A.  Or less, yes, as low as possible.
12      Q.  What's an acceptable dyspareunia rate for
13 you in a pelvic organ prolapse repair?
14      A.  Zero.
15      Q.  One percent is unacceptable?
16      A.  No, I guess I could live with that.
17 Obviously, it is probably the thing that one
18 patient, if they have severe dyspareunia and
19 previously their sex life was good, it is a horrible
20 thing to take care of.
21      Q.  The next page, Page 22, you talk about how
22 there were alternative designs available for the
23 Prolift kits, right?  We have talked a bit about
24 that today already?

Page 233

1       A.  Yes, sir.
2       Q.  One thing you say there is "introduction
3  of stress shielding to prevent pore collapse."
4       What do you mean by that?
5       A.  What stress shielding is referring to in
6  this sentence there is that material that you put
7  in, it takes the physical forces or the stress off
8  the surrounding tissues.  You certainly have to be
9  careful with the terminology because, and in the
10 long term, you don't want stress shielding to
11 necessarily be there, because if you remember the
12 Moalli study we discussed, it was felt that some of
13 the vaginal degeneration that was seen with the
14 Prolift mesh was due in fact to stress shielding.
15      Now, in my mind, I may have this wrong,
16 but in my mind, stress shielding, the way I meant
17 the connotation here is, you want it there in a way
18 to protect the pore size to keep the mesh lying
19 flat, to keep the mesh pores open such that ingrowth
20 can occur.  Once that occurs, the stress shielding
21 ideally could wither away or go away.
22      Q.  Does abdominally placed polypropylene mesh
23 degrade, in your opinion?
24      A.  Yes.

59 (Pages 230 to 233)

Robert Brian Raybon, M.D.

Page 234

1    Q.  Do you believe that Proline sutures
2  degrade?
3    A.  Yes.
4    Q.  On Page 22 at the bottom of the page you
5  say, "I personally observed and treated patients who
6  have been implanted with Ethicon Prolift products
7  that experienced the following device-related
8  complications."  And then on the next page you say
9  that, "Those are directly attributable to the
10  defective design of these products as described
11  previously."
12       Right?
13    A.  Yes.
14    Q.  What design defect in the Prolift and
15  Prolift+M devices causes chronic or permanent pelvic
16  pain?
17    A.  That had to do with the armed nature of
18  the mesh which we have discussed as well as the
19  chronic and ongoing inflammatory/foreign body
20  response induced by the degrading polypropylene
21  mesh.
22    Q.  Anything else?
23    A.  I think that the other thing is poor
24  surgeon training.

Page 235

1    Q.  Have you ever developed a training course
2  for surgeons to go through in preparation for using
3  a medical device for the first time?
4    A.  No.  I've taught some very small ones and
5  I was given kind of free reign to do what I wanted,
6  but no, I don't think I built it from the ground up.
7    Q.  What design defect causes chronic or
8  permanent inflammation of tissues surrounding mesh?
9    A.  That's going to be the degradation of the
10  polypropylene.
11    Q.  Anything else?
12    A.  That's the main thing.
13    Q.  What defect in the Prolift or Prolift+M
14  devices causes excessive scar plate formation, scar
15  banding and contracture of mesh arms?  I will leave
16  it at that.
17    A.  Sir?
18    Q.  I'll leave it at that.
19    A.  One, that's going to be your adequate or
20  inadequate pore size once the mesh is placed.  You
21  want the mesh to maintain its pore size until the
22  ingrowth occurs.
23       That is where you are going to get your
24  bridging, your bridging fibrosis which is going to

Page 236

1  lead to your scar banding.  When you are talking
2  about the arms, then that has to do with the
3  curvature of the arms and basically the mesh arms
4  end up by curving and overlapping themselves.  That
5  doubles your mesh density which is going to cause
6  excessive scar plate formation.
7    Q.  What defect in the Prolift or Prolift+M
8  devices causes erosion of mesh into the bladder and
9  rectum and exposure of mesh into the vagina?
10    A.  Once again, obviously, you can't say
11  something like that without commenting on surgical
12  training and surgical technique.  But then once
13  again, in something like that where you basically
14  have created like a fistula-type track, inflammation
15  and chronic inflammation is a key point.
16    Q.  What defect in the Prolift and Prolift+M
17  devices, design defect, that is, causes pudendal
18  neuralgia?
19    A.  That can be many things.  Number one, it
20  can be the technique itself of passing these trocars
21  blindly.  I believe it was the posterior pass that
22  advocated going through the sacrospinous ligament
23  where traumatically the pudendal nerve would be the
24  most at risk of being ensnared in the resultant mesh

