# Exhibit
## "1"

**Curriculum Vitae**
**Alan D. Garely, M.D.**

**Date Prepared:**   January 13, 2016

**PERSONAL INFORMATION**

**BUSINESS ADDRESS:**   1 South Central Ave
Valley Stream, NY 11580

70 East 90th Street
New York, NY 10128

**BUSINESS PHONE:**   (516) 763-7820 (Valley Stream)
(212) 722-7409 (New York City)

**FAX:**   (516) 763-7825

**EMAIL**   alan.garely@snch.org (work)
ugssinc@yahoo.com (personal)

**PLACE OF BIRTH:**   Newark, New Jersey

**CITIZENSHIP:**   United States of America

**MARITAL STATUS:**   Married

**CURRENT TITLE:**   Chair, Department of Obstetrics and Gynecology
South Nassau Communities Hospital
Oceanside, NY (7/2012-present)

Director of Urogynecology and Pelvic Reconstructive Surgery,
Department of Obstetrics snd Gynecology
South Nassau Communities Hospital (9/2009-present)

Clinical Associate Professor of Clinical Obstetrics, Gynecology and
Reproductive Science, Mount Sinai School of Medicine, NY, NY.
(9/2009-present)

Adjunct Clinical Professor of Obstetrics and Gynecology, Ross University
School of Medicine, Dominica, WI (2013-present)

Adjunct Clinical Associate Professor of Obstetrics and Gynecology, NYIT
College of Osteopathic Medicine, Old Westbury, NY (3/2015- present)

**EDUCATION**
**UNDERGRADUATE:**   Hampshire College
Amherst, Massachusetts
BA, 1984

**GRADUATE:**   St. George's University School of Medicine
Grenada, West Indies

M.D., 1989

| | |
|---|---|
| **INTERNSHIP:** | St. Vincent's Hospital and Medical Center of New York<br>Department of Obstetrics and Gynecology<br>New York, New York<br>July 1989 – June 1990 |
| **RESIDENCY:** | St. Vincent's Hospital and Medical Center of New York<br>Department of Obstetrics and Gynecology<br>New York, New York<br>July 1990 – June 1993 |
| **CHIEF RESIDENT:** | St. Vincent's Hospital and Medical Center of New York<br>Department of Obstetrics and Gynecology<br>New York, New York<br>July 1992 – June 1993 |
| **FELLOWSHIP:** | Mt. Sinai Hospital/University of Connecticut<br>Department of OB/GYN<br>Division of Urogynecology and Pelvic Reconstructive Surgery<br>Hartford, Connecticut<br>July 1993 – June 1994 |
| **FELLOWSHIP:** | Louisiana State University Medical Center<br>Department of OB/GYN<br>Division of Urogynecology and Pelvic Reconstructive Surgery<br>New Orleans, Louisiana<br>July 1994 – June 1995 |

**RELATED EXPERIENCE**

Research Associate, The Johns Hopkins Infectious Enteric Disease Research Center, White Mountain Apache Indian Reservation, White River, Arizona, May 1983 – January 1984

Intern, United States Agency for International Development, United States Department
Mali, West Africa, December 1981 – August 1982

**CERTIFICATION**

American Board of Obstetrics and Gynecology,
    Diplomate, November 1996
ABOG re-certification 2013
American Board of Obstetrics and Gynecology,
    Diplomate, Sub-specialty board- Female Pelvic Medicine and
    Reconstructive Surgery (urogynecology), June 2013
FLEX, Parts I and II, June 1989
FMGEMS, Part II, July 1988
FMGEMS, Part I, July 1987

**LICENSURE**

New Jersey, inactive, MA 66663
Louisiana, inactive, 10375R
New York, active, 190847-1
Connecticut, inactive, 033159
DEA, active, BG3471872

**ACADEMIC APPOINTMENTS and POSITIONS**

Director of Urogynecology and Pelvic Reconstructive Surgery
Department of Obstetrics, Gynecology, and Reproductive Science
The Mount Sinai School of Medicine (9/2009-6/2012)

Vice Chairman and Chief, Division of Urogynecology and Pelvic
Reconstructive Surgery, Winthrop University Hospital, Mineola, NY.
(August 2002- September 2009)

Associate Professor of Clinical Obstetrics, Gynecology and
Reproductive Medicine, School of Medicine in the State
University of New York at Stony Brook (1/08- 9/09)

Chief of Gynecology and Vice-Chairman, Department of Obstetrics
and Gynecology, Winthrop University Hospital
August 2002- May 2008

Associate Director, Urogynecology and Pelvic
Reconstructive Surgery
North Shore University Hospital, Manhasset, NY
Assistant Professor, NYU School of Medicine
October 1997 – May 2002

Attending, Long Island Jewish Medical Center
New Hyde Park, NY, 1998 – May 2002

Assistant Professor of Obstetrics and Gynecology
Section of Urogynecology and Pelvic Reconstructive Surgery
Louisiana State University Medical Center
New Orleans, Louisiana
July 1995 – October 1997

Attending, Louisiana State University Medical Center,
Obstetrics and Gynecology, 1995-1997

## OTHER PROFESSIONAL POSITIONS

| | |
|---|---|
| 2003-2009 | Astellis-Yamanouchi - Consultant |
| 2003-2009 | Indevus - Consultant |
| 2003-2009 | I-Flow Corp - Speaker |
| 2003 | American Medical Systems - Consultant |
| 2003-2011 | Covidian (Tyco/US Surgical) - Consultant |
| 2001-2009 | United States Attorney General -Consultant, expert witness |
| 2001 | Organogenisis - Consultant |
| 2000 | Urosurge- Research |
| 1999 | TAP- Research |
| 1997-2010 | Pharmacia and Upjohn- Research, Speakers Bureau, Senior National Advisory Board |
| 1997-2004 | Gynecare- Speakers Bureau, National Preceptor |
| 1997-2002 | Alza- Speakers Bureau, Research |
| 1995-1999 | Ortho Pharmaceuticals- Speakers Bureau |
| 2008 | Bard- consultant |

4

**TEACHING EXPERIENCE**

Pelvic Anatomy Teaching Assistant, 1st Year Medical Students
State University of New York, Stony Brook,
    School of Medicine, 2002

Pelvic Anatomy Teaching Assistant, 1st Year Medical Students
Cornell University Medical School, 1999

Pelvic Anatomy Teaching Assistant, 1st Year Medical Students
New York University School of Medicine, 1998

Problem Based Learning, 1st Year Medical Students
Louisiana State University, 1996-1997

Pelvic Anatomy Teaching Assistant, 1st Year Medical Students
Louisiana State University, 1995-1997

Gynecology Service Staff, Residents and Students
Louisiana State University, 1995

