# Exhibit "1"



# GYNECARE TVT™ Obturator System Tension-Free Support for Incontinence

**Description & Specs**



### GYNECARE TVT Obturator System

The procedure starts at a precise mid-urethral point and continues away from critical structures utilizing an Atraumatic Winged Guide for accurate introduction and passage of the device, allowing for minimal dissection.

Reported pain rates are low and there is no significant difference between the inside-out and outside-in approaches.[143]

GYNECARE TVT™ is a retropubic mid-urethral sling used for the treatment of female stress urinary incontinence. GYNECARE TVT Obturator System is a transobturator mid-urethral sling used for the treatment of female stress urinary incontinence.

In May 2015, Ethicon revised its Instructions for Use and Patient Brochure for the Gynecare TVT Family of Products. To review the revised Instructions for Use, click here

For more information or to arrange to speak with one of Ethicon's Medical Affairs partners, please call 1-877-ETHICON

| PRODUCT CODE | DESCRIPTION | EA/BX |
|---|---|---|
| 810081L | GYNECARE TVT Obturator System (Laser Cut Mesh) | 1 |
| 810081 | GYNECARE TVT Obturator System | 1 |

Site References

## PDFs



### Ethicon Latex Letter

Natural rubber latex components in Ethicon products, manufacturing processes and packaging

*Hide Chat Window*



### A Real-World Comparative Assessment of Complications Following Various Mid-Urethral Sling Procedures for the Treatment of Stress

A Real-World Comparative Assessment of Complications Following Various Mid-Urethral Sling Procedures for the Treatment of Stress Urinary…



### GYNECARE TVT Obturator Sales Aid

GYNECARE TVT Obturator Family of Products Sales Aid



### GYNECARE TVT Patient Brochure

GYNECARE TVT FAMILY OF PRODUCTS PATIENT BROCHURE

The Gynecare TVT Patient Brochure is intended to be used by physicians as a tool to facilitate patient consultations, and to encourage a comprehensive discussion of the potential benefits and risks of available treatment options.



© Ethicon US, LLC. 2010 - 2016. DSL#12-9000

This site is published by Ethicon US, LLC. which is solely responsible for its contents and is intended for U.S. audiences only.

Last updated May 05 2016. The third-party trademarks used herein are trademarks of their respective owners. Data and usage fees may apply. See your carrier for more information.

 
 

Customer Support | Site References | Sitemap | Posting Guidelines | Privacy Policy | Advamed Code | Legal Notice/Terms and Conditions | Safe Harbor Policy | CA State Requirements | Compliance Hotline | Country Selection

Hide Chat Window