# EXHIBIT B

Steven B. MacLean, Ph.D., P.E.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

Master File No. 2:12-MD-02327
MDL 2327
JOSEPH R. GOODWIN, U.S. DISTRICT JUDGE

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

This document relates to the cases listed below:

| | |
|---|---|
| Mullins, et al. v. Ethicon, Inc., et al. | 2:12-cv-02952 |
| Sprout, et al. v. Ethicon, Inc., et al. | 2:12-cv-07924 |
| Iquinto v. Ethicon, Inc., et al. | 2:12-cv-09765 |
| Daniel, et al. v. Ethicon, Inc., et al. | 2:13-cv-02565 |
| Dillon, et al. v. Ethicon, Inc., et al. | 2:13-cv-02919 |
| Webb, et al. v. Ethicon, Inc., et al. | 2:13-cv-04517 |
| Martinez v. Ethicon, Inc., et al. | 2:13-cv-04730 |
| McIntyre, et al. v. Ethicon, Inc., et al. | 2:13-cv-07283 |
| Oxley v. Ethicon, Inc., et al. | 2:13-cv-10150 |

(CAPTION CONTINUED ON FOLLOWING PAGE)

VIDEOTAPED DEPOSITION OF
STEVEN B. MACLEAN, Ph.D., P.E.
September 29, 2015

Steven B. MacLean, Ph.D., P.E.

Page 2

| 1 | Atkins, et al. v.<br>Ethicon, Inc., et al. | 2:13-cv-11022 |
| 2 | | |
| 3 | Garcia v. Ethicon,<br>Inc., et al. | 2:13-cv-14355 |
| 4 | Lowe v. Ethicon,<br>Inc., et al. | 2:13-cv-14718 |
| 5 | | |
| 6 | Dameron v.<br>Ethicon, Inc., et al. | 2:13-cv-14799 |
| 7 | Vanbuskirk, et al. v.<br>Ethicon, Inc., et al. | 2:13-cv-16183 |
| 8 | | |
| 9 | Mullens, et al. v.<br>Ethicon, Inc., et al. | 2:13-cv-16564 |
| 10 | Shears, et al. v.<br>Ethicon, Inc., et al. | 2:13-cv-17012 |
| 11 | | |
| 12 | Javins, et al. v.<br>Ethicon, Inc., et al. | 2:13-cv-18479 |
| 13 | Barr, et al. v.<br>Ethicon, Inc., et al. | 2:13-cv-22606 |
| 14 | | |
| 15 | Lambert v. Ethicon,<br>Inc., et al. | 2:13-cv-24393 |
| 16 | Cook v. Ethicon,<br>Inc., et al. | 2:13-cv-29260 |
| 17 | | |
| 18 | Stevens v. Ethicon,<br>Inc., et al. | 2:13-cv-29918 |
| 19 | Harmon v. Ethicon,<br>Inc., et al. | 2:13-cv-31818 |
| 20 | | |
| 21 | Snodgrass v. Ethicon,<br>Inc., et al. | 2:13-cv-31881 |
| 22 | Miller v. Ethicon,<br>Inc., et al. | 2:13-cv-32627 |
| 23 | | |
| 24 | (CAPTION CONTINUED ON FOLLOWING PAGE) | |

Page 3

| 1 | Matney, et al. v.<br>Ethicon, Inc., et al. | 2:14-cv-09195 |
| 2 | | |
| 3 | Jones, et al. v.<br>Ethicon, Inc., et al. | 2:14-cv-09517 |
| 4 | Humbert v. Ethicon,<br>Inc., et al. | 2:14-cv-10640 |
| 5 | | |
| 6 | Gillum, et al. v.<br>Ethicon, Inc., et al. | 2:14-cv-12756 |
| 7 | Whisner, et al. v.<br>Ethicon, Inc., et al. | 2:14-cv-13023 |
| 8 | | |
| 9 | Tomblin v. Ethicon,<br>Inc., et al. | 2:14-cv-14664 |
| 10 | Schepleng v. Ethicon,<br>Inc., et al. | 2:14-cv-16061 |
| 11 | | |
| 12 | Tyler, et al. v.<br>Ethicon, Inc., et al. | 2:14-cv-19110 |
| 13 | Kelly, et al. v.<br>Ethicon, Inc., et al. | 2:14-cv-22079 |
| 14 | | |
| 15 | Lundell v. Ethicon,<br>Inc., et al. | 2:14-cv-24911 |
| 16 | Cheshire, et al. v.<br>Ethicon, Inc., et al. | 2:14-cv-24999 |
| 17 | | |
| 18 | Burgoyne, et al., v.<br>Ethicon, Inc., et al. | 2:14-cv-28620 |
| 19 | Bennett, et al., v.<br>Ethicon, Inc., et al. | 2:14-cv-29624 |
| 20 | | |
| 21 | (CAPTION CONTINUED ON FOLLOWING PAGE) | |
| 22 | | |
| 23 | | |
| 24 | | |

Page 4

```
 1
 2
 3
 4
 5
 6
 7          Videotaped deposition of
 8   STEVEN B. MACLEAN, Ph.D., P.E., held at the
 9   offices of Butler Snow LLP, 1170 Peachtree
10   Street, Suite 1900, Atlanta, Georgia, on
11   Tuesday, September 29, 2015, at 9:42 a.m.,
12   pursuant to Agreement before Michelle M.
13   Boudreaux, a Registered Professional Reporter
14   in the State of Georgia.
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1          APPEARANCES OF COUNSEL
 2
 3   On behalf of the Plaintiffs:
 4      DANIEL THORNBURGH, Esq.
        BRANDON MORRIS, Esq.
 5      Aylstock, Witkin, Kreis & Overholtz, PLLC
        17 E. Main Street, Suite 200
 6      Pensacola, Florida 32502
        850.202.1010
 7      dthornburgh@awkolaw.com
        bmorris@awkolaw.com
 8
 9   On behalf of the Defendants:
10      CHAD R. HUTCHINSON, Esq.
        Butler Snow LLP
11      Suite 1400
        1020 Highland Colony Parkway
12      Ridgeland, Mississippi 39157
        601.948.5711
13      chad.hutchinson@butlersnow.com
14
15   Videographer:  Josh Coleman
16
17
18
19
20
21
22
23
24
```

2 (Pages 2 to 5)

Steven B. MacLean, Ph.D., P.E.

Page 6

1      THE VIDEOGRAPHER: We are now on the
2  record. My name is Josh Coleman. I'm the
3  videographer for Golkow Technologies.
4  Today's date is September 29th, 2015. The
5  time is approximately 9:42 a.m.
6      This video deposition is being held in
7  Atlanta, Georgia in the matter of In Re
8  Ethicon, Inc. Pelvic Repair Systems Product
9  Liability Litigation for the United States
10  District Court of the Southern District of
11  West Virginia, Charleston Division. The
12  deponent is Dr. Steve B. MacLean.
13      If counsel will please introduce
14  themselves for the record.
15      MR. THORNBURGH: Dan Thornburgh for the
16  plaintiffs.
17      MR. MORRIS: Brandon Morris for the
18  plaintiffs.
19      MR. HUTCHINSON: Chad Hutchinson,
20  counsel for Ethicon and Johnson & Johnson.
21      THE VIDEOGRAPHER: The court reporter is
22  Michelle Boudreaux and will now swear in the
23  witness.
24  ///

Page 7

1      STEVEN B. MACLEAN, Ph.D., P.E.,
2  being first duly sworn, was examined and testified as
3  follows:
4      EXAMINATION
5  BY MR. THORNBURGH:
6  Q   Good morning, Doctor.
7  A   Good morning.
8  Q   Dr. MacLean, is that -- am I pronouncing it
9  correctly?
10  A   You are.
11  Q   Doctor, I'm going to mark as Exhibit No. --
12  well, first off, you understand my name is Dan
13  Thornburgh and I represent the plaintiffs in this
14  litigation, right?
15  A   I do.
16  Q   All right. And you understand that there are
17  37 plaintiffs?
18  A   I do.
19  Q   Okay.
20      MR. THORNBURGH: And go ahead and mark
21  as Exhibit No. 1 the notice of deposition.
22  Q   (By Mr. Thornburgh) While she's going that,
23  Doctor, did you bring any documents with you -- oh, I'm
24  sorry, she can't -- she can't write and type at the

Page 8

1  same time.
2      (Discussion off the written record.)
3      (Exhibit 1 marked for identification.)
4  Q   (By Mr. Thornburgh) Did you bring any
5  documents with you responsive to the deposition notice?
6  A   I did. It was actually in electronic form,
7  but, yes, I did.
8  Q   Okay. I also see some --
9      MR. HUTCHINSON: Counsel, you got a copy
10  for me?
11      MR. THORNBURGH: Yeah. Sorry. I
12  figured you'd have the notice.
13  Q   (By Mr. Thornburgh) I see that there are
14  some notebooks stacked up behind you over here. What
15  are in those notebooks?
16  A   I have three notebooks I brought with me
17  today. The first notebook that's in front of me
18  consists of my two reports that were submitted in this
19  matter, as well as a few select documents from the
20  seven-year dog study at the back of the notebook.
21      And then to my left on the ground, I have two
22  additional notebooks. One is the set of documents that
23  consists of the microcrack committee documents from the
24  1980s that was furnished by counsel. And then I have a

Page 9

1  series of select documents from production as a
2  separate notebook.
3  Q   Okay. So let's go ahead and do a couple
4  things. I'm going to mark as Exhibit No. 2 the
5  notebook that you have in front of you, which is your
6  expert report and some select documents from the dog
7  study --
8  A   That's correct.
9  Q   -- is that correct?
10  A   That is correct.
11      (Exhibit 2 marked for identification.)
12  Q   (By Mr. Thornburgh) And then we will mark as
13  Exhibit No. 3 a second binder, which says "Deposition
14  Materials, September 29th, 2015."
15      (Exhibit 3 marked for identification.)
16  Q   (By Mr. Thornburgh) And this -- what's
17  contained -- briefly, what's contained in this Exhibit
18  No. 3?
19  A   So briefly, there are select documents from
20  the universe of produced documents in the matter, as
21  well as expert reports for a few of the plaintiffs'
22  experts.
23  Q   Okay.
24  A   And this, by the way, is all duplicative to

3 (Pages 6 to 9)

Steven B. MacLean, Ph.D., P.E.

Page 10

1  what's going -- what I'm going to hand you on this
2  thumb drive.
3      Q   Okay, we'll get to the thumb drive in a
4  minute.
5      A   Sure.
6      Q   As Exhibit No. 4, we'll mark a binder that is
7  titled "1980s Microcrack Committee Documents."
8          (Exhibit 4 marked for identification.)
9      Q   (By Mr. Thornburgh) Okay.  And then
10  Exhibit -- I see that you have two thumb drives over
11  there.
12      A   I do.
13      Q   Okay, so --
14      A   One is for you, plaintiffs, and one is for
15  defense.  They're identical.
16          (Exhibit 5 marked for identification.)
17      Q   (By Mr. Thornburgh) Okay.  And what's
18  contained within the thumb drive?
19      A   All -- my entire case file.
20      Q   And we'll get to it in more detail in a
21  little bit, but I did see that you had some -- as part
22  of your expert report, you had conducted some studies
23  or analyzed some studies of degraded polypropylene --
24  pristine mesh or pristine Prolene that was degraded

Page 11

1  either chemically or through ultraviolet radiation?
2      A   That's correct.
3      Q   Okay.  And did you conduct those studies?
4      A   I did.  Those studies were done at my
5  direction.
6      Q   Okay.  My question was did you conduct those
7  studies, not whether or not it was done at your --
8      A   Those studies were conducted by Exponent, me
9  and some staff, as well as a third-party laboratory.
10      Q   Okay.  And did you bring with you the
11  underlying data from those studies?
12      A   I did.
13      Q   Is that contained within Exhibit No. 5?
14      A   Yes, it is.
15      Q   And what underlying data do you have related
16  to those studies that were conducted at Exponent?
17      A   You have the universe of photographs and
18  images and micrographs that we took on all of the
19  tested specimens, you have a log that details each
20  specimen that was tested, and you also have the testing
21  protocols that we used at the lab.
22      Q   Okay.  There's an envelope behind you.
23      A   Yes, there is.
24      Q   What's in the envelope?

Page 12

1      A   The envelope used to contain the two thumb
2  drives that I just presented to you.
3      Q   Okay.  Is there anything written on the
4  envelope --
5      A   Nothing.
6      Q   -- front or back?
7      A   Nothing.
8      Q   Okay.  All right, so let's set these out of
9  the way of the video.  Put them right here for now,
10  okay?
11      A   Sure, fine.
12      Q   We'll refer to them as we go throughout the
13  day, and if you need to refer to any item within those
14  exhibits, just feel free to pick up an exhibit and
15  refer to it.
16      A   Will do.
17      Q   You also have a bag, a plastic clear bag.
18  What's contained within the plastic clear bag?
19      A   It's an exemplar TVT mesh.
20          MR. THORNBURGH: We'll mark that as
21  Exhibit No. 6.
22          (Exhibit 6 marked for identification.)
23      Q   (By Mr. Thornburgh) Is it just an exemplar
24  TVT?

Page 13

1      A   It is, correct.
2      Q   Did you bring invoices with you today?
3      A   I did.
4      Q   Are they also contained within the thumb
5  drive?
6      A   They are.
7      Q   And you're getting paid $355 per hour; is
8  that correct?
9      A   Exponent is charging 355 for my time,
10  correct.
11      Q   And how much have you invoiced to the
12  defendants to date?
13      A   Through our current billing cycle, we have
14  about $100,000 billed.
15      Q   And you say "current."  Current up until what
16  date?
17      A   That would have been an invoice that would
18  have included all charges through August.
19      Q   Okay, through August.  So now we're here in
20  almost October.
21      A   Yes.
22      Q   Have you done additional work since August?
23      A   We have.
24      Q   Okay.  How much additional time have you

4 (Pages 10 to 13)

Steven B. MacLean, Ph.D., P.E.

Page 14

1    spent either preparing for this case or for this
2    deposition?
3        A    I don't know.  That bill has not been
4    generated yet.
5        Q    Approximately, a fair -- just give me a fair
6    estimation.
7        A    I can give you a fair estimate of my time.
8    Probably in the order of 30 to 40 hours.
9        Q    Okay.  At 340?
10       A    Three fifty-five.
11       Q    Three fifty-five?
12       A    Correct.
13       Q    And you said you can give me a fair estimate
14   of your hours.  Were there other people that were
15   involved?
16       A    Yes.
17       Q    How many other people were involved in the
18   work that was performed at Exponent while preparing for
19   this deposition?
20       A    I would estimate there's been three to five
21   additional people, associate staff, working on the
22   matter.  The bills will reflect the exact people and
23   their times.
24       Q    Okay.  If you turn to Exhibit No. 1 and go to

Page 15

1    page 4, which is the Schedule 4 -- or Schedule A, which
2    are a list of documents that were requested as part of
3    the deposition notice.  A copy -- we asked for a copy
4    of your up-to-date CV.  I know that there's a CV, a
5    resume, attached as an appendix to your expert report.
6    Has it been updated since you served the expert report?
7        A    It has not.
8        Q    And does the thumb drive, Exhibit No. 5,
9    contain your entire file?
10       A    It does.
11       Q    Does it contain your entire underlying data?
12       A    It does.
13       Q    You had indicated earlier that some of the
14   testing was outsourced to another lab.
15       A    Correct.  The histology staining was done at
16   a third-party lab.
17       Q    Okay.  And what lab was that?
18       A    It's a lab called Histion.  They are in
19   Everett, Washington.
20       Q    Do you have the -- all of the underlying data
21   that was generated by Histion?
22       A    Yes.
23       Q    -- Laboratories?
24       A    Yes, we do.

Page 16

1        Q    And is that contained within Exhibit No. 5?
2        A    Yes, it is.
3        Q    Who conducted or performed the scanning
4    electron microscopy?
5        A    Of which?
6        Q    Of the chemical -- chemically oxidized
7    pristine exemplar and the ultraviolet radiation
8    exemplar.
9        A    Dr. Benight did that at my direction.
10   B-E-N-I-G-H-T.
11       Q    And is Dr. Benight an employee of Exponent?
12       A    She is.
13       Q    She is.  And did she maintain laboratory
14   notebooks?
15       A    She maintained records of all her work, yes,
16   correct.
17       Q    Did she maintain laboratory notebooks?
18       A    I'm not sure if it's in notebook form, but
19   any -- anything that needed written down, as she
20   produced those micrographs, was written down.
21       Q    You've written some articles or have a
22   history of analyzing -- or ensuring that good
23   laboratory practices are followed?
24       A    What are you referencing?

Page 17

1        Q    Well, do you follow -- do you know what I
2    mean by "good laboratory practices," GLP guidelines?
3        A    I'm sorry, I thought you were mentioning a --
4    or referencing a specific --
5        Q    Let me ask the question again.
6        A    Sure.
7        Q    Do you know what good practices are?
8        A    Sure, yes.
9        Q    GLP --
10       A    Yes.
11       Q    -- guidelines?  And the GLP guidelines
12   require that laboratory notebooks are maintained,
13   correct?
14           MR. HUTCHINSON:  Object to form.
15           THE WITNESS:  They can.
16       Q    (By Mr. Thornburgh)  They do, correct?
17       A    Depending on the nature of the work, yes,
18   they can.
19       Q    Well, for scanning electron microscopy work?
20       A    All of the records that were -- excuse me.
21   All of the information that was needed to verify and
22   confirm the work that she -- that she had done on the
23   SEM has been documented.
24       Q    She didn't maintain a GLP lab notebook,

5 (Pages 14 to 17)

Steven B. MacLean, Ph.D., P.E.

Page 18

1    correct?
2        A   Without asking her, I'm not quite sure.
3        Q   So you don't know, sitting here today,
4    whether or not she maintained a GLP notebook?
5            MR. HUTCHINSON:  Object to the form.
6    Been asked and answered, Counsel.  Move on.
7            THE WITNESS:  Same answer.
8        Q   (By Mr. Thornburgh)  Did you ask her?
9        A   I don't recall if I asked her.  Look, these
10   are -- these are micrographs that have all of the
11   information contained on the micrograph.  So if there
12   was additional notes that she took in terms of sample
13   preparation and things like that, which would be
14   customary, I'd expect them to be available.  But we can
15   walk through the micrographs, and I can certainly
16   explain to you exactly everything that was done.
17       Q   In Exhibit 5, you did not produce any lab
18   notebooks that were or may have been maintained by
19   Dr. Benight, correct?
20       A   I would have to go back and look in the thumb
21   drive to confirm that answer.
22       Q   Did you maintain a lab notebook?
23       A   I did not.  I did not see a need to do any of
24   that on my end.

Page 19

1        Q   We'll get to that in greater detail in a
2    little bit.
3        A   Uh-huh.
4        Q   You -- strike that.
5            Request No. 16 asks for all documents or
6    communications relating to presentations or lectures
7    given or contributed to by you which concerned pelvic
8    mesh, pelvic organ prolapse, or stress urinary
9    incontinence.  Do you have or have you participated in
10   any presentations or lectures concerning pelvic mesh,
11   pelvic organ prolapse, or stress urinary
12   incontinence?
13       A   No.
14       Q   Did the defendants or defense counsel ask you
15   to assume any facts in this litigation?
16       A   They did not.
17       Q   Let's look at your expert report briefly.  I
18   think it's Exhibit No. 2.  Is that your full report?
19       A   Yes.
20       Q   Does it include your CV?
21       A   It does.
22       Q   You started working for -- well, strike that.
23           Just give us a little brief background, where
24   you went to college, where you attended your -- where

Page 20

1    you attended your postgraduate studies, please.
2        A   Okay.  I graduated from Rensselaer
3    Polytechnic Institute in Troy, New York as a
4    undergraduate in mechanical engineering in 1993.  I
5    went on to pursue a master's degree in mechanical
6    engineering and received that in 1997.  I then went on
7    to study polymer science and engineering at Rochester
8    Institute of Technology at the master's level and
9    graduated in 2001.  And then I received my Ph.D. in
10   material science with a focus on polymer science and
11   engineering in 2007.
12       Q   What did you do after your education?
13       A   I guess it depends on which education
14   component you're speaking of, but I --
15       Q   After your master's.
16       A   So let me just work you -- walk you through
17   my employment history.  So after I graduated from
18   Rensselaer in 1993, I started working for GE Aerospace,
19   which ultimately got divested to Lockheed Martin, in
20   kind of a classic mechanical -- mechanical engineering
21   aerospace world.
22           And then from there, I went back to GE and
23   went to GE Plastics in 1996, and I was with that
24   company through 2011, which includes the last four

Page 21

1    years of a divestiture to a company call SABIC,
2    S-A-B-I-C.  Same business, just different nameplate
3    outside.  And in 2011, I came to Exponent.
4        Q   What was your title at -- I think you said GE
5    Aerospace.  Is that correct?
6        A   I was a mechanical engineer.
7        Q   Okay.  And what was your role?
8        A   I was designing, analyzing, and testing
9    mechanical systems for defense contract work, U.S.
10   government military work.
11       Q   And when you say "mechanical engineering and
12   analyzing and testing mechanical systems," what do you
13   mean by "mechanical systems"?
14       A   Large military weapons and guns, ballistic
15   missile systems that are on Trident submarines, things
16   of that nature.
17       Q   Okay.  And when did you -- eventually you
18   transitioned from GE Aerospace to GE Plastics?
19       A   That's correct.
20       Q   And what year was that again?
21       A   It was somewhere between 1995 and 1996.
22       Q   And what was your job title at GE Plastics?
23       A   I had several roles at GE Plastics.  My
24   entry-level job there or -- excuse me.  The job that I

6 (Pages 18 to 21)

Steven B. MacLean, Ph.D., P.E.

Page 22

1    first obtained when I started with that business was
2    called plastics design and analysis leader. And then I
3    held a number of increasingly -- a number of jobs with
4    increasing responsibility up until the time I left.
5        Q    So plastic design and?
6        A    And analysis leader.
7        Q    And what did that job entail?
8        A    Working with customers that were buying,
9    specifying, using our resins in all sorts of different
10   types of applications and markets.
11       Q    And when did that job -- when -- did you
12   transition at some point from the plastic design and
13   analysis leader to another job at GE Plastics?
14       A    I did.
15       Q    And what -- when was that?
16       A    That was in approximately 1998.
17       Q    And what was that job title?
18       A    I went on to be a senior application
19   development engineer, which is a field engineer, for
20   the company.
21       Q    Senior application development engineer?
22       A    That's right.
23       Q    And you said it's a field engineer. What
24   does that mean?

Page 23

1        A    You're in the field, so you're not working in
2    an office per se, you're in the field. You have a
3    region or territory, and you're technically servicing
4    the customers in that region or territory that are
5    buying and specifying your resin.
6        Q    And when did that -- you did that from 1998
7    until what year?
8        A    Approximately 2001.
9        Q    Okay. And what did you do from -- after
10   2001?
11       A    In 2001, I became a technical manager with
12   the business.
13       Q    And what did that job entail as a technical
14   manager?
15       A    I was managing an engineering staff that had
16   a number of different responsibilities.
17       Q    Like what?
18       A    We did root cause investigations. We did
19   specification work for customers that were buying our
20   resins. We would do testing. We would look at the
21   processing of our materials in a number of different
22   applications. And we also had -- my team had a
23   regulatory agency component to it where we would
24   interface with a lot of bodies and agencies that

Page 24

1    develop standards for the plastics industry.
2        Q    How long did you do that?
3        A    I did variants of that job up until I left in
4    2011. The team got a little bit bigger and larger at
5    times; it became more of a global role over time. So
6    it kind of developed in size and responsibility, but it
7    was essentially the same role.
8        Q    Is it fair to say that as a senior
9    application field engineer at GE Plastics, that you
10   were -- you said you were in the field. Were you
11   selling resins; is that what your job title was?
12       A    No, it was not -- it was not selling resins.
13   So we had customers that were buying our resins
14   locally, and I would visit with them routinely if they
15   had failure issues, if they had technical specification
16   questions, if they wanted to know how our materials
17   could be processed in their processing equipment. So
18   that's converting raw pellets to plastics either
19   through injection molding, thermoforming, extrusion,
20   things of that nature. So it was a technical role
21   supporting our customers to help them convert our raw
22   materials into their finished molded articles.
23       Q    And as the technical manager after your
24   senior application field engineering position ended,

Page 25

1    that also dealt with resins?
2        A    Yes, correct.
3        Q    And you were the managing -- you were
4    managing staff in that position who were determining
5    the root cause of failures of resins that GE Plastics
6    was selling?
7        A    Failures of applications that used our
8    materials, correct.
9        Q    What do you mean by "failures of applications
10   that used our materials"?
11       A    Well, we've got customers that are taking our
12   raw material and converting it into a plastic
13   component. Sometimes that plastic component goes out
14   to the field, it cracks, it underperforms, it doesn't
15   do what its intended use is supposed to do, and we
16   would help our customers in many instances, help them
17   understand why that material was underperforming -- or
18   why that device in our material was underperforming.
19           I failed to mention that somewhere in there,
20   I did a black-belt role. Just remembered it off the
21   top of my head. I spent two years as a black belt for
22   the company in between the field job and the technical
23   manager role.
24       Q    Okay. And what does it mean to be a black

7 (Pages 22 to 25)

Steven B. MacLean, Ph.D., P.E.

Page 26

1   belt?
2       A   Black belt is a title that's designated to
3   our quality teams.  It's based on the Six Sigma
4   methodology and principles where you use statistical
5   tools to analyze business processes and then make
6   improvements with statistical significance.
7       Q   What types of business processes were you
8   analyzing?
9       A   We -- a lot of different processes.  Anything
10  from manufacturing processes to improved productivity
11  in resin manufacturing, all the way through to
12  processes and testing that we were doing at some of our
13  manufacturing facilities.
14      Q   If we just turn to your expert report, which
15  is Exhibit No. 2, you have a -- after the "Limitations"
16  page on 6, page 7, you have sort of your biography.
17      A   Correct.
18      Q   If you go to -- actually, go to page 8.  It
19  says, "Prior to joining Exponent in 2011."  Do you see
20  that, the second paragraph on page 8?
21      A   I do.
22      Q   Okay.  It says that you have a variety of
23  technical roles of increasing responsibilities.
24  Throughout your tenure, you were routinely involved in

Page 27

1   material selection, performance, and testing for, among
2   other things, high-demand applications, product safety
3   assessment, and product failure analysis.  As a result,
4   you state that you have significant experience and
5   expertise with industry standards and applicable
6   regulations that prescribe the technical performance of
7   polymeric materials in end-use applications, including
8   those in the medical device industry.
9       A   That's correct.
10      Q   What medical device applications were you
11  involved with in that 15-year period at General
12  Electric Plastics or SABIC Innovative Plastics?
13      A   There's too many to list and remember.  I can
14  give you a snapshot of what I can remember.
15      Q   Sure.  What do you remember?
16      A   First thing I remember is that selling resin
17  into the healthcare and medical device market was a
18  focus market for the business, so we would sell
19  millions of pounds of material annually to applications
20  that were servicing medical device and healthcare
21  applications.  That's first thing.
22          Applications that I remember off the top of
23  my head would be trocar tubes, syringes, cannulas, CPAP
24  devices, sleep apnea masks, flexible hosing and tubing

Page 28

1   for IV and fluid deliveries, stopcocks, rigid fittings
2   in fluid delivery systems, scalpels, a number of
3   different dental applications, catheters.  I think
4   those are the ones that I recall right now.
5       Q   None of those are permanent implantable
6   medical devices, correct?
7       A   None of them -- well, catheter, you could
8   make an argument it has some implantation to it.  And
9   that actually was work that I did -- the one that I'm
10  thinking of most vividly is work I did at Exponent.
11  The other implant that I've worked on is a tongue
12  retractor implant at Exponent.
13      Q   Okay.  So you worked on a tongue retractor
14  medical device implant.  Was that a permanent medical
15  device?
16      A   It was.
17      Q   And what's a tongue retractor?
18      A   It's basically a silicone rubber stud that
19  gets passed through the tongue, it affixes to the floor
20  of your oral cavity, and it prevents your tongue from
21  falling back to your throat when you're sleeping.
22      Q   So you said tongue retractor, and what was
23  the other permanent implantable medical device?
24      A   Catheters, catheters that go into the body

Page 29

1   for extended periods of time.  I've worked on several
2   of those, both on failure analysis as well as some
3   proactive work, for some clients at Exponent.
4       Q   Neither of -- neither the tongue retractor
5   nor the catheter would be implanted underneath the
6   submucosa, correct?  Wouldn't be implanted under the
7   skin, correct?  A catheter is inserted, right?
8       A   It goes through the skin.  I mean --
9       Q   But it doesn't embed into the skin, correct?
10      A   It doesn't embed into the skin, that's
11  correct.
12      Q   And neither does the tongue retractor,
13  correct?
14      A   Correct.  It's in the mouth.
15      Q   What medical device companies did you work
16  with during your 15 years at General Electric Plastics?
17      A   Oh, I'm not sure I can actually give that
18  information.  That would be considered confidential.
19  But you can be assured that it's several of the
20  brand-name medical device companies that are out there.
21      Q   Did you work with Johnson & Johnson?
22      A   I can't give you that information.
23      Q   Did you work with Ethicon?
24      A   It's the same answer.  It's confidential.  I

8 (Pages 26 to 29)

Steven B. MacLean, Ph.D., P.E.

Page 30

1  can't tell you what specific customers we sell to.
2      Q   Did you sell any resins that were being used
3  for permanent implantable mesh devices?
4      A   Could you repeat that?
5      Q   When you were involved in your 15 years at
6  General Electric and SABIC, did you sell any resins to
7  any medical devices [sic] who were using the resin to
8  manufacture polypropylene pelvic organ mesh devices?
9      A   Not that I'm aware of.  But let me just add
10  to that that sometimes we do not have direct line of
11  sight to where our resin ultimately ends up.  And what
12  I mean by that is we sell -- our direct sales are to
13  molders and converters, who then sell molded parts to
14  end-users and specifiers.  So if you look at the supply
15  chain, we don't always know where every single pellet
16  that we manufacture ends up in the marketplace.
17      Q   You don't know one way or the other whether
18  or not you ever worked on a resin product that was
19  distributed or sold to a manufacturer who was using
20  that resin to manufacture polypropylene medical
21  devices, correct?
22      A   That's correct.  I don't know for sure,
23  correct.
24      Q   In this biography that you have, you sort of

Page 31

1  generally talk or generically talk about polymers and
2  polymeric materials, but you don't ever once reference
3  polypropylene.
4      A   Polypropylene is a thermoplastic material
5  that is similar or identical to the resins that we were
6  manufacturing at GE.  I can break that down if you need
7  me to.
8      Q   Okay.  So the resins that you were
9  manufacturing at GE were not polypropylene, correct?
10      A   At the time of GE, correct.  When we were --
11  when we were purchased by SABIC in 2011, the answer is
12  incorrect.  Polypropylene was part of our portfolio.
13  And, actually, I have to go back even further.  There
14  was an L&P acquisition by GE Plastics in the mid 2000
15  time frame, which also included polypropylene as a base
16  resin.
17      Q   What do you mean by "base resin"?  Was it a
18  co-polymer of some sort?
19      A   It could be.  In many instances, our L&P
20  business was compounding specialty resins, so you take
21  a base polymer like polypropylene and you would
22  incorporate carbon fillers, glass fillers, mica, glass
23  bead, things of that nature, to enhance properties.
24      Q   For what type of application would those have

Page 32

1  been?
2      A   Again --
3      Q   What are specialty resins that use
4  polypropylene as a base and then inject carbon filler,
5  glass -- mica, glass bead, and things of that nature?
6      A   Automotive applications come to mind right
7  away.  Something that you're looking for high strength,
8  high stiffness, good chemical resistance, those would
9  be all the properties that that type of formulation
10  brings to the table.
11      Q   In fact, most of your polymer science
12  background has been with the automotive applications,
13  correct?
14      MR. HUTCHINSON:  Object to the form.
15      THE WITNESS:  No, not true.
16      Q   (By Mr. Thornburgh)  What other applications?
17      A   Again, over 20 years, too many to remember,
18  but I'll give you a broad-brush.  Fluid engineering,
19  fluid handling, electrical devices and enclosures and
20  components, medical, healthcare, automotive, consumer
21  electronics, consumer devices, aerospace.
22      Q   After you left SABIC, you joined Exponent?
23      A   Correct.
24      Q   And that was in 2011?

Page 33

1      A   That's correct.
2      Q   And you joined Exponent to help out with
3  litigation that Exponent was hired by industry
4  manufacturers; is that correct?
5      A   No.
6      MR. HUTCHINSON:  Object to form.
7      THE WITNESS:  No.  I joined Exponent to
8  become a consultant to polymer science
9  engineering.
10      MR. THORNBURGH:  Go ahead and mark as
11  Exhibit No. 7 a FAPSIG newsletter.
12      (Exhibit 7 marked for identification.)
13      Q   (By Mr. Thornburgh)  Do you know what FAPSIG
14  is?
15      A   I do.
16      Q   What is it?
17      A   Failure Analysis and Prevention Special
18  Interest Group.
19      Q   What's the Failure Analysis and Prevention
20  Special Interest Group?
21      A   It's a section within the Society of Plastics
22  Engineers.
23      Q   And is that a society that Exponent belongs
24  to?

9 (Pages 30 to 33)

Golkow Technologies, Inc. - 1.877.370.DEPS

Steven B. MacLean, Ph.D., P.E.

Page 34

1    A   It's a society that employees from Exponent
2   belong to.
3    Q   I'll hand you Exhibit No. 7. And this is
4   dated May of 2012. Do you see that?
5    A   I do.
6    Q   If you go to the sixth page, under
7   "Announcements," do you see your picture there --
8    A   I do.
9    Q   -- at the very top?
10    A   I do.
11    Q   It says -- and right above that, it says,
12   "Exponent is pleased to announce the addition of three
13   experienced consultants to its polymer science and
14   material chemistry practice." Do you see that?
15        MR. HUTCHINSON: Excuse me, Counsel,
16    you've given me your marked-up --
17        MR. THORNBURGH: Oh.
18        MR. HUTCHINSON: -- you have
19    inadvertently given me your --
20        MR. THORNBURGH: Sorry.
21        MR. HUTCHINSON: -- marked-up copy.
22    Just why don't you trade out with me for the
23    one you have in your hand.
24        MR. THORNBURGH: Sure. There you go.

Page 35

1    Q   (By Mr. Thornburgh) So, "Exponent is pleased
2   to announce the addition of three experienced
3   consultants in its polymer science and materials
4   chemistry practice, as well as the expansion of
5   Exponent's presence in Atlanta, Georgia and China." Do
6   you see that?
7    A   I do.
8    Q   Okay. And it says -- it's got your name
9   there. It gives a little bit of history about you.
10   And it says, "Dr. MacLean" -- that's you, right --
11    A   That's correct.
12    Q   -- "will draw from his expertise in advanced
13   high-performance thermoplastics, structure/property
14   relationships, and suitability for material selection
15   to perform litigation and nonlitigation failure
16   analyses and assist industry clients with product
17   development." Did I read that accurately?
18    A   You did.
19    Q   And does that accurately depict your role at
20   Exponent?
21    A   I'd say it depicts work that I perform at
22   Exponent, correct.
23    Q   You were hired by Exponent, in fact,
24   according to this document, to help Exponent perform

Page 36

1   litigation services for industry clients, right?
2    A   Correct.
3    Q   Like Ethicon?
4    A   Correct.
5    Q   Like Johnson & Johnson?
6    A   Correct.
7    Q   Now, I've been calling you a doctor, but
8   you're not a medical doctor, correct?
9    A   That's correct.
10    Q   You're not a urogynecologist, correct?
11    A   Correct.
12    Q   You don't hold yourself out as a medical
13   doctor or an expert in medical science, correct?
14    A   Correct.
15    Q   You don't hold yourself out as a
16   urogynecologist?
17    A   Correct.
18    Q   You're not a veterinarian?
19    A   Correct.
20    Q   You're not a toxicologist?
21    A   Correct.
22    Q   And you don't hold yourself out as an expert
23   in toxicology, correct?
24    A   Correct.

Page 37

1    Q   You're not a pathologist?
2    A   Correct.
3    Q   And you're not an expert in pathology or
4   histopathology analysis, correct?
5    A   Correct.
6    Q   You don't have any patents concerning
7   polypropylene medical devices, correct?
8    A   I do not.
9    Q   You're not an expert in the design of
10   polypropylene mesh devices, correct?
11    A   I have not designed a mesh device.
12    Q   You won't be offering opinions in this case
13   concerning the proper design of polypropylene mesh
14   devices, correct?
15        MR. HUTCHINSON: Object to form.
16    Counsel, he's already given you his opinions
17    in his expert report.
18        MR. THORNBURGH: I get to ask the
19    questions.
20        MR. HUTCHINSON: Sure.
21    Q   (By Mr. Thornburgh) You're not going to be
22   offering opinions concerning -- for example, you're not
23   going to offer opinions about whether the pore size in
24   the TVT mesh is an adequate pore size, correct?

10 (Pages 34 to 37)

Steven B. MacLean, Ph.D., P.E.

Page 38

1    A   I'm not giving mesh design -- mesh design
2  with regards to pore size opinions.
3    Q   And you're not going to offer opinions
4  concerning the -- whether or not the weight of the
5  polypropylene mesh used in the TVT is an adequate
6  weight?
7    A   Correct.
8    Q   You're not going to offer opinions about
9  whether or not the TVT elicits an excessive,
10 unacceptable, inflammatory response --
11   A   Correct.
12   Q   -- as a design of those features, correct?
13   A   That is correct.
14   Q   You're not an infectious disease doctor,
15 correct?
16   A   Correct.
17   Q   You're not go to offer any opinions regarding
18 infection and polypropylene materials in the TVT?
19   A   I am not.
20   Q   Other than in this litigation, have you ever
21 consulted with a medical device manufacturer concerning
22 the design of a mesh implant?
23   A   Could you repeat that one?
24   Q   Other than in this litigation, have you ever

Page 39

1  consulted with any medical device manufacturer
2  concerning the design of a polypropylene mesh implant?
3    A   No, I have not.
4    Q   You've never observed the implantation of
5  surgical mesh, correct?
6    A   I actually have.
7    Q   On video?
8    A   On video.
9    Q   One of Ethicon's training videos?
10   A   I believe so.
11   Q   Let me ask a better question.  You've never
12 observed the implantation of surgical mesh devices
13 prior to your involvement in this litigation, correct?
14   A   That's correct.
15   Q   And this is the first case where you've ever
16 testified as an expert regarding polypropylene material
17 that was implanted in human beings?  Let me ask --
18 strike that.  Let me ask a better question.
19       This is the first case where you have
20 testified as an expert regarding polypropylene material
21 that is intended to be implanted in human beings?
22   A   That's correct.
23   Q   Prior to your involvement -- well, strike
24 that.

Page 40

1    You've never analyzed explanted polypropylene
2  mesh, correct?
3    A   Analyzed?  No, but I've reviewed the analysis
4  of explanted meshes at length for this matter.
5    Q   Let me ask a better question.
6    A   Uh-huh.
7    Q   Prior to this matter, prior to Butler Snow's
8  lawyers hiring you as an expert in this case, you've
9  never analyzed explanted polypropylene mesh, correct?
10       MR. HUTCHINSON:  Object to form.
11       THE WITNESS:  That's correct.
12   Q   (By Mr. Thornburgh)  Have you ever performed
13 any pre-clinical testing of polypropylene mesh implants
14 prior to this case?
15   A   I have not.
16   Q   You're not a pre-clinical scientist?
17   A   I am not a pre-clinical scientist.
18   Q   You're not going to offer opinions concerning
19 pre-clinical studies that were performed by Ethicon?
20   A   If it includes biocompatibility assessment
21 that I've reviewed, it will -- it will depend on your
22 questions regarding biocompatibility.
23   Q   You didn't perform any biocompatibility
24 assessments of the TVT mesh device, correct?

Page 41

1    A   Correct.
2    Q   So you're telling me that you may offer
3  opinions concerning the biocompatibility assessment of
4  TVT?
5    A   No opinions, but we may walk through the
6  biocompatibility documents that I've reviewed.
7    Q   You've never conducted any pre-clinical
8  studies yourself, right?
9    A   Correct.
10   Q   You've never looked at medical devices that
11 were explanted from animals --
12   A   Correct.
13   Q   -- to determine whether or not it was
14 biocompatible?
15   A   Correct.
16   Q   Your only experience reviewing
17 biocompatibility testing has been in this case,
18 correct?
19   A   No, not true.
20   Q   Okay.  What biocompatibility -- sorry, let
21 me -- let me ask a better question.
22       Your only experience in analyzing the
23 biocompatibility of the Prolene used in the TVT device
24 has been in this case, correct?

11 (Pages 38 to 41)

Steven B. MacLean, Ph.D., P.E.

Page 42

1    A   Correct.
2    Q   You've never performed any post-market
3  testing of mesh implants prior to this case, correct?
4    A   Correct.
5    Q   Have you ever performed a failure analysis of
6  a polypropylene mesh device prior to this litigation?
7    A   For mesh, no, but I've done scores of failure
8  analysis with polyolefins and polypropylenes.
9    Q   What medical device have you performed a
10  failure analysis that contained polypropylene?
11    A   Well, first of all, the market, the
12  application doesn't matter.  It's the same toolbox;
13  it's the same tool set.  If I have a -- any widget made
14  out of polypropylene that's underperforming, cracking
15  failing, what have you, it's the same toolbox.  So it
16  doesn't matter if it's a medical device, it doesn't
17  matter if it's an automotive component; the same tools
18  the same approach, the same techniques are employed
19    Q   Have you analyzed polypropylene in any
20  application that was cracking?
21    A   I'm sure I have.  I just can't recall a
22  specific instance right now.
23    Q   You can't -- you can't identify for the court
24  any failure analysis that you performed on

Page 43

1  polypropylene material that was cracking?
2        MR. HUTCHINSON:  Objection.  Been asked
3    and answered, Counsel.
4        THE WITNESS:  I've done so many failure
5    analysis on cracking parts that I just need
6    probably some time to think about that.
7    Maybe we can -- it will come to the
8    forefront.
9    Q   (By Mr. Thornburgh) Have you ever performed
10  any degradation studies of failed, broken, cracked
11  polypropylene material for any application?
12    A   Yes.  Absolutely.
13    Q   Okay.  And what application?
14    A   The one that now comes to mind is I actually
15  did a -- I looked at the fractography -- the
16  fractography and the fracture behavior of a
17  polypropylene accelerator pedal on a Toyota vehicle.
18    Q   That's not a permanent implant, is it?
19    A   No, but it's a device made out of
20  polypropylene.
21    Q   It's accelerated -- it's an -- it's a -- what
22  did you say, a --
23    A   Accelerator pedal.
24    Q   Accelerator pedal?

Page 44

1    A   Accelerator pedal.
2    Q   Okay.  So it's a pedal used in a Toyota
3  vehicle that was cracked?
4    A   That's correct.
5    Q   And did you perform a chemical analysis to
6  determine if the crack was the result of oxidation or
7  degradation?  Oxidation?
8    A   No, but we certainly examined the fracture
9  pattern, the fracture behavior, the origin of the
10  crack, the type of material that it was.
11    Q   Okay.  But you didn't perform any chemical
12  analysis of the cracked accelerator pedal, correct?
13    A   Any chemical analysis, is that what you asked
14  me?
15        MR. HUTCHINSON:  He did.
16        MR. THORNBURGH:  Looking for oxidation
17    of the material.
18        THE WITNESS:  We did not specifically
19    look for oxidation of the material.
20    Q   (By Mr. Thornburgh) Did you do FTIR
21  analysis?
22    A   We did.
23    Q   To determine whether or not it was
24  polypropylene?

Page 45

1    A   Correct.  We looked at the composition, we
2  looked for contaminants, things of that nature.
3    Q   You weren't looking for oxidation, though?
4    A   Not specifically in that matter.
5    Q   Have you ever performed a failure analysis of
6  a polypropylene suture?
7    A   I have not, but I have certainly -- let me
8  just go back to that.
9    Q   It's a yes or no question.
10        MR. HUTCHINSON:  Hey, Steve, you're
11    welcome to answer his question, so go on.
12        MR. THORNBURGH:  There's not a question
13    pending.  He answered.
14        MR. HUTCHINSON:  Yeah, there is.  You
15    can answer the question, Steve.
16    Q   (By Mr. Thornburgh) You have not analyzed --
17        MR. HUTCHINSON:  Hey, Dan --
18    Q   (By Mr. Thornburgh) -- you have not
19  performed --
20        MR. THORNBURGH:  Hold on.
21        MR. HUTCHINSON:  No, no.
22        MR. THORNBURGH:  I want to make sure he
23    understands my question.
24        MR. HUTCHINSON:  No.

12 (Pages 42 to 45)

Steven B. MacLean, Ph.D., P.E.

Page 46

1    Q   (By Mr. Thornburgh)  You have not
2    performed --
3        MR. HUTCHINSON:  You can answer the
4    question, Steve.
5    Q   -- a failure --
6        MR. THORNBURGH:  Hold on a second.
7        MR. HUTCHINSON:  No.  Steve is trying to
8    answer your question.  Steve, go on and
9    answer his question, and then Dan can follow
10   up.
11       MR. THORNBURGH:  I'm going to withdraw
12   the question.  I'm going to ask it a
13   different way.
14   Q   (By Mr. Thornburgh)  Prior to this case, you
15   have never performed a failure analysis of a
16   polypropylene suture, correct?
17   A   Prior to the case, I have not, but I have
18   certainly analyzed all of the data around sutures that
19   have taken -- been taken out of the body and analyzed
20   through a number of different techniques.
21   Q   As your role as a witness in this case,
22   right?
23   A   Correct.
24   Q   Well, that wasn't my question.  Before you

Page 47

1    were hired by Butler Snow, you've never performed a
2    failure analysis of a suture device made out of
3    polypropylene?
4    A   Correct.
5    Q   Prior to this case, have you -- you've never
6    studied the biocompatibility of polypropylene mesh for
7    the human tissue, correct?
8    A   Correct, for this -- for that matter,
9    correct.
10   Q   You've never published on the subject of
11   biocompatibility of polypropylene mesh in the human
12   tissue, correct, sir?
13   A   Correct.
14   Q   Prior to being retained as an expert in this
15   case, you've never spoken or presented on the topic of
16   polypropylene mesh, correct?
17   A   Correct.
18   Q   You've never taught or lectured on the
19   subject of polypropylene mesh, correct?
20   A   I have not taught on mesh.
21   Q   You have no understanding of the
22   biomechanical properties of the pelvic floor, correct?
23   A   Could you repeat that?
24   Q   You're not an expert on the biomechanical

Page 48

1    properties of the pelvic floor, correct?
2    A   Correct.
3    Q   You're not a biologist?
4    A   I am not a biologist.
5    Q   You're not a molecular biologist?
6    A   No.
7    Q   What's -- do you know what I mean by
8    "peer-reviewed publications"?
9    A   I do.
10   Q   What does "peer-reviewed publication" mean?
11   A   Typically when a scientist writes a journal
12   article, before it gets accepted by the -- by the
13   authoritative body that governs that journal -- that
14   journal itself, your study needs to be reviewed by
15   peers and needs to be accepted by peers to make sure
16   that you have followed the scientific method prior to
17   publication.
18   Q   You've never published any articles in a
19   peer-reviewed journal concerning polypropylene mesh,
20   correct?
21   A   That is correct.
22   Q   You've never published in peer-reviewed
23   journals concerning any studies or testing that you --
24   that you conducted concerning polypropylene

Page 49

1    degradation, correct?  And so for the record --
2        MR. HUTCHINSON:  Dan --
3    Q   -- for the record, you're --
4        MR. HUTCHINSON:  Dan -- oh.
5    Q   -- for the record, you're looking at Exhibit
6    No. 2, your publication list, correct?
7    A   That is correct.  Specifically for
8    polypropylene, no, but I have done some publications
9    and presentations that look at oxidative degradation
10   mechanisms for other thermoplastic polymers.
11   Q   So the answer to my question is no, you have
12   not published any of -- testing or work that you've
13   performed analyzing degradation of polypropylene,
14   correct?
15       MR. HUTCHINSON:  Object to form.
16       THE WITNESS:  Correct.  However, it's
17   the same toolbox that you use that we talked
18   about earlier.
19   Q   (By Mr. Thornburgh)  Prior to this case, have
20   you ever tested polypropylene for degradation?
21   A   Oh, I'm sure I have, yes.  As a matter of
22   fact, another application comes to mind now that we're
23   talking through this, yes.
24   Q   What application?

13 (Pages 46 to 49)

Steven B. MacLean, Ph.D., P.E.

Page 50

1     A   I have looked at the degradation and loss in
2   physical properties for a variety of different wheels
3   that are used for lawn and garden equipment. They're
4   made out of 30 percent glass-filled polypropylene.
5     Q   Not isotactic, correct?
6     A   No, it would be isotactic.
7     Q   So 30 percent glass-filled polypropylene
8   wheels used for garden equipment, right?
9     A   Lawn and garden equipment, correct.
10     Q   You've never tested polypropylene medical
11   devices that have been explanted from the body looking
12   for degradation, correct?
13     A   I haven't tested it myself, but I've looked
14   at a whole host of data.
15     Q   In this case, right?
16     A   In this case.
17     Q   But prior to this case, you had never tested
18   polypropylene for degradation of medical devices that
19   were explanted from the human body?
20     A   Correct. But, again, it's the same toolbox,
21   whether it was explanted or not.
22     Q   You've never published in the peer-reviewed
23   literature on the subject of polypropylene, correct?
24     A   No.  But I would say that some of the

Page 51

1   literature actually pertains to what I'll call sister
2   polymers.
3     Q   That wasn't my question.  My question was:
4   You've never published in the peer-reviewed literature
5   on the subject of polypropylene?
6         MR. HUTCHINSON: Objection.  Been asked
7     and answered.
8         MR. THORNBURGH: I didn't ask about
9     sister polymers.  I asked about polypropylene
10     specifically.
11         THE WITNESS: Right, but polyethylene,
12     polyphenylene ether, all of these polymers
13     have very, very similar structures.  And
14     again, the approach, the tools, the analysis
15     that gets done, there's not much
16     differentiation between the two.
17     Q   (By Mr. Thornburgh) Answer my question,
18   okay?  You have never published in the peer-reviewed
19   literature on the subject of polypropylene
20   specifically, correct?
21     A   Polypropylene specifically, that's correct.
22     Q   In fact, you've only tested one Prolene mesh
23   device in your entire career, and that was for the
24   purpose of serving as an expert witness in this case

Page 52

1   for the defendants or their lawyers, Butler Snow,
2   correct?
3         MR. HUTCHINSON: Object to form.
4         THE WITNESS: Can you ask that one more
5     time?
6     Q   (By Mr. Thornburgh) You have only tested one
7   Prolene mesh device in your entire career, and that was
8   for the purpose of serving as an expert witness in this
9   case for the defendants or for Butler Snow, correct?
10     A   Correct, but I have reviewed scores of other
11   test data that's relevant.
12     Q   But that was for the purpose of this
13   litigation, correct?
14     A   Correct.
15     Q   You've never tested a Prolene suture prior to
16   this case, correct?
17     A   Correct.
18     Q   You've never tested any sutures prior to this
19   case?
20     A   Prior to this case, correct.
21     Q   And you -- were you retained by Butler Snow
22   or by Ethicon or Johnson & Johnson?
23     A   Butler Snow.
24     Q   Butler Snow, it's your understanding, is

Page 53

1   Johnson & Johnson and Ethicon's attorneys, correct?
2     A   That's my understanding.
3     Q   Have you ever provided any expert witness
4   consultation or expert witness services for Butler Snow
5   in the past?  Let me ask a better question.
6         Have you ever worked -- or have you ever been
7   retained as an expert or a consultant for Butler Snow?
8     A   No, I don't believe so.
9     Q   What law firms have retained you as an expert
10   witness?
11     A   I would have to go back and look.  I don't --
12     Q   Just name a couple.
13     A   Bowman and Brooke would be one that comes to
14   mind.
15     Q   You have a list.
16     A   I do.
17     Q   You're looking at Exhibit -- you're looking
18   at Appendix B to Exhibit No. 2, which is a list of your
19   prior testimony; is that correct?
20     A   Correct.
21         MR. HUTCHINSON: Dr. MacLean, take your
22     time.
23         THE WITNESS: Latham Watkins would be
24     another firm that has been hired -- I've been

14 (Pages 50 to 53)

Steven B. MacLean, Ph.D., P.E.

Page 54

```
 1    hired by.  Lewis Thompson.  Cremer Spina.
 2    Norton Fulbright Rose.  Those are the ones
 3    that come to mind.
 4        Q   (By Mr. Thornburgh)  All right.  And you
 5    have -- in Appendix B of Exhibit No. 2, you have a list
 6    of testimony that you've given in the last couple
 7    years; is that correct?
 8        A   That's correct.
 9        Q   Have you given -- have you served as an
10    expert witness in more than eight cases?
11        A   I've served as a testifying expert in eight
12    cases.
13        Q   Have you served as an expert witness in cases
14    where you haven't provided testimony?
15        A   Yes, there have been other cases that I've
16    been disclosed as expert -- as an expert that have
17    either settled or are still pending.
18        Q   Okay.  And so let's go through this list, and
19    then we'll talk about your work as an expert where you
20    haven't offered or provided testimony.
21        A   Okay.
22        Q   So in your Appendix B, you have a list of
23    cases, eight cases, where you've given testimony and
24    you have -- there's some bold letters in each case
```

Page 55

```
 1    name.  Does that denote where -- which party you --
 2    which party hired you to offer expert opinion
 3    testimony?
 4        A   That would be the retaining -- yes, the party
 5    that I was -- the beneficial party of that -- of that
 6    litigation through the -- through the retainer from the
 7    law firm, correct.
 8        Q   Okay.  So Workhorse Custom Chassis, LLC
 9    versus Robert Bosch, LLC, was that a lawsuit that was
10    brought by and against two corporations?
11        A   Correct.
12        Q   And what was the -- what type of expert
13    opinion testimony did you provide?
14        A   I can tell you that that matter involved
15    phenolic pistons used in brake systems for RV vehicles
16    and the allegation was that the pistons were swelling
17    in the field over time and causing the brakes to
18    underperform in the field.
19        Q   So that was an automotive application?
20        A   Recreation -- yes, RV, automotive, correct.
21        Q   And then Trice, et al. versus Toyota Motor
22    Corporation, you were retained by Toyota Motor
23    Corporation or their attorneys?
24        A   Correct.
```

Page 56

```
 1        Q   And so you were retained by the defendant in
 2    that case?
 3        A   Correct.
 4        Q   And what did that case involve?
 5        A   That case involved a stuck -- excuse me --
 6    stuck throttle allegation.
 7        Q   Another automotive application?
 8        A   Yes.  There are polymer components throughout
 9    the throttle body system, the throttle control system,
10    I should say, and the behavior of those components
11    under end-use conditions was called -- was being called
12    into question.
13        A   Alberto, et al. versus Toyota Motor
14    Corporation, again, you were retained by Toyota Motor
15    Corporation, a corporate defendant, regarding
16    another -- is that another stick throttle issue?
17        A   That was an unintended acceleration.  Those
18    matters were a bit different, but it was an unintended
19    acceleration matter.  That was actually the one we
20    talked about earlier with the polypropylene fractured
21    accelerator pedal.
22        Q   And you were retained by the defendant in
23    that case?
24        A   I was.  I was retained by their law firm,
```

Page 57

```
 1    correct.
 2        Q   The law firm who was retained by the
 3    defendant corporation?
 4        A   That is correct.
 5        Q   Metropolitan Property & Casualty Insurance
 6    versus LG Electronics, you were retained by LG
 7    Electronics or their lawyers, correct?
 8        A   That's correct.
 9        Q   And again, you were an expert witness on the
10    defense side of the V, correct?
11        A   Correct.
12        Q   And what did that litigation involve?
13        A   That litigation involved low-density
14    polyethylene tubing that connects the water supply
15    system from your home to the ice maker and water supply
16    system in refrigerators.
17        Q   And you were -- the next one is Nease versus
18    Ford Motor Company.  Again, you were retained by the
19    defendant or the defendant's lawyers in that
20    litigation, correct?
21        A   That's correct.
22        Q   And that was another automotive application,
23    a case involving some incident regarding -- some
24    failure of a Ford Motor Company vehicle, correct?
```

Steven B. MacLean, Ph.D., P.E.

Page 58

1    A   Some alleged performance issues related to a
2  Ford vehicle, correct?
3    Q   And was Nease an injured plaintiff?
4    A   Correct.
5    Q   And let me go back a little bit.  Was Trice
6  an injured plaintiff?
7    A   Trice was an injured plaintiff, correct.
8    Q   And you represented the corporate defendant,
9  right?
10   A   Through their attorney, correct.
11   Q   Alberto, was that an injured plaintiff?
12   A   Correct.
13   Q   And you represented Toyota Motor Corporation
14  or their attorney, right?
15   A   Yes.
16   Q   Nease was another injured plaintiff and you
17  represented the defendant corporation?
18   A   Correct.
19   Q   Wubker, et al. versus A&A Manufacturing
20  Company, what was -- what was that case about?
21   A   That case was about a dock leveler device, an
22  airbag for the dock leveler.  D-O-C-K, L-E-V-E-R --
23  sorry.  L-E-V-E-L-E-R.
24   Q   What was the allegation in that case?

Page 59

1    A   That the airbag ruptured during use and
2  injured the maintenance person that was maintaining it
3  at the time.
4    Q   And Wubker was an injured plaintiff?
5    A   Correct.
6    Q   And you represented, on behalf of the
7  lawyers, A&A Manufacturing Company, a corporate
8  defendant, correct?
9    A   That is correct.
10   Q   Promethean Insulation Technology, LLC versus
11  Reflectix Incorporated, you represented the defendant
12  corporation in that case as well, correct?
13   A   Correct.
14   Q   And what did that lawsuit entail --
15   A   Those are two --
16   Q   -- or involve?
17   A   Those are two companies that are in
18  litigation right now regard -- revolve -- excuse me --
19  regarding an intellectual property matter.
20   Q   And you represented a corporate defendant in
21  that case?
22   A   Yes, who was being sued by a corporation.
23   Q   And Nettleton, et al. versus Ford Motor
24  Company, you again represented the Ford Motor Company,

Page 60

1  a corporate defendant, correct?
2    A   Correct.
3    Q   Against an injured plaintiff?
4    A   No, no injured plaintiffs in that matter.
5  It's a class.
6    Q   A class of consumers who sued Ford Motor
7  Company because of some defect or alleged defect in a
8  product that Ford Motor Company sold?
9    A   Correct, but no injured parties.
10   Q   But you represented the corporate defendant,
11  right?
12   A   Correct.
13   Q   Okay.  Have you ever represented an injured
14  plaintiff?
15   A   I have not.
16   Q   Other than these eight cases where you've
17  testified as an expert witness, how many other cases
18  have you been retained as an expert witness or
19  consultant?
20   A   Probably on the order of 5 to 10 additional
21  matters.
22   Q   So approximately 20 cases?
23   A   Sounds about right.
24   Q   All on behalf of a corporate -- well, for the

Page 61

1  vast majority of those, those were -- you were retained
2  by either a corporate defendant or their lawyers,
3  correct?
4    A   Not in all cases, no.  There are some matters
5  that are -- I'm not being -- excuse me -- I'm not
6  representing the defense in some matters.
7    Q   So in those matters where you're not
8  representing -- or haven't been retained as a witness
9  or consultant in those matters, you were retained by a
10  corporate plaintiff?
11   A   Correct, or a -- yeah, or a complaint -- yes,
12  correct.
13   Q   You've always -- a hundred percent of the
14  time that you've offered your expert services has been
15  on behalf of a corporation?
16   A   Yes.
17   Q   And as we saw in the newsletter that we
18  looked at earlier, you were hired by -- Exhibit No. 7,
19  you were hired by Exponent to continue to offer
20  litigation services, correct?
21       MR. HUTCHINSON:  Object to form.
22  Mischaracterizing the document.  Counsel,
23  also it says clearly he was hired for other
24  things.  It's a misrepresentation of the

16 (Pages 58 to 61)

Steven B. MacLean, Ph.D., P.E.

Page 62

1    document.
2          MR. THORNBURGH:  That's what the
3    document says.
4          THE WITNESS:  And litigation failure --
5    nonlitigation failure analysis.
6       Q   (By Mr. Thornburgh) On behalf of corporate
7    clients?
8       A   It doesn't say that.
9       Q   Well, that's what you do, right?
10         MR. HUTCHINSON:  Object to form.
11   Argumentative.
12      Q   (By Mr. Thornburgh) You represent -- you get
13   retained -- or Exponent gets retained and you provide
14   services for corporate clients --
15         MR. HUTCHINSON:  Object --
16      Q   -- a hundred percent of the time?
17         MR. HUTCHINSON:  Object to form.
18      Q   (By Mr. Thornburgh) Right?
19         MR. HUTCHINSON:  Don't answer that.
20   He's already answered that question,
21   Counsel.
22         MR. THORNBURGH:  No, he hasn't.
23         MR. HUTCHINSON:  Yeah, he has.
24         THE WITNESS:  First of all, if you're

Page 63

1    asking about Exponent, the answer is no.  If
2    you're asking about me, I've already given
3    the answer.
4       Q   (By Mr. Thornburgh) You -- as an employee of
5    Exponent, you have been retained or offered services a
6    hundred percent of the time for corporate clients,
7    correct?
8          MR. HUTCHINSON:  Object to the form.
9    Been asked and answered.
10         THE WITNESS:  Same answer.
11      Q   (By Mr. Thornburgh) Yes or no?
12      A   I answered yes already.  Go back and look.
13      Q   Okay.  The answer is yes, right?
14      A   Still yes.
15         MR. THORNBURGH:  Use the restroom.
16         MR. HUTCHINSON:  Okay.
17         MR. THORNBURGH:  Break.
18         THE VIDEOGRAPHER:  We are now going off
19   the video record.  The time is currently
20   10:53.  This is the end of Tape No. 1.
21         (Recess taken.)
22         THE VIDEOGRAPHER:  We are now back on
23   the video record with Tape No. 2.  The time
24   is currently 11:08 a.m.

Page 64

1       Q   (By Mr. Thornburgh) Doctor, there are other
2    Exponent employees who have also been retained by
3    Ethicon and Johnson & Johnson in this litigation,
4    correct?
5       A   I believe so.
6       Q   Dr. Kevin Ong?
7       A   I -- yes, I believe he's been retained.  I
8    don't know if it's specific to this matter.
9       Q   And you're aware that Marta Villarraga and
10   Dr. Reitman are both Exponent employees who have been
11   retained by Johnson & Johnson, Ethicon, and/or other
12   mesh manufacturers?
13         MR. HUTCHINSON:  Object to form.
14         THE WITNESS:  I'm not aware of their
15   involvement with Ethicon or Johnson &
16   Johnson.
17      Q   (By Mr. Thornburgh) Do you know
18   Dr. Villarraga and Dr. Reitman?
19      A   I do.
20      Q   You are aware that they've been -- they've
21   been retained by defendants in the mesh litigation,
22   correct?
23      A   Correct.
24      Q   Did you communicate with them concerning this

Page 65

1    case?
2       A   No.
3       Q   Have you talked to any experts in this
4    litigation?
5       A   Yes.
6       Q   Who have you talked to?
7       A   I've talked to Dr. Shelby Thames.
8       Q   Any others?
9       A   No.
10      Q   And Dr. Shelby Thames is a polymer scientist?
11      A   He is.
12      Q   And he's serving as an expert polymer
13   scientist in this case, correct?
14      A   I'm not sure.  I believe he is.
15      Q   What did you talk to Shelby -- Dr. Shelby
16   Thames about?
17      A   Polymer science.
18      Q   What about this case specifically?
19      A   We talked about a couple of different routes
20   to get carbonyl functionality inside the IR spectra.
21      Q   A couple different roads to get carbon --
22      A   Routes, a couple of different routes.
23      Q   -- carbonyl functionality inside the IR
24   spectra?

17 (Pages 62 to 65)

Steven B. MacLean, Ph.D., P.E.

Page 66

1    A   Yes.
2    Q   What do you mean by that?
3    A   Well, I'm sure we'll get into it at some
4  point, but carbonyl functionality has been seen in
5  several IR spectra from explants or exemplar units.
6  And him and I were discussing the various ways that
7  that carbonyl functionality could show up.
8    Q   So you agree that there have been carbonyl --
9  and by carbonyl, we're talking about groups, right, CO
10 bonds?
11   A   Certain functional groups, correct, CO bonds.
12   Q   Which would be an -- which could be an
13 indication of oxidation or degradation through the
14 oxidative pathway?
15   A   There are a number of different molecules
16 that can have carbonyl functionality in them.
17   Q   One of those would be oxidation, correct?
18   A   Oxidation could cause carbonyl functionality
19 to develop in certain polymers, correct.
20   Q   Including polypropylene, right?
21   A   Yes, correct.
22   Q   You understand that Kevin Ong has been
23 retained in this case, right?
24       MR. HUTCHINSON:  Object to form.

Page 67

1        THE WITNESS:  I --
2        MR. HUTCHINSON:  Counsel, just for the
3  record, Dr. Ong has not been designated as an
4  expert in this case.
5        MR. THORNBURGH:  He hasn't?
6        MR. HUTCHINSON:  No.
7        MR. THORNBURGH:  Okay.
8        THE WITNESS:  That's -- that was why --
9        MR. THORNBURGH:  I thought he had.
10       MR. HUTCHINSON:  Wait just a minute.
11 No, in all fairness, he hasn't.
12       MR. THORNBURGH:  Okay.
13       MR. HUTCHINSON:  Not in the Mullins
14 consolidated case.
15       MR. THORNBURGH:  Okay.
16   Q   (By Mr. Thornburgh)  What do you
17 understand -- well, let me ask you this question:  You
18 haven't analyzed any of the mesh TVT devices that were
19 explanted from any of the plaintiffs in this case,
20 correct?
21   A   That's correct.
22   Q   And Dr. Thames did that, correct?
23   A   I --
24       MR. HUTCHINSON:  Object to form.

Page 68

1        THE WITNESS:  I am not aware of what
2  Dr. Thames did in this matter.
3    Q   (By Mr. Thornburgh)  Did anybody -- are you
4  aware of anybody that analyzed explanted TVT devices
5  from any of the plaintiffs in this case?
6        MR. HUTCHINSON:  Are you talking about
7  the 37 plaintiffs?
8        MR. THORNBURGH:  Thirty-seven
9  plaintiffs.
10       THE WITNESS:  I am not aware of anybody
11 that's done any work on explants from these
12 37 plaintiffs.
13   Q   (By Mr. Thornburgh)  Are you aware that there
14 were -- there are and have been TVT explants available
15 from plaintiffs in this case?
16       MR. HUTCHINSON:  Object to form.
17 Counsel, are you talking about the 37
18 plaintiffs?
19       MR. THORNBURGH:  I'm talking about the
20 37 plaintiffs.
21       MR. HUTCHINSON:  Okay.
22       THE WITNESS:  I don't recall if I was
23 made aware of that or not.
24   Q   (By Mr. Thornburgh)  Ethicon never came to

Page 69

1  you and asked you, their polymer scientist, to analyze
2  any explanted meshes for any of the women who have
3  explant mesh specimens available, correct?
4    A   They did not.
5    Q   Sitting here right now, you have no idea how
6  many TVT explant specimens are available from this
7  group of 37 plaintiffs, right?
8    A   Can you ask that again?
9    Q   Sitting here right now, you have no idea how
10 many TVT explant specimens are available from this
11 group of 37 plaintiffs, right?
12   A   No, I don't, not without looking at some
13 documents, I wouldn't be able to.
14   Q   Did you ever ask Ethicon or Ethicon's
15 attorneys whether any of the 37 plaintiffs had mesh
16 explanted from their bodies?
17   A   I did.
18   Q   And what did they tell you?
19   A   Yes.  The answer is yes.
20   Q   And did you say, "It might be a good idea to
21 analyze some of those TVT specimens to determine if
22 there's evidence of oxidation"?
23   A   I made -- I made that request.  I did not
24 receive any mesh.

18 (Pages 66 to 69)

Steven B. MacLean, Ph.D., P.E.

Page 70

1      Q   So you made a request to analyze explanted
2   TVT specimens to Ethicon's attorneys, and they did not
3   provide to you any of the explanted specimens from this
4   group of 37 plaintiffs, correct?
5          MR. HUTCHINSON:  Object to form.  And,
6   Counsel, if you could give us some details on
7   when these 37 explants were available, I'd
8   like to know that.
9          MR. THORNBURGH:  Well --
10         MR. HUTCHINSON:  Could you do that?
11         MR. THORNBURGH:  -- it's not my
12   deposition.
13         MR. HUTCHINSON:  Right.
14         MR. THORNBURGH:  But you know there's a
15   pathology protocol that we've been
16   following.
17         MR. HUTCHINSON:  Correct.
18         MR. THORNBURGH:  So --
19         MR. HUTCHINSON:  And if you could give
20   us some information about when these 37
21   explants were available for us to inspect, I
22   would really like to hear that.
23         MR. THORNBURGH:  It's already been done,
24   but it's not my deposition.

Page 71

1          MR. HUTCHINSON:  Okay.
2          MR. THORNBURGH:  I don't answer
3   questions under oath right now.  That's his
4   job.  My job is to ask the questions.
5          MR. HUTCHINSON:  So you're not going to
6   give us any information about when these 37
7   explants were available?
8          MR. THORNBURGH:  You already have -- you
9   already have the information regarding --
10         MR. HUTCHINSON:  When was it?
11         MR. THORNBURGH:  -- the availability
12   of -- I've talked to Andy Snowden about it.
13      Q   (By Mr. Thornburgh)  Andy Snowden went up to
14   Toronto and participate -- are you aware that Ethicon's
15   lawyers went up to -- with Kevin -- with Dr. Ong, went
16   up to Toronto and divided some mesh specimens from this
17   group of TVT plaintiffs?
18      A   I don't -- I don't recall.  I don't remember
19   if that was made -- if I was aware of that.  I just
20   don't know.
21      Q   You were never made aware that Ethicon was
22   provided with half of some of the available specimens
23   from this group of TVT plaintiffs?
24         MR. HUTCHINSON:  Object to form.

Page 72

1      Q   (By Mr. Thornburgh)  Right?
2      A   I don't recall if I was made aware of that.
3      Q   And you actually asked Ethicon's lawyers if
4   you could analyze some explanted mesh from this group
5   of TVT plaintiffs, correct?
6          MR. HUTCHINSON:  Same objections.  It's
7   been asked and answered, Counsel.
8          THE WITNESS:  Yeah, same answer.
9      Q   (By Mr. Thornburgh)  The answer is yes,
10   right?
11     A   Correct.
12     Q   And they never provided it to you?
13     A   I did not receive any mesh.
14     Q   So you're offering opinions in this case
15   without having had the opportunity to actually do your
16   own analysis of explanted TVT mesh specimens that were
17   made available to the defense, correct?
18         MR. HUTCHINSON:  Object to form.
19         THE WITNESS:  Correct.  But my scope of
20   work is a little bit different in this
21   matter.  And I have certainly analyzed all of
22   the existing data that's available for the
23   last three decades on these exact TVT devices
24   or sutures or sister products.  And I was

Page 73

1   testing some hypotheses of Dr. Iakovlev's
2   work that he didn't do in his work.
3      Q   (By Mr. Thornburgh)  You said your scope is a
4   little bit different.  Who determined your scope in
5   this case?
6      A   I think it was discussed between me and
7   the -- and counsel.
8      Q   And your scope didn't include actually
9   analyzing TVT specimens that were explanted from this
10   group -- from some of the women in this group of cases?
11     A   I --
12         MR. HUTCHINSON:  Same objection.
13         THE WITNESS:  I was ultimately asked to
14   look at all of the historical information
15   that was available, including all the polymer
16   science, all the general science, all the
17   testing, all the approaches, all the results
18   that have been generated, and form my own
19   opinions as to what is happening with this
20   mesh in vivo.
21     Q   (By Mr. Thornburgh)  Do you know if anybody
22   analyzed mesh specimen from this group of plaintiffs?
23     A   What do you mean?  Who?
24     Q   Do you know if any other expert that has been

19 (Pages 70 to 73)

Steven B. MacLean, Ph.D., P.E.

Page 74

1    retained by Butler Snow has analyzed any of the mesh
2    explant TVT devices that have been removed from some of
3    these plaintiffs?
4        A   I do not know.
5        Q   Turning back to Exhibit No. 2, there's a
6    "Limitations" section.  And just so the record is
7    straight, you've never looked at any mesh device in
8    this litigation that has been explanted from a woman's
9    pelvis, right?
10       A   That's been asked and answered.
11       Q   But in this -- you haven't in any -- in any
12   TVT case?
13       A   For these 37?
14       Q   In any case, ever.
15       A   Correct.
16       Q   If you turn to page 6, the limitations, it
17   says -- of Exhibit 2, it says, "At the request of
18   Butler Snow LLP, Exponent reviewed relevant scientific
19   literature, historic documented studies and expert
20   reports for the pending litigation."
21           It doesn't say you did this.  It says
22   Exponent reviewed.  Who at Exponent reviewed relevant
23   scientific literature, historic documented studies and
24   expert reports in this litigation?

Page 75

1        A   First of all, I did.  But the additional "we"
2    would be a few of my colleagues in the polymer science
3    practice.
4        Q   Okay, so tell me who those folks are.
5        A   Dr. Benight.  Dr. Moll.
6        Q   Dr. -- how do you spell Dr. Moll's name?
7        A   M-O-L-L.  Dr. Garcia.  And Dr. McGann,
8    M-c-G-A-N-N.
9        Q   M-c-G-A-N-N?
10       A   Correct.
11       Q   So Dr. Benight, Dr. -- make sure I understand
12   your testimony.  Dr. Benight, Dr. Moll, Dr. Garcia, and
13   Dr. McGann helped you review the scientific literature,
14   historic documented studies and expert reports in this
15   litigation?
16       A   Correct.  And we do that because it's
17   important as scientists to basically do an internal
18   peer-review process.  I read something, you would read
19   something, we'll debate the approach, the science, the
20   results, and come to some understanding on where we
21   agree, where we may disagree, and that's how our
22   scientific process works.  So it's important that not
23   just me, but other colleagues with similar backgrounds,
24   similar levels of expertise, read the literature as

Page 76

1    well, and then we discuss it.
2        Q   So you relied on your other four experts or
3    other four employees at Exponent to provide you with,
4    what, summaries of what they read?
5        A   Not -- in some cases, summaries, but in most
6    cases I would say, "Dr. Moll, please read this piece of
7    literature or these pieces of literature, and tomorrow
8    we're going to discuss them for a few hours," or,
9    "Dr. McGann, please go off and do some research on this
10   particular mode of degradation for polypropylene.  I
11   will do the same.  We'll come back and discuss it."
12   That might work its way into the report, things like
13   that.
14       Q   So when you would receive summaries from some
15   of these other employees at Exponent, would they
16   provide those summaries to you in writing?
17       A   No.  Typically orally.
18       Q   So you did not review all of the documents,
19   literature, depositions, and other materials that are
20   identified on -- in Appendix C of your expert report,
21   correct?
22       A   I can't tell you that I have read every
23   single page of every single document, but I can assure
24   you that I have read literally thousands of pages of

Page 77

1    information on this matter.
2        Q   And you -- in addition to -- well, there's
3    two parts of Exhibit [sic] No. C.  There's a list of
4    documents reviewed, and then there's a second list
5    called "Steven MacLean, Reliance List in Addition to
6    Materials Referenced in Report."
7        A   Correct.
8        Q   And so, again, you didn't review all of this
9    material either, correct?
10       A   A lot of that is duplicative.  That was
11   Butler Snow bolting on to our report the -- all of the
12   information that they knew they sent us.  And so my --
13   my list and my report would have those documents, plus
14   anything that we went out to the public domain, to the
15   public literature, and acquired and reviewed on our
16   own.
17       Q   Okay.  And so at least for the internal
18   Ethicon documents, those were handpicked by Ethicon's
19   attorneys and provided to you, correct?
20       A   I don't know if I'd use the term
21   "handpicked."  They were furnished to us from Butler
22   Snow.
23       Q   Well, you didn't go out and review their
24   database of documents on your own, correct?

Steven B. MacLean, Ph.D., P.E.

Page 78

1     A    No.  But I'm sure there are occasions where I
2    said, "Hey, does XYZ document exist," or something like
3    this, and they may have gone off and looked and sent it
4    to me.
5         Q    And so you relied on Ethicon to provide you
6    with documents that Ethicon's lawyers believed was
7    relevant for the scope of your opinions in this case?
8         A    Yeah, with the two-way communication that I
9    just described.
10        Q    Can you tell me which documents or materials
11   on -- in Appendix C and the addition -- additional
12   materials that Butler Snow provided were reviewed by
13   you?
14        A    Oh, I couldn't -- I couldn't do that.  That
15   would take way too much time.
16        Q    Do you know which materials were reviewed by
17   Dr. Benight, Dr. Moll --
18        A    Not specifically.
19        Q    -- Dr. Garcia?
20        A    No, not specifically.
21        Q    So you have no idea what they reviewed?
22        A    I have a general sense of what they reviewed.
23   I couldn't cite you the specific documents top to
24   bottom.

Page 79

1         Q    And there's no written memorandum that would
2    identify what these other doctors at Exponent reviewed
3    and shared with you later on, correct?
4         A    Correct.
5         Q    And so you relied at least in part on the
6    conclusions and opinions reached by these other doctors
7    at Exponent, correct?
8         A    No.  No.  The opinions that I've formed are
9    all mine.
10        Q    You relied on their conclusions, right?
11        A    No, I didn't rely on their conclusions.  I
12   had scientific discussions with them to help
13   crystallize my opinions.
14        Q    No pun intended, right?
15        A    None.
16        Q    But you can't tell me which documents or
17   materials were even reviewed by these other folks at
18   Exponent?
19        A    Not with specificity, I can't.
20        Q    Who is Dr. McBright [sic]?  What's her first
21   name?
22        A    Doctor who?
23        Q    Dr. Benight.  What's her first name?
24        A    Stephanie.

Page 80

1         Q    What's her background?
2         A    She has a chemistry background, but she also
3    has a polymers background as well.
4         Q    She's mostly a chemist?
5         A    She has a strong chemistry background,
6    correct.
7         Q    What about Dr. Moll?
8         A    Dr. Moll, she is a polymer science -- polymer
9    science and engineer -- polymer scientist and engineer.
10   She is directly on my staff.
11        Q    How about Dr. Garcia?
12        A    Dr. Garcia belongs to our
13   biomedical/biomaterials practice.  That's her
14   expertise.
15        Q    You're not a biomedical --
16        A    I am not.
17        Q    -- scientist, correct?
18        A    Correct.
19        Q    And you're not a part of the biomaterials
20   practice; is that correct?
21        A    I am not.  She is.
22        Q    And you're not offering opinions in this case
23   concerning the biomedical -- you're not offering
24   biomedical opinions in this -- in this case, correct?

Page 81

1         A    I am not.  I'm here to talk about polymers.
2         Q    Who is the fourth person?  Somehow I lost my
3    list.
4         A    Dr. John McGann.
5         Q    I'm sorry, what was Dr. Garcia's first name?
6         A    Mariana.  M-A-R-I-A-N-A.
7         Q    And Dr. Moll's first name?
8         A    Jericho.  J-E-R-I-C-H-O.
9         Q    And Dr. John McGann, what is his background?
10        A    Similar to Stephanie's; chemistry, polymer
11   science.  He's also part of our polymer science
12   practice.
13        Q    You're not a chemist, right?
14        A    I'm not a chemist.  I've taken a number of
15   different chemistry classes.
16        Q    You don't hold yourself out as an expert in
17   chemistry, correct?
18        A    As an expert in chemistry?  Not an expert in
19   chemistry, but I'm certainly very knowledgeable about
20   chemistry, organic chemistry, things of that nature.
21        Q    Did Stephanie Benight -- Dr. Benight,
22   Dr. Moll, Dr. Garcia, and Dr. McGann help you write
23   your expert report?
24        A    They provided some draft inputs to me.

21 (Pages 78 to 81)

Steven B. MacLean, Ph.D., P.E.

Page 82

1      Q   What section did Dr. Benight write or draft?
2      A   I don't recall specifically which section at
3  this point. The final body of work is mine.
4      Q   Well, she's a chemist.
5      A   Uh-huh.
6      Q   Did she provide some chemistry analysis in
7  your expert report?
8      A   I don't -- I don't specifically recall. I'm
9  sure we had some chemistry discussions along the way.
10     Q   What sections did Dr. Jericho Moll write or
11 help draft?
12     A   Jericho and I worked on the seven-year dog
13 study section. I recall that. We worked together
14 quite a bit on the Prolene section.
15     Q   By "Prolene section," do you mean the Prolene
16 microcrack section?
17     A   I mean the section that starts on page 19
18 that's labeled "Prolene."
19     Q   Okay. What section did Dr. Garcia help you
20 write?
21     A   I'd say Dr. Garcia mostly contributed to
22 portions of the second report, which I'll call the
23 microscopy report.
24     Q   And is that because Dr. Garcia was the person

Page 83

1  who conducted those studies?
2      A   Dr. Benight conducted those studies with
3  input from Dr. Garcia.
4      Q   And what section did Dr. McGann help you
5  write?
6      A   I believe I asked him to critique just some
7  of the public literature, but I did a lot of that as
8  well. So I think that was the extent of his work.
9      Q   So in order for me to understand sort of who
10 wrote which sections of the report, I'd have to look at
11 a draft of your report?
12     A   There's one and only one draft of this
13 report. It's a living document. And what typically
14 happens is, like I said, we would have a discussion,
15 one of us might write up a paragraph or two. I have
16 final editorial privileges of the document. I might
17 massage it and make it my own, add my own paragraph,
18 sections, things like that.
19     Q   Let me make sure I understand sort of their
20 roles a little bit more.
21     A   Sure.
22     Q   So Dr. Stephanie Garcia [sic] would have,
23 with the help of Dr. --
24     A   Benight.

Page 84

1      Q   -- Benight, would have worked on the testing
2  that was done in your second report and the drafting of
3  your second report; is that correct?
4      A   Correct. In part, correct.
5      Q   And did any other employees of Exponent help
6  with that regard?
7      A   On the second report?
8      Q   Yes.
9      A   No, I do not believe so.
10     Q   All right. And then Dr. Moll and you --
11     A   Let me just rephrase that. We have an
12 internal quality control process, so there may have
13 been other folks beyond -- once the final draft is
14 ready, there may have been other peer-reviewers that
15 had provided comments or editorial changes to the
16 document.
17     Q   Who are those folks?
18     A   They would be listed on the bill.
19     Q   Are they Ph.D.s? Are they doctors?
20     A   Typically, yes. But it's nothing more than
21 getting a fresh set of scientific eyes on a written
22 body of work to make sure that there's nothing that's
23 not consistent with the scientific method or to catch
24 potential typos and editorial issues.

Page 85

1      Q   And then Dr. Jericho Moll would have worked
2  on the seven-year dog study --
3      A   Uh-huh.
4      Q   -- section of your report?
5      A   Correct.
6      Q   And Dr. Garcia would have worked on the
7  second report, and then John McGann would have worked
8  on what section?
9      A   Some -- I had him, I believe, critique some
10 of the --
11     Q   Critique some of the peer-reviewed
12 publications?
13     A   That's right. Review, synthesize, and
14 critique.
15     Q   So he would have worked on the section that
16 begins where, or sections that begin where?
17     A   Twenty-four, page 24.
18     Q   Twenty-four through what page?
19     A   Thirty-two.
20     Q   And that would have been the publications
21 concerning degradation of polypropylene, including
22 Prolene?
23     A   Correct.
24     Q   Any other sections?

22 (Pages 82 to 85)

Steven B. MacLean, Ph.D., P.E.

Page 86

1      A   Not that I recall.
2      Q   In the "Limitations" section on page 6 of
3  Exhibit 2, you go on to say, "Exponent investigated
4  specific issues relevant to this report as requested by
5  the client."
6          What specific issues did Ethicon investigate
7  at the request of Butler Snow, Ethicon's attorneys?
8          MR. HUTCHINSON:  Object to form.
9          THE WITNESS:  It's the same answer I
10     gave you earlier.  They asked me to review a
11     series of historical documents and data,
12     current expert reports, older expert reports,
13     synthesize it, and draw my own independent
14     conclusions on the results.
15     Q   (By Mr. Thornburgh)  The paragraph goes on to
16  say, "The scope of services performed during this
17  investigation may not adequately address the needs of
18  other users of this report, and any reuse of this
19  report or its findings, conclusions, or recommendations
20  is at the sole risk of the user."
21         So the scope of the services performed may
22  not adequately address the needs of other folks who may
23  read your report and want to know a little bit of
24  information about polypropylene degradation,

Page 87

1  specifically degradation as it relates to the TVT
2  device?
3          MR. HUTCHINSON:  Object to form.
4          THE WITNESS:  Yeah, I don't think I
5      understand your question.
6      Q   (By Mr. Thornburgh)  Well, I don't understand
7  the sentence.  So maybe you can help me understand it.
8  It says the scope of services that you and your other
9  colleagues performed may not adequately address the
10  needs of other users.
11     A   Correct, so --
12     Q   What do you mean by that?
13     A   Well, the scope of the work was basically
14  what I've already described to you, and that's exactly
15  what Ethicon asked us to do, asked me to do, and that's
16  the work that we did.  I'm not -- I guess I'm not sure
17  what trouble you're having understanding that.
18     Q   That it may not adequately address the needs
19  of other users.
20     A   It may not.  Another user might pick up this
21  report and not understand it because they don't have
22  any polymer science background, may -- and as a result,
23  may draw erroneous conclusions from it.  So all I know
24  is that Ethicon asked me to do the work that I've

Page 88

1  already outlined for you, and we've generated a report
2  that summarizes that report and that addresses the
3  specific scope of work that they asked us to do.
4      Q   You go on in the next paragraph to say, "The
5  findings presented herein are made to a reasonable
6  degree of engineering certainty."  Did I read that
7  correctly?
8      A   You did.
9      Q   So the scientific specialty employed by you
10  in writing this report and reaching your opinions were
11  of those of an engineer; is that correct?
12     A   Not solely as an engineer.
13     A   An engineer and a --
14     A   Scientist.
15     Q   Polymer scientist?
16     A   Correct.
17     Q   You're not offering any other opinions
18  outside the scope of engineering and polymer
19  scientist -- science; is that correct?
20     A   And general materials science.
21     Q   What opinions are you offering as a general
22  materials scientist?
23     A   There are materials, such as proteins, that
24  actually are polymers, but for the sake of this

Page 89

1  discussion we'll call them proteins, that are present
2  in and around the filaments and fibers of the mesh that
3  other scientists have characterized.  And I'm relying
4  on some of that data that I've seen.  So that is why I
5  would include proteins.  The formaldehyde solution,
6  formalin fixation solution.
7      Q   You've never conducted any of your own
8  studies concerning the formaldehyde proteined --
9  protein polymer, correct, the theory of -- you're never
10  conducted your own testing or studies concerning the
11  theory that the cracked outer layer of the
12  polypropylene Prolene TVT mesh fibers is a
13  formaldehyde-protein polymer, correct?
14     A   I don't have to.  That science is already
15  founded.
16     Q   That's not my question.  My question is:
17  You've never conducted any studies --
18     A   No, but --
19     Q   -- in that regard?
20     A   -- several --
21         MR. HUTCHINSON:  Hey, one at a time.
22  Dr. MacLean, you can finish answering the
23  question, please.
24         THE WITNESS:  The science is well

23 (Pages 86 to 89)

Steven B. MacLean, Ph.D., P.E.

Page 90

1    established, and other folks have confirmed
2    it. I've seen it in the data. It exists.
3       Q   (By Mr. Thornburgh) You've never conducted
4    your own studies, correct?
5       A   It would just be -- it would be redundant.
6    Correct.
7       Q   You've never looked at explanted
8    polypropylene materials, period, right?
9       A   Well, I've looked at plenty. I've looked at
10   plenty of micrographs. I've looked at plenty of
11   photographs --
12      Q   In this --
13         MR. HUTCHINSON: Hold on. Dan, stop.
14   Dr. MacLean, you can finish answering the
15   question.
16         MR. THORNBURGH: In this litigation.
17         MR. HUTCHINSON: Hey, excuse me, Dan.
18   Dr. MacLean, you can finish answering his
19   question.
20         THE WITNESS: I have looked at more
21   micrographs, photographs, pictures, images of
22   so-called cracked mesh than I can count for
23   this litigation --
24         MR. THORNBURGH: After --

Page 91

1          THE WITNESS: -- for this matter.
2       Q   (By Mr. Thornburgh) Your question [sic] and
3    testimony a moment ago was, "There are materials, such
4    as protein, that actually are polymers, but for the
5    sake of this discussion we'll call them proteins, that
6    are present in and around the filaments and fibers of
7    the mesh that other scientists have characterized. And
8    I'm relying on some of that data that I've seen."
9          What data are you relying on that you suggest
10   you've seen in this statement?
11      A   Visual observations that people have done,
12   the IR data that's out there that show clear evidence
13   of protein. And just reading, I've read some
14   literature about foreign body response and things of
15   that nature. So just knowing that proteins actually
16   get to the site and form. So it's really a culmination
17   of all those things, looking at the public literature,
18   looking at the historical documentation that's been
19   generated either by Ethicon or by opposing experts.
20   It's well established that proteins are present.
21      Q   You say the visual observations and IR data
22   that other people have reported. Are you referring to
23   Dr. Thames?
24      A   I'm referring to IR data from Ethicon

Page 92

1    throughout all of their studies. I'm referring to data
2    I believe I've seen from Dr. Jordi. And there could be
3    others.
4       Q   Is Dr. Thames one of those individuals?
5       A   I just don't recall.
6       Q   Have you read Dr. Thames's expert reports?
7       A   From the Bellew matter, I have.
8       Q   And you share a lot, if not all, of the
9    opinions that Dr. Thames has expressed in those reports
10   or in his depositions, correct?
11      A   I wouldn't make that characterization. I
12   have my own opinions.
13      Q   You share the same opinion?
14      A   No, not necessarily. I have my own opinions.
15   I'll make -- I'll let someone else make that
16   distinction.
17      Q   And you say you're also relying on the public
18   literature, which has shown visual observation and
19   discussed IR data. What publications are you referring
20   to?
21      A   A lot of the publications that are in my
22   expert report. Clave mentions biologic materials. I'm
23   sure Costello does. I'm sure there are others. We
24   actually see biological material on -- in Wood's work,

Page 93

1    we see biologic material. You can physically see it.
2       Q   That's what your -- that's what your report
3    says?
4       A   That's what my report says and that's what
5    that journal article shows.
6       Q   And you can see it how?
7       A   You can see it in some of the
8    macro-photography in her -- in the report, in the
9    journal article.
10      Q   So you think that the macro-photography of
11   the explanted polypropylene material analyzed by
12   Dr. Woods shows protein?
13      A   Biological material that's most likely
14   protein or proteinaceous in nature.
15      Q   Is that the section that was written by
16   Dr. McGann?
17      A   Let me make it clear. The entire written
18   report is my body of work. I got draft inputs from the
19   people that I've already mentioned to you.
20      Q   That's a section that was drafted by
21   Dr. McGann, right?
22      A   Portions of it were. The ultimate text
23   that's in here is mine.
24      Q   And so it's your opinion that the Wood

24 (Pages 90 to 93)

Steven B. MacLean, Ph.D., P.E.

Page 94

1    article, scanning electron microscopy shows biologic
2    material?  Is that your opinion?  Is that what you're
3    saying?
4        A   Can you just let me reference something so I
5    can answer you more specifically.  You're asking me
6    about a very specific micrograph.  I'm trying to find
7    it.
8        Q   By "micrograph," you're talking about
9    scanning electron microscopy, right?
10       A   No, you are.
11           MR. HUTCHINSON:  Dan, hold on just a
12       minute.  The doctor is trying to answer your
13       question.  If you'll give him just a minute,
14       okay?
15           THE WITNESS:  It's always the last one.
16       This is what I'm referring to.  Figure 1 of
17       the Wood report.
18       Q   (By Mr. Thornburgh)  Figure 1 of the Wood
19   report.  Which number?
20       A   Figure 1D, E, and F, those are all
21   photomicrographs of meshes, not necessarily
22   Prolene-based meshes, that were explanted and cleaned,
23   which is the most important thing.  You can still
24   physically see biological material in and around the

Page 95

1    mesh.
2        Q   Well, let's look at A, okay.  A is the
3    cleaned -- the cleaned mesh?
4        A   It's not cleaned.  That's an exemplar.  It's
5    not cleaned.
6        Q   Are you telling the ladies and -- let's go
7    ahead and circle on Exhibit -- on Figure 1 -- sorry,
8    hold on one second.
9            Are you -- have you read Dr. Thames' prior
10   depositions?
11       A   I believe I may have read portions of his
12   Bellew deposition.
13       Q   Did you talk to Dr. Thames about the Wood
14   article?
15       A   It may have come up.
16       Q   And are you aware that Dr. Thames has
17   testified in prior depositions and in other cases that
18   the Wood article actually showed degraded
19   polypropylene?
20       A   Yeah, that -- I believe that's his belief,
21   correct.
22       Q   And so you disagree with Dr. Thames?
23       A   I would say it's not conclusive enough and
24   there's evidence to show that there are other molecules

Page 96

1    in play.
2        Q   So my question was:  You disagree with
3    Dr. Thames's opinions, an opinion that he's expressed
4    in this litigation that the Wood article in Figure 2D
5    shows degraded polypropylene?
6            MR. HUTCHINSON:  Object to form.
7        Mischaracterizes --
8        Q   (By Mr. Thornburgh)  Do you disagree with
9    that --
10           MR. HUTCHINSON:  Wait.  I'm sorry.
11       Object to the form.  It mischaracterizes the
12       evidence.  And, Counsel, just for the record,
13       Dr. Thames has not been deposed in this
14       litigation.
15           MR. THORNBURGH:  He's been deposed in --
16       he's been deposed in the mesh litigation
17       about the Wood article, and Dr. Thames said
18       and testified that it was his opinion that
19       the Wood article demonstrated degraded mesh
20       that degraded through the oxidative
21       pathway.
22           THE WITNESS:  That's --
23           MR. HUTCHINSON:  Hold on just a minute.
24           MR. THORNBURGH:  And --

Page 97

1            MR. HUTCHINSON:  Wait a minute.  Finish
2        your question, Dan.  Are you -- are you
3        finished with your question?
4        Q   (By Mr. Thornburgh)  Do you understand that
5    he's testified to that in prior cases?
6            MR. HUTCHINSON:  Okay, hold on just a
7        minute.  Object to form.  Also
8        mischaracterizes testimony.
9            Dan, if you have a copy of Dr. Thames'
10       transcript, we'd like to see it.  Do you have
11       a copy?
12       Q   (By Mr. Thornburgh)  Do you -- do you
13   understand that's his opinion, yes or no?
14           MR. HUTCHINSON:  Dan, do you have a copy
15       of Dr. Thames' transcript?
16           MR. THORNBURGH:  I do.
17           MR. HUTCHINSON:  Okay.  Can we see it,
18       please?
19           MR. THORNBURGH:  Well, I'm not going to
20       look for it right now, but we'll look at it
21       later on.
22           THE WITNESS:  What's your question?
23       Q   (By Mr. Thornburgh)  Let's assume that
24   Dr. Thames testified that the Wood article, the

25 (Pages 94 to 97)

Steven B. MacLean, Ph.D., P.E.

Page 98

1    polypropylene material explanted in the Wood article
2    and analyzed, showed evidence of oxidatively degraded
3    polypropylene.  Would you disagree with that opinion?
4         MR. HUTCHINSON:  Same objections.
5         THE WITNESS:  This is how I will answer
6    it.  There's a carbonyl peak present that he
7    looks at and believes it's an indication of
8    polypropylene oxidation.  However, there are
9    other peaks when I look at the PTFE mesh,
10   when I look at the PET mesh, and I look at
11   their IR spectra, there are other
12   accounted-for peaks that might suggest
13   something other than oxidation is going on.
14        Q    (By Mr. Thornburgh)  I'm talking about the
15   polypropylene.
16        A    I understand what you're --
17        Q    I'm not talking about --
18        A    -- talking about.
19        Q    -- PET or -- PET or PTFE.
20        A    I understand what you're talking about.  I'm
21   telling you that if you look at the data in its
22   totality and you look at some of the other peaks that
23   have actually worked their way into the other
24   materials -- and by the way, those peaks gets masked in

Page 99

1    the polypropylene material because they already have
2    functional groups at 2800, 2900.  So if you look at all
3    that data in its totality, you could make the argument
4    that, yes, it might be oxidation, but it also could be
5    some sort of plasticizer, natural plasticizer in the
6    body, that has a carbonyl-containing functional group.
7         Q    So let me just understand your opinion here.
8         A    Sure.
9         Q    If Dr. Thames has testified that this was
10   degraded, oxidatively degraded polypropylene, you would
11   disagree with his opinion?
12        MR. HUTCHINSON:  Object to form.  Asked
13   and answered, Counsel.  He just explained to
14   you his opinion about that.
15        THE WITNESS:  It's not a yes or no
16   answer.  I don't disagree with him.  I'm
17   saying that there could be another reason why
18   that carbonyl peak has shown up in that
19   range.
20        Q    (By Mr. Thornburgh)  Okay.  So then let me --
21   entertain me for a moment.
22        A    Sure.
23        Q    In the Wood article, you would agree that the
24   polypropylene material analyzed could be oxidative

Page 100

1    degradation, right?
2         A    I'm saying that the carbonyl functionality,
3    it's just that, it's carbonyl functionality.  That is a
4    ubiquitous molecule in organic molecules -- sorry, it's
5    a ubiquitous functional group within organic molecules.
6    And you can't look at the carbonyl peak at 1740, 1720,
7    wherever it is, and just say it's oxidation.  It's not
8    definitive enough.
9         When you look at the in vivo environments
10   coupled with -- and we're not even talking about
11   Prolene, by the way, in this -- that needs to be on the
12   record.  There's nothing that suggests or even confirms
13   that Prolene was part of the Wood study.  So let's get
14   that on the table.  But just in general, if you look at
15   the material composition of Prolene and if you look at
16   the in vivo environments of this -- of this mesh, there
17   are way too many molecules present that have carbonyl
18   functionality to simply go ahead and look at that peak
19   and assign it to oxidation.  You just can't do that.
20   It's scientifically unsound.
21        Q    Well, why don't you look at the Wood
22   article -- just so the record is clear, the Wood
23   article was published in 2013, right?  Why don't we
24   just go ahead and mark it as Exhibit No. 8 since we're

Page 101

1    talking about it.  We kind of jumped to it, but might
2    as well talk about it and mark it.
3         MR. HUTCHINSON:  You got a copy?
4         (Exhibit 8 marked for identification.)
5         Q    (By Mr. Thornburgh)  Okay.  And you
6    understand that the -- Wood and her colleagues analyzed
7    explanted polypropylene, PTFE, and PET hernia meshes
8    from individual plaintiffs -- patients, right?
9         A    I do.  Well, no, it's -- I believe it's one
10   patient.
11        Q    From an individual patient?
12        A    Correct.
13        Q    Okay.  And if you turn to the -- if you look
14   at the abstract, first of all, it says, "Synthetic mesh
15   materials are exposed to foreign body responses, which
16   can alter physicochemical properties of the material."
17   Did I read that accurately?
18        A    You did.
19        Q    And then it goes on and says that three mesh
20   materials, including a polypropylene mesh, was analyzed
21   from a single patient, and the results from infrared
22   spectroscopy demonstrated significant oxidation of the
23   polypropylene mesh, while ePTFE and PET showed slight
24   chemical changes that may be caused by adherent scar

26 (Pages 98 to 101)

Steven B. MacLean, Ph.D., P.E.

Page 102

1    tissue.  Differential scanning calorimetry results
2    showed a significant decrease in the heat of
3    enthalpy -- enthalpy -- did I pronounce that
4    correctly --
5        A   You did.
6        Q   -- and melt temperature in the polypropylene
7    mesh.
8            Okay, so just from looking at the abstract,
9    we're going to dig in a little bit deeper --
10       A   Uh-huh.
11       Q   -- but the scientist here performed a number
12   of different testing to determine whether or not there
13   was evidence of oxidative degradation of the
14   polypropylene material and the other mesh materials as
15   well, right?
16       A   Correct.
17       Q   One of those was scanning electron
18   microscopy, right?
19       A   Correct, which tells you nothing about
20   oxidation.
21       Q   That wasn't my question.  One of the studies
22   they did was scanning electron microscopy, correct?
23           MR. HUTCHINSON:  He answered, Counsel.
24           THE WITNESS:  Yes.

Page 103

1        Q   (By Mr. Thornburgh)  They also did FTIR,
2    right?
3        A   Right.
4        Q   And FTIR looks at what?
5        A   Functional groups within a certain molecule.
6        Q   Okay.  So polypropylene will have a
7    fingerprint?
8        A   Correct.
9        Q   And degraded polypropylene will have carbonyl
10   functional groups, correct?
11       A   Oxidized polypropylene --
12       Q   Oxidized polypropylene will have a carbonyl
13   functional group or groups, correct?
14       A   It can.
15       Q   And where do those carbonyl groups fall
16   within the FTIR spectra of oxidized polypropylene?
17       A   It can range anywhere from the high 1600s to
18   the high 1700s.
19       Q   And they also performed differential scanning
20   calorimetry, right?
21       A   Correct.
22       Q   Which showed a decrease in the heat of
23   enthalpy.  What does that mean?
24       A   The amount of crystallinity -- the amount of

Page 104

1    energy required to break up the crystals in the
2    crystalline material.
3        Q   So with that -- so for oxidized
4    polypropylene, you'd have a decrease in the heat of
5    enthalpy, which would indicate that there are more
6    amorphous regions on the material; is that fair?
7        A   Correct, you might get more amorphous
8    regions.
9        Q   And amorphous regions are regions of a
10   polymer which are more susceptible to oxidation or are
11   oxidized?
12       A   They can be more susceptible to oxidation
13   than the -- than the crystalline domains, correct.
14       Q   And melt temperature is another test that can
15   be conducted, right?
16       A   Sure.
17       Q   And if there's a drop in the melting point of
18   a polypropylene or polymer material, that's also an
19   indication of oxidized polypropylene, correct?
20       A   Not necessarily.
21       Q   But if you take a pure polypropylene sample
22   and you oxidize it and it degrades and you do
23   melt-point temperature and it drops, that's clearly
24   oxidized polypropylene?

Page 105

1        A   No.  No, it's not clearly.  That is one
2    explanation.  The most likely explanation is that you
3    have aliphatic ester compounds, which Dr. Jordi told us
4    in Bellew come -- are actually inside the polypropylene
5    filaments.  They plasticize the material, and that is
6    why you get a reduction in the melt temperature.
7        Q   I wasn't -- I -- you must have misunderstood
8    me.
9        A   I don't think I did.
10       Q   Intentionally oxidized pristine material,
11   okay?  If you take -- if you intentionally oxidize
12   pristine material that's never been in a biological
13   environment --
14       A   Okay, sure.
15       Q   -- and you get a FTIR score between 1600 and
16   1700s, that would be -- you could say that would be
17   oxidative degradation or evidence of oxidative
18   degradation, correct?
19           MR. HUTCHINSON:  Object to form,
20   Counsel.  Are you talking about materials or
21   you're talking about Prolene?
22           MR. THORNBURGH:  Talking about
23   polypropylene mesh, pristine --
24   intentionally --

27 (Pages 102 to 105)

Steven B. MacLean, Ph.D., P.E.

Page 106

1        MR. HUTCHINSON: Polypropylene --
2        MR. THORNBURGH: Yep.
3        MR. HUTCHINSON: I'm sorry. Tell us for
4    the record what you're talking about.
5        MR. THORNBURGH: Pristine polypropylene
6    mesh --
7        MR. HUTCHINSON: Okay.
8        MR. THORNBURGH: -- that is
9    intentionally oxidized.
10       THE WITNESS: Sure. As long as -- we
11   can continue to have this debate as long as
12   it's understood we're not talking about
13   Prolene for -- you said polypropylene.
14   That's what the Wood article talks about.
15       MR. THORNBURGH: I understand. You've
16   been hired and you're being paid by Ethicon
17   to defend its --
18       THE WITNESS: No, I'm telling you there
19   is a --
20       MR. HUTCHINSON: I'm sorry, guys. Y'all
21   need to -- one at a time. Dr. MacLean, you
22   can go on.
23       THE WITNESS: I'm telling you there is a
24   scientific difference, a significant

Page 107

1    scientific difference between Prolene and
2    polypropylene. That's what I'm telling you.
3    And the Wood article is square on that. It's
4    polypropylene, not Prolene.
5        MR. THORNBURGH: We're going to look at
6    all of the evidence --
7        THE WITNESS: Sure.
8        MR. THORNBURGH: -- okay? Because you
9    have to look at the totality of the evidence,
10   right?
11       THE WITNESS: Right. I'm just saying
12   you have to be clear about the material
13   you're talking about because if you put -- if
14   you put Prolene in an oxidized environment
15   and you put polypropylene in an oxidized
16   environment, I'm not sure we're going to
17   agree on some of the things that you just
18   about to say, so we just need to be clear.
19       MR. THORNBURGH: We're going to look at
20   the totality of the evidence; we're going
21   to --
22       THE WITNESS: Let's do it.
23       MR. THORNBURGH: -- explore it
24   together.

Page 108

1        THE WITNESS: Let's do it.
2    Q   (By Mr. Thornburgh) All right. So let's
3    assume that you have a pristine polypropylene, Bard's
4    material.
5    A   We'll just call --
6    Q   Does that make you feel better?
7    A   No.
8    Q   Or is that one of your clients?
9    A   No, neither.
10       MR. HUTCHINSON: Hold on just a minute.
11   Hey, Dan, excuse me --
12       MR. THORNBURGH: Hold on. Let me just
13   run him through this.
14       MR. HUTCHINSON: No. Stop. No, we're
15   not going to go forward like that if you keep
16   up that line of questioning. Do you
17   understand me?
18       MR. THORNBURGH: Let's --
19       MR. HUTCHINSON: Dan, do you understand?
20       MR. THORNBURGH: Let's do a different
21   hypothetical.
22       MR. HUTCHINSON: All right. Is that
23   question withdrawn?
24   Q   (By Mr. Thornburgh) Polypropylene

Page 109

1    material manufactured by --
2        MR. HUTCHINSON: Dan, is that question
3    withdrawn?
4        MR. THORNBURGH: No.
5        MR. HUTCHINSON: All right, well --
6    Q   (By Mr. Thornburgh) Polypropylene material
7    manufactured by Company X.
8    A   We can just call it polypropylene material.
9    Why don't we just call it neat, N-E-A-T, polypropylene.
10   Q   Neat polypropylene --
11   A   Good.
12   Q   -- intentionally oxidized.
13   A   Let's do it.
14   Q   You're going to find a -- carbonyl functional
15   groups within the -- according to you, the range of
16   1600 to 1700s, correct?
17   A   Yeah, 1650 to high 1700s, correct.
18   Q   All right. And if there's a drop in the heat
19   of enthalpy, that's additional evidence of oxidized
20   polypropylene, correct?
21   A   I think it would be --
22   Q   Amorphous?
23   A   It would be evidence that you had some
24   degradation of the polymer chains.

28 (Pages 106 to 109)

Steven B. MacLean, Ph.D., P.E.

Page 110

1    Q   Okay.  And if you have a drop in the melt
2    temperature, that's also evidence of or some evidence
3    of oxidatively degraded polypropylene, correct?
4    A   In that scenario, it would track.
5    Q   And in this case, the Wood case, they
6    performed all those studies and they found evidence
7    of -- in fact, they report the results of infrared
8    spectroscopy -- that's FTIR that we've been talking
9    about, right --
10   A   Correct.
11   Q   -- demonstrated significant oxidation, right?
12   A   That's their words, correct.
13   Q   And additional studies, a differential
14   scanning calorimetry, showed significant decrease in
15   heat of enthalpy and melt temperature, right?
16   A   Correct.
17   Q   And so that would be indication or evidence
18   of oxidized polypropylene, right?
19   A   It is.  That set of facts is consistent with
20   oxidation.  That set of facts is also consistent with
21   other molecules that may be diffusing into the polymer.
22   Q   And so if you turn the page -- turn the page.
23   A   Okay.
24   Q   Okay.

Page 111

1    A   To which page?
2    Q   The next page in the -- in the study.  At the
3    very top, it says, "Since the mid-nineties, the most
4    common method of repairing abdominal hernias has been
5    the tension-free repair using a variety of synthetic
6    mesh such as polyethylene, heavy weight polypropylene,
7    expanded polytetrafluoroethylene," and so on and so
8    forth.  And it goes on to say, "A large" -- down
9    after --
10   A   I'm with you.
11   Q   -- Footnote 4 -- "A large subset of
12   recurrence surgeries may be due to the lack of mesh
13   inertness in vivo.  These materials result in a large
14   foreign body response that some thought was necessary
15   to repair the defect.  In recent years, there has been
16   new evidence that a large foreign body response can
17   result in physicochemical changes in the mesh material,
18   which may lead to poor patient outcomes and
19   recurrences.  While synthetic mesh" -- let me just stop
20   there for a minute.
21       You haven't gone out and looked at the entire
22   body of literature concerning polypropylene -- strike
23   that.
24       You haven't gone and looked at the entire

Page 112

1    body of literature concerning complications from
2    polypropylene meshes, have you?
3          MR. HUTCHINSON:  Object to form.
4          THE WITNESS:  I can't say I've looked at
5    the entire body of literature, correct, on
6    that specific -- on that specific subject.
7    Q   (By Mr. Thornburgh)  In fact, you focused
8    on -- just on polymer science, basically?
9    A   Primarily, but I definitely looked at
10   other -- I'll call them auxiliary topics related to
11   this matter.  I looked at some public literature that
12   should be in my files.
13   Q   And do you understand the difference between
14   a clean contaminated area and a -- a clean surgical
15   site?
16   A   Generally speaking, yes.
17   Q   What's your understanding of the two?
18   A   Repeat the question.
19   Q   Do you understand what the difference is of
20   a -- well, let me ask you this:  The surgical site of
21   the vagina, what type of environment is that?  Is it
22   aseptic, is it septic, is it clean, is it clean
23   contaminated --
24         MR. HUTCHINSON:  I'm going to -- hold on

Page 113

1    just a minute.
2    Q   -- is it contaminated?
3          MR. HUTCHINSON:  I'm going to object to
4    the extent it's outside his expert report.
5          MR. THORNBURGH:  Okay.
6    Q   (By Mr. Thornburgh)  You're not going to
7    offer any opinions about that, are you?
8    A   I'm not.
9    Q   You didn't read any publications or
10   literature concerning the different surgical site
11   environments concerning contamination versus
12   noncontaminated implant products, correct?
13   A   I may have read something along those lines
14   along the way.  They did not come into my opinions.
15   Q   So you didn't -- you haven't considered those
16   medical issues in forming your opinion in this case; is
17   that fair?
18         MR. HUTCHINSON:  Object to form.
19         THE WITNESS:  Can you repeat that
20   question?
21   Q   (By Mr. Thornburgh)  Yeah.  My question
22   originally was...
23         (Discussion off the written record.)
24   Q   (By Mr. Thornburgh)  My question was:  You

29 (Pages 110 to 113)

Steven B. MacLean, Ph.D., P.E.

Page 114

1  didn't read any publications or literature concerning
2  the different surgical site environments and the role
3  that those environments play in implantable mesh
4  devices?
5      A   And I'd say my answer is, yes, I've read some
6  literature along the way, but they did not -- they have
7  not really -- they have not influenced my opinions.
8      Q   Right.  You read those, but you didn't
9  consider those -- the differences or those publications
10  that discuss the impact of the surgical site on the
11  biomechanical properties of mesh devices, correct?
12     A   I'm not sure what you mean by the word
13  "consider."  But I would say that they were certainly
14  part of my institutional knowledge that I built up as I
15  read through all of the literature.
16     Q   Well, what is the significance of the
17  environment in which a polypropylene material will be
18  implanted?  What's the difference between a clean
19  contaminated versus contaminated field?
20     A   Here's how I'll answer that to you.  Here's
21  how I'll answer that for you.  There are a number of
22  different molecules within the body -- lipids, esters,
23  cholesterols, things of that nature -- that have a very
24  specific chemical signature to them, chemical structure

Page 115

1  to them, which includes carbonyl formation -- or
2  carbonyl functionality, rather.  They have the ability,
3  and Jordi has proven this, have the ability to diffuse
4  into the filaments and cause a plasticizing effect.
5  And all I'm saying is that mechanism has been proven to
6  exist and there are -- there's direct results from that
7  mechanism taking place.
8      Q   Have you looked at any studies that
9  differentiated between the biomechanical properties of
10  implantable surgical devices of a clean surgical field
11  versus a clean contaminated surgical field?
12     A   I don't recall.
13     Q   Did you consider that issue in rendering your
14  opinions in this case?
15     A   I don't believe that they came into my
16  opinions.
17     Q   It goes on -- if you look at the same page,
18  page 1122 of the -- of Exhibit 8, 1122 of Exhibit 8, it
19  goes on and says, "While synthetic mesh is frequently
20  utilized to repair hernias, these materials are also
21  being utilized in pelvic slings for urogynecologic
22  applications.  Unfortunately, these mesh materials,
23  also composed of polypropylene, PET, and ePTFE, are
24  experiencing biocompatibility problems which are

Page 116

1  resulting in groin pain and prolapse."
2          Did I read that accurately?  Do you know
3  where I'm at?
4      A   I just -- I just caught up with you.  Just
5  tell -- just point to me on my document where you
6  started reading from.
7      Q   Right here (indicating) to right there
8  (indicating).  It says -- so let's just make sure we're
9  on the same page.  "While synthetic mesh is frequently
10  utilized to repair hernias, these materials are also
11  being utilized as pelvic slings for urogynecologic
12  applications.  Unfortunately, these mesh materials,
13  also composed of polypropylene, PET, and ePTFE, are
14  experiencing biocompatibility problems which are
15  resulting in groin pain and prolapse."
16     A   That's what it says.
17     Q   Okay.  And you didn't read -- you weren't
18  focused on the biocompatibility problems which were
19  causing groin pain and prolapse in patients who were
20  implanted with polypropylene mesh devices for
21  urogynecologic applications, correct?
22         MR. HUTCHINSON:  Object to form.
23         THE WITNESS:  No, because I'm not aware
24  of any biocompatibility issues associated

Page 117

1  with Prolene.
2      Q   (By Mr. Thornburgh)  You're not aware of an
3  biocompatibility --
4      A   Biocompatibility issues associated with
5  Prolene.
6      Q   So you didn't -- you didn't seek out those
7  publications?
8          MR. HUTCHINSON:  Object to form.
9  Mischaracterizes his testimony.
10         THE WITNESS:  The record is clear that
11  the Prolene material has been biocompatible
12  since 1969.
13     Q   (By Mr. Thornburgh)  Do you know how many
14  women have sued the client that you work for right now?
15     A   No idea.
16     Q   Do you know what complications rate for
17  pelvic organ prolapse have been -- sorry, strike that.
18         Do you know what Ethicon's own internal
19  scientists have found?
20     A   Regarding?
21     Q   Strike that.
22         Do you know what Ethicon's key opinion
23  leaders have found or have you considered the
24  publications by Ethicon's key opinion leaders

30 (Pages 114 to 117)

Steven B. MacLean, Ph.D., P.E.

Page 118

1  concerning complications associated with Prolene pelvic
2  organ prolapse devices?
3      MR. HUTCHINSON: Object to form.
4      THE WITNESS: No, my work is not focused
5  on any of those so-called or alleged
6  complications.
7   Q   (By Mr. Thornburgh) You didn't -- you didn't
8  read all of the publications that discuss that, right?
9      MR. HUTCHINSON: Object to form.
10   Q   (By Mr. Thornburgh) That wasn't your focus?
11   A   That --
12   Q   Your focus wasn't --
13      MR. HUTCHINSON: Excuse me. One at a
14  time. Dr. MacLean, you can finish answering
15  the question.
16      THE WITNESS: That was not within my
17  scope of work.
18   Q   (By Mr. Thornburgh) So you are not offering
19  opinions concerning the complication rates or the
20  biocompatibility issues of Prolene mesh devices,
21  correct?
22   A   Again, I'm not aware of any biocompatibility
23  issues. And, no, I'm not offering any opinions about
24  any type of complication rate.

Page 119

1   Q   Are you aware that -- if you go on to the
2  next sentence -- we're not done yet -- on July 13th,
3  2011, the FDA issued a statement warning surgeons and
4  patients about the complications associated with
5  surgical meshes?
6      MR. HUTCHINSON: Excuse me, Dan. What
7  page are you on?
8      MR. THORNBURGH: Same page, just --
9      MR. HUTCHINSON: One twenty?
10      MR. THORNBURGH: One twenty-two [sic] of
11  Exhibit -- page -- the very top right-hand
12  corner says 122 [sic] of Exhibit No. 8, and
13  we're halfway through the left column all the
14  way down.
15      MR. HUTCHINSON: I'm sorry, but that's
16  page --
17      MR. THORNBURGH: I might have a
18  different page number.
19      MR. HUTCHINSON: So the document -- I
20  think you're reading from page 114 [sic].
21      MR. THORNBURGH: Just the second page of
22  the -- the second page of Exhibit 8.
23      MR. HUTCHINSON: Okay. You're saying --
24      MR. THORNBURGH: Left-hand column.

Page 120

1      MR. HUTCHINSON: You're saying 122 and
2  it's not 122. It's 114 [sic].
3      MR. THORNBURGH: I'm sorry. 1114. I
4  was looking at the wrong side.
5      MR. HUTCHINSON: That's fine.
6      MR. THORNBURGH: 1114.
7      MR. HUTCHINSON: That's fine.
8   Q   (By Mr. Thornburgh) See where it says, "On
9  July 13th, 2011, the FDA issued a statement warning
10  surgeons and patients about the complications
11  associated with surgical mesh"? Did you read the FDA
12  warnings?
13   A   Which warnings?
14   Q   Did you read the FDA statement warning
15  surgeons and patients about complications associated
16  with surgical mesh?
17   A   No, I did not.
18   Q   Because you keep on saying, "I'm not aware of
19  any biocompatibility issues."
20   A   Correct.
21      MR. HUTCHINSON: Hold on just a minute.
22  I'm sorry, is that a question?
23      MR. THORNBURGH: Yeah.
24   Q   (By Mr. Thornburgh) So -- but you --

Page 121

1      MR. HUTCHINSON: All right. I'm sorry.
2  Just, Dan, if you could phrase your comment
3  to a question, that would be helpful.
4   Q   (By Mr. Thornburgh) So you aren't aware of
5  the -- strike that.
6      It goes on to say, "More recently, the FDA is
7  considering reclassifying urogynecologic surgical mesh
8  used to repair pelvic organ prolapse from Class II to
9  Class III." Do you see that?
10   A   I do.
11   Q   "Synthetic meshes are recognized as foreign
12  bodies and thus are subjected to various enzymatic
13  attacks by the body."
14      Do you know what they mean by "enzymatic
15  attacks by the body"?
16   A   I do. That's part of the foreign body
17  response when the implant goes inside the body.
18   Q   What is -- what is -- what is the foreign
19  body response to the implantable foreign object?
20  Strike that.
21      How does the body respond to the foreign
22  body?
23   A   Okay. Look, this is not my area of
24  expertise, but I'll tell you what I've learned through

Steven B. MacLean, Ph.D., P.E.

Page 122

1  reading the literature, that once you put the implant
2  inside the body, proteins arrive at the site, enzymes
3  arrive at the site, macrophages arrive at the site,
4  foreign body giant cells actually get developed over
5  time that ultimately turns into scar tissue and
6  collagen and forms a network of tissue that embraces
7  the mesh within the existing -- within the existing
8  surrounding tissue.
9      Q   Do you know what frustrated phagocytosis is?
10     A   I read the term. I just can't recall what it
11  means at this moment.
12     Q   The immune response to the foreign body is to
13  try to get rid of it, right?
14     A   That's the foreign body response of the body,
15  correct, of the human body.
16     Q   And it does that by sending in its troops,
17  right, it sends in macrophage --
18     A   Yeah, all the things that I just described.
19     Q   Giant cell multinucleated foreign body --
20     A   Generally speaking, yes.
21     Q   Uh-huh. And there are chemicals that are --
22  that are produced during this immunologic response to
23  the foreign body, the mesh, correct?
24     A   Correct.

Page 123

1      Q   And those chemicals include superoxides and
2  oxidized -- and peroxides?
3      A   Correct.
4      Q   And peroxide and superoxides are the body's
5  way of trying to -- during the frustrated phagocytosis,
6  to try to gobble up the foreign material to get rid of
7  it, expel it from the body, right?
8      MR. HUTCHINSON:  Object to form.
9      THE WITNESS:  Generally speaking, yes.
10     Q   (By Mr. Thornburgh)  And peroxides and
11  superoxides are oxidizing agents, correct?
12     A   They can be.
13     Q   And oxidizing agents can oxidize
14  polypropylene?
15     MR. HUTCHINSON:  Object to form.
16     THE WITNESS:  It can oxidize
17  polypropylene.  Oxidizing agents -- certain
18  oxidizing agents can oxidize polypropylene.
19     Q   (By Mr. Thornburgh)  Especially when the
20  inflammatory response is chronic, right?
21     MR. HUTCHINSON:  Object to the form.
22     Counsel, you've asked him several questions
23     about biocompatibility, and he's told you
24     he's not an expert in that area.

Page 124

1      THE WITNESS:  Can you just repeat that
2  last question?
3      Q   (By Mr. Thornburgh)  Well, I said -- you said
4  that -- you agreed that oxidizing agents -- that
5  certain oxidizing agents can oxidize polypropylene, and
6  I said especially when the inflammatory response is
7  chronic.
8      A   If the oxidizing environment is persistent,
9  then it has the potential to consistently -- or
10  persistently oxidize the polypropylene.
11     Q   Because it's a vicious cycle, right?
12     MR. HUTCHINSON:  Object to the form.
13     Q   (By Mr. Thornburgh)  Of the macrophages
14  that's causing this invasion in the tissue, right?
15     A   Sure.
16     MR. HUTCHINSON:  Object -- hold on just
17  a minute, Dr. MacLean.  Object to form.
18     THE WITNESS:  That hypothetical is true;
19  however, that is exactly why there are
20  antioxidants in the Prolene formulation to
21  combat the environment that you just
22  described, and we know it does it
23  successfully.
24     Q   (By Mr. Thornburgh)  Do you know Dr. Wood?

Page 125

1      A   I do not.
2      Q   Do you know Dr. Bachman or Dr. Grant?
3      A   I do not.
4      Q   Do you know Dr. Ramshaw?
5      A   I do not.
6      Q   You've never heard of Dr. Ramshaw, polymer
7  scientist, been studying the degradation of implantable
8  polypropylene meshes for the better part of 25 years?
9      MR. HUTCHINSON:  Object to form.
10     THE WITNESS:  Are you asking me if I
11  know him or have I heard of him?
12     Q   (By Mr. Thornburgh)  Do you know?
13     A   I do not know him.
14     Q   Have you heard of him?
15     A   I've heard of him.
16     Q   Do you understand that he's been studying
17  degradation of polypropylene meshes, including Prolene
18  meshes, for the better part of 25 years?
19     MR. HUTCHINSON:  Object to form.
20     THE WITNESS:  I believe so.
21     Q   (By Mr. Thornburgh)  You started studying
22  it -- let me ask you this question:  When did Ethicon's
23  lawyers hire you in this case?
24     A   I think we were retained with a verbal

32 (Pages 122 to 125)

Steven B. MacLean, Ph.D., P.E.

Page 126

1   agreement sometime in May and retained in early June.
2       Q   Okay. So these polymer scientists and
3   biological -- and the department of biological
4   engineering at the University of Missouri, that's a --
5   that's a good school, right?
6       A   I don't have any -- I don't have any opinion
7   on that school one way or the other.
8       Q   Do you know about its polymer science
9   program?
10      A   Not specifically.
11      Q   Do you know about its mesh investigations?
12      A   Not specifically.
13      Q   Do you know about the work that the school
14  and these scientists have done with Ethicon?
15      A   I may have read it somewhere, but not
16  specifically.
17      Q   Did Ethicon show you any internal documents
18  concerning Dr. Ramshaw and Ethicon's consulting work
19  with Dr. Ramshaw to investigate whether or not Prolene
20  degrades?
21          MR. HUTCHINSON: Object to form.
22          THE WITNESS: I don't remember.
23      Q   (By Mr. Thornburgh) If Ethicon had internal
24  documents concerning studies that were being conducted

Page 127

1   by Dr. Ramshaw and his colleagues at the University of
2   Missouri paid for by grant of Ethicon, you would expect
3   Ethicon and Ethicon's lawyers to provide those to you,
4   right?
5       A   They may have been part of the production. I
6   just don't remember.
7       Q   These scientists go on to say, "Synthetic
8   meshes are recognized as foreign bodies and thus are
9   subjected to various enzymatic attacks by the body.
10  The primary attack on the material is from neutrophils
11  and macrophages, which are stimulated upon injury or
12  implantation. The cells release lysosomal enzymes."
13  Do you know what lysosomal enzymes are?
14      A   Yes. They're protein.
15      Q   You're saying that lysosomal enzymes are a
16  type of protein?
17      A   Enzymes are protein, so yes.
18      Q   And then they -- and oxidants, do you see
19  that?
20      A   I do.
21      Q   That can actively break down some of the mesh
22  material?
23      A   Yeah.
24      Q   Okay, you disagree with that?

Page 128

1       A   I don't disagree with that.
2       Q   You agree that -- you agree with that
3   statement?
4       A   Just repeat that last piece. I want to make
5   sure we're saying the same thing.
6       Q   Yeah, that the primary attack of -- on the
7   material is from neutrophils and macrophages, which
8   stimulated -- which are stimulated upon injury or
9   implantation. The cells release lysosomal enzymes and
10  oxidants that can actively break down some of the mesh
11  materials.
12          MR. HUTCHINSON: Object to form.
13          THE WITNESS: Right, and I would say in
14      the -- in the context of Prolene being the
15      implanted material, I don't agree with
16      that.
17      Q   (By Mr. Thornburgh) You agree that for other
18  polypropylene materials manufactured by other
19  manufacturers for the use as urogynecologic mesh
20  devices, that those materials may break down as a
21  result of the oxidative attack through this immunologic
22  response, but not Prolene, right?
23          MR. HUTCHINSON: Object to form.
24          THE WITNESS: I haven't studied any

Page 129

1   other mesh material besides Prolene, with the
2   exception of the other candidate materials
3   that Ethicon had looked at in their studies
4   in the '80s and '90s.
5       Q   (By Mr. Thornburgh) Like PVDF?
6       A   Correct.
7       Q   "The resulting degradation inflicted on the
8   mesh and the resulting effect on the patient is a
9   subject which requires investigation in order to
10  understand the mesh material-patient interactions and
11  ultimately improve future mesh-material designs,"
12  right?
13      A   That's what it says.
14      Q   This is dated 2013, right?
15      A   Yep.
16      Q   And we're going to get to the Ethicon studies
17  in a moment.
18      A   Great.
19      Q   But those internal Ethicon studies from the
20  1980s and 1990s, to your knowledge, were never
21  published to the general medical and scientific
22  communities, correct?
23      A   No. They're internal documents, to my
24  knowledge. It might have been very helpful for them to

33 (Pages 126 to 129)

Steven B. MacLean, Ph.D., P.E.

Page 130

1    know that.
2       Q   And if you turn to page 1116.  See the SEM
3    section?  1116.
4       A   Yes, I do.
5       Q   "SEM micrographs can be seen in Figure 2.
6    Micrographs of the pristine polypropylene mesh
7    displayed relatively smooth surfaces with signs of
8    extrusion while explanted polypropylene showed signs of
9    crazing/surface cracking which is indicative
10   oxidation."
11           You would agree with me that crazing and
12   cracking is indicative of polypropylene oxidation,
13   right?
14       MR. HUTCHINSON:  Object to form.
15           THE WITNESS:  It can be if you're -- if
16       you've assured yourself that the material
17       you're looking is polypropylene, oxidized
18       polypropylene.
19       Q   (By Mr. Thornburgh)  It has cracks that run
20   perpendicular to the extrusion lines, right?
21       MR. HUTCHINSON:  Object to form.
22           THE WITNESS:  Oxidized polypropylene, if
23       oxidized enough and degraded enough, can
24       ultimately manifest in cracking.

Page 131

1       Q   If you go to the --
2       MR. THORNBURGH:  How much time do we
3    have left?
4       THE VIDEOGRAPHER:  Two minutes.
5       Q   (By Mr. Thornburgh)  If you go to the
6    "ATR-FTIR," have you run any ATR or FTIR experiments on
7    polypropylene Prolene mesh material?
8       A   Yes, I've run IR on exemplar Prolene
9    material.
10       Q   Is that contained within your --
11       A   It is.
12       Q   -- Exhibit 5?
13       A   It is.
14       Q   Okay.  Have you run any IR on explanted
15   polypropylene material?
16       A   I have not.  Many others have, and that data
17   I have reviewed.
18       Q   It goes on to say, "The scans revealed" --
19   and I'm talking about FTIR -- "The scans revealed a
20   large peak" -- we're talking about polypropylene,
21   right?  "Figure 3 shows representative spectrum
22   collected from the explanted polypropylene mesh along
23   with a spectrum of pristine polypropylene mesh."
24   Looking at the control, right?

Page 132

1       A   Uh-huh.
2       Q   Looking at explanted material, testing it
3    with -- against the control, which is the pristine,
4    unused mesh right out of the box, right?
5       A   That is correct.
6       Q   "And the scan revealed a large peak at 1740
7    centimeters, indicative of carbonyl groups (CO), that
8    was not evident in the pristine sample.  This
9    correlates with free radical formation and oxidation of
10   the polypropylene mesh while in vivo."  Did I read that
11   correctly?
12       A   You read that correctly.
13       Q   And if we turn the page, we have Exhibit --
14   we have Figure 2, which shows the pristine Prolene mesh
15   as -- in Figure A and D as the explanted mesh that was
16   analyzed using scanning electron microscopy, right?
17       A   Correct.
18       MR. THORNBURGH:  We have to change the
19       tape.
20           THE VIDEOGRAPHER:  We are now going off
21       the video record.  The time is currently
22       12:28 p.m.  This is the end of Tape No. 2.
23       (Lunch recess taken.)
24           THE VIDEOGRAPHER:  We are now back on

Page 133

1    the video record with Tape No. 3.  The time
2    is currently 1:37 p.m.
3       Q   (By Mr. Thornburgh)  Hi, Doctor.  Before we
4    took our lunch break, we were talking about the Wood
5    article.  Doctor, what are free radicals?
6       A   Free radicals are when -- for example, when
7    you take a peroxide that's in the neighborhood of a
8    polypropylene or a polyethylene type polymer, it
9    actually can create a free radical or basically a free
10   proton or electron on the polymer that gives it the
11   ability to react with other molecules.
12       Q   And a free radical can degrade the
13   polypropylene, correct?
14       A   A free radical can attack the polypropylene
15   chain, correct.
16       Q   Attack it and degrade it, right?
17       A   Correct.
18       Q   And that can be without oxygen species,
19   right?
20       A   You can create -- yes, you can do -- you can
21   have thermal oxidation, for example, where you just
22   have too much heat put into the polymer.  That can
23   break a polymer bond, covalent polymer bond, latch on
24   to available oxygen that's just in the air, for

34 (Pages 130 to 133)

Steven B. MacLean, Ph.D., P.E.

Page 134

1  example, and can cause oxidation.  That's possible.
2       Q    And that's what was -- that's the mechanism
3  of degradation that's described in the Wood article,
4  correct?
5       A    Yes, that free radicals are formed in the
6  presence of peroxides.
7       Q    And when we went off the record, we were
8  looking at the scanning electron microscopy images on
9  page 1117 of Exhibit 8.  And you see that the Figure 2A
10  is the pristine polypropylene mesh that was analyzed,
11  and D is the explanted polypropylene mesh that was
12  analyzed, correct?
13      A    Correct, that's what it says.
14      Q    And you can see in Exhibit D surface changes
15  or cracking in the surface of the polypropylene fibers,
16  correct?
17      A    No, I would not say that that's conclusive
18  that that is cracking in the polypropylene.
19      Q    Well, we've got cracking in the image and we
20  also have the FTIR carbonyl group to the right of
21  the -- or just below the images, which shows a carbonyl
22  peak at 1740, correct?
23      A    Correct.  But as we talked about earlier, the
24  cleaning was not successful.

Page 135

1       Q    It's your opinion that the cleaning was not
2  successful?
3       A    It's not my opinion.  It's actually -- it's
4  in the -- it's in the report.
5       Q    Do you have an opinion whether or not the
6  polypropylene -- strike that.
7            Do you have an opinion that the conclusions
8  in the Wood article are incorrect and that the
9  polypropylene did not actually oxidize?
10      A    I think the data says it's inconclusive that
11  it was an oxidation mechanism that caused that
12  cracking.
13      Q    And so you disagree with the conclusions of
14  the Wood scientist, correct?
15           MR. HUTCHINSON:  Object to form.
16      Q    (By Mr. Thornburgh)  You disagree with the
17  authors of the Wood article, correct?
18           MR. HUTCHINSON:  Same objection.
19      Q    (By Mr. Thornburgh)  If you turn to --
20      A    I disagree with their definitive conclusion
21  that it was oxidation.
22      Q    And if you turn to page 1120 of Exhibit 8, it
23  says, "Unfortunately, polypropylene will degrade in an
24  oxidizing environment, such as the environment during

Page 136

1  foreign body response.  Because of this, polypropylene
2  has been shown to oxidize in vivo."
3            Do you agree or disagree with those
4  statements?
5       A    What page are you on?
6       Q    Page 1120 of Exhibit 8 under "Polypropylene."
7       A    I agree that polypropylene can degrade in an
8  oxidizing environment.  I agree with that statement.
9       Q    And do you agree that oxidation of
10  polypropylene results in surface crazing and cracking,
11  changes in the mechanical strength, and increased
12  brittleness?
13      A    I agree with those things.  Yes, that's
14  all -- that's all correct.
15      Q    And it goes on to say, "The SEM image shown
16  in Figure 2D demonstrates obvious crazing and cracking
17  of the explanted polypropylene specimen as compared to
18  the pristine."  Do you disagree with that?
19      A    I disagree with -- if you interpret that
20  as -- if you interpret that as the crazing and cracking
21  is definitively taking place in polypropylene and no
22  other material, then I disagree with that.
23      Q    The authors go on to say that the --
24  "Additionally, ATR-FTIR spectra in Figure 3 confirmed

Page 137

1  the presence of carbonyl peaks which are indicative of
2  surface oxidation."
3            Do you agree or disagree with that statement?
4       A    Neither.  I'd say that that's only part of
5  the potential reasoning that those carbonyl peaks would
6  be present.  As I mentioned earlier, there are other
7  species that are present in vivo that are going to
8  have carbonyl functionality to them.  And this -- these
9  authors have not ruled out those additional molecules
10  that we know are present.
11      Q    Did you also note that these authors also
12  performed additional studies, the -- you see the MDSC
13  data displayed in Figure 6?
14      A    Yes, I do.
15      Q    And did you also note that the authors found
16  that the explanted samples displayed a lower heat
17  effusion and lower melt temperatures?
18      A    Correct, but I explained earlier that that
19  lower -- that lower melt temperature can also be
20  assigned to having the material being plasticized.
21      Q    By -- when you say "plasticized," are you
22  talking about the formaldehyde-protein bond?
23      A    I am not.
24      Q    What are you talking about?

35 (Pages 134 to 137)

Steven B. MacLean, Ph.D., P.E.

Page 138

1    A   I'm talking about the ester-based molecules
2   that Dr. Jordi found and was able to extract out of
3   filament in the Bellew matter that clearly tell us that
4   the material is being -- that the material is being
5   plasticized.  So that is the diffusion of small
6   aliphatic ester molecules into the material that's
7   causing it to increase its toughness, increase its
8   flexibility, and suppress its melt temperature.
9    Q   So you disagree with the Wood authors that
10   these findings were indicative of chemical changes
11   within the bulk structure of the material?
12    A   Where are you?  Where did you cite that from?
13    Q   It's the next sentence after the heat of
14   effusion and low melt temperature sentence that we just
15   read on page 1120.
16    A   I don't disagree that that's what they got
17   for data.  I disagree that you can affirmatively
18   ascribe that behavior to oxidation and solely
19   oxidation.
20    Q   If you turn to 1121 under the conclusions.
21    A   Uh-huh.
22    Q   Are you there?
23    A   I am.
24    Q   It says, the second sentences, "The

Page 139

1   polypropylene mesh demonstrated chemical degradation
2   via oxidation, permanent distortion of the mesh, and
3   changes in thermal properties."  It goes on to say,
4   "While the results of the characterization study showed
5   that polypropylene will undergo oxidation."
6    Do you disagree with those conclusions from
7   these authors?
8    A   I disagree that those are the only way to get
9   the changes that they observed, by -- oxidation is the
10   only way to get to those changes.
11    Q   Dr. Thames testified in the Bellew case
12   starting on page 83, line 7 -- strike that.
13    If you turn to page 84 --
14    MR. HUTCHINSON:  Counsel, do you have a
15   copy for us?
16    MR. THORNBURGH:  No.  I'm happy to show
17   you.
18    Q   (By Mr. Thornburgh)  Eighty-four, line 1,
19   question:  "Well, Doctor, you've testified previously
20   regarding -- remember looking at the Wood article?"
21   "Yes, sir."  Answer:  "Yes, sir, I do."
22    Question:  "Which is another polypropylene
23   mesh?"
24    "Yes, sir."

Page 140

1    "Used FTIR?"
2    "Yes, sir."
3    "FTIR to determine whether or not that mesh
4   had degraded?"
5    "I do.  The Wood article, now, we're talking
6   about."
7    "All right."  Question:  "All right.  And
8   you've testified that in that study, the mesh did
9   degrade as a result of oxidation, and the band at 1740
10   confirmed that it had degraded as a result of
11   oxidation, correct?"
12    Dr. Thames' answer:  "I did."
13    Page 85, line 7, "Dr. Wood found a carbonyl
14   peak on FTIR of oxidized degraded polypropylene mesh at
15   1740, right?"
16    "That's correct, sir."
17    Question:  "And you agree that the
18   polypropylene mesh had degraded as a result of
19   oxidation, correct?"
20    Answer:  "That's correct, sir."
21    "Do you disagree with Dr. Thames" --
22    MR. HUTCHINSON:  I'm going to object --
23    Q   -- "your colleague, an expert in this case?"
24    MR. HUTCHINSON:  I'm going to object to

Page 141

1   form to the extent you've asked the witness
2   to interpret a segment of a deposition
3   transcript and especially without showing him
4   the copy of the deposition.
5    MR. THORNBURGH:  No speaking -- you get
6   to object.
7    MR. HUTCHINSON:  Then that's my
8   objection.
9    Q   (By Mr. Thornburgh)  I'll show it to you.
10   "And Dr. Wood found a carbonyl peak on FTIR of oxidized
11   degraded polypropylene mesh at 1740, right?"
12    "That's correct, sir."
13    Question:  "And you agree that the
14   polypropylene mesh had degraded as a result of
15   oxidation, correct?"
16    "That's correct, sir."
17    Question:  "As confirmed by the peak at
18   1740?"
19    Answer:  "Correct."
20    You disagree with Dr. Thames's opinion
21   regarding the Wood article and the conclusions of the
22   Wood scientists and researchers?
23    A   I--
24    MR. HUTCHINSON:  Same objection.

36 (Pages 138 to 141)

Steven B. MacLean, Ph.D., P.E.

Page 142

1      THE WITNESS:  I disagree that that is
2   the sole explanation for the changes that had
3   taken place in the Wood article.
4      MR. THORNBURGH:  We're done with
5   Exhibit 8.
6      Q   (By Mr. Thornburgh)  You reviewed some
7   other -- some internal documents from Ethicon, correct,
8   some internal Ethicon documents?
9      A   I -- yes, hundreds.
10     Q   And the Ethicon internal documents that you
11  reviewed were selected and provided to you by Ethicon's
12  lawyers, correct?
13     A   Again, they sent me waves of documents, and
14  along the way I may have asked for more information, so
15  I wouldn't say it was a one-way street.
16     Q   Well, what things did you ask for?
17     A   I don't recall.
18     Q   What types of things did you ask for?
19     A   I don't recall.  I just remember reviewing
20  documents.  We'd have some conversations.  I may have
21  asked for more information and they may have provided
22  it.
23     Q   Well, what things were produced to you by
24  Ethicon's attorneys?

Page 143

1      A   Whatever is listed in my files reviewed.
2      Q   So the case-specific materials, the internal
3   Ethicon documents, right?
4      A   Correct.  You can go to that second appendix
5   in my document; it will list exactly what they sent me.
6      Q   The expert reports, correct?
7      A   Correct.
8      Q   The depositions?
9      A   Correct.
10     Q   Which depositions did you read in this case?
11     A   Guelcher's, one or two Iakovlev depositions,
12  Jordi deposition, Thames' Bellew deposition.  Those are
13  the ones I remember off the top of my head.
14     Q   Did you read any depositions of the -- of any
15  of Ethicon's internal employees or former employees?
16     A   Yes.  I recall --
17     Q   Which --
18     A   -- reading Thomas Barbolt's deposition.
19     Q   Which -- one volume, two volumes, three
20  volumes?  How many volumes did you read?
21     A   I don't recall.
22     Q   You didn't read six volumes of deposition
23  testimony from Dr. Barbolt, did you?
24     A   I don't -- no, I don't remember -- I don't

Page 144

1   remember reading six volumes of his testimony.
2      Q   So you only read whatever volumes were
3   provided to you by Ethicon, correct?
4      A   Or they could have provided all the volumes
5   to me and I may have skimmed some and read some.
6      Q   And they provided you with some of the
7   literature?
8      A   Some literature.  A lot of the literature we
9   found on our own, but some of the literature came from
10  them.
11     Q   They provided you with Wood article, the
12  Clave article, the Costello article, the Mary article,
13  right?
14     MR. HUTCHINSON:  Objection.  Compound.
15     THE WITNESS:  I just -- they could have.
16  I just don't recall.  Again, just look at the
17  list and it will tell you what they sent
18  me.
19     Q   (By Mr. Thornburgh)  The materials that
20  Ethicon's lawyers chose to provide you and which you
21  are relying on are listed in your report at the index,
22  right?
23     A   Correct.
24     Q   Appendix C?

Page 145

1      A   Correct.
2      MR. HUTCHINSON:  Object to form.
3      Q   (By Mr. Thornburgh)  And what was the purpose
4   of -- what did Ethicon ask you to do in this case, or
5   Ethicon's lawyers?
6      A   I think we've talked about it a couple of
7   times.  They asked me to take a look at the universe of
8   documents that they provided, many of which of them are
9   Ethicon documents, internal documents, internal
10  studies, external studies, public literature, all the
11  things that we've talked about, synthesize and review
12  that information and determine, to the best of my
13  ability, if the Prolene material is being degraded by
14  some sort of oxidative degradation mechanism.
15     Q   Did they -- they also asked you to run some
16  studies at your lab?
17     A   They didn't ask.  I actually had proposed
18  that work to them.
19     Q   Okay.  And if we -- in Exhibit No. 2, do you
20  have the work that you performed at your -- at your lab
21  or which was performed on your behalf?
22     A   Are you asking me if I have the --
23     Q   The microscopic work that you did.
24     A   Yes, I have -- I have that report in front of

37 (Pages 142 to 145)

Steven B. MacLean, Ph.D., P.E.

Page 146

1    me.
2        Q    Okay.  And what did -- what did Exponent do
3    to test -- what types of studies did Ethicon do on the
4    polypropylene/Prolene TVT mesh exemplars that were
5    received from Ethicon?
6        A    You said "Ethicon" in the beginning of that
7    sentence.
8        Q    Sorry.  What did Exponent do?  What studies
9    did Ethicon conduct?
10       A    Okay.  Well, we set up an experiment to
11   really test three hypotheses.  The first hypothesis was
12   does oxidized or unoxidized polypropylene stain with
13   H&E staining.  The second hypothesis was does H&E stain
14   have the ability to mechanically trap, as posited by
15   Dr. Iakovlev.  And the third is can you manipulate
16   polarized light to get artifacts that might suggest
17   some sort of bark layer that really isn't there.
18       Q    Okay.  So you were asked to check the -- to
19   test the hypothesis does oxidized or unoxidized
20   polypropylene stain with H&E staining?
21       A    Correct.
22       Q    The hypothesis -- also, the second hypothesis
23   was does H&E stain have the ability to mechanically
24   trap as deposited?

Page 147

1        A    As posited.
2        Q    As posited by Dr. Iakovlev.  And the third
3    was can you manipulate polarized light to get artifacts
4    that might suggest some sort of layer.  Is that what
5    your -- the scope of your testing was?
6        MR. HUTCHINSON:  And, Counsel, just so
7    we're clear, on the first hypothesis that you
8    were asking about, were you asking about
9    unoxidized polypropylene or Prolene?  I
10   didn't hear you correctly.
11       MR. THORNBURGH:  Hold on.  I asked him
12   what studies he did --
13       MR. HUTCHINSON:  Okay.
14       MR. THORNBURGH:  -- and he told me --
15       MR. HUTCHINSON:  Okay.  I'm just -- I'm
16   just --
17       MR. THORNBURGH:  -- that those were the
18   three studies he did.
19       MR. HUTCHINSON:  I didn't -- I didn't
20   understand what you said.
21       MR. THORNBURGH:  He was testing three
22   hypotheses.
23       MR. HUTCHINSON:  Okay, my bad.  And what
24   was the first one, my question?

Page 148

1        MR. THORNBURGH:  Well, can I get the
2    court reporter to read it back.
3        MR. HUTCHINSON:  I just want to know
4    what the first hypothesis was.
5        MR. THORNBURGH:  The first -- sorry, can
6    I go ahead and read it?
7        (Discussion off the written record.)
8        MR. HUTCHINSON:  I just want to know if
9    you said polypropylene or Prolene.  That's
10   all I'm wanting to know.  I just didn't hear
11   you.
12       MR. THORNBURGH:  I asked the witness
13   what Exponent was asked to do or what they
14   did.  The response was, "We set up an
15   experiment to really test three hypotheses.
16   The first hypothesis does oxidized or
17   unoxidized polypropylene stain with H&E
18   staining.  The second hypothesis was does H&E
19   stain have the ability to mechanically trap,
20   as posited by Dr. Iakovlev.  And the third is
21   can you manipulate polarized light to get
22   artifacts that might suggest some sort of
23   layer" --
24       MR. HUTCHINSON:  Okay.

Page 149

1        MR. THORNBURGH:  -- "that really isn't
2    there."
3        MR. HUTCHINSON:  That's all I want to
4    know.
5        THE WITNESS:  Okay.  Yeah.
6        Q    (By Mr. Thornburgh)  Okay.  And --
7        A    And I just -- I just need to clarify for the
8    record.  I should have said Prolene.  It's in the
9    report.  When I said polypropylene earlier, the
10   hypothesis testing unoxidized and oxidized Prolene.
11       Q    Now, I'm correct that Ethicon adds
12   antioxidants to their resin, correct?
13       A    Correct.
14       Q    And you had talked about primary and
15   secondary antioxidants?
16       A    Correct.
17       Q    And we're going to talk about some documents,
18   but we're also going to talk about your expert report
19   that we've -- and your testing.  But are there three
20   types of -- how many different types of additives are
21   used in polypropylene devices to prevent oxidation?
22       A    I'm not sure I understand your question.
23       Q    What are the different types of -- you talked
24   about primary and secondary antioxidants.  Are those

Steven B. MacLean, Ph.D., P.E.

Page 150

1  the only antioxidants that are used to retard oxidation
2  and degradation?
3      A   Those are two specific types.  One is DLTDP
4  and one is a thioester.  So the first one is a hindered
5  phenol antioxidant used in a lot of olefin materials,
6  including polypropylene.  It's a hindered phenol.  That
7  is a primary and that is a radical scavenger,
8  free-radical scavenger; and then the thioester, which
9  is the DLTDP.
10     Q   Is what?
11     A   Secondary.
12     Q   And what is the -- what is -- what's the
13 difference between primary and secondary?
14     A   Well, primary antioxidant is actually -- we
15 talked about the free -- the free radicals that
16 actually take place in the chemistry.  They are
17 free-radical scavengers, so they go out and actually
18 bond or bind onto those free radicals that are
19 generated to stop that autocatalytic reaction that we
20 talked about earlier.
21         The thioester is the secondary additive, and
22 that goes out and actually neutralizes, chemically
23 neutralizes those peroxides that can cause the free
24 radicals to form.  So it's kind of a double-fisted

Page 151

1  approach, if you will.
2      Q   What are thioesters?
3      A   I just answered that.
4      Q   I didn't understand your description of it.
5      A   They are small molecules that go out and find
6  peroxides and neutralize them so they can't cause
7  subsequent damage to the polypropylene.
8      Q   Okay.  And what is -- what's your
9  understanding of Ethicon's primary antioxidant?
10     A   Santanox R, which is the hindered phenol that
11 we talked about a few minutes ago.
12     Q   And what's the basis for your understanding
13 that the Santanox R is the primary antioxidant used by
14 Ethicon?
15     A   Because that's how it's discussed in the
16 polymer literature, that it's the primary antioxidants
17 that goes off and basically latches on to those
18 free-radical sites that we talked about and stops that
19 autocatalytic oxidation process.
20     Q   And the secondary is DLTDP?
21     A   Correct.
22     Q   That's your understanding.  And what's the
23 basis for that understanding?
24     A   Same discussion, it's just -- well, that's

Page 152

1  how it's referred to and documented in the scientific
2  literature.  And again, they're synergistic, they're
3  working in harmony, they're working together to combat
4  those two mechanisms that we talked about.
5      Q   And what is Ethicon's thioester?
6      A   It's the DLTDP.
7      Q   And the basis for that opinion or
8  understanding?
9      A   It's -- I got it from there -- Ethicon's
10 literature, Ethicon's internal documents.  That's the
11 antioxidant -- that's the secondary antioxidant that
12 they use in the formulation of Prolene.
13     Q   And the reason why Ethicon -- the reason
14 why -- well, is it your understanding that the reason
15 why Ethicon uses Santanox and DLTDP is because
16 polypropylene will degrade without a retarding
17 additive?
18     A   In certain oxidizing environments, it has
19 that potential, and that's why you put the antioxidants
20 in it, to negate that potential.
21         (Exhibit 9 marked for identification.)
22     Q   (By Mr. Thornburgh)  I'm handing you
23 what I've marked as Exhibit No. 9, which is the
24 February 21st, 2003 Ethicon internal document and a --

Page 153

1  attached to the email is a report by Dr. John Karl.
2  Have you seen this document before?
3      A   I believe I have.
4      Q   You see on the -- on the email from February
5  2003, February 21st, 2003, the first page of Exhibit 9,
6  there's a discussion about what the -- what are the
7  additives within the Prolene resin.  And if you look to
8  the last paragraph, it says, "If there is any
9  biocompatibility and/or safety documents for Prolene,
10 it should have addressed the additives and made some
11 worst-case estimates."
12         Did you look at any internal documents or
13 internal studies testing the internal additives of the
14 Prolene resin to determine biocompatibility?
15     A   Sure.  I've seen several documents that
16 support the biocompatibility of the material.
17     Q   My question was:  Did you specifically review
18 any documents that looked at the biocompatibility of
19 the additives that are contained within the Prolene
20 resin?
21     A   Well, that would be part of the testing
22 program.  When I'm -- when I'm testing Prolene for
23 biocompatibility, I'm testing the entire formulation,
24 which would include the additives that we just talked

Steven B. MacLean, Ph.D., P.E.

Page 154

1  about.
2      Q   My question was:  Did you review any internal
3  Ethicon documents that looked at -- specifically looked
4  at the biocompatibility of the Prolene additives,
5  including Santanox R and Procol?
6          MR. HUTCHINSON:  Object to form.  Been
7      asked and answered, Counsel.
8          THE WITNESS:  Yeah, it's the same
9      answer.
10     Q   (By Mr. Thornburgh)  You're not answering my
11  question.  My question was:  Did you look at --
12  specifically look at any testing of the Santanox R or
13  the Procol LA?
14     A   Oh, I don't recall if there's any testing
15  that was isolated to the additives themselves, but the
16  testing that was done would have included those
17  additives in it because they are part of the Prolene
18  formulation.
19     Q   Aren't there requirements under the 10993 --
20  ISO 10993 requirements and guidelines to test the
21  additives that are within a permanent implantable mesh
22  material?
23     A   There are, but the specific pieces of 10993
24  that you test to is often negotiated with FDA.  So it's

Page 155

1  very material and application specific.
2      Q   That wasn't my question.  My question was:
3  There are requirements to test the additives of
4  permanent implantable devices, correct?
5          MR. HUTCHINSON:  Object to form.
6          THE WITNESS:  There is a test within the
7      standard that -- there's a test within the
8      standard that does call out testing of
9      additives, correct.
10     Q   (By Mr. Thornburgh)  And the purpose for that
11  is because additives can leach out of the implantable
12  or implanted medical device, correct?
13         MR. HUTCHINSON:  Object to form.
14         THE WITNESS:  I think that is -- yes,
15     that's one of the reasons why that test is
16     done or can be done, correct.
17     Q   (By Mr. Thornburgh)  And those additives
18  would include the Santanox R, the DLTDP, and the Procol
19  LA-10, right?
20     A   Those are some of the additives in the
21  formulation, correct.
22     Q   And do you agree that the additives,
23  including the Santanox R, the Procol LA, the DLTDP, the
24  calcium stearate, and the CPC pigment, can leach out of

Page 156

1  the protein fibers?
2          MR. HUTCHINSON:  Object to form.
3          THE WITNESS:  I have not seen any data
4      that suggests that that's happening.
5      Q   (By Mr. Thornburgh)  Did you read any
6  depositions that -- by Ethicon's witnesses who tested
7  for leaching who concluded that the additives in the
8  Prolene device and the TVT device do leach out of the
9  Prolene fibers?
10         MR. HUTCHINSON:  Object to form.
11         THE WITNESS:  I don't recall seeing that
12     data.  I need to see a -- I need to see a
13     document.
14     Q   (By Mr. Thornburgh)  Did Ethicon show you
15  that deposition?
16     A   I don't recall.  I remember -- I remember Tom
17  Barbolt making some of those comments in his
18  deposition.  I don't recall seeing any test data or
19  supportive information.
20     Q   You understand that Dr. Barbolt was the
21  person responsible for --
22     A   I do.
23     Q   -- for overseeing those studies?
24     A   I do.

Page 157

1      Q   So you would rely on Dr. Barbolt concerning
2  whether or not Santanox or Procol or DLTDP can leach
3  out of the fibers, right?
4          MR. HUTCHINSON:  Object to form.
5          THE WITNESS:  I would not rely on him.
6      I'd want to see the data myself.
7      Q   (By Mr. Thornburgh)  You haven't seen the
8  data?
9      A   I don't recall seeing the data.  If you have
10  a document that suggests that or has test data that
11  talks about leaching, I'd be happy to review it, but I
12  just don't recall seeing it.
13     Q   So you don't have an opinion one way or the
14  other?
15     A   As we sit here today, no, but I have not seen
16  any data that suggests that.
17     Q   Did you ask the -- Ethicon's lawyers or
18  Ethicon to provide you with any documents that
19  would demonstrate whether or not DLTDP, Santanox R,
20  Procol LA, or the other additives would leach out of
21  the -- of the Prolene fibers?
22     A   I don't recall asking them that.
23     Q   If the additives leach out of the Prolene
24  fibers in the TVT, including the antioxidants, that

40 (Pages 154 to 157)

Steven B. MacLean, Ph.D., P.E.

Page 158

1    could leave the mesh fibers, the Prolene fibers,
2    susceptible to degradation, correct?
3        A    Not necessarily.
4        Q    Not necessarily?
5        A    Correct.
6        Q    Well, if there's a certain amount that's put
7    in to protect against degradation and over time, inside
8    the body, those additives leach out of the Prolene
9    fibers, that would increase the risk or the
10   susceptibility to oxidative degradation, correct?
11       A    It depends on the rate it's happening.  It
12   depends on the time scales we're talking about.  Let's
13   just say, for example, hypothetically that leaching is
14   occurring and there is some migration of these
15   molecules out of the fiber.  That still doesn't mean
16   that there's plenty still within the fiber to do its
17   job.  These things are not put in -- these things are
18   put in in surplus so that they give a long-term effect.
19        So you would have to convince me that -- A,
20   that they're leaching out, and B, that they've leached
21   out enough to actually leave the material unprotected.
22   And there's no such data that I've seen.
23       Q    Are you offering any opinions in this case
24   regarding the cytotoxicity of the TVT material?

Page 159

1        A    No, I'm not.
2        Q    You're not going to come in and testify that
3    the TVT is not cytotoxic?
4        A    I'm not going to offer that opinion.  I have
5    not offered that opinion in my report.
6        Q    You haven't reviewed any of the cytotoxicity
7    testing, correct?
8        A    Well, no, I've reviewed a lot of those
9    documents.  Yeah, I mean, there's rabbit studies,
10   there's -- there is rat studies.  I believe there's a
11   dog study.  So I've seen a lot of those documents.
12   I've reviewed them, synthesized them, but I'm not
13   offering any opinions on them.
14       Q    Did you see the ISO lesion testing done of
15   the TVT Olmstead device which showed that it was
16   severely cytotoxic?
17            MR. HUTCHINSON:  Object to form.
18       Q    (By Mr. Thornburgh)  The mesh?
19       A    I did, but I also saw a couple of follow-up
20   reports that refute that data.  I think there was a lot
21   of issues with how -- how much integrity was behind
22   that data and how it stacked up with other labs.
23       Q    You haven't conducted any cytotoxicity
24   testing of the TVT device, correct?

Page 160

1        A    I have not.
2        Q    And you haven't looked at the clinical
3    studies of the Prolene polypropylene mesh devices,
4    correct?
5        A    I just don't remember.  I don't remember if
6    I've -- it was not a focus of my work.  So if I saw
7    them, I just don't remember them.
8        Q    In order for you to form an opinion about
9    cytotoxicity and whether or not it's cytotoxic, the
10   polypropylene or the additives within the
11   polypropylene, you'd have to do a full review of the
12   literature to determine the rate of complications
13   associated with the product, right?
14            MR. HUTCHINSON:  Object to form.
15       Counsel, he's not offering cytotoxicity
16       opinions.
17            MR. THORNBURGH:  It's in his report,
18       so...
19            THE WITNESS:  Where is it in my report?
20            MR. THORNBURGH:  Go to Exhibit 2.  If
21       you're not offering it, you're not offering
22       it.  I'm fine with it.  I just want to make
23       sure I understand what you're doing.
24       Q    (By Mr. Thornburgh)  "Prolene

Page 161

1    Biocompatibility," do you see that section?
2        A    What page are you on?
3        Q    On page 20.  It's the very last paragraph,
4    "In order for Prolene mesh to be used as a permanent
5    tissue implant, Ethicon must comply with ISO 10993 and
6    analyze the cytotoxicity, sensitization, and
7    genotoxicity, among other tests" --
8        A    Yes.
9        Q    -- "of the Prolene mesh.  The safety of the
10   Prolene mesh has been demonstrated through a long
11   history of clinical use of Prolene sutures."
12        You haven't looked at the long history of
13   clinical use of Prolene suture -- of the Prolene TVT
14   device?
15       A    If the clinical studies that you're referring
16   to are the rabbit, the dog, the rat studies, et cetera,
17   then I have looked at those documents.
18       Q    You understand that those are pre-clinical,
19   right?  Do you understand the difference between
20   pre-clinical and clinical?
21       A    I do.
22       Q    Pre-clinical are studies that are done on
23   animals?
24       A    Correct.

41 (Pages 158 to 161)

Steven B. MacLean, Ph.D., P.E.

Page 162

1    Q   Generally short-term studies?
2    A   Right.
3    Q   Don't demonstrate safety or -- safety or
4  effectiveness in humans?
5        MR. HUTCHINSON:  Object to form.
6    Q   (By Mr. Thornburgh)  Right?
7    A   Correct.  But you have to realize I am
8  actually just citing an internal Ethicon document
9  that --
10   Q   Well, I --
11   A   -- refers to those clinical studies.
12   Q   I just want to know if you're going to offer
13 opinions about cytotoxicity at the trial in this case.
14   A   I'm not.
15   Q   And you're not going to -- and you're not
16 going to rely on that data for any opinions in this
17 case, right?
18   A   No, I'm not.  I'm just stating that the
19 material has been demonstrated to be biocompatible
20 since 1969.  It's been tested over and over and over
21 again, and it's the same conclusion that it's
22 biocompatible.  That's all I'm saying.
23   Q   Do you understand the general principles
24 in -- with regard to biocompatibility or foreign --

Page 163

1  strike that.
2        Do you understand the general principle that
3  the greater the surface area of a foreign body, the
4  greater inflammatory response?
5        MR. HUTCHINSON:  Object to form.
6        THE WITNESS:  I've read something along
7  those lines along the way, yes.
8    Q   (By Mr. Thornburgh)  And you understand that
9  the mesh devices have a significantly greater surface
10 area than a suture, right?
11       MR. HUTCHINSON:  Object to form.
12       THE WITNESS:  Yeah, in general, sure.
13   Q   (By Mr. Thornburgh)  Do you know how many
14 meters of mesh -- of Prolene sutures are knitted and
15 weaved -- or knitted within the TVT device?
16   A   It's a -- I haven't done it.  It's a simple
17 calculation, but I don't know.  I haven't done it.
18   Q   You're not suggesting that a single suture
19 would have the same tissue response as a much larger
20 piece of mesh, are you?
21   A   I'm just talking about the Prolene resin, the
22 biocompatibility of the Prolene resin.  That's all I'm
23 talking about.
24   Q   So are you going to limit your opinions to

Page 164

1  whether or not the TVT device degrades in vivo?
2        MR. HUTCHINSON:  Object to form.
3        THE WITNESS:  I'm not sure I understand
4  your question.
5    Q   (By Mr. Thornburgh)  Are you going to limit
6  your opinions at the trial in this case to degradation
7  of polypropylene Prolene material?
8    A   I'm going to limit my opinions to anything
9  that I tell you that's an opinion here today, in
10 addition to whatever is listed as opinions in my
11 report.
12   Q   But not cytotoxicity?
13   A   Correct.
14   Q   And not clinical studies?
15   A   Correct.
16   Q   You talk about a 28-day rat study.  That's a
17 short-term study, right?
18   A   It is.
19   Q   And that 28-day rat study should not be
20 extrapolated to determine the long-term safety of the
21 TVT mesh device, correct?
22   A   I think it's one data point amongst many that
23 you'd want to collect.
24   Q   So I don't need to pull out my cytotox

Page 165

1  studies and ask you questions about them?
2    A   You do not.
3    Q   All right.  Well, that saved us some time.
4  But leaching is important, right?
5        MR. HUTCHINSON:  Object to form.
6    Q   (By Mr. Thornburgh)  It's an important issue,
7  right?
8        MR. HUTCHINSON:  Important to what,
9  Counsel?
10   Q   (By Mr. Thornburgh)  That you considered in
11 this case?
12   A   What do you mean by "important"?
13   Q   It's important in -- did you look at any
14 documents that discuss leaching of the additives,
15 including the antioxidants?
16   A   Well, I know that they can be extracted in
17 formalin, if that's what you're asking me.
18   Q   Did you look at any studies that showed that
19 the antioxidants actually leach -- bloom and leach out
20 of the TVT device?
21   A   Let's be clear.  Blooming and leaching are
22 two separate things, so don't confuse the two.
23   Q   Blooming occurs during the manufacturing
24 process, right?

42 (Pages 162 to 165)

Steven B. MacLean, Ph.D., P.E.

Page 166

1    A   It's been alleged. I've yet to see any
2  definitive data on that, but there's been a few
3  allegations in the documents that blooming has
4  occurred.
5    Q   And leaching occurs over time inside -- in
6  vivo and leaches into the surrounding tissue of the
7  host, right?
8        MR. HUTCHINSON: Object to form.
9        THE WITNESS: If you're talking about a
10       mechanism that could be in play or a
11       hypothetical mechanism, yes. If you're
12       defining "leaching," is there any documents
13       that I've reviewed or seen that confirm
14       leaching ever took place in vivo, I have yet
15       to see one document.
16   Q   (By Mr. Thornburgh) You haven't conducted
17 any--
18       (Discussion off the written record.)
19   Q   (By Mr. Thornburgh) I only have one copy, so
20 I'll just show you. This is the deposition of
21 Dr. Barbolt. You read this, correct?
22   A   Portions of it, yes.
23   Q   Do you understand that he was designated by
24 Ethicon as the person most knowledgeable about this

Page 167

1  subject?
2    A   Yes, I know he's a 30(b)(6) witness.
3    Q   Okay. And you understand that he was working
4  for Ethicon for a number of years, I think two decades,
5  studying Prolene --
6    A   Yeah, I can't --
7    Q   -- in sutures and in mesh devices?
8    A   I can't confirm that number of 20 years off
9  the top of my head, but I understand what you're
10 saying.
11   Q   Okay. So you haven't -- and Ethicon hasn't
12 showed you any of the internal documents regarding --
13 that showed that the Santanox and the Procol leach out
14 of the mesh, right?
15   A   Not that I recall.
16       MR. HUTCHINSON: Object to form.
17       THE WITNESS: Not that I recall.
18   Q   (By Mr. Thornburgh) Right here on page 360
19 of Dr. Barbolt's January 8th, 2004 deposition, he was
20 asked, "Is it Ethicon's position that the antioxidants
21 in the polypropylene Prolene fibers in TVT can leach
22 from the fiber?"
23       Answer: "Yes."
24       Question: "And could you explain to the

Page 168

1  ladies and gentlemen of the jury what we mean by
2  leach?"
3        Answer: "Leaching means the movement of
4  substances from an implant into the surrounding
5  tissue."
6        Do you remember reading that deposition?
7    A   I do.
8    Q   And do you have any reason to disagree with
9  Dr. Barbolt?
10       MR. HUTCHINSON: Object to form.
11       THE WITNESS: I do.
12       MR. HUTCHINSON: Hold on just a minute.
13       Object to form. Also object that you haven't
14       shown him the entire document.
15       THE WITNESS: I do because I --
16       MR. THORNBURGH: He's read the document.
17       THE WITNESS: I do because I believe
18       it's based off one study that Mr. Burkley
19       performed. And when I reviewed that data, I
20       was not able to conclude that there was any
21       leaching that took place.
22   Q   (By Mr. Thornburgh) You think this is based
23 off just the one study?
24   A   That's the only document that I could loosely

Page 169

1  connect his testimony to. If there are others, I'd be
2  happy to see, if you have them.
3    Q   You haven't seen the other ones, right?
4    A   No. Do you have some?
5    Q   I'm asking you, you haven't seen any other
6  studies?
7    A   You keep asking me that question --
8    Q   I think I --
9    A   -- and the answer --
10       MR. HUTCHINSON: Excuse me. One at a
11       time. Dr. MacLean, finish answering the
12       question.
13   Q   (By Mr. Thornburgh) The only one you've seen
14 was the Burkley study, which we'll get to in a
15 minute --
16   A   Sure.
17   Q   -- the 1987 study --
18   A   Uh-huh.
19   Q   -- but you haven't seen any other studies
20 that addressed or looked at leaching or blooming in the
21 TVT Prolene device?
22   A   No, not that I recall.
23   Q   Or the Prolene device, period?
24   A   Correct, same answer.

43 (Pages 166 to 169)

Steven B. MacLean, Ph.D., P.E.

Page 170

1    Q    And if you turn back to Exhibit No. 9, which
2  is the email with -- attached to it is the John Karl
3  memo, it says -- it lists the additives, right, calcium
4  stearate, DLTDP, Santanox R, Procol LA-10, and CPC
5  pigment"?
6    A    Correct.
7    Q    Okay.  And it says that the calcium stearate
8  is a lubricant to help reduce tissue drag and promote
9  tissue passage.  The DLTDP, it says, is an antioxidants
10  to improve long-term storage of resin and fiber to
11  reduce the potential oxidative reaction with
12  ultraviolet light.
13    A    That's what it says.
14    Q    And is -- have you done any independent work
15  to determine what DLTDP is intended to do in terms of
16  retarding degradation?
17    A    Yeah, we've already talked about it.
18    Q    Okay.
19    A    It's a thioester.  It's a secondary
20  antioxidant.  It's -- they are designed to be peroxide
21  neutralizing .
22    Q    Oh, so the DLTDP is intended to be peroxide
23  neutralizing, right?
24    A    Correct.

Page 171

1    Q    Because this says to protect against
2  ultraviolet light.
3    A    That's true too.
4    Q    And then the Santanox R, an antioxidant to
5  promote stability during compounding and extrusion.
6    A    That's what it says.
7    Q    It doesn't say that there's an antioxidant
8  that is intended to retard oxidative degradation in
9  vivo for -- as a permanent device?
10    A    Correct.  And this is not a scientific
11  treatise.  This is just a couple of bullet points to
12  describe these antioxidants in general.  If you look at
13  the scientific literature, it is crystal clear what
14  those two antioxidants do.
15    Q    And do you see any thioesters?  Oh, I think
16  you said earlier that the thioester is the DLTDP?
17    A    Correct.
18    Q    I just want to show you real quick on the
19  same exhibit, it says, "The additive package in use
20  today is the same as was used in the original
21  formulation for years.  In addition, in 1991 the
22  Santanox level were reduced slightly by .05 percent."
23  Do you see that?
24    A    I was trying to recall it.  I see that.

Page 172

1    Q    Okay.  So in 1991, according to this
2  document, the primary antioxidant, according to you,
3  was reduced from the Prolene resin, correct?
4    A    That's what it states, which is great because
5  when you look at the dog study -- excuse me.  I
6  misspoke.
7    Q    The dog study started before that change?
8    A    It did.  It did, correct.
9    Q    So it's not so great, is it?
10        MR. HUTCHINSON:  Object to form.
11  Argumentative.
12        THE WITNESS:  Correct.  But I will say
13  that the .05 percent is still within the
14  tolerance that's given for the Santanox R and
15  the DLTDP in the formulation that's given
16  below.
17    Q    (By Mr. Thornburgh)  Before you rendered your
18  opinions in this case, did you know that the -- that
19  Ethicon had reduced the primary antioxidant in the
20  Prolene sutures after the seven-year dog study?
21    A    Yes.
22    Q    The less antioxidant you have, the more
23  potential for degradation, right?
24    A    In theory, sure.

Page 173

1    Q    Do you think that Santanox R and DLTDP
2  protect the Prolene fibers in the TVT from degradation
3  in pertuity [sic]?
4        MR. HUTCHINSON:  Object to form.
5        THE WITNESS:  Well, let's look at the
6  data.  So if you look at the seven-year dog
7  study and you --
8    Q    (By Mr. Thornburgh)  Which is before the
9  reduction?
10        MR. HUTCHINSON:  Dan, no.
11  Dr. MacLean -- Dr. MacLean --
12        THE WITNESS:  Yeah, sure.
13        MR. HUTCHINSON:  -- I need you to finish
14  your answer, please.
15        THE WITNESS:  Yeah.  If you look at the
16  seven-year dog study, the trend is clear with
17  the physical properties that have been
18  tested.  There's no degrading taking place.
19  There's no trend downward in any of that
20  data.  So we know that it's lasting for seven
21  years and the trend is positive.
22        So if you extrapolate a positive trend,
23  that just means that those physical
24  properties continue to get better over time.

44 (Pages 170 to 173)

Steven B. MacLean, Ph.D., P.E.

Page 174

1  So there's no -- there's no indication that
2  over the decades that this thing may be in a
3  body, that you're going to have physical
4  property reduction like you're -- like you're
5  trying to -- like folks are trying to suggest
6  with this oxidation theory.
7      Q   (By Mr. Thornburgh) The dog study that
8  you're referencing started before Ethicon reduced the
9  Santanox level, right?
10     A   It did, correct.
11        (Exhibit 10 marked for identification.)
12     Q   (By Mr. Thornburgh) I'm handing you one of
13  the documents that you reference in your expert report
14  as Exhibit No. 10.  Have you reviewed this document?
15     A   It looks familiar.
16     Q   It says, "Polypropylene and some polyethylene
17  (PE) resins in their natural state (without additives)
18  are inherently unstable and degrade when exposed to
19  oxygen," right?
20     A   Correct.
21     Q   It says, "The degradation is similar to the
22  rusting (or oxidation) of untreated iron in that the
23  polymers change colors to yellow-brown and begin to
24  flake away until the material becomes useless.  When

Page 175

1  polypropylene or PE degrades, chain scission takes
2  place.  The physical properties of the polymer
3  deteriorate and its average molecular weight (chain
4  length) decreases, melt flow rate increases, and a
5  powdery surface eventually forms."  Do you agree with
6  those statements?
7      A   I think that's a good general description of
8  unstabilized polypropylene and polyethylene in the
9  presence of an oxidating environment.
10     Q   It goes on to say in the next paragraph,
11  "Polymer degradation is a natural phenomenon that
12  cannot be totally stopped."  Do you agree with that?
13     A   It's a very general statement.  I will tell
14  you that, you know, in theory, theoretically speaking,
15  materials can degrade over time.  That's -- you know,
16  everything does.  Our skin, for example, right, we shed
17  skin over time.  Materials degrade over time.  That's
18  all that statement is saying.  It's -- I don't know how
19  you apply it to a specific polymer or a specific
20  polymer system.
21     Q   I mean, but in your experience, you've dealt
22  with antioxidant additives, right?
23     A   Sure.
24     Q   That are put into polymer resins, not

Page 176

1  necessarily polypropylene, but polymer --
2      A   Right.
3      Q   -- resins, right?  And those are put in there
4  to retard or to slow down the degradation process,
5  right?
6      A   Correct.
7      Q   It doesn't stop it completely, does it?
8      A   It depends on the useful life of the device.
9  And all the data that we have right now clearly tells
10  us that none of the properties are trending down.  None
11  of the important bulk physical properties of the
12  Prolene, none of the important bulk physical properties
13  of the mesh are trending down.
14        (Exhibit 11 marked for identification.)
15     Q   (By Mr. Thornburgh) I'm handing you what's
16  been marked as Exhibit No. 11.  This is an internal
17  Ethicon memo dated September 30th, 1987, right?
18     A   It is.
19     Q   And it says that -- "IR microscopy of
20  explanted Prolene received from Professor Guidon,"
21  right?
22     A   Correct.
23     Q   And this was 1987.  This was like a long time
24  ago --

Page 177

1      A   It's --
2      Q   -- several decades ago?
3      A   It was about 28 years ago.
4      Q   Twenty-eight years ago.  And do you know who
5  Dr. Guidoin is?
6      A   Only from what I've read in the files.
7      Q   It says, "Samples of Prolene suture carefully
8  removed from human" -- let me ask you this question:
9  Have you -- have you reviewed any publications by
10  Dr. Guidoin, peer-reviewed publications?
11     A   I don't recall.
12     Q   "Samples of Prolene sutures carefully removed
13  from human vascular graft explants received from
14  Professor Guidoin were examined by IR microscopy as is.
15  A Prolene suture control was examined for comparison."
16        It goes on to talk about how there were -- in
17  the two-year explant, there were no cracks, and in the
18  eight-year explant, there was severe cracking, right?
19     A   Correct.  That's what it says.
20     Q   It says, "Some samples of the eight-year were
21  examined optically.  Using a needle, the scratched
22  [sic] surfaces were easily wiped off and deposited on a
23  KBr window.  The surface scrapings had the handling and
24  consistency of a waxy snow.  The sample was not

45 (Pages 174 to 177)

Steven B. MacLean, Ph.D., P.E.

Page 178

1   conducive to IR microscopy in this form however.
2   Similar treatment with needles on sterile packaged
3   Prolene and the two-year sample generated no
4   scrapings."
5        So there were some changes, right, surface
6   changes on this explant that were consistent with a
7   waxy snow?
8        A   I wouldn't -- I wouldn't characterize them as
9   surface changes, but there was a waxy snow material
10  found on the exterior of the implant.
11       Q   And we just looked at the document and you
12  agreed that degraded polypropylene becomes powdery,
13  correct?
14       MR. HUTCHINSON: Object to form.
15       THE WITNESS: Right. I didn't say
16  waxy.
17       Q   (By Mr. Thornburgh) "The surface scrapings
18  spectra are very different from the bulk spectra, and
19  both types of spectra showed no evidence of the
20  presence of protein," right? Do you see that?
21       A   Yes.
22       Q   "The surface scrapings spectra of the
23  eight-year clearly indicated polypropylene."
24       So they scraped it off, right, the stuff

Page 179

1   scraped off, they tested it using IR microscopy, and
2   it -- and what they scraped off was polypropylene?
3       MR. HUTCHINSON: Object to form.
4   Compound.
5       Q   (By Mr. Thornburgh) Right?
6       MR. HUTCHINSON: Compound question.
7       THE WITNESS: That's what it says.
8       Q   (By Mr. Thornburgh) And just above that, the
9   first paragraph on the second page of the Exhibit 11,
10  it says, "The surface scrapings were melted at 147 to
11  156 degrees Celsius on the Mettler hot stage. This is
12  the melting range previously observed for oxidatively
13  degraded polypropylene," right?
14       A   That's what it states.
15       Q   And you disagree with that, don't you?
16       A   I do.
17       Q   The conclusions that were drawn by
18  Dr. Burkley, who was an Ethicon employee -- you
19  understand that, right --
20       A   I do.
21       Q   -- an Ethicon scientist, right --
22       A   He was.
23       Q   -- and worked for Ethicon for many, many
24  years, you've seen -- you've numerous documents with

Page 180

1   his name on them, right?
2       A   Not at this time. Not at this time. He has
3   just joined the company at this time. We're talking
4   about Dr. -- or Mr. Burkley?
5       Q   He's worked -- he's an employee that has been
6   with Ethicon for a number of years?
7       A   Presently. Not in 1987.
8       Q   Okay. Okay. So you don't think he was
9   qualified to render these conclusions?
10       A   I didn't say that. I was just clarifying
11  when he was employed and how much experience he had
12  and --
13       Q   Do you know what his position was there?
14       A   Not specifically. He looks like he's working
15  at the direction of other senior scientists.
16       Q   He's testing degraded polypropylene 28 years
17  before any of this litigation ever started, right?
18       MR. HUTCHINSON: Object to form.
19       THE WITNESS: Correct.
20       Q   (By Mr. Thornburgh) And outside of the
21  courtroom, when he's in his lab working for Ethicon
22  when there's no litigation going on, he writes that
23  "The amount of DLTDP is reduced in the explanted
24  sutures. No DLTDP is observed in the surface scraped

Page 181

1   (cracked regions) of the eight-year explant. The
2   observed DLTDP decreases with implant time."
3       In other words, it's leaching out over time,
4   according to Dr. Burkley, right?
5       MR. HUTCHINSON: Object to form. It's
6   also an argumentative question, Counsel.
7       THE WITNESS: That's what it states, but
8   that's not what the data is telling us. And
9   you cannot use FTIR as a quantitative tool.
10  It's just not -- just not how it works unless
11  you do a significant amount of studies.
12       Q   (By Mr. Thornburgh) Dr. Burkley --
13       A   I understand.
14       Q   -- scientist for Ethicon, is saying --
15       A   Sure.
16       Q   -- DLTDP is leaching out over time, right?
17       MR. HUTCHINSON: Object to form.
18       THE WITNESS: That's what --
19       MR. HUTCHINSON: Mischaracterization of
20  the document. Dr. MacLean, go ahead.
21       THE WITNESS: That's what Item No. 1 in
22  the conclusions say. I'm telling you that he
23  did not arrive at that conclusion in a
24  scientific manner.

46 (Pages 178 to 181)

Steven B. MacLean, Ph.D., P.E.

Page 182

1    Q   (By Mr. Thornburgh) He goes on to say, "No
2    protein is observed in any spectra of the explanted
3    sutures," right?
4    A   That's what he says.
5    Q   "The surface scraped material from the
6    cracked regions of the eight-year explant has a melting
7    range indicative of degraded polypropylene. The IR
8    spectra of this scraped material is clearly
9    polypropylene." Did I read that correctly?
10   That's what it says.
11   Q   And so you disagree with Dr. Burkley, right?
12   A   I do.
13   Q   So you disagree with Dr. Wood so far. You
14   disagree with --
15   A   No, no, no. I didn't say I disagree with
16   Dr. Wood the way you're phrasing it. I was saying that
17   there's a second mechanism that they did not address.
18   Q   You disagree with Dr. Wood's definitive
19   conclusion?
20   A   That's correct.
21   Q   You disagree with Dr. Thames, an expert in
22   this case for the defendants?
23        MR. HUTCHINSON: Object to form.
24        THE WITNESS: It's --

Page 183

1         MR. HUTCHINSON: Hey, wait a minute.
2    Object to form. Mischaracterizes the
3    testimony.
4    Q   (By Mr. Thornburgh) Right?
5    A   It's the same answer I just gave you for
6    Wood.
7    Q   You disagree with Dr. Barbolt, right?
8         MR. HUTCHINSON: Same objections.
9    Q   (By Mr. Thornburgh) Right?
10   A   I -- not the way you're phrasing it, no.
11   Q   Do you agree with Dr. Barbolt that the
12   surface layer of the TVT Prolene device degrades in
13   vivo, that the TVT device undergoes surface
14   degradation?
15        MR. HUTCHINSON: Object --
16   Q   (By Mr. Thornburgh) Do you agree or disagree
17   with Dr. Barbolt?
18        MR. HUTCHINSON: Object to form.
19        THE WITNESS: I thought you were talking
20   about the leaching with Dr. Barbolt.
21        MR. THORNBURGH: Well, that's one issue,
22   but he had --
23        MR. HUTCHINSON: Hey, guys, hey, look,
24   I'm not going to say it again; both of you

Page 184

1    don't need to talk over each other. Let
2    Dr. MacLean finish his answer, if you
3    remember the question.
4         THE WITNESS: I need to hear the
5    question again.
6    Q   (By Mr. Thornburgh) Dr. Barbolt testified
7    that the TVT device undergoes surface degradation, that
8    the surface cracks and peels away from the surface. Do
9    you disagree with Ethicon's scientist, Dr. Barbolt, who
10   is speaking on behalf of Ethicon as the 30(b)(6)
11   witness, that the Prolene in the TVT degrades,
12   surface -- undergoes surface degradation?
13        MR. HUTCHINSON: Object to form.
14   Mischaracterizes the testimony of
15   Dr. Barbolt.
16        THE WITNESS: I disagree with that.
17        MR. HUTCHINSON: Dan, we've been going
18   for about an hour. Let me know when we're at
19   a good spot to take a break.
20        MR. THORNBURGH: Let me finish this line
21   of questioning --
22        MR. HUTCHINSON: Okay.
23        MR. THORNBURGH: -- and then we'll take
24   a break.

Page 185

1    Q   (By Mr. Thornburgh) Dr. Barbolt's
2    January 8th, 2014 deposition, page 409, lines 2 through
3    13.
4         MR. HUTCHINSON: Counsel, do you have a
5    copy for me or the witness? Counsel, do you
6    have a copy for me or the witness?
7         MR. THORNBURGH: No.
8    Q   (By Mr. Thornburgh) 409, line 2, question:
9    "And that's Ethicon's position, as a spokesperson for
10   Ethicon, it's Ethicon's position that degradation,
11   surface degradation, can occur, correct?"
12        The witness answers, "Yes."
13        "And this was well known in advance of this
14   statement that the material is not absorbed, nor is it
15   subject to degradation, correct?"
16        "Yes. This was from 1992."
17        Do you disagree with Dr. Barbolt, who is an
18   Ethicon employee, an internal scientist, who was
19   designated by Ethicon as the person most knowledgeable
20   about degradation, a 30(b)(6) witness, who testified
21   that the Prolene in the TVT undergoes surface
22   degradation?
23   A   I do.
24        MR. HUTCHINSON: Same objections.

47 (Pages 182 to 185)

Steven B. MacLean, Ph.D., P.E.

Page 186

1      THE WITNESS: I do. I disagree.
2      Q  (By Mr. Thornburgh) And you understand that
3  Dr. Barbolt -- this is 2014 -- Dr. Barbolt had been
4  working with the company for a couple decades?
5      A  That's what it says.
6      Q  And he was the person who was there in the
7  lab working with Prolene sutures and Prolene mesh
8  devices, right?
9      A  Apparently.
10     Q  And you didn't form an opinion about TVT or
11  Prolene until after you were retained by Ethicon in
12  this case, correct?
13         MR. HUTCHINSON: Object to form.
14         THE WITNESS: That's correct.
15     Q  (By Mr. Thornburgh) And in addition to
16  disagreeing with Dr. Barbolt, you also disagree with
17  Dr. Burkley?
18     A  On this document, I do, absolutely.
19     Q  From his study from 1987, right?
20     A  Correct.
21         MR. THORNBURGH: Want to take a break?
22         MR. HUTCHINSON: Yeah. Not long.
23         THE VIDEOGRAPHER: We are now going off
24  the video record. The time is currently

Page 187

1  2:44 p.m. This is the end of Tape No. 3.
2      (Recess taken.)
3         THE VIDEOGRAPHER: We are now back on
4  the video record with Tape No. 4. The time
5  is currently 2:59 p.m.
6      (Exhibit 12 marked for identification.)
7      Q  (By Mr. Thornburgh) Doctor, I'm handing you
8  what's been marked as Exhibit No. 12. Before we went
9  on the break, we were talking about some of the
10  internal documents that were done by Ethicon. And
11  around the same time period, there were other
12  researchers outside of Ethicon who were also analyzing
13  Prolene for degradation, right?
14     A  I believe so.
15     Q  In fact, Dr. Jongebloed -- I'm not sure if I
16  pronounced his name right; it's J-O-N-G-E-B-L-O-E-D --
17  published an article called the "Mechanical and
18  biomechanical effects of man-made fibres and metals in
19  the human eye, a SEM-study," in 1986. Do you recognize
20  this study? Have you seen this study before?
21     A  I have.
22     Q  And in this study, Jongebloed and his
23  colleagues analyzed explanted sutures, including
24  Prolene, correct, from human eyes?

Page 188

1      A  They did, correct.
2      Q  And it says, "The biocompatibility of these
3  materials has been the subject of investigation of
4  several authors," and they list some authors.
5         So there were other authors back in the '80s
6  who were also looking at Prolene degradation. And
7  Jongebloed and his colleagues go on to write that,
8  "Nevertheless, there is still no clear explanation of
9  the phenomenon one can observe in the pictures,
10  although there are strong indications for enzymatic
11  reaction [sic] being the cause of the surface changes
12  on these materials." Did I read that correctly?
13         MR. HUTCHINSON: Object to form.
14         MR. THORNBURGH: I'm on the first page
15  of Exhibit 12.
16         THE WITNESS: And I'm just trying to
17  track on which paragraph you just read.
18     Q  (By Mr. Thornburgh) Second -- see the
19  introduction?
20     A  Yep.
21     Q  See where they say that they looked at
22  Prolene and other sutures that were explanted from the
23  human eye?
24     A  Correct.

Page 189

1      Q  And they say -- he goes on to say, "There is
2  no clear explanation of the phenomenon one can observe
3  in these pictures, although there are strong
4  indications of enzymatic action being the cause of the
5  surface changes on these materials."
6         So he's just giving a history of sort of what
7  the theory back then was in 1987, right?
8         MR. HUTCHINSON: Object to form.
9         MR. THORNBURGH: 1986 --
10         THE WITNESS: That's what he states.
11         MR. THORNBURGH: -- right?
12     Q  (By Mr. Thornburgh) But then he says, you
13  know, as a good scientist does, he goes on and says,
14  "On the other hand, all kinds of explanations are
15  given, such as fixation or drying artifact, mechanical
16  damage when the lens and loops are taken out of the
17  eye, damage caused by the irradiation in the SEM,
18  possible effects of the sterilization agents, UV light,
19  et cetera."
20         All right, so he's saying maybe there's
21  another cause, maybe it's not oxidative degradation
22  that's occurring inside these human eyes of these
23  Prolene sutures, maybe there's another cause, so let's
24  test it.

48 (Pages 186 to 189)

Steven B. MacLean, Ph.D., P.E.

Page 190

1          MR. HUTCHINSON: Object to form.
2     Q   (By Mr. Thornburgh) Right?
3     A   He doesn't -- he does not postulate
4  oxidation/degradation.  He just says enzymatic action.
5     Q   What else would the enzymatic action be?
6     A   Could just mean proteins that are actually
7  bonding onto the surface.
8     Q   Have you read this?
9     A   I've read -- I'm just telling you what -- you
10  just asked about a specific passage in the
11  introduction, and I'm just -- I'm just reflecting on
12  it.
13     Q   Well, if you've read it, you know that he
14  goes on to talk about free radicals and the
15  inflammatory response and oxidative degradation.
16     A   Correct.  But that's not what you had just
17  cited to me.
18     Q   Well, okay.  "Materials and Methods."
19  The Prolene material was part of an open J-lens, and it
20  was implanted in a Pakistani patient for one year,
21  right?
22     A   Correct.
23     Q   See the "Results" section?  And it was
24  explanted apparently because the patient was having

Page 191

1  complications, right?
2     A   I believe that's what it says, correct.
3     Q   So both Prolene loops showed severe
4  degradation of the surface layer.  And they show some
5  pictures.  Figure 1, they say, "The irregular cracks in
6  this deposit (see arrows) are due to drying, a common
7  phenomenon in SEM specimens of inhomogeneous structure.
8  Figure 2 shows at high magnification the very regular
9  pattern of striations.  Some parts of the surface are
10  crossed [sic] with a thin deposit, comparable to the
11  layer seen in Figure 1. The degradation of the surface
12  layer can be observed in more detail in Figure 3. Part
13  of the surface layer is detached, exposing the
14  subsurface layer, which shows a similar cracking
15  pattern (see arrows)."
16          He goes on to write, "The fact that the
17  subsurface layer shows a similar cracking pattern of
18  degradation is a clear indication of biodegradation.
19  If the phenomenon we observe were the result of the
20  drying of a deposit, then the cracks in it would have a
21  much more regular" -- "irregular character, like the
22  cracks seen in Figure 1."
23          The total diameter of the degraded loop has
24  certainly not increased, right?  So you would expect

Page 192

1  that if it's protein that's forming around the surface
2  of the diameter of the fiber, that the diameter would
3  increase, right?
4          MR. HUTCHINSON: Object to form.
5          THE WITNESS: Where do you see his
6      diametrical measurements?  I know where the
7      statement comes from.  Where are the
8      diametrical measurements that he's referring
9      to?
10     Q   (By Mr. Thornburgh) Are you saying because
11  they're not there, you don't believe him?
12          MR. HUTCHINSON: Objection.  Counsel,
13      that's argumentative.  Don't do that with
14      this witness.
15          MR. THORNBURGH: I'm just trying to
16      understand if that's what his point is.
17          MR. HUTCHINSON: Okay.  Well, you can
18      ask -- you can ask it that way, but don't --
19     Q   (By Mr. Thornburgh) Is that -- is that
20  the --
21          MR. HUTCHINSON: Hey, Dan, you can ask
22      it that way, but don't argue with the
23      witness.
24     Q   (By Mr. Thornburgh) Is the position that

Page 193

1  you're taking, that this study in 1986 isn't a study
2  that can be relied upon, because you don't see
3  diametric measurements?
4     A   Yes.  He's making a bold statement about the
5  thickness of the cracked layer with respect to the
6  original diameter of the fiber, and I would expect that
7  data to be in here, yes.  That would be scientifically
8  sound to put that in there.  You're talking about a
9  cracked layer that is on the order of a micron.  You're
10  talking about a fiber diameter that's on the order of
11  100 to 150 microns.  So, yes, you need to show that
12  specific measurement to make that statement.
13     Q   Did you make any of those measurements?  Have
14  you ever done that analysis?
15     A   I've seen other folks try to attempt it, yes.
16     Q   Have you done it?
17     A   I have not done it.
18     Q   If you look at the --
19     A   But I will tell you it can be done.  I mean,
20  you can make these discrete measurements.  I don't know
21  if even if you make them, if you can make that
22  connection; but if you're going to make that statement,
23  you better have the data to support it.
24     Q   We're talking about Prolene here, right?

49 (Pages 190 to 193)

Steven B. MacLean, Ph.D., P.E.

Page 194

1  A  We are.
2  Q  The same material in the TVT devices, right?
3  A  Correct.
4  Q  And if you look at Figure 1 through 4 of the
5  SEMs, that's some significant cracking, right?
6      MR. HUTCHINSON:  Object to form.
7      THE WITNESS:  I'd say it looks typical
8   cracking from what we've seen over and over
9   and over again for the last 20 years of
10  documents.
11  Q  (By Mr. Thornburgh)  It is -- it is typical
12 because what happens when you -- when you purposely
13 degrade it using UV radiation, the TVT mesh that you
14 analyzed, it looked very similar to this, didn't it?
15     MR. HUTCHINSON:  Object to form.
16     THE WITNESS:  No, it didn't.  Let's put
17  them side by side.
18     MR. THORNBURGH:  We'll do that in a
19  moment.
20     THE WITNESS:  Sure.
21  Q  (By Mr. Thornburgh)  So you think that your
22 cracks look different than the cracks that we're seeing
23 in all these publication for the last 20, 30 years?
24     MR. HUTCHINSON:  Object to form.  It's

Page 195

1  argumentative, mischaracterizes what the
2  witness just told you.
3      THE WITNESS:  They certainly don't look
4   like this -- I'll call these concentric or
5   repetitive striation cracks that you see in
6   the top right-hand corner on Figure 2.
7  Q  (By Mr. Thornburgh)  What about Figure 3?
8  A  Maybe, maybe some similarities, but...
9  Q  And Figure 3 is the figure that was described
10 here as, "The degradation of the surface layer can be
11 observed in more detail in Figure 3."
12  A  You cannot make an assessment of whether you
13 have degraded polypropylene just by looking at SEM
14 images, period.
15  Q  Not only the top layer is cracked, but also
16 the layer that's underneath the top layer.
17  A  Okay.  Show me where he's characterized those
18 materials.  Where is the chemical composition of those
19 cracks?
20  Q  If you go to page 311, it says, "The
21 phenomenon observed on the surface of implanted Prolene
22 is a topic of interest to several authors, as already
23 noted.  The Prolene we investigated had remained in the
24 eye of a Pakistani patient for one year and showed

Page 196

1  severe changes on the surface of both.  Nonimplanted
2  material given the same treatment did not show any
3  surface changes when examined in SEM.  Nonimplanted
4  material soaked in distilled water for a long time,
5  dried in air, sputter-coated with gold and examined in
6  the SEM under the same conditions, did not show any
7  surface changes either.  We think the surface changes
8  observed in the implanted Prolene are the result of
9  biodegradation by enzymatic action of the tissue
10 fluids."
11     You disagree with this scientist, as well,
12 from 1986, right?
13  A  I do because he's not shown us what the
14 chemical composition is, and that's the only way you
15 can determine, A, if that cracked layer is
16 polypropylene -- or Prolene, rather; and B, if it's
17 degraded.  He hasn't done any of that in this study.
18  Q  But if he showed you a chemical composition,
19 if he did an FTIR and reported it in this study, you'd
20 say, "But there's protein surrounding that fiber,"
21 right?
22     MR. HUTCHINSON:  Object to form.
23     THE WITNESS:  If there were protein
24  surrounding it, I would, yes.

Page 197

1  Q  (By Mr. Thornburgh)  So under your way of
2  thinking, it's impossible to determine whether or not
3  an explanted TVT Prolene device degraded in vivo?
4      MR. HUTCHINSON:  Object to form.
5   Mischaracterizes the witness's testimony,
6   Counsel.
7      THE WITNESS:  If you look at our
8   staining study, I think it's conclusive.  The
9   staining study tells you, when you combine it
10  with what Dr. Iakovlev has done, that this
11  cracked layer is not oxidized Prolene.
12  Q  (By Mr. Thornburgh)  You degraded it through
13 UV radiation and it cracked, right?
14  A  It didn't stain.
15  Q  Well, we're going to get to that in a moment.
16 So you disagree with another set of authors from 1986?
17 Jongebloed, right?
18     MR. HUTCHINSON:  Object to form.  Dan,
19  that mischaracterizes the testimony.
20  Q  (By Mr. Thornburgh)  You disagree with their
21 conclusion without more data that the -- that the
22 explanted sutures were degraded?
23  A  If you're going to -- if you're going to --
24     MR. HUTCHINSON:  Hold on just a minute.

50 (Pages 194 to 197)

Steven B. MacLean, Ph.D., P.E.

Page 198

1    Object to form.
2         THE WITNESS:  If you're going to state
3    that a polymer is degraded, you should have
4    molecular weight data that supports that
5    opinion, and he does not.  The very
6    definition of degradation is not visual
7    cracks on a photograph or a micrograph, which
8    that is the mistake that researcher after
9    researcher after researcher mistake -- that's
10   the mistakes that they made.
11        You need molecular weight data to
12   confirm the true degradation, polymer chain
13   scission.  I've broken chains down, I've
14   degraded.  That's the definition of "polymer
15   degradation."  I need that data.  You can't
16   do it through FTIR, you can't do it through
17   just -- through these micrographs that you
18   keep showing me.
19        Q   (By Mr. Thornburgh)  You can do it through
20   melting point?
21        A   No, you can't.
22        Q   The melt -- if there's a --
23        A   I just explained to you --
24            MR. HUTCHINSON:  Hey, Dan, stop it.

Page 199

1             MR. THORNBURGH:  I'm --
2             MR. HUTCHINSON:  No, stop it.  No.
3             MR. THORNBURGH:  Go ahead.
4             MR. HUTCHINSON:  I want you to finish
5    your answer, and then Dan Thornburgh can ask
6    another question.
7             THE WITNESS:  Okay.
8             MR. HUTCHINSON:  But I need you to
9    finish your answer right now.
10            THE WITNESS:  Okay.  My answer is:  With
11   regard to melting point, I am telling you it
12   is a scientific fact when polypropylene will
13   be plasticized or with any polymer
14   plasticized, you will reduce its melting
15   temperature.  And we know these materials are
16   plasticized in vivo.  That is also a
17   scientific fact based on Jordi's work.
18        Q   (By Mr. Thornburgh)  So hold on.  I want to
19   understand your opinion.
20        A   Sure.
21        Q   Okay.  You would agree with me that if you
22   have a -- if you were to take a neat polypropylene, not
23   explanted from the human body, no protein, not in a
24   biological environment, and you degraded it,

Page 200

1    oxidatively degraded it, the -- and then you melted it
2    and the melt point was lower than the pristine implant,
3    that melt point change is evidence of oxidative
4    degradation, right, number one?
5        A   It can be.
6            MR. HUTCHINSON:  Object.
7        Q   (By Mr. Thornburgh)  And, number two, when
8    you have a decrease in the melt point, that corresponds
9    with a drop in the molecular weight?
10       A   No, not for the reasons I just told you.  I
11   can get a suppression of melt temperature without
12   reducing molecular weight.  That is a fundamental tenet
13   that everyone seems to just dismiss.  You don't need to
14   have a reduction or a degradation of the polymer just
15   to see lower melt temperatures.  I can plasticize the
16   material and still get there.  And we know the material
17   is being plasticized based on the seven-year dog study
18   data.
19       Q   Maybe you didn't understand my question.
20       A   I think I did.
21       Q   My question was:  If you took a neat Prolene
22   suture or mesh and you intentionally oxidized it
23   without it ever being in the biological environment --
24       A   Yep.

Page 201

1        Q   -- and it -- the surface cracks and you do
2    FTIR and it shows 1740, and then you do melt point and
3    the melt point has dropped, that's evidence of
4    oxidative degradation, number one, right?
5            MR. HUTCHINSON:  Object to form.
6        Q   (By Mr. Thornburgh)  All those things, right?
7            MR. HUTCHINSON:  Object to form.
8            THE WITNESS:  In that hypothetical
9    situation, in the absence of in vivo
10   environment, that's all reasonable.
11       Q   (By Mr. Thornburgh)  And in the same
12   hypothetical situation, then you do a melt point test,
13   thermal analysis, you melt it, the melt point is lower
14   than the pristine sample, that's also evidence of
15   oxidative degradation and it's evidence of a
16   corresponding drop in molecular weight?
17            MR. HUTCHINSON:  Objection, compound.
18            THE WITNESS:  I would say implicitly,
19   yes, but you would want to make the molecular
20   weight analysis.  But, again, you've excluded
21   the in vivo conditions, which are very, very
22   much in play here.
23            And we know the material is not
24   degrading.  The molecular weight analysis

51 (Pages 198 to 201)

Steven B. MacLean, Ph.D., P.E.

| Page 202 |
|---|

1    tells us that.  The tensile data from the
2    seven-year dog study tells us that.  There's
3    no hard scientific data that says these
4    Prolene materials are degrading in vivo via
5    oxidation, or any other mechanism, for that
6    matter.  These materials are plasticizing,
7    they're becoming tougher, they're improving
8    their flexibility and ductility over time.
9    It's irrefutable.  That data is
10   irrefutable.
11      Q   (By Mr. Thornburgh)  In your expert report,
12   Exhibit No. 2, you have a section called
13   "Formaldehyde-Protein Crosslinking," right?
14      A   I do.
15      Q   I'm just trying to understand your opinion.
16   So is it your opinion that the cracked layer that we're
17   seeing on the outside of the TVT Prolene fibers in a --
18   in a specimen that was explanted and then put in
19   formalin and then reagents were used to dissolve the
20   tissue, that those cracks were actually from the
21   formaldehyde-protein crosslinking and not from degraded
22   polypropylene?
23      A   Let's just start with do I think that they're
24   from the crosslinked formaldehyde-protein polymer that

| Page 203 |
|---|

1    we know is forming in the storage, and the answer to
2    that question is yes.  If I put a brittle layer, a
3    brittle crosslinked polymer on the outside of these
4    fibers, take it out of the formalin and then dehydrate
5    it in the environment, like we've seen Ethicon do, and
6    they've seen cracks actually appear under those
7    conditions, then yes, the answer is yes, that brittle
8    layer can form cracks under the right environment.
9       Q   Is that a different opinion than you have
10   regarding -- I can't speak -- plasticization?
11      A   I don't know if it's different.  I would just
12   say it's an additional opinion that I have.
13      Q   What are the distinctions between
14   plasticization and crosslinked formaldehyde-protein
15   bond?
16      A   Okay.  So let's start with plasticization.
17   So that is the diffusion of small molecules into the
18   fibers and filaments that actually cause the material
19   to experience changes in its physical properties; and
20   in this case, the net effect is all positive, where you
21   have increase in ductility, you have increase in
22   toughness, you have increase in flexibility.  That is
23   exactly what the dog study tells us.
24      So I'm just saying that -- and by the way,

| Page 204 |
|---|

1    those molecules that are diffusing in have carbonyl
2    groups in them.  So if I go up to ATR or an IR
3    instrument and I place an in vivo specimen or specimen
4    that was once in vivo and I try to sample it and I get
5    a carbonyl peak, I don't -- that doesn't surprise me
6    because there are carbonyl functionality groups in
7    those molecules that are now inside the fiber.  So
8    that's the answer to your first question.
9       Q   All right.
10      A   Do you want to ask me the second --
11      Q   Are you done?
12      A   I think I'm done.
13      Q   All right.  So for a crosslinked
14   formaldehyde --
15      A   Okay.
16      Q   -- if you -- do you agree -- well, let me ask
17   you one for the first question.  How long does it take
18   for the crosslinking to occur once the explant is
19   exposed to formalin?
20      A   Well, it would -- it would start right away,
21   and there's probably some relationship where -- as a
22   function of time, it asymptotes or reaches a point of
23   diminishing return where you actually react it as much
24   as you can based on the available formaldehyde and the

| Page 205 |
|---|

1    available amount of protein.  But that reaction would
2    start right away.  But the degree of crosslinking, the
3    amount of crosslinking, that would be a function of
4    time.
5       Q   And are you aware of some testing that was
6    conducted by Ethicon to determine whether or not the
7    fixative material had some sort of impact on causing
8    the cracking on the surface layer?
9       A   Yes.  I think they did some short-term
10   maybe -- serum dips with formalin testing.  I'm just
11   going off memory.
12         MR. THORNBURGH:  I'm going to have
13      marked as Exhibit No. 13 a memo dated
14      November 13th, 1984.
15         (Exhibit 13 marked for identification.)
16      Q   (By Mr. Thornburgh)  This is another internal
17   document from Ethicon, right?
18      A   It is.
19      Q   And the subject line is "Fourier
20   transform-infrared examination of Prolene microcrack
21   and photooxidized polypropylene," right?
22      A   Yes.
23      Q   Do you see that?
24      A   I do.

Steven B. MacLean, Ph.D., P.E.

Page 206

1    Q   And do you recognize this memo?
2    A   I do.
3    Q   And do you understand that in this memo, the
4  Ethicon scientists were continuing to analyze the
5  microcracking that was being observed on their Prolene
6  sutures?
7    A   Correct.
8    Q   And this memo was put together to investigate
9  the microcracked Prolene material by three methods of
10  infrared examination, and the question that these IR
11  examinations try to answer is what is the composition
12  of the exterior cracked surface of the explanted
13  Prolene sutures.
14       In the course of examining the explants, the
15  second question addressed is:  Do current methods of
16  treating the explants (formalin storage and soluene
17  treatment to remove protein) produce artifacts in the
18  IR results?  And that's what you were talking about,
19  right?  You're talking about soluene or formalin having
20  a chemical reaction that produces an artifact on the
21  IR, right?
22       MR. HUTCHINSON:  Object to form.
23       THE WITNESS:  I'm not quite sure what
24  you're asking, if you could just do that

Page 207

1  again.
2    Q   (By Mr. Thornburgh)  Well, this is -- this is
3  what your -- you hypothesized --
4    A   It's not a hypothesis.
5    Q   -- is a -- is work that was done by Ethicon
6  in 1984 to determine whether or not IR examinations can
7  determine what is the composition of the exterior
8  cracked surface of explanted Prolene sutures, and
9  whether or not there's an impact of treating the
10  samples with formalin storage and soluene treatment,
11  right?
12    A   Okay.  That's what it says, yes.
13    Q   And that's what you have theorized in this
14  case?
15    A   I have just theorized that once you go into
16  formalin, you have to be very careful.  All of the data
17  becomes suspect, and I'll tell you why.  When you
18  put -- when you put the specimen in formalin, there are
19  chemical and physical reactions that are taking place
20  that are beyond whatever might have taken place in
21  vivo.
22       For example, we know that you can extract out
23  the antioxidants.  Dr. Jordi has proven that to us.
24  And we know that there's a chemical reaction going on,

Page 208

1  there's actually polymerization, crosslinking going on.
2  You're physically creating another material that's
3  crosslinked that wasn't there in vivo.  There's no
4  denying that protein plus formaldehyde will polymerize.
5  And then there's also moisture uptake and dehydration
6  when the sample goes in and when the sample goes out.
7       So everything that's happening in formalin is
8  so after the fact that you have to look at this data
9  very, very carefully.  That's what I'm -- that's one of
10  the points that I'm making.
11    Q   Do you agree with me that that's one of
12  the -- the question that Ethicon scientists were
13  trying to answer when they conducted these studies on
14  November 13th, 1984?
15    A   I think that they were just looking at the
16  ability to clean with soluene and -- let me just read
17  this before I make any more comments.
18       I would say they're trying to determine --
19  just like it says here, they're trying to determine the
20  composition of the exterior cracked surface of the
21  explanted Prolene.  I think that's what they're
22  investigating.
23    Q   They're trying to determine whether or not
24  the methods of treating the explants, formalin storage

Page 209

1  and soluene treatment, to remove protein produce
2  artifact in the IR results, which is what you've been
3  stating or opining about in this case?
4    A   What artifacts are you referring to?
5    Q   A protein-formaldehyde bond, for example.
6    A   Correct.
7    Q   That would be an artifact, right, on the IR?
8    A   Right.
9    Q   And so that's what they're trying to answer,
10  right?
11    A   Yes.  And we see it in the spectrum; we see
12  proteins in some of these spectra.  I mean, is that
13  what we're debating, whether there's actually --
14    Q   No, so let's go -- let's see what the deal
15  is, okay?
16    A   Okay.
17    Q   Let's read it.  And see how the surface
18  pieces of -- the second paragraph on page 2 of Exhibit
19  15 [sic], the 1984 internal Ethicon document, says,
20  "Pieces of protein were visually observed to adhere to
21  the explant surface.  A set of experiments was done to
22  remove protein from Explants 84-194 and the serum
23  coated 5-0 virgin Prolene, and using" -- "and 2 using
24  soluene.  The explant and suture were then examined by

53 (Pages 206 to 209)

Steven B. MacLean, Ph.D., P.E.

Page 210

1    ATR and microscopy to see if the cracked surface was
2    removed and to determine the surface composition. The
3    ATR spectra show that protein was efficiently removed
4    from the surface of both explant and protein coated
5    virgin Prolene using soluene.  No spectral evidence of
6    soluene was observed, indicating that this solvent
7    washed away cleanly with water.  Microscopic
8    examination revealed that the cracks remained." Right?
9         MR. HUTCHINSON:  Let the record reflect
10        this is Exhibit 13 and not 15.
11        MR. THORNBURGH:  Exhibit 13.
12        THE WITNESS:  Correct.  And let me --
13        okay.
14    Q   (By Mr. Thornburgh)  If you go just above
15    that, it will help answer the question, "What are we
16    talking about here," right?  So to determine the -- on
17    page 1, bottom paragraph, "To determine the relative
18    sensitivity of ATR for observing protein, normal
19    production lot Prolene was coated with serum protein.
20    1918-34-1 was dipped for 10 seconds and 1918-34-2 was
21    dipped for 10 minutes.  Both sets were dried and
22    examined by ATR and also microscopically by
23    Dr. Matlaga.  The spectra clearly showed very strong
24    protein bands along with polypropylene.  Figure 6 also

Page 211

1    shows a 1730 band which is in the region of oxidized
2    polypropylene.  The origin of the band is not
3    understood in this" -- "is not understood in this
4    sample.  It does appear, however, in the transmission
5    spectra of serum protein as deposited on NaCl as shown
6    in Figures 3 and 4 and therefore may be related to
7    protein.  The coatings were found to be nonuniform and
8    the apparent thickness of the areas that were coated
9    varied between 2 and 4 microns.  The ATR surface now
10    appeared to be quite sensitive to protein present on
11    the surface of the suture.
12        "Since pieces of the protein were visually
13    observed to adhere to the explant surface, a set of
14    experiments was done to remove protein from explant
15    1894 [sic] and the serum coated 5-0 virgin Prolene and
16    2 using soluene.  The explant and suture were examined
17    by ATR and microscopy to see if the cracked surface was
18    removed and to determine the surface composition. The
19    ATR spectra obtained show that protein was efficiently
20    removed from the surface and both explant and protein
21    coated virgin Prolene suture" -- "coated virgin Prolene
22    using soluene.  Microscopic examination revealed the
23    cracks remained.
24        "To obtain insight into the composition of

Page 212

1    the cracked surface, pieces of the explant and pieces
2    of the soluene treated sample were prepared and sent to
3    McCrone Associates for analysis using FTIR.
4    Dr. McDivitt and Burkley also brought these samples to
5    Digilab to have them examined on their micro/IR system.
6    The explant pieces were examined and transmission IR
7    spectra are described in detail below."
8        So then we have the IR here, right?  "The
9    explant flake, not soluene treated - The transmission
10    IR spectrum showed strong protein bands with normal
11    polypropylene bands as expected.  The amide band" --
12    "the amide band at 1760 [sic] was suspiciously broad
13    and might be hiding oxidation bands if present at
14    1720," right?
15    A   Yep.
16        MR. HUTCHINSON:  Form.
17    Q   (By Mr. Thornburgh)  So this is what -- this
18    is what you're talking about, right?
19        MR. HUTCHINSON:  Same objection.
20        THE WITNESS:  This is not necessarily
21        what I'm talking about.  I'm just working
22        through the study with you, so --
23    Q   (By Mr. Thornburgh)  Okay.  The protein
24    bands in the -- so Figure 10 shows the Explant 84-194

Page 213

1    flake after soluene treatment of the suture.  "The
2    protein bands in the transmission spectrum are
3    significantly smaller relative to untreated explant
4    spectra.  A shouldering band at 1720 is more clearly
5    visible, indicating possible ketone species."
6        Ketone species would be a carbonyl group,
7    right?
8    A   They would.  They would contain carbonyl.
9    Q   Okay.  And then the explant "melted/yellow
10    cap" -- so here we have, "While soluene removes surface
11    protein effectively from microcracked sutures as
12    monitored by ATR, it apparently is not removing protein
13    that has penetrated below the surface of the flakes."
14    That's what you're talking about, right?
15        MR. HUTCHINSON:  Object to form.
16        THE WITNESS:  I'm not -- no, I'm not
17        convinced that that's what I'm talking about,
18        but keep reading.
19    Q   (By Mr. Thornburgh)  "And is observed by
20    transmission IR.  Thus the cracked surface layer
21    appears to be composed of a protein surface beneath
22    which lies oxidized polypropylene penetrated or
23    plasticized by protein."
24        This is what you're -- this is your theory,

54 (Pages 210 to 213)

Steven B. MacLean, Ph.D., P.E.

Page 214

1  right?
2        MR. HUTCHINSON: Object to form.
3        THE WITNESS: That's not my theory. I
4     just need a minute. I want to regroup on my
5     thinking on this document.
6     Q   (By Mr. Thornburgh) They're testing your
7  theory out?
8        MR. HUTCHINSON: Counsel.
9        THE WITNESS: Okay, so my --
10    Q   (By Mr. Thornburgh) Okay. So they do a
11  number of studies to see if protein is getting trapped
12  underneath, if formaldehyde is reacting with the
13  protein creating some sort of FTIR or IR artifact. And
14  they conclude after they run all these different
15  studies that you've just reviewed -- you see right
16  here, it says -- very top of page 4, ETH.MESH.15958339,
17  "The series of polypropylene film experiments were done
18  to: Characterize oxidized polypropylene; characterize
19  protein on polypropylene; verify that formalin does not
20  react or alter the polypropylene explants; determine if
21  soluene removed protein efficiently and washed away
22  cleanly; determine if soluene causes chemical change to
23  the explants; compare experimentally prepared films to
24  the explants."

Page 215

1        That's what we're talking about, right?
2  That's a study that you'd want to know and you'd want
3  to consider when formulating your opinions in this case
4  that we're seeing on IR spectra and all of these
5  studies is something other than oxidation?
6        MR. HUTCHINSON: Object -- hold on just
7     a minute. Object to form. Dan, I'm not real
8     sure what your question was. It was -- in
9     all honesty, it was multiple questions.
10       MR. THORNBURGH: Okay.
11       MR. HUTCHINSON: So what is the --
12    Q   (By Mr. Thornburgh) The purpose of the --
13       MR. HUTCHINSON: -- what is the
14       question?
15    Q   (By Mr. Thornburgh) The purpose of this
16  study was to test the theory that you've offered in
17  this case?
18    A   Okay, fine. Let's go -- let's go through --
19       MR. HUTCHINSON: Object to form.
20    A   -- let's go through 1 through 6 and see if we
21  can get on the same page.
22    Q   Okay.
23    A   All right.
24    Q   Characterize -- so you want to go through 1

Page 216

1  through 6? We just did. I thought we'd --
2    A   No, you did.
3    Q   -- go into the results.
4    A   You did.
5    Q   Why don't we go to the results?
6    A   I'd like to go through 1 through 6 first.
7    Q   Okay. The purpose of the study was to
8  characterize oxidized polypropylene, right?
9    A   Fine, let's stop there. So first of all,
10  this is polypropylene film, not Prolene. And all
11  they've done in No. 1 is they've oxidized
12  polypropylene. Okay, fine.
13    Q   The second was to characterize protein on
14  polypropylene. That's something that you --
15    A   Sure, let me --
16    Q   This is something --
17    A   Right.
18    Q   -- this is data points that you'd want to
19  consider, right?
20       MR. HUTCHINSON: Okay, guys, one at a --
21    one at a time.
22       THE WITNESS: Yes, I want to consider
23    it, and I have considered it. We know for a
24    fact that protein is on the Prolene mesh when

Page 217

1  it comes out of the body. We know that.
2    Q   (By Mr. Thornburgh) The No. 3 purpose of the
3  study was to verify that formalin does not react or
4  alter the Prolene [sic] explants. It's a good data
5  point to have, right?
6        MR. HUTCHINSON: Object.
7     Mischaracterizes the document.
8        THE WITNESS: Correct, it does
9     mischaracterize the document. All they've
10    done here is they've dipped it in --
11    Q   (By Mr. Thornburgh) The purpose of the
12  study -- I'm just --
13       MR. HUTCHINSON: No, I'm sorry.
14    Q   -- reading of the study.
15       MR. HUTCHINSON: Dan, stop. I'm telling
16    you to stop. Dr. MacLean --
17       MR. THORNBURGH: No. Hold on. Hold on.
18    No, you know what, Chad --
19       MR. HUTCHINSON: -- you can finish your
20    answer.
21       MR. THORNBURGH: You know what, Chad, my
22    question was, the No. 4 purpose that's listed
23    here was to determine if soluene removed
24    protein efficiently and washed away

55 (Pages 214 to 217)

Steven B. MacLean, Ph.D., P.E.

Page 218

1    cleanly.
2         MR. HUTCHINSON:  You can -- you can read
3    the transcript.  That wasn't your point.
4         MR. THORNBURGH:  Okay.  My question was
5    to verify --
6         MR. HUTCHINSON:  But my point --
7         MR. THORNBURGH:  -- that formalin does
8    not react or alter the polypropylene
9    explants.
10        MR. HUTCHINSON:  My point is to let
11   Dr. MacLean finish answer your question, then
12   ask another one.
13        MR. THORNBURGH:  He's not answering my
14   question.
15        THE WITNESS:  I'm trying to.
16        MR. THORNBURGH:  You're not.
17    Q   (By Mr. Thornburgh)  My question is: One of
18   the studies that are identified in 1 through 6 here was
19   to verify that formalin does not react or alter the
20   polypropylene explants.  That's what it says, right?
21        MR. HUTCHINSON:  Object to form.
22    Q   (By Mr. Thornburgh)  Did I read it
23   accurately?
24    A   You did.  But we're not talking about the

Page 219

1    polypropylene explants.  I'm talking about the tissue
2    that's sitting on top of the polypropylene explants.
3     Q   That's what they're talking about, that's --
4     A   Yes, for a study that --
5         MR. HUTCHINSON:  Hey, Dan, hey, look,
6    I'm going to stop this deposition if you guys
7    keep on talking over each other.
8         MR. THORNBURGH:  I'm just trying --
9         MR. HUTCHINSON:  The witness is entitled
10   to finish answering his question, and please
11   let him do that.
12        THE WITNESS:  Ten seconds and ten
13   minutes dipped is not the same as being in an
14   in vivo environment for months, if not years,
15   period.  So you can't extrapolate these.  And
16   I don't disagree with this statement that
17   they're saying, by the way, that the formalin
18   in this study is not interacting with the
19   polypropylene explants.
20        I'm telling you that the -- it is a --
21   it is a fundamental fact of formalin fixation
22   that when I take a tissue with protein
23   obviously in it and I put it in formalin, it
24   fixes, it crosslinks.  That's all.  Does

Page 220

1    it -- is it affecting the polypropylene
2    itself, the explants?  This data tells us
3    not, and I have no reason not to believe it,
4    and I think it's some irrelevant.
5     Q   (By Mr. Thornburgh)  So far I'm -- all I've
6    done so far is read to you the purposes.  We haven't
7    even looked at the conclusions yet.
8     A   Right.  Fine.  But I'm telling you those
9    purposes are fairly innocuous and irrelevant to what
10   we're trying -- what the heart of the matter is.
11    Q   The other -- the other purpose, No. 5, was to
12   determine if soluene causes chemical change to the
13   explants; and No. 6 was to compare experimentally
14   prepared film to the explants.
15    A   Okay.
16    Q   Did I read all that correctly?
17    A   You did.  Let's -- can we just talk about 5?
18   Because I don't think we're on the same page with
19   soluene.  Do you know what -- do you know what soluene
20   is?
21    Q   It's a fixative.
22    A   It is not a fixative.  It is a solution to
23   clean tissue.  The fixative here is -- is formalin.
24    Q   Formalin, right.  They used soluene to clean

Page 221

1    the tissue that was --
2     A   Correct.
3     Q   -- preserved in formalin?
4     A   Correct.
5     Q   Yeah, so I --
6     A   It's okay.
7     Q   -- I misstated it.
8     A   That's okay.  I want to make sure we
9    understood what that -- what that was telling us.
10    Q   Which is -- which is an important data point
11   to consider, right?
12    A   Sure, it tells us the soluene is not
13   negatively interacting with the explant in this
14   specific short-term study.  And I will tell you that
15   the statement where it says that soluene effectively
16   cleans is false.  If you look at the FTIR data on page
17   ending in 346 for Bates number, it's Figure 7, there
18   are clearly, in my opinion, protein peaks.  They are
19   subtle, but there are protein peaks here, and we have
20   OH stretch over here at 3300.  There's evidence that
21   all the protein did not get cleaned away, but that's
22   somewhat off topic.
23    Q   So just let's go through and see what their
24   conclusions were, okay?

Steven B. MacLean, Ph.D., P.E.

Page 222

1    A   Sure.
2    Q   "From the spectra generated and comparisons
3  to the ATR and FTIR microscope spectra presented
4  earlier, the following conclusions are made:
5  Unstabilized polypropylene is relatively easy to
6  photooxidize; photooxidized polypropylene exhibits a
7  number of species based on IR absorption frequencies,"
8  right?  We talked about those, some of the carbonyl
9  groups that demonstrate polypropylene degradation due
10 to the oxidative pathway, right?
11   A   Yep, as long as -- as long as you and I
12 understand that they've used the word "polypropylene"
13 in 1 and 2 and not Prolene.
14   Q   Okay.  Let's continue to read this, okay?
15 "Formalin solution appears to have little effect on the
16 oxidized polypropylene surface and no effect on the
17 protein removal with soluene," right?
18   A   Yep.
19   Q   So they're saying they're pretty -- that
20 the -- they're easily able to remove protein with
21 the -- with the soluene
22   A   After 10 seconds -- after 10 seconds and 10
23 minutes of laboratory composure, correct.
24   Q   "No differences were noted between protein

Page 223

1  coated films that were subsequently oxidized and
2  oxidized films that were protein coated, even after
3  soluene treatment," right?
4        MR. HUTCHINSON:  Objection.
5    Q   (By Mr. Thornburgh)  That's what it says?
6        MR. HUTCHINSON:  Are you asking what
7    that document says?
8    Q   (By Mr. Thornburgh)  That's what it says,
9  correct?
10   A   That's what it states.  That's what No. 4
11 states.
12   Q   And then No. 5, "The soluene treatment not
13 only removes surface protein but also alters the
14 oxidized polypropylene surface.  The surface shows
15 mostly anionic or salt (COO) species with some trace
16 amounts of ketone and acid species remaining.  Lower
17 molecular weight species of the oxidized polypropylene
18 appear to have been removed with the protein.  These
19 observations were noted only on the polypropylene
20 films.  Spectra of soluene treated explants generally
21 have been shown to" -- "have shown a retained oxidation
22 band at 1720 yet reduced protein bands."  Did I read
23 that correctly?
24   A   You did.

Page 224

1    Q   So they're showing that these explanted
2  materials that are treated with formalin and then
3  subsequently cleaned showed variable bands of 1720
4  that were able to be observed and the protein bands
5  were able to be reduced through the soluene treatments,
6  right?
7        MR. HUTCHINSON:  Object to form.
8        THE WITNESS:  The oxidation was induced
9    on the -- on the polypropylene samples.
10   Q   (By Mr. Thornburgh)  Yeah, I get that.
11   A   Okay.
12   Q   They're trying to prove a point here.
13       MR. HUTCHINSON:  Dan, stop arguing with
14   the witness.  Do you understand me?
15   Q   (By Mr. Thornburgh)  They're trying --
16       MR. HUTCHINSON:  Dan, do you understand
17   me?
18       MR. THORNBURGH:  I hear you.
19       MR. HUTCHINSON:  All right, well, good.
20   I want you to understand me.  Please do
21   not -- please do not argue with the witness,
22   okay?
23       MR. THORNBURGH:  I'm just -- I'm trying
24   to -- I'm not trying to be -- I'm not trying

Page 225

1  to be a jerk.  I'm just trying to have a
2  conversation with you.
3        MR. HUTCHINSON:  I understand that, but
4    your face is all red, your ears are turning
5    red.  What I'm asking you to do is not argue
6    with the witness.  Do you understand me?
7        MR. THORNBURGH:  I hear you.
8        MR. HUTCHINSON:  Okay.
9        MR. THORNBURGH:  I'm not trying to be
10   disrespectful.
11       MR. HUTCHINSON:  Thank you.
12   Q   (By Mr. Thornburgh)  I'm just trying to go
13 over this, what I think is an important study that was
14 done by Ethicon in 1984 which tested your theory and
15 reached a conclusion that contradicts what you're --
16   A   That's patently not true.  It is not
17 contradicting anything I've said.  At the end of the
18 day, this document is basically just telling me that
19 soluene does not have any effect -- when you clean a
20 fiber or film it with soluene, it doesn't have any
21 negative effect on the actual polypropylene itself.
22 That's all this document ultimately tells me at the end
23 of the day.
24       And any type of connection you're trying to

57 (Pages 222 to 225)

Steven B. MacLean, Ph.D., P.E.

Page 226

1    make between tissue existence and tissue removal, it
2    all has to be tempered by the fact that the samples
3    were only dipped inside of these serum proteins for 10
4    minutes and 10 seconds respectively. So there's
5    just -- there's not a lot here. In other words, you
6    know, I don't know where we're going with this
7    conversation, but it does not dispute the fact that you
8    get a crosslinked polymer long-term in formalin.
9        Q    Which is not on the -- not on the 10 seconds.
10    How long does it take?
11        A    You said --
12        Q    When I asked you before, you said it was
13    immediate.
14        A    You could certainly have had some
15    crosslinking at 10 seconds and 10 minutes, but it
16    wasn't fixed enough to really have much of an effect.
17    And the soluene washing it away rather readily, I think
18    is evidence of that. I just don't -- I don't take a
19    lot of stock in this in terms of it disputing that a
20    known fact, which is a crosslinked polymer, takes place
21    inside a formalin fixed storage.
22        Q    You'd agree with me that the conclusions that
23    they reach are different than those that you --
24        A    No, I would not agree with you. I would not

Page 227

1    agree with you.
2        Q    Okay. Do you disagree -- you disagree with
3    the conclusions that they reached?
4        A    I just stepped you through my interpretation
5    of the conclusions, and I think that they're innocuous
6    and off topic.
7        Q    Do you disagree with the conclusions that
8    they reached?
9        MR. HUTCHINSON: Objection. Been asked
10    and answered.
11        THE WITNESS: I just -- same answer.
12        Q    (By Mr. Thornburgh) You didn't answer my
13    question.
14        A    I did. I stepped you through them. I'm
15    telling you that they're innocuous, they're off topic.
16    I don't agree or disagree with them.
17        Q    When formaldehyde or formalin is used and the
18    formaldehyde crosslinking occurs, does that increase or
19    decrease the molecular weight?
20        A    Of what?
21        Q    Of the Prolene explant.
22        A    It does not have any effect on the molecular
23    weight of the Prolene material. The crosslinking
24    that's taking place is proteins and formaldehyde

Page 228

1    monomer that's inside the formalin solution. They
2    chemically react, they crosslink, and they make some --
3    they make a proteinaceous crosslinked polymer on the
4    outside of the fiber.
5        Q    So no change in the molecular weight?
6        A    Of the Prolene, no. It's separate from that.
7        Q    Okay.
8        A    We're talking about a layer of material
9    that's actually building and developing inside the
10    formalin solution.
11        MR. HUTCHINSON: Now let's take about a
12    five-minute break.
13        MR. THORNBURGH: Sure.
14        MR. HUTCHINSON: Good.
15        THE VIDEOGRAPHER: We are now going off
16    the video record. The time is currently
17    3:46 p.m.
18        (Recess taken.)
19        THE VIDEOGRAPHER: We are now back on
20    the video record. The time is currently
21    3:53 p.m.
22        Q    (By Mr. Thornburgh) Doctor, in your expert
23    report, you cite to the dog study and analyze the dog
24    study, right?

Page 229

1        A    Correct.
2        Q    So let's talk about the dog study for a
3    little bit, all right?
4        A    Okay.
5        Q    That study was started in 1985; is that
6    correct?
7        A    That is correct.
8        Q    And it lasted for seven years, right?
9        A    It did.
10        Q    It was supposed to be ten years, but it
11    lasted seven, right?
12        A    Correct, it did.
13        Q    And in that study, dogs were implanted in
14    their hearts with different suture materials, right?
15        A    Correct.
16        Q    Prolene was one of those materials that was
17    tested?
18        A    Correct.
19        Q    And PVDF was another one, correct?
20        A    Yes, it was.
21        MR. HUTCHINSON: Excuse me, he may be
22    trying to find -- are you trying to find the
23    dog study?
24        THE WITNESS: I'm good.

Steven B. MacLean, Ph.D., P.E.

Page 230

1       MR. THORNBURGH: I've got --
2       MR. HUTCHINSON: Okay.
3       MR. THORNBURGH: I've got exhibits here.
4   I can --
5       THE WITNESS: Yeah, either way, I'm
6   good.
7       (Discussion off the written record.)
8       (Exhibit 14 marked for identification.)
9       Q   (By Mr. Thornburgh) So let's look at the --
10  I have the two-year dog study right now. Let's just
11  look at that and see -- it gives us a little bit of a
12  summary. Marked as Exhibit 14 a two-year dog study
13  September 20th, 1988.
14      So in this dog study, am I correct that the
15  test materials were Prolene size 5-0 and PVDF size 5-0
16  and then Ethicon and Novafil of the same size?
17      A   Correct.
18      Q   And have you reviewed the protocol in this
19  study?
20      A   I have.
21      Q   And it's listed -- if you go to ETH.MESH
22  No. 11336075 of Exhibit 14, part of the protocol says
23  that after the explantation -- after explantation, the
24  explant sample is immediately -- "Immediately after

Page 231

1   explantation, one strand of each sample was randomly
2   selected and without being allowed to dry placed in a
3   capped, properly labeled test tube containing sterile
4   deionized water," right?
5       A   Correct.
6       Q   The labeling -- I'm sorry. The other five
7   strands of each sample would be examined for surface
8   damage as described by Ethicon's finished goods
9   specifications, correct?
10      A   Correct.
11      Q   So in this case, they would take a random
12  sample and they would immediately -- once they
13  explanted it, they would immediately put it in sterile
14  deionized water and take it up for sample testing,
15  right?
16      A   Correct.
17      Q   So it wouldn't -- wasn't put into
18  formaldehyde, right?
19      A   Correct.
20      Q   It wasn't put into formalin; it was just put
21  into deionized water?
22      A   Correct.
23      Q   And this study was going to be -- was looked
24  at at the two-year period, the five-year period, and

Page 232

1   the six-year 10-and-a-half month period, and the
2   seven-year period, right?
3       A   Correct.
4       Q   And different techniques were used to analyze
5   the mesh materials during parts of -- or different --
6   during different intervals of the 10-year study?
7       A   Correct.
8       (Exhibit 15 marked for identification.)
9       Q   (By Mr. Thornburgh) Marked as Exhibit No. 15
10  the five-year report from the 10-year dog study.
11      Okay. And again, at this interval, the
12  sutures were explanted and analyzed, right?
13      A   Correct.
14      Q   And if you look at page 2 of the report of
15  Exhibit 15, ETH.MESH.11336475, it says "SEM of PVDF
16  Explants," that there were no cracks or abrasions found
17  in any of the explants at five years, right? Am I
18  correct?
19      A   Yeah, I'm just confirming the -- yes,
20  correct.
21      Q   Do you know what -- you know what PVDF is,
22  right?
23      A   I do.
24      Q   Okay. And PVDF is another polymer?

Page 233

1       A   Fluorinated polymer, correct.
2       Q   Uh-huh. And Ethicon -- have you looked at
3   studies by Ethicon or internal documents by Ethicon
4   where they were considering replacing Prolene with
5   PVDF?
6       A   I know -- yes, I've seen some memos that talk
7   about the alternative material candidates.
8       Q   And in this dog study, at the five-year mark,
9   the PVDF remained without cracks, but the explanted
10  sutures from the Prolene explants -- sorry, on explants
11  from dogs 212 and 218, a few cracks -- cracked areas
12  were observed. Both of these sutures came out of
13  Site 4, right?
14      MR. HUTCHINSON: Object to form.
15      THE WITNESS: Correct.
16      Q   (By Mr. Thornburgh) And so the conclusion
17  that was drawn by Ethicon's scientists was that after
18  five years in vivo, the PVDF 5-0 suture was the only
19  explanted material from five dogs which did not show
20  any surface damage due to degradation. Out of the
21  seven Prolene sutures, two revealed cracking, right?
22      A   That's what it says.
23      Q   And then again on the next page, page 3, it
24  says the Prolene suture intact at two year -- at the

Steven B. MacLean, Ph.D., P.E.

| Page 234 | Page 236 |
|---|---|

Page 234

1  two-year point showed signs of degradation at five
2  years, and that the only intact surface after five
3  years was the PVDF explants, correct?
4      A   Correct.  But they're equating signs of
5  degradation with just visual observations of crack.
6      Q   Well, do you -- do you disagree with that
7  conclusion in 1990 by Ethicon's scientists?
8      A   If you're interpreting the word "degradation"
9  as degrading -- degradation of the polymer, I'm
10  absolutely disagreeing with it.
11      Q   And there are some images of the explanted
12  sutures which show degradation -- which show cracking?
13  I'm sorry.
14      A   They show surface cracking, correct.
15      Q   That's on ETH.MESH.11336483?
16      A   Correct.
17      Q   And you don't believe that's degraded
18  polypropylene -- or degraded Prolene, correct?
19      A   Correct.
20      Q   What is your opinion as to the surface
21  morphology that's being observed on the SEMs?
22      A   I'm not sure I understand your question.
23      Q   Do you have an opinion as to what is the
24  cracked layer that is observed on the SEMs?

Page 236

1  the research that's been done, there's variance of this
2  crack pattern, there's variance of degree of cracking,
3  so I would not use that word "similar."  They both have
4  circumferential cracks, and I'd leave it at that.
5      Q   And the study went on and at 10 years and --
6  or six years and 10-and-a-half months, a dog died and
7  they analyzed this dog just prior to the seven-year
8  interim period, right?
9      A   Correct.
10      (Exhibit 16 marked for identification.)
11      Q   (By Mr. Thornburgh)  I'm handing you what's
12  been marked as 16.  Let me ask you a question.  In your
13  expert report, when you are talking about some of the
14  characteristics of polypropylene, Exhibit 2, page 12,
15  you say that -- you have a "Molecular Weight" section
16  and you say that, "During synthesis, polypropylene
17  monomers are converted into polypropylene
18  macromolecules of differing lengths.  The lengths of
19  polymeric chains are defined by the number average (Mn)
20  and weight average (Mw) molecular weights.  Typical
21  molecular weight values for commercial polypropylene
22  vary from 222,000 [sic] to 700,000 g" -- what's that,
23  grams per mole --
24      A   Grams per mole, correct.

Page 235

1      A   Yeah, of course I do.
2      Q   What's your opinion?
3      A   Let me tell you what we -- what we know.  We
4  know that the cracked layer is not oxidized Prolene.
5  We know the cracked layer is not Prolene.  And we know
6  it has a biological component to it.
7      Q   Okay.  So the cracked layer is not -- I just
8  want to make sure I understand it -- is not oxidized
9  Prolene, we know that the cracked layer is not Prolene,
10  and we know it has a biological component to it.  So
11  what is it?
12      A   I just told you what it is.  It's a material
13  with a biological component to it.
14      Q   Similar to the cracks that we observed in the
15  Wood article?
16      A   They're --
17      MR. HUTCHINSON:  Object to form.
18      THE WITNESS:  They're transverse cracks.
19  I don't know if I'd characterize them as
20  similar.
21      Q   (By Mr. Thornburgh)  We saw transverse cracks
22  on the Wood article, right?
23      A   Correct, but all -- if you look at the
24  totality of all the micrographs in this matter and all

Page 237

1      Q   -- "depending on a number of variables
2  including the specific catalyst used."
3      What is -- what is the differing values that
4  can influence the variability from material to
5  material?
6      A   Oh, temperature, pressure, reaction time in
7  the vessel, those can all influence molecular weight as
8  they go through the synthesis process.
9      Q   It says that, "There is a degree of
10  randomness associated with the synthesis of most
11  commercial polymers.  The total number of monomeric
12  units contained within each polymer chain will vary
13  within a given sample."  What does that mean?
14      A   It means that when I polymerize, when I make
15  polymers, I'm going to make polymers which are just
16  long chains of repeat units.  Those individual chains
17  at the molecular level all vary in length by a little
18  bit.  So I'll have chains that might be -- you know,
19  I'm going to do this arbitrarily on the table.  I might
20  have chains that are this long, this long, this long
21  (indicating), and so on, and the molecular weight
22  average is the actual average of those lengths.
23      Q   Okay.  So to try to control the variables
24  that happen from -- to try to control the variables in

Steven B. MacLean, Ph.D., P.E.

Page 238

1     a molecular weight test, you'd want to use a control
2     that's as identical to the test material as possible,
3     right?
4         A    Maybe you could rephrase that one.
5         Q    Yeah, I'm just trying to understand.  So I'm
6     not a scientist.  So if there are variables or
7     variability between one polypropylene to another
8     polypropylene in the molecular weight, to -- if I'm
9     going to do a study, I want to try to compare the same
10    polymer as a control to the test article; is that
11    right?
12        A    If I want to look at -- are you suggesting
13    that you're trying to investigate changes in molecular
14    weight?
15        Q    Yeah.
16        A    And you need a baseline number?
17        Q    Yeah.
18        A    And the baseline would -- you would want the
19    baseline to be representative of the original material;
20    is that what you're suggesting?
21        Q    Right, yeah.
22        A    I'd say in general that makes sense.
23        Q    Okay, because you want to -- you want to --
24    you want to reduce the variability?

Page 239

1         A    Well, you need a reference point.
2         Q    Uh-huh.
3         A    I mean, if you're going to look at a material
4     that's aged under whatever conditions and you want to
5     know if it has degraded and you want to do that by
6     quantifying its molecular weight, you need a reference
7     sample to be able to say yes, it actually did degrade,
8     it actually did shift from some sort of baseline.
9         Q    Okay.  So you want to use the same suture,
10    for example?
11        A    You certainly want to use the same material
12    that's seen the same thermal history, processing
13    history.
14        Q    So if I'm -- so, for example, if I'm going to
15    test Prolene mesh 6 mil, I want to use as my control
16    the Prolene mesh 6 mil to reduce the variability as
17    much as possible?  To control, right?
18        MR. HUTCHINSON:  Object to form.
19        THE WITNESS:  Ideally, but if you use,
20    say, a 5-0 as a reference versus a 6-0, I
21    mean, the polymerization process that we've
22    talked about happens well before processing,
23    right, so this is -- this is the synthesis of
24    the material.  You have raw monomer in a

Page 240

1     pressure vessel with temperature, with time,
2     and I get a reaction to take place because I
3     catalyze it.  We talk about that on page 12,
4     okay?
5         And that building of those chains that
6     we just talked about take place in the
7     reactor, and now I convert that raw material
8     into fiber.  So the baseline molecular weight
9     is largely dependent on the synthesis and
10    polymerization process that we just talked
11    about.
12        Q    (By Mr. Thornburgh)  Well, one of the things
13    that can influence the polymer is the -- I think you
14    just said it -- the extrusion process --
15        A    Sure.
16        Q    -- right?
17        A    Yeah.  And I'm saying there really shouldn't
18    be and wouldn't be a major difference in the extrusion
19    process between 5-0 and 6-0 that would influence the
20    molecular weight.
21        Q    But they -- you say here that -- it says
22    there is a degree of randomness associated with the
23    synthesis of most commercial polymers.  The total
24    number of monomeric units contained within each polymer

Page 241

1     chain will vary within even a given sample.
2         A    Yes, and that's why you do a molecular weight
3     analysis.  You actually characterize the entire
4     distribution of the chains in your sample, and then I
5     take an average of that number.  It's common practice
6     within polymers.
7         Q    And even within a given sample -- or, I'm
8     sorry, the values of commercial polypropylene will vary
9     in terms of molecular weight from 220 to 700 grams per
10    mole, and that's a pretty significant difference from
11    one commercial polypropylene to another?
12        A    Sure, but you have to remember that there are
13    literally thousands of grades of polypropylene out
14    there.  Some are designed for melt spinning, some are
15    designed for injection molding, some are designed for
16    thermoforming and extrusion.  All of these -- all of
17    these processes require different types and grades of
18    polypropylene to get through those manufacturing
19    processes.  This is a viscosity discussion, how viscous
20    the material is in its molten state.  So that's why
21    it's not uncommon to have this large spread across the
22    thousands of grades that are out there.  We're talking
23    about a very specific grade Prolene with a very
24    controlled resin supply chain.

61 (Pages 238 to 241)

Steven B. MacLean, Ph.D., P.E.

Page 242

1    Q   So -- but as a scientist, you want to control
2 as best -- as well as you can the degree of
3 variability, right?
4    A   In a manufacturing process, I would say that
5 that's a general goal, is to minimize variability.
6    Q   Not just as a manufacturing -- manufacturer,
7 but as a scientist, you want to -- you know, you want
8 to use your -- a control that is the same as the test
9 article?
10   A   I don't want to get off --
11   Q   It seems like --
12   A   -- I don't want to get off on a tangent, but
13 in my scientific study, if I'm looking at -- trying to
14 explore a hypothesis, then I am going to vary certain
15 variables to get a response.  So I think just saying
16 blanketly that I want to minimize variation in all of
17 my scientific studies, if I did that, I wouldn't have a
18 scientific study.  I have to vary something to get a
19 natural response in my scientific experiment.
20   Q   But if you're not trying to explore a
21 hypothesis, but you're trying to confirm, for example,
22 the molecular weight of a given -- of an explanted
23 suture, for example, you want to compare a 5-0 suture
24 to a 5-0 control?

Page 243

1        MR. HUTCHINSON:  Object to form.
2        THE WITNESS:  Ideally, but it doesn't
3    undermine any of the data that we've seen.
4    Q   (By Mr. Thornburgh)  It makes the data less
5 reliable?
6        MR. HUTCHINSON:  Object to form.
7        THE WITNESS:  I disagree.
8    Q   (By Mr. Thornburgh)  It increases the
9 variability?
10   A   I disagree.
11   Q   Have you looked -- have you looked at the
12 molecular weight of a 5-0 Prolene suture and compared
13 it to the molecular weight of a 4-0 Prolene suture?
14   A   I don't recall.
15   Q   Have you asked for data from Ethicon to show
16 you what the molecular weight is in a 5-0 compared to a
17 4-0?
18   A   No, I haven't asked for that.
19   Q   You'd want to look at that, right, to
20 determine whether or not there is too much variability?
21       MR. HUTCHINSON:  Same objection.
22       THE WITNESS:  Knowing what I know about
23    this resin, how it's been used, I haven't
24    seen any data that would suggest going from

Page 244

1 one filament size to the next is going to
2 shift my molecular weight statistically.
3    Q   (By Mr. Thornburgh)  Well, the filament
4 size -- you just indicated that there could be a number
5 of different things that could affect the randomness
6 even within a given sample?
7    A   During synthesis, synthesis.
8    Q   Hold on a second, all right.  On page 12, you
9 say, "Since there is a degree of randomness associated
10 with the synthesis of most commercial polymers, the
11 total number of monomeric units contained within each
12 polymer chain will vary from a given" -- "within even a
13 given sample."
14   A   Yes.  You never get monodispersed polymer in
15 a synthesis -- in a -- in a large-scale manufacturing
16 environment that synthesizes commercial grades of
17 polymer.
18   Q   You also want to use -- well, do you know
19 what changes occurred in the manufacturing process from
20 1985 until the seven-year study was done in 1992?
21   A   You'd have to refresh my memory of the
22 document.
23   Q   Well, we know one of the things that changed
24 was they reduced the level of the Santanox, right?

Page 245

1    A   Correct.  You asked me about the
2 manufacturing process.
3    Q   But one of the things that they did is they
4 reduced the level that they put into the Prolene resin
5 of Santanox, right?
6    A   Correct.
7    Q   That's part of the manufacturing process,
8 right?
9    A   I would have characterized that as a change
10 in the formulation, but --
11   Q   Uh-huh.
12   A   -- regardless, yes.
13   Q   Uh-huh.  And do you know what other changes
14 occurred at Ethicon concerning the Prolene sutures?
15   A   You'd have to show me a document.
16   Q   Different extrusion machines, so if you go
17 from one extrusion or let's say a blender, you go
18 from one blender to another -- you change from a
19 blender to a different blender, that could impact
20 the -- or -- impact the variability of the molecular
21 weight, right?
22       MR. HUTCHINSON:  Object to form.
23       THE WITNESS:  No.  No, because blending
24    is just going to blend the polymerized

Steven B. MacLean, Ph.D., P.E.

Page 246

1    polymer and the additives that you're putting
2    into it into the final resin, so --
3         MR. THORNBURGH:  Well, so what other --
4         THE WITNESS:  -- I don't agree with
5    that.
6         MR. THORNBURGH:  Sorry.
7    Q   (By Mr. Thornburgh)  What other changes could
8    impact the variability of the molecular weight from
9    within one sample?  You say here the synthesis.  What's
10   "synthesis" mean?
11        A    Synthesis is what I talked about a few
12   minutes ago.  That's the conversion of small molecules
13   into one large polymer, one large molecule.  That's
14   what synthesis is.
15        Q    So how do you convert it from one molecule to
16   a larger molecule?
17        A    Just like we describe in the report, you
18   initiate it with a catalyst, so you start a chemical
19   reaction, and each small molecule then reacts with its
20   neighbor until you have a large macromolecule.  And
21   that's what the polypropylene is, is a large
22   macromolecule with repeat units along its structure.
23        Q    And what is the catalyst?
24        A    There's all sorts of catalysts.  I think we

Page 247

1    mentioned a few in the report.  A Ziegler or Natta
2    catalyst can be one or two of them.  I'm not
3    specifically sure.
4         Q    A what or a what?
5         A    Ziegler or Natta catalyst is often used with
6    polyolefins.
7         Q    Do you know if Ethicon changed its catalysts
8    from 1985 until --
9         A    No, but all the molecular weight data tells
10   us that everything is A-okay, we're getting consistent
11   molecular weight data across the board, so nothing
12   appears to be changing.
13        Q    Well, did you -- did you -- have you -- well,
14   let me ask you this question:  What is the molecular
15   weight of the control 5-0 that was ran in 1985?
16        A    I don't know if I've seen a document that
17   says what the control of the 1985 5-0 is.
18        Q    Doesn't it seem reasonable, as a scientist,
19   that if you're going to do a study that looks at
20   molecular weight and you start that study in 1985 with
21   the intention of doing molecular weight studies on 5-0,
22   that you run a control GPC of the Prolene 5-0 to see
23   what the molecular weight is in 1985?
24        A    There is not a significant enough difference

Page 248

1    between the fiber diameter of a Prolene 4-0, 5-0, 6-0
2    that's going to translate into any statistical
3    difference in the molecular weight.
4         Q    Tell me what the control run of the 5-0
5    was -- well, tell me what the molecular weight control
6    run of a Prolene 5-0.
7         A    It's the same answer.  I don't -- I can't
8    find one.  If you have one, I'd be happy to look at it.
9    What I've seen in some of the molecular weight data
10   from the dog study, it was a 4-0 baseline material
11   that's used.
12        Q    Oh, the dog study was a 4-0 baseline?
13        A    That's what I have for data in front of me.
14        Q    And the study was -- the implanted Prolene
15   sutures were 5-0, right?
16        A    Correct.
17        Q    And you don't know what the molecular weight
18   is of the Prolene suture 5-0 in 1985?
19        MR. HUTCHINSON:  Same -- object to
20   form.
21        Q    (By Mr. Thornburgh)  I mean, if you're going
22   to do a prospective study --
23        MR. HUTCHINSON:  Dan, is that question
24   withdrawn?

Page 249

1         MR. THORNBURGH:  Withdrawn.
2         MR. HUTCHINSON:  Okay.
3         Q    (By Mr. Thornburgh)  If you're doing to a
4    prospective study --
5         A    Uh-huh.
6         Q    -- right, of these dogs and the end result
7    seven years later is to look at the molecular weight,
8    in 1985, you want to run a control of the 5-0 Prolene,
9    that's the way good science is done?
10        A    Ideally, but there's nothing wrong with using
11   a Prolene 4-0 suture here.  There's nothing that tells
12   us that the molecular weight number and data we get is
13   not consistent with 5-0.
14        Q    But you don't know what the 1985 5-0
15   molecular --
16        A    It's the --
17        MR. HUTCHINSON:  Guys, I'm sorry, one at
18   a time.  Dr. MacLean, you can finish your
19   answer.  Mr. Thornburgh will gladly allow you
20   to do that.
21        THE WITNESS:  It's the same resin
22   formulation, it's the same base polymer, it
23   has the same molecular weight coming out of
24   the synthesis process that we've talked

63 (Pages 246 to 249)

Steven B. MacLean, Ph.D., P.E.

Page 250

1    about.  The differences, if any, between
2    spinning a 5-0 and 4-0 fiber are not going to
3    have a statistical influence on the molecular
4    weight.  That's my opinion.
5         Q   (By Mr. Thornburgh)  And you're reaching that
6    opinion without looking at the data of a 1985 control
7    5-0 Prolene, correct?
8         A   I'm reaching that opinion on being in the
9    plastics and polymer industry for 20 years, being
10   around polymers that have been synthesized, that have
11   been compounded, that have been extruded, that have
12   been manufactured.  And I'm telling you, based on my
13   experience, I would not expect a difference in
14   molecular weight between a 4-0 and a 5-0 specimen.
15        Q   The better scientific thing to have done --
16   let's just throw it on the table.  The better and the
17   best scientific -- the good manufacturing practice --
18   the good laboratory practice, right -- I've seen --
19   I've seen -- you've talked about good manufacturing
20   practices, you -- I think you've maybe lectured about
21   it at maybe school or somewhere, I forget, but I've
22   seen you talk about it somewhere.  You're familiar with
23   good manufacturing -- or good laboratory practices,
24   GLP, right?

Page 251

1         MR. HUTCHINSON:  I'm sorry.  Dan,
2    what --
3         MR. THORNBURGH:  Let me withdraw the
4    question.
5         MR. HUTCHINSON:  Thank you.
6         MR. THORNBURGH:  Withdraw the question.
7         MR. HUTCHINSON:  You were talking about
8    throwing something on the table, and you lost
9    me after that.
10        MR. THORNBURGH:  Let me withdraw the
11   question.
12        THE WITNESS:  Okay.
13        Q   (By Mr. Thornburgh)  You understand what good
14   laboratory practices require, right?
15        A   I understand what good science requires.  I
16   understand in some cases you don't have a perfect, an
17   ideal set of conditions to work with.  And there is
18   nothing wrong with using a 4-0 suture as a baseline
19   here with the same exact resin formulation, same
20   manufacturing process, to establish a baseline in the
21   absence of a 5-0.
22        Q   And --
23        A   There's nothing wrong with that.
24        Q   And a change in the additives, including an

Page 252

1    antioxidant?
2         A   We don't know that.  You're going to cite the
3    document, I know you are, but we don't -- I don't think
4    we know, unless you can point me to a document, when
5    these reference samples were manufactured.
6         Q   Would that be important?
7         A   Not really, because the only one change that
8    we've talked about is this -- I would argue negligible
9    or slight change to the one antioxidant.  That is not
10   having any bearing on the molecular weight synthesis
11   process that I've outlined for you.  Those are mutually
12   exclusive.  There's no interaction between those two
13   things.
14        Q   Would it change your opinion if the
15   standard -- or the average molecular weight of 1985
16   Prolene 5-0 was statistically different than the
17   molecular weight of a pristine Prolene 4-0 in 1992?
18        A   I'd need to see the data.
19        Q   Would it -- would that be important to you,
20   if there's a statistical difference?
21        A   It may, it may, but I'd need to see the data.
22        Q   Did you notice that before today?
23        A   Notice what?
24        Q   That the test suture was Prolene 5-0, but the

Page 253

1    control in 1992 was Prolene 4-0.
2         A   Oh, sure, yes.
3         Q   Did you ask Ethicon's attorneys if they had
4    any data on the molecular weight of a 1985 Prolene 5?
5         A   No, because if you look at the data --
6         MR. HUTCHINSON:  Objection.
7         THE WITNESS:  Sorry, Chad.
8         MR. HUTCHINSON:  That's all right.  I'd
9    just object to form.  Counsel, I think you
10   meant 4-0, but that's fine.
11        Q   (By Mr. Thornburgh)  Did you ask Ethicon's
12   attorney if they had --
13        MR. HUTCHINSON:  You can answer the
14   question.
15        MR. THORNBURGH:  Let me make sure I have
16   it right.
17        Q   (By Mr. Thornburgh)  Did you ask Ethicon's
18   attorneys if they had any data on the molecular weight
19   of a 1985 Prolene 5, which was the test article, so you
20   want to look at the 1985 5-0 as the control, that would
21   be the ideal thing to do?
22        A   It would be the ideal thing to do, but when I
23   look at the data that's been compiled, it is clearly
24   obvious to me that the molecular weight is right in

Steven B. MacLean, Ph.D., P.E.

Page 254

1    line with all the other samples and there's no
2    shifting -- there's no statistical shifting taking
3    place.
4        Q   In the 6-year-10-and-a-half month report, the
5    conclusions that were reached was that approximately 50
6    percent of the Prolene suture surface was cracked due
7    to degradation.  Do you disagree with that?
8        A   Can you -- I just want to -- can you read
9    that to me one more time?
10       Q   Yeah.  Conclusions on ETH.MESH.09888100.
11       A   I'm sorry --
12       Q   Exhibit --
13       A   -- I might be in the wrong exhibit.
14       Q   I'm sorry.  Exhibit --
15       A   Sixteen?
16       Q   -- 16.
17       A   Okay.  And the Bates number one more time.
18           MR. HUTCHINSON:  One hundred.
19           THE WITNESS:  One hundred?
20           MR. THORNBURGH:  Yep.
21           THE WITNESS:  Got it.  Okay.
22       Q   (By Mr. Thornburgh)  You see the conclusions
23   there?
24       A   I do.

Page 255

1        Q   The only explanted suture still undamaged
2    after 6 years and 10-and-a-half months in vivo is the
3    5-0 PVDF suture, right?
4        A   That's what it says.
5        Q   Approximately 50 percent of the Prolene
6    surface was cracked due to degradation; do you disagree
7    with that?
8        A   If you interpret Prolene suture surface as
9    being the actual Prolene material, I absolutely
10   disagree with that.  I don't -- I don't -- I don't
11   disagree that there was probably a 50 percent
12   calculation or estimation made, but I disagree that the
13   cracking was taking place in the Prolene.
14       Q   You disagree that it was degraded, right?
15       A   Oh, without a doubt.  The data tells us that.
16       Q   Okay.  So this is another scientist,
17   Dr. Lindemann, that you disagree with --
18       A   What page you are you on?
19       Q   -- who -- 102, is the person who signed the
20   report.
21           MR. HUTCHINSON:  Object to form.
22       Q   (By Mr. Thornburgh)  You disagree with
23   Ethicon's internal scientist, Dr. Lindemann?
24       A   Correct.  He's made the same mistake that

Page 256

1    almost all the other researchers have made.  They have
2    equated the appearance of cracking to degradation.  And
3    it's fundamentally flawed.
4            MR. THORNBURGH:  Change the tape.
5            THE VIDEOGRAPHER:  We are now going off
6    the video record.  The time is currently
7    4:26 p.m.  This is the end of Tape No. 4.
8        (Recess taken.)
9            THE VIDEOGRAPHER:  We are now back on
10   the video record with Tape No. 5.  The time
11   is currently 4:42 p.m.
12       Q   (By Mr. Thornburgh)  Doctor, before we went
13   off the record, we were talking about the
14   6-year-10-month -- 10.5 month study, and we were then
15   going to talk about the seven-year data on the Prolene
16   study.
17           MR. THORNBURGH:  Go ahead and mark this
18   Exhibit No. 17.
19       (Exhibit 17 marked for identification.)
20       Q   (By Mr. Thornburgh)  This is the October
21   15th -- it's the October 15th, 1992 seven-year data for
22   the 10-year dog study.  See the "IR and IR Microscopy"
23   section?
24       A   I do.

Page 257

1        Q   So they performed some chemical analysis,
2    right?
3        A   They did.
4        Q   Using infrared?
5        A   They do.
6        Q   And they did -- they analyzed the Prolene
7    sutures that were explanted, correct?
8        A   Correct.
9        Q   This is the first time they actually did the
10   IR analysis, right?
11       A   Correct.  I believe you're correct.
12       Q   And on October 15th, 1992, in this report the
13   authors conclude that, "The IR microspectroscopy was
14   used to examine cracked areas of Ethilon, Novafil, and
15   Prolene explants.  IR spectra obtained for cracked
16   Prolene specimen (Figure A) showed possible evidence of
17   slight oxidation."  Did I read that accurately?
18       A   Yes.  "Possible evidence of slight
19   oxidation," that's what it says.
20       Q   Do you disagree that they found possible
21   evidence of slight oxidation?
22       A   I do.
23       Q   Okay.  And I assume that you believe that
24   they were seeing protein?

65 (Pages 254 to 257)

Steven B. MacLean, Ph.D., P.E.

Page 258

```
1        A   Correct.  Well, it's either protein and/or
2    those aliphatic ester compounds that we talked about
3    earlier.
4        Q   The ester compounds?
5        A   Correct.
6        Q   And is that what -- is that what you're
7    opining is the -- what causes plasticization?
8        A   Correct.
9        Q   And why is that your opinion?
10       A   Well, because you have to look at the
11   totality of the data.  So let's look at a couple of
12   things to kind of show that.  This is what --
13       Q   So for the record, you're referencing
14   Exhibit 2 of your expert report -- or, no, you have
15   attachments to your expert report, which include some
16   dog photos, right?
17       A   Correct.
18       Q   Those aren't actually in your report that you
19   submitted?
20       A   Correct.  These are just additional
21   documents.  This one ends in 0674, depo -- it's
22   ETHICON.MESH.0006474.
23       Q   Okay.  And that's dog -- that's seven-year
24   dog explant from what dog?
```

Page 259

```
1        A   This is from Dog 2008.  This is Site 2.
2        Q   Okay.  And why is it your opinion that --
3    what's your opinion?  What are you trying to show us?
4        A   Okay.  So in this -- in this micrograph,
5    I'm actually showing you a stretch of a fiber from
6    Site No. 2, and it has this -- what people have coined
7    or termed "severe degradation."  You've got a number of
8    different concentric transverse cracks that are
9    happening in parallel along the length of the suture,
10   and everyone looks at this specimen, finds the carbonyl
11   functionality, and says it's oxidized.
12           And then not only do they say it's oxidized,
13   they say this is signs of embrittlement.  So -- but
14   when you look at the actual data, and we actually have
15   tensile data for Dog 2008, Site 2, if you look at the
16   tensile properties, there is no embrittlement taking
17   place.  As a matter of fact, you see an increase of
18   roughly a hundred percent increase in ductility.
19       Q   Tell us where the tensile data is that you're
20   referencing.
21       A   Sure.  I'm on ETHICON.MESH.11336182.
22       Q   Okay.  And this is tensile testing that was
23   done at seven years?
24       A   That's correct.
```

Page 260

```
1        Q   And this is in Exhibit 2, right?
2        A   It is in Exhibit 2, correct.
3        Q   Okay.  And the Prolene control is what?
4        A   It's -- you'd have to look at the data on a
5    separate page.  Let's just stick with me for one
6    second.  So about two-thirds of the way down on the
7    table that's on the ETHICON.MESH document that I just
8    read, you'll actually see a series of data points for
9    Prolene.
10           And there's one particular line, "Prolene,
11   Dog 2008, Site 2," so that is the exact dog and site
12   location that's represented by the image that we just
13   spoke about on Ethicon document ending in 6474.  And if
14   you look at the tensile elongation data with that
15   particular type of fiber, I have achieved 70.76 percent
16   elongation at break.
17       Q   Okay.  And they're comparing -- to get the
18   elongation changes, they compared the Prolene --
19       A   Well, this is not a -- let's be careful.
20   This is not a change.  This is the actual number, the
21   amount the material stretched before it actually broke
22   in the tensile test.
23       Q   Okay, but you have to compare that to a
24   control, right?
```

Page 261

```
1        A   We do, and we do that.
2        Q   What's the control?
3        A   The control data, off the top of my head, is
4    approximately 37 percent.  I'll get you the exact
5    number.  So reading off of my chart in my larger expert
6    report, on page 45, I'm in Figure 8, top right-hand
7    corner.  Elongation at break for Prolene at times zero,
8    the control, is approximately 37 percent off of the
9    graph.
10           So as we have survived seven years in vivo,
11   we have actually doubled the amount of ductility and
12   the amount the material can stretch despite the fact
13   that we see a carbonyl peak and despite the fact that
14   we see what some people say a large amount of cracking
15   is on the surface of the fiber.
16           In addition to that, if you want to talk
17   about true degradation, you look at the molecular
18   weight data for seven years, and we see no change.
19   There is no difference, no statistical difference in
20   the molecular weight values for a seven-year dog study
21   compared to what the times zero molecular weight was.
22           So between no molecular weight, the doubling
23   of elongation, and despite the fact that we see
24   cracking in the carbonyl peak, it's clear that the
```

Steven B. MacLean, Ph.D., P.E.

Page 262

1  material is not degrading.  Your experts are claiming
2  that if I've got degradation, I must have
3  embrittlement, and we are seeing the exact opposite.
4  We do not see embrittlement.  We see a shift in the
5  exact opposite direction.  You can't have that both
6  ways.
7     Q   So you would see a reduction in the tensile
8  strength, right?
9     A   In the elongation.  Plasticization in
10  polymers, you're going to have two things that are
11  definitely going to happen.  You're going to have an
12  increase in ductility, which we just stepped through.
13  We're going to have a slight reduction in modulus
14  because you're getting more flexible, the material is
15  actually becoming more compliant.  And the seven-year
16  dog study tells us that the -- you know, the average
17  breaking strength is really unaffected over the
18  seven-year period.
19        So -- and if you look at the bulk physical
20  properties that are important to this mesh in terms of
21  being pliable, ductile, and maintaining its strength,
22  they're all there.  And at the end of the day, this
23  coating material, in terms of truly identifying what it
24  is, is an academic exercise.  It's an academic exercise

Page 263

1  because it does not matter.  Whatever it is, even
2  though it has a carbonyl functional group perhaps
3  associated with it, it does not matter.
4     Q   Okay.  Let me -- let's go back and talk about
5  all those issues.
6     A   Sure.
7     Q   Okay?
8     A   Sure.
9     Q   Number one, where's your data?  What data are
10  you relying on for your chart concerning the control
11  tensile strength for Prolene 5-0?  Where is that data
12  at?
13     A   It's the same discussion we had.  So the data
14  has been -- the data has been either normalized or the
15  4-0 tensile strength has been used.
16     Q   So they used -- so, again, the test model or
17  the test -- they tested in this dog study a 5-0 suture
18  in 1985 and they compared the tensile strength in 1992
19  to a 4-0 suture, correct?
20     A   They certainly did that in the molecular
21  weight.  I just don't recall off the top of my head if
22  they did that for the tensile strength.
23     Q   Well, let's look real quick.
24     A   Sure.

Page 264

1        MR. THORNBURGH:  Let's go off the record
2  for a minute.
3        THE VIDEOGRAPHER:  We are now going off
4  the video record.  The time is currently
5  4:51 p.m.
6        (Off the record.)
7        THE VIDEOGRAPHER:  We are now back on
8  the video record.  The time is currently
9  4:56 p.m.
10     Q   (By Mr. Thornburgh)  Okay, before we went off
11  the record, you were -- you had said that one of the
12  reasons why you believe that the Prolene did not
13  degrade as a result of oxidation was because there was
14  10-year data collected at the seven-year period of both
15  tensile strength and molecular weight.
16     A   And elongation and modulus, correct.
17     Q   Okay.  And you had -- and what page are you
18  looking at?
19     A   I'm looking at the -- I'll call it the raw
20  data from the 10-year dog study.  It ends with
21  ETHICON.MESH.11336084.
22     Q   Okay.  And so the date of the memo is
23  August 18th, 1988, right?
24     A   It is.

Page 265

1     Q   And the title of this document is "Ten-Year
2  Prolene BSR Study," right?
3     A   Correct.
4     Q   And what we know about the tensile strength
5  here is that they only looked at Year 1 and 2?
6     A   In this data set, correct.
7     Q   Okay.  And in Year 1 and 2, we know from
8  looking at the two-year dog study there wasn't any
9  evidence at the two-year interval of degradation even
10  in the Prolene suture, correct?
11     A   Rephrase that question.
12     Q   We know from looking at the studies that
13  there was no evidence of degradation in the two-year
14  period of the 10-year dog study, correct?
15     A   Based on what?  How do we know that?
16     Q   We looked at the dog study and we looked at
17  the five-year dog study that said Prolene is now
18  degraded compared to the two-year mark when there was
19  no degradation.
20     A   Oh, you're referencing that text.
21     Q   Yes.  Do you remember that?
22     A   I do, sure.
23     Q   Okay.  So there was no evidence of surface
24  cracking on the sutures at two years, right?

Steven B. MacLean, Ph.D., P.E.

Page 266

1     A   Correct.
2     Q   And there was no conclusion that those -- at
3   the two-year period that there was any degradation,
4   right?
5     A   Correct.
6     Q   So then they issued a 10-year Prolene BSR
7   study in 1988 showing only data up to two years,
8   correct?
9     A   In that memo, correct.
10     Q   Okay.  So where's the other memo that you're
11   referencing?
12     A   It's on ETH.MESH.11336182.
13     Q   Okay.  And this is dated October 19th, 1992?
14     A   Correct.
15     Q   And it says, "Attached table shows the
16   physical properties of explanted and baseline samples
17   of size 5-0 Ethilon, Novafil, Prolene, and PVDF sutures
18   at the seven-year mark of the 10-year BSR study,"
19   right?
20     A   Correct.
21     Q   It says the tensile -- if you could look down
22   at the bottom paragraph, "Seven-year testing conditions
23   were based on the one-year and two-year data to keep
24   them consistent throughout the study.  Tensile testing

Page 267

1   conditions were 1 in." -- what's that, inch per
2   minute --
3     A   Inch per minute, correct.
4     Q   -- "crosshead speed for the Prolene samples,
5   and 5 inch per minute for all other samples with gauge
6   strength (GL) of 1 inch," right?
7     A   Correct.
8     Q   So they used the data from the one- and
9   two-year data to keep it consistent throughout the
10   study.  Did you understand what that means?
11     A   I do.  They just -- they made some
12   consistency on the test parameters in terms of the rate
13   at which you pull the fiber in tension between one,
14   two, and seven years, and that's what I would expect
15   them to do.
16     Q   So the seven-year testing conditions were
17   based on the one- and two-year data to keep them
18   consistent throughout the study.  I don't understand
19   what that means.  So if you can try to --
20     A   Sure.
21     Q   -- explain it to me again.
22     A   Yeah.  So what they mean, the testing
23   conditions are essentially the rate at which I pull the
24   fiber to get my tensile properties.  This is nothing

Page 268

1   more than taking the suture, placing it in an
2   instrument that allows me to pull it in tension, and I
3   measure how stiff that fiber is, how much stretching it
4   undergoes before it fractures and breaks, and what the
5   ultimate strength of that fiber is as it breaks.  And
6   all they're saying is that for consistency purposes,
7   they kept the one-, the two-, and the seven-year
8   conditions the same, which is what I would expect them
9   to do.
10     Q   If you turn the page -- so let me ask you
11   this:  At the seven-year mark, did they use the 5-0
12   Prolene suture as their control?
13     A   It's whatever the control is in the previous
14   Ethicon document that we talked about a few minutes
15   ago.  It's the -- there are data points that say
16   unimplanted fibers for each material type, and that's
17   the control.
18     Q   And so they did that for the tensile testing,
19   but not for the GPC?
20     A   It appears so.  It appears so.
21     Q   If you turn to ETH.MESH.11336182, which was
22   the back side of the 10-year Prolene BSR study --
23     A   Give me the last three again.
24     Q   Yeah, it's -- well, on mine, it's 182.

Page 269

1     A   One eight two.
2         MR. HUTCHINSON:  Of which exhibit?
3         MR. THORNBURGH:  In his -- in his
4     Exhibit No. 4 [sic].  Sorry.
5         THE WITNESS:  I'm on 182.
6     Q   (By Mr. Thornburgh)  Okay.  So it's where you
7   just were on the 10-year Prolene BSR study.  You were
8   just there a moment ago.
9     A   Okay.
10     Q   So go back to where you were when we were
11   looking at the --
12     A   The raw data?
13     Q   Yep.
14     A   Memo, August 18th, 1988?
15     Q   Yeah.
16     A   Dr. Moy?
17     Q   Yep.
18     A   Okay.
19     Q   All right.  Turn the page to the second page
20   of the memo with the raw data.
21     A   Now -- hold on a second.  Now you're on the
22   seven-year data.  Is that what that says?
23     Q   Yes, it's the seven -- because the 10-year
24   data doesn't exist.

68 (Pages 266 to 269)

Steven B. MacLean, Ph.D., P.E.

Page 270

1    A  No, no, that's not what I'm asking.  When I
2  turn the page that we were just on, I get a different
3  document, so I'm trying to make sure we're working from
4  the same document.  That's all.
5    Q  This is from Mark Cofone dated October 19th,
6  1992.
7    A  I thought we were just on the August 18th,
8  1988 document.
9    Q  No.  That was -- that was -- previously we
10  were.
11    A  Okay.
12    Q  So let me --
13    MR. HUTCHINSON:  Dan, if you have a copy
14  of the document to give him, I think that
15  would help us --
16    MR. THORNBURGH:  Here we go.
17    MR. HUTCHINSON:  -- so we're all on the
18  same page.
19    MR. THORNBURGH:  Just mark this as
20  Exhibit No. 18.
21    (Exhibit 18 marked for identification.)
22    (Discussion off the written record.)
23    Q  (By Mr. Thornburgh)  Here you go.  Exhibit
24  No. 18 is in front of you.  We're looking at the data

Page 271

1  from the seven-year BSR analysis, right?
2    A  Yes, correct.
3    Q  And so if you look at -- if you look right
4  here, for all of the other sutures, the tensile testing
5  conditions were 1 inch per minute crosshead speed, but
6  for Prolene it was switched to -- the Prolene samples,
7  it was changed to 5 inches per minute for all -- sorry,
8  hold on a second.  So for Prolene, the testing
9  conditions were 1 inch per minute crosshead speed for
10  Prolene.
11    A  Correct.
12    Q  For all other samples, it was 5 inches per
13  minute for all -- for the rest of the samples.  Why is
14  that?  Why would they change the protocol for Prolene
15  compared to the other sutures that were tested?
16    A  I don't know why that choice was made.  When
17  I read this paragraph, it tells me that the original --
18  what I'll call time zero or control or unimplanted
19  specimens, when they were tensile tested, the Prolene
20  was tested at 1 inch per minute and the other samples
21  were tested at the 5-inch-per-minute rate.  I think
22  they recognized that difference, and just to be
23  consistent throughout the entire study, they stuck with
24  those differences.

Page 272

1    That difference is not -- that difference,
2  even though there is one between the two rates, within
3  the Prolene itself, they maintain the same rate.  So we
4  aren't getting a different response from the Prolene
5  because we've -- we haven't changed its test
6  conditions.
7    Q  Well, we have changed the test conditions
8  because we're comparing it to the one- and two-year
9  data, right?
10    A  Yeah, but if you look at the one and two -- I
11  think we just read that they've kept that applied
12  crosshead speed the same based on the type of fiber
13  material that they've used.  So Prolene, they maintain
14  the 1-inch-per-minute testing conditions,
15  tensile-testing conditions were 1 inch per minute
16  crosshead speed for the Prolene samples.  We just read
17  that same type of text as a footnote on the one- and
18  two-year data.  So they're just trying to be consistent
19  amongst the materials that they've -- that they've
20  tested.
21    Q  So they do 1-inch-per-minute crosshead speed.
22  What's the difference between crosshead speed and chart
23  speed?
24    A  Chart speed is actually -- these are old

Page 273

1  instruments.  Chart speed is actually you're plotting
2  with an ink charter the data points you're collecting
3  from the mechanical test.  So every -- whatever that
4  rate is how often you're actually putting a dot or a
5  piece of -- a drop of ink on your chart that actually
6  charts this data.  So it's just -- it's a very old
7  piece of equipment.  They don't use those charts these
8  days.  But they're unrelated, and chart speed has no
9  bearing whatsoever on the material properties.
10    Q  All right.  But if you look at the
11  August 18th, 1988 BSR study --
12    A  Uh-huh.
13    Q  -- okay -- are you looking at it?
14    A  I am.
15    Q  Okay.  It says the conditions used for data
16  analysis were 1 inch per minute crosshead speed (XH)
17  and 10 inches per minute chart speed for the one-year
18  Prolene controls and explants, 1 inch per minute XH and
19  5 minute [sic] per minute CS for the two-year Prolene
20  samples, and 5 inches per minute and 20 inches per
21  minute for all other samples.
22    A  Correct.  So let's break that down.
23    Q  Why are they changing it -- why are they
24  doing it two different -- I'm trying to understand why

69 (Pages 270 to 273)

Steven B. MacLean, Ph.D., P.E.

Page 274

1   they're doing one-year different than the two-year and
2   the two-year --
3       A   They're not. If you really parse these
4   paragraphs out, the one consistent factor that's talked
5   about here is the rate that's being applied for
6   Prolene. It's 1 inch per minute crosshead speed at one
7   year, it's 1 inch per minute crosshead speed at two
8   years for Prolene, and it's 1 inch per minute crosshead
9   speed at seven years for Prolene. So they have
10  maintained consistency in the rate at which they pull
11  that specimen for all the Prolene samples.
12      Q   Did they report the chart speed at the
13  seven-year period?
14      A   They didn't, but I just told you that the
15  chart speed is irrelevant. It has nothing to do with
16  the mechanical properties. It's just a matter of the
17  chart that gets produced from the data.
18      Q   Okay. And GPC --
19      A   Okay.
20      Q   -- again, for GPC, which was a -- is a bulk
21  analysis to analyze the molecular weight, right?
22      A   Correct.
23      Q   And if we're looking at the same exhibit, 18,
24  on page ending in 218 -- are you there?

Page 275

1       A   Two one eight. Am I supposed to be in
2   Exhibit 18 or am I on --
3       Q   Yeah, 18 --
4       A   Okay.
5       Q   -- since we're using it.
6       A   Okay. Okay.
7       Q   Okay. Again, so the -- obviously the control
8   is different than the test article, right?
9       A   It's a different size suture, same material.
10      Q   And if you look at the conclusions and
11  comments, "Comparison of seven-year explants to current
12  4-0 Prolene sutures indicates no significant
13  degradation," right, that's the conclusion?
14      A   That's correct.
15      Q   Not saying there isn't degradation, they're
16  saying there isn't significant degradation?
17      A   They've used the word "significant
18  degradation" because they're trying to be very
19  scientifically astute here. These molecular weight
20  numbers have -- we've talked about these -- they have
21  ranges to them, and they're just saying that within
22  statistical -- within statistical bounds of the data,
23  that they're all about the same.
24          As a matter of fact, I mean, if you really

Page 276

1   parse the data, the control molecular weight is --
2   let's look at weight average for a second. It's
3   324,000 units. And the two Prolenes from Site 1 and
4   Site 6 are 322 and 323. So there's no meaningful
5   difference between those numbers. You're talking
6   hundreds of thousands of molecular weight units and
7   you're talking in the -- on the order of 1 percent of
8   that is changing between those numbers. There's just
9   no statistical difference between those data. The fact
10  that it goes from 324 to 323 to 322 is probably why she
11  tried -- he or she tried to be safe with this
12  explanation and say "significant," but there's no
13  difference in that data.
14      Q   It's a -- it's a bulk analysis, though,
15  right?
16      A   It is a -- it is a bulk analysis.
17      Q   And a bulk analysis looks at the entire --
18  the bulk of the entire sample when it does -- when it
19  analyzes the molecular weight?
20          MR. HUTCHINSON: Object to form.
21          THE WITNESS: It analyzes the bulk of
22      the material, correct.
23      Q   (By Mr. Thornburgh) Okay. And so if
24  Dr. Barbolt is correct that the Prolene only undergoes

Page 277

1   surface degradation on the outer core or the outer
2   skin, the bulk analysis would not be able to identify a
3   change in molecular weight --
4       A   No.
5       Q   -- a significant change in molecular weight?
6       A   That's incorrect. We've done that analysis.
7   That's in my report. We've used a rule of mixtures.
8   We've used Jordi's data to characterize the degraded --
9   the alleged degraded molecular weight. And based on
10  our work, based on our analysis, the bulk material
11  analysis would actually catch any shifts that are
12  happening out in the fiber.
13      Q   You assume that the --
14          MR. HUTCHINSON: I'm sorry.
15          MR. THORNBURGH: I'm sorry.
16          MR. HUTCHINSON: No, I'm sorry.
17      Dr. MacLean, were you finished?
18          THE WITNESS: I'm finished.
19      Q   (By Mr. Thornburgh) The assumption that you
20  made to reach that conclusion was a molecular -- a
21  depth of 4 microns in the degraded surface, right?
22      A   Correct.
23      Q   Why did you make that assumption?
24      A   Because it's kind of the running number that

70 (Pages 274 to 277)

Steven B. MacLean, Ph.D., P.E.

Page 278

1    your experts keep using, including Dr. Iakovlev.
2        Q   What page of your report are you looking at?
3        A   Fifty-five.
4        Q   Did you go -- did you measure any cracked
5    depths in any of the analysis done by Dr. Jordi?
6        A   I don't recall whose measurements I've looked
7    at. I know I've seen plenty of micrographs with scales
8    on them that you can take either a direct measurement
9    yourself or do a rough estimation based on the scale
10   bar.
11       Q   So you took the molecular weight data from
12   Dr. Jordi --
13       A   Correct.
14       Q   -- and assumed a surface degradation that is
15   as -- that goes as deep as 4 microns?
16       A   Correct. That's what this analysis is.
17       Q   If the micron -- if the average micron depth
18   was 2 microns, how would that change your analysis?
19       A   You'd have to rerun the calculation. You're
20   going to get probably closer to the bulk number than
21   you are with the 51,000 number that we have at 4
22   microns.
23       Q   So if you assume 4 microns, it gets you
24   outside of the standard deviation for the molecular

Page 279

1    weight?
2        A   At 4 microns, it does, correct.
3        Q   At 2 microns, it gets you closer to the bulk
4    analysis, which would wash out the molecular weight
5    changes on the surface, they'd be masked by the bulk?
6        A   It could. Yeah, at some smaller crust
7    thickness, you would be within the statistical confines
8    of the original data.
9        Q   And you took no measurements of Dr. Jordi's
10   micron crack depth -- his crack depth -- strike that.
11           You took no measurements of Dr. Jordi's
12   samples to determine the crack depths of the explants
13   that were actually included in the GPC analysis?
14           MR. HUTCHINSON: Object to form.
15       Counsel, are you asking if he looked at
16       Dr. Jordi's samples?
17       Q   (By Mr. Thornburgh) Did you -- you didn't go
18   back and -- you didn't look -- did you look at
19   Dr. Jordi's deposition and see what --
20       A   I looked at his Bellew report. He had scores
21   of micrographs of cracked -- surface cracked fibers.
22       Q   Well, the GPC data came from the Lewis
23   report.
24           MR. HUTCHINSON: Is that a question,

Page 280

1    Counsel?
2        Q   (By Mr. Thornburgh) Do you understand that?
3        A   If you look at what we did, he talks about a
4    specific melt temperature associated with the fiber.
5    And then if you go to the literature and you assume
6    degradation, the corresponding molecular weight assumed
7    with his -- sorry, associated with his suppressed melt
8    temperature is the number that we used. So we used his
9    information from Bellew to get at the molecular weight
10   of what a degraded crust would be, and we coupled that
11   with, I would say, nominal crust thicknesses that we've
12   seen in the micrographs.
13       Q   You're going to have to walk me through that
14   because --
15       A   Okay.
16       Q   -- that was one -- that was one sample in the
17   Bellew case, right?
18       A   It was one sample, but he put it in his
19   report.
20       Q   But it's one -- so so looked at one sample,
21   you assumed that it was a 4 --
22       A   I didn't look at one --
23           MR. HUTCHINSON: Hey, guys.
24           MR. THORNBURGH: Let me just finish the

Page 281

1    question.
2            THE WITNESS: Sure.
3        Q   (By Mr. Thornburgh) You looked at -- you
4    looked at a sample, the Bellew sample, and assumed that
5    it had a crack depth of 4 microns, right?
6        A   Correct.
7        Q   One sample based on -- based on your analysis
8    of the SEM images or what?
9        A   You're mischaracterizing what Dr. Jordi did.
10   If you read what I wrote in my report, it says the
11   conclusion drawn from this is incorrect. Dr. Jordi
12   reported an average melting temperature of the Bellew
13   explanted samples, plural, of 124 degrees C compared to
14   126 degrees C.
15       Q   You're reading on page 54, right?
16       A   Correct.
17       Q   And so you say, "According to Dr. Jordi, the
18   over 50 degree Celsius decrease in observed melting
19   temperature can be considered proof of sample
20   oxidation."
21           Okay, so how do you go from 50 degrees
22   Celsius decrease in observed melting temperature to
23   assuming or making an assumption that the crack depth
24   is 4 microns? Is that --

71 (Pages 278 to 281)

Steven B. MacLean, Ph.D., P.E.

Page 282

```
 1        A   I don't. I don't. They're mutually
 2   exclusive. So I take his suppressed melt temperature
 3   from multiple measurements, not one, and that's 124
 4   degrees centigrade. Then you go out to the literature
 5   and you find a relationship, a meaningful relationship
 6   between melt temperature and molecular weight. And the
 7   molecular weight that would correspond to 124 degrees
 8   melt temperature is 4500 units, molecular weight units.
 9   So that's done separate. We have now quantified this
10   hypothetical degraded crust molecular weight.
11        The second part of that analysis is now to do
12   the calculation, to do the rule of mixtures on page 55.
13   You need to -- you need to choose a crust thickness to
14   do the calculation, and we chose the crust thickness
15   based on the thicknesses that were either observed in
16   the micrographs or taken from some of the experts, you
17   know, Dr. Iakovlev's report, things like that.
18        Q   The 124-degree change that you're referring
19   to in Bellew, are you talking about the thermo -- the
20   thermal analysis that he did on the Bellew explant?
21        A   I am.
22        Q   Okay. So he took one measurement of one
23   explant that was treated in sodium hypochlorite, had
24   a -- what showed a decrease in its melt point at 124,
```

Page 283

```
 1   and then so you used that one data point --
 2        A   It's not one data point.
 3        Q   Do you have -- do you have Dr. Jordi's expert
 4   report with you?
 5        A   I don't think I do.
 6        Q   Do you have it in this -- right here
 7   (indicating)?
 8        A   No, I don't.
 9        Q   I think I have it. Hold on one second.
10        MR. THORNBURGH: Let's go off the
11   record. I just want to understand your
12   opinion.
13        THE VIDEOGRAPHER: We're now going off
14   the video record. The time is currently
15   5:22 p.m.
16        (Off the record.)
17        THE VIDEOGRAPHER: We are now back on
18   the video record. The time is currently
19   5:29 p.m.
20        Q   (By Mr. Thornburgh) Okay. So in your
21   report, you state that the -- you assume that the crack
22   depth is 4 microns, and you testified that that
23   assumption was based on your review of the Bellew nano
24   thermal analysis; is that correct?
```

Page 284

```
 1        A   Correct. And I was mistaken. I should have
 2   looked at my footnotes. That estimation -- I wouldn't
 3   call it an assumption -- comes from Dr. Iakovlev's
 4   report in the consolidated case, as well as an Ethicon
 5   document, ETH.MESH.12831405 and 1406.
 6        Q   Okay. So it came from Dr. Iakovlev's report
 7   of several different TVT explants?
 8        A   Correct. We took an average.
 9        Q   Okay. You took an average of how many?
10        A   Well, whatever his data was. I think he
11   shows data from anywhere from less than a micron or
12   about a micron all the way up to 7 plus microns, and we
13   chose 4 as a nominal average.
14        Q   How many years of implantation?
15        A   You'd have to defer to his data. I think it
16   was several years. Seven years, maybe, whatever his
17   data is. We can pull it up.
18        Q   So you don't have -- you don't have the data
19   in here to tell me how many explants were analyzed to
20   reach an assumption that the surface degradation depth
21   would be 4 microns?
22        A   It's --
23        MR. HUTCHINSON: Object to form.
24        MR. THORNBURGH: Go ahead.
```

Page 285

```
 1        THE WITNESS: It's not an assumption.
 2   It's based on your expert's data. It's a
 3   nominal average of your expert's data.
 4        Q   (By Mr. Thornburgh) Hold on a second. Let
 5   me ask a couple questions --
 6        A   Okay.
 7        Q   -- because you understand that Dr. Iakovlev
 8   opines that the longer the mesh is implanted in the
 9   body, the greater the depth of the bark or the degraded
10   core, right?
11        A   Correct.
12        Q   Okay. So you then used Iakovlev's --
13   Dr. Iakovlev's data and also looked at Dr. Jordi's
14   thermal analysis, or how did you --
15        A   It was nano thermal analysis data.
16        Q   And then based on both the cracked depths of
17   Dr. Iakovlev's report --
18        A   And Ethicon's, correct.
19        Q   -- and Ethicon's report and Dr. Jordi's nano
20   thermal analysis, you somehow reach a conclusion that
21   the crack depth would be 4 microns, which would --
22   which would mean that a GPC study would not hide the
23   degradation and molecular weight loss on the -- on the
24   surface area. Is that --
```

72 (Pages 282 to 285)

Steven B. MacLean, Ph.D., P.E.

Page 286

1      MR. HUTCHINSON: Object --
2    Q  -- am I understanding it correctly?
3      MR. HUTCHINSON: Object to form.
4      THE WITNESS: I'm just going to -- I'm
5    just going to try to explain what I did one
6    more time, and then maybe you can ask me a
7    follow-up question.
8      We used Dr. Jordi's thermal analysis
9    data to convert to an alleged degraded -- or
10   a hypothetical degraded polypropylene of 4500
11   atomic units. We took nominal crust
12   thicknesses from your expert's report and
13   some Ethicon documents that are footnoted on
14   page 55, and we ran the calculation. And
15   when you use those data points, you get a
16   statistically different molecular weight.
17   You don't get something that would be
18   so-called washed out.
19   Q  (By Mr. Thornburgh) But is that analysis
20   using the calculation that you would get from GPC?
21   A  It's comparing it to the actual GPC data. So
22   the -- we're making this comparison based on actual GPC
23   data from the seven-year dog study, and we've got
24   the -- plus or minus the range of the data on top of

Page 287

1    the 61,000 mass units, and we're comparing that to a
2    computed molecular weight that you would get from a
3    combination of having a crust and a core that's not
4    degraded. So we're doing that calculation. We're
5    seeing what the change in the molecular weight would
6    be, and then we're comparing it against the actual
7    molecular weight data from the dog study.
8    Q  Okay, so --
9      MR. HUTCHINSON: Dan, excuse me, let me
10   give you just a heads-up. We're coming close
11   to seven hours.
12     MR. THORNBURGH: Yeah, no, I'm almost
13   done, but this is an important --
14     MR. HUTCHINSON: Okay.
15     MR. THORNBURGH: -- issue.
16     THE WITNESS: Okay.
17     MR. HUTCHINSON: I'm just going to tell
18   you, though, that I am going to call the
19   deposition at seven hours, so we're getting
20   close --
21   Q  (By Mr. Thornburgh) But you don't know --
22     MR. HUTCHINSON: -- as a courtesy to
23   you.
24   Q  (By Mr. Thornburgh) You don't know what the

Page 288

1    crack depths were in the dog study, right? Wouldn't
2    the proper procedure or analysis be to analyze the
3    depth of the cracks on the dog study if you're using
4    the GPC data from the dog study?
5      MR. HUTCHINSON: Object to form.
6    Compound.
7      THE WITNESS: Well, you can -- that
8    would actually wind up being more favorable.
9    Because if you look at Dr. Iakovlev's
10   relationship that he's developed between time
11   and crust thickness, it goes -- gets larger
12   as a function of time. And I believe off of
13   memory, he plots something in the seven-year
14   mark that might be on the order of 6 or 7
15   microns.
16     So I'm actually being generous with my
17   computation here. If I were to actually use
18   that data, I would look worse, the
19   computation would look worse in terms of
20   showing that, yes, I can discern with
21   molecular weight, even though it's a bulk
22   analysis, if I have a crust that's
23   thick.
24   Q  (By Mr. Thornburgh) Okay. And then you are

Page 289

1    using just one data point from the Bellew explant for
2    the nano thermal analysis?
3    A  I am not. If you go back and read Bellew,
4    you'll see that he sampled -- just let me finish -- he
5    sampled a number of different locations, he gets a
6    range of 121 to 127 C in his data, and we've basically
7    taken the nominal average of that.
8    Q  But those were different treated specimens,
9    right, so some specimens were treated -- weren't
10   treated at all with any reagents, some were treated
11   with sodium hypochlorite, and so there was a big change
12   in the drop of the thermal melt point from a, you know,
13   nontreated mesh sample versus a sample treated with
14   sodium hypochlorite?
15   A  Okay, let's break --
16     MR. HUTCHINSON: Objection, compound.
17     THE WITNESS: Let's break that down. If
18   that's true -- I haven't had a chance to go
19   back and verify that -- if that's true, the
20   range of the data that I just cited to you is
21   accurate, 121 to 127, regardless of
22   treatment, nontreatment, et cetera, from the
23   Bellew mesh. It's a 6-degree window. I've
24   used the nominal average. There's not a lot

73 (Pages 286 to 289)

Steven B. MacLean, Ph.D., P.E.

Page 290

1    of variation there.  This computation is
2    solid based on the estimates that we've used
3    from your expert reports.
4        Q   (By Mr. Thornburgh)  The analysis that you
5    did of the histopathology of -- you wanted to prove a
6    couple theories wrong of Dr. Iakovlev's, I think is
7    what you stated earlier?
8        A   Yes.
9        Q   And you -- so you had some -- you purposely
10   degraded some samples of pristine TVT devices, right?
11       A   Of pieces of mesh, of pieces of TVT mesh,
12   yes, we did.
13       Q   Okay.  And you used ultraviolet radiation?
14       A   We did, we used a QUV chamber.
15       Q   What was the depth of the cracked surface
16   layer of that purposely degraded polypropylene suture?
17       A   I would estimate it to be 20 to 25 microns.
18   I'm using Figure 15 in that report as a reference.
19           MR. HUTCHINSON:  Dan, two or three more
20   minutes now.
21           MR. THORNBURGH:  Come on.
22           MR. HUTCHINSON:  You had seven hours.
23           MR. THORNBURGH:  How long have we been
24   on the record?

Page 291

1           THE VIDEOGRAPHER:  I have to add it up.
2    Sorry.
3           (Discussion off the written record.)
4           THE VIDEOGRAPHER:  Six hours and forty
5    minutes.
6           MR. THORNBURGH:  Twenty minutes.
7        Q   (By Mr. Thornburgh)  All right, so you took
8    the --
9           MR. HUTCHINSON:  We started at 9:30.
10       Q   -- TVT pristine samples.  You did ultraviolet
11   radiation.  And then what did you do?
12       A   We also -- we also did another set of samples
13   in parallel when we chemically oxidized it.
14       Q   Yep.  And then after you did chemical
15   oxidation and ultraviolet radiation oxidation, what did
16   you do with those samples?
17       A   We placed those samples in an embedding
18   media, both paraffin and a resin, to basically create a
19   solid specimen that we could then microtome, and then
20   those samples were microtomed to create thin
21   specimens -- that's very common in histology, as I've
22   learned -- to place those on glass slides.  And then
23   they were subsequently stained per the protocol that
24   we've listed inside the report.

Page 292

1        Q   Who actually did the staining of these
2    slides?
3        A   That would be the firm Histion,
4    H-I-S-T-I-O-N, in Everett, Washington.
5        Q   Why did you refer it to Histion in Everett,
6    Washington?
7        A   We wanted to use a lab that has core
8    competencies in histological staining, and this is
9    something that they've been doing for, I believe, 20 or
10   25 years.
11       Q   And so the images of the ultraviolet
12   radiation staining are on page 15; is that correct?
13       A   For the QUV -- for the UV oxidized mesh,
14   correct.
15       Q   Why are the images so blurry?
16       A   Well, it's because -- let me explain to you,
17   these samples are very, very thin.  They're microtomed
18   samples, and you have to remember that the original
19   sample is a piece of mesh that is embedded in paraffin
20   or resin so you could do the microtoming process.
21   There are no guarantees, as we talked about in the
22   report, that as I slice a fiber that's embedded, that
23   I'm going to get a perfect circle for a cross-section,
24   because the mesh itself might be slightly misaligned

Page 293

1    with the microtome blade, and there's nothing you can
2    do about that.  That's the nature of the process.
3           And because of that, the specimen may not
4    ultimately lie perfectly flat on the glass slide, and
5    if it's not perfectly flat at these -- I shouldn't say
6    perfectly flat.  The specimen itself might have a bias
7    to it, the cut might be biased.  And because of that,
8    you will have different fields of view that come into
9    focus a little bit differently from neighboring
10   sections.  So it's just -- it's the nature of trying to
11   look at microtome specimens in this manner at higher
12   magnifications.
13       Q   And the staining and the microphotographs
14   were all done at a different lab?
15       A   These were all done at Histion, correct.
16       Q   Okay.  And you sent the mesh specimens to
17   Histion after you had oxidized them or degraded them
18   through ultraviolet radiation?
19       A   That's correct.
20       Q   And how many samples did they stain?
21       A   Oh, several.  I'd have to look at the raw
22   data.
23       Q   You only have a picture of one, is that
24   right, or two?

Steven B. MacLean, Ph.D., P.E.

Page 294

1      A   We've got -- we have one represented here,
2  No. 9, on Figure 9, and then we have the --
3      Q   Figure 11?
4      A   -- exemplar as Figure 11.
5      Q   That's unoxidized, right?
6      A   That is.  That's unoxidized.  And then
7  chemically oxidized is Figures 6 and 7.
8      Q   How many -- how many images, photo
9  micrographs were taken of the QUV-treated mesh samples?
10     A   I don't recall.  We'd have to look at the raw
11 images that are on the thumb drive I gave you.
12     Q   Who picked out the samples to -- or the
13 microphotographs to use in this report?
14     A   I did.
15         MR. THORNBURGH:  I have one hour and
16 twenty minutes left on the record.  Thanks.
17         MR. HUTCHINSON:  Huh?  That ain't right.
18 We're off the record real quick.
19         THE VIDEOGRAPHER:  Off the video?
20         MR. HUTCHINSON:  That's not -- yes.
21 That's not right.  We started --
22         THE VIDEOGRAPHER:  We are now going off
23 the video record.  The time is currently
24 5:43 p.m.

Page 295

1          (Off the record.)
2          THE VIDEOGRAPHER:  We are now back on
3  the video record.  The time is currently
4  5:44 p.m.
5      Q   (By Mr. Thornburgh)  Who performed the
6  process of doing the QUV degradation?
7      A   Dr. Benight.  Dr. Benight, at my direction.
8      Q   And how did she determine to stop the QUV
9  process?
10     A   It's pretty straightforward.  If you look at
11 the micrographs on Figure 2, we saw clear evidence of
12 cracking on the outside surface.  And knowing that
13 those are pristine fibers to begin with, they're in a
14 QUV environment, when you see this degree of cracking,
15 it was a -- it was a visual observation that said,
16 okay, we've definitely degraded it, it's done.
17     Q   But if you understood that the average crack
18 depth is 4 microns, according to your analysis that you
19 did in the prior section a moment ago, why would you
20 stop the degradation process at 20 microns?
21         MR. HUTCHINSON:  Object to form.
22         THE WITNESS:  Look, all I'm trying to
23 do -- let's not overcomplicate this.  All I'm
24 trying to do is take a Prolene specimen,

Page 296

1  knowingly degrade it, and see if it stains.
2  The thickness is irrelevant in this -- in
3  this testing, in this experimental approach.
4  We're just trying to say if I have oxidized
5  Prolene, will it stain, and the answer is no.
6      Q   (By Mr. Thornburgh)  Let me just try to -- so
7  how do you -- how did you calculate or estimate a
8  20-micron crack in this specimen?
9      A   We didn't.  It wasn't.  It was just a
10 measurement from looking at micrograph number -- or
11 Figure 9.  If you look at the cracks that are
12 penetrating inside the fiber and you use the scale bar
13 to the right, I've estimated it about 20 to 25 microns
14 in depth.  And again, that depth is really irrelevant
15 here.  It's not -- it's not part of the study.
16     Q   Okay, so you're measuring from the outside of
17 this image to the core?  Is that the core right there?
18     A   I wouldn't call it the core.  I'm just trying
19 to estimate -- you asked me how deep the cracks were,
20 at least that's what I thought you did, and I just
21 looked at these figures and I used the scale bar; and
22 seeing the cracks that radiate inward, I'm saying that
23 they're about 20 to 25 microns in depth.
24     Q   Have you -- you've looked at Dr. Iakovlev's

Page 297

1  report, right?
2      A   I have.
3      Q   And --
4      A   I'm sorry.
5      Q   -- you would agree with me that the --
6          MR. HUTCHINSON:  Hey, guys, y'all are
7  talking over each other.
8      Q   (By Mr. Thornburgh)  Okay.  You've looked at
9  Dr. Iakovlev's report?
10     A   I just wanted to ask a clarifying question.
11 For the consolidated cases?
12     Q   Yeah, sure.
13     A   I have.
14     Q   And you've looked at his micrograph images,
15 right?
16     A   I have.
17     Q   And why is the magnification of the pictures
18 that you have in your report much lower than
19 Dr. Iakovlev's images?
20     A   Well, I think it goes back to what we just
21 talked about.  We had seen that the amount of cracking
22 was around 20 to 25.  We know that that region, because
23 the cracks exist, is oxidized and felt it was in our
24 best interests to be able to show that swath of

Steven B. MacLean, Ph.D., P.E.

Page 298

1  material that has the cracks in it in these
2  micrographs.  So we were just kind of showing the
3  region that's clearly been oxidized by the presence of
4  crack.
5      Q   If you look at Figure 2, which is the SEM
6  image of the ultraviolet degraded specimen, you can see
7  the big chunks and -- of the mesh peeling up from the
8  surface -- I mean from the core, right?
9          MR. HUTCHINSON: Object to form.
10         THE WITNESS: You can see some peeling
11  up, correct.
12     Q   (By Mr. Thornburgh) Why can't I see any
13  peeling on the image in Figure 9?
14     A   Because you're looking at the length of the
15  fiber here in Figure --
16     Q   I'm sorry, Figure 9.
17     A   Sorry.  In Figure 9, you're looking at a
18  cross-section.  So it just so happens to be that in
19  this particular cross-section that was -- that was
20  performed by microtoming, we didn't happen to catch
21  that region that had some curling to it.
22     Q   Did you -- in any of your micrographs, did
23  you catch any images of the peeling of the surface
24  layer?

Page 299

1      A   Oh, I don't recall.
2      Q   Can you see a skin-core difference, in other
3  words, can you see a skin of degraded polypropylene and
4  a core of undergraded polypropylene in your other
5  images?
6          MR. HUTCHINSON: Object to form.
7      Q   (By Mr. Thornburgh) Or is that what we're
8  seeing here?
9      A   You can see it -- you can see it here.  I --
10         MR. HUTCHINSON: Object to form.
11         THE WITNESS: I appreciate it's a little
12  but difficult to see, but basically where the
13  cracks end, the tips of the cracks, if you
14  will, that are emanating inward, that region
15  would be the degraded region, and then
16  everything inboard of where those cracks stop
17  would arguably be the so-called core.
18     Q   (By Mr. Thornburgh) So you agree that this
19  degraded polypropylene has a degraded core or degraded
20  bark, right?
21     A   I agree that the outer layer of this fiber
22  has suffered from UV degradation.
23     Q   Did you use any automated stainer?
24     A   We did.

Page 300

1      Q   What was the automated stainer?
2      A   It would -- it would be in the -- it would be
3  in the files of the notes.
4      Q   Is it --
5      A   I don't have the name of it.
6      Q   Is this what you were discussing earlier,
7  that it was impossible to hold cross-sectioned mesh on
8  the slides in a vertical position?
9      A   Repeat that.  I'm sorry.
10     Q   Would you agree that it's impossible to hold
11  the cross-sectioned mesh on slides in the vertical
12  position using the automated stainer?
13     A   No, I wouldn't agree with it.  That's exactly
14  what we did.  We mounted the microtomed specimens onto
15  the slides.  Some of them will fall off, and those are
16  just -- those are just not used.  The ones that survive
17  the staining process are the ones that we then imaged.
18     Q   So some of the mesh specimens fell off of
19  the -- of the stainer?
20     A   Correct.  And that will happen and that's why
21  you make multiple samples, and the ones that survive
22  the whole process are the ones that you then utilize
23  for microscopy.
24     Q   Did you use vertical?

Page 301

1      A   Yes, vertical orientation.
2      Q   Okay.  Do you understand that the only way to
3  cross -- to cross -- to stain a cross-sectioned mesh is
4  to do it on a horizontal tray?
5      A   I don't agree with that.
6      Q   You didn't actually perform the staining?
7      A   No, but I witnessed it.
8      Q   Who up there -- was it -- was it Benight?
9      A   Mrs. -- yeah, Dr. Benight.
10     Q   So Benight did it and she did it on the
11  vertical position, right?
12     A   Correct.  And for the record, we know the
13  staining process works because that's why we used the
14  positive control that you see on page 11.  Same
15  orientation, same staining bath, same staining process.
16     Q   Did you do any manual staining?
17     A   We did not.
18     Q   How did you wash the sections?
19     A   It says it's in the -- it's right in the
20  protocol.  I defer to pages 20 and 21.  Twenty is the
21  alcohol rinsing and dehydration before you mount it in
22  paraffin or before you mount it in the resin.  And then
23  page 21 -- excuse me.  This is all just for paraffin.
24  And then page 21 has the sequence of the various washes

76 (Pages 298 to 301)

Steven B. MacLean, Ph.D., P.E.

Page 302

1    and baths and the associated times.
2       Q    And if you look at Figure 8, you have another
3    Prolene mesh that was chemically oxidized using the
4    Guelcher protocol?
5       A    Yes.
6       Q    Why is that image so blurry?
7       A    It's the -- it's the same answer.  It's the
8    fact that you're trying to take a micrograph of a
9    cylinder and your field of view is very limited to
10   focus on.  It's not an SEM image where you have the
11   benefit of depth of field.  This is with light -- with
12   a light microscope and you had just don't have that
13   same depth of field.
14      Q    You saw cracking in SEM, right --
15      A    For the --
16      Q    -- obviously?
17      A    For the QUV sample, we did, correct.
18      Q    Okay.  If you saw cracking in SEM, why can't
19   you see it in the light microscopy?
20      A    We did not see any cracking in -- are we
21   talking about the chemically stained sample?
22      Q    Yeah.
23      A    We did not see any surface cracking on the
24   chemically stained specimen.

Page 303

1       Q    Okay.  And on the --
2       A    Sorry, in the chemically oxidized specimen.
3       Q    On the ultraviolet radiation degraded mesh,
4    we see cracking in the SEM, but we don't see it in the
5    light microscopy, or is that where you're saying those
6    are cracks but you just -- they're just blurred?
7       A    No, I'm not saying that.  I'm saying that
8    with the chemically oxidized specimen, as we viewed
9    them in SEM, we did not see any surface cracking that
10   was similar to what we saw with the QUV samples.
11      Q    This is your light microscopy on the
12   ultraviolet radiated mesh, right?
13      A    Correct.
14      Q    And --
15          MR. HUTCHINSON:  Dan, so the record is
16   clear, you're talking --
17          MR. THORNBURGH:  Figure 9.
18          MR. HUTCHINSON:  Okay.
19          THE WITNESS:  Yeah, right-hand side
20   Figure 9 he's pointing to.
21      Q    (By Mr. Thornburgh)  Figure 9 is the -- is
22   the light microscopy, right?
23      A    It's -- yes, with polarized light, correct,
24   but it's light microscopy.  And that's the difference

Page 304

1    between those two images in Figure 9.  One is with
2    traditional light microscopy; one is using polarized
3    light.
4       Q    Do you agree that the tangentiality of
5    sectioning can cause an overlap between nondegraded and
6    degraded layers?
7       A    Can you describe what you mean by
8    "tangentiality"?
9       Q    No.
10      A    I'm sorry, then I'm going to have a hard time
11   answering that.
12      Q    In the QUV-treated mesh specimens, when you
13   did the staining, did you put it in some sort of
14   protein first?
15      A    No, we did not.
16      Q    So you just -- you have the material, you put
17   it on a slide, I assume?
18      A    Ultimately, after you embed it.
19      Q    After you embed it and then slice it?
20      A    And slice it and then it goes on the slide,
21   correct.
22      Q    And then you stain it without any protein or
23   anything on the slide; is that correct?
24      A    That is correct, there is no protein involved

Page 305

1    in this experiment whatsoever.
2       Q    So no protein could be absorbed into the
3    degraded bark or the degraded layer, right?
4       A    Correct.
5       Q    If some protein was absorbed into the cracks
6    in the mesh and then you used H&E staining, those
7    stains could penetrate where the protein would be
8    located; is that correct?
9       A    Correct, but that would be inconsistent with
10   the micrographs I have seen from Dr. Iakovlev.
11      Q    In what way?
12      A    There's plenty of regions where there's no
13   local crack for that penetration that you just
14   hypothetically described to stain a particular region.
15   There's plenty of regions within his micrographs that
16   are just pure crust with no crack and they stain.
17      Q    One of your -- one of your theories is that
18   proteins get absorbed into the polymer cracks, right?
19          MR. HUTCHINSON:  Object to form.
20      Q    (By Mr. Thornburgh)  Underneath the surface
21   or within the surface, which causes the plasticization?
22      A    There are -- there's a potential for proteins
23   and other molecules with carbonyl functionality to be
24   absorbed by the material.

77 (Pages 302 to 305)

Steven B. MacLean, Ph.D., P.E.

Page 306

1    Q   Okay.
2    A   Yes.
3    Q   So -- but you're saying that Dr. Iakovlev's
4  H&E staining and analysis of explanted mesh material is
5  incorrect to demonstrate that the outer layer is
6  degraded bark, right?
7    A   He is -- let's be clear on this.  He is using
8  his staining technique to unequivocally say the
9  material is degraded from oxidation.  And this study
10  completely contradicts and by no way supports that
11  theory.  If you have an oxidized material,
12  polypropylene -- or, excuse me, Prolene, it does not
13  stain.  He hasn't talked about any secondary mechanism
14  of staining.  He's unequivocally on the record saying
15  the degraded oxidized Prolene stains, and it does not.
16    Q   Do you know how long it takes for the -- how
17  long does it take for degradation, outer degradation,
18  skin, of a Prolene fiber to degrade to a thickness
19  that's detectable by light microscopy?  Let me ask that
20  question again.
21    A   Okay.
22    Q   Do you know how long it would take -- at what
23  depth of the degraded bark can the light microscopy
24  detect the degraded layer of the protein fibers?

Page 307

1    A   I'm sorry, I'm lost in the question.  Maybe
2  we can do that again.
3    Q   Sure.  The only staining of the mesh would be
4  at 20 microns, is that right, 20 microns?
5    A   Not at the 20-micron level.  I mean, we
6  know -- just basic polymer science tells us that if
7  I've got QUV lights bombarding the specimen to degrade
8  it like we see here, that the material that's at the
9  very, very, very outermost layer is probably going to
10  suffer more oxidation, more degradation than stuff
11  that's more towards the fiber core.  So there will be
12  a -- there's probably a gradient of UV degradation
13  across that crack thickness that we see.  I don't know
14  if that answers your question, but --
15    Q   Do you remember seeing an animal -- an
16  internal Ethicon study that said the way to
17  definitively determine whether or not the outer layer
18  of the explanted Prolene fibers is degradation is to do
19  intentional oxidation of pristine samples to see if
20  there's a skin-core morphology that's created?
21    A   Yeah, I recall some -- maybe Dr. Moy.  I
22  recall that somewhere.  Sure.
23          (Discussion off the written record.)
24          (Exhibit 19 marked for identification.)

Page 308

1    Q   (By Mr. Thornburgh)  Let me hand you what
2  I've marked as Exhibit 19.  Have you seen this document
3  before?
4    A   I have.
5    Q   This is from 1984?
6    A   It is.
7    Q   And in this report, they talk about different
8  potential causes of the degraded outer layer of the
9  fibers or the morphological changes in the fibers,
10  right?
11          MR. HUTCHINSON:  Object to form.
12    Q   (By Mr. Thornburgh)  So it's dated
13  November 5th, 1984.  It's titled "Prolene
14  Microcracking," right?
15    A   Right.  You just gave a summary of the
16  document.  I'm just trying to see if I agree with your
17  summary.  Why don't we just say this:  The document
18  speaks for itself in terms of what it purports to say.
19    Q   The document summarizes experimental findings
20  related to microcracking and related to Prolene
21  sutures, right?
22    A   Correct.
23    Q   The cracks are predominantly transverse; do
24  you see that?

Page 309

1    A   I do.
2    Q   No. 2, "Severity (depth and density) and
3  location of the cracks are nonuniformly distributed
4  along the suture lengths and do not correlate obviously
5  with areas of high stress."  See that?
6    A   I do.
7    Q   And then No. 3, "The severe" -- "In severe
8  cases, the cracks lead to the production of a separated
9  layer of seemingly uniform thickness and a relatively
10  clean under surface."  No. 4, "Also in severe cases,
11  secondary longitudinally cracks give rise to brick-like
12  structures."
13    A   Correct.  Just all visual observations of the
14  cracked outer layer.
15    Q   And if you look at the "Laboratory Studies,
16  Experimental and Results," it says, "The following
17  experiments were carried out to test whether
18  microcracking results from physical (environmental
19  stress cracking) or chemical (oxidation) degradation
20  and whether the discrete thickness of the crack layer
21  arises from natural separation point in the fiber
22  (skin-core morphology)."  Did I read that correctly?
23    A   You did.
24    Q   It says environmental stresses cracking,

78 (Pages 306 to 309)

Steven B. MacLean, Ph.D., P.E.

| Page 310 |
| --- |

1  talks about the process of environmental stress
2  cracking, says that polypropylene fibers have been
3  shown to develop crazes at elongations as low as
4  5 percent.  It talks about the hypothesis that
5  long-term exposure to a sensitizing agent in vivo may
6  result in environmental stress cracking and formation
7  of microcracks, right?
8      A   That's what it says.  Let's -- while we're
9  here, let's just hit this.  There's absolutely no
10  evidence to suggest that ESC is taking place in these
11  fibers.
12      Q   Well, a drop in the DSC --
13      MR. HUTCHINSON:  ESC.
14      Q   -- a drop in the DSC results, right, would be
15  indication of amorphous zones that would make a
16  polypropylene suture susceptible to environmental
17  stress cracking, right?
18      MR. HUTCHINSON:  Object to form.
19      THE WITNESS:  Environmental stress
20  cracking is a physical phenomenon.  It is
21  coupled also with embrittlement.  We don't
22  see any embrittlement with these fibers
23  whatsoever.  There is no evidence of ESC.
24      Q   (By Mr. Thornburgh) "Oxidation: A great

| Page 311 |
| --- |

1  body of literature exists regarding oxidative
2  degradation of polypropylene."  So it talks about the
3  mechanism of oxidation.  We don't have to go through
4  all that, right?
5      A   Fine.
6      Q   And then see the "Skin-core Morphology"
7  section?
8      A   I do.
9      Q   It says, "If there is no significant
10  difference between the skin region of the fiber,
11  relative to the core, then the thickness of the layer
12  depends only on the extent of whatever reaction is
13  taking place.  Skin-core morphologies have been
14  observed in many different types of polymeric fibers.
15  The skin generally results from a temperature gradient
16  experienced by the fiber across the fiber diameter
17  during the quenching step of extrusion.  Such a skin
18  layer is generally higher in orientation than the core
19  due to the higher efficiency of heat conduction on the
20  surface.  Skin-core morphologies are also generally
21  found in fibers at low to medium degrees of
22  orientation."  Did I read that correctly?
23      A   You did.  And somewhere in the universe of
24  Ethicon documents, Ethicon explored the potential for

| Page 312 |
| --- |

1  skin-core morphology and discredited it.
2      Q   Well, let's -- we're looking, maybe, at the
3  document.  I don't know.
4      A   We may be.
5      Q   Let's take a look at it.  See the
6  thermo-optical analysis?  They analyzed mesh explants
7  usually in thermo-optical analysis, correct?  What is
8  thermo-optical analysis; do you know?
9      A   I'm sorry, I'm trying to keep up with you.
10  Where are you?
11      Q   I'm on page ETH.MESH.455, page 4.
12      A   Yeah, I'm on the same page.  Just tell me
13  which --
14      Q   "Thermo-optical Analysis."
15      A   What paragraph are you on?  The bottom
16  paragraph?
17      Q   Yep, Figure 7.  They did some -- they did
18  some melt-point analysis, right?
19      A   Yes, they're visually observing melting of
20  the polymer or the melting of the sample, I should say.
21  So they put the -- they put the -- whatever sample
22  they're going to analyze on a hot stage, typically it's
23  done with a microscope so you can see it, and you're
24  actually visually watching melting as the stage heats

| Page 313 |
| --- |

1  up.  Is that what you're asking?
2      Q   Yeah.  And so they do that and they see upon
3  heating at 150 degrees Celsius, the fiber is taken to
4  its softening point, and contraction along the fiber
5  axis leads to an increase in the diameter of the crack,
6  layer peels off the fiber cleanly.  So they're talking
7  about a cracked layer peeling off of the core --
8      MR. HUTCHINSON:  Object to form.
9      Q   -- at different temperatures, so it's not
10  melting, it's not -- the cracked layer isn't melting
11  with the core is what they're suggesting here, right?
12      MR. HUTCHINSON:  Object to form.
13      THE WITNESS:  What I'm reading here is
14  that they start to see the fiber melting at
15  150, and it looks like it ultimately reaches
16  its final melting point of 165.
17      Q   (By Mr. Thornburgh) Right, but the cracked
18  layer maintains its form; that's what it says?
19      A   Correct.  So --
20      Q   And so they say the --
21      A   Hold on.  Okay, go ahead.
22      Q   "The layer is crosslinked polymer or it is
23  predominantly proteinaceous in nature.  If the crack
24  layer is oxidized degradation" -- "degraded

79 (Pages 310 to 313)

Golkow Technologies, Inc. - 1.877.370.DEPS

Steven B. MacLean, Ph.D., P.E.

Page 314

1  polypropylene, the molecular weight should be lowered,
2  leading to an increase [sic] in melting point --
3     A  Decrease.
4     Q  Sorry. "If the crack layer is
5  oxidized/degraded polypropylene, the molecular weight
6  should be lowered, leading to a decrease in melting
7  point of the layer rather than a higher one."
8     A  I agree. I agree with that.
9     Q  Well, but here they're talking about how
10 the -- an explanted mesh material or Prolene material
11 undergoes thermo-optical analysis, and they start to
12 heat it up and it actually -- the thermal melting point
13 actually rises when protein is attached to the fibers?
14    MR. HUTCHINSON: Object to form.
15    Q  (By Mr. Thornburgh) Because you had
16 indicated previously that the melt points are
17 mistaken -- being misunderstood because they're
18 actually lowered because of the protein contamination
19 around the fibers.
20    A  We're saying -- we're saying two different
21 things. When you're sampling a fiber surface that's
22 been plasticized, like we know happened with Jordi's
23 work, you will see a suppression in melt temperature.
24 That has nothing to do with existence of proteins on

Page 315

1  the surface. I'm talking about plasticized Prolene.
2     This document further confirms what we've
3  been saying all along, which is the crust which they've
4  isolated here with their thermo-optical analysis, melts
5  at a higher temperature than the Prolene material.
6     Q  In this -- in this one study of this one
7  explant, that's what they're -- that's what they're
8  observing?
9     A  Correct, that is correct, in this study.
10    Q  And --
11    A  And it contradicts the oxidation and
12 degradation theory a hundred percent.
13    Q  Look, the melt point actually increased
14 because of the protein that was encasing this
15 particular explant, right?
16    MR. HUTCHINSON: Is that a question,
17 Dan?
18    MR. THORNBURGH: Yeah.
19    MR. HUTCHINSON: Excuse me.
20    Q  (By Mr. Thornburgh) They're observing an
21 increase in melt point in this explant, right?
22    A  They are.
23    Q  Not a decrease in melt point, right?
24    A  Correct.

Page 316

1     Q  And we've got to change the tape, but real
2  quick, you looked at Dr. Jordi's analysis and you
3  observed a decrease -- he observed a decrease in the
4  thermal analysis or the melt point of the Prolene
5  samples he analyzed, right?
6     A  Correct.
7     Q  Not an increase?
8     A  Correct.
9     MR. THORNBURGH: Okay.
10    THE VIDEOGRAPHER: We are now -- we are
11 now going off the video record. The time is
12 currently 6:13 p.m. This is the end of
13 Tape No. 5.
14    (Recess taken.)
15    THE VIDEOGRAPHER: We are now back on
16 the video record with Tape No. 6. The time
17 is currently 6:20 p.m.
18    Q  (By Mr. Thornburgh) Doctor, we're talking
19 about Exhibit No. 19, and this the November 5th,
20 1984 memo. And just to sort of summarize what we're
21 looking at, we're trying to determine what the outer
22 layer is that has been observed on explanted Prolene
23 sutures, correct?
24    A  That's what we've been talking about,

Page 317

1  correct.
2     Q  And they're hypothesizing, they're saying
3  maybe, you know, ESC is a potential cause for
4  degradation, oxidation is a potential cause, protein or
5  biologic material is a potential cause, skin-core
6  morphology is a potential explanation, in other words,
7  because of the spinning process for -- during the
8  extrusion process of the mesh and the cooling process,
9  that the outer layer is cooled quicker and creates a
10 skin that has more amorphous regions than the
11 crystallinity -- the more crystalline core, right?
12    A  Sure, that's a decent summary.
13    Q  And there's a recommendation made to try to
14 figure it out once and for all, try to determine and
15 answer the question once and for all, the
16 recommendation by Peter Moy is to do additional -- an
17 additional study to either substantiate or disprove the
18 hypothesis that the outer layer is biologic in origin,
19 and that study would be to do similar transmission
20 electron --
21    MR. HUTCHINSON: Microscopy.
22    Q  -- microscopy examinations on known oxidized
23 Prolene samples to determine whether such a different
24 skin-core morphology could be generated by oxidation.

80 (Pages 314 to 317)

Steven B. MacLean, Ph.D., P.E.

Page 318

1  right?
2       MR. HUTCHINSON:  Object to form.
3       THE WITNESS:  That's what it says.
4   Q   (By Mr. Thornburgh)  And did you, in your
5  review of the internal Ethicon documents, ever find any
6  scanning electron microscopy or transmission electron
7  microscopy to determine -- which looked at
8  intentionally oxidized Prolene samples?
9   A   We know that they have actually analyzed
10  oxidized polypropylene samples. We talked about that
11  earlier, intentionally oxidized polypropylene samples.
12  Whether there were micrographs that accompanied that
13  work, I just don't recall.
14   Q   Yeah, we looked at that earlier. They didn't
15  have -- that was 1983. They didn't do it then. Right
16  here in 1984, they're saying, "We should intentionally
17  oxidize some Prolene sutures and then do scanning
18  electron microscopy or some other analysis to determine
19  if there's a skin-core phenomenon going on," right?
20   A   That's what he --
21       MR. HUTCHINSON:  Object to form.
22       THE WITNESS:  That's what he says.
23   Q   (By Mr. Thornburgh)  And, in fact, you did
24  intentional oxidation using radiation and found a

Page 319

1  skin-core morphology with an outer layer of
2  polypropylene surface being degraded, right?
3       MR. HUTCHINSON:  Object to form.
4       Mischaracterizes the tests and the results.
5   Q   (By Mr. Thornburgh)  We talked about it
6  earlier. I asked you, "Now, Doctor, there's a
7  skin-core morphology here," and you said, "Yes," and I
8  said, "The outer layer is degraded and the core has
9  remained nondegraded," and you said, "Yes," right?
10   A   I said there was peeling observed in the one
11  micrograph. You said there was a skin-core morphology.
12   Q   I -- well, the record will speak for
13  itself --
14   A   Okay.
15   Q   -- but in any event, the scientists in 1984
16  were suggesting that a study like yours be done, and
17  you did it and you confirmed what they -- their
18  findings?
19       MR. HUTCHINSON:  Object to form.
20   Q   (By Mr. Thornburgh)  Or their -- I mean,
21  here's what the language is, right, the language is,
22  "An additional study to either substantiate or disprove
23  this hypothesis would be to do similar transmission
24  electron microscopy examinations on known oxidized

Page 320

1  Prolene samples to determine whether such a different
2  skin-core morphology could be generated by oxidation "
3       You oxidized the Prolene samples using
4  ultraviolet radiation, right?
5   A   Correct.
6   Q   And the outer layer cracked and some of it
7  was peeling away?
8   A   About 20 microns, 25 microns of cracking,
9  correct.
10   Q   And while the skin was cracking, the core
11  remained intact and unaffected, right?
12   A   Let's look at -- let's be clear about this.
13  First of all, it's not clear to me why he thinks that
14  that particular study would confirm or deny his
15  hypothesis. So that's -- let's leave that here.
16  That's something you're going to have to ask Dr. Moy.
17  I don't understand why that particular study would be
18  necessary to confirm his hypothesis or reject it. But
19  if you look at my micrographs on Figure 9, you can see
20  the cracked layer. But other than the cracks being
21  present, I certainly don't see a discernible skin-core
22  morphology developing.
23   Q   Look at Exhibit 5 -- or Figure 5, which is
24  your scanning electron microscopy.

Page 321

1   A   We can, but I just told you I'm referencing
2  Figure 9, which is a cross-section, which is a much
3  better indication of what's happening inside the
4  material than something looking on the outside in. And
5  what I'm telling you is that, yes, we can see
6  definitive cracks here, but there's no evidence of a,
7  quote/unquote, skin-core morphology that's setting up.
8  I've got a cracked outer layer and the crack stopped.
9  I don't necessarily characterize that as skin-core.
10       And secondly, we have to realize what the
11  data we have is already telling us. We know, we've
12  already confirmed as an original hypothesis, we know
13  based on Iak's staining work and our lack of staining
14  in our work that the crust contains a biological
15  component. It's indisputable. The staining took place
16  with Iak. The staining did not take place in our
17  deliberately oxidized samples.
18   Q   Can you see any of the blue granules on
19  the -- in the degraded bark or the degraded layer of
20  your microphotograph?
21   A   Sure, I can see the colorants. I can see the
22  colorants, sure.
23   Q   In Dr. Iakovlev's studies, in his
24  histopathology, in the degraded outer layer, where it's

81 (Pages 318 to 321)

Steven B. MacLean, Ph.D., P.E.

Page 322

1    clearly cracked, you can see those blue granules within
2    the cracked layer, right?
3        A    We can.  And we've shown that that can be an
4    artifact of the light polarization with the microscopy.
5    If you look at Figure 11B -- and I don't -- it doesn't
6    matter that this is an unoxidized Prolene sample.
7    We're just talking about artifacts from the microscopy
8    techniques.  We'll actually be able to show that you
9    can get something that looks like a bark with this
10   gradient of colorants in a sample that's not even
11   oxidized.  This is exemplar pristine mesh and we can
12   actually -- playing with the polarization of the light,
13   we can introduce that same mechanism or that same --
14   those same features, if you will.
15           And I know that that might be difficult to
16   understand, so I'm going to help -- I'm going to help
17   you understand it a bit more.  If we were to put a
18   second layer out here (indicating), and I'm going to
19   trace it with my pen, and let's just say this had all
20   stained purple like we see with Iak.
21       Q    Why do you keep on calling him Iak?
22       A    That's just -- I think that's the
23   one-syllable nickname that I've coined him.
24       Q    I think that's disrespectful.

Page 323

1        A    Sure.  I apologize.  Dr. Iakovlev.
2        Q    How many times have you been published in
3    peer-reviewed journals concerning the degradation of
4    polypropylene fibers?
5        A    None.
6        Q    You've been doing it for the last 5 or 10
7    years, correct?
8            MR. HUTCHINSON:  Hey, guys, stop.  Stop.
9            MR. THORNBURGH:  Don't call my witness
10   Iak.
11           MR. HUTCHINSON:  Hey, I'm telling you to
12   stop.  Do you understand?
13           MR. THORNBURGH:  No, listen, he doesn't
14   have to -- he doesn't have to be rude and
15   disrespectful.
16           MR. HUTCHINSON:  Hey, guys, I'm telling
17   everybody to stop.  What I'm going to tell
18   you is if there's a question pending, I need
19   you to answer the question.
20           Dan, I don't know if you had a question
21   pending or not, but if you could, ask the
22   question.
23       Q    (By Mr. Thornburgh)  Well, my -- let's just
24   take it to here.  If we look at Figure 9, which we know

Page 324

1    is oxidized polypropylene, right, you intentionally
2    oxidized it, right --
3        A    We did.
4        Q    -- and in the outer layer of the cracked
5    surface are blue granules, right?
6        A    Correct.
7        Q    And those blue granules are polypropylene --
8    or are the dyes within the polypropylene, right?
9        A    Correct, but none of that region is stained.
10       Q    But I can see the blue granules in the
11   degraded layer.  That's all -- that's my only point.  I
12   can see blue --
13       A    Of course you can.
14       Q    -- granules --
15       A    Of course you can.
16       Q    -- in the stained layer, right?
17           MR. HUTCHINSON:  Guys, one at a time.
18   Dan, would you restate your question.
19           MR. THORNBURGH:  Yeah.
20       Q    (By Mr. Thornburgh)  In the intentionally
21   oxidized polypropylene sample that you analyzed, there
22   are blue granules within the degraded polypropylene
23   layer, right?
24       A    Yes, of course.

Page 325

1        Q    And why are they there?
2        A    Because they were there with the native
3    fiber.  They come in with the fiber.
4        Q    Because the degraded -- because the degraded
5    layer is polypropylene, right?
6        A    Yes.  That's what we've been saying all
7    along.  We've deliberately degraded this specimen under
8    QUV conditions; and, of course, the polypropylene and
9    the colorant that's on the outside of the fiber has
10   seen the QUV exposure.  The polypropylene degrades;
11   but, I mean, the copper pigment particles still stay
12   there.
13       Q    Right.  And that's similar to the
14   photomicrographs that you've seen in Dr. Iakovlev's
15   expert reports with blue granules, which are part of
16   the polypropylene, which are in the polypropylene
17   material in the outer degraded layer of the explant,
18   right?
19       A    I have and I --
20           MR. HUTCHINSON:  Object to form.
21           THE WITNESS:  I have.  And I'm telling
22   you two things, that that is an artifact of
23   his light polarization.  We've proven it here
24   if you read through page 16 and 17 and look

Steven B. MacLean, Ph.D., P.E.

| Page 326 | Page 328 |
|---|---|

Page 326

1    at Figure 11.  And in addition to that, if
2    you look closely at all of his micrographs
3    with the so-called particles in them, in the
4    crust layer, you see a true gradient across
5    the thickness.
6          And so if you get back to the diagram
7    that I was just trying to sketch out with
8    you, if you had a true crust out here -- we
9    have false bark here in Figure B.  If I
10   sketch out some true bark or crust to the
11   outside of that and if you can visualize this
12   all being purple or violet, you would
13   actually get the same exact image that Iak
14   has in his pictures, in his micrographs.
15         MR. THORNBURGH:  His name is
16   Dr. Iakovlev.
17         THE WITNESS:  I'm sorry.  It's late in
18   the day.  Dr. Iakovlev.  I apologize.  I'm
19   not intentionally doing that.
20         (Discussion off the written record.)
21         (Exhibit 21 marked for identification.)
22    Q    (By Mr. Thornburgh)  I'm handing you Exhibit
23   No. 21, which is a memo from Dr. Lunn, March 23rd,
24   1983.  Have you seen this document before?  You have

Page 327

1    It's in your -- on your reliance list at least.
2     A    My answer is yes.  I'm just refreshing my
3    memory.  Okay.
4     Q    And this is another memo concerning the
5    Prolene microcracks, right?
6     A    It is.
7     Q    And do you recall this report or this set of
8    reports?
9     A    I recall reading these documents at some
10   point, yes.
11    Q    Do you recall that Ethicon back in 1983 did
12   the same histopathology or pathological analysis as has
13   been done by Dr. Iakovlev of explanted Prolene sutures?
14   It says right there on the very first paragraph, "The
15   slides were reviewed by light microscopy using
16   polarized light to help identify the cracking."  Do you
17   see that?
18    A    I do.
19    Q    And these were explants from human specimens,
20   right?
21    A    Correct.
22    Q    Okay.  And then if you turn the page just to
23   the next -- the very next page in this exhibit, you'll
24   see photomicrographs, which are poor images, but you

Page 328

1    can seem them here, right?
2     A    I do.
3          MR. THORNBURGH:  By the way, can we get
4    the original copies of these or better copies
5    of the original three 35-millimeter slides if
6    they're available?  I'll send you an email.
7     Q    (By Mr. Thornburgh)  Do you see the arrows
8    that are pointing to the outer degraded bark?
9     A    I see arrows pointing to what appears to be
10   a -- some sort of cylindrical crust layer, correct.
11    Q    Turn the page.  This is an analysis of
12   another Prolene graft explant, correct?  And the
13   finding was that the 5-0 Prolene from Specimen 2 were
14   carefully removed from the graft and tested for
15   breaking strength, BSE, and the results were 54 percent
16   breaking strength maintaining when measured against
17   similar size control?
18    A    I do.
19    Q    Okay.  So in this explant, the -- unlike what
20   you discussed in the dog study, there was a decrease, a
21   significant decrease in the breaking strength, right?
22    A    Sure.  Two things on that if it's a question.
23   One is, it's one data point; and two is, it's not
24   uncommon, if you get plasticization, to get some

Page 329

1    reduction in tensile strength.  It's not that -- it's
2    uncommon to get a reduction in tensile strength.
3     Q    Okay.  So this is a significant reduction in
4    tensile strength, right?
5     A    Yeah, but it's not -- it's not ductility.  We
6    haven't seen -- I haven't seen anyone complaining that
7    these fibers are breaking in vivo, okay?  So the
8    allegations that I've heard is that this material
9    embrittles and this material gets stiff.  Those are not
10   tensile strength properties.
11    Q    Yeah, but you are using the dog study to
12   suggest that the Prolene fibers don't lose significant
13   tensile strength, but when you look at explants from
14   human -- human explants of Prolene sutures, you see
15   significant reduction in tensile strength, correct?
16    A    Yep.
17         MR. HUTCHINSON:  Excuse me.
18         THE WITNESS:  Yep.
19         MR. HUTCHINSON:  Excuse me.  Dan, were
20   you finished with your question?
21         MR. THORNBURGH:  Yeah.
22         MR. HUTCHINSON:  Object to form.
23    Q    (By Mr. Thornburgh)  That's what we're seeing
24   here, right?

83 (Pages 326 to 329)

Steven B. MacLean, Ph.D., P.E.

Page 330

1          MR. HUTCHINSON: Object to form.
2          THE WITNESS: We're seeing one data
3    point that has 54 percent either strength or
4    reduction in strength. And what I'm saying
5    is that the key physical properties that are
6    being maintained, if not being improved, are
7    the flexibility and the ductility. The
8    tensile strength is still fine, it's still
9    plenty fine. Of course, you can supplement
10   that with the seven-year dog study, but this
11   data point does not confirm that that
12   material is oxidizing.
13         And for all we know, there could have
14   been some sort of surface flaw or something,
15   some artifact on the outside of the specimen
16   that actually causes it to break at
17   prematurely. That is not uncommon as well.
18   So, you know, you've got to take that data
19   point with a grain of salt. And I'm not
20   concerned about it even if it is accurate
21   without a flaw.
22         Q   (By Mr. Thornburgh) We're going to look at
23   some more data points.
24         A   Okay.

Page 331

1          Q   Don't worry. See the histological evaluation
2    on the next page? There was -- the fibers were
3    infiltrated with macrophages and giant cells and
4    fibroblasts, and cracking of the suture surface was
5    also evident in longitudinal sections of Prolene
6    located near the graft fibers. Cracking appeared along
7    only one edge of the Prolene and was especially
8    prominent when viewed with polarized light.
9          A   That's what it says.
10         Q   "Measured against a 5-0 Prolene control, this
11   segment had 54 percent strength remaining. Light
12   microscopy evaluation of this strand revealed surface
13   cracking identical to Sample No. 1," right?
14         A   That's what it says.
15         Q   If you go to the document dated March 5th --
16   March 25th, 1983. March 25th, 1983.
17         MR. HUTCHINSON: And this is all within
18   Exhibit 21?
19         MR. THORNBURGH: Examination of -- yep.
20   Examination of 5-0 and 6-0 cardiovascular
21   Prolene sutures.
22         THE WITNESS: Yep, here it is.
23         Q   (By Mr. Thornburgh) There were nine samples
24   that were submitted. Three of them had been stored in

Page 332

1    formalin from the time of removal from the patient; the
2    others had been allowed to dry. Do you see that?
3          A   I do.
4          Q   So the others weren't stored in formalin at
5    all, correct?
6          A   I don't think we can say that for sure based
7    on the way that's written.
8          Q   It says three of the nine had been stored in
9    formalin from the time of removal from the patient.
10   The others all -- had all been allowed to dry.
11         A   Correct. It doesn't say -- it doesn't say
12   they were never stored in formalin and were allowed to
13   dry. It just says that they were allowed to dry.
14         Q   Well, "The dry samples were examined dry
15   (in air). The wet samples were examined mounted in the
16   formalin in which they were stored." Right? And you
17   see that they are -- the observations show some cracks
18   on some of these nine explants?
19         A   Correct.
20         Q   The general observations and conclusions on
21   the next page was that, "Sutures kept in the wet state
22   do not exhibit cracks. Upon drying, cracks appear.
23   This was actually observed happening by drying the
24   six-year wet on the microscope stage. It is obvious

Page 333

1    that the severity of the cracks is related to the
2    implantation time." Do you see that?
3          A   That's what it says.
4          Q   Now, you've seen the dog study where cracks
5    were observed on both the dry and undry samples, right?
6          A   Yes, I've seen -- yes, we've seen cracks on
7    many of the seven-year dog study samples.
8          Q   And the researchers in the dog study said
9    unequivocally that sample preparation did not cause the
10   cracking, right? Do you recall seeing that in the
11   five-year study?
12         A   I don't recall. I'm not disputing that
13   that's what was written.
14         Q   You're not going to offer -- you're offering
15   opinions that cracking -- or drying or analyzing wet
16   samples somehow creates artifact?
17         A   I'll say I think it's noteworthy that on
18   several occasions, Ethicon saw cracks develop when
19   samples dried.
20         Q   Do you know why that was?
21         A   Well, one theory would be if it's a
22   formalin-fixed crust and it's allowed to dry and shrink
23   in air, you might get cracking.
24         Q   What's the refraction index of the media

84 (Pages 330 to 333)

Steven B. MacLean, Ph.D., P.E.

Page 334

1  that's used in scanning electron microscopy or
2  microscopy? How does that influence the ability to
3  observe the physical characteristics on top of a
4  suture; do you know?
5      MR. HUTCHINSON: Objection. Compound
6  question.
7      THE WITNESS: I'm not sure what you mean
8  by "refractive index" and with regard to SEM,
9  so maybe you could just orient me a little
10  bit more.
11      Q   (By Mr. Thornburgh) Do you know what -- what
12  is a refractive index of scanning electron microscopy?
13      A   Refractive index is a -- is a material
14  property. So that basically dictates how light gets
15  diffracted and scattered when light hits a sample.
16  It's like tensile strength of material. It's a
17  physical material property of a material or sample. It
18  has nothing to do with the actual microscopic
19  equipment.
20      Q   But my question is, the media -- the medium
21  that's used or the solution that's used, if it's a wet
22  sample, can impact your ability to observe the surface
23  layer as a result of this refractive index. You've
24  experienced that, right?

Page 335

1      A   If you're --
2      MR. HUTCHINSON: Object to form.
3      THE WITNESS: No, I have not experienced
4  that in SEM. I have not.
5      Q   (By Mr. Thornburgh) If you see on May 2nd,
6  1984 --
7      A   Just give me a page.
8      Q   It's the -- it doesn't have page numbers.
9  Somehow it didn't print with the Bates numbers.
10      MR. HUTCHINSON: How come this doesn't
11  have Bates numbers on it?
12      MR. THORNBURGH: It just didn't print
13  with them. I don't know.
14      MR. HUTCHINSON: But these are
15  documents part of the --
16      MR. THORNBURGH: These are documents
17  pulled out of Ethicon's file.
18      Q   (By Mr. Thornburgh) May 2nd, 1984, the
19  summary evaluation of surface cracking and tensile
20  strengths. Do you see that 1 to 5 -- Samples 1 through
21  5 were received by Dr. Bellingham, Stanford University
22  Medical Center, and had Prolene suture in residence for
23  one to two months [sic] to four years three months
24  postop, sizes were 3-0 and 4-0?

Page 336

1      A   Correct. That's what it says.
2      Q   "Subsequently, sutures were examined by light
3  microscopy while wet and dry. Histological
4  preparations of Prolene cross-sections in tissue were
5  stained in phloxine." What's phloxine?
6      A   Phloxine, I believe, is some other type of
7  staining medium.
8      Q   Stained in phloxine and examined for
9  cracking. "Sample 1 through 5 showed no surface
10  cracking in light microscopic examinations of both
11  explanted sutures or histological sections. Sample 6
12  displayed severe cracking of a 3 to 4.5 micron layer as
13  measured in histological cross-sections.
14      "The average breaking strength remaining for
15  sizes 3 was 76.5 percent (range 47 to 93 percent) and
16  for size 4.0 was 98.25 (range was 86 to 110 percent)
17  when compared to similar size controls. Only one
18  length of 5-0 Prolene was available for tensile
19  strength measurements, indicating a 76 percent strength
20  remaining for the seven-year specimen."
21      So you see for all of these specimens, there
22  was a range, some of which went as low as 47 percent,
23  right?
24      A   Correct. For 3-0, that's correct.

Page 337

1      Q   The "Methods" section on the next page, "Each
2  tissue specimen was removed from the formalin solution
3  and rinsed with distilled water. Samples remained wet.
4  Prolene suture was carefully dissected out of the
5  tissue specimens and kept wet in distilled water until
6  examination could be performed."
7      And they were submitted to histological
8  preparations. Do you see that?
9      A   (No verbal response.)
10      Q   If you turn the page, it shows the results
11  from the tensile strength that was remaining.
12      MR. HUTCHINSON: Objection. Compound
13  question.
14      Q   (By Mr. Thornburgh) We're talking about the
15  same -- the same explanted material. And it shows that
16  the range was 47 to 110 percent, right?
17      MR. HUTCHINSON: Same objection.
18      THE WITNESS: Correct.
19      Q   (By Mr. Thornburgh) Do you see where it
20  says, "Phloxine stain had completely penetrated the
21  cracked layer"? We're talking about section --
22  histological section of Sample 6, which was the
23  severely cracked explant. "A cracked surface layer
24  measuring 3 to 4.5 microns was seen, accounting for

85 (Pages 334 to 337)

Golkow Technologies, Inc. - 1.877.370.DEPS

Steven B. MacLean, Ph.D., P.E.

| Page 338 | Page 340 |
|---|---|

**Page 338**

1  approximately 8.5 of the total cross-sectional area.
2  This layer was birefringent when examined under
3  polarized light microscopy.  Phloxine stain had
4  completely penetrated the cracked layer."
5     A   Sure.  If phloxine stain has an affinity for
6  proteins, then it doesn't surprise me.
7     Q   "Particles of blue dye were evident within
8  the cracked layer."  Do you see that?
9     A   I do.
10    Q   Have you seen this before today?
11    A   I have.  Just not fresh in my memory, but I
12  definitely have.
13    Q   "There was evidence [sic] of migration of
14  particles from the cracked surface layer into the
15  surrounding tissue."
16        You've seen that in Dr. Iakovlev's studies
17  where you can actually see in some photomicrographs the
18  dye pigments outside of the cracked layer, right,
19  that's moved out of the Prolene into the tissue?  Have
20  you seen those?
21    A   I have and I --
22        MR. HUTCHINSON:  Object to form.
23  Compound question.
24        THE WITNESS:  I have and I explained to

**Page 339**

1     you that when you look at those micrographs
2     carefully, that -- two things.  He's imaged
3     it using polarized light, and we've
4     demonstrated that you can get a false bark
5     appearance that will include the dyes in that
6     appearance, in that false bark, from our
7     work.
8         And in addition to that, you see a
9     gradient of those particles across this
10    so-called bark or crust layer.  So there's --
11    at least there's a -- even if it's not false
12    bark, which I believe it is, that's still
13    unexplained to me that a large portion of
14    that thickness is pigment free.
15    Q   (By Mr. Thornburgh)  Here we have Ethicon's
16  internal scientist doing the same histopathology of
17  explanted Prolene sutures as Dr. Iakovlev has done.
18  They're seeing --
19    A   I would not characterize it as --
20    Q   They're seeing --
21        MR. HUTCHINSON:  Guys, guys, excuse me.
22    I think -- let Dan finish his question.
23        THE WITNESS:  Sure.
24    Q   (By Mr. Thornburgh)  They're seeing that

**Page 340**

1  phloxine stain is completely penetrating the cracked
2  layers, they're seeing particles of blue dyes in --
3  within the cracked layer, and there was no evidence of
4  migration of particles from the cracked surface layer
5  into the surrounding tissue.
6        Under "Discussion," it says, "In this study,
7  it was shown that 5-0 Prolene suture in residence
8  within a human vascular graft for seven years displayed
9  surface cracking.  The depth of the cracking in Sample
10  No. 6 was 3 to 4.5 microns in thickness, consistent
11  with other specimens.  Additional evidence from a
12  seven-year specimen suggests no increase in thickness
13  of the cracked layer over time."  And then just read
14  the next sentence for me.
15        MR. HUTCHINSON:  Object to form.
16    Q   (By Mr. Thornburgh)  "The cracked layer
17  appeared blue in gross specimens and blue dye particles
18  were evident in histology [sic] sections of the layer.
19  This would indicate that the layer is dyed Prolene
20  polymer and not an isolated protein coating on the
21  strands."  Did I read that correctly?
22    A   You did.  However, the phloxine itself could
23  be giving a blue hue.  We -- that has not been
24  described as to what the typical observation is in

**Page 341**

1  terms of the hue that results from the phloxine stain.
2  So -- and as a matter of fact, the way that it's worded
3  there might even suggest that appeared blue in gross
4  specimen and blue dye particles were evident.
5    Q   The blue particles were seen within the
6  cracked layer, right?  I mean, I don't understand how
7  you -- are you suggesting that these scientists for
8  Ethicon somehow misunderstood or misinterpreted their
9  histopathology?
10        MR. HUTCHINSON:  Object to form.
11        THE WITNESS:  They very well may have.
12    We've talked about the micrograph artifacts
13    that you can create from the -- certain
14    microscopy techniques.
15        If you read my report, you also will see
16    that I talk about smearing, okay?  And
17    smearing is nothing more than a boundary
18    condition effect where material on the edge
19    of the cut, if you do a microtoming, might
20    smear back on top of itself or smear past the
21    original specimen.
22        So you -- we can't rule out, based on
23    what's ruled here, that it isn't a microscopy
24    artifact, and we can't rule out that there

Steven B. MacLean, Ph.D., P.E.

Page 342

```
 1    was smearing involved.
 2        Q   (By Mr. Thornburgh)  Well, these scientists
 3    certainly believed that the cracked layer, which had
 4    these blue dye -- which had the blue particles within
 5    the cracked layer, was that -- they concluded that it
 6    was the Prolene polymer that had degraded on the
 7    surface of the fiber and not isolated protein?
 8        MR. HUTCHINSON:  Object to form.
 9        THE WITNESS:  Where do you see that they
10    say degraded?
11        Q   (By Mr. Thornburgh)  I mean, you understand
12    what they're seeing -- or talking about here, right?
13    Look at the histopathology microphotographs.  They're
14    analyzing these specimens, the cross-sections of the
15    fibers, and they -- there's this crust or this bark on
16    the outer layer.
17        A   Correct.
18        Q   And they're trying to determine if it's -- if
19    it is degraded Prolene or protein.  And what their
20    analysis found or what they concluded from their
21    analysis, which included staining and microscopy, was
22    that the cracked layer appeared blue in gross specimens
23    and blue dye particles were evident in the sections of
24    the layer that -- which degraded.  And so --
```

Page 343

```
 1        A   Is there a question?
 2        Q   So this would indicate, according to these
 3    researchers, that the layer is dyed Prolene polymer and
 4    not an isolated protein coating on the strands.  Do you
 5    disagree with these scientists at Ethicon as well?
 6        MR. HUTCHINSON:  Object to form.
 7        THE WITNESS:  I disagree.
 8        MR. HUTCHINSON:  Compound question.
 9        MR. THORNBURGH:  Let me ask a better
10    question.
11        Q   (By Mr. Thornburgh)  You understand that
12    their --
13        MR. HUTCHINSON:  Is that withdrawn?
14        MR. THORNBURGH:  I'll withdraw it.
15        MR. HUTCHINSON:  All right.
16        Q   (By Mr. Thornburgh)  You understand that
17    their conclusion is that this cracked degraded layer
18    that they see on the surface of the fiber, the outer
19    layer of the fiber, is degraded polypropylene because
20    they can see the blue dye particles within the cracked
21    layer?
22        A   Correct.  Correct.  Can I answer the
23    question?
24        Q   Do you disagree --
```

Page 344

```
 1        MR. HUTCHINSON:  Actually, yeah, you can
 2    answer the question, so finish answering the
 3    question.
 4        MR. THORNBURGH:  I said, "Do you
 5    understand that," and he said, "Yes."
 6        MR. HUTCHINSON:  Hey, Dan, the witness
 7    is going to finish answering his question.
 8    Go, Dr. MacLean.
 9        THE WITNESS:  Yes, I understand.
10    However, we have clearly demonstrated they
11    use polarized light here.  You can actually
12    see they've got -- labeled it "polarized
13    light."  If you view these microtome images
14    with polarized light, you can create the
15    exact same artifact, artificial artifact,
16    artificial false mark as what they're
17    describing there.  You can see hue changes
18    and you can see this shadowing effect that
19    takes place that gives appearance of a bark
20    layer.  So we have proven that, yes, they
21    could have misinterpreted those artifacts for
22    something that really wasn't there.
23        MR. THORNBURGH:  Well, that's not --
24        MR. HUTCHINSON:  I'm sorry.  Are you
```

Page 345

```
 1    finished?
 2        THE WITNESS:  I'm finished.
 3        Q   (By Mr. Thornburgh)  Well, they also found
 4    that there was a corresponding loss in tensile
 5    strength.
 6        A   I just explained to you that when you
 7    plasticize things -- let me take you to my report
 8    because I spelled it out in stage there.
 9        On page 43 of my report, I take the reader
10    through an original material that's not plasticized, in
11    terms of its tensile properties, to a typical
12    plasticized polymer in the -- in the figure below it.
13        And I've noted three things that we've been
14    talking about all day:  an increase in
15    ductility/toughness, a reduction in modulus, which was
16    the initial slope of those curves, and a slight
17    reduction or a modest reduction in decreased -- or a
18    decrease in breaking strength.  So I'm telling you
19    right here that the loss in tensile strength that you
20    keep describing is accounted for by the material being
21    plasticized.
22        Q   What plasticized it?  What -- how do you --
23    what evidence do you have that the material that these
24    scientists at Ethicon were looking at had plasticized?
```

87 (Pages 342 to 345)

Steven B. MacLean, Ph.D., P.E.

Page 346

1      A   Dr. Jordi proved it in the Bellew data.  He
2  proved it beyond any doubt with his pyro-MS data that
3  he was able to pull out aliphatic ester molecules from
4  the mesh.  And we know basic fundamental polymer
5  science is that those molecules will plasticize -- will
6  plasticize Prolene and polypropylene.
7      Q   How do they plasticize polypropylene?
8      A   They get inside of the polypropylene matrix
9  or the Prolene polymer matrix and they act as a local
10  lubricant, so polymer chains can now slide past one
11  another readily, and that is basically a softening of
12  the material.  And that's exactly what we see here as a
13  result of -- the physical properties that we see are a
14  direct result of that mechanism.
15      Q   Did you do any tensile testing of the
16  intentionally oxidized Prolene samples that you looked
17  at?
18      A   We did not pull them in tension, correct.
19      Q   Why not?
20      A   Didn't have to.  That wasn't part of our
21  study.
22      Q   Did you do any GPC analysis to see if there's
23  a loss in molecular weight?
24      A   No.

Page 347

1      Q   One of the documents you discuss -- well,
2  has -- Ethicon was continuing to do internal studies
3  where their scientists were concluding that the mesh
4  had -- the explanted Prolene had degraded, right?
5      A   Yes, despite the data to the contrary.
6      Q   And outside of Ethicon, there were
7  independent scientists who were also analyzing mesh
8  explants or Prolene or polypropylene explants, correct?
9      A   Yes, there was mesh studying going on outside
10  of Ethicon.
11      Q   Celine Mary, have you reviewed her
12  publication?
13      A   I have.
14      Q   Do you recall what specimen was analyzed by
15  Mary and her colleagues?
16          (Exhibit 22 marked for identification.)
17      Q   (By Mr. Thornburgh)  I'll show you.  See the
18  "Materials" section on the bottom right-hand corner of
19  the article?
20      A   Yes.
21      Q   Okay.  And it says that they analyzed PVDF
22  sutures and Prolene sutures manufactured by Ethicon,
23  right?
24      A   Correct.

Page 348

1      Q   And they implanted them in dogs and they
2  explanted them at two intervals, Year 1 and Year 2?
3      A   Correct.
4      Q   They performed FTIR analysis, right?
5      A   They did.
6      Q   They performed scanning electron microscopy
7  analysis, right?
8      A   Yes, there are SEM micrographs in the
9  literature.
10      Q   They did histology, a histology study; is
11  that right?  I think it's just discussing the cleaning
12  process, right?
13      A   Yes, they did a histological study.
14      Q   And in their FTIR analysis where they looked
15  at mesh explants -- well, strike that.
16          If you turn to page 202, again, this is
17  Prolene, this is the same material in the TVT device,
18  right?
19      A   That's what it says; it says Prolene.
20      Q   Same material that was tested by Jongebloed
21  and the same material that Ethicon's internal
22  scientists have been studying this entire time, right?
23      A   That's what's reported.
24      Q   And Mary and her colleagues found that,

Page 349

1  "After one and two years of implantation, the surface
2  of retrieved and cleaned PVDF sutures did not appear to
3  be substantially modified.  In contrast, the
4  polypropylene sutures explanted one and two years
5  postoperatively showed evidence of surface
6  deterioration, characterized by uniformly spaced
7  circumferential cracking and peeling and flaking of the
8  polymer material in the outmost surface layer," right?
9      A   Correct.  All visual observations of just
10  cracking, correct.
11      Q   And what -- what's your opinion that was
12  observed -- what were they observing here of this
13  material that was cracking and peeling and flaking off
14  of the surface of the Prolene?
15      A   What is my opinion of what?
16      Q   Yeah.  Do you have an opinion as to what
17  these scientists were observing in 1996 -- or 1998
18  during the one- and two-year explant studies?
19      A   That they see an outer layer that has cracks
20  in it.
21      Q   And they concluded that that cracked outer
22  layer was degraded polypropylene, right?
23          MR. HUTCHINSON:  Object to form.
24          THE WITNESS:  Correct.

88 (Pages 346 to 349)

Steven B. MacLean, Ph.D., P.E.

Page 350

1    Q    (By Mr. Thornburgh)  Degraded Prolene?
2    A    Correct, again, based on this premise that
3 the carbonyl functionality is only indicative of
4 oxidation.
5    Q    If you turn the page, it says, "It has been
6 known that polypropylene is susceptible to degradation
7 by several different initiation phenomena, including
8 thermal, mechanical, photochemical, radiation,
9 biologic" --
10    A    I'm sorry, where are you?
11    Q    On page 203.  Strike it.  I'll withdraw that
12 question.
13    A    Okay.
14    Q    So do you disagree with -- you disagree with
15 their conclusions, right?  If you look at the
16 "Conclusions" section, "Visual evidence of surface
17 degradation was observed at one and two years for the
18 polypropylene," which was the Prolene, "but not the
19 PVDF sutures"?
20        MR. HUTCHINSON:  Object to form,
21    compound question.
22    Q    (By Mr. Thornburgh)  "This stress cracking
23 phenomenon is believed to be associated with the
24 distinct skin-core two-phase structure of oriented

Page 351

1 polypropylene monofilaments" --
2        MR. HUTCHINSON:  I'm sorry, Dan, are you
3    finished?
4    Q    -- "and points to the likelihood of PVDF
5 having superior biostability to Prolene" -- "to
6 polypropylene over the long term."  Do you disagree
7 with those conclusions?
8        MR. HUTCHINSON:  Object to form.
9    Q    (By Mr. Thornburgh)  The conclusion is that
10 the polypropylene, the Prolene, had degraded after one
11 and two years, right?
12    A    Correct, and --
13        MR. HUTCHINSON:  Object to form.
14        THE WITNESS:  They're making that
15    assessment, they're drawing that conclusion
16    based on visual observations.  I can't look
17    at a fiber -- I can't look at any material
18    and, just because it's cracking, say it's
19    degraded.  We've talked about that all day
20    long.
21    Q    (By Mr. Thornburgh)  Well, they also did
22 scanning electron microscopy.
23    A    Correct.  It's the same -- it's the same
24 argument.

Page 352

1    Q    And they found 1740 carbonyl band.
2    A    Right, which we've talked about all day, that
3 there are other reasons why that peak can show up.  And
4 moreover, that peak shows up in the seven-year dog
5 study at seven years, and we know it has no net effect
6 on the bulk physical properties.
7        So it completely contradicts what they're
8 saying here.  They're saying that oxidation of
9 polypropylene or Prolene translates into reduction in
10 material properties.  The seven-year dog study
11 completely refutes that.  We have the carbonyl peak in
12 that -- in that study at seven years.  We have the same
13 micrographs with all the transverse grafting, and the
14 physical properties are well within intact.  As a
15 matter of fact, they're getting better.
16        So you can't marry those two things, you
17 can't marry those two concepts and say it's degraded,
18 but yet my properties are being maintained or
19 improved.
20    Q    Well, scientists outside of Ethicon have been
21 studying the loss of the tensile strength in
22 degraded -- in explanted polypropylene, including
23 Prolene, and had found that there was significant
24 tensile strength --

Page 353

1    A    There's no --
2        MR. HUTCHINSON:  I'm sorry.  Objection.
3    Compound question.
4    Q    (By Mr. Thornburgh)  You -- I mean, you've
5 seen -- I mean, if you look at --
6    A    There's no --
7        MR. HUTCHINSON:  I'm sorry.  Hey, guys,
8    stop it.
9    Q    (By Mr. Thornburgh)  If you look at the Mary
10 article --
11        MR. HUTCHINSON:  Dan, did you withdraw
12    that last question?
13        MR. THORNBURGH:  Yeah.
14    Q    (By Mr. Thornburgh)  If you look --
15        MR. THORNBURGH:  Yes.
16    Q    (By Mr. Thornburgh)  If you look at the Mary
17 article again, if you look on page 203, "In recent
18 in vitro and in vivo studies, we have examined the
19 physicochemical properties, ease of handling, and
20 biocompatibility of a new vascular suture made out of
21 PVDF.  Compared with polypropylene, the PVDF
22 monofilament suture showed better long-term stability
23 in vitro by retaining 92.2 percent of the initial
24 tensile strength over a nine-year period, whereas

89 (Pages 350 to 353)

Golkow Technologies, Inc. - 1.877.370.DEPS

Steven B. MacLean, Ph.D., P.E.

Page 354

1  polypropylene retained only 53.4 percent." That's --
2  what is --
3      MR. HUTCHINSON: Sorry. Is that a
4  question?
5      THE WITNESS: Is that a question?
6  Q   (By Mr. Thornburgh) I mean, that's -- so
7  these scientists outside of Ethicon have found that the
8  property -- the properties do change and the tensile
9  strength does decrease in explanted degraded
10 polypropylene sutures.
11     A   Show me the allegation where somebody is
12 saying loss in tensile strength is causing these
13 methods to be defective.
14     MR. HUTCHINSON: All right, guys, I want
15 to ask the videographer how long we've been
16 on the record.
17     MR. THORNBURGH: I've got one minute it
18 says.
19     MR. HUTCHINSON: No, I'm asking the
20 videographer.
21     THE VIDEOGRAPHER: I have to add it up
22 and we'll waste time doing it.
23     MR. HUTCHINSON: Okay, you've got one
24 minute?

Page 355

1      MR. THORNBURGH: I'm going to ask two --
2  yeah, I'm just --
3      MR. HUTCHINSON: Okay.
4      MR. THORNBURGH: I'm not going to --
5  Q   (By Mr. Thornburgh) So you also -- in your
6  report, you disagree with the findings of Clave, right?
7  There you are, right there, 24.
8      A   I don't -- I --
9      MR. HUTCHINSON: I'm going to object to
10 the form to the extent that the findings of
11 Clave is unclear.
12     Q   (By Mr. Thornburgh) The conclusions of
13 Dr. Clave that the explanted -- the -- strike that.
14     You disagree with the conclusions by Clave
15 and his colleagues --
16     A   I don't. Let's be --
17     Q   -- that the mesh that was explanted from
18 these women had degraded, mesh explants?
19     A   Let's be clear about this.
20     MR. HUTCHINSON: Object to form.
21     THE WITNESS: I disagree with his use of
22 degradation because he's again ascribing it
23 to the fact that he just sees cracking. And
24 we've already talked about the fact that just

Page 356

1  because you see cracking doesn't mean that
2  the underlying polymer is degraded.
3      And secondly, if you look at his
4  ultimate conclusion, is that he was not able
5  to determine either way whether the material
6  was truly oxidizing. So -- and that is in
7  lockstep with what I'm telling you, is that
8  there are other reasons why these carbonyl
9  functional groups may be present aside from
10 oxidation.
11     He realizes that and that's why he's
12 very careful. There have been people that
13 have taken his literature and taken his
14 findings out of context and saying it's
15 degrading, it's oxidizing. He did not say
16 that, if you read that document properly.
17 Q   (By Mr. Thornburgh) In the Costello --
18     MR. HUTCHINSON: Dan, is this the last
19 question?
20     MR. THORNBURGH: Last question.
21 Q   (By Mr. Thornburgh) In the Costello article,
22 the Costello publication, "Characterization of
23 heavyweight and lightweight polypropylene prosthetic
24 mesh explants from a single patient," you've analyzed

Page 357

1  that, right?
2      A   I have.
3      Q   And I'm trying to understand what your --
4      MR. HUTCHINSON: Last question.
5      Q   (By Mr. Thornburgh) Is your opinion that --
6  maybe it's both. Is your opinion that Costello is
7  wrong in his analysis that these -- that this
8  polypropylene material degraded, or is your opinion
9  that this polypropylene material degraded but it wasn't
10 Prolene?
11     A   Well, let's start -- let's go backwards.
12 There's certainly no -- there's certainly no indication
13 that he's testing Prolene, so I think -- I guess we can
14 short-circuit this. Whatever conclusions he's drawing
15 on his polypropylene, we can't say carry over one for
16 one with the Prolene material.
17     Q   Doctor --
18     MR. HUTCHINSON: Dan, that was your last
19 question. Do you have one more? I'll do it
20 as a courtesy to you. I'll allow you one
21 more question, and then that's it.
22     Q   (By Mr. Thornburgh) We've gone through a lot
23 of publications. We've gone through a lot of internal
24 documents. Is it a fair summary of your opinions that

90 (Pages 354 to 357)

Steven B. MacLean, Ph.D., P.E.

Page 358

1    the peer-reviewed publications that we've reviewed,
2    Clave, Costello, Mary, that those peer-reviewed
3    publications that we've reviewed, the authors in those
4    studies reached conclusions that were incorrect or
5    wrong because they somehow misunderstood the behavior
6    of Prolene material in the in vivo environment?
7        MR. HUTCHINSON: Object to form.
8        THE WITNESS: I would say that there's
9    a -- there's a couple of issues with how you
10   just tried to summarize it. Let me try to
11   clean it up.
12       First of all, we just talked about
13   Clave, and there's nothing in his journal
14   article ultimately that is inconsistent with
15   I've been telling you in terms of other
16   reasons why the carbonyl formation --
17   carbonyl functionality could be present.
18       As for the other pieces of literature,
19   many of them don't take on Prolene, the
20   specific composition and formulation of
21   Prolene, in their studies. So you need to be
22   careful with that data.
23       And the one that does mention Prolene --
24   I think it was the Wood article. You know,

Page 359

1    we just talked about that. And she focuses
2    in on the visual observations of cracking and
3    equating that -- wrongfully equating that to
4    degradation and then simply keying on the
5    carbonyl functionality as evidence of
6    oxidation, which we've talked about is not
7    the sole reason you would have a carbonyl
8    present in the IR spectra.
9        So that's my summary of those four.
10   Q   (By Mr. Thornburgh) The internal
11   documents --
12       MR. HUTCHINSON: Dan --
13       MR. THORNBURGH: Just real quick.
14       MR. HUTCHINSON: Dan --
15   Q   (By Mr. Thornburgh) What is your
16   disagreement --
17       MR. HUTCHINSON: Dan --
18   Q   -- with the internal Ethicon scientists?
19       MR. HUTCHINSON: Excuse me, Dan. Is
20   this your last question?
21       MR. THORNBURGH: Yeah. I'm just trying
22   to --
23       MR. HUTCHINSON: Now why should I
24   believe you?

Page 360

1        MR. THORNBURGH: This is it.
2        MR. HUTCHINSON: Okay. You promise?
3        MR. THORNBURGH: I'm just trying to
4    summarize this -- yep, promise.
5    Q   (By Mr. Thornburgh) What's -- so we've
6    talked about the outside scientists, the external
7    scientists who published -- who published their
8    research. But what about the internal Ethicon
9    scientists, what is your disagreement with their
10   conclusions from 1983 up until '87, at least -- or,
11   sorry, '92, that the Prolene degraded in vivo?
12       MR. HUTCHINSON: Objection. Overly
13   broad, compound.
14       THE WITNESS: You just have to look at
15   the totality of the data, and maybe nobody at
16   Ethicon had ever done that, looked at the big
17   picture and pulled all the data in and
18   synthesized it perhaps to the extent that I
19   did. When you look at it, at the very at the
20   end of the day, molecular weight is not
21   changing. So therefore, by definition, we
22   are not having bulk physical property
23   degradation or bulk physical property -- bulk
24   polymer degradation. Excuse me.

Page 361

1        And then all of the key physical
2    properties that you want for this mesh, in
3    terms of being flexible and in terms of being
4    pliable and having a lot of ductility and
5    stretchiness to it, if you will, are all
6    being maintained and improved.
7        So like I said before, this carbonyl
8    that everyone has been focusing on, at the
9    end of the day, it doesn't matter because
10   you've got a -- you've got a material and
11   you've got a mesh that's maintaining or
12   improving all of its key physical properties
13   after seven years.
14   Q   (By Mr. Thornburgh) In the dog study?
15       MR. HUTCHINSON: Dan, that's it. I'm
16   holding you to your promise. We'll take a
17   quick break and then I've got some
18   questions.
19       THE VIDEOGRAPHER: We are now going off
20   the video record. The time is currently
21   7:11 p.m.
22       (Recess taken.)
23       THE VIDEOGRAPHER: We are now back on
24   the video record. The time is currently

91 (Pages 358 to 361)

Steven B. MacLean, Ph.D., P.E.

Page 362

1      7:20 p.m.
2          EXAMINATION
3   BY MR. HUTCHINSON:
4      Q   Dr. MacLean, my name is Chad Hutchinson.  I'm
5   counsel for Ethicon.  I have a couple of follow-up
6   questions for you.
7          You were asked by Mr. Thornburgh questions
8   about polypropylene and your prior work experience with
9   polypropylene.  Do you remember those questions?
10     A   I do.
11     Q   Tell us about your academic studies about
12  polymers.
13     A   Sure.  So I have two advanced degrees in
14  polymers, one at the master's level, one at the
15  doctor's -- doctorate level.  Both of those advanced
16  degrees, my chosen field of study was polymers, which
17  would include -- a subset of that would include
18  thermoplastic materials, which is what polypropylene
19  is.  So I've studied the -- at the academic level, I've
20  studied the structure, property, synthetics, the
21  chemistry of that material, as well as sister polymers
22  to polypropylene.
23     Q   And when you say "sister polymers," what do
24  you mean by "sister polymers"?

Page 363

1      A   I'm talking about linear thermoplastic
2   materials.  That can be -- some of them can be
3   semi-crystal and some of them can be amorphous.  We've
4   heard terms like ABS, polycarbonate, nylon, polyester,
5   polyethylene, polypropylene.  Those are all
6   thermoplastic polymers.
7      Q   And have you studied the synthesis of
8   polymers?
9      A   I have.
10     Q   Have you studied the manufacture of polymers?
11     A   I have.
12     Q   Have you studied the performance of polymers?
13     A   I have.
14     Q   And does all that work describe your --
15  strike that.
16         Does all that work you describe relate to
17  polypropylene?
18     A   It does.
19     Q   How so?
20     A   Well, because polypropylene, again, is one of
21  the many materials in the engineering thermoplastic
22  category, and the basic prevailing structure property
23  relationships would apply to polypropylene and all the
24  other sister polymers that I just talked about.

Page 364

1      Q   And when you talk about the prevailing
2   structure property relationships, tell us what you mean
3   by that.
4      A   Well, if you look at the molecular
5   architecture of the polymer molecule, it gives you --
6   just by looking at it, it gives you a sense of what its
7   physical properties will be in terms of its melt
8   temperature, its glass transition temperature, what
9   type of mechanical properties I might be able to afford
10  from it.
11         Some of these sister polymers that we've
12  talked about are aromatic, they're bigger, they're
13  bulkier in structure, they give you more strength and
14  more stiffness.  Whereas polypropylene is a fairly
15  linear, nonaromatic, it's called an aliphatic polymer,
16  and it has its physical properties based on its
17  structure.
18     Q   Dr. MacLean, what is a nonlinear arophatic
19  [sic] polymer?
20     A   I'm sorry, I missed your question.
21     Q   A nonlinear --
22     A   Aromatic?
23     Q   -- aromatic polymer.
24     A   Well, an aromatic polymer is something that

Page 365

1   has benzene rings in it.  We've all seen those
2   six-sided hexagons in some of these chemical
3   structures.  That gives the backbone of the polymer
4   some additional steric hindrance and some additional
5   size and bulk, and that translates into bulk physical
6   properties.  Polypropylene doesn't have those
7   structures and therefore has its own set of unique
8   properties.
9      Q   Why doesn't polypropylene have those
10  structures?
11     A   Based on the way it's synthesized, just based
12  on the way the monomers are chosen to make those
13  particular polymers.
14     Q   Dr. MacLean, tell us about your prior work of
15  analyzing polypropylene in different applications.
16     A   Yeah, sure.  There are several polypropylene
17  applications that I've analyzed.  And again, some of
18  this work is proactive, some of this work is reactive,
19  failure analysis, root cause investigations.  I've been
20  working on one project right now for the last few years
21  involving polypropylene in pressure vessels.  So this
22  would be another glass-filled material that we talked
23  about earlier, has a polypropylene base resin, and
24  there's actually potable chlorinated water on the

Steven B. MacLean, Ph.D., P.E.

Page 366

1  inside of these vessels. And one of the mechanisms
2  that we were on the lookout for as a potential
3  degradation mechanism is oxidation due to the chlorine
4  environment in the water. There are other -- there are
5  other examples, as well, with polypropylene.
6      Q   Have you done any FMEA analysis?
7      A   Sure.
8      Q   What does that mean?
9      A   That stands for Failure Modes and Effects
10 Analysis.
11     Q   And have you done, Dr. MacLean, any failure
12 modes analysis of polypropylene?
13     A   I've done failure modes and effects analysis
14 on a number of different polymer systems, yes, or a
15 number of different components made out of polymers,
16 which would include polypropylene.
17     Q   And give us an example of that, please, sir.
18     A   Well, we're doing one, actually, right now.
19 We have a client that makes high-end plastic chairs out
20 of polypropylene. It's a calcium-filled polypropylene
21 material. It is -- some of their chairs are
22 underperforming in the field, and we're trying to use
23 the FMEA technique to understand why those failures are
24 occurring.

Page 367

1      Q   Dr. MacLean, have you studied the degradation
2  modes of the polymers that you're familiar about over
3  the last few years?
4      A   I have.
5      Q   And what are degradation modes?
6      A   Well, we talked about degradation all day
7  long, which is the physical breaking down of the
8  polymer chains, and there's a number of different
9  mechanisms that can get you there.
10     Q   Can you give us an example, please?
11     A   Sure. Well, we've talked about oxidation all
12 day long. That is one mechanism where you can have
13 energy coming into the polymer. In some cases, that
14 energy can be UV. You can have chemical energy coming
15 in from a chemical environment. You can have energy
16 coming in from thermal or heat environments.
17     Those energies coming into the polymer
18 will break the polymer backbone; and if oxygen species
19 are available, they will attach on to the polymer
20 backbone and cause the oxidation that we've been
21 talking about.
22     Q   And have you studied those degradation
23 mechanisms?
24     A   I have. And there's other ones that I

Page 368

1  haven't gotten to yet.
2      Q   I'm sorry.
3      A   No, that's okay. So another degradation
4  mechanism could be just thermal degradation, just too
5  much heat and chains break down. Another degradation
6  mechanism, or a cracking mechanism, I should say, is
7  environmental stress cracking, which I've studied
8  extensively.
9      Q   And, Dr. MacLean, are those degradation
10 mechanisms relevant to the work that you have done in
11 this litigation?
12     A   They are.
13     Q   Why?
14     A   Well, they've -- my knowledge with ESC -- and
15 just let me make sure I'm clear on that. That is not a
16 chain scission, that is not a chemical degradation
17 process. That is a physical process like we've talked
18 about all day long. But I've done extensive work with
19 ESC, and that experience and training has led me to the
20 determination that there's not ESC taking place in
21 these fibers.
22     Q   You were asked questions about whether you
23 have ever analyzed an explanted piece of mesh. Do you
24 remember that question?

Page 369

1      A   I do.
2      Q   Have you?
3      A   I have not.
4      Q   Why not?
5      A   I didn't think I needed to.
6      Q   Would that be necessary in reaching your
7  opinions in this litigation?
8      A   No. Because as we've talked about all day
9  long, to get to the data that you need to make these
10 determinations on whether oxidation is taking place or
11 some other mechanism is taking place, you have to take
12 these samples and analyze them with instrumentation.
13 And you're looking at surface layers and other physical
14 aspects that are on the microscale, and you just can't
15 pick up -- you can't make any of those determinations
16 with just putting it in this your hands or visualizing
17 it with your unaided eye.
18     Q   Would it be duplicative?
19     A   It would be duplicative because this whole
20 matter is data -- what I call data rich.
21     Q   And what do you mean by "data rich"?
22     A   There is data everywhere you look in terms of
23 molecular weight data, melting point data, strength,
24 elongation, modulus data. The list goes on and on.

93 (Pages 366 to 369)

Steven B. MacLean, Ph.D., P.E.

Page 370

1  FTIR data, et cetera.  So there's plenty of data that's
2  been generated that can be synthesized and reviewed.
3      Q   Would it be necessary to examine or analyze
4  an explanted piece of mesh in order to reach the
5  opinions you have in this litigation?
6      A   No.
7      Q   For the reasons we discussed?
8      A   For the reasons we discussed.
9      Q   You were asked questions about publishing
10  peer-reviewed literature about polypropylene.
11      A   Correct.
12      Q   Do you remember that?
13      A   Yes.
14      Q   Dr. MacLean, have you published peer-reviewed
15  literature about sister polymers?
16      A   I have.
17      Q   Is that relevant to a discussion about
18  polypropylene polymers?
19      A   It is.
20      Q   How so?
21      A   Like we just talked about, I mean, all of
22  these degradation mechanisms, the analytical tools that
23  everyone has used, the quantification of bulk
24  mechanical properties, et cetera, those will translate

Page 371

1  to all of the other polymers that we've talked about,
2  including polypropylene.
3      Q   Let's switch gears for a minute, okay?
4      A   Sure.
5      Q   You were asked questions by Mr. Thornburn
6  about whether lab notebooks were prepared in accordance
7  with GLP, or good laboratory practices.  Do you
8  remember that line of questioning?
9      A   I do.
10      Q   Did you personally prepare lab notebooks?
11      A   I did not personally prepare a lab notebook.
12      Q   Why not?
13      A   Because it was done for me at the -- at my
14  direction by Ms. Benight -- or Dr. Benight and the
15  Histion lab.
16      Q   Is that common practice?
17      A   It is.
18      Q   When you were asked whether you personally
19  kept a lab notebook for staining experiences --
20  experiments, what did you understand that question to
21  mean?
22      A   I thought --
23          MR. THORNBURGH:  Objection.
24          THE WITNESS:  I thought that question

Page 372

1  was directed at me personally, not at the
2  body of work that we did.
3      Q   (By Mr. Hutchinson) Did Dr. Benight maintain
4  lab notebooks?
5      A   She did.
6      Q   Is it common practice for Dr. Benight to
7  maintain lab notebooks?
8      A   It is.
9      Q   Are those lab notebooks that Dr. Benight
10  maintained in the file that was generated and given to
11  the plaintiff's lawyer before the deposition?
12      A   It was.
13      Q   And is that Exhibit 5 that is the flash
14  drive?
15      A   Correct.
16      Q   And did you give Exhibit 5 to the plaintiff
17  lawyers before this deposition started?
18      A   I did.
19      Q   And how many plaintiff lawyers have been here
20  during your seven hours of deposition?
21      A   There are two.
22      Q   Did those two plaintiff lawyers have the
23  opportunity to review the flash drive that you gave
24  them before this deposition started?

Page 373

1      A   They --
2          MR. THORNBURGH:  Objection.
3      Argumentative.  With all due respect, you
4      handed me a flash drive as we're doing the
5      deposition that contains hundreds of
6      material.
7      Q   (By Mr. Hutchinson)  You can answer.
8      A   We've been -- I've been being deposed with
9  breaks for the last seven-and-a-half hours.
10      Q   Okay.  Did you confirm that the Histion
11  quality control documents are in your file?
12      A   They are.
13      Q   And have those files been given to the
14  plaintiff lawyers?
15      A   They have.
16      Q   What is the Histion lab?
17      A   It is the lab that we used to perform the
18  histological staining that we've talked about.
19      Q   And have you used the Histion lab before?
20      A   Exponent has, yes, on several occasions.
21      Q   Why?
22      A   Because that is their expertise.
23      Q   Did the Histion lab follow its internal
24  quality control procedures when it performed the sample

94 (Pages 370 to 373)

Steven B. MacLean, Ph.D., P.E.

Page 374

1  preparation?
2      A   They did.
3      Q   What about the sample embedding?
4      A   Same answer, they did.
5      Q   Microtoming?
6      A   Yes, they did.
7      Q   Staining procedures?
8      A   Yes, they did.
9      Q   Dr. MacLean, do we have traceability between
10  the mesh used for the testing, the samples that were
11  prepared and stained, and the results that were
12  generated?
13     A   Yes, we do.
14     Q   How do you know that?
15     A   Because it's all in the documentation and
16  it's all with the file structure that we've created on
17  the folders.
18     Q   Would that be the same documentation that has
19  been given over to the plaintiff lawyers?
20     A   It has.
21     Q   Represented in Exhibit 5?
22     A   That is correct.
23     Q   Dr. MacLean, does the proper documentation
24  exist so that another scientist could repeat and verify

Page 375

1  your work?
2      A   Yes, absolutely.
3      Q   Dr. MacLean, have you maintained and
4  preserved all the samples from your testing?
5      A   We have.
6      Q   Let's talk about the SEMs for just a minute
7  that were done by Exponent on the oxidized samples,
8  okay?
9      A   Correct.
10     Q   Do you have an electronic version of the lab
11  notes that correspond to the work that was done?
12         MR. THORNBURGH:  Objection.
13         THE WITNESS:  Sorry, could you repeat
14     that?
15         MR. HUTCHINSON:  Yeah.
16     Q   (By Mr. Hutchinson)  Do you have an
17  electronic version of the lab notes that correspond to
18  the work that was done?
19     A   We have one-to-one correspondence between the
20  micrographs that we took and the samples that they came
21  from.
22     Q   And what does "one-to-one correspondence"
23  mean to you?
24     A   We can trace back from the actual fibers that

Page 376

1  were either chemically or UV oxidized all the way
2  through to the microtome samples that were stained and
3  imaged by optical microscopy.
4      Q   Why is -- is traceability important --
5      A   It is.
6      Q   -- to a -- excuse me.  Is traceability
7  important to a scientist like yourself?
8      A   It is.
9      Q   How so?
10     A   For the very reasons we talked about.  If
11  someone wanted to re-create your work and verify it,
12  you would want to have that traceability.  If you
13  wanted to go back and look and examine these things a
14  second or third time with a fresh set of eyes, you
15  would have that traceability.
16     Q   Dr. MacLean, let's talk about -- let's switch
17  gears for a minute.  You were asked early on in your
18  deposition whether or not you were an expert in
19  chemistry.  Do you remember that line of questioning?
20     A   I do.
21     Q   How do you define being an expert in
22  chemistry?
23     A   My definition is that you need to have
24  advanced degrees, specifically in chemistry, and then

Page 377

1  you would have to have a significant amount of training
2  and professional experience, as well, on top of that.
3      Q   Dr. MacLean, are you an expert in the
4  chemical interaction of polymers and organic material?
5      A   I am.
6         MR. THORNBURGH:  Objection.
7         THE WITNESS:  I am.
8      Q   (By Mr. Hutchinson)  How so?
9      A   Well, it's a combination of my specific
10  organic polymer training and courses that I've taken in
11  academia, and then in addition to the 20 plus years
12  I've been studying these materials.
13     Q   Is that the type of chemistry that you would
14  use and rely on in your work as a polymer scientist?
15     A   Yes.
16     Q   When we talk about ionic bonds forming
17  between two molecules, what does that mean to you?
18     A   It means that you typically have one molecule
19  that is either rich or deficient in electrons, and it
20  has either a positive or negative charge associated
21  with it, and it goes out and seeks other molecules with
22  the opposite charge and ionically bonds.
23     Q   Do you have to be an expert in chemistry to
24  understand that?

95 (Pages 374 to 377)

Steven B. MacLean, Ph.D., P.E.

Page 378

```
 1        A   No.  That is high school chemistry.  That's
 2   just an "ionic bond" definition, high school chemistry,
 3   first-year undergraduate chemistry classes.
 4        Q   Is that the type of chemistry that you work,
 5   as a polymer scientist -- is that the -- strike that.
 6            Is that the type of chemistry that you use in
 7   your practice as a polymer scientist at Exponent?
 8        A   Sure.  We look at ionic bonds, covalent
 9   bonds, things of that nature, correct.
10        Q   What about hematoxylin and eosin chemical
11   staining, are you familiar with that process?
12        A   I am.
13        Q   Are you qualified to give opinions about how
14   that chemical process works?
15        A   Yes.
16        Q   Why?
17            MR. THORNBURGH:  Objection.
18            THE WITNESS:  For the reasons we just
19        talked about.  Hematoxylin and eosin are
20        positively and negatively charged ionic
21        molecules, and they go out during the
22        staining process and they look for molecules
23        with opposite ionic charges to chemically
24        bond with, and those would be proteins that
```

Page 379

```
 1        both carry positive and negative charges.
 2        Q   (By Mr. Hutchinson)  Is this type of
 3   chemistry a basic understanding of polymer scientists?
 4        A   It is.  Ionic bonding is a basic chemistry
 5   topic.
 6        Q   And if the plaintiffs argue that you cannot
 7   discuss the testing because you're a, quote -- you're
 8   not, quote -- strike that.
 9            If the plaintiffs argue that you're not
10   allowed -- strike that.
11            If the plaintiffs argue that you cannot
12   discuss your testing because you said you're not an
13   expert chemist, would you agree with that?
14        A   I would --
15            MR. THORNBURGH:  Objection.
16            THE WITNESS:  I would disagree with
17        that.
18        Q   (By Mr. Hutchinson)  Why?
19        A   For the reasons we have talked about.  I
20   just -- I just explained to you the ionic bonding that
21   needs to take place for the stain to hold.
22            MR. THORNBURGH:  Chad --
23        Q   (By Mr. Hutchinson)  Is that --
24            MR. THORNBURGH:  -- quit leading your
```

Page 380

```
 1   witness, man.
 2        Q   (By Mr. Hutchinson)  Is that something that a
 3   polymer scientist like yourself should understand?
 4        A   Yes.
 5        Q   Let's look at Exhibit 7 for a minute.  Do you
 6   have Exhibit 7 in front of you?
 7        A   I do.
 8        Q   And if we look on maybe the sixth or seventh
 9   page in, under "Announcements," that includes a picture
10   of yourself, correct?
11        A   It does.
12        Q   And were you asked questions about this
13   paragraph?
14        A   I was.
15        Q   And you were asked questions about you
16   performing litigation and nonlitigation failure
17   analysis; is that right?
18        A   I was, correct.
19        Q   Do you recall being asked any questions by
20   the plaintiffs' lawyer about assisting industry clients
21   with product development?
22        A   I was not.
23        Q   Have you done that?
24        A   I have.
```

Page 381

```
 1        Q   Have you done that for medical devices?
 2        A   I have.
 3        Q   Have you done it for polypropylene medical
 4   devices?
 5        A   I have.
 6        Q   For example, what?
 7        A   Polypropylene syringes would be one of them.
 8        Q   Did that include the addition of ingredients
 9   to the base polymer, polypropylene?
10        A   Yes.  It would -- the analysis would include
11   the whole polymer formulation, which would include the
12   base polymer, polypropylene, and any additives that
13   might be put into the material.
14        Q   Is that similar to what we've discussed today
15   about the differences between Prolene and
16   polypropylene?
17        A   Yes.
18        Q   You were asked questions about your work for
19   other companies who were defendants in litigation.  Do
20   you remember that?
21        A   I do.
22        Q   Have you ever done any plaintiff expert work?
23        A   I have.
24        Q   You were asked questions about whether you
```

96 (Pages 378 to 381)

Steven B. MacLean, Ph.D., P.E.

Page 382

1    reviewed explants from 37 plaintiffs. Do you remember
2    that line of questioning?
3        A    I do.
4        Q    Do you know when those explants were divided
5    among the parties?
6        A    I do not.
7        Q    Did the plaintiffs' lawyer tell you they were
8    divided among the parties just days before expert
9    disclosures were due?
10       A    They did not.
11           MR. THORNBURGH:  Objection.
12       Mischaracterizes --
13       Q   (By Mr. Hutchinson)  How long --
14           MR. THORNBURGH:  -- the events.
15       Q    (By Mr. Hutchinson)  How long does it take to
16   clean an explant?
17       A    It can be a long time.
18       Q    Is cleaning an explant important?
19       A    It can be.
20       Q    Does it take more than two days?
21       A    It can.
22       Q    Why is cleaning an explant important?
23       A    Well, you want to remove any foreign tissue
24   or the formalin-fixed material that's on the outside of

Page 383

1    the Prolene.
2        Q    Did the plaintiffs' lawyers designate some
3    experts in this litigation?
4        A    They have.
5        Q    Did they designate polymer scientists just
6    like yourself?
7        A    They have.
8        Q    Did they designate two polymer scientists?
9        A    They did.
10       Q    Who did they designate?
11       A    Dr. Jordi and Dr. Guelcher.
12       Q    Did Dr. Jordi and Dr. Guelcher analyze any of
13   the 37 explants, to your knowledge, according to their
14   reports?
15       A    According to their reports, no, they did not.
16       Q    I want to ask you a very quick question about
17   the Wood article.  Does the Wood article use the word
18   "Prolene" in it?
19       A    It does not.
20       Q    Does the Wood article discuss Prolene?
21       A    It does not.
22       Q    What is the TVT mesh made up of in this
23   litigation?
24       A    Prolene.

Page 384

1        Q    You testified, when asked questions about the
2    Wood article, that there are other explanations such as
3    FAE.  Do you happen to remember that?
4        A    I do.
5        Q    What does FAE stand for?
6        A    General classification of fatty acid esters.
7        Q    What are fatty acid esters?
8        A    They're the molecules I've talked about all
9    day today.  It's an aliphatic tail with an ester
10   functionality at one end of the molecule.
11       Q    Do fatty acids and esters have C double bond
12   O's?
13       A    Yes, they do.
14       Q    What does it mean to have a C double bond O?
15       A    It means that you have a carbonyl group in
16   your molecule.
17       Q    And what's the significance of having a
18   carbonyl group in your molecule?
19       A    Well, because that can be -- that peak that
20   shows up with the ester can be in the same region as
21   where oxidation peaks up -- peaks show up in the IR
22   spectrum.
23       Q    Do you recall Mr. Thornburgh asking you
24   questions about Dr. Thames' testimony?

Page 385

1        A    Yes.
2        Q    Did the plaintiffs' lawyer give you a full
3    copy of Dr. Thames' transcript?
4        A    They did not.
5        Q    Would you like to have seen the entire
6    transcript before answering questions about what
7    Dr. Thames said?
8        A    It would have been helpful to reread portions
9    of it, yes.
10       Q    Did the plaintiffs' lawyer read only --
11           MR. THORNBURGH:  Objection, leading.
12       Come on.
13       Q    (By Mr. Hutchinson)  Did the plaintiffs'
14   lawyer read only a portion of the transcript to you or
15   the entire transcript?
16       A    Just a portion.
17       Q    Did the plaintiffs' lawyer show you any
18   exhibits that were used with the deposition of
19   Dr. Thames?
20       A    No.
21       Q    Let's change gears for a minute, and I want
22   to ask you a couple of questions about antioxidants,
23   okay?
24       A    Okay.

97 (Pages 382 to 385)

Steven B. MacLean, Ph.D., P.E.

Page 386

1    Q   And specifically I want to ask you questions
2  about primary and secondary antioxidants.
3    A   Okay.
4    Q   Does Ethicon put antioxidants in
5  polypropylene to make Prolene?
6    A   They do.
7    Q   What are the names of the two antioxidants
8  that they use?
9    A   They use Santanox R and DLTDP.
10   Q   Okay.  Which one is a hindered phenol?
11   A   The hindered phenol is Santanox R.
12   Q   What is a hindered phenol?
13   A   It's a bulky -- excuse me, a bulky molecule
14 that actually goes out and scavenges free radicals.
15   Q   What is a thioester?
16   A   A thioester is a secondary antioxidant.
17   Q   What is -- in this litigation, is DLTDP what
18 you would consider a thioester?
19   A   It is.
20   Q   What does it mean to be a thioester?
21   A   It means it goes -- that molecule goes out
22 and searches for peroxide-type molecules and
23 neutralizes them so they can't cause damage to the
24 underlying polymer.

Page 387

1    Q   The plaintiffs' lawyer asked you questions
2  about what Dr. Barbolt said in his deposition
3  testimony.  Do you remember that?
4    A   I do.
5    Q   Were you shown the full transcript of
6  Dr. Barbolt?
7    A   I was -- I was not.
8    Q   Did the plaintiffs' lawyer read selective
9  pages of Dr. Barbolt's transcript to you?
10   A   Yes.
11   Q   Do you remember the plaintiffs' lawyer asking
12 you about page 409 --
13   A   I do.
14   Q   -- of the transcript?
15   A   I do.
16   Q   Did the plaintiffs' lawyer show you 408 other
17 pages of the transcript?
18   A   They did not.
19   Q   Did the plaintiffs' lawyer show you any
20 exhibits that were used with Dr. Barbolt?
21   A   They did not.
22   Q   Did the plaintiffs' lawyer show you any
23 follow-up questions that Ethicon's lawyers asked of
24 Dr. Barbolt?

Page 388

1    A   No.
2    Q   Do you know how many days Dr. Barbolt was
3  deposed?
4    A   I do not.
5    Q   Did the plaintiffs' lawyer show you one day
6  or two days of his deposition?
7    A   I don't recall.
8    Q   Let's look at Exhibit 10 for me.
9    A   Okay.
10   Q   Are you there with me?
11   A   I am.
12   Q   Do you remember the plaintiffs' lawyer asking
13 you questions about this document?
14   A   I do.
15   Q   Let's look at the third paragraph, first
16 sentence.  It says, "Polymer degradation is a natural
17 phenomenon that cannot be totally stopped."  Do you see
18 that?
19   A   I do.
20   Q   Did I read that correctly?
21   A   You did.
22   Q   Do you remember the plaintiffs' lawyer asking
23 you questions about that paragraph?
24   A   I do.

Page 389

1    Q   Dr. MacLean, have you seen any evidence in
2  this litigation that Prolene mesh degrades in the body
3  over the lifetime of the patient?
4    A   I have not.
5    Q   Dr. MacLean, you were asked questions earlier
6  about whether or not you did any GPC analysis.  Do you
7  remember that question?
8    A   I do.
9    Q   What does GPC stand for?
10   A   Gel permeation chromatography.
11   Q   Did you do any gel permeation chromatography
12 to determine loss of molecular weight?
13   A   I did not.
14   Q   Why not?
15   A   For my experiments, it was not necessary.
16   Q   Why wasn't it necessary?
17   A   Because my experiments were focused on
18 determining whether oxidized or unoxidized Prolene
19 would actually stain in H&E staining.
20       MR. HUTCHINSON:  Let's go off the
21 record.  I think I'm about done.
22       THE VIDEOGRAPHER:  We are now going off
23 the video record.  The time is currently
24 7:47 p.m.

98 (Pages 386 to 389)

Steven B. MacLean, Ph.D., P.E.

Page 390

1     (Recess taken.)
2     THE VIDEOGRAPHER:  We are now back on
3  the video record.  The time is currently
4  7:49 p.m.
5     MR. HUTCHINSON:  Dr. MacLean, I don't
6  have any more questions.  Thank you for your
7  time.
8     THE WITNESS:  Okay.  Thank you.
9     FURTHER EXAMINATION
10 BY MR. THORNBURGH:
11    Q   All right, Doctor.  Doctor, what is
12 hematoxylin stain?
13    A   What is hematoxylin stain?
14    Q   Uh-huh.
15    A   It's an ionic stain that we talked about a
16 few minutes ago that has the ability to stain charged
17 particles, charged molecules.
18    Q   What are some examples of some charged
19 particles or charged --
20    A   Well, they're in the --
21    Q   -- molecules?
22    A   -- they're in the report.  There's proteins,
23 amino acids, polypeptides.  All of them that are found
24 naturally in the body have ionic charges to them.

Page 391

1     Q   Is it your understanding that hematoxin
2  [sic] --
3     MR. HUTCHINSON:  Hematoxylin.
4     Q   -- hematoxylin stains extracellular proteins?
5     A   It stains a specific protein with a negative
6  charge.
7     Q   What about extracellular proteins?
8     A   It would depend on the charge.
9     Q   What about cell membranes?  Doctor?
10    A   Yeah, I want to give you an answer that's
11 correct.
12    Q   Can you tell me off the top of your head?
13    MR. HUTCHINSON:  No, Dan, we're not
14 doing that.  He's -- the witness has told you
15 he's trying to give you an answer that's
16 correct.
17    Q   (By Mr. Thornburgh)  You still need some
18 time, Doctor?
19    A   Yes, I do.
20    No, eosin is the proper staining mechanism
21 for cellular membranes.
22    Q   You said -- what did you say?  I'm sorry.
23    A   Eosin.
24    Q   So it's your -- it's your opinion that

Page 392

1  hematoxylin does not stain cell membranes, correct?
2     A   According to my research, eosin stains
3  cellular membranes.  Cellular membranes have a positive
4  charge, and eosin is a negatively charged ion.
5     Q   Does it stain cytoplasmic components?
6     MR. HUTCHINSON:  Object to form.
7     THE WITNESS:  Eosin does.
8     Q   (By Mr. Thornburgh)  Okay, not hematoxylin?
9     A   If it has a negative -- if it has a negative
10 charge, if the ion that it's seeking out has a negative
11 charge, hematoxylin will be the compound that will
12 stain with it.  If it's seeking something that has a
13 positive charge, eosin will be the staining element
14 that will stain that --
15    MR. THORNBURGH:  We've got to change the
16 tape.
17    A   -- biological material.
18    MR. THORNBURGH:  We have to change the
19 tape.
20    THE VIDEOGRAPHER:  We are now going off
21 the video record.  The time is currently
22 7:52 p.m.  This is the end of Tape No. 6.
23    (Off the record.)
24    THE VIDEOGRAPHER:  We are now back on

Page 393

1  the video record with Tape No. 7.  The time
2  is currently 7:55 p.m.
3     Q   (By Mr. Thornburgh)  Doctor, before we went
4  off the record, we were talking about the types of
5  biologic material that is stained by hematoxylin.  Does
6  hematoxylin stain nuclei?  Can you tell me without
7  looking at the report?
8     A   I can.  It does.
9     Q   What about DNA -- or, sorry, strike that.
10    What about amino acids?
11    A   It depends on the charge in the amino acids.
12 There can be amino acids that have positive charges,
13 there can be amino acids that have negative charges,
14 and their respective staining element will take care of
15 the positive or negative ionic bonds that are in those
16 amino acids.
17    Q   What is the role of mordants in the
18 histological stains?
19    A   It's a bridge for hematoxylin.
20    Q   A bridge -- can you explain that a little
21 bit?
22    A   Sure.  So hematoxylin converts to hematin,
23 and then you need the mordant from hematin to actually
24 cause the ionic bond to take place, which is a positive

99 (Pages 390 to 393)

Steven B. MacLean, Ph.D., P.E.

Page 394

1  charge, the cation, to actually wind up combining with
2  a negative molecule, negatively charged molecule that
3  it's trying to stain.
4      Q   Is polypropylene charged?
5      A   It is not. It's not ionically charged.
6      Q   What is it charged by?
7          MR. HUTCHINSON:  Object to form.
8          THE WITNESS:  It's not charging
9  anything. I'm just trying to stay within the
10  confines of staining, ionic staining. And
11  polypropylene, nor oxidized polypropylene,
12  and Prolene and oxidized Prolene, none of
13  them are ionic in nature.
14     Q   (By Mr. Thornburgh)  Do you have any
15  references that you rely on for that?
16     A   It is fundamental polymer science that those
17  are not ionic molecules.
18     Q   Is it your -- I'm trying -- I'm just trying
19  to understand your opinions. Is it your opinion that
20  substances only possess -- substances that only possess
21  a charge can stain?
22     A   An ionic charge. It has -- it's seeking out
23  molecules that are either in surplus or are deficient
24  with electrons. And polypropylene, as a molecular

Page 395

1  structure, is not deficient in electrons, nor does it
2  have a surplus of electrons in its -- in its neat
3  state, N-E-A-T, state.
4      Q   Do you routinely use histological staining?
5      A   I do not.
6      Q   When was the last time, other than this case,
7  that you asked for or ordered some H&E staining to be
8  done of explanted specimens?
9      A   This was the first time that I've actually
10  done that, and that's exactly why we went to a
11  third-party lab that specializes in it.
12     Q   Defense counsel asked you or discussed with
13  you questions I asked or -- strike that.
14         Defense counsel asked you whether I had only
15  read an excerpt of Dr. Thames's deposition testimony.
16  Do you recall that?
17     A   I do.
18     Q   Defense counsel had an opportunity to correct
19  any perceived misinformation or inaccurate information
20  on direct examination, but he didn't ask you a single
21  question or show you a single excerpt from the Thames
22  deposition transcript, did he?
23     A   He did not.
24     Q   Same with Dr. Barbolt, he had an opportunity

Page 396

1  to show you some transcript testimony from Dr. Barbolt
2  to demonstrate that somehow I had misled you or
3  misrepresented something to you, but he did not ask you
4  or show you any transcript testimony from Dr. Barbolt,
5  did he?
6      A   He did not.
7      Q   When was the last time you actually performed
8  GPC analysis?
9      A   Me personally or used it as a tool in one of
10  my investigations?
11     Q   You personally.
12     A   Personally was probably in graduate school.
13  But I've used that tool for the last 20 years in
14  polymer investigations.
15     Q   When was the last time you cleaned -- strike
16  that.
17         When was the last time you dissolved tissue
18  from an explanted medical device, in other words,
19  cleaned it with some type of reagent?
20     A   I have not -- I have not cleaned tissue from
21  an explanted medical device.
22     Q   When was the last time you performed DSC
23  testing?
24     A   Personally?

Page 397

1      Q   Yes.
2      A   Again, probably in graduate school is when I
3  last ran the instrumentation. I run DSC on polymer
4  samples, you know, weekly -- weekly and monthly,
5  rather.
6      Q   When was the last time you performed FTIR
7  analysis outside of this case?
8      A   Probably the same answer. Probably graduate
9  school when I last had my hands on the instrumentation.
10  And again, that's a technique that -- and a tool that
11  we use in polymer science on a weekly/monthly basis on
12  all of our investigations.
13     Q   And graduate school was 18, 20 years ago?
14     A   No, no.
15     Q   Fifteen years ago?
16     A   2004 through 2007.
17     Q   Now, defense counsel had represented that the
18  division of certain TVT explants occurred right before
19  expert disclosures were due. You have no idea when
20  expert disclosures were due, correct?
21     A   I have no idea.
22     Q   You have no idea and didn't know that the
23  plaintiffs' disclosures were due before the
24  plaintiffs' -- before the defendant's disclosures were

100  (Pages 394 to 397)

Steven B. MacLean, Ph.D., P.E.

|  | Page 398 |
|---|---|

1  due right around the time of the division, you had no
2  idea about that, right?
3      A   I had no idea.
4      Q   And do you understand that Dr. Ong, an
5  Exponent employee, an expert in mesh litigation, is the
6  doctor that actually went up to Toronto and divided the
7  TVT meshes?
8          MR. HUTCHINSON: Object to form.
9          THE WITNESS: I'm not aware of that.
10  I'm not aware of that.
11     Q   (By Mr. Thornburgh)  And Dr. Ong is your
12  colleague, right?
13     A   He is my -- he in an Exponent employee,
14  correct.
15     Q   You know Dr. Ong, right?
16     A   I know him.
17     Q   He doesn't live -- he practices out of the
18  Philadelphia office.  You're in the, what, Maryland
19  office?
20     A   My office is in Bowie, Maryland, correct.
21     Q   How far is -- that's a -- that's a train
22  ride, right?
23     A   You can -- you can travel it by train.
24     Q   And Dr. Ong didn't reach out to you and ask

|  | Page 399 |
|---|---|

1  you if you could conduct -- strike that.
2          Defense counsel, Chad or other lawyers for
3  Ethicon, never reached out to you to ask you if you
4  could conduct either the cleaning of the mesh TVT
5  specimens or the analysis of the TVT specimens,
6  correct?
7      A   No one reached out to me to do that work,
8  correct.
9      Q   This is despite the fact that Dr. Ong, your
10  colleague at Exponent, did the division?
11     A   As reported by you.
12     Q   Have you looked at the expert report of
13  Dr. Thames?
14     A   In this matter?
15     Q   Yes.
16     A   I have not.
17     Q   And you know Dr. Thames is in Mississippi,
18  right?
19     A   I do.
20     Q   So Dr. Ong shipped the mesh TVT specimens
21  from Philadelphia to Jackson, Mississippi; is that
22  your -- that's where Dr. Thames lives?
23          MR. HUTCHINSON: Object to form.
24          THE WITNESS: I have no idea if any

|  | Page 400 |
|---|---|

1  goods were transferred.  I have no idea about
2  that.
3      Q   (By Mr. Thornburgh) Defense counsel asked
4  you --
5          (Interruption in the proceedings and
6      discussion off the written record.)
7      Q   (By Mr. Thornburgh) Defense counsel
8  asked you about -- asked questions that I had
9  asked you about, and he said, "Do you remember when
10  Mr. Thornburgh asked you if you ever represented -- or
11  have ever been retained as an expert on behalf of
12  plaintiffs?"  Do you remember that question?
13     A   I do.
14     Q   And you said yes?
15     A   I did.
16     Q   But when you testified -- your testimony
17  during my cross-examination was that, yes, you had
18  represented plaintiffs, but those plaintiffs were
19  corporate plaintiffs, correct?
20     A   Correct.  Both of those answers are true.
21     Q   You never represented a plaintiff who had
22  been harmed by a corporate defendant?
23          MR. HUTCHINSON: Object to form.
24          THE WITNESS: I have not been retained

|  | Page 401 |
|---|---|

1  by a firm that has been hired to represent an
2  individual plaintiff.
3      Q   (By Mr. Thornburgh) I looked at the Exhibit
4  No. 5, which was the thumb drive --
5      A   Correct.
6      Q   -- and I still couldn't find the lab
7  notebooks from any of your --
8      A   It's in the -- it's in the histology folder.
9      Q   Okay.  So Dr. Beright's [sic] --
10     A   Benight.
11     Q   -- Benight's lab notebooks are in your
12  folder -- are in that folder?
13     A   Correct.  There's a lab notebook -- there's
14  an electronic version of our lab notebook as well as a
15  log of the -- all of the micrographs that were taken.
16          MR. HUTCHINSON: Just let the record
17      reflect that the receptionist has come in and
18      advised that they're trying to turn the
19      lights off.  So, Dan, I'm going to ask that
20      you please speed up the process if you have
21      any more questions.  Do you have any more
22      questions?
23          MR. THORNBURGH: Let me just look at my
24      notes, buddy.

101 (Pages 398 to 401)

Steven B. MacLean, Ph.D., P.E.

Page 402

1          MR. HUTCHINSON: Okay.
2     Q    (By Mr. Thornburgh) Couple more questions.
3  I think your testimony was that the ionic bond science
4  that you used in this case is basic science that's
5  performed by high-schoolers?
6          MR. HUTCHINSON: Object to form,
7  mischaracterizes --
8     Q    (By Mr. Thornburgh) Or learned in high
9  school?
10         MR. HUTCHINSON: Dan, we don't have time
11 to mischaracterize testimony.
12         MR. THORNBURGH: I'm not. That's what
13 the testimony is.
14         MR. HUTCHINSON: The receptionist has
15 asked that we leave because they're trying to
16 turn the lights off. So would you please
17 rephrase.
18         MR. THORNBURGH: These are direct to --
19 these are --
20         MR. HUTCHINSON: Would you please
21 rephrase your question.
22    Q    (By Mr. Thornburgh) Your testimony, I
23 believe, was that high-schoolers learn about ionic
24 bonds, it's basic chemistry.

Page 403

1     A    Ionic bonds are in basic chemistry books,
2  textbooks, classes, et cetera, yes.
3     Q    And when was the last time you -- when was
4  the last time you -- did you learn ionic bonds in high
5  school?
6     A    Yeah.
7     Q    Okay.
8     A    In high school chemistry, sure.
9     Q    Did you take college chemistry?
10    A    I did.
11    Q    Was that --
12    A    Several courses in high school -- excuse me,
13 in college-level chemistry.
14    Q    I'm sorry, several courses?
15    A    Several courses in college-level chemistry,
16 correct.
17    Q    And did those courses deal with ionic bonds
18 of hematoxylin or eosin?
19    A    Not specifically those two compounds, but
20 you're talking about a bond chemistry that's just
21 fundamental to chemistry.
22    Q    And the reason why -- I think you testified
23 the reason why you sent the mesh explants to this third
24 party was because you haven't done H&E staining, right?

Page 404

1     A    I have personally not done it, correct.
2     Q    Do you know what's involved with the H&E
3  staining process?
4     A    Sure. It's listed in my report. There's a
5  complete sequence of the H&E staining.
6     Q    I understand that. I also know you had help
7  with other folks at Exponent, and I'm not faulting you
8  for that --
9          MR. HUTCHINSON: Hey, guys, hold on a
10 minute.
11    Q    -- but do you -- do you know the --
12         MR. HUTCHINSON: Do you have a question,
13 Dan?
14         MR. THORNBURGH: Yeah.
15    Q    (By Mr. Thornburgh) Do you -- what is the --
16         MR. HUTCHINSON: All right, well, state
17 your question.
18    Q    (By Mr. Thornburgh) What is the process that
19 was performed or is performed in H&E staining of
20 explanted polypropylene -- I'm sorry, of pristine
21 degraded polypropylene mesh?
22         MR. HUTCHINSON: Object to the form.
23         THE WITNESS: I'm just going to --
24         MR. HUTCHINSON: Been asked and

Page 405

1  answered.
2          THE WITNESS: I'm just going to wind up
3  reading the process that's clearly outlined
4  in our report.
5          MR. THORNBURGH: Okay.
6          THE WITNESS: If you'd like me to do
7  that, I will.
8     Q    (By Mr. Thornburgh) Is that a process that
9  you learned through this third party?
10    A    Yes, absolutely.
11    Q    So they -- you called them up and asked them
12 what the process was?
13    A    It was a bit more -- it was a bit more to it
14 than that. We gave them the staining protocol that
15 Dr. Iakovlev had used, and we said, "Can you create a
16 staining process that mimics what he did," and that's
17 what they did for us.
18    Q    Are there different -- I'm almost done. Are
19 there different types of H&E staining?
20    A    There are.
21    Q    And what are the different types of H&E
22 staining?
23    A    I'm not -- I'm not sure. I just know that
24 there are different variants of hematoxylin, for

Steven B. MacLean, Ph.D., P.E.

Page 406

1    example.
2        Q   Do you know what variant was used by
3    Dr. Iakovlev?
4        A   I believe -- I believe he used a water-based,
5    and then I believe we used an alcohol-based.
6        Q   And what would -- do you know what the --
7    why -- strike that.
8            So you believe he used a water-based and your
9    third party used an alcohol-based?
10       A   That's what I believe, correct.
11       Q   And do you know why this third party that you
12   retained to help you with this analysis did an alcohol
13   base rather than a water base?
14       A   Because that's the type of -- those are the
15   specific H&E stains that they have and they use on
16   site.
17       Q   Do you know what would -- could have been
18   different had you used the same H&E staining that was
19   used by Dr. Iakovlev?
20       A   My understanding, there would be no
21   difference.
22       Q   Why do -- why do -- strike that.
23           Why do some labs use alcohol-based H&E
24   staining versus water stain?

Page 407

1        A   I think it's just a matter of what chemistry
2    that you decide to use in your lab.  All of these
3    stains that -- these number of different stains exist.
4    Some labs use Stain A; some labs use Stain B.
5        Q   Did you ask this third-party lab to use the
6    same H&E staining that was used by Dr. Iakovlev?
7        A   I did not.  We asked them if we -- if
8    we [sic] thought it was going to have any meaningful
9    impact on the experiment or the results, and they
10   assured us the answer was no.
11           MR. HUTCHINSON:  Dan, any other
12   questions?  I'd like to be courteous to our
13   receptionist.
14           MR. MORRIS:  Yeah, we do.  Let's go off
15   the record for two minutes.
16           MR. HUTCHINSON:  You do have questions?
17           MR. MORRIS:  Maybe one more.
18           MR. HUTCHINSON:  All right, well, I want
19   to -- I just want to make the record to
20   reflect the receptionist has asked that we
21   leave multiple times, and we're trying to be
22   courteous to the receptionist.
23           THE VIDEOGRAPHER:  We are now going off
24   the video record.  The time is currently

Page 408

1    8:11 p.m.
2        (Off the record.)
3            THE VIDEOGRAPHER:  We are now back on
4    the video record.  The time is currently
5    8:12 p.m.
6        Q   (By Mr. Thornburgh)  The H&E slides that were
7    created, were those done originally on unstained
8    charged or uncharged slides?
9        A   I believe the slides were charged, slightly
10   charged.  That's why you get some degree of adhesion
11   between the microtome sample and the glass prior to
12   putting them in the baths.
13       Q   So yours were charged?
14       A   I believe so.
15       Q   Okay.  And do you know what Dr. Iakovlev's
16   were?
17       A   I don't recall.
18       Q   Would it impact the results if Dr. Iakovlev
19   used uncharged stains and you used charged?
20       A   Not that we've been advised by the
21   laboratory.
22       Q   Is that a question that you asked the
23   laboratory?
24       A   We asked them the general question, giving

Page 409

1    the protocol that Dr. Iakovlev had presented to us,
2    whether there would be any meaningful differences
3    between the two, and they assured us the answer was no.
4        Q   What's the purpose of uncharged versus
5    charged slides?
6        A   What's the purpose?
7        Q   Yeah.
8            MR. HUTCHINSON:  Object to form.
9        Q   (By Mr. Thornburgh)  What's the significance
10   in H&E staining of degraded polypropylene of using
11   uncharged versus charged slides?
12       A   I don't see how there's any significance to
13   that.
14           MR. HUTCHINSON:  Any other questions,
15   Dan?
16       Q   (By Mr. Thornburgh)  And did you say that
17   this third-party lab's protocols are all produced in
18   Exhibit No. 5?
19       A   Yeah, and they're also in the report.
20           MR. THORNBURGH:  Okay, no questions.
21           MR. HUTCHINSON:  No questions?  Thanks.
22           FURTHER EXAMINATION
23   BY MR. HUTCHINSON:
24       Q   Dr. MacLean, I have one follow-up question.

103 (Pages 406 to 409)

Steven B. MacLean, Ph.D., P.E.

## Page 410

1  Could Dr. Iakovlev take your samples and try to stain
2  them on his own?
3      A  He could.
4      MR. HUTCHINSON: Okay. I don't have any
5  questions. Thank you so much.
6      MR. THORNBURGH: Could Dr. Iakovlev take
7  your samples and try to stain them on his
8  own?
9      MR. HUTCHINSON: Yeah.
10     MR. THORNBURGH: I don't understand the
11  question. How --
12     MR. HUTCHINSON: Okay. Well, I'm not
13  asking you the question. Do you have any
14  further questions?
15     MR. THORNBURGH: No.
16     MR. HUTCHINSON: All right.
17     THE VIDEOGRAPHER: We are now going off
18  the video record. The time is currently
19  8:15 p.m. This is the end of Tape No. 7 and
20  the end of the deposition.
21     (Deposition concluded at 8:15 p.m.)
22
23
24

## Page 411

1      C E R T I F I C A T E
2
3  STATE OF GEORGIA
4  COUNTY OF COBB
5
6      I, MICHELLE M. BOUDREAUX, do hereby certify
7  that STEVEN MACLEAN, Ph.D., P.E., the witness whose
8  deposition is hereinbefore set forth, was duly sworn by
9  me and that such deposition is a true record of the
10  testimony given by such witness.
11
12      I further certify that I am not related to
13  any of the parties to this action by blood or marriage
14  and that I am in no way interested in the outcome of
15  this matter.
16
17      IN WITNESS WHEREOF, I have hereunto set my
18  hand this 1st day of October 2015.
19
20      _____
       MICHELLE M. BOUDREAUX, RPR
21
22
23
24

## Page 412

1          INDEX
2
3        EXAMINATIONS
4  Examination by Mr. Thornburgh ................ 7
5  Examination by Mr. Hutchinson ................ 362
6  Further Examination by Mr. Thornburgh ........ 390
7  Further Examination by Mr. Hutchinson ........ 409
8          - - -
9        EXHIBITS
10 Exhibit              Page
11 Exhibit 1 ........................................ 8
      Notice of Videotaped Deposition Pursuant to
12    Rule 30 and Dcoument Requests Pursuant to Rule
      34 of Steven B. Maclean, Ph.D., P.E.
13
      Exhibit 2 ........................................ 9
14    MacLean Expert Reports (binder)
15 Exhibit 3 ........................................ 9
      Deposition Materials, September 29, 2015
16    (binder)
17 Exhibit 4 ........................................ 10
      1980s Microcrack Committee Documents (binder)
18
      Exhibit 5 ........................................ 10
19    Thumb drive
20 Exhibit 6 ........................................ 12
      Exemplar TVT mesh
21
      Exhibit 7 ........................................ 33
22    FAPSIG Newsletter, May 2012
23
24

## Page 413

1      INDEX (Cont'd)
2
3  Exhibit              Page
4  Exhibit 8 ........................................ 101
      Article, "Materials characterization and
5    histological analysis of explanted
      polypropylene, PTFE, and PET hernia meshes
6    from an individual patient" (Wood, et al.)
7  Exhibit 9 ........................................ 152
      February 2003 email chain with attachments
8    (ETH.MESH.02268618, etc.)
9  Exhibit 10 ........................................ 174
      Equistar Technical Tip, "Additives:
10   Antioxidants"
11 Exhibit 11 ........................................ 176
      September 30, 1987 letter to Dr. A.J. Melveger
12   from D.F. Burkley
13 Exhibit 12 ........................................ 187
      Article, "Mechanical and biochemical effects
14   of man-made fibres and metals in the human
      eye, a SEM-study (Jongebloed, et al.)
15
      Exhibit 13 ........................................ 205
16   November 13, 1984 letter to Dr. J. McDivitt
      from Daniel F. Burkley
17
      Exhibit 14 ........................................ 230
18   Ethicon, ERF Accession No. 85-219, Project No.
      16102 (September 20, 1988)
19
      Exhibit 15 ........................................ 232
20   August 10, 1990 letter to Kren Braun from
      E. Lindemann
21
      Exhibit 16 ........................................ 236
22   May 30, 1985 letter to Kronenthal, Lilenfeld,
      and Marshall from Cholvin
23
24

Steven B. MacLean, Ph.D., P.E.

Page 414

```
 1              INDEX (Cont'd)
 2
 3    Exhibit                    Page
 4    Exhibit 17 ...................................... 256
         Seven Year Data for Ten Year Prolene Study:
 5       ERF 85-219
 6    Exhibit 18 ...................................... 270
         Seven Year Dog Study (composite exhibit, white
 7       binder)
 8    Exhibit 19 ...................................... 307
         November 5, 1984 letter to Dr. A.J. Melveger
 9       from Peter Moy, Ph.D.
10    Exhibit 20.......................................
      (inadvertently not marked for identification)
11
      Exhibit 21 ...................................... 326
12       March 23, 1983 letter to Dr. A. Lunn from
         B. Matlaga
13
      Exhibit 22 ...................................... 347
14       Article, "Comparison of the In Vivo Behavior
         of Polyvinylidene Fluoride and Polypropylene
15       Sutures Used in Vascular Surgery"
         (Mary, et al.)
16
17
18
19
20
21
22
23
24
```

Page 415

```
 1         ERRATA SHEET FOR THE TRANSCRIPT OF:
 2    Case Name:  In Re:  Ethicon Pelvic Repair System
 3    Deposition Date:  September 29, 2015
 4    Deponent:  Steven B. MacLean, Ph.D., P.E.
 5    Pg.  Ln.  Now Reads     Should Read   Reason
 6    ___  ___  _____  _____  _____
 7    ___  ___  _____  _____  _____
 8    ___  ___  _____  _____  _____
 9    ___  ___  _____  _____  _____
10    ___  ___  _____  _____  _____
11    ___  ___  _____  _____  _____
12    ___  ___  _____  _____  _____
13    ___  ___  _____  _____  _____
14    ___  ___  _____  _____  _____
15    ___  ___  _____  _____  _____
16    ___  ___  _____  _____  _____
17    ___  ___  _____  _____  _____
18
19              _____
                  Signature of Deponent
20
21
      SUBSCRIBED AND SWORN BEFORE ME
22    THIS _____ DAY OF _____ 20___.
23    _____
      (SIGNATURE OF NOTARY PUBLIC)
24    MY COMMISSION EXPIRES:_____
```

Golkow Technologies, Inc. - 1.877.370.DEPS