# EXHIBIT D

*Polymer Science and Materials Chemistry*



# Wave 1 Supplemental Report
# Dr. Steven MacLean

**United States District Court**
**For The Southern District Of**
**West Virginia**
**Charleston Division**

## This document relates to:
**Ethicon Inc.,**
**Pelvic Repair System**
**Products Liability Litigation**



## Wave 1 Supplemental Report
## Dr. Steven MacLean

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF**
**WEST VIRGINIA**
**CHARLESTON DIVISION**

Prepared for

Chad R. Hutchinson
Butler Snow LLP
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158-6010

Prepared by

Exponent
17000 Science Drive
Suite 200
Bowie, MD 20715

March 22, 2016

© Exponent, Inc.

# Contents

|  | Page |
|---|---|
| **List of Figures** | **iv** |
| **List of Tables** | **vii** |
| **Limitations** | **viii** |
| **Steven MacLean, Ph.D., P.E. Biography** | **1** |
| **Introduction** | **4** |
| Motivation | 4 |
| PROLENE Mesh and Sutures | 4 |
| PROLENE Composition | 5 |
| Hematoxylin and Eosin (H&E) Stain | 5 |
| **Experimental Investigation of the Capacity of PROLENE and Oxidized PROLENE to Accept H&E Stain** | **8** |
| Sample Preparation Prior to Sectioning | 9 |
| Exemplar PROLENE Samples | 9 |
| Chemically Oxidized PROLENE Samples | 9 |
| QUV-Oxidized PROLENE Samples | 10 |
| Fetal Bovine Serum (FBS) Coated PROLENE Samples | 10 |
| Histology Sample Preparation | 12 |
| Results | 12 |
| Scanning Electron Microscopy of PROLENE and Polypropylene Samples | 12 |
| Fourier Transform Infrared Spectroscopy (FTIR) Analysis of Intentionally Oxidized Samples | 22 |
| Intentionally Oxidized PROLENE TVT and Hernia Mesh Devices, Sutures, and Polypropylene Pellets Were Not Stained by the Hematoxylin & Eosin Dyes | 23 |
| Imaging Artifacts | 28 |
| Thickness Variation and Stain Pooling | 29 |
| Polarizing Artifact | 31 |
| Mechanical Behavior of PROLENE Fibers | 32 |
| **Conclusion and Opinions** | **33** |

**Appendix A: Histology Protocols**                                                  **35**

   Paraffin-embedded samples                                          35

   Resin-embedded samples                                             37

**Appendix B: Steven MacLean, Ph.D., P.E. CV**                                      **38**

   Professional Profile                                               38

      Academic Credentials and Professional Honors      39

      Licenses and Certifications                       39

      Publications                                      39

      Presentations                                     40

      Prior Experience                                  41

      Professional Affiliations                         41

**Appendix C: Testimony of Steven MacLean, Ph.D., P.E.**                            **42**

**Appendix D: List of Documents Reviewed**                                          **43**

   Literature                                                         43

   Production Materials                                                56

   Bellew Case Materials                                              63

      Expert Reports                                    63

      Depositions                                       64

      Trial                                             64

      Miscellaneous                                     64

   Huskey Case Materials                                              64

      Depositions                                       64

      Expert Reports                                    65

**Appendix E: Compensation**                                                        **70**

**Appendix F: Study Images**                                                        **71**

# List of Figures

Page

Figure 1.    Amino acids that contain a net positive or negative charge.    7

Figure 2.    SEM images of pristine untreated samples. Left column: samples intended for paraffin mounting, sectioning, and staining as part of following Dr. Iakovlev's protocol. Right column: samples intended for resin mounting, sectioning, and staining.    13

Figure 3.    SEM image of a representative pristine TVT mesh sample prior to being subjected to Dr. Iakovlev's histological processing protocol.    14

Figure 4.    SEM images of chemically treated samples. Left column: samples intended for paraffin mounting, sectioning, and staining per Dr. Iakovlev's protocol. Right column: samples intended for resin mounting followed by staining with H&E.    15

Figure 5.    SEM images of an area of a TVT device after exposure to chemical treatment.    16

Figure 6.    SEM images with corresponding EDS analysis areas performed on TVT Device 3859228 #1 after chemical treatment." (a) SEM image of mesh, (b) 500× magnification of mesh fiber, (c) EDS elemental profile of mesh fiber surface, (d) EDS elemental profile of light-colored crystals.    17

Figure 7.    SEM images of QUV-oxidized TVT Device 3859228 #1 resin sample. Left: representative overall image at 30× magnification. Right: representative images at 100× magnification.    18

Figure 8.    SEM images of representative areas of QUV-oxidized samples. Left column: samples intended for paraffin mounting, sectioning, and staining according to Dr. Iakovlev's protocol. Right column: samples intended for resin mounting. Longitudinal and radial cracks are observed over the entire surface.    19

Figure 9.    SEM images of serum-coated samples. Left column: samples intended for paraffin mounting, cross-sectioning, and staining according to Dr. Iakovlev's protocol. Right column: samples intended for resin embedding. Green arrows indicate examples of proteinaceous coating and cracks within the coating.    20

Figure 10.    SEM images of polypropylene pellets intended for paraffin mounting. (a) Pristine sample, (b) chemically oxidized sample, and (c) serum-coated sample.    21

Figure 11.   SEM images of polypropylene pellets intended for resin mounting. (a) Pristine sample, (b) chemically oxidized sample, and (c) serum-coated sample. Samples intended in for resin mounting. ....... 21

Figure 12.   FTIR spectra of a pristine (untreated control) TVT mesh sample, QUV-treated sample, and chemically treated sample. Bands consistent with –OH groups (~3000 cm$^{-1}$ – 3500 cm$^{-1}$) and C = O groups (1600 cm$^{-1}$ – 1760 cm$^{-1}$) are observed in the treated samples but not in the pristine samples. ....... 22

Figure 13.   Processed and sectioned tissue that has been subjected to the staining protocol and is modified by the H&E stain. Representative images of rabbit tissue embedded in paraffin (left) and resin (right) are shown. ....... 23

Figure 14.   Serum-coated PROLENE fibers. (a) Paraffin embedded and (b) resin embedded are from TVT devices. (c) Resin embedded is from a hernia device. All samples were subjected to the staining protocol. ....... 24

Figure 15.   Blue granules from a PROLENE fiber are visible within the protein-rich serum coating, giving the illusion of stained PROLENE. ....... 25

Figure 16.   Pristine mesh fiber embedded in paraffin and subjected to Dr. Iakovlev's protocol (left). Pristine mesh fiber embedded in Technovit resin and subjected to staining (right). Both samples show an absence of H&E dye being absorbed. ....... 25

Figure 17.   Cobalt-based crystallites adhered to the fiber surface are observed to be pink prior to being exposed to stain and after being stained. ....... 27

Figure 18.   Cobalt-based crystallites are lodged between fibers. A bright field image is shown (left) as well as an image of the same fibers under cross-polarized light (right). ....... 27

Figure 19.   QUV-oxidized PROLENE fibers with several cracks embedded in paraffin. No staining is evident. Mesh fibers are shown under bright field light (a) and (b) and illuminated under cross-polarized light (c). ....... 28

Figure 20.   Same micrograph image of pristine PROLENE shown on two different computer monitors. A photograph of the image on the screen of monitor 2 was taken to preserve the observed pink coloring artifact. ....... 29

Figure 21.   Potential formation mechanism of pooling artifact. A mesh fiber (A) can encounter the microtome blade at an angle (B), forming a section with an angled ledge (C), under which stain can pool (D) and give the appearance of true staining (E). ....... 30

Figure 22.   Example of stain pooling is shown. A fiber cross section from a pristine TVT mesh, not expected to stain, is shown with different planes of focus. For image (a), the plane nearest the reader is in focus. For image (b), the stain pooled underneath the fiber is in focus. ....... 30

Figure 23.   Pristine, nonoxidized PROLENE mesh after staining with H&E. Image (a) was obtained without polarized light. Images (b) and (c) were acquired with polarized light.                                                                                        31

# List of Tables

Page

Table 1.    PROLENE Samples for Sectioning                                          11

# Limitations

At the request of Butler Snow LLP, Exponent reviewed relevant scientific literature, historic documented studies and expert reports for the pending litigation. Exponent investigated specific issues relevant to this report as requested by the client. The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any reuse of this report or its findings, conclusions, or recommendations is at the sole risk of the user. The opinions and comments formulated during this investigation are based on observations and information available at the time of the investigation.

The findings presented herein are made to a reasonable degree of scientific and engineering certainty. We have endeavored to be accurate and complete in our assignment. If new data become available or there are perceived omissions or misstatements in this report, we ask that they are brought to our attention as soon as possible so we have the opportunity to address them.

# Steven MacLean, Ph.D., P.E. Biography

I am a Senior Managing Engineer in the Polymer Science and Materials Chemistry Practice at Exponent Failure Analysis Associates, Inc. ("Exponent"). My expertise and experience includes the chemical and physical behavior of polymeric materials in end-use applications, specifically in the evaluation of polymeric components in product safety assessments and product failure analysis. I have a B.S. and M.E. in Mechanical Engineering from Rensselaer Polytechnic Institute, and an M.S. in Material Science and Engineering from Rochester Institute of Technology. I also obtained a Ph.D. in Material Science from the University of Rochester in 2007. I am a registered Professional Engineer in New York and Maryland, a Senior Member of the Society of Plastics Engineers (SPE), and a board member of SPE's Failure Analysis and Prevention Special Interest Group.

During the pursuit of my advanced degrees in materials science, my chosen field of study was polymer science and engineering. Graduate courses taken during my academic career that specifically focused on polymers included, but were not limited to, polymer science, organic polymer chemistry, polymer physics, polymer rheology, polymer processing, bulk physical properties of polymers, adhesion theory, and analytical techniques for polymeric materials. Supplemental course work included mechanics of materials, fracture mechanics, thermodynamics of materials and electron microscopy practicum. At the master's degree level, my polymer research included characterizing the changes in chemical and physical properties of polycarbonate due to multiple heat histories from processing. At the doctoral level, my polymer research was focused on developing and investigating novel formulations of rubber-toughened polyphenylene ether polymers for use in pressurized, potable water systems. The primary emphasis of my dissertation included quantifying changes in select mechanical properties, including fracture toughness and tensile properties, due to the degrading effects from persistent exposure to chlorinated water at elevated temperatures.

In addition to my academic education and training, I have also been actively practicing in the field of polymer science and engineering for the past 20 years. Throughout that time, I have routinely utilized numerous polymer characterization techniques including, but not limited to, infrared spectroscopy, chromatography, mass spectrometry, calorimetry as well as optical,

scanning electron and transmission electron microscopy. In particular, I have used these microscopic techniques to examine the topography and morphology of fracture surfaces created as a result of polymer cracking. I have also employed these techniques to characterize modes of polymer failure such as creep, fatigue, stress overload, and environmentally assisted stress cracking. In many instances, I have published the use of these analytical techniques to investigate polymer failures in commercialized products in peer-reviewed journal articles and scientific conference proceedings.

Prior to joining Exponent in 2011, I worked for more than 15 years at General Electric Plastics (GE) and SABIC Innovative Plastics (SABIC) in a variety of technical roles of increasing responsibilities. Throughout my tenure, I was routinely involved in material selection, performance, and testing for, among other things, high-demand applications, product safety assessments, and product failure analysis. As a result, I have significant expertise and experience with industry standards and applicable regulations that prescribe the technical performance of polymeric materials in end-use applications, including those in the medical device industry.

At GE Plastics, I was trained extensively in the Six Sigma quality process, and became certified as a Six Sigma Black Belt. As a Certified Six Sigma Black Belt, my responsibilities included improving business processes by employing a variety of well-established statistical methods as well as mentoring and training Six Sigma Green Belts throughout the company.

Throughout my career, I have evaluated the suitability and performance of polymeric materials in end-use applications, including specifically, for the medical device industry. While at GE and SABIC, I worked with numerous medical device companies on material development, material specification, design and manufacturing for a wide variety of medical device applications. These efforts included, inter alia, developing and implementing tests related to the bulk physical properties of polymeric materials specified in said devices as well as material formulation development to meet unique device requirements that could not be met with off-the-shelf grades of resin. Formulation development often included the selection and refinement of base polymers or alloys, molecular weight, additives, stabilizers, processing aides, lubricants, colorants and inorganic fibers and fillers.  In addition to proactive design and material selection assistance, I

have worked on hundreds of product safety assessments and failure analyses involving polymeric materials, many of which were performed on medical devices and components.

In my prior role as Director of Global Agency Relations and Product Safety at GE/SABIC, part of my leadership responsibilities included being an active member of the business' Healthcare Resins Advisory Board. The board developed internal processes and standards for the specification, use and sale of GE/SABIC resins in medical device applications. These efforts included ensuring that commercial resin grades within the GE/SABIC healthcare portfolio were assessed for biocompatibility using industry accepted test protocols such as United States Pharmacopeia (USP) Class VI, Tripartite Biocompatibility Guidance or ISO 10993 Biological Evaluation of Medical Devices standards. For the past several decades, the latter two standards have been supported by the Food and Drug Administration (FDA) and commonly employed to assess the potential for cytotoxicity, hemolysis, pyrogenicity, sensitization issues, among other biological effects, when the human body is exposed to foreign materials. In addition, the board also ensured that "good manufacturing processes" were globally implemented to maximize the purity levels of all compounded materials within the healthcare resin portfolio.

In addition to my relevant training, education and industry experience, I have also reviewed and synthesized the available public literature pertaining to *in vivo* and *in vitro* studies of polymeric mesh devices, long-term implantation of polymeric medical devices, foreign body response to implantable materials, as well as select plaintiff reports which allege *in vivo* PROLENE mesh degradation.

# Introduction

## Motivation

Plaintiff's expert, Dr. Vladimir Iakovlev, opines that Ethicon's PROLENE mesh degrades *in vivo* based on a cracked layer observed on the outer surface of mesh after explantation. While this assertion has been made by other plaintiff's experts,[1,2] Dr. Iakovlev claims that the outer degradation layer is oxidized and "differs from the non-degraded core by its ability to trap histological dyes in the nanocavities produced in polypropylene due to degradation."[3]

Dr. Iakovlev bases his conclusions on flawed experiments in which he purports to show that oxidized, degraded PROLENE is stained using histological dyes such as Hematoxylin and Eosin (H&E). In previously conducted experiments, we demonstrated that purposefully oxidized PROLENE mesh samples—oxidized using two different methods—do not stain with the histological dyes H&E, contrary to Dr. Iakovlev's assertions. The purpose of this report is to show that our initial work is highly repeatable, because it holds true across five different PROLENE devices including three separate TVT devices (from two different lots), one hernia mesh device, and one suture. Polypropylene pellets were included as controls. Furthermore, as part of our experimental design and protocols, we also coated PROLENE devices with fetal bovine serum (FBS) as a positive control. FBS forms a protein-rich coating on the outside of PROLENE fibers that is stained by H&E whereas the underlying PROLENE fibers do not absorb stain, as expected. In this report, we further address the scientific deficiencies of Dr. Iakovlev's experiments and conclusions from a polymer science perspective. This report does not address issues related to histology[4] or Dr. Iakovlev's histological analysis.

## PROLENE Mesh and Sutures

Ethicon's antioxidant-stabilized polypropylene-based resin is known by its trademarked name PROLENE. The resin was determined to be "safe and effective for use" in nonabsorbable

---

[1]   Expert report of Dr. Howard Jordi dated 8-24-15, p. 13.

[2]   Expert report of Dr. Scott Guelcher dated 8-24-15, p. 2.

[3]   Expert report of Dr. Vladimir Iakovlev dated January 29, 2016, p. 18.

[4]   Histology relates to the microscopic study of tissue. Here, I focus on the microscopic study of PROLENE polymer fibers, although the chemistry of histological staining is discussed from a background perspective.

surgical sutures by the FDA in 1969 and has been used ever since.[5] PROLENE sutures are manufactured by a melt spinning process.[6] In addition to sutures, Ethicon knits PROLENE filaments into mesh materials used in hernia repair and to treat pelvic organ prolapse and stress urinary incontinence.

## PROLENE Composition

As with many commercially available resin compounds, Ethicon's PROLENE resin is composed of several raw material ingredients in addition to the base isotactic polypropylene. The additional formulation ingredients and corresponding loading level ranges are:[7]

- Calcium stearate (0.25–0.35%) lubricant to help reduce tissue drag and promote tissue passage
- Santonox R (0.10–0.30%), a primary hindered phenol antioxidant
- Dilauralthiodipropionate (DLTDP, 0.40–0.60%), a secondary thioester antioxidant
- Procol LA-10 (0.25–0.35%) lubricant to help reduce tissue drag and promote tissue passage
- Copper phthalocyanate (CPC) pigment (0.55% max) colorant to enhance visibility (in blue filaments only)

A summary of the full resin history including information on compounding, manufacturing, and formulation changes can be found in John Karl's memo entitled "PROLENE Resin Manufacturing Specifications."[8]

## Hematoxylin and Eosin (H&E) Stain

Hematoxylin and Eosin, also referred to as H&E, are common stains used for illuminating components of cells and tissue, many of which are long molecules (polymers). The hematoxylin dye solution itself is a mixture of hematoxylin, hematein, aluminum ions, and solvent. It is used in combination with a "mordant" compound that helps link it to the tissue. This mordant is

---

[5]   NDA—4.16.1969 PROLENE FDA Approval (ETH.MESH.09625731-09625737).

