# EXHIBIT R

Confidential - Subject to Protective Order

Page 294

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

IN RE: ETHICON, INC. PELVIC      :MDL NO. 2327
REPAIR SYSTEM, PRODUCTS          :
LIABILITY LITIGATION             :VOLUME II
                                 :

THIS DOCUMENT RELATES TO ALL CASES AND
VARIOUS OTHER CROSS-NOTICED ACTIONS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- - -

January 8, 2014

- - -

Transcript of the continued deposition of THOMAS A. BARBOLT, Ph.D., called for Videotaped Examination in the above-captioned matter, said deposition taken pursuant to Superior Court Rules of Practice and Procedure by and before Michelle L. Gray, a Certified Court Reporter, Registered Professional Reporter, and Notary Public, at the offices of Riker Danzig Scherer Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, Morristown, New Jersey, commencing at 9:07 a.m.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph| 917.951.5672 fax
deps@golkow.com

Confidential - Subject to Protective Order

Page 407

1  BY MR. THORNBURGH:
2  Q.    IR spectra showed possible evidence
3  of slight oxidation, correct?
4  A.    Yes.
5  Q.    Okay.  Now, there's also an
6  observation regarding the other Ethilon and Novofil,
7  which differed from uncracked areas.  And the
8  conclusion was, expected IR absorbances for
9  oxidation would be masked by strong carbonyl
10 absorbances normally observed in these sutures.
11        So there's a discussion here that --
12 of the -- what would be expected to be seen could be
13 masked by strong carbonyl absorbances.  Do you see
14 that?
15        MR. THOMAS:  Object to the form of
16 the question.
17        THE WITNESS:  Yes.
18 BY MR. THORNBURGH:
19 Q.    And at the seven-year data, Ethicon's
20 investigator found degradation in Prolene is still
21 increasing in PVDF -- even though a few cracks were
22 found, is still by far the most surface resistant
23 in-house made suture in terms of cracking.
24        That's the findings by Ethicon's
25 investigator, right?

Page 408

1  A.    Yes.
2  Q.    An employee for Ethicon who actually
3  investigated degradation of Prolene sutures and came
4  to the conclusion that degradation is occurring in
5  Prolene, right?
6         MR. THOMAS:  Object to the form of
7  the question.
8  BY MR. THORNBURGH:
9  Q.    Do you see that?
10 A.    Yes, I see that.  Surface
11 degradation, and they're making a reference to
12 surface degradation.  Yep.  I see it.
13 Q.    So you agree as the person for
14 Ethicon who's looked at these studies that surface
15 degradation can occur on the Prolene polypropylene,
16 correct?
17 A.    That was a surface change observed in
18 this report and so reported.
19 Q.    And so you agree that surface
20 degradation can occur in the Prolene polypropylene
21 that's contained in the TVT meshes, correct?
22        MR. THOMAS:  Object to the form of
23 the question.
24        THE WITNESS:  That's the data in this
25 report reflecting the SEM parameters evaluated.

Page 409

1  BY MR. THORNBURGH:
2  Q.    And that's Ethicon's position as
3  you -- as the spokesperson for Ethicon, it's
4  Ethicon's position that degradation, surface
5  degradation, can occur, correct?
6         MR. THOMAS:  Object to the form of
7  the question.
8         THE WITNESS:  Yes.
9  BY MR. THORNBURGH:
10 Q.    And this was known well in advance of
11 this statement that the material is not absorbed,
12 nor is it subject to degradation, correct?
13 A.    Yes.  This is from 1992.
14        MR. THORNBURGH:  Okay.  Lunch break.
15        THE VIDEOGRAPHER:  We're now going
16 off the video record.  It's 11:48.
17        (Lunch break.)
18        THE VIDEOGRAPHER:  We're back on the
19 video record.  It's now 12:43.
20 BY MR. THORNBURGH:
21 Q.    Now, Doctor, I'd like to turn your
22 attention back to the e-mail that we began to
23 discuss earlier in your deposition, Exhibit
24 Number T 4012.
25        (Whereupon, a discussion was held off

Page 410

1  the record.)
2         THE WITNESS:  Okay.
3  BY MR. THORNBURGH:
4  Q.    Now, this e-mail --
5         MR. THOMAS:  Give me just a half a
6  second to get back on the same page.
7         Thank you.  I am ready.
8  BY MR. THORNBURGH:
9  Q.    This e-mail is again from
10 Dr. Divilio, and you were copied on this e-mail,
11 right?
12 A.    Yes.
13 Q.    In 2007, correct?
14 A.    Yes.
15 Q.    And the e-mail says:  Bruce Ramshaw
16 from the University of Missouri is challenging our
17 perception of polypropylene as an inert material
18 after implantation.  In a recent article, his group
19 looked at explanted polypropylene from a Bard
20 Composix mesh under EM, electron microscopy, and
21 found that the surface of the fibers had been
22 altered with respect to the pristine material with
23 evidence of blistering and increased surface
24 roughness, possibly due to oxidation.
25        Now, this is the same finding or

30 (Pages 407 to 410)