# EXHIBIT Z

HISTION

Accession Log  DOC010

| Study Number | H16-008 | | |
|---|---|---|---|
| Accession # | Animal # | Group # | Description |
| 16-008- 1 | 157162 | | Paraffin |
| 16-008- 2 | 157164 | | Paraffin |
| 16-008- 3 | 157166 | | Paraffin |
| 16-008- 4 | 157170 | | Paraffin |
| 16-008- 5 | 157172 | | Paraffin |
| 16-008- 6 | 157174 | | Paraffin |
| 16-008- 7 | 157178 | | Paraffin |
| 16-008- 8 | 157180 | | Paraffin |
| 16-008- 9 | 157182 | | Paraffin |
| 16-008- 10 | 157186 | | Paraffin |
| 16-008- 11 | 157188 | | Paraffin |
| 16-008- 12 | 157190 | | Paraffin |
| 16-008- 13 | 157194 | | Paraffin |
| 16-008- 14 | 157198 | | Paraffin |
| 16-008- 15 | 157232 | | Paraffin |
| 16-008- 16 | 157234 | | Paraffin |
| 16-008- 17 | 157236 | | Paraffin |
| 16-008- 18 | 157880 | | Paraffin |
| 16-008- 19 | 157884 | | Paraffin |
| 16-008- 20 | 157895 | | Paraffin |
| 16-008- 21 | 157899 | | Paraffin |
| 16-008- 22 | 157903 | | Paraffin |
| 16-008- 23 | 159703 | | Paraffin |
| 16-008- 24 | 159704 | | Technovit |
| 16-008- 25 | 157163 | | Technovit |
| 16-008- 26 | 157165 | | Technovit |
| 16-008- 27 | 157167 | | Technovit |
| 16-008- 28 | 157169 | | Technovit |
| 16-008- 29 | 157171 | | Technovit |
| 16-008- 30 | 157173 | | Technovit |
| 16-008- 31 | 157175 | | Technovit |
| 16-008- 32 | 157177 | | Technovit |
| 16-008- 33 | 157179 | | Technovit |
| 16-008- 34 | 157181 | | Technovit |
| 16-008- 35 | 157183 | | Technovit |
| 16-008- 36 | 157185 | | Technovit |
| 16-008- 37 | 157187 | | Technovit |
| 16-008- 38 | 157189 | | Technovit |
| 16-008- 39 | 157191 | | Technovit |
| 16-008- 40 | 157193 | | Technovit |
| 16-008- 41 | 157195 | | Technovit |
| 16-008- 42 | 157199 | | Technovit |
| 16-008- 43 | 157201 | | Technovit |
| 16-008- 44 | 157233 | | Technovit |
| 16-008- 45 | 157235 | | Technovit |
| 16-008- 46 | 157237 | | Technovit |
| 16-008- 47 | Rabbit Skin | | Paraffi |
| 16-008- 48 | Rabbit Skin | | Technovit |

Checked By: [signature]  Date: 3/10/16

# Histology Grossing Log

DOC005

| Study Number | H16-008 |
|---|---|
| Specimen Type | Mesh |
| Grossing SOP/SSP | N/A |

**Description of grossing method**

Specimens cut along lines marked on attached photographs; allowing for trimming in to place of section (see drawing) and to prevent unravelling.

**Drawing**

location of actual cut (to allow for trimming in)
Marked place.

**After grossing, specimens transferred to:**

| ID | A | B | C |
|---|---|---|---|
| Dissector | TCt | | |
| Date | 3/10/16 | | |

Enter the name of the dissector and the date for each grossing day. When tissue grossing complete, enter the ID letter in the Done box. If there are no observations, enter N/A.

| Specimen # | | Done? | Observations/comments/deviations | Block IDs |
|---|---|---|---|---|
| 16-008- | 1 | A | N/A | |
| 16-008- | 2 | A | N/A | |
| 16-008- | 3 | A | N/A | |
| 16-008- | 4 | A | N/A | |
| 16-008- | 5 | A | N/A | |
| 16-008- | 6 | A | N/A | |
| 16-008- | 7 | A | N/A | |
| 16-008- | 8 | A | N/A | |
| 16-008- | 9 | A | N/A | |
| 16-008- | 10 | A | N/A | |
| 16-008- | 11 | A | N/A | |
| 16-008- | 12 | A | N/A | |
| 16-008- | 13 | A | N/A | |
| 16-008- | 14 | A | N/A | |
| 16-008- | 15 | A | N/A | |
| 16-008- | 16 | A | Lost specimen when trimming - processed other half TCt * | |
| 16-008- | 17 | A | N/A | |
| 16-008- | 18 | A | N/A | |
| 16-008- | 19 | A | N/A | |
| 16-008- | 20 | A | N/A | |
| 16-008- | 21 | A | N/A | |
| 16-008- | 22 | A | N/A | |
| 16-008- | 23 | A | N/A | |
| 16-008- | 24 | A | N/A | |
| 16-008- | 25 | A | N/A | |
| 16-008- | 26 | A | N/A | |
| 16-008- | 27 | A | N/A | |
| 16-008- | 28 | A | N/A | |
| 16-008- | 29 | A | N/A | |
| 16-008- | 30 | A | N/A | |
| 16-008- | 31 | A | N/A | |
| 16-008- | 32 | A | N/A | |
| 16-008- | 33 | A | N/A | |
| 16-008- | 34 | A | N/A | |

