# EXHIBIT U

# Polypropylene
*An A-Z reference*

Edited by

## J. Karger-Kocsis
*Institute for Composite Materials Ltd.*
*University of Kaiserslautern*
*Germany*

and

*Technical University of Budapest*
*Hungary*



KLUWER ACADEMIC PUBLISHERS
DORDRECHT / BOSTON / LONDON

A C.I.P. Catalogue record for this book is available from the Library of Congress

ISBN 0 412 80200 7

---

Published by Kluwer Academic Publishers,
P.O. Box 17, 3300 AA Dordrecht, The Netherlands

Sold and distributed in North, Central and South America
by Kluwer Academic Publishers,
101 Philip Drive, Norwell, MA 02061, U.S.A.

In all other countries, sold and distributed
by Kluwer Academic Publishers Group,
P.O. Box 322, 3300 AH Dordrecht, The Netherlands.

All Rights Reserved
© 1999 Kluwer Academic Publishers
No part of the material protected by this copyright notice may be reproduced or utilized
in any form or by any means, electronic or mechanical, including photocopying,
recording, or by any information storage and retrieval system, without prior permission
from the copyright owner.

Printed in Great Britain

**Table 1** Mobility regions for physical aging of polypropylene (temperature values refer to homopolymers produced with conventional catalysts)

| Region | $T_{min}$ (°C) | $T_{max}$ (°C) | Changes affect |
|---|---|---|---|
| Glass | – | 0–4°C ($T_g$, $T_\beta$) | Density, mechanics (slightly) |
| Amorphous mobility | 0–4°C ($T_g$, $T_\beta$) | 50–100°C ($T_\alpha$) | Density, mechanics, order in amorphous phase (strongly) |
| Crystalline mobility | 50–100°C ($T_\alpha$) | 145–160°C ($T_r$) | Density, mechanics, crystallinity in mesomorphic phase |
| Recrystallization | 145–160°C ($T_r$) | 162–167°C ($T_m$) | Melting point, crystallinity (transition $\alpha_1 \to \alpha_2$) |
| Melt relaxation | 162–167°C ($T_m$) | – | Phase morphology in heterophasic systems, overall structure |

$T_r$, recrystallization temperature.

changes in the elastomeric phase with $T_g$ at −60 to −30°C can take place at lower temperatures to a great extent already. As indicated in Table 1, phase relaxation takes place here during actual melting.

## CHEMICAL CHANGES IN THE MATERIAL

Apart from purely physical changes, aging effects involving the chemical structure of the polymer have also to be considered. In contrast to other polyolefins, such as PE or most olefin-elastomers (EPR, ethylene-propylene-diene rubber (EPDM)), radical reactions in PP cause mainly a degradation effect, reducing the average chain length of the polymer and especially affecting the high molar weight fraction. As these are of primary importance for the mechanics of the system – through their activity as inherent nucleants as well as their function as 'tie molecules' between different crystalline sections – a significant reduction of mechanical properties can also be expected. The normal consequence is embrittlement, a massive decrease in toughness.

The main possible sources of harmful radicals are:

- combination of oxygen and heat;
- ozone;
- UV radiation; and