# EXHIBIT V

| SAMPLE NO. | | | | | | SERVICE REQUEST # |
|---|---|---|---|---|---|---|
| J6542 | **ETHICON, INC.** <br> ANALYTICAL CHEMISTRY DEPARTMENT | | | | | 34180 |

| REQUESTOR | DEPARTMENT | EXT. | DATE SUBMITTED | PROJECT NO. | REQUESTOR'S MANAGER AUTHORIZATION |
|---|---|---|---|---|---|
| V. AGARWAL | 64523 | X2205 | July 27 '92 | 16102 | |

(DOG 2019) (7 YEAR EXPLANT)

**SAMPLE IDENTIFICATION, SPECIAL STORAGE CONDITIONS, PRECAUTIONS**

1. Prolene Site 2
2. Ethilon Site 5
3. Ethilon Site 6
4. Novafil Site 1
5. PVDF Site 4

Size 5-0 Samples
DOG # 2019
7 year explant
Samples for 10 year Prolene BSR study

**ANALYSIS REQUESTED/PURPOSE:**
(IR) GC (GPC) DSC (OM) % ; PPM
NMR TLC (IV) TGA (HSM) O₂ H₂O ETO
MS LC XRD TMA (SEM) DYE MONO
U/V WET DEN DMA EDXA CRYST COMP

OTHER
SEM + OM DATA DOCUMENTED ON SR 34097

**SAMPLE DISPOSITION**
☒ ATTACHED  SENT TO: JFB
0 CONTACT REQ.
0 RETURN

SUPERVISOR/ANALYST: MUSE BURKLEY LINDEMAN 7/92

NO SAMPLES

**TEST REPORT**

Samples prepared as hot-pressed films using the hot stage:

Dog 2019, Site 1: IR spectrum corresponds to Novafil
Site 2: IR spectrum corresponds to PROLENE
Site 3: " " " " PROLENE
Site 4: " " " " PVDF
Site 5: " " " " ETHILON
Site 6: " " " " ETHILON

insufficient sample for prolene IV

/s/ Jannt F. B.  8/5/92

| SAMPLE | IV/dlg | | |
|---|---|---|---|
| ETHILON site 5 | 1.00 | | |
| ETHILON site 6 | 1.16 | | |
| NOVAFIL site 1 | 0.87 | Robin R Ryland NB 2519-69 | |

Insufficient sample for prolene IV

| SAMPLE | MW | MN | MW/MN |
|---|---|---|---|
| ETHILON site 5 | 72,000 | 21,000 | 3.4 |
| ETHILON site 6 | 74,000 | 22,000 | 3.3 |
| NOVAFIL site 1 | 32,000 | 13,000 | 2.4 |

Robin R Ryland NB 2519-71

| | MW | MN | |
|---|---|---|---|
| Current Prolene 4/0 | 324,000 | 60,000 | |
| Dog # 2019 Site 3 | 331,000 | 64,000 | |
| Dog # 2019 Site 2 | 332,000 | 57,000 | |

7-28-92

**CONCLUSIONS/COMMENTS**
Comparison of 7 year explants to current prolene indicate no molecular weight degradation

REF: IR file 34180
2562-94

| ANALYST | DATE | ANALYST | DATE | SECTION MANAGER | DATE |
|---|---|---|---|---|---|
| /s/ Jannt F B | 8/5/92 | /s/ Robin R Ryland | 9/21/92 | | |
| ANALYST/SUPERVISOR | DATE | ANALYST/SUPERVISOR | DATE | DEPT. MANAGER | DATE |
| /s/ Eugene Muse | 10/9/92 | /s/ Eugene Muse | 9/21/92 | | |

EH 206 (Rev 4/85)   ANALYTICAL CHEMISTRY DEPT COPY

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
ETH.MESH.09888221
Page 35/37