# EXHIBIT FF

```
 1
 2                 IN THE UNITED STATES DISTRICT COURT
 3              FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 4                              AT CHARLESTON
 5
 6   _____
 7   JO HUSKEY AND ALLEN HUSKEY,            :
 8             Plaintiffs,                  :   CASE NUMBER
 9        v.                                :   2:12-cv-05201
10   ETHICON, INC., ET AL.,                 :
11             Defendants.                  :
12   _____
13
14               TRANSCRIPT OF TRIAL - DAY TWO
15                       AUGUST 25, 2014
16            BEFORE THE HONORABLE JOSEPH R. GOODWIN,
17                   UNITED STATES DISTRICT JUDGE
18
19
20   Court Reporter:       Carol Farrell, CRR, RMR, CCP, RPR
                           (304)347-3188
21                         carol_farrell@wvsd.uscourts.gov

22                         Anthony Rolland, CRR, RMR, RPR
                           (407)760-6023
23                         rolland.crr@gmail.com

24
     Proceedings recorded by machine stenography; transcript
25   produced by computer.
```

1 and it becomes more brittle, so it's -- then it's like a hard,
2 rigid plastic. It's hard, it's rigid, it cracks. That's what
3 we mean by "embrittlement."
4 Q. Do you have an opinion on whether polypropylene becomes
5 embrittled inside the human body?
6 A. Yes. So, the consequence of this response to the
7 foreign-body reaction is embrittlement. That's one
8 consequence, that's one response.
9 Q. Do you have an opinion on whether polypropylene suffers
10 from a loss of flexibility inside the human body as a result
11 of embrittlement?
12 A. Yes. So, loss of flexibility would happen when it
13 becomes brittle. It's no longer compliant or stretchable.
14 Q. We talked earlier about antioxidants.
15     MR. WALLACE: Can we go to the next slide?
16     MR. THOMAS: Yes.
17 BY MR. WALLACE:
18 Q. Can you explain to the jury the reason for this slide?
19 A. So, as I mentioned before, because of the susceptibility
20 of reactivity of polypropylene with oxygen, we have to add
21 antioxidants. And these are typically packaged as primary and
22 secondary antioxidants, and this technology, again, was worked
23 out largely in the 1960s.
24     So, what do I mean by "primary" and "secondary"? Well,
25 a primary antioxidant is one that is intended to protect it