# EXHIBIT C

Anne Holland Wilson, MBA

```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF
 2            WEST VIRGINIA AT CHARLESTON
                      - - -
 3   IN RE:  ETHICON, INC.,: Master File No.
     PELVIC REPAIR SYSTEM   : 2:12-MD-02327
 4   PRODUCTS LIABILITY     : MDL 2327
     LITIGATION             :
 5   ---------------------------------------------
     THIS DOCUMENT RELATES TO CASE
 6   CONSOLIDATION:
 7   Terreski Mullins, et al., v. Ethicon,
     Inc., et al.
 8   Case No. 2:12-CV-02952
 9                       - - -
10              September 17, 2015
11                       - - -
12              Oral deposition of ANNE
13   HOLLAND WILSON, MBA, held in the offices
14   of Riker Danzig, 500 Fifth Avenue, New
15   York, New York 10110, commencing at
16   9:20 a.m., on the above date, before
17   Margaret Peoples, a Registered
18   Professional Reporter and Notary Public
19   in and for the States of Pennsylvania,
20   New York and Connecticut.
21
                         - - -
22
23        GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph|917.591.5672 fax
24              deps@golkow.com
```

Golkow Technologies, Inc.                                Page 1

1   myself.
2           Are QSIT inspections
3   different than the work that is the
4   subject of your expert report?
5       A.   Really, QSIT inspections
6   have no bearing on my report.
7           I mean QSIT inspections
8   are -- you know, that's how FDA was
9   trained ten years ago on doing
10  inspections.
11          Some people still follow it,
12  but that really has no bearing on risk
13  management, quality management systems in
14  medical devices.
15      Q.   Thank you, Ms. Wilson.
16          Let's talk about that for a
17  few more minutes, because you've raised
18  it.
19          You were asked a lot of
20  questions earlier about the FDA and
21  regulators.
22          Are the FDA regulations
23  necessary to the analysis and opinions
24  that you offered in your expert report?

Anne Holland Wilson, MBA

1     A.    No.

2     Q.    Why not?

3     A.    Because the same type of
4 regulations are in the other standards
5 that I did cite.  This specifically was
6 not to talk about the FDA.

7          This is about there's
8 guidance documents out there.  There's
9 documents that have been out there for 30
10 years that aren't specific to the FDA
11 that govern how medical device
12 manufacturers should do these things.

13    Q.    So, in other words, if you
14 were told that your report -- the subject
15 of your report and your testimony at
16 trial, that you cannot mention the FDA,
17 is it fair to say that you could offer
18 your opinions at trial without even
19 mentioning the word "FDA"?

20        MR. COMBS:  Objection to
21    form.

22        THE WITNESS:  Absolutely.

23 BY MR. WALLACE:

24    Q.    Were you ever -- you gave