# EXHIBIT D

Elaine Duncan

```
 1            UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     AT CHARLESTON
 3   IN RE:  ETHICON, INC.        : Master File No.
     PELVIC REPAIR SYSTEM          : 2:12-MD-02327
 4   PRODUCTS LIABILITY LITIGATION : MDL 2327
                                   :
 5                                 : JOSEPH R.
     THIS DOCUMENT RELATES TO      : GOODWIN
 6   THE FOLLOWING CASES IN        : US DISTRICT
     WAVE 1 OF MDL 200:            : JUDGE
 7   _____
     Myra Byrd, et al. v. Ethicon, Inc., et al.
 8   Civil Action No. 2:12-cv-00748
 9   Angela Coleman, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-01267
10
     Dina Destefano-Raston, et al. v. Ethicon, Inc., et al.
11   Civil Action No. 2:12-cv-01299
12   Rose Gomez, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00344
13
     Dawna Hankins v. Ethicon, Inc., et al.
14   Civil Action No. 2:12-cv-00369
15   Donna Hankins, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-01011
16
     Wilma Johnson v. Ethicon, Inc., et al.
17   Civil Action No. 2:11-cv-00809
18   Debra Lynn Joplin v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00787
19
     Margaret Kirkpatrick v. Ethicon, Inc., et al.
20   Civil Action No. 2:12-cv-00746
21   Paula Kriz, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00938
22
     Miranda Patterson v. Ethicon, Inc., et al.
23   Civil Action No. 2:12-cv-00481
                DEPOSITION OF ELAINE DUNCAN
24                   MARCH 31, 2016
```

Elaine Duncan

```
 1
                (Caption Continued from Previous Page)
 2      _____
 3          Denise Sacchetti v. Ethicon, Inc., et al.
            Civil Action No. 2:12-cv-01148
 4
            Stacy Shultis, et al. v. Ethicon, Inc., et al.
 5          Civil Action No. 2:12-cv-00654
 6          Jennifer Sikes, et al. v. Ethicon, Inc., et al.
            Civil Action No. 2:12-cv-00501
 7
            Sheri Scholl, et al. v. Ethicon, Inc.
 8          Civil Action No. 2:12-cv-00738
 9          Carrie Smith v. Ethicon, Inc., et al.
            Civil Action No. 2:12-cv-00258
10
            Krystal Teasley, et al. v. Ethicon, Inc., et al.
11          Civil Action No. 2:12-cv-00500
12          Lisa Thompson, et al. v. Ethicon, Inc., et al.
            Civil Action No. 2:12-cv-01199
13
            Roberta Warmack, et al. v. Ethicon, Inc., et al.
14          Civil Action No. 2:12-cv-01150
        _____
15
16
                            Deposition of
17                          Elaine Duncan
                      Thursday, March 31, 2016
18                          10:20 a.m.
19
20   Reported by:
     Barbara J. Carey, RPR
21
22
23             GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph|917.591.5672 fax
24                deps@golkow.com
```

Golkow Technologies, Inc.                                    Page 2

Elaine Duncan

```
 1        A.   I believe I referenced the AUGS statement,
 2   A-U-G-S.
 3   BY MR. WALLACE:
 4        Q.   Well, you -- you also referenced the FDA in
 5   your deposition before.  You said -- you referenced the
 6   AUGS Organization, and even the FDA that, "I would be
 7   foolhardy to suggest that there was a better way to make
 8   this product."
 9             Do you recall making, generally, a statement
10   like that?
11        A.   I don't recall that exact wording.  If you
12   want to read it to me, I don't --
13        Q.   Well, let me ask you generally.
14             You would agree with me that you have taken
15   into account what the FDA has done in the past with
16   respect to both mesh and PROLENE in coming up with your
17   opinions; right?
18             MR. DAVIS:  Object to the form.
19        A.   I've taken into account all aspects of the use
20   of the material, including hernia applications, and so
21   that would include any regulatory approvals in any
22   country.
23   BY MR. WALLACE:
24        Q.   And I'm getting at something much more simpler
```