# Exhibit A

Int Urogynecol J (2012) 23:93–98
DOI 10.1007/s00192-011-1520-2

ORIGINAL ARTICLE

# TVT SECUR™ System: Final results of a prospective, observational, multicentric study

**Francesco Bernasconi · Valerio Napolitano · Franca Natale · Vincenzo Leone · Davide Lijoi · Mauro Cervigni**

Received: 18 February 2011 / Accepted: 12 July 2011 / Published online: 2 September 2011
© The International Urogynecological Association 2011

**Abstract**

*Introduction and hypothesis* This is an observational multicentre prospective study into the complications and effectiveness of TVT SECUR™.

*Methods* One hundred forty-seven patients with urodynamic or occult Stress Urinary Incontinence (SUI) were enrolled. Outcome measures at 6, 12 and 24 months were: objective cough test; subjective responses to PGI-S questionnaire and Visual Analogue Score. Statistical analysis: Wilcoxon Test; Monte Carlo Exact Test.

*Results* Ninety-five urodynamic SUI and 41 occult SUI patients were treated using transobturator (H-position) or retropubic (U-position) approach (110 vs. 26 patients). Cure rates at 6, 12, and 24 months were 87.5%, 88.6% and 89.5%. Failure rates at all follow-ups were similar for urodynamic and occult SUI. The U-position failure rate was comparable to H-position at short-term but significantly higher at mid-term. Familiarity with the technique brought significantly higher success rates.

*Conclusions* TVT SECUR™ is safe, effective and versatile, but has an appreciable learning curve.

**Keywords** Minimally invasive surgical procedures · Surgery · Stress Urinary Incontinence · Treatment outcome · TVT SECUR™

F. Bernasconi
Department of Obstetrics and Gynaecology, Desio Hospital, Desio, Italy

V. Napolitano
Department of Obstetrics and Gynaecology,
San Giovanni Evangelista Hospital,
Tivoli, Italy

F. Natale (✉) · M. Cervigni
Department of Urogynecology, S. Carlo-IDI Hospital,
Via Aurelia 275,
00165 Rome, RM, Italy
e-mail: f.natale@idi.it

V. Leone
3rd Department of Obstetrics and Gynaecology,
University of Milan,
Milan, Italy

D. Lijoi
Department of Obstetrics and Gynaecology, Galliera Hospital, Imperia, Italy

## Introduction

In the past two decades Tension-free Vaginal Tape (TVT) and Transobturator Tape (TOT) have brought about a real revolution in the treatment of SUI.

The TVT procedure was the first minimally invasive technique to be proposed, in 1996, for the treatment of Stress Urinary Incontinence (SUI) [1]. The first studies gave cure rates between 80% and 90% [2–5].

These initial cure rates were then confirmed in further studies with longer follow-ups. In a study with a mean follow-up of 7.6 years, Nilsson et al. reported a subjective cure rate of incontinence of 81.3%, some improvement for 16.3% and no benefits for 1.3% [6].

In a subsequent study, which had a mean follow-up of 11.5 years and included also an objective evaluation of results, the same group found that the bladder stress test was negative in 95.3% and the pad test in 90.2% of the sample. Both tests together were negative in 90.2% of the patients. The PGI questionnaire showed that 77% of the women felt they were cured and 20% reported improvement; 93% of the patients reported they had no incidental

