# Exhibit D

Int Urogynecol J (2010) 21:767–772
DOI 10.1007/s00192-010-1114-4

ORIGINAL ARTICLE

# Experience with TVT-SECUR sling for stress urinary incontinence: a 141-case analysis

**Salil Khandwala · Chaandini Jayachandran · David Sengstock**

Received: 17 August 2009 / Accepted: 20 January 2010 / Published online: 26 February 2010
© The International Urogynecological Association 2010

**Abstract**
*Introduction and hypothesis* The objective of this study was to investigate complications, urinary incontinence symptoms, and overall satisfaction in patients undergoing the tension-free vaginal tape-SECUR (TVT-S) for stress urinary incontinence (SUI).
*Methods* We reviewed consecutive patients treated with TVT-S between April, 2006 and August, 2007, in a urogynecology practice. Outcomes assessed included complications, voiding function, change in SUI symptoms on the Medical Epidemiological and Social Aspects of Aging (MESA) questionnaire, and overall satisfaction.
*Results* One hundred forty-one women (age, 54.1±12 years; BMI, 31.2±6.6 kg/m$^2$) were treated for SUI with the TVT-S; 34 required concomitant procedures. There were no intra-operative complications. Immediate post-operative voiding function returned in all but one patient; none required sling release. Most patients (90%) reported no pain on a verbal pain scale. On follow-up, 117 patients denied SUI symptoms, 16 reported mild symptoms, and eight required additional treatment. The average MESA "stress" subscore decreased by 79% (13.0±7.8 points, $p<0.0001$). Eighty-five percent felt "satisfied" with the procedure.
*Conclusion* TVT-S is a safe and effective treatment for SUI.

**Keywords** Anti-incontinence surgery · Bladder suspension · Patient satisfaction · Stress urinary incontinence · Suburethral sling · Tension-free vaginal tape-SECUR

**Abbreviations**
TVT-S   Tension-free vaginal tape-SECUR
UI      Urinary incontinence
SUI     Stress urinary incontinence
MESA    Medical Epidemiological and Social Aspects of Aging
TVT     Tension-free vaginal tape
TVT-O   Tension-free vaginal tape-transobturator
PVR     Post-void residual
BMI     Body mass index

S. Khandwala · C. Jayachandran
Division of Urogynecology, Oakwood Hospital,
Dearborn, MI 48124, USA

D. Sengstock
Department of Internal Medicine, Wayne State University,
Detroit, MI 48201, USA

S. Khandwala (✉)
Department of Obstetrics and Gynecology,
Wayne State University,
Detroit, MI 48201, USA
e-mail: khandwas@oakwood.org

D. Sengstock
Division of Geriatrics, Oakwood Hospital,
Dearborn, MI 48124, USA

## Introduction

The overall prevalence of urinary incontinence (UI) in women is estimated between 27% and 49% in the United States [1, 2]. Minimally invasive suburethral slings [retropubic tension-free vaginal tape (TVT) and the tension-free vaginal tape-transobturator (TVT-O)/transobturator tape (TOT) approaches] are now widely used for stress urinary incontinence (SUI). Success rates have been reported as high as 84% to 95% [3, 4]. However, serious injuries have occurred with these procedures [5–8].

The TVT-S (tension-free vaginal tape-SECUR; Gynecare TVT-SECUR* system) is a minimally invasive, mid-

 Springer

urethral procedure utilizing a shorter sling (8 cm) that anchors directly to the retropubic fascia ("U" technique) or the obturator internus muscle ("H" technique). Despite the short length of mesh, animal studies have shown that the pull-out forces for the TVT-S are comparable to the retropubic TVT or the TVT-O [9]. As the TVT-S requires a shortened path through tissues and avoids egress of mesh through the skin, it potentially avoids complications and discomfort seen with retropubic TVT and transobturator TOT/TVT-O procedures. The purpose of this study was to evaluate the role of the TVT-S procedure in the management of SUI. The parameters studied were: feasibility, safety, complication rate, post-operative voiding function, change in urinary incontinence symptoms (as measured by the validated symptom-specific MESA questionnaire), and overall satisfaction in patients undergoing the TVT-S procedure.

