# Exhibit E

```
 1              SUPERIOR COURT OF NEW JERSEY

                     LAW DIVISION

 2                  ATLANTIC COUNTY

                 MASTER CASE 6341-10

 3                CASE NO. 291 CT

 4                      - - -

 5     IN RE:

       PELVIC MESH/GYNECARE

 6     LITIGATION

 7

                        - - -

 8     CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF

                    CONFIDENTIALITY

 9

10             Friday, December 20, 2013

11                   VOLUME III

12                      - - -

13

14            Continued videotaped deposition of JAMES

15     C. HART, M.D., held at RIKER DANZIG, SCHERER, HYLAND

16     & PERRETTI, L.L.P., Headquarters Plaza, One Speedwell

17     Avenue, Morristown, New Jersey, commencing at

18     approximately 9:54 a.m., before Rosemary Locklear, a

19     Registered Professional Reporter, Certified Realtime

20     Reporter, Certified Court Reporter (NJ License No.

21     30XI00171000), and Notary Public.

22                      - - -

23

24             GOLKOW TECHNOLOGIES, INC.

           877.370.3377 ph|971.591.5672 Fax

25               deps@golkow.com
```

Confidential - Subject to Stipulation and Order of Confidentiality

1        Q.    And the purpose of the IFU is to provide a

2    surgeon, for example -- well, rephrase.

3              And the purpose of the IFU is to provide a

4    complete statement of what the company knows with

5    regard to the indications, the contraindications, the

6    warnings, the precautions and the adverse reactions

7    for the device; correct?

8        A.    Correct.

9        Q.    Therefore, if your company, your medical

10   affairs people, knew that using a cough test and

11   local anesthesia would have a material impact on the

12   efficacy that could be expected with the use of the

13   TVT, that needed to be warned about in the IFU;

14   correct?

15             MR. SNELL:  Form.

16             Go ahead.

17             THE WITNESS:  It -- it needed to be --

18   that information should be provided as training for

19   the surgeon and an IFU is a place where it could go,

20   yeah.

21             MR. SLATER:  Move to strike.

22   BY MR. SLATER:

23       Q.    The answer to my question is, if what I

24   just asked you is accurate, that information needs to

25   be in the IFU; correct?