# Exhibit G

Denise M. Elser, M.D.

```
 1   KATHRYN E. CORBET and    ) SUPERIOR COURT OF NEW JERSEY
     ERIC R. CORBET,          ) LAW DIVISION - BERGEN COUNTY
 2                            ) DOCKET NO. BER-L-14589-14MCL
              Plaintiffs,     )
 3                            ) MASTER DOCKET
         vs.                  ) NO. BER-L-11575-14
 4                            )
     ETHICON, INC., ETHICON   )
 5   WOMEN'S HEALTH AND       )
     UROLOGY, A Division      ) CIVIL ACTION
 6   of Ethicon, Inc.,        ) In Re
     GYNECARE, JOHNSON &      ) Pelvic Mesh/Gynecare
 7   JOHNSON AND JOHN         ) Litigation
     DOES 1-20,               )
 8                            ) Case No. 291 CT
              Defendants.     )
 9
10
11          The video-recorded deposition of
12   DENISE M. ELSER, M.D., taken before Pauline M.
13   Vargo, an Illinois Certified Shorthand Reporter,
14   C.S.R. No. 84-1573, at the Le Meridien Chicago -
15   Oakbrook Center, Discovery Boardroom, 9th Floor,
16   2100 Spring Road, Oak Brook, Illinois, on
17   November 5, 2015, at 9:14 a.m.
18
19
20
21
22
23
24             GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
25              Deps@golkow.com
```

Golkow Technologies, Inc.                                   Page 1

```
 1      A.    Well, I'm not a person who works in a
 2   lab studying materials all day, but I am familiar
 3   with the Amid classifications and which type of
 4   mesh seem to heal well in the pelvis as compared to
 5   other types of mesh.
 6      Q.    Okay.  You looked at other
 7   classifications beside the Amid classification?
 8      A.    No.
 9      Q.    Have you ever looked at studies that
10   show what the pore size of the mesh is under
11   stress?
12           MR. SNELL:  Form.
13      A.    I have seen that.
14      Q.    Are you going to be offering opinions at
15   trial about the pore sizes of the mesh?
16      A.    If I'm asked about them.
17           MR. SNELL:  And I will say she has
18        identified as macroporous, so those opinions
19        will be elicited at trial.
20           MR. GRAND:  All right.  We will take
21        that up in motion practice.
22   BY MR. GRAND:
23      Q.    You don't consult as a materials expert,
24   correct?
25           MR. SNELL:  Form.
```

Denise M. Elser, M.D.

```
 1        A.    No.
 2        Q.    And you have never designed a mesh,
 3   correct?
 4        A.    No.
 5        Q.    And you haven't studied explants of
 6   mesh, correct?
 7              MR. SNELL:  Form.
 8        A.    No.
 9        Q.    And have you done any research into the
10   effects of -- scratch that.
11              Strike that.
12              Okay.  On the next page you state, "I
13   have used the TVT for about 17 years and noticed no
14   clinical difference between mechanical and
15   laser-cut mesh."
16              Have you reviewed internal documents by
17   Ethicon in which they know the difference between
18   mechanical and laser-cut mesh?
19              MR. SNELL:  Actually, objection,
20        foundation on that one.
21   BY MR. GRAND:
22        Q.    Have you reviewed any of the Ethicon's
23   internal documents relating to the differences
24   between mechanical and laser-cut mesh?
25        A.    It's been a while.  I have read some,
```