# Exhibit Q

Nicole Fleischmann, M.D.

```
 1           IN THE SUPERIOR COURT OF NEW JERSEY
 2              LAW DIVISION - BERGEN COUNTY
 3                   CIVIL ACTION
 4                    -   -   -
 5   KATHRYN E. CORBET and      : DOCKET NO. BER-L-14589-14 MCL
     ERIC R. CORBET             :
 6          Plaintiffs,         :
            v.                  :
 7   ETHICON, INC., ETHICON     : MASTER DOCKET NO.
     WOMEN'S HEALTH AND UROLGY, : BER-L-11575-14
 8   a Division of Ethicon,     :
     Inc., GYNECARE, JOHNSON &  :
 9   JOHNSON, AND JOHN DOES 1-20 :
            Defendants.         :
10
11                    -   -   -
12              NOVEMBER 24, 2015
13                    -   -   -
14
15           Videotape deposition of NICOLE
16   FLEISCHMANN, M.D., taken pursuant to notice, was
17   held at the law offices of Riker Danzig Scherer
18   Hyland & Perretti, LLP, 500 Fifth Avenue, 49th
19   Floor, New York, New York 10110, commencing at 9:34
20   a.m., on the above date, before Amanda Dee
21   Maslynsky-Miller, a Certified Realtime Reporter and
22   Notary Public in and for the State of New York.
23                    -   -   -
24           GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph|917.591.5672 fax
25              deps@golkow.com
```

Nicole Fleischmann, M.D.

1        A.      I'm not sure I understand the

2    question.

3        Q.      Do you have opinions about whether

4    the warnings -- do you have opinions about whether

5    the warnings for the TVTTM Retropubic are adequate

6    or not?

7        A.      Are you talking about the IFU

8    warnings?

9        Q.      Yes.

10       A.      Do I have opinions about whether

11   they're adequate?

12       Q.      Yes.

13       A.      My opinion is that they're adequate.

14               MR. SLATER:  Move to strike.

15   BY MR. SLATER:

16       Q.      My question is this:  Are you

17   intending to offer opinions in this case about the

18   adequacy of the warnings for the TVTTM Retropubic?

19       A.      Absolutely.

20       Q.      Have you ever done that in any

21   litigation before, given warning opinions?

22       A.      In any litigation?  No.

23       Q.      When you give your opinions about

24   whether or not the warnings for the TVTTM Retropubic

25   are adequate, are you applying any published

Nicole Fleischmann, M.D.

```
 1   standards for warnings?

 2        A.      I don't understand the question.

 3               MS. KABBASH:  Objection.

 4   BY MR. SLATER:

 5        Q.      Did you consult any published

 6   standards for what information is supposed to be

 7   provided in a medical device warning like for the

 8   TVTTM Retropubic?

 9        A.      No.

10               MS. KABBASH:  Objection.

11   BY MR. SLATER:

12        Q.      Did you review testimony by witnesses

13   from Ethicon who are responsible for making sure the

14   warnings are adequate, to see what standards they

15   applied, in their industry, in determining what

16   should be warned of?  Did you look at those

17   standards?

18        A.      I never looked at any testimony from

19   Ethicon, no.

20        Q.      Did you look at any internal

21   documents from Ethicon, where they set out the

22   standards or the criteria that they applied in

23   determining what information needed to be in a

24   warning such as for the TVTTM Retropubic?

25        A.      I don't believe I have, no.
```

Nicole Fleischmann, M.D.

```
 1        Q.        When you offer your opinions as to
 2   the adequacy of the warnings, are you essentially
 3   advising us what you believe would be adequate for
 4   you in your medical practice, with your basic --
 5   with your level of experience and what you're
 6   familiar with?
 7        A.        Exactly, yes.
 8        Q.        There was some reference in your
 9   report to the patient brochure or whether or not a
10   patient brochure was shown to Ms. -- Mrs. Corbet,
11   right?  You talked about that a little?
12        A.        Yes.
13        Q.        As you sit here now, am I accurate
14   you don't know which patient brochure she actually
15   saw?
16        A.        I can't say exactly.  But I know the
17   brochure that was out at the time of her -- of her
18   care.
19        Q.        The patient brochure that was out
20   during the time that she had her surgery in 2011, do
21   you know if that's the patient brochure that she was
22   shown during her deposition?
23        A.        That's the one that she felt was
24   familiar to her, in her deposition.
25        Q.        This is my question -- rephrase.
```