# Exhibit A

```
 1             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     CHARLESTON DIVISION
 3   IN RE: ETHICON, INC., PELVIC  :Master File No.
     REPAIR SYSTEM PRODUCTS        :2:12-MD-02327
 4   LIABILITY LITIGATION          :MDL No. 2327
 5   ------------------------------------------------
     THIS DOCUMENT RELATES TO      :JOSEPH R. GOODWIN
 6   THE CASES LISTED BELOW        :U.S. DISTRICT JUDGE
     ------------------------------------------------
 7   Mullins, et al. v.            2:12-cv-02952
     Ethicon, Inc., et al.
 8   Sprout, et al. v.             2:12-cv-07924
     Ethicon, Inc., et al.
 9   Iquinto v. Ethicon,           2:12-cv-09765
     Inc., et al.
10   Daniel, et al. v.             2:13-cv-02565
     Ethicon, Inc., et al.
11   Dillon, et al. v.             2:13-cv-02919
     Ethicon, Inc., et al.
12   Webb, et al. v.               2:13-cv-04517
     Ethicon, Inc., et al.
13   Martinez v. Ethicon,          2:13-cv-04730
     Inc., et al.
14   McIntyre, et al. v.           2:13-cv-07283
     Ethicon, Inc., et al.
15   Oxley v. Ethicon,             2:13-cv-10150
     Inc., et al.
16   Atkins, et al. v.             2:13-cv-11022
     Ethicon, Inc., et al.
17   Garcia v. Ethicon,            2:13-cv-14355
     Inc., et al.
18   Lowe v. Ethicon,              2:13-cv-14718
     Inc., et al.
19   Dameron, et al. v.            2:13-cv-14799
     Ethicon, Inc., et al.
20   Vanbuskir, et al. v.          2:13-cv-16183
     Ethicon, Inc., et al.
21
22                     OCTOBER 5, 2015
23                  MICHAEL P. WOODS, M.D.
24                GOLKOW TECHNOLOGIES, INC.
               877.370.3377 ph|917.591.5672 fax
25                    deps@golkow.com
```

