# Exhibit D

Confidential - Subject to Stipulation and Order of Confidentiality

```
1              SUPERIOR COURT OF NEW JERSEY
                     LAW DIVISION
2                   ATLANTIC COUNTY
                 MASTER CASE 6341-10
3                  CASE NO. 291 CT
4                        - - -
5   IN RE:
    PELVIC MESH/GYNECARE
6   LITIGATION
7
                          - - -
8   CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
                    CONFIDENTIALITY
9
10          Friday, December 20, 2013
11                   VOLUME III
12                       - - -
13
14          Continued videotaped deposition of JAMES
15  C. HART, M.D., held at RIKER DANZIG, SCHERER, HYLAND
16  & PERRETTI, L.L.P., Headquarters Plaza, One Speedwell
17  Avenue, Morristown, New Jersey, commencing at
18  approximately 9:54 a.m., before Rosemary Locklear, a
19  Registered Professional Reporter, Certified Realtime
20  Reporter, Certified Court Reporter (NJ License No.
21  30XI00171000), and Notary Public.
22                       - - -
23
24          GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph|971.591.5672 Fax
25              deps@golkow.com
```

Confidential - Subject to Stipulation and Order of Confidentiality

1	Q.	And the purpose of the IFU is to provide a
2	surgeon, for example -- well, rephrase.
3		And the purpose of the IFU is to provide a
4	complete statement of what the company knows with
5	regard to the indications, the contraindications, the
6	warnings, the precautions and the adverse reactions
7	for the device; correct?
8	A.	Correct.
9	Q.	Therefore, if your company, your medical
10	affairs people, knew that using a cough test and
11	local anesthesia would have a material impact on the
12	efficacy that could be expected with the use of the
13	TVT, that needed to be warned about in the IFU;
14	correct?
15		MR. SNELL:  Form.
16		Go ahead.
17		THE WITNESS:  It -- it needed to be --
18	that information should be provided as training for
19	the surgeon and an IFU is a place where it could go,
20	yeah.
21		MR. SLATER:  Move to strike.
22	BY MR. SLATER:
23	Q.	The answer to my question is, if what I
24	just asked you is accurate, that information needs to
25	be in the IFU; correct?