Bruce Alan Rosenzweig, M.D.

```
                                                          Page 1
     -------------------------------:
                                    :
     IN RE:  PELVIC MESH LITIGATION : FEBRUARY TERM 2014
                                    :
     MASTER DOCKET                  : NO. 829
                                    :
     -------------------------------:
                                    :
     SHARON CARLINO and CHARLES     :
     CARLINO, et al.,               : COURT OF COMMON PLEAS
                                    : PHILADELPHIA COUNTY
                  Plaintiffs,       :
                                    :
              vs.                   : JUNE TERM, 2013
                                    :
     ETHICON WOMEN'S HEALTH AND     : No. 3470
     UROLOGY, A DIVISION OF         :
     ETHICON, INC., et al.,         :
                                    :
                  Defendants.       :
```

          The video-recorded de bene esse
 deposition of BRUCE ALAN ROSENZWEIG, M.D., taken
 before Pauline M. Vargo, an Illinois Certified
 Shorthand Reporter, C.S.R. No. 84-1573, at the law
 offices of Wexler Wallace, LLP, Suite 3300,
 55 West Monroe Street, Chicago, Illinois, on
 December 22, 2015, at 9:09 a.m.

1    **A.**    Yes.

2    **Q.**    You discussed the weight of hernia mesh
3    with Mr. Freese, correct?

4    **A.**    Yes.

5    **Q.**    It's true, Doctor, that there is no
6    agreed-upon classification of the weight of slings
7    used in stress urinary incontinence, correct?

8            MR. FREESE:  I object to the form of
9        the question.

10   **A.**    Yes, because they are all heavyweight
11   mesh.

12           MR. SNELL:  Move to strike after
13       "yes."

14   BY MR. SNELL:

15   **Q.**    And all slings that are currently on the
16   market for stress urinary incontinence are over 65
17   grams per meter squared, correct?

18   **A.**    Yes.

19   **Q.**    You discussed the mechanical and
20   laser-cut mesh with Mr. Freese, correct?

21   **A.**    Yes.

22   **Q.**    And you are aware that here in the
23   United States 90 percent of TVT and TVT-O devices
24   used are mechanical cut, correct?

Bruce Alan Rosenzweig, M.D.

Page 290

1  A. In the 80 to 90 percent range, yes.
2  Q. It's your understanding that over in
3  Europe those doctors do more laser-cut mesh,
4  particularly for the TVT like we are talking about
5  here today?
6  A. They have more laser-cut mesh, yes.
7  Q. And you haven't done any analysis
8  looking at the studies coming out of Europe in the
9  last five years and compared to it to the studies
10 coming out of the United States in the last five
11 years to see if there is any difference in
12 complication rates between laser and mechanical-cut
13 TVT mesh, correct?
14 A. No, I have not.
15 Q. And I believe while you seem to suggest
16 that laser-cut mesh would have been a better
17 alternative, you have actually taken the position
18 and opined that laser-cut mesh is defective; true?
19       MR. FREESE: I object to the form of
20    the question.
21 A. Laser-cut mesh is associated with
22 stiffness, and stiffness is associated with its own
23 problems, yes.
24       MR. SNELL: Move to strike.