## Legacy Properties

### Attributes

| | | | | | |
|---|---|---|---|---|---|
| **Legacy Type** | Company Procedure | **Legacy Number** | PR602-003 | **Legacy Revision** | 7 |
| **Legacy State** | Retired | **Legacy System** | ECCS | | |
| **Legacy Operating Company** | Ethicon | **Legacy Site** | na | | |
| **Legacy Description** | Work Instructions for Device Design Risk Management | | | | |

### Legacy History

| | |
|---|---|
| **Download History** | 📖 |

### Legacy Attributes

| | |
|---|---|
| **Grantee** | |
| **Originated** | 11/9/2004 4:38:26 PM |
| **Modified** | 6/29/2012 12:19:40 AM |
| **Reason For Cancellation** | |
| **CO Disassociation Confirmation** | |
| **Date Approved For Obsolescence** | |
| **Actual Effective Date** | 1/31/2005 12:04:33 AM |
| **Document Owner** | myale1 |
| **Periodic Review Cycle** | 1095 |
| **Next Periodic Review Due Date** | 5/25/2009 9:08:28 AM |
| **Last Periodic Review Performed** | 5/26/2006 9:08:28 AM |
| **Periodic Review Results** | Document Reviewed - No Changes Required |
| **Language** | English |

EXHIBIT "GG"

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10619956

| | |
|---|---|
| **Company Division** | CARDIOVATIONS,EPD,GPD,WOUND MANAGEMENT |
| **Target Effective Date** | 1/31/2005 12:00:00 AM |
| **Retired Date** | 9/18/2006 12:01:45 AM |
| **Obsolete Date** | |
| **Approval Date** | 1/11/2005 6:36:04 AM |
| **Originator** | rmcintyr |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10619957

## Legacy Properties

### Attributes

| | | | | | |
|---|---|---|---|---|---|
| **Legacy Type** | Company Procedure | **Legacy Number** | PR602-003 | **Legacy Revision** | 6 |
| **Legacy State** | Retired | **Legacy System** | ECCS | | |
| **Legacy Operating Company** | Ethicon | **Legacy Site** | na | | |
| **Legacy Description** | Work Instructions for Device Design Risk Management | | | | |

### Legacy History

**Download History**

### Legacy Attributes

| | |
|---|---|
| **Grantee** | |
| **Originated** | 8/26/2004 9:44:26 AM |
| **Modified** | 1/31/2005 12:04:39 AM |
| **Reason For Cancellation** | |
| **CO Disassociation Confirmation** | |
| **Date Approved For Obsolescence** | |
| **Actual Effective Date** | 8/31/2004 12:00:32 AM |
| **Document Owner** | rmcintyr |
| **Periodic Review Cycle** | 1095 |
| **Next Periodic Review Due Date** | 5/30/2006 12:00:00 AM |
| **Last Periodic Review Performed** | |
| **Periodic Review Results** | |
| **Language** | English |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10619958

| | |
|---|---|
| **Company Division** | CARDIOVATIONS,EPD,GPD,WOUND MANAGEMENT |
| **Target Effective Date** | 8/31/2004 12:00:00 AM |
| **Retired Date** | 1/31/2005 12:04:22 AM |
| **Obsolete Date** | |
| **Approval Date** | 8/26/2004 12:55:42 PM |
| **Originator** | wcao |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.10619959