# EXHIBIT KK

Stephanie Benight, Ph.D.

```
1              IN THE UNITED STATES DISTRICT COURT
2           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
3                       CHARLESTON DIVISION
4
5    IN RE: ETHICON, INC.,        )
     PELVIC REPAIR SYSTEM         )
6    PRODUCTS LIABILITY           )   Master File No.
     LITIGATION                   )   2:12-MD-02327
7                                 )      MDL 2327
                                  )
8                                 )
                                  )   JOSEPH R. GOODWIN
9                                 )   U.S. DISTRICT JUDGE
     THIS DOCUMENT RELATES TO:    )
10   THE CASES LISTED BELOW       )
                                  )
11                                )
     Mullins, et al. v.           )   2:12-cv-02952
12   Ethicon, Inc., et al.        )
                                  )
13   Sprout, et al. v.            )   2:12-cv-07924
     Ethicon, Inc., et al.        )
14                                )
     Iquinto v. Ethicon, Inc.,    )   2:12-cv-09765
15   et al.                       )
                                  )
16   Daniel, et al. v.            )   2:13-cv-02565
     Ethicon, Inc., et al.        )
17                                )
     Dillon, et al. v.            )   2:13-cv-02919
18   Ethicon, Inc., et al.        )
                                  )
19   Webb, et al. v. Ethicon,     )   2:13-cv-04517
     Inc., et al.                 )
20                                )
     Martinez v. Ethicon,         )   2:13-cv-04730
21   Inc., et al.                 )
                                  )
22   McIntyre, et al. v.          )   2:13-cv-07283
     Ethicon, Inc., et al.        )
23
24    VIDEOTAPED DEPOSITION OF STEPHANIE BENIGHT, Ph.D.
25          Tuesday, October 13, 2015, 11:45 a.m.
```

Golkow Technologies, Inc.     Page 1

1   of 48 hours"?

2           Was there some written protocol that you
3   received that told you that was the process you were
4   to follow?

5           MR. HUTCHINSON:  Object to form.

6           THE WITNESS:  Well, from a fundamental
7   perspective, we did QUV treatment of the polymer
8   samples because that's covered in over hundreds of
9   literature articles and -- including intentionally
10  oxidizing polymer samples.

11          And for a specific protocol, we talked
12  about earlier we followed that of Dr. Reitman, et
13  al., given in a conference presentation.

14  BY MR. THORNBURGH:

15      Q.   The -- but did Dr. Reitman, et al.,
16  conference presentation instruct -- provide you
17  instruction to photooxidize these samples for
18  24 hours, to look at them using scanning electron
19  microscopy, then photooxidize them for another
20  48 hours, look at those samples using scanning
21  electron microscopy, and then continue the process
22  for another 48 hours?

23          MR. HUTCHINSON:  Dan, in all candor,
24  that's about six questions in one.  Can you rephrase
25  your question, please?

Stephanie Benight, Ph.D.

```
1    STATE OF CALIFORNIA    )
2    COUNTY OF YOLO         )
3            I, ELAINA BULDA-JONES, a Certified Shorthand
4    Reporter of the State of California, duly authorized
5    to administer oaths pursuant to Section 2025 of the
6    California Code of Civil Procedure, do hereby
7    certify that
8                    STEPHANIE BENIGHT, Ph.D.,
9    the witness in the foregoing deposition, was by me
10   duly sworn to testify the truth, the whole truth and
11   nothing but the truth in the within-entitled cause;
12   that said testimony of said witness was reported by
13   me, a disinterested person, and was thereafter
14   transcribed under my direction into typewriting and
15   is a true and correct transcription of said
16   proceedings.
17           I further certify that I am not of counsel or
18   attorney for either or any of the parties in the
19   foregoing deposition and caption named, nor in any
20   way interested in the outcome of the cause named in
21   said deposition dated the _____ day of
22   _____, 2015.
23
24
25   ELAINA BULDA-JONES, CSR 11720
```