# EXHIBIT A

Juan C. Felix, M.D.

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                  CHARLESTON DIVISION
 3   IN RE: ETHICON, INC.          Master File No.
     PELVIC REPAIR SYSTEM PRODUCTS  2:12-MD-02327
 4   LIABILITY LITIGATION          MDL 2327
 5
     This document relates to      JOSEPH R. GOODWIN
 6   the cases listed below:       U.S. DISTRICT JUDGE
 7
         Mullins, et al. V.            2:12-cv-02952
 8       Ethicon, Inc., et al.
 9       Sprout, et al. V.             2:12-cv-07924
         Ethicon, Inc., et al.
10
         Iquinto v. Ethicon,          2:12-cv-09765
11       Inc., et al.
12       Daniel, et al. V.            2:13-cv-02565
         Ethicon, Inc., et al.
13
         Dillon, et al. V.            2:13-cv-02919
14       Ethicon, Inc., et al.
15       Webb, et al. V.              2:13-cv-04517
         Ethicon, Inc., et al.
16
         Martinez v. Ethicon,         2:13-cv-04730
17       Inc., et al.
18       McIntyre, et al. V.          2:13-cv-07283
         Ethicon, Inc., et al.
19
         Oxley v. Ethicon,            2:13-cv-10150
20       Inc., et al.
21       Atkins, et al. V.            2:13-cv-11022
         Ethicon, Inc., et al.
22
         Garcia v. Ethicon,           2:13-cv-14355
23       Inc., et al.
24       VIDEOTAPED DEPOSITION OF JUAN C. FELIX, MD
                    October 3, 2015
25        (CAPTION CONTINUES ON FOLLOWING PAGE)
```

Juan C. Felix, M.D.

Page 58

1    THE WITNESS:  Correct.  So I -- I cannot say
2  that all of the meshes -- mesh explants that I
3  evaluated, I cannot say that a hundred percent of
4  them, the woman was not experiencing pain.
5        But I know for a fact that the women
6  with -- who got operated, the vast majority of the
7  women who got operated for urinary obstruction were
8  not experiencing pain, because that got discussed
9  quite extensively.
10 BY MR. MONSOUR:
11   Q  Okay.  If we go down a little farther, it
12 says:
13       "A small fraction of the samples were
14       removed for mesh exposure or erosion.  In
15       these instances, patients experienced the
16       discomfort of mesh rubbing against their
17       vulva, but rarely, if ever, pain."
18       Did I read that correctly?
19   A  Yes.
20   Q  Okay.  I'm just confused by that.
21       How could the mesh be rubbing against
22 their vulva?
23   A  So I'll go through some anatomy.
24       Usually, the sub- -- the suburethral space
25 in the vagina is very close to the introitus.

Page 59

1        The labia minora frequently folds in, and
2  that's the part where patients will say that they
3  feel the roughness of the -- of the mesh when it is
4  exposed.
5    Q  I thought the vulva was considered just to
6  be the outside portion of the vagina.
7    A  Yeah, no.  The vulva starts at the
8  hymeneal ring.  So the entrance -- the beginning of
9  the vagina is the hymeneal ring.  Everything outside
10 of the hymeneal ring or where the hymen used to be
11 is vulva.
12       Part of the vulva looks a lot like vagina
13 but is not.
14   Q  Okay.  Now, do you have any -- if I read
15 this -- what you've got here on page 16, you've
16 got -- you talk about these explants that you've
17 looked at.  Are you pretty much just -- is this just
18 from your memory that you -- that you're -- that
19 you're writing this, or did you keep records that
20 you went back and referenced?
21   A  It was mostly from memory.
22   Q  Okay.  Was any of it -- did you go back
23 and look at any records to try and recapture this
24 information?
25   A  I didn't really need to.  It's --

Page 60

1    Q  Okay.
2    A  Yeah.  I mean, at the time when we were
3  looking at these and even to this day, you know, the
4  reason for these meshes coming out, and more
5  importantly, what happens to the woman after the
6  mesh comes out is of great interest to everybody
7  involved.
8    Q  Okay.
9    A  So we discuss it.  And, you know, mesh
10 explants, they all look very similar.  I mean,
11 they're --
12   Q  Okay.
13   A  -- stunningly similar.
14   Q  All right.  The only thing I'm trying to
15 establish is when you're talking about this
16 information that you've got on page 16 of your
17 report and going over onto page 17, that's all from
18 memory; you didn't go back and rereview the slides.
19 That's straight from your memory; correct?
20   A  That is -- that is correct.
21   Q  Okay.  Let's flip over to page 17.
22       If you look at the second bullet point,
23 midway through that second bullet, it says:
24       "Differences in tissue shrinkage when
25       exposed to formalin fixative can account

Page 61

1        for most if not all of Dr. Iakovlev's
2        findings regarding nerves in explanted mesh
3        samples."
4        Do you see that?
5    A  Yes.
6    Q  And again, that shrinkage that you're
7  referencing, that's shrink that you're saying takes
8  place after these explants are removed from the
9  body; correct?
10   A  Yes, you're correct.
11   Q  And then you also note, "These differences
12 can artifactually cause the shape of the nerve to
13 lose its normal circular or cylindrical appearance."
14       Did I read that correct?
15   A  Yes.
16   Q  So when you looked at some of
17 Dr. Iakovlev's slides, you noticed some nerves that,
18 in your opinion, were irregularly shaped; correct?
19   A  Yes.
20   Q  And you're saying the reason for the
21 irregular shapes is because of the process that
22 these go through when there's formalin added to
23 them?
24   A  Yes.  You see that type of shape in
25 nerve -- in nerves in all tissues when you expose