IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-md-02327<br><br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member cause in which Benjamin H. Anderson is associated. The telephone number, facsimile and email addresses remain unchanged.

Effective May 1, 2016, Benjamin H. Anderson relocated his offices to:

ANDERSON LAW OFFICES. LLC
17138 Lorain Avenue, Suite 211
Cleveland, Ohio 44111

Accordingly, Plaintiffs respectfully request the Court an Order updating the address of Benjamin H. Anderson in MDL Nos. 2187, 2325, 2326, 2327, 2328, and 2440, and each individual member cause in which Benjamin H. Anderson is associated.

Dated: May 17, 2016

Respectfully submitted,

/s/Benjamin H. Anderson_____
ANDERSON LAW OFFICES, LLC
17138 Lorain Avenue, Suite 211
Cleveland, Ohio 44111
T: 216-589-0256
F: 216-916-0988
Ben@andersonlawoffices.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 17th day of May, 2016.

/s/Benjamin H. Anderson