**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327
_____
THIS DOCUMENT RELATES TO CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**

It is **ORDERED** that the court's Order entered May 17, 2016, is **VACATED.** [ECF No. 2259]. The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: May 18, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE