## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2327
_____

THIS DOCUMENT RELATES TO CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER
(Denying Docket # 1775 as Moot and Dismissing Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. # 1775], is a Joint Motion to Dismiss With Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and Coloplast Corp.[1], and Mentor Worldwide LLC[2]. Plaintiffs, on the attached Exhibits A-B, and Coloplast and Mentor have now filed an Amended Joint Motion to Dismiss with Prejudice seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims [Docket # 1944]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice [Docket # 1775] is **DENIED AS MOOT**. The Amended Joint Motion to Dismiss with Prejudice [Docket # 1944] is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-B are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: May 18, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE