IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-G and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Laura J. Baughman
Laura J. Baughman
BARON & BUDD
Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-4281
214.521.3605 (phone)
214.520.1181 (fax)
lbaughman@baronbudd.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Koren Leslie Cohen
Koren Leslie Cohen
DOUGLAS & LONDON
6th Floor
59 Maiden Lane
New York, NY 10038
212.566.7500 (phone)
212.566.7501 (fax)
kcohen@douglasandlondon.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Tonya L. Melnichenko
Tonya L. Melnichenko
FRANKLIN D. AZAR & ASSOCIATES
14426 East Evans Avenue
Aurora, CO 80014
303.757.3300 (phone)
303.759.5203 (fax)
alexanderb@fdazar.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
Suite 208
3131 Briarpark Drive
Houston, TX 77042-3795
713.807.8400 (phone)
713.807.8423 (fax)
charles@howardnations.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
Email: dpotts@potts-law.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Leslie C. MacLean
Leslie C. MacLean
WATERS & KRAUS
3219 McKinney Avenue
Dallas, TX 75204
214.357.6244 (phone)
214.357.7252 (fax)
lmaclean@waterskraus.com
*Attorney for Plaintiffs on Exhibit F*

/s/ Sejal K. Brahmbhatt
Sejal K. Brahmbhatt
WILLIAMS KHERKHER HART BOUNDAS
Suite 600
8441 Gulf Freeway
Houston, TX 77017
713.230.2227 (phone)
713.643.6226 (fax)
sbrahmbhatt@williamskherkher.com
*Attorney for Plaintiffs on Exhibit G*

Dated:  May 23, 2016

## EXHIBIT A – BARON & BUDD, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-02259 | Suzanne Wilson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – DOUGLAS & LONDON, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-22422 | Antoinette Prussen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – FRANKLIN D. AZAR & ASSOCIATES, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-04494 | Jill Ann Hine, Charles Hine v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – THE NATIONS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-01016 | Cathy Louise Hartley, Dan Hartley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT E – THE POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-33827 | Sheila Korup, Marvel Korup v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – WATERS & KRAUS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-18113 | Holly S. Groeschel, David Groeschel v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-08500 | Toni Rudolf, John Rudolf v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – WILLIAMS KHERKHER HART BOUNDAS, LLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-14996 | Dorothy Presley, Luther Presley v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:13-CV-20713 | Rosita Meyer, Daniel Meyer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-10706 | Kathy Esparza v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-10897 | Donna Marie Kesler, Robert Kesler v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-11829 | Linda M. White v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis