# EXHIBIT B



BRYAN CAVE LLP  One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102-2750
T: 314 259 2000  F: 314 259 2020  bryancave.com

April 28, 2016

James P. Emanuel Jr.
Direct: 314/259-2263
james.emanuel@bryancave.com

**VIA E-MAIL**

James B. Matthews
Josh B. Wages
Blasingame Burch Garrard Ashley, P.C.
440 College Ave.
P. O. Box 832
Athens, GA 30603

Re: Daubert Motions regarding Dr. Dionysios Veronikis

Dear Counsel:

This letter will confirm our email communications regarding the timetable for briefing any Daubert issues relating to Dr. Dionysios Veronikis, who will be deposed on April 30, 2016. Following the timetable established by Judge Goodwin in Pretrial Order No. 217, the deadlines applicable to Dr. Veronikis are as follows:

    Filing of Daubert motions - May 23, 2016

    Responses to Daubert motions - June 10, 2016

    Reply to response to Daubert motions - June 17, 2016

If my understanding of our communications is incorrect, please let me know right away. Thank you.

Very truly yours,

James P. Emanuel Jr.

JPE:dlh

cc: Dan Ball
    Rita Maimbourg

6602889.1