# EXHIBIT E

Dionysios K. Veronikis, M.D.

```
 1           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
 2                 AT CHARLESTON
 3  IN RE: ETHICON, INC,      ) MASTER FILE
    REPAIR SYSTEM PRODUCTS,   ) NO. 2:12-MD-02327
 4  LIABILITY LITIGATION      )
    _____)  MDL NO. 2327
 5  THIS DOCUMENT RELATES TO )
    THE FOLLOWING CASES IN    ) JOSEPH R. GOODWIN
 6  wave 1 of 200:           ) US DISTRICT JUDGE
    MARIE BANKS, ET AL. V.    )
 7  ETHICON, INC., ET AL      )
    NO. 2:12-CV-01318        )
 8                          )
    ROBIN BRIDGES V.         )
 9  ETHICON, INC., ET AL.    )
    NO. 2:12-CV-00651        )
10                          ) APRIL 30, 2016
    DENNIS W. DIXON, ET AL.  )
11  V. ETHICON, INC., ET AL. )
    NO. 2:12-CV-01081        )
12                          ) VIDEOTAPED DEPOSITION OF
    PAULA FISK V.            ) DIONYSIOS K. VERONIKIS, M.D.
13  ETHICON, INC., ET AL.    )
    NO. 2:12-CV-00848        )
14                          )
    SHERRY FOX, ET AL. V.    )
15  ETHICON, INC., ET AL.    )
    NO. 2:12-CV-00878        )
16                          )
    LOUISE GRABOWSKI V.      )
17  ETHICON, INC., ET AL.    )
    NO. 2:12-CV-00683        )
18                          )
    NANCY HOOPER, ET AL. V.  )
19  ETHICON, INC., ET AL.    )
    NO. 2:12-CV-00493        )
20                          )
    WILMA JOHNSON V.         )
21  ETHICON, INC., ET AL.    )
    NO. 2:11-CV-00809        )
22                          )
    LAURA WAYNICK, ET AL. V. )
23  ETHICON, INC., ET AL.    )
    NO. 2:12-CV-01151        )
24
```

Dionysios K. Veronikis, M.D.

```
 1   VIRGINIA WHITE, ET AL. V.)

     ETHICON, INC., ET AL.    )

 2   NO. 2:12-CV-00958         )

                               )

 3   JULIE WROBLE, ET AL. V.   )

     ETHICON, INC., ET AL.     )

 4   NO. 2:12-CV-00883         )

 5

                 SATURDAY, APRIL 30, 2016

 6

                       - - -

 7

 8           Videotaped deposition of Dionysios

 9   K. Veronikis, M.D., held at the Hilton St.

10   Louis - Frontenac, 1335 South Lindbergh

11   Boulevard, Frontenac, Missouri, commencing at

12   8:55 a.m., on the above date, before Carrie

13   A. Campbell, Registered Merit Reporter,

14   Certified Realtime Reporter, Illinois,

15   California and Texas Certified Shorthand

16   Reporter, and Missouri Certified Court

17   Reporter.

18                     - - -

19

20

21

22

23

24
```

Dionysios K. Veronikis, M.D.

```
 1                    INDEX

 2                                        PAGE

 3   APPEARANCES.................................   4

 4   EXAMINATIONS

 5     BY MR. BALL...............................   5

 6     BY MR. MATTHEWS.......................... 293

 7     BY MR. BALL.............................. 295

 8

 9                   EXHIBITS

10   No.  Description                         Page

11   1    Notice of deposition                   5

12   2    Rule 26 Expert Report of Dr.          13
          Dionysios K. Veronikis TVT

13

     3    Rule 26 Expert Report of Dr.          13
14        Dionysios K. Veronikis Gynecare PS

15   4    Thumb nail drive of documents          7

16   5    CD of documents                        7

17

18   CERTIFICATE................................ 296

     ERRATA..................................... 298

19   ACKNOWLEDGMENT OF DEPONENT................. 299

     LAWYER'S NOTES............................. 300

20

21

22

23

24
```

Dionysios K. Veronikis, M.D.

```
 1              A P P E A R A N C E S :
 2

        BLASINGAME BURCH GARRARD ASHLEY, PC
 3      BY:  JAMES B. MATTHEWS, ESQUIRE
              jbm@bbgbalaw.com
 4      440 College Avenue
        Athens, Georgia 30601
 5      (706) 354-4000
 6

        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
 7      PLLC
        BY:  MARY LIU, ESQUIRE
 8          mliu@awkolaw.com
        17 East Main Street, Suite 200
 9      Pensacola, Florida 32502
        (850) 202-1010
10      Counsel for Plaintiffs
11

        BRYAN CAVE, LLP
12      BY:  DAN H. BALL, ESQUIRE
              dhball@bryancave.com
13          JAMES P. EMANUEL, JR., ESQUIRE
            James.Emanuel@bryancave.com
14      211 North Broadway, Suite 3600
        St. Louis, Missouri  63102
15      (314) 259-2000
        Counsel for Defendants
16
17   ALSO PRESENT VIA TELEPHONE:
        Mark Mueller, Mueller Law Office
18                  - - -
19
20
21
22
23
24
```

Dionysios K. Veronikis, M.D.

```
 1              DIONYSIOS K. VERONIKIS, M.D.,

 2   of lawful age, having been first duly sworn

 3   to tell the truth, the whole truth and

 4   nothing but the truth, deposes and says on

 5   behalf of the Defendants, as follows:

 6

 7              DIRECT EXAMINATION

 8   QUESTIONS BY MR. BALL:

 9        Q.    Would you tell us your name,

10   please?

11        A.    Dionysios Veronikis,

12   D-i-o-n-y-s-i-o-s, V-e-r-o-n-i-k-i-s.

13        Q.    Dr. Veronikis, my name is Dan

14   Ball, and I represent Ethicon.  And I'm going

15   to be asking you some questions about the two

16   reports you've submitted in the federal court

17   litigation involving TVT® and involving

18   Gynemesh® PS.

19              You understand that?

20        A.    Yes.

21              (Veronikis Exhibit 1 marked for

22        identification.)

23   QUESTIONS BY MR. BALL:

24        Q.    So the first thing I'm going to
```

Dionysios K. Veronikis, M.D.

```
 1   do is mark as Exhibit 1 to your deposition

 2   and ask you to just briefly take a look at

 3   that.

 4        A.    Yes.

 5        Q.    Exhibit 1 is the notice to take

 6   this deposition, right?

 7        A.    Yes.

 8        Q.    And have you seen this before?

 9        A.    Yes, sir.  It was e-mailed to

10   me by Mr. Matthews.

11        Q.    And there's an attachment to

12   that asking you to bring various things to

13   the deposition.

14              Did you get a chance to look at

15   that.

16        A.    I did, and I spoke with

17   Mr. Matthews, and he said he would bring

18   everything.

19        Q.    Now, so do you have anything, I

20   guess, Mr. Matthews to produce with respect

21   to the depo notice?

22              MR. MATTHEWS:  You want to --

23        well, those boxes there contain the

24        documents that are referenced as
```

Dionysios K. Veronikis, M.D.

```
 1        footnotes in his reports in both of

 2        them.  This thumb drive contains

 3        everything that he was sent and

 4        reviewed.

 5              MR. BALL:  Okay.

 6              MR. MATTHEWS:  There's -- if

 7        you don't want to take the boxes or

 8        mark them as exhibits, there's a --

 9        everything in those boxes is on a CD

10        that I also brought with me.

11              MR. BALL:  So I think what I'll

12        do is mark the thumb drive and the --

13        or I don't even need to mark them.  We

14        can just -- yeah, I'll mark them.

15        Mark them and that is the two CDs, I

16        think it would be the most convenient

17        way.

18              (Veronikis Exhibits 4 and 5

19        marked for identification.)

20              MR. BALL:  Exhibit 4 is a thumb

21        drive which is?

22              MR. MATTHEWS:  All of his

23        reference materials.

24              MR. BALL:  And Exhibit 5 is a
```

Dionysios K. Veronikis, M.D.

1          CD which is?

2                    MR. MATTHEWS:  His reports for

3          each product and the footnotes for

4          each product.  The documents that

5          reference -- that are referenced in

6          the footnotes.

7                    MR. BALL:  Great.  Thank you

8          for that.

9    QUESTIONS BY MR. BALL:

10         Q.     Now, have you charged for your

11   services in this case?

12         A.     Not yet.

13         Q.     Okay.  Do you intend to?

14         A.     Yes.

15         Q.     Okay.  And what will be the

16   basis for your charges?

17                    How will those be calculated?

18         A.     It's an hourly rate.

19         Q.     And what is that?

20         A.     It's a thousand dollars an

21   hour.

22         Q.     And do you have an estimate as

23   to how many hours you spent coming into the

24   start of this deposition?

Dionysios K. Veronikis, M.D.

1          A.      Could you -- just for

2    preparation of this deposition?

3          Q.      Yeah, that's fair.  I'm going

4    to ask a series of them so we'll start off.

5                  First of all, to prepare the

6    two reports that we're going to be talking

7    about here today?

8          A.      So it's about 50 hours.

9          Q.      And any other work you've done

10   in preparation for this deposition?

11         A.      I reviewed everything that they

12   had sent me, and it was a ton of stuff.

13         Q.      And about how many hours was

14   that?

15         A.      300.  350.  I didn't add up the

16   numbers just yet.

17         Q.      Okay.  So in connection with

18   this deposition and these reports, you would

19   estimate that you've spent in the

20   neighborhood of 350 to 400 hours?

21         A.      Yes.

22         Q.      And what is your charge for

23   deposition?

24         A.      It's 6,000 for half a day,

Dionysios K. Veronikis, M.D.

```
 1   10,000 for entire day.

 2        Q.     How about two-thirds of a day,

 3   what is that?

 4               Is it done on some hourly basis

 5   or --

 6        A.     If it's an hour and a half or

 7   two hours sometimes, I'll, just to be fair,

 8   that's what it is.  If it takes a half day or

 9   a full day, I try to be fair and consistent.

10        Q.     And is that what your charge

11   would be if you ever appeared for trial would

12   be $10,000 a day?

13        A.     Yes.

14        Q.     Does that include -- if you had

15   to travel to West Virginia, would it be

16   $10,000 the day you travel over there?

17        A.     It would be traveling expenses

18   and my day there.

19        Q.     So let's say you were going to

20   testify on a Tuesday and you went over on a

21   Monday, would it be $10,000 for Monday and

22   10,000 for Tuesday?

23        A.     No.

24        Q.     What would the Monday be?
```

Dionysios K. Veronikis, M.D.

1        A.      My travel expenses.

2        Q.      Okay.  You wouldn't charge for

3   your time in traveling?

4        A.      No.

5        Q.      Okay.  Now, you also served as

6   an expert witness on individual cases?

7        A.      Yes.

8        Q.      How many of those involving

9   Ethicon?

10       A.      In the patients I examined for

11  everyone who sent or just Mr. Matthews?

12       Q.      Everyone.

13       A.      Maybe ten.

14       Q.      Ten patients?

15       A.      Yes.

16       Q.      Okay.  And do you have an

17  estimate as to what your average billings

18  were per case on each one of those?

19       A.      It depends on the number of

20  records and the time.  It varies from 7,

21  8,000, depending on the records, to 12, 14.

22       Q.      So 10 to 12 would be a good

23  estimate on average?

24       A.      Yes.

Dionysios K. Veronikis, M.D.

```
1                    Now, on this notice --

2         Q.       Yeah.

3         A.       -- there's only one patient

4    that I've seen from this notice.

5         Q.       And I wasn't just limiting to

6    that notice.

7         A.       Okay.

8         Q.       I was saying in general you've

9    seen about ten patients, Ethicon litigation

10   patients?

11        A.       Yes.

12        Q.       And they've been about 10 or

13   $12,000 per patient to do an examination and

14   a report?

15        A.       Yes.

16        Q.       And review the records?

17        A.       Yes.

18        Q.       And then in those cases, you

19   either have or in the process of giving

20   depositions on those?

21        A.       I've been deposed on one

22   patient.

23        Q.       Okay.  And that's a $6,000 per

24   half day charge for that?
```

Dionysios K. Veronikis, M.D.

1          A.      That was only two hours so I'll

2     probably just submit for two hours.  I think

3     the Attorney Emanuel was there for that.

4          Q.      So that would be a couple

5     thousand dollars?

6          A.      Right.

7          Q.      Okay.  Now, aside from the two

8     reports that we're going to talk about here

9     today and the ten patients that you've seen

10    approximately, have you done any other work

11    related to litigation involving Ethicon?

12         A.      No.

13         Q.      Okay.  Now, have you been

14    retained by a plaintiff to testify in cases

15    against any other mesh manufacturers?

16         A.      No.

17         Q.      Have you ever been engaged to

18    testify by a mesh manufacturer or serve as an

19    expert by a mesh manufacturer?

20         A.      No.

21             (Veronikis Exhibits 2 and 3

22         marked for identification.)

23    QUESTIONS BY MR. BALL:

24         Q.      Exhibit 2 is a copy of the

Dionysios K. Veronikis, M.D.

1    report and materials that accompany the

2    report relating to TVT® in this litigation;

3    is that right?

4         A.    Yes.

5         Q.    And Exhibit 3 is a copy of the

6    report and materials that accompanied the

7    report in this litigation related to

8    Gynemesh® PS; is that right?

9         A.    Yes.

10        Q.    Now, pursuant to the court

11   rules, do Exhibits 2 and 3 contain all of

12   your opinions and bases for those opinions

13   that you intend to express in this

14   litigation?

15        A.    Up to this point, yes.

16             MR. MATTHEWS:  So we're on the

17        same page, some people have been doing

18        depositions when the deponent has

19        given two reports by doing the

20        deposition on one report and then a

21        separate deposition on the second

22        report.  Some people have just taken

23        five hours to do kind of a

24        combination.

Dionysios K. Veronikis, M.D.

```
 1              MR. BALL:  I thought it was

 2        six.

 3              MR. MATTHEWS:  It's five on the

 4        first, two on the second.

 5              MS. LIU:  Three on the first.

 6              MR. MATTHEWS:  I mean, three on

 7        the first, two on the second.

 8              MR. BALL:  I was told three and

 9        three because there's two -- calm

10        down.

11              MR. MATTHEWS:  It's three and

12        two.  And I don't care if you do five

13        hours and combine them.

14              MR. BALL:  I'm going to do five

15        hours and combine them because I'm not

16        good enough to draw that line so

17        precisely.

18              MR. MATTHEWS:  Fine with me.

19              MR. BALL:  Having said that, I

20        will try to kind of go through mostly

21        TVT® stuff and then mostly Gynemesh®

22        PS stuff.

23              MR. MATTHEWS:  Doesn't matter

24        as long as I know what game we're
```

Dionysios K. Veronikis, M.D.

```
 1       playing.

 2              MR. BALL:  James, can you just

 3       send the few people, whoever you

 4       wish -- and I'm not questioning, I'm

 5       just saying I got different

 6       information -- and I just want to see

 7       what they said and see --

 8              MR. MATTHEWS:  It was an

 9       agreement between Tom Cartmell and

10       Brian Aylstock and Dave Thomas.  And

11       that's the way every deposition has

12       been done so far.

13              MR. BALL:  I'm not disputing.

14       I just want to --

15              MR. MATTHEWS:  I understand.

16       That's fine.

17              MR. BALL:  -- trust and verify.

18              MR. MATTHEWS:  I'm just trying

19       to get out of here earlier.

20   QUESTIONS BY MR. BALL:

21       Q.   All right.  Now, what I would

22   like to do, first of all, is talk about what

23   your practice is and has been the last

24   several years.
```

Dionysios K. Veronikis, M.D.

```
1                    All right?

2         A.        Sure.

3         Q.        Do you perform surgery for

4    stress urinary incontinence?

5         A.        Yes, sir.

6         Q.        Okay.  SUI?

7         A.        Yes.

8         Q.        Okay.  Do you perform surgery

9    for prolapse?

10        A.        Yes.

11        Q.        Anterior, posterior, apical?

12        A.        Yes.

13        Q.        And of those two types of

14   surgeries, which do you do more?

15        A.        It's hard to say.  You get

16   patients that present with predominantly

17   prolapse symptoms and when you reduce that

18   prolapse, they also have incontinence.  You

19   have other patients that present with a

20   primary complaint of incontinence, you

21   examine them and they have other defects.

22                  So you end up doing a lot.  It

23   might be fair to say, I don't know, 50/50.

24        Q.        Okay.  Do you also do surgery
```

Dionysios K. Veronikis, M.D.

```
 1    to deal with issues related to mesh products

 2    that have already been implanted?

 3         A.      Unfortunately.

 4         Q.      Okay.  How does that fall --

 5    which is more common, that surgery or the

 6    original surgeries that you do for prolapse

 7    or SUI?

 8         A.      So I've limited the patients

 9    that I see with mesh complications and I try

10    to balance that between 50 percent mesh

11    complications and 50 percent primary

12    patients.

13         Q.      Has that been the case for the

14    past several years, or have the percentages

15    differed?

16         A.      I've actually dialed it down a

17    little bit.

18         Q.      Dialed what down?

19         A.      The number of patients that I

20    will see with mesh complications.

21         Q.      Okay.  What did it use to be

22    percentagewise?

23         A.      Oh, at one point it was 60,

24    70 percent, and I'm in a training program and
```

Dionysios K. Veronikis, M.D.

1    by doing more of the complicated mesh

2    removals, the residents in training weren't

3    getting enough of the educational-type of

4    procedures that they need to participate in.

5    It created some grief so I dialed it back a

6    little bit.

7         Q.    And how long ago was it that it

8    was 60 to 70 percent?

9         A.    18 months ago.

10        Q.    So what is the -- what does

11   that work out to annually if it's 50 percent,

12   let's say, how many mesh complication

13   surgeries per year?

14        A.    So in 2015, I removed 296

15   implants.  I did a total of 605 surgeries.

16        Q.    Very precise.

17             The mesh implants that you

18   removed, let's use last year, how many of

19   those were for SUI as opposed to for

20   prolapse?

21        A.    I have that number, but I don't

22   have it off the top of my head.  I looked at

23   some different numbers in preparation for

24   this, but I would say that the vast majority

Dionysios K. Veronikis, M.D.

1    are for SUI.

2         Q.    Vast majority of the removals?

3         A.    Yes.

4         Q.    Okay.  Now, one of the products

5    that we're going to be talking about here

6    today is a TVT® device, true?

7         A.    Yes.

8         Q.    Made by Ethicon, true?

9         A.    Yes.

10        Q.    And have you ever implanted a

11   TVT®?

12        A.    I think I did it once or twice.

13        Q.    Okay.  When?

14        A.    When it first came out.

15        Q.    Do you have a specific

16   recollection of that or not?

17        A.    I have a specific recollection

18   because Hattie Loggie, who was the local rep,

19   was very interested in obtaining my business

20   since I do a large volume and that would be

21   good for her.

22             I know there were discussions

23   after that they kept trying to get me to use

24   it, but I was not happy with the approach to

Dionysios K. Veronikis, M.D.

```
 1    implant the product or the product itself.

 2    So I kind of got pressured to try one because

 3    they said try one, and then I tried a second

 4    one, and I didn't do anymore.

 5         Q.    And when was that?

 6         A.    Early when it first came out,

 7    very early.  Ballpark, 2000 to 2003.

 8         Q.    That time period?

 9         A.    Yes, sir.

10         Q.    What was it about the

11    approach -- you said the approach and the

12    product, I think that's the word you used?

13         A.    Yes.

14         Q.    What was it about that --

15         A.    Well --

16         Q.    -- that you were dissatisfied

17    with?

18         A.    Yes.  I was very used to doing

19    synthetic slings, and being trained as a

20    vaginal surgeon, I had ideas of what a safe,

21    effective surgery should be.  When I looked

22    at the IFU and the videos for performing the

23    surgery, it was apparent that the way that

24    they wanted me to do it wasn't, in my
```

Dionysios K. Veronikis, M.D.

1    opinion, safe.

2              In the ones I did perform, I

3    did not follow Ethicon's recommendations.  I

4    did what I normally do for slings and used

5    their product.

6         Q.     What was it about the procedure

7    that you considered to be unsafe?

8         A.     The procedure was supposed to

9    start with a 1.5 centimeter incision, 1

10   centimeter from the urethra medias.  That

11   area of the anatomy immunologically develops

12   from the sinovaginal bulbs, and it's fused so

13   you can't really gauge the depth of

14   dissection accurately.  And it's a

15   curvilinear structure.  It's a tube.  So you

16   really need to separate that structure much

17   more precisely.

18              So the way that the

19   instructions were was to make an incision and

20   then make a half-centimeter blunt dissection,

21   and at the time they had the 5-millimeter

22   trocar, and you're trying to take a round

23   structure, a trocar, and compress it between

24   the flap that you created and then they had

Dionysios K. Veronikis, M.D.

1    the device inside, the guide wire, which

2    really doesn't do anything if you really

3    think about it -- but I don't want to get

4    ahead of myself.

5              So it was a 5-millimeter

6    trocar, supposed to make a 5-millimeter

7    incision and tunnel it a little bit.  I had

8    read Ulmsten's original report and in his

9    original report you were supposed -- he said

10   make .5 to 1 centimeter.  So the difficulty I

11   had was with the pressure that was required

12   to pass the trocar, the snug fit between the

13   vaginal wall and the urethra, which was a

14   tubular structure, not moving the lateral

15   bladder side wall.  The guide wire would be

16   like taking a pen and putting it into a water

17   bottle; it's not going to move the sides in.

18   And the safety aspects of doing a sling is to

19   move the paravaginal retropubic space and

20   open that up and move the bladder medially so

21   when you pass that trocar, you're literally

22   passing it through an open space.

23             The technique that was

24   described and asked me to do I thought it was

Dionysios K. Veronikis, M.D.

1  unsafe.  It yielded a high risk of a bladder

2  puncture and injury.  So I didn't follow

3  those.

4      Q.    Did you use the -- the

5  procedure you did use, did you use the trocar

6  that came with the sling?

7      A.    I used the trocar, but I didn't

8  use the handle.

9      Q.    Okay.  And just briefly how did

10  your approach differ from what was

11  recommended in the IFU?

12      A.    Sure.

13          So I started my incision about

14  the midanterior vaginal wall.  I identified

15  the vesicovaginal space.  What that had me do

16  is it identified the blood supply and the

17  thickness of the vaginal wall.  I carry that

18  dissection all the way to the urethra medias.

19  I separated the vaginal wall from the

20  urethra.  I then pierced the urogenital

21  diaphragm, created a much larger than

22  1-centimeter opening.  I opened the

23  retropubic space.

24              I developed an instrument that

Dionysios K. Veronikis, M.D.

```
1    allows me to get on the side of the bladder

2    between the obturator internus muscles and

3    the bladder sidewall and push that bladder

4    wall over.  Holding in that blunt retractor,

5    sort of like a trocar but it's blunt, so when

6    you push it, it won't poke a hole.  I was

7    able to move the bladder and all of the

8    structures to the posterior aspect of the

9    abdominal wall.  Then touching that blunt

10   retractor with a sharp trocar, the only thing

11   I pierced was the rectus muscles.  I did that

12   on both sides.

13        Q.    Which is what you wanted to

14   pierce?

15        A.    Yes.

16        Q.    Okay.  Now, the instrumentation

17   and the procedure that was in the IFU and

18   with the TVT® back 15 years or so ago when

19   you did this, is that the same -- has that

20   before changed?

21              Has Ethicon ever changed either

22   for the TVT®, either its instrument or its

23   recommended procedure?

24        A.    I'm going to ask a question.
```

Dionysios K. Veronikis, M.D.

1        Q.      Sure.

2        A.      You're assuming we're talking

3    about retropubic slings?

4        Q.      Yes.  That's all your report

5    deals with.

6        A.      Yes, I didn't comment on TVT®

7    Exact, but they did --

8        Q.      But your report is only about

9    the TVT® retropubic sling?

10       A.      Yes, sir.

11       Q.      That's all I am talking about

12   here.  And if I ask about something else,

13   I'll --

14       A.      Okay.  They did change it and

15   call it TVT® Exact where they changed the

16   trocar a little bit and put a plastic sheath

17   on the end of the mesh, but the tenets of the

18   procedure pretty much stayed the same.

19       Q.      So the TVT® even through the

20   TVT® Exact, both the instrument and the

21   recommended technique have remained

22   essentially the same?

23       A.      They have.

24               And what it does is it takes a

Dionysios K. Veronikis, M.D.

```
 1    1-centimeter mesh and upon implantation, it

 2    forces it to fold in that 5-millimeter

 3    tunnel.

 4         Q.    Do you have more criticism of

 5    the TVT® with respect to the procedure and

 6    the trocar instrumentation that's being used

 7    or with respect to the mesh itself?

 8         A.    I have criticisms of the entire

 9    kit, and that kit consists of the delivery

10    system and the mesh.

11         Q.    I know that.

12               What I asked you is do you have

13    criticism more of one than the other, the

14    technique and the instrumentation on the one

15    hand versus the mesh?

16         A.    I have criticism of both.  I

17    don't know which one would be more because

18    they're sort of together.  You really can't

19    isolate the one from the other.

20         Q.    Now, what do you use

21    polypropylene slings today for SUI?

22         A.    I do.

23         Q.    Okay.  What product?

24         A.    I'm currently use Caldera.  I
```

Dionysios K. Veronikis, M.D.

1    used to use BARD Uretex.

2         Q.      So Caldera is a company?

3         A.      Yes, sir.

4         Q.      Does it have a brand within

5    that company?

6         A.      I think the implant is called

7    Desara.

8         Q.      And how long have you been

9    using that?

10        A.      Since 2010.

11        Q.      Does that come with

12   instrumentation?

13        A.      Instrumentation is provided,

14   yes.

15        Q.      Do you use it?

16        A.      I do not.

17        Q.      And does it come with an IFU?

18        A.      It does.

19        Q.      Does the IFU give a recommended

20   technique?

21        A.      It does.

22        Q.      Do you follow that technique?

23        A.      I do not.

24        Q.      Why do you not use the

Dionysios K. Veronikis, M.D.

```
 1    instrumentation that comes with the Desara?

 2         A.    It's not designed quite right.

 3         Q.    Okay.  Do you believe it is, at

 4    least to some degree, unsafe, use of that

 5    instrumentation?

 6         A.    I've never used it.

 7         Q.    Okay.  And you don't use it

 8    because you think it might be unsafe?

 9         A.    I don't use it because I

10    designed my own trocar that allows me more

11    precision in how to handle it.

12               The TVT® trocar had a handle on

13    it.  I didn't use the handle, but at least

14    that handle was detachable.  The Desara

15    handles have a nondetachable handle.  It

16    gives you too much torque.  So I developed a

17    trocar that does -- that limits how much

18    torque you apply.  Makes it safer.

19         Q.    Is that your own special --

20    does it have a name?

21         A.    No.

22         Q.    Okay.  Is it commercially

23    available?

24         A.    It can be but, no.
```

Dionysios K. Veronikis, M.D.

1          Q.      What do you mean?

2          A.      Well, if someone wanted it, I

3     would make one for them.

4          Q.      But you're not trying to

5     commercially develop them?

6          A.      Oh, no.  No.

7          Q.      Why don't you use the Desara

8     technique?

9          A.      All of the techniques are

10     pretty much the same for all the slings.

11     They all want you to do it kind of the same

12     way.

13          Q.      The way you described on the

14     TVT®?

15          A.      Yes, sir.

16          Q.      Okay.  And for the reasons

17     you've described, you don't find that

18     acceptable and you use the technique that you

19     described earlier?

20          A.      Yes.

21               Furthermore, the Desara product

22     doesn't have a tubular attachment to it so it

23     allows me to tailor the surgery to my own

24     preferences as opposed to being confined.

Dionysios K. Veronikis, M.D.

```
1                    It's not as easy to do that

2     with some of the other slings.

3          Q.      Including the TVT®?

4          A.      Yes.

5          Q.      You said you used a BARD

6     product before the Desara?

7          A.      Yes.

8          Q.      And what was the name of that?

9          A.      Uretex.

10          Q.      And did that have an

11     instrumentation to be used?

12          A.      It did.

13          Q.      Did you use it?

14          A.      I did.

15          Q.      Okay.  Did you think it was

16     good?

17          A.      It was good.

18          Q.      Okay.  Why did you change from

19     Uretex to Desara?

20          A.      The company got sold.  I

21     couldn't get it anymore.

22          Q.      And in terms of technique, was

23     the technique recommended with the Uretex

24     about the same as the TVT® and the Desara?
```

Dionysios K. Veronikis, M.D.

```
1          A.      Yes.

2          Q.      And you did not use that

3   technique?

4          A.      I did not.

5          Q.      Okay.  What was it about the

6   Uretex instrument that made it acceptable to

7   use and so you didn't use your own?

8          A.      It allowed me to pass the

9   trocar without the sling.  So I was able to

10  create my exposure, dissect the vaginal wall,

11  open it the way I like, dissect the

12  retropubic space, pass the trocar, leave --

13  at that point it was a little plastic tube --

14  leave a little blue tube in position, remove

15  the trocar, do the other side, not bring the

16  sling into the field at all because it is

17  sort of a contaminated area.

18              So it allowed me to not bring

19  the mesh on to the field until I was ready to

20  implant it.  Because if you have a bladder

21  puncture, you had bleeding, the patient was

22  stooling on the table, you know, you had

23  complete control of it, which is what I'm

24  able to do with Desara, which is what I did
```

Dionysios K. Veronikis, M.D.

```
1    for my first sling.

2                So the slings I have used have

3    been an Ethicon Mersilene from '94 to 2003 --

4         Q.     Did you think that was a safe

5    product?

6         A.     I did at the time.

7         Q.     Do you today?

8         A.     Its properties as an implant

9    are questionable.  It deteriorates.

10        Q.     But --

11        A.     So from then, the reason I

12   changed was I wanted a less invasive sling.

13               When you used a completely

14   home-crafted sling, you made incisions that

15   were 5 centimeters on the each side.  Almost

16   looked like an hernia repair, more invasive,

17   took more OR time.

18        Q.     That was the Mersilene?

19        A.     That was the Mersilene.

20               But it worked fine.  Had a very

21   high success rate.  Steve Young did a paper

22   on it with good outcomes, few complications,

23   and then the trend was to do less invasive

24   surgery.  Data came out that polyethylene
```

Dionysios K. Veronikis, M.D.

1    terephthalate, which is what Mersilene was,

2    may be degrading a little bit.  I certainly

3    didn't want that.

4                    It was touted that

5    polypropylene was the next great material.

6    It was less invasive, and I developed a

7    technique that was very similar to the

8    Mersilene placement, which I was very

9    comfortable with, which I knew what the

10   outcomes were, and went to Uretex.

11        Q.    Okay.  So '94 to 2000 was

12   Mersilene, and then 2000 to 2010 was Uretex,

13   or did I miss anything in between?

14        A.    Close.

15              So '94 to about 2003.

16        Q.    Okay.  Was Mersilene?

17        A.    Mersilene.

18              I also didn't like the TVT®.  I

19   was kind of spoiled.  When I handled the

20   Mersilene, it didn't fray, it didn't fall

21   apart.  I could manipulate the edges.  I

22   could suture the edges.  There was things

23   that I could do to it that I still do

24   surgically that I could not do with the TVT®.

Dionysios K. Veronikis, M.D.

1                    One of the things with

2    Mersilene is that it has a bias.  So the

3    first thing I did, knowing that, and I didn't

4    know any better, was I pulled on the TVT® and

5    it frayed.

6          Q.    Is Mersilene still sold for

7    sling repairs?

8          A.    It was never really sold for

9    sling repairs.  It was sold as a product that

10   you used as a surgeon as you saw fit.

11         Q.    Okay.  Did you have to cut it

12   for a particular surgery?

13         A.    Yes.

14         Q.    Okay.  Did it come with its own

15   instruments?

16         A.    It did not.

17         Q.    Okay.  So just so I've got the

18   timeline.

19                '94 to 2003, the Mersilene

20   product from Ethicon?

21         A.    Yes.

22         Q.    Which was called what, just

23   called Mersilene?

