Honorable Cheryl A. Eifert
United States Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| | | | |
|---|---|---|---|
| **Case No.:** | **2:12-md-2327** | Ghost Case No: (assigned by clerk) | |
| **Case Style:** | Ethicon, Inc. Pelvic Repair System Products Liability | | |
| **Date of Event:** | May 27, 2016 | | |
| **Court Reporter:** | Lisa Cook | | |
| **Law Clerk:** | Jonathan Trevarthen | | |
| **Parties Present:** | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs:  Bryan Alystock, Renee Baggett<br>Counsel for Defendant:  Rich Bernardo, Robin Shah, Chris Morris | | |
| **Type of Event:** | Discovery Conference | | |
| **Time Spent in Court:** | Thirty Minutes | | |
| **Name of Person reporting event:** | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge  Cheryl A. Eifert | | |