# EXHIBIT A

## Peasley, Sarah

| | |
|---|---|
| **From:** | wvsd_cmecf@wvsd.uscourts.gov |
| **Sent:** | Thursday, May 05, 2016 10:12 PM |
| **To:** | Courtmail@wvsd.uscourts.gov |
| **Subject:** | Activity in Case 2:12-md-02327 In re: Ethicon, Inc.. Pelvic Repair System Products Liability Litigation Motion / Application / Petition to Exclude |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Southern District of West Virginia

## Notice of Electronic Filing

The following transaction was entered by Zonies, Joseph on 5/6/2016 at 0:03 AM EDT and filed on 5/5/2016
**Case Name:**        In re: Ethicon, Inc.. Pelvic Repair System Products Liability Litigation
**Case Number:**   2:12-md-02327
**Filer:**
**Document Number:** 2130

**Docket Text:**
**MOTION by All Plaintiffs to Exclude General Causation Opinions and Testimony of Brian J. Flynn, M.D.. (Attachments: # (1) Exhibit(s), # (2) Exhibit(s), # (3) Exhibit(s), # (4) Exhibit(s), # (5) Exhibit(s), # (6) Exhibit(s), # (7) Exhibit(s), # (8) Exhibit(s), # (9) Exhibit(s), # (10) Exhibit(s), # (11) Exhibit(s), # (12) Exhibit(s), # (13) Exhibit(s), # (14) Exhibit(s), # (15) Exhibit(s))(Zonies, Joseph)**

**2:12-md-02327 Notice has been electronically mailed to:**

A. Craig Eiland   ceiland@eilandlaw.com, bstanley@eilandlaw.com

A. Donald C. Discepolo   don@discepolollp.com, andy@discepolollp.com, jessica@discepolollp.com

Aaron Clark Johnson   aaron@summersandjohnson.com

Aaron N. Arthur   aarthur@tcspllc.com, bmaxwell@tcspllc.com, ckline@tcspllc.com, vwolfe@tcspllc.com

Aaron Z. Ahlquist   aahlquist@damicolaw.net