# EXHIBIT B

Brian J. Flynn, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

Case No.: 2:13-cv-04457    MDL NO. 2326

_____

VIDEO DEPOSITION OF BRIAN J. FLYNN, MD    August 29, 2014

_____

BOSTON SCIENTIFIC CORPORATION, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

Related to

AMBER COMER.

_____

A P P E A R A N C E S:

For Plaintiff:
    SEAN O. MCCRARY, ESQUIRE
    sean.mccrary@ahw-law.com
    Andrus Wagstaff, PC
    7171 West Alaska Drive
    Lakewood, Colorado  80226
    (303) 376-6360

For Defendant:
    ANDREW H. MYERS, ESQUIRE
    myers@wtotrial.com
    Wheeler Trigg O'Donnell, LLP
    370 Seventeenth Street, Suite 4500
    Denver, Colorado  80202
    (303) 244-1800

Golkow Technologies, Inc. - 1.877.370.DEPS

## Page 2

1  APPEARANCES: (Cont.)
2
   For Witness:
3     GREGORY R. PICHE, ESQUIRE
      Singularity Legal, PLLC
4     3144 Newton Street
      Denver, Colorado  80211
5     (303) 668-4240
6
   Also Present:  Adam Johnston, Videographer
7
8
9
10
11
12     Pursuant to Notice and the Colorado Rules of Civil
13  Procedure, the video deposition of BRIAN J. FLYNN, MD called by
14  Plaintiff, was taken on Friday, August 29, 2014, commencing at
15  7:10 AM  at 12631 17th Street, Fifth Floor, Aurora, Colorado,
16  before Martha Loomis, Certified Shorthand Reporter and
17  Colorado Notary Public.
18
19
20
21
22
23
24
25

## Page 3

1            I N D E X
2
3  VIDEO DEPOSITION OF BRIAN J. FLYNN, MD
4  EXAMINATION BY:                           PAGE
5     Mr. McCrary                    5, 128
6     Mr. Myers                      67, 136
7
   DEPOSITION EXHIBITS:             INITIAL REFERENCE
8
   Exhibit 1  Notice of Videotaped Deposition
9             of Brian J. Flynn, MD              5
10  Exhibit 2  Curriculum Vitae, Brian J. Flynn, MD    7
11  Exhibit 3  University of Colorado Hospital
              2-28-11 Medical Records, Amber Comer    29
12
   Exhibit 4  University of Colorado Hospital
13            4-8-11 Medical Records, Amber Comer     33
14  Exhibit 5  University of Colorado Hospital
              4-6-12 Medical Records, Amber Comer,
15            Bates No. 00001 - 00058                 36
16  Exhibit 6  Pathology of Explanted Transvaginal
              Meshes                                  49
17
   Exhibit 7  Polypropylene Vaginal Mesh Grafts
18            in Gynecology                           53
19  Exhibit 8  American Urological Association
              Position Statement, Use of Vaginal Mesh for
20            The Surgical Treatment of Stress Urinary
              Incontinence, BSCM04400016224           75
21
   Exhibit 9  University of Colorado Hospital
22            Visit Summary, ComerA_Bolshoun
              Medical_000108 - 000123                 119
23
24
25

## Page 4

1          THE VIDEOGRAPHER:  We are now on the record.
2  My name is Adam Johnston.  I am a videographer for Golkow
3  Technologies.  Today's date is August 29, 2014.  The time
4  is 7:10 a.m.  This video deposition is being held at
5  12631 East 17th Avenue, Room 5500, Aurora, Colorado.  It's
6  in the matter of Amber Comer versus Boston Scientific
7  Corporation for the U.S. District Court, the Southern
8  District of West Virginia.  The deponent is Brian J. Flynn,
9  M.D.
10         Counsel, please identify yourselves for the
11  record.
12         MR. MCCRARY:  My name is Sean McCrary with the
13  Andrus Wagstaff firm in Denver representing Plaintiff
14  Corner.
15         MR. MYERS:  Andrew Myers with Wheeler Trigg
16  O'Donnell on behalf of Boston Scientific.
17         MR. PICHE:  Greg Piche here on behalf of the
18  deponent.
19         THE VIDEOGRAPHER:  The court reporter is Martha
20  Loomis.  She will now swear in the witness.
21            P R O C E E D I N G S
22            BRIAN J. FLYNN, MD,
23  having been duly sworn to state the whole truth, testified as
24  follows:
25            EXAMINATION

## Page 5

1  BY MR. McCRARY:
2     Q.  Good morning, Dr. Flynn.  My name is Sean McCrary.
3  I'm an attorney for one of your patients, Amber Comer.
4         Did you receive a copy of a notice of deposition to
5  appear today?
6     A.  I did.
7     Q.  I got a copy for you right here.  We're going to
8  mark that as Exhibit 1.
9         (Exhibit 1 marked for identification.)
10        MR. McCRARY:  Andrew, do you need one?
11        MR. MYERS:  No, that's fine.
12        (BY MR. McCRARY) Q.  Do you see on the second
13  page of that document, Doctor, it asked you to bring a couple
14  of things with you today?
15     A.  I do.
16     Q.  Can we just go through those, and I'll ask you
17  whether or not you brought each one of those requests on
18  that document.
19     A.  Okay.  So bullet point A, medical records and
20  in-hospital records, I have that directly available.
21         The University no longer has a paper chart.  We
22  have electronic charts.  So I have my laptop here and access
23  to Epic, which is our electronic medical record, EMR.  So I
24  have all those records readily available, and certainly I can
25  print anything if you would like at any point.

