# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2327

### DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S
### MOTION FOR CATHERINE H. AHLIN-HALVERSON TO WITHDRAW
### AS COUNSEL FOR AMERICAN MEDICAL SYSTEMS, INC.

Defendant American Medical Systems, Inc., by and through their undersigned attorneys, herein respectfully moves this Court for an order granting Attorney Catherine H. Ahlin-Halverson, Maslon LLP, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402 permission to Withdraw as Counsel of record for Defendant American Medical Systems, Inc. in all of the cases contained in the above-captioned Multidistrict Litigation Court File No. 2327.

Attorneys Cooper S. Ashley and Keiko L. Sugisaka and Maslon LLP, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota  55402, remain as counsel of record for Defendant American Medical Systems, Inc.

Respectfully submitted,

Dated: May 31, 2016          **MASLON LLP**

By:    *s/ Catherine H. Ahlin-Halverson*
       Cooper S. Ashley (#120558)
       Catherine H. Ahlin-Halverson (#350473)
       Keiko L. Sugisaka (#266152)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
       cooper.ashley@maslon.com
       catherine.ahlin@maslon.com
       keiko.sugisaka@maslon.com
***ATTORNEYS FOR DEFENDANT***
***AMERICAN MEDICAL SYSTEMS, INC.***

4813-8285-0866, v. 1