# Exhibit "1"

# Dionysios K. Veronikis, M.D., FACOG, FACS
Curriculum Vitae

**Mailing Address**
Office: 621 S. New Ballas Rd  
 St. Louis, MO 63141  

Phone: (314) 251-6753  
Fax: (314) 251-4492  
Email: dveronikis@stlgynsurgery.com

**Academic and Professional Education**
- B.S. Biology and Experimental Psychology  
  Moravian College – Bethlehem, PA  
  1982
- Medical Doctorate  
  University of Patras Medical School and Health Sciences – Patras, Greece  
  1988
- Internship in General Surgery  
  Morristown Memorial Hospital – Morristown, NJ  
  1990 - 1991
- Residency in Obstetrics and Gynecology  
  Baystate Medical Center – Springfield, MA  
  1991 – 1994
- Fellowship in Reconstructive Pelvic Surgery and Urogynecology  
  Massachusetts General Hospital, Harvard Medical School – Boston, MA  
  1994 – 1997

**Board Certifications**
- Obstetrics and Gynecology – 2000
- Female Pelvic Medicine and Reconstructive Surgery – 2013

**Current Educational & Professional Appointments**
- Chief of Gynecology  
  Department of Obstetrics and Gynecology  
  Mercy Hospital – Saint Louis  
  1997-Present
- Division Director Female Pelvic Medicine and Reconstructive Surgery  
  Department of Obstetrics and Gynecology  
  Mercy Hospital – Saint Louis  
  1997-Present
- Residency Program Director  
  Department of Obstetrics and Gynecology  
  Mercy Hospital – Saint Louis  
  2003-Present
- Clinical Surgical Instructor and Faculty Member  
  Department of Obstetrics and Gynecology  
  Mercy Hospital – Saint Louis  
  1997-Present

**Professional Societies**

| Year | Society |
|---|---|
| 1994 | American Urogynecologic Society |
| 1997 | St. Louis Gynecological Society |
| 1998 | International Continence Society |
| 1999 | Society of Gynecologic Surgeons |
| 2001 | Fellow of the American College of Obstetricians and Gynecologists |
| 2003 | Fellow of the American College of Surgeons |
| 2011 | American Association of Gynecologic Laparoscopists |
| 2014 | International Urogynecology Association |

**Editoral Boards**

| Year | Journal |
|---|---|
| 2005-2009 | Journal of Female Pelvic Medicine and Reconstructive Surgery |
| 1997 | Obstetrics and Gynecology |
| 1997 | The Journal of Menopause |
| 1996 | The New Egland Journal of Medicine |

**Hospital Committee Service**
- OB Leadership Committee, Mercy Hospital – St. Louis  
  2012-Present
- Medical Executive Committee, Mercy Hospital – St. Louis  
  2009-2012

OB/GYN Credentials Committee, Mercy Hospital – St. Louis
    1999-Present
Women's/Children's Care Center Quality Council, St. John's Mercy Medical Center
    1997-Present
GYN Focus Group, St. John's Mercy Medical Center
    1997-Present

**Presented Abstracts**

Patton SP, Wood SC, **Veronikis DK**. Timing and Chief Complaint for Revision of Sacrocolpopexy Mesh. Oral Presentation. October 2014. ACOG District V and VII Combined District Meeting. Indianapolis, IN

Wood SC, Patton SP, **Veronikis DK**. Incidence of Bladder Perforation When Utilizing a Bladder Retractor During Retropubic Midurethral Sling Placement. Poster Presentation. October 2013. American Urogynecologic Society 34th Annual Scientific Meeting. Las Vegas, NV.

Patton SP, Grundy G, Wood SC, **Veronikis DK**. Follow Up of Female Patients after Management of Iatrogenically Shortened Vagina Using Full Thickness Skin Grafts: Evaluating Their Subjective Functional, Anatomical, and Psychosexual Outcomes. Poster Presentation. June 2013. ACOG Section Meeting Kansas, Oklahoma, Missouri, Arkansas. Branson, MO.

Jain S, Wood SC, **Veronikis DK.** Comparing the subjective symptoms of urinary incontinence with the objective diagnosis obtained by urodynamic evaluation. Oral Presentation. October 2012. ACOG District VII, Annual District Meeting. Nashville, Tennessee.

