IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
       PELVIC REPAIR SYSTEMS
       PRODUCTS LIABILITY LITIGATION       MDL NO. 2187
_____
THIS DOCUMENT RELATES TO:

*Willard v. C. R. Bard, Inc., et al*       *Civil Action No. 2:14-cv-14109*

ORDER

(Dismissing Defendant C. R. Bard, Inc. and American Medical Systems, Inc. with Prejudice and Transferring Case to MDL 2327)

On May 27, 2016 the plaintiff and defendants C. R. Bard, Inc. ("Bard") and American Medical Systems, Inc., ("AMS") filed a Joint Motion to Dismiss Defendants C. R. Bard, Inc. and American Medical Systems, Inc. with Prejudice [ECF No. 13]. In the joint motion, the parties are seeking dismissal of Bard and AMS as defendants in this action with prejudice because all claims against Bard and AMS have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this case [ECF No. 13]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard and AMS with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Plaintiff's Counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion. Plaintiff's Counsel is **DIRECTED** to file the appropriate Amended Short Form Complaint within the time frame outlined in the

Motion. Defendants Bard and AMS are **DISMISSED WITH PREJUDICE** as defendants in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is **DIRECTED** to disassociate the civil action as member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

                          ENTER: May 31, 2016

                          _____
                          JOSEPH R. GOODWIN
                          UNITED STATES DISTRICT JUDGE