# EXHIBIT A

Page 1

1          UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON
2   -----------------------------------------------
   IN RE:  ETHICON, INC., PELVIC     Master File No.
3   REPAIR SYSTEM PRODUCTS        2:12-MD-02327
   LIABILITY LITIGATION          MDL 2327
4                     U.S. DISTRICT JUDGE
                        JOSEPH R.
5                        GOODWIN
   -----------------------------------------------
6   Deposition of ALAN GARELY, M.D., relating to the
   following cases in Wave 1 of MDL 200:
7
   Carey Beth Cole, et al. V. Ethicon, Inc.
8   Civil Action No. 2:12-cv-00483

9   Amanda Deleon, et al. V. Ethicon, Inc.
   Civil Action No. 2:12-cv-00358
10
   Rose Gomez, et al. V. Ethicon, Inc.
11   Civil Action No. 2:12-cv-00344

12   Donna Zoltowski, et al. V. Ethicon, Inc.
   Civil Action No. 2:12-cv-00811
13   -----------------------------------------------

14

15      DEPOSITION OF ALAN GARELY, M.D., FACOG, FACS

16            Friday, April 15, 2016

17              New York, New York

18

19

20           GOLKOW TECHNOLOGIES, INC.

21       877.370.3377 ph | 917.591.5672 fax

22            Deps@golkow.com

23

24

Alan Garely, M.D., FACOG, FACS

Page 2

```
 1           Deposition of ALAN GARELY, M.D., FACOG, FACS

 2   pursuant to Notice, on the the 15th day of April 2016,

 3   at Loews Regency Hotel, 540 Park Avenue & 61st Street

 4   New York, New York, commencing at 9:00 a.m.;

 5   before DANA N. SREBRENICK, a Certified Court

 6   Reporter, a Registered Realtime Reporter and

 7   Notary Public within and for the State of New

 8   York.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Alan Garely, M.D., FACOG, FACS

1    with almost all of them.

2         Q    We'll come back to the products in a

3    little bit.  Am I correct, Dr. Garely, that you

4    are not an expert in biomaterials?

5         A    Well, I'm familiar with biomaterials,

6    but I'm not a biomaterial engineer.

7         Q    Okay.  You're not a polymer scientist,

8    correct?

9         A    That is correct.

10        Q    You're not a trained pathologist,

11   correct?

12        A    That is correct.

13        Q    And you're not board certified in

14   pathology, correct?

15        A    That is correct.

16        Q    You're not trained in neuropathology;

17   is that correct?

18        A    That is correct.

19        Q    And you're not an epidemiologist,

20   correct?

21        A    That is correct.

22        Q    Have you ever been involved in drafting

23   instructions for use for a medical device?

24        A    When -- I've been involved in advising

Alan Garely, M.D., FACOG, FACS

1    companies in formulating the instructions for

2    use, but I've actually not physically put the

3    pencil to the paper and written up those

4    instructions myself.

5        Q    Tell me what you have done in advising

6    companies on instructions for use.

7        A    Well, when I was asked to be an expert

8    by Ethicon, back in the late '90s, to come

9    on-board and evaluate the TVT sling, I was sent

10   as part of a group to Sweden and we learned the

11   procedure from the inventors of the TVT

12   procedure.

13           When we came back to the United States,

14   we were intimately involved in formulating the

15   IFUs to help instruct and educate physicians in

16   the United States on how to use the product.

17       Q    So that was the TVT Retropubic, the

18   original TVT sling?

19       A    Yes, ma'am.

20       Q    As best as you can remember, what was

21   your involvement with respect to the TVT IFU at

22   the time, did you receive a draft of it and

23   review it and provide commentary, what did you

24   do exactly with respect to the IFU?

Alan Garely, M.D., FACOG, FACS

Page 38

1      A    It was almost 20 years ago.  I just

2    recall that we would have a lot of meetings with

3    the people who were putting the product out.

4    We -- we did everything from educational

5    preparation, educational materials, to helping

6    design the way that the product looked.

7           We went through different iterations of

8    the needles and the mesh, and we discussed

9    things that belonged in the IFU so that

10   physicians could be properly educated on the use

11   of the product.

12     Q    As you sit here today, can you recall

13   actually reviewing draft versions of the IFU and

14   providing feedback on those draft versions?

15     A    There were so many papers that we were

