# EXHIBIT H

Vladimir Iakovlev, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION


IN RE:  BOSTON SCIENTIFIC CORP.,           MDL NO.:  2326

PELVIC REPAIR SYSTEM

PRODUCTS LIABILITY LITIGATION


THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Chapa v. Boston Scientific Corporation | 2:13-cv-17511 |
| Fisher v. Boston Scientific Corporation | 2:13-cv-29324 |
| Flandro v. Boston Scientific Corporation | 2:13-cv-17027 |


Toronto, Ontario, Canada

Wednesday, December 17, 2014

VOLUME I


            Videotaped Deposition of VLADIMIR IAKOVLEV,
M.D., a witness herein, called for examination
by counsel for the Defendants in the above-mentioned
matter, the witness having been affirmed, taken at the
offices of Neesons Reporting, 141 Adelaide Street West,
Toronto, Ontario, at 9:11 a.m., on Wednesday, December 17,
2014, and the proceedings being taken down by Stenotype
and transcribed by JUDITH M. CAPUTO, RPR, CSR, CRR.


Golkow Technologies, Inc. - 1.877.370.DEPS

Vladimir Iakovlev, M.D.

Page 194

1  findings on degradation of -- degradation bark
2  under polarized light in microscopic observation?
3          MR. ORENT: Objection.
4          THE WITNESS: I'm the first one who is
5  describing light microscopy features of
6  polypropylene degradation. So that would be a full
7  definition. To my knowledge, I am the first one.
8          BY MS. BYARD:
9          Q. To your knowledge, nobody else has
10 done it besides you up until this point?
11         A. Nobody published.
12         Q. You continue:
13             "From mesh exposure an
14             important finding was that sling
15             edges rotated or curled towards the
16             surface at the exposure sites."
17         Tell me what you meant by that.
18         THE WITNESS: Sometimes when a reason
19 for excision is mesh exposure, the mesh, if you can
20 see the mesh is rotated -- if this is the mucosal
21 surface, I can see it's rotated. I can see the
22 curl. If it is a big enough piece and well
23 oriented then I can see it.
24         BY MS. BYARD:
25         Q. Based on your observations to

Vladimir Iakovlev, M.D.

Page 239

1      BY MS. BYARD:
2           Q.   Can you point me to an article
3   that talks about identifying degradation of
4   polypropylene sutures through the use of polarized
5   light?
6           A.   I'd have to search for it, but as
7   I said, I mean, generally the tool is there and for
8   diagnostic surgical pathologists they see foreign
9   material, they have to assess what state it is in.
10          Q.   Can you name an article for me,
11  Doctor?
12          A.   I cannot do it now, but I would
13  have to search for that, but...
14          Q.   Okay, thank you.
15               Similarly, can you give me the name of
16  an article, a peer-reviewed published article, that
17  talks about identification of degraded polypropylene
18  by its ability to trap histological dyes?
19          MR. ORENT:   Objection.
20          THE WITNESS:   That is also my
21  description.
22      BY MS. BYARD:
23          Q.   Okay.  You are the only one who
24  has reported that finding, correct?
25          MR. ORENT:   Objection.

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 240

1  THE WITNESS: Specifically for
2  polypropylene, yes, I'm the first one.
3  BY MS. BYARD:
4  Q. Let's talk a little bit about how
5  specimens get to you from the surgical location,
6  all right? In order to understand it and breakdown
7  what you've said here in paragraph 6 a little bit
8  better.
9  You would agree with me that all the
10 specimens that you've reviewed were excised during
11 surgery by a physician, right?
12 A. That's correct.
13 Q. And apart from what's described in
14 the operative report of the excision, you don't
15 know beyond that, what was done to remove the mesh,
16 correct?
17 A. Specific details, no. The only
18 thing I need to assess as a pathologist, is
19 acceptable for examination and to what degree I can
20 examine it.
21 Q. Okay. And my question is a little
22 different.
23 My question is, beyond what's set forth
24 in the op report describing this excision
25 procedure, you don't know the details of what the

Vladimir Iakovlev, M.D.

Page 313

```
 1   PROVINCE OF ONTARIO     )
 2   TORONTO REGION          )
 3
 4
 5
 6              I, the undersigned, declare under penalty
 7   of perjury that I have read the foregoing transcript,
 8   and I have made any corrections, additions or
 9   deletions that I was desirous of making;
10              That the foregoing is a true and
11   correct transcript of my testimony contained
12   therein.
13
14                      _____
15                      VLADIMIR IAKOVLEV, M.D.
16
17
18   Subscribed and sworn to before me this ____
19   Day of _____, 2014 at
20   _____, _____.
21      (City)                  (Province)
22
23   _____
24   (Notary Public)
25   My Commission Expires: _____
```