# EXHIBIT L

St. Michael's
Inspired Care.
Inspiring Science.

### H&E Protocol Sheet – *For Leica Autostainer*

*(Modified from Leica Protocol)*

| No. | Station | Reagent | Time min:s | Exact | Dip | Notes |
|---|---|---|---|---|---|---|
| 1 | Oven | 65°C | 10 | No | | |
| 2 | 1 | Xylene | 3 | No | 3 | |
| 3 | 2 | Xylene | 2 | No | 3 | |
| 4 | 3 | Xylene | 2 | No | 3 | |
| 5 | 4 | 100% Alcohol | 1 | No | 3 | |
| 6 | 5 | 100% Alcohol | 1 | No | 3 | |
| 7 | 6 | 95% Alcohol | 1 | No | 3 | |
| 8 | Wash 1 | $H_2O$ | 1:30 | No | 3 | |
| 9 | 8 | HAEMATOXLIN | 2 | Yes | 3 | Change 2000 slides or two weeks |
| 10 | Wash 5 | $H_2O$ | 1 | No | 3 | |
| 11 | 9 | DEFINE | :35 | Yes | 3 | Change daily |
| 12 | Wash 4 | $H_2O$ | 1 | No | 3 | |
| 13 | 10 | BLUE BUFFER | :45 | Yes | 3 | Change weekly |
| 14 | Wash 3 | $H_2O$ | 1 | No | 3 | |
| 15 | 11 | 95% Alcohol | 1 | No | 3 | |
| 16 | 12 | EOSIN | 1 | Yes | 3 | Change 1500 slides or 1- 2 weeks |
| 17 | 13 | 100% Alcohol | 1 | No | 3 | |
| 18 | 14 | 100% Alcohol | 1 | No | 3 | |
| 19 | 16 | 100% Alcohol | 1 | No | 3 | |
| 20 | 17 | Xylene | 1 | No | 3 | |
| 21 | 18 | Xylene | 1 | No | 3 | |
| 22 | 22 | EXIT | | | | |

Dianne Bellew v. Ethicon, et al.

Case No.: 2:13-cv-22473

Exhibit NO. DX10495

Date Admitted _____

Bellew v Ethicon, et al.                                                    DX10495.1