# EXHIBIT M

Vladimir Iakovlev, M.D.

```
 1              CAUSE NO. 2012-CI-18690
 2
 3   JENNIFER RAMIREZ F/K/A  )   IN THE DISTRICT COURT
 4   JENNIFER GALINDO,       )
 5            Plaintiff,)
 6   v.                      )   438th JUDICIAL DISTRICT
 7   CESAR REYES, M.D.,      )
 8   JOHNSON & JOHNSON,      )
 9   AND ETHICON, INC.,      )
10            Defendant. )   BEXAR COUNTY, TEXAS
11   ------------------------)
12
13
14   ---   This is the Videotaped Deposition of VLADIMIR
15   IAKOVLEV, M.D., taken at the Hilton Hotel,
16   University Room, 145 Richmond Street West,
17   Toronto, Ontario, on the 19th day of April, 2016.
18                   ------------
19
20
21           REPORTED BY:  HELEN MARTINEAU
22            CERTIFIED SHORTHAND REPORTER
23
24            VIDEOGRAPHER:  DAVID LANE
```

Golkow Technologies, Inc.                           Page 1

Vladimir Iakovlev, M.D.

```
 1   the slices of the bread, so to speak.  Alright?
 2           A.  If you want to use that analogy,
 3   yes, we can.
 4           Q.  And the Ramirez slides were
 5   processed the same way that you've processed
 6   slides for other litigation, is that correct?
 7           A.  For all specimens processed in the
 8   lab, all labs in North America use exactly the
 9   same process.
10           Q.  Okay.
11           A.  And we use the same machinery.  We
12   use the same chemicals.  Everything is processed
13   the same way.
14           Q.  Let's talk about how it was done
15   here in Canada, okay?
16           A.  It's not just in Canada.  It's done
17   the same way anywhere in the world.
18           Q.  I understand.  It was done pursuant
19   to the St. Michael's protocol, is that right?
20           A.  I'm telling you this is not our
21   protocol.  It's a machine which is made maybe in
22   United States, maybe in Europe and chemicals are
23   likely made in the United States.  They are bought
24   in large supplying companies.  Everything is
```

```
 1                REPORTER'S CERTIFICATE

 2

 3              I, HELEN MARTINEAU, CSR, Certified

 4    Shorthand Reporter, certify;

 5              That the foregoing proceedings were

 6    taken before me at the time and place therein set

 7    forth at which time the witness was put under oath

 8    by me;

 9              That the testimony of the witness and

10    all objections made at the time of the examination

11    were recorded stenographically by me and were

12    thereafter transcribed;

13              That the foregoing is a true and

14    accurate transcript of my shorthand notes so

15    taken.

16

17

18              _____

19              PER:  HELEN MARTINEAU

20              CERTIFIED SHORTHAND REPORTER

21

22

23

24
```