# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| All Plaintiffs,<br><br>v.<br><br>ETHICON INC., JOHNSON & JOHNSON<br><br>Defendants. | MDL No. 2327<br><br>In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation,<br><br>JOSEPH G. GOODWIN<br>U.S. DISTRICT JUDGE |

## AMENDED NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Bartimus, Frickleton, Robertson & Goza, P.C. has changed names to Bartimus, Frickleton and Robertson, P.C., effective April 4, 2016. This Notice of Firm Name Change effects attorneys, James R. Bartimus and Anne M. Tarvin with Bartimus Frickleton and Robertson, P.C. This notice applies to each individual case as it is filed in this MDL No. 2187 for which James R. Bartimus and Anne M. Tarvin are attorneys of record. All addresses and telephone numbers remain the same.

Respectfully submitted,

BARTIMUS, FRICKLETON and ROBERTSON, P.C.

 /s/Anne M. Tarvin
Anne M. Tarvin        MO Bar # 65405
James R. Bartimus     MO Bar # 26131
11150 OVERBROOK ROAD, SUITE 200
LEAWOOD, KS 66211
(913) 266-2300
(913) 266-2366        FAX
atarvin@bflawfirm.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 3, 2016, I filed this document with the clerk of the court via the electronic filing system and provided a copy to all counsel of record.


/s/ Anne M. Tarvin_____