IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES LISTED ON THE ATTACHED EXHIBIT:

JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE

    Plaintiffs in the cases listed on the attached Exhibit A and defendant Boston Scientific Corp. ("BSC") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third-party claims.  Accordingly, plaintiffs and BSC jointly move the Court to dismiss BSC as a defendant in these actions with prejudice and terminate BSC from the docket of the Court the actions, each party to bear its own costs.  Other defendants remain pending in these actions, and plaintiffs will continue to prosecute their action against them.

| | |
|---|---|
| Dated June 6, 2016 | Respectfully submitted, |
| | By: /s/ Jon A. Strongman |
| | Robert T. Adams – MO Bar #: 34612 |
| | Jon A. Strongman – MO Bar #: 53995 |
| | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108 |
| | Telephone: 816.474.6550 |
| | Facsimile: 816.421.5547 |
| | rtadams@shb.com |
| | jstrongman@shb.com |

7602187 v1

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP**

By: /s/ Tamara L. Banno
FREESE & GOSS
3031 Allen Street, Suite 200
Dallas, Texas 75204
Telephone: 214.761.6610
Facsimile:  214.761-6688
tbanno@freeseandgoss.com

**COUNSEL FOR PLAINTIFFS
LISTED ON EXHIBIT A**

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases attached as Exhibit A.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP**

7602187 v1