Freese and Goss PLLC

| Case Name | Case # |
|---|---|
| ASBURY, Betty vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-19172 |
| BARNETT, Dorothy vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-19186 |
| CAPURSO, Mary vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-19190 |
| DEAN, Rita vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-19196 |
| EILERS, Colinnette vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 14-cv-28352 |
| GREENE, Dallas S. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-24389 |
| KASPER, Kathy vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-32334 |
| SHOTWELL, Marguerite vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation | 14-cv-27762 |
| WILSON, Sarah vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-20474 |
| WRIGHT, Janice vs. Ethicon, Johnson & Johnson and Boston Scientific Corporation | 14-cv-28565 |