STRICKEN PURSAUNT TO THE #2301
ORDER ENTERED 6/9/2016

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., <br> PELVIC REPAIR SYSTEM <br> PRODUCTS LIABILITY LITIGATION <br><br> **Consolidated Trial** <br> *Mullins, et al. v. Ethicon, Inc., et al.* <br> Case No. 2:12-cv-02952 <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Sandra Cheshire, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-24999 <br><br> *Elizabeth Mullens, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-16564 <br><br> *Crystal Barr, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-22606 <br><br> *Janet Burgoyne, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-28620 <br><br> *Debra Daniel, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-02565 <br><br> *Rita Dillon, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-02919 <br><br> *Carolyn Garcia v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-14355 <br><br> *Karen Gillum, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-12756 <br><br> *Patricia Martinez v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-04730 <br><br> *Terreski Mullins, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:12-cv-02952 | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

STRICKEN PURSAUNT TO THE #2301
ORDER ENTERED 6/9/2016

| | |
|---|---|
| *Judith Shears, et al. v. Ethicon, Inc., et al.*<br>Civil Action No.. 2:13-cv-17012<br><br>*Janice Tyler, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-19110<br><br>*Carol Whisner, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-13023<br><br>*Marianna Humbert v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-10640<br><br>*Jane Kelly, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-22079<br><br>*Rebecca Sprout, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:12-cv-07924<br><br>*Teresa Bennett, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-29624<br><br>*Kathy Jones, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-09517<br><br>*Theresa Vanbuskirk, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-16183 | |

**PLAINTIFF, JUDITH SHEARS' NOTICE OF VIDEOTAPED DEPOSITION OF
<u>RONALD L. RINK AND SUBPOENA DUCES TECUM</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff shall take the discovery deposition upon oral examination of Ronald L. Rink at Courtyard Pittsburgh Downtown, 945 Penn Avenue, Pittsburgh, Pennsylvania, 15222, for the following cases on the dates and times indicated below:

| | | |
|---|---|---|
| Burgoyne | June 21, 2016 | 9:00 a.m. |
| Vanbuskirk | June 21, 2016 | 12:00 p.m. |
| Barr | June 21, 2016 | 3:00 p.m. |

2

STRICKEN PURSAUNT TO THE #2301
ORDER ENTERED 6/9/2016

| | | |
|---|---|---|
| Cheshire | June 22, 2016 | 9:00 a.m. |
| Daniel | June 22, 2016 | 12:00 p.m. |
| Dillon | June 22, 2016 | 3:00 p.m. |
| Garcia | June 23, 2016 | 9:00 a.m. |
| Gillum | June 23, 2016 | 12:00 p.m. |
| Martinez | June 23, 2016 | 3:00 p.m. |
| Mullins | June 24, 2016 | 9:00 a.m. |
| Shears | June 24, 2016 | 12:00 p.m. |
| Tyler | June 24, 2016 | 3:00 p.m. |
| Whisner | June 27, 2016 | 9:00 a.m. |
| Humbert | June 27, 2016 | 12:00 p.m. |
| Kelly | June 27, 2016 | 3:00 p.m. |
| Sprout | June 28, 2016 | 9:00 a.m. |
| Bennett | June 28, 2016 | 12:00 p.m. |
| Jones | June 28, 2016 | 3:00 p.m. |
| Mullens | June 29, 2016 | 9:00 a.m. |

The deposition shall be recorded by stenographic means before a person duly authorized to administer oaths and will be videotaped.

PLEASE TAKE FURTHER NOTICE that in connection with the taking of the deposition, the deponent shall produce the items described below:

1. Any and all files relating to deponent's time as a Sales Representative for Ethicon.

2. Deponent's current Curriculum Vitae.

3. Any and all training materials, handouts, manuals, or the like in deponent's possession provided by Ethicon in regards to detailing pelvic mesh products.

4. Any and all materials in deponent's possession provided by counsel for Ethicon, including, but not limited to, documents, correspondence, statements, transcripts, or records.

3

STRICKEN PURSAUNT TO THE #2301
ORDER ENTERED 6/9/2016

Date: June 6, 2016                                    Respectfully submitted,

By: /s/ Jeffrey L. Haberman
Jeffrey L. Haberman
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE Third Avenue
Ft. Lauderdale, FL 33316
Tel: 954-320-9507
Fax: 954-320-9609
jhaberman@schlesingerlaw.com
**ATTORNEY FOR PLAINTIFF**

STRICKEN PURSAUNT TO THE #2301
ORDER ENTERED 6/9/2016

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.,<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION<br><br>**Consolidated Trial**<br>*Mullins, et al. v. Ethicon, Inc., et al.*<br>Case No. 2:12-cv-02952<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sandra Cheshire, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-24999<br><br>*Elizabeth Mullens, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-16564<br><br>*Crystal Barr, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-22606<br><br>*Janet Burgoyne, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-28620<br><br>*Debra Daniel, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-02565<br><br>*Rita Dillon, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-02919<br><br>*Carolyn Garcia v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-14355<br><br>*Karen Gillum, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-12756<br><br>*Patricia Martinez v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-04730<br><br>*Terreski Mullins, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:12-cv-02952 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

5

STRICKEN PURSAUNT TO THE #2301
ORDER ENTERED 6/9/2016

| | |
|---|---|
| *Judith Shears, et al. v. Ethicon, Inc., et al.*<br>Civil Action No.. 2:13-cv-17012<br><br>*Janice Tyler, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-19110<br><br>*Carol Whisner, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-13023<br><br>*Marianna Humbert v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-10640<br><br>*Jane Kelly, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-22079<br><br>*Rebecca Sprout, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:12-cv-07924<br><br>*Teresa Bennett, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-29624<br><br>*Kathy Jones, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-09517<br><br>*Theresa Vanbuskirk, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-16183 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        By: /s/ Jeffrey L. Haberman
                                        Jeffrey L. Haberman
                                        **SCHLESINGER LAW OFFICES, P.A.**
                                        1212 SE Third Avenue
                                        Ft. Lauderdale, FL 33316
                                        Tel: 954-320-9507
                                        Fax: 954-320-9609

STRICKEN PURSAUNT TO THE #2301
ORDER ENTERED 6/9/2016

jhaberman@schlesingerlaw.com
**ATTORNEY FOR PLAINTIFF**