**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                                                 MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
Phone: (404) 322-6000
Fax: (404) 322-6050
Email: richard.north@nelsonmullins.com

*Attorney for Defendant C.R. Bard, Inc.*

1

/s/ David Kuttles
David Kuttles, Esq. (NY#4034393)
David.kuttles@lanierlawfirm.com
W. Mark Lanier, Esq. (NY#4327284)
wml@lanierlawfirm.com
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, New York 10022
T (212) 421-2800
F (212) 421-2878

*Attorneys for Plaintiffs on Exhibit A*

Dated: June 7, 2016

## EXHIBIT A – THE LANIER LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-06860 | Pamela Monroe and Gregory Moore v. C.R. Bard, Inc., et al. |
| 2:13-cv-00683 | Roberta A. Russell and James A. Russell v. C.R. Bard, Inc., et al. |
| 2:13-cv-06035 | Ruth Isabelle McCoy and Thomas A. McCoy, III v. C.R. Bard, Inc., et al. |
| 2:13-cv-07851 | Pamela Katz and Larry Katz v. C.R. Bard, Inc., et al. |
| 2:13-cv-10540 | Mildred Webb and Clinton H. Mitchem v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000