UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

**AMENDED MOTION FOR CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address and email addresses in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which TorHoerman Law LLC is associated. The telephone number and facsimile number remain unchanged.

Effective May 31, 2016, the TorHoerman Law LLC attorneys in this matter relocated their offices to:

TorHoerman Law LLC
227 W. Monroe Street, Suite 2650
Chicago, IL 60606
Email: jake@thlawyer.com
Email: tor@thlawyer.com
Email: eric@thlawyer.com

This Motion applies to attorneys Jacob W. Plattenberger, Tor A. Hoerman, and Eric Terry.

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the address for the aforementioned TorHoerman Law LLC attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which TorHoerman Law LLC is associated.

1

Dated: June 7, 2016          Respectfully submitted,

                                       ___/s/ Jacob W. Plattenberger_____
Jacob W. Plattenberger, IL Bar No. 6297431
Tor A. Hoerman, #6229439
Eric Terry, #6282169
TORHOERMAN LAW LLC
227 W. Monroe Street, Suite 2650
Chicago, IL 60606
Office: (312) 372-4800
Fax: (312) 284-4914
Email: Jake@THLawyer.com
Email: tor@thlawyer.com
Email: eric@thlawyer.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 7th day of June, 2016.

             __*/s/ Jacob W. Plattenberger*_____
             Jacob W. Plattenberger