# EXHIBIT BB

—



TITLE GPC of Polypropylene   DATE 4/16/91

No. 2403- .46   PURPOSE PN 47701   Mw of UBSC Polypropylene

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Polystyrene 706 | PP 267K | USSC 6/0 | 6/0 Prolene |
| 0.02457g/10me | 0.02325g/10me | Surgipro BZ5 | AM7209 |
| Code PS706 | PP267K | 0.00376g/me | 0.00410g/me |
| | | USSC60 | PRO160 |
| | | SURG60 | |

| 5 | 6 | 7 |
|---|---|---|
| PP 180K | PP 110K | PP 350K |
| 0.02140g | 0.02187g | 0.02081g |
| Code PP180K | PP110K | PP350K |

EPM 4/16/91 w/new solvent System

Solvent – HFIP + 0.01M Br with 0.2% Trichlorobenzene at 130°C
Columns – Johnson ultrastyragel 100, 5,4 ultrastyragel
150C # 1126

Polystyrene × 0.66

| | Polystyrene Mw's | | Polypropylene Mw's | | |
|---|---|---|---|---|---|
| | $M_W$ | $M_N$ | $M_W$ | $M_N$ | $M_W/M_N$ |
| 1) Polysty Polystyrene 706 | 271,000 | 112,000 | | | |
| 2) PP 267K | 411,000 | 59,000 | 271,000 | 39,000 | 6.9 |
| 3) USSC 6/0 | 527,000 | 121,000 | 348,000 | 80,000 | 4.4 |
| 4) Prolene 6/0 | 542,000 | 125,000 | 358,000 | 83,000 | 4.3 |
| | 535,000 | 117,000 | 353,000 | 77,000 | 4.6 |
| 5) PP180K | 257,000 | 46,000 | 170,000 | 31,000 | 5.5 |
| 6) PP110K | 163,000 | 39,000 | 108,000 | 26,000 | 4.2 |
| 7) PP350K | 528,000 | 60,000 | 348,000 | 40,000 | 8.7 |
| 8) | | | | | |

EPM 4/17/91

EXPERIMENTER Eugene Myyze   DATE 4/17/91

WITNESSED BY   DATE 4/22/91

HIGHLY CONFIDENTIAL *P*
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

DEPO.ETH.MESH.00005605