IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,  MDL NO. 2327
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is Defendant American Medical Systems, Inc.'s Motion for Catherine H. Ahlin-Halverson to Withdraw as Counsel for American Medical Systems, Inc., filed on May 31, 2016 [docket # 2282]. In the motion, American Medical Systems, Inc., ("AMS") requests that Catherine H. Ahlin-Halverson be allowed to withdraw as counsel of record in the main MDL and each member case associated with that MDL in which Catherin H. Ahlin-Halverson appears. AMS states Cooper S. Ashley and Keiko L. Sugisaka and Maslon LLP will remain as counsel.

It is **ORDERED** that Defendant American Medical Systems, Inc.'s Motion for Catherine H. Ahlin-Halverson to Withdraw as Counsel for American Medical Systems, Inc. is **GRANTED**.

The Clerk is **DIRECTED** to terminate Catherine H. Ahlin-Halverson as counsel of record, both on the main master docket and each individual member case in MDL 2327 in which she appears.

The Clerk is further directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 8, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE