IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
         PELVIC REPAIR SYSTEM                                MDL NO. 2327
         PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO
CONSOLIDATED LEAD CASE:

*Mullins, et al. v. Ethicon, Inc., et al.*                    *Civil Action No. 2:12-cv-02952*

ORDER

By Pre-Trial Order # 184, entered July 1, 2015, I consolidated several individual civil actions and designated *Mullins, et al. v. Ethicon, Inc., et al., 2:12-cv-02952,* as the lead case. I ordered that all further filings be captioned and docketed in the lead case. By order entered in the lead case at ECF No. 465, I reiterated the filing of documents in the lead case and stated that filings in individual cases will be stricken. Despite these Orders filings continue to be made in the wrong case. Plaintiff, Judith Shears' counsel recently filed Plaintiff, Judith Shears' Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum in *Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation*, 2:12-md-2327 ("MDL 2327").

It is **ORDERED** that the Clerk **STRIKE** and **REMOVE** Plaintiff, Judith Shears' Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum filed in MDL 2327 at ECF No. 2294.  Plaintiffs' counsel is **DIRECTED** to re-file Judith Shears' Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum in the *Mullins, et al. v. Ethicon, Inc., et al*, 2:12-cv-02952, the lead case in this

consolidated civil action.

The Clerk is **DIRECTED** to file a copy of this order in both *Mullins* and in MDL 2327 and send a copy of this Order to counsel of record and any unrepresented party.

    ENTER: June 9, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE