IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEM <br> PRODUCTS LIABILITY LITIGATION <br><br> Consolidated Trial <br> Mullins, et al. v. Ethicon, Inc., et al. <br> Case No. 2:12-cv-02952 <br><br> THIS DOCUMENT RELATES TO: <br><br> *Sandra Cheshire, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-24999 <br><br> *Elizabeth Mullens, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-16564 <br><br> *Crystal Barr, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-22606 <br><br> *Janet Burgoyne, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-28620 <br><br> *Debra Daniel, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-02565 <br><br> *Rita Dillon, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-02919 <br><br> *Carolyn Garcia v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-14355 <br><br> *Karen Gillum, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-12756 <br><br> *Patricia Martinez v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-04730 <br><br> *Terreski Mullins, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:12-cv-02952 | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

| | |
|---|---|
| *Judith Shears, et al. v. Ethicon, Inc., et al.*<br>Civil Action No.. 2:13-cv-17012<br><br>*Janice Tyler, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-19110<br><br>*Carol Whisner, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-13023<br><br>*Marianna Humbert v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-10640<br><br>*Jane Kelly, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-22079<br><br>*Rebecca Sprout, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:12-cv-07924<br><br>*Teresa Bennett, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-29624<br><br>*Kathy Jones, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-09517<br><br>*Theresa Vanbuskirk, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-16183 | |

### PLAINTIFF'S MOTION TO WITHDRAW MARIANE HUMBERT'S DOCKET NO. 2298

Marinanne Humbert ("Plaintiff") hereby requests withdrawal of the document identified as Document No. 2298, Plaintiff's Notice of Videotaped Deposition of Ronald L.Rink and Subpoena Duces Tecum (filed on June 08, 2016).

Date: June 9, 2016

Respectfully submitted,

/s/ W. James Singleton
W. James Singleton
4050 Linwood Ave.

Shreveport, LA 71108  
Federal Bar No. 17801  
Tel.: (318) 631-5200  
Fax: (318) 636-7759

*Attorney for Plaintiff, Marianne Humbert*