IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> Consolidated Trial <br> Mullins, et al. v. Ethicon, Inc., et al. <br> Case No. 2:12-cv-02952 <br><br> THIS DOCUMENT RELATES TO: <br><br> *Sandra Cheshire, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-24999 <br><br> *Elizabeth Mullens, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-16564 <br><br> *Crystal Barr, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-22606 <br><br> *Janet Burgoyne, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-28620 <br><br> *Debra Daniel, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-02565 <br><br> *Rita Dillon, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-02919 <br><br> *Carolyn Garcia v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-14355 <br><br> *Karen Gillum, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:14-cv-12756 <br><br> *Patricia Martinez v. Ethicon, Inc., et al.* <br> Civil Action No. 2:13-cv-04730 <br><br> *Terreski Mullins, et al. v. Ethicon, Inc., et al.* <br> Civil Action No. 2:12-cv-02952 | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

| | |
|---|---|
| *Judith Shears, et al. v. Ethicon, Inc., et al.*<br>Civil Action No.. 2:13-cv-17012<br><br>*Janice Tyler, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-19110<br><br>*Carol Whisner, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-13023<br><br>*Marianna Humbert v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-10640<br><br>*Jane Kelly, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-22079<br><br>*Rebecca Sprout, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:12-cv-07924<br><br>*Teresa Bennett, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-29624<br><br>*Kathy Jones, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:14-cv-09517<br><br>*Theresa Vanbuskirk, et al. v. Ethicon, Inc., et al.*<br>Civil Action No. 2:13-cv-16183 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2016 a true and correct copy of Plaintiff's Motion to Withdraw Marianne Humbert's Document No. 2298 was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Date: June 9, 2016

Respectfully submitted,

5

/s/ W. James Singleton

W. James Singleton

4050 Linwood Ave.
Shreveport, LA 71108
Federal Bar No. 17801
Tel.: (318) 631-5200
Fax: (318) 636-7759

*Attorney for Plaintiff, Marianne Humbert*