IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                            MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES:

O R D E R

On June 9, 2016, Plaintiff, by counsel, filed Plaintiff's Motion to Withdraw Mariane Humbert's Docket No. 2298 [ECF No 2302]. In the motion, plaintiff requests that Plaintiff's Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum [ECF No. 2298] be withdrawn.

It is **ORDERED** that the Plaintiff's Motion to Withdraw Mariane Humbert's Docket No. 2298 is **GRANTED**.

The Clerk is **DIRECTED** to **STRIKE** and **REMOVE** Plaintiff's Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum [ECF No. 2298] The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 10, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE