APPROVED and SO ORDERED.
ENTER: 06/14/2016

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2326
Honorable Joseph R. Goodwin

---

Jo Etta Webster
and
Greg Webster

**Plaintiff(s),**

v.

CASE NO. 2:13-cv-20208

Boston Scientific Corp., Johnson &
Johnson, Ethicon, Inc., Ethicon, LLC

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2326 against Boston Scientific Corp. and others. Plaintiff(s) later filed an Amended Complaint that no longer included Boston Scientific Corp. in that litigation; included instead, among others, were the following parties from MDL 2327:

Ethicon, Inc. and Johnson & Johnson

Because Boston Scientific Corp. is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2326 to 2327 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL 2327 .

/s/ Jennifer A. Moore

Jennifer A. Moore
Grossman & Moore, PLLC
401 W. Main Street
Suite 1810
Louisville, KY  40202
(502) 657-7100
(502) 657-7111 (fax)
jmoore@gminjurylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Jennifer A. Moore

Jennifer A. Moore
Grossman & Moore, PLLC
401 W. Main Street
Suite 1810
Louisville, KY  40202
(502) 657-7100
(502) 657-7111 (fax)
jmoore@gminjurylaw.com