# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327 <br> MDL No. 2327 |
| **THIS DOCUMENT RELATES TO ETHICON WAVE I CASES** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE WAVE ONE MOTIONS IN LIMINE AND RESPONSES TO MOTIONS IN LIMINE

Defendants Ethicon, Inc. and Johnson & Johnson (hereinafter "Defendants") move for an extension to **Monday, June 20, 2016**, for the parties to file their Wave One motions in limine, with a corresponding extension to file responses to motions in limine to **Friday, July 1, 2016**, as follows:

The current deadline to file Wave One motions in limine is Thursday, June 16, 2016. [PTO # 217 at ¶ A]. In an effort to decrease the Court's workload, the parties are seeking to reach a stipulation agreement with respect to some of their proposed motions in limine. Defendants respectfully request that the parties be allowed until **Monday, June 20, 2016,** to file their remaining motions in limine in order to address the stipulation issues and revise any remaining motions in limine to be filed. Defendants also request that the parties be allow until **Friday, July 1, 2016,** to file responses to motions in limine. Defendants respectfully assert that good cause for these extensions has been shown pursuant to Fed. R. Civ. P. 6.

Counsel for Defendants has conferred with counsel for Plaintiffs who has confirmed that Plaintiffs have no objection to the requested extensions.

WHEREFORE, Defendants respectfully request an extension of time to **Monday, June 20, 2016**, for the parties to file their Wave One motions in limine, with a corresponding extension to file the motions in limine responses to **Friday, July 1, 2016**.

Respectfully Submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE I CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                         */s/ Christy D. Jones*
                                         Christy D. Jones
                                         Butler Snow LLP
                                         1020 Highland Colony Parkway
                                         Suite 1400 (39157)
                                         P.O. Box 6010
                                         Ridgeland, MS 39158-6010
                                         (601) 985-4523
                                         christy.jones@butlersnow.com

31536424.v1