IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  C. R. BARD, INC.,
        PELVIC REPAIR SYSTEMS
        PRODUCTS LIABILITY LITIGATION                    MDL NO. 2187

_____

THIS DOCUMENT RELATES TO:

*Byrd, et al. v. C.R. Bard, Inc., et al.*          *Civil Action No. 2:15-cv-05915*


ORDER

(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Case to MDL 2327)

On June 9, 2016 the plaintiffs and defendant C. R. Bard, Inc. ("Bard") filed  a

Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice [ECF No. 8]. In

the joint motion, the parties are seeking dismissal of Bard as a defendant in this

action with prejudice because all claims against Bard have been compromised and

settled, including all claims, counterclaims, cross-claims and third party claims. Also

pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 8]. After careful

consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with Prejudice

is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is

**GRANTED.** Plaintiffs' counsel states in the Motion to Transfer that an Amended

Short Form Complaint will be filed within 14 days of the filing of the Joint Motion.

Plaintiffs' counsel is **DIRECTED** to file the appropriate Amended Short Form

Complaint within the time frame outlined in the Motion. Defendant Bard is

**DISMISSED WITH PREJUDICE** as a defendant in this action and this action is

**TRANSFERRED** to MDL 2327.  The Clerk is directed to disassociate the civil action as member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  June 20, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2