IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL NO. 2325
_____
THIS DOCUMENT RELATES TO:

*Becken v. Ethicon, Inc., et al.*                          No. 2:13-cv-19315

ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

On May 19, 2016 the plaintiff and defendant American Medical Systems, Inc., ("AMS") filed a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice [ECF No. 8]. In the joint motion the parties are seeking dismissal of AMS as a defendant in these actions with prejudice because all claims against AMS have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this case [ECF No. 8]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Defendant AMS is **DISMISSED WITH PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is directed to disassociate the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is directed to send a copy of this Order to counsel of record and any

unrepresented party.

        ENTER: June 20, 2016

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE