IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
    PELVIC REPAIR SYSTEMS
    PRODUCTS LIABILITY LITIGATION     MDL NO. 2187
_____
THIS DOCUMENT RELATES TO:

*Hendrix v. Ethicon, Inc., et al.*      *Civil Action No. 2:13-cv-27745*

ORDER

(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Case to MDL 2327)

On May 25, 2016 the plaintiff and defendant C. R. Bard, Inc. ("Bard") filed a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice [ECF No. 7]. In the joint motion, the parties are seeking dismissal of Bard as a defendant in this action with prejudice because all claims against Bard have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this case [ECF No. 7]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Defendant Bard is **DISMISSED WITH PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is directed to disassociate the civil action as member case in MDL 2187 and re-associate it with MDL 2327.

    The Clerk is directed to send a copy of this Order to counsel of record and any

unrepresented party.

ENTER: June 20, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE