## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEM                   MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO
CONSOLIDATED LEAD CASE:

*Mullins, et al. v. Ethicon, Inc., et al.*          *Civil Action No. 2:12-cv-02952*


## ORDER

By Pre-Trial Order # 184, entered July 1, 2015, I consolidated several individual civil actions and designated *Mullins, et al. v. Ethicon, Inc., et al., 2:12-cv-02952,* as the lead case. I ordered that all further filings be captioned and docketed in the lead case. By order entered in the lead case at ECF No. 465, I reiterated the filing of documents in the lead case and stated that filings in individual cases will be stricken. Additionally, I ordered plaintiff, Judith Shears' Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum that was filed in *Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation*, 2:12-md-2327 ("MDL 2327") stricken and removed [ECF No. 2301]. Despite these Orders, filings continue to be made in the wrong case. Plaintiff, Judith Shears' counsel, Jeffrey L. Haberman, recently filed plaintiff, Judith Shears' First Amended Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum in MDL 2327 [ECF No. 2315].

It is **ORDERED** that the Clerk **STRIKE** and **REMOVE** plaintiff, Judith Shears' First Amended Notice of Videotaped Deposition of Ronald L. Rink and Subpoena

Duces Tecum filed in MDL 2327 at ECF No. 2315. If plaintiff's counsel wishes to have Judith Shear's First Amended Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum part of the correct court file, then plaintiff's counsel should re-file the First Amended Notice of Videotaped Deposition of Ronald L. Rink and Subpoena Duces Tecum in the *Mullins, et al. v. Ethicon, Inc., et al*, 2:12-cv-02952, the lead case in this consolidated civil action.

The Clerk is **DIRECTED** to file a copy of this order in both *Mullins* and in MDL 2327 and send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 21, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE