IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION        MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

### JOINT MOTION TO DISMISS BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant Boston Scientific Corp., advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and Boston Scientific Corp. jointly move the court to dismiss Boston Scientific Corp. with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.  The settlements in the cases listed on Exhibit A relate only to Boston Scientific Corp.  Other defendants in these actions remain pending, and plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Jon A. Strongman
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64105
Tel:  816-474-6550
Fax:  816-421-5547
*Attorneys for Boston Scientific Corp.*

/s/ Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY P.C.
P. O. Box 832
Athens, GA  30603
(706) 354-4000
*Attorneys for Plaintiffs on Exhibit A*

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06024 | Janice M. Bresnick and Donald Bresnick v. Ethicon, Inc., et al. |
| 2:13-cv-06092 | Janice M. Vernon-Parris & Vincent Parris v. Ethicon, Inc., et al. |
| 2:13-cv-06512 | Yvonne Lee Sayers and Donald Ray Sayers v. Ethicon, Inc., et al. |
| 2:13-cv-07575 | Tina Marie Hurst and Rodney O. Hurst v. Ethicon, Inc., et al. |
| 2:13-cv-07581 | Marla J. Sappington and John Sappington v. Ethicon, Inc., et al. |
| 2:13-cv-22866 | Nira W. Reese and Lawrence E. Reese v. Ethicon, Inc., et al. |
| 2:13-cv-22870 | Beverly Ritchey Smith and Stanley Smith v. Ethicon, Inc., et al. |
| 2:13-cv-24509 | Barbara L. Gilman and Harry W. Gilman v. Ethicon, Inc., et al. |
| 2:13-cv-25724 | Susan Lewallen Collins and Steve Collins v. Ethicon, Inc., et al. |
| 2:13-cv-25729 | Margaret Mary Childree and Michael Childree, Sr. v. Ethicon, Inc., et al. |
| 2:13-cv-26341 | Dawn Michelle Jones and Bub Jones v. Ethicon, Inc., et al. |
| 2:13-cv-27235 | Nancy Dignum f/k/a Nancy Whittle and Marcus Dignum v. Ethicon, Inc., et al. |
| 2:13-cv-27907 | Darline M. Monahan and Frank Monahan v. Ethicon, Inc., et al. |
| 2:13-cv-27909 | Madge S. Clayton and Mark Clayton v. Ethicon, Inc., et al. |
| 2:13-cv-28054 | Barbara Sue Bias v. Ethicon, Inc., et al. |
| 2:13-cv-28886 | Joyce M. Martin v. Marshall J. Martin v. Ethicon, Inc., et al. |
| 2:13-cv-31417 | Terry Janene Bravo v. Ethicon, Inc., et al. |
| 2:13-cv-33233 | Elizabeth C. Santos and Fransisco Santos v. Ethicon, Inc., et al. |
| 2:14-cv-02470 | Princess J. Hassan v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-03190 | Florence L. Oglesby and Glenn A. Oglesby v. Ethicon, Inc., et al. |
| 2:14-cv-04437 | Patricia R. Dutton v. Ethicon, Inc., et al. |
| 2:14-cv-04470 | Laurel M. Taylor v. Ethicon, Inc., et al. |
| 2:14-cv-04801 | Debbie Louise McGough and Dennis McGough v. Ethicon, Inc., et al. |
| 2:14-cv-04816 | Dania E. Persiani and Jesse Persiani v. Ethicon, Inc., et al. |
| 2:14-cv-04817 | Leslie Rager and Kenneth Rager v. Ethicon, Inc., et al. |
| 2:14-cv-13057 | Diane F. Moletto and Vincent Moletto v. Ethicon, Inc., et al. |
| 2:14-cv-19784 | Elissa Ann Jacobson and Scott E. Jacobson v. Ethicon, Inc., et al. |
| 2:14-cv-26546 | Mary Lou Alvarado and Sam Alvarado v. Ethicon, Inc., et al. |
| 2:14-cv-26885 | Sandra Beelen and Frank Beelen v. Ethicon, Inc., et al. |
| 2:14-cv-30970 | Brenda Brooks and Travis Brooks v. Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

By:   /s/ Jon A. Strongman
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64105
Tel:  816-474-6550
Fax:  816-421-5547
Email:  jstrongman@shb.com

*Attorneys for Boston Scientific Corp.*