# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm contact information in MDL Nos. 2327, 2187, 2325, 2326, 2387, and 2440, and each individual case in which attorneys Joseph J. Zonies and Gregory D. Bentley are associated. In support of the Motion, the undersigned states as follows:

The firm's updated information, including name and addresses, is as follows:

> Zonies Law LLC
> 1900 Wazee Street, Suite 203
> Denver, CO  80202
> 720-464-5300
> Fax: 720-961-9252
> jzonies@zonieslaw.com
> gbentley@zonieslaw.com

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the firm contact information in MDL Nos. 2327, 2187, 2325, 2326, 2387, and 2440, and each individual case in which attorneys Joseph J. Zonies and Gregory D. Bentley are associated.

Dated: June 22, 2016            Respectfully submitted,

           /s/ Joseph J. Zonies
           Joseph J. Zonies, Esq.
           Gregory D. Bentley, Esq.
           1900 Wazee Street, Suite 203
           Denver, CO 80202
           720-464-5300
           Fax: 720-961-9252
           jzonies@zonieslaw.com
           gbentley@zonieslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **MOTION FOR CHANGE OF ATTORNEY INFORMATION** on June 22, 2016, using the Court's CM/ECF filing system, thereby sending notice of said filing to all counsel.

    /s/ Jenelle Cox
    Jenelle Cox