UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | Cause No. 2:12-md-2327 |

## MOTION TO WITHDRAW AS COUNSEL

Defendants Cook Incorporated, Cook Medical Incorporated n/k/a Cook Medical LLC, and Cook Biotech Incorporated hereby move to terminate the appearance of Jennifer L. Schuster in the above-captioned matter and every member case associated with MDL 2327. Douglas B. King will remain as counsel for the Cook Defendants in this case.

WHEREFORE, the undersigned requests that this Motion to Withdraw Appearance be granted.

Respectfully submitted,

*/s/ Douglas B. King*
Douglas B. King, IN Bar # 5199-49
Jennifer L. Schuster, IN Bar # 28052-53
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
Doug.King@WoodenMcLaughlin.com
Jennifer.Schuster@WoodenMcLaughlin.com

*Attorneys for Defendants Cook Incorporated,
Cook Biotech Incorporated, and Cook Medical
Incorporated n/k/a Cook Medical LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*
Douglas B. King, IN Bar #5199-49
Jennifer L. Schuster, IN Bar # 28052-53