APPROVED and SO ORDERED.
ENTER:  __06/23/2016__

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS            MDL No. 2325
LIABILITY LITIGATION                     Honorable Joseph R. Goodwin

-------------------------------------------------------------------------------------------------------------

Helga White


**Plaintiff(s),**


v.                                       **CASE NO.** 2:12-cv-00298


American Medical Systems, Inc., et al




**Defendant(s).**


## MOTION TO TRANSFER MDL

 **COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2325, In re:  American Medical Systems, Inc.,

Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

 Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2325 against

American Medical Systems, Inc., and others.  Plaintiff(s) later filed an Amended Short Form

Complaint that no longer included American Medical Systems, Inc. or another named defendant

in that litigation; included instead, among others, were the following parties from MDL   2327   :

Ethicon, Inc. and Johnson & Johnson

Because American Medical Systems, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2325 to 2327 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL 2327 .

Mark R. Mueller

Mark R. Mueller
Texas Bar No. 14623500
Georgia Bar No. 100108
Mueller Law PLLC
404 W 7th St
Austin, Texas 78701
T: 512-478-1236 F: 512-478-1473
meshservice@muellerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2016 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Mark R. Mueller

Mark R. Mueller
Texas Bar No. 14623500
Georgia Bar No. 100108
Mueller Law PLLC
404 W 7th St
Austin, Texas 78701
T: 512-478-1236 F: 512-478-1473
meshservice@muellerlaw.com