IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                       MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is a Motion for Change of Address, [ECF No. 1846] and an Amended Motion for Change of Address filed on June 7, 2016 [ECF No. 2296]. In the amended motion, counsel request that in the main MDL and each individual case in which TorHoerman Law LLC and attorneys Jacob W. Plattenberger, Tor A. Hoerman, and Eric Terry are associated, the firm address be updated as set forth in the motion.

It is **ORDERED** that the Amended Motion for Change of Address [ECF No. 2296] is **GRANTED** and the Motion for Change of Address [ECF No. 1846] is **DENIED as moot**.

The Clerk is **DIRECTED** to update the firm address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Jacob W. Plattenberger, Tor A. Hoerman, and Eric Terry are associated.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 1, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE