IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                  MDL NO. 2327
    PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Address, filed on May 17, 2016 [ECF No. 2257]. In the motion, counsel request that in the main MDL and each individual case in which Benjamin H. Anderson of Anderson Law Offices, LLC is associated, the firm address be updated as set forth in the motion.

It is **ORDERED** that the Motion for Change of Address is **GRANTED**.

The Clerk is DIRECTED to update the firm address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Benjamin H. Anderson is associated.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 1 , 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE