APPROVED and SO ORDERED.
ENTER: 7/5/2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2325
Honorable Joseph R. Goodwin

---

ALMA AITZA CERASE

**Plaintiff(s),**

v.

CASE NO. 2:13-cv-24532

AMERICAN MEDICAL SYSTEMS, INC., ETHICON, INC., JOHNSON & JOHNSON

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2325, In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2325 against American Medical Systems, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included American Medical Systems, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327 :

Ethicon, Inc. Pelvic Repair System Products Liability Litigation

Because American Medical Systems, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2325 to 2327 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL 2327 .

/s/ Douglass A. Kreis

Attorney(s) for Plaintiff
Douglass A. Kreis, Esq.
Florida Bar Number: 0129704
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2016 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Douglass A. Kreis

Attorney(s) for Plaintiffs
Douglass A. Kreis, Esq.
Florida Bar Number: 0129704
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010