IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION
                                                                            MDL NO. 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 1931], is a Joint Motion to Dismiss Defendant Boston Scientific Corp. With Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific Corporation also known as Boston Scientific Corp. (hereinafter referred to as "BSC") seeking dismissal of BSC from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 6, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

FREESE and GOSS

| Case Claim # | Case Name |
| --- | --- |
| 13-cv-00951 | HOGAN, Rebecca vs. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 15-cv-02790 | RODRIGUEZ, Josephine vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, Coloplast Corp. |
| 14-cv-04482 | HENSLEY, Tracy vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-24707 | JOUAN, Mary I. vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-10842 | MCDERMOTT, Carol J. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-27579 | THORNHILL, Suzanne vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |