**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br>______________________________<br>**THIS DOCUMENT RELATES TO:**<br>***Phyllis A. King, et al. v. Ethicon, Inc., et al.***<br>**Case No. 2:12-cv-03081** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2016, I electronically filed this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. I also hereby certify that the following was served on counsel for the Plaintiff via electronic mail on the 6th day of July, 2016: (1) Ethicon, Inc.'s Objections and Responses to Plaintiff's Interrogatories, Requests for Production, and Requests for Admissions; and (2) Johnson & Johnson's Objections and Responses to Plaintiff's Interrogatories, Requests for Production and Requests for Admission.

***Counsel for Plaintiff Phyllis A. King:***

Karen Beyea-Schroeder
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Boulevard, Suite 4000
Houston, TX 77056
Karen_Beyea-Schroeder@fleming-law.com

Dated: July 6, 2016.

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 – Telephone
(512) 495-6399 – Fax

By: */s/ Stephen E. McConnico*
Stephen E. McConnico
State Bar No. 13450300
smcconnico@scottdoug.com
Kimberly Gustafson Bueno
State Bar No. 24065345
kbueno@scottdoug.com
Steven J. Wingard
State Bar No. 00788694
swingard@scottdoug.com
Paige Arnette Amstutz
State Bar No. 00796136
pamstutz@scottdoug.com

**ATTORNEYS FOR DEFENDANTS ETHICON, INC. AND JOHNSON & JOHNSON**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on counsel for Plaintiff via electronic mail this the 6th day of July, 2016.

Dated: July 6, 2016

*/s/ Stephen E. McConnico*
Stephen E. McConnico