## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                         MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 2335], is a Joint Motion to Dismiss Boston Scientific Corp. With Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific Corporation, also known as Boston Scientific Corp., (hereinafter referred to as "BSC"), seeking dismissal of BSC from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 7, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06016 | Cynthia Ann Colglazier v. Ethicon, Inc., et al. |
| 2:13-cv-09144 | Sheila Alston v. Ethicon, Inc., et al. |
| 2:14-cv-24666 | Genee Shahin and Fadil Shahin v. Ethicon, Inc., et al. |