UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE:   ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ADDRESS

**Please take notice** Plaintiffs, by and through their undersigned counsel, respectfully move this Court for entry of an Order updating my firm's address in MDL Nos. 2326, 2325, 2187, 2327, 2387 and 2440, and each individual member case in which Branstetter, Stranch & Jennings, PLLC is associated.   The email address for Branstetter, Stranch & Jennings attorneys remains unchanged.

Effective immediately, Branstetter, Stranch & Jennings, PLLC Attorneys in this matter have relocated their offices to:

>   **Branstetter, Stranch & Jennings, PLLC**
>   **The Freedom Center**
>   223 Rosa L. Parks Avenue, Suite 200
>   Nashville, TN   37203
>   Telephone:   (615) 254-8801
>   Facsimile:    (615) 255-5419

This notice applies to attorney J. Gerard Stranch, IV and Benjamin A. Gastel.

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the address for the aforementioned Branstetter, Stranch & Jennings attorneys in MDL Nos. 2326, 2325, 2187, 2327, 2387 and 2440, and in each individual member case, in which Branstetter, Stranch & Jennings, PLLC is associated.

Dated: July 8, 2016  /s/ J. Gerard Stranch, IV
**J. Gerard Stranch, IV**

**BRANSTETTER, STRANCH & JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN   37203
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@bsjfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

BY: /s/ J. Gerard Stranch, IV
    **J. GERARD STRANCH, IV**