UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

J. Gerard Stranch, IV moves to have Stacey K. Skillman withdrawn as counsel in MDL 2327 and all member civil actions related to MDL 2327 in which Stacey K. Skillman is associated. Ms. Skillman is no longer associated as an attorney with Branstetter, Stranch & Jennings, PLLC. Attorneys at Branstetter, Stranch & Jennings, PLLC, including J. Gerard Stranch, will continue to represent Plaintiffs in MDL 2327 and in each individual member case in which Branstetter, Stranch & Jennings, PLLC is associated.

Dated: July 8, 2016 /s/ J. Gerard Stranch, IV
**J. Gerard Stranch, IV**

**BRANSTETTER, STRANCH & JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                BY:    /s/ J. Gerard Stranch, IV
                         **J. GERARD STRANCH, IV**