**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-D and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue their actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Andy Dow Birchfield, Jr.
Andy Dow Birchfield, Jr.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P. O. Box 4160
Montgomery, AL 36103-4160
334.269.2343 (phone)
334.954.7555 (fax)
andy.birchfield@beasleyallen.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Henry G. Garrard
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Mark W. Davis
Mark W. Davis
DAVIS & CRUMP
Third Floor
1712 15th Place
Gulfport, MS 39501
228.863.6000 (phone)
228.864.0907 (fax)
mark.davis@daviscrump.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Mark R. Mueller
Mark R. Mueller
MUELLER LAW
404 West 7th Street
Austin, TX 78701
512.478.1236 (phone)
512.478.1473 (fax)
receptionist@muellerlaw.com
*Attorney for Plaintiff on Exhibit D*


Dated: July 11, 2016

**EXHIBIT A - BEASLEY ALLEN CROW METHVIN PORTIS & MILES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02426 | Floann P. Gray v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-08239 | Karen E. Bergsrud, Robert Bergsrud v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-21630 | Melissa Phelps, Greg Phelps v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-30638 | Phyllis R. Jordan, Kenneth M. Jordan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – BLASINGAME, BURCH, GARRARD & ASHLEY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-06021 | Angela C. Lofton v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – DAVIS & CRUMP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-01718 | Betty Darnell and Herman Darnell v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:12-CV-08726 | Kathleen A. DesRoches v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-17117 | Wanda Morrison v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Mentor Worldwide LLC, Coloplast Corp. |

**EXHIBIT D – MUELLER LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-17169 | Emma Redmon, Edgar Redmon v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis