**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06024 | Janice M. Bresnick and Donald Bresnick v. Ethicon, Inc., et al. |
| 2:13-cv-06092 | Janice M. Vernon-Parris & Vincent Parris v. Ethicon, Inc., et al. |
| 2:13-cv-06512 | Yvonne Lee Sayers and Donald Ray Sayers v. Ethicon, Inc., et al. |
| 2:13-cv-07575 | Tina Marie Hurst and Rodney O. Hurst v. Ethicon, Inc., et al. |
| 2:13-cv-07581 | Marla J. Sappington and John Sappington v. Ethicon, Inc., et al. |
| 2:13-cv-22866 | Nira W. Reese and Lawrence E. Reese v. Ethicon, Inc., et al. |
| 2:13-cv-22870 | Beverly Ritchey Smith and Stanley Smith v. Ethicon, Inc., et al. |
| 2:13-cv-24509 | Barbara L. Gilman and Harry W. Gilman v. Ethicon, Inc., et al. |
| 2:13-cv-25724 | Susan Lewallen Collins and Steve Collins v. Ethicon, Inc., et al. |
| 2:13-cv-25729 | Margaret Mary Childree and Michael Childree, Sr. v. Ethicon, Inc., et al. |
| 2:13-cv-26341 | Dawn Michelle Jones and Bub Jones v. Ethicon, Inc., et al. |
| 2:13-cv-27235 | Nancy Dignum f/k/a Nancy Whittle and Marcus Dignum v. Ethicon, Inc., et al. |
| 2:13-cv-27907 | Darline M. Monahan and Frank Monahan v. Ethicon, Inc., et al. |
| 2:13-cv-27909 | Madge S. Clayton and Mark Clayton v. Ethicon, Inc., et al. |
| 2:13-cv-28054 | Barbara Sue Bias v. Ethicon, Inc., et al. |
| 2:13-cv-28886 | Joyce M. Martin v. Marshall J. Martin v. Ethicon, Inc., et al. |
| 2:13-cv-31417 | Terry Janene Bravo v. Ethicon, Inc., et al. |
| 2:13-cv-33233 | Elizabeth C. Santos and Fransisco Santos v. Ethicon, Inc., et al. |
| 2:14-cv-02470 | Princess J. Hassan v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-03190 | Florence L. Oglesby and Glenn A. Oglesby v. Ethicon, Inc., et al. |
| 2:14-cv-04437 | Patricia R. Dutton v. Ethicon, Inc., et al. |
| 2:14-cv-04470 | Laurel M. Taylor v. Ethicon, Inc., et al. |
| 2:14-cv-04801 | Debbie Louise McGough and Dennis McGough v. Ethicon, Inc., et al. |
| 2:14-cv-04816 | Dania E. Persiani and Jesse Persiani v. Ethicon, Inc., et al. |
| 2:14-cv-04817 | Leslie Rager and Kenneth Rager v. Ethicon, Inc., et al. |
| 2:14-cv-13057 | Diane F. Moletto and Vincent Moletto v. Ethicon, Inc., et al. |
| 2:14-cv-19784 | Elissa Ann Jacobson and Scott E. Jacobson v. Ethicon, Inc., et al. |
| 2:14-cv-26546 | Mary Lou Alvarado and Sam Alvarado v. Ethicon, Inc., et al. |
| 2:14-cv-26885 | Sandra Beelen and Frank Beelen v. Ethicon, Inc., et al. |
| 2:14-cv-30970 | Brenda Brooks and Travis Brooks v. Ethicon, Inc., et al. |