# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions without prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

| | |
|---|---|
| /s/ Barbara R. Binis | /s/ Erik W. Legg |
| Barbara R. Binis | Erik W. Legg |
| REED SMITH | FARRELL WHITE & LEGG |
| Three Logan Square, Suite 3100 | P. O. Box 6457 |
| 1717 Arch Street | Huntington, WV 25772-6457 |
| Philadelphia, PA 19103 | 304.522.9100 (phone) |
| 215.851.8100 (phone) | 304.522.9162 (fax) |
| 215.851.1420 (fax) | EWL@farrell3.com |
| bbinis@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Michael Brandon Smith
Michael Brandon Smith
CHILDERS SCHLUETER & SMITH
Suite 100
1932 North Druid Hills Road
Atlanta, GA 30319
404.419.9500 (phone)
404.419.9501 (fax)
bsmith@cssfirm.com
*Attorney for Plaintiffs on Exhibit A*


Dated:  July 14, 2016

**EXHIBIT A – CHILDERS SCHLUETER & SMITH**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-02009 | Cheryl White v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-05333 | Betty M. Maynard, Atlas "Alan" Maynard, III v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis