IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION** | Master File No: 2:12-MD-02327<br>MDL No. 2327 |
| **THIS DOCUMENT RELATES TO:**<br><br>**All Wave II TVT Cases**<br><br>**All Wave II TVT-O Cases** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANY**
***DAUBERT* MOTION RELATED TO LARRY T. SIRLS, II,, M.D.**

Plaintiff respectfully moves this Court for an order granting a ten (10) day extension of the filing *Daubert* Motion from the date of deposition. This is Plaintiff's first request for an extension of time for this deadline. This extension is not sought for reason of delay or for any other improper purpose. Counsel for Defendant has stated that they do not oppose the requested extension.

Due to scheduling difficulties, the deposition of Ethicon's expert Dr. Larry Sirls is scheduled for Thursday, July 21, 2016. Plaintiff respectfully moves the Court for an order extending the filing deadline for any *Daubert* briefing regarding Dr. Sirls until August 1, 2016 or by ten (10) days from the date of deposition if it is not, in fact, completed on July 21, 2016 as currently scheduled.

WHEREFORE, Plaintiff requests that the Court grant the requested ten (10) day extension from the date of deposition, moving the due date for Plaintiff's Motion to Limit the

Case Specific Opinions Offered by Larry T. Sirls, II, M.D. to August 1, 2016 and Defendants'

Case-Specific *Daubert* Motions reply deadline to August 11, 2016.

Dated: July 18, 2016

                                                Respectfully submitted,

                                                /s/ Fidelma L. Fitzpatrick
                                                FIDELMA L. FITZPATRICK
                                                Motley Rice LLC
                                                321 S. Main St., 2nd Floor
                                                Providence, RI 02903
                                                Phone: (401) 457-7700
                                                Fax: (401) 457-7708
                                                ffitzpatrick@motleyrice.com

                                                FRED THOMPSON, III
                                                Motley Rice LLC
                                                28 Bridgeside Blvd.
                                                Mount Pleasant, SC 29464
                                                Phone: (843) 216-9000
                                                Fax: (843) 216-9450
                                                fthompson@motlerice.com

                                                **Plaintiff's Counsel**

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEMS<br>PRODUCTS LIABILITY LITIGATION | Master File No: 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br><br>All Wave II TVT Cases<br><br>All Wave II TVT-O Cases | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Fidelma L. Fitzpatrick

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEMS<br>PRODUCTS LIABILITY LITIGATION | Master File No: 2:12-MD-02327<br>MDL No. 2327 |
| **THIS DOCUMENT RELATES TO:**<br><br>All Wave II TVT Cases<br><br>All Wave II TVT-O Cases | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## [PROPOSED] ORDER

AND NOW, this _____ day of July, 2016, upon consideration of Plaintiff's Unopposed Motion to File Any *Daubert* Motion Related to Larry T. Sirls, II, M.D. in the above matter, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's *Daubert* Motion is due by **August 1, 2016** and Defendants' Case-Specific *Daubert* Motions reply deadline to **August 11, 2016**.

      **IT IS SO ORDERED.**

      BY THE COURT:

_____
**JOSEPH R. GOODWIN**
**UNITED STATES DISTRICT JUDGE**