**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis  
Barbara R. Binis  
REED SMITH  
Three Logan Square, Suite 3100  
1717 Arch Street  
Philadelphia, PA 19103  
215.851.8100 (phone)  
215.851.1420 (fax)  
bbinis@reedsmith.com

/s/ Erik W. Legg  
Erik W. Legg (WVSB 7738)  
FARRELL, WHITE & LEGG PLLC  
P.O. Box 6457  
Huntington, WV 25772-6457  
304.522.9100 (phone)  
304.522.9162 (fax)  
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Benjamin A. Bertram
Benjamin A. Bertram
BERTRAM & GRAF
Suite 225
9229 Ward Parkway
Kansas City, MO 64114
816.523.2205 (phone)
816.523.8258 (fax)
benbertram@bertramgraf.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Michael Leslie Hodges
Michael Leslie Hodges
HODGES LAW FIRM
13420 Santa Fe Trail Drive
Lenexa, KS 66215
913.888.7100 (phone)
913.888.7388 (fax)
mikehodges@hodgeslawfirm.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Buffy K. Martines
Buffy K. Martines
LAMINACK PIRTLE & MARTINES
9th Floor
5020 Montrose Boulevard
Houston, TX 77006
713.292.2750 (phone)
713.292.2755 (fax)
buffym@lpm-triallaw.com
*Attorney for Plaintiffs on Exhibit C*


Dated: July 18, 2016

## EXHIBIT A – BERTRAM & GRAF

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-26010 | Jody Donahue v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – HODGES LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-05353 | Melanie Evartt v. Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – LAMINACK, PIRTLE & MARTINES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-32091 | Karen Lyons v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis