# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

--------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 235**
**(Order Scheduling Status Conference and Meetings in MDLs on September 13-14, 2016)**

I will conduct a status conference in all MDLs in Room 7800 of the Robert C. Byrd United States Courthouse on **Wednesday, September 14, 2016,** at **10:00 a.m.**  It is **ORDERED** that (1) defendant client representative(s) with full authority to make all decisions related to MDL 2327; (2) in house counsel for defendant(s) with full authority to make all decisions related to MDL 2327; (3) settlement counsel (if any) for defendant(s); and (4) lead counsel for plaintiffs and defendant(s) attend the status conference.

It is further **ORDERED** that for each MDL listed below, the court will meet in chambers with the above individuals as follows:

   (1) **TSL & Sofradim MDL 2187**          Tuesday, September 13th at 1:30 p.m.

   (2) **Bard MDL 2187**                    Tuesday, September 13th at 2:00 p.m.

   (3) **Boston Scientific MDL 2326**       Tuesday, September 13th at 3:00 p.m.

   (4) **Ethicon MDL 2327**                 Tuesday, September 13th at 4:00 p.m.

   (5) **AMS MDL 2325**                     Wednesday, September 14th at 8:30 a.m.

   (6) **Coloplast MDL 2387**               Wednesday, September 14th at 10:30 a.m.

   (7) **Cook MDL 2440**                    Wednesday, September 14th at 11:00 a.m.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:16-cv-06496. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: July 20, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE