APPROVED and SO ORDERED.

_July 20, 2016_

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO PLAINTIFF:<br><br>All Wave II TVT-O Cases | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR FILING *DAUBERT* MOTIONS REGARDING DR. MARENNI STANISLAUS**

Plaintiffs respectfully ask this Court for an order granting a 7-day extension of time to file *Daubert* motions regarding Dr. Marenni Stanislaus. This request is Plaintiff's first request for an extension of time for this deadline.

Counsel for Defendants have stated that they do not oppose the requested extension.

This extension is not sought for reason of delay or for any other improper purpose. The extension is needed because the deposition of this expert witness has been delayed by scheduling conflicts. The deposition of Dr. Marenni Stanislaus is scheduled to take place on Friday, July 15, 2016.

WHEREFORE, Plaintiffs request that the Court grant the requested 7-day extension, moving the due date for Plaintiffs' *Daubert* Motions regarding Dr. Marenni Stanislaus to **July 28, 2016**, moving the Response deadline to **August 15, 2016,** and the Reply deadline to **August 25, 2016.**

Dated: July 19, 2016                                        Respectfully submitted,


                                                            /s/ Edward A. Wallace
                                                            Edward A. Wallace
                                                            Mark R. Miller
                                                            Timothy E. Jackson
                                                            Wexler Wallace LLP
                                                            55 W Monroe Street, Suite 3300
                                                            Chicago, Illinois 60603
                                                            (T) 312-346-2222
                                                            (F) 312-346-0022
                                                            eaw@wexlerwallace.com
                                                            mrm@wexlerwallace.com
                                                            tej@wexlerwallace.com

2