EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Bishop, Jessie | 2:12-cv-02101 | Prolift |
| Flanigan, Iris & Earl David | 2:12-cv-01524 | Prolift +M |
| Frazier, Margaret & William Allen | 2:12-cv-01731 | Prolift |
| Hand, Wanda M. & Charles W. | 2:12-cv-02079 | Prosima |
| Meyer, Linda & Steve | 2:12-cv-01705 | Prolift & TVT-Retropubic |
| Pieper, Laura Ann & Mike | 2:12-cv-02189 | Gynemesh/Gynemesh PS & TVT |

018890\078026\31790102.v1-7/5/16