# EXHIBIT Z

a *Johnson-Johnson* company

To: Patrice Napoda
CC: RDCF

## Biocompatibility Risk Assessment:
## PROSIMA Pelvic Floor Repair System (Mint)

A biocompatibility assessment of the PROSIMA Pelvic Floor Repair System components was based on ISO 10993 part one entitled "Biological Evaluation of Medical Devices - Evaluation and Testing", and the FDA General Program Memorandum G-95.

PROSIMA consists of multiple components, which along with contact nature and duration, are summarized below. For additional composition, please refer to the attached bill of materials.

|   | Component | Body Contact | Contact Duration |
|---|---|---|---|
| 1 | PROLENE Soft Mesh | Implant | Permanent (>30 days) |
| 2 | Implant Carrier, Primary packaging | Device contact | Not applicable |
| 3 | Inserters, anterior and posterior | Externally Communicating - Tissue | Limited (<24 hr) |
| 4 | Vaginal support device | Breached/Compromised Surface | Prolonged (24 hr to 30 days) |
| 5 | Balloon assembly<br>a - balloon,<br>b - connector plug, extension tubing,<br>c - adhesive,<br>d - check valve,<br>e – cap | Breached/Compromised Surface (a, b, c)<br>Skin (d,e) | Limited |
| 6 | Syringe | Device contact | Not applicable |

Component 1 is PROLENE Soft Mesh, which is an approved product cleared under 510k K013718[1], and has a long history of safe clinical use. Minor manufacturing modifications (ultrasonic welding, laser and ultrasonic cutting) are performed on the PROSIMA PROLENE

---

[1] Prolene 510k: K013718

12/27/2006          CONFIDENTIAL          1 of 3

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY      ETH.MESH.01412514

Soft Mesh. Chemical equivalency of the welded and cut edges to naïve mesh[2] allowed for the utilization of the historical and clinical data of the predicate mesh.

Components 2 and 6 are designated as 'device contact'. The implant carrier consists of blue polyester film (currently used in PROLIFT) backed with Tyvek 1073. Both polyester film and Tyvek 1073 have acceptable device contact histories, as does the PETG Blue used for the primary packaging. The syringe, supplied by Becton Dickson, also has acceptable historical data[3], and is a commercially available product.

Component 3, the inserters are comprised of 304 ¼ hardness Stainless Steel and Dow Calibre 2061-15 PC (FC850122). This stainless steel is typical of many general use surgical tools and compliant with ASTM F899-02. Dow Calibre 2061-15 PC (FC850122) was previously characterized by Ethicon[4] and is used for handles on various instruments in GYNECARE TVT Products. As such, further biocompatibility testing was not conducted on these components.

Component 4, the vaginal support device, consists of Nusil Silopren LSR 4050, Pantone 428C (gray). Nusil supplied cytotoxicity, sensitization, intracutaneous reactivity, acute systemic toxicity, pyrogenicity and 7-day intramuscular implantation data on the natural (unpigmented) steam sterilized material[5]. Chemical equivalence of the natural and gray materials was demonstrated[6], allowing the use of the manufacture's data. To address any potential concerns resulting from ethylene oxide sterilization of the material, EO residuals will be determined during sterilization validation, and must be acceptable as defined in the ISO 10093:7 standard.

In addition, Ethicon conducted a 30-day vaginal implantation study of the ethylene oxide sterilized gray material to demonstrate safety of the intended clinical usage:

| Accession # | Description | Result |
|---|---|---|
| 06-0326 | Vaginal Implantation in Rabbits, VSD material, gray | Pass |

The Silopren LSR 4050, Pantone 428C (gray) did not exhibit evidence of irritation when in contact with vaginal mucosa for 30 days.

