# EXHIBIT A

**EXHIBIT A TO DEFENDANTS' MOTION TO EXCLUDE
SUZANNE PARISIAN, M.D. [WAVE 2]**

Pursuant to the third Amended Docket Control Order, Defendants submit the following list of cases apply to Defendants' Motion to Exclude Suzanne Parisian, M.D.[1]

**List of Applicable Cases**

| Case and Docket Number | Product(s) |
| --- | --- |
| *Higgins, Susan Dye & Bob v. Ethicon, Inc.*, et al., Case No. 2:12-cv-01365 | TVT Secur |
| *Sanders, Melissa G. & Charles, Jr. v. Ethicon, Inc., et al.*, Case No. 2:12-cv-01562 | TVT Secur |
| *Sutton, Martha v. Ethicon, Inc., et al.*, Case No. 2:12-cv-01857 | TVT Secur |

Dr. Parisian was designated as an expert in the following cases but did not serve a report with respect to the product(s) in issue. On June 21, 2016, the parties entered into a Stipulation whereby Plaintiffs agreed to withdraw Dr. Parisian as a designated expert for these matters. The Stipulation has been filed in each of these individual cases.

| Case and Docket Number | Product(s) |
| --- | --- |
| *McDonald, Maria Elena & Thomas v. Ethicon, Inc., et al.*, Case No. 2:12-cv-01366 | Gynemesh PS; TVT Obturator |
| *Slocumb, Kathryn v. Ethicon, Inc. et al.*, Case No. 2:12-cv-01974 | Prolift Total |
| *Valle, Maritza v. Ethicon, Inc. et al.*, Case No. 2:12-cv-01368 | Prolift Total |
| *Zapata, Sandra v. Ethicon, Inc. et al.*, | Prolift Total |

---

[1] Plaintiffs' designation states that they recognize the Fourth Circuit's affirmance of this Court's exclusion of evidence of compliance with the 510(k) process and "reserve the right to designate" Dr. Parisian "[i]n the event of a contrary ruling." Pls. General Expert Desig., p. 2 (attached to Defendants' Motion to Exclude). Ethicon understands this to mean that Dr. Parisian is not designated at all if no FDA evidence is admitted, even though this is potentially inconsistent with Dr. Parisian's current disclaimer of reliance on FDA regulations. In addition, Ethicon notes that this "reservation of right to designate" in some instances puts Plaintiffs' number of experts over the allotted five.

| Case and Docket Number | Product(s) |
|---|---|
| Case No. 2:12-cv-01972 | |
| *Pippin, Laura & Donald v. Ethicon, Inc. et al.*, Case No. 2:12-cv-02152 | TVT; TVT Obturator |