UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ ETHICON WAVE 2 CASES LISTED IN THIS EXHIBIT | Master File No. 2:12-MD-02327 MDL No. 2327 Joseph R. Goodwin UNITED STATES DISTRICT JUDGE |

**Exhibit A to Defendants' Notice of Adoption of Prior Daubert Motion of Peggy Pence, Ph.D., for Wave 2**

**List of Applicable Cases[1]**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Allen, Diana & Timothy | 2:12-cv-01676 | Prolift Anterior; TVT |
| Amidei, Betty | 2:12-cv-01563 | Prolift Total |
| Blackston, Ossie R. & John | 2:12-cv-01493 | TVT Obturator |
| Carter, Tamara & David | 2:12-cv-01661 | Prolift Total; TVT |
| Chrysler, Marion | 2:12-cv-02060 | TVT |
| Cooper, Jennifer & Dave | 2:12-cv-01660 | TVT |
| Cutter, Jenesta & Larry A. | 2:12-cv-01790 | Prolift Posterior |
| Eaton, Cynthia & Frank | 2:12-cv-01348 | TVT, TVT Obturator |

---

[1] Plaintiffs' designation states that they recognize the Fourth Circuit's affirmance of this Court's exclusion of evidence of compliance with the 510(k) process and "reserve the right to designate" Dr. Pence "[i]n the event of a contrary ruling." Ethicon understands this to mean that Dr. Pence is not designated at all if no FDA evidence is admitted, even though this is potentially inconsistent with Dr. Pence's current disclaimer of reliance on FDA regulations. In addition, Ethicon notes that this "reservation of right to designate" in some instances puts Plaintiffs' number of experts over the allotted five.

| | | |
|---|---|---|
| Espinoza, Rhondi | 2:12-cv-01517 | TVT Obturator |
| Franklin, Betty | 2:12-cv-01837 | Prolift Anterior; TVT Obturator |
| Gallehugh, Michelle & Ronnie | 2:12-cv-01838 | Prosima Posterior |
| Green, Janice | 2:12-cv-02148 | TVT |
| Henry, Lana & Phillip Dean | 2:12-cv-01938 | Prolift Anterior; TVT |
| Jackson, Doris Chappell | 2:12-cv-00265 | Prolift Anterior; Prolift Posterior |
| Kowalski, Judith Mary | 2:12-cv-01323 | Prolift; TVT Obturator |
| Majors, Jennifer A. & Jonathan S. | 2:12-cv-01523 | TVT |
| Martin, Diann & Donald | 2:12-cv-01495 | TVT |
| McDonald, Maria Elena & Thomas | 2:12-cv-01366 | Gynemesh PS; TVT-O |
| Miller, Mona | 2:12-cv-01696 | Prolift Anterior; TVT; TVT Obturator |
| Minogue, Bridgette | 2:12-cv-02112 | Gynemesh PS; TVT-O |
| Moore, Phyllis | 2:12-cv-01659 | Prolift Anterior |
| Pocztowski, Debra | 2:12-cv-01470 | TVT |
| Rose, Lola J. | 2:12-cv-01336 | Prolift Total; TVT Secur |
| Schroeder, Carreen & Matthew | 2:12-cv-01327 | TVT Obturator |
| Scott, Teresa | 2:12-cv-02100 | Prolift Total |
| Sierra, Ana & Luis | 2:12-cv-01819 | TVT Obturator |
| Simpson, Sherry Gill & Ricky Simpson | 2:12-cv-01414 | TVT |
| Smallwood, Nancy & Leon, Sr. | 2:12-cv-01662 | Prolift Total; TVT Secur |

2

| | | |
|---|---|---|
| Symank, Bernie & Herman | 2:12-cv-01836 | Prosima Combined |
| Vandergriff, Debbie & Carl | 2:12-cv-01342 | Gynemesh PS; Prosima Anterior; TVT Obturator |
| Young-Poole, Brenda | 2:12-cv-01962 | TVT Obturator |

**\* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Pence as a general expert in MDL Wave 2.**

ButlerSnow 30662999v1