UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION  _____  THIS DOCUMENT RELATES TO ETHICON WAVE 2 CASES LISTED IN THIS EXHIBIT | Master File No. 2:12-MD-02327 MDL No. 2327   Joseph R. Goodwin UNITED STATES DISTRICT JUDGE |

**Exhibit A to Defendants' Notice of Adoption of Prior Daubert Motion of Anne M. Weber, M.D., for Wave 2**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Amidei, Betty | 2:12-cv-01563 | Prolift Total |
| Bates, Diane | 2:12-cv-02020 | Prolift Total |
| Bishop, Jessie | 2:12-cv-02101 | Prolift Anterior |
| Hutchison, Deanna Gail | 2:12-cv-01711 | TVT |
| McGathey, Elizabeth M. | 2:12-cv-01538 | Prolift Total; TVT Obturator |
| Nelson, Kathryn M. | 2:12-cv-02103 | Prolift Total; TVT Obturator |
| Schomer, Margaret A. | 2:12-cv-01497 | Prolift Total; TVT Obturator; TVT Secur |
| Suter, Carol Ann & Troy W. | 2:12-cv-01712 | TVT |

\* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Weber as a general expert in MDL Wave 2.

ButlerSnow 30662999v1

1

EXHIBIT A