# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Aldrich, Jacqueline | 2:12-cv-01364 |
| Anderson, Elaine | 2:12-cv-02999 |
| Bailey, Pamela | 2:12-cv-01700 |
| Beard, Gavie | 2:12-cv-02025 |
| Bihlmeyer, Donna | 2:12-cv-02159 |
| Bishop, Jessie | 2:12-cv-02101 |
| Blackston, Ossie | 2:12-cv-01493 |
| Burnett, Mary | 2:12-cv-01795 |
| Carroll, Margaret | 2:12-cv-02026 |
| Cedeno, Joyce | 2:12-cv-01701 |
| Colbert, Rhonda | 2:12-cv-02532 |
| Cooper, Jennifer | 2:12-cv-01660 |
| Crabtree, Reba | 2:12-cv-02135 |
| Cruse, Peggy | 2:12-cv-01501 |
| Ferguson, Teresa | 2:12-cv-01544 |
| Fitzgerald, Alina | 2:12-cv-01371 |
| Flanigan, Iris | 2:12-cv-01524 |
| Fleck, Jean | 2:12-cv-01681 |
| Gallehugh, Michelle | 2:12-cv-01838 |
| Hand, Wanda | 2:12-cv-02079 |
| Heuer, Myra | 2:12-cv-01796 |
| Higgins, Susan | 2:12-cv-01365 |
| Hoch, Susan | 2:12-cv-01703 |
| Jackson, Doris | 2:12-cv-00265 |
| Johnson, Cynthia | 2:12-cv-01704 |
| Lambert, Corrie | 2:12-cv-02183 |
| Lary, Sheryl | 2:12-cv-02136 |
| Lewis (McCann), Marlene | 2:12-cv-02139 |
| Majors, Jennifer | 2:12-cv-01523 |
| Manor, Kristy | 2:12-cv-02137 |
| Martin, Diann | 2:12-cv-01495 |
| Martin, Patricia | 2:12-cv-02185 |
| Maxwell, Bonnie | 2:12-cv-02138 |
| Messina, Laritza | 2:12-cv-02140 |
| Meyer, Linda | 2:12-cv-01705 |
| Miller, Rose | 2:12-cv-02187 |
| Minogue, Bridgett | 2:12-cv-02112 |
| Moore, Phyllis | 2:12-cv-01659 |
| Morrison, Laura | 2:12-cv-02141 |
| Muir, Marilyn | 2:12-cv-01706 |
| Parker, Belinda | 2:12-cv-01710 |

| Peterson, Tracy | 2:12-cv-02030 |
| --- | --- |
| Phillips, Ramona | 2:12-cv-02143 |
| Pieper, Laura | 2:12-cv-02189 |
| Pitts, Michelle | 2:12-cv-02144 |
| Pocztowski, Debra | 2:12-cv-01470 |
| Pridmore, Hope | 2:12-cv-02190 |
| Rasos, Katherine | 2:12-cv-01599 |
| Shelton, Mary | 2:12-cv-01707 |
| Shennum, Janice | 2:12-cv-01708 |
| Slocumb, Kathryn | 2:12-cv-01974 |
| Smallwood, Nancy | 2:12-cv-01662 |
| Smith, Patricia | 2:12-cv-01498 |
| Sutton, Martha | 2:12-cv-01857 |
| Swanson, Karen | 2:12-cv-01709 |
| Symank, Bernie | 2:12-cv-01836 |
| Vandergriff, Debbie | 2:12-cv-01342 |
| Wilson, Tina | 2:12-cv-02099 |
| Young-Poole, Brenda | 2:12-cv-01962 |
| Zapata, Sandra | 2:12-cv-01972 |