# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Aldrich, Jacqueline | 2:12-cv-01364 |
| Allen, Diana | 2:12-cv-01676 |
| Bates, Diane | 2:12-cv-02020 |
| Bihlmeyer, Donna | 2:12-cv-02159 |
| Bishop, Jessie | 2:12-cv-02101 |
| Cedeno, Joyce | 2:12-cv-01701 |
| Cruse, Peggy | 2:12-cv-01501 |
| Cutter, Jenesta | 2:12-cv-01790 |
| Daugherty, Angela | 2:12-cv-02076 |
| Dawson, Kristen | 2:12-cv-02074 |
| Doucette, Karen | 2:12-cv-02125 |
| Ferguson, Teresa | 2:12-cv-01544 |
| Franklin, Betty | 2:12-cv-01837 |
| Gallehugh, Michelle | 2:12-cv-01838 |
| Hernandez, Toni | 2:12-cv-02073 |
| Higgins, Susan | 2:12-cv-01365 |
| Hoch, Susan | 2:12-cv-01703 |
| Johnson, Cynthia | 2:12-cv-01704 |
| Majors, Jennifer | 2:12-cv-01523 |
| Marshall, Natalie | 2:12-cv-02077 |
| Martin, Patricia | 2:12-cv-02185 |
| Maxwell, Bonnie | 2:12-cv-02138 |
| McGathey, Elizabeth | 2:12-cv-01538 |
| Merten, Janet | 2:12-cv-01817 |
| Miller, Mona | 2:12-cv-01696 |
| Morrison, Laura | 2:12-cv-02141 |
| Morrow, Tina | 2:12-cv-00378 |
| Muir, Marilyn | 2:12-cv-01706 |
| Perez, Leezel | 2:12-cv-01640 |
| Rasos, Katherine | 2:12-cv-01599 |
| Rose, Lola | 2:12-cv-01336 |
| Shelton, Mary | 2:12-cv-01707 |
| Simpson, Sherry | 2:12-cv-01414 |
| Smith, Patricia | 2:12-cv-01498 |
| Sutton, Martha | 2:12-cv-01857 |
| Swanson, Karen | 2:12-cv-01709 |
| Symank, Bernie | 2:12-cv-01836 |
| Thomas, Mary | 2:12-cv-01370 |
| Valle, Maritza | 2:12-cv-01368 |
| Vandergriff, Debbie | 2:12-cv-01342 |
| Wilson, Tina | 2:12-cv-02099 |