# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Blackston, Ossie | 2:12-cv-01493 |
| Carter, Tamara | 2:12-cv-01661 |
| Chase, Alvette | 2:12-cv-01533 |
| Childress, Sandra | 2:12-cv-01564 |
| Chrysler, Marion | 2:12-cv-02060 |
| Cooper, Jennifer | 2:12-cv-01660 |
| Espinoza, Rhondi | 2:12-cv-01517 |
| Green, Janice | 2:12-cv-02148 |
| Hart, Mary Ann | 2:12-cv-01326 |
| Martin, Diann | 2:12-cv-01495 |
| Perry, Mary Lou | 2:12-cv-01477 |
| Pocztowski, Debra | 2:12-cv-01470 |
| Sanders, Melissa | 2:12-cv-01562 |
| Schroeder, Carreen | 2:12-cv-01327 |
| Simpson, Sherry | 2:12-cv-01414 |
| Smallwood, Nancy | 2:12-cv-01662 |
| Young, Poole, Brenda | 2:12-cv-01962 |