# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Allen, Diana | 2:12-cv-01676 |
| Almendarez, Angela | 2:12-cv-01329 |
| Amidei, Betty Jo | 2:12-cv-01563 |
| Bates, Diane | 2:12-cv-02020 |
| Boudreau, Linda | 2:12-cv-01373 |
| Bowles, Phyllis | 2:12-cv-01865 |
| Cutter, Jenesta | 2:12-cv-01790 |
| Daugherty, Angela | 2:12-cv-02076 |
| Doucette, Karen | 2:12-cv-02125 |
| Eaton, Cynthia | 2:12-cv-01348 |
| Flanigan, Iris | 2:12-cv-01524 |
| Frazier, Margaret | 2:12-cv-01731 |
| Guffey, Gail | 2:12-cv-01650 |
| Hammett, Carolyn | 2:12-cv-01802 |
| Henry, Lana | 2:12-cv-01938 |
| Hines, Lynn | 2:12-cv-01331 |
| Hutchinson, Deanna | 2:12-cv-01711 |
| Kowalski, Judith | 2:12-cv-01323 |
| Marshall, Natalie | 2:12-cv-02077 |
| McGathey, Elizabeth | 2:12-cv-01538 |
| Miller, Mona | 2:12-cv-01696 |
| Minogue, Bridgett | 2:12-cv-02112 |
| Morrow, Tina | 2:12-cv-00378 |
| Nelson, Kathryn | 2:12-cv-02103 |
| Perez, Leezel | 2:12-cv-01640 |
| Rose, Lola | 2:12-cv-01336 |
| Schomer, Margaret | 2:12-cv-01497 |
| Scott, Teresa | 2:12-cv-02100 |
| Suter, Carol | 2:12-cv-01712 |
| Williamson, Betty | 2:12-cv-01739 |