# EXHIBIT A

Case 2:12-md-02327   Document 2409-1   Filed 07/21/16   Page 1 of 2 PageID #: 74851

| Case Name | Case Number |
|---|---|
| Almendarez, Angela | 2:12-cv-01329 |
| Brown, Valerie | 2:12-cv-01489 |
| Dawson, Kristen | 2:12-cv-02074 |
| Franklin, Betty | 2:12-cv-01837 |
| Frazier, Margaret | 2:12-cv-01731 |
| Gibson, Susan | 2:12-cv-01740 |
| Henry, Lana | 2:12-cv-01938 |
| Hernandez, Toni | 2:12-cv-02073 |
| Hines, Lynn | 2:12-cv-01331 |
| Kowalski, Judith | 2:12-cv-01323 |
| Loomis, Barbara | 2:12-cv-02104 |
| McDonald, Maria | 2:12-cv-01366 |
| Merten, Janet | 2:12-cv-01817 |
| Pippin, Laura | 2:12-cv-02152 |
| Riggs, Donna | 2:12-cv-01967 |
| Scott, Teresa | 2:12-cv-02100 |
| Sierra, Ana | 2:12-cv-01819 |
| Thomas, Mary | 2:12-cv-01370 |
| Valle, Maritza | 2:12-cv-01368 |