# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Anderson, Elaine | 2:12-cv-02999 |
| Bailey, Pamela | 2:12-cv-01700 |
| Boudreau, Linda | 2:12-cv-01373 |
| Bowles, Phyllis | 2:12-cv-01865 |
| Burnett, Mary | 2:12-cv-01795 |
| Carroll, Margaret | 2:12-cv-02026 |
| Cedeno, Joyce | 2:12-cv-01701 |
| Chase, Alvette | 2:12-cv-01533 |
| Crabtree, Reba | 2:12-cv-02135 |
| Guffey, Gail | 2:12-cv-01650 |
| Lambert, Corrie | 2:12-cv-02183 |
| Lary, Sheryl | 2:12-cv-02136 |
| Miller, Rose | 2:12-cv-02187 |
| Phillips, Ramona | 2:12-cv-02143 |
| Pitts, Michelle | 2:12-cv-02144 |
| Raines, Myra | 2:12-cv-01735 |
| Sidwell, Loretta | 2:12-cv-01737 |
| Slade, Sebrina | 2:12-cv-01753 |
| Williamson, Betty | 2:12-cv-01739 |