3

# EXHIBIT A

ButlerSnow\018890\078026\31867759.v1-7/13/16

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Patricia and Carl Lindberg v. Ethicon, Inc., et al. | 2:12-cv-01637 | TVT Secur |

ButlerSnow\018890\078026\31867759.v1-7/13/16