# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Mary Kathleen Thomas v. Ethicon, Inc. | 2:12-cv-01370 | TVT-O |
| Donna Riggs v. Ethicon, Inc. | 2:12-cv-01967 | TVT |
| Myra Raines v. Ethicon, Inc. | 2:12-cv-01735 | TVT-O |
| Marlene Lewis v. Ethicon, Inc. | 2:12-cv-02139 | TVT |
| Susan Hoch v. Ethicon, Inc. | 2:12-cv-01703 | TVT-O |
| Peggy Cruse v. Ethicon, Inc. | 2:12-cv-01501 | TVT-O and Prolift |
| Elaine Anderson v. Ethicon, Inc. | 2:12-cv-02134 | TVT |