# EXHIBIT C

Robert M. Rogers, Jr., M.D.

```
 1                  UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF WEST VIRGINIA

 2                      CHARLESTON DIVISION

 3

 4

       IN RE:  ETHICON, INC., PELVIC        )

 5     REPAIR SYSTEM PRODUCTS LIABILITY      )   Master File No.

       LITIGATION                           )     2:12-MD-02327

 6                                          )      MDL No. 2327

                                            )

 7     THIS DOCUMENT RELATES TO:            )

                                            )   JOSEPH R. GOODWIN

 8     All Wave II TVT Cases                )   U.S. DISTRICT JUDGE

                                            )

 9     All Wave II Gynemesh Cases           )

                                            )

10     Bonnie Maxwell vs. Ethicon          )   TVT General

       Case No. 2:12-cv-02138              )

11                                          )

       Karen Swanson vs. Ethicon           )

12     Case No. 2:12-cv-01709              )

13

14          DEPOSITION OF ROBERT M. ROGERS, JR., M.D.

15

16     Deposition upon oral examination of Robert M. Rogers, Jr.,

17     M.D., taken at the request of the Plaintiff, before

18     Danelle Bungen, CSR, at Hampton Inn, Boardroom, 1140 US

19     Highway 2 W, Kalispell, Montana, commencing at 9:10 a.m. on

20     June 16, 2016, pursuant to the Federal Rules of Civil

21     Procedure.

22

23

24

25
```

Robert M. Rogers, Jr., M.D.

```
 1          filled with blood, so you have to coagulate that blood

 2          vessel.  Sometimes the fatty tissue is more difficult

 3          to dissect through in the cadaver than the live

 4          patient.

 5     Q.   You're familiar with the training that Ethicon offered

 6          for the TVT, correct?

 7     A.   Yes.

 8     Q.   And is it your understanding that Ethicon, in some

 9          cases, had cadaver labs both during the development of

10          the TVT and also for training with the TVT?

11     A.   The cadaver labs for development were just limited to,

12          quote, their consultants, not to the general

13          gynecologists.

14     Q.   That's a fair point.  Why don't you explain that?

15     A.   Well, I was asked --  I was not involved in the

16          development of the Retropubic TVT, but I was involved

17          with the development of the TVT-O, Transobturator TVT,

18          and TVT Secur, and Ethicon asked me to perform

19          anatomic dissections to look at the anatomy to be sure

20          that the passage of the instruments and the helical

21          capacitor and the tape, and the mesh tape, to be sure

22          that they would be in places that would not compromise

23          nerves or tissue or -- you know.

24     Q.   Do you know if the same work was done for the TVT

25          Retropubic for which you offer an opinion today?
```

Robert M. Rogers, Jr., M.D.

```
 1   A.   I was not involved with that work, and I don't know

 2        what was done specifically in that regard.

 3   Q.   Do you know whether or not cadaveric work was done in

 4        connection with the TVT Retropubic?

 5   A.   I did such work at Jefferson Medical College on my own

 6        for my own learning, not with Ethicon.

 7   Q.   But we're talking about whether or not you've seen any

 8        documents that demonstrate that Ethicon hired a

 9        consultant like yourself to do cadaveric dissection

10        with respect to the development of the TVT to make

11        sure that the passage of the TVT was appropriate in a

12        female pelvic anatomy.

13   A.   Though it could have been done, I don't remember a

14        specific document.

15   Q.   And you haven't seen those in the last month since you

16        got those seven boxes, correct?

17   A.   That's correct.

18   Q.   Okay.  And because of that, with respect to the

19        development of the TVT Retropubic, if they did

20        cadaveric studies, one, you're not sure if they did or

21        not, and, two, you don't know whether it was on

22        embalmed or unembalmed cadavers; correct?

23   A.   That's correct.

24   Q.   Okay.  Moving forward then with respect to training,

25        once the TVT Retropubic was released to market in
```

Robert M. Rogers, Jr., M.D.

```
 1          1998, are you familiar with any sort of cadaveric

 2          training that Ethicon offered on the TVT device?

 3    A.    For the retropubic TVT, the original one?

 4    Q.    Yes, sir.

 5    A.    No; because when I learned the TVT, I went up to

 6          Allentown and received instruction and saw some cases

 7          with Dr. Vince Lucente up in Allentown, Pennsylvania.

 8    Q.    Fair enough.  You're talking about your training.

 9    A.    Yes.

10    Q.    Okay.  Now I'm talking about the fact that you've

11          offered a report, Exhibit 1, that says TVT is safe and

12          efficacious; right?

13    A.    Yes.

14    Q.    And you understand, and the question may be obvious,

15          surgeons implant the TVT, right?

16    A.    Yes.

17    Q.    And like you, some of them receive training.

18    A.    Yes.

19    Q.    And one of the things that Ethicon might have offered

20          is cadaveric training for physicians that were

21          interested in learning how to implant the TVT, right?

22    A.    Yes.

23    Q.    Do you know or have you undertaken any work to

24          understand whether or not, in fact, cadaveric training

25          was offered to physicians that desired to learn how to
```

