# Exhibit 1

## EXHIBIT 1- ROGERS DAUBERT MOTION

**Karen Swanson**

**Case No. 2:12-01709**

**Janet Merton**

**Case No. 2:12-cv-01817**

**Teresa Scott**

**2:12-cv-02100**

**Bonnie Maxwell**

**2:12-cv-02138**