3

# EXHIBIT A

ButlerSnow\018890\078026\31867459.v1-7/13/16

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Betty Amidei v. Ethicon, Inc., et al. | 2:12-cv-001563 | Prolift Total |
| Peggy Cruse v. Ethicon, Inc., et al. | 2:12-cv-001501 | Prolift; TVT-O |
| Phyllis Moore v. Ethicon, Inc., et al. | 2:12-cv-001659 | Prolift Anterior |