IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------- | |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
ANNE WILSON FOR WAVE 2**

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert motion filed against Anne Wilson for Ethicon Wave 1, Dkt. [2083 (motion), 2086 (memorandum in support)]. Defendants respectfully request that the Court exclude Ms. Wilson's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 2 cases identified in Exhibit A attached hereto.

| | |
|---|---|
| Dated: July 21, 2016 | Respectfully submitted,<br><br>*/s/Christy D. Jones*<br>Christy D. Jones<br>Butler Snow LLP<br>1020 Highland Colony Parkway<br>Suite 1400 (39157)<br>P.O. Box 6010<br>Ridgeland, MS  39158-6010<br>(601) 985-4523<br>christy.jones@butlersnow.com<br><br>*/s/ David B. Thomas*<br>David B. Thomas (W.Va. Bar #3731)<br>Thomas Combs & Spann PLLC<br>300 Summers Street<br>Suite 1380 (25301)<br>P.O. Box 3824<br>Charleston, WV 25338<br>(304) 414-1807 |

1

dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Christy D. Jones*
Christy D. Jones

32010120v1