# EXHIBIT A

| PLAINTIFF | CASE NUMBER | PRODUCT |
|---|---|---|
| Wilson, Tina | 2:12cv02099 | TVT |
| Swanson, Karen & Thomas | 2:12cv01709 | Gynemesh PS x2; TVT |
| Sutton, Martha | 2:12cv01857 | TVT Secur |
| Sierra, Ana & Luis | 2:12cv01819 | TVT Obturator |
| Shennum, Janice | 2:12cv01708 | TVT |
| Shelton, Mary & Frank | 2:12cv01707 | Prolene Mesh; TVT |
| Schroeder, Carreen & Matthew | 2:12cv01327 | TVT Obturator |
| Riggs, Donna & Gary | 2:12cv01967 | TVT |
| Raines, Myra & Kenneth | 2:12cv01735 | TVT |
| Pridmore, Hope Elaine & James O. | 2:12cv02190 | TVT Obturator |
| Pitts, Michelle | 2:12cv02144 | TVT |
| Pippin, Laura & Donald | 2:12cv02152 | TVT; TVT Obturator |
| Phillips, Ramona | 2:12cv02143 | TVT |
| Peterson, Tracy & Kevin | 2:12cv02030 | TVT |
| Parker, Belinda | 2:12cv01710 | TVT |
| Muir, Marilyn & Scott | 2:12cv01706 | TVT Obturator |
| Morrison, Laura R. | 2:12cv02141 | TVT Obturator |
| Miller, Rose M. | 2:12cv02187 | TVT Obturator |
| Meyer, Linda & Steve | 2:12cv01705 | Prolift Anterior; TVT |
| Messina, Laritza & John | 2:12cv02140 | TVT-O |
| McDonald, Maria Elena & Thomas | 2:12cv01366 | Gynemesh PS; TVT Obturator |

| | | |
|---|---|---|
| Martin, Patricia J. & Dennis R., Sr. | 2:12cv02185 | TVT Obturator |
| Manor, Kristy & John E., III | 2:12cv02137 | TVT Obturator |
| Lewis, Marlene | 2:12cv02139 | TVT |
| Lambert, Corrie Ann & Ronson | 2:12cv02183 | TVT Obturator |
| Johnson, Cynthia & Robert | 2:12cv01704 | Prolift Total; TVT Obturator |
| Hoch, Susan & Christopher | 2:12cv01703 | TVT Obturator |
| Heuer, Myra | 2:12cv01796 | TVT |
| Guffey, Gail | 2:12cv01650 | TVT |
| Fleck, Jean E. | 2:12cv01681 | TVT |
| Fitzgerald, Alina DeeAnn & Christopher | 2:12cv01371 | TVT Obturator |
| Ferguson, Teresa | 2:12cv01544 | TVT Obturator |
| Crabtree, Reba & Jack | 2:12cv02135 | TVT |
| Colbert, Rhonda & Joseph | 2:12cv01702 | Gynemesh PS; TVT Obturator |
| Carroll, Margaret | 2:12cv02026 | TVT Obturator |
| Burnett, Mary K. | 2:12cv01795 | TVT Secur |
| Bihlmeyer, Donna & Joe | 2:12cv02159 | Prolift Total; TVT Obturator |
| Beard, Gavie & Kenneth | 2:12cv02025 | TVT Obturator |
| Bailey, Pamela & Houston | 2:12cv01700 | TVT |
| Anderson, Elaine | 2:12cv02134 | TVT |