# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| **THIS DOCUMENT RELATES TO:**<br><br>*Toni Hernandez, et al. v. Ethicon, Inc., et al.*<br>*Case No. 2:-12-cv-02073* | |

## DEFENDANTS' DESIGNATION AND DISCLOSURE OF GENERAL AND CASE SPECIFIC EXPERT WITNESSES PURSUANT TO PRETRIAL ORDER

Defendants Ethicon, Inc. and Johnson & Johnson, pursuant to Pretrial Order #206, hereby identify the following individuals as retained expert witnesses who may be called to testify at the trial of this case or otherwise present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. A written report as provided in Federal Rule of Civil Procedure 26(a)(2) is attached for each retained expert witness.

### Retained Expert Witnesses

| Name | Address | Specialty |
|---|---|---|
| Peter Rosenblatt | 725 Concord Avenue, Suite 1200<br>Cambridge, MA 02138 | Urogynecology (Case Specific and General) |



EXHIBIT B

| | | |
|---|---|---|
| Maria Abadi, M.D. | Jacobi Medical Center<br>Department of Pathology<br>1400 Pelham Parkway South<br>Building 1, Room BE-25<br>Bronx, NY 10461 | Pathology (Case Specific and General) |
| Hannes Vogel, M.D. | Department of Pathology (Neuropathology)<br>Stanford University Medical Center, R241<br>300 Pasteur Drive<br>Palo Alto, CA 94305 | Neuropathology (Case Specific and General) |
| Steven MacLean, PhD., PE | Polymer Science<br>1700 Science Dr., Suite 200<br>Bowie, MD 20715 | Polymer Science (General) |
| Timothy Ulatowski, M.S. | 1103 Arboroak Pl<br>Herndon, VA 20170 | Regulatory (General) |

Defendants reserve the right to modify and/or supplement this designation and/or the accompanying written reports to the extent necessary should additional information or experts be identified, designated, produced or withdrawn by Plaintiffs, and specifically in response to deposition testimony of any expert designated by Plaintiff who is presented for deposition on or after July 1, 2016.

THIS, the 3rd day of June, 2016.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 23558-3824
(304) 414-1800

*/s/ Christy D. Jones*
Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523