IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------------<br>ETHICON WAVE 2 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF DANIEL ELLIOTT, M.D. FOR WAVE 2

Come now, the Defendants, and hereby adopt and incorporate by reference the Daubert motion filed against Dr. Daniel Elliott for Ethicon Wave 1, Dkt. 2082 (motion), 2085 (memorandum in support). Defendants respectfully request that the Court exclude Dr. Daniel Elliott's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the Wave 2 cases identified in Exhibit A attached hereto.

Dated: July 21, 2016                    Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Diana & Timothy Allen v. Ethicon, Inc., et al. | 2:12-cv-01676 |
| Angela M. Almendarez v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01329 |
| Betty Amidei v. Ethicon, Inc., et al. | 2:12-cv-01563 |
| Diane Bates v. Ethicon, Inc., et al. | 2:12-cv-02020 |
| Phyllis & Charles Bowles v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01865 |
| Valerie Brown v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01489 |
| Tamara & David Carter v. Ethicon, Inc., et al. | 2:12-cv-01661 |
| Alvette Chase v. Ethicon, Inc., et al. | 2:12-cv-01533 |
| Sandra & Timothy Childress v. Ethicon, Inc., et al. | 2:12-cv-01564 |
| Marion Chrysler v. Ethicon, Inc., et al. | 2:12-cv-02060 |
| Jennifer & Dave Cooper v. Ethicon, Inc., et al. | 2:12-cv-01660 |
| Jenesta & Larry A. Cutter v. Ethicon, Inc., et al. | 2:12-cv-01790 |
| Cynthia & Frank Eaton v. Ethicon, Inc., et al. | 2:12-cv-01348 |
| Jean E. Fleck v. Ethicon, Inc., et al. | 2:12-cv-01681 |
| Betty Franklin v. Ethicon, Inc., et al. | 2:12-cv-01837 |
| Margaret & William Allen Frazier v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01731 |
| Susan & Michael Gibson v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01740 |
| Janice Green v. Ethicon, Inc., et al. | 2:12-cv-02148 |
| Gail Guffey v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01650 |
| Carolyn R. Hammett v. Ethicon, Inc., et al. | 2:12-cv-01802 |
| Lynn & Gregory Hines v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01331 |

| | |
|---|---|
| Doris Chappell Jackson v. Ethicon, Inc., et al. | 2:12-cv-00265 |
| Judith Mary Kowalski v. Ethicon, Inc., et al. | 2:12-cv-01323 |
| Diann & Donald Martin v. Ethicon, Inc., et al. | 2:12-cv-01495 |
| Mona Miller v. Ethicon, Inc., et al. | 2:12-cv-01696 |
| Phyllis Moore v. Ethicon, Inc., et al. | 2:12-cv-01659 |
| Tina & Kenneth Morrow v. Ethicon, Inc., et al. | 2:12-cv-00378 |
| Kathryn M. Nelson v. Ethicon, Inc., et al. | 2:12-cv-02103 |
| Debra Pocztowski v. Ethicon, Inc., et al. | 2:12-cv-01470 |
| Myra & Kenneth Raines v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01735 |
| Donna & Gary Riggs v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01967 |
| Lola Rose v. Ethicon, Inc., et al. | 2:12-cv-01336 |
| Margaret A. Schomer v. Ethicon, Inc., et al. | 2:12-cv-01497 |
| Loretta & Jimmy Sidwell v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01737 |
| Sherry Gill & Ricky Simpson Simpson v. Ethicon, Inc., et al. | 2:12-cv-01414 |
| Sebrina & Eric Slade v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01753 |
| Kathryn Slocumb v. Ethicon, Inc., et al. | 2:12-cv-01974 |
| Nancy & Leon, Sr. Smallwood v. Ethicon, Inc., et al. | 2:12-cv-01662 |
| Mary Thomas v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01370 |
| Betty & Donald Williamson v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01739 |
| Brenda Young-Poole v. Ethicon, Inc., et al. | 2:12-cv-01962 |
| Sandra Zapata v. Ethicon, Inc., et al. | 2:12-cv-01972 |

ButlerSnow 31899876v1
31899876v1