# EXHIBIT A

2

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF NEERAJ KOHLI, M.D., M.B.A. APPLIES *

1. *Gavie Beard, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02025 (TVT-O)

2. *Donna Bilmeyer et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02159 (Prolift Total; TVT-O)

3. *Rhonda Colbert et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01702 (Gynemesh PS; TVT-O)

4. *Rhondi Espinoza v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01517 (TVT-O)

5. *Cynthia Johnson et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01704 (Prolift Total; TVT-O)

6. *Carreen Schroeder et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01327 (TVT-O)

* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Kohli as a general-causation expert in MDL Wave 2.