# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO PLAINTIFFS:<br><br>All Wave II TVT Cases<br><br>Jean Fleck v. Ethicon, Inc., et. al.<br>Case No. 2:12-cv-01681<br><br>Phyllis Martin v. Ethicon, Inc., et. al.<br>Case No. 2:12-cv-02029<br><br>Ramona Phillips v. Ethicon, Inc., et. al.<br>Case No. 2:12-cv-02143 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE GENERAL OPINION TESTIMONY OF JANET E. TOMEZSKO, M.D.

PLEASE TAKE NOTICE that on _____, or as soon thereafter as the motion may be heard in the above entitled Court located at Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400, Charleston, West Virginia 25301, Plaintiffs, will and do move this Court for an order granting their request to exclude the testimony of Janet E. Tomezsko, M.D., ("Dr. Tomezsko") in the above-captioned matters. Plaintiffs seek to exclude the testimony of Dr. Tomezsko as set forth in full in the Memorandum in Support of Plaintiffs' Motion to Exclude the Testimony of [Dr. Tomezsko] ("Memorandum") filed contemporaneously with this Motion, along with the exhibits attached thereto.

This motion will be made and is based on this Notice of Motion and Motion, the Memorandum, and upon such other matters as may properly come before the Court at the hearing hereof.

Date:   July 21, 2016

                                            By:    /s/ Fidelma L. Fitzpatrick
                                                       Fidelma L. Fitzpatrick
                                                       Motley Rice LLC
                                                       321 South Main Street
                                                       Providence, RI  02903
                                                       Phone: (401) 457-7700
                                                       Fax: (401) 457-7708
                                                       ffitzpatrick@motleyrice.com

                                                        Fred Thompson, III
                                                       Motley Rice LLC
                                                       28 Bridgeside Blvd.
                                                       Mount Pleasant, SC 29464
                                                       Phone: (843) 216-9000
                                                       Fax: (843) 216-9450
                                                       fthompson@motleyrice.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

*Counsel for Plaintiff*