## EXHIBIT 1- TOMEZSKO DAUBERT MOTION

**Jean Fleck**

**Case No. 2:12-cv-01681**

**Phyllis Martin**

**Case No. 2:12-cv-02029**

**Ramona Phillips**

**Case No. 2:12-cv-02143**