# EXHIBIT B

Janet Tomezsko, M.D.

```
 1              UNITED STATES DISTRICT COURT
 2          SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     AT CHARLESTON
 4   IN RE: ETHICON, INC.,        Master File No.
     PELVIC REPAIR SYSTEM         2:12-MD-02327
 5   PRODUCTS LIABILITY           MDL No. 2327
     LITIGATION                   Joseph R. Goodwin
 6   _____       U.S. District Judge
     THIS DOCUMENT RELATES
 7   TO:
     All Wave II TVT Cases
 8   Jean Fleck v. Ethicon,
     Inc., et al.
 9   Case No. 2:12-cv-01681
10   Phyllis Martin v.
     Ethicon, Inc., et al.
11   Case No. 2:12-cv-02029
12   Ramona Phillips v
     Ethicon, Inc., et al.
13   Case No. 2:12-cv-02143
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
14
15            VIDEOTAPED DEPOSITION OF
16              JANET TOMEZSKO, M.D.
17                  June 27, 2016
18                    8:07 a.m.
19              9599 Skokie Boulevard
20                Skokie, Illinois
21
22
23      Deanna Amore, CSR, RPR, 084-003999
24
```

```
 1   they -- I believe they define erosion as a
 2   separation over the mesh versus extrusion is the
 3   mesh going into a cavity.
 4        Q.   Okay.  So, fair to say, in practice, there
 5   is a difference?
 6        A.   Yes, there is.
 7        Q.   Doctor, do you believe the implantation of
 8   a TVT Retropubic can result in chronic
 9   inflammation?
10        MR. SNELL:  Objection.  Asked and answered.
11   BY MR. JACKSON:
12        Q.   Doctor, I asked about chronic foreign body
13   response before.  I'm just asking about chronic
14   inflammation now.  Do you understand the question?
15        A.   I believe I do.
16             So I don't believe that the TVT device
17   will develop into a chronic inflammation that has a
18   clinical effect.
19        Q.   Okay.  Doctor, I'm not asking about a
20   clinical effect.  Let me ask a better question.
21             Are you aware of any peer-reviewed
22   literature that suggests that the type of
23   polypropylene mesh contained in the TVT Retropubic
24   device can result in chronic inflammation, whether
```

```
 1   you agree with that or not?
 2       A.   Again, I look at the literature for what
 3   it proves, not what it suggests.  So when you say
 4   am I aware of the "suggests," I really look at the
 5   literature for what is proven, and the literature
 6   does not show any chronic inflammation in the
 7   Level 1 evidence.
 8       Q.   Are you aware of any literature that
 9   suggests that the type of polypropylene mesh used
10   in the TVT Retropubic can cause chronic
11   inflammation?  Are you at least aware of that
12   literature?
13       MR. SNELL:  Object to form.  Asked and
14   answered.
15       THE WITNESS:  I would guess there is something
16   out there, and you can show it to me specifically,
17   if there is something you want me to specifically
18   look at.
19   BY MR. JACKSON:
20       Q.   Okay.  Doctor, if there is literature out
21   there that would show that there is a chronic
22   inflammation associated with the implantation of
23   the TVT Retropubic device, is it fair to say you
24   disagree with that literature?
```

```
 1    Cochrane review to support your opinion in your
 2    report that the TVT Retropubic device is safe and
 3    effective?
 4        A.   Yes.
 5        Q.   You do.
 6             And is there a specific year of the
 7    Cochrane review that you are relying on?
 8        A.   There are several years the Cochrane
 9    review has come out, and the most recent year is
10    2015.
11        Q.   And sitting here, do you know whether the
12    2015 Cochrane review specifically uses chronic,
13    long-term pain as an end point?
14        A.   Again, I have -- I would have to look at
15    the document to look for pain and the definition of
16    pain.
17        Q.   But sitting here right now, is it fair to
18    say you're not sure?
19        A.   Correct.  I'm not sure.  I'd have to look
20    at the document.
21        Q.   Doctor, is there a randomized clinical
22    trial anywhere for polypropylene mesh to treat
23    stress urinary incontinence that tracks safety as
24    the primary end point?
```

```
 1        A.    Most of the studies, the primary
 2   end points are efficacy, and secondary end points
 3   are safety.
 4        Q.    So do you know of anywhere that's
 5   reversed, where safety is the primary end point?
 6        A.    I do not, off the top of my head, no.
 7        Q.    Okay.  Doctor, are there any studies that
 8   you believe support your opinion that the
 9   TVT Retropubic device is safe and effective that
10   specifically track dyspareunia as an end point?
11        A.    As a primary end point or the secondary
12   end point?
13        Q.    Let's start with the primary end point.
14        A.    Not that I believe for a primary
15   end point.
16        Q.    And how about as a secondary end point?
17        A.    It's usually tracked as a portion of the
18   data, but I don't believe they are tracked as a
19   secondary end point either, as a specific secondary
20   end point.
21        Q.    So, Doctor, just to be clear, you don't
22   believe there are any studies that support your
23   opinion that the TVT Retropubic device is safe and
24   effective that track dyspareunia as either a
```

1   primary or secondary end point, correct?

