IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE 2 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## MOTION TO EXCLUDE THE OPINIONS
## AND TESTIMONY OF PAUL J. MICHAELS, M.D.

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") move to exclude the opinions and testimony of Dr. Paul J. Michaels. Dr. Michaels' proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates its Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Paul J. Michaels, M.D., and also the following exhibits:

1. List of cases to which this motion applies, attached as Exhibit A.

2. June 18, 2016 General Deposition of Paul J. Michaels, attached as Exhibit B.

3. Expert Report of Dr. Michaels in the Sandra Childress case, attached as Exhibit C.

4. August 25, 2014 Trial Testimony from the Jo Huskey case, attached as Exhibit D.

5. March 23, 2016 deposition of Scott Guelcher, attached as Exhibit E.

6. March 2, 2016 deposition of Jimmy Mays, attached as Exhibit F.

7. October 30, 2013 deposition of Howard Jordi, attached as Exhibit G.

8. June 18, 2016 deposition of Paul Michaels in the Tamara Carter case, attached as Exhibit H.

9. June 18, 2016 deposition of Paul Michaels in the Marion Chrysler case, attached as Exhibit I.

10. February 12, 2014 trial testimony from the Carolyn Lewis case, attached as Exhibit J.

11. June 18, 2016 deposition of Paul Michaels in the Sandra Childress case, attached as Exhibit K.

12. Eth.Mesh.15955462, attached as Exhibit L.

13. Wave 2 General Report of Dr. Steven MacLean, attached as Exhibit M.

14. S. Benight, *et al.*, *Microscopy of Intentionally Oxidized Polypropylene-Based Mesh Material* (forthcoming May 2016), attached as Exhibit N.

15. C.R. Costello, et al., *Characterization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants From a Single Patient,* 14 Surg. Innov. 168 (2007), attached as Exhibit O.

16. A. Clave, et al., *Polypropylene As a Reinforcement In Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants,* 21 Int. Urogynecol. J. 261, 266 (2010), attached as Exhibit P.

17. A.J. Wood, et al., *Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient*, 24 J. Mater. Sci. Mater. Med. 1113 (2013), attached as Exhibit Q.

18. W. Jongebloed & J. Worst, *Degradation of Polypropylene in the Human Eye: A SEM Study*, 64 Documenta Opthamologica 143 (1986), attached as Exhibit R.

19. C. Mary, *et al.*, *Comparison of the* In Vivo *Behavior of Polyvinylidene Flouride and Polypropylene Sutures Used in Vascular Surgery*, 44 Am. Soc'y Articial Internal Organs J. 199 (1998), attached as Exhibit S.

20. Wave 2 General TVT Expert Report of Shelby Thames, attached as Exhibit T.

21. T. Liebert, et al., *Subcutaneous Implants of PP Filaments*, 10 J. Biomed. Mater. Res. 939 (1976), attached as Exhibit U.

22. March 25, 2014 Deposition of Scott Guelcher from the Tonya Edwards case, attached as Exhibit V.

23. Eth.Mesh.13334286-13334299, attached as Exhibit W.

24. Eth.Mesh.15955438-15955473, attached as Exhibit X.

25. V. Iakovlev, et al., *Pathology of Explanted Transvaginal Meshes* (2014), attached as Exhibit Y.

26. V. Iakovlev, *et al.*, *Degradation of Polypropylene* In Vivo: *A Microscopic Analysis of Meshes Explanted From Patients*, J. Biomed. Mater. Res. Part B (2015), attached as Exhibit Z.

27. Excerpts from William Westra, *et al.*, Surgical Pathology Dissection (2003), attached as Exhibit AA.

28. Excerpts from Susan Lester, Manual of Surgical Pathology (2010), attached as Exhibit BB.

29. March 31, 2016 deposition of Maria Abadi, attached as Exhibit CC.

30. A. Hill, *et al.*, *Histopathology of Excised Midurethral Sling Mesh*, 26 Int'l Urogyncol. J. 591 (2015), attached as Exhibit DD.

31. Expert Report of Paul Michaels from the Ana Sierra case, attached as Exhibit EE.

32. General Expert Report of Roger McLendon, attached as Exhibit FF.

33. General Expert Report of Hannes Vogel, attached as Exhibit GG.

34. General Expert Report of Teri Longacre, attached as Exhibit HH.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Paul J. Michaels.

>
> Respectfully submitted,
>
> ETHICON, INC. AND
> JOHNSON & JOHNSON
>
>
> */s/ David B. Thomas*
> David B. Thomas (W.Va. Bar #3731)
> THOMAS COMBS & SPANN PLLC
> 300 Summers St.
> Suite 1380 (25301)
> P.O. Box 3824
> Charleston, WV 25338
> Telephone: 304.414.1807
> dthomas@tcspllc.com
>
> */s/ Christy D. Jones*
> Christy D. Jones
> BUTLER SNOW LLP
> 1020 Highland Colony Parkway
> Suite 1400 (39157)
> P.O. Box 6010
> Ridgeland, MS 39158-6010
> Telephone: 601.985.4523
> christy.jones@butlersnow.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE 2 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I certify that on July 21, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone: 304.414.1807
pcombs@tcspllc.com