# EXHIBIT A

| Case Name | Case Name |
| --- | --- |
| Carter, Tamara & David | 2:12-cv-01661 |
| Childress, Sandra & Timothy | 2:12-CV-01564 |
| Chrysler, Marion | 2:12-cv-02060 |
| Sanders, Melissa G. & Charles, Jr. | 2:12-CV-01562 |
| Sierra, Ana & Luis | 2:12-cv-01819 |