Page 237

1  arm or lacerated by the tip of the trocar.
2       Additionally, it has been well-described
3  in the literature the fibrosis around such, how it
4  can affect the surrounding nerves.  And nerves can
5  end up getting entrapped or encapsulated in the
6  ongoing fibrotic response.
7       So it can be the actual technique itself,
8  whether it's from a poor design by a manufacturer or
9  the execution of that by the surgeon.  But also,
10  once again, the chronic inflammation is going to
11  play a role in this.
12    Q.  What is the generally accepted method for
13  measuring pore size or porosity in mesh?
14    A.  I believe, if I'm not mistaken, that is
15  with a SEM scan, scanning electron microscopy, I
16  believe.  I don't think it is TDM, I think it is
17  scanning electron microscopy.
18    Q.  Can you hold a ruler up to the mesh to
19  measure the pore size?
20    A.  Wait a minute, we are talking about the
21  macro picture, the mesh is laying there, that type
22  of thing.
23    Q.  Yes.
24    A.  Yes, you can do that.  I forgot what

60 (Pages 234 to 237)

Robert Brian Raybon, M.D.

Page 238

1     amount of force if any is put on it, but yes, you
2     can do that.  I was thinking about microscopically.
3         Q.  Have you ever taken a piece of Gynemesh PS
4     or ULTRAPRO mesh and laid it next to a ruler and
5     measured how big the pores are?
6         A.  No.
7         Q.  What's the design defect in the Prolift or
8     Prolift+M devices that in your opinion causes pelvic
9     floor muscle spasms?
10        A.  Once again, the chronic inflammation; the
11    passage of these arms through the various muscles
12    that are present; as well as the irritation and
13    inflammation of the nerves.  Once these nerves --
14    this has been well-described -- are chronically
15    irritated, their threshold for wanting to fire is
16    actually lowered dramatically.
17            So then things that might otherwise
18    stimulate a pelvic floor muscle contraction --
19    excuse me, things that otherwise would not stimulate
20    a pelvic floor muscle spasm are now stimulating
21    them.  It may just be activities of daily life.
22        Q.  How much farther away does the TOPAS sling
23    traverse from the pudendal nerve than the Prolift?
24        A.  Gosh, it is like the equivalent from here

Page 239

1     to California.  It is not even in the ballpark.
2         Q.  How many centimeters?
3         A.  Gosh, six, seven, eight, nine.
4         Q.  What's that based on?
5         A.  Just knowledge of anatomy.  It's nowhere
6     close.
7         Q.  Is there a cadaver study that's been done
8     that shows that difference?
9         A.  I think if I can show you on a skeleton,
10    you would see it is not even in the same
11    neighborhood.
12        Q.  What is the design defect in the Prolift
13    or Prolift+M devices that causes nerve damage and
14    dyspareunia?
15        A.  Once again, that is, the nerve damage can
16    be many ways.  One, it can be the passage -- once
17    again, I guess now we are not talking about pudendal
18    nerve anymore, we are talking about nerves in
19    general here, just to be clear.
20            So nerve damage as you get excessive
21    fibrosis or scarification, numerous pathology
22    studies have shown that they found nerve fibers in
23    this.  So the nerves can get caught up in this
24    ongoing severe scarification is going to be a result