Pelvic Anatomy Teaching Assistant, 1st Year Medical Students
University of Connecticut, 1994

**PROFESSIONAL ORGANIZATIONS**

| | |
|---|---|
| 2015-present | American College of Surgeons Gynecology advisory board (program representative) |
| 2010- present | American Board of Obstetrics and Gynecology-oral board examiner |
| 2010-2015 | American College of Surgeons Gynecology advisory board (AUGS representative) |
| 2006-2009 | American Urogynecologic Society (AUGS)-Government Relations Committee- Chairman |
| 2006-2009 | AUGS- Executive Council/ Board of Directors |
| 2004-present | Nassau Surgical Society- Executive Council, Member at large |
| 2003-Present | Nassau County Obstetrics and Gynecology Society |
| 2003-2010 | AUGS-Government Relations Committee |
| 2000-2003 | AUGS-Public Relations Committee |
| 1999-Present | American College of Surgeons, Fellow |
| 1996-Present | American College of Obstetrics and Gynecology, Fellow |
| 1993-Present | American Urogynecology Society (AUGS), Member |

**AWARDS**

2007- Association of Professors of Gynecology and Obstetrics (APGO) "Excellence in Training"
    Award
2007- American College of Surgeons-American Urogynecologic Society Health Policy Scholar,
    Brandeis University, Waltham, MA
2005- Winthrop University Hospital Department of Ob/Gyn Outstanding Attending of the Year
1997- Berlex Foundation Scholar, Course in Study Design and Biostatistics, Captiva Island FL

**POST DOCTORAL FELLOWS**
    **TRAINED**
    Phillip Barksdale, M.D. (Private Practice LA)
    Shawn Menefee, M.D. (Chief of Urogynecology Kaiser- UCSD)
    Raul Yordan, M.D. (Private Practice TX)

Kathy Fishwick, M.D. (National Health Service Great Briton)
Carol Glowacki, M.D. (SUNY Downstate)
Christopher Walshe, M.D (Private Practice VA)
Felipe Videla, M.D.  (Private Practice- AZ)
Cedric Olivera, MD  (Chief of Urogynecology and Pelvic Surgery, Lutheran Medical Center, NY)
Sue Zhou, MD    (Chief of Urogynecology and Pelvic Surgery, New York Med College NY )
Azin Shariarinezat, MD (Chief of Urogynecology- USC Medical Center, CA)
Tracy Capes, MD (private practice Milwaukee,WI)
Alejandro Treszezamsky (private practice San Antonio, TX)
Laureen Raskoff, MD (Chief of Female Pelvic Medicine and Recon. Surgery, SUNY Downstate)
Salma Rahimi, MD (Faculty practice, South Nassau Communities Hospital, Oceanside, NY)
Laraphile Derosier, DO (
Robert Kelley, DO (current)
Nina Jacobson, MD (current)

## VISITING PROFESSOR

3/31/11-  Mayanei HaYeshua Medical Center, Bnei Brak, Israel. The Surgical Maestro Workshop

## CONTINUING EDUCATION
   ## ATTENDED

American College of Obstetrics and Gynecology,
San Francisco, CA, May 2005

American College of Obstetrics and Gynecology,
Philadelphia, PA, May 2004

American Urogynecology Society, Hollywood, FL
September 2003

American College of Obstetrics and Gynecology,
New Orleans, LA, May 2003

American Urogynecology Society, SanFrancisco, CA
September 2002

American College of Obstetrics and Gynecology,
Los Angeles, CA, May 2002

American Urogynecology Society, Chicago, IL
September 2001

Hormone Replacement Therapy, Wyeth, San Diego, CA
February 2000

American Urogynecology Society, San Diego, CA
September 1999

American College of Surgeons, NY Chapter Council Meeting,
New York, NY, May 1999

American Urogynecologic Society, Washington, D.C.
October 1998

6

American Urogynecologic Society, Tucson, AZ
September 1997

American Urogynecologic Society, New Orleans, LA
October 1996

American Urogynecology Society, Evaluation of Rectal Function,
Seattle, WA, October 1995

Temple University School of Medicine, Philadelphia, PA
Pelvic, reconstructive, vaginal and urogynecological surgery:
Panoramic IV. November 1993
Society of Gynecologic Surgeons, Advanced Pelvic Surgery
Course, New York, NY, September 1993

Advanced Laparoscopic Surgery Course, Ethicon Corp.,
Cincinnati, OH, June 1992

**PRESENTED**

Louisiana State University Ob/Gyn Board Review Course, New
Orleans, LA, April 30, 2007

"Overactive Bladder" Sponsored by Primed, East Rutherford, NJ,
March 21, 2007

"Overactive Bladder" Sponsored by Primed, Princeton, NJ, March
30, 2007

"Overactive Bladder" Sponsored by Primed, Brooklyn, NY, April 12,
2007

"Overactive Bladder" Sponsored by Primed, Stamford CT,
September 15, 2006

"Overactive Bladder" Sponsored by Primed, Melville NY, September
29, 2006

"Pelvic Floor Reconstruction". Frontiers of Gyn Endoscopy
Yale Club, New York. Sponsored by Mercy Medical Center,
October 13, 2005

"Conquering Hurdles in the Management of Overactive
Bladder". Sponsored by Novartis, San Francisco, CA,
May 8, 2005

Annual Laparoscopy Course, St. Vincent's Hospital of
Staten Island, New York, NY, September 2003

Update of the Most Common Clinical Gynecological Problems.
Mt. Sinai School of Medicine. New York, NY, April 25, 2003

Louisiana State University OB/GYN Board Review Course.
New Orleans, LA, April 2003

On-Q Pain Management System. Great Neck, NY, April 3, 2003

Review of Muscarinic Receptor Antagonists. Selectivity and Interpreting New Patient Outcomes Data: OAB Treatment Options for the Urologist, Educational Telesymposium, Univ. of Kentucky, September 2002

Louisiana State University OB/GYN Board Review Course. New Orleans, LA, May 2002

Louisiana State University OB/GYN Board Review Course. New Orleans, LA, May 2001

Co-Director, Annual Laparoscopy Course, Staten Island University Hospital, New York, NY, June 2000

Louisiana State University OB/GYN Board Review Course. New Orleans, LA, May 2000

Vaginal Approach Reconstruction, (Urodynamics Society), American Urological Association, Atlanta, GA, March 2000

Comprehensive Gynecology – A Clinical Update for the Practicing Physician, New York, NY, October 1999

Louisiana State University OB/GYN Board Review Course. New Orleans, LA, April 1999

Louisiana State University OB/GYN Board Review Course. New Orleans, LA, April 1998