[6]   FDA—Reclassification.pdf (ETH.MESH.10665538—1065565).

[7]   John Karl's January 23, 2003. Memo titled PROLENE Resin Manufacturing Specifications (Eth. Mesh.02268619–02268621).

[8]   Ibid.

typically a metal cation, such as aluminum. This complex is cationic (positively charged) and can react with negatively charged, basophilic cell components, such as nucleic acids in the nucleus, rough endoplasmic reticulum, ribosomes, and acidic mucin. Eosin, used in combination with hematoxylin, is negatively charged and attracts positively charged molecules. It stains structures with positive charges, such as cellular membranes, cytoplasm, connective tissue, and extracellular matrix tissue.

Ionic bonding is the most important type of bonding that occurs during histological staining.[9] The mechanism for H&E "staining" of tissue is simple ionic bonding between two charges: charge on the H&E staining molecules and charges on the molecules that comprise the tissue. As an example, amino acids are the molecular building blocks of proteins (which are also polymeric), and some of these amino acids contain a charge, as shown in Figure 1.[10] These charged compounds will bind ionically[11] (charge to charge) with H&E molecules and appear stained. In summary, the published mechanism for how H&E stains is chemical, not physical, in nature. In other words, physical voids, cracks, or crevices in PROLENE (as posited by Dr. Iakovlev)[12] or other materials do not "trap" or hold H&E stain, especially once adequate washing and rinsing are performed.

Polypropylene or PROLENE molecules are not ionically charged and are therefore not expected to stain with H&E. Furthermore, as shown in my expert report, which discusses the pathways of polypropylene oxidation, oxidized polypropylene does not possess a distinct ionically charged region. Therefore, in accordance with not only first principles of polymer science, but also the accepted methodology and assessment routinely reported in the literature, oxidized polypropylene is also not expected to stain with H&E.

---

[9]   Veuthey, T., Herrera, G., & Dodero, V. I. (2014). Dyes and stains: from molecular structure to histological application. Frontiers in bioscience (Landmark edition), 19, 91.

[10]  Adapted from Dan Cojocari, University of Toronto, 2011, pKa Data, *CRC Handbook of Chemistry*, 2010.

[11]  A common, familiar ionically bonded material is sodium chloride, or table salt, in which $Na^+$ and $Cl^-$ are bound together by ionic attraction.

[12]  Expert report of Dr. Vladimir Iakovlev dated January 29, 2016, p. 18, 92, 93.



Figure 1.       Amino acids that contain a net positive or negative charge.[10]

# Experimental Investigation of the Capacity of PROLENE and Oxidized PROLENE to Accept H&E Stain

I sought to investigate the capability of PROLENE and oxidized PROLENE to accept H&E stain since my review of the literature and first principles of polymer science did not explain the phenomenon observed and reported by Dr. Iakovlev. In my previous report, I demonstrated that intentionally oxidized PROLENE does not stain with H&E. In addition to my reliance on the literature and first principles of polymer science, I conducted a set of laboratory experiments to further validate my previous work that demonstrated that H&E does not stain PROLENE or oxidized PROLENE.

In the experiments reported herein, pristine (i.e., out-of-the-box, never implanted in the body), serum-coated, and purposefully oxidized PROLENE-based mesh and suture products were processed and subjected to histological dyes (Hematoxylin & Eosin) in accordance with protocols previously provided by plaintiff's expert Dr. Iakovlev. In expanding on experiments I have already carried out, multiple PROLENE devices were evaluated in these experiments. Specifically, to ensure repeatability, the following devices were examined:

- Ethicon PROLENE GYNECARE TVT™ Trans-Vaginal Tape Mesh Devices from two different lots
- Ethicon PHSE PROLENE Hernia System Extended Mesh Device
- Ethicon PROLENE 6-0 Blue Monofilament Suture

Rabbit tissue was included as a positive control for histological staining and polypropylene pellets that do not contain the same additive package (e.g., antioxidants, processing aids, or lubricants) as PROLENE in our analysis.

The above PROLENE devices and polypropylene pellets were subjected to the following preconditioning treatments prior to treating them with Dr. Iakovlev's staining protocol:

1. Photo-oxidation treatment by UV light[13]

---

[13] QUV conditions employed here are the same UV conditions used in my microscopy report dated September 10, 2015.

2. Chemical oxidation solution treatment that reportedly degrades polypropylene[14]

3. Fetal bovine serum treatment as a protein-rich matrix

Pristine mesh was also included as a control. Preconditioning treatments are described in greater detail in later sections of this report. It is important to note that none of the materials included and examined here have been implanted in the body.

## Sample Preparation Prior to Sectioning

### Exemplar PROLENE Samples

Pristine PROLENE TVT mesh (Ethicon TVT Devices—Ref. No. 810041B, two devices from Lot Number 3859228 and one device from Lot Number 3832826), PHSE hernia mesh (Lot No. 27770-20), suture 6-0, and polypropylene resin pellets were received and kept in their original packaging until use. A clean razor blade was used to cut ~ 1 cm long sections of each sample for laboratory analysis (Table 1). Polypropylene pellets (Sigma-Aldrich, isotactic, average $M_w$ ~340,000 , average $M_n$~ 97,000) were used as received.

### Chemically Oxidized PROLENE Samples

Sections of PROLENE TVT meshes, PHSE hernia mesh, 6-0 suture, and polypropylene resin pellets were oxidized according to the protocol published by Guelcher and Dunn (Exponent protocol "Chemical Oxidation Protocol per Guelcher," 1504469.000-5191).[15] Samples were incubated at 37°C for 5 weeks in oxidative media composed of 0.1 M $CoCl_2$ in 20 wt% $H_2O_2$. This solution purportedly simulates the oxidative environment created by macrophages in response to a foreign object.[16] The oxidative solution was changed every two to three days. Prior to processing, the samples were rinsed copiously in deionized water, then immersed in an ultrasonic bath (Exponent protocol "Rinsing Samples After Chemical Oxidation," 1504469.000-7542). Samples were subsequently air-dried and assessed for visual appearance using optical microscopy and morphological changes using scanning electron microscopy (SEM).

---

[14]  Guelcher, S. A., & Dunn, R. F. (2015, June). Oxidative degradation of polypropylene pelvic mesh in vitro. International. Urogynecology Journal. 26 (Suppl 1): S55–S56.

[15]  Ibid.

[16]  Ibid.

**QUV-Oxidized PROLENE Samples**

Sections of PROLENE TVT meshes, PHSE hernia mesh, and suture 6-0 were placed inside a Q-Lab QUV Accelerated Weathering Tester and irradiated with 0.98 ($\frac{W}{m^2}$) UV light at 60°C (Exponent protocol "QUV Oxidation Protocol for PROLENE," 1504469.000-4837). Samples were imaged by SEM periodically and QUV exposure was stopped after extensive cracking was observed over the entire UV-exposed surface of the samples (5–12 days). Prior to being sent to a third-party lab for histological processing, the samples were assessed for morphological changes using SEM and optical microscopy.

**Fetal Bovine Serum (FBS) Coated PROLENE Samples**

Sections of PROLENE TVT meshes, PHSE hernia mesh, suture 6-0, and polypropylene resin pellets were incubated in solutions of fetal bovine serum (FBS) at 37 °C for six days (Exponent protocol "Serum Coated PROLENE Protocol," 1504469.000-1151). After six days, the samples were removed from the serum, air-dried, assessed with optical microscopy and SEM, and immersed in a 10% formalin buffer solution for storage. Prior to being sent to a third-party lab for histological processing, samples were removed from formalin, air-dried, visually inspected for appearance using optical microscopy, and assessed for morphological changes using SEM.

**Table 1.   PROLENE Samples for Sectioning**

| | QUV Oxidized (Paraffin)[17] | QUV Oxidized (Resin) | Chemically Treated (Paraffin) | Chemically Treated (Resin) | Serum-coated (Paraffin) | Serum-coated (Resin) | Pristine (Out-of-the-box) Control (Paraffin) | Pristine (Out-of-the-box) Control (Resin) |
|---|---|---|---|---|---|---|---|---|
| **PROLENE TVT mesh Lot 3859228 #1** | ID: 157162 TVT Device Lot 3859228 #1 QUV-P | ID: 157163 TVT Device Lot 3859228 #1 QUV-R | ID: 157164 TVT Device Lot 3859228 #1 ChemOx-P | ID: 157165 TVT Device Lot 3859228 #1 ChemOx-R | ID: 157166 TVT Device Lot 3859228 #1 Serum-P | ID: 157167 TVT Device Lot 3859228 # 1 Serum-R | ID: 157880 TVT Device Lot 3859228 #1 Control-P | ID: 157169 TVT Device Lot 3859228 #1 Control-R |
| **PROLENE TVT mesh Lot 3859228 #2** | ID: 157170 TVT Device Lot 3859228 #2 QUV-P | ID: 157171 TVT Device Lot 3859228 #2 QUV-R | ID: 157172 TVT Device Lot 3859228 #2 ChemOx-P | ID: 157173 TVT Device Lot 3859228 #2 ChemOx-R | ID: 157174 TVT Device Lot 3859228 #2 Serum-P | ID: 157175 TVT Device Lot 3859228 #2 Serum-R | ID: 157884 TVT Device Lot 3859228 #2 Control-P | ID: 157177 TVT Device Lot 3859228 #2 Control-R |
| **PROLENE TVT mesh Lot 3832826** | ID: 157178 TVT Device Lot 3832826 QUV-P | ID: 157179 TVT Device Lot 3832826 QUV-R | ID: 157180 TVT Device Lot 3832826 ChemOx-P | ID: 157181 TVT Device Lot 3832826 ChemOx-R | ID: 157182 TVT Device Lot 3832826 Serum-P | ID: 157183 TVT Device Lot 3832826 Serum-R | ID: 157895 TVT Device Lot 3832826 Control-P | ID: 157185 TVT Device Lot 3832826 Control-R |
| **PROLENE hernia mesh** | ID: 157186 Hernia Mesh Lot 27770-20 QUV-P | ID: 157187 Hernia Mesh Lot 27770-20 QUV-R | ID: 157188 Hernia Mesh Lot 27770-20 ChemOx-P | ID: 157189 Hernia Mesh Lot 27770-20 ChemOx-R | ID: 157190 Hernia Mesh Lot 27770-20 Serum-P | ID: 157191 Hernia Mesh Lot 27770-20 Serum-R | ID: 157899 Hernia Mesh Lot 27770-20 Control-P | ID: 157193 Hernia Mesh Lot 27770-20 Control-R |
| **PROLENE 6-0 suture** | ID: 157194 PROLENE 6-0 Suture QUV-P | ID: 157195 PROLENE 6-0 Suture QUV-R | ID: 159703 PROLENE 6-0 Suture ChemOx-P | ID: 159704 PROLENE 6-0 Suture ChemOx-R | ID: 157198 PROLENE 6-0 Suture Serum-P | ID: 157199 PROLENE 6-0 Suture Serum-R | ID: 157903 PROLENE 6-0 Suture Control-P | ID: 157201 PROLENE 6-0 Suture Control-R |
| **Polypropylene Pellet** | -- | -- | ID: 157232 Polypropylene pellet Sample #1 | ID: 157233 Polypropylene pellet Sample #2 | ID: 157234 Polypropylene pellet Sample #3 | ID: 157235 Polypropylene pellet Sample #4 | ID: 157236 Polypropylene pellet Sample #5 | ID: 157237 Polypropylene pellet Sample #6 |

---

[17] The embedding material is listed parenthetically.

# Histology Sample Preparation

Exemplar, oxidized, and serum-coated mesh samples were embedded in both paraffin and resin (Technovit), sectioned, and stained with H&E. All processing was performed by an independent GLP-compliant[18] histology lab with more than 25 years of experience in histological processing of samples. Detailed embedding and staining protocols can be found in Appendix A.

Paraffin-embedded samples were prepared by following the protocol submitted by Dr. Iakovlev. Briefly, samples were sequentially dehydrated in reagent alcohol and xylene substitute using an automated tissue processor, and then embedded in Leica EM400 paraffin wax. Sections of the paraffin blocks (4–6 μm thick) were obtained using a microtome, briefly floated in a 40–45°C water bath, and mounted onto slides. Sections were air-dried for 30 minutes, then baked in a 45–50°C oven overnight.

Resin-embedded samples were sequentially dehydrated in reagent alcohol using an automated tissue processor and embedded in Technovit 7200. The polymerized resin block was trimmed. Then sections were cut and ground to a thickness of 10–61μm with a mean thickness of approximately 30 μm.

Paraffin and resin-embedded samples were subjected to staining with H&E. All slides were imaged by Exponent personnel using a microscope equipped with polarizing filters.

# Results

## Scanning Electron Microscopy of PROLENE and Polypropylene Samples

All samples listed in Table 1 were imaged with SEM prior to histological processing and microscopy evaluation (Figure 2). To observe surface features clearly, images of mesh samples were obtained at 100× magnification. Representative images of 6-0 suture samples were obtained at 200× magnification (Figure 3).

---

[18] Per 21 CFR Part 58 – Good Laboratory Practice for Nonclinical Laboratory Studies.



Figure 2.    SEM images of pristine untreated samples. Left column: samples intended for paraffin mounting, sectioning, and staining as part of following Dr. Iakovlev's protocol. Right column: samples intended for resin mounting, sectioning, and staining.[19]

---

[19]   The images were brightened during post-processing to enhance contrast.



Figure 3.      SEM image of a representative pristine TVT mesh sample prior to being subjected to Dr. Iakovlev's histological processing protocol.[20]

As expected, the sample surfaces of pristine untreated PROLENE TVT devices, PHSE hernia mesh, and 6-0 suture appeared smooth and uniform, with no apparent defects or cracking. The surface of the polypropylene pellet, as imaged by SEM, was similarly smooth and uniform, with no apparent defects (Figure 10A).

The surfaces of chemically oxidized samples were similarly smooth and uncracked (Figure 4). However, several crystals, likely inorganic, cobalt-based crystals, were observed to be well-adhered to the surface of the PROLENE samples after exposure to the chemical treatment protocol as shown in Figure 5.

---

[20]   Ibid.



Figure 4.    SEM images of chemically treated samples. Left column: samples intended for paraffin mounting, sectioning, and staining per Dr. Iakovlev's protocol. Right column: samples intended for resin mounting followed by staining with H&E.



Figure 5.       SEM images of an area of a TVT device after exposure to chemical treatment.

These observations differ from the results published by Guelcher and Dunn, who reported "pitting" and "flaking" in polypropylene meshes subjected to the same treatment conditions.[14] The light-colored crystallite material not removed during the rinsing procedure (Exponent protocol "Rinsing Samples After Chemical Oxidation," 1504469.000-7542) and observed on the surface of the samples is consistent with cobalt-based crystallite deposits according to energy dispersive X-ray spectroscopy (EDS) analysis. EDS was performed on two areas of a representative mesh sample (TVT Device 3859228 #1) after chemical oxidation treatment. EDS measurements revealed that the PROLENE surface was composed predominantly of carbon, and that the light-colored crystals were predominantly composed of cobalt (Figure 6).

In contrast to the pristine (untreated control) and chemically treated samples, QUV-oxidized samples exhibited extensive cracking covering most of the mesh and suture surfaces. A representative image illustrating the extensive cracking observed over most of the surface is shown in Figure 7. Longitudinal cracks with length scales of several hundreds of microns were observed traversing the length of the mesh fibers. Accompanying radial cracks, with length scales on the order of 100 microns or less, were observed perpendicularly to the longitudinal cracks. The extent of cracking was uniform across the five different PROLENE devices examined (Figure 8).

Prior to embedding, cross-sectioning, and staining per Dr. Iakovlev's protocol, the serum-coated samples were also imaged with SEM. The proteinaceous coating deposited on the surface of PROLENE mesh samples treated with FBS can be seen clearly with SEM (Figure 9). The

coating had a sheet-like appearance that concentrated predominantly in the areas between the mesh fibers. However, the PROLENE surfaces themselves were uncracked and smooth, and similar to pristine untreated samples. A thin layer of the proteinaceous coating was also observed on the surface of 6-0 suture samples and polypropylene pellet samples (Figure 10c and Figure 11c).



Figure 6.       SEM images with corresponding EDS analysis areas performed on TVT Device 3859228 #1 after chemical treatment.[21,22,23] (a) SEM image of mesh, (b) 500× magnification of mesh fiber, (c) EDS elemental profile of mesh fiber surface, (d) EDS elemental profile of light-colored crystals.

[21]   Guelcher, S. A., & Dunn, R. F. (2015 June). Oxidative degradation of polypropylene pelvic mesh in vitro. International Urogynecology Journal 26 (Suppl 1): S55-S56.

[22]   Exponent protocol "Chemical Oxidation Protocol per Guelcher," 1504469.000-5191.

[23]   Exponent protocol "Rinsing Samples After Chemical Oxidation," 1504469.000-7542.