* other piece (lost piece) found and returned to original package unprocessed TCt 3/13/16

# HISTION

| Histology Grossing Log | | DOC005 |
|---|---|---|
| Study Number | H16-008 | |
| Specimen Type | Mesh | |
| Grossing SOP/SSP | | |

| Specimen # | | Done? | Observations/comments/deviations | Block IDs |
|---|---|---|---|---|
| 16-008- | 35 | A | | |
| 16-008- | 36 | A | | |
| 16-008- | 37 | A | | |
| 16-008- | 38 | A | | |
| 16-008- | 39 | A | | |
| 16-008- | 40 | A | | |
| 16-008- | 41 | A | | |
| 16-008- | 42 | A | | |
| 16-008- | 43 | A | | |
| 16-008- | 44 | A | | |
| 16-008- | 45 | A | | |
| 16-008- | 46 | A | | |

HISTION

| Processing Log | | DOC033 |
|---|---|---|
| Study Number | H16-008 | |
| Specimen Type | Mesh | |
| Embedded In | Paraffin | |

## Specimen Numbers

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16-008--1 | 16-008--17 | - | - | - | - | - | - |
| 16-008--2 | 16-008--18 | - | - | - | - | - | - |
| 16-008--3 | 16-008--19 | - | - | - | - | - | - |
| 16-008--4 | 16-008--20 | - | - | - | - | - | - |
| 16-008--5 | 16-008--21 | - | - | - | - | - | - |
| 16-008--6 | 16-008--22 | - | - | - | - | - | - |
| 16-008--7 | 16-008--23 | - | - | - | - | - | - |
| 16-008--8 | 16-008-47 | - | - | - | - | - | - |
| 16-008--9 | - | - | - | - | - | - | - |
| 16-008--10 | - | - | - | - | - | - | - |
| 16-008--11 | - | - | - | - | - | - | - |
| 16-008--12 | - | - | - | - | - | - | - |
| 16-008--13 | - | - | - | - | - | - | - |
| 16-008--14 | - | - | - | - | - | - | - |
| 16-008--15 | - | - | - | - | - | - | - |
| 16-008--16 | - | - | - | - | - | - | - |

*If processing using an automated tissue processor enter the run information in the table below.*

| Processing | | Initial |
|---|---|---|
| EQP# | HIST035 | [initials] |
| SOP# | Protocol | [initials] |
| Date Started | 3/10/16 | [initials] |
| Date Finished | 3/11/16 | [initials] |

| Paraffin Embedding | | |
|---|---|---|
| EQP | HIST173 | |
| Reagent | 15-118 | |
| Date | 3/11/16 | |
| Initial | [initials] | |

*If processing manually enter the run information in the table below.*
*Duration = minimum required incubation time.     Enter time when incubation steps are less than one day*

## Manual Processing Steps

| Step # | Reagent Name | Duration | Reagent # | Date | Time (optional) | Initial |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |

**HISTION**

| Processing Log | | DOC033 |
|---|---|---|
| Study Number | H16-008 | |
| Specimen Type | Mesh | |
| Embedded In | Technovit | |

### Specimen Numbers

| | | | | | | |
|---|---|---|---|---|---|---|
| 16-008--24 | 16-008--40 | - | - | - | - | - |
| 16-008--25 | 16-008--41 | - | - | - | - | - |
| 16-008--26 | 16-008--42 | - | - | - | - | - |
| 16-008--27 | 16-008--43 | - | - | - | - | - |
| 16-008--28 | 16-008--44 | - | - | - | - | - |
| 16-008--29 | 16-008--45 | - | - | - | - | - |
| 16-008--30 | 16-008--46 | - | - | - | - | - |
| 16-008--31 | - | - | - | - | - | - |
| 16-008--32 | - | - | - | - | - | - |
| 16-008--33 | - | - | - | - | - | - |
| 16-008--34 | - | - | - | - | - | - |
| 16-008--35 | - | - | - | - | - | - |
| 16-008--36 | - | - | - | - | - | - |
| 16-008--37 | - | - | - | - | - | - |
| 16-008--38 | - | - | - | - | - | - |
| 16-008--39 | - | - | - | - | - | - |

*If processing using an automated tissue processor enter the run information in the table below.*

| Processing | | Initial |
|---|---|---|
| EQP# | HISTO35 | Pat |
| SOP# | Protocol | Pat |
| Date Started | 3/10/16 | Pat |
| Date Finished | 3/10/16 | Pat |

| Paraffin Embedding | |
|---|---|
| EQP | — |
| Reagent | — |
| Date | — |
| Initial | — |

*If processing manually enter the run information in the table below.*
*Duration = minimum required incubation time.    Enter time when incubation steps are less than one day*

### Manual Processing Steps

| Step # | Reagent Name | Duration | Reagent # | Date | Time (optional) | Initial |
|---|---|---|---|---|---|---|
| 1 | Technovit 7200 | 3 hrs | 16-039 | 3/10/16 | 10pm | Pat |
| 2 | Technovit 7200 | 3 hrs | 16-039 | 3/11/16 | 1 am | Pat |
| 3 | Technovit 7200 | 3 hrs | 16-039 | 3/11/16 | 4 am | Pat |
| 4 | Polymerization | 4 hrs / 10 hrs | — | 3/11/16 | 10 am | Pat |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |

## Histology Grinding Log

DOC017

| Study Number | H16-008 | Thickness measured with | HIST049 |
|---|---|---|---|
| Specimen Type | Mesh | Sections Cut with | HIST109 |
| Embedded In | Technovit | Sections ground with | HIST139 |

*Values in grey columns are calculated: Glue thickness= Sandwich-(slide+block). Final thickness= Section thickness-Glue thickness*

| Number | Date cut | Slide Thickness (mm) | | Block Thickness (mm) | | Sandwich Thickness (mm) | | Glue Thickness (µm) | | Section Thickness (µm) | | Final Thickness (µm) | | OK? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-008--24 | A | 1.412 | A | 13.915 | A | 15.340 | A | 13 | B | 79 | B | 66 | B | S |
| 16-008--25 | A | 1.426 | A | 13.642 | A | 15.086 | A | 18 | A | 36 | A | 18 | A | S |
| 16-008--26 | A | 1.424 | A | 11.339 | A | 12.791 | A | 28 | A | 67 | A | 39 | A | S |
| 16-008--27 | A | 1.433 | A | 13.947 | A | 15.390 | A | 10 | B | 34 | B | 24 | B | S |
| 16-008--28 | A | 1.448 | A | 13.967 | A | 15.441 | A | 26 | A | 68 | A | 42 | B | S |
| 16-008--29 | A | 1.402 | A | 13.953 | A | 15.369 | A | 14 | B | 53 | B | 39 | B | S |
| 16-008--30 | A | 1.439 | A | 13.735 | A | 15.192 | A | 18 | B | 40 | B | 22 | B | S |
| 16-008--31 | A | 1.440 | A | 13.816 | A | 15.276 | A | 20 | A | 36 | A | 16 | B | S |
| 16-008--32 /5* | A | 1.443 | A | 15.905 | A | 17.359 | A | 11 | B | 45 | B | 34 | B | S |
| 16-008--33 | A | 1.434 | A | 13.621 | A | 15.068 | A | 13 | A | 44 | A | 31 | A | S |
| 16-008--34 | A | 1.429 | A | 14.021 | A | 15.459 | A | 9 | A | 47 | A | 38 | A | S |
| 16-008--35 /2* | A | 1.433 | A | 13.823 | A | 15.267 | A | 11 | A | 55 | A | 44 | A | S |
| 16-008--36 | A | 1.428 | A | 15.969 | A | 17.411 | A | 14 | A | 42 | A | 28 | A | S |
| 16-008--37 | A | 1.426 | A | 13.795 | A | 15.236 | A | 15 | A | GROUND | AWAY! | NA | | 3/13/16 |
| 16-008--38 | A | 1.433 | A | 15.883 | A | 17.322 | A | 6 | A | 50 | A | 44 | B | S |
| 16-008--39 | A | 1.447 | A | 13.936 | A | 15.386 | A | 3 | B | 24 | B | 21 | B | S |
| 16-008--40 | A | 1.443 | A | 14.769 | A | 16.214 | A | 2 | B | 47 | B | 45 | B | S |
| 16-008--41 | A | 1.450 | A | 15.461 | A | 16.917 | A | 6 | B | 45 | B | 39 | B | S |
| 16-008--42 | A | 1.448 | A | 14.034 | A | 15.492 | A | 10 | B | 37 | B | 27 | B | S |
| 16-008--43 | A | 1.437 | A | 11.051 | A | 12.495 | A | 7 | B | 21 | B | 14 | B | S |
| 16-008--44 | A | 1.431 | A | 8.212 | A | 9.649 | A | 6 | B | 44 | B | 38 | B | S |
| 16-008--45 | A | 1.434 | A | 8.711 | A | 10.143 | A | -2 | A | 21 | A | NA | A | X |
| 16-008--46 | A | 1.434 | A | 8.237 | A | 9.683 | A | 12 | B | 51 | B | 39 | B | S |
| 16-008-48 | A | 1.438 | A | 5.930 | A | 7.398 | A | 30 | Too | Thin! | Recut. | | 3/13/16 | |
| 16-008-48 2 | A | 1.435 | A | 4.832 | A | 6.299 | A | 32 | A | 58 | A | 26 | A | S |
| 16-008-37 2 | A | 1.439 | A | 11.273 | A | 12.725 | A | 13 | B | 42 | B | 29 | B | S |
| 16-008-45 2 | A | 1.422 | A | 7.953 | A | 9.383 | A | 8 | A | 45 | A | 37 | A | S |
| 16-008-24-2 | B | 1.434 | B | 13.256 | B | 14.700 | B | 10 | B | 50 | B | 40 | B | S |

| Letter | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| Initial | | | | | | | | | | |
| Date | 3/13/16 | 3/14/16 | | | | | | | | |

| Stain | H+E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Initial | 3/14/16 | | | | | | | | | |
| Date | | | | | | | | | | |

* Slide + block thicknesses entered in wrong location on form. Numbers switched to correct record at time. Explanation added in review. 5/12/16

# Histology Grinding Log

DOC017

| Study Number | H16-008 | Thickness measured with | HIST049 |
|---|---|---|---|
| Specimen Type | Mesh | Sections Cut with | HIST109 |
| Embedded In | Technovit | Sections ground with | HIST139 |