**Table 1** Pre-operative characteristics of the sample

|  | Total cases | H-position | U-position | p-values |
|---|---|---|---|---|
| Number of cases | 136 | 110 | 26 | |
| Mean age (years) | 59.50±9.66 | 59.5 ±9.66 | 65.5±7.90 | <0.001 |
| Mean BMI (kg/h²) | 28.10±6.53 | 28.1±6.53 | 28.4±6.53 | 0.781 |
| Median parity | 2 | 2 | 2 | 0.018 |
| Menopause | 118 patients (86.7%) | 82 (74.5%) | 25 (96.2%) | 0.021 |
| Urgency | 50 patients (36.8%) | 38 (34.5%) | 12 (46.2%) | 0.9 |
| Urge Urinary Incontinence | 25 patients (18.4%) | 17 (15.5%) | 8 (30.8%) | 0.427 |
| Urodynamic SUI | 95 patients (69.9%) | 81 (73.6%) | 14 (53.8%) | 0.016 |
| Occult SUI | 41 patients (30.1%) | 29 (26.4%) | 12 (46.2%) | 0.014 |

urine leakage during physical exertion; 97% of the patients would recommend a TVT procedure to a friend [7].

Despite these good results, the retropubic insertion of the TVT-needle gave rise to some complications: mesh erosion, lesions to the urethra, bladder, blood vessels and small intestine so the transobturator (TOT) approach was proposed with the aim of minimizing these complications [8, 9].

Initially, the TOT-needle was inserted through the obturator foramen using the outside-in approach [10]. Later, the inside-out (TVT-O) approach was proposed as an alternative [11]. The overall cure rate is comparable to that observed for TVT [12, 13].

A prospective randomised study compared the morbidity and the short-term outcome for TVT and TVT-O in women who had undergone their first operation for the treatment of SUI. The differences between TVT and TVT-O were not statistically significant: subjective cure rates were 92% and 87% and objective cure rates were 92% and 89% respectively [14].

A recent multicentre study on 984 women reported similar results: 90% of the patients were cured, 8.7% reported improvement, and 1.2% were not cured and needed repeat surgery in 0.9% of the sample. The following postoperative complications were reported: persistent pain in 2.7% of cases; urinary retention in 0.8%; vaginal erosion in 0.6%; paravesical haematoma in 0.1% [15].

In order to reduce further the incidence of complications through a less invasive technique, several mini-slings were developed. Due to their smaller size these slings allow a less invasive insertion of the trocars, while still providing sufficient support to the urethra. The first to be developed was the TFS (a mid-urethral polypropylene tape attached to the fibromuscular tissues behind the perineal membrane) introduced by Petros and Richardson in 2005 [16]. Subsequently, other slings including MiniArc™ (American Medical Systems, Minnetonka, MN), Minitape™ (GyneIdeas, Glasgow, UK) and TVT SECUR™ System (Ethicon Inc., Sommerville, NJ, USA), were also developed [17].

This new device consists of a polypropylene tape 8 cm-long, which can be placed at the level of the mid-urethra in either H-position (hammock) or in U-position (in the shape of a U). The mid-urethral sling is placed via one single incision at the level of the anterior vaginal wall, rendering transcutaneous passage unnecessary and thus reducing the risk of pain and infection. Moreover, unlike in TVT and TOT, the device is placed in an area that is not highly innervated or vascularised, so avoiding nervous and vascular lesions.

Our paper reports the findings of a multicentre prospective study into the complications and therapeutic effectiveness of TVT SECUR™ over a follow-up of 24 months.

**Materials and methods**

This observational, prospective, longitudinal, multicentre study was carried out in 7 urogynaecological centres. Patients with either urodynamic or occult SUI were enrolled between March 1st and December 31st, 2007. In order to obtain a relatively homogeneous sample, and to follow the practice of similar studies, we excluded from the study patients who had undergone previous pelvic surgery, as well as those with ISD, which was defined as maximum urethral closure pressure ≤20 cm of water.