## Materials and methods

Data were collected on patients evaluated for UI between April, 2006 and August, 2007. At the initial visit, patients completed the Medical Epidemiological and Social Aspects of Aging (MESA) UI questionnaire that assesses both stress and urge incontinence symptoms [10]. The MESA is a 15-item validated questionnaire that asks about situations inducing urine leakage with a choice of four answers (often, sometimes, rarely, or never). The maximum composite MESA score is 45 with a maximum stress incontinence subtotal of 27 (based on nine questions) and a maximum urge incontinence subtotal of 18 (based on six questions). Patients reporting SUI or stress-dominant mixed incontinence on the MESA underwent confirmatory urodynamics and were then offered surgical correction.

SUI was defined per International Consultation on Incontinence guidelines. A total of 245 patients underwent surgery for SUI during this time period. All surgeries were performed by one surgeon (S. K.). Of these, 104 patients underwent procedures other than the TVT-S; 24 patients required anterior vaginal wall mesh placement and were not considered candidates for TVT-S; 47 were enrolled in another study, and 33 patients opted for more established sling procedures (TVT or TVT-O). The remaining patients ($n=141$) underwent the TVT-S procedure. The surgical approach was solely based on the surgeon's preference: via the hammock or "H" approach, 91% ($n=128$) and via the "U" approach, 9% ($n=13$).

Of the 141 patients, urodynamic testing (UDT) was not available in five patients. In all but 12 of the remaining 136 patients, UDT results matched the clinical diagnosis. The clinical diagnosis–exam (positive supine empty stress test) and voiding diaries strongly indicated SUI even though the UDT did not show SUI.

Intra-operative data collected included type of anesthesia, duration of surgery, complications such as bleeding, urinary tract injuries, or vaginal wall lacerations, and findings of cystourethroscopy. Immediate post-operative data collected included voiding function, time of discharge, and pain level at discharge. At the follow-up visits, patients were questioned regarding dyspareunia, voiding function, de novo urgency, and also checked for urinary tract infections. The follow-up examination comprised of a detailed vaginal examination, assessment of post-void residual (PVR), and urinalysis. The follow-up MESA questionnaire was completed by 130 patients a minimum of 5 months post-operatively. Patients were also asked: "From the point of view of stress urinary incontinence, that is leaking if you cough, sneeze, laugh or do other strenuous activities, are you satisfied with the outcome of your surgery?" (Yes/No). This question was answered by 94% ($n=122$) of the sample.

Continuous variables are expressed as mean ± standard deviation, categorical variables as percentages. To examine the effect of the procedure on incontinence symptoms, the pre-operative and post-operative composite "stress incontinence score," "urge incontinence score," and "total score" on the MESA questionnaire were compared using a paired $t$ test. Logistic regression was used to investigate the factors associated with reporting feeling "satisfied" with the surgery. Multiple linear regression analysis was used to investigate factors that predicted improvement on post-operative MESA.

This protocol was approved by the Oakwood Healthcare Systems Institutional Review Board.

## Results

During the 17-month period, 141 patients underwent the TVT-S surgery. The pre-operative characteristics of the sample are shown in Table 1. The sample included women with a wide range of ages (30–85 years) and approximately



**Table 1** Pre-operative sample characteristics ($n=141$)

| Characteristic | Mean±SD or percentage | Range |
|---|---|---|
| Age (years) | 53.3±12 | 31–87 |
| BMI (kg/m$^2$) | 31.5±6.8 | 20–58 |
| Post-menopausal | 52% | – |
| Previous pregnancy (either vaginal or C-section) | 95% | – |
| 　Any vaginal delivery | 89% | – |
| 　Any C-section | 12% | – |
| Baseline incontinence type (by urodynamic studies) | | |
| 　Stress | 89% | – |
| 　Mixed | 11% | – |

half were post-menopausal (n=74; mean age=59±11; range=37–85 years). Although most (53%) were clinically obese, 27% had a body mass index (BMI) between 25 and 30 kg/m$^2$ and 18% of patients had a BMI less than 25 kg/m$^2$. Eighty-nine percent had pure stress incontinence; the remainder had stress-dominant mixed incontinence per pre-operative MESA questionnaire.