Michael P. Woods, M.D.

```
 1   CAPTION CONTINUED:
 2   Mullens, et al. v.              2:13-cv-16564
     Ethicon, Inc., et al.
 3   Shears, et al. v.               2:13-cv-17012
     Ethicon, Inc., et al.
 4   Javins, et al. v.               2:13-cv-18479
     Ethicon, Inc., et al.
 5   Barr, et al. v.                 2:13-cv-22606
     Ethicon, Inc., et al.
 6   Lambert v. Ethicon,             2:13-cv-24393
     Inc., et al.
 7   Cook v. Ethicon, Inc.,          2:13-cv-29260
     et al.
 8   Stevens v. Ethicon,             2:13-cv-29918
     Inc., et al.
 9   Harmon v. Ethicon, Inc.,        2:13-cv-31818
     et al.
10   Snodgrass v. Ethicon,           2:13-cv-31881
     Inc., et al.
11   Miller v. Ethicon, Inc.,        2:13-cv-32627
     et al.
12   Matney, et al. v.               2:14-cv-09195
     Ethicon, Inc., et al.
13   Jones, et al. v.                2:14-cv-09517
     Ethicon, Inc., et al.
14   Humbert v. Ethicon,             2:14-cv-10640
     Inc., et al.
15   Gillum, et al. v.               2:14-cv-12756
     Ethicon, Inc., et al.
16   Whisner, et al. v.              2:14-cv-13023
     Ethicon, Inc., et al.
17   Tomblin v. Ethicon,             2:14-cv-14664
     Inc., et al.
18   Schepleng v. Ethicon,           2:14-cv-16061
     Inc., et al.
19   Tyler, et al. v.                2:14-cv-19110
     Ethicon, Inc., et al.
20   Kelly, et al. v.                2:14-cv-22079
     Ethicon, Inc., et al.
21   Lundell v. Ethicon,             2:14-cv-24911
     Inc., et al.
22   Cheshire, et al. v.             2:14-cv-24999
     Ethicon, Inc., et al.
23   Burgoyne, et al. v.             2:14-cv-28620
     Ethicon, Inc., et al.
24   Bennett, et al. v.              2:14-cv-29624
     Ethicon, Inc., et al.
25
```

```
 1   BY MR. KUNTZ:
 2       Q.   You can -- and you're going to say that
 3   over and over again, I know that, and Burt can ask
 4   you those questions, but just answer my question for
 5   now.  Okay?
 6       A.   I'm aware of the internal documents.
 7       Q.   Okay.  So the answer -- your answer is,
 8   yes, Ethicon knew of all of the risks that you listed
 9   out for me prior to the launch of the TVT?
10            MR. SNELL:  Objection:  Misstates,
11   totally misstates.  He said he's aware of the
12   documents, but he did not consider that.  You're
13   misstating his testimony.
14   BY MR. KUNTZ:
15       Q.   Okay.  So you did not consider the Ethicon
16   internal documents when forming your opinions that
17   you're here to talk about today?
18       A.   Absolutely not.
19       Q.   Okay.  So you don't rely on any Ethicon
20   internal design documents in forming or giving your
21   opinions today?
22       A.   I am looking at the evidence-based data
23   that's available.
24       Q.   I think you just said, "Absolutely not."
25   Did you rely on any Ethicon design internal documents
```

```
 1   obstructive symptoms.
 2        Q.   Okay.  Why did you look at that mesh under
 3   the microscope?
 4        A.   I just wanted to.  I asked the pathologist
 5   and I just wanted to look at it.
 6        Q.   You only wanted to do that one time with
 7   explanted mesh?
 8        A.   I didn't feel a strong need to continue
 9   looking.  No, just the one time.
10        Q.   Who was the pathologist?
11        A.   I don't recall.
12        Q.   When was this?
13        A.   Several years.  I couldn't give you a year
14   to be honest with you.
15        Q.   You're not a biomaterials expert?
16        A.   I -- I -- as I say, I've implanted, but I
17   would not consider -- call myself a biomaterials
18   expert.
19        Q.   You're not an expert on warnings?
20        A.   Actually, I have been consulted on -- I've
21   served on ACOG's Committee on Professional Liability;
22   I was vice chair of that committee.  I've also served
23   on the ACOG's Quality and Patient Safety Committee
24   and I'm presently on AUGS' Quality Committee.
25        Q.   Okay.  What do those institutions -- what
```

1  do you do with warnings with those three groups?
2      A.   Actually, looking on the safety design for,
3  say, obstetrical units and these kind of things.
4      Q.   Okay.  What do you mean safety design?  For
5  the actual unit at the hospital?
6      A.   Yes.
7      Q.   Okay.  So you work with warnings for, like,
8  beds in hallways?
9      A.   Well, what I do is looking at hospital
10 design or team design for patient safety, is a better
11 way to describe it.
12     Q.   You're not an expert on warnings related to
13 medical devices, correct?
14     A.   No, I would not call myself an expert.
15     Q.   Okay.  I mean, you don't know what risk
16 information a medical device company needs to put
17 inside an IFU, do you?
18         MR. SNELL:  Objection, form.
19         THE WITNESS:  I believe that the FDA
20 has very specific guidelines.
21 BY MR. KUNTZ:
22     Q.   Okay.  You don't know what those are as we
23 sit here today?
24     A.   No, I do not.
25     Q.   Okay.  You've never looked at them, have

 1   study, and it was either late 1990s or early 2000s.

 2        Q.   Okay.  So you ran a study for them after

 3   the product was designed?

 4        A.   No.  I had done using another device that

 5   was shorter on a vaginal hysterectomy randomized

 6   study.

 7        Q.   Do you know what a company research is

 8   before a product is designed or released?