24         A.    Yeah, just -- well, there's two

Dionysios K. Veronikis, M.D.

1    Mersilenes to clarify.  There's Mersilene

2    mesh, which comes in a sheet which is about

3    10 inches by 10 inches, and there's Mersilene

4    ribbon, which is used for cerclage, which is

5    actually one of the first uses of a sling was

6    by Tiffany Williams and TeLinde in '62.  It

7    was a very similar TVT®, small needles, and

8    they used it for cerclage --

9         Q.    Which did you use?

10        A.    The Mersilene mesh.

11        Q.    The sheet?

12        A.    Yes, sir.  And I would cut it,

13   like you said.

14        Q.    Okay.  And then from '03 to

15   '10, you used the BARD Uretex until it wasn't

16   sold anymore, and then from '10 forward the

17   Desara?

18        A.    Yes.

19        Q.    Now, do you know or have any

20   opinion today as to -- what else is out

21   there?

22              There's the TVT®?

23        A.    Yes.

24        Q.    And the various iterations of

Dionysios K. Veronikis, M.D.

1    the TVT®?

2         A.     Yes.

3         Q.     And then there's Desara?

4         A.     That's Desara.

5         Q.     What else?

6         A.     There's Advantage and Advantage

7    Fit by Boston Scientific.

8         Q.     Okay.

9         A.     There was a line by BARD.

10   There is the Supris by Coloplast.  And I'm

11   not sure if I'm missing anyone.

12        Q.     Have you used any of those

13   other ones that you just mentioned, the

14   Coloplast, the BARD Align or the Boston

15   Scientific one?

16        A.     I used the Align when --

17   because BARD was the import of Sofradim from

18   France.

19               When they were no longer able

20   to get it, they said they were coming out

21   with a sling.  I tried it.  I did not like

22   the characteristics.  I confirmed that sling

23   was -- didn't have the same characteristics

24   as the Uretex.  When I would operate at a

Dionysios K. Veronikis, M.D.

1    certain hospital, the only product they had

2    was Boston Scientific so they would not get

3    me the Desara.  So on a few cases I had to

4    use the Boston Scientific product.

5         Q.    What hospital was that?

6         A.    St. Anthony's.

7         Q.    Okay.

8         A.    I stopped going there because

9    of that.

10        Q.    Okay.  Did you think that was

11   an acceptable product or not?

12        A.    Very heavy.  It had the same

13   limitations as the TVT® Exact.  It's a flat,

14   1-centimeter piece of mesh rolled and

15   attached to almost like a straw where you put

16   the trocar through there.

17              Again, I didn't follow the

18   manufacturer's instructions.

19        Q.    All right.  Now, of those that

20   have been on the market the last several

21   years, do you have any opinion or impression

22   as to which has been most commonly used by

23   surgeons for SUI?

24        A.    I don't.

Dionysios K. Veronikis, M.D.

```
 1          Q.     So you don't know which one is

 2    the biggest seller, so to speak?

 3          A.     No, but I see how many of each

 4    I remove, and it's -- the TVT® is maybe a

 5    little bit higher because the brand name was

 6    really smart marketing, TVT®.  It was the

 7    first on the market so it had a large market

 8    share.  So probably the TVT® is a little more

 9    popular maybe.

10          Q.     Have you ever had to remove a

11    BARD -- I've already forgotten the name.

12          A.     Align.

13          Q.     No the one before that?

14          A.     Uretex?

15          Q.     Yes.

16                 Have you ever had to remove a

17    BARD Uretex?

18          A.     Yes.

19          Q.     Several?

20          A.     Yes.

21          Q.     Have you ever had to remove a

22    Desara?

23          A.     I removed a Desara TOT.  I have

24    not removed the Desara retropubic.
```

Dionysios K. Veronikis, M.D.

1        Q.      And have you ever had to remove

2    all or a portion of a sling implanted by you?

3        A.      I release slings for some

4    voiding difficulty.  I cut them in the

5    middle.

6        Q.      Have you ever had to remove a

7    sling or a portion of a sling?

8        A.      I've reviewed --

9        Q.      Implanted by you?

10       A.      Yes, I've removed a sling I've

11   implanted.

12       Q.      How many?

13       A.      To my knowledge, one.

14               Now, that was a lady that had a

15   previous TVT®, had a failure.  I got a sling,

16   a second sling, and was still having

17   incontinence.  So what I did is I removed

18   both the TVT® and my sling to start over.

19       Q.      Is it your testimony that the

20   TVT® procedure kit, product, is so unsafe

21   that it never should be on the market?

22       A.      I think the risks far outweigh

23   the benefits.

24       Q.      So it never should have been

Dionysios K. Veronikis, M.D.

```
1    sold?

2         A.      No.

3         Q.      You agree with that?

4         A.      I agree with that.

5         Q.      Okay.  Do you know anybody else

6    in the world who agrees with that opinion

7    that the TVT® never should have been sold?

8         A.      I don't know a lot of people so

9    I'm really -- I really shouldn't -- can't

10   answer that.

11        Q.      Well, the answer is you don't

12   know anyone that shares that opinion, true?

13        A.      I think a more appropriate

14   answer is I don't really talk about this

15   stuff with other people too much about what

16   their preferences are.

17        Q.      Is there any piece of

18   literature or study, any piece of medical or

19   scientific literature that you can point to

20   that supports your opinion that the TVT®

21   risks so outweigh its benefits that it never

22   should have been on the market?

23        A.      It says that exact statement?

24        Q.      Or that supports that
```

Dionysios K. Veronikis, M.D.

1   statement.

2           A.      I think there's papers that

3   state that there's degradation of the mesh

4   and there is a paper that says that the

5   complications are not what's really reported

6   in the literature.  So some of the

7   complications that were seen are skewed in a

8   very specific way.

9           Q.      Okay.  Which paper is that?

10          A.      I think her name was Anger.

11          Q.      And what's the paper that says

12  there's degradation?

13          A.      That would be Clavé.

14          Q.      Was that in vivo degradation

15  that was reported by Clavé?

16          A.      Yes.

17          Q.      So back to my original question

18  because that wasn't quite -- I appreciate

19  that information, but that wasn't quite the

20  answer.

21                  Is there any paper you can

22  point to that you believe reaches the

23  conclusion -- I'll change it a little bit --

24  that reaches the conclusion that the risks of

Dionysios K. Veronikis, M.D.

1    TVT® outweigh the benefits so that it never

2    should have been sold?

3         A.    I don't think that a lot of

4    surgeons have the viewpoint that I have

5    because they're not seeing these women with

6    all these complications.  Even I have not

7    reported all my complications.  Not my

8    complications, the patients that present.

9              So until that paper is written,

10   I don't think that there's anyone that's

11   going to support that view just yet.

12        Q.    So the answer to my question is

13   you're not able to point to any study or any

14   literature or any paper that expresses the

15   opinion that you have that the risks of TVT®

16   outweigh the benefits so that it never should

17   have been sold?

18        A.    No paper that I know of.

19        Q.    Now, how many TVT®s have you

20   removed?

21        A.    I can tell you what it was in

22   2015.  34 retropubic.

23        Q.    Okay.  Do you have any estimate

24   as to how many you've removed in your career?

Dionysios K. Veronikis, M.D.

```
1          A.     Several hundred.

2          Q.     Okay.  Which has been studied

3    more long term, the TVT® or the Desara sling?

4          A.     TVT®.

5          Q.     Are you familiar with the

6    Nilsson 17-year study on the TVT®?

7          A.     I think I am.

8          Q.     Okay.  Is that referenced in

9    your report anywhere on TVT®?

10         A.     I don't think so.

11         Q.     You're aware of a -- it's a

12   17 -- it's a study that followed women for up

13   to 17 years with the TVT® and reported

14   results.

15                You know which study I'm

16   talking about or not?

17         A.     I do.

18         Q.     Okay.

19         A.     I think there was two of them.

20   I was hesitating for a second because I think

21   there's a 2008 paper and there's one that

22   came a few years after that.  I think you're

23   referring to the 2017 paper -- or is it 2017

24   paper -- no, 17 years.
```

Dionysios K. Veronikis, M.D.

```
 1          Q.     We're not into 2017 so it can't

 2   be a 2017 paper.

 3          A.     No, I do recall reading the

 4   paper.

 5          Q.     Can you tell me why that paper

 6   is not referenced in your report?

 7                 Let me back up.  Let me

 8   withdraw the question and ask this.

 9                 In your report, Exhibit 2,

10   about the TVT®, did you attempt to get a fair

11   and balanced assessment of the issues related

12   to the TVT®?

13          A.     I did.

14          Q.     Okay.  Did you in the report

15   reference any literature that would be

16   contrary to your opinion that the risks of

17   the TVT® outweigh the benefits?

18                 Did you reference any papers

19   like that in your report?

20          A.     I did.

21          Q.     Okay.  And did you reference

22   all of the papers in your report that would

23   be contrary to that opinion?

24                 MR. MATTHEWS:  Well, I
```

Dionysios K. Veronikis, M.D.

1          didn't -- object to the form of the

2          question.

3                    THE WITNESS:  There are so many

4          papers on TVT®, it's not possible to

5          reference all the papers.

6     QUESTIONS BY MR. BALL:

7          Q.    Okay.  Why did you not

8     reference the Nilsson 17-year study paper?

9          A.    I have a little problem with

10    that paper.  That paper started with 90

11    patients, if I remember the one that's

12    correct, and by the time they followed those

13    patients, half -- they only followed half,

14    which was 45 patients.  That's not an

15    adequate sample of a longitudinal study.

16         Q.    Which paper referenced in your

17    report do you believe does not support your

18    conclusion that the risks of TVT® outweigh

19    the benefits?

20         A.    That would be the Thomas study,

21    trial of midurethral sling.

22         Q.    What does it say?

23         A.    They compared retropubic sling

24    to TOT to see if they both kind of were

Dionysios K. Veronikis, M.D.

1    equal.  Partially because there's so many

2    retropubic injuries and traumas from passage

3    of those trocars, which, in my opinion, is

4    related to the technique, and that report

5    shows that at one year it seems like both

6    slings are pretty equal.  That's a good

7    paper.

8              The problem with the paper is

9    it's only one year.  It really didn't look at

10   all the issues that occur years later.  Most

11   of these women that I'm seeing in my practice

12   aren't showing up a year after a sling.

13   They're showing up five, six, seven, eight,

14   nine years later, and some of these problems

15   have persisted for years.

16        Q.     The Thomas paper did not

17   address the risk versus benefits of just the

18   TVT®, did it?

19              It was a comparison between the

20   TVT® and the TVT-O?

21        A.     TVT®, TVT-O and Monarc.

22        Q.     Is there anywhere in Exhibit 2

23   where you expressed criticism of the

24   technique or instrumentation with respect to

Dionysios K. Veronikis, M.D.

1    the TVT®?

2         A.    There is.

3         Q.    Would you show me where that

4    is?

5         A.    Sure.

6               It's on page 9.  It starts on

7    page 9.

8               It says the force required to

9    implant the TVT® with the metal introducers

10   deforms the mesh and the mesh can also deform

11   after implantation.  The design of the TVT®

12   trocar, size, arc, handle with the TVT® mesh

13   is a design mismatch for the pelvis --

14        Q.    I understand.

15              I didn't get that one.  Now

16   with your explanation earlier, I understand

17   what you're saying there.

18        A.    Okay.

19        Q.    So I appreciate that.

20        A.    Okay.

21        Q.    Do you believe that most

22   doctors that -- well, strike that.

23              The TVT® has been used millions

24   of times in surgery over the years, true?

Dionysios K. Veronikis, M.D.

```
1          A.      I don't -- I'm sure.  I don't

2     know the exact number.  I'll take your word

3     for it.

4          Q.      You wouldn't disagree with

5     that?

6          A.      No.

7          Q.      And the great majority of those

8     times that it has been used, it's been

9     successful?

10         A.      I don't know what the overall

11    success rate in those millions is.

12         Q.      The great majority of the time

13    that the TVT® has been used in surgery, it's

14    been used with the instrumentation and the

15    technique recommended by Ethicon, true?

16         A.      I don't know anyone else that's

17    using the technique that I'm using.

18         Q.      Okay.

19         A.      Except my partner.  I am sorry.

20         Q.      You don't know anyone else

21    that's using any different technique than

22    what's recommended by the --

23         A.      No.  As I mentioned earlier,

24    it's not something that I discuss with folks
```

Dionysios K. Veronikis, M.D.

```
 1    a lot.
 2         Q.     Do you have an opinion as to
 3    what the success rate is with the -- if done
 4    by a surgeon using the technique and
 5    instrumentation recommended by the
 6    manufacturer, do you have an opinion as to
 7    what the success rate is with the TVT®?
 8         A.     I do.
 9         Q.     Okay.  What is that opinion?
10         A.     The original success rate by
11    Ulmsten was basically 85 percent cure.  It
12    was sadly 11 percent improvement.  But it's
13    85 percent cure, about 7 percent improvement,
14    about 7, 8 percent didn't have an
15    improvement.  That was original data by
16    Ulmsten.
17              The data by the Thomas trial
18    was a little bit less.
19         Q.     So what is your opinion with
20    regard to the success rate of the TVT®, if
21    you have an opinion?
22              Based upon review of the
23    literature, your own knowledge, do you have
24    an opinion as to what the success rate is
```

Dionysios K. Veronikis, M.D.

```
 1   with the TVT®?

 2        A.     So my --

 3               MR. MATTHEWS:  Hold on.  Object

 4        to the form because I don't know what

 5        you mean by the definition of "success

 6        rate."

 7   QUESTIONS BY MR. BALL:

 8        Q.     Okay.  Go ahead.

 9        A.     I read the papers, and I see

10   numbers from 40 to 90.  So my opinion is

11   based on the success rate of those individual

12   groups of patients that are reported.  I have

13   a very biased view because I see patients

14   that have failure with leaking.  And if

15   you're only measuring the success rate, not

16   leaking, it's about what those papers report.

17        Q.     Okay.  So let me make sure.  So

18   your opinion would be that the success rate

19   with TVT® is approximately 85 percent cure

20   and about 7 percent improvement, and about 7

21   or 8 percent no improvement?

22        A.     That's right.  For the

23   treatment of the leaking part.

24        Q.     Okay.  I think that's going to
```

Dionysios K. Veronikis, M.D.

1    lead to my next question.

2            Do you have an opinion -- see

3    if this was what you were getting ready to

4    add.

5            Do you have an opinion as to

6    the percentage of complications?  Is that

7    what you're going to be talking about, or no?

8        A.    No.

9        Q.    What do you mean when you said

10   for the percentage of the leaking part?

11       A.    That's what 85 percent success

12   refers to, which is the testing they did

13   afterwards on pad testing and cough stress

14   test.  That's how they measured the success.

15       Q.    So if it stopped completely,

16   that was a cure?

17       A.    Yes.

18       Q.    And if it improved it, that was

19   an improvement?

20       A.    Correct.

21       Q.    All right.  I'm with you.

22            Now, new question, do you have

23   an opinion as to the complication rate -- and

24   by that I don't mean temporary, I mean

Dionysios K. Veronikis, M.D.

```
 1    long-term complication rate -- with TVT®?

 2         A.    I don't think that anyone can

 3    answer that question.

 4         Q.    Okay.  So you don't have an

 5    opinion?

 6         A.    I have an opinion.

 7         Q.    Okay.  Your opinion, I can't

 8    answer it?

 9         A.    Well, I can't give you a

10    percentage.  I guess what I was thinking, to

11    be very transparent, give you a number like I

12    gave you for the treatment of incontinence.

13    I can't give you a number because I'm sure

14    someone knows the denominator of how many

15    slings went in, but -- or maybe the

16    numerator, no one knows the other number of

17    how many people are having problems.  I know

18    what problems I see, and I've not reported

19    all these for any manufacturer.

20              I know other doctors are taking

21    care of problems.  But there hasn't been a

22    national registry in the United States that

23    looks at how many went in and what the

24    problems are.
```

Dionysios K. Veronikis, M.D.

1        Q.      Okay.

2        A.      And until that happens, it's

3    hard to estimate.

4        Q.      Do you have -- do you tell your

5    patients what the likelihood of complications

6    is with -- in terms of percentages with an

7    SUI procedure?

8        A.      The way I do it and what I do,

9    yes, I do.

10        Q.      What do you say?

11        A.      2 percent retention rate.

12        Q.      2 percent will have a retention

13    problem?

14        A.      2 percent will have a retention

15    problem requiring an adjustment of the sling,

16    not a removal.

17        Q.      Okay.  Can you tell me anything

18    else about complication rates?

19        A.      Bleeding.

20        Q.      Can you give percentages on any

21    of these?

22        A.      It's very rare.  I've not

23    transfused a patient from an SUI procedure in

24    years.

Dionysios K. Veronikis, M.D.

1                    I talk about bladder injury

2    because I get patients that have previous

3    slings or previous other procedures.

4         Q.     Now, I'm going to get into all

5    of the possible complications here in a

6    minute.

7                    What I was asking is in terms

8    of in your practice over the last 10 or

9    15 years, have you given patients any

10   percentage?  And you mentioned that you tell

11   them there's a 2 percent urinary retention.

12        A.     Incomplete bladder emptying

13   retention.

14        Q.     Any other percentages that you

15   give them?

16        A.     No.

17        Q.     In terms of complications?

18        A.     That's the only one, because

19   all the other things with the technique I

20   employ are exceedingly rare.

21        Q.     Do you ever use non-mesh for

22   SUI?

23        A.     Yes, I do.

24        Q.     How often?

Dionysios K. Veronikis, M.D.

```
 1                Like if you take all of your
 2   SUI treatments in the last few years, what
 3   percentage has been non-mesh?
 4        A.     It's going up.  It's about
 5   15 percent now.
 6        Q.     15?
 7        A.     15.
 8        Q.     What methods do you use?
 9        A.     Either autologous fascia or
10   cadaveric fascia.
11        Q.     Autologous means what?
12        A.     I remove a little bit of fascia
13   from the patient's own body.
14        Q.     Where do you remove it from?
15        A.     Either the abdomen or the leg.
16   It depends whether they have had hip
17   replacement or if they've had multiple
18   surgeries.
19        Q.     And what do you do, fashion a
20   sling out of that?
21        A.     Yes.  It's a basically a small
22   little strip.
23        Q.     And then cadaveric is the same?
24        A.     Yes.
```

Dionysios K. Veronikis, M.D.

```
1        Q.      It's a piece of tissue from

2   another body?

3        A.      Yes.

4        Q.      That you fashion into a sling?

5        A.      Yes.

6        Q.      How is it -- or why is it that

7   you use one of those two?

8                Do you use either one of those

9   more than the other?

10       A.      I give those options to the

11  patient.  Every patient with SUI now has a

12  conversation regarding mesh and complications

13  and what they've seen on the news and heard

14  on the radio.

15       Q.      Do you have to use sutures in

16  connection with those autologous or cadaveric

17  slings?

18       A.      The approach I use is exactly

19  the same whether I'm using synthetic,

20  autologous or cadaver.

21       Q.      Do you have to use sutures?

22       A.      Yes.

23       Q.      And those are polypropylene

24  sutures?
```

Dionysios K. Veronikis, M.D.

```
 1        A.      No.

 2        Q.      What are they?

 3        A.      Polyglyconate suture.  It's

 4   Vicryl Polysorb.

 5        Q.      They're absorbable?

 6        A.      Yes.

 7        Q.      This 15 percent, is this just

 8   patient's choice?

 9        A.      Yes.

10        Q.      Or do you recommend one versus

11   the other?

12        A.      I give them the options.

13        Q.      Okay.  And so that 15 percent

14   now these days are choosing the cadaveric?

15        A.      Yes.

16        Q.      Or the autologous?

17                Am I saying that right,

18   autologous?

19        A.      Yes.

20        Q.      When did you start that?

21        A.      I've always done autologous

22   slings.

23        Q.      No.  I meant when did you start

24   giving them, saying, "Here are the three
```

Dionysios K. Veronikis, M.D.

```
 1   choices, what do you want to do?"

 2              When did you start that?

 3        A.    The last few years.  I can't

 4   remember exactly when.

 5        Q.    Okay.  Other than any other

 6   type of -- you don't use the Burch procedure

 7   anymore?

 8        A.    If they ask, but typically I'm

 9   doing a lot of vaginal surgery and the Burch

10   procedure would necessitate an incision.  If

11   I'm doing --

12        Q.    An abdominal incision?

13        A.    Yes.  If I'm doing an abdominal

14   approach, when I'm right there.

15              The reason I switched to a less

16   invasive sling was not to make the abdominal

17   incisions and et cetera.

18        Q.    Right.

19              So you don't do very many

20   Burches anymore?

21        A.    I never really did.

22        Q.    And how about MMK?

23        A.    It's a variation of a Burch.  I

24   always preferred the Burch, but the MMK is an
```

Dionysios K. Veronikis, M.D.

1    option.

2         Q.      How many of those do you think

3    you've done in the last ten years?

4         A.      Last ten years?

5                 30, 40.

6         Q.      And that was when you already

7    had to have an abdominal incision anyway?

8         A.      Yes.

9         Q.      Okay.  Is acute or chronic pain

10   a risk of a non-mesh SUI surgery?

11        A.      Acute pain can be.

12        Q.      Not chronic pain?

13        A.      Huh-uh.

14        Q.      Is acute or chronic pain with

15   intercourse a potential risk of non-mesh

16   surgery?

17        A.      No.

18        Q.      So having pain with intercourse

19   after an SUI surgery, non-mesh, is not a risk

20   at all?

21        A.      It's virtually unheard of.

22        Q.      Is vaginal scarring a risk with

23   non-mesh SUI surgery?

24        A.      Typically, no.

Dionysios K. Veronikis, M.D.

1        Q.      Is infection a risk with

2    non-mesh SUI surgery?

3        A.      You can get a hematoma and

4    infection, yes.

5        Q.      Is urinary frequency, urgency,

6    dysuria, retention or obstruction or

7    incontinence, are those risks of non-mesh SUI

8    surgery?

9        A.      Yes.

10       Q.      Are UTIs as a result of

11   retention a risk of non-mesh SUI surgery?

12       A.      Yes.

13       Q.      Is organ or nerve damage a risk

14   of non-mesh SUI surgery?

15       A.      Can be, yes.

16       Q.      Okay.  Is bleeding a risk with

17   non-mesh SUI surgery?

18       A.      Absolutely.

19       Q.      Wound complications?

20       A.      Sometimes.

21       Q.      Inflammation?

22       A.      Short-term inflammation.

23       Q.      Fistula formation?

24       A.      No.

Dionysios K. Veronikis, M.D.

1       Q.      How about are neuromuscular

2    problems in the pelvic floor muscles, the

3    lower extremities or the abdominal area, are

4    those risks of non-mesh SUI surgery?

5       A.      I'm not sure I understand that

6    last question.

7       Q.      Okay.  You don't know what a

8    neuromuscular --

9       A.      I do, but they were all kind of

10   lumped together.

11      Q.      Okay.  Can you have -- let me

12   unlump then.

13              Can you have neuromuscular

14   problems in the pelvic floor muscles related

15   to non-mesh SUI surgery?

16      A.      You can.

17      Q.      How about neuromuscular

18   problems in the lower extremities?

19      A.      Not related to the procedure,

20   no.

21      Q.      What about in the abdominal

22   area?

23      A.      If you're harvesting the tissue

24   from there, yes.

Dionysios K. Veronikis, M.D.

```
1          Q.      Okay.  Is recurrent surgery a

2   risk of non-mesh SUI surgery?

3          A.      Yes.

4          Q.      And is a foreign body response

5   from sutures a risk of a non-mesh SUI

6   surgery?

7          A.      If you use a polypropylene

8   suture.

9          Q.      Okay.  Are sometimes

10  polypropylene -- is that an acceptable

11  practice to use polypropylene sutures in

12  non-mesh SUI surgery?

13         A.      Some do.

14         Q.      It's acceptable?

15         A.      I don't know if it's

16  acceptable; some do.

17                 The tensile strength is

18  different.  Most will use a non-monofilament

19  suture because if you touch it with the

20  forceps or you tie it, it fractures and it

21  breaks and it fails.  So most of us that do

22  different kinds of surgeries will use a

23  non-monofilament polypropylene suture.

24         Q.      And is that type of suture
```

Dionysios K. Veronikis, M.D.

1    subject to potential foreign body responses?

2         A.      In the short term.

3         Q.      That type of suture, can it

4    have erosion or exposure?

5         A.      Sometimes.

6         Q.      In a non-mesh SUI surgery?

7         A.      Yes.

8         Q.      And is contraction of tissues a

9    risk in a non-mesh SUI surgery?

10        A.      No.

11        Q.      Okay.  Now, is there any risk

12   related to the mesh that is present with the

13   TVT® mesh that is not present with the Desara

14   mesh?

15        A.      Yes.

16        Q.      Okay.  What is that?

17        A.      The Desara does not fray.  It's

18   a very stable weave.

19        Q.      Okay.  By fray, you mean what?

20   On the edges?

21        A.      On the edges.  It doesn't

22   deform when you pull on it.

23        Q.      Okay.  So have you ever seen

24   evidence of fraying in any TVT® that caused

Dionysios K. Veronikis, M.D.

```
1    any clinical problem in your view?

2         A.     Yes.

3         Q.     Okay.  Tell me about that.

4         A.     So when I first started --

5    first of all, when it first became blue is

6    when it really became apparent.  You would

7    open up the anterior vaginal wall, you would

8    actually see little curly pieces of portions

9    of mesh stuck to the inside of the vaginal

10   wall.

11        Q.     And what clinical issues were

12   those causing?

13        A.     I'm getting there.

14        Q.     Okay.

15        A.     I'm getting to that.  So that

16   was the first observation.  So that came off

17   of the implant.

18               So when you lose part of the

19   weave, the mesh elongates and ropes and cords

20   and twists and rolls, and as soon as it does

21   that, it goes from being whatever its gram

22   per meter squared weight is, it's immediately

23   doubled.

24               And the additional part that is
```

Dionysios K. Veronikis, M.D.

1    very, very important is that the pores

2    coalesce.  So whatever the pores -- when it's

3    sitting on the table before it's implanted,

4    once it's implanted with any type of force on

5    it, the pores -- the effective pore size

6    becomes very small.

7         Q.    Have you ever measured the

8    effective pore size on a TVT®?

9         A.    Personally, no.

10        Q.    Okay.  Are you aware of any

11   study that has done that?

12        A.    I've seen documentation inside

13   the Ethicon documents that tells me what the

14   pore size it.

15        Q.    In vivo?

16        A.    Not in vivo.

17        Q.    Okay.  So do you have an

18   opinion as to what the effective pore size in

19   vivo is in a TVT®?

20        A.    I do.

21        Q.    Okay.  What is it?

22        A.    It's less than before it got

23   implanted.

24        Q.    Do you have anything more

Dionysios K. Veronikis, M.D.

1    precise than that?

2         A.     Sometimes there is no pores.

3    It completely coalesces very easily.  The

4    stretchability of the mesh is desirable, but

5    the problem with it is that it deforms so

6    much that it -- there's virtually no pore.

7    It's a tiny little slit.

8         Q.    By the Amid classification is

9    the mesh in TVT® a large pore mesh?

10        A.     By the Amid classification,

11   yes.

12        Q.     In your view is it generally

13   recognized that the TVT® is a large pore

14   mesh?

15        A.     Oh, by Ethicon's documentation

16   is considered microporous.

17        Q.     In the medical community, is it

18   generally -- is the TVT® mesh generally

19   regarded as a macroporous mesh?

20        A.     Before it's implanted, yes.

21        Q.     In the medical community, is

22   the TVT® mesh generally regarded as

23   lightweight?

24        A.     No.

Dionysios K. Veronikis, M.D.

```
1          Q.      Which is lighter weight, the

2    Desara or the TVT®?

3          A.      They're the same weight.

4          Q.      Okay.  Which has larger pores,

5    the Desara or the -- what do you call it, the

6    opposite of in vivo?

7                  When it comes out of the box,

8    which has larger pores, Desara or TVT®?

9          A.      Desara.

10         Q.      Do you know the dimensions of

11   the Desara sling?

12         A.      You mean the pore size?

13         Q.      Yeah.

14         A.      Yeah, it's approximately

15   1,200 microns.

16         Q.      What is the size of the TVT®

17   pores?

18         A.      About a thousand microns.

19         Q.      What is the size -- what was

20   the size of the Uretex?

21         A.      1,160.

22         Q.      Do you have an opinion as to

23   what the pore size in the body is of the

24   Desara or the Uretex?
```

Dionysios K. Veronikis, M.D.

1        A.      I do.

2        Q.      What is it?

3        A.      It's greater than 1,160,

4    greater than 1,200.

5        Q.      They get bigger?

6        A.      I make them bigger.

7        Q.      Okay.  How do you do that?

8        A.      I am sorry, I was a little

9    remiss.  I didn't mention that when I place

10   the sling in the midurethra, I sew it in a

11   configuration -- I attach it with absorbable

12   sutures in a configuration that opens the

13   pores up more.

14       Q.      Is that recommended in the IFUs

15   for either Uretex or Desara?

16       A.      No.

17       Q.      So if you didn't do that

18   technique, do you have an opinion as to what

19   the effective pore size would be for the

20   Desara or the Uretex?

21       A.      I do not.

22       Q.      It would be something less than

23   they're designed?

24       A.      You would think so.

Dionysios K. Veronikis, M.D.

```
1        Q.      Okay.

2        A.      And when I tried to do that

3   with TVT®, I couldn't because of the edges

4   fraying.

5        Q.      Okay.

6        A.      When I tried those two.  But I

7   always thought that the pores on all the

8   slings that came after the Ethicon Mersilene

9   were small because I was spoiled.  I was used

10  to seeing large pores where I could open the

11  tissue up and if you held and just looked for

12  a second, you could actually see the turgor

13  pressure of the tissue coming through the

14  pores before the operation was done.  So

15  having that visual confirmation and then not

16  having it with polypropylene made me think.

17       Q.      Did you think the pores, the

18  preimplantation pore size, was larger in

19  Mersilene?

20       A.      It's definitely larger.

21       Q.      What is it?

22       A.      23 -- 2.3 millimeters.

23       Q.      2,300?

24       A.      Yes.
```

Dionysios K. Veronikis, M.D.

1        Q.       Microns?

2        A.       Yes.

3        Q.       Okay.  I can't remember what

4    you said.  The Desara and the Uretex, were

5    those lightweight meshes?

6        A.       So the Uretex was 81 grams per

7    meter squared.  So that was lighter than all

8    the others.  So if you take a look at all the

9    current slings that are on the market,

10   they're all at about 100.  Boston Scientific,

11   Desara, Align.

12       Q.       And TVT®?

13       A.       Yes, and they're all too heavy.

14       Q.       Okay.

15       A.       They're all too heavy.

16       Q.       Everything that's on the market

17   today is too heavy?

18       A.       Everything that's on the market

19   is a problem.

20       Q.       Is the pore size for the -- not

21   counting you're spreading it out when you

22   implant it, is the pore size acceptable on

23   the Desara as far as you're concerned?

24       A.       Yes.

Dionysios K. Veronikis, M.D.

```
 1          Q.      Could you do the same spreading

 2    out thing with the TVT®?

 3          A.      You can't.

 4          Q.      Why?

 5          A.      Because the material frays.

 6    It's not just the mesh.  It's not just the

 7    filament that's woven.  It's the weave

 8    configuration, it's all proprietary.

 9                  So the first thing I did when

10    TVT® was cleared was I pulled on it on a

11    piece of paper.  Oh, my God, it's falling

12    apart.  And that's why I didn't want to try

13    it.

14          Q.      It was falling apart, or what

15    do you mean by that?

16          A.      Yeah, it was -- when you --

17          Q.      Pieces were coming off?

18          A.      Pieces were coming off.

19    Drastically.

20          Q.      Have you read any study that

21    the TVT® mesh falling apart, pieces coming

22    off it, have been a clinical problem for

23    anyone?

24          A.      I've read in the Ethicon
```

Dionysios K. Veronikis, M.D.

1    documents that people complained that it was

2    fraying.

3          Q.      Have you read any published

4    scientific literature where fraying and the

5    TVT® mesh falling apart was recognized to be

6    a problem?