Page 50

1  Have you ever seen evidence of either of those
2  things in your practice?
3      MR. MYERS: Objection to form.
4      A. I'm not familiar with this article at all, Sean. I
5  mean, I have only had a few minutes to really review. So I'm
6  not going to comment on this article.
7      (BY MR. McCRARY) Q. Okay. So you have no
8  opinions one way or another?
9      A. No. This article's not even published. It doesn't
10 say what journal it's in. It doesn't say what year. It
11 says, Accepted abstract. It's not peer reviewed as far as I
12 know. So I'm not going to make any comment on this article.
13     If you want to ask me about pathology on Amber,
14 I'm happy to ask -- answer questions. I did look at the
15 pathology reports for Amber Comer.
16     Q. Okay. Let's talk about that.
17     You looked at pathology for Ms. Comer. And I
18 assume that the pathology was done on the sling that you took
19 down and removed?
20     A. There was the pathology from Dr. Davis' surgery I
21 guess on April 11, and then another pathology report from the
22 surgery I did. And that report was dated September 8 I guess
23 when it was completed, but that's from surgery on
24 September 6.
25     Q. Okay. And were there any significant findings in

Page 51

1  either of the pathologies that were performed either after
2  Dr. Davis' surgery or after yours?
3      A. The April 2011 surgery, Dr. Davis' surgery was for
4  gross examination. It mentions that there's skeletal muscle
5  and fibroconnective tissue, negative for inflammation, no
6  other abnormality.
7      That's a typical report that we receive at the
8  University of Colorado Hospital on mesh excisions that
9  happened early. I would consider this early.
10     Mesh excisions that come later tend to show some
11 inflammation. On the September report it said, "Foreign
12 material with minimal chronic inflammation," so there was
13 some inflammation, but it was considered minimal.
14     That's about the extent of the pathological
15 analysis that -- that we received from our pathological
16 department.
17     Q. Is the lack of inflammation significant in any way
18 clinically?
19     A. I think this is a very new science so we don't
20 really understand how to interpret these pathology reports.
21 I don't think pathologists have any standards on how to
22 prepare the reports, and urologists, urogynecologists are not
23 familiar with how to interpret the reports.
24     We send the reports because they're often requested
25 by the Plaintiff's attorneys. Many of these patients have

Page 52

1  already -- have an attorney before their explant surgery,
2  and we're asked to send that specimen. So we send that
3  because we're asked to do that.
4      And we are trying to learn from this. I've looked
5  at the microbiology of meshes here at the University of
6  Colorado, but I've never looked at the pathology; I haven't
7  organized any kind of retrospective review in those regards.
8      Q. So when you say you've looked at the microbiology,
9  does that mean you've studied things like tissue ingrowth?
10     A. Tissue ingrowth would be considered more under the
11 realm of pathology. Microbiology would be specifically
12 looking at organisms we could possibly culture from the mesh.
13     Q. Have you found evidence of bacteria or other
14 organisms in meshes that you've studied?
15     A. Yes.
16     Q. Do you believe that the way that the particular
17 type of mesh is woven has something to do with the presence
18 of bacteria in the mesh?
19     A. I'm not going to comment on that. All I can say is
20 that I've seen bacteria in some of the meshes that we've
21 explanted. I can tell you what those organisms are.
22     How they end up there I don't know, and whether
23 that's related to the designs of meshes, that's something a
24 materials scientist might know. But I'm not familiar with
25 that.

Page 53

1      Q. Could it be related to the design of the meshes?
2          MR. MYERS: Objection to form.
3      A. I don't know the answer to that.
4          (BY MR. McCRARY) Q. Okay. I just want to show
5  you. I'm going to mark Exhibit 7. I just want to know if
6  you've ever read this.
7          (Exhibit 7 marked for identification.)
8      A. I don't believe I've read this specific
9  publication. I am familiar with Dr. Ostergard and his work.
10 But I don't think I've read this publication.
11     Q. And the reason I ask is because I want to know your
12 opinion on something that he talks about on the third page of
13 this thing.
14     I wish we had more time. But since we're so
15 limited I'm just going to specifically point you to the part
16 I'm interested in, which is page 964 on the right column.
17 It's the second full paragraph that starts with "Given
18 that polypropylene." Do you see that?
19     A. Yes.
20     Q. It says, "Given that polypropylene is not inert
21 within the human body, that mesh shrinkage of up to
22 20 percent to 50 percent occurs, that large pore size is
23 important for fibrous tissue ingrowth and mesh
24 incorporation into host tissues, that surface area is
25 directly related to subsequent infection, and that