Wood SC, **Veronikis DK.** Mesh Complications Requiring Removal of Mid-Urethral Slings. Oral Presentation. September 2011. ACOG District VII Scientific meeting. Kansas City, MO.

Eckler KP, Spino C and **Veronikis DK**. Prevalence of Objective Urodynamic Diagnoses and correlation with the symptoms and history in 985 women. Sept. 25-28, 1997. AUGS 18th Annual Scientific Meeting, Tucson, Arizona.

Gimovsky ML, **Veronikis DK**, O'Grady JP. Residents as lifetime learners - The role of the "Resident Research Project" in Ob/Gyn Residency Education. March 1-5, 1994. Association of Professors of Gynecology and Obstetrics and Council on Resident Education in Obstetrics and Gynecology, Nashville, TN.

Bayer-Zwirello LA, Bandak TM, Andrzewjski ML, Gimovsky ML, Kanaan CM, O'Grady JP, **Veronikis DK**. Thrombocytopenic purpura (TTP) in pregnancy. Case report and literature review. September 1993. Second World Congress of Perinatal Medicine, Rome, Italy.

Tzanakakis GN, **Veronikis DK**, Anastasiou ED, Dimitracopoulos G. Distribution and toxicity of intravenously injected Pseudomonas aeruginosa lipopolysaccharides in rats. April 17-21, 1988. International Congress for Infectious Diseases, Rio de Janeiro, Brazil.

**Veronikis DK**, Efthimiou I, Kostopoulos G. A possible role of endogenous adenosine in generalized epileptogenesis. July 8-10, 1986. IV Congress of the International Society of Greek Neuroscientists. Rion, Greece.

**Veronikis DK**, Efthimiou I, Kostopoulos G. Caffeine blocks absence seizures in the epileptic tottering mouse. October 25-27, 1985. Convention of Hellenic Society for Neuroscience. Patras, Greece.

**Invited Lectures and Presentations**

Pearls for Removal of Mesh. Round Table Discussion. 40th Annual SGS Scientific Meeting. Scottsdale, AZ. March 2014.

Vaginal Hysterectomy: Exposure and Instrumentation. Department of OBGYN Grand Rounds. University of Illinois-Peoria. Peoria, IL. September 2013.

Mesh Complications. Round Table Discussion. 39th Annual SGS Scientific Meeting. Charleston, SC. April 2013.

Instrumentation in Vaginal Hysterectomy. March 2013. Annual Meeting of Missouri First Assistants. St. Louis, Missouri.

Vaginal Hysterectomy. February 2013. Department of OBGYN Grand Rounds. Morristown NJ

*Discussant of Video*. Smith TM, Fenner DE. Vaginal Hysterectomy Teaching Model – An Educational Video. 38th Annual SGS Scientific Meeting. Baltimore, MD. April 2012.

*Discussant of Video*. McClure GB. The Laparoscopic Vecchietti Technique for Constructing a Neovagina. The Society of Gynecologic Surgeons, Dallas, Texas, March 2002.

Vaginal colpopexy film festival. Grand Rounds, St. John's Mercy Medical Center, St. Louis, MO, January 2002.

Sling urethropexy: The evolution of techniques. Grand Rounds, St. John's Mercy Medical Center, St. Louis, MO, October 2001.

Vaginal Agenesis: Techniques for creation of a neovagina: 14th Annual North American Society for Pediatric and Adolescent Gynecology, Atlanta, GA April 2000.

Comprehensive Reconstructive Pelvic Surgery in Patients with Massive Pelvic Organ Prolapse. Grand Rounds, Morristown Memorial Hospital, Morristown, NJ, December 1998.

The Noble-Mengert-Fish Operation: Revisited. A composite Approach for Persistent Rectovaginal Fistula and Complex Perineal Defects. Grand Rounds, The Reading Hospital, Reading, Pennsylvania, December 1998.

Redefining the Unspeakable. Nursing Grand Rounds, St. John's Mercy Medical Center, St. Louis, MO, November 1998.

Urinary Incontinence for the General Practitioner: Internal Medicine Postgraduate Symposium, St. John's Mercy Medical Center, St. Louis, MO, October 1998.

The Vecchietti Operation for the Treatment of Vaginal Agenesis, Grand Rounds, Good Samaritan Hospital, Cincinnati, Ohio, October 1998.

Urinary Incontinence: Intrinsic Sphincteric Deficiency. Grand Rounds, St. John's Mercy Medical Center, St. Louis, MO, August 1998.