16   looking at and formulating that to say that I

17   specifically remember any one of those, I can't

18   get my mind around that, no.

19     Q    Dr. Garely, is it fair to say that you

20   do not hold yourself out as an expert in product

21   labeling?

22     A    I don't understand the question.

23     Q    You don't consider yourself an expert

24   in formulating labels for medical devices and

Alan Garely, M.D., FACOG, FACS

1    what components those labels need to have?

2        A    I guess I'm not familiar with what a

3    label would be.

4        Q    Fair point.  Am I correct that you

5    don't hold yourself out as an expert of what the

6    requirements of the contents of an instructions

7    for use should be?

8        A    Well, I do believe that I'm an expert

9    when it comes to the instructions for use when

10   it applies to products that I'm familiar with,

11   yes.

12       Q    Have you reviewed regulatory guidances

13   or regulations that address what the

14   requirements of device labeling are?

15       A    Only in documents that I reviewed from

16   internal documents of when companies were

17   writing their IFUs and they had background

18   information to go on, but that would have been

19   the only time that I would have reviewed those

20   documents.

21       Q    And what are the documents that you

22   reviewed?

23       A    Whatever -- from this case or from the

24   Bard case, when I had the internal documents

Alan Garely, M.D., FACOG, FACS

1    from the companies where they were trying to

2    come up with IFUs and they were talking about

3    the regulatory issues regarding the IFUs, those

4    were the documents that I saw.

5        Q    Have you ever reviewed FDA regulations

6    relating to labeling and what needs to go into

7    product instructions for use?

8        A    I don't know that I've specifically

9    seen that document.

10       Q    Have you ever reviewed the document

11   that is known as the FDA Blue Book Memo on what

12   needs to go into instructions for use?

13       A    That one sounds familiar.  I just don't

14   recall having -- what I would have read in it.

15   But it does sound familiar.

16       Q    It sounds familiar to you, but as you

17   sit here today, you're not sure whether or not

18   you've looked at that particular document?

19       A    Correct.

20       Q    Have you ever reviewed Ethicon's

21   standard operating procedures regarding what

22   information needs to go into instructions for

23   use?

24       A    I don't know if I've looked at that

Alan Garely, M.D., FACOG, FACS

Page 41

1    manual, only what I've seen from the internal

2    documents and discussion of what should be

3    included and excluded from the IFU.

4         Q    Okay.   As you sit here right now, you

5    can't recall looking at a particular Ethicon

6    labeling standard operating procedure, SOP

7    document, that lays out what needs to be in an

8    instructions for use, correct?

9         A    Based on the internal documents that I

10   read, I don't even know if such a thing existed

11   because they were choosing to exclude

12   information that would have helped physicians to

13   use the product better.

14            So if there was some guideline, some

15   guideline that would have told them what to do,

16   I don't know that they followed it.   Apparently

17   they just chose indiscriminately to include or

18   exclude information that could have or could not

19   have been helpful to physicians.

20            MS. KABBASH:   Move to strike as

21   nonresponsive.

22   BY MS. KABBASH:

23        Q    My question, Doctor, is as you sit here

24   today, am I correct that you do not recall

Alan Garely, M.D., FACOG, FACS

Page 42

1    reviewing a particular Ethicon standard

2    operating procedure document related to what

3    should go in labeling?

4        A    I don't recall.

5        Q    Am I correct that you are not an expert

6    in design control procedures and requirements

7    for bringing a product through development?

8        A    I don't know what you mean by "design

9    control."

10       Q    So there are various FDA regulations

11   and requirements that govern a company's process

12   of bringing a product through the design stages,

13   and eventually to market, they're called design

14   controls.  And are you familiar with FDA

15   regulations that govern what a company must

16   accomplish in their design controls?