Component 5, the balloon assembly, was tested by Ethicon as a unit. The following assays were performed:

| Accession # | Description | Result |
|---|---|---|
| 05-0558 | Cytotoxicity (MEM), Balloon Assembly | Pass |
| 05-0559 | Sensitization, Local Lymph Node Assay, Balloon Assembly, Saline and DMSO | Pass |
| 05-0560 | Intracutaneous Reactivity, Balloon Assembly, Saline and Sesame Oil | Pass |
| 05-0561 | Vaginal Irritation, Balloon Assembly, Saline and Sesame Oil | Pass |
| 05-0562 | Acute System Toxicity, Balloon Assembly, Saline and Sesame Oil | Pass |
| 06-0182 | Material Mediated Pyrogenicity, Balloon Assembly | Pass |

---

[2] Chen, K. Extractables/Leachables of the Ultrasonic Welded Polypropylene Mesh Pockets for Project Mint. RCPC-111606-KC. 2006.
[3] Eaker, D. 50ml Plastipak Syringes. 2006
[4] Hutchinson, R. Biocompatibility summary of Calibre 2061-15 FC850122, sterilized by cobalt and ETO. 2001.
[5] Savidge, S. LSR 4050 Biocompatibility Summary. 2006.
[6] Chen, K. Extractables/Leachables of the Silicon Splint Materials Containing Colorant Pantone 428C for Project Mint. RCPC-111506-KC. 2006.

12/27/2006                    **CONFIDENTIAL**                    2 of 3

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.01412515

| 06-0361 | Cytotoxicity (MEM), Cap & Tether | Pass |
|---------|-----------------------------------|------|
| 06-0362 | Sensitization, Local Lymph Node Assay, Cap & Tether, Saline and DMSO | Pass |
| 06-0363 | Intracutaneous Reactivity, Cap & Tether, Saline and Sesame Oil | Pass |

Based on the historical and current study data listed above, the components of the PROSIMA Pelvic Floor Repair System pose no risk to human health.

Author:

_[signature]_  Date: 12/27/06
Sandra Jean Savidge, PhD
Principal Scientist, Preclinical Safety Evaluation
Corporate Product Characterization, Ethicon


Reviewed and approved by:

_[signature]_  Date: 12-27-06
Richard W. Hutchinson, DVM, PhD, DABT
R&D Director, Preclinical Safety and Efficacy
Corporate Product Characterization, Ethicon

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                ETH.MESH.01412516

HIGHLY CONFIDENTIAL - SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

To: Sandy Savidge
From: Vincenza Zaddem
Subject: Biocompatibility BOM for EWH&U Project MINT
Date: November 30, 2006

The purpose of this memo is to document the materials that are being considered by Project MINT for the PROSIMA Pelvic Floor Repair Systems. The three Procedural Kits consist of the following devices:

PROSIMA ANTERIOR PELVIC FLOOR REPAIR SYSTEM
Contents:   1 Mesh Implant
            1 VSD-Balloon Assembly
            1 Anterior Inserter
            1 Syringe

PROSIMA POSTERIOR PELVIC FLOOR REPAIR SYSTEM
Contents:   1 Mesh Implant
            1 VSD-Balloon Assembly
            1 Posterior Inserter
            1 Syringe

PROSIMA COMBINED PELVIC FLOOR REPAIR SYSTEM
Contents:   2 Mesh Implants
            1 VSD-Balloon Assembly
            1 Anterior Inserter
            1 Posterior Inserter
            1 Syringe

| MINT Components Breakdown ||
|---|---|
| 1 | Mesh Implant-Implant Carrier Assembly |
| 1a | Mesh Implant |
| 1b | Implant Carrier |
| 2 | VSD-Balloon Assembly |
| 2a | VSD |
| 2b | Balloon Assembly |
| 2b-i | Check Valve |
| 2b-ii | Tubing |
| 2b-iii | Connector Plug |
| 2b-iv | Balloon |
| 2b-v | Adhesive |
| 2b-vi | Tethered Cap |
| 3 | Anterior Inserter |
| 4 | Posterior Inserter |
| 5 | Syringe |
| 6 | Primary Packaging |

Mesh Implants:
Ethicon Sárl manufactures the finished Mesh Implant and assembles the Mesh Implant into an Implant Carrier. The Mesh Implant shape will be cut from GYNEMESH PS by laser process, and pockets will be created on the ends of each strap by folding, and ultrasonic welding and cutting.