Robert M. Rogers, Jr., M.D.

```
 1        use the TVT device?

 2   A.   The traditional TVT Retropubic?  I have no knowledge

 3        of that.

 4   Q.   So, in other words, you're not here today to opine at

 5        all on whether or not the cadaveric training, if it

 6        was offered by Ethicon, was appropriate because you

 7        don't even know if it was offered; right?

 8   A.   That's correct.

 9   Q.   So therefore I don't have to ask any questions about

10        that issue right because you have no knowledge of

11        whether or not it was offered.

12   A.   That's correct.

13   Q.   Okay.  Going back to the limitations, though, of

14        cadavers, have you ever seen, because of your work,

15        for example, in the TVT-O or the Secur, have you ever

16        seen any or been a part of any training with Ethicon,

17        with other physicians, using cadavers with the other

18        devices?

19   A.   Yes.

20   Q.   Tell us about that.

21   A.   I was involved in developing courses to teach other

22        doctors how to implant the Transobturator TVT-O and

23        the TVT Secur, both here in the United States and in

24        the South Korea.

25   Q.   Why South Korea?
```

Robert M. Rogers, Jr., M.D.

```
 1   A.   The South Koreans are very excellent surgeons, very

 2        academic, very eager to learn, and I was asked by

 3        Ethicon to go to South Korea to run a cadaver course

 4        for the TVT-O and to actually do live surgery on some

 5        of their patients to show them how to implant the

 6        TVT-O; and then several years later, the TVT Secur.

 7   Q.   And there's benefits to doing that, right?

 8   A.   For whom?

 9   Q.   For the physicians that want to learn how to use the

10        device.

11   A.   Oh.  Yes.  Yes.

12   Q.   But there's also limitations, as we described, using a

13        cadaver, right?  It's nothing like a live surgery.

14   A.   That's correct.

15   Q.   And one of the things I forgot to mention, that I'll

16        raise now, because you have worked, at least with

17        respect to other devices like the TVT-O and the Secur

18        as it relates to training of physicians, is this idea

19        that when you're offering these trainings, the

20        physicians are utilizing the same passage again and

21        again -- to use, for example, the trocars to insert

22        the device -- in cadaver training?

23   A.   Though we try to limit the number of physicians per

24        cadaver, that is correct.

25   Q.   Okay.  Can you explain that in a better way than I
```

Robert M. Rogers, Jr., M.D.

```
 1        asked it?

 2   A.   The way I teach anatomy is more by palpation,

 3        anatomic -- short anatomic landmarks.  On the

 4        cadavers, no matter how many passages you have of the

 5        instrumentation through soft tissue, the hard, bony

 6        landmarks stay the same.  That's the way I teach

 7        anatomy.

 8             When people talk about surgery and

 9        dissection, they predominantly talk about sight

10        observation, what do you see.  I --  That's important,

11        but I really emphasize palpation, the feel of the

12        tissues, the bony landmarks; and that's what's key

13        about the cadaver.

14             And then we talk about possible complications

15        as you're passing the instrumentation; what to avoid,

16        what to feel, so on and so forth.

17   Q.   And you teach that more by palpation versus sight?

18   A.   Yes.

19   Q.   And you do that.

20   A.   Well, I teach both, but I emphasize the palpation as

21        well as the sight.

22   Q.   And that's because you recognize with cadavers, if

23        four or five physicians have been through the same

24        space, and they're generally seeing the same thing,

25        that that anatomy is not always going to look or feel
```

Robert M. Rogers, Jr., M.D.

```
 1          the same.

 2    A.    That's correct.

 3    Q.    And so therefore when you're talking about bony

 4          structures, it's better, for example, to be able to

 5          palpate a bony structure and orient the instrument in

 6          that way?

 7    A.    That's correct.

 8    Q.    As opposed to seeing it.

 9    A.    That's correct.

10    Q.    And you realize, though, that not all physicians teach

11          that way.

12    A.    That's correct.

13    Q.    And so you're not here to give an opinion that all of

14          that training was uniform for every physician that

15          ever attended cadaver training with Ethicon.

16    A.    Well, I'm here to testify that I did my best to be

17          sure that training was uniform and gave guidelines.

18    Q.    With respect to other products.

19    A.    Yes.

20    Q.    Not the TVT Retropubic.

21    A.    That's correct, not the --  Okay.  Yes, other

22          products.  I'm sorry.  Yes.

23    Q.    Okay.  Let's go to your report at page 3, and tell me

24          when you're there.

25    A.    I'm there.
```