2   A.  I'm sorry.  I believe you asked me if it
3   was a randomized controlled trial.  I'm sorry.
4   Maybe I misunderstood.

5   Q.  I think I was asking about just any
6   studies.  So let me back up.

7        Are there any studies that you know of
8   that support your opinion that the TVT Retropubic
9   device is safe and effective that track dyspareunia
10  as a primary end point?

11  A.  So the primary end points are usually done
12  in randomized controlled trials.

13       So the meta-analysis and the Cochrane
14  Reviews are looking at all the points, not just the
15  primary or secondary end point.

16       So in terms of the best literature,
17  Level 1 literature, looking at the end points of
18  dyspareunia or pain, those are the best sources
19  because they put together the most literature.

20       In a smaller, randomized, controlled
21  trial, dyspareunia or chronic pain are not usually
22  a secondary or primary end point because the rate
23  is so low, you'd need just thousands of patients to
24  use as a secondary or primary end point.

1     So the best literature to look at is the
2  meta-analysis and the Cochrane Reviews because they
3  pull -- they pull all the literature, and then they
4  can look at those, and at that point they are not
5  called primary or secondary end points.  They are
6  just part of what they are looking at.
7     Q.    Let me ask a very simple question, and
8  I think we can move on.
9           Are there any studies that you believe
10 support your opinion that the TVT Retropubic device
11 is safe and effective that specifically track
12 dyspareunia as a primary end point?
13    MR. SNELL:  Object to form.  Asked and
14 answered.
15 BY MR. JACKSON:
16    Q.    I'm just looking for a yes or no.
17    A.    So yes.
18    Q.    What studies?
19    A.    I believe, as I just explained, that the
20 Cochrane Reviews in the meta-analysis that use them
21 as an end point in their research, that those
22 studies support that.
23    Q.    Okay.  And it's your testimony that the
24 2015 Cochrane review specifically tracks

```
1    recently removed one.
2        Q.   A partner you currently --
3        A.   Work with, yes.
4        Q.   -- work with recently removed an entire
5    TVT Retropubic device?
6        A.   Well, I'm sorry.  I should clarify that.
7    I'm not sure she was certain it was a TVT, but it
8    was a retropubic sling.  Sorry.  It may not have
9    been a TVT.
10       Q.   Okay.  So --
11       A.   But for the technique of removing an
12   entire retropubic sling.
13       Q.   And I'm certainly not trying to violate
14   anyone's privacy or anything, but, Doctor, let me
15   try to ask a simple question here.  Sitting here
16   today, do you personally know of anyone who has
17   removed an entire TVT Retropubic device?
18       A.   So beyond the records that I have reviewed
19   where they might have stated that they've removed
20   an entire device, I know of people who removed --
21   have removed entire retropubic slings, and I'm just
22   not sure if they were TVT slings or not.
23       Q.   So is it fair to say that sitting here
24   today, you can't say that you have -- you can't say
```

```
 1   dyspareunia as a primary end point?
 2       A.   So, again, not using the word "primary end
 3   point."  They don't use primary end point.  They
 4   look at categories.
 5       Q.   Doctor, would you agree with me that one
 6   or more revision surgeries may be necessary to
 7   treat adverse reactions after the implantation of a
 8   TVT Retropubic device?
 9       A.   Yes.
10       Q.   Doctor, do you believe that the entire TVT
11   Retropubic device can be removed after it's ingrown
12   into a woman's tissues?
13       A.   I believe that you can attempt to remove
14   the entire device, and I'm not sure, on a
15   microscopic level, that you can remove the entire
16   device.
17       Q.   Okay.  Doctor, have you personally
18   performed TVT removal surgeries yourself?
19       A.   Yes, I have.
20       Q.   About how many?
21       A.   Do you mean -- can you clarify what kind
22   of removal?
23       Q.   Doctor, have you ever personally removed
24   an entire TVT device yourself?
```