Page 240

1     of the healing as well as the chronic ongoing
2     inflammation.  Scarification, once again, obviously
3     we said earlier in this deposition, is a good thing
4     for healing, but at some point it needs to quit.
5         Q.  Is there a standardized weight
6     classification system for mesh?
7         A.  Standardized weight, like if it is 20
8     micrograms, it is low weight; if it is 30 micrograms
9     it is --
10        Q.  Right.
11        A.  I don't know that it is standardized.
12        Q.  So there is no standardized weight
13    classification system that you know of for mesh?
14        A.  Not right off.  I think it is one of those
15    things, you kind of know it when you see it.
16        Q.  Do you agree that with any implant in any
17    part of the body, there's the possibility of a
18    chronic foreign body reaction?
19        A.  I think that's a very fair statement.
20        Q.  Not every chronic foreign body reaction
21    leads to pain; is that fair?
22        A.  That's correct.
23        Q.  Recurrence of prolapse is a possibility
24    with any pelvic organ prolapse procedure, correct?

Page 241

1         A.  Yes, sir.
2         Q.  Just because recurrence of prolapse is
3     possible with a pelvic organ prolapse procedure
4     doesn't mean that procedure or device is defective,
5     does it?
6         A.  Yes and no.  So, for example, if the
7     prolapse recurred because of a problem with the
8     device that you had to go in and required its
9     removal, I attribute that to the device.
10        Q.  What is the alleged design defect with the
11    Prolift or Prolift+M devices that you think causes
12    stress urinary incontinence, urge incontinence or
13    urinary retention?
14        A.  I think you have to break those down
15    carefully.  Urinary retention is probably going to
16    be twofold.  One is going to be perhaps related to
17    the dissection or improper dissection required, even
18    though I will say I found it interesting that there
19    was an email in Ethicon's stuff from David Robinson
20    regarding a couple of patients that he was made
21    aware of that had urinary retention, and both of
22    these patients were operated on by what I intimated
23    to be KOLs.  One of them was Dennis Miller there.
24            It seemed to be prolonged and ongoing and

61 (Pages 238 to 241)

Robert Brian Raybon, M.D.

Page 242

1  and ongoing and ongoing after several weeks. So it
2  raises a question of, is that related to the actual
3  passage of the urine and digging up some of the
4  nerves and so forth.
5        As far as the stress urinary incontinence
6  goes, I think some of that has to do with, once
7  again, with the training there. The urge
8  incontinence is going to be more related to the
9  chronic irritation and inflammation going on and
10 lowering the threshold for the nerves to fire.
11     Q. I added up on your invoices that we have
12 marked as Exhibit 6 the total amounts reflected on
13 those invoices. That amount was $90,375. Does that
14 sound about right in terms of the amount you have
15 been paid or have invoiced for your work in the
16 pelvic mesh litigation involving Ethicon?
17     A. It sounds about right, yes, sir.
18     Q. How much have you earned to date from your
19 work as an expert witness in all of the transvaginal
20 mesh litigation combined, not just limiting it to
21 Ethicon?
22     A. $250,000. I don't know. With this 90,000
23 that you just mentioned and what I have done before,
24 it's probably at least 250.

Page 243

1      Q. You earn $4,000 for a half day of trial
2  testimony and $8,000 for a full day?
3      A. Yes, sir.
4      Q. For your deposition time, you earn $600
5  per hour with a minimum four-hour charge?
6      A. Yes, sir.
7      Q. For travel time to the deposition, you
8  earn $200 in 30-minute increments?
9      A. Yes, sir.
10     Q. So if it goes 36 minutes, you would charge
11 $400 for that hour of travel?
12     A. Yes, sir. I think the first hour I
13 probably would do just 200 and after that -- I'm
14 sorry, I'm getting confused now.
15     Q. When you travel to testify at a trial for
16 Mr. Hill's firm, the Blasingame firm, how do you get
17 there?
18     A. I have flown.
19     Q. Did you fly commercial or on a private
20 plane or jet?
21     A. It's private.
22     Q. Did you ever fly in a commercial plane or
23 jet to get to a trial involving the Blasingame firm?
24     A. No, sir.