Louisiana State University OB/GYN Board Review Course. New Orleans, LA, April 1997

Instructor, Pelvic Anatomy Lab Course for American Urogynecology Society, New Orleans, LA, October 1996

## UNIVERSITY SERVICE
## DEPARTMENTAL

Operating Room Committee-Winthrop University Hospital, 2002-present

Gynecology Quality Assurance Committee (chairman), Winthrop Univ. Hospital, 2002-present

Resident Evaluation Committee-North Shore University Hospital, 1998-2002

Resident Evaluation Committee-LSU Medical Center, 1994-1997

Medical Student Education Committee-LSU, 1995-1997

## COMMUNITY SERVICE ACTIVITES

"Incontinence Overview" Winthrop University Hospital, Department Of Community Affairs, Mineola, NY, November 19, 2003

"Young at Heart" radio talk show on "Incontinence" WHPC – 90.3 FM, February 2003

Science Fair Judge – Edna Carr High School, New Orleans, LA

8

1996-1997

Physical Exams – Boy Scouts of America, New Orleans, LA
1996-1997

**JOURNAL REVIEWER**

Obstetrics and Gynecology
International Urogynecology Journal and Pelvic Floor Dysfunction
OB/GYN Management
Nature (Clinical Practice Urology)
American Journal of Managed Care
Journal of Reproductive Medicine
Expert Opinion on Emerging Drugs
Journal of the American College of Surgeons
Journal of Female Pelvic Medicine and Reconstructive Surgery

**PUBLICATIONS-PEER REVIEW**

Patient Preferences for Abdominal Incisions Used for Pelvic Organ Prolapse Surgery.
Noor N, Rahimi S, Pereira E, Treszezamsky A, **Garely A**, Vardy M, Ascher-Walsh C. Female Pelvic Med
Reconstr Surg. 2015 Nov-Dec;21(6):348-54. doi: 10.1097/SPV.0000000000000186. PMID: 26506164

The evolution of evaluation and management of urinary or fecal incontinence and pelvic organ prolapse.
Steele SR, Varma MG, Prichard D, Bharucha AE, Vogler SA, Erdogan A, Rao SS, Lowry AC, Lange EO,
Hall GM, Bleier JI, Senagore AJ, Maykel J, Chan SY, Paquette IM, Audett MC, Bastawrous A,
Umamaheswaran P, Fleshman JW, Caton G, O'Brien BS, Nelson JM, Steiner A, **Garely A**, Noor N,
Desrosiers L, Kelley R, Jacobson NS. Curr Probl Surg. 2015 Mar;52(3):92-136. doi:
10.1067/j.cpsurg.2015.02.001. Epub 2015 Feb 7. Review. No abstract available.

The evolution of evaluation and management of urinary or fecal incontinence and pelvic organ prolapse.
Steele SR, Varma MG, Prichard D, Bharucha AE, Vogler SA, Erdogan A, Rao SS, Lowry AC, Lange EO,
Hall GM, Bleier JI, Senagore AJ, Maykel J, Chan SY, Paquette IM, Audett MC, Bastawrous A,
Umamaheswaran P, Fleshman JW, Caton G, O'Brien BS, Nelson JM, Steiner A, **Garely A**, Noor N,
Desrosiers L, Kelley R, Jacobson NS. Curr Probl Surg. 2015 Feb;52(2):17-75. doi:
10.1067/j.cpsurg.2015.01.001. Epub 2015 Feb 7. Review. No abstract available.

In reply. **Garely AD**, Noor N. Obstet Gynecol. 2015 Apr;125(4):979-80.

Rahimi S, **Garely AD**. Urogynecologic conditions: chronic pelvic pain.
FP Essent. 2015 Mar;430:29-32.

Noor N, **Garely AD**. Urogynecologic conditions: pelvic organ prolapse.
FP Essent. 2015 Mar;430:23-8.

Desrosiers L, **Garely AD**. Urogynecologic conditions: interstitial cystitis/painful bladder syndrome.
FP Essent. 2015 Mar;430:17-22.

Kelley R, **Garely AD**. Urogynecologic conditions: urinary incontinence.
FP Essent. 2015 Mar;430:11-6.

**Garely AD**, Noor N. Diagnosis and surgical treatment of stress urinary incontinence. Obstet Gynecol. 2014
Nov;124(5):1011-27.

9

Olivera CK, Herron DM, Kini SU, Vardy MD, Ascher-Walsh CJ, **Garely AD**, Ginath S, Brodman ML,Long-term quality of life and pelvic floor dysfunction after bariatric surgery. Am J Obstet Gynecol. 2012 Nov;207(5):431.e1-4.

Ginath S, **Garely AD**, Condrea A, Vardy MD. Mesh erosion following abdominal sacral colpopexy in the absence and presence of the cervical stump. Int Urogynecol J.2012 Jun 21

Ginath S, **Garely AD**, Luchs JS, Shahryarinejad A, Olivera CK, Zhou S, Ascher-Walsh CJ, Condrea A, Brodman ML, Vardy MD. Magnetic resonance imaging of abdominal versus vaginal prolapse surgery with mesh. Int Urogynecol J. 2012 Apr 28.

Corcos J, Angulo JC, **Garely AD**, Carlsson M, Gong J, Guan Z; on behalf of the Fesoterodine Assessment and Comparison Versus Tolterodine (FACT) Study Group. Effect if fesiterodine 4mg on bladder diary and patient-reported outcomes during the first week of treatment in subjects with overactive bladder. Curr Med Res Opin. 2011 Mar 23

Ginath S, **Garely A**, Luchs JS, Shahryarinejad A, Olivera C, Zhou S, Ascher-Walsh C, Condrea A, Brodman M, Vardy M. MRI pelvic landmark angles in the assessment of apical pelvic organ prolapse. Arch Gynecol Obstet. 2010 Aug 21

Olivera C, Ginath S, **Garely AD**, Vardy M, Zhou S, Shahryarinejad A, Ascher-Walsh C , Brodman M. Minimally Invasive Approach to Pelvic Reconstructive Surgery. Journal of Minimally Invasive Gynecology , Volume 15 , Issue 6 , Pages 75S - 75S C .

Mallett V, Burks D, **Garely AD**, Smith N. Solifenacin treatment for overactive bladder in black patients: patient-reported symptom bother and health-related quality of life outcomes. Curr Med Res Opin. 2007 Apr;23(4):821-31

**Garely AD**, Lucente V, Vapnek J, Smith N.  Solifenacin for Overactive Bladder with Incontinence: Symptom Bother and Health-Related Quality of Life Outcomes (March). Ann Pharmacother. 2007 Mar;41(3):391-8. Epub 2007 Mar 6.