Figure 7.    SEM images of QUV-oxidized TVT Device 3859228 #1 resin sample. Left: representative overall image at 30× magnification. Right: representative images at 100× magnification.



Figure 8.    SEM images of representative areas of QUV-oxidized samples. Left column: samples intended for paraffin mounting, sectioning, and staining according to Dr. Iakovlev's protocol. Right column: samples intended for resin mounting. Longitudinal and radial cracks are observed over the entire surface.



Figure 9.      SEM images of serum-coated samples. Left column: samples intended for paraffin mounting, cross-sectioning, and staining according to Dr. Iakovlev's protocol. Right column: samples intended for resin embedding. Green arrows indicate examples of proteinaceous coating and cracks within the coating.[24]

---

[24] The images were brightened during post-processing to enhance contrast.



Figure 10.    SEM images of polypropylene pellets intended for paraffin mounting. (a) Pristine sample, (b) chemically oxidized sample, and (c) serum-coated sample.[25]



Figure 11.    SEM images of polypropylene pellets intended for resin mounting. (a) Pristine sample, (b) chemically oxidized sample, and (c) serum-coated sample. Samples intended in for resin mounting.

---

[25]    The images were brightened during post-processing to enhance contrast.

## Fourier Transform Infrared Spectroscopy (FTIR) Analysis of Intentionally Oxidized Samples

Small segments of the chemically treated and UV-oxidized samples listed in Table 1 were analyzed by Fourier transform infrared spectroscopy (FTIR) to potentially identify functional groups consistent with oxidation. FTIR spectra were acquired on a pristine PROLENE sample for comparison. In the UV-treated and chemically treated samples, we observed bands consistent with hydroxyl (OH) bands and carbonyl (C=O) bands that can be indicative of oxidation. These bands were not observed in the pristine samples. Representative spectra are shown in Figure 12.



Figure 12.    FTIR spectra of a pristine (untreated control) TVT mesh sample, QUV-treated sample, and chemically treated sample. Bands consistent with –OH groups (~3000 cm$^{-1}$ – 3500 cm$^{-1}$) and C = O groups (1600 cm$^{-1}$ – 1760 cm$^{-1}$) are observed in the treated samples but not in the pristine samples.

## Intentionally Oxidized PROLENE TVT and Hernia Mesh Devices, Sutures, and Polypropylene Pellets Were Not Stained by the Hematoxylin & Eosin Dyes

**Positive Control: Rabbit Skin Tissue**

A positive control (rabbit skin tissue) was processed to demonstrate the effectiveness of the processing and staining protocol. PROLENE meshes and sutures, treated and untreated, along with the polypropylene pellets, were subjected to the staining protocol at the same time.

The appearance of stain is evident when tissue is present and stain has been applied. Figure 13 shows rabbit tissue that has been treated with stain, evident by the coloration within the tissue. These results confirm that the staining protocol employed in these experiments is effective in staining proteinaceous materials.



Figure 13.    Processed and sectioned tissue that has been subjected to the staining protocol and is modified by the H&E stain. Representative images of rabbit tissue embedded in paraffin (left) and resin (right) are shown.[26]

**Serum-Coated PROLENE—PROLENE with Protein-Rich Coating**

PROLENE coated with FBS and stored in formalin was also subjected to the staining protocol. The protein-rich serum coating around the pristine PROLENE mesh was found to stain, as expected, while the PROLENE fiber itself did not stain. The color of the stain on the serum coating is similar to that of the positive control of rabbit skin. Representative images of serum-

---

[26] All images collected as part of our experiments are given as an Appendix to this report.

coated TVT and hernia mesh are shown in Figure 14. In Figure 14b, a segment of serum is observed adjacent to the bottom of the PROLENE fiber in the top half of the image. Upon closer inspection, blue granules are visible within the serum coating, creating an illusion that blue granules are present in the exterior coating, when really they are separate, distinct materials. The illusion is created by both the fiber and serum segment being partially in focus. Additional examples that demonstrate this effect are given in Figure 15. Figure 15A shows the fiber in focus; the serum segment overlaid with the fiber is not. However, blue granules from a PROLENE fiber are visible within the protein-rich serum coating or "bark" as Dr. Iakovlev asserts, giving the illusion of stained PROLENE.[27]



Figure 14.    Serum-coated PROLENE fibers. (a) Paraffin embedded and (b) resin embedded are from TVT devices. (c) Resin embedded is from a hernia device. All samples were subjected to the staining protocol.

[27] Expert report of Dr. Vladimir Iakovlev dated January 29, 2016, p. 88, 94.



Figure 15.    Blue granules from a PROLENE fiber are visible within the protein-rich serum coating, giving the illusion of stained PROLENE.

**Non-oxidized Control—Out-of-the-Box PROLENE Mesh**

In contrast, pristine PROLENE material processed using the same protocol and subjected to H&E staining protocol did not stain. The absence of staining is indicated by the absence of any pink coloration of the mesh fibers in samples embedded in either paraffin or resin (Figure 16).



Figure 16.    Pristine mesh fiber embedded in paraffin and subjected to Dr. Iakovlev's protocol (left). Pristine mesh fiber embedded in Technovit resin and subjected to staining (right). Both samples show an absence of H&E dye being absorbed.

**Intentionally Oxidized PROLENE—Chemical Oxidation**

The chemically treated PROLENE was not modified by the H&E stain in any of the five PROLENE devices examined, thereby confirming the flawed methodology of Dr. Iakovlev. The cobalt-based crystallites observed to cover the fiber surface when imaged with SEM appeared to be preserved in the cross-sections. The crystals that coat the surface of the PROLENE fibers appear pink. They also appear pink/purple in micrographs taken after the samples were embedded in paraffin and sectioned but before they were subjected to the staining protocol, as shown in Figure 17. The pink color appears enriched in the image of the stained fiber, likely because cobalt chloride is an ionic compound and therefore susceptible to accepting H&E stain.

Prior to staining

Prior to staining



After staining



Figure 17.    Cobalt-based crystallites adhered to the fiber surface are observed to be pink prior to being exposed to stain and after being stained.

Furthermore, cobalt-based crystallites appeared to be easily lodged between mesh fibers embedded in resin. An example is shown in Figure 18. An image of the fibers illuminated under cross-polarized light is also shown.



Figure 18.    Cobalt-based crystallites are lodged between fibers. A bright field image is shown (left) as well as an image of the same fibers under cross-polarized light (right).

**Intentionally Oxidized PROLENE—UV Oxidation**

Exemplar PROLENE mesh samples exposed to QUV oxidation were also subjected to the Iakovlev staining protocol. As shown in Figure 19, despite the fact that fibers are extensively cracked and should have trapped stain, according to Dr. Iakovlev, the QUV-oxidized PROLENE did not accept the H&E stain. This finding further supports the conclusion that Dr. Iakovlev's methodology is flawed. Despite multiple observations, using high and low magnifications, polarized and nonpolarized light, no evidence of the stain being trapped, captured, or otherwise bound within the cracks of the damaged mesh was observed in any of the five different PROLENE devices examined.





Figure 19.     QUV-oxidized PROLENE fibers with several cracks embedded in paraffin. No staining is evident. Mesh fibers are shown under bright field light (a) and (b) and illuminated under cross-polarized light (c).

## Imaging Artifacts

Microtome slicing of polymeric samples is a technique that I am familiar with and has been used in the field of polymer science for decades.[28,29,30] Observation of thin-sliced polymeric specimens, including those that have been dyed, requires an understanding of potential artifacts that can exist as a result of the cutting process.

---

[28]   Wang, X., & Zhou, W. (2002). Glass transition of microtome-sliced thin films. Macromolecules, 35(18), 6747–6750.

[29]   Stiftinger, M., Buchberger, W., & Klampfl, C. W. (2013). Miniaturised method for the quantitation of stabilisers in microtome cuts of polymer materials by HPLC with UV, MS or MS2 detection. Analytical and bioanalytical chemistry, 405(10), 3177–3184.

[30]   Janeschitz-Kriegl, H., Krobath, G., Roth, W., & Schausberger, A. (1983). On the kinetics of polymer crystallization under shear. European polymer journal, 19(10), 893–898.

In some instances during this study, select images appeared to have a pink background when viewed on two separate computer monitors. An example of this is shown in Figure 20. The image on the left is the actual image file. The image on the right is a photograph of the same image file being displayed on a different monitor. A photograph was taken to capture the color difference. This perceived change in hue is one example of how optics, lighting, and related artifacts may influence visual observations.



Figure 20.    Same micrograph image of pristine PROLENE shown on two different computer monitors. A photograph of the image on the screen of monitor 2 was taken to preserve the observed pink coloring artifact.

## Thickness Variation and Stain Pooling

When high-aspect ratio samples (such as fibers) are sectioned with a microtome, simple geometry dictates that the thickness will be variant if the microtome knife is not orthogonal to the sample's long axis. This geometric artifact is exhibited schematically in Figure 21, which illustrates that the edges of the sliced specimen are thinner when viewed under the microscope.

This same effect can result in stain pooling, which is also illustrated schematically in Figure 21. The cylindrical fibers that compose the mesh (A) can be cut in an oval shape depending on the angle at which the blade encounters the block (B). When the resulting section (C) is placed on a glass slide and stained, the angle between the section and the glass forms a small pocket in which stains can accumulate (D), giving the appearance of "true" staining (E)—that is, of chemical interactions between dyes and their ligands. In reality, this is merely a mechanical entrapment of the staining solution.



Figure 21.    Potential formation mechanism of pooling artifact. A mesh fiber (A) can encounter the microtome blade at an angle (B), forming a section with an angled ledge (C), under which stain can pool (D) and give the appearance of true staining (E).

Stain pooling was observed in several fiber cross sections examined as part of this study. An example of stain pooling, as observed in a pristine TVT device not expected to stain, is given in Figure 22. Different planes of focus for the fiber cross section are given in Figure 22 that include an image of the plane of the fiber nearest the reader in focus (A) and the plane farther away from the reader, underneath the pristine fiber where the stain is pooled (B).



Figure 22. Example of stain pooling is shown. A fiber cross section from a pristine TVT mesh, not expected to stain, is shown with different planes of focus. For image (a), the plane nearest the reader is in focus. For image (b), the stain pooled underneath the fiber is in focus.

1504469.000 - 2558

30

## Polarizing Artifact

Polarized microscopy is a powerful tool in polymer science.[31] With good optics and proper alignment, it allows for the visualization of anisotropic structures, making them appear under varying shades of brightness with a polarizing filter in the microscope's light path.[32] The brightness of the sample when imaged under polarization depends on factors such as sample alignment. The brightness is greatest when the object is aligned at a 45° angle to the polarizers. On the other hand, the object can become difficult to see when aligned parallel to one of the two polarization planes.[33]

The thickness variation resultant from microtoming, as well as the tendency of an anisotropic fiber to tear away from a surrounding matrix, can create edge artifacts under polarized light. An example of such an artifact is displayed in Figure 23, which is a micrograph of a *nonoxidized* (no possible "bark") pristine PROLENE mesh fiber subjected to the H&E staining protocol. In Figure 23B and Figure 23C, the fiber is shown under polarized light, and a dark ring of false "bark" is visible on a portion of the fiber exterior. The images in Figure 23 show the same region with and without the polarizer.



Figure 23.       Pristine, nonoxidized PROLENE mesh after staining with H&E. Image (a) was obtained without polarized light. Images (b) and (c) were acquired with polarized light.

[31]   Collins, E.A, Bares, J., and Billmeyer, F.W. (1973) Experiments in Polymer Science, John Wiley & Sons.

[32]   Wolman, M. (1975). Polarized light microscopy as a tool of diagnostic pathology. Journal of Histochemistry & Cytochemistry, 23(1), 21–50.

[33]   Ibid.

## Mechanical Behavior of PROLENE Fibers

Dr. Iakovlev opines that oxidation of the PROLENE mesh causes the formation of "a continuous brittle sheath around the mesh filaments contributing to mesh stiffening while the contracting forces acted to deform the mesh. Additionally, degradation of a substance indicates its breakdown into smaller molecules, and in cases of implanted materials, the products of degradation are released into the tissue adding to the complex pathological interactions between the mesh and the human body."[34] Dr. Iakovlev also notes that his alleged "bark" layer showed large nanocavities (cracks) that indicate brittleness.

From a fundamental polymer science perspective, Dr. Iakovlev's above-stated opinions are flawed for a number of reasons. First, if we assume, for sake of argument, that the "bark" layer is more stiff then the underlying material, if it is filled with cracks (or nanopores and nanocavities as Dr. Iakovlev calls them), it is by definition discontinuous and therefore mechanistically cannot contribute to an increase in stiffening.[35] Dr. Iakovlev cannot have it both ways, either the material is stiff and uniform and leads to mesh stiffening, or it cracks and forms pores and traps dyes; the two are mutually exclusive. Second, if the PROLENE is actually being broken down into smaller molecules, it will tend to become less stiff, not more. Again, Dr. Iakovlev cannot have it both ways (indeed, by stating degradation into smaller molecules leads to stiffening, Dr. Iakovlev underscores the flawed nature of his reasoning).

---

[34] Expert report of Dr. Vladimir Iakovlev dated May 23, 2015, p. 54.

[35] Had he chosen to do so, with even a fundamental knowledge of mechanics, Dr. Iakovlev could have easily calculated that a continuous (without his observed pores and cracks) bark of the thickness he has measured could not meaningfully contribute to an increase in mesh stiffness.

# Conclusion and Opinions

Based on my analysis, as well as my education, training and experience in mechanics of materials, polymer science and mechanical engineering, I have formed the following opinions to a reasonable degree of engineering and scientific certainty. If additional information becomes available, I reserve the right to supplement or amend any or all of these opinions.

- Dr. Iakovlev has not used any reliable scientific methods to conclusively determine that an outer oxidized PROLENE layer stains when exposed to H&E. Dr. Iakovlev's assertion that the mesh material has degraded *in vivo* is solely based on visual and microscopic observations of "bark" microcracking. He has conducted no quantitative experiments to confirm his visually based allegation that the mesh material is degraded or oxidized.

- Dr. Iakovlev has not performed any control experiments nor cited any scientific studies that support his belief that degraded PROLENE is capable of being histologically stained with H&E stains, and for these reasons, his conclusions are flawed and suspect.

- Through a series of controlled oxidation, microtoming and microscopy experiments, Exponent demonstrated that oxidized PROLENE mesh fibers and sutures do not become stained with Hematoxylin & Eosin dyes. This fact is supported by polymer science first principles, given that PROLENE does not possess chemical groups amenable to binding with the H&E stain molecules.

- Artifacts can easily be introduced during sample preparation, sectioning, staining, and imaging, giving the appearance of darkened outer layers.

- A brittle outer layer will not contribute to the stiffness of the mesh if it is thin, cracked, and discontinuous. Dr. Iakovlev's opinion that a thin, cracked, porous outer layer causes an increase in mesh stiffness is not consistent with polymer science first principles and contradicted by the measured modulus data from Ethicon's seven year dog study.

If you have any questions or require additional information, please do not hesitate to contact me.

Steven MacLean, Ph.D., P.E.
Senior Managing Engineer

# Appendix A: Histology Protocols

## Paraffin-embedded samples

1. Samples were processed and embedded in an automated tissue processor according to the following schedule:

| Processing Step | Incubating Solution | Number of Changes | Duration of Each Incubation Step |
|---|---|---|---|
| 1 | 70% Reagent Alcohol | 2 | 1 hour each |
| 2 | 80% Reagent Alcohol | 1 | 1 hour |
| 3 | 95% Reagent Alcohol | 1 | 1 hour |
| 4 | 100% Reagent Alcohol | 3 | 1.5 hours each |
| 5 | Xylene substitute (ProPar, Manufacturer ) | 3 | 1.5 hours each |
| 6 | Leica EM400 Paraffin wax | 2 | 2 hours each |

2. Tissues were embedded in paraffin blocks using Leica EM400 wax

3. The paraffin blocks were trimmed as necessary and cut at 4-6 μm-thick sections

4. The paraffin sections were briefly floated in a water bath set to 40-45$^o$C to remove wrinkles and allow them to flatten

5. The sections were mounted onto adhesive-coated glass slides, then air-dried for 30 minutes and baked in a 45-50$^o$C oven overnight

6.  Paraffin-embedded samples were stained by hand using the following protocol:

| Processing Step | Incubating Solution | Duration of Each Incubation Step |
|---|---|---|
| 1 | 65°C | 10 min |
| 2 | Xylene | 3 min |
| 3 | Xylene | 2 min |
| 4 | Xylene | 2 min |
| 5 | 100% Alcohol | 1 min |
| 6 | 100% Alcohol | 1 min |
| 7 | 95% Alcohol | 1 min |
| 8 | Water | 1 min |
| 9 | Harris Hematoxylin | 10 min |
| 10 | Wash station | 1 min |
| 11 | Acid Alcohol | 30 sec |
| 12 | Water | 2 min |
| 13 | Ammonia Water | 1 min |
| 14 | Water | 1 min |
| 15 | Eosin | 2 min |
| 16 | Water | 20 sec |
| 17 | 100% Alcohol | 1 min |
| 18 | 100% Alcohol | 1 min |
| 19 | 100% Alcohol | 1 min |
| 20 | Xylene | 1 min |
| 21 | Xylene | 1 min |

## Resin-embedded samples

1.  Samples were processed and embedded according to the following schedule:

| Processing Step | Incubating Solution | Number of Changes | Duration of Each Incubation Step |
|---|---|---|---|
| 1 | 70% Reagent Alcohol | 2 | 1 hour each |
| 2 | 80% Reagent Alcohol | 1 | 1 hour |
| 3 | 95% Reagent Alcohol | 1 | 1 hour |
| 4 | 100% Reagent Alcohol | 3 | 1.5 hours each |
| 5 | Technovit 7200 | 3 | 3 hours each |

2.  The resin samples were polymerize using a visible light polymerization unit

3.  The blocks were trimmed as necessary, cut using a diamond saw blade, then ground and polished to 10 – 61 μm with a mean thickness of approximately 30 μm.