Values in grey columns are calculated: Glue thickness= Sandwich-(slide+block).  Final thickness= Section thickness-Glue thickness

| Number | Date cut | Slide Thickness (mm) | | Block Thickness (mm) | | Sandwich Thickness (mm) | | Glue Thickness (µm) | | Section Thickness (µm) | | Final Thickness (µm) | | OK? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-008--24 | A | 1.451 | A | 12.572 | A | 14.041 | A | 18 | A | 54 | B | 36 | B | ✓ |
| 16-008--25 | A | 1.452 | A | 12.943 | A | 14.413 | A | 18 | A | 32 | B | 14 | B | ✓ |
| 16-008--26 | A | 1.442 | A | 10.687 | A | 12.143 | A | 14 | A | 57 | B | 33 | B | ✓ |
| 16-008--27 | A | 1.431 | A | 13.303 | A | 14.747 | A | 13 | A | 27 | B | 14 | B | ✓ |
| 16-008--28 | A | 1.439 | A | 13.319 | A | 14.768 | A | 10 | A | 63 | B | 53 | B | ✓ |
| 16-008--29 30* | A | 1.454 | A | 13.062 | A | 14.530 | A | 14 | A | 61 | B | 47 | B | ✓ |
| 16-008--30 29* | A | 1.419 | A | 13.302 | A | 14.[...] | A | 21 | A | 31 | B | 10 | B | ✓ |
| 16-008--31 | A | 1.439 | A | 13.154 | A | 14.[...] | A | 23 | A | 84 | B | 61 | B | ✓ |
| 16-008--32 | A | 1.442 | A | 13.203 | A | 14.642 | A | -3 | A | 55 | B | 35 | B | ✓ |
| 16-008--33 | A | 1.442 | A | 12.956 | A | 14.419 | A | 21 | A | 33 | B | 12 | B | ✓ |
| 16-008--34 | A | 1.440 | A | 13.309 | A | 14.774 | A | 25 | A | 57 | B | 32 | B | ✓ |
| 16-008--35 | A | 1.431 | A | 15.267 | A | 16.722 | A | 24 | A | 41 | B | 17 | B | ✓ |
| 16-008--36 | A | 1.432 | A | 15.263 | A | 16.717 | A | 22 | A | 43 | B | 21 | B | ✓ |
| 16-008--37 | A | 1.430 | A | 10.604 | A | 12.056 | A | 22 | A | 58 | B | 36 | B | ✓ |
| 16-008--38 | A | 1.453 | A | 15.208 | A | 16.682 | A | 21 | A | 53 | B | 32 | B | ✓ |
| 16-008--39 | A | 1.452 | A | 13.266 | A | 14.749 | A | 31 | A | 57 | B | 26 | B | ✓ |
| 16-008--40 | A | 1.437 | A | 14.055 | A | 15.513 | A | 21 | A | 52 | B | 31 | B | ✓ |
| 16-008--41 | A | 1.452 | A | 14.818 | A | 16.297 | A | 27 | A | 43 | B | 16 | B | ✓ |
| 16-008--42 | A | 1.443 | A | 13.371 | A | 14.844 | A | 30 | A | 80 | B | 50 | B | ✓ |
| 16-008--43 | A | 1.453 | A | 10.397 | A | 11.864 | A | 14 | A | 31 | B | 17 | B | ✓ |
| 16-008--44 | A | 1.436 | A | 7.576 | A | 9.025 | A | 13 | A | 43 | B | 30 | B | ✓ |
| 16-008--45 | A | 1.454 | A | 7.218 | A | 8.686 | A | 14 | A | 37 | B | 23 | B | ✓ |
| 16-008--46 | A | 1.438 | A | 7.571 | A | 9.031 | A | 22 | A | 78 | B | 56 | B | ✓ |
| 16-008--48 3 | A | 1.454 | A | 4.104 | A | 5.583 | A | 25 | A | 50 | B | 25 | B | ✓ |

| | Letter | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Initial | JRT | JRT | | | | | | | | |
| | Date | 3/14/16 | 3/15/16 | | | | | | | | |

| Stain | H+E | H+E | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Initial | JRT | JRT | | | | | | | |
| Date | 3/14/16 | 3/15/16 | | | | | | | |

\* Slide+Block thickness data entered in wrong location on form. Numbers corrected to accurately reflect data contemporaneously. Explanation of correction added in review JRT 5/12/16

# Staining Log

DOC008

| Date | 3/14/16 |
|---|---|
| Initial | *(signed)* |

| QC date | 3/14/16 |
|---|---|
| Initial | *(signed)* |

| Slide# | QC | Slide# | QC | Slide# | QC | Slide# | QC |
|---|---|---|---|---|---|---|---|
| 16-008-24 | S | 16-008-36 | S | | | | |
| 16-008-25 | S | 16-008-37 | S | | | | |
| 16-008-26 | S | 16-008-38 | S | | | | |
| 16-008-27 | S | 16-008-39 | S | | | | |
| 16-008-28 | S | 16-008-40 | S | | | | |
| 16-008-29 | S | 16-008-41 | S | | | | |
| 16-008-30 | S | 16-008-42 | S | | | | |
| 16-008-31 | S | 16-008-43 | S | | | | |
| 16-008-32 | S | 16-008-45 | S | | | | |
| 16-008-33 | S | 16-008-46 | S | | | | |
| 16-008-34 | S | 16-008-48 | S | | | | |
| 16-008-35 | S | ~~16-008~~ - written in error *(signed)* | | | | | |