**Table 2** Objective cure rate

|  | 6 months F-U | 12 months F-U | 24 months F-U |
|---|---|---|---|
| Cure rate | | | |
| Total sample | 119/136 pats. (87.5%) | 116/131 pats. (88.5%) | 110/123 pats. (89.4%) |
| Urodynamic SUI group | 82/95 pats. (86.3%) | 80/91 pats. (87.9%) | 77/87 pats. (88.5%) |
| Occult SUI group | 37/41 pats. (90.3%) | 36/40 pats. (90%) | 33/36 pats. (91.7%) |



Int Urogynecol J (2012) 23:93–98                                                                                                                                                95

**Table 3**  Subjective cure rate

|  | 6 months F-U | 12 months F-U | 24 months F-U |
|---|---|---|---|
| Cure rate |  |  |  |
| Total sample | 126/136 pats. (92.6%) | 121/131 pats. (92.4%) | 113/123 pats. (91.8%) |
| Urodynamic SUI group | 85/95 pats. (89.5%) | 83/91 pats. (91.2%) | 79/87 pats. (90.8%) |
| Occult SUI group | 39/41 pats. (95.1%) | 38/40 pats. (95%) | 34/36 pats. (94.4%) |

All patients were treated with TVT SECUR™ in either the U-position or the H-position depending on the preferred method of the particular centre. Although it would have been methodologically preferable to randomise treatment, the learning curve for these two techniques is steep and so asking centres to practice a less familiar technique would have led to very different results. In the end we decided that it was more scientifically useful to have data on the more familiar technique.

A gynaecological examination was carried out to exclude possible associated pelvic pathologies. Defects of the pelvic floor were assessed using POP-Q [18]. The Q-tip test was carried out to assess the hypermobility of the urethra.

A complete urodynamic examination was carried out in all patients according to ICS recommendations. The apparatus used was Urobenchmark 2000/3 SI.EM in one centre and DANTEC DUET in all the others.

SUI was evaluated objectively using the bladder stress test, which was performed with small and medium fillings (200 and 400 ml) in both standing and lying positions [19]. In patients with POP, the prolapse was reduced during the bladder stress test using a vaginal packing to allow any occult SUI to be revealed.

Subjective evaluation of SUI was made using both a Visual Analogue Scale (VAS) and the Patient Global Impression of Severity (PGI-S) questionnaire with a score ranging from 1 to 4 (1 meaning absence of any urine leakage on exertion, and 4 meaning daily leakage of urine). Patients were classified as cured if they had no leakage and had a PGI-S score ≤2.

In order to detect symptoms which might indicate an overactive bladder, a micturition diary and the Women Irritative Prostate Symptoms Score (W-IPSS) questionnaire were both used.

Surgical technique

The device consists of a laser-cut polypropylene 8 cm-long tape, which can be placed by means of a metal introducer at the level of the mid-urethra in either H-position (like a hammock) or in U-position (in the shape of a U). The H-position mimics TOT and the device is attached to the obturator internus muscle. The U-position mimics TVT and needs both catheterisation and cystoscopy during the operation to detect any accidental bladder or urethral lesions.

The primary outcome was to evaluate the cure rate of TVT SECUR™, which was measured objectively using the stress test and subjectively using PGI-S. The secondary outcome was to evaluate the safety of the procedure in terms of intra- and postoperative complications.

With the aim of including 120 patients in the final analysis of outcomes and assuming 10% drop-out rate during the study period, we sought to enrol at least 132 patients in the trial.

Follow-up was carried out at 6, 12 and 24 months, using the bladder stress test, the VAS, the PGI-I and W-IPSS questionnaires. Data were collected using the same software in all the centres.

This multicenter study was approved by the individual ethics committees of all centres that took part.

Statistical analysis

Statistical analysis was carried out using the R System. Continuous variables were compared between groups using the Wilcoxon Test for independent samples. The variables in each category were compared between groups using the Monte Carlo Exact Test, as described by Zamar and Forster. $P < 0.05$ was considered to be significant [20–22].