Intra-operative and immediate post-operative results

One hundred seven patients underwent TVT-S as the sole surgical procedure. The remaining 34 patients underwent additional procedures such as prolapse surgery (n=23), vaginal hysterectomy (n=6), abdominal hysterectomy (n=4), and Interstim (n=1). The TVT-S-alone patients (n=107) were in surgery for a mean of 34.9±13.9 min (range, 12 to 114 min) while those requiring concomitant procedures (n=34) were in surgery a mean of 87.5±55.2 min (range, 25 to 222 min). In the TVT-S-alone group, only local anesthesia was used in 8.4% cases (n=9), local with sedation in 83.2% (n=89), regional in 1.9% (n=2) cases, and general in 4.7% (n=5) cases. Blood loss in the TVT-S-alone patients was minimal (17.9±19.6; range, 5–150 ml). No patient required a vaginal pack, nor was a hemostatic agent used. None required a blood transfusion.

No injuries to the bladder, ureters, or urethra were visualized at cystourethroscopy in any of these 141 patients. There were two cases of lateral vaginal wall perforation during the procedure. In both these cases, the vaginal lacerations were sutured at the end of the case. At discharge, post-operative pain was assessed on a 0–10 scale (0/10=no pain and 10/10=severe pain). Pain score was documented in 93 of the 107 patients who had the TVT-S alone. The mean pain score was 0.45±1.43 (range, 0–8). The majority (90%) reported no pain as the following distribution illustrates: 84 patients reported 0/10; two patients reported 1–3/10; six patients reported 4–6/10; one patient reported 8/10. Of these 107 patients who underwent TVT-S alone, 98 patients were discharged the same day, eight patients were discharged the next day, and one patient was discharged on post-operative day 2 (social issues).

Voiding function and mesh exposure

Voiding function was assessed at time of discharge and then at the follow-up visits. All but one patient (n=106) went home voiding spontaneously. The one patient who went home with a Foley returned in 5 days for catheter removal, and her subsequent voiding function was normal. All patients had a PVR<100 cc at follow-up, and no sling was removed or loosened.

Culture-proven urinary tract infection was reported in eight patients. None of them had persistent or recurrent urinary tract infections at follow-up. Three patients reported de novo urgency, but symptoms were mild, and none warranted treatment for the urgency.

Vaginal exposure of the mesh was noted in five patients. In two patients, the mid-urethral portion of the mesh was exposed. In the third patient, there was a 4-mm mesh exposure at the right lateral angle. These three patients were taken to the operating room, and the vaginal edges were freed, undermined, and brought together under the mesh with interrupted sutures. In the remaining two patients, the exposure was approximately 1 mm (felt rather than seen), and the mesh threads were excised in the office. There were no cases of erosion of the mesh into the urethra.

Seventy percent (n=97) of the 141 patients were sexually active preoperatively. None of these patients complained of dyspareunia post-operatively. Partner discomfort was reported in only five patients with mesh exposures. These were ameliorated with the revision of the exposed mesh.

Patients were scheduled for follow-up at 2 weeks, 6 weeks, 3 months, 6 months, 12 months, and annually thereafter. Of the 141 patients, all but nine were followed for at least 6 months after the procedure with the mean follow-up being 14.1±6.4 months (range=0.6–37 months).

Subjective improvement, change in the MESA score, and overall patient satisfaction

Improvement in stress incontinence symptoms was also assessed with the validated MESA questionnaire. As MCID for MESA has not been determined yet, our results are based on statistical significance. One hundred thirty patients had both pre-operative and post-operative MESA scores available. On average, a 13.0±7.8-point (79%) decrease was noted in the stress incontinence subset score (Table 2). The majority of patients (82%) had at least 50% decrease in the pre-operative "stress" subset of the MESA questionnaire, and over two thirds (69%) had at least an 80% improvement. Although the majority (75%) of patients

Table 2 Pre-operative to post-operative comparison of MESA scores in all patients (n=130)

| Score | Pre-operative | Post-operative | Mean improvement | p value |
|---|---|---|---|---|
| Composite MESA score | 22.8±8.7 | 6.1±7.8 | 16.7±10 | <0.0001 |
| "Stress" subscore | 16.5±6.0 | 3.5±5.4 | 13.0±7.8 | <0.0001 |
| "Urge" subscore | 6.2±4.5 | 2.5±3.2 | 3.7±4.1 | <0.0001 |



**Table 3** Improvement in stress incontinence by pre-operative symptom severity (n=130)

| Score | Pre-operative stress score 1–13 (n=37), % | Pre-operative stress score 14–27 (n=93), % |
|---|---|---|
| <20% improvement | 19 | 8 |
| 20–80% improvement | 24 | 19 |
| >80% improvement | 57 | 73 |

reported an improvement in "urge" symptoms, the absolute decrease in urge score was small (3.7 points decrease on the 18-point scale). Further analysis that excluded patients who required additional surgical procedures yielded similar results.