 9             MR. SNELL:  Form, vague, overbroad,

10   incomplete hypothetical.

11   BY MR. KUNTZ:

12        Q.   You can answer.

13        A.   I have vague ideas, but I -- I have no

14   solid regulatory aspect at all.

15        Q.   Okay.

16        A.   I'm usually asked, you know, such as with

17   my work with Ethicon is, "What is your opinion on

18   this?"  I worked on a couple of the other -- the

19   other, like with TVT Secur, and then looking at some

20   of the evolution ones, but as in the regulation, that

21   is something that's not what I would -- I've got

22   other things to be worried about.

23        Q.   You wouldn't consider yourself an expert in

24   that area?

25        A.   Pardon me?

1    Q.  You're not an expert in that area, correct?
2         MR. SNELL:  Form, "that area."
3         THE WITNESS:  I feel that I do not
4    have the knowledge base.  I may have a very vague
5    knowledge base but not the level that would be
6    required in manufacturing.
7    BY MR. KUNTZ:
8    Q.  Tell me how a medical device company goes
9    about designing a medical device.
10         MR. SNELL:  Objection:  Form,
11   overbroad.
12        THE WITNESS:  I feel that in the
13   device they get an idea, and they do benchtop work,
14   and then it evolves through; and I would say I'm more
15   at the end of that process.
16   BY MR. KUNTZ:
17   Q.  Okay.  What experts are involved?
18   A.  It would depend on what type of device.
19   Q.  What about an SUI device?
20   A.  I believe that with that you would have to
21   have your mechanical engineers, you would have to
22   have your safety individuals, you would have to have
23   consulting with medical personnel, "Is this even a
24   real option to be looking at?"
25   Q.  What's a design history file?

Michael P. Woods, M.D.

```
 1        A.   I -- again, I -- I would suspect, by that
 2   name, that it is the life -- the evolution of a
 3   device.
 4        Q.   Okay.  Did you review the design history
 5   file for the TVT Retropubic?
 6        A.   I reviewed over -- I don't recall
 7   specifically on that.  When Ulmsten was first coming
 8   out with this, with the integral theory, I found it
 9   to be a real challenge to my dogma, for one, but in
10   looking at how he talked about using the various
11   suburethral components, I did look at that.
12        Q.   Okay.  Do you know, one way or another, if
13   you reviewed the design history file for the TVT, as
14   we sit here right now?
15        A.   I did not.  I do not have a bundle that
16   says that's what it is, no.
17        Q.   Okay.  Do you know what MedScan is?
18        A.   I've heard of it.  I'm not exactly -- I
19   believe that is -- I will say it would be pure
20   conjecture on --
21        Q.   Do you know what Preventia is?  Have you
22   ever heard of Preventia?
23        A.   No.  Actually, I might have heard -- the
24   name sounds, but...
25        Q.   What's a failure modes and effects
```

Michael P. Woods, M.D.

1    analysis?
2         A.   I'm not sure.
3         Q.   So safe to -- it's accurate to say you're
4    not sure what the purpose of a failure modes and
5    effects analysis is because you don't know what it
6    is?
7         A.   Correct.
8         Q.   Do you know -- do you recall, as you sit
9    here now, if you reviewed any of the failure modes
10   and effects analysis involved in this case?
11        A.   If I did, it would have been very briefly.
12        Q.   Do you know if warnings for a product are
13   part of the failure modes analysis?
14        A.   If I don't know exactly what the failure
15   modes analysis is, I can't say that.
16        Q.   Do you know what a DDSA is?
17        A.   That name rings a bell.  I'm trying --
18        Q.   So you don't know, as we sit here right
19   now, or you don't recall?
20        A.   Don't -- do not recall.
21        Q.   What is ISO testing?
22        A.   ISO testing is a standardized testing that
23   is used -- it's International Standards -- I want to
24   say Organization.  I remember this some from my ICON
25   days.