7          A.      Not yet.

8          Q.      Okay.  Talking about the

9    Ethicon documents, do you, as a scientist --

10   well, first of all, have you seen any Desara

11   internal documents?

12         A.      I have not.

13         Q.      Okay.  Have you seen any BARD

14   internal documents?

15         A.      Not for slings.

16         Q.      About their slings?

17         A.      Not slings, no.

18         Q.      Do you generally in reaching

19   medical opinions rely upon internal e-mails

20   and internal documents?

21         A.      No.

22         Q.      Have you written -- have you

23   published in the medical field?

24         A.      Yes.

Dionysios K. Veronikis, M.D.

```
 1          Q.      Have you ever cited an internal

    document when writing in a peer-reviewed

 2
 3    journal?

 4          A.      No.

 5          Q.      Do you think citations of

 6    internal company documents in a peer-reviewed

 7    journal would be acceptable?

 8          A.      No.

 9          Q.      Okay.  Have you ever been a

10    reviewer?

11          A.      Yes.

12          Q.      Okay.  And if you were given a

13    paper that based opinions upon internal

14    company documents, would you reject that

15    paper as a reviewer?

16          A.      It's a good question.  I don't

17    know what I would do.  I would find it very

18    different because you don't normally have

19    that.

20          Q.      Do you believe that you gave a

21    fair representation of the overall Ethicon

22    documents that you cited in your paper?

23          A.      Yes.

24          Q.      How many Ethicon documents did
```

Dionysios K. Veronikis, M.D.

1    you review?

2         A.    I reviewed everything they sent

3    me.  I can't even tell you.

4         Q.    That's a key part.

5              Did you review anything that

6    wasn't sent to you by a lawyer, an Ethicon

7    document that wasn't sent to you by a lawyer?

8         A.    No.  I wouldn't have access to

9    it.

10        Q.    Do you know how many they sent

11   you?

12        A.    Documents?

13        Q.    Yes.

14        A.    Thousands and thousands of

15   pages.

16        Q.    Is everything they sent you on

17   the thumb drive or the CD, all the Ethicon

18   documents they sent you on the CD or the

19   thumb drive?

20        A.    I believe that's what

21   Mr. Matthews said.

22        Q.    Do you know whether there were

23   Ethicon documents that weren't sent to you

24   that would paint a different picture than

Dionysios K. Veronikis, M.D.

1    what you've cited in your report?

2               Do you know that?

3        A.    I don't know that.

4        Q.    Were you given any testimony of

5    Ethicon witnesses to review?

6        A.    Yes.

7        Q.    Okay.  Was that also sent to

8    you by the lawyer?

9        A.    Yes.

10       Q.    Is what was sent to you also on

11   the thumb drive and the CD?

12       A.    I've not seen the thumb drive.

13       Q.    Okay.

14       A.    I've not opened it.  The CD, I

15   believe, are my reports only.

16       Q.    Does your report refer to all

17   of the deposition testimony that you've been

18   given?

19       A.    No.

20       Q.    Okay.  How do I know which

21   testimony you've been given?

22       A.    I guess it's on the thumb

23   drive.

24       Q.    Okay.  And so if there was --

Dionysios K. Veronikis, M.D.

1   did you read all of the Ethicon testimony

2   that's been given?

3           A.      Yes.

4           Q.      It was on the thumb drive?

5           A.      Yes.

6           Q.      Every word of it?

7           A.      To the best of my recollection,

8   yes, sir.

9           Q.      Okay.  Do you know whether you

10  were given all of the Ethicon testimony about

11  these documents?

12          A.      I don't know.

13          Q.      Okay.  In order to do a --

14  strike that.  Back up.

15                  To give a fair and balanced

16  report, it would not be appropriate to

17  cherry-pick from Ethicon testimony or Ethicon

18  documents, true?

19          A.      True.

20                  MR. BALL:  I like to take a

21          break every hour.

22                  Is that okay with everybody?

23                  MR. MATTHEWS:  You're right in

24          the middle of a question.

Dionysios K. Veronikis, M.D.

```
1              MR. BALL:  No, I was done with

2         that question.

3              MR. MATTHEWS:  Yeah, that's

4         fine.

5          (Off the record at 10:04 a.m.)

6    QUESTIONS BY MR. BALL:

7         Q.    Doctor, your reports that have

8    been submitted in this case, Exhibits 2 and

9    3, you would not submit those reports to a

10   peer-reviewed journal for publication, true?

11        A.    They're not prepared for

12   publication, no.

13        Q.    And you would not use the same

14   technique and approach in preparing those

15   cases that you would if you were preparing a

16   scientific paper to be presented to

17   colleagues, true?

18        A.    Yes.  This is completely

19   different.

20        Q.    Okay.  Now, the fraying that

21   you mentioned, did the Uretex have any of

22   that propensity?

23        A.    No, it had a weave

24   characteristic that I look for.  So after
```

Dionysios K. Veronikis, M.D.

1    TVT® came out -- and I remember it was Will

2    Irby that came and talked to me about it -- I

3    didn't find another product that I thought

4    met my characteristics, qualifications -- the

5    characteristics of the Mersilene, until I saw

6    Uretex, and the weave was in such a way that

7    it did not fray.

8         Q.    Now, was the Uretex heavier or

9    lighter -- excuse me, the Mersilene, was that

10   heavier or lighter?

11        A.    Much lighter.  33 grams per

12   meter squared.

13        Q.    And why was it that the

14   Mersilene -- what about it caused it to

15   deteriorate early as you said earlier?

16        A.    Well, I don't know that it

17   deteriorated early.  I didn't have those

18   issues.  But as it became more important to

19   have Amid-type classifications -- and the

20   Amid classification really was very important

21   after the Gore-Tex because you needed

22   75 microns or larger to have macrophages

23   fight the infection.

24        Q.    Mersilene had that, didn't it?

Dionysios K. Veronikis, M.D.

1          A.     It did, but it was

2     multi-filament and that was the problem with

3     it, and I wanted to do the best for my

4     patients, and knowing that, I switched.

5          Q.     So the standard became -- the

6     acceptable standard was to use a lightweight,

7     monofilament, macroporous mesh for slings,

8     correct?

9          A.     Macroporous, monofilament.  The

10    weight issue really didn't become important

11    for some time after that.

12         Q.     Would you classify all of the

13    Uretex and the TVT® and the Desara all as

14    lightweight or heavyweight?

15         A.     They're all heavyweight.

16         Q.     Are they recognized in the

17    medical community to be heavyweight or

18    lightweight?

19         A.     Heavyweight.

20         Q.     Okay.  Now, as we've said

21    earlier, obviously, at least hundreds, and

22    probably thousands, of surgeons have used

23    TVT® for SUI, true?

24         A.     Yes.

Dionysios K. Veronikis, M.D.

```
1        Q.      Okay.  Are you critical of all
2   of those surgeons for using a product that
3   should never have been on the market?
4        A.      I don't think they knew all of
5   the things I knew or have my experience so I
6   can't be critical of them.
7        Q.      And by your experience, that
8   means the one or two times you tried it?
9        A.      No.  No.  No.
10              My experience with being a
11  surgeon of last resort that sees patients
12  that have problems.
13              For example, even in this
14  community, Dr. Klutke was a preceptor for
15  TVT®, and he would do surgery on patients,
16  and those patients would have a problem.  And
17  they would then come to me.  And I frankly
18  would ask because Dr. Klutke was a professor
19  of urology.  He was one of the earlier
20  adapters of the TVT®.  He went to France and
21  all of those things.  And I am not sure he
22  knew how to deal with the complications or
23  I'm not sure exactly why, but those patients
24  ended up with me, and I started to see a
```

Dionysios K. Veronikis, M.D.

```
 1    pattern of problems.  The more I did that,

 2    the more patients found out and more docs

 3    found out I could help these problems and

 4    pretty soon I'm in the situation I'm in.

 5         Q.    Have any of the complications

 6    that you've seen with the TVT® been related

 7    to improper surgical technique?

 8         A.    They follow the technique

 9    that's described.  When I read the op notes,

10    it reads like the way Ethicon set up the IFU.

11         Q.    Well, can a surgeon attempt to

12    follow what is set forth in the Ethicon IFU

13    and make a mistake and not -- and then that

14    leads to a complication?

15         A.    They can change a technique

16    like I've changed it, but can that be a

17    mistake in the hands of others?  I assume so.

18         Q.    So is it fair to say that your

19    opinion that the TVT® should never have been

20    sold based upon you using it one or two times

21    and -- the fact that it was based primarily

22    upon using it one or two times and what you

23    see from the people with complications?

24         A.    Would you repeat that?
```

Dionysios K. Veronikis, M.D.

1        Q.      Yeah.

2                Is your opinion that the TVT®

3   never should have been on the market based

4   upon the one or two times you tried it and

5   the complications you've seen with people

6   that have come to you postsurgery?

7        A.      Plus everything that I've read

8   to date.

9        Q.      What is it that you've read to

10  date specifically that -- or what are the two

11  or three things you've read to date that are

12  most important to you in your opinion that it

13  never should have been on the market?

14       A.      So I'm having a little

15  difficulty even in my own practice anymore

16  using polypropylene knowing that there's a

17  chronic foreign body reaction, knowing that

18  polypropylene degrades.  I don't know how I'm

19  going to personally deal with that.  I'm

20  going to have come up with an alternative

21  source.  Maybe going to completely cadaver

22  types of slings.

23                But knowing what I know now

24  after reading all of this, knowing that there

Dionysios K. Veronikis, M.D.

1   were alternatives available for different

2   products to be developed, I may have put in a

3   bunch of slings and I may have, you know,

4   done it for -- not knowing what the

5   consequences were.

6          Q.     Did Mersilene have a foreign

7   body reaction?

8          A.     It did.

9          Q.     What was it made out of?

10         A.     Polyethylene terephthalate.

11         Q.     Was the foreign body reaction

12   any different with Mersilene than with

13   polypropylene?

14         A.     I'm sure it's different.

15         Q.     Worse?  Better?

16         A.     I don't know.  I haven't seen

17   any data on that.

18         Q.     You mentioned foreign body

19   reaction.

20                The other thing was, what,

21   deterioration of polypropylene, is that what

22   you said?

23         A.     Yes.

24         Q.     Did Mersilene deteriorate?

Dionysios K. Veronikis, M.D.

1          A.      Not like polypropylene.

2          Q.      Okay.  So the polypropylene

3    slings that you've used, aside from the one

4    or two times with TVT®, essentially are the

5    Uretex and Desara?

6          A.      Yes.

7          Q.      And they're subject to chronic

8    foreign body reaction?

9          A.      Yes.

10         Q.      They're subject to

11   deterioration?

12         A.      Yes.

13         Q.      You're still using them?

14         A.      I am.

15         Q.      Have for 13 years?

16         A.      Yes.

17         Q.      Implanted thousands?

18         A.      Yes.

19         Q.      Have you ever told any of your

20   patients that you shouldn't have used

21   polypropylene because of its deterioration or

22   foreign body reaction propensities?

23         A.      I'm saying that to patients

24   now.

Dionysios K. Veronikis, M.D.

```
1          Q.     And you started that a year or

2    so ago?

3          A.     Yes.

4          Q.     What problems does the chronic

5    foreign body reaction cause?

6                 Let me withdraw that question

7    and ask something better.

8                 You can have a chronic foreign

9    body reaction that doesn't cause any symptoms

10   to the patient, true?

11         A.     I'm sure you can to some

12   extent, yes.

13         Q.     And are you aware of any

14   studies that have shown that a chronic

15   foreign body reaction causes problems for

16   patients?

17         A.     Yes.

18         Q.     What is that?

19         A.     The problem is that it

20   contracts.  The chronic foreign body reaction

21   and the -- a lot because of the pore size it

22   creates this granuloma-type of effect and

23   entraps little nerves.  Instead of the pores

24   being far apart and the nerves being padded
```

Dionysios K. Veronikis, M.D.

1    with fat infiltration, the nerve gets

2    squeezed over time and that chronic

3    inflammation continues to contract and it

4    creates contraction in the vagina.  So when

5    you examine these patients, you feel a

6    tethering effect like a banjo string or a

7    rope, and that causes pain.

8         Q.    Do you have acute or chronic

9    pain with Desara and Uretex slings?

10        A.    Can you?  Yes.

11        Q.    That's a risk?

12        A.    Yes.

13        Q.    And acute or chronic pain with

14   intercourse, is that a risk of SUI surgery

15   with Uretex or Desara?

16        A.    Can I qualify the answer?

17        Q.    You can say yes first and then

18   qualify.

19        A.    Yes, you can, but that's

20   because they follow the manufacturer's

21   instructions and don't do exactly what I do.

22             In my patients, it's basically,

23   no, it doesn't happen.

24             Could you have it happen?  One

Dionysios K. Veronikis, M.D.

```
 1    in a thousand, one in 22,000.

 2         Q.    With your technique?

 3         A.    With my technique.

 4               But it's not 10, 12 percent.

 5         Q.    So let me make sure, as I go

 6    through these questions what I'm asking for

 7    is with the Desara or the Uretex, if you

 8    follow the manufacturer's instructions and

 9    you use the manufacturer's technique.

10         A.    Okay.

11         Q.    That's the premise.

12         A.    Okay.

13         Q.    All right.  So can you have

14    acute and chronic pain with Desara and

15    Uretex?

16         A.    Following the manufacturer's

17    technique, yes.

18         Q.    Can you have acute and chronic

19    pain with intercourse with Desara and Uretex?

20         A.    Yes.

21         Q.    Can you have vaginal scarring

22    with Uretex and Desara?

23         A.    Yes.

24         Q.    Can you have infection?
```

Dionysios K. Veronikis, M.D.

1                    Let me -- is infection a risk

2    with surgery using Uretex and Desara?

3         A.     Yes.

4         Q.     Are urinary problems such as

5    urinary frequency, urgency, dysuria,

6    retention, obstruction and incontinence, are

7    those potential risks with Desara and Uretex?

8         A.     Yes.

9         Q.     Organ and nerve damage, are

10   those potential risks with Desara and Uretex?

11        A.     Yes.

12        Q.     Postoperative bleeding, is that

13   a potential risk with Uretex and Desara?

14        A.     Yes.

15        Q.     Wound complications, is that a

16   potential risk with Desara and Uretex?

17        A.     Yes.

18        Q.     Inflammation, is that a

19   potential risk?

20        A.     Yes.

21        Q.     Fistula formation, is that a

22   potential risk with Uretex and Desara?

23        A.     Yes.

24        Q.     Neuromuscular problems with the

Dionysios K. Veronikis, M.D.

```
 1    pelvic floor muscles, is that a potential

 2    risk with Uretex and Desara?

 3         A.    Yes.

 4         Q.    Lower extremity pain, is that a

 5    potential risk?

 6         A.    No.

 7         Q.    Abdominal pain, is that a

 8    potential risk?

 9         A.    Yes.

10         Q.    Need for additional surgery, is

11    that a potential risk with Uretex and Desara?

12         A.    Yes.

13         Q.    Failure of the procedure, is

14    that a potential risk with Uretex and Desara?

15         A.    Yes.

16         Q.    Foreign body reaction is a

17    potential risk, chronic foreign body reaction

18    with Uretex and Desara?

19         A.    Yes.

20         Q.    Exposure or erosion or

21    extrusion, is that a potential risk with

22    Desara and Uretex?

23         A.    Yes.  Again, all of those

24    following the manufacturer's instructions for
```

Dionysios K. Veronikis, M.D.

```
1    implantation.

2         Q.    And contraction or shrinkage of

3    tissues, is that a potential risk with Uretex

4    and Desara?

5         A.    Yes.

6         Q.    All right.  Now, do you have

7    any opinion as to what the relative risks are

8    of those things we went through for TVT®

9    versus Uretex and Desara slings?

10        A.    Following the manufacturer's

11   instructions?

12        Q.    Yes.

13        A.    Okay.  They're slightly higher

14   for TVT® because of the weave design of the

15   mesh that upon any traction it frays and

16   literally falls apart.

17        Q.    This falling apart, have you

18   actually seen it fall apart?

19        A.    Oh, yes.

20        Q.    This is in your surgeries you

21   do?

22        A.    No, I have samples of mesh that

23   I've -- I acquired almost all the mesh

24   samples I could possibly acquire to
```

Dionysios K. Veronikis, M.D.

1    understand them.

2         Q.    This is mesh that's been in the

3    body?

4         A.    No.  No.  No.

5         Q.    Okay.

6         A.    Expired, donated from reps.

7         Q.    Okay.  Have you seen any mesh,

8    TVT® mesh, falling apart in the body?

9         A.    Yes.  Yes.

10        Q.    In your explanting procedures?

11        A.    Yes.

12        Q.    And if I asked this, I

13   apologize.

14             Can you point me to any medical

15   literature where someone has described a

16   problem with the TVT® mesh falling apart as

17   you describe it?

18        A.    You mean the fraying?

19        Q.    I mean, the falling -- you said

20   that it falls apart.

21             I want to know has anybody

22   written a medical paper that has said, you

23   know, this TVT® mesh falls apart when it gets

24   in the body.

Dionysios K. Veronikis, M.D.

1                    Have you read that anywhere?

2         A.    I can't recall.

3         Q.    You can't point me to anything?

4         A.    I cannot at this time, no.

5         Q.    And it's certainly not in your

6    report, true?

7         A.    No.

8         Q.    True?

9         A.    True.

10        Q.    So your only basis for saying

11   that in the body the TVT® mesh frays so badly

12   that it falls apart is what you've seen from

13   your explant procedures, true?

14        A.    Yes.

15        Q.    Are there any samples of that

16   in your report?

17        A.    No.

18        Q.    Do you have any -- if we want

19   to say, I don't know, I've never seen such a

20   thing, I've never heard of such a thing, we

21   wanted to see it, what do you do?

22        A.    I have pictures.

23        Q.    You have pictures that aren't

24   in your report?

Dionysios K. Veronikis, M.D.

1        A.      Yes.

2        Q.      Okay.

3        A.      Lots of pictures.

4        Q.      And these are -- this is mesh

5    falling apart, not as a result of you taking

6    it out?

7        A.      No.

8        Q.      Why do you think nobody else

9    has ever written about that?

10       A.      I don't know.  I haven't

11   written about it.

12       Q.      Okay.  So other than this

13   tenancy -- and the reason you think it frays

14   and falls apart is because the edge -- tell

15   me why you think the TVT® frays and falls

16   apart as you describe it and the other ones

17   don't.

18       A.      It has to do with the weave.

19       Q.      Okay.

20       A.      So when TVT® was mechanically

21   cut early on it was clear before they made it

22   blue, it was harder to see it.  But when it

23   became blue, it became very visible in the

24   tissues.  I have a clear recollection from

Dionysios K. Veronikis, M.D.

1    years ago on a slide where I'm not removing

2    the sling, but I'm fixing the woman's

3    prolapse after she had her sling and have the

4    vaginal wall open and you can see a hairpin

5    loop of mesh attached in there.

6              I probably wouldn't have seen

7    that when it was clear.  I did see it when it

8    was clear when I first handled it early on.

9         Q.    So --

10        A.    So it has to do -- you know,

11   this mesh starts as a suture, and then it

12   goes through a machine that knits it into a

13   big sheet, and then it gets cut.

14             So TVT® and the Boston

15   Scientific product are somewhat similar in

16   the fact that when you first cut the TVT®

17   early on when it was mechanically cut, the

18   edges would fray.  It was sort of like

19   cutting a sweater that your grandma knit and

20   you got a cut and it started to unfray, but

21   it wasn't on the body like a sweater.  It's a

22   strip of mesh so when you cut it and you pull

23   on it, they would pop off.

24        Q.    So the problem with the weave

Dionysios K. Veronikis, M.D.

1   that causes this fraying and falling apart

2   problem is the way it's cut on the edges, is

3   that what you're saying?

4         A.    Yes.  And that's why it went to

5   laser cut afterwards.

6         Q.    Does the laser cut have the

7   same problem?

8         A.    To a less extent.

9         Q.    Okay.  So is the laser-cut

10  mesh, do the risks of that outweigh the

11  benefits so that it never should have been

12  put on the market?

13        A.    Yes.

14        Q.    Okay.  For what reason?

15        A.    It's the same thing.  The

16  elasticity.  It still pops apart where the

17  laser seals it a little bit, but if you put

18  traction on it, it pops apart.

19        Q.    So the problem you have -- I've

20  heard two problems you have with the mesh

21  itself.  We've talked about the

22  instrumentation issue, and we've talked about

23  the technique.

24        A.    Yes.

Dionysios K. Veronikis, M.D.

1          Q.      The mesh itself, what I've

2     heard, is that you have two criticisms of the

3     TVT® mesh:  One is whether it's mechanically

4     cut or laser cut, the edges are -- or the

5     weave and the edges are susceptible to

6     fraying and falling apart in the body, that's

7     one, right?

8          A.      Yes.

9          Q.      And then number two, the pores,

10    once they're in the body, are not big enough

11    to allow the tissue ingrowth?

12         A.      Yes.

13                And three, and this applies to

14    all polypropylene, including the

15    polypropylene I'm implanting, was not very

16    clear when this all came out, when this

17    product first came out, that polypropylene

18    degrades.

19         Q.      Now, are you aware of any

20    medical literature where someone has

21    identified degradation of TVT® polypropylene

22    as causing clinical problems for patients?

23         A.      Well, the Clavé study looked at

24    polypropylene TVT® and studied that that

Dionysios K. Veronikis, M.D.

1    causes contraction and fibro -- a chronic

2    inflammation and scarring and shortening and

3    shrinkage and possibly erosion.

4           Q.     So your interpretation of the

5    Clavé paper is that it says that degradation

6    of TVT® polypropylene produces clinical

7    problems for patients?

8           A.     Yes.

9           Q.     All right.  Any other paper

10   besides that?

11          A.     With TVT®?

12          Q.     Yes.

13          A.     Not that I recall off the top

14   of my head.

15          Q.     Okay.  Now I'm going to broaden

16   it.  You anticipated that.

17                 Are you aware of any papers

18   that say polypropylene in general in use with

19   vaginal surgery degrades to such an extent

20   that it causes clinical problems for

21   patients?

22          A.     All mesh, or mesh in general,

23   right?

24          Q.     Yes.

Dionysios K. Veronikis, M.D.

1          A.      Yeah.

2                  I am.  Let me refresh my

3      memory.

4          Q.      Let me ask this.

5          A.      Yes.

6          Q.      Do you cite any paper in either

7      of your reports, Exhibits 2 or 3, concerning

8      TVT® or Gynemesh® that to support the

9      proposition that polypropylene degrades and

10      causes clinical problems for patients?

11          A.      I don't know that there's any

12      papers that say there's clinical problems.

13          Q.      Okay.  Now, by the way, how

14      many hours did you spend just preparing for

15      this deposition?

16          A.      20.

17          Q.      Okay.  We went through a long

18      list of potential risks of sling surgery

19      using polypropylene, right?

20                  Remember we compared -- or we

21      talked about Uretex and Desara and all of the

22      risks they have.

23                  Does TVT® have a greater risk

24      than Desara or Uretex with respect to any

Dionysios K. Veronikis, M.D.

1    complications?

2         A.      Yes.

3         Q.      Potential complications?

4         A.      Yes.

5         Q.      Which ones?

6         A.      Cording, roping, because of the

7    fraying that occurs and loss of fibers.

8         Q.      Okay.  And then what

9    complication does that cause for the patient?

10        A.      Retention.  It can cause pelvic

11   pain.  It can cause exposure, erosion.

12        Q.      Okay.  Do you have an opinion

13   as to whether the rate of exposure and

14   erosion with TVT® is higher or lower or the

15   same as compared to Uretex and Desara?

16        A.      I don't see many patients that

17   have a Desara problem.  I see very few

18   patients that have a Uretex problem.  I do

19   see many patients with TVT® problem.

20        Q.      Do you have any notion as to

21   how many TVT®s have been implanted versus

22   Desara and Uretex?

23        A.      I'm sure there's a lot more

24   TVT®s.

Dionysios K. Veronikis, M.D.

1       Q.      Right.

2               So it's not really fair to

3   compare numbers of problems you see with

4   Desara and Uretex versus TVT®, true?

5       A.      Sure.  Yes.

6       Q.      Okay.  Are you aware of any

7   study that says that TVT® with respect to any

8   of the complications of -- the potential

9   complications of SUI surgery with mesh has a

10  greater propensity for any of these

11  calculations than competitor products?

12      A.      That study hasn't been done.

13      Q.      And do you have an opinion --

14  do you believe you have sufficient

15  information to state an opinion as to the

16  comparative risks of TVT® versus Uretex and

17  Desara with respect to any of these

18  complications?

19      A.      My opinion is based on the

20  number of patients I see with complications

21  with all slings.  And TVT® is much higher

22  than the others.

23      Q.      Okay.  But you also have just

24  agreed that there are far -- there have been

Dionysios K. Veronikis, M.D.

1    far more TVT®s implanted in the population

2    than there have been Desara and Uretex, true?

3           A.     Yes.

4           Q.     Okay.  10 or 20 times as many,

5    right?

6           A.     I wouldn't know.

7           Q.     Okay.  So do you believe you

8    have a valid scientific basis to state that

9    the complications with TVT® are greater than

10   Uretex and Desara?

11          A.     Yes.

12          Q.     Okay.  And what is that

13   scientific basis?

14          A.     It's based on my entire

15   knowledge, my training, my expertise as a

16   vaginal surgeon, the review of all of the

17   materials that I've had to review, reading as

18   much literature as possible.  There are very

19   few papers that talk about complications from

20   slings, and there's very few papers, if any,

21   that compare one sling over the other for

22   complications.

23          Q.     Well, if there's very few

24   papers, how can that be a scientific basis?

Dionysios K. Veronikis, M.D.

```
 1                    I guess that's my problem.

 2                    I understand that you in your

 3    practice have seen more TVT® complications

 4    than Desara and Uretex.  I understand that.

 5    Okay.  But you've just said there's a whole

 6    lot more TVT®s out in the market.

 7                    So can you point me to any

 8    specific -- I don't mean general, my training

 9    and experience.  Can you point me to any

10    specific scientific basis that you have for

11    stating the opinion that TVT® has a greater

12    risk of complications than Desara or Uretex?

13         A.     There's scientific evidence

14    that looks at what happens to the different

15    meshes with force.

16         Q.     Okay.  What is that?

17         A.     I am sorry.

18         Q.     What is that scientific

19    evidence?

20         A.     That is a paper that I believe

21    was done by Wylie to put force on multiple

22    different slings and look at the way these

23    properties behave outside of the body.

24         Q.     So do you have any -- and I
```

Dionysios K. Veronikis, M.D.

1    wasn't clear, and I'll make it.

2                  Can you point me to any

3    scientific literature that says in the body

4    TVT® has more risk of complications than

5    Uretex or Desara or any other type of

6    polypropylene sling?

7         A.    Not at this time.

8         Q.    Okay.  Do you have any -- and I

9    think -- do you have any estimate as to what

10   percentage of patients with TVT® slings have

11   had problems with long-term inflammation?

12        A.    Ask this again, please.

13        Q.    Do you have any -- and I

14   think -- let me just ask a global question.

15                  You list in your report at

16   page 5 -- okay, let's go to your report, your

17   TVT® report, page 5.

18                  Okay.  Paragraph A, under the

19   list of opinions, right?

20        A.    Yes.

21        Q.    And you see you say the mesh in

22   TVT® can cause foreign body reaction,

23   inflammation, et cetera.

24                  Do you see that?

Dionysios K. Veronikis, M.D.

1          A.      Yes.

2          Q.      Okay.  Do you have any opinion

3     as to what percentage of the patients who

4     have had a TVT® implanted have problems of

5     chronic foreign body reaction, inflammation,

6     fibrotic bridging, mesh contraction, fraying,

7     particle loss?

8          A.      All of the patients I see in my

9     practice.

10         Q.      In your explant practice?

11         A.      Yes.

12         Q.      I appreciate that, but my

13    question was of all of the people that have

14    had them implanted, do you have an opinion as

15    to what percentage have had any of those

16    problems?

17         A.      I don't.

18         Q.      Okay.

19         A.      I have a guesstimate.

20         Q.      I'll hear it even though I

21    don't think it's admissible, but go ahead.

22         A.      30 percent.

23         Q.      And what's that based on?

24         A.      On the shrinkage rate of the

Dionysios K. Veronikis, M.D.

1   polypropylene mesh that it shrinks 20 to

2   40 percent.  So about 30.  So about

3   30 percent of those patients are going to

4   have a problem.

5        Q.    What's that 20 to 40 percent

6   shrinkage rate based on?

7              Is that in vivo or ex vivo?

8        A.    Well, in vivo in animals.  It's

9   not in vivo in patients.

10       Q.    So do you have any data that

11  talks about the shrinkage rate of mesh, of a

12  TVT® mesh, in a woman?

13       A.    No.

14       Q.    And a woman can have foreign

15  body reaction and have no symptoms, true?

16       A.    Some might, yes.

17       Q.    A woman can have fibrotic

18  bridging and have no symptoms, true?

19       A.    I haven't seen any.

20       Q.    I didn't ask whether you've

21  seen any.

22             Can that occur?

23       A.    I haven't seen everyone.  I

24  want to be truthful and precise, but just as

Dionysios K. Veronikis, M.D.

1    I don't know --

2        Q.    Well, there's varying degrees

3    of fibrotic bridging, aren't there?

4        A.    I think fibrotic bridging is

5    fibrotic bridging.  If it comes together as

6    granulomas, it's granulomas.

7        Q.    Are there varying degrees of

8    mesh contracture?

9        A.    It can vary, 20, 30, 40

10   percent.

11       Q.    Down here in opinion C, Ethicon

12   failed to adequately describe to physicians

13   how to properly tension the TVT®.

14            Does this go back to the

15   technique criticisms you had?

16       A.    That's actually in the IFU.  In

17   the IFU in one place it says, "minimal

18   tension," and in one place it says, "no

19   tension."  It talks about doing the placement

20   under a local or under a general.  Under

21   local at 300 MLs they're supposed to cough

22   until there's a drop.  So that is a

23   tensioning approach.  But later on they say,

24   "no tension" and "minimal tension."  So it's

Dionysios K. Veronikis, M.D.

```
 1   not -- it's not very precise.

 2        Q.     Did you read the IFU before you

 3   implanted the TVT® a number of years ago?

 4        A.     Yes.

 5        Q.     Do you believe that experienced

 6   surgeons who perform SUI surgery with mesh in

 7   2010 and before were aware that a potential

 8   complication was acute or chronic pain?

 9        A.     I don't think they knew about

10   it, no.

11        Q.     What about acute or chronic

12   pain with intercourse?

13        A.     No, I don't think they knew

14   about it.

15        Q.     So you don't think experienced

16   surgeons before 2010 knew that acute or

17   chronic pain with intercourse was a possible

18   complication with mesh SUI surgery?

19        A.     May I ask what would you call

20   an experienced surgeon?

21        Q.     Somebody that does sling

22   surgery on a regular basis.

23        A.     I don't know what a regular

24   basis -- once a week?
```

Dionysios K. Veronikis, M.D.

```
 1          Q.     You can't answer the question?

 2          A.     No.  I'm trying to ascertain

 3    what a -- I don't think an experienced

 4    surgeon is someone who does one a week.  I

 5    think an experienced surgeon would be someone

 6    who does three, four a week.  And even I,

 7    when I was first learning about these slings,

 8    wouldn't have thought that a patient would

 9    have had pain with intercourse from a

10    polypropylene sling.

11               And I saw many patients that

12    went to their doctors and all they heard was

13    a common phrase, "It's not the mesh, it's not

14    the mesh, it's not the mesh."  So the

15    examination has to be very specific and

16    precise on where the mesh is placed.  And

17    when you do that and you listen to these

18    women, you see that that is the cause,

19    confirmed by my own removal and their pain

20    goes away.

21          Q.     Was pain with intercourse a

22    risk with Mersilene?

23          A.     I didn't think it was.

24          Q.     Is it?
```

Dionysios K. Veronikis, M.D.

```
 1         A.        Knowing what I know today,

 2    probably.  But it's a lot softer.  It's

 3    lightweight.  It's 33 grams per meter

 4    squared.  It's not 100.  This lays very flat.

 5    You can't feel it so it drastically less.

 6         Q.        Is pain with intercourse a risk

 7    with the Burch procedure or the MMK

 8    procedure?

 9         A.        No.

10         Q.        Paragraph E, Ethicon failed to

11    inform physicians of certain patient

12    populations may be more prone to experience

13    adverse outcomes or higher frequency or

14    severity of risk.

15                   What patient populations fall

16    into that category?

17         A.        Patients that have excessive

18    scarring, and you don't know who that is, but

19    there are patients that formed keloids, for

20    example.

21                   The only warning is in patients

22    that are growing or pregnant are going to

23    have a delivery.  So patients that are on

24    steroids, patients who are diabetic, women
```

Dionysios K. Veronikis, M.D.