Massive Pelvic Organ Prolapse: Functional and Anatomical Considerations Part-II, Grand Rounds, St. Luke's Hospital, Chesterfield, MO, May 1998.

The Noble-Mengert-Fish Operation: Revisited. A composite Approach for Persistent Rectovaginal Fistula and Complex Perineal Defects. First prize resident/fellow paper. The Society of Gynecologic Surgeons, Orlando, Florida, March 1998.

Massive Pelvic Organ Prolapse: Functional and Anatomical Considerations Part-I, Grand Rounds, St. Luke's Hospital, Chesterfield, MO, December 1997.

The low pressure urethra and the surgical treatment of advanced genital prolapse. Baystate Medical Center, Springfield, MA. June 1997.

The unusual physical finding during gynecologic examination. The MGH Institute of Health Professionals, Graduate Program in Nursing, Boston, MA. March 1997.

The Incidence of Low Pressure Urethra as a Function of Prolapse Reducing Technique in Patients with Massive Pelvic Organ Prolapse. (Maximum Descent at all Vaginal Sites). First prize resident/fellow paper. The Society of Gynecologic Surgeons, New Orleans, Louisiana, February 1997.

The Surgical Evolution of the Laparoscopic Vecchietti in Constructing and Reconstructing a Neovagina, The American Gynecologic Club, Boston, MA, October 1996.

The Noble-Mengert-Fish Operation for the Persistent Rectovaginal Fistula, Surgical Grand Rounds, Massachusetts General Hospital, Boston, MA., August 1996.

The Vecchietti Operation for the Treatment of Vaginal Agenesis, Surgical Grand Rounds, Massachusetts General Hospital, Boston, MA., June 1996.

Contemporary Diagnosis and Treatment of Urinary Incontinence, Salem Hospital, Salem, MA., March 1996.

**Video Presentations**

**Veronikis DK**, Wood SC, Puthoff GP, Film presentation, Vaginal Hysterectomy: Annual Clinical Meeting, American Congress of Obstetricians and Gynecologists, New Orleans, Louisiana May 6-8, 2013

**Veronikis DK**, Wood SC, Puthoff GP, Film presentation, Vaginal Hysterectomy: Instrumentation Redefined. 39th Annual Scientific Meeting, Society of Gynecologic Surgeons Charleston, South Carolina April 7-9, 2013

**Veronikis DK**, Film presentation, Abbe-Wharton-McIndoe Operation and Abdominoplasty. 29th Annual Scientific Meeting, Society of Gynecologic Surgeons, Anaheim, California March 5-7, 2003

**Veronikis DK**, Nichols DH. Film presentation, Bilateral Sacrospinous Colpopexy and Posterior Colporrhaphy, 82nd Annual Congress of the American College of Surgeons, San Francisco, CA., October 6 - 11, 1996. Accepted A. C. S. Film Library

McClure GB, **Veronikis DK**, Nichols DH. Vesicourethral Sling Urethropexy; Increasing the Safety Factor. Poster/Video. Armed Forces District ACOG, Nashville, TN, Oct. 20-24, 1996. First Place Video Award

Nichols DH, **Veronikis DK**. Noble-Mengert-Fish rectal flap-sliding operation for rectovaginal fistula. Advanced Pelvic Surgery and Urogynecology. Scottsdale, Arizona, December 14-17, 1995. Presented by David H. Nichols

Nichols DH, **Veronikis DK**. Sacrospinous ligament fixation. Vaginal Surgery The New England Obstetrical and Gynecologic Society. Burlington, MA, November 8, 1995. Presented by David H. Nichols

**Video Publications**

**Veronikis DK**, Wood SC, Puthoff GP. Vaginal Hysterectomy: The Modern Approach to Exposure. ACOG Multimedia Library. 2014.

**Veronikis DK**, Technical and editorial assistance to Vaginal Surgery Video tape one, Vaginal hysterectomy with culdeplasty. Vaginal Surgery Video Series by Nichols DH. The video series companion to Vaginal Surgery, 4th edition by Nichols DH and Randall CL, eds. Baltimore: Williams and Wilkins, 1995.