17       A    Only from my participation in products

18   coming from the drawing board to marketing.

19   That's my only experience with that.

20       Q    And you would not hold yourself out as

21   an expert in FDA regulations on design controls,

22   correct?

23       A    That would be correct.

24       Q    You would not be able to speak to how,

Alan Garely, M.D., FACOG, FACS

1   abdominal sacrocolpopexy in thousands of women,

2   correct?

3      A   That's correct.

4      Q   And that's going back to your

5   fellowship, correct, or even to your residency?

6      A   Oh, no, I did not use these devices in

7   residency.

8      Q   Okay.

9      A   Since fellowship, yes.  But the

10   majority clearly -- my fellowship was two years.

11   The majority of these cases were not as a

12   trainee, but as an attending physician.

13      Q   So you clearly believe that

14   polypropylene is an appropriate graft to use to

15   treat prolapse in an abdominal approach,

16   correct?

17      A   Correct, in an abdominal approach.

18      Q   Doctor, let me try in a sense to sort

19   of cut to the chase on one particular issue.  Is

20   it your opinion that the polypropylene is fine

21   to use to treat prolapse, but it should not be

22   used in a transvaginal approach; is that -- if I

23   had to kind of boil down your opinion, is that

24   what your opinion is?

Alan Garely, M.D., FACOG, FACS

1      A    That's my opinion.

2      Q    Well, let me kind of get -- we'll get

3   more into this later, but you have various

4   opinions in your report, Doctor, about

5   alternative designs that don't use mesh arms,

6   don't use trocars, and you propose some

7   alternative materials at one point in your

8   report.

9          At the end of the day, isn't it correct

10  that your opinion is regardless of mesh arms,

11  regardless of the use of trocars, regardless of

12  pore size, you don't think that mesh should be

13  implanted vaginally to treat prolapse; is that

14  correct?

15     A    In its current state, I believe that

16  that's correct.

17     Q    And when you say "in its current

18  state," what are you referring to?

19     A    I'm referring to the fact that in

20  medicine, we have research and development and

21  new products come along all the time, and I'm

22  optimistic and hopeful that we will develop a

23  product that can be implanted vaginally, but

24  that device does not exist in its current form

Alan Garely, M.D., FACOG, FACS

1    doing with Boston Scientific?

2        A    And the IVS Tunneller.

3        Q    So you did use the IVS Tunneller to

4    treat an anterior defect?

5        A    Not anterior, you said apical.

6        Q    I apologize, I misspoke.  Have you ever

7    used transvaginal mesh to treat an anterior

8    defect?

9        A    When I used the Prolene mesh on the

10   device with Boston Scientific, we were also

11   using it to treat anterior defects.

12       Q    Am I correct that you have never

13   implanted Gynemesh PS transvaginally in any

14   women?

15       A    I think you're correct.

16       Q    You've never implanted the Prolift,

17   correct?

18       A    I've never implanted the Prolift.

19       Q    And you've never implanted the

20   Prolift+M, correct?

21       A    Correct.

22       Q    You've never implanted Bard's Avaulta?

23       A    Correct.

24       Q    You've never implanted AMS's Elevate?

Alan Garely, M.D., FACOG, FACS

Page 86

1      A    That's correct.

2      Q    Have you ever looked at a piece of

3    Gynemesh PS under the microscope?

4      A    No.

5      Q    Have you ever looked at a piece of

6    Prolift+M under the microscope?

7      A    Well, I'd like to just add to that in

8    that I've not physically put the mesh under the

9    microscope, but I have papers that I have

10   reviewed that have pictures of the material

11   under the microscope, so I've looked at

12   photographs of microscopic material, but I've

13   never actually physically taken the mesh and put

14   it under the microscope myself.

15     Q    You've not performed benchtop testing

16   on Prolift or Gynemesh PS mesh or tools,

17   correct?

18     A    Correct.

19     Q    And you've not performed benchtop

20   testing on Prolift+M mesh or tools, correct?

21     A    Correct.

22     Q    You have not performed animal studies

23   on Prolift or Gynemesh PS mesh, correct?

24     A    Correct.

Alan Garely, M.D., FACOG, FACS

Page 87