VSD:
The VSD (Vaginal Support Device) is fabricated at Silcotech by liquid injection molding. The VSD is then bulk shipped to Ethicon Sárl for assembly with balloon and final packaging.

Balloon:
Polyzen fabricates the balloon subassembly by RF welding flat sheets of polymer, cutting, and inverting, and then assembling to an inflation line. The inflation line consists of a connector plug (injection molded at Polyzen), tubing (extruded by A.P. Extrusion), check valve (BBraun), and cap (DirectMed). The plug and check valve are glued to the tube with U.V. epoxy (Dymax). The cap tether is fit over the valve's luer lugs. The finished balloon assembly is supplied in bulk to Ethicon Sárl for assembly with VSD. A reusable assembly tool will be used to facilitate assembly of balloon to VSD at Ethicon Sárl.

ETH.MESH.01412517

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Anterior Inserter:
Sored S.A. stamps, deburrs, forms, and passivates the metal shaft and then ships to Gueissaz for overmolding the plastic handle on to the shaft. The finished Anterior Inserter is bulk shipped back to Sored for inspection and then bulk shipped to Ethicon Sárl for final packaging.

Posterior Inserter:
Sored S.A. stamps, deburrs, and passivates the metal shaft and then ships to Gueissaz for overmolding the plastic around the distal end of the shaft. The finished Posterior Inserter is bulk shipped back to Sored for inspection and then bulk shipped to Ethicon Sárl for final packaging.

Syringe:
The 50-mL syringe is an off-the-shelf part, pre-packaged, EO pre-sterilized, and shipped to Ethicon Sárl for inclusion in the kit. This syringe has graduated markings for capacity up to 60-mL.

Sterilization:
All devices are sterilized by Ethylene Oxide (using a maximum dose version of the TVT family cycle).

ETH.MESH.01412518

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

## 1. Mesh Implant-Card Assembly

### 1a. Mesh Implant

| PICTURE | PART NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • P21005 (Ethicon Sárl) | Mesh Implant | Prolene, Polypropylene / Ethicon, Cornelia | N/A | Implant Device - Tissue/Bone | Permanent, >30 Days | Same material used in Gynemesh PS product; contact with Inserter |

### 1b. Implant Carrier

| PICTURE | PART NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • P21035 (Mangar) | Film | M1811 (Clear, 1.5 Mil Copolymer, same as used in Prolift implant carrier) | N/A | Device Contact | N/A | contact with Mesh Implant |
| N/A | N/A | Backing | Tyvek 1073b uncoated, unprinted / Dupont | N/A | Device Contact | N/A | contact with Mesh Implant |

ETH.MESH.01412519

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

2. **VSD-Balloon Assembly**

   2a. **VSD**

| PICTURE | PART NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • P21026 (Ethicon Sárl) | VSD | Silicone Silopren LSR4050, Shore 50A (GE Bayer) Pantone 428C (med grey) / Silcotech | Closest LSR 4070 | Breached/Compromised Surface | Temporary, 1>x>30 Days | contact with Balloon Assembly |

   2b. **Balloon**

| PICTURE | PART NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • P21024 (Ethicon Sárl) | Balloon Assembly | see Balloon sub-components | N/A | Breached/Compromised Surface | Limited, < 24 Hours | Tested as an assembly |

ETH.MESH.01412520

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

### 2b-i. Check Valve

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | A-561-1 (B.Braun) | SAFSITE® Needle-Free Valve, Female Luer Lock to Male Luer Slip | Housing: Bayer Makrolon Polycarbonate RXI1805-451118, Violet<br><br>Plug: Bayer Makrolon Polycarbonate RXI1805-451118, compounded with LEX-506313JLDC, Powder Blue<br><br>Membrane: Dow Corning Silastic RX 50 CT, natural<br><br>/ B.Braun #S5401010SN | N/A | N/A | N/A | OTS item; contact with Syringe and Patient Thigh |