1  A.  I have never had a case where I needed to
2  remove an entire TVT.  I've had to remove a large
3  portion of it.
4  Q.  So fair to say you've never removed an
5  entire TVT device yourself?
6  A.  Correct.  I've never been in a situation
7  where I've needed to.
8  Q.  Okay.  Do you know anybody who has --
9  A.  Yes.
10 Q.  -- removed an entire TVT device yourself?
11 A.  Sorry.  Yes, I have.
12 Q.  And who would that be?  Do you know?
13 A.  Is that privileged information?
14 Q.  I mean, I'm -- I'm asking for -- do you
15 know the name of a surgeon who -- who's removed an
16 entire TVT device?
17 A.  Yes, I do.
18 Q.  Okay.  And can you tell me who that is?
19 A.  Wouldn't -- I'm concerned about privileged
20 information because those are done so rarely that
21 by naming that physician, it could easily lead to
22 the patient identification because it's so rare
23 that it's done, but, yes, I do.
24         I will tell you one of my partners

```
 1   recently removed one.
 2        Q.   A partner you currently --
 3        A.   Work with, yes.
 4        Q.   -- work with recently removed an entire
 5   TVT Retropubic device?
 6        A.   Well, I'm sorry.  I should clarify that.
 7   I'm not sure she was certain it was a TVT, but it
 8   was a retropubic sling.  Sorry.  It may not have
 9   been a TVT.
10        Q.   Okay.  So --
11        A.   But for the technique of removing an
12   entire retropubic sling.
13        Q.   And I'm certainly not trying to violate
14   anyone's privacy or anything, but, Doctor, let me
15   try to ask a simple question here.  Sitting here
16   today, do you personally know of anyone who has
17   removed an entire TVT Retropubic device?
18        A.   So beyond the records that I have reviewed
19   where they might have stated that they've removed
20   an entire device, I know of people who removed --
21   have removed entire retropubic slings, and I'm just
22   not sure if they were TVT slings or not.
23        Q.   So is it fair to say that sitting here
24   today, you can't say that you have -- you can't say
```

1    you know of someone who has removed an entire TVT

2    Retropubic device; is that fair?

3        A.    No, because I do know of people who have

4    removed them as part of the record, of patient

5    records as part of the cases.

6        Q.    And is that from the literature?

7        A.    No, patient cases.

8        Q.    Okay.  Doctor, would you agree that

9    removing an entire TVT Retropubic device may

10   require aggressive dissection?

11       A.    Yes, I would.

12       Q.    And, Doctor, would you agree that there is

13   no guarantee a surgeon would be able to remove an

14   entire TVT device in the event it needed to be

15   removed?

16       MR. SNELL:  Form.

17       THE WITNESS:  I agree.

18   BY MR. JACKSON:

19       Q.    Doctor, would you agree that -- let me

20   back up.

21            Doctor, you said you've personally

22   performed revision surgeries on TVT Retropubic

23   devices; is that correct?

24       A.    I have performed revision surgeries on TVT

Janet Tomezsko, M.D.

```
1    BY MR. JACKSON:
2       Q.   Doctor, do you believe that the TVT
3    Retropubic device can curl and rope under tension?
4       A.   I believe that with significant tension,
5    it can curl or rope.
6       Q.   Doctor, if there were Ethicon documents to
7    the effect that the TVT Retropubic mesh could curl
8    and rope, would you want to see those documents?
9       MR. SNELL:   Object.  Foundation.
10      It assumes she hasn't.
11      THE WITNESS:   As a -- just as an implanting
12   clinician, do you mean, as opposed to an expert?
13   BY MR. JACKSON:
14      Q.   Yes.
15      A.   As an implanting physician, I -- we know
16   all materials can change shape with the wrong use.
17   So it's one of those common knowledge.  So I don't
18   need to see any internal materials to know that
19   I can -- you know, I can ruin a suture by tying it
20   wrong.  I can ruin an implant by positioning it
21   wrong.  So I don't think it's really necessary to
22   see them because it's part of the common knowledge
23   of procedures that you do have to use the device or
24   position it correctly.
```

1  Q. And, Doctor, you believe that the
2  2015 Cochrane review supports your opinion that the
3  TVT Retropubic device is safe and effective,
4  correct?
5  A. Yes.
6  Q. Okay. And I believe we stated earlier
7  that the Cochrane review -- I'm sorry. Strike
8  that.
9     The Cochrane review is a meta-analysis of
10 different studies, correct?
11 A. Yes, it is.
12 Q. Okay. And those different studies --
13 I'm sorry. Strike that.
14    The Cochrane review that you cite in your
15 report that cites to different studies and looks at
16 different studies includes various midurethral
17 slings, correct?
18 A. That is correct. It does include varied
19 midurethral slings, but it's heavily weighted upon
20 the TVT data. The vast majority of the data that's
21 used is the TVT Retropubic.
22 Q. Okay. And there is also data from other
23 devices from other manufacturers in the
24 2015 Cochrane review that you rely on, correct?

```
1      A.   Yes, there is.
2      Q.   And so, for example, are you relying on
3  data on the SPARC and other midurethral slings to
4  support your opinion that the TVT Retropubic device
5  is safe and effective?
6      A.   Well, since I'm relying on data from
7  multiple different studies, not just the Cochrane
8  review, that is part of the Cochrane review but,
9  again, the vast percentage of all the literature
10 I'm looking at is TVT Retropubic-based.
11     Q.   But would you agree with me you're looking
12 on -- looking at some literature that relies on the
13 SPARC, for example, and other midurethral slings to
14 support your opinion that the TVT Retropubic device
15 is safe and effective?
16     A.   Yes.
17     Q.   Okay.  So what makes you say the
18 TVT Retropubic device is safe and effective based
19 on a different product?
20     MR. SNELL:  Object.  Form.
21     Go ahead.
22     THE WITNESS:  So I'm not doing it based on a
23 different product, and actually, the Cochrane
24 review says the retropubic top-down approach, the
```