Page 244

1      Q. Is it a private jet or a private plane?
2      A. One was a private plane I think owned by
3  somebody in the firm. The other was a jet.
4      Q. Have any medical device manufacturers
5  flown you anywhere on a private jet or plane?
6      A. No, sir.
7      Q. Are you billing for your travel time when
8  you are on the private plane or private jet?
9      A. I am, at the rate I mentioned.
10     Q. Who created the reliance lists that we
11 have marked as Exhibits 11 and 12?
12     A. I think I gave kind of a hodgepodge list
13 which the secretaries here kind of collated for me,
14 if that makes sense.
15     Q. The way it was produced to us, there was a
16 29-page list and a 131-page list. Does that sound
17 about right?
18     A. Yes, sir. There was a lot of
19 documentation that I reviewed at one time or
20 another.
21     Q. What's the difference between those two
22 lists, if you know?
23     A. The difference, you mean as far as the
24 specific articles or whatnot?

Page 245

1      Q. Why were there two separate lists prepared
2  in that regard?
3      A. Well, is one not for Prolift and
4  Prolift+M?
5      Q. No, the way it was produced to us, there
6  is a 29-page reliance list for Prolift in addition
7  to a 131-page list for the Prolift, and then there's
8  the same thing for the Prolift+M.
9      A. I'm sorry, I misunderstood what you were
10 asking. I don't know why we broke it up into two
11 separate ones. I'm sorry, I didn't understand.
12     Q. Between what's included in your reports
13 and with we have discussed today, have we discussed
14 all of your opinions regarding the Prolift and
15 Prolift+M devices?
16     A. I think we have. We have covered a lot of
17 what was in my IFUs, I think.
18     Q. Thank you.
19        (Deposition concluded at 2:19 p.m.)
20
21
22
23
24

62 (Pages 242 to 245)

Robert Brian Raybon, M.D.

Page 246

```
1           - - - - - -
              E R R A T A
2           - - - - - -
3
4    PAGE LINE CHANGE
5    ____ ____ _____
6       REASON: _____
7    ____ ____ _____
8       REASON: _____
9    ____ ____ _____
10      REASON: _____
11   ____ ____ _____
12      REASON: _____
13   ____ ____ _____
14      REASON: _____
15   ____ ____ _____
16      REASON: _____
17   ____ ____ _____
18      REASON: _____
19   ____ ____ _____
20      REASON: _____
21   ____ ____ _____
22      REASON: _____
23   ____ ____ _____
24      REASON: _____
```

Page 248

```
1          C E R T I F I C A T E
2
     GEORGIA:
3
     HENRY COUNTY:
4
5        I hereby certify that the foregoing
     deposition was reported, as stated in the
6    caption, and the questions and answers
     thereto were reduced to the written page
7    under my direction; that the foregoing
     pages 1 through 245 represent a true and
8    correct transcript of the evidence given.
     I further certify that I am not in any
9    way financially interested in the result
     of said case.
10       Pursuant to Rules and Regulations of
     the Board of Court Reporting of the
11   Judicial Council of Georgia, I make the
     following disclosure:
12       I am a Georgia Certified Court
     Reporter.  I am here as an independent
13   contractor for Golkow Global Litigation
     Services.
14       I was contacted by the offices of
     Golkow Global Litigation Services to
15   provide court reporting services for this
     deposition.  I will not be taking this
16   deposition under any contract that is
     prohibited by O.C.G.A. 15-14-37 (a) or
17   (b).
         I have no written contract to provide
18   reporting services with any party to the
     case, any counsel in the case, or any
19   reporter or reporting agency from whom a
     referral might have been made to cover
20   this deposition.  I will charge my usual
     and customary rates to all parties in the
21   case.
     This, the 20th day of April, 2016.
22
23   _____
       MAXYNE BURSKY, CCR-2547
24
```

Page 247

```
1
2        ACKNOWLEDGMENT OF DEPONENT
3
4        I,_____, do
5    hereby certify that I have read the
6    foregoing pages, and that the same is
7    a correct transcription of the answers
8    given by me to the questions therein
9    propounded, except for the corrections or
10   changes in form or substance, if any,
11   noted in the attached Errata Sheet.
12
13
14   _____
15   ROBERT BRIAN RAYBON, M.D.        DATE
16
17
18   Subscribed and sworn
     to before me this
19   _____ day of _____, 20____.
20   My commission expires:_____
21
     _____
22   Notary Public
23
24
```