**Garely AD**, Kaufman JM, Sand PK, Smith N, Andoh M. Symptom Bother and Health-Related Quality of Life Outcomes Following Solifenacin Treatment for Overactive Bladder: the Vesicare Open-Label Trial (VOLT). Clinical Therapeutics, 2006, 27(11): 1935-1946

Roberts RG, **Garely AD**, Bavendam T. Safety and Tolerability of Tolterodine for the Treatment of Overactive Bladder in Adults.  Am J Manag Care. 2005;11:S158-S162

**Garely AD**, Burrows LJ. Benefit-Risk Assessment of Tolterodine in the treatment of overactive bladder in adults. Drug Safety. 2004, 27(13): 1043-1057

Swift S, **Garely AD**, Dimpfl T, Payne C.  A new once-daily formulation of tolterodine provides superior efficacy and is well tolerated in women with overactive bladder.  Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14 (1): 50-55

Abbas Shobeiri S, **Garely AD**, Chesson RR, Nolan TE.  Recognition of occult bladder injury during the tension-free vaginal tape procedure.  Obstet Gynecol. 2002 Jun; 99 (6): 1067-72

**Garely AD**, Burrows, LJ.  Current pharmacotherapeutic strategies for overactive bladder.  Expert Opinion Pharmacother. 2002; 3 (7): 827-833

Sussman D. **Garely AD**.  Treatment of overactive bladder with once-daily extended-release Tolterodine or Oxybutynin: The antimuscarinic clinical effectiveness trial.  Current Medical Research and Opinion. 2002; vol. 18, No 3: 1-9

Kohli N, Lucente V, McKinney T, Miklos JR, **Garely AD**, Karram MM. Tension free vaginal tape (TVT) for the treatment of stress urinary incontinence: the initial North American experience. Int Urogynecol J. Aug 1999;(suppl):S1-S914. 9

Scotti RJ, **Garely AD**, Greston WM, Flora RF, Olson TR. Paravaginal repair of lateral vaginal wall defects by fixation to the ischial periosteum and obturator membrane. Am J Obstet Gynecol. 1998 Dec; 179 (6 Pt 1): 1436-45

Barksdale PA, Brody SP, **Garely AD**, Elkins TE, Nolan TE, Gasser RF. Surgical landmarks of the ureter in the cadaveric female pelvis. Clinical Anatomy. 1997; 10 (S): 324-327

**Garely AD**. Editorial comment on assessing and managing urinary incontinence in primary care. Medscape Women's Health. 1996; http://www.medscape.com

Margono F, Moreuh, **Garely AD**, White D, Duerr A, Minkoff H. Resurgence of active tuberculosis among pregnant women. Obstet Gynecol. 1994; 83:911-914

## PUBLICATIONS-NON PEER REVIEW

**Garely AD**. Examining the evidence, hysterectomy and incontinence. OB/GYN Management. July 2002

**Garely AD**. Work-up and evaluation of urinary incontinence. OB/GYN Management. December 2001

## BOOKS, CHAPTERS AND ABSTRACTS

**Garely AD**, Krieger BR, Ky AJ. Rectal Prolapse, Current surgical Therapy, 2014, 11th Edition, Eds. JL Cameron and AM Cameron

**Garely AD**, Olivera C. Minimally invasive surgery for urinary incontinence. Chapter 12, Operative Gynecologic Laparoscopy: Principles and Techniques, 2008, Eds. F Nezhat and C Nezhat

**Garely AD**, Kaufman L. Transabdominal procedures for the treatment of stress urinary incontinence. Chapter 8, Female Pelvic Health, 2002, Eds. Carlin and FC Leong

E lkins TE, **Garely AD**. Repair of vesicovaginal, urethrovaginal and ureterovaginal fistulas. Section XV. Gynecologic Surgery. 1995. Eds. T. Stoval and W. Mann

## PAPERS AND POSTERS PRESENTED

Kelley RS, Noor N, Taub P, **Garely A**. Vulvar Siliconomas Post Labial Contouring: a case report. 2014 Annual Scientific Meeting of the American Urogynecologic Society (AUGS) and the International Urogynecological Association (IUGA) Washington D.C. July 2014. (Non-Oral Poster)

Rahimi S, Desrosiers L, **Garely A**, Mamik M, Vardy M, Ascher-Walsh CJ. Impact of sacrocolpopexy on sexual function in women with symptomatic pelvic organ prolapse. 2014Annual Scientific Meeting of the American Urogynecologic Society (AUGS) and the International Urogynecological Association (IUGA) Washington D.C. July 2014. (Non-Oral Poster).

Desrosiers L, Rahimi S, Kelley RS, Ascher-Walsh CJ, Vardy M, Mamik M, **Garely A**, Fantl. Periurethral Injection of Porcine Extracellular Matrix vs Human Amniotic Membrane: Pilot Experiment. 2014 Annual Scientific Meeting of the American Urogynecologic Society (AUGS) and the International Urogynecological Association (IUGA) Washington D.C. July 2014. (Non-Oral Poster).

Desrosiers L, Rahimi S, **Garely A**, Ascher-Walsh CJ. Rectosigmoid Resection or Rectopexy at the Time of Sacrocolpopexy for Pelvic Organ Prolapse and Defecatory Dysfunction. 39th Annual American Urogynecologic Society (AUGS) Scientific meeting. Las Vegas Nevada October 2013. (Non-Oral Poster)

Rahimi S, Noor N, **Garely A**. Rectosigmoid resection at the time of abdominal sacrocolpopexy for pelvic organ prolapse and defecatory dysfunction: A case series. 39th Annual Society of Gynecologic Surgeons (SGS) Meeting. Charleston, South Carolina April 2013. (Non-Oral Poster).

**Garely AD**, Desrosiers L, Rahimi S. The use of porcine derived urinary bladder matrix (UBM) in thetreatment of vaginal epithelial gaps. 39th Annual Society of Gynecologic Surgeons (SGS) Meeting.Charleston, South Carolina April 2013. (Non-Oral Poster).