4.  Resin-embedded samples were stained by hand using the following protocol:

| Processing Step | Incubating Solution | Duration of Each Incubation Step |
|---|---|---|
| 1 | Water | 1 min |
| 2 | Harris Hematoxylin | 4 hours[36] |
| 3 | Water | 1 min |
| 4 | Acid Alcohol | 30 sec |
| 5 | Water | 1 min |
| 6 | Ammonia water | 1 min |
| 7 | Water | 1 min |
| 8 | Eosin | 1 min |
| 9 | Water | 30 sec |

---

[36] The intensity of the stain was monitored microscopically every 15 minutes until the positive control, rabbit skin, was dark enough.

# Appendix B: Steven MacLean, Ph.D., P.E. CV

## Professional Profile

Dr. Steven MacLean is a Senior Managing Engineer in Exponent's Polymer Science and Materials Chemistry practice.  Dr. MacLean's research and professional interests lie in the area of chemical and physical behavior of polymeric materials in end-use applications.  His specialties include part design and analysis, failure analysis, and assessing candidate materials through end-use testing.  He has studied various polymer failure mechanisms including stress overload, creep rupture, fatigue, environmental stress cracking, and weathering.  Throughout his career he has evaluated the suitability of materials for the automotive, sporting goods, medical, business equipment, and construction industries.  Dr. MacLean is proficient in a variety of analytical techniques including finite element analysis, statistical methods, as well as empirical approaches to long-term reliability and durability.

Dr. MacLean has considerable practical experience in the conversion of raw materials into finished goods.  Throughout his career, he has worked with polymer conversion processes such as injection molding, compression molding, blow molding, extrusion, thermoforming, and laminating.  In addition, he has worked on numerous projects involving common secondary operations used throughout the plastics industry such as metallic plating, adhesive joining, painting, as well as vibration and ultrasonic welding.

Dr. MacLean is well versed in voluntary standards and national regulations and codes that often prescribe the technical performance of plastic materials in various industries.  Standards organizations and regulatory bodies with which he has interacted include Underwriters Laboratories (UL), International Electrotechnical Commission (IEC), US EPA, California Air Resource Board, NSF International, and ASTM International.  He has also participated in numerous sustainability and life cycle assessments (LCAs) per ISO 14040 standards to quantify the environmental impact of manufactured products and raw materials.

Prior to joining Exponent, Dr. MacLean spent 16 years in the plastics industry at General Electric Plastics and SABIC Innovative Plastics where he held several technical positions of

increasing responsibility.  His activities included material selection and testing for high-demand applications, product safety assessments, failure analysis, and intellectual property analysis.

## Academic Credentials and Professional Honors

Ph.D., Materials Science, University of Rochester, 2007

M.S., Materials Science and Engineering, Rochester Institute of Technology, 2001

M.E., Mechanical Engineering, Rensselaer Polytechnic Institute, 1997

B.S., Mechanical Engineering, Rensselaer Polytechnic Institute (with honors), 1993

Tau Beta Pi; Pi Tau Sigma; Society of Plastics Engineers ANTEC Best Paper Award

## Licenses and Certifications

Registered Professional Engineer, New York, #16-079001

Registered Professional Engineer, Maryland, #41593

National Council of Examiners for Engineering and Surveying, Record #47204

Certified Six Sigma Black Belt

## Publications

MacLean SB, et al.  Fractographic examination and tensile property evaluation of 3D printed acrylonitrile butadiene styrene (ABS).  Proceedings, ANTEC, 2015.

MacLean SB, et al.  Fractographic examination of failures in polycarbonate and polyoxymethylene due to impact, tensile, fatigue and creep mechanisms.  Proceedings, ANTEC, 2013.

MacLean SB, et al.  Comparison of mass transit material flammability requirements and trends for aircraft and train applications in Europe and North America.  Proceedings, ANTEC, 2012.

MacLean SB, et al.  Comparison of mass transit material flammability requirements and trends for aircraft and train applications in Europe and North America.  Proceedings, EUROTEC, 2011.

MacLean SB, et al.  Root cause investigation of cracked polycarbonate blender jars. Proceedings, ANTEC, 2010.

MacLean SB.  Plastics, electronics and the environment:  How new global regulations affect material choices.  Kunststoffe International 2008 Sept; 97–100.

MacLean SB.  Plastics, electronics and the environment:  How new global regulations affect material choices.  Telepati Aylik Telekom 2008 Mar; 74–77.

MacLean SB, et al.  Monolayer barrier for small engine fuel tanks.  Plastics Technology Online 2007 June.

MacLean SB.  Environmental effects of poly(phenylene ether) blends due to long-term exposure to potable hot water.  Ph.D. Dissertation, University of Rochester, 2007.

MacLean SB, et al.  The effects of recycling and heat history for select high polymers.  Proceedings, ANTEC 2001.

MacLean SB, et al.  Poly(phenylene ether) engineering thermoplastic provides creep resistance, toughness and fire resistance required for high performance pallets.  Proceedings, ANTEC 2000.

## Presentations

MacLean SB, Moll J.  The importance of polymer structure-property relationships in preventing failure in medical devices.  Medical Grade Polymers Conference, Woburn, MA, 2015.

MacLean SB.  Fundamentals of plastics fractography.  ANTEC, Cincinnati, OH, 2013.

MacLean SB.  Challenges associated with replacing metal with plastic.  Material Science and Technology Conference, Pittsburgh, PA, 2012.

MacLean SB, et al.  Fractography of unfilled thermoplastic materials subjected to common mechanical failure modes.  Material Science and Technology Conference, Pittsburgh, PA, 2012.

MacLean SB.  Common analytical techniques for failure analysis – A Resin Manufacturer's Perspective.  ANTEC, Boston, MA, 2011.

MacLean SB, et al.  Plastic failure analysis and prevention expert panel.  ANTEC, Boston, MA, 2011.

MacLean SB.  Root cause investigation of cracked polycarbonate blender jars.  ANTEC, Orlando, FL, 2010.

MacLean SB.  Diffusion of potable hot water in poly(phenylene ether) blends.  American Chemical Society Conference, Binghamton, NY, 2006.

MacLean SB.  Changes in polycarbonate and ABS mechanical properties due to multiple heat histories.  Society of Plastics Engineers ANTEC, Dallas, TX, 2001 (with Korzen).

MacLean SB.  Yield Improvement for gas assist panels using statistical methods.  Society for the Plastics Industry Conference, Vancouver, BC, 2000.

MacLean SB.  Design methodologies for metal to plastic conversion.  General Electric Plastics Innovation Seminar, Columbus OH, 2000.

MacLean SB.  Fundamentals of polymer science.  General Electric Plastics Customer Design Workshop, Pittsfield, MA, 1998, 1999.

MacLean SB.  Designing for injection molded parts.  General Electric Plastics Customer Design Workshop, Pittsfield, MA, 1998, 1999.

MacLean SB.  Mechanical behavior of polymeric materials.  General Electric Plastics Engineering Workshop, Pittsfield, MA, 1997.

## Prior Experience

Director, Global Agency Relations & Product Safety, SABIC Innovative Plastics,

   2007-2011

Global Technical Manager, General Electric Plastics, 2003–2007

Six Sigma Black Belt, General Electric Plastics, 2001–2003

Senior Application Development Engineer, General Electric Plastics, 1998–2001

Plastic Design and Analysis Leader, General Electric Plastics, 1996–1998

Edison Engineer, Lockheed Martin Corporation, (Formerly General Electric Aerospace),

   1994–1996

## Professional Affiliations

Society of Plastics Engineers (Senior Member)

SPE Failure Analysis & Prevention Group – Board Member and Treasurer

ASTM D20 Plastics Committee Member

# Appendix C: Testimony of Steven MacLean, Ph.D., P.E.

**Workhorse Custom Chassis, LLC** v. Robert Bosch LLC (Marion Superior Court of Indiana), October 2012 (Deposition)

Trice, et al. v. **Toyota Motor Corporation**, et al. (United States District Court – District of Minnesota), August 2013 (Deposition), January 2015 (Trial)

Alberto, et al. v. **Toyota Motor Corporation**, et al. (Genesee County, Michigan), November 2013 (Deposition)

Metropolitan Property & Casualty Insurance v. **LG Electronics**, et al. (United States District Court – District of Arizona), August 2014 (Deposition)

Nease v. **Ford Motor Company** (United States District Court of West Virginia - Huntington Division), December 2014 (Deposition), March 2015 (Trial)

Wubker, et al. v. **A&A Manufacturing Company**, et al. (Santa Fe County, New Mexico), January 2015 (Deposition)

Promethean Insulation Technology LLC v. **Reflectix, Inc.**, et al. (United States District Court of Eastern Texas - Marshall Division), June 2015 (Deposition), October 2015 (Trial)

Nettleton, et al. v. **Ford Motor Company** (United States District Court Northern District of California - San Francisco Division), July 2015 (Deposition)

Mullins, et al. v. **Ethicon** (United States District Court Southern District of West Virginia - Charleston Division), September 2015 (Deposition)

Hower v. **Excel Industries, Inc.**, et al. (United States District Court Western District of Missouri - Southern Division), November 2015 (Deposition)

Brunswick Woodworking Company, Inc. et al. v. **Slocum Adhesives Corp.**, et al., (Circuit Court for Montgomery County, Maryland) January 2016 (Deposition)

# Appendix D: List of Documents Reviewed

## Literature

*A Dictionary of Computing,* Oxford University Press, 2004.

*Additives: Antioxidants*; 7972F/1208; Equistar; pp 1-2.

Anderson, J. M., McNally, A. K. Biocompatibility of Implants: Lymphocyte/macrophage Interactions. Seminars in Immunopathology, (2011) 33(3):221–233.

Anderson, J. M., Rodriguez, A., Chang, D. T. Foreign Body Reaction to Biomaterials. Seminars in Immunology, (2008) 20(2):86–100.

Atta, A., Modulation of Structure, Morphology and Wettability of Polytetrafluoroethylene Surface by Low Energy Ion Beam Irradiation, Nuclear Instruments and Methods in Physics Research Section B: Beam Interactions with Materials and Atoms (2013) 300:46-53.

Bell, B., Beyer, D. E., Maecker, N. L., Papenfus, R. R., Priddy, D. B., Permanence of polymer stabilizers in hostile environments, Journal of Applied Polymer Science (1994) 54:1605-1612.

Bell, G. R., Microtoming: An Emerging Tool for Analyzing Polymer Structures. Plastics Engineering (1979) August.

Bezwada, R. S., Jamiolkowski, D. D., Lee, I-Y., Vishvaroop, A., Persivale, J., Trenka-Bethnin, S., Erneta, M., Suryadevara, J., Yang, A., Liu, S., Monocryl suture, a new ultra-pliable absorbable monofilament suture, Biomaterials (1995) 16:1141-1146.

Birch, C., The Use of Prosthetics in Pelvic Reconstructive Surgery. Best Practice & Research Clinical Obstetrics and Gynecology (2005) 19(6):979-997.

Blais, P., The Photo-Oxidation of Polypropylene Monofilaments, Part II: Physical Changes and Microstructure, Textile Research Journal, (1976) 46(9):641-648.

Bracco, P., Brunella, V., Trossarelli, L., Coda, A., Botto-Micca, F., Comparison of polypropylene and polyethylene terephthalate (Dacron) meshes for abdominal wall hernia repair: A chemical and morphological study. Hernia (2005) 9:51-55.

Carlsson, D. J., Wiles, D. M. The Photodegradation of Polypropylene Films. III. Photolysis of Polypropylene Hydroperoxides. Macromolecules, (1969) 2(6):597–606.

Chan, J. K. C. The Wonderful Colors of the Hematoxylin-Eosin Stain in Diagnostic Surgical Pathology. International Journal of Surgical Pathology, (2014) 22(1):12–32.

Chemical Book, accessed August 23, 2015.
http://www.chemicalbook.com/ChemicalProductProperty_EN_CB3712869.htm

Chen, Z., Hay, J. N., Jenkins, M. J. FTIR Spectroscopic Analysis of Poly(ethylene Terephthalate) on Crystallization. European Polymer Journal, (2012) 48(9):1586–1610.

Chowbey, Pradeep, ed. Endoscopic Repair of Abdominal Wall Hernias (2nd Edn.): Revised and Enlarged Edition. Byword Books Private Limited, 2012.

Clavé, A., Yahi, H., Hammou, J.-C., Montanari, S., et al. Polypropylene as a Reinforcement in Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants. International Urogynecology Journal, (2010) 21(3):261–270.

Cojocari, D. pKa Data, CRC Handbook of Chemistry 2010, University of Toronto (2011).

Cosson, M., Lambaudie, E., Boukerrou, M., Lobry, P., et al. A Biomechanical Study of the Strength of Vaginal Tissues. European Journal of Obstetrics & Gynecology and Reproductive Biology, (2004) 112(2):201–205.

Costello, C. R., Bachman, S. L., Ramshaw, B. J., Grant, S. A. Materials Characterization of Explanted Polypropylene Hernia Meshes. Journal of Biomedical Materials Research Part B: Applied Biomaterials, (2007) 83B(1):44–49.

Costello, C., Characterization of Heavyweight and Light weight Polypropylene Prosthetic Mesh Explants From a Single Patient, Surgical Innovation (2007) 14(3):168-176.

Cozad, M. J., Materials Characterization of Explanted Polypropylene, Polyethylene Terephthalate, and Expanded Polytetrafluoroethylene Composites: Spectral and Thermal Analysis, Journal of Biomedical Materials Research Part B: Applied Biomaterials (2010) 94(2):455-462.

Cundiff, G. W., Varner, E., Visco, A. G., Zyczynski, H. M., et al. Risk Factors for Mesh/suture Erosion Following Sacral Colpopexy. American Journal of Obstetrics and Gynecology, (2008) 199(6):688.e1–688.e5.

Dällenbach, P. "To Mesh or Not to Mesh: A Review of Pelvic Organ Reconstructive Surgery." Int. J. Womens Health, (2015) 331-343.

de Tayrac, R., Letouzey, V. Basic Science and Clinical Aspects of Mesh Infection in Pelvic Floor Reconstructive Surgery. International Urogynecology Journal, (2011) 22(7):775–780.

de Tayrac, R., Sentilhes, L. Complications of Pelvic Organ Prolapse Surgery and Methods of Prevention. International Urogynecology Journal, (2013) 24(11):1859–1872.

DeBord, J. R. Prostheses in Hernia Surgery: A Century of Evolution. Abdominal Wall Hernias. Ed. Robert Bendavid, Jack Abrahamson, Maurice E. Arregui, Jean Bernard Flament, et al. New York, NY: Springer New York, 2001. 16–32.

Deeken, C. R., Abdo, M. S., Frisella, M. M., Matthews, B. D., Physicomechanical evaluation of polypropylene, polyester, and polytetrafluroethylene meshes for inguinal hernia repair, American College of Surgeons, (2011) 212:68-79.

Edwards, S.L., Werkmeister, J.A., Rosamilia, A., Ramshaw, J.A.M., et al. Characterization of Clinical and Newly Fabricated Meshes for Pelvic Organ Prolapse Repair. Journal of the Mechanical Behavior of Biomedical Materials, (2013) 2353–61.

Elneil, S., Cutner, A. S., Remy, M., Leather, A. T., et al. Abdominal Sacrocolpopexy for Vault Prolapse without Burial of Mesh: A Case Series. BJOG: An International Journal of Obstetrics and Gynaecology, (2005) 112(4):486–489.

Fayolle, L., Oxidation Induced Embrittlement in Polypropylene – a Tensile Testing Study, Polymer Degradation and Stability (2000) 70:333-340.

FDA Draft ISO 10993

FDA Guidance for the Preparation of a Premarket Notification Application for a Surgical Mesh, Accessed July 25, 2015, Available at:
http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm073790.htm.

FDA Guidelines on Premarket Approval of Medical Devices, Accessed July 25, 2015, Available at:
http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/HowtoMarketYourDevice/PremarketSubmissions/PremarketApprovalPMA/ucm050490.htm#bio.

Fotopoulou, K. N., Surface Properties of Beached Plastics, Environmental Science and Pollution Research, (2015) 22(14):11022-11032.

Garton, A., Carlsson, D. J., Wiles, D. M. Role of Polymer Morphology in the Oxidation of Polypropylene. Journal of Polymer Science: Polymer Chemistry Edition, (1978) 16(1):33–40.