## QC Codes

| ✓ | Pass | K | Knife marks | T | Tissue missing | S | Stain Quality |
|---|---|---|---|---|---|---|---|
| ✗ | Fail | D | Deeper | F | Fiber | μ | Thickness |
| W | Wrinkle/fold | C | Chatter | P | Pickup | | |
| R | Recut | H | Trimming Holes | B | Bubbles | | |

→ Technovit plastic surrounding specimens stained too dark c̄ eosin *(signed)* 3/14/16

| Stain | H+E | SOP# | Protocol | Revision # | N/A |
|---|---|---|---|---|---|
| Manual | ✓ | Autostainer | · | EQP# | N/A |

Timer

*If staining manually, please fill in the table below. If using the autostainer attach the process record to this sheet.*
*Record time in minutes. To indicate seconds use "s", hours use "hr".*

| # | Reagent Name | Reagent # | Time | Comment | Done? |
|---|---|---|---|---|---|
| 1 | 100% Alcohol | 16-047 | 30s | | ✓ |
| 2 | Distilled water | ~~15-161~~ *(signed)* 3/14/16 | 1 | | ✓ |
| 3 | Harris Haematoxylin | 15-161 | 10 mins | | ✓ |
| 4 | Distilled water | ~~R16-043~~ *(signed)* 3/14/16 | | | ✓ |
| 5 | 1% Acid alcohol | R16-043 | 30s | | ✓ |
| 6 | Tapwater | — | 1 | | ✓ |
| 7 | 0.25% NH4OH | R16-056 | 1 | | ✓ |
| 8 | Tapwater | — | 1 | | ✓ |
| 9 | 1% Aqueous Eosin | R15-300 | 1 | | ✓ |
| 10 | Distilled water | — | 30s | | ✓ |
| 11 | Blot + Air dry | — | — | | ✓ |
| 12 | Mount in Technovit 7200 VLC | 16-040 | — | | ✓ |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |

**HISTION**

## Staining Log

DOC008

| Date | 3/15/16 | | QC date | 3/15/16 |
|---|---|---|---|---|
| Initial | Pet | | Initial | Pet |

| Slide# | QC | Slide# | QC | Slide# | QC | Slide# | QC |
|---|---|---|---|---|---|---|---|
| 16-008-24 | ✓ | 16-008-36 | ✓ | | | | |
| 16-008-25 | ✓ | 16-008-37 | ✓ | | | | |
| 16-008-26 | ✓ | 16-008-38 | ✓ | | | | |
| 16-008-27 | | 16-008-39 | ✓ | | | | |
| 16-008-28 | ✓ | 16-008-40 | ✓ | | | | |
| 16-008-29 | ✓ | 16-008-41 | ✓ | | | | |
| 16-008-30 | ✓ | 16-008-42 | ✓ | | | | |
| 16-008-31 | ✓ | 16-008-43 | ✓ | | | | |
| 16-008-32 | ✓ | 16-008-44 | ✓ | | | | |
| 16-008-33 | ✓ | 16-008-45 | ✓ | | | | |
| 16-008-34 | ✓ | 16-008-46 | ✓ | | | | |
| 16-008 35 | ✓ | | | | | | |

**QC Codes**

| ✓ | Pass | K | Knife marks | T | Tissue missing | S | Stain Quality |
|---|---|---|---|---|---|---|---|
| × | Fail | D | Deeper | F | Fiber | µ | Thickness |
| W | Wrinkle/fold | C | Chatter | P | Pickup | | |
| R | Recut | H | Trimming Holes | B | Bubbles | | |

| Stain | | H+E | SOP# | Protocol. | Revision # | N/A | Timer |
|---|---|---|---|---|---|---|---|
| Manual | ✓ | Autostainer | | EQP# | | N/A | |

*If staining manually, please fill in the table below. If using the autostainer attach the process record to this sheet.*
*Record time in minutes. To indicate seconds use "s", hours use "hr".*

| | Reagent Name | Reagent # | Time | Comment | Done? |
|---|---|---|---|---|---|
| 1 | Distilled Water | — | 1 min | | ✓ |
| 2 | Harris Haematoxylin | 15-161 | 4hrs. | Checked microscopically @ 15 min intervals | ✓ |
| 3 | Distilled water | — | 1 | | ✓ |
| 4 | 1% Acid alcohol | R16-043 | 30s | | ✓ |
| 5 | Tapwater | — | 1 | | ✓ |
| 6 | 0.25% NH4OH | R16 056 | 1 | | ✓ |
| 7 | Tapwater | — | 1 | | ✓ |
| 8 | 1% Eosin. | R15-300 | 1 | | ✓ |
| 9 | Distilled water | — | 30s | | ✓ |
| 10 | Blot + air dry | — | — | | ✓ |
| 11 | Technovit 7200 VLC | 16-040 | | | ✓ |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |

Confidential

Study forms spreadsheet v3.2

HISTION

## Sectioning & Staining Assignment Log

DOC007

| Study Number | H16-008 |
|---|---|
| Specimen Type | Mesh |
| Embedded In | Paraffin |