**Table 4**  Urodynamic SUI vs. occult SUI: objective outcomes

| Failures | Urodynamic SUI | | | Occult SUI | | |
|---|---|---|---|---|---|---|
|  | Total | H-position | U-position | Total | H-position | U-position |
| 6 months F-U | 13/95 pats. (14.7%) | 11/81 pats. (13.6%) | 2/14 pats. (14.3%) | 4/41 pats. (9.8%) | 3/29 pats. (10.3%) | 1/12 pats. (8.3%) |
| 12 months F-U | 11/91 pats. (12.1%) | 9/78 pats. (11.5%) 9 | 2/13 pats. (15.4%) | 4/40 pats. (10%) | 2/28 pats. (7.1%) | 2/12 pats. (16.7%) |
| 24 months F-U | 10/87 pats. (11.5%) | 8/76 pats. (10.5%) | 2/11 pats. (18.2%) | 3/36 pats. (8.3%) | 1/25 pats. (4%) | 2/11 pats. (18.2%) |



**Table 5** U-position vs. H-position groups: objective outcome

Cure rate

|              | U-position            | H-position             |
|--------------|-----------------------|------------------------|
| 6 months F-U  | 23/26 pats. (88.5%)   | 96/110 pats. (87.3%)   |
| 12 months F-U | 21/25 pats. (84%)     | 95/106 pats. (89.6%)   |
| 24 months F-U | 18/22 pats. (81.8%)   | 92/101 pats. (91.1%)   |

## Results

A total of 147 patients were recruited and 136 agreed to take part in the study. Of these, 95 patients (69.9%) underwent TVT SECUR™ for urodynamic SUI in the absence of POP (Group A). In the remaining 41 patients (30.1%) TVT SECUR™ was used to treat occult SUI associated with POP surgery (Group B).

The transobturator (H-position) approach was used in 110 patients (80.9%); in the remaining 26 patients (19.1%) the retropubic (U-position) approach was used.

We had no statistically significant differences between the general characteristics of the H-position and U-position patients (Table 1).

In our study, the objective cure rates were 87.5%, 88.5% and 89.4% (Table 2) and the subjective cure rates were 92.6%, 92.4% and 91.8% (Table 3), respectively, at 6, 12, and 24 months.

In five cases of failure, further surgery was necessary: 1 TVT, 1 TOT, 1 Burch colposuspension, 2 periurethral injections.

Table 4 breaks down the results according to patients with urodynamic SUI and occult SUI and shows that there is no statistically significant difference in the failure rate at all three follow-ups: 14.7%, 12.1% and 11.5% for urodynamic SUI against 9.8%, 10.0% and 8.3% for occult SUI.

De novo urgency was observed in 5.7% of the sample (5.8% in patients with urodynamic SUI and 5.6% in patients with occult SUI; $p$=N.S.) and de novo urge incontinence in 4.1% of the sample (3.6% in patients with urodynamic SUI and 5.6% in patients with occult SUI; $p$=N.S.).

Table 5 shows the comparison between H-position patients and U-position patients. The success rates for these two techniques were not different at short-term follow-up; in the mid-term, however, there was a significantly higher failure rate among the U-position patients.

The centres that carried out a greater number of operations, and thus those that progressed further along the learning curve, obtained significantly higher objective and subjective success rates (Table 6).

The following intraoperative complications were observed: 2 replacements of the tape due to accidental displacement during the operation (1.5%); 1 extensive vaginal laceration (0.7%), which was repaired during surgery; 5 cases of intraoperative blood leakage of greater than 200 ml (3.7%), which were treated with vaginal packing.

Postoperatively we observed 1 case of retropubic haematoma (0.7%), which cleared up spontaneously, and 1 case of pain in the obturator region (0.7%), which was treated with NSAID and which resolved within a week.

Eight patients (5.9%) had post-op urinary retention (post-micturition residual >100 ml) lasting more than 24 h and were treated with clean intermittent catheterization 3 times a day: 4 of these patients recovered within 48 h, 2 within the third day, and the two remaining cases recovered after 8 days. Five of the eight women had undergone SUI and POP surgeries together.

No urethral, bladder, vascular, or nerve lesions were observed.