Regression analysis was performed to analyze predictors of the percent reduction in MESA stress score. Independent variables were age, BMI, number of children, history of C-section, menopausal status, presence of mixed incontinence, pre-operative stress score, pre-operative urge score, additional procedures during surgery, and number of days between surgery and follow-up questionnaire. Percent reductions in stress scores were only predicted by pre-operative stress score ($p<0.001$) and pre-operative urge score ($p=0.04$). No other variables entered the model.

To examine whether the procedure had a differential effect by degree of stress incontinence symptoms, patients were categorized by pre-operative MESA stress scores 1–13 (n=37) and 14–27 (n=93; Table 3). Patients with pre-operative stress incontinence scores ≥14 were more likely to report greater improvement on post-operative MESA ($p=0.039$). Still, over half (54%) of the patients with pre-operative MESA stress scores below 14 had an 80% reduction in symptoms on post-operative testing. Moreover, similar satisfaction rates were reported by patients in the lower MESA group as compared with the higher MESA group (88% vs. 84%, $p>0.20$). Adjustment for patients requiring additional procedures did not change these results.

Patient satisfaction

An analysis was performed to identify factors associated with satisfaction with the procedure. Of the 122 patients who were asked, "From the point of view of stress urinary incontinence, that is leaking if you cough, sneeze, laugh or do other strenuous activities, are you satisfied with the outcome of your surgery?" 85% (n=104/122) responded affirmatively and 15% (n=18/122) responded negatively. As compared with "satisfied" patients, the 18 "dissatisfied" patients were not significantly different with respect to age (54.4±11.8 vs. 54.1±15.4 years), BMI (31.4±6.7 vs. 31.9±9.1 kg/m$^2$), menopausal status (56% vs. 56%), pregnancies (3.0±1.9 vs. 3.6±2.3), total OR time (43.0±31 vs. 44.6±27 min), or need for additional surgical procedures (24% vs. 16%); $p>0.2$ for all comparisons.

As expected, "satisfied" patients had a much lower post-operative "stress" score on the MESA questionnaire (Table 4). However, "dissatisfied" patients also reported a significant decrease. Interestingly, "dissatisfied" patients had a significantly higher pre-operative "urge" score. Of note, the pre-operative maximum urethral closure pressure was not significantly different in satisfied vs. dissatisfied patients (65±24 vs. 68±21 cm H$_2$O, respectively, $p>0.2$).

Although long-term follow-up results from TVT-S patients are not yet available, 61% (n=79) of our sample returned for follow-up after the 1-year time point. Compared with those reporting results prior to year 1, those presenting after that date did not report significantly different reductions in MESA scores (−14.2±7.2 vs. −12.2±8.2, respectively; $p=0.16$) or decreased satisfaction rates (88% vs. 84%, respectively; $p>0.20$).

**Table 4** Pre-operative to post-operative comparison of MESA scores by "satisfaction" with the procedure (n=122)

|  | Satisfied (n=104/122) | Dissatisfied (n=18/122) | p value |
|---|---|---|---|
| Pre-operative |  |  |  |
| Composite MESA score | 22.2±8.6 | 27.1±9.0 | 0.03 |
| "Stress" subscore | 16.5±6.2 | 17.6±6.2 | >0.20 |
| "Urge" subscore | 5.7±4.0 | 9.6±5.4 | <0.001 |
| Post-operative |  |  |  |
| Composite MESA score | 3.8±5.0 | 18.8±9.6 | <0.0001 |
| "Stress" subscore | 2.1±3.6 | 12.2±7.2 | <0.0001 |
| "Urge" subscore | 1.7±2.5 | 6.6±3.3 | <0.0001 |
| Pre-/post-operative decrease |  |  |  |
| Composite MESA score | −18.4±9.5 | −8.3±8.9 | <0.0001 |
| "Stress" subscore | −14.5±7.1 | −5.4±8.8 | <0.0001 |
| "Urge" subscore | −4.0±3.9 | −2.9±3.5 | >0.20 |

The incidence of retreatment in this series was 6.3% (9/141) over a period ranging between 2 months and 27 months. Three patients underwent a retropubic TVT procedure, and six had an in-office urethral bulking procedure done.