1    that have chronic obstructive lung disease,

2    elderly women that may not heal right.  A

3    certain percentage of smokers.

4         Q.     Those are all ones that should

5    not have --

6         A.     Those are ones that ought to be

7    warned that they may have a higher frequency

8    of complications.

9         Q.     Autologous and cadaveric

10   slings, have they always been available for

11   SUI?

12        A.     Autologous sling was actually

13   described in 1907 by Von Giordano was

14   actually an autologous sling.

15        Q.     Yeah, I don't want to go back

16   quite that far.

17               Have they been in regular use

18   for how long?

19        A.     I think they were really

20   popularized in the '40s by Aldridge.

21        Q.     So in the 2000s, were doctors

22   regularly performing sling procedures with

23   cadavers and autologous grafts?

24        A.     I think that when TVT® came

Dionysios K. Veronikis, M.D.

1   along, it changed the mindset of everyone.

2   You don't need to harvest.  You don't need to

3   take the extra time in the OR.  This is quick

4   and easy.  Here you go.  It's a whole kit;

5   put it in.  The report by Ulmsten was you

6   could do this in 25 minutes under local.  The

7   patient goes home the same day.  It all

8   sounded really, really good, and a lot of

9   people abandoned doing autologous slings.

10          Q.     As far as you understand, the

11  Desara sling is safe?

12          A.     The way I use it, yes.

13          Q.     It's not safe if you follow

14  manufacturer's instructions?

15          A.     No.

16          Q.     And the Uretex sling was safe

17  in your technique, but not using

18  manufacturer's instructions?

19          A.     Correct.

20          Q.     Okay.  So down here in

21  paragraph F where you say that there were

22  safer alternative options available, what

23  available options were safer?

24          A.     Burch, autologous slings,

Dionysios K. Veronikis, M.D.

```
 1    cadaveric slings.

 2         Q.     Do you still offer patients

 3    Burch as an alternative if you're not going

 4    to be doing an abdominal surgery?

 5         A.     I do.

 6         Q.     Has anyone chosen that?

 7         A.     One patient.

 8         Q.     So as you're sitting here

 9    today, do you believe a Burch procedure is a

10    safer procedure for a patient than any type

11    of mesh sling procedure?

12         A.     Long term, yes.

13         Q.     Okay.  And do you believe

14    autologous and cadaveric slings are safer

15    procedures than any kind of mesh?

16         A.     Yes.

17         Q.     Do you tell your patients that,

18    do you tell your patients that long -- when

19    you're having this discussion with them and

20    giving the alternatives, do you tell your

21    patients that you can either have a mesh

22    sling, or you can have an autologous sling,

23    or you can have a cadaveric sling, or you can

24    have a Burch procedure?
```

Dionysios K. Veronikis, M.D.

```
 1                    Those are your four

 2   alternatives, right?

 3                    Is that right?

 4        A.      And some urethral plication.

 5        Q.      And what is that, briefly?

 6        A.      Briefly, it's the pubourethral

 7   ligaments that are replaced by TVT®, which is

 8   the theory of Ulmsten and Papa Petros.

 9   Instead of replacing them with an implant,

10   you grasp them and you suture them underneath

11   the midline and create a in-situ sling.

12        Q.      So it's kind of a native tissue

13   repair, so to speak?

14        A.      You could call it that, yes.

15        Q.      It's not using any kind of

16   outside material?

17        A.      Correct.

18        Q.      Okay.  So that's the fifth one

19   you offer?

20        A.      Yes, if their urodynamics are

21   not severe incontinence.

22        Q.      And do you believe that's a

23   safer alternative than any type of mesh?

24        A.      That is the safest, yes.
```

Dionysios K. Veronikis, M.D.

1        Q.    Okay.  So when you're sitting

2   there talking to a patient and you're giving

3   them these five alternatives, do you tell

4   them that all of the alternatives are safer

5   long term than a mesh procedure?

6        A.    I tell them that I don't know

7   what the long-term complications from a sling

8   are going to be.  I tell them that there's a

9   failure from the native tissue repair, that

10  the Burch procedure is more invasive, that

11  the harvesting a piece of their own body is a

12  little invasive, but it's not terribly

13  invasive.  A Burch is more invasive than a

14  sling, and that a cadaveric sling is the same

15  sequence of steps as putting in a

16  polypropylene sling.

17              And I let them pick.

18        Q.    And then do you tell them that

19  long term all the alternatives, other than a

20  mesh sling, are safer?

21        A.    Yes.

22        Q.    Okay.  Is there literature that

23  you can point me to, reliable scientific

24  literature, that says that all procedures for

Dionysios K. Veronikis, M.D.

```
1    SUI, all these other procedures, are safer

2    than any type of mesh sling?

3         A.     No, there's literature that

4    says there's alternatives.  I don't know that

5    anyone has done a head-to-head comparison

6    long term for these procedures the way that

7    they do surgery.

8                When I'm counseling my

9    patients, it's the way that I do surgery and

10   even the polypropylene slings that I place, I

11   do differently.

12        Q.     My question is are you aware of

13   any literature, scientific, published

14   literature, that says that mesh slings are

15   the least a safe alternative for SUI surgery

16   long term?

17        A.     No.

18        Q.     Okay.  In fact, are you a

19   member of any organizations?

20        A.     Yes.

21        Q.     What?

22        A.     ACOG, Society of Gynecologic

23   Surgeons, AUGS, AAGL.

24        Q.     Do any of those organizations
```

Dionysios K. Veronikis, M.D.

1   publish guidelines or practice parameters or

2   position statements about SUI surgery?

3       A.    I think AUGS and SUFU has put

4   something out there.

5       Q.    And do either of those

6   publications state that mesh surgery is the

7   gold standard for SUI treatment?

8       A.    They do call it the gold

9   standard.

10      Q.    What does the gold standard

11  mean to you?

12      A.    What it means to me is if you

13  take a group of surgeons that do the same

14  procedure, that they have uniform results and

15  uniform complications.  That's what the gold

16  standard means to me.

17      Q.    It doesn't mean it's the

18  preferred procedure?

19      A.    I think that the way that it's

20  used it implies that, but that's not what it

21  means to me.

22      Q.    So the gold standard to you, if

23  it's published in these position statements

24  by these organizations that you're a member

Dionysios K. Veronikis, M.D.

1   of, does not mean that it's the preferred

2   procedure?

3        A.    That's not what it means to me.

4   I've seen -- I remember looking at that and

5   calling it the gold standard and years ago

6   the Burch was the gold standard and the

7   sacrocolpopexy is the gold standard.  And

8   what I've always taken that to mean is when

9   we treat women across the country, across the

10  planet, that the procedures that we do in the

11  hands of many are safe, which is what this

12  data is supposed to extrapolate and tell us,

13  the risk/benefit ratio.  So that if someone

14  who is a very good scientist does a very

15  well-designed study and comes up with a

16  percentage of cure, that that would then

17  extrapolate to the hands of other surgeons.

18       Q.    Do you believe that mesh sling

19  surgery is the gold standard for the

20  treatment of SUI?

21       A.    I believe slings are the gold

22  standard.

23       Q.    That wasn't my question.

24       A.    I know.

Dionysios K. Veronikis, M.D.

1        Q.      My question is do you believe

2    that mesh slings are the gold standard for --

3    well, strike that.

4                The AUGS does say that mesh

5    slings are the gold standard for treatment of

6    SUI, true?

7        A.      It says, if I can be specific,

8    multi-incision slings.  So there's

9    single-incision slings.  Those aren't really

10   included.

11       Q.      And the TVT® is not a single

12   incision?

13       A.      It's not a single-incision

14   sling.

15       Q.      Do you agree that the AUGS says

16   that multi-incision polypropylene slings are

17   the gold standard for treatment of SUI?

18       A.      And I'm going to answer that

19   question in, no, I don't believe it's the

20   gold standard.

21       Q.      First of all, it's a two-part

22   question.

23               First of all, do you agree

24   that's what the AUGS says?

Dionysios K. Veronikis, M.D.

1       A.      It says that, yes.

2       Q.      And number two, do you agree

3   with that statement?

4       A.      I do not.

5       Q.      And because?

6       A.      Because they're talking about

7   two completely different types of midurethral

8   slings.  So first is the retropubic TVT®, and

9   the second is the TOT.  So if you lump those

10  two together, those are completely different

11  slings even though they're multi-incision.

12  They have a completely different set of cure

13  and complication profiles.

14      Q.      And you believe that the

15  obturator slings are less safe than the

16  retropubic?

17      A.      If we define -- how do we

18  define safe?  Bladder perforation, they have

19  less bladder perforations.  They have --

20      Q.      Overall safety.

21      A.      Overall safety?

22      Q.      And efficacy.

23      A.      They are less efficacious.

24  They're safer in the sense that you don't

Dionysios K. Veronikis, M.D.

1    enter the pelvic bowl and you injure

2    structures, but they have their own unique

3    set of problems with the leg pain, as you

4    mentioned in one of your questions, with limb

5    pain as it transverses the obturator muscles

6    and the adductors.

7            So they lump those two

8    different kinds of slings as midurethral

9    slings, but they're separate and distinct

10   beasts.

11       Q.    A retropubic midurethral

12   polypropylene sling, is that the gold

13   standard as far as you're concerned for the

14   treatment of SUI?

15       A.    I think the gold standard is

16   being able to do a sling.  That's what really

17   works.

18       Q.    But again --

19       A.    Can it be out of polypropylene

20   done a very specific way like I do?  Yes.

21           But the way that the gold

22   standard is set in that statement it's using

23   the manufacturer's instructions, and I don't

24   think that those slings are the gold standard

Dionysios K. Veronikis, M.D.

1   being placed the way that the company

2   suggested it be placed.

3          Q.     Do you classify the TVT® mesh

4   pore size as macroporous or microporous?

5          A.     It's less than 1 millimeter, so

6   it's micro.

7          Q.     In the body or outside the

8   body?

9          A.     Inside the body.

10         Q.     Okay.  So under the Amid

11  classification, are the measurements made

12  inside of the body or outside the

13  classification?

14         A.     Amid classification is 75

15  microns.  Everything is macroporous by that

16  definition.

17         Q.     So are you aware of any

18  classification system other than the Amid

19  system for classifying pore size in mesh?

20         A.     No.

21         Q.     All right.  Under that

22  classification, the mesh in TVT® is

23  macroporous?

24         A.     Yes.

Dionysios K. Veronikis, M.D.

1      Q.      Right?

2              Okay.  How did you decide which

3      Ethicon testimony to cite in your report and

4      which Ethicon documents to cite in your

5      report?

6              Let me back up.  First of all,

7      are you aware that there have been thousands

8      of pages of testimony from Ethicon employees?

9      A.      I would believe so.

10     Q.      There would be millions of

11     pages produced from Ethicon?

12     A.      I wouldn't doubt it.

13     Q.      And in your report, you cited a

14     few pieces of testimony and cited several

15     documents, right?

16     A.      Yes.

17     Q.      How did you decide which pieces

18     of testimony to cite and what not to cite and

19     which documents to cite and what not to cite?

20     A.      I cited every -- I gathered

21     everything that I thought was relevant from

22     what was sent to me and cited it.

23     Q.      Do you say anywhere in your

24     report that laser-cut mesh -- I see where you

Dionysios K. Veronikis, M.D.

1    often talk about mechanically cut mesh can

2    fray, et cetera, and release particles.

3            Do you have anywhere in your

4    report that you refer to laser-cut mesh

5    having that same issue?

6       A.    Which issue was that?  The

7    fraying?

8       Q.    Like on page 9 you say the

9    mechanically cut mesh was known to rope, curl

10   and deform, and the mechanically cut version

11   of mesh could fray or release particles.

12           Do you have anywhere in your

13   report where you say laser-cut mesh can rope,

14   curl or deform or release particles?

15      A.    Well, I didn't specifically

16   state that, but it's implied.

17      Q.    How is it implied?

18      A.    Well, just because it's laser

19   cut doesn't mean it's not going to fray.

20      Q.    Do you say that in here

21   anywhere?

22           I see where you specifically

23   say the mechanically cut mesh will fray and

24   have particle loss, et cetera.

Dionysios K. Veronikis, M.D.

1              Did you ever say laser-cut mesh

2    will do that?

3         A.    I may have been remiss in

4    saying that.

5         Q.    You mean in not saying that?

6         A.    Not saying that, yes.

7         Q.    When you take a -- when you

8    explant a TVT®, are you able to tell whether

9    it is laser cut or mechanically cut?

10        A.    I can tell before because I

11   have the implant log.

12        Q.    Does the implant log specify

13   mechanical cut versus laser cut?

14        A.    It does.

15        Q.    It says it on there?

16        A.    Uh-huh.  810081 BL.

17        Q.    That's the part number or

18   whatever?

19        A.    Yes.  I am sorry, 41.  810041.

20   The 81 is the TOT.

21        Q.    I think you mentioned 34 TVT®s

22   you removed last year?

23        A.    Yes.

24        Q.    Were you including all the

Dionysios K. Veronikis, M.D.

1    TVT®s or just the TVT® that's the subject of

2    your report here?

3         A.    Just the subject of my report.

4         Q.    So TVT-Os and Abbrevos and

5    whatever else would be on top of that?

6         A.    That's different, yes.

7         Q.    Of that 34, can you tell how

8    many were mechanically cut and how many laser

9    cut?

10        A.    Yes, but I didn't separate them

11   out.

12        Q.    But just so we're clear, is it

13   your testimony that the laser-cut mesh never

14   should have been sold either?

15        A.    Yes.

16        Q.    The Desara and Uretex, were

17   those laser cut or mechanically cut?

18        A.    They're not -- they're neither.

19        Q.    Okay.  And do you ever have to

20   cut a Desara to create exposed edges, a

21   Desara and a Uretex?

22        A.    No, just after implantation,

23   the part that is above the skin, that's the

24   only cut.

Dionysios K. Veronikis, M.D.

1          Q.     Can you point me to any

2    scientific literature that says that particle

3    loss with mesh causes any clinical problems

4    for patients?

5          A.     No.

6          Q.     Have you ever written in any

7    medical operative report or medical record

8    for any patient that you believe some of

9    their clinical problems were related to

10   particle loss from mesh?

11         A.     Not in those words, no.

12         Q.     Have you ever referred to

13   particle loss in any way in any medical

14   record for any patient?

15         A.     Not at this time.

16         Q.     In fact, do you know whether

17   particle loss from TVT® mesh causes any

18   clinical problems with patients?

19         A.     I do.

20         Q.     Okay.  What's your basis for

21   that?

22         A.     It narrows the caliber, the

23   diameter of the mesh, because the actual

24   weave unravels.  When it unravels, it loses

Dionysios K. Veronikis, M.D.

1    its configured design.  It's a design flaw.

2    It should not do that.  There's other meshes

3    that don't do that.

4        Q.    I'm talking about particle

5    loss.  I'm not talking about fraying now.

6            Okay.  I'm talking about

7    particles actually breaking off.

8            Is that what you mean by

9    particle loss?

10       A.    Well, they're almost one in the

11   same.

12           The reason the particles break

13   off and they fray is because the actual weave

14   design of the mesh is flawed.  And because

15   it's flawed, when you put traction on it, the

16   actual heat -- however they weave this, the

17   curly Q breaks off.  That loses that

18   attachment holding the two sutures together,

19   and it frays.

20       Q.    So do you believe there are

21   situations where actual particles of the mesh

22   separate from the body of the mesh?

23       A.    Yes.

24       Q.    Okay.  Have you seen that?

Dionysios K. Veronikis, M.D.

```
 1          A.     Yes.

 2          Q.     And has it ever -- well, I've

 3    already asked that question.

 4          A.     It's the only sling that does

 5    this.  The other slings don't behave this way

 6    at all.

 7                 MR. MATTHEWS:  Break time?

 8                 MR. BALL:  Sure.  Can I ask one

 9         more question before we break?

10                 MR. MATTHEWS:  Sure.

11    QUESTIONS BY MR. BALL:

12          Q.     Can you point me to anybody

13    else who has written a peer-reviewed medical

14    paper that says TVT® has all of these

15    problems with fraying and that type of thing

16    that the other meshes don't have, like you

17    just said?

18                 Can you point me to anybody

19    that has published something and agrees with

20    that?

21          A.     I don't think that they've

22    compared it to other slings.

23          Q.     So you can't point me to any

24    paper that agrees with that statement you've
```

Dionysios K. Veronikis, M.D.

1   made, true?

2        A.     Not at this time.

3        Q.     True?

4        A.     Yes.

5               MR. BALL:  Okay.  That's it.

6        We'll take a break.

7         (Off the record at 11:08 a.m.)

8   QUESTIONS BY MR. BALL:

9        Q.     Now, have you ever -- let me

10   get to your CV here.  You want to get that

11   out.  I've got just a few questions about

12   that.

13               It's attached, I think, to the

14   back of -- have you ever published anything

15   specifically about TVT®?

16        A.     No.

17        Q.     Have you ever published

18   anything specifically about Gynemesh® PS?

19        A.     No.

20        Q.     Have you published anything

21   about use of mesh in SUI surgery?

22        A.     I published a paper looking at

23   the recommendation of a sling with SUI

24   diagnosis.

Dionysios K. Veronikis, M.D.

1        Q.      Where was that published, or

2    how long ago was that, let me ask that?

3        A.      '95.

4        Q.      Have you ever published that

5    TVT® has all these problems and, therefore,

6    should never have been sold?

7        A.      No.

8        Q.      Why not?

9        A.      I've been busy taking care of

10   people.

11       Q.      Have you ever published that

12   Gynemesh® PS -- strike that.  Let me back up.

13               Do you believe Gynemesh® PS was

14   so poorly designed it never should have been

15   sold?

16       A.      Yes.

17       Q.      Have you ever published that

18   opinion?

19       A.      No.

20       Q.      Same reason?

21       A.      Yes.

22       Q.      Have you ever stated in any

23   kind of presentation to other doctors that

24   TVT® never should have been sold?

Dionysios K. Veronikis, M.D.

1        A.      No.

2        Q.      Have you ever said that to any

3   group of doctors about Gynemesh® PS?

4        A.      No.

5        Q.      Why not?

6        A.      Don't normally get in front of

7   a group of doctors.

8        Q.      Well, I mean, you've presented

9   abstracts five times in the last five years,

10  right, according to your presented abstracts

11  in your CV?

12       A.      Which abstracts are you --

13       Q.      Looking at part of your résumé

14  or your CV that says "Presented Abstracts."

15  The second page of your CV.

16       A.      So that first one was

17  sacrocolpopexy.

18       Q.      No.  What I'm asking, did you

19  actually go out there and present your

20  abstract?

21       A.      I did not present it.

22       Q.      On any of these first five that

23  were 2011 to the present, did you do the

24  presentation?

Dionysios K. Veronikis, M.D.

1      A.      I did not.

2      Q.      Okay.  So one of them is mesh

3   complications requiring removal of

4   midurethral slings, oral presentation.

5              Did you do that?

6      A.      Did not.

7      Q.      Did you participate in whatever

8   the materials were?

9      A.      Yes.

10      Q.      Do you have those?

11      A.      What do you mean by materials?

12      Q.      I assume when you make -- what

13   was the format of this oral presentation?

14              Let me back up.  Why would you

15   be listed as giving an oral presentation in

16   September of 2011 about mesh complications

17   requiring removal of midurethral slings, if

18   you didn't do it?

19      A.      I did do it.  I was part of the

20   project, but I was not the one verbally

21   presenting the project.

22      Q.      Were you there?

23      A.      No.

24      Q.      Okay.  So what was the project?

Dionysios K. Veronikis, M.D.

1          A.      The project was looking at all

2     the slings that had issues.  It didn't single

3     out TVT® at that time.

4          Q.      Was that published in some

5     manner?

6          A.      No.

7          Q.      Were there slides or anything

8     to accompany this oral presentation?

9          A.      I'm sure there were.

10          Q.      Okay.  Do you have those?

11          A.      No.

12          Q.      When did you decide that TVT®

13     was so unsafe and never should have been

14     sold?

15          A.      Few years after it came out.

16          Q.      Okay.  So 2005 or before?

17          A.      Around that time.

18          Q.      So what about these invited --

19     here's an invited lecture, Perils for removal

20     of mesh, roundtable discussion, did you

21     attend that?

22          A.      That, I did.

23          Q.      Are there any materials from

24     that?

Dionysios K. Veronikis, M.D.

1        A.      No, that was simply a

2    roundtable discussion.

3        Q.      And at that roundtable

4    discussion, did you say either Gynemesh® PS

5    or TVT® was so unsafe it never should have

6    been sold?

7        A.      I didn't single out any

8    manufacturer or any implant.  The talk was

9    designed at helping docs manage patients that

10   had mesh complications.

11       Q.      The same thing with the

12   April 2013 roundtable in Charleston?

13       A.      Yes.

14       Q.      So you have had occasions where

15   you've made presentations about mesh

16   complications to doctors, right?

17       A.      Yeah, it wasn't -- yes, I

18   didn't consider that a presentation.  I

19   consider a presentation I get up at a podium

20   and I give a talk.  It was mostly at

21   breakfast.  Usually it's seven, eight people,

22   two, three show up and, "How do you do this,

23   how do you do that."

24       Q.      But at none of these roundtable

Dionysios K. Veronikis, M.D.

1    discussions did you say that TVT® or

2    Gynemesh® PS should never be used, true?

3         A.    True.

4         Q.    And there's no written

5    materials for those roundtable discussions?

6         A.    There was not.

7         Q.    Now, do you have some role with

8    training people, residents?

9         A.    Yes, I do.

10         Q.    Where is that done?

11         A.    That's at Mercy.

12         Q.    How many do you train per year

13    or however it works?

14         A.    The program is accredited for

15    six residents at each level for four years,

16    total of 24.

17         Q.    So at any one time you're

18    dealing with 24?

19         A.    There's 24 residents there.

20    It's one-on-one mostly when I'm dealing with

21    them.

22         Q.    But do you deal with all 24 of

23    them throughout the course of the year?

24         A.    Yeah.

Dionysios K. Veronikis, M.D.

```
1          Q.      That's what I meant.  I didn't

2  mean you get all 24 together at once.

3                  Have you ever told the

4  residents they should never use TVT®?

5          A.      Yes.

6          Q.      Okay.  Never use it?

7          A.      No.

8          Q.      And have you ever told them

9  they shouldn't use Gynemesh® PS?

10         A.      Yes.

11         Q.      When did you start doing that?

12         A.      I can't tell you an exact time.

13  It's been years, but they see these patients

14  in the operating room with me, and they get a

15  sense of what they should do and shouldn't

16  do.

17         Q.      There's a book chapter on here,

18  Chapter 18, Dekker, Inc., published in 2003.

19                 Has that been updated since

20  that -- ever?

21         A.      It's not been updated.

22         Q.      Okay.  So it doesn't sound like

23  you have; do you have anything in writing

24  about mesh used for SUI or prolapse?
```

Dionysios K. Veronikis, M.D.

```
1        A.      No.

2        Q.      Besides the residents, have you

3   told any other doctors that they -- that in

4   your opinion they should not use TVT® slings?

5        A.      Yes.

6        Q.      How many?

7        A.      The three or four that do

8   slings at Mercy.

9        Q.      Okay.

10       A.      They ask me specifically what

11  products they should use, and I give them my

12  opinion.

13       Q.      Okay.  Anybody else?

14       A.      Anyone who has asked me.

15       Q.      Well, do they ask you what

16  products you prefer, or do you affirmatively

17  tell them, "Whatever you do, don't use TVT®"?

18       A.      No, I think we have a

19  discussion.  They ask, you know, "How should

20  I manage this, what product should I use,

21  what approach should I use, how should I do

22  it, which products are available."  And I

23  tell them what's available anymore out there

24  is not many more manufacturers left, and I
```

Dionysios K. Veronikis, M.D.

1    recently had this discussion when AMS pulled

2    their product and BARD pulled their product.

3                    Some of the urology colleagues

4    and gynecology colleagues asked what they

5    should do and what my opinion was.  I didn't

6    overly twist their arm to use it or not to

7    use it.  I presented the pros and the cons of

8    what I do, how I do it and why I do it and

9    what's available out there, and I let them

10   decide.  Even though I feel strongly that

11   TVT® is not a good product, I didn't, you

12   know, ram it down their throat and say,

13   "Don't use it."

14          Q.     What is on the market today for

15   SUI mesh besides TVT® and Desara?

16          A.     Advantage Fit.

17          Q.     And that's a Boston Scientific

18   product?

19          A.     Yes.

20          Q.     Do you believe that's a safe

21   product?

22          A.     No, it's not as good as Desara.

23          Q.     Okay.  And what's unsafe about

24   it?

Dionysios K. Veronikis, M.D.

1          A.     It has the same issue with the

2    round straw adaptation to the flat sling.  I

3    think it's pretty easy.  We both learned in

4    second grade that you can't put a square peg

5    in a round hole.  So all of these trocars

6    create a round opening and then they put a

7    square piece in there and it immediately

8    causes it to roll.  It's a design flaw in

9    every manufacturer.

10               So the only way to get around

11   it is to have a sling that allows to you do

12   surgery, open those spaces up, lay the sling

13   nice and flat, and the only product out

14   there, and it doesn't fray, is Desara.

15        Q.     Does the Advantage sling have a

16   fraying issue?

17        A.     Yes.

18        Q.     All right.  So you're critical

19   of the Boston Scientific Advantage product

20   both because it has an issue of fraying and

21   because it has an improper instrumentation?

22        A.     Yes.

23        Q.     And does it also, in your view,

24   recommend inappropriate technique?

Dionysios K. Veronikis, M.D.

1      A.      Yes.

2      Q.      So Advantage, Desara, TVT®, are

3   there any other polypropylene sling products

4   on the market that you're aware of?

5      A.      Coloplast.

6      Q.      Okay.  And what's the name of

7   theirs?

8      A.      The retropubic one is called

9   Supris.

10     Q.      Have you used it?

11     A.      I have not.

12     Q.      Does it have an instrumentation

13  problem?

14     A.      It has less of an

15  instrumentation problem.

16     Q.      Okay.  Do you believe it has an

17  unsafe instrument with it?

18     A.      Not as much because the

19  sling --

20     Q.      I didn't ask as much.  I'm not

21  there to ranking them yet.  I'm just saying

22  do you think it has a safe instrumentation or

23  not?

24     A.      No, it does not.

Dionysios K. Veronikis, M.D.

```
1          Q.      It does not?

2          A.      It does not.

3          Q.      Okay.  Does it have a safe

4    recommended technique?

5          A.      It has a recommend technique.

6          Q.      Is the recommended technique

7    safe?

8          A.      Not in my opinion.

9          Q.      Okay.  And then the mesh

10   itself, is the mesh itself safe?

11         A.      No.

12         Q.      Okay.  So on the market today,

13   is there anything else?  That's the four.

14         A.      There's I-Stop.  I don't see

15   too much of that.  Every now and then I get a

16   patient that has a problem.  I don't know

17   who -- I don't know anyone that uses it

18   around here.  These patients come from far

19   away.

20         Q.      So the four that are used with

21   some regularity in the United States are

22   the -- what did you say the Coloplast was

23   called?

24         A.      Supris.
```

Dionysios K. Veronikis, M.D.

1        Q.     The Supris, the Advantage, the

2   TVT® and the Desara?

3        A.     Yes.

4        Q.     Okay.  And all of those, as far

5   as you're concerned, have unsafe

6   instrumentation?

7        A.     Yes.

8        Q.     And all of them have an unsafe

9   recommended technique?

10       A.     Yes.

11       Q.     And all of them, except the

12  Desara, have an unsafe mesh?

13       A.     Yes.

14       Q.     Okay.  And maybe is the Desara

15  a safe mesh or not?

16       A.     Yeah, I was thinking of the

17  difference between the Supris and the pore

18  size and the configuration and the diameter,

19  comparing that to the TVT® and then comparing

20  all of it to each other real quick.

21       Q.     So does Desara have a safe or

22  unsafe mesh?

23              I'm not talking about the

24  instrumentation.  I'm not talking about the

Dionysios K. Veronikis, M.D.

```
 1   technique.

 2                Is the mesh itself safe with

 3   the Desara as far as you're concerned?

 4        A.     The mesh has the same problem,

 5   it is polypropylene and degrades.

 6        Q.     Do you consider it reasonably

 7   safe, the mesh itself?

 8        A.     Same category as all the

 9   others.

10        Q.     So is it fair to say that all

11   of the meshes that are on the market today,

12   you consider all of them for SUI surgery to

13   be unsafe?

14        A.     At this point in time with

15   everything I've reviewed and everything I've

16   learned, they are not safe.

17        Q.     Okay.  None of them?

18        A.     None of them.

19        Q.     Okay.  And then in ranking,

20   okay, we'll doing ranking now.

21                I assume because you use the

22   Desara you believe it is the least unsafe?

23        A.     Yes.

24        Q.     Okay.  What's next?  If it
```

Dionysios K. Veronikis, M.D.

1    wasn't around, what would you use next?

2          A.     I probably wouldn't use any.  I

3    would probably go to cadaver or do something

4    else.

5          Q.     So the other three, the

6    Coloplast, the Boston Scientific and the

7    TVT®, those SUI sling products, you just

8    wouldn't use them, period, true?

9          A.     Definitely not.

10         Q.     True?

11         A.     Yes.

12         Q.     Are there any studies showing

13   the long-term efficacy and complication of

14   the Uretex or the Caldera Desara sling?

15         A.     No.

16         Q.     If the Uretex sling were still

17   on the market, would you use it?

18         A.     Yes.  That would be my

19   preferred sling.

20         Q.     Above the Desara?

21         A.     Yes.

22         Q.     And what happened to it?

23         A.     It was a French company called

24   Sofradim and something happened, it got sold,

Dionysios K. Veronikis, M.D.

1    and I think Covidien purchased them.  BARD

2    didn't purchase them, so they lost the rights

3    to import the sling.

4         Q.     So is that sling still on the

5    market somewhere?

6         A.     I don't think so.

7         Q.     In your opinion about the

8    relative merits of the various slings and

9    instruments and techniques, you're not aware

10   of any medical review or medical literature

11   that makes a comparison like that and reaches

12   those kinds of conclusions, true?

13        A.     True.

14        Q.     Okay.  This is all essentially

15   based on your personal opinion based on your

16   personal experience?

17        A.     Yes.

18        Q.     Let's take 2005 to 2010.

19   During that time period, were the IFU

20   warnings any different for the Uretex or the

21   Desara sling versus the TVT® in any material

22   way?

23        A.     2005?

24        Q.     To 2010, during that time

Dionysios K. Veronikis, M.D.

1    period?

2         A.    So I was not using Desara.

3         Q.    Well, I thought you said you

4    started in 2010, that's why I included it.

5         A.    Okay.  So from -- I started

6    January 2010.

7         Q.    So starting January 2010 and

8    going backward to 2003?

9         A.    Okay.

10        Q.    Which is when you started using

11   the Uretex?

12        A.    Uh-huh.

13        Q.    During that time period, were

14   the warnings in the IFU about the SUI slings

15   any different in a material way between the

16   Uretex IFU, the Desara IFU and the TVT® IFU?

17        A.    With respect to the material?

18        Q.    No, with respect -- by

19   material, I meant relevant or a significant

20   way.  Let me reask the question.  I'll get

21   rid of the word "material."