**Veronikis DK**, Technical and editorial assistance to Vaginal Surgery Video tape two, Vaginal hysterectomy, primary sacrospinous colpopexy, vesicourethral sling and oophorectomy. Vaginal Surgery Video Series by Nichols DH. The video series companion to Vaginal Surgery, 4th edition by Nichols DH and Randall CL, eds. Baltimore: Williams and Wilkins, 1995.

**Veronikis DK**, Technical and editorial assistance to Vaginal Surgery Video tape three, Anterior colporrhaphy, posterior colporrhaphy and Manchester operation. Vaginal Surgery Video Series by Nichols DH. The video series companion to Vaginal Surgery, 4th edition by Nichols DH and Randall CL, eds. Baltimore: Williams and Wilkins, 1995.

**Publications**

**Veronikis DK.** *Discussant.* Roberts CP, Haber MJ and Rock JA. Vaginal Creation for Müllerian Agenesis. Am J Obstet Gynecol 2001;185:1349-53

**Veronikis DK.** *Discussant.* Bowers D, Rabon BR and Wheeless CR. Hyaluronic acid-carboxymethylcellulose film and perianastomotic Adhesions in Previously Irradiated Rats. Am J Obstet Gynecol 1999;181:1335-8

**Veronikis DK**, Nichols DH, and Spino C. The Noble-Mengert-Fish operation. Revisited: A composite approach for recurrent/persistent rectovaginal fistula and complex perineal injuries. Am J Obstet Gynecol 1998;179:1411-1417

**Veronikis DK.** Editorial. Estrogen replacement therapy and urinary tract infections in postmenopausal women aged 45-89. The Journal of Menopause, 1998;5:1-3

**Veronikis DK**, Nichols DH, Wakamatsu MM. The incidence of low pressure urethra as a function of prolapse reducing technique in patients with massive pelvic organ prolapse. (Maximum descent at all vaginal sites). Am J Obstet Gynecol 1997;177:1305-1314

**Veronikis DK**, McClure GB, Nichols DH. The Vecchietti operation for constructing a neovagina: Indications, Instrumentation, and Techniques. Obstet Gynecol 1997;90:301-304

**Veronikis DK**, Nichols DH. Ligature carrier specifically designed for transvaginal sacrospinous colpopexy. Obstet Gynecol 1997;89:478-481

Nichols DH, **Veronikis DK**, McClure GB. Massive eversion of the vagina-treatment by sacrospinous colpopexy with colporrhaphy. Operative Techniques in Gynecologic Surgery 1996;1(2):97-103

Donovan JT, **Veronikis DK**, Powell JL, Lundy LE, Prefontaine M. Cytoreductive surgery for ovarian cancer with Cavitron ultrasonic surgery aspirator and the development of disseminated intravascular coagulation. Obstet Gynecol 1994;83:1011-1014

**Veronikis DK**, O'Grady JP. Postpartum obstetrical hemorrhage. Contemp Ob/Gyn 1994;39(8):11-32

**Veronikis DK**, Metz SA. A disposable, inexpensive laparoscopic injection/aspiration Technique. J Am Coll Surg 1994;179:223-224

**Veronikis DK**, O'Grady JP, Pflueger SMV, Gasparini R, Rockwell G, Doney T, Gimovsky ML. Congenital leukemia: An unusual cause of fetal distress. J Matern Fetal Med 1993;2(2):233-238

**Veronikis DK**, O'Grady JP, Gimovsky ML. Precipitate labor. J Perinatol. 1993;13(3):237-241

Tzanakakis GN, Agarwal KC, **Veronikis DK**, Vezeridis MP. Effects of antiplatelet agents in combinations on platelet aggregation and on liver metastases from a human pancreatic adenocarcinoma in the nude mouse. J Surg Oncol 1991;48:45-50

Tzanakakis GN, **Veronikis DK**, Anastasiou ED, McCully KS, Dimitracopoulos G. Histopathological lesions produced by *P. aeruginosa* LPS lipopolysaccharide in rats. J Exp Pathol 1989;4:199-211

Melekos MD, **Veronikis DK**, Siamplis D, Kalfarentzos. Diverticulum of the male urethra with a giant stone and multiple calculi. Urol Int 1989;44:184-186

Psarropoulou C, Angelatou F, Matsokis N, **Veronikis DK**, Kostopoulos G. Absence of modification in GABA and benzodiazepine binding and in choline acetyltransferase activity in brain areas of the epileptic mutant mouse tottering. Gen Pharmacol 1987;18:593-597