```
1       Q    And you've not performed animal studies

2   on Prolift+M mesh, correct?

3       A    Correct.

4       Q    Dr. Garely, do you agree that it is not

5   a standard -- strike that.  Let me start again.

6            Do you agree that it would not be a

7   deviation from the standard of care for a doctor

8   to have utilized Prolift and implanted Prolift

9   into women?

10      A    I'm sorry, could you repeat the

11  question?

12      Q    Sure.  Would it have been a deviation

13  from the standard of care for a doctor to

14  implant Prolift in women, for a trained pelvic

15  floor surgeon to implant Prolift in women?

16      A    Given the information that was

17  presented to a surgeon back in the initial time

18  of release, I don't think it would have been

19  against the standard of care.  I think today if

20  someone were to implant it, I think it would be

21  against the standard of care.

22      Q    I assume the same answer would apply to

23  Prolift+M?

24      A    Correct.
```

Alan Garely, M.D., FACOG, FACS

1  of patients that can get mesh erosion.   Do I

2  know that that's related to mesh contracture?

3  No, I do not know that.

4       Q   And is that opinion based on your

5  personal experience in what you've seen in your

6  practice?

7       A   And review of the literature.   I don't

8  recall reading in the literature that there were

9  mesh contracture that contributes to a clinical

10 scenario.

11      Q   Doctor, are you able to identify

12 specific meshes that you have explanted?

13      A   I am.

14      Q   Let me ask you first about Prolift and

15 Prolift+M.   Have you -- let's start with

16 Prolift.   Have you explanted meshes that you

17 have known to be Prolift or Gynemesh PS?

18      A   Yes.

19      Q   And how do you know that they are

20 Prolift or Gynemesh PS?

21      A   I base it on a few factors.   One is

22 where the patient had their surgery and who the

23 surgeon was.   Two is the patient telling me what

24 the procedure was.   Three would be looking at

Alan Garely, M.D., FACOG, FACS

Page 142

1    the operative report.   Four would be explanting

2    the material and looking at it.

3         Q    Are you able to tell by looking at

4    Prolift that it's Prolift?  Do you recognize it

5    when you explant it?

6         A    I usually do.

7         Q    How do you recognize it?

8         A    Because the blue lines in the white

9    mesh.

10        Q    Are you able to tell when you explant

11   it whether it's Prolift or Prolift+M?

12        A    I've tried to distinguish between the

13   two.  I don't know that -- given the way that

14   the meshes are explanted, sometimes it's very

15   difficult.

16        Q    How many meshes have you explanted that

17   you have known to be either Prolift or

18   Prolift+M?

19        A    Somewhere between 10 and 20 for sure.

20   Over that, I don't know for sure.

21        Q    Does your office have some method of

22   tracking what mesh is explanted in any way other

23   than what you described to me already?  Do you

24   document that in some way when you explant a

Alan Garely, M.D., FACOG, FACS

Page 143

1    mesh and identify what type of mesh it is?

2         A    I don't specifically document the brand

3    name of the mesh, no.

4         Q    For the -- and am I correct that for

5    the 10 to 20 mesh explants that you're referring

6    to, you would not be able to distinguish whether

7    they are Prolift versus Prolift+M, correct?

8         A    Only based on the patient's operative

9    report or in discussion with their surgeon.

10        Q    So if you did not find out about it

11   through the patient's surgeon or the patient

12   telling you what procedure they had, you would

13   not be able to know by looking at it whether it

14   was a Prolift or Prolift+M?

15        A    I think it's hard for me.

16        Q    For any of those explants, did you ever

17   view any of them under the microscope?

18        A    No.

19        Q    Would it have been your practice to

20   send those explants to pathology?

21        A    A hundred percent.

22        Q    Okay.   Is it fair to say that you would

23   not have performed a pathological analysis of

24   those explants, correct?

Alan Garely, M.D., FACOG, FACS

Page 144

1      A    No, I don't do pathological analysis.

2      Q    You're not trained for that, correct?

3      A    I'm not trained for that.  In addition,

4   the pathologist usually just documents what it

5   is I've explanted in terms of foreign material

6   mesh and then they'll talk about inflammation

7   and whatever else is -- attached to the mesh.

8   It's not like I'm looking for them to give me a

9   diagnosis of cancer or anything.

10     Q    Are you able to tell from when you're

11  doing the explant, whether the mesh was

12  implanted via a vaginal route versus an

13  abdominal route?

14     A    Absolutely.

15     Q    And in what way can you tell that?

16     A    Because vaginal applied mesh is almost

17  always just at the apex, and transvaginal mesh,

18  applied mesh, is almost always on the anterior

19  wall, apex or posterior wall.  It has to do with

20  the anatomic location of where the mesh is

21  explanted.

22         The difference is also with Prolift and

23  Prolift+M, because of the arms and contracture

24  and shrinkage of the mesh, I can almost always

Alan Garely, M.D., FACOG, FACS

Page 156

1       Q    Have you ever reviewed Federal statutes

2   or regulations on whether a product is

3   misbranded or adulterated?

4       A    I do not recall.

5       Q    As you sit here today, is it fair to

6   say that you don't have an understanding of what

7   Federal statutes or regulations address

8   misbranding or adulteration of products?

9       A    Not today, no.

10       Q    Am I correct that you will not be

11   offering opinions at trial regarding whether

12   Ethicon complied with FDA requirements or

13   regulations in its sale of Prolift or in its

14   labeling for Prolift?

15       A    Just what I put in my expert report on

16   2A.

17       Q    You indicate here that Ethicon brought

18   Prolift to market without FDA 510(k) clearance,

19   correct?

20       A    That is correct.

21       Q    Am I correct that --

22            MR. MATTHEWS:  I can state in my place

23   that he will not be offering an opinion on that

24   at trial.  You can ask him about it all you

Alan Garely, M.D., FACOG, FACS

Page 157