### 2b-ii. Tubing

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • DP9672-20 (Polyzen) | Tubing | Pellethane 2363-80AE, natural<br><br>/ A. P. Extrusion | N/A | N/A | N/A | contact with Valve, Plug, and Patient Thigh |

ETH.MESH.01412521

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

### 2b-iii. Connector Plug

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • DP9673-10 (Polyzen) | Connector Plug | Pellethane 2363-80AE, natural / Polyzen | N/A | N/A | N/A | contact with Balloon Film, Tubing, and VSD |

### 2b-iv. Balloon Film

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • DP9673-2A (Polyzen) | Balloon Film | Polyurethane: TSP 1065, natural / Polyzen | N/A | N/A | N/A | contact with Plu and VSD |

### 2b-v. Adhesive

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | U.V. Curing Urethane Oligomer/ Methacrylate Monomer Blend Color: clear/light amber / Dymax # 204-CTH | N/A | N/A | N/A | contact with Tubing, Plug, Val |

ETH.MESH.01412522

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

## 2b-vi. Tethered Cap

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | N/A | Tethered Male Luer Cap, Non-vented | High Density Polyethylene, Blue / DirectMed #CA-065 | N/A | N/A | N/A | Contact with Valve |

ETH.MESH.01412523

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

3. **Anterior Inserter**

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • P21020 (Ethicon Sárl) | Anterior Inserter | Shaft: 304 stainless steel (1/4 hard) / Sored S.A  Overmold: Dow Calibre 2061-15 PC White (FC850122), polycarbonate / Gueissaz | N/A | External Communication - Tissue/Bone/Dentin | Limited, < 24 hours | Also contact with Mesh Implant |

4. **Posterior Inserter**

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
|  | • P21021 (Ethicon Sárl) | Posterior Inserter | Shaft: 304 stainless steel (1/2 hard) / Sored S.A  Overmold: Dow Calibre 2061-15 PC White (FC850122), polycarbonate / Andre Gueissaz & Cie S.A. | N/A | External Communication - Tissue/Bone/Dentin | Limited, < 24 hours | Also contact with Mesh Implant |

ETH.MESH.01412524

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

## 5. Syringe

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
| | • P21028 (Ethicon Sàrl) | 50-mL BD Plastipak Luer-Lok syringe | - Synthetic Polyisoprene (West 7448)<br>- Polypropylene (Basell PP348P)<br>- Polypropylene (Basell HP570R)<br>- Silicone Lubricant (Dow Corning 360)<br>/ BD #300865 | N/A | N/A | N/A | OTS item; contact with Balloon Assembly; the syringe has 60-cc capacity |

ETH.MESH.01412525

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

6. **Primary Kit Packaging**

| PICTURE | DWG NO. | NAME | MATERIAL / SUPPLIER | J&J BIOCOMP DATABASE REPORT REF # | BODY CONTACT | CONTACT DURATION | NOTES |
|---|---|---|---|---|---|---|---|
| N/A | • P21030 (Ethicon Sárl) | Exterior Thermoform Tray (for Anterior, Posterior, Combined Kits) | PETG Blue / Cartolux- Thiers | N/A | Device Contact | N/A | Primary Packaging Device Contact |
| N/A | • P21032 • P21034 (Ethicon Sárl) | - Workstation - Retainer Lid (for Anterior, Posterior, Combined Kits) | PETG Blue / Cartolux- Thiers | N/A | Device Contact | N/A | Primary Packaging Device Contact |
| N/A | • P21040 • P21041 • P21042 (Ethicon Sárl) | Tyvek Lid - Anterior Kit - Posterior Kit - Combined Kit | Tyvek / Dupont | N/A | Device Contact | N/A | Primary Packaging Device Contact |

[DOCUMENT END]

ETH.MESH.01412526