1  SPARC, is not included as part of their retropubic.
2  They're talking about midurethral slings that are
3  top-up approach. So -- and so the vast majority of
4  the data -- when you look at the other studies --
5  the Schimpf, Tommaselli -- they are primarily
6  TVT Retropubic studies. So I can say with
7  confidence that this is, you know, this is TVT
8  Retropubic data primarily.
9  BY MR. JACKSON:
10     Q.  And what other top-up products are
11  included in the 2015 Cochrane review other than the
12  TVT Retropubic device?
13     A.  That's the vast majority. I can --
14     MR. SNELL: Counsel, I think you said top-up
15  instead of bottom-up --
16     MR. JACKSON: Oh, I'm sorry. Thank you.
17     MR. SNELL: -- unless I misheard.
18     THE WITNESS: He did, but I might have said it
19  too.
20  BY MR. JACKSON:
21     Q.  What other bottom-up slings are included
22  in the 2015 Cochrane review other than the
23  TVT Retropubic device?
24     A.  Can I look that up for you? Can I --

1  Q.  Certainly.

2  A.  -- bring it up for you?

3      Do we need to go off the record while I find it?

5  MR. JACKSON:  Sure.  Let's go off the record.

6  THE VIDEOGRAPHER:  The time is 10:57 a.m., and we are going off the video record.

8      (Brief interruption.)

9  THE VIDEOGRAPHER:  The time is 11:03 a.m., and we are back on video record.

11 BY MR. JACKSON:

12 Q.  Doctor, before we went off the record, I asked you what other bottom-up slings, other than the TVT Retropubic device, are included in the 2015 Cochrane review.  We've taken a few moments off the record for you to review that 2015 Cochrane review.

18     Are you able to answer that question?

19 A.  Yes, so looking through their list, the vast majority of the retropubic-type bottom-up is TVT.  There is Vypro, ULTRAPRO, Prolene light mesh, and the Okulu study, just going through them -- they are -- there is an occasion one that just says retropubic, the IV-- IVS similar system, but the

1  vast majority are TVT retropubic, you know, that

2  are not SPARC or transobturator.

3      Q.  So, Doctor, you listed the IVS, the

4  ULTRAPRO, the Vypro?

5      A.  Correct.

6      Q.  And those are all bottom-up midurethral

7  slings listed in the 2015 Cochrane review?

8      A.  Correct.

9      There is -- I found -- so there is one

10  study with an ULTRAPRO Vypro, and then there is one

11  study with ObTape and DUPS, which I'm not sure

12  exactly what that is.  I'd have to look that up.

13      And there is another one that just says

14  retropubic.  So I'm not sure which study that is.

15  I'd have to look that up.  There is some

16  nonspecific language in this summary table that I'm

17  looking at.

18      Q.  And, Doctor, when you see a study that

19  just said "retropubic" and doesn't specify a

20  particular product, do you find that study to

21  reliably inform your opinion on whether the

22  TVT Retropubic device is safe and effective?

23      A.  So that study --

24      Q.  Doctor, I'm just asking generally.  I'm

1   not asking about a specific study.

2       MR. SNELL: Object to speculation and vague on
3   define.

4       THE WITNESS: Right.

5       So I would have to look at that specific
6   document to know whether that's a TVT in itself,
7   but assuming that it's not, since the vast majority
8   of the studies, the vast majority of the patients
9   looked at TVT Retropubic, I can reliably use this
10  as a source for the TVT Retropubic.

11  BY MR. JACKSON:

12      Q.  We can switch directions and move on.

13          Doctor, we talked a little bit earlier
14  about the TVT Retropubic Instructions for Use; do
15  you remember that?

16      A.  Yes.

17      Q.  Okay. And do you remember reading the
18  testimony of an Ethicon employee named Meng Chen
19  about the Instructions for Use of the TVT IFU?

20      A.  Yes.

21      Q.  And can you tell me, sitting here, what
22  you remember about that testimony?

23      A.  I believe -- again, I'm not good with the
24  names but the substance of the IFUs -- I believe it