Desrosiers L, **Garely AD**, Bioprothetic use in fistulas, American Urognecologic Society (AUGS), Providence RI, Sept 16 2011 (Poster presentation)

Cui N, **Garely AD**,  Bulbocavernosus Nerve Latency Differences in Patients with Prolapse, Stress Incontinence, and Overactive Bladder, American Urognecologic Society (AUGS), Providence RI, Sept 16 2011 (Poster presentation)

Mondesir W, Desrosiers L, Capes T, Liberman O, **Garely AD**,
An Innovative Technique for Bladder Mesh Erosion Removal Utilizing a Combined Cystoscopic and Intra-vesical Laparoscopic Technique, American Urognecologic Society (AUGS), Providence RI, Sept 16 2011 (Podium presentation)

Gurshumiv E, Petrikovsky B, Klapper A, **Garely A**, The course of pregnancy and labor in women with advanced uterine prolapsed, American College of Obstetricians and Gynecologists (ACOG), San Francisco CA, May 18, 2010 (non-oral poster)

Letko J, Gurshumov E, Gallo M, Apostolis C, **Garely A**, Fat fragment welding: a successful treatment of massive presacral hemorrhage,  American  Urogynecologic  Society (AUGS). Hollywood Fl, Sept 2009-(Non Oral Poster)

Olivera C,  Ginath S, **Garely AD**, Vardy MD, Zhou H,  Shahryarinejad A,  Ascher-Walsh CJ,, Brodman ML, OPEN MINIMALLY INVASIVE APPROACH TO PELVIC RECONSTRUCTIVE SURGERY  American Association of Gynecologic Laparoscopists (AAGL) Las Vegas, NV, Oct 30, 2008 (video presentation)

Ginath S, Vardy M,  Luchs J, Shahryarinejad A, Olivera C, Brodman M, Condrea A, **Garely A**.  Magnetic resonance imaging of abdominal versus vaginal prolapse surgery with mesh. International Uro-Gyneacologic Association, September 17, 2008  (Oral Poster) Taipai, Taiwan

Vardy M, Ginath S, Olivera C, Shahryarinejad A, Samuels T, Ascher-Walsh C, Brodman M, **Garely A**, Laztko Partial Colpocleises For Post Hysterectomy Vesicovaginal Fistula (Video)
Society of Gynecologic Surgeons; Savannah GA, April, 2008, (Podium Presentation)

Olivera CK, Vardy MD, Ascher-Walsh C, Shahryarinejad A, Ginath S, Zhou HS, **Garely AD**, Brodman ML.  Urogynecologists or female pelvic medicine and reconstructive surgeons: What's in a name? American  Urogynecologic Society (AUGS). Hollywood Fl, Sept 2007- (Non Oral Poster)

Ginath S, **Garely AD**, Zhou S, Shahryarinejad A, Olivera C.  Ascher-Walsch C, Brodman M, David JZ, Bajaj S, Vardy MD. Influence of Uterine Presence or Absence on the Outcome Abdominal Sacral Colpopexy. American  Urogynecologic Society (AUGS). Hollywood Fl, Sept 2007- (Non Oral Poster)

Shahryarinejad A, Vardy M; Ascher-Walsh C; **Garely AD**; Olivera C, Ginath S, Zhou S, Brodman M. Sacral Neuromodulation Therapy Surgical Site Infection: Two Case Reports.  Society of Gynecologic Surgeons, Orlando Fl, (Poster), April 12-14, 2007

Olivera CK, **Garely AD**, Vardy MD, Ascher-Walsh C, Ginath S, Zhou SH, Shahryarinejad A, Brodman M. The Evaluation Of Efficacy For TOT vs. TVT In Patients Undergoing A Concomitant  Abdominal Sacral Colpopexy. Society of Gynecologic Surgeons, Orlando Fl, (Poster), April 12-14, 2007

Chaudhry MF, Yadlapalli D, Bajaj S,  Yadlapalli P, Zhou SJ, Feurman M, Luchs JS, **Garely AD.** Lead Location Done With Fluoroscopy Does Not Predict Clinical Success During The interstim Implant In Patients With Overactive Bladder. Society of Gynecologic Surgeons, (Poster), Orlando Fl, April 12-14, 2007

Olivera C, Burga AM, Vardy MD, **Garely AD**, Flisser AJ, Zhou S, Brodman M. Mesh Extrusion followed by persistent granulation with the anterior Intravaginal Slingplasty (IVS) Tunneller: A case series, Palm Springs CA, (Poster) October 19-21, 2006

Karram MM, **Garely AD**. Improvements in multiple patient-reported outcomes following Solifenacin treatment for overactive bladder in an incontinent cohort, Palm Springs CA, (Poster) October 19-21, 2006

Burks D, **Garely AD.** Solifenacin Treatment for Overactive Bladder: African American Patients Report Significant Improvements in Symptom Bother and Quality of Life. National Medical Association, Dallas Texas ( Poster) August 5-10, 2006

**Garely AD.**  Trospium Chloride Demonstrates Rapid Onset of Effect for Multiple Overactive Bladder Symptoms in Female Patients. American Urogynecologic Society, Atlanta GA, September 17, 2005 (poster)

**Garely AD**.  Solifenacin succinate qd superior to placebo in all major overactive bladder symptoms in 4 trials: Results in women.  American College of Obstetricians and Gynecologists.  Philadelphia PA, May 1, 2004 (poster)

**Garely AD**.  Pharmacokinetics of oral contraceptives were unchanged by treatment with solifenacin succinate.  American College of Obstetricians and Gynecologists.  Philadelphia PA, May 1, 2004 (poster)

**Garely AD**.  Tolterodine for the treatment of overactive bladder: A 6 year safety data update. American College of Obstetricians and Gynecologists.  Philadelphia PA, May 1, 2004 (poster)

**Garely AD**.  Patient perception of bladder condition is a clinically useful efficacy measure in the management of overactive bladder.  International Continence Society.  Heidelberg, Germany, August 2002 (poster)

**Garely AD**.  Long term efficacy and tolerability of Tolterodine once daily in the treatment of female patients with overactive bladder.  American Urogynecologic Society.  Chicago IL, October 27, 2001 (paper)

**Garely AD**.  Once daily Tolterodine treatment significantly decreases perception of urgency and urge incontinence episodes in patients with overactive bladder.  American Urogynecologic Society. Hilton Head SC, October 2000 (paper)

Kohli N, Goldwasser S, Lucente V, McKinney T, Miklos JR, **Garely AD**, and Karram MM. Tension Free Vaginal Tape (TVT) for the treatment of Stress incontinence: The initial North American experience, 20th annual Scientific Meeting of the American Urogynecologic Society, San Diego, CA, Oct. 1999 (poster)

**Garely AD**.  Preliminary results of a new anatomically correct transvaginal prolapse repair using an automatic suture driver.  American Urogynecologic Society.  San Diego CA, October 20, 1999 (poster)

**Garely AD**, Elkins TE. The omental J-flap: A simple technique to repair complex bladder injuries. American Urogynecological Society. Tucson AZ, September 26, 1997 (paper)

**Garely AD**, Wall LL. Bladder capacity and its effect on the urethral closure pressure. American Urogynecological Society. Tucson AZ, September 26, 1997 (poster)

Barksdale PA, Brody SP, **Garely AD**, Elkins TE, Nolan TE, Gasser RF. Surgical landmarks of the ureter in the cadaveric female pelvis. Society of Gynecologic Surgeons. Albuquerque NM, March 1996 (paper)

**Garely AD**, Brody S. Assessing bladder integrity during retropubic urethropexy. American Urogynecological Society. Seattle WA, October 1995 (paper)

Jesionowska H, **Garely AD**. Mycoplasma colonization: Should we treat it? World IVF Congress, Paris, France, June 1991

McGregor JA, **Garely AD**, Lawellin DW, Lunt BD, Schoomaker JN. Fetal membrane tensile strength: Is it impaired by bacterial phospolipase A2? Society for Gynecological Investigation, San Diego, CA, March 15-18, 1989

Santosham SM, **Garely AD**, Reid R. Second international workshop on campylobacter infections in Brussels. Transmission of Campylobacter infections in an American Indian population-case control study. September 1983.