Gensler, R., Plummer, C. J., Kausch, H.-H., Kramer, E., et al. Thermo-Oxidative Degradation of Isotactic Polypropylene at High Temperatures: Phenolic Antioxidants versus HAS. Polymer Degradation and Stability, (2000) 67(2):195–208.

George, G. A., Celina, M., Vassallo, A. M., Cole-Clarke, P. A. Real-Time Analysis of the Thermal Oxidation of Polyolefins by FT-IR Emission. Polym. Degrad. Stab., (1995) 48(2):199–210.

Gijsman, P., Hennekens, J., Vincent, J. The Mechanism of the Low-Temperature Oxidation of Polypropylene. Polymer Degradation and Stability, (1993) 42(1):95–105.

Godbey, W. An Introduction to Biotechnology The Science, Technology and Medical Applications. Elsevier, 2014.

Guelcher, S. A., Dunn, R. F. Oxidative Degradation of Polypropylene Pelvic Mesh in Vitro. Int Urogynecol J, (2015) 26(Suppl 1):S55–S56.

Helander, K. G. Kinetic Studies of Formaldehyde Binding in Tissue. Biotechnic & Histochemistry, (1994) 69(3):177–179.

Hewitson, T. D., Wigg, B., Becker, G. J. Tissue Preparation for Histochemistry: Fixation, Embedding, and Antigen Retrieval for Light Microscopy. Histology Protocols. Ed. Tim D. Hewitson and Ian A. Darby. Vol. 611. Totowa, NJ: Humana Press, 2010. 3–18.

Hirsh, S. L., McKenzie, D. R., Nosworthy, N. J., Denman, J. A., et al. The Vroman Effect: Competitive Protein Exchange with Dynamic Multilayer Protein Aggregates. Colloids and Surfaces B: Biointerfaces, (2013) 103395–404.

Iakovlev, V. V., Guelcher, S. A., Bendavid, R. Degradation of Polypropylene in Vivo : A Microscopic Analysis of Meshes Explanted from Patients. J. Biomed. Mater. Res. B Appl. Biomater., (2015) 000–000.

Imel, A., Malmgren, T., Dadmun, M., Gido, S., Mays, J., In vivo oxidative degradation of polypropylene pelvic mesh, Biomaterials, (2015) 73:131-141.

ISO 10993-1+Cor1-2010

ISO 10993-1-2009

ISO 10993-18-2005

ISO 10993-55.009(e) v.1

ISO 12891-1

ISO 12891-2

ISO 12891-3

Janeschitz-Kriegl, H., Krobath, G., Roth, W., Schausberger, A. On the Kinetics of Polymer Crystallization under Shear. *Eur. Polym. J.*, (1983) 19(10-11):893–898.

Jansen, J. A. Environmental Stress Cracking - The Plastic Killer. Advanced Materials & Processes, June 2004.

Janzen, W., Ehrenstein, G. W. Microtomy of Polymeric Materials Part 2: Application of Microtomy. Practical Metallography, (1989) 26549–558.

Jongebloed, W.L., Worst, J.F., Degradation of Polypropylene in the Human Eye: a SEM-study (1986) 64(1):143-52.

Jongebloed, W. L., Figueras, M. J., Humalda, D., Blanksma, L. J., Worst, J. G. F., Mechanical and biochemical effects of man-made fibres and metals in the human eye, a SEM-study, Documenta Ophthalmologica (1986) 61:303-312.

Julian, T. M. The Efficacy of Marlex Mesh in the Repair of Severe, Recurrent Vaginal Prolapse of the Anterior Midvaginal Wall. American Journal of Obstetrics and Gynecology, (1996) 175(6):1472–1475.

Kanagarajah, P., Ayyathirai, R., & Gomez, C. (2012). Evaluation of Current Synthetic Mesh Materials in Pelvic Organ Prolapse Repair. Current urology reports, 13(3): 240-246.

Kawaguchi, T., Nishimura, H., Miwa, F., Kuriyama, T., et al. Environmental Effects. Plastics Failure Analysis and Prevention. Elsevier, 2001. 73–78.

Keys, T., Aboushwareb, T., Badlani, G., Re: Post-Implantation Alterations of PP in Humans.

Klinge, U., Klosterhalfen, B., Conze, J., Limberg, W., et al. Modified Mesh for Hernia Repair That Is Adapted to the Physiology of the Abdominal Wall. European Journal of Surgery, (2003) 164(12):951–960.

Klink, C.D., Junge, K., Binnebösel, M., Alizai, H.P., Otto, J., Neumann, U.P., Klinge, U. Comparison of Long-Term Biocompability of PVDF and PP Meshes. Journal of Investigative Surgery, (2011) 24(6):292-299.

Kurtz, J., Rael, B., Lerma, J., Wright, C., Khraishi, T., Auyang, E. D., Effects of reactive oxygen species on the physical properties of polypropylene surgical mesh at various concentrations: a model for inflammatory reaction as a cause for mesh embrittlement and failure, Surg. Endosc. (2015).

Kyriakides, T. R. Molecular Events at Tissue–Biomaterial Interface. Host Response to Biomaterials. Elsevier, 2015. 81–116.

Lai, M., Lü, B. Tissue Preparation for Microscopy and Histology. Comprehensive Sampling and Sample Preparation. Elsevier, 2012. 53–93.

Lappan, U., Geißler, U., Häußler, L., Jehnichen, D., et al. Radiation-Induced Branching and Crosslinking of Poly(tetrafluoroethylene) (PTFE). Nuclear Instruments and Methods in Physics Research Section B: Beam Interactions with Materials and Atoms, (2001) 185(1-4):178–183.

Lappan, U., Geißler, U., Lunkwitz, K. Changes in the Chemical Structure of Polytetrafluoroethylene Induced by Electron Beam Irradiation in the Molten State. Radiation Physics and Chemistry, (2000) 59(3):317–322.

Lenz, R. W. Experiments in Polymer Science, Edward A. Collins, Jan Bares, Fred W. Billmeyer, Jr., Wiley-Interscience, New York, 1973. 530 Pp. $16.95. *J. Polym. Sci. Polym. Lett. Ed.*, (1974) 12(9):535–536.

Liebert, T. C., Chartoff, R. P., Cosgrove, S. L., McCuskey, R. S. Subcutaneous Implants of Polypropylene Filaments. Journal of Biomedical Materials Research, (1976) 10(6):939–951.

Lubliner, J, Papadopoulos, P. Introduction to Solid Mechanics an Integrated Approach. New York: Springer, 2014.

Maher, C., Feiner, B., Baessler, K., Schmid, C. Surgical Management of Pelvic Organ Prolapse in Women. Cochrane Database of Systematic Reviews. Ed. The Cochrane Collaboration. Chichester, UK: John Wiley & Sons, Ltd, 2013.

Maier, C.; Calafut, T. Polypropylene: the Definitive User's Guide and Databook; PDL Handbook Series: Plastics Design Library: Norwich, NY, 1998.

Mary, C., Marois, Y., King, M. W., Laroche, G., et al. Comparison of the In Vivo Behavior of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery: ASAIO Journal, (1998) 44(3):199–206.

McInnes, E. Artefacts in Histopathology. Comparative Clinical Pathology, (2005) 13(3):100–108.

McKeen, L. W. Plastics Used in Medical Devices. Handbook of Polymer Applications in Medicine and Medical Devices. Elsevier, 2014. 21–53.

Mei, G., Herben, P., Cagnani, C., Mazzucco, A. The Spherizone Process: A New PP Manufacturing Platform. Macromolecular Symposia, (2006) 245-246(1):677–680.

Miller, J.M., Kimmel, L.E. Clinical Evaluation of Monofilament Polypropylene Suture. The American Surgeon, (1967) 33(8):666-670.

Moore, P. F., Schrenzel, M. D., Affolter, V. K., Olivry, T., et al. Canine Cutaneous Histiocytoma Is an Epidermotropic Langerhans Cell Histiocytosis That Expresses CD1 and Specific Beta 2-Integrin Molecules. The American Journal of Pathology, (1996) 148(5):1699–1708.

Morgan, C., Some Effects of the Microtome Knife and the Electron Beam on Methacrylate-Embedded Thin Sections. J  Biophysi. and Biochem Cyto., (1956) 2(4):21-28.

Movasaghi, Z., Rehman, S., ur Rehman, D. I. Fourier Transform Infrared (FTIR) Spectroscopy of Biological Tissues. Applied Spectroscopy Reviews, (2008) 43(2):134–179.

Mowbray, S. L., Chang, S.-H., Casella, J. F. Estimation of the Useful Lifetime of Polypropylene Fiber in the Anterior Chamber. American Intra-Ocular Implant Society Journal, (1983) 9(2):143–147.

Nair, L. S., Laurencin, C. T., Biodegradable polymers as biomaterials, Progress in Polymer Science, (2007) 32:762-798.

Natta, G., Pasquon, I., Zambelli, A., Gatti, G. Dependence of the Melting Point of Isotactic Polypropylenes on their Molecular Weight and Degree of Stereospecificity of Different Catalytic Systems, Macromolecular Chemistry and Physics, (1964) 70 (1):191-205.

Nelson, B. A., King, W. P. Temperature Calibration of Heated Silicon Atomic Force Microscope Cantilevers. Sensors and Actuators A: Physical, (2007) 140(1):51–59.

Odian, G.G., Principles of Polymerization. 4th ed. Hoboken, N.J: Wiley-Interscience, 2004.

Ostergard, D.R., Degradation, Infection and Heat Effects on Polypropylene Mesh for Pelvic Implantation: What was Known and When it was Known, Clinical Opinion, (2011) 22(7):771-774.

Oswald, H. J., Turi, E. The Deterioration of Polypropylene by Oxidative Degradation. Polymer Engineering and Science, (1965) 5(3):152–158.

PA Consulting Group, Investigating Mesh Erosion in Pelvic Floor Repair (June 22, 2011)

Pandit, A. S. and Henry, J. A., Design of Surgical Meshes – An Engineering Perspective. Technology and Health Care, (2004) 12(1): 51-65.

*Plastics Additives: An A-Z Reference*. Ed. G. Pritchard. 1st ed. London ; New York: Chapman & Hall, 1998.

Postlethwait, R. W., Five year study of tissue reaction to synthetic sutures. Ann. Surg. (1979) 190:54-57.

Pott, P. P., Schwarz, M. L. R., Gundling, R., Nowak, K., Hohenberger, P., Roessner, E. D., Mechanical Properties of Mesh Materials Used for Hernia Repair and Soft Tissue Augmentation. PLOS|ONE, 7(10):e46978.

*Process Analytics in Polypropylene (PP) Plants*, Siemens AG; 2007, pp:1-9.

Puchtler, H., Meloan, S. N. On the Chemistry of Formaldehyde Fixation and Its Effects on Immunohistochemical Reactions. Histochemistry, (1985) 82(3):201–204.

Pugmire, D. L., Wetteland, C. J., Duncan, W. S., Lakis, R. E., et al. Cross-Linking of Polytetrafluoroethylene during Room-Temperature Irradiation. Polymer Degradation and Stability, (2009) 94(9):1533–1541.

Rosa, D.S., The Use of Optical Microscopy to Follow the Degradation of Isotactic Polypropylene (iPP) Subjected to Natural and Accelerated Ageing. Polymer Testing. (2005) 24(8):1022-1026.

Rosato, D. V., Mattia, D. P., Rosato, D. V. Designing with Plastics and Composites: A Handbook. Boston, MA: Springer US, 1991.

Salem, D. R. Structure Formation in Polymeric Fibers. Munich : Cincinnati: Hanser Gardner Publications, 2001.

Sastri, V. R. Commodity Thermoplastics. Plastics in Medical Devices. Elsevier, 2014. 73–120.

Schmidt, H., Witkowska, B., Kaminska, I., Twarowska-Schmidt, K., et al. Comparison of the Rates of Polypropylene Fibre Degradation Caused by Artificial Light and Sunlight. Fibres & Textiles in Eastern Europe, (2011) 19(4):53–58.

Schubert, M. A., Wiggins, M. J., Anderson, J. M., Hiltner, A. Role of Oxygen in Biodegradation of Poly(etherurethane Urea) Elastomers. Journal of Biomedical Materials Research, (1997) 34(4):519–530.

Stiftinger, M., Buchberger, W., Klampfl, C. W. Miniaturised Method for the Quantitation of Stabilisers in Microtome Cuts of Polymer Materials by HPLC with UV, MS or MS2 Detection. *Anal. Bioanal. Chem.*, (2013) 405(10):3177–3184.

Sussman, E. M., Halpin, M. C., Muster, J., Moon, R. T., et al. Porous Implants Modulate Healing and Induce Shifts in Local Macrophage Polarization in the Foreign Body Reaction. Annals of Biomedical Engineering, (2014) 42(7):1508–1516.

Thavarajah, R., Chemical and Physical Basics of Routine Formaldehyde Fixation, Journal of Oral and Maxillofacial Pathology (2012) 16(3):400-405.

*Theory and Practice of Histological Techniques*. Ed. Kim S. Suvarna, Christopher Layton, and John D. Bancroft. 7. ed. Edinburgh: Elsevier Churchill Livingston, 2013.

Trofimova, N.F., Zinov'ye, V.V., Kharitonov, V.V., Kinetic Regularities of the Oxidative Degradation of Solid Polypropylene. Polymer Science U.S.S.R., (1981) 23(5):1239-1247.

Usher, F. C., Ochener, J., Tuttle, L. L. D., Use of matrix mesh in the repair of incisional hernias. The American Surgeon, (1958) 24:969-974.

Veuthey, T. Dyes and Stains: From Molecular Structure to Histological Application. *Front. Biosci.*, (2014) 19(1):91.

Vroman, L., Adams, A. L. Findings with the Recording Ellipsometer Suggesting Rapid Exchange of Specific Plasma Proteins at Liquid/solid Interfaces. Surface Science, (1969) 16438–446.

Vroman, L., Adams, A. L. Identification of Rapid Changes at Plasma-Solid Interfaces. Journal of Biomedical Materials Research, (1969) 3(1):43–67.

Wang, X., Zhou, W. Glass Transition of Microtome-Sliced Thin Films. *Macromolecules*, (2002) 35(18):6747–6750.

Wieslawa Urbaniak-Domagala (2012). The Use of the Spectrometric Technique FTIR-ATR to Examine the Polymers Surface. (INTECH Open Access Publisher).

Winters, J. C., Fitzgerald, M. P., Barber, M. D. The Use of Synthetic Mesh in Female Pelvic Reconstructive Surgery. BJU International, (2006) 98(s1):70–76.

Wolman, M. Polarized Light Microscopy as a Tool of Diagnostic Pathology. *J. Histochem. Cytochem.*, (1975) 23(1):21–50.

Woo, L., Ling, M., Khare, A. R., Ding, Y. S. Polypropylene degradation and durability estimates based on the master curve concept. (2001).

Woo, L., Khare, A. R., Sandford, C. L., Ling, M. T. K, Ding, Y. S. Relevance of High Temperature Oxidative Stability testing to long term polymer durability.  J. Thermal Analysis and Calorimetry, (2001) 64:539-548.

Wood, A. J., Cozad, M. J., Grant, D. A., Ostdiek, A. M., et al. "Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient." *J. Mater. Sci. Mater. Med.*, (2013) 24(4):1113–1122.

Wright, D. C., Rapra Technology Limited. Environmental Stress Cracking of Plastics. Shrewsbury: Rapra Technology, 1996. 3.

Wypych, G. Introduction. Handbook of Plasticizers. Burlington: Elsevier Science, 2013. 1–6.

Yang, C. Q., Martin, L. K. Photo- and Thermal-Oxidation of the Nonwoven Polypropylene Fabric Studied by FT-IR Photoacoustic Spectroscopy. Journal of Applied Polymer Science, (1994) 51(3):389–397.

Zakharov, V., Echevskaya, L., Mikenas, T., Matsko, M., et al. Supported Ziegler-Natta Catalyst for Ethylene Slurry Polymerization and Control of Molecular Weight Distribution of Polyethylene. Chinese Journal of Polymer Science, (2008) 26(05):553.

Zalevsky, Z., Sarafis, V., "Phase Imaging in Plant Cells and Tissues," *Biomedical Optical Phase Microscopy and Nanoscopy,* chapter 4. Oxford, UK: Elsevier, 2013.

Zhao, Q. H., McNally, A. K., Rubin, K. R., Renier, M., et al. Human Plasma Macroglobulin Promotesin Vitro Oxidative Stress Cracking of Pellethane 2363-80A: In Vivo Andin Vitro Correlations. Journal of Biomedical Materials Research, (1993) 27(3):379–388.