*Use the letters in the following table to identify the user for each day of sectioning*

| ID | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| Date | 3/11/16 | | | | | | | | |
| Equipment | HST099 | | | | | | | | |
| Initial | JRT | | | | | | | | |
| Thickness (µm) | 5 | | | | | | | | |

| ID | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | | |
| Equipment | | | | | | | | | |
| Initial | | | | | | | | | |
| Thickness (µm) | | | | | | | | | |

| ID | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | | |
| Equipment | | | | | | | | | |
| Initial | | | | | | | | | |
| Thickness (µm) | | | | | | | | | |

| ID | BB | CC | DD | EE | FF | GG | HH | II | JJ |
|---|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | | |
| Equipment | | | | | | | | | |
| Initial | | | | | | | | | |
| Thickness (µm) | | | | | | | | | |

### Staining Procedure Table

*Record the date of each staining event in the table below before completing the staining log.*

| Stain | H+E | | | | |
|---|---|---|---|---|---|
| Initial | JRT | | | | |
| Date | 3/12/16 | | | | |

| Stain | | | | | |
|---|---|---|---|---|---|
| Initial | | | | | |
| Date | | | | | |

| Stain | | | | | |
|---|---|---|---|---|---|
| Initial | | | | | |
| Date | | | | | |

| Stain | | | | | |
|---|---|---|---|---|---|
| Initial | | | | | |
| Date | | | | | |

| Stain | | | | | |
|---|---|---|---|---|---|
| Initial | | | | | |
| Date | | | | | |

| Stain | | | | | |
|---|---|---|---|---|---|
| Initial | | | | | |
| Date | | | | | |

HISTION

## Histology Sectioning Log

DOC007

| Study Number | H16-008 |
| --- | --- |
| Specimen Type | Mesh |
| Embedded In | Paraffin |

*Enter the target distance between levels (if applicable) in the following table*

| Level | 1-2 | 2-3 | 3-4 | 4-5 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Spacing (μm) | | | | | | | |

*Enter the level number (if applicable), sectioning ID letter and number of sections cut in the following table*

| Level ID | | | | | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Specimen | ID | # | ID | # | ID | # | ID | # | ID | # | ID | # | ID | # | ID | # | ID | # | ID | # | ID | # |
| 16-008--1 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--2 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--3 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--4 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--5 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--6 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--7 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--8 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--9 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--10 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--11 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--12 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--13 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--14 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--15 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--16 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--17 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--18 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--19 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--20 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--21 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--22 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008--23 | A | 2 | | | | | | | | | | | | | | | | | | | | |
| 16-008-47 | A | 2 | | | | | | | | | | | | | | | | | | | | |

# Staining Log

DOC008

| Date | 3/12/16 |
|---|---|
| Initial | SQ |

| QC date | 3/12/16 |
|---|---|
| Initial | SQ |

| Slide# | QC | Slide# | QC | Slide# | QC | Slide# | QC |
|---|---|---|---|---|---|---|---|
| 16-008-2 | A | x | 16-008-6 | A | ✓ | | | | |
| 16-008-8 | A | x | 16-008-7 | A | ✓ | | | | |
| 16-008-1 | A | x | 16-008-9 | A | ✓ | | | | |
| 16-008-3 | A | x | 16-008-10 | A | ✓ | | | | |
| 16-008-20 | A | x | 16-008-11 | A | x | | | | |
| 16-008-21 | A | x | 16-008-12 | A | ✓ | | | | |
| 16-008-18 | A | x | 16-008-13 | A | x | | | | |
| 16-008-22 | A | x | 16-008-14 | A | x | | | | |
| 16-008-47 | A | x | | | | | | | |
| 16-008-23 | A | x | | | | | | | |
| 16-008-4 | A | x | | | | | | | |
| 16-008-5 | A | x | | | | | | | |

QC Codes — All slides failed QC - Due to overstaining  ̄c Eosin SQ 3/12/16

| ✓ | Pass | K | Knife marks | T | Tissue missing | S | Stain Quality | — Too Dark SQ 3/12/16 |
|---|---|---|---|---|---|---|---|---|
| x | Fail | D | Deeper | F | Fiber | μ | Thickness | |
| W | Wrinkle/fold | C | Chatter | P | Pickup | | | |
| R | Recut | H | Trimming Holes | B | Bubbles | | | |

| Stain | H+E | SOP# | Per Protocol | Revision # | | Timer | |
|---|---|---|---|---|---|---|---|
| Manual | | Autostainer ✓ | EQP# | HIST100 | | | |

If staining manually, please fill in the table below. If using the autostainer attach the process record to this sheet.
Record time in minutes. To indicate seconds use "s", hours use "hr".