At 6-months follow-up there were no urethral or vaginal erosions or signs of infection at the site of operation.

At 24-months follow-up two vaginal erosions (2/123, 1.62%) were observed: in one case the removal of the sling was followed by complete recovery of the patient, while in the other case, the patient recovered receiving only medical therapy (local oestrogen).

## Discussion

The new interest in single incision mini-slings is just starting to be studied so results in the literature are still fragmentary. Nevertheless, the studies that have been carried out so far show broadly that the technique is comparable to the use of traditional retropubic and also transobturator slings.

Meschia et al. obtained subjective and objective cure rates of 85.7% and 91.4% in a trial using Ajust™ with a follow-up of 6 months [23]. There have been several studies using the MiniArc™ sling system: Moore et al. report objective and subjective cure rates of 91.4% at 12 months follow-up [24]; Calvo et al. report objective cure rates of 91.9% with a mean follow-up of 495 days (range from 181 to 777) [25]; Debodinance et al. report objective cure rates of 69.1% at 1 year follow-up [26]; De Ridder et al. report objective cure

**Table 6** Results according to the learning curve

|                                                | 6 months F-U   | 12 months F-U  | 18 months F-U  |
|------------------------------------------------|----------------|----------------|----------------|
| Centres with <20 implant failures/total cases  | 8/46 (17.4%)   | 7/41 (17.1%)   | 6/39 (15.4%)   |
| Centres with >20 implant failures/total cases  | 8/90 (8.9%)    | 9/90 (10%)     | 7/84 (8.3%)    |



rates using MiniArc™ of 85% at 1 year follow-up in a trial that compared these to Monarc™ [27].

The only study whose results are notably different is North et al. who report objective cure rates of only 10% at 2 years follow-up using Minitape™. The authors attribute these bad results to insufficient tension in the mini-sling in their procedure, and note that most failures happened in the first 6 months [28].

This is not a randomised trial, and as such cannot compare TVT SECUR™ to TVT and TOT, nevertheless we can point out that there were few intra- and postoperative complications none of which were serious.

All the short-term complications cleared up quickly. Interoperatively, no bladder, urethral or nerve lesions occurred. There were few mid-term postoperative complications (2 cases of erosions, one of which was cured with local therapy). However, we did have 1 extensive vaginal laceration (0.7%) and 5 cases of intraoperative blood leakage greater than 200 ml (3.7%). In the literature there are 3 severe cases of extensive bleeding during TVT-SECUR™, which were due to left internal pudendal arterial injury, lesion of the internal obturator muscle, or injury to the corona mortis. In our cases the bleeding was limited and did not require transfusion. We believe that this bleeding was caused by injury to the internal obturator muscle, possibly due to the scalpel-shaped tip of the inserter of the sling. A redesign of the inserter might thus reduce the risk of bleeding in TVT-SECUR™.

Our complication rate is lower than that for both retropubic and transobturator mid-urethral slings given in other studies. The literature on TVT reports bladder penetration in 8% of the cases, postoperative voiding difficulties in 5%, intraoperative bleeding in 4%, postoperative field infection in 2.7% and postoperative pelvic floor relaxation in 1.3% of cases [29]. The literature on TOT reports haemorrhages of more than 200 ml in 5.2% of cases, urinary retention in 1.5%, de novo dyspareunia in 9%, de novo urgency in 10.2%, and perineal pain in 2.2% of cases [30].

The learning curve for this technique is steep, and this is reflected in outcomes [31]. In our study there was a significant difference in success rates between the centres, with those that carried out more than 20 operations performing notably better. This is a probable explanation for the fact that there was a lower success rate with the U-position in this study, since the centres that opted to apply the mini-sling in U-position carried out less than 10 operations each. Indeed, we hypothesise that the long learning curve could also explain the diversity of results in the literature (success rates of 61.2%–93.5%) [32–36].

Our cure rate for urodynamic SUI was 88.9%, which did not vary with length of follow-up. The occurrence of de novo filling symptoms was low, also in the mid-term.