### Discussion

This study investigated the complications, outcomes, and overall satisfaction in women undergoing the TVT-S procedure for SUI symptoms. The data presented here describe our experience with TVT-S over an approximately 16-month period. The main finding of this study is that the TVT-S procedure had a low complication rate and patients reported high satisfaction rates.

Of the 141 patients undergoing the procedure, there were few complications and these were fairly minor: two vaginal lacerations and five cases of mesh exposure. The lack of complications in this case series suggests a high safety profile of the TVT-S procedure. Moreover, voiding function was restored immediately in all but one and normal voiding continued into the post-operative period at 3 weeks, 6 weeks, and 3 months. No patient had to have a catheter re-inserted or the sling loosened.

Pain was generally mild, with 90% of patients reporting no pain in the immediate post-operative period. Dyspareunia has been reported with the transobturator procedure due to what is called the banding effect—the sling at the lateral angles of the vagina becomes very taut and feels like a rope. During the act of coitus, due to the mesh tethering, the patient perceives pain. There were no such cases reported in our series.

Patients who had the TVT-S procedure reported an average of 79% reduction in stress incontinence symptoms by the MESA questionnaire. Interestingly, an average reduction of 60% was reported in urge incontinence symptoms. Eighty-five percent of the patients reported feeling "satisfied" with the resulting improvement in incontinence symptoms. These results were consistent across the wide range of incontinence severities, ages, and body mass indices. As expected, patients with less severe pre-operative symptoms did report less absolute benefit. However, even these patients reported high rates of satisfaction and similar "relative" MESA improvements (expressed as a percentage decrease) as compared with the more severely affected patients. Both quantitative results from the MESA questionnaire and the qualitative results from the "satisfaction" question support the contention that the TVT-S suburethral mini-sling procedure is effective in treating stress urinary incontinence in a wide variety of patients.

In this series, only a small number of patients ($n=5$ or 3.5%) had mesh exposure on the follow-up visit. The hammock or the H approach (where the mesh fleece arms are attached to the obturator internus) was used more frequently than the U approach. Although this was due to personal choice rather than any biases against the TVT-S U approach, additional data is needed to examine complications and outcomes of the U approach. The possible reasons for mesh exposure may include: (1) The vaginal incision is only 1 cm from the external urethral meatus—aggressive wiping of the urethra by the patient after voiding could pull open the stitches and therefore compromise the incisional repair. (2) The vaginal incision may have been shallow in the initial cases—this has since been changed as we dissect deeper down and leave the fascia on the vaginal mucosa similar to the vaginal mesh techniques for prolapse surgeries. (3) A small blood collection under the incision in the tight space could have created enough pressure to open the incision. We have now changed our incision closure technique to interrupted sutures rather than continuous non-locking.

Another potential benefit may be durability of the procedure. "Cure rates" from the Burch colposuspension and the fascial sling have been shown to diminish over time [11]. The retropubic TVT and the transobturator procedures typically require removal of the plastic sheath during the final mesh placement. As this is an upward pull, the mesh has a tendency to become tighter during the release phase. Therefore, a spacer is usually placed between the mesh and the urethra. However, despite this, there is some spring-like tension created in the mesh during this pull-out stage that is unavoidable and creates a slightly increased tensioning under the urethra at final placement.

On the other hand, the TVT-S involves a pull-back approach where the inserter is withdrawn towards the vaginal incision. Therefore, unlike the retropubic TVT or the transobturator approaches, the mesh has a tendency to get "looser" during the final placement. A spacer is never placed for the TVT-SECUR procedure. Our experience has shown that, by making the mesh more snug under the midurethra, the mesh will indent the suburethral fascia, similar to a head lying on a pillow—a term coined the "pillowing effect". We have observed excellent voiding function post-operatively despite this indentation. This "pillowing effect" compensates for any mesh loosening that may happen during release and removal of the inserter. Moreover, to avoid the mesh loosening, we place a 5-mm malleable retractor between the mesh and the inserter. This additional step allows a smooth release of the inserter and prevents the mesh from sliding backwards. A general dictum that we believe is that the TVT-S sling is never "too tight" whereas the retropubic TVT sling is never "too loose".