22        A.    Okay.

23        Q.    From 2003 to 2010, the warnings

24   in the IFU between the Desara warnings, the

Dionysios K. Veronikis, M.D.

1    Uretex warnings and the TVT® warnings, were

2    they different in any way that was

3    significant to you during that time period?

4        A.    They were the same, but I want

5    to qualify that I didn't read or look at the

6    Caldera Desara until 2010.  So I already knew

7    what the IFU was for the Uretex and the TVT®.

8        Q.    But you looked -- when you

9    looked at it in 2010, did you notice it being

10   significantly different in terms of

11   warnings --

12       A.    It had a lot -- the Desara had

13   a lot more warnings.

14       Q.    Okay.  In January 2010?

15       A.    Yes.

16       Q.    Do you know when it came on the

17   market?

18       A.    Around that time.

19       Q.    Okay.

20       A.    I was looking for another

21   sling, they were at a conference and I asked

22   to be evaluated.

23       Q.    So the Uretex and TVT® slings

24   had substantially the same warnings, right,

Dionysios K. Veronikis, M.D.

1    during the time they were on the market in

2    2003 to 2010?

3         A.    I think the Uretex had more

4    warnings than the warnings that were in the

5    TVT®.

6         Q.    Okay.  During the 2003 to 2010

7    time period?

8         A.    Yes.

9         Q.    And what was more about them?

10        A.    Injury to organs, talked about

11   retention, talked about urgency.  Just more

12   of the routine things that you would expect

13   from a sling.

14        Q.    There was more of that type of

15   warning 2003 to 2010 with the Uretex product

16   than the TVT®?

17        A.    Yes.

18        Q.    Okay.  And then the Desara was

19   kind of a new generation sling as of January

20   of 2010?

21        A.    Yes.

22        Q.    And it had more warnings?

23        A.    Yes.

24        Q.    And that was not surprising to

Dionysios K. Veronikis, M.D.

1    you because there had been many more years of

2    experience?

3          A.    Yes.

4          Q.    Now, in terms of warnings to

5    doctors, manufacturers can get warning

6    information to doctors through methods other

7    than the IFU, true?

8          A.    Yes.

9          Q.    Professional education programs

10   can provide warnings, right?

11         A.    Yes.

12         Q.    There can be surgeon monographs

13   that can supply warnings?

14         A.    Yes.

15         Q.    Have you evaluated any of the

16   sources of warnings that Ethicon gave to

17   doctors other than the IFU?

18         A.    Yes, I've looked at some

19   material.

20         Q.    In your report, do you make

21   reference to any other materials that

22   contained warnings other than the IFU?

23         A.    No.  Because essentially

24   information was the same as the IFU, and I

Dionysios K. Veronikis, M.D.

1    relied on the sure bet that that information

2    was always with the product rather than

3    trying to second guess whether surgeon A, B

4    or C did get this material.

5        Q.    Have you ever reviewed the

6    surgeon monograph with respect to the

7    Prolift® product, which was a Gynemesh® PS

8    product?

9            Have you evaluated that?

10       A.    What did you call it?

11       Q.    Surgeon monograph.

12       A.    Yes.

13       Q.    You've reviewed it?

14       A.    Yes.

15       Q.    Did that have the same or more

16   or different warnings than the IFU?

17       A.    Had more pictures.

18       Q.    I didn't ask that.

19            Did it have the same or

20   different warnings than the IFU?

21       A.    Pretty much the same.

22       Q.    Okay.  Did you review the

23   professional education materials for the TVT®

24   and the Gynemesh® PS that were used by

Dionysios K. Veronikis, M.D.

1    Ethicon to help educate doctors?

2                    Did you review those?

3          A.      I reviewed what was available

4    to me.

5          Q.      Were there any different

6    warnings in the professional education

7    materials for the TVT® or the Gynemesh® PS

8    more than in the IFU?

9          A.      No.

10         Q.      But you don't make -- with

11   respect to your warning sections in both the

12   Gynemesh® report and the TVT® report, the

13   only warnings you refer to are warnings that

14   are in the IFU, true?

15         A.      Yes.  And I based that on the

16   fact that that was a sure thing for me that

17   that came with the kit.

18                   I don't know whether the

19   surgeons viewed the video, looked at the

20   pamphlets.  I am not sure what they had done.

21   But that was a constant.

22         Q.      But in any particular case, you

23   would want to examine all of the information

24   that was available from Ethicon to the

Dionysios K. Veronikis, M.D.

1   doctors in order to assess the adequacy of

2   the warnings, true?

3        A.    Not if they're the same as the

4   IFU.  I think it's the same.

5        Q.    Your belief is that none of the

6   materials had any different warnings in them?

7        A.    Correct.

8        Q.    Okay.  Are there any warnings

9   in an IFU for an SUI product that you thought

10   were adequate?

11        A.    When I read it years ago, I

12   thought it was adequate.  Reading it today,

13   none of them mention frequency.  None of them

14   mention how often these events occur, what

15   the long-term consequences are.

16             So they're all not adequate.

17        Q.    Okay.  So when you read the

18   TVT® IFU back in the early 2000s when you

19   tried out the product, you thought the

20   warnings were adequate at that time?

21        A.    I would have thought so, yes.

22        Q.    Okay.  And you now have

23   concluded that none of the IFUs for any of

24   the mesh slings are adequate, true?

Dionysios K. Veronikis, M.D.

```
 1        A.      With everything -- yes, with

 2   everything I know today, they are not

 3   adequate.

 4        Q.      None of them?

 5        A.      None of them.

 6        Q.      And you're saying this because

 7   they don't state frequency?

 8        A.      Yes.

 9        Q.      Okay.  Frequency of what?

10        A.      How often is there a bladder

11   perforation, how often is there an exposure,

12   how much mesh contracture occurs, what are

13   the pore sizes, what happened to the

14   effective pore size.  It's a very small

15   percentage of the information that any doc

16   needs to truly understand what he or she is

17   going to offer that patient and how to

18   counsel that patient.

19             So everything we tell a patient

20   before surgery is based on what our

21   understanding is and our best efforts at

22   explaining those risks and benefits to the

23   patients.  So when it's very small, you don't

24   have enough information to truly counsel a
```

Dionysios K. Veronikis, M.D.

1   patient effectively.

2        Q.     Today is your counseling of the

3   patient based more on the IFU or on your own

4   personal experience?

5        A.     Both.

6        Q.     Is it based more on one or the

7   other?

8        A.     Probably more on my experience

9   at this point.

10       Q.     Now, you say the IFU doesn't

11  tell frequency.

12              Do you have an opinion as to

13  what the frequency of exposure is with a

14  TVT®?

15       A.     Yes.

16       Q.     Because I thought -- here's the

17  reason I'm asking this.  I thought we went

18  down this before, and I thought you said

19  rather than -- let me back up.

20              I thought you said before you

21  didn't have an opinion as to what the

22  percentage of frequency was with any of the

23  potential complications, and that's where I'm

24  getting confused.  So I'm going to ask that

Dionysios K. Veronikis, M.D.

1    broad question first.

2         A.      Yes.

3         Q.      Do you have an opinion as to

4    the frequency of any of the potential

5    complications with a TVT®?

6         A.      Two-part answer.

7         Q.      Okay.

8         A.      No, because I don't know the

9    denominator.

10        Q.      Right.

11        A.      And I don't know -- what I know

12   for certain are the patients that present to

13   me with those complications, and the patients

14   that present to other surrounding surgeons

15   with those complications.  So the only way to

16   know that is to pool a very large number of

17   docs and figure out what it is.  And even if

18   you found out what it was, you would have to

19   know the exact number of slings that went in.

20        Q.      So do you believe that the

21   percentages of any of the complications with

22   the TVT® such as exposure, chronic foreign

23   body reaction, chronic pain with intercourse,

24   do you believe that is knowable?

Dionysios K. Veronikis, M.D.

```
 1          A.     It can be knowable, yes.

 2          Q.     Okay.  So do you know of anyone

 3    or any paper or anything that would give

 4    reliable percentages of the frequency of

 5    complications such as dyspareunia,

 6    contraction, exposure?

 7          A.     That study hasn't been done.

 8          Q.     Okay.  And you're not aware of

 9    any published papers on those topics?

10          A.     Correct.

11                 Even the Nilsson paper that's

12    cited on the back of the AUGS, SUFU, had

13    almost a -- half the patients went away.  So

14    although they reported a few complications,

15    you don't know what the other 45, 47 patients

16    that got lost to follow-up were doing.

17          Q.     So if a patient asked you,

18    "What is the percentage chance that I'm going

19    to have dyspareunia after a sling procedure,"

20    you wouldn't be able to give them a

21    percentage?

22          A.     The percentage I give -- I can

23    give them percentage on what I do.  The way I

24    do.
```

Dionysios K. Veronikis, M.D.

```
1          Q.    I mean, the general, if they
2     ask you just generally, not just you, Doc,
3     just generally --
4          A.    25 percent.  25 percent.
5          Q.    -- have dyspareunia?
6          A.    25 percent can have
7     dyspareunia.
8          Q.    Okay.  What's your source for
9     that number?
10         A.    That source is a paper by
11    Hilary Cholhan.
12         Q.    And that's not -- is that
13    long-term dyspareunia or temporary or both?
14         A.    It was de novo dyspareunia.
15         Q.    But long term or --
16         A.    It never got followed up,
17    reported after that.
18         Q.    That's all products, not just
19    TVT®?
20         A.    That was not just specific
21    TVT®.
22         Q.    Is that what you tell patients
23    then, that there's a 25 percent chance of
24    dyspareunia with a general percentage with
```

Dionysios K. Veronikis, M.D.

1    mesh?

2         A.     No.  Because I don't follow the

3    manufacturer's instructions for placement.

4         Q.     What if they ask you what the

5    general percentages of exposure or erosion,

6    do you give a percentage?

7         A.     It's from 4 to 12.  4, 18,

8    17 percent.  It depends on --

9         Q.     I'm getting confused because a

10   minute ago I asked you if there were any

11   published studies about these percentages,

12   and you said no, and now you're rattling off.

13   I'm having trouble.

14        A.     There are some papers that talk

15   about, but they're very small groups and the

16   percentages are all over the board.

17        Q.     So I think I used the word

18   "reliable," and I think that's -- so you're

19   not aware of any reliable scientific papers

20   that have been published that give what you

21   think are reliable estimates of the

22   percentage of complications of dyspareunia,

23   pelvic pain, erosion, contraction, that type

24   of thing, true?

Dionysios K. Veronikis, M.D.

```
 1         A.      True.

 2         Q.      You said that you gave the

 3   general numbers like 85 percent cure and 7 or

 4   8 percent improvement with mesh slings.

 5                 Remember that?

 6         A.      That was with the TVT®.

 7         Q.      TVT®.

 8                 Are there any general numbers

 9   like that for other products?

10         A.      Yes.

11         Q.      What are they?

12         A.      I know the Mersilene sling by

13   Steve Young had a 94 percent success rate.

14         Q.      Okay.

15         A.      Studies cite fascial slings

16   95 percent.

17         Q.      I was talking about polyester

18   slings.

19                 Are there any results on the

20   Desara sling, the Uretex and the other ones

21   that you've mentioned?

22                 MR. MATTHEWS:  Object to the

23         form.  Those are not polyester slings.

24                 MR. BALL:  Polypropylene.  That
```

Dionysios K. Veronikis, M.D.

 1          was my error.

 2               MR. MATTHEWS:  Okay.

 3     QUESTIONS BY MR. BALL:

 4          Q.     Polypropylene slings, the other

 5     ones, is there any data that you find

 6     reliable about the success rates with other

 7     polypropylene slings?

 8          A.     There's data to suggest that

 9     all slings have a high cure rate.

10          Q.     Of?

11          A.     85, 90.  Depending whether you

12     look at objective or subjective data,

13     sometimes that a little bit different.

14          Q.     So in terms of success rates,

15     the TVT® sling is consistent with the other

16     polypropylene slings that have been on the

17     market the last 10 or 15 years, true?

18          A.     Yes.

19          Q.     Okay.  And in terms of

20     complications, you don't have reliable data

21     to compare the rate of complications with

22     TVT® versus the other polypropylene slings

23     that have been on the market the last 10 or

24     15 years, true?

Dionysios K. Veronikis, M.D.

1          A.      True.

2          Q.      I wanted to ask you before we

3    get into the Prolift® here, can you tell

4    me --

5                  MR. BALL:  Let's go off the

6          record for a second.

7           (Off the record at 11:52 a.m.)

8    QUESTIONS BY MR. BALL:

9          Q.      Are you aware of any published

10   scientific literature that is critical of the

11   instruments used with TVT®?

12         A.      No.

13         Q.      Are you aware of any published

14   scientific papers that are critical with the

15   technique recommended in the IFU for the

16   TVT®?

17         A.      No.

18         Q.      Are you aware of any scientific

19   papers that are critical of the mesh design

20   with the TVT®?

21         A.      No.

22         Q.      Okay.  Have you read -- do you

23   know which versions of the IFU -- well, let

24   me back up.

Dionysios K. Veronikis, M.D.

```
1                    Have you read the IFU that

2    accompanies TVT® today?

3         A.     I don't think so.

4         Q.     Okay.  So you don't have any

5    opinion as to whether it's adequate or not,

6    the warnings in there?

7         A.     No, I actually tried to click

8    on it several times and it didn't download

9    for me to get the latest version.

10        Q.     Other than being a doctor who

11   reads warnings, do you have any other

12   qualifications in the content of warnings?

13        A.     I'm not sure I understand the

14   question.

15        Q.     What are your qualifications to

16   judge the adequacy of warnings besides the

17   fact that you're a doctor that reads IFUs?

18        A.     I've written several

19   instructions for use on instruments I've

20   designed.

21        Q.     For what?

22        A.     One was for a vaginal dilator

23   for women that have a shortened vagina.

24                    Another one is for an
```

Dionysios K. Veronikis, M.D.

1    instrument to do pelvic surgery, sacrospinous

2    colpopexy.

3         Q.     Have those been commercialized,

4    those products?

5         A.     Yes.

6         Q.     And did you write the warnings

7    in the IFU?

8         A.     Yes.

9         Q.     Or just the technique?

10        A.     I wrote both.

11        Q.     Okay.  Did anyone help you

12   write the warnings?

13        A.     They gave me a handout on what

14   it should include, and I wrote it.

15        Q.     If I wanted to have those IFUs,

16   where would I get them?

17        A.     I don't know where you would

18   get them at this time.  Here's why:  The

19   company got sold.  Currently the product got

20   bought by -- let me think.  I'll think of it

21   in a second.  I'll think of it.

22              So I did not have a binding

23   contract with the company that I did this for

24   so when they sold it to -- oh, I'll think of

Dionysios K. Veronikis, M.D.

1    the name.  Who are they?

2              So I don't get any royalties or

3    anything on that.  I don't know where it's

4    at.

5         Q.    Do you have copies of the IFUs

6    for those products?

7         A.    I'm sure I don't.

8         Q.    Do you still use the products?

9         A.    I do not.

10        Q.    So you don't have any copies of

11   IFUs that you've ever been involved in

12   writing?

13        A.    That's correct.

14        Q.    In addition to the IFU,

15   doctors -- in addition to the IFU and other

16   materials the company might supply to doctors

17   about warnings, the doctors also have a

18   responsibility to keep up on continuing

19   medical education about the procedures they

20   perform, true?

21        A.    Sure, yes.

22        Q.    And they also have a

23   responsibility to be aware, for example, of

24   FDA notifications about the procedures they

Dionysios K. Veronikis, M.D.

1    use, true?

2         A.    Yes.

3         Q.    And also the position

4    statements and publications of the

5    organizations they're members of, true?

6         A.    Yes.

7         Q.    And those can all be sources of

8    information about warnings, true?

9         A.    Yes.

10        Q.    Are there more cites in your

11   reports to company documents or peer-reviewed

12   literature?

13        A.    Probably company documents.

14        Q.    Why is that?

15        A.    I thought that that was a very

16   relevant source of things that were not in

17   the peer-reviewed literature that truly spoke

18   to the issues that the mesh had that were not

19   evident by any peer-reviewed literature.

20        Q.    One reason I want to cover

21   before we get into the Gynemesh® is I want to

22   make sure that I understand and have on the

23   record any communications that you recall

24   having with anybody who worked for Ethicon.

Dionysios K. Veronikis, M.D.

1                Okay?

2        A.      Okay.

3        Q.      All right.  So, first of all, I

4   think you said back in the early 2000s there

5   was a person who encouraging you to try TVT®,

6   right, and you gave us a name earlier in the

7   deposition, and it escapes me?

8        A.      Hattie Loggie.

9        Q.      Okay.  Other than her

10  encouraging you to try TVT® in your SUI

11  surgery and you telling her that you had some

12  issues with it, anything else you remember

13  about those communications?

14       A.      With her?

15       Q.      Yes.

16       A.      No, I remember there was -- I

17  had communications with her.

18       Q.      I'm going to get to other

19  people in a minute.  I want to take them one

20  at a time.

21       A.      I am sorry, ask that question

22  again.

23       Q.      So you had communications back

24  in the early 2000s with this woman about --

Dionysios K. Veronikis, M.D.

```
 1   where she was encouraging you to try TVT®,

 2   and you tried it, and you told her what your

 3   issues were, right?

 4        A.     Yes.

 5        Q.     Anything else about those

 6   communications that you can recall?

 7        A.     No.  Nice lady.  She wanted me

 8   to try it, and I declined.

 9        Q.     Well, you tried it and then

10   declined using it more?

11        A.     Right.  Yes.

12        Q.     By the way, did the two people

13   you tried it on have any long-term problems,

14   do you know?

15        A.     No, I don't think so.

16        Q.     And then you also mentioned a

17   Will Irby at one point in time that you had a

18   conversation with.

19        A.     Yes.

20        Q.     Who was he?

21        A.     I don't recall his exact title,

22   but he had something to do with maybe the

23   product manager for TVT®.

24        Q.     Okay.  And what were the nature
```

Dionysios K. Veronikis, M.D.

1    of your communications with him?

2         A.    He was introduced to me by

3    Hattie Loggie as someone who might be a

4    potential customer for using TVT®.

5         Q.    Okay.  And what was the

6    nature -- and then just tell me about those

7    communications.

8         A.    My recollection is I met the

9    man once.  It was in my office.  I asked

10   about the product.  He gave me a VCR at the

11   time --

12        Q.    Was this before or after you

13   tried it with --

14        A.    It was before.

15        Q.    Before?

16        A.    Yeah, it was before.

17        Q.    So this was kind of in

18   conjunction with you trying it out the first

19   time?

20        A.    Yeah.  Yes.

21        Q.    Okay.  Anybody else from

22   Ethicon that you ever had any communications

23   with about TVT®?

24        A.    Retropubic TVT®?

Dionysios K. Veronikis, M.D.

1      Q.     Yes.

2      A.     Now, there was a Jim Bly, but I

3   think that was regarding TVT-Secur.  So I

4   think retropubic TVT® was Will Irby.  There

5   was Hattie Loggie.  There was maybe her

6   regional manager, Hattie's regional manager,

7   that moved to Atlanta, but I can't recall his

8   name.

9      Q.     And that was all about wanting

10  you to try it out, and you tried it out, and

11  you told them your thoughts?

12     A.     Yes.

13            And after I tried it, I think

14  Hattie set up this meeting.  I remember

15  they -- we went to dinner at Morton's and he

16  asked me what my concerns were, and I relayed

17  then my concerns about the tunneling, the

18  curling, the rolling, the fraying, all of

19  those things.

20     Q.     Now, did you get any specific

21  training on using the TVT® before you tried

22  it out?

23     A.     Yes.

24     Q.     What was the nature of that

Dionysios K. Veronikis, M.D.

1  training?

2       A.     I think there was some sort of

3  course.  I remember being flown.  I don't

4  remember where I flew, maybe it was

5  Cincinnati.  And there was a -- it was pretty

6  impressive.  There were a couple hundred

7  people there.  They took us in in buses, and

8  they had live surgery, video and --

9       Q.     This is about TVT®?

10      A.     Yes.

11      Q.     And this was before you tried

12  it the first time?

13      A.     Yes.

14      Q.     Did you ever go locally here

15  and watch anybody or have any training from

16  that?

17      A.     No.

18      Q.     Did you ever go over to France

19  with Prolift®?

20      A.     No.

21      Q.     Or Gynemesh®?

22      A.     No.

23      Q.     Now, I've been talking about

24  TVT®.  Now I want to switch to Prolift® or

Dionysios K. Veronikis, M.D.

```
 1   Gynemesh®.

 2          A.     Okay.

 3          Q.     Prolapse products.

 4          A.     Okay.

 5                 MR. MATTHEWS:  Well, he didn't

 6          give an opinion on Prolift®.

 7                 MR. BALL:  He gave an opinion

 8          about Gynemesh®.

 9                 MR. MATTHEWS:  Right.  That's

10          two different things.

11                 MR. BALL:  Yeah, I understand.

12          But his report is full of references

13          to Prolift®.  Okay.

14   QUESTIONS BY MR. BALL:

15          Q.    Is Prolift® made out of

16   Gynemesh® PS?

17          A.     It is.

18          Q.     All right.  And did you ever

19   have any communications with anybody from

20   Ethicon connected with any product made out

21   of Gynemesh® PS?

22          A.     So let me just think out loud

23   for a second.

24                 Okay?
```

Dionysios K. Veronikis, M.D.

1                There was a young lady that

2    drove me to Wichita, Kansas, to watch Dave

3    Robinson, Dr. Robinson, who I had met a

4    couple years prior, so I think worked for

5    Ethicon.  I recently just took out one of his

6    posterior Prolift®s just a few days ago.  So

7    Dave Robinson.  I don't recall the girl's

8    name.  Maybe Tracy.  We went -- she drove me

9    in her car, went to Wichita, Kansas, if I

10   recall correctly, her, Dr. Robinson.

11        Q.    Dr. Robinson did the surgery?

12        A.    Yes.

13        Q.    Okay.  And you watched him do

14   it?

15        A.    I watched him do it.

16        Q.    Okay.  That's one episode.

17                At that time had you used

18   Gynemesh® PS any?

19        A.    I had not.

20        Q.    Okay.  Any other communications

21   you had with anybody from Ethicon about any

22   Gynemesh® PS product?

23        A.    I'm thinking.  I don't recall.

24   If you have something to jog my memory.

Dionysios K. Veronikis, M.D.

1     Q.     What happened at the end of

2  that Wichita trip?

3     A.     Like typically what happens,

4  they want you to become a customer, try the

5  product.  It seemed like Dr. Robinson put it

6  in pretty smooth.  It seemed smooth.  He

7  talked about what the advantages,

8  disadvantages were.  I was very comfortable

9  doing vaginal surgery, doing sacrospinous.

10  And my interactions with Dave, a couple years

11  before he was interested in that instrument

12  that I developed for doing sacrospinous and

13  accessing that area of the pelvic floor and

14  that -- really don't think I have any other

15  recollection besides that.

16         Anybody else?  I think Jim Bly,

17  maybe Jim Bly brought me.  I always like to

18  have stuff.  I always like to play with it,

19  touch it, read things, look at the trocars.

20  I'm very hands-on, mechanical.

21     Q.     What's Jim Bly's role?

22     A.     He's a salesperson.

23     Q.     But you think that was about

24  the TVT-O or about the --

Dionysios K. Veronikis, M.D.

1      A.      No.

2      Q.      -- or the Secur?

3      A.      He was about Prolift® and

4  Secur.

5      Q.      Okay.  And you think you did

6  have some interaction with him about a

7  Gynemesh® PS product Prolift®?

8      A.      It was about a posterior

9  Prolift®.  I still have it.

10              No.  No, it was a total

11  Prolift®.  It was a total.

12     Q.      And what was that communication

13  about?

14     A.      Basically wanting me to try it.

15     Q.      Okay.  So any other

16  communications?

17     A.      Jogging my memory, that's all I

18  remember.

19     Q.      Okay.  Do you know if there's

20  any difference between the mesh that is

21  Gynemesh® PS and the mesh used in TVT®?

22     A.      Yes, there is.

23     Q.      What's the difference?

24     A.      Well, PS is 45 grams per meter

Dionysios K. Veronikis, M.D.

1    squared.  It has --

2        Q.    So it's lighter?

3        A.    It's lighter, which is why TVT®

4    is considered heavy.  And learning all of

5    this and thinking about it, reading about it

6    and everybody's in a lightweight mesh, you

7    think that someone would make a sling that's

8    lightweight.  The pores have a funny

9    configuration.  They're not the same.  They

10   vary in size, and there's a fiber that runs

11   across it.  So depending on how you measure

12   it, you can get something from very small to

13   1 millimeter to 1.5 to .3.  It's all over.

14       Q.    Are the TVT® pore sizes that

15   consistent?

16       A.    Before you implant it, yes.

17       Q.    So far the differences between

18   TVT® and Gynemesh® PS is irregularity in pore

19   size and also the weight.

20             Anything else?

21       A.    They're both polypropylene.

22       Q.    Is the polypropylene the same,

23   to your knowledge?

24       A.    Yes.

Dionysios K. Veronikis, M.D.

```
 1        Q.      Okay.

 2        A.      They're both polypropylene.

 3   The TVT®'s used for slings.  The Gynemesh® is

 4   used for prolapse, cystocele, rectocele,

 5   vaginal apex support.  Variable size in the

 6   pores.  Color's different.  It's got blue

 7   stripes in the Gynemesh® where the early TVT®

 8   was clear.  Later TVT® is blue.

 9        Q.      Is Gynemesh® PS a lightweight,

10   macroporous, monofilament mesh?

11        A.      It's medium weight,

12   macroporous, monofilament.

13        Q.      What's the dividing line

14   between light and medium --

15        A.      About 28, 28 -- I am sorry.

16        Q.      We've been doing great.

17        A.      Sorry.

18        Q.      Lightweight cutoff is what?

19   What were you just going to say?

20        A.      28 to 30 grams per meter

21   squared.

22        Q.      And below, that's lightweight?

23        A.      Yes.

24        Q.      And 30 to what is medium
```

Dionysios K. Veronikis, M.D.

```
 1    weight?

 2         A.      60, 50.

 3         Q.      And above 50 or 60 is

 4    heavyweight in your view?

 5         A.      Yes.

 6         Q.      I'm now going to be asking you

 7    principally about Gynemesh® PS, okay, so

 8    we're switching gears.  It doesn't mean that

 9    there might not be some overlap, but we're

10    switching gears.

11              Doctor, can you tell me --

12    first of all, have you ever used Gynemesh®

13    PS?

14         A.      Yes.

15         Q.      Okay.  Kind of globally tell me

16    what your experience is using that, and then

17    I'll ask you more specific questions.

18         A.      I didn't like it.

19         Q.      Well, I didn't ask whether you

20    liked it or not yet.  I kind of figured you

21    didn't like it or you wouldn't be here.

22              What have you used Gynemesh® PS

23    for?

24         A.      I've never used Gynemesh® PS.
```

Dionysios K. Veronikis, M.D.

1    I've used Prolift®, which has Gynemesh® PS.

2          Q.    But I'm encompassing -- so

3    what what have you used -- let me back up.

4                Gynemesh® PS -- Prolift® is

5    made out of Gynemesh® PS, right?

6          A.    Yes.

7          Q.    All right.  The only Gynemesh®

8    PS you've used is Prolift®?

9          A.    Yes.

10         Q.    Okay.  And how many times have

11   you used Prolift®?

12         A.    Just once.

13         Q.    Okay.  And when was that?

14         A.    Shortly after I visited Dave

15   Robinson.

16         Q.    Okay.  Did that patient have

17   complications?

18         A.    Yes.

19         Q.    Okay.  In what nature?

20         A.    She had protracted pain.

21         Q.    Did it eventually go away?

22         A.    She didn't come back.

23         Q.    So you don't know?

24         A.    Don't know.

Dionysios K. Veronikis, M.D.

```
1          Q.     All right.  Just remembered.
2    When you do an implant of a TVT® -- or excuse
3    me, an explant of a TVT®, the surgeries that
4    come to you, what has been your success rate
5    in resolving their problems?
6          A.     A percentage, you're looking
7    for a percentage?
8          Q.     Yes.
9          A.     95 percent.
10         Q.     Okay.  And when you do that, do
11   you do something else to deal with their
12   stress urinary incontinence?
13         A.     Not at that time.
14         Q.     Okay.  You take out the sling
15   and kind of see how they do, is that the
16   idea?
17         A.     Yes.
18         Q.     And sometimes you have to,
19   what, put in another sling or do some other
20   kind of procedure?
21         A.     Yes.
22         Q.     What percentage of the time
23   that you've taken out a TVT® do you have to
24   do some other kind of procedure?
```

Dionysios K. Veronikis, M.D.

1        A.      It's a great question.  About

2    half the time.

3        Q.      About half the time.

4                And then the other half, you

5    take it out and they're okay?

6        A.      They're fine.  They're leaking

7    a very small amount due to the scarring from

8    all the surgery and with the experience they

9    had, they would rather leak a little bit at

10   that point rather than do anything else at

11   all.

12       Q.      And when you do the other half

13   of the time when you do a repeat surgery for

14   SUI, what kind of surgery do you do?

15       A.      I offer them everything as I

16   mentioned above.  Because --

17       Q.      Just as if they're a new

18   patient, so to speak?

19       A.      And they are sort of a new

20   patient because I don't do partial removals.

21   I do complete removals so the entire pelvis

22   is sort of naïve except with scarring from

23   multiple surgeries.  But it gets her back to

24   a starting point.

Dionysios K. Veronikis, M.D.

 1          Q.      Okay.  And you've been able --

 2    when you do these explant surgeries for TVT®,

 3    you've been able to remove all of the mesh?

 4          A.      Yes.

 5          Q.      All right.  Now, so you tried

 6    Prolift® one time.

 7                  Why did you not like it?

 8          A.      I instantly saw the curling

 9    similar to what would happen with a TVT®

10    because, again, the same concept.

11          Q.      The curling of the arms?

12          A.      The curling of the arms going

13    through and the pulling and the fraying, and

14    you can actually see the tissue get pulled --

15    as you're pulling on the arm to tension it,

16    you can actually see the rectal tissue

17    pulling in with it.  I regret not removing it

18    right then and there.

19          Q.      On the one person?

20          A.      On that one person.

21          Q.      All right.  So how many

22    Gynemesh® PS products have you explanted?

23          A.      Does that include Prolift®?

24          Q.      Is that a Gynemesh® PS product?

Dionysios K. Veronikis, M.D.

```
1          A.      Okay.  Yes.

2          Q.      Okay.

3          A.      In 2015?

4          Q.      No -- well, we'll start there.

5          A.      I know that number

6   specifically.

7          Q.      Okay.  Sure.

8          A.      About 30.

9          Q.      Okay.  And were those all

10  Prolift®?

11         A.      Yes.

12                 There's some Gynemesh® also.

13  Piece Gynemesh®.

14         Q.      That was cut from a sheet?

15         A.      Yes.

16         Q.      All right.  So how many of each

17  of those?

18         A.      About seven Gynemesh® from a

19  square piece, auto made.

20         Q.      In other words, a surgeon cuts

21  it?

22         A.      Yes.

23         Q.      And through your career, how

24  many Gynemesh® PS products have you
```

Dionysios K. Veronikis, M.D.

1    explanted?

2         A.    So including everything with

3    Prolift®?

4              90.

5         Q.    And how many of those have been

6    Prolift® versus surgeon-cut Gynemesh® PS?

7         A.    Surgeon-cut, 15.

8         Q.    Now, with respect to Gynemesh®

9    PS, which is what your report is about here,

10   okay, so that's about the mesh, right?

11        A.    Okay.

12        Q.    You're addressing the mesh

13   that's cut by the surgeon and can be used for

14   prolapse, true?

15        A.    Okay.

16        Q.    Right, that's what your report

17   addresses?

18        A.    Yes.

19        Q.    Just so we're clear.  Exhibit 3

20   is a reported that's entitled "Gynemesh® PS,"

21   and that is addressing the mesh that can be

22   cut from a sheet and used to -- in various

23   surgeries, correct?