Kostopoulos G, **Veronikis DK**, Efthimiou I. Caffeine blocks absence seizures in the tottering mutant mouse. Epilepsia 1987;28:415-420

**Post Graduate Courses**

**Veronikis DK**. Vaginal Prolapse. Forty Fourth Annual Matt Weis Symposium. St. John's Mercy Medical Center, St. Louis, MO., April 9-11, 2012

**Veronikis DK**. Vaginal Hysterectomy: Pearls and Pitfalls. Forty Fourth Annual Matt Weis Symposium. St. John's Mercy Medical Center, St. Louis, MO., April 9-11, 2012

**Veronikis DK**. Abdominal Sacrocolpopexy: Pearls and Pitfalls. Thirty Fourth Annual Matt Weis Symposium. St. John's Mercy Medical Center, St. Louis, MO., April 4-6, 2002

**Veronikis DK**, Cystoscopy for the General Gynecologic Surgeon. Instrumentation, technique, indications and pathologic findings. St. John's Mercy Medical Center. November 19, 2001

**Veronikis DK**. Vaginal Surgery for Pelvic organ Prolapse: Thirty Third Annual Matt Weis Symposium. St. John's Mercy Medical Center, St. Louis, MO., April 19-20, 2001

**Veronikis DK**. Total Uterovaginal Prolapse: The Vaginal Approach to Repair Henry O. Rappold Annual Symposium on Gynecologic Endoscopy, St. Lukes's Hospital, St. Louis, MO., October 22 - 23, 1999

**Veronikis DK**. Evaluation and Repair of Rectovaginal Fistula, The Small and Painful Vagina. David H. Nichols, M.D. Memorial Postgraduate Course in Reconstructive Vaginal Surgery. Brown University School of Medicine and the Center for Women's Surgery at Women and Infants's Hospital, Boston, MA October 8-10, 1999

**Veronikis DK**. Vaginal Vault Prolapse and Enterocele: Separate and distinct entities. Thirty First Annual Matt Weis Symposium. St. John's Mercy Medical Center, St. Louis, MO., April 8-10, 1999

**Veronikis DK.** Transvaginal Sacrospinous Colpopexy. Vaginal Pelvic Surgery and Endoscopy. Department of Obstetrics and Gynecology, University of Liège, Belgium. April 23 - 25, 1998

**Veronikis DK**. Urodynamic principles and their application to urinary incontinence. Thirtieth Annual Matt Weis Symposium. St. John's Mercy Medical Center, St. Louis, MO., April 2-3, 1998

**Veronikis DK**. Cystocele: History and Surgical Treatment. Thirtieth Annual Matt Weis Symposium. St. John's Mercy Medical Center, St. Louis, MO., April 2-3, 1998

**Veronikis DK**, Principles of multichannel urodynamics. Application in pelvic organ prolapse and urinary incontinence. Abbott Northwestern Hospital, Minneapolis, MN, April 19, 1997

**Veronikis DK**. Urodynamic evaluation for whom? And how? Treatment of Vaginal Agenesis. Vaginal Surgery, given by Nichols DH., Massachusetts General Hospital,     Boston MA., Harvard Medical School, October 11 - 13, 1996

**Veronikis DK**, Principles of multichannel urodynamics. Application in pelvic organ prolapse and urinary incontinence. Medical Measurement Systems, Lisle/Naperville Hilton, Lisle, IL, September 20 - 21, 1996

**Veronikis DK**, Principles of multichannel urodynamics. Application in pelvic organ prolapse and urinary incontinence. Medical Measurement Systems, Cantigny golf and tennis, Wheaton, IL, April 19-20, 1996

**Veronikis DK.** The Vecchietti Neovagina, Vaginal Surgery, given by Nichols DH. Harvard Medical School, Massachusetts General Hospital, Boston, MA, October 6-8, 1995

**Veronikis DK.** Instrumentation and Room Set-up, Fundamentals of Pelviscopic Surgery, given by Lundy LE. Baystate Medical Center, Springfield, MA, March 11 - 12, 1994

**Book Chapters**

**Veronikis DK**. Surgical Treatment of Rectovaginal Fistulas and Complex Perineal Defects. In Carlin B and Leong FC, editors. Female Pelvic Health and Reconstructive Surgery. Chapter 24. Dekker, Inc., 2003:397-405.