```
 1    want.
 2              MS.  KABBASH:   On 2A?
 3              MR.  MATTHEWS:   2A.
 4              MS.  KABBASH:   Okay.  I will rely on
 5    that representation.
 6    BY MS.  KABBASH:
 7         Q    Dr.  Garely, would you agree with me
 8    that there is no transvaginal mesh kit to treat
 9    prolapse that has been the subject of more
10    studies than Prolift?  Would you agree with
11    that?
12         A    I have not done an independent research
13    into the other mesh kits for me to be able to
14    say that Prolift has had the most amount of
15    research.  I cannot say that.
16         Q    So as we sit here today, you don't know
17    whether that's true or not?
18         A    Not to my -- not to my memory.
19         Q    Do you know if Prolift has more RCTs in
20    particular studying it than other manufacturers'
21    mesh kits?
22         A    I have not delved into the research of
23    the other mesh kits.  I cannot say.
24         Q    So you have not studied the quality and
```

Page 179

1   recall that?

2      A   Well, there were so many different

3   iterations of the pore size based on whether it

4   was at rest or whether it was at stretch or

5   tension or whether -- the axis of the stretch

6   occurred.   So know that greater than 1

7   millimeter was good and 2.4, that was better

8   than 1, but there was a distortion of the pores

9   that occurred, once the tissue was implanted --

10  once the material was implanted into the tissue.

11     Q   On what are you basing your opinion

12  that there was a distortion of the pores that

13  occurred?   What body of information is that

14  opinion based on?

15     A   It's in my -- somewhere in my report,

16  but it was based on internal documents from

17  research that I had looked at that was done by

18  Johnson & Johnson.

19     Q   Okay.   Are you pointing to any --

20  besides company documents, which you've just

21  discussed, is there any medical literature that

22  you can specifically point me to that concludes

23  that the pores in Prolift mesh deform or

24  distort?

Alan Garely, M.D., FACOG, FACS

Page 180

1      A   Yes.

2      Q   Which study?

3      A   Well, I cite different papers in my

4   footnotes in different parts of this paper.

5      Q   Where are you?

6      A   I'm on page 12.   And talking about

7   excessive scarification and shrinkage, when

8   there's shrinkage, there's a decrease in the

9   pore size.   That's reference 22.

10      Q   Reference 22 is to Ethicon cadaver

11   labs, correct?

12      A   That reference for that point.

13      Q   But my question is, can you point me to

14   a study piece -- a published -- peer-reviewed

15   published medical literature?

16          Let me ask a more precise question.

17   Can you point me to any peer-reviewed published

18   medical literature that has concluded that the

19   pores in Ethicon's Prolift mesh collapse or

20   deform to be less than 1 millimeter?

21      A   Well, the -- there's the same mesh that

22   was used on abdominal hernia repairs

23   demonstrated shrinkage.   I don't -- I'd have to

24   see the papers right in front of me to recall

Alan Garely, M.D., FACOG, FACS

Page 181

1  whether or not they said that the pore size

2  actually shrunk.   I need a minute to just take a

3  look.

4      Q   Why don't we go off the clock for a

5  second, and you can take a look to find it.

6      A   Okay.

7          (Whereupon, a brief recess is

8  taken.)

9          THE WITNESS:   Okay.

10 BY MS. KABBASH:

11     Q   Okay?

12     A   What I was relying on was the internal

13 documents from Ethicon which are cited as

14 number 6 and number 7.   Those would be --

15     Q   I apologize.   What page are you on?

16     A   It would be page 9.   The top paragraph

17 number 3 with reference number 6 and reference

18 number 7.   Those were internal documents done by

19 Ethicon.

20          So off the top of my head, no, I cannot

21 cite a published paper, but Ethicon knew from

22 their own internal research that the pores did

23 shrink down to less than 1 millimeter.

24     Q   Okay.   So just to make the record

Alan Garely, M.D., FACOG, FACS

Page 182