## SEMINARS AND INVITED PRESENTATIONS

"Pregnancy and pelvic floor" The Obstetrical and Gynecological Society of Suffolk County 37th Annual Clinic Day Symposium, Smithtown NY, April 9, 2014

"Pregnancy and the pelvic floor" Grand Rounds, Mount Sinai School of Medicine, NY NY, October 17th, 2012

"Urogynecology for the family practitioner" Grand Rounds, South Nassau Communities Hospital, Oceanside, NY, January 20, 2012

"It's a real mesh, what are we to do?" Grand Rounds Nassau University Medical Center, East Meadow, NY, November 29, 2011

"Surgical treatment of pelvic organ prolapsed" Panel Session, American College of Surgeons 97th Clinical Congress, San Francisco, CA, October 24, 2011

"The why's and how's of pelvic reconstructive surgery, Grand Rounds Dept of Surgery, Lutheran Medical Center, Brooklyn NY, October 20, 2011

"Understanding the pelvic floor" Grand Rounds, Nassau University Medical Center, East Meadow, NY November 9, 2010

"Urogynecology for general medicine" The Korean-American Medical Practitioners Association of New York, Great Neck, NY, May 20, 2010.

"Urogynecology for Family Medicine" Grand Rounds, South Nassau Communities Hospital, Oceanside NY, March 12, 2010

"Urogynecology for Primary Care" Grand Rounds, Mount Sinai School of Medicine, Division of General Medicine, NY, NY, Feb 18, 2010

"Urogynecology for the Geriatrician" Grand Rounds, Mount Sinai School of Medicine, Division of Geriatrics, NY, NY, Feb 18, 2010

"Pelvic Reconstructive Surgery- Can we rebuild it?" Grand Rounds, Mount Sinai School of Medicine, Department of Ob/Gyn, NY, NY, Sept 30, 2009

"The pelvic floor: can we rebuild it?" Grand Rounds, South Nassau Communities Hospital, December 3, 2008

"Use of the mni-lap incision in reconstructive surgery". Bronx Ob/Gyn society, City Island, NY, Sept 14 2009

"Minimally invasive abdominal approach pelvic reconstructive surgery", Grand Rounds, Downtown Hospital, Department of Ob/Gyn, NY, NY, March 27, 2009

Moderator, Ob/Gyn Section- Nassau Surgical Society Annual Clinic Day, Uniondale, NY, December 3, 2008

"Overactive bladder and the sexually active woman" Invited lecture, Brooklyn Obstetrics and Gynecology Society, Brooklyn, NY March 19, 2008

"Controversies in the management of female voiding disorders" Grand Rounds (combined urology and gynecology), Huntington Hospital, Huntington, NY, February 27, 2008

"Pelvic anatomy and why it matters in pelvic reconstructive surgery" Grand Rounds, Good Samaritan Hospital, Islip, NY, February 19, 2008

Moderator, Ob/Gyn Section- Nassau Surgical Society Annual Clinic Day, Uniondale, NY, December 5, 2007

"OAB- The good, the bad, and the ugly", Grand Rounds, Department of Obstetrics and Gynecology, Long Island College Hospital, Brooklyn, NY, April 20, 2007

"Is laparoscopic surgery obsolete?". Grand Rounds, Department of Obstetrics and Gynecology, Greater Baltimore Medical Center, Baltimore  MD, February 16, 2007

"Slings- the good, the bad, and the ugly". Grand Rounds, Department of Obstetrics and Gynecology, Good Samaritan Hospital, Islip NY, December 18, 2006

"Slings- evaluation, work-up, and treatment". Nassau Surgical Society, Uniondale, NY, December 6, 2006

"Post-operative pain control and early hospital discharge". Medical Society of Bayridge NY, Bayridge NY, November 14, 2006

Moderator, Ob/Gyn Section- Nassau Surgical Society Annual Clinic Day, Uniondale, NY, December 7, 2005

"The Case for Elective Cesarean Section- a Urogynecologists Persective".  Winthrop University Hospital Annual Ob/Gyn Conference, Garden City, NY, November 11, 2005

"Urogynecologic approach to pelvic surgery"  Grand Rounds, Department of Urology, Huntington Hospital, Huntington NY, August 31, 2005

"Pelvic anatomy and vaginal approach vault suspension" Grand Rounds, Department of Urology, Cornell Medical College, New York Hospital, New York, NY, June 13, 2005

"Minimally invasive treatment options for the surgical correction of stress urinary incontinence": A hands-on tutorial, American College of Obstetricians and Gynecologists, San Francisco, CA, May 7, 2005

"Stump the Professors (1 of 4 invited professors)" American College of Obstetricians and Gynecologists Annual Meeting, May 9, 2005

" Work up and evaluation of Bladder dysfunction and Urinary Incontinence" Louisiana State University School of Medicine OB/Gyn Annual Board Review, New Orleans, LA, April 18, 2005

"Overactive Bladder evaluation and work-up" Grand Rounds, Lehigh Valley Hospital, Allentown, NY, April 15, 2005

"Complications from pelvic reconstructive surgery" Winthrop University Hospital Annual Ob/Gyn Conference, Garden City, NY, November 12, 2004

"What's new in pelvic floor therapy", New Orleans Ob/Gyn Society, New Orleans LA, November 4th, 2004

"Pitfalls of pelvic reconstructive surgery", ACOG District II Annual Meeting, New York NY, October 29, 2004

"Overactive Bladder work-up and diagnosis". Italian American Pharmaceutical Society, Flushing NY, September 9, 2004

"Surgical Pain Management" – General Lecture Series. Massachusetts General Hospital, Boston MA, May 6, 2004

"Minimally invasive treatment options for the surgical correction of stress urinary incontinence": A hands-on tutorial, American College of Obstetricians and Gynecologists, Philadelphia PA, May 1, 2004