## Production Materials

[DEPO.ETH.MESH.00006437-39]

[DEPO.ETH.MESH.00006440-42]

[DEPO.ETH.MESH.00006443-45]

[DEPO.ETH.MESH.00006446-49]

[DEPO.ETH.MESH.00006450-52]

[DEPO.ETH.MESH.00006453-55]

[DEPO.ETH.MESH.00006456-58]

[DEPO.ETH.MESH.00006459-61]

[DEPO.ETH.MESH.00006462-64]

[DEPO.ETH.MESH.00006465-67]

[DEPO.ETH.MESH.00006468-70]

[DEPO.ETH.MESH.00006471-73]

[DEPO.ETH.MESH.00006474-76]

[DEPO.ETH.MESH.00006477-79]

[ETH.MESH.04091125-26]

[ETH.MESH.06195201-05]

[ETH.MESH.09269739-40]

[ETH.MESH.09273600-01]

[ETH.MESH.12009027-35]

[ETH.MESH.15406846-999]

[ETH.MESH.15955438-73]

Gynecare Instructions Eth.Mesh.03427878

10/0 Prolene explanted after 4½ years in eye (Ref. Ethicon Notebook 1962/73) Project 47201 [ETH.MESH.15958495-8502]

10/0 Prolene suture removed from patients eye after 4½ years (Product Management) Project 47201  [ETH.MESH.15958512-8517]  [ETH.MESH.15958518-8523]

10-0 Prolene suture removed from patient's eye after 4½ years, Dr. Drews (Ethicon, Inc. Analytical Chemistry Department) Project 47201  [ETH.MESH.15958524]

25 2-24512  fourier transform-infrared examination of prolene microcrack and photo-oxidized polypropylene

[DEPO.ETH.MESH.00006304-06]

Bry Prolene Explants, Dr. S. Garg Pr. # 16102  [ETH.MESH.15958470-8477]

China Mesh EGS-August 2009 Update  [ETH.MESH.10492861-63]

Clinical Expert Report: Prolene Polypropylene Mesh  [ETH.MESH.03712324-44]

Completion Report: Design Verification for Soft Prolene Mesh/ Mesh Curling [ETH.MESH.02182839-44]

Cracks in lens surface near haptic, Christine Jordan PR. #41001  [ETH.MESH.15958492-8494]

ERF 82-147  Microscopic Examination of Prolene  (polypropylene) suture and dacron graft returned for norfolk surgical group, ltd (human Retrieval)  [DEPO.ETH.MESH.00006307-08]

ERF 83-352  Human retrieval samples from Dr. Gregory, Norfolk Surgical Group [DEPO.ETH.MESH.00006309]

ERF 84-533  PROLENE 7 Year Explant  [DEPO.ETH.MESH.00006310-DEPO.ETH.MESH.00006311]

ERF 84-533  prolene  polypropylene suture explant from Dr. Drewes [DEPO.ETH.MESH.00006312]

Examination of 5 0 and 6 0 Cardiovascular PROLENE  Suture Explanted after 2 to 6 years implantation  [DEPO.ETH.MESH.00006313-15]

Examination of Ends of PREP and Prolene Sutures Reported to Have Broken in Animals [ETH.MESH.15958433-8444]

Examination of Ends of PREP and PROLENE Sutures Reported to Have Broken in animals.pdf [DEPO.ETH.MESH.00006316-24]

Expert Report of Howard Jordi w/ exhibits from a NJ case dated 5.20.14 (under New Jersey cases expert reports)

Expert Report of Vladimir Iakovlev (Richard Schmidt)

Explanted after 2 to 6 years. Nine samples were submitted by Research Foundation through Dr. Lunn. The results were provided in the memo. (DX25875)

FDA Reclassification of Prolene Sutures (1990) (ETH.MESH.10665538)

Figures included in seven year report (dog studies)  [ETH.MESH.11336505-6525]

Handwritten Notes for project 16102 re: Measurement of cracks in explanted Prolene sutures. Investigator E. Lindemann  [DEPO.ETH.MESH00004769-4772]

Handwritten notes for Project No. 45702 (May go with DEPO.ETH.MESH00004761 as it indicates "cont.p.99) "Development of procedure to ___ cracks in ___ explanted suture." Investigator E. Lindemann  [DEPO.ETH.MESH00004768]

Handwritten notes for project no. 45702 re: Development of procedure to ____ ____ ____ of cracks in Prolene Suture." Appears to describe method and result from examination of sutures. Investigator E. Lindemann  [DEPO.ETH.MESH00004761-4766]

Handwritten notes from Dan Burkley lab notebook regarding Gudoin prolene explants (September 22, 1987) (DEPO.ETH.MESH.000000367 - 368)

Handwritten notes regarding completion and conclusion from the investigation/examination of 23 Prolene sutures. Second page is dated 02/01/1988 but appears to go with document. Investigator: not legible  [DEPO.ETH.MESH00004757-4758]

Intra ocular lens, C. Jordan PR. #41001  [ETH.MESH.15958481-8485]

Intraocular lenses, C. Jordan PR. #41001  [ETH.MESH.15958486-8491]

John Karl's January 23, 2003 Memo titled Prolene Resin Manufacturing Specifications and Additive Package (ETH.MESH.02268619)

July 6, 2007 email from Dr. Engel re "How inert is polypropylene?" (ETH.MESH.05447475)

June 15, 1982 memo from Anthony Lunn regarding Crack Depth in Explanted Prolene Polypropylene Sutures (ETH.MESH.12831405-406)

Laboratory Notebook of D. Burkley covering March 20,1984 to October 23, 1984 [DEPO.ETH.MESH00000347 -375]

Ledger and attached slides  [ETH.MESH15406846-6977]

Listing of explants, SEM evaluation and SEM number with attached slides containing handwritten information.  [ETH.MESH.15406978-6999]

March 12, 2012 Memo re Response to email from Clare Huntington 26 January 2012 regarding publication by Clavé et al., Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants" (ETH.MESH.07226481)

Meeting Minutes: TVT Development-Team-Meeting 7.28.1999  [ETH.MESH.08165497-99]

Memo Burkley to A.J. Melveger re: IR Microscopy of Explanted Prolene Received from Prof. R. Guiddin  [ETH.MESH 12831391-1404]

Memo by Matlaga, Sheffield & Fetter to P. Marshall re: Human Retrieval Specimens from Dr. Roger Gregory, Norfolk Surgical Group. Samples were submitted from evaluation. The results are included in the memo.  [ETH.MESH.1595440-5442]

Memo Dr. Borysko to Melveger et al. re: Examination of 5/0 and 6/0 Cardiovasculare Prolene Sutures  [ETH.MESH15958410-8432]

Memo Frick to Matlage enclosing specimens of graft and suture material from two of Dr. Roger Gregory's patients.  [ETH.MESH15955443-5452]

Memo from Burkley to J. McDivitt re: Fourier Transform-Infrared Examination of Prolene Microcrack and Photo-Oxidized Polypropylene  [ETH.MESH15958336-8395]

Memo Garfield Jones to E.A. Block re: Prolene Polypropylene Suture/Tissue Specimens. Enclosing Prolene suture explants received from Dr. Margaret Billingham with attached letter regarding the sutures.  [ETH.MESH 15955472-5473]

Memo Lunn to Melveger re: Crack Depth in Explanted Prolene Polypropylene Sutures [ETH.Mesh 12831405-1407]

Memo Matlaga and Sheffield to Dr. R.L. Kronenthal re: Examination of Prolene (Plypropylene) Sutures fromHuman Cardiovascular Explants received from Dr. Margaret Bellingham for evaluation.  The results are included in the memo.  [ETH.MESH15955462-5468]

Memo Matlaga to Dr. A. Lunn re: Prolene (Polypropylene) Microcracks. Matalaga reviewed histological preparation from past samples more critically and provided the results. [ETH.MESH15955438-5439]

Memo Matlaga to P. Marshall re: Human Retrieval Samples  [ETH.MESH15958400-8404]

Memo Matlaga to R.L. Kronenthal re: Prolene Polypropylene Suture Explant from Dr. Drewes [ETH.MESH15958405-8407]

Memo Moy to A. Melveger re: Prolene Microcrack Experiments  [ETH.MESH 15958445-8451]

Memo Moy to A.J. Melveger re: Prolene Microcracking  [ETH.MESH15958452-8469]

Memo R.J. Reinhardt to Dr. D.C. Marshall re: Prolene Polypropylene Suture. Included was a dissected surgical specimen of a graft sutured with Prolene suture received from Dr. Richard J. Sanders of Denver, Colorado.   [ETH.MESH15955469-5471]

Memo Schiller to T. Davidson et al. re: Polene 7 year explant ERF Accession #84-533 [ETH.MESH15958408-8409]

Memo to Dr. A. Melveger re: Optical examination of 7 /12 year Prolene Explant, ERF Acc. #84-194. Examination results included along with Handwritten notes Microscopic Examination of Prolene (Polypropylene) Suture and Dacron Graft Returned for Norfolk Surgical Group, LTD (Human Retrieval) (ERF Accession No. 82-147)  [ETH.MESH.15958396-8399]

Page from Prolene IFU re:  Degradation

Project No 47201 (16 - 1983.05.25 - ETH.Mesh.15958400-8404)

Prolene – 7 year Explant from Dr. Drews (ERF Acc. #84-533)  [ETH.MESH.15958503-8507]

Prolene Microcrack Experiments.pdf  [DEPO.ETH.MESH.00006325-31]

prolene microcracking  [DEPO.ETH.MESH.00006386]

Prolene Package Insert re: Degradation (ETH.MESH.09634318)

Prolene Suture (treated and un-treated) (Dr. Guidain)  [ETH.MESH.15958478-8480]

Quebec Explants - SEM Evaluation  [DEPO.ETH.MESH.00004755]

Risk Assessment Summary for Product in the Gynecare TVT Secure System [ETH.MESH.11353422-39]

Satya Garg's November 12,1987 Memo regarding Gudoin prolene explants Study Meeting Minutes 10/8/87 (ETH.MESH.12831407)

Second Iolab job – requested by Sal Romano Project #45702-509  [ETH.MESH.15958510-8511]

SEM 10551-10572 83D057-83D960-83D035-84D007-84D010-83D067-83TM020 [DEPO.ETH.MESH.00006332-39]

SEM 1205-1208 and 1211-1212 and 1215-1216 PROLENE - tissue digestion treatment [DEPO.ETH.MESH.00006340-41]

SEM 4088-4101 Intra-ocular Lens for SR29477  [DEPO.ETH.MESH.00006342-46]

SEM 4102-4117 Intra-ocular Lens for SR29477  [DEPO.ETH.MESH.00006347-52]

SEM 4749-4754 Intra-ocular Lens cracks near haptic for SR29477 [DEPO.ETH.MESH.00006353-55]

SEM 5627-5641 10-0 PROLENE explants  [DEPO.ETH.MESH.00006356-63]

SEM 7467-7478 7 year explant ERF 84-533  [DEPO.ETH.MESH.00006364-68]

SEM Negatives 4696-4701 Intra-ocular Lens  [DEPO.ETH.MESH.00006369-70]

SEM Negatives 4736-4741 Intra-ocular Lens  [DEPO.ETH.MESH.00006371-72]

SEM Negatives 5627-5641 10-0 PROLENE Explants  [DEPO.ETH.MESH.00006373-78]

SEM Negatives 5627-5641 10-0 PROLENE Explants  [DEPO.ETH.MESH.00006379-84]

Seven Year Dog Study (Lewis trial exhibit no. 1291) (Complete)

Seven Year Dog Study (Used as exhibit at the 30(b)(6) deposition of Thomas Barbolt [ETH.MESH.11336184 - ]

SR14154 10-0 PROLENE explant  [DEPO.ETH.MESH.00006385]

Sunoco MSDS (ETH.MESH.02026591)

The Use of Mesh in Hernia Repair by L. Thomas Divilio, MD, FACS  [ETH.MESH.14442958-76]

Third type sample from Iolab Corp., Intra-Ocular Lens Project #47416  [ETH.MESH.15958508-8509]

NDA – 4.16.1969 PROLENE FDA Approval (ETH.MESH.09625731-09625737)

PROLENE suture NDA Preclinical Studies.pdf (ETH.MESH.09626242 – 09626359)

1973 Rabbit Study for PROLENE Mesh.pdf (ETH.MESH.10575607 – 10575613)

PSE 97-0197.pdf (ETH.MESH.05315240 – 05315295)

Eth Mesh 04384112 – Biocompatibility Risk Assessment for the TVT-L Device – June 6 2001.pdf (ETH.MESH.04384112 – 04284125)

Crack Depth in Explanted PROLENE Polypropylene Sutures memo (ETH.MESH.123831405 – 123831406)

Human Retrieval Specimens from Dr. Roger Gregory, Norfolk Surgical Group memo1983.03.29 (ETH.MESH.15955440-15955442)

Ethicon's Seven Year Dog Study ETH.MESH.09888187

Ethicon's Seven Year Dog Study ETH.MESH.09888189

Ethicon's Seven Year Dog Study ETH.MESH.09888218-222

Ethicon's Seven Year Dog Study ETH.MESH.09888188

Ethicon's Seven Year Dog Study ETH.MESH.11336183

Ethicon's Seven Year Dog Study ETH.MESH.11336181

Ethicon's Seven Year Dog Study ETH.MESH.11336081-082

Ethicon's Seven Year Dog Study ETH.MESH.11336166-168

Ethicon's Seven Year Dog Study ETH.MESH.09888191

Tensile Strength Study of Colorless and Pigmented Monofilament Polypropylene Sutures in the Rat (ETH.MESH.09626336 - 09626345)

Histological Evaluation and Comparison of Mechanical Pull Out Strength of Prolene Mesh and Prolene Soft Mesh in a Rabbit Model (EHT.MESH.10039989 - 10040024)

Monofilament Prolene In Vivo Breaking Strength Loss (ETH.MESH.10575510)

Prolene Polypropylene Sutures: Breaking Strenght of Prolene Sutures After Subcutaneous Implantation in Rats (ETH.MESH.10575614)

Non-Absorbable Sutures; In Vivo Tensile Strength Values of Production Non-Absorbable Sutures Tested To Supply Reference Tensile Strength Values (ETH.MESH.10665625 - 10665661)

NDA - Approved Labeling - Prolene Sutures - 1969 (ETH.MESH.09629447 - 09629448)

NDA - FDA Prolene NDA Supplement with Transitory Language (ETH.METH.09630649)

NDA - Librojo Affidavit

NDA - Prolene NDA - Insert Changes Approvals

NDA - Prolene NDA with Blue Composition (ETH.MESH.09625606 - 09625632)

Cytotoxicity Risk Asseessment for the TVT (Ulmsten) Device 8-8-1997 (ETH.MESH.00349228 - 00349237)

## Bellew Case Materials

### Expert Reports

Ducheyne, Paul

Iakovlev, Vladimir

Jordi, Howard

Klinge, Uwe

Muehl, Thomas

Thames, Shelby

## Depositions

Iakovlev, Vladamir [8.12.2014] (Corbett)

Jordi, Howard C., MD [8.19.2014]

Thames, Shelby F., Ph.D. [9.4.2014]

## Trial

Iakovlev, Vladimir [03.05.2015]

## Miscellaneous

All FTIR spectra (Four charts dated 6/17/2014)

Invoice #9475 from Jordi Labs to Anderson Law offices

Invoice #9685 from Jordi Labs to Anderson Law offices

NIST Polystyrene Standard (dated 6/18/2014)

Ong, Kevin SEM Images

# Huskey Case Materials

## Depositions

Iakovlev, Vladamir  [3.18.2014] (Huskey-Edwards)

Trial Transcript (Guelcher Testimony) w/ Exhibits  [8.25.2014]

Trial Transcript (Thames Testimony) w/ Exhibits  [9.2.2014]

**Expert Reports**

Dunn, Russell (Huskey-Edwards)

Dunn, Russell (Rebuttal) (Huskey-Edwards)

Guelcher, Scott (Huskey-Edwards)

Guelcher, Scott (Rebuttal)

Guelcher, Scott (2nd Supplimental) (Huskey-Edwards)

Ong, Kevin (Huskey-Edwards)

Pandit, Abhay (Huskey-Edwards)

Thames, Shelby (Huskey-Edwards)

**Miscellaneous**

Plaintiff's slides used with Guelcher

## Lewis Case Materials

**Expert Reports**

Jordi, Howard

Jordi, Howard (Rebuttal)

Ong, Kevin

Thames, Shelby

Guelcher, Scott (Rebuttal)

## TVT NJ Case Materials

**Expert Reports**

Ducheyne, Paul

Elliott, Daniel

Iakovlev, Vladimir

Jordi, Howard

Klinge, Uwe

Muehl, Thomas

Rosenzweig, Bruce

Pence, Peggy

## Carlino Case Materials

Dr. Iakovlev's Expert Report 8-28-15

Civil Action Complaint – Short Form

Ethicon's Response to Request for Production 8-24-15

## McGee Case Materials

Dr. Klinge's Expert Report 10-13-13

11.9.15 (TVM) McGee - letter to counsel enclosing plaintiff expert reports

Complaint and Jury Demand (J&J McGee, Kathryn)_18144909_1

## Wave 1 Case Materials

### Expert Reports

Jordi, Howard (Wave 1, Lewis, Bellew)

Guelcher, Scott

Guelcher, Scott (corrected)

Klinge, Uwe (SUI, POP)

Mays, Jimmy

Priddy, Duane

Ostergard, Donald

Iakovlev, Vladimir (General)

Iakovlev, Vladimir (Adams, Beach, Bennett, Boggs, Daino, Destefano-Raston, Dimock, Fox, Frye (original), Frye (supplemental), Funderburke, Georgilakis, Hankins, Hooper, Hoy, Justus, Kaiser, Kropf, Loustaunau, Massey, McBrayer, Nix, Phelps, Ruebel, Ruiz, Smith, Smith, Stone, Stubblefield, Taylor, Teasley, Vignos-Ware, White, Wolfe, Wroble)