| | Reagent Name | Reagent # | Time | Comment | Done? |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |

```
------------------------- Process Report -------------------------
                                  Exported Date: 2016-03-12 10:50:27

Start:2016-03-12 10:03:50
End  :2016-03-12 10:50:03

Program Name: he expo no 70
Specimen No : 1

Step Station Solution              Time      Result    Delay  Mix
 1     S*    Start Station         --:--:--  00:00:15
 2     D*    Drying Station        00:10:00  00:10:00   **    OFF
 3     3     Xylene                00:03:00  00:03:00   **    ON
 4     5     Xylene                00:02:00  00:02:00   **    ON
 5     6     Xylene                00:02:00  00:02:00   **    ON
 6    17     Alcohol 100%          00:01:00  00:01:00   **    ON
 7    15     Alcohol 100%          00:01:00  00:01:00   **    ON
 8    31     Alcohol 95%           00:01:00  00:01:00   **    ON
 9     W*    Wash Station          00:01:00  00:01:00   **    ON
10    22     Hematoxylin(Harris)   00:10:00  00:10:00   ==    ON
11     W*    Wash Station          00:01:00  00:01:00   ==    ON
12    23     Acid Alcohol          00:00:30  00:00:30   ==    ON
13     W*    Wash Station          00:02:00  00:02:00   ==    ON
14    24     Ammonia Water         00:01:00  00:01:17*  ==    ON
15     W*    Wash Station          00:01:00  00:01:00   **    ON
16    26     Eosin                 00:02:00  00:02:00   ==    ON
17    16     Alcohol 100%          00:01:00  00:01:00   ==    ON
18    18     Alcohol 100%          00:01:00  00:01:00   ==    ON
19    19     Alcohol 100%          00:01:00  00:01:00   ==    ON
20     6     Xylene                00:01:00  00:01:00   ==    ON
21     5     Xylene                00:01:00  00:01:00   ==    ON
22     E*    End Station           --:--:--  00:00:23

------------------------- Executed Diagnose -------------------------

Step Date                 Description
 13  2016-03-12  10:39:25 A deviation error occurred with
                          the Z axis.
 14  2016-03-12  10:40:18 Continue the process.
```

\* Lid left on container- causing Z axis crash. Removed lid, placed slides in correct reagent and followed on-screen instructions. Slides spent 17 s extra in ammonia water. This had no effect on staining quality. [signature] 3/12/16

# HISTION

## Staining Log

DOC008

| Date | 3/12/16 | | QC date | 3/12/16 |
|---|---|---|---|---|
| Initial | JRT | | Initial | JRT |

| Slide# | | QC | Slide# | QC | Slide# | QC | Slide# | QC |
|---|---|---|---|---|---|---|---|---|
| 16-008-16 | A | S | | | | | | |
| 16-008-15 | A | S | | | | | | |
| 16-008-19 | A | S | | | | | | |
| 16-008-17 | A | S | | | | | | |

### QC Codes

| ✓ | Pass | K | Knife marks | T | Tissue missing | S | Stain Quality — Too Dark. |
| x | Fail | D | Deeper | F | Fiber | μ | Thickness |
| W | Wrinkle/fold | C | Chatter | P | Pickup | | |
| R | Recut | H | Trimming Holes | B | Bubbles | | |

| Stain | | | SOP# | Per Protocol | Revision # | | Timer |
|---|---|---|---|---|---|---|---|
| Manual | | Autostainer | ✓ | EQP# | HIST 100 | | |

If staining manually, please fill in the table below. If using the autostainer attach the process record to this sheet.
Record time in minutes. To indicate seconds use "s", hours use "hr".

| | Reagent Name | Reagent # | Time | Comment | Done? |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |

```
------------------------- Process Report -------------------------
                              Exported Date: 2016-03-12 11:09:33

Start:2016-03-12 10:03:50
End  :2016-03-12 11:05:14

Program Name: he expo no 70
Specimen No : 2

Step Station  Solution              Time       Result    Delay  Mix
 1    S*      Start Station        --:--:--   00:00:31
 2    D*      Drying Station       00:10:00   00:13:11    **    OFF
 3    3       Xylene               00:03:00   00:03:00    **    ON
 4    5       Xylene               00:02:00   00:02:00    **    ON
 5    6       Xylene               00:02:00   00:02:05    **    ON
 6    17      Alcohol 100%         00:01:00   00:01:00    **    ON
 7    15      Alcohol 100%         00:01:00   00:01:00    **    ON
 8    31      Alcohol 95%          00:01:00   00:13:44    **    ON
 9    W*      Wash Station         00:01:00   00:01:00    **    ON
10    22      Hematoxylin(Harris)  00:10:00   00:10:00    ==    ON
11    W*      Wash Station         00:01:00   00:01:00    ==    ON
12    23      Acid Alcohol         00:00:30   00:00:30    ==    ON
13    W*      Wash Station         00:02:00   00:02:00    ==    ON
14    24      Ammonia Water        00:01:00   00:01:00    ==    ON
15    W*      Wash Station         00:01:00   00:01:00    **    ON
16    26      Eosin                00:02:00   00:02:00    ==    ON
17    16      Alcohol 100%         00:01:00   00:01:00    ==    ON
18    18      Alcohol 100%         00:01:00   00:01:00    ==    ON
19    19      Alcohol 100%         00:01:00   00:01:00    ==    ON
20    6       Xylene               00:01:00   00:01:00    ==    ON
21    5       Xylene               00:01:00   00:01:00    ==    ON
22    E*      End Station          --:--:--   00:04:18

------------------------- Executed Diagnose -------------------------

Step Date                   Description
 8   2016-03-12  10:39:25  A deviation error occurred with
                            the Z axis.
 8   2016-03-12  10:40:18  Continue the process.
```