This cure rate is comparable to that reported in literature for mid-urethral slings [14]. There are only a few studies using other mini-slings [23–28] and, again, our cure rate is in line with these findings.

At 24 months follow-up, 6 patients out of 123 (4.87%) were operated on for recurrent SUI, which is significantly higher than the repeat surgery rate for recurrent SUI of 1–2% reported in the literature for traditional slings, with either retropubic or transobturator approach [4–7, 14, 15].

Our study shows that the TVT SECUR™ System is safe, effective and also versatile, as it allows the sling to be applied in different positions. Success rates in the short-term remain unchanged longer-term.

However, the technique is not simple, straightforward or easily reproducible. Our results show that there is a significant learning curve: that better outcomes are obtained after surgeons have gained experience in it.

The principle limit of this paper is that it is an observational, albeit prospective, study. Further comparative and randomised studies with longer follow-ups will be necessary.

**Conflicts of interest** None.

**References**

1. Ulmsten U, Henriksson L, Johnson P, Varhos G (1996) An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 7:81–85
2. Rezapour M, Ulmsten U (2001) Tension-free vaginal tape (TVT) in women with recurrent stress urinary incontinence—a long-term follow up. Int Urogynecol J Pelvic Floor Dysfunct 12(Suppl2):9–11
3. Rezapour M, Falconer C, Ulmsten U (2001) Tension-free vaginal tape (TVT) in stress incontinent women with intrinsic sphincter deficiency (ISD)—a long-term follow up. Int Urogynecol J Pelvic Floor Dysfunct 12(Suppl2):12–14
4. Ulmsten U, Johnson P, Rezapour M (1999) A three-year follow up of tension-free vaginal tape for surgical treatment of female stress urinary incontinence. Br J Obstet Gynecol 106:345–350
5. Olsson I, Kroon U (1999) A three-year postoperative evaluation of tension-free vaginal tape. Gynecol Obstet Invest 48:267–269
6. Nilsson CG, Falconer C, Rezapour M (2004) Seven-year follow-up of the tension-free vaginal tape procedure for treatment of urinary incontinence. Obstet Gynecol 104:1259–1262
7. Nilsson CG, Palva K, Rezapour M, Falconer C (2008) Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 19(8):1043–1047
8. Kuuva N, Nilsson CG (2002) A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 81:72–77
9. Meschia M, Busacca M, Pifarotti P, De Marinis S (2002) Bowel perforation during insertion of tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct 13:263–265
10. Delorme E (2001) Transobturator urethral suspension: miniinvasive procedure in the treatment of stress urinary incontinence in women. Prog Urol 11:1306–1313
11. De Leval J (2003) Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 44:724–730

12. Costa P, Grise P, Droupy S et al (2004) Surgical treatment of female stress urinary incontinence with a trans-obturator tape (TOT) Uratape: short term results of a prospective multicentric study. Eur Urol 46:102–106

13. Roumeguere T, Quackels T, Bollens R et al (2005) Transobturator vaginal tape (TOT) for female stress incontinence: one year follow-up in 120 patients. Eur Urol 48:805–809

14. Meschia M, Bertozzi R, Pifarotti P et al (2007) Peri-operative morbidity and early results of a randomised trial comparing TVT and TVT-O. Int Urogynecol J Pelvic Floor Dysfunct 18:1257–1261

15. Collinet P, Ciofu C, Costa P, Cosson M, Deval B, Grise P, Iacquetin B, Haab F (2008) The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J Pelvic Floor Dysfunct 19(5):711–715

16. Petros PE, Richardson PA (2005) Tissue fixation system posterior sling for repair of uterine/vault prolapse—a preliminary report. Aust N Z J Obstet Gynaecol 45(5):376–379