One other key step during the hammock approach is that the surgeon has to ensure that the TVT-S inserter has penetrated the obturator internus muscle. In some patients,

the anatomy may make it challenging to present the TVT-S inserter to the obturator internus muscle as the latter may be set back at an angle. If the mesh does not penetrate the internus, then it is likely to fail as it would then be wandering in the loose paravaginal fascial tissue without any strong anchor. Thus, it is important to follow correct insertional angles so as to avoid placement in the loose space between the 12 and 3 o'clock positions.

The current study is strengthened by its use of the validated MESA questionnaire that was completed by consecutive patients before and after the surgery. We included all patients within this period, and we were unable to reach only 11 (8%) patients. This study provided the sample with a wide range of ages, body mass indices, previous C-sections, urine incontinence types, and any concomitant surgeries done at the time of the TVT-S surgery. This procedure's effectiveness in such a heterogeneous sample suggests that these results may be realized by many different groups of women.

Given the nature of this primarily symptom-based condition, we considered subjective reports of urinary leakage and overall patient satisfaction to be the primary concern. Satisfaction rates in our TVT-S patients (85%) were similar to those in a study comparing Burch modified colposuspension (78%) to the fascial sling (86%) [11]. Although a direct comparison is limited by the aforementioned concern, our TVT-S satisfaction rate was also comparable to the "subjective cure" rate reported by patients in another study comparing Burch modified colposuspension (84%) to the TVT-O procedure (86%) [12].

It is also important to note that this study mainly looked at the hammock technique of TVT-S procedure. Thus, we cannot deduce how the U approach would have fared. Despite these limitations, our results do suggest that TVT-S has a role in the armamentarium of stress incontinence management.

As the mesh is shorter and does not exit the skin, the TVT-S procedure offers several potential advantages over the other slings. The low incidence of pain and complications and the fast recovery clearly make this procedure an exciting option for in-office management of incontinence. Fifty cases were performed by this surgeon (S. K.) in the office under local anesthesia, as part of a clinical trial, with excellent results (personal communication, S. K.).

**Conflicts of interest**   Dr. Khandwala is a consultant for Ethicon, Inc. Mrs. Jayachandran and Dr. Sengstock have no disclosures.

## References

1. Fenner DE, Trowbridge ER, Patel DL, Fultz NH, Miller JM, Howard D, DeLancey J (2008) Establishing the prevalence of incontinence study: racial differences in women's patterns of urinary incontinence. J Urol 179(4):1455–1460
2. Minassian VA, Stewart WF, Wood GC (2008) Urinary incontinence in women: variation in prevalence estimates and risk factors. Obstet Gynecol 111(2, Part 1):324–331
3. Nilsson GC, Kuuva N, Falconer C, Rezapour M, Ulmsten U (2001) Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 12(Suppl 2):S5–S8
4. Boustead GB (2002) The tension-free vaginal tape for treating female stress urinary incontinence. BJU Int 89(7):687–693
5. Kuuva N, Nilsson CG (2002) A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 81:72–77
6. Zilbert AW, Farrell SA (2001) External iliac artery laceration during tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct 12(2):141–143
7. Peyrat L, Boutin JM, Bruyere F, Haillot O, Fakfak H, Lanson Y (2001) Intestinal perforation as a complication of tension-free vaginal tape procedure for urinary incontinence. Eur Urol 39 (5):603–605
8. Moran PA, Ward KL, Johnson D, Smirni WE, Hilton P, Bibby J (2000) Tension free vaginal tape for primary genuine stress incontinence: a two-center follow-up study. BJU Int 86(1):39–42
9. Rezapour M, Novara G, Meier PA, Holste J, Landgrebe S, Artibani W (2007) A 3-month pre-clinical trial to assess the performance of a new TVT-like mesh (TVTx) in a sheep model. Int Urogynecol J Pelvic Floor Dysfunct 18:183–187
10. Diokno AC, Brock BM, Brown MB, Herzog AR (1986) Prevalence of urinary incontinence and other urological symptoms in the noninstitutionalized elderly. J Urol 136(5):1022–1025
11. Albo ME, Richter HE, Brubaker L, Norton P, Kraus SR, Zimmern PE et al (2007) Burch colposuspension versus fascial sling to reduce urinary stress incontinence. N Engl J Med 356(21):2143–2155
12. Sivaslioglu AA, Caliskan E, Dolen I, Haberal A (2007) A randomized comparison of transobturator tape and Burch colposuspension in the treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(9):1015–1019



Copyright of International Urogynecology Journal & Pelvic Floor Dysfunction is the property of Springer Science & Business Media B.V. and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.