24        A.    Yes.  Just to be clear when we

Dionysios K. Veronikis, M.D.

1   talk, are we adding Prolift®, or are we

2   sticking to just the sheet?  I'm a little

3   confused.

4          Q.     If I have a Prolift® question,

5   I'll ask you about it.

6          A.     Okay.

7          Q.     But I'm talking now about

8   Gynemesh® PS, okay.  The mesh itself, do you

9   believe that that was so unsafe it never

10  should have been sold?

11         A.     Yes.

12         Q.     Okay.  Why is that?

13         A.     It folds and curls because of

14  its poor design.  It bunches and rolls when

15  it's placed.  The vagina is not the anterior

16  abdominal wall.  And this mesh was designed

17  for the anterior abdominal wall.  And in the

18  anterior abdominal wall the surgeon can lay

19  it nice and flat.  That's not the case in the

20  vagina.  The vagina is a tubular structure

21  and the attachment points create oblique

22  stress when you try to secure it.  And then

23  the vagina moves very differently.  It has

24  completely different tensile characteristic

Dionysios K. Veronikis, M.D.

1    requirements than the anterior abdominal

2    wall.

3              It's really a product that

4    should have never been put in the vagina.

5         Q.    Mesh in general?

6         A.    Yes.

7         Q.    All right.  Not just Gynemesh®?

8         A.    Mesh in general.

9         Q.    So I want to make clear on

10   that.

11             It's your opinion that mesh in

12   general should not -- of any kind should be

13   used for treatment of prolapse, true?

14        A.    Vaginally placed.

15        Q.    Vaginally placed?

16        A.    Because there is no mesh that's

17   designed specifically for the mechanical

18   requirements of the vagina.

19        Q.    Okay.  In your view, is

20   Gynemesh® PS the same as the mesh used for

21   hernia repair?

22        A.    Yes.

23        Q.    Okay.  No differences?

24        A.    No.

Dionysios K. Veronikis, M.D.

```
 1          Q.      So were there companies besides

 2   Ethicon that made mesh for use with prolapse

 3   repair?

 4          A.      Yes.

 5          Q.      Have you used any of their

 6   products?

 7          A.      Have not.

 8          Q.      Okay.  But you don't believe

 9   any product ever made, any mesh product ever

10   made, for vaginal repair of prolapse is safe?

11          A.      That is correct.

12          Q.      Now, are there any mesh

13   products on the market today for vaginal

14   repair of prolapse?

15          A.      Placed vaginally?

16                  May I ask a question?  Placed

17   vaginally?

18          Q.      That's what I meant.

19          A.      There are products that are

20   available at the surgeon's discretion to

21   place in the vagina.

22          Q.      What are those?

23          A.      There's a Boston Scientific

24   product Polyform.
```

Dionysios K. Veronikis, M.D.

1        Q.      Have you ever used it?

2        A.      No.

3        Q.      Okay.  And you believe it's

4    unsafe, too?

5        A.      Yes.

6        Q.      And is that -- any others?

7                Any other products?

8        A.      I was thinking.  So there's

9    Gynemesh®, there's Boston Scientific, there's

10   Coloplast has Restorelle.  Let me see who the

11   players are.  So Boston Scientific Polyform,

12   Ethicon Gynemesh®, and Coloplast Restorelle.

13   I think that's it.

14       Q.      Do you know surgeons today that

15   use polypropylene mesh for vaginally -- what

16   was the word you used?  Vaginal entrance or

17   whatever?

18       A.      What did I use, support?  I'm

19   not sure what I used.

20       Q.      For vaginal prolapse repair,

21   going through the vagina, not abdominally, do

22   you know surgeons today that use mesh for

23   that type of surgery?

24       A.      So I want to answer the

Dionysios K. Veronikis, M.D.

1  question.  I know there's people using it,

2  yes.

3       Q.     Okay.

4       A.     I don't know them personally,

5  but I know they're using it.

6       Q.     So I want to make sure I

7  understand your opinion as to why Gynemesh®

8  is unsafe and should never have been sold.

9            One opinion I'm hearing is that

10  mesh in general is just not compatible with

11  use in the vagina, true?

12       A.     Correct.

13       Q.     Okay.  Any other specific

14  criticisms you have of Gynemesh® PS from a

15  design standpoint?

16       A.     It's heavier, stronger than it

17  needs to be placed in the vagina.  Even

18  though it is sort of medium weight,

19  macroporous, monofilament with pore sizes

20  that in certain areas are above a millimeter,

21  in other areas they're not, which enhances

22  bridging fibrosis and scarring.  The vagina

23  is just not an organ -- the vagina doesn't

24  have an organ that's conducive for placing

Dionysios K. Veronikis, M.D.

1    mesh.  Let's see if I wrote anything else.

2            And obviously all the things we

3    mentioned about polypropylene and the chronic

4    inflammation and the scarring, especially in

5    a vagina, because the vagina shrinks

6    differently than the anterior abdominal wall.

7    The anterior abdominal wall shrinks in the

8    plane of which the mesh is placed.

9         Q.    You mean when you're doing a

10   sling?

11        A.    Well, when you're -- let me

12   back up.

13        Q.    Okay.

14        A.    I meant the abdominal wall,

15   when Gynemesh® is placed in the abdominal

16   wall.  It's in a sheet.

17        Q.    Okay.

18        A.    But when it's placed in the

19   vagina, it's curvilinear.  So just like scar

20   will shrink a little bit, it will shrink in a

21   way that will make the vagina not functional.

22        Q.    Does the mesh actually shrink,

23   or is the contraction connected with the

24   formation of scar tissue?

Dionysios K. Veronikis, M.D.

1          A.     The whole unit shrinks.  It's a

2    combination of the bridging fibrosis, even

3    scar without mesh is going to shrink.  But if

4    you add chronic inflammation to it and you

5    add an attachment point and it pulls

6    together, it's going to shrink.  It's not

7    that the -- it's not that the fiber in the

8    mesh shrinks.  It's not like the

9    polypropylene itself is going to shrink.  But

10   the gaps between the polypropylene shrink.

11          Q.     That's part of the scarring

12   process?

13          A.     And the bridging fibrosis from

14   chronic inflammation.

15                 MR. MATTHEWS:  When you get to

16          a break point.

17                 MR. BALL:  Sure, we can do that

18          right now.

19           (Off the record at 12:22 p.m.)

20   QUESTIONS BY MR. BALL:

21          Q.     Doctor, the Nilsson paper from

22   2013 that we referred to earlier concluded

23   the TVT® operation is durable for 17 years

24   with a high satisfaction rate and no serious

Dionysios K. Veronikis, M.D.

1    long-term, tape-induced adverse effects.

2                  You're aware of that

3    conclusion, right?

4         A.     Yes.

5         Q.     All right.  And you did not

6    cite that paper in your report concerning

7    TVT®, correct?

8         A.     Yes.

9         Q.     All right.  And why did you not

10   cite that paper?

11        A.     The paper started with 90

12   patients, ended up with 45.

13        Q.     Followed over 17 years?

14        A.     But it's half the population.

15   So what if the other half had a problem.

16   Actually I did some calculations and some of

17   the percentages that he mentions in there are

18   not accurate.  He's using -- he's not

19   using -- the 90, he's using less than 90, and

20   it ends up being a higher percentage than

21   what it should be.

22                  So I had some issues about the

23   paper, and the calculations were off.  Half

24   the patients were gone.  It wasn't -- the

Dionysios K. Veronikis, M.D.

1    paper would be much more meaningful if

2    95 percent of the patients were there

3    followed up.

4         Q.    But you don't have any papers

5    cited in your report about TVT® that reached

6    a contrary conclusion that TVT® had a low

7    satisfaction rate with serious long-term,

8    taper-induced adverse effects?

9              Do you have any of that -- any

10   papers to that effect cited in your report,

11   true?

12        A.    Would you repeat that last

13   sentence?

14        Q.    You don't have any papers cited

15   in your report that says TVT® does not have a

16   satisfaction rate and has serious long-term,

17   adverse effects?

18        A.    No.

19        Q.    True?

20        A.    True.

21        Q.    Do you have in your report

22   cited the Svenningsen from 2013 that

23   concludes long-term objective and subjective

24   outcome after retropubic TVT® is excellent

Dionysios K. Veronikis, M.D.

1   with a low number of reoperations, even in a

2   nonselected cohort of patients?

3                   Do you have that paper?

4        A.      I would have to look.

5                   Can I see the paper?

6        Q.      Just asking if you have it

7   cited in your report.

8        A.      No, I don't.

9        Q.      Okay.  Why not?

10       A.      I tried to cite every paper

11  that I could get my hands on, look at

12  everything that was available to me.  There's

13  thousands and thousands of papers on TVT® and

14  slings and et cetera.

15       Q.      You don't cite a single paper

16  in your report that gives favorable findings

17  with respect to TVT®, true?

18       A.      No, I do.  I mentioned the

19  Thomas trial, and it says that in the short

20  term, these patients have good outcomes.

21                  Now, how many papers do you

22  really need to cite in there that in the

23  short term the sling works?

24       Q.      Yeah, let me ask you this:  You

Dionysios K. Veronikis, M.D.

```
 1    don't have any papers that give favorable

 2    outcomes for long-term studies on TVT®, true?

 3         A.    There's not a good, long-term

 4    study to cite.

 5         Q.    Well, this one says long

 6    term -- this Svenningsen paper is termed

 7    long-term follow-up of the retropubic TVT®

 8    procedure, and you did not -- were not

 9    familiar with it and did not cite it, true?

10         A.    Can I see it again?

11         Q.    Well, I'm just asking you if

12    you cited it in your paper, in your report.

13         A.    I didn't cite it.

14         Q.    And then there's another paper

15    by Serati, et al., "Tension-Free Vaginal Tape

16    for the Treatment of Urodynamic Stress

17    Incontinence:  Efficacy and Adverse Effects

18    at a Ten-Year Follow-Up."

19              Did you cite that paper in your

20    report?

21         A.    I don't think so.

22         Q.    Okay.  And it concludes the

23    ten-year results of this study seem to

24    demonstrate that TVT® is a highly effective
```

Dionysios K. Veronikis, M.D.

1    option for the treatment of female SUI

2    recording a very high cure rate with low

3    complications after a ten-year follow-up?

4              You're not aware of that

5    conclusion?

6         A.    Many times --

7         Q.    Are you aware of that

8    conclusion?

9         A.    No.

10             Many times TVT® doesn't really

11   mean Ethicon TVT®; it's a generic term that

12   talks about slings in general.

13        Q.    Well, this one says it was

14   Ethicon.

15        A.    Okay.

16        Q.    But you're not familiar with

17   the study?

18        A.    No.

19        Q.    And you did not cite it in your

20   report?

21        A.    Correct.

22        Q.    And, in fact, did you make a

23   specific search to see if you could find

24   studies about the long-term efficacy and

Dionysios K. Veronikis, M.D.

1   concerns related to TVT®, did you make that

2   search in connection with your report?

3        A.     Yes, I did.

4        Q.     And you found the Nilsson paper

5   or were familiar with the Nilsson paper?

6        A.     Yes.

7        Q.     And decided not to mention it

8   in your report?

9        A.     Yes.

10       Q.     And you did not find the Serati

11  or the Svenningsen paper?

12       A.     Correct.

13             MR. MATTHEWS:  Do you have an

14       extra copy of those that I can look

15       at?  If you don't mind.

16             MR. BALL:  I don't mind.

17  QUESTIONS BY MR. BALL:

18       Q.     With respect to Gynemesh® PS,

19  did you make a search for any papers

20  regarding multi-year follow-up with respect

21  to use of Gynemesh® PS products in women for

22  prolapse?

23       A.     Yes.

24       Q.     Okay.  Do you have the

Dionysios K. Veronikis, M.D.

1  Jacquetin 2013 paper cited in your Gynemesh®

2  report?

3      A.     Let me take a look.

4             Doesn't look like that I do.

5      Q.     Do you have the -- so you're

6  not aware of the conclusion from that report,

7  in that study?

8      A.     No.

9      Q.     Do you have cited in your paper

10  the Landesherr 2012 publication paper, study,

11  surgical intervention after transvaginal

12  Prolift® mesh repair, retrospective

13  single-center study including 524 patients

14  with three years median follow-up.

15             Did you have that study cited

16  in your --

17      A.     I excluded studies that had

18  Prolift® because I was not writing a report

19  on Prolift®.

20      Q.     Well, isn't Prolift® made from

21  Gynemesh® PS?

22      A.     There's a world of difference

23  between Prolift® and Gynemesh® PS.

24      Q.     Excuse me, is Prolift® made

Dionysios K. Veronikis, M.D.

1    from Gynemesh® PS?

2         A.     Yes.

3         Q.     Do you cite multiple internal

4    company documents referring to Prolift®?

5         A.     Yes.

6         Q.     And yet you don't cite any

7    independent literature relating to Prolift®,

8    true?

9         A.     That's correct.  Because --

10               MR. MATTHEWS:  Well, let me

11          finish his answer.

12               THE WITNESS:  Because there's a

13          world of difference between adding

14          arms that extend into the levators and

15          the forces exerted that are on that

16          mesh as opposed to a small piece that

17          doesn't have arms exerted.

18    QUESTIONS BY MR. BALL:

19         Q.     So why did you cite numerous

20    internal documents and testimony

21    concerning -- in fact, you cited studies, the

22    clinical study reports.

23               Those were Prolift® devices,

24    weren't they?

Dionysios K. Veronikis, M.D.

1      A.     Yes.

2      Q.     Okay.  You cited those.  You

3  gave percentages and everything in your

4  report, right?

5      A.     I --

6      Q.     Excuse me, didn't you do that?

7      A.     Yes.

8      Q.     But you did not cite a single

9  piece of published literature relating to

10  Prolift®, true?

11      A.     Correct.

12      Q.     And do you think that's

13  scientifically appropriate to cherry-pick on

14  what Prolift® documents and literature you

15  use?

16             Is that scientifically

17  appropriate?

18             MR. MATTHEWS:  Objection to the

19      form.

20  QUESTIONS BY MR. BALL:

21      Q.     I'll withdraw the question and

22  ask it this way.

23             Do you think it's

24  scientifically appropriate to include in your

Dionysios K. Veronikis, M.D.

```
1    report numerous references to Prolift® from

2    internal documents and clinical study reports

3    and not refer to any Prolift® literature?

4         A.    Yes.

5         Q.    Okay.

6         A.    And the reason for that is I

7    was looking at the material, not the way the

8    material works in the body with arms.

9              You cannot take a small piece

10   of mesh and place it between the vagina and

11   the bladder without arms and have that same

12   clinical consequence with arms.

13        Q.    Well, then why did you put all

14   of the Prolift® study results and all the

15   Prolift® references to internal documents,

16   why did you put those in your report?

17             See, I understand that

18   Gynemesh® PS cut from a sheet, you believe,

19   is different than Prolift®.  I understand

20   that.

21             But how come you put in some

22   Prolift® documents and didn't put in any

23   Prolift® literature?  That's what I don't

24   understand.
```

Dionysios K. Veronikis, M.D.

```
 1        A.    Because there's a difference

 2   between the clinical execution of putting in

 3   Prolift® with arms that extend into the

 4   levators as opposed to putting in a small

 5   piece of Gynemesh®.

 6        Q.    Didn't you refer extensively to

 7   results where Prolift® with arms were put in?

 8              Look at page 21.

 9        A.    Yes.

10        Q.    You have extensive discussion

11   of Prolift® -- of a Gynemesh® PS product with

12   arms, the Prolift® product, put in.  You have

13   extensive discussion of that at page 21,

14   don't you, sir?

15        A.    Yes.

16        Q.    And it goes on over, you have a

17   more extensive discussion at page 22,

18   correct?

19              My only point, Doctor, is that

20   pages 21 and 22, at least, you have extensive

21   discussions of studies done installing

22   Prolift® in women, implanting Prolift® in

23   women, true?

24        A.    And I used those from the point
```

Dionysios K. Veronikis, M.D.

1    of view of shrinkage of the material.

2         Q.     Those paragraphs don't say,

3    "The only reason I'm citing this is about

4    shrinkage."  You start off saying, "An

5    Ethicon clinical study for pelvic prolapse

6    repair involving the Prolift® showed

7    serious" --

8         A.     A transvaginal Gynemesh® for

9    pelvic organ prolapse repair demonstrated to

10   Ethicon that the mesh was not effective

11   prolapse treatment according to Ethicon's own

12   criteria.

13        Q.     "This study, which performed by

14   physicians who helped develop the Prolift®

15   device," right?

16        A.     Yes.

17        Q.     And it's all about the

18   Prolift®, isn't it?

19        A.     No, it says that they helped

20   develop the Prolift® device.

21        Q.     Is this data placed upon a

22   Gynemesh® used in a Prolift® device with

23   arms, the data at pages 21 and 22 of your

24   report?

Dionysios K. Veronikis, M.D.

1       A.      I believe so.

2       Q.      Okay.  Did you make in your --

3   in your evaluation in this case, did you

4   consider to some degree internal documents

5   and internal data related to Prolift® devices

6   made out of Gynemesh® PS?

7       A.      I considered everything that

8   was available.

9       Q.      Including that?

10      A.      Yes.

11      Q.      Did you make any search for

12  literature about these long-term success

13  rates of Gynemesh® PS when used in Prolift®

14  devices?

15              Did you make that search?

16      A.      Yes.

17      Q.      And did you find these three

18  papers that I have -- in your search these

19  three papers that I mentioned?

20      A.      I did not find those.

21      Q.      Now, in the --

22              MR. MATTHEWS:  Well, I am

23          sorry.  Three papers that you

24          mentioned?

Dionysios K. Veronikis, M.D.

```
 1              MR. BALL:  Jacquetin,

 2       Landesherr --

 3              MR. MATTHEWS:  Okay.

 4              MR. BALL:  I didn't quite get

 5       to the third one.  The Altman paper is

 6       also not mentioned there.

 7  QUESTIONS BY MR. BALL:

 8       Q.    The one-year follow-up, you

 9  didn't mention that one in your report, did

10  you, sir?

11       A.    No.

12              MR. BALL:  Your point is well

13       taken.  I had forgotten the Altman

14       paper.

15  QUESTIONS BY MR. BALL:

16       Q.    Now, Doctor, when you removed

17  Gynemesh® PS, whether Prolift® or

18  non-Prolift®, when you removed Gynemesh® PS

19  in these explant surgeries you do, what is

20  your success rate there?

21       A.    How are we defining success

22  rate?

23       Q.    Well, how would you define it?

24       A.    Well, there's two aspects:  One
```

Dionysios K. Veronikis, M.D.

1    is how much do you remove, and two, how are

2    the patients doing.

3         Q.    Okay.  So give me the results

4    under both of them.

5         A.    If it's a Prolift® that hasn't

6    been revised or manipulated in the office, I

7    can usually get out the vast -- all of the

8    mesh between the rectum and the vagina.

9              The arms, depending how they're

10   placed, because there's variable there.  For

11   example, in the one I just took out a few

12   days ago from my friend Dave Robinson, I

13   removed the woman's entire right arm out of

14   the gluteus muscles.  On her left side, I

15   removed half the arm.  Almost invariably

16   these patients are pain free after surgery.

17   Not 100 percent.  And you can't get

18   100 percent of the mesh out.

19              You can get more of the

20   Prolift® out posteriorly.  The anterior

21   Prolift® you can, again, remove most of the

22   mesh from between the vagina and the bladder.

23   The arms that go around the descending pubic

24   ramus, they're very hard to get.  About

Dionysios K. Veronikis, M.D.

1    50 percent of the time you can remove the

2    distal arm and about 20 percent of the time

3    you can remove the entire apical arm.

4                    If it's a total Prolift® and

5    that bridge of mesh between the anterior and

6    posterior have combined together, it is a

7    big, wadded, folded, scarred, difficult

8    nightmare.

9        Q.    So let's take the women having

10   success from a quality of life and pain

11   standpoint.

12                   What is your percentage of

13   success with explant surgery on Gynemesh®

14   products?

15       A.    Could you ask the question

16   again differently?

17       Q.    Yeah.

18                   With respect to women from

19   becoming an improvement in quality of life

20   and not having ongoing problems using --

21   defining that as success, what is your

22   success rate with explanting Gynemesh®

23   products?

24       A.    So they have an improved

Dionysios K. Veronikis, M.D.

```
1    quality of life.  They don't have the quality
2    of life that they had before because they've
3    been through whatever they've been through.
4              So the way I can answer the
5    question is improved quality of life with
6    pain reduction, about 80 percent of the
7    patients have no pain.  The other 20 percent
8    have some degree of pain.
9              They still have their prolapse.
10   Their prolapse comes back.  For the
11   posterior.
12             For the anterior, it's a little
13   bit less because there's more arms.
14        Q.    A little bit less what?
15        A.    Improvement.  70 to 75 percent.
16        Q.    Have pain go away?
17        A.    The pain goes away.
18             The other 25 percent still have
19   some pain.  7 percent of the women have a
20   scarred, narrowed, foreshortened vagina, and
21   there's all kinds of variations of residual
22   prolapse that occurs.
23        Q.    When you do the explant
24   procedure, do you have to deal with the
```

Dionysios K. Veronikis, M.D.

1    recurrent prolapse?

2         A.    Not at that moment.  You can't.

3    The dissection is extensive to remove it.

4         Q.    On most of the patients you

5    see, do they need a follow-up surgery for

6    recurrent prolapse?

7         A.    Yes.

8         Q.    Okay.  Is that usually

9    performed by you or someone else?

10        A.    If they return, I'll do it.

11   But they don't all come back.

12        Q.    The great majority of the

13   patients need -- after the mesh is removed,

14   still need treatment for prolapse, surgical

15   treatment?

16        A.    Some.  I don't have an exact

17   number.  These patients live many states

18   away, and they're seeking my services for

19   removing the mesh and then they may go

20   somewhere else.

21        Q.    But your estimate would be the

22   great majority of them will need treatment

23   for recurrent prolapse?

24        A.    The great majority of them have

Dionysios K. Veronikis, M.D.

```
1    prolapse.  I don't know if they'll seek

2    treatment.

3         Q.     Prolapse of grade 2 or greater?

4         A.     One segment, two segments,

5    some, yes.

6         Q.     So let's get away from the

7    explant now and just talk to women that come

8    to you needing surgical treatment for

9    prolapse.

10               All right.  What alternatives

11   do you offer them?

12        A.     Well, if they need an A and P

13   repair, cystocele, rectocele, I just use

14   native tissue.

15               If they need an apical

16   procedure, I will use polypropylene or

17   suture.

18        Q.     So if they need a posterior,

19   anterior repair, you'll use what?

20        A.     Just native tissue.  Absorbable

21   sutures.

22        Q.     And if they need an apical

23   repair, is that an abdominal procedure?

24        A.     Yes.
```

Dionysios K. Veronikis, M.D.

```
 1          Q.      And you'll use mesh with that?

 2          A.      Yes.

 3          Q.      And what kind of mesh?

 4          A.      I use BARD Alyte.

 5          Q.      How does that differ from

 6   Gynemesh® PS?

 7          A.      The grams per meter squared of

 8   Gynemesh® is 45.  The grams per meter squared

 9   for the vaginal arms of the Alyte is 17.  So

10   it's very light.  And that's less -- that's

11   about a third of the weight.  The pores are

12   much larger.  The filaments are much smaller,

13   and even there, I still sew the graft apart

14   to increase the pore size.

15          Q.      And what is the size of the

16   mesh, once you -- is this cut from a sheet,

17   the stuff you use for the ASC?

18          A.      Yes.

19          Q.      This is for an abdominal --

20          A.      Yes.

21          Q.      -- sacrocolpopexy, right?

22          A.      Yes.

23          Q.      And what is the size that you

24   cut it from the sheet?
```

Dionysios K. Veronikis, M.D.

1          A.      I think that's a good question.

2          Q.      You've only said that twice

3    today.  I hope I have asked more than two

4    good questions.

5          A.      So the vast majority of

6    surgeons will do a sacrocolpopexy and tunnel

7    between the vagina and the rectum

8    abdominally.  That's still placing the mesh

9    vaginally.  They may think there's an

10   advantage because there's no incision.

11   That's not been my experience.  Those women

12   still have problems because of placing that

13   mesh that way.

14              So what I do is I limit the

15   mesh to the apex.  So the lancing had three

16   levels:  Apex, middle vagina, and distal

17   vagina.  So a TVT® is on the distal anterior

18   segment, and the sacrocolpopexy is on the

19   apex.  I only place 2 centimeters on each

20   side of the Y.  So in total, I place

21   4 centimeters of mesh by 3 centimeters.  So a

22   very, very small piece.

23         Q.      So it's two pieces that are 2

24   centimeters by 3 centimeters?

Dionysios K. Veronikis, M.D.

```
1        A.      No.

2        Q.      Okay.  I'm sorry.

3        A.      It's a Y and at the crux of the

4    Y is 2 centimeters.  So if you laid it open,

5    it's 4 centimeters by at the middle part

6    3 centimeters, and it's actually a circle.

7        Q.      So it's a circle of mesh?

8                I'm just trying to get the

9    piece of mesh that you cut out before you put

10   it in, how big that?

11       A.      It's very, very small.

12       Q.      How big?

13       A.      It's a circle that has a

14   diameter of 3 centimeters.

15       Q.      Okay.  All right.  So not all

16   ASCs are done abdominally, is that what I

17   just heard you say?

18       A.      No, all ASCs are done

19   abdominally.  They don't all use mesh.

20       Q.      Okay.  You're talking about not

21   all apical repairs are done abdominally?

22       A.      Yes.

23       Q.      Okay.  What is the recognized

24   in the medical community success rate for
```

Dionysios K. Veronikis, M.D.

```
 1   native tissue repairs for anterior prolapse?

 2        A.     Would you ask the question

 3   again?

 4        Q.     Yeah.

 5               What in the medical community

 6   in your opinion is recognized as the success

 7   rate for anterior prolapse when you use

 8   native tissue repairs?

 9        A.     What's quoted is 70 percent

10   success.

11        Q.     Okay.  What do you tell

12   patients?

13        A.     I tell them the reason there's

14   only 70 percent success is they have other

15   defects that didn't get fixed.  So the

16   patient returns with prolapse because rarely

17   do you have -- and there is a paper out there

18   that says there's no such thing as a

19   cystocele, that all cystoceles have an apical

20   component.  So if you're only fixing the

21   cystocele, you're going to get an apical

22   component.

23               Now, the Altman paper does say

24   that if you put mesh anteriorly on a
```

Dionysios K. Veronikis, M.D.

1    cystocele, it does better if you do native

2    tissue.  However, how many of those patients

3    really would have done well with a native

4    tissue repair with an apical component.  The

5    reason --

6         Q.    You mean a native tissue apical

7    component as well as the anterior?

8         A.    Yes.

9         Q.    Okay.

10        A.    So that is well-documented that

11   there are patients that have a cystocele, but

12   really it's a displacement cystocele, and

13   it's displaced because the top of the vagina

14   is coming down as opposed to a distension.

15             So on a distension, sure, you

16   could do a native tissue repair and you're

17   going to get a much higher success rate than

18   if you have a displacement cystocele.  If you

19   have a displacement cystocele, if you don't

20   do an apical component with the anterior

21   repair, you're absolutely going to have a

22   recurrence.  So then that's counted as a

23   recurrence of the cystocele.

24             So that 70 percent success

Dionysios K. Veronikis, M.D.

1   really is skewed because there's not a single

2   paper in the literature, not one, that looks

3   at outcomes of native tissue that addresses

4   the anterior, the apex, the enterocele, the

5   rectocele, and the perineum.  Not a single

6   paper.

7        Q.    So if someone repairs an

8   anterior prolapse and repairs the apical at

9   the same time, do you have an opinion as to

10  what the success rate is?

11       A.    Of the anterior and the apical,

12  yes.  If it's a good repair and it holds, it

13  shouldn't come back.

14       Q.    No, what is the recurrence

15  rate, I should say?

16       A.    I'm not sure I understand the

17  question.

18       Q.    In the medical community if you

19  do an anterior prolapse repair and at the

20  same time do a repair apically with native

21  tissue, is there a recognized recurrence rate

22  for that?

23       A.    Yes.

24       Q.    What is that?

Dionysios K. Veronikis, M.D.

1      A.      It's 10 percent maybe.

2      Q.      Okay.  So if I'm understanding

3   what you're saying is the reason that

4   there -- and you know there's numbers lower

5   than 70 percent reported in the literature

6   for native tissue repair recurrence, right?

7      A.      Yes, but I answered the

8   question truthfully on what I thought was --

9      Q.      No, I'm not quarrelling with

10  you.

11              The 30 percent recurrence rate

12  with anterior repair, you're saying that is

13  largely caused because an apical repair isn't

14  done at the same time?

15     A.      Because the patient had a

16  combined defect, only one got fixed.

17     Q.      Now, how about posterior

18  repair, what is the recognized recurrence

19  rate on a posterior repair, native tissue?

20     A.      15 to 20 percent.

21     Q.      Is that affected at all by

22  doing the apical at the same time?

23     A.      Oh, yes.

24     Q.      Same deal?

Dionysios K. Veronikis, M.D.

```
1          A.      And the perineum.

2          Q.      Now, you said -- is the only

3   alternative you talk with patients about is

4   native tissue repair?

5          A.      For the cystocele and

6   rectocele.

7          Q.      Okay.  So if you're doing an

8   apical repair, are you doing this thing with

9   the small piece of mesh?

10         A.      If I'm doing it abdominally.

11         Q.      Okay.  Is that what you usually

12  do?

13         A.      I do both, vaginally,

14  abdominally.

15         Q.      What I'm trying to figure out

16  when you're talking to a patient that has an

17  anterior cystocele, do you tell them

18  typically, typically, "I'm going to do a

19  native tissue repair with respect to the

20  anterior prolapse, but we're also doing

21  apical repair at the same time"?

22                 Is that what you say typically?

23         A.      If it's a distension cystocele,

24  so left to right, okay, what we do when we
```

Dionysios K. Veronikis, M.D.

```
1    fix a distension cystocele, we basically

2    just -- you have a piece of canvas across the

3    roof, just tighten it up in the middle.  All

4    that needs is just sutures.

5         Q.     Okay.

6         A.     Okay.

7                If it has a distension and a

8    displacement, you got to pull the top up.

9    Otherwise you'll shorten the vagina.

10        Q.     And the pulling the top up is

11   what you use the mesh for?

12        A.     Yes.

13        Q.     Okay.  And you may do that

14   either vaginally or abdominally?

15        A.     There is a vaginal procedure

16   called the sacrospinous which attaches the

17   top of the vagina to the sacrospinous

18   ligament.

19        Q.     And you use mesh in connection

20   with that?

21        A.     I use sutures or mesh.

22        Q.     And what mention -- if you're

23   using it either for the ASC or the

24   sacrospinous, what function does the mesh
```

Dionysios K. Veronikis, M.D.

1    serve?

2         A.    It's a suspension point so that

3    when the vagina tries to evert, it holds it

4    in position.

5         Q.    Is acute or chronic pain a

6    potential complication with a native tissue

7    repair?

8         A.    No.

9         Q.    Or an apical repair of the type

10   you described?

11        A.    No.

12        Q.    Is acute or chronic pain with

13   intercourse a potential complication of a

14   native tissue repair or the type of apical

15   repair you perform?

16        A.    Yes, but typically when you do

17   native tissue repair, the reason you have

18   pain with intercourse is because you made the

19   vagina too tight at the opening.  So it's a

20   consequence of a mismatch between the

21   husband's anatomy and the woman's anatomy.

22        Q.    Okay.  Because the surgeon made

23   the vagina too small when they did the native

24   tissue repair?