**Veronikis DK**. Vaginal Prolapse: Types and Choice of Operation for Repair. In Carlin B and Leong FC, editors. Female Pelvic Health and Reconstructive Surgery. Chapter 18. Dekker, Inc., 2003:291-309.

**Veronikis DK** and Nichols DH. Anterior and Posterior Colporrhaphy. In Nyhus LM, Baker RJ and Fischer JE, editors. The Mastery of Surgery, 4th edition. In Press, Little and Brown

**Veronikis DK** and Nichols DH. Surgical Treatment of Urinary Stress Incontinence. In Nichols DH, Clark-Pearson DL, editors. Gynecologic, Obstetric and Related Surgery, 2nd edition. Chapter 45. Mosby, 1999:843-853.

**Veronikis DK**. The Paravaginal Defect. In Nichols DH and Clark-Pearson DL, editors. Gynecologic, Obstetric and Related Surgery, 2nd edition. Chapter 27. Mosby, 1999:504-517.

**Veronikis DK.** The recurrent small and painful vagina. In: Nichols DH, editor. Reoperative Gynecologic and Obstetric Surgery, 2nd edition. Chapter 22. Mosby, 1997:318-347

Bayer-Zwirello LA, **Veronikis DK**. The third stage. In: O'Grady JP, Gimovsky ML, McIlhargie JC, eds. Operative obstetrics, Chap. 19. Baltimore: Williams and Wilkins, 1995:487-512

O'Grady JP, **Veronikis DK**, Chervenak FA, McCullough LB, Kanaan CM. Cesarean delivery. In: O'Grady JP, Gimovsky ML, McIlhargie JC, eds. Operative obstetrics, Chap 11. Baltimore: Williams and Wilkins, 1995:239-287

**Awards and Honors**

- 2014 – The American College of Obstetricians and Gynecologists Mentor of the Year Award
- 2009 - Teacher of the Year Award, presented by the Resident staff of St. John's Mercy Medical Center, Department of Obstetrics and Gynecology, St. Louis, MO
- 2007 – CREOG National Faculty Award
- 2002 - The CREOG Teacher of the Year Award, presented by the Resident staff of St. John's Mercy Medical Center, Department of Obstetrics and Gynecology St. Louis, MO
- 1997 - Prize paper, Society of Gynecologic Surgeons President's Award Program for OB/GYN Residents and Fellows, First prize winner
- 1997 - The CREOG Teacher of the Year Award, presented by the Resident staff of the Massachusetts General Hospital and the Brigham and Women's Hospital, Harvard Medical School, Boston, MA
- 1996 - Prize paper, Society of Gynecologic Surgeons President's Award Program for OB/GYN Residents and Fellows, First prize winner
- 1994 - Teacher of the Year Award, presented by the faculty of the Department of Obstetrics and Gynecology, Baystate Medical Center
- 1994 - Best Resident Paper Award, *Obstetrics and Gynecology*
- 1994 - Achievement Award, Society of Laparoendoscopic Surgeons Outstanding Laparoendoscopic Resident Surgeon
- 1992 - ACOG Mead Johnson Laboratories Junior Fellow Clinical Meeting Award
- 1987 - Research Award, Departments of Microbiology and Pathology, University of Patras, Greece, to study the histological effects of *P. aeruginosa* LPS in rats
- 1986 - National Scholarship Foundation of Greece, Award for Outstanding Achievement in Medical School
- 1986 - Research Award, Department of Physiology, University of Patras, Greece, to study the relationship between caffeine and its effect on the EEG phenomenon of spike and wave in the tottering epileptic mouse
- 1985 - Research Award, Department of Physiology, University of Patras, Greece, to study *in vivo* the EEG phenomenon of spike and wave in epileptic mice
- 1984 - Research Award, Department of Physiology, University of Patras, Greece, to study *in vitro* the physiology of epileptic brain tissue

**United States Patents and Innovations in Surgical Instrumentation**

Veronikis Vaginal Dilator Sets, Postoperative construction of a neovagina set and Non surgical construction of a neovagina set, Produced by BEI/ZSI Medical Systems. U.S. Patent Number 5,681,340

Nichols/Veronikis Ligature Carrier for Sacrospinous Colpopexy, Produced by BEI/ZSI Medical Systems. U.S. Patent Number 5,843,099

*Revised 10/01/2015*