```
1    clear, as we sit here right now, you cannot
2    point me to a piece of published medical
3    literature which concludes that the pore size of
4    Prolift mesh deforms to less than 1 millimeter,
5    correct, as we sit here right now?
6         A    Well, there's -- I mean, I don't have
7    my PubMed in front of me, but if I'm -- and I
8    don't know that I can recall specifically that
9    Klausterhoffen made a note about pore size.  But
10   I think that one of his papers did discuss
11   shrinkage of pore size, but I can't be a hundred
12   percent certain without looking at the paper.
13        Q    And you have not cited that paper in
14   your report, correct?
15        A    I don't think I did.
16        Q    Okay.  You also have -- let's go to
17   page 11 of your report, which I think we're
18   already here.  Opinion number 6, you say, "As
19   the Prolift mesh scars in, the resulting
20   shrinkage or contracture of the tissues
21   surrounding the mesh can entrap nerves, deform
22   the vagina and pelvic anatomy," et cetera.  And
23   then you go on to say below that, you discuss
24   nerve entrapment with chronic pain.  Do you see
```

Alan Garely, M.D., FACOG, FACS

1    that?

2        A    I do.

3        Q    You say sometimes after one year there

4    are no complaints and then complaints happen --

5    oh, I'm sorry, you're quoting something here, an

6    Ethicon surgeon panel meeting, and it goes on to

7    say, "Often the result of tiny nerves in the

8    granuloma and that's just a matter of" -- strike

9    that.

10            In this opinion, you were making -- you

11    were opining that patients may suffer

12    complications from tiny nerves that get

13    entrapped in the mesh, correct?

14       A    I was opining that I agreed with

15    Ethicon's surgeon panel's assessment.   I was

16    agreeing with them.

17       Q    And that opinion is that tiny nerves

18    can get entrapped in the mesh due to

19    contraction, correct?

20       A    Yes.

21       Q    Okay.   And you also hold this same

22    opinion with respect to Prolift+M, correct?

23       A    I do.

24       Q    Okay.   Would you agree that the

Alan Garely, M.D., FACOG, FACS

Page 184

1    entrapment of tiny nerves, to the extent that it

2    happens, is something that has to be viewed

3    under a microscope?  In other words, you cannot

4    clinically discern the entrapment of tiny nerves

5    in mesh, right?  You have to view that under a

6    microscope to see that, correct?

7         A    Well, if a patient has pain at the site

8    of where the mesh is, and if you take the mesh

9    out and it relieves the pain, we're all I'm sure

10   in agreement that nerves cause pain, so there

11   would be nothing else other than nerve issues

12   surrounding the mesh that would be causing the

13   pain.

14            So do I need a microscope to confirm

15   nerve presence in a mesh?  I do not.  But if you

16   wanted to say, hey, are there nerves in this

17   mesh, then you would need to do appropriate

18   nerve stains and use a microscope, but from a

19   clinical perspective, that's not something that

20   you would care about the patient, if patients

21   got better by removing the mesh.

22        Q    From a clinical perspective, if you --

23   if a patient was in pain, and you removed the

24   mesh, you would -- and the patient got better

Alan Garely, M.D., FACOG, FACS

1    and the pain got better, you would deduce or

2    make an assumption that there were nerves in the

3    mesh, correct?

4        A    That's fair.

5        Q    To actually investigate the explants

6    and see if there is evidence of nerves in the

7    mesh, you would have to take that mesh, put it

8    on a slide, and put it under a microscope and

9    look at it, correct?

10       A    Well, it's a matter -- it's a point of

11   semantics, but yes, if you wanted to actually

12   prove it, it's not something that's done in

13   common practice.

14       Q    I think plaintiff's expert pathologist

15   might disagree with that, but...

16           Am I correct that you were not trained

17   in interpreting what can be viewed on explant

18   slides under a microscope?  In other words, not

19   only have you not put a mesh slide under a

20   microscope and looked at it, even if you had,

21   you are not trained in how to interpret what

22   you're seeing on that slide; is that correct?

23       A    Just from what I know from basic

24   histology and pathology in medical school.  And

Alan Garely, M.D., FACOG, FACS

Page 186

```
 1    I did do two months of pathology as a resident

 2    as well.