"Urogynecologic evaluation – Overactive bladder and incontinence". New Jersey State Society of Physicians Assistants 7th Annual CME Conference, Long Branch NJ, February 20, 2004

"Pelvic anatomy and pelvic reconstruction". Grand Rounds, St. Vincent's Hospital and Medical Center, New York NY, January 8, 2004

"GU obstetrical injuries – How and when to repair". Nassau Surgical Society, Uniondale NY, December 3, 2003

"Anatomy, evaluation and treatment of pelvic prolapse". Grand Rounds, Queens Hospital Center, Queens NY, November 19, 2003

"Vaginal versus abdominal approach to prolapse" – Moderator. Winthrop University Hospital Annual OB/GYN conference, Garden City NY, November 14, 2003

"Management of the overactive bladder" – U.S. Virgin Island Medical Society Annual Meeting. St. Croix USVI, June 14, 2003

"New concepts in pelvic reconstructive surgery" – Invited Lecturer, 9th Panhellenic Congress. Alexandroupolis Greece, June 2, 2003

"New advances in Urogynecology and pelvic reconstructive surgery". Grand Rounds, St. Vincent's Hospital of Staten Island, March 31, 2003

"Urodynamics". Grand Rounds. Nassau County Medical Center. Dept. of OB/GYN. December 17, 2002

"Pelvic surgery: Past, present and future".  Nassau Surgical Society, Uniondale NY, December 4, 2002

"Pelvic surgery: What works and what doesn't".  Annual OB/GYN Symposium, Winthrop University Hospital, Garden City NY, November 2002

"Office work-up, evaluation and treatment of overactive bladder".  Grand Rounds, Queens Hospital Center, Queens NY, September 4, 2002

"Laparoscopic vs vaginal vs abdominal pelvic reconstruction".  American College of Obstetrics and Gynecology, Chicago IL, May 6, 2002

"Urinary incontinence".  Grand Rounds, Flushing Hospital, Flushing NY, April 5, 2002

"Vesico-vaginal fistula prevention, work-up, evaluation and treatment".  Grand Rounds, St. Luke's-Roosevelt Hospital, New York NY, February 5, 2002

"Pelvic anatomy and clinical applications".  Grand Rounds, Queens General Hospital, Queens NY, January 30, 2002

"Transurethral bulking techniques".  Guest Speaker, San Juan Hospital, San Jose, Costa Rica, November 2001

"Work-up and evaluation of vaginal fistulas".  Grand Rounds, Long Island College Hospital, Brooklyn NY, October 12, 2001

"Laparoscopic vs vaginal vs abdominal pelvic reconstruction".  American College of Obstetrics and Gynecology, Chicago IL, April 30, 2001

"New advances in pelvic surgery".  Nassau County Medical Center, East Meadow NY, February 13, 2001

"Geriatric incontinence".  North Shore University Hospital, Dept of Geriatrics, Manhasset NY, November 6, 2000

"Overactive bladder".  Jamaica Hospital, New York NY, June 26, 2000

"Pelvic Anatomy".  Long Island Jewish Medical Center, New Hyde Park NY, June 21, 2000

"Urogynecology and pelvic surgery".  Long Island Jewish Medical Center, New Hyde Park NY, April 15, 1999

"Evidence based urogynecology".  Mt. Sinai Medical Center, New York NY, February 10, 1999

"Urinary tract injuries in GYN surgery".  Lehigh Valley Hospital, Allentown PA, December 11, 1998

"Pelvic reconstructive surgery".  Memorial Sloan-Kettering, New York NY, October 1998

"Evaluation of urinary incontinence".  Elmhurst Hospital Center, Elmhurst NY, October 22, 1998

"Urinary incontinence".  St. John's Episcopal Hospital, Far Rockaway NY, October 20, 1998

"New approaches to pelvic surgery".  New York Hospital-Queens, Queens NY, October 13, 1998

"Urinary tract infections in women".  North Shore University Hospital, Manhasset NY, July 16, 1998

"Urge incontinence".  Jamaica Hospital, Jamaica NY, July 9, 1998

"Genito-urinary fistulas".  Catholic Medical Center of Brooklyn and Queens, Jamaica NY, June 3, 1998

"Prevention and treatment of injuries to the ureter and bladder, repair of rectovaginal fisulas".  Beth Israel Medical Center, New York NY, February 11, 1998

"Genito-urinary fistulas".  Maimonides Medical Center, Brooklyn NY, February 6, 1998

"Vesico-vaginal fistula".  South Nassau Communities Hospital, Oceanside NY, February 5, 1998

"Urogynecology for geriatricians".  North Shore University Hospital, Manhasset NY, February 4, 1998

"Evaluation and management of genitourinary fistulas".  North Shore University Hospital, November 26, 1997

"Abdominal approaches to vaginal vault prolapse".  Latvia National Obstetrics and Gynecology Conference, Riga Latvia, June 27, 1997

"Selection criteria of oral contraceptives".  Latvia National Obstetrics and Gynecology Conference, Riga Latvia, June 26, 1997

"American perspective of oral contraceptives".  Latvia National Obstetrics and Gynecology Conference, Riga Latvia, June 26, 1997

"What's new in pelvic surgery".  St. Barnibas Medical Center, West Orange NJ, February 1997

"The urogynecology workshop".  Tulane University Medical Center, January 25, 1997

"Urogynecology, what works".  Staten Island University Hospital, New York NY, November 26, 1996

"New approaches to pelvic surgery".  Hackensack University Hospital and Medical Center, Hackensack NJ, November 2, 1996

"Pelvic floor disorders".  Overlook Hospital, Summit NJ, November 25, 1996

"OB/GYN for the internist".  Prince George's County Hospital, Cheverly MD, July 28, 1996

"Pelvic prolapse surgery".  Grand Rounds.  St. Vincent's Hospital and Medical Center, New York NY, November 1994

"Trauma and pregnancy".  Grand Rounds.  New York Medical College, Valhalla NY, May 1992

## FUNDING INFORMATION

**(Primary Investigator)**

**Novartis**,  A 12-week, open-label, non-randomized, multicenter study to evaluate the patient's perception of outcome after treatment with darifenacin in overactive bladder patients dissatisfied with prior anticholinergic therapy. Protocol C-DAR3282404,  2006

**Novasys Medical , Inc.,** A Prospective Study to Evaluate Renessa™ Long-term Durability for the Treatment of Female Stress Urinary Incontinence. Protocol CP-2639, 2006

**Pfizer,** Duloxetine for the treatment of stress urinary incontinence, double blind placebo controlled study, 2005

18

**Yamanuchi (Astellas),** Open Label study of Solifenicin (Vesicare) for the treatment of overactive bladder, 2005
**Gynecare,** A clinical assessment of patients undergoing Gynecare TVT with abdominal guides, 2002