Muehl, Thomas

**Depositions**

Priddy, Duane (3-8-2016)

Mays, Jimmy (3-2-16)

**Other Materials**

Mpathy Medical Devices, Ltd. Minimesh® polypropylene mesh. 510(k) #K041632

Sofradim Production. ParieteneTM Duo Polypropylene mesh and ParieteneTM Quadra Polypropylene mesh. 510(k) #K072951

Coloplast A/S. RestorelleTM polypropylene mesh. 510(k) #K103568

C.R. Bard, Inc. Bard® InnerLaceTM BioUrethral Support System. 510(k) #K031295

C.R. Bard, Inc. Avaulta$^{TM}$ Solo Support System and Avaulta$^{TM}$ Plus Biosynthetic Support System. 510(k) #K063712

American Medical Systems. BioArc TOTM Subfascial Hammock. 510(k) #K040538

American Medical Systems. AMS Large Pore Polypropylene mesh. 510(k) #K033636

MentorCorp. Mentor ObTapeTM Trans-obdurator Surgical Kit. 510(k) #042851

MLE, Inc. Suture Fixation Device. 510(k) #K021834

Boston Scientific Corp. Pinnacle Pelvic Floor Repair Kit II. 510(k) #081048

Boston Scientific Corp. Pinnacle Lite Pelvic Floor Repair Kit. 510(k) #122459

Island Biosurgical, Inc. Island Biosurgical Bolster. 510(k) #K960101

Ethicon, Inc. Modified PROLENE Polypropylene Mesh Nonabsorbable Synthetic Surgical Mesh. 510(k) #962530

Ethicon, Inc. Gynemesh PROLENE Soft (Polypropylene) Mesh. 510(k) # K013718

ATR – Theory and Applications.pdf  Pike Technologies

EAG FTIR Technique Note

Education Guide: Special Stains and H&E Second Edition, Editors: George L. Kumar and John A. Kiernan., 2010 Dako North America, Carpinteria, California

Myers, R. (2011). The Basic Chemistry of Hematoxylin. Available from: http://www.leicabiosystems.com/pathologyleaders/the-basic-chemistry-of-hematoxylin/

TVT Classic 510(K) (ETH.MESH.08476210 - 08476342)

ISO_10993_Testing

ASTM D3895

Trial Testimony of Vladimir Iakovlev (Cardenas) 8.18.2014

Trial Transcript of Eghnayem v. Boston Scientific 11.6.2014

Iakovlev, Vladimir Expert Report of (Iholts)

Iakovlev FULL REPORT ETH MDL Consolidated Case -8-24-15

Jordi FULL REPORT ETH MDL Consolidated Case 8-24-15

Guelcher FULL REPORT ETH MDL Consolidated Case 8-24-15

Klinge ETH MDL Consolidated Case-Expert Report 8-24-15

Muhl ETH MDL Consolidated Case-Expert Report-8-24-15

Iakovlev, Vladimir Expert Report - Clowe

Thames, Shelby Expert Report – Contrell

Thames, Shelby Trial Tesimony - Batiste

Barbolt 30(b)(6) deposition exhibit--list of studies 1-8-14

Scott, Guelcher Trial Testimony and Exhibits - Perry

Barbolt New Jersey Cases deposition 9-9-2012

Barbolt New Jersey Cases deposition day II 9-10-2012

Barbolt Pelvic Repair System Products Liability Litigation deposition 8-14-2013

Barbolt Pelvic Repair System Products Liability Litigation deposition day II 8-14-2013

Barbolt Pelvic Repair System Products Liability Litigation deposition 1-7-2014

Barbolt Pelvic Repair System Products Liability Litigation deposition day II 1-7-2014

Rosenzweig, Bruce Final Cantrel report 6-6-14

Rosenzweig, Bruce Final Corbet Report

Burkley, Dan deposition day 1, dated 5-22-2013

Burkley, Dan deposition day 2, dated 5-23-2013

# Appendix E: Compensation

In 2016, Exponent charges for my time at a rate of $380/hour.  No portion of my compensation is dependent on the outcome of this matter.

# Appendix F: Study Images



HerniaMeshR_01



HerniaMeshR_02



HerniaMeshR_03



| | | | | |
|---|---|---|---|---|
| HerniaP-01 | HerniaP-02 | HerniaP-03 | HerniaR-01 | HerniaR-02 |
| HerniaR-03 | PelletP-01 | PelletP-02 | PelletP-03 | PelletR-01 |
| PelletR-02 | PelletR-03 | SutureP-01 | SutureP-02 | SutureP-03 |
| SutureR-01 | SutureR-02 | SutureR-03 | TVT1P-01 | TVT1P-02 |
| TVT1P-03 | TVT1P-04 | TVT1R-01 | TVT1R-02 | TVT1R-03 |



TVT2P-01          TVT2P-02          TVT2P-03          TVT2R-01          TVT2R-02

TVT2R-03          TVT3P-01          TVT3P-02          TVT3P-03          TVT3R-01

TVT3R-02          TVT3R-03



DSC_5380     DSC_5381     DSC_5388     DSC_5389     DSC_5398

DSC_5399     DSC_5410     DSC_5411     DSC_5421     DSC_5422

DSC_5423     DSC_5432     DSC_5433



DSC_5384     DSC_5385     DSC_5402     DSC_5403     DSC_5414

DSC_5415     DSC_5426     DSC_5427     DSC_5436     DSC_5437

DSC_5443     DSC_5444     DSC_5473     DSC_5474     DSC_5475



DSC_5386  DSC_5387  DSC_5404  DSC_5405  DSC_5416

DSC_5417  DSC_5428  DSC_5429  DSC_5438  DSC_5439

DSC_5445  DSC_5446



DSC_5382    DSC_5383    DSC_5400    DSC_5401    DSC_5412

DSC_5413    DSC_5424    DSC_5425    DSC_5434    DSC_5435

DSC_5441    DSC_5442    DSC_5462    DSC_5463    DSC_5464

DSC_5465    DSC_5466    DSC_5467    DSC_5468    DSC_5469

DSC_5470    DSC_5471



DSC_5476      DSC_5477      DSC_5478      DSC_5479      DSC_5480

DSC_5481      DSC_5482      DSC_5483      DSC_5484      DSC_5485

DSC_5486      DSC_5487      DSC_5488      DSC_5489      DSC_5490

DSC_5491      DSC_5492





DSC_5518



DSC_7023          DSC_7024          DSC_7025          DSC_7026          DSC_7027

DSC_7028          DSC_7029          DSC_7030          DSC_7031



Hernia_mesh_P-01     Hernia_mesh_P-02     Hernia_mesh_P-03     Hernia_mesh_P-04     TVT_mesh3_P-01

TVT_mesh3_P-02     TVT_mesh3_P-03     TVT_mesh3_P-04     TVT_mesh3_P-05



Hernia Mesh_48 hrs-01 Hernia Mesh_48 hrs-02 Hernia Mesh 48 hrs-03 Hernia Mesh_48 hrs-04 TVT Mesh 3_48 hrs-01

TVT Mesh 3_48 hrs-02 TVT Mesh 3_48 hrs-03 TVT Mesh 3_48 hrs-04



Hernia_mesh_P-01   Hernia_mesh_P-02   Hernia_mesh_P-03   Hernia_mesh_P-04   Hernia_mesh_P-05

TVT3_mesh-01   TVT3_mesh-02   TVT3_mesh-03   TVT3_mesh-04



IMG_2077          IMG_2078          IMG_2079          IMG_2080          IMG_2081

IMG_2082          IMG_2083          IMG_2084          IMG_2085          IMG_2086

IMG_2087



157164_TVT#1_Paraffin_01    157164_TVT#1_Paraffin_02    157164_TVT#1_Paraffin_03    157165_TVT#1_Resin_01    157165_TVT#1_Resin_02

157165_TVT#1_Resin_03    157165_TVT#1_Resin_04    157172_TVT#2_Paraffin_01    157172_TVT#2_Paraffin_02    157172_TVT#2_Paraffin_03

157172_TVT#2_Paraffin_04    157173_TVT#2_Resin_01    157173_TVT#2_Resin_02    157173_TVT#2_Resin_03    157173_TVT#2_Resin_04

157180_TVT#3_Paraffin_01    157180_TVT#3_Paraffin_02    157180_TVT#3_Paraffin_03    157181_TVT#3_Resin_01    157181_TVT#3_Resin_02

157181_TVT#3_Resin_03    57188_HerniaMesh_Paraffin_0    57188_HerniaMesh_Paraffin_0    57188_HerniaMesh_Paraffin_0    157189_HerniaMesh_Resin_01



157189_HerniaMesh_Resin_02    157189_HerniaMesh_Resin_03    57196_Suture_Paraffin-Resin_0    57196_Suture_Paraffin-Resin_0    57196_Suture_Paraffin-Resin_0

157232_pellet_Paraffin_01    157232_pellet_Paraffin_02    157232_pellet_Paraffin_03    157233_pellet_Resin_01    157233_pellet_Resin_02



157233_pellet_Resin_03



| | | | | |
|---|---|---|---|---|
| 157164_TVT#1_Paraffin_01 | 157164_TVT#1_Paraffin_02 | 157164_TVT#1_Paraffin_03 | 157164_TVT#1_Paraffin_04 | 157165_TVT#1_Resin_01 |
| 157165_TVT#1_Resin_02 | 157165_TVT#1_Resin_03 | 157165_TVT#1_Resin_04 | 157172_TVT#2_Paraffin_01 | 157172_TVT#2_Paraffin_02 |
| 157172_TVT#2_Paraffin_03 | 157172_TVT#2_Paraffin_04 | 157173_TVT#2_Resin_01 | 157173_TVT#2_Resin_02 | 157173_TVT#2_Resin_03 |
| 157173_TVT#2_Resin_04 | 157180_TVT#3_Paraffin_01 | 157180_TVT#3_Paraffin_02 | 157180_TVT#3_Paraffin_03 | 157180_TVT#3_Paraffin_04 |
| 157181_TVT#3_Resin_01 | 157181_TVT#3_Resin_02 | 157181_TVT#3_Resin_03 | 157181_TVT#3_Resin_04 | 57188_HerniaMesh_Paraffin_0 |



57188_HerniaMesh_Paraffin_0   57188_HerniaMesh_Paraffin_0   57188_HerniaMesh_Paraffin_0   157189_HerniaMesh_Resin_01   157189_HerniaMesh_Resin_02

157189_HerniaMesh_Resin_03   157189_HerniaMesh_Resin_04   57196_Suture_Paraffin-Resin_C   57196_Suture_Paraffin-Resin_C   57196_Suture_Paraffin-Resin_C

57196_Suture_Paraffin-Resin_C   157232_pellet_Paraffin_01   157232_pellet_Paraffin_02   157232_pellet_Paraffin_03   157233_pellet_Resin_01

157233_pellet_Resin_02   157233_pellet_Resin_03



IMG_2153



IMG_2154



IMG_2155



IMG_2156



IMG_2157



IMG_2158



157166_TVT1_Serum-P_01    57166_TVT1_Serum-P_100x_0    57166_TVT1_Serum-P_150x_0    57166_TVT1_Serum-P_150x_0    57166_TVT1_Serum-P_150x_0

57167_TVT1_Serum-R_030x_0    57167_TVT1_Serum-R_150x_0    57167_TVT1_Serum-R_150x_0    57167_TVT1_Serum-R_150x_0    57167_TVT1_Serum-R_150x_0

57167_TVT1_Serum-R_200x_0    57174_TVT2_Serum-P_030x_0    I74_TVT2_Serum-P_030x_stitch    57174_TVT2_Serum-P_150x_0    57174_TVT2_Serum-P_150x_0

57175_TVT2_Serum-R_030x_0    I75_TVT2_Serum-R_030x_stitch    57175_TVT2_Serum-R_150x_0    57175_TVT2_Serum-R_150x_0    57175_TVT2_Serum-R_150x_0

57182_TVT3_Serum-P_030x_0    57182_TVT3_Serum-P_150x_0    57182_TVT3_Serum-P_150x_0    57182_TVT3_Serum-P_150x_0    57182_TVT3_Serum-P_150x_0



57183_TVT3_Serum-R_030x_0   57183_TVT3_Serum-R_150x_0   57183_TVT3_Serum-R_150x_0   57183_TVT3_Serum-R_150x_0   57190_Hernia_Serum-P_030x_(

57190_Hernia_Serum-P_150x_(   57190_Hernia_Serum-P_150x_(   57190_Hernia_Serum-P_150x_(   57191_Hernia_Serum-R_030x_(   57191_Hernia_Serum-R_150x_(

57191_Hernia_Serum-R_150x_(   57191_Hernia_Serum-R_150x_(   57198_Suture_Serum-P_030x_(   57198_Suture_Serum-P_200x_(   57198_Suture_Serum-P_200x_(

57198_Suture_Serum-P_200x_(   57198_Suture_Serum-P_200x_(   57199_Suture_Serum-R_030x_(   57199_Suture_Serum-R_200x_(   57199_Suture_Serum-R_200x_(

57199_Suture_Serum-R_200x_(   157234_Pellet 3_050x_01   157234_Pellet 3_150x_02   157234_Pellet 3_150x_03   157234_Pellet 3_150x_04

  

157235_Pellet 4_050x_01         157235_Pellet 4_150x_02         157235_Pellet 4_150x_03







IMG_1022          IMG_1023          IMG_1024          IMG_1025          IMG_1026



Hernia_mesh_P-01     Hernia_mesh_P-02     Hernia_mesh_P-03     Hernia_mesh_P-04     Hernia_mesh_P-05

Suture_P-01     Suture_R-01     TVT3_mesh-01     TVT3_mesh-02     TVT3_mesh-03

TVT3_mesh-04     TVT3_mesh-05



Hernia_mesh_P-01   Hernia_mesh_P-02   Hernia_mesh_P-03   Suture_P-01   Suture_P-02

Suture_P-03   Suture_P-04   TVT3_mesh-01   TVT3_mesh-02   TVT3_mesh-03

TVT3_mesh-04   TVT3_mesh-05



| | | | | |
|---|---|---|---|---|
| Suture_P-01 | Suture_P-02 | Suture_P-03 | Suture_P-04 | Suture_P-05 |
| Suture_P-06 | Suture_P-07 | TVT2_mesh-P-01 | TVT2_mesh-P-02 | TVT2_mesh-P-03 |
| TVT2_mesh-P-04 | TVT3_mesh-P-01 | TVT3_mesh-P-02 | TVT3_mesh-P-03 | TVT3_mesh-P-04 |



157166_TVT1-P_001     157166_TVT1-P_002     157166_TVT1-P_003     157166_TVT1-P_004     157166_TVT1-P_005

157167_TVT1-R_001     157167_TVT1-R_002     157167_TVT1-R_003     157167_TVT1-R_004     157167_TVT1-R_005

157167_TVT1-R_006     157167_TVT1-R_007     157174_TVT2-P_001     157174_TVT2-P_002     157174_TVT2-P_003

157174_TVT2-P_004     157174_TVT2-P_005     157175_TVT2-R_001     157175_TVT2-R_002     157175_TVT2-R_003

157175_TVT2-R_004     157182_TVT3-P_001     157182_TVT3-P_002     157182_TVT3-P_003     157182_TVT3-P_004



157182_TVT3-P_005    157183_TVT3-R_001    157183_TVT3-R_002    157183_TVT3-R_003    157183_TVT3-R_004

157190_Hernia-P_001    157190_Hernia-P_002    157190_Hernia-P_003    157190_Hernia-P_004    157190_Hernia-P_005

157191_Hernia-R_001    157191_Hernia-R_002    157191_Hernia-R_003    157191_Hernia-R_004    157191_Hernia-R_005

157198_Suture-P_001    157198_Suture-P_002    157198_Suture-P_003    157198_Suture-P_004    157198_Suture-P_005

157198_Suture-P_006    157198_Suture-P_007    157199_Suture-R_001    157199_Suture-R_002    157199_Suture-R_003



157199_Suture-R_004


157199_Suture-R_005


157234_Pellet3_001


157234_Pellet3_002


157234_Pellet3_003



157235_Pellet4_001


157235_Pellet4_002


157235_Pellet4_003



DSC_7052   DSC_7053   DSC_7054   DSC_7055   DSC_7056

DSC_7057   DSC_7058   DSC_7059


IMG_1008


IMG_1009


IMG_1010


IMG_1011


IMG_1012


IMG_1013



Suture_P_01     Suture_P_02     Suture_P_03     TVT1_Mesh_P_01     TVT1_Mesh_P_02

TVT1_Mesh_P_03     TVT2_mesh-P-01     TVT2_mesh-P-02     TVT2_mesh-P-03     TVT2_mesh-P-04

TVT3_Mesh_P_01     TVT3_Mesh_P_02     TVT3_Mesh_P_03



SutureR_01          SutureR_02          SutureR_03          SutureR_04          TVT1P_01