Z axis crash did not affect this set of slides [signature] 3/12/16

```
---------------------- Stain Program List ------------------------
                              Exported Date: 2016-03-12 09:43:57
                              Created Date : 2015-08-10 16:48:23
                              Revised Date : 2016-03-12 09:42:12

     Program Name:he expo no 70

     Step Station Solution                Time       Delay    Mix
      1    S*     Start Station           --:--:--
      2    D*     Drying Station          00:10:00    **      OFF
      3    3      Xylene                  00:03:00    **      ON
      4    5      Xylene                  00:02:00    **      ON
      5    6      Xylene                  00:02:00    **      ON
      6    17     Alcohol 100%            00:01:00    **      ON
      7    15     Alcohol 100%            00:01:00    **      ON
      8    31     Alcohol 95%             00:01:00    **      ON
      9    W*     Wash Station            00:01:00    **      ON
     10    22     Hematoxylin(Harris)     00:10:00    ==      ON
     11    W*     Wash Station            00:01:00    ==      ON
     12    23     Acid Alcohol            00:00:30    ==      ON
     13    W*     Wash Station            00:02:00    ==      ON
     14    24     Ammonia Water           00:01:00    ==      ON
     15    W*     Wash Station            00:01:00    **      ON
     16    26     Eosin                   00:02:00    ==      ON
     17    16     Alcohol 100%            00:01:00    ==      ON
     18    18     Alcohol 100%            00:01:00    ==      ON
     19    19     Alcohol 100%            00:01:00    ==      ON
     20    6      Xylene                  00:01:00    ==      ON
     21    5      Xylene                  00:01:00    ==      ON
     22    E*     End Station             --:--:--
                                                    Total 22 Steps
```

**HISTION**

## Staining Log

DOC008

| Date | 3/12/16 | | QC date | 10/12/16 |
|---|---|---|---|---|
| Initial | JL | | Initial | PL |

| Slide# | QC | Slide# | QC | Slide# | QC | Slide# | QC |
|---|---|---|---|---|---|---|---|
| 16-008-1 | ✓ | 16-008-13 | ✓ | 16-008-23 | ✓ | | |
| 16-008-2 | ✓ | 16-008-14 | ✓ | | | | |
| 16-008-3 | ✓ | 16-008-15 | ✓ | | | | |
| 16-008-4 | ✓ | 16-008-16 | ✓ | | | | |
| 16-008-5 | ✓ | 16-008-17 | ✓ | | | | |
| 16-008-6 | ✓ | 16-008-18 | ✓ | | | | |
| 16-008-7 | ✓ | 16-008-19 | ✓ | | | | |
| 16-008-8 | ✓ | 16-008-47 | ✓ | | | | |
| 16-008-9 | ✓ | RACK 2. | | | | | |
| 16-008-10 | ✓ | 16-008-20 | ✓ | | | | |
| 16-008-11 | ✓ | 16-008-21 | ✓ | | | | |
| 16-008-12 | ✓ | 16-008-22 | ✓ | | | | |

### QC Codes

| ✓ | Pass | K | Knife marks | T | Tissue missing | S | Stain Quality |
|---|---|---|---|---|---|---|---|
| ✗ | Fail | D | Deeper | F | Fiber | µ | Thickness |
| W | Wrinkle/fold | C | Chatter | P | Pickup | | |
| R | Recut | H | Trimming Holes | B | Bubbles | | |

| Stain | H+E | | SOP# | Per Protocol. | Revision # | |
|---|---|---|---|---|---|---|
| Manual | ✓ | Autostainer | | EQP# | N/A | |

*If staining manually, please fill in the table below. If using the autostainer attach the process record to this sheet.*
*Record time in minutes. To indicate seconds use "s", hours use "hr".*

Timer

| | Reagent Name | Reagent # | Time | Comment | Done? 1 | 2 |
|---|---|---|---|---|---|---|
| 1 | Xylenes | 16-005 | 3 | | ✓ | ✓ |
| 2 | Xylenes | 16-005 | 2 | | ✓ | ✓ |
| 3 | Xylenes | 16-005 | 2 | | ✓ | ✓ |
| 4 | 100% Alcohol | 16-047 | 1 | | ✓ | ✓ |
| 5 | 100% Alcohol | 16-047 | 1 | | ✓ | ✓ |
| 6 | 95% Alcohol | R16-042 | 1 | | ✓ | ✓ |
| 7 | Distilled water. | — | 1 | | ✓ | ✓ |
| 8 | Harris Haematoxylin | 15-161 | 10 | | ✓ | ✓ |
| 9 | Tap water | — | 1 | | ✓ | ✓ |
| 10 | Acid Alcohol | R16-043 | 30s | | ✓ | ✓ |
| 11 | Tap water | — | 2 | | ✓ | ✓ |
| 12 | 0.25% NH4OH | R16-056 | 1 | | ✓ | ✓ |
| 13 | Tap water | — | 1 | | ✓ | ✓ |
| 14 | 1% Eosin | R15-300 | 2 | | ✓ | ✓ |
| 15 | Tap water | — | | 20s - Microscope differ | ✓ | ✓ |
| 16 | 70% Alcohol | R16-040 | Rinse | | ✓ | ✓ |
| 17 | 100% Alcohol | 16-047 | 1 | | ✓ | ✓ |
| 18 | 100% Alcohol | 16-047 | 1 | | ✓ | ✓ |
| 19 | 100% Alcohol | 16-047 | 1 | | ✓ | ✓ |
| 20 | Xylenes | 16-005 | 2 | | ✓ | ✓ |
| 21 | Xylenes | 16-005 | 2 | | ✓ | ✓ |
| 22 | Curemount II | | | | ✓ | ✓ |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | 3/12/16 | |