17. Rezapour M, Novara G, Meier PA et al (2007) A three month preclinical trail to assess the performance of a new TVT-like mesh (TVTx) in a sheep model. Int Urogynecol J Pelvic Floor Dysfunc 18:183–187

18. Bump RC, Mattiasson A, Bo K et al (1996) The standardization of terminology of female pelvic organ prolapse and pelvic floor dysfunction. Am J Obstet Gynecol 175:10–17

19. Ferrari A, Frigerio L, Costa M, Baresi L (1984) Classification, by grading, of stress incontinence. I.C.S. Proc. 14th Int. Meeting Innsbrbruck

20. Forster JJ, McDonald JW, Smith PWF (2003) Markov chain Monte Carlo exact inference for binomial and multinomial logistic regression models. Stat Comput 13:169–177

21. Zamar D, McNeney B, Graham J (2007) elrm: software implementing exact-like inference for logistic regression models. J Stat Softw 21(3)

22. R Development Core Team (2008) R: A language and environment for statistical computing, R Foundation for Statistical Computing, Vienna, Austria. ISBN 3-900051-07-0

23. Meschia M, Barbacini P, Baccichet R et al (2011) Short-term outcomes with the Ajust™ system: a new single incision sling for the treatment of stress urinary incontinence. Int Ugynecol J 22:177–182

24. Moore RD, Mitchell GK, Miklos JR (2009) Single-center retrospective study of the technique, safety, and 12-month efficacy

25. Jiménez Calvo J, Hualde Alfaro A, Cebrian Lostal JL et al (2010) Stress urinary incontinence surgery with MiniArc swing system: our experience. Actas Urol Esp 34:372–377

26. Debodinance P, Delporte P (2010) Miniarc: prospective study and follow up at one year about 72 patients. J Gynecol Obstet Biol Reprod (Paris) 39:25–29

27. De Ridder D, Berkens J, Deprest J et al (2010) Single incision mini-sling vs. transobturator sling: a comparative study on MiniArc™ and Monarc™ slings. Int Urogynecol J 21:773–778

28. North CE, Hilton P, Ali-Ross NS, Smith ARB (2009) A 2-year observational study to determine the efficacy of a novel single incision sling procedure (minitape™) for female stress incontinence. BJOG 17:356–360

29. Neuman M (2007) TVT and TVT-Obturator: comparison of two operative procedures. Eur J Obstet Gynecol Reprod Biol 131 (1):89–92

30. Kealin-Gambirasio I, Jacob S, Boulvain M, Dubuisson JB, Dallenbach P (2009) Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BCM Women Health 25(9):28

31. Valentim-Lourenco A, Henriques A, Bernardino M, Ribeirinho A (2008) Comparing success rate of TVT, TVT-O and TVT Secur (learning-curve). Int Urogynecol J Pelvic Floor Dysfunct 19(Suppl 1):S1–S166

32. Debodinance P, Amblard J, Lucotc J et al (2009) TVT Secur: prospective study and follow up at 1 year about 154 patients. J Gynecol Obstet Biol Reprod 38(4):299–303

33. Neuman M (2008) Perioperative complications and early follow-up with 100 TVT-SECUR procedures. J Minim Invasine Gynecol 15(4):480–484, Epub 2008 Jun 9

34. Neuman M (2007) TVT-Obturator: short-term data on an operative procedure for the cure of female stress urinary incontinence performed on 300 patients. Eur Urol 51:1083–1087

35. Debodinance P, Lagrange E, Amblard J et al (2008) TVT SECUR: prospective study and follow-up to 1 year about 150 patients. Int Urogynecol J Pelvic Floor Dysfunct 19(Suppl 1):S1–S166

36. Meschia M, Barbacini P, Ambrogi V et al (2009) TVT-secur: a minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial. Int Urogynecol J Pelvic Floor Dysfunct 20(3):313–317



Copyright of International Urogynecology Journal & Pelvic Floor Dysfunction is the property of Springer Science & Business Media B.V. and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.