Dionysios K. Veronikis, M.D.

```
1          A.     Yes.  Or the skin just got

2     pulled together.  Sometimes it's a very easy

3     fix, you cut the skin, you suture at the

4     right angles, outpatient, ten minutes, it's

5     fixed.

6          Q.     Is vaginal scarring a potential

7     complication of native tissue repair?

8          A.     Yes.

9          Q.     Is infection a potential

10    complication with native tissue repair?

11         A.     Very, very rarely.

12         Q.     Well, infection is a very rare

13    complication with Gynemesh® repair as well,

14    true?

15         A.     No.

16         Q.     What is the percentage of

17    infection with Gynemesh® repair?

18         A.     Every woman that has an

19    exposure has an active infection in that

20    tissue.

21         Q.     Urinary problems of frequency,

22    urgency, dysuria, obstruction, retention and

23    incontinence, is that a potential

24    complication of a native tissue repair?
```

Dionysios K. Veronikis, M.D.

```
 1          A.      There's a whole list there.

 2          Q.      I thought all of them were.  Is

 3    that not right?

 4          A.      Well, not all of them.

 5          Q.      Well, let's go down them.

 6          A.      Okay.

 7          Q.      Is urinary frequency a

 8    potential complication of native tissue

 9    repair?

10          A.      No.

11          Q.      Urgency?

12          A.      No.

13          Q.      Dysuria?

14          A.      No.

15          Q.      Retention?

16          A.      No.

17          Q.      Obstruction?

18          A.      No.

19          Q.      Incontinence?

20          A.      Yes.

21          Q.      Is organ or nerve damage a

22    potential complication of native tissue

23    repair?

24          A.      Yes.
```

Dionysios K. Veronikis, M.D.

```
 1          Q.      Bleeding, is that a potential

 2   complication?

 3          A.      Yes.

 4          Q.      Wound complications?

 5          A.      Yes.

 6          Q.      Inflammation?

 7          A.      Yes.

 8          Q.      Fistula formation?

 9          A.      Yes.

10          Q.      Pelvic floor neuromuscular

11   pain?

12          A.      Yes.

13          Q.      Lower extremity pain?

14          A.      No.

15          Q.      Is recurrent surgery a

16   potential risk of native tissue repair?

17          A.      Yes.

18          Q.      Foreign body response from

19   sutures, is that a potential complication of

20   native tissue repair?

21          A.      Yes.

22          Q.      Exposure or erosion of sutures,

23   is that a potential complication of native

24   tissue repair?
```

Dionysios K. Veronikis, M.D.

```
 1          A.      Yes.

 2          Q.      Contraction or shrinkage of

 3    tissues in connection with scarring, is that

 4    a potential risk of native tissue repair?

 5          A.      Yes, but only if the surgeon

 6    removes too much tissue.

 7          Q.      Okay.  Now, well, won't you get

 8    some contraction from scarring even with a

 9    properly performed native tissue repair?

10          A.      Not really.  The vagina's

11    different.  If anything, you're going to get

12    more relaxation, which is why there's a lower

13    percentage rate, if it's not done correctly.

14          Q.      Do you have an opinion as to

15    what the percentage is of erosion or exposure

16    with Gynemesh® PS?

17          A.      No.

18          Q.      Do you have an opinion as to

19    what the percentage of recurrent prolapse is

20    with Gynemesh® PS?

21          A.      It's less than native tissue

22    repair, but the number of complications and

23    reoperations from mesh problems is much more.

24          Q.      Okay.  We'll break that out.
```

Dionysios K. Veronikis, M.D.

1                    What is the -- you said about a

2    30 percent recurrence rate with native tissue

3    repair is the generally recognized number.

4                    What is the generally

5    recognized figure for recurrence of prolapse

6    with Gynemesh®?

7          A.      A piece of Gynemesh®, right?

8          Q.      A piece of Gynemesh®?

9          A.      25.

10         Q.      25 percent?

11         A.      (Witness nods head.)

12         Q.      What is it with Prolift®, which

13   is made out of Gynemesh®?

14         A.      18 to 25.

15         Q.      Then you said the complications

16   are more, right?

17         A.      Yes.

18         Q.      That's what I heard in the

19   second part of your answer.

20                    Can you give me any percentages

21   as the complications with native tissue

22   repair versus the complications with

23   Gynemesh® surgery for prolapse?

24         A.      Would you ask the question

Dionysios K. Veronikis, M.D.

```
1    again?

2         Q.    Yeah.

3               You said -- when I asked you

4    what the comparative recurrence rates were,

5    okay, you said, "Well, the recurrence rates

6    are lower with Gynemesh® for prolapse, but

7    there's more complications."

8               Okay.  What I'm trying to do is

9    figure out how much more.

10        A.    Okay.

11        Q.    So what would you say to that?

12        A.    So with native tissue repair,

13   the main issue is recurrence, which is why

14   someone at some point thought let's do what

15   we do in abdominal surgery and put a piece of

16   mesh in there.

17              So what was the question again?

18   The --

19        Q.    How would you compare the risk

20   of complications with Gynemesh® used in

21   prolapse repair versus complications from

22   native tissue repair?

23        A.    So you have a slightly higher

24   recurrence rate with native tissue.  You
```

1    don't have as much contracture.  You don't

2    have scarification.  You don't have a foreign

3    body reaction.  You don't have a foreign

4    piece of mesh in there.  The pain with

5    intercourse from anterior repair only is

6    virtually negligible.  If a woman has just an

7    anterior repair, rates of pain with

8    intercourse from an anterior repair are

9    virtually zero.

10              If you add anterior -- if you

11   add mesh to the anterior vagina, you have a

12   slightly higher success rate, but you

13   increase your chance of pain with

14   intercourse.  Exposure rates, 15 percent.

15   Maybe higher.  And that's in the short term.

16              I don't think anyone really

17   knows if you get out five years what really

18   happens with the bridging fibrosis and the

19   stress yielding that that tissue gets thin

20   and eventually pops through and then it

21   starts the cycle with infection and erosion

22   and vaginal discharge.

23        Q.    So do you have any opinion as

24   to what percentage of women that have had a

Dionysios K. Veronikis, M.D.

1    Gynemesh® PS product put in of any kind for

2    prolapse, what percentage of them have had

3    long-term complications?

4              Do you have an opinion on that?

5         A.   No.

6         Q.   Okay.  Do you have an opinion

7    of the percentage of women who have had a

8    native tissue repair have had long-term

9    complications?

10        A.   Very rare.

11        Q.   Okay.  And have you done any

12   literature review to try to determine what

13   the long-term complications are with -- over

14   a period of years for women who have had a

15   Gynemesh® PS product used for prolapse?

16        A.   I have.

17        Q.   Okay.  And have you found any

18   literature?

19        A.   There is very little papers

20   that talks about pieces of Gynemesh® put in

21   anteriorly or posteriorly.

22        Q.   You're changing my question.  I

23   said Gynemesh® product.

24              Okay.  So have you done any

Dionysios K. Veronikis, M.D.

1    literature search to determine any product

2    that uses Gynemesh® in prolapse repair to

3    determine what the long-term complications

4    are?

5         A.    Yes.

6         Q.    Okay.  And what have you found?

7         A.    That the use of Gynemesh® in

8    the vagina increases a woman's chance for

9    reoperation for complications --

10        Q.    No, I meant what papers have

11   you found.  I asked if you had done a

12   literature search.

13        A.    What papers?

14        Q.    Yeah.

15              What papers -- well, let me

16   back up.

17              Are there any papers in your

18   report that address the issue of long-term

19   complications with Gynemesh® PS product, any

20   Gynemesh® PS product?

21        A.    No.

22        Q.    Okay.  Do you believe that the

23   long-term complications from Gynemesh® PS cut

24   out of a sheet are less than the

Dionysios K. Veronikis, M.D.

1    complications connected with Prolift®?

2         A.    Yes.

3         Q.    Okay.  How much less?

4               A little bit?  A lot?

5         A.    A lot less.

6         Q.    Okay.  Do you have an opinion

7    as to the percentage of erosion exposure with

8    Gynemesh® PS?  Not Prolift®, just Gynemesh®

9    PS.

10        A.    I'm not sure I understand the

11   question.

12        Q.    For Gynemesh® PS used in

13   prolapse repair, not Prolift®, just Gynemesh®

14   PS cut out of a sheet, do you have an opinion

15   as to the percentage of exposures or erosions

16   that occur with that?

17        A.    All the information I have is

18   the patients I see.  I don't have a

19   denominator of how many went in.

20        Q.    So you don't have a percentage

21   globally?

22        A.    No.

23        Q.    Okay.  Exposures, erosions, can

24   they sometimes be asymptomatic?

Dionysios K. Veronikis, M.D.

```
1        A.      Yes.

2        Q.      Can they sometimes be treated

3   in the office?

4        A.      No.

5        Q.      They can't be treated through a

6   procedure in the office?

7        A.      Well, let me clarify.

8        Q.      Okay.

9        A.      You can do that.  You can take

10  the scissors to an awake woman when the

11  second you snip it, it bleeds, but it can't

12  be adequately treated and here's why:  When

13  you have an exposure, what that means is that

14  you have a portion of the graft that's in the

15  vaginal lumen.  A portion of that remaining

16  graft as it goes laterally, wherever it goes,

17  is covered by a very thin tissue of

18  epithelium.  The epithelium is not living

19  tissue.  Even if you trim it back and you

20  make it smooth, that implant is still in the

21  vaginal wall.  The only way, effective way --

22  and there's no guidance in any of the

23  literature on how to do this or any of the

24  internal documents I reviewed or the IFU of
```

Dionysios K. Veronikis, M.D.

```
1    how you deal with these complications.  But

2    if you're walking on a lake, at the edge of

3    the lake it's very thick; you can stand on

4    it.  As you get towards the middle, the ice

5    gets thin.  So where it gets thin, you fall

6    through.

7              As you move back towards the

8    edge, it's better.  So the only way to

9    effectively treat these mesh issues is not in

10   the office.  It's actually cruel and unusual

11   punishment for the woman.  It's to take her

12   to the operating room and cut that mesh back

13   either completely or to a point that the full

14   thickness of the fibromuscular wall of the

15   vagina is free of mesh.  That is the only

16   way.

17        Q.    Can some mesh exposures be

18   treated without complete removal of the mesh?

19        A.    Can the exposure be removed

20   that's visible?  Yes, but can it be treated?

21   No, because of what I just explained.

22        Q.    So you're saying any time

23   there's a mesh exposure, almost all the mesh

24   needs to be removed?
```

Dionysios K. Veronikis, M.D.

```
 1          A.      You have to cut it back.

 2          Q.      It's not what I asked.   I'm

 3     just --

 4          A.      No.

 5          Q.      It doesn't have to all be

 6     removed?

 7          A.      Yes, it does.

 8          Q.      So any time you have a -- so

 9     even if you have like a 10-millimeter

10     exposure, you should remove all of the mesh?

11          A.      The way you're asking the

12     question, I have to answer yes.

13          Q.      Okay.  Why am I asking it

14     wrong?

15          A.      Because the way I think as a

16     surgeon is I want to fix this woman.  And the

17     way you're asking the question is you want me

18     to do the minimal amount to get past it.  So

19     I'm honestly answering that.  The treatments

20     that have been set forth in helping these

21     women are a problem, which is why all of

22     these women have all these issues.

23               So, no, it can't -- it can't be

24     partially removed.
```

Dionysios K. Veronikis, M.D.

1        Q.     So if doctors, surgeons out

2    there, if they, after surgery, three months,

3    six months later, have a small, 10-millimeter

4    or so exposure, you're saying that what they

5    should do is remove all of the mesh at that

6    time?

7        A.     Yes, I would call that big.  I

8    think if there's a couple fibers, you can

9    watch it.  There is no evidence whatsoever to

10   suggest that estrogen helps, but maybe if you

11   rub it in there and you promote some blood

12   flow or somehow, it may help with some

13   fibers.

14           But once you have -- it's sort

15   of like a fistula.  When you fix a fistula,

16   even though the fistula is 45 millimeters,

17   the defect around it, there's probably

18   another circumference of 3 or 4 millimeters,

19   which is why fistulas fail when you fix them.

20           So if you're only removing that

21   part that's on the thin ice, the example I

22   used on the lake, the woman is going to have

23   a problem because it's in the vaginal wall.

24   So can you leave maybe a little behind?  But

Dionysios K. Veronikis, M.D.

```
1    even when you do, it's been my experience in

2    seeing these women that they're going to come

3    back with pain because the edge now is no

4    longer flat.  The edge now pokes through the

5    tissue.  When the mesh is intact and it's

6    flat, you have a sheet of human tissue over

7    it, it's not poking her.  When you cut it, it

8    is like a sawblade poking at her because the

9    fibers are like sutures poking through.

10         Q.     Are you aware of any

11   peer-reviewed literature that supports the

12   proposition that regardless of the size of

13   the exposure that all mesh should be removed,

14   if there's an exposure?

15         A.     No.

16         Q.     Would you agree that there are

17   many patients that have benefitted from

18   Gynemesh® PS being used for prolapse?

19         A.     No.

20         Q.     Are there any?

21         A.     No.

22         Q.     Why do you say that?

23         A.     It's a very biased view in the

24   patients I see and their lives are totally
```

Dionysios K. Veronikis, M.D.

1   devastated from what's happened.

2        Q.      Well, I didn't ask about the

3   patients you saw.

4               Do you believe in the world are

5   there many patients that have benefitted from

6   Gynemesh® PS being used to treat their

7   prolapse?

8        A.      I do not.

9        Q.      Okay.  Do you believe there's

10  any patients in the world that have

11  benefitted from TVT® being used for their

12  stress urinary incontinence?

13       A.      Some, yes.

14       Q.      Most, true?

15       A.      Based on the patients that are

16  in the -- that have been followed and based

17  on all the data that can be transposed to the

18  world, okay, if you take Ulmsten's data and

19  you take the Oga position paper, the Oga

20  paper that is cited on the back of SUFU and

21  AUGS and you look at the grade of the

22  reports, those patients in those studies,

23  they're not high-grade, quality studies, but

24  there's about 15,000 patients that are

Dionysios K. Veronikis, M.D.

1  reported in there.

2            So if you extrapolate all that

3  data, okay, I would agree that 85 percent of

4  the women are cured of their incontinence.

5  What none of us know is what are the

6  long-term consequences.  Because when you

7  look at that paper that's cited on the AUGS,

8  SUFU statement position paper and you really

9  read that paper, it actually talks about

10  needing long-term data for mesh implants.

11       Q.     And who is the author on that?

12       A.     That was Oga.

13       Q.     You don't believe there's any

14  safe alternative for the use of mesh -- I

15  mean, there's no safe use of mesh in the

16  vagina for prolapse, true?

17       A.     Not the current mesh that we

18  have.

19       Q.     Well, you can't identify --

20  that would be the better way to say it.

21            You can't identify a mesh

22  that's out there on the market that you would

23  consider to be safe for prolapse repair,

24  true?

Dionysios K. Veronikis, M.D.

1          A.      From my reading of the

2    documents, I have learned that there is a

3    mesh that's better than polypropylene,

4    Pronova.

5          Q.      My question was do you know

6    whether it's safe or not?

7          A.      Based on the information I have

8    and the characteristics of the mesh, it's

9    safer.

10         Q.      But that wasn't my question

11   whether there was one safer.

12                 My question is it safe, would

13   you use it in the vagina?

14         A.      Yes.

15         Q.      Okay.  Why?

16                 What's different about it?

17                 Who makes Pronova, by the way?

18         A.      Ethicon.

19         Q.      What's safer about the Pronova?

20         A.      So the fibers are completely

21   different.  When you look at certain

22   studies --

23         Q.      I'm going to have to withdraw

24   and interrupt just a second.

Dionysios K. Veronikis, M.D.

```
1              Has Pronova been used for
2    prolapse repair successfully in studies?
3         A.    Hasn't been used.
4         Q.    Okay.  But you believe if it
5    was offered to you, you would use it for
6    prolapse repair?
7         A.    Yes.
8         Q.    Okay.  And even though it
9    hasn't been proven in any studies?
10        A.    It hasn't been used -- it's
11   been looked at biocompatibility.
12        Q.    Okay.  All right.  So briefly
13   what is it about that mesh that you believe
14   you would use it for prolapse repair?
15        A.    The long-term inflammation is
16   reduced.
17        Q.    Because?
18        A.    It's a different chemical.
19   It's polyvinylidene fluoride.
20        Q.    Okay.
21        A.    And when they -- even Ethicon
22   themselves has done testing on it, it is a
23   much more stable filament than polypropylene,
24   and studies where it's been implanted and
```

Dionysios K. Veronikis, M.D.

1  explanted, the filament doesn't show.  The

2  filament is cracks, the polypropylene shows.

3           I've read documents that says

4  that the preparation of the polypropylene

5  filament through the stretching and the

6  heating creates a core that cools differently

7  than the external, which is why the external

8  is subjected to cracking.  And there's metals

9  that are used to stabilize it and peroxidases

10  during the inflammatory process start to

11  degrade it.  It's a vicious cycle which is

12  why the chronic reaction occurs.

13      Q.    Is there any peer-reviewed

14  literature establishing Pronova as a good

15  product for prolapse repair?

16      A.    No.

17      Q.    When you have patients coming

18  to you that have had mesh and they're having

19  some issues with them, do you always

20  recommend an explant of the mesh?

21      A.    Ask the question again, please?

22      Q.    Yeah.

23           Did you have patients coming to

24  you -- you said from all over -- that have

Dionysios K. Veronikis, M.D.

1    had a mesh product implanted in them, do you

2    always recommend explanting of the mesh?

3         A.    No.

4         Q.    When do you not?

5         A.    When there's nothing clinically

6    that I think I can add by removing it.

7         Q.    Okay.  Do you ever have

8    patients come to you who say, "I'm not having

9    any problems or much problems, but I would

10   still like the mesh taken out"?

11        A.    Yes.

12        Q.    Okay.  Do you take it out under

13   those circumstances?

14        A.    No.

15        Q.    Okay.  I think there are some

16   that do that, that's why I asked.

17              What is your charge for an

18   explant procedure?

19        A.    I accept insurance.  Whatever

20   the insurance pays.

21        Q.    And how many of those do you do

22   each year?

23        A.    As I mentioned earlier, I've

24   narrowed it down.  In 2015, I took out 296

Dionysios K. Veronikis, M.D.

```
 1    implants.

 2         Q.      And before that, it was another

 3    20 percent or something above that?

 4         A.      I think I hit 400 one year, and

 5    I decreased the number.

 6         Q.      Have you ever had any nerve

 7    entrapment in any -- have you ever found any

 8    nerve entrapment as a part of your explant

 9    procedures?

10         A.      Yes.

11         Q.      Rarely?

12         A.      Yes.

13         Q.      Okay.  How do you know that

14    there's nerve entrapment as you do an explant

15    procedure?

16                 Is that confirmed by pathology,

17    or what's your basis for that?

18         A.      The TVT® sling was attached to

19    the obturator nerve directly, and I touched

20    the mesh to free it up and the patient's leg

21    jumped.

22         Q.      Was that as a result of a

23    surgical technique problem?

24         A.      It's a result of the IFU and
```

Dionysios K. Veronikis, M.D.

```
1    the directions that's given to the surgeon to

2    use a large trocar.

3         Q.      Okay.  Was that the only

4    occasion you've had a nerve entrapment

5    problem?

6         A.      It's been several times.  I

7    don't like giving an exact number because I

8    don't track all of those things.  What I

9    track is how much I help patients with what I

10   do.

11        Q.      But that was something -- was

12   the nerve -- in the example you gave, was the

13   nerve entrapment, did that occur -- was that

14   producing symptoms for the patient?

15        A.      Yes.

16        Q.      Okay.  Now, before the

17   Prolift®, when it's -- strike that.

18               Gynemesh® PS, Gynemesh® PS has

19   bidirectional elasticity, doesn't it?

20        A.      Yes.

21        Q.      And it maintains that to some

22   degree once it's put in the body, true?

23        A.      No.

24        Q.      Not at all?
```

Dionysios K. Veronikis, M.D.

1        A.      The elasticity.

2        Q.      Bidirectional elasticity to

3    some degree remains with the Gynemesh® PS

4    when it's put in the body?

5        A.      Oh, let me change my answer to,

6    yes, in the short term.

7        Q.      Okay.  How much Gynemesh® PS is

8    used typically -- not Prolift®, just

9    Gynemesh® PS, used for a prolapse repair?

10               How much is used?

11       A.      Depends where --

12       Q.      Anterior.

13       A.      Anteriorly?

14               Depends on the woman's vagina,

15   but let's say average of 7 centimeters by 6.

16       Q.      Okay.

17       A.      Maybe -- and there's longer and

18   wider depending on the bony structure.

19       Q.      How about posteriorly?

20       A.      The posterior segment tends to

21   be a little longer.  9 by 5.

22       Q.      The meshes from other companies

23   that use -- that are used for prolapse, do

24   any of those have bigger pores or lighter

Dionysios K. Veronikis, M.D.

1    weight?

2         A.    I want to make sure I

3    understand the question.

4         Q.    Yeah.

5                There's other mesh products

6    that can be used for prolapse repair, right?

7         A.    Yes.

8         Q.    Have any of those had a lighter

9    weight or bigger pores than a Gynemesh® PS?

10        A.    Yes.

11        Q.    Okay.  Which one?

12        A.    Coloplast is much lighter.

13        Q.    Okay.  And when did that come

14   on the market?

15        A.    I can't tell you the exact

16   date.  Probably in the last seven, eight

17   years.

18        Q.    What's its gram per meter

19   squared?

20               What's its weight?

21        A.    It's -- I think it's 27.

22        Q.    And what is Gynemesh® PS?

23        A.    45.

24        Q.    Are you familiar with any

Dionysios K. Veronikis, M.D.

1    peer-reviewed literature that is critical of

2    the pore size or weight of Gynemesh® PS?

3         A.    No.

4         Q.    Have you ever written in a

5    medical record that a patient had clinical

6    problems resultant to particle loss or

7    degradation?

8         A.    No.

9         Q.    Did you review the -- strike

10   that.

11              I asked you before some

12   questions, and I can't remember whether they

13   were TVT®-related or not, but have you

14   reviewed other warnings information that was

15   given to doctors other than the IFU with

16   respect to Gynemesh® PS products?

17        A.    I reviewed everything that was

18   given to me.  I don't recall specifically at

19   this time.

20        Q.    Do you recall reviewing the

21   surgeon's monograph with respect to the

22   Gynemesh® PS products?

23        A.    I don't recall.

24        Q.    Did you read the Prolift® IFU

Dionysios K. Veronikis, M.D.

1    when you used it that one time?

2          A.      I did.

3          Q.      Had you read it since until you

4    became involved in this litigation?

5          A.      I read it again.

6          Q.      When you became -- that's what

7    you mean.

8          A.      Yes.

9          Q.      But the gap of years, you

10   hadn't read it in between?

11         A.      I looked at it from time to

12   time.  I read a lot of IFUs.  As I mentioned

13   earlier, I own all of the products because I

14   have to study them on how they're designed to

15   be able to remove them.  Elevate's different

16   than Apogee and Perigee® and Avaulta®.  So I

17   do review them from time to time.

18         Q.      And did you say you have not

19   served as an expert witness against any other

20   company?

21         A.      I'm not sure I answered that

22   question.

23         Q.      Okay.  Have you?

24                 I'll ask you again.

Dionysios K. Veronikis, M.D.

```
 1          A.      Yes, I have.

 2          Q.      Which against?

 3          A.      Boston Scientific.

 4          Q.      And what product?

 5          A.      Prefyx and Solyx.

 6          Q.      And what are those?

 7          A.      Those are -- one is a

 8   single-incision sling and the Prefyx --

 9          Q.      Is that like a TVT-Secur?

10          A.      Different.  It has plastic

11   arrowheads that attach to the muscles.

12          Q.      Okay.  So which one is that,

13   Solyx or Prefyx?

14          A.      Sorry, the single incision.

15          Q.      Yes.

16          A.      Solyx.

17          Q.      So you've testified as an

18   expert witness against the Solyx product?

19          A.      Yes.

20          Q.      You said that it is -- never

21   should have been on the market?

22          A.      Yes.

23          Q.      Okay.  And what about Prefyx,

24   what kind of product is that?
```

Dionysios K. Veronikis, M.D.

```
1        A.      That's a sling.

2        Q.      Okay.  What kind of sling?

3        A.      Prepubic.

4        Q.      Okay.  Different from

5    retropubic?

6        A.      It's in front.

7        Q.      Okay.  And what's the problem

8    with it?

9                Well, let me ask you this:  On

10   both of those products, have you been

11   critical of the instrumentation?

12       A.      Yes.

13       Q.      Have you been critical of the

14   technique described in the IFU?

15       A.      Yes.

16       Q.      And have you been critical of

17   the design of the material?

18       A.      Yes.

19       Q.      Okay.  And you don't believe

20   either one of those should have been

21   marketed?

22       A.      No.

23       Q.      Okay.

24       A.      And they're not on the market.
```

Dionysios K. Veronikis, M.D.

1     Q.      Okay.

2     A.      They're gone.

3     Q.      So is there any sling product

4  in the world that -- polypropylene sling

5  product in the world that you believe is safe

6  in all aspects:  Instrumentation, technique,

7  and material?

8     A.      No.

9     Q.      Is there any polypropylene

10  sling product in the world that you believe

11  is reasonably safe with respect to the

12  material, the mesh material?

13     A.      No.

14     Q.      Okay.  When do you do an ASC?

15            Under what circumstances?

16     A.      So I'll perform an ASC on a

17  patient that is a younger woman, someone that

18  has a shortened vagina, someone that has --

19     Q.      These are alternatives, or they

20  have to have all of these things?

21     A.      No, it's either --

22     Q.      This or that?

23     A.      This or that.

24     Q.      Okay.

Dionysios K. Veronikis, M.D.

1         A.      Someone who has a job that

2    requires heavy lifting.  Someone that has

3    asthma or bronchitis.  Just a more durable

4    repair.  She needs a more durable repair.

5         Q.      Was it within the standard of

6    care up until 2012 for a surgeon to use

7    Gynemesh® PS products in repair of prolapse?

8         A.      Would you ask the question

9    again?

10         Q.      Yeah.

11                 Was it within the standard of

12    care, the acceptable standard of care, for a

13    surgeon to use a Gynemesh® PS product for

14    prolapse repair up through 2012?

15         A.      Yes.

16         Q.      Was it within the standard of

17    care for doctors to use TVT® for SUI, even

18    today?

19         A.      Yes.

20         Q.      Okay.  Did any doctor at your

21    hospital ever use TVT®?

22         A.      Yes.

23         Q.      Okay.  Do some still do today?

24         A.      I think there might be one.

Dionysios K. Veronikis, M.D.

```
1          Q.     Okay.  Did any doctors at your

2    hospital ever use Gynemesh® PS for prolapse

3    repair?

4          A.     I don't think so.

5                 MR. BALL:  Okay.  Why don't we

6          take a break.  I think I'm about

7          finished here.  I've got to regroup a

8          little bit here.

9           (Off the record at 1:32 p.m.)

10   QUESTIONS BY MR. BALL:

11         Q.     Doctor, would an experienced

12   surgeon before 2005 performing prolapse

13   surgery with Gynemesh® PS know that pain with

14   intercourse was a possible complication?

15         A.     Yes.

16         Q.     Would an experienced surgeon

17   before 2010 using Gynemesh® PS for prolapse

18   know that vaginal scarring was a possible

19   complication?

20         A.     Yes.

21         Q.     Would they know that infection

22   was a possible complication?

23         A.     Yes.

24         Q.     Would they know that urinary
```

Dionysios K. Veronikis, M.D.

1    frequency, urgency, dysuria, retention,

2    obstruction and incontinence were possible

3    complications?

4         A.     If we could break that question

5    up again.

6         Q.     Yeah.

7                Would an experienced surgeon

8    before 2010 know that urinary frequency would

9    be a possible complication after prolapse

10   surgery with Gynemesh® PS?

11        A.     No.

12        Q.     What about urgency?

13        A.     No.

14        Q.     What about dysuria?

15        A.     No.

16        Q.     What about retention?

17        A.     No.

18        Q.     So is retention a recognized

19   problem with Gynemesh® PS used for prolapse

20   surgery?

21        A.     Depends on how tight you make

22   it.

23        Q.     Is it a potential complication?

24        A.     Yes.

Dionysios K. Veronikis, M.D.

```
 1          Q.     And that wouldn't have been

 2   known as a possible complication before 2010?

 3          A.     No.

 4          Q.     Why do you say that?

 5          A.     I don't think anyone knew

 6   exactly what would happen when you put mesh

 7   in there.

 8          Q.     Was incontinence a potential

 9   complication?

10          A.     Yes.

11          Q.     That was known before 2010?

12          A.     Yes.

13          Q.     Okay.  Organ nerve damage, was

14   that a potential complication that was known

15   to experienced surgeons using Gynemesh® PS

16   before 2010?

17          A.     Yes.

18                 But it's a different kind of

19   nerve damage than -- they would know about it

20   because they have to open the vaginal wall

21   up.

22                 What they didn't know was the

23   consequence that would happen, you know,

24   they're cutting the vagina, they're opening
```

1    it up and we talk about nerve damage, did

2    they know about it.

3              So, yes, they would know about

4    it because they're doing surgery.  But what

5    they wouldn't know about is the fact that

6    they're going to put an implant in her that's

7    then going to constrict and change

8    everything.

9        Q.    Would an experienced surgeon

10   before 2010 using Gynemesh® -- in and before

11   2010 using Gynemesh® PS for prolapse know

12   that there was a potential of contraction?

13       A.    No.

14       Q.    Would they know that there was

15   a potential of scar formation?

16       A.    Not the kind of scar we're

17   talking about.

18       Q.    I'm not talking about degrees.

19              Would they know that there

20   would be some degree of contraction from

21   scarring with the use of Gynemesh® PS, would

22   an experienced surgeon know that before 2010?

23       A.    I'm not sure I know how to

24   answer the question.  Because the way I'm

Dionysios K. Veronikis, M.D.

1    thinking about it as a surgeon is I'm going

2    to get scarring from just doing surgery, and

3    I think I answered, yes, that there is

4    scarring from doing that.

5              But if you're asking the

6    question is the scarring the same when

7    putting in the mesh, then the answer is no.

8         Q.    No, that's not what I'm asking.

9         A.    Okay.

10        Q.    They know they're going to

11   create a scar by putting in mesh, right?

12        A.    They know they're going to

13   create a scar by doing surgery.

14        Q.    And they know that they're

15   going to create -- well, won't there be

16   scarring connected with the implantation of

17   the mesh, right?

18        A.    Yes.

19        Q.    And wouldn't every experienced

20   surgeon before 2010 know that there will be

21   some contraction connected with the scarring

22   of the mesh surgery?

23        A.    No.  I didn't know.  I didn't

24   know.

Dionysios K. Veronikis, M.D.

1        Q.      Before 2010, would an

2   experienced surgeon -- so you're saying at no

3   time versus before 2010 would an experienced

4   surgeon know that there would be the

5   potential for contraction connected with mesh

6   surgery?

7        A.      I'm answering that question

8   honestly on what I knew.  I don't know what

9   other people knew so I'm answering that

10  question based on what I knew.  I was

11  surprised the first time that I had a patient

12  that had a contraction like that.

13       Q.      And that was 2010, after 2010?

14       A.      I'm not sure exactly when, but

15  around that time frame.  When the literature

16  started talking about contraction and mesh

17  exposure and et cetera, it all made sense.

18       Q.      Would the average surgeon in

19  2010 and before know that there was a

20  potential of erosion or exposure from mesh,

21  from Gynemesh®, used in prolapse?

22       A.      Yes.

23       Q.      And would the average surgeon

24  in 2010 or before know that there was a

Dionysios K. Veronikis, M.D.

1   potential for another surgery after the use

2   of the mesh for prolapse?

3         A.      Probably not.

4         Q.      Would they know there was the

5   possibility that some mesh might have to be

6   removed?

7         A.      I think what they -- no, what

8   they knew is that they were going to apply

9   silver nitrate in the office and put some

10  estrogen on it and that would take care of

11  it, and it didn't.

12        Q.      So you don't think the average

13  surgeon knew that a possible complication of

14  using Gynemesh® for prolapse was that there

15  might need to be surgery to remove some of

16  the mesh?

17        A.      No.

18        Q.      Did the average surgeon in 2010

19  or before know that if they used Gynemesh®

20  for prolapse there might be a recurrent

21  prolapse?

22        A.      No.

23        Q.      They thought it was going to be

24  100 percent successful?