 3         Q    And that was about 20 years ago?

 4         A    I did that probably -- I did that

 5    rotation in my second year of residency, that

 6    was 1990.

 7         Q    Is it fair to say that if you -- if we

 8    had a mesh that was on a slide and it got put

 9    under the microscope, you would need the

10    assistance of a pathologist to be able to

11    properly and reliably interpret what was on that

12    mesh slide, correct?  Or some other professional

13    with a background other than yours?

14         A    I could probably muddle through it on

15    the bigger structures, but I would have a

16    problem on the smaller things.

17         Q    Tiny nerves in particular, correct?

18         A    I'm not really good at looking at tiny

19    nerves under the microscope.

20         Q    You don't typically use a microscope to

21    make treatment recommendations and decisions for

22    your patients, correct?

23         A    I do not.

24         Q    And you don't use a microscope in order
```

Alan Garely, M.D., FACOG, FACS

Page 187

1    to assess how to treat complications if you have

2    patients with complications, correct?

3        A    I do not.

4        Q    Do you know which stains need to be

5    used so that nerves can be seen on a mesh slide

6    under a microscope?

7        A    I know for a fact that I used to know

8    the answer to this, but as I sit here today, I

9    do not recall.

10       Q    Okay.  Do you know what level of

11   magnification needs to be used so that nerves

12   can be viewed in a mesh explant?

13       A    Now I feel bad that I didn't pay more

14   attention in pathology.  I do not recall.

15       Q    Okay.  If we move to page 12 -- I'm

16   coming to a good stopping point soon, I'm just

17   trying to get there.  I'm not trying to starve

18   you or anything, believe me.

19            As we come to page 12 of your report,

20   you have opinion number 7, and in the second

21   paragraph of opinion 7 or paragraph 7, you say,

22   "As the parts of the mesh arms of Prolift kits

23   incorporate into tissue via a scarring process,

24   they pull asymmetrically on the center mesh

Alan Garely, M.D., FACOG, FACS

Page 197

1        Q    Am I correct, Doctor, that in this

2    opinion, regarding the asymmetrical pulling on

3    the arms and the roping and curling opinion,

4    that in your report as you articulate these

5    opinions, you have not relied on peer-reviewed

6    medical literature to support these opinions?

7            We've just discussed the cadaver lab

8    that you just mentioned.  We've discussed your

9    experience with the 10 to 20 explants.  Am I

10   correct that in support of your roping and

11   curling opinion and your asymmetrical pulling

12   opinion, you are not relying in this report on

13   peer-reviewed medical literature, correct?

14       A    I don't -- I don't know what else to

15   call it when the -- when the arms rope and curl,

16   other than roping and curling.

17           MS. KABBASH:  Move to strike.

18   BY MS. KABBASH:

19       Q    You have not cited in your report on

20   these two points any peer-reviewed medical

21   literature that supports your opinions on

22   roping, curling and asymmetrical pulling,

23   correct?

24       A    I don't know that it's not included in

Alan Garely, M.D., FACOG, FACS

1  any of the references that I've put forth into

2  my expert report, but off the top of my head, I

3  can't recall a specific paper where they noted

4  roping and curling.

5       Q    Okay.  Why don't we break for lunch.

6            (Whereupon, a luncheon recess is

7  taken.)

8            MR. MATTHEWS:  He'll read and sign.

9  BY MS. KABBASH:

10      Q    Dr. Garely, we took a break for lunch.

11  Are you ready to proceed?

12      A    Yes, ma'am.

13      Q    Dr. Garely, will you be offering an

14  opinion at trial to a reasonable degree of

15  medical certainty that polypropylene mesh

16  degrades after implantation in the body?

17      A    Only what I've referenced in my expert

18  report.

19      Q    You've referenced in your expert report

20  -- you have a paragraph on page 23 that there's

21  a statement in the IFU, "The material in

22  Gynemesh is not absorbed nor is it subject to

23  degradation or weakening by the action of tissue

24  enzymes is contradicted by Ethicon internal