**Pharmacia,** Treatment of overactive bladder with once-daily extended release Tolterodine or Oxybutynin:  The antimuscarinic clinical effectiveness trial, 2001 **(National Primary Investigator)**

**Bioform,** A prospective, randomized, comparative parallel group study of coaptite and contigen for urethral sphincter augmentation in the treatment of stress incontinence in a female population, 2001

**Alza,** Comparison of the efficacy and tolerability of Ditropan XL and Detrol in the treatment of overactive bladder, 2000

**TAP,** A phase II, randomized, double-blind study to evaluate the safety and efficacy of 1867 patients with endometriosis, 2000

**TAP,** A 12 week safety and efficacy study of oral TAK-637 vs placebo in subjects with overactive bladder, 2000

**Eli Lilly,** Efficacy and safety of Duloxetine compared with placebo in subjects with stress urinary incontinence, 2000

**Eli Lilly,** Long term monitoring of safety in subjects treated with Duloxetine for stress urinary incontinence, 2000

**Pharmacia,** A patient acceptability study of a once-daily formulation of Tolterodine.  A phase IIIB, open-label, single-arm trial in adult patients with overactive bladder and symptoms of urinary frequency, urgency and/or urge incontinence, 2000

**Pharmacia,** Clinical efficacy and tolerability/safety of Tolterodine prolonged release capsules and Tolterodine immediate release tablets vs placebo.  AR, DB, PC multinational study in patients with symptoms of an overactive bladder, 1999

**Urosurge,** A clinical study to evaluate the safety and potential effectiveness of the Urosurge percutaneous SANS (Stoller Afferent Nerve Stimulator) device in treating patients with documented urinary urgency-frequency due to pelvic floor dysfunction, 1999

**Eli Lilly,** Duloxetine vs placebo in the relief of stress incontinence, 1998

**(Sub-Investigator)**
**Pharmacia,** Dose escalation study with Tolterodine in patients with overactive bladder; A single blind study in patients with symptoms of overactive bladder including urinary urgency and frequency with or without urge incontinence, 1998

**Pharmacia,** Cyclo-Provera contraceptive injection:  A comparative study of safety, patient acceptability and efficacy to Ortho-Novum 7/7/7, 28 tablets, 1996

**Medical Research Center,** Efficacy and safety comparison of Estragel (17B-estradiol in a topical gel) and placebo gel in the treatment of menopausal women with vasomotor symptoms, 1996

**Medical Research Center,** A double-blind, randomized, active controlled, parallel study comparing Ethynol estradiol TD 7-day patch 40, 60, 80 ug/day to oral premarin 0.625 mg/day in the treatment of vasomotor symptoms in postmenopausal women, 1996

PROGRAM FACULTY

| | |
|---|---|
| March 2007 | Overactive Bladder evaluation and treatment, Primed, East Rutherford, NJ |
| February 2005 | A New Approach in the Treatment of Overactive Bladder, GlaxoSmithKline, Great Neck, NY |
| February 2005 | A New Approach in the Treatment of Overactive Bladder, GlaxoSmithKline, Riverhead, NY |
| February 2005 | A New Approach in the Treatment of Overactive Bladder, GlaxoSmithKline, Douglaston, NY |
| September 2004 | Overactive Bladder for the Primary Care Physician, Pfizer, Providence, Rhode Island |
| September 2004 | Overactive Bladder for the Primary Care Physician, Pfizer, Tarrytown, NY |
| September 2004 | Overview on OnQ pain management system, Iflow, West Islip, NY |
| May 2004 | Urgent situations: complexities and controversies in overactive bladder, Philadelphia PA, Pfizer |
| May 2004 | Raising expectations in the management of women with overactive bladder: Focus on urgency, Philadelphia PA, Yamanouchi |
| February 2004 | Cadaveric demonstration of the posterior IVS, Tyco/US Surgical, Chicago IL |
| January 2004 | Cadaveric demonstration of the posterior IVS, Tyco/US Surgical, San Diego CA |
| December 2003 | Cadaveric demonstration of the posterior IVS, Tyco/US Surgical, Phoenix AZ |
| December 2003 | Cadaveric demonstration of the posterior IVS, Tyco/US Surgical, Miami FL |
| November 2003 | Cadaveric demonstration of the posterior IVS, Tyco/US Surgical, Norwalk CT |
| November 2003 | The use of the Oxytrol patch, Watson, Mineola NY |
| November 2003 | The history and physical exam in the patient with overactive bladder, Pfizer, Cleveland OH |
| October 2003 | Evaluating and treating stress urinary incontinence, Women's Health Care Forum, Bridgewater NJ |
| September 2003 | Overview on OnQ pain management system, Iflow, Atlanta GA |
| September 2003 | Introduction of the Gynecare urodynamics device, Hollywood FL |
| September 2003 | Roundtable on posterior IVS, Tyco/US Surgical, Hollywood FL |
| September 2003 | Overview on OnQ pain management system, Iflow, North Miami FL |
| September 2002 | Gynecare TVT, tension free support for incontinence, advanced users Forum for the advanced clinician, New York NY |
| March 2002 | Pelvic anatomy cadaveric anatomy course, Gynecare, Arlington VA |

| | |
|---|---|
| February 2002 | Pelvic anatomy cadaveric anatomy course, Gynecare, New York NY |
| December 2001 | Pelvic anatomy cadaveric anatomy course, Gynecare, New York NY |
| May 2001 | Pelvic surgery cases review, Alza, Flushing Hospital, Queens NY |
| April 2001 | Overactive bladder, Pharmacia, Queens NY |
| March 2001 | Overactive bladder, Pharmacia, Binghamton NY |
| March 2001 | Instructor, Cadaveric pelvic anatomy, Gynecare, Memphis TN |
| January 2001 | Object study results meeting, Alza, Dallas TX |
| July 2000 | National senior consultant meeting, Pharmacia, Bermuda |
| January 2000 | Instructor, Pelvic anatomy, Gynecare product representatives, Somerville NJ |
| September 1999 | Instructor, Cadaveric pelvic anatomy & tension free vaginal tape sling, Gynecare, San Diego CA |
| June 1999 | Instructor, Cadaveric pelvic anatomy & tension free vaginal tape sling, Gynecare, Chicago IL |
| June 1999 | "OCP's", Ortho Pharmaceuticals, New York NY |
| May 1999 | Instructor, TVT, ACOG, Gynecare, Philadelphia PA |
| March 1999 | Instructor, Cadaveric pelvic anatomy & tension free vaginal tape sling, Gynecare, Savannah GA |