TVT1P_02            TVT1P_03            TVT1R_01            TVT1R_02            TVT1R_03

TVT2P_01            TVT2P_02            TVT2P_03            TVT2P_04            TVT2R_01

TVT2R_02            TVT2R_03



HerniaMeshP_01    HerniaMeshP_02    HerniaMeshP_03    HerniaMeshP_04    HerniaMeshP_05

HerniaMeshP_06    HerniaMeshP_07    HerniaMeshP_08    HerniaMeshP_09    HerniaMeshP_10





IMG_2314          IMG_2315          IMG_2316          IMG_2317          IMG_2318

IMG_2319          IMG_2320          IMG_2321          IMG_2322



157166_TVT1_P_01   157166_TVT1_P_EDS   157166_TVT1_P_EDS_Loc1   157166_TVT1_P_EDS_Loc1-2   157166_TVT1_P_EDS_Loc2

157173_TVT2_P_01   157173_TVT2_P_EDS   157173_TVT2_P_EDS_Loc1   157173_TVT2_P_EDS_Loc1-3   157173_TVT2_P_EDS_Loc2

157173_TVT2_P_EDS_Loc3   157182_TVT3_P_01   157182_TVT3_P_EDS   157182_TVT3_P_EDS_Loc1   157182_TVT3_P_EDS_Loc1-2

157182_TVT3_P_EDS_Loc2   157190_Hernia_P_01   157190_Hernia_P_EDS   157190_Hernia_P_EDS_Loc1   157190_Hernia_P_EDS_Loc1-2

157190_Hernia_P_EDS_Loc2   157198_Suture_01   157198_Suture_EDS   157198_Suture_EDS_Loc1   157198_Suture_EDS_Loc1-2



157198_Suture_EDS_Loc2     157234_Pellet3_P_01     157234_Pellet3_P_EDS     157234_Pellet3_P_EDS_Loc1     157234_Pellet3_P_EDS_Loc1-2

157234_Pellet3_P_EDS_Loc2





TVT1P_01      TVT1P_02      TVT1P_03      TVT1P_04      TVT1P_05

TVT1P_06      TVT1P_07      TVT1P_08      TVT1P_09      TVT1P_10

TVT1P_11      TVT1P_12      TVT1P_stitch





TVT2P_01          TVT2P_02          TVT2P_03          TVT2P_04          TVT2P_05

TVT2P_06          TVT2P_07          TVT2P_08          TVT2P_09          TVT2P_10

TVT2P_11          TVT2P_12


DSC_7105


DSC_7106


DSC_7107


DSC_7108


DSC_7109


DSC_7110



HerniaR_01    HerniaR_02    HerniaR_03    HerniaR_04    SutureR_01

SutureR_02    SutureR_03    TVT1R_01    TVT1R_02    TVT2R_01

TVT2R_02    TVT2R_03    TVT2R_04    TVT3R_01    TVT3R_02

TVT3R_03    TVT3R_04

   

TVT2R_01          TVT2R_02          TVT2R_03          TVT2R_04



HerniaR_01          HerniaR_02          HerniaR_03          HerniaR_04          HerniaR_05

HerniaR_06          HerniaR_07          HerniaR_08          HerniaR_09          HerniaR_10



HerniaR_11



SutureR_01     SutureR_02     SutureR_03     SutureR_04     SutureR_05

SutureR_06     SutureR_07     SutureR_08     SutureR_09     SutureR_10



SutureR_11



TVT1R_01          TVT1R_02          TVT1R_03          TVT1R_04          TVT1R_05

TVT1R_06          TVT1R_07          TVT1R_08          TVT1R_09          TVT1R_10

TVT1R_11          TVT1R_stitch



TVT2R_01          TVT2R_02          TVT2R_03          TVT2R_04          TVT2R_05

TVT2R_06          TVT2R_07          TVT2R_08          TVT2R_09          TVT2R_10



TVT2R_11



TVT3R_01    TVT3R_02    TVT3R_03    TVT3R_04    TVT3R_05

TVT3R_06    TVT3R_07    TVT3R_08    TVT3R_09    TVT3R_10



TVT3R_11







DSC_9597          DSC_9598          DSC_9599          DSC_9600          DSC_9601



DSC_9683    DSC_9684    DSC_9685    DSC_9686    DSC_9687

DSC_9688    DSC_9689



IMG_1054



IMG_1055



IMG_1056



IMG_1057



IMG_1058



DSC_9696          DSC_9697          DSC_9698          DSC_9699          DSC_9700

DSC_9701          DSC_9702



157166_TVT#1_Paraffin_01  157166_TVT#1_Paraffin_02  157166_TVT#1_Paraffin_03  157166_TVT#1_Paraffin_04  157166_TVT#1_Paraffin_05

157167_TVT#1_Resin_01  157167_TVT#1_Resin_02  157167_TVT#1_Resin_03  157167_TVT#1_Resin_04  157167_TVT#1_Resin_05

157167_TVT#1_Resin_06  157174_TVT#2_Paraffin_01  157174_TVT#2_Paraffin_02  157174_TVT#2_Paraffin_03  157174_TVT#2_Paraffin_04

157174_TVT#2_Paraffin_05  157174_TVT#2_Paraffin_06  157175_TVT#2_Resin_01  157175_TVT#2_Resin_02  157175_TVT#2_Resin_03

157175_TVT#2_Resin_04  157175_TVT#2_Resin_05  157175_TVT#2_Resin_06  157182_TVT#3_Paraffin_01  157182_TVT#3_Paraffin_02





157198_Suture_Paraffin_04 157198_Suture_Paraffin_05 157198_Suture_Paraffin_06 157199_Suture_Resin_01 157199_Suture_Resin_02

157199_Suture_Resin_03 157199_Suture_Resin_04 157199_Suture_Resin_05 157199_Suture_Resin_06 157199_Suture_Resin_07

157234_pellet_Paraffin_01 157234_pellet_Paraffin_02 157234_pellet_Paraffin_03 157234_pellet_Paraffin_04 157235_pellet_Resin_01

157235_pellet_Resin_02 157235_pellet_Resin_03 157235_pellet_Resin_04


DSC_4479


DSC_4480


DSC_4481


DSC_4482


DSC_4483



DSC_4483     DSC_4484     DSC_4485     DSC_4486     DSC_4512

DSC_4513     DSC_4514     DSC_4515     DSC_4516     DSC_4517

DSC_4518     DSC_4519     DSC_4520     DSC_4521     DSC_4522

DSC_4523     DSC_4524     DSC_4525     DSC_4526     DSC_4527

DSC_4528     DSC_4529     DSC_4530     DSC_4531     DSC_4532



DSC_4533



DSC_4465

DSC_4466

DSC_4467

DSC_4468

DSC_4469

DSC_4470

DSC_4471

DSC_4472

DSC_4473

DSC_4474

DSC_4475

DSC_4476

DSC_4477

DSC_4478





DSC_4487   DSC_4488   DSC_4489   DSC_4490   DSC_4491

DSC_4492   DSC_4493   DSC_4494   DSC_4495   DSC_4496

DSC_4497   DSC_4498   DSC_4499   DSC_4500   DSC_4501

DSC_4502   DSC_4503   DSC_4504   DSC_4505   DSC_4506

DSC_4507   DSC_4508   DSC_4509   DSC_4510   DSC_4511



DSC_4534   DSC_4535   DSC_4536   DSC_4537   DSC_4538

DSC_4539   DSC_4540   DSC_4541   DSC_4542   DSC_4543

DSC_4544   DSC_4545   DSC_4547   DSC_4548   DSC_4549

DSC_4550   DSC_4551   DSC_4552   DSC_4553   DSC_4554

DSC_4555   DSC_4556   DSC_4557   DSC_4558   DSC_4559





DSC_4585  DSC_4586  DSC_4587  DSC_4588  DSC_4589

DSC_4590  DSC_4591  DSC_4592  DSC_4593  DSC_4594

DSC_4595  DSC_4596  DSC_4597  DSC_4598  DSC_4599

DSC_4600  DSC_4601  DSC_4602  DSC_4603  DSC_4604

DSC_4605  DSC_4606  DSC_4607  DSC_4608  DSC_4609



IMG_3190



PP Pellet-P-01          PP Pellet-R-01          Suture-P-01          Suture-P-02          Suture-P-03

Suture-P-04            Suture-P-05            Suture-P-06          Suture-P-07          Suture-P-08

Suture-P-09            Suture-R-01            Suture-R-02          Suture-R-03          Suture-R-04

Suture-R-05            Suture-R-06            Suture-R-07          Suture-R-08          Suture-R-09



157164-TVT1-Chem Ox-P-01   157164-TVT1-Chem Ox-P-02   157164-TVT1-Chem Ox-P-03   157165-TVT1-Chem Ox-R-01   157165-TVT1-Chem Ox-R-02

157165-TVT1-Chem Ox-R-03   157172-TVT2-Chem Ox P-01   157172-TVT2-Chem Ox P-02   157172-TVT2-Chem Ox P-03   157173-TVT2-Chem Ox R-01

157173-TVT2-Chem Ox R-02   157173-TVT2-Chem Ox R-03   157180-TVT3-Chem Ox-P-01   157180-TVT3-Chem Ox-P-02   157180-TVT3-Chem Ox-P-03

157181-TVT3-Chem Ox-R-01   157181-TVT3-Chem Ox-R-02   157181-TVT3-Chem Ox-R-03   157188-Hernia Chem Ox-P-01   157188-Hernia Chem Ox-P-02

157188-Hernia Chem Ox-P-03   157189-Hernia Chem Ox-R-01   157189-Hernia Chem Ox-R-02   157189-Hernia Chem Ox-R-03   157196-Suture-Chem Ox-01



| 157196-Suture-Chem Ox-02 | 157196-Suture-Chem Ox-03 | 157196-Suture-Chem Ox-04 | 157232-PP Pellet-P-01 | 157232-PP Pellet-P-02 |

| 157232-PP Pellet-P-03 | 157232-PP Pellet-P-04 | 157233-PP Pellet-R-01 | 157233-PP Pellet-R-02 | 157233-PP Pellet-R-03 |



157233-PP Pellet-R-04



TVT1-01          TVT1-02          TVT1-EDS 1 Loc 1-2          TVT1-EDS 1 Loc 1-2-1          TVT1-EDS 1 Loc 1-2-2

TVT1-EDS 1













162_QUV-P_40x_Unstained_BF    162_QUV-P_40x_Unstained_BF    4_ChemOx-P_10x_Unstained_I    4_ChemOx-P_10x_Unstained_I    4_ChemOx-P_10x_Unstained_I

66_Serum-P_10x_Unstained_B    66_Serum-P_40x_Unstained_B    66_Serum-P_40x_Unstained_B    170_QUV-P_10x_Unstained_BF    170_QUV-P_10x_Unstained_BF

170_QUV-P_40x_Unstained_BF    2_ChemOx-P_10x_Unstained_I    2_ChemOx-P_40x_Unstained_I    2_ChemOx-P_40x_Unstained_I    74_Serum-P_40x_Unstained_B

74_Serum-P_40x_Unstained_B    178_QUV-P_10x_Unstained_BF    178_QUV-P_40x_Unstained_BF    0_ChemOx-P_10x_Unstained_I    0_ChemOx-P_10x_Unstained_I

0_ChemOx-P_10x_Unstained_I    0_ChemOx-P_10x_Unstained_I    0_ChemOx-P_40x_Unstained_I    0_ChemOx-P_40x_Unstained_I    0_ChemOx-P_40x_Unstained_I



0_ChemOx-P_40x_Unstained_I  82_Serum-P_10x_Unstained_B  82_Serum-P_10x_Unstained_B  82_Serum-P_10x_Unstained_B  82_Serum-P_40x_Unstained_B

82_Serum-P_40x_Unstained_B  8_ChemOx-P_10x_Unstained_I  ChemOx_Pellet-P_10x_Unstaine  ntreatedControl_P_10x_Unstain  ntreatedControl_P_10x_Unstain

ntreatedControl_P_40x_Unstain  ntreatedControl_P_40x_Unstain  ntreatedControl_P_40x_Unstain  ntreatedControl_P_40x_Unstain  ntreatedControl_P_40x_Unstain

ntreatedControl_P_10x_Unstain  ntreatedControl_P_10x_Unstain  ntreatedControl_P_10x_Unstain  ntreatedControl_P_10x_Unstain  ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain  ntreatedControl_P_40x_Unstain  ntreatedControl_P_10x_Unstaine  ntreatedControl_P_10x_Unstain  ntreatedControl_P_10x_Unstain

    

ntreatedControl_P_10x_Unstain   ntreatedControl_P_10x_Unstain   ntreatedControl_P_10x_Unstain   3_ChemOx_P_40x_Unstained_   3_ChemOx_P_40x_Unstained_









157164-TVT1-Chem Ox-P_01   157164-TVT1-Chem Ox-P_02   157164-TVT1-Chem Ox-P_03   157164-TVT1-Chem Ox-P_04   157164-TVT1-Chem Ox-P_05

157164-TVT1-Chem Ox-P_06   157164-TVT1-Chem Ox-P_07   157164-TVT1-Chem Ox-P_08   157165-TVT1-Chem Ox-R_01   157165-TVT1-Chem Ox-R_02

157165-TVT1-Chem Ox-R_03   157165-TVT1-Chem Ox-R_04   157165-TVT1-Chem Ox-R_05   157172-TVT2-Chem Ox P_01   157172-TVT2-Chem Ox P_02

157172-TVT2-Chem Ox P_03   157172-TVT2-Chem Ox P_04   157172-TVT2-Chem Ox P_05   157173-TVT2-Chem Ox R_01   157173-TVT2-Chem Ox R_02

157173-TVT2-Chem Ox R_03   157173-TVT2-Chem Ox R_04   157180-TVT3-Chem Ox-P_01   157180-TVT3-Chem Ox-P_02   157180-TVT3-Chem Ox-P_03



157180-TVT3-Chem Ox-P_04   157180-TVT3-Chem Ox-P_05   157181-TVT3-Chem Ox-R_01   157181-TVT3-Chem Ox-R_02   157181-TVT3-Chem Ox-R_03

157181-TVT3-Chem Ox-R_04   157188-Hernia Chem Ox-P_01   157188-Hernia Chem Ox-P_02   157188-Hernia Chem Ox-P_03   157188-Hernia Chem Ox-P_04

157189-Hernia Chem Ox-R_01   157189-Hernia Chem Ox-R_02   157189-Hernia Chem Ox-R_03   157189-Hernia Chem Ox-R_04   159703-Suture-Chem Ox-P_01

159703-Suture-Chem Ox-P02   159704-Suture-Chem Ox-R_01   159704-Suture-Chem Ox-R_02   159704-Suture-Chem Ox-R_03   159704-Suture-Chem Ox-R_04





DSC_9609  DSC_9610  DSC_9611  DSC_9612  DSC_9613

DSC_9614  DSC_9615  DSC_9616  DSC_9617  DSC_9618

DSC_9619  DSC_9620  DSC_9621  DSC_9622  DSC_9623

DSC_9624  DSC_9625  DSC_9626  DSC_9627  DSC_9628

DSC_9629  DSC_9630  DSC_9631  DSC_9632  DSC_9633



DSC_9634   DSC_9635   DSC_9636   DSC_9637   DSC_9638

DSC_9639   DSC_9640   DSC_9641   DSC_9642   DSC_9643

DSC_9644   DSC_9645   DSC_9646   DSC_9647   DSC_9648

DSC_9649

   

Pristine_R_63x_H&E_ana_02-Image Export-01   Pristine_R_63x_H&E_BF_01-Image Export-02   Pristine_R_63x_H&E_BF_02-Image Export-03   Pristine_R_63x_H&E_cpol_02-Image Export-04





157237_Pellet_Pristine_R_63x_H&E_cpol_01-image
Epon-55

1504469.000 - 2558

161





  

157195_QUV_R_63x_H&E_BF_01-Image Export-35    157195_QUV_R_63x_H&E_Ipol_01-Image Export-36    157195_QUV_R_63x-zoom_H&E_ana_01-Image Export-06



















162_QUV-P_40x_Unstained_BF    162_QUV-P_40x_Unstained_BF    4_ChemOx-P_10x_Unstained_I    4_ChemOx-P_10x_Unstained_I    4_ChemOx-P_10x_Unstained_I

66_Serum-P_10x_Unstained_B    66_Serum-P_40x_Unstained_B    66_Serum-P_40x_Unstained_B    170_QUV-P_10x_Unstained_BF    170_QUV-P_10x_Unstained_BF

170_QUV-P_40x_Unstained_BF    2_ChemOx-P_10x_Unstained_I    2_ChemOx-P_40x_Unstained_I    2_ChemOx-P_40x_Unstained_I    74_Serum-P_40x_Unstained_B

74_Serum-P_40x_Unstained_B    178_QUV-P_10x_Unstained_BF    178_QUV-P_40x_Unstained_BF    0_ChemOx-P_10x_Unstained_I    0_ChemOx-P_10x_Unstained_I

0_ChemOx-P_10x_Unstained_I    0_ChemOx-P_10x_Unstained_I    0_ChemOx-P_40x_Unstained_I    0_ChemOx-P_40x_Unstained_I    0_ChemOx-P_40x_Unstained_I



    

ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    3_ChemOx_P_40x_Unstained_    3_ChemOx_P_40x_Unstained_