Dionysios K. Veronikis, M.D.

1      A.    Oh, they thought it was going

2   to be fantastic.

3      Q.    100 percent?

4      A.    Close to it.  100 percent

5   doesn't exist in clinical medicine, but --

6      Q.    Well, I asked did they know

7   that a potential complication was that there

8   would be a recurrent prolapse?

9      A.    I don't think they did, no.

10      Q.    Okay.  Did the average surgeon

11   in 2010 or before know that the -- there was

12   a potential for a long-term foreign body

13   response from the mesh?

14      A.    Absolutely not.

15      Q.    Did the average surgeon in 2010

16   or before who implanted TVT® know that there

17   was a potential for pain with intercourse?

18      A.    No.

19      Q.    Did that person know that there

20   was the potential for vaginal scarring?

21      A.    No.

22      Q.    The potential for erosion or

23   exposure?

24      A.    Probably, yes.

Dionysios K. Veronikis, M.D.

1       Q.      The potential for a chronic

2   foreign body response?

3       A.      No.

4       Q.      The potential for a failure of

5   the procedure to cure the SUI?

6       A.      Yes.

7       Q.      The potential for an additional

8   surgery?

9       A.      Yes.

10      Q.      The potential for some of the

11  mesh to be removed?

12      A.      No.

13      Q.      And the potential of

14  contraction of the TVT®?

15      A.      No.

16      Q.      When do you think that doctors

17  became aware of the problems that you've

18  described for us today?

19              When did the medical community

20  become aware of the problems that you've

21  described about TVT® and Gynemesh®?

22      A.      After 2011.

23      Q.      Okay.  And what happened in

24  2011?

Dionysios K. Veronikis, M.D.

```
 1        A.     Well, there was the initial FDA

 2  announcement that that some of these things

 3  might be rare, and then in 2011 when it

 4  wasn't rare, and it all just kind of blew up.

 5        Q.     You said there was the initial

 6  announcement.

 7               When was that?

 8        A.     I believe it was 2008.

 9        Q.     Right.

10               So wasn't there general

11  knowledge in the medical community in 2008 of

12  these problems that I just listed?

13        A.     To some degree, but it wasn't

14  really an awareness.  I didn't -- I'm

15  answering the question honestly based on what

16  I knew because that's what I know.  I'm not

17  sure what other people knew.  Maybe there

18  were some that are more alert and smarter

19  than me out there, but I didn't know the

20  extent that all of these problems would exist

21  until after 2011 and especially 2012.

22               I would see patients, and I

23  didn't think it was the mesh either.  I

24  didn't really know what to tell them until
```

Dionysios K. Veronikis, M.D.

1    all of these announcements happened.

2         Q.     Your referrals for explants,

3    where do they come from?

4         A.     They are global.

5         Q.     Let me ask you this, a simpler

6    question.

7                Do any of your referrals for

8    explants come from lawyers, where the

9    patients were referred by lawyers to you?

10        A.     So the short answer is yes

11   because these patients ask their lawyers

12   where can I get help.  So at least in

13   St. Louis I am one of the people that can fix

14   this.  My referrals come from other doctors,

15   other patients, other surgeons, that put in

16   mesh, urologists, gynecologists, internal

17   medicine doctors.

18        Q.     And lawyers?

19        A.     Yeah.

20        Q.     Okay.  Do you know what

21   percentage of your referral practice comes

22   from people involved in litigation?

23        A.     It's a very small percentage.

24   2 percent.

Dionysios K. Veronikis, M.D.

```
 1          Q.      Do you ask every one of your

 2   explant patients whether they're involved in

 3   a lawsuit?

 4          A.      I do not.

 5          Q.      So how do you have any basis

 6   for knowing that?

 7          A.      They fill out a little piece of

 8   paper.

 9          Q.      About referral?

10          A.      About referral, and it says

11   "Attorney."

12          Q.      Okay.  So my question -- I

13   appreciate that.  My question is a little bit

14   different.

15               I'm not talking about people

16   who are directly referred.  I'm asking about

17   what percentage of your patients are involved

18   in a lawsuit.

19          A.      I don't know.  I don't ask.

20   It's really none of my business.

21          Q.      And you don't ask?

22          A.      I don't ask.

23          Q.      Are you familiar with any

24   medical principle that complaints of pain can
```

Dionysios K. Veronikis, M.D.

```
 1    be affected by secondary gain?

 2         A.      I'm sure there are, which is

 3    why when patients show up, if I can't find

 4    more than one reason -- and I just submitted

 5    an abstract to the AUGS; it's not accepted

 6    yet -- very few patients present with a

 7    single symptom that I've operated on.  They

 8    usually have pain, erosion, failure of the

 9    device.

10              So it's -- I'm not -- I don't

11    know if you're implying, maybe you're not,

12    but I'm going to answer the question.  I'm

13    not looking to remove the mesh when there's

14    no problem.  I put it in.  So if it's working

15    fine, and I think it's in the best interests

16    of the patient to leave it alone, I leave it

17    alone.

18              But there's a large number of

19    patients that truly have problems that don't

20    know where to get help.  There was a paper by

21    I think Shakain and Posen that said many

22    years ago that there ought to be referral

23    centers.

24         Q.    Shakitan and Kosan?
```

Dionysios K. Veronikis, M.D.

1        A.      Is that how you say his name?

2                Okay.   There's a bunch of

3   papers that I reviewed, and I can't say their

4   names.   They're not in my reports, but I

5   don't know what's on the thumb drive.   I

6   think I got 52 discs or something like that.

7   So that there ought to be places where these

8   women can have help.

9                So that, to me, was the first

10  time that someone recognized that these women

11  have legitimate problems, and there is

12  nothing anywhere to help guide care for them.

13       Q.      Tell me about the paper you

14  submitted to AUGS.

15       A.      It's an abstract.

16       Q.      An abstract.

17       A.      An abstract.

18       Q.      And was it based on a study, or

19  what's it about?

20       A.      All it's doing so far -- I

21  think it -- after going through this and

22  being deposed, I think I will write it up.   I

23  wasn't planning on it.   But all it was was

24  looking at how many of these issues are

Dionysios K. Veronikis, M.D.

```
 1    slings and how many are prolapse kits.

 2    That's all it really was looking at, but I'm

 3    going to reconsider that.

 4              So the vast majority are

 5    slings.

 6         Q.    The vast -- and you told us

 7    that earlier in the deposition.

 8         A.    Okay.

 9         Q.    The vast majority of your

10    explant procedures are slings?

11         A.    Yes, sir.

12         Q.    Of various manufacturers?

13         A.    Yes.

14              And it's not mentioned who they

15    are in the paper.

16         Q.    And you don't know enough about

17    market share and everything to determine

18    whether the TVT® is overrepresented in your

19    practice or not?

20         A.    No, but I'm going to see if I

21    can learn.

22         Q.    Would you say that a warning is

23    adequate if it gives a doctor sufficient

24    information to counsel patients and make a
```

Dionysios K. Veronikis, M.D.

```
1    surgical decision?

2         A.      Would you repeat that?

3         Q.      Yeah.

4                 Would you say a warning is

5    adequate if it gives the doctor sufficient

6    information to counsel patients and make a

7    surgical decision?

8         A.      If it gives adequate

9    information?

10        Q.      No, gives sufficient

11   information is what I meant to say.

12                You said in here sometimes the

13   warnings are inadequate?

14        A.      Yes.

15        Q.      You've said that.  So I'm

16   trying to get your definition of what

17   inadequate is.  Maybe I'll just ask that.

18                What's your definition of an

19   adequate warning?

20        A.      Percentages, how often does it

21   happen, what's the severity.

22        Q.      Of complications?

23        A.      Yes, how is it addressed.

24        Q.      Are you aware of any warnings
```

Dionysios K. Veronikis, M.D.

```
1    related to any kind of vaginal surgery from

2    any manufacturer that gives percentages of

3    complications?

4         A.    Unfortunately, none do.

5         Q.    Okay.  So these photographs

6    that are in your Gynemesh® report, which is

7    Exhibit 3, what is the significance of those

8    photographs?

9              They're at page 7, et cetera.

10   7 and 8.

11        A.    So it shows the bunching, the

12   rolling, the cording, the excessive

13   scarification of the mesh once it's placed.

14             It doesn't --

15        Q.    So let's take the photograph on

16   page 8.

17             Tell me what that's showing,

18   photographs.

19        A.    I have page 7, want me to go to

20   page 8?

21        Q.    Yeah.

22        A.    So it's showing a section of

23   Gynemesh® that's been explanted.  It's been

24   cut in the middle and where the surgeon cut
```

Dionysios K. Veronikis, M.D.

1    it in a square, it has folded and corded near

2    the lateral edges.

3         Q.    Okay.  And maybe we will use

4    Jim's color ones.

5              Show me what you're talking

6    about.

7         A.    See how it's folded and rolled

8    right there?  Are we looking at the right

9    one?

10        Q.    Yeah.  Well, I'm not seeing any

11   folding.

12             So that's the mesh folding and

13   rolling on the top picture on page 8?

14        A.    Yes.  And it can't been seen

15   easily because it's encased in scar tissue

16   and tissue.  It's not a single flat layer.

17        Q.    I can't tell that, but if I'm

18   assuming --

19        A.    Compare it to the picture below

20   it.

21        Q.    Okay.  Which is what?

22        A.    It's another -- it's the piece

23   of Gynemesh® from the above picture in closer

24   magnification.  You see how it's nice and

Dionysios K. Veronikis, M.D.

```
 1   flat and the edge here is rolled?

 2        Q.     I'm not being difficult.  I

 3   don't see it, but I wanted to hear what you

 4   had to say about it so I've heard that.

 5               I appreciate it.

 6        A.     Okay.

 7        Q.     You say on page 10 --

 8        A.     If I could interrupt for a

 9   second, a better page to represent the

10   folding is on page 7.

11        Q.     Okay.

12        A.     On this one, maybe you can see

13   it a little bit better, it's a lot thicker.

14   See, it's thicker?

15               Can you see the edges?

16        Q.     I see it's thicker.  I guess

17   that just meant more tissue came with it.

18        A.     No.  My technique is such that

19   it scrapes it off and it's folded.

20               I'm sure I have the picture

21   laterally head-on.

22        Q.     So what you're saying in all of

23   these photographs what we're seeing is almost

24   totally mesh, not tissue?
```

Dionysios K. Veronikis, M.D.

```
 1         A.      Yes.

 2         Q.      Okay.  That might have been my

 3    misunderstanding.

 4         A.      Yes.

 5         Q.      So if they're thicker, if the

 6    piece is thicker in the photograph, it's

 7    thicker because the mesh has rolled over is

 8    what you're saying; not thicker because it

 9    happens to have more tissue connected with

10    it?

11         A.      Correct.  If I did that, I

12    would be removing the woman's rectum and

13    bladder.

14         Q.      Go to page 10 of your Gynemesh®

15    report, it says in the middle of the page,

16    "The Gynemesh® PS contains pore sizes much

17    smaller than the necessary 1 millimeter."

18         A.      Yes.

19         Q.      This gets to the variable pore

20    size you were talking about before?

21         A.      Yes.

22         Q.      Do you know what percentage of

23    them are smaller than 1 millimeter, and what

24    percentage are larger?
```

Dionysios K. Veronikis, M.D.

1          A.      I didn't do a calculation on

2     the percentage, no.

3          Q.      How would Ethicon be able to

4     determine the percentage of complications?

5                  You said a warning to be

6     adequate needed to give the percentage of the

7     potential complications such as erosion and

8     nerve damage and --

9          A.      Yes.

10         Q.      -- contraction, et cetera.

11                 How would Ethicon determine the

12    percentages to put in an IFU?

13         A.      What they would have had to do

14    when all of this -- when these products

15    started is very similar to what's given to a

16    patient that has a pacemaker, a card.  Each

17    of those cards is registered with the company

18    so the company knows how many implants went

19    in.  That patient carries that card and if

20    there's a complication, the patient calls a

21    number to report these complications and then

22    the patient is seen by a doctor to confirm

23    that.

24         Q.      Well, that process would have

Dionysios K. Veronikis, M.D.

1    taken years in order to get reliable

2    percentages of complications, true?

3         A.    Yes, but the company should

4    have done a project like that prior to

5    releasing it to the average surgeon.

6         Q.    So how many patients would have

7    had to have Prolift® put in at the clinical

8    trial stage before the product went on the

9    market in order to get reliable percentages

10   of complications in your view?

11        A.    500.

12        Q.    Other than pacemakers, do you

13   know of any other product that used the kind

14   of procedure you just described?

15        A.    Yes.  I believe you mentioned

16   your daughter works in the ICU.  So when

17   someone comes in with a neurovascular injury

18   and needs a coil, those patients get a little

19   card that lets them know that they have coils

20   in, et cetera, stents, filters.

21        Q.    Is the Gynemesh® PS any more

22   stiff and inflexible than other kinds of

23   meshes used for prolapse?

24        A.    It's less stiff than some, and

Dionysios K. Veronikis, M.D.

```
 1    more stiff than others.
 2         Q.    But I think your view is
 3    they're all too stiff and inflexible?
 4         A.    Yes.
 5         Q.    Okay.  Now, back to our report
 6    on -- the clinical reports at pages 21 and
 7    22, those are footnoted at footnotes 34, kind
 8    of like through 30 -- through 39 of your
 9    report, right?
10         A.    Yes.
11         Q.    Do you believe that you gave a
12    fair and balanced representation of the
13    findings of those reports?
14         A.    I do.
15         Q.    Okay.  Now, did those reports
16    have conclusions in them?
17         A.    Some did, yes.
18         Q.    Okay.  Did you cite the
19    conclusions in your report?
20         A.    I didn't cite the exact
21    conclusion.  What I do is I review everything
22    that's available, and I abstract the
23    information and --
24         Q.    So did the people that prepared
```

Dionysios K. Veronikis, M.D.

```
 1    those reports -- you've written in here that

 2    the study demonstrated that the mesh was not

 3    an effective prolapse treatment and presented

 4    unreasonable risks?

 5         A.    Yes.

 6         Q.    Was that the conclusion of the

 7    study?

 8         A.    On the conclusion by Karram,

 9    Maher on posterior vaginal wall prolapse,

10    absolutely.

11         Q.    No, I'm saying the conclusion

12    of the study that's referenced at footnote

13    34.

14         A.    So I was looking at the wrong

15    one.  So footnote 34 --

16         Q.    Footnote 34 is the clinical

17    study report.

18         A.    Yes.

19         Q.    And you cite data from the

20    clinical study report, and you say your

21    conclusion was that the mesh was not

22    effective prolapse treatment and presented

23    unreasonable risks.

24               Did the people who did this
```

Dionysios K. Veronikis, M.D.

1    study reach that conclusion?

2        A.    Yes.

3        Q.    Okay.  They reached that same

4    conclusion?

5        A.    Yes.

6              There were serious adverse

7    events.  They had to distinguish between

8    transvaginal mesh and what was Prolift®.  So

9    they didn't even met their success rate.

10   Even though they had a success rate of

11   20 percent, they were, I believe, 18.5, they

12   were really close to not being as successful

13   as they wanted.

14       Q.    Well, you quoted a number of

15   pieces of data in here.

16             Why did you not quote the

17   specific conclusion from the people that did

18   the study?

19       A.    I thought I summarized it to

20   the best of my ability everything that was

21   available to me.  There's so many reports, so

22   many papers --

23       Q.    I'm talking about these reports

24   that you quoted specifically.

Dionysios K. Veronikis, M.D.

```
1                  Why did you not quote the

2    conclusion of the report?

3                  You quoted the data, but you

4    didn't quote the conclusion.

5                  Why is that?

6        A.     At the time I thought that was

7    the most important piece of information that

8    I placed in the report.

9        Q.     When you're giving your

10   opinions as to whether the IFU adequately --

11   for the Gynemesh® PS and TVT® provides an

12   adequate warning of the risks and

13   complications, are you basing that on your

14   own opinions and experience?

15       A.     I'm basing it on the totality

16   of everything that was known from the

17   internal documents at Ethicon, all the

18   material that was available to me, and

19   knowing what's in the IFU, knowing what the

20   company knew that they didn't include and my

21   own experience.

22       Q.     Is there any objective standard

23   that you are applying in determining whether

24   the warnings were adequate?
```

Dionysios K. Veronikis, M.D.

```
1         A.      Yes.

2         Q.      What's the objective standard?

3         A.      If, for example, it's mentioned

4   repeatedly in the internal documents for a

5   very long time that there's a problem with

6   the product, and they're not including it,

7   that's not a fair representation of

8   truthfulness of what's wrong with the product

9   or not.

10        Q.      What's the objective standard

11  you're applying in reaching that conclusion?

12        A.      I'm not sure I understand the

13  question then.

14        Q.      Well, then sometimes they're

15  like FDA regulations, there's industry

16  standards.

17               Is there any kind of standard

18  you can point to and say, "This is the

19  standard that should have been applied to the

20  warning," and they didn't meet it?

21        A.      Yeah, Ethicon's own -- where it

22  says our credo is to take care of our

23  doctors, our nurses and our patients.  They

24  had an obligation if they knew that these
```

Dionysios K. Veronikis, M.D.

```
1    meshes had biodegradable components and they

2    knew it, and they have a credo that says

3    we're going to take care of our doctors, our

4    nurses and our patients, and they put it in,

5    I think that's a very objective way of saying

6    they knew about it, and they didn't disclose

7    it.

8          Q.     You do not rely upon internal

9    company documents in making decisions for

10   your patients, true?

11         A.     I don't get -- no, I don't have

12   internal document access.

13         Q.     Right.

14                And other than the Boston

15   Scientific products you've mentioned, other

16   than the two Ethicon products here, are there

17   any other products you've been engaged upon

18   to testify about?

19         A.     I've been deposed as an expert

20   on those two products we've talked about.

21         Q.     Plus the two today?

22         A.     Yes.

23         Q.     And that's it?

24         A.     Yes.
```

Dionysios K. Veronikis, M.D.

```
1        Q.      Okay.  Now, all of the

2   materials that you reviewed in this matter

3   were sent to you by the lawyers for the

4   plaintiffs?

5        A.      Yes.

6        Q.      Okay.

7        A.      52 discs.

8               MR. BALL:  And they're all in

9        the CD, all 52 of them; is that right?

10               MR. MATTHEWS:  It's what my

11        paralegal says.  I promise -- I have

12        not looked at it to verify that.

13   QUESTIONS BY MR. BALL:

14        Q.      Did you ask the lawyers whether

15   there were any other documents or depositions

16   other than what they gave you?

17        A.      I don't think I did.

18        Q.      And did you do any research of

19   your own into the medical literature

20   independent from the medical papers they gave

21   you?

22        A.      Yes, I did.

23        Q.      And how did you do that?

24        A.      I subscribe to -- I'm a member
```

Dionysios K. Veronikis, M.D.

1    of the International Gynecologists

2    Association, so I went on the website and I

3    put in keywords searching the Blue Journal,

4    International Journal of Urogynecology.  I

5    did the same for the American Journal of

6    OB/GYN.  I did the same for Obstetrics and

7    Gynecology.  And then I asked my librarian to

8    do a search, and I asked her to do a search

9    for "Gynemesh®" and "TVT®."

10       Q.    Okay.  Did you come up with any

11   papers that were different or additional to

12   what the lawyers had given you?

13       A.    There were some different ones,

14   but when I looked at them, I didn't really

15   think that they added -- either had bias,

16   they were either employees of Ethicon, or

17   they were -- the studies were funded by

18   Ethicon or there were weaknesses in the

19   methodology so I didn't use them.

20       Q.    So your opinion that there is

21   no reasonably safe mesh product for SUI,

22   would you agree that there's a large body of

23   published peer-reviewed literature that runs

24   counter to that opinion?

Dionysios K. Veronikis, M.D.

1        A.      I do.

2        Q.      Okay.

3        A.      But here's what else I know:

4    Everyone understands, clinicians, doctors,

5    companies, that we need lightweight,

6    macroporous mesh.  And they've done wonders

7    to try to conduct research on that.  There is

8    a paper by Mowali that even says that the

9    current Gynemesh® PS when placed in rhesus

10   monkeys not only doesn't help, it's

11   detrimental to the vagina of a rhesus monkey,

12   which is probably the best paper out there

13   because it's not a pig, it's not a cow, it's

14   not skid.  It's the closest to the human

15   vaginal tissue as possible.  Not only does it

16   not help, it's detrimental.  Every aspect of

17   healing is impaired by Gynemesh® PS.

18              So everyone knows that we need

19   lighter weight meshes, and yet every single

20   company, including Ethicon, continues to use

21   a sling that's 100 grams per meter squared.

22              MR. BALL:  Okay.  I'll just

23        have to move to strike everything

24        after the words "I do."

Dionysios K. Veronikis, M.D.

```
1    QUESTIONS BY MR. BALL:

2         Q.     Would you agree that the

3    general scientific consensus is not in line

4    with your opinion that there is no reasonably

5    safe polypropylene sling for use with SUI?

6         A.     No.

7         Q.     That's not the general

8    consensus, true?

9         A.     I don't think it's a general

10   consensus.

11        Q.     Okay.  Thank you.

12               Can you tell me -- if you saw

13   studies and decided not cite them in your

14   reports, can you tell me what criteria you

15   used to what was cited in the report and what

16   wasn't?

17        A.     Number of patients, follow-up,

18   if the report was done by someone that I

19   identified in my reading as an employee of

20   Ethicon or if the study was funded by

21   Ethicon.  Those have a lot of bias to them.

22        Q.     Well, are you saying that

23   studies funded by a company in which

24   companies participate are automatically not
```

Dionysios K. Veronikis, M.D.

1   reliable?

2          A.      They have bias to them.

3          Q.      I didn't ask that.

4                  Are they automatically not

5   reliable?

6          A.      Sometimes, yes.

7          Q.      All of them?

8          A.      I wouldn't say all of them.

9          Q.      There's a lot of good

10  scientific data that's produced by studies

11  funded by companies, true?

12         A.      Some.

13         Q.      Would you agree that your

14  opinion that there is no safe TVT® -- strike

15  that.

16                 Would you agree that your

17  opinion that TVT® was so unsafe it never

18  should have been on the market is not

19  generally accepted in the scientific medical

20  community?  You agree with that?

21         A.      Yes.

22         Q.      Okay.  So did you automatically

23  not consider any study that had any funding

24  from Ethicon?

Dionysios K. Veronikis, M.D.

1          A.      I considered it.

2          Q.      Did you automatically not cite

3     in your report any study if it had funding

4     from Ethicon?

5          A.      No.

6          Q.      You didn't cite it?

7          A.      No, and that's not the question

8     I'm answering.

9          Q.      I am sorry.

10                 You still would include it in

11    your report although it might have been

12    funded by Ethicon?

13         A.      If I thought it had merit, I

14    would have.

15         Q.      Okay.  And so you're saying any

16    of the -- you remember we went through some

17    long-term studies with respect to both

18    Gynemesh® PS products and TVT®.

19                 Do you remember that?

20         A.      Yes.

21         Q.      And you didn't cite any of

22    those in your report?

23         A.      So one of them I don't

24    recognize --

Dionysios K. Veronikis, M.D.

1      Q.      Let me finish the question.

2      A.      Okay.

3      Q.      You did not cite any studies

4  giving long-term results on either Gynemesh®

5  PS products or TVT®, true?

6      A.      Correct.

7      Q.      Okay.  And are you saying that

8  none of those were reliable studies?

9      A.      When I assess them, I did not

10  think that they had the merit that I wanted

11  to use them in my report.

12      Q.      And what was your basis for

13  that?

14              What was non-meritorious about

15  them?

16      A.      I can't remember the specifics

17  of each report, but it had to do with either

18  follow-up, for example, the Nilsson 17-year

19  study.  I mean, I could do the calculations,

20  but the percentages are off, and half those

21  patients were lost to follow-up.  So you

22  can't know whether the other half are doing

23  well or not doing well.

24      Q.      We talked about that one.

Dionysios K. Veronikis, M.D.

```
 1                   What about any other studies?

 2                   I want to know other studies

 3   that you say you considered that were

 4   long-term follow-up, a year or more, for

 5   either Gynemesh® or TVT®, and you

 6   disregarded -- and you decided not to include

 7   them in your report.

 8        A.     There's thousands of papers.

 9        Q.     That were long term?

10        A.     There's thousands of papers

11   overall, and I looked at everything that I

12   had available to me, and I put it in my

13   report.

14        Q.     If you thought it was -- I know

15   that.

16                   You didn't put -- you looked at

17   what you had available to you.  You made a

18   decision about what to put in your report.

19   What I'm trying to explore is how you made

20   that decision, and I guess what I'm hearing

21   is that if it isn't in your report and -- it

22   was a long-term study, okay, about TVT® or

23   Gynemesh® PS products and it's not in your

24   report, then you considered it not to be a
```

Dionysios K. Veronikis, M.D.

```
 1   valid study?

 2        A.      It was not a good study,

 3   correct.

 4        Q.      Okay.  And those studies were

 5   all peer-reviewed, and some of them were

 6   published in esteemed journals, true?

 7        A.      They're peer-reviewed.

 8        Q.      What do you consider to be the

 9   kind of first tier journals in your field?

10        A.      The ones I looked at,

11   Obstetrics and Gynecology, the American

12   Journal of OB/GYN, International

13   Urogynecology Journal, Journal of Urology.

14        Q.      What about the New England

15   Journal of Medicine?

16        A.      Oh, yes.

17        Q.      Any others?  I just thought of

18   that one.

19        A.      Yeah, it's a good one.

20                I think I have that one in

21   there, don't I?

22        Q.      How about JAMA?

23        A.      JAMA doesn't really have a lot

24   of pelvic floor papers, but I did include
```

Dionysios K. Veronikis, M.D.

1    Richter's multi-center trial on Thomas that

2    was published in the New England Journal.

3         Q.    When you do an explant, does

4    your operative report record what specific

5    product it was?

6         A.    No.

7         Q.    Okay.  It doesn't say TVT®

8    versus Prolift® or something else?

9         A.    My reports are very bland.

10   They don't point fault at the surgeon or the

11   company, but based on some of the questions

12   that you've asked me today, I think I may

13   change my op reports.  I don't put in there

14   where the company is from, how much I

15   removed.  My goal in my operative report is

16   to take care of the patient.

17        Q.    Do you record in your report

18   whether it's mechanical-cut mesh or laser-cut

19   mesh?

20        A.    I do not, but I have the

21   implant --

22        Q.    Don't feel obligated to change

23   any of your practices based on my questions.

24        A.    Oh, I'm absolutely going to.

Dionysios K. Veronikis, M.D.

1    There's an education to these questions

2    sometimes.  So what I've tried not to do is

3    throw companies or patients under the bus or

4    doctors in the -- I didn't mean patients --

5    doctors or companies under the bus in my op

6    notes.  They're very bland.  This is what I

7    did; this is what I got out.  The pathology

8    report documents what I removed.  I have the

9    implant log, I can go back and look it up,

10   but I will add more information to my op

11   notes.

12        Q.     Is chronic inflammation more in

13   the area of pathology than it is your area?

14        A.     Chronic inflammation is a

15   pathologic diagnosis, but it's manifested

16   with clinical symptoms.

17        Q.     You can have a chronic foreign

18   body reaction and not have any clinical

19   symptoms, true?

20        A.     That's true.

21        Q.     Okay.  In fact, it's not at all

22   uncommon if people have a foreign body put in

23   their body permanently, then they often have

24   a permanent foreign body reaction, true?

Dionysios K. Veronikis, M.D.

1          A.      No.

2          Q.      Of some degree?

3          A.      Maybe of some degree, but not

4    of a large degree.

5          Q.      Right.  That was my point.

6                  When you have a foreign body

7    put in your body, you often -- the body often

8    has a chronic foreign body reaction, but that

9    may or may not produce symptoms, true?

10         A.      Yes.

11         Q.      Okay.

12         A.      In the case of polypropylene

13   with the fibrillations and the cracking, it

14   continues to perpetuate the chronic

15   inflammatory response.

16         Q.      Now, are you aware of any paper

17   published, peer-reviewed paper, that says

18   that, that polypropylene in the body produces

19   a long-term foreign body reaction that

20   produces long-term inflammation?

21         A.      Yes.

22         Q.      Okay.  What paper is that?

23         A.      Mary, 1998.  She did it.  She

24   placed polypropylene suture in mongrel dogs.

Dionysios K. Veronikis, M.D.

1          Q.      What's the author's name?

2          A.      Last name is Mary, M-a-r-y.

3          Q.      Are you aware of any paper that

4     related to either TVT® or Gynemesh® PS or any

5     other type of sling or prolapse product that

6     says there's a chronic foreign body reaction

7     that produces chronic, long-term

8     inflammation?

9          A.      Yes, Clavé paper.

10         Q.      Anything else?

11         A.      Not that I think of at this

12    time.

13         Q.      Is the Clavé paper referenced

14    in your report?

15         A.      I think it is.

16         Q.      Can you just -- let's just make

17    that the last thing we do.

18                 Can you find your reference to

19    the Clavé paper, please, in your report?

20                 Here it is.  I don't believe

21    it's -- based on my review, I don't believe

22    it's in the Gynemesh® PS report.

23                 Well, I don't see it.

24                 Do you see it?

Dionysios K. Veronikis, M.D.

```
 1        A.      How could I forget to put that

 2    in there?

 3        Q.      Let's just get a final answer,

 4    and I'll conclude the deposition.

 5              MR. MATTHEWS:  I've got a

 6        couple questions.

 7    QUESTIONS BY MR. BALL:

 8        Q.      Okay.  Would you agree that the

 9    Clavé paper is not cited in either of your

10    reports in this case?

11        A.      I would have to agree with you.

12              MR. BALL:  I have reached my

13        time limit and, therefore, I have no

14        further questions, subject to whatever

15        gets brought up now by Mr. Matthews.

16              CROSS EXAMINATION

17    QUESTIONS BY MR. MATTHEWS:

18        Q.      Dr. Veronikis, is the

19    preparation of the Rule 26 report different

20    from a paper that you would write for a

21    peer-reviewed medical journal?

22        A.      The process?

23        Q.      Yes.

24        A.      Well, the process is different,
```

Dionysios K. Veronikis, M.D.

1    but the methodology is similar.

2        Q.    Explain what you mean.

3        A.    Well, you go through the

4    process of looking at papers and looking at

5    documents.  What's different is that with the

6    Rule 26 report, I have corporate documents

7    and depositions and et cetera that you don't

8    normally have when you write a scientific

9    paper.

10            On a scientific paper, you also

11   have research that you're conducting and

12   considering, but the actual methodology of,

13   you know, coming to a conclusion is the same;

14   you take all of the data that's provided, and

15   you weigh in what you have at hand, and you

16   come up with a decision.

17       Q.    When you're doing a Rule 26

18   report, would I be correct that you're giving

19   your professional opinion?

20       A.    Yes, it's my professional

21   opinion.

22            MR. MATTHEWS:  I don't have

23       another question, but I see Clavé on

24       footnote 29 on the TVT®.

Dionysios K. Veronikis, M.D.

1            MR. BALL:  Well, let's look at

2        that.

3            MR. MATTHEWS:  It's actually

4        referenced in an Ethicon document

5        that's cited in footnote 29.  So it's

6        on page -- about the middle of

7        page 21.

8            REDIRECT EXAMINATION.

9    QUESTIONS BY MR. BALL:

10       Q.    So just so we're clear, you

11    don't cite the Clavé paper or discuss the

12    Clavé paper in the body of the report, true?

13       A.    True.

14       Q.    Okay.

15       A.    But I did look at that paper.

16           MR. BALL:  That's all the

17       questions we have.  Our time is up so.

18           MR. MATTHEWS:  We'll get a

19       rough, and send me everything they

20       get.

21       (Deposition concluded at 2:28 p.m.)

22               - - - - - - -

23

24

CERTIFICATE


    I, CARRIE A. CAMPBELL, Registered Merit Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Dionysios K. Veronikis, M.D. was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

    I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

    I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.


_____

**CARRIE A. CAMPBELL,**
NCRA Registered Merit Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter
#9328
Notary Public

Dated:  May 4, 2016