# EXHIBIT M-PART 2



TVT3P_01    TVT3P_02    TVT3P_03    TVT3P_04    TVT3P_05

TVT3P_06    TVT3P_07    TVT3P_08    TVT3P_09    TVT3P_10

TVT3P_11    TVT3P_12    TVT3P_13

IMG_2314    IMG_2315    IMG_2316    IMG_2317    IMG_2318

IMG_2319    IMG_2320    IMG_2321    IMG_2322



157166_TVT1_P_01    157166_TVT1_P_EDS    157166_TVT1_P_EDS_Loc1    157166_TVT1_P_EDS_Loc1-2    157166_TVT1_P_EDS_Loc2

157173_TVT2_P_01    157173_TVT2_P_EDS    157173_TVT2_P_EDS_Loc1    157173_TVT2_P_EDS_Loc1-3    157173_TVT2_P_EDS_Loc2

157173_TVT2_P_EDS_Loc3    157182_TVT3_P_01    157182_TVT3_P_EDS    157182_TVT3_P_EDS_Loc1    157182_TVT3_P_EDS_Loc1-2

157182_TVT3_P_EDS_Loc2    157190_Hernia_P_01    157190_Hernia_P_EDS    157190_Hernia_P_EDS_Loc1    157190_Hernia_P_EDS_Loc1-2

157190_Hernia_P_EDS_Loc2    157198_Suture_01    157198_Suture_EDS    157198_Suture_EDS_Loc1    157198_Suture_EDS_Loc1-2



157198_Suture_EDS_Loc2    157234_Pellet3_P_01    157234_Pellet3_P_EDS    157234_Pellet3_P_EDS_Loc1    157234_Pellet3_P_EDS_Loc1-2

157234_Pellet3_P_EDS_Loc2

SutureP_01    SutureP_02    SutureP_03    SutureP_04    SutureP_05

SutureP_06    SutureP_07    SutureP_08    SutureP_09    SutureP_10

SutureP_11    SutureP_12    SutureP_13    SutureP_14    SutureP_15





TVT2P_01     TVT2P_02     TVT2P_03     TVT2P_04     TVT2P_05

TVT2P_06     TVT2P_07     TVT2P_08     TVT2P_09     TVT2P_10

TVT2P_11     TVT2P_12

DSC_7105     DSC_7106     DSC_7107     DSC_7108     DSC_7109



DSC_7110





HerniaR_01

HerniaR_02

HerniaR_03

HerniaR_04

HerniaR_05

HerniaR_06

HerniaR_07

HerniaR_08

HerniaR_09

HerniaR_10

HerniaR_11

SutureR_01

SutureR_02

SutureR_03

SutureR_04

SutureR_05

SutureR_06

SutureR_07

SutureR_08

SutureR_09

SutureR_10

SutureR_11





TVT3R_01

TVT3R_02

TVT3R_03

TVT3R_04

TVT3R_05

TVT3R_06

TVT3R_07

TVT3R_08

TVT3R_09

TVT3R_10

TVT3R_11

DSC_9597

DSC_9598

DSC_9599

DSC_9600

DSC_9601

DSC_9683

DSC_9684

DSC_9685

DSC_9686

DSC_9687

DSC_9688

DSC_9689



IMG_1054    IMG_1055    IMG_1056    IMG_1057    IMG_1058

DSC_9696    DSC_9697    DSC_9698    DSC_9699    DSC_9700

DSC_9701    DSC_9702





157182_TVT#3_Paraffin_03  157182_TVT#3_Paraffin_04  157182_TVT#3_Paraffin_05  157182_TVT#3_Paraffin_06  157183_TVT#3_Resin_01

157183_TVT#3_Resin_02  157183_TVT#3_Resin_03  157183_TVT#3_Resin_04  157183_TVT#3_Resin_05  157183_TVT#3_Resin_06

57190_HerniaMesh_Paraffin_0  57190_HerniaMesh_Paraffin_0  57190_HerniaMesh_Paraffin_0  57190_HerniaMesh_Paraffin_0  57190_HerniaMesh_Paraffin_0

57190_HerniaMesh_Paraffin_0  157191_HerniaMesh_Resin_01  157191_HerniaMesh_Resin_02  157191_HerniaMesh_Resin_03  157191_HerniaMesh_Resin_04

157191_HerniaMesh_Resin_05  157191_HerniaMesh_Resin_06  157198_Suture_Paraffin_01  157198_Suture_Paraffin_02  157198_Suture_Paraffin_03



157198_Suture_Paraffin_04   157198_Suture_Paraffin_05   157198_Suture_Paraffin_06   157199_Suture_Resin_01   157199_Suture_Resin_02

157199_Suture_Resin_03   157199_Suture_Resin_04   157199_Suture_Resin_05   157199_Suture_Resin_06   157199_Suture_Resin_07

157234_pellet_Paraffin_01   157234_pellet_Paraffin_02   157234_pellet_Paraffin_03   157234_pellet_Paraffin_04   157235_pellet_Resin_01

157235_pellet_Resin_02   157235_pellet_Resin_03   157235_pellet_Resin_04

DSC_4479   DSC_4480   DSC_4481   DSC_4482   DSC_4483



DSC_4483     DSC_4484     DSC_4485     DSC_4486     DSC_4512

DSC_4513     DSC_4514     DSC_4515     DSC_4516     DSC_4517

DSC_4518     DSC_4519     DSC_4520     DSC_4521     DSC_4522

DSC_4523     DSC_4524     DSC_4525     DSC_4526     DSC_4527

DSC_4528     DSC_4529     DSC_4530     DSC_4531     DSC_4532

DSC_4533



| DSC_4465 | DSC_4466 | DSC_4467 | DSC_4468 | DSC_4469 |
| DSC_4470 | DSC_4471 | DSC_4472 | DSC_4473 | DSC_4474 |
| DSC_4475 | DSC_4476 | DSC_4477 | DSC_4478 | |





DSC_4487          DSC_4488          DSC_4489          DSC_4490          DSC_4491

DSC_4492          DSC_4493          DSC_4494          DSC_4495          DSC_4496

DSC_4497          DSC_4498          DSC_4499          DSC_4500          DSC_4501

DSC_4502          DSC_4503          DSC_4504          DSC_4505          DSC_4506

DSC_4507          DSC_4508          DSC_4509          DSC_4510          DSC_4511



| DSC_4534 | DSC_4535 | DSC_4536 | DSC_4537 | DSC_4538 |
| DSC_4539 | DSC_4540 | DSC_4541 | DSC_4542 | DSC_4543 |
| DSC_4544 | DSC_4545 | DSC_4547 | DSC_4548 | DSC_4549 |
| DSC_4550 | DSC_4551 | DSC_4552 | DSC_4553 | DSC_4554 |
| DSC_4555 | DSC_4556 | DSC_4557 | DSC_4558 | DSC_4559 |





DSC_4585   DSC_4586   DSC_4587   DSC_4588   DSC_4589

DSC_4590   DSC_4591   DSC_4592   DSC_4593   DSC_4594

DSC_4595   DSC_4596   DSC_4597   DSC_4598   DSC_4599

DSC_4600   DSC_4601   DSC_4602   DSC_4603   DSC_4604

DSC_4605   DSC_4606   DSC_4607   DSC_4608   DSC_4609

IMG_3190





157164-TVT1-Chem Ox-P-01    157164-TVT1-Chem Ox-P-02    157164-TVT1-Chem Ox-P-03    157165-TVT1-Chem Ox-R-01    157165-TVT1-Chem Ox-R-02

157165-TVT1-Chem Ox-R-03    157172-TVT2-Chem Ox P-01    157172-TVT2-Chem Ox P-02    157172-TVT2-Chem Ox P-03    157173-TVT2-Chem Ox R-01

157173-TVT2-Chem Ox R-02    157173-TVT2-Chem Ox R-03    157180-TVT3-Chem Ox-P-01    157180-TVT3-Chem Ox-P-02    157180-TVT3-Chem Ox-P-03

157181-TVT3-Chem Ox-R-01    157181-TVT3-Chem Ox-R-02    157181-TVT3-Chem Ox-R-03    157188-Hernia Chem Ox-P-01    157188-Hernia Chem Ox-P-02

157188-Hernia Chem Ox-P-03    157189-Hernia Chem Ox-R-01    157189-Hernia Chem Ox-R-02    157189-Hernia Chem Ox-R-03    157196-Suture-Chem Ox-01



157196-Suture-Chem Ox-02    157196-Suture-Chem Ox-03    157196-Suture-Chem Ox-04    157232-PP Pellet-P-01    157232-PP Pellet-P-02

157232-PP Pellet-P-03    157232-PP Pellet-P-04    157233-PP Pellet-R-01    157233-PP Pellet-R-02    157233-PP Pellet-R-03

157233-PP Pellet-R-04

TVT1-01    TVT1-02    TVT1-EDS 1 Loc 1-2    TVT1-EDS 1 Loc 1-2-1    TVT1-EDS 1 Loc 1-2-2

TVT1-EDS 1

69















0_ChemOx-P_40x_Unstained_I    82_Serum-P_10x_Unstained_B    82_Serum-P_10x_Unstained_B    82_Serum-P_10x_Unstained_B    82_Serum-P_40x_Unstained_B

82_Serum-P_40x_Unstained_B    8_ChemOx-P_10x_Unstained_I    ChemOx_Pellet-P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain

ntreatedControl_P_40x_Unstain    ntreatedControl_P_40x_Unstain    ntreatedControl_P_40x_Unstain    ntreatedControl_P_40x_Unstain    ntreatedControl_P_40x_Unstain

ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain    ntreatedControl_P_40x_Unstain    ntreatedControl_P_10x_Unstaine    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    3_ChemOx_P_40x_Unstained_    3_ChemOx_P_40x_Unstained_









157164-TVT1-Chem Ox-P_01   157164-TVT1-Chem Ox-P_02   157164-TVT1-Chem Ox-P_03   157164-TVT1-Chem Ox-P_04   157164-TVT1-Chem Ox-P_05

157164-TVT1-Chem Ox-P_06   157164-TVT1-Chem Ox-P_07   157164-TVT1-Chem Ox-P_08   157165-TVT1-Chem Ox-R_01   157165-TVT1-Chem Ox-R_02

157165-TVT1-Chem Ox-R_03   157165-TVT1-Chem Ox-R_04   157165-TVT1-Chem Ox-R_05   157172-TVT2-Chem Ox P_01   157172-TVT2-Chem Ox P_02

157172-TVT2-Chem Ox P_03   157172-TVT2-Chem Ox P_04   157172-TVT2-Chem Ox P_05   157173-TVT2-Chem Ox R_01   157173-TVT2-Chem Ox R_02

157173-TVT2-Chem Ox R_03   157173-TVT2-Chem Ox R_04   157180-TVT3-Chem Ox-P_01   157180-TVT3-Chem Ox-P_02   157180-TVT3-Chem Ox-P_03



157180-TVT3-Chem Ox-P_04   157180-TVT3-Chem Ox-P_05   157181-TVT3-Chem Ox-R_01   157181-TVT3-Chem Ox-R_02   157181-TVT3-Chem Ox-R_03

157181-TVT3-Chem Ox-R_04   157188-Hernia Chem Ox-P_01   157188-Hernia Chem Ox-P_02   157188-Hernia Chem Ox-P_03   157188-Hernia Chem Ox-P_04

157189-Hernia Chem Ox-R_01   157189-Hernia Chem Ox-R_02   157189-Hernia Chem Ox-R_03   157189-Hernia Chem Ox-R_04   159703-Suture-Chem Ox-P_01

159703-Suture-Chem Ox-P02   159704-Suture-Chem Ox-R_01   159704-Suture-Chem Ox-R_02   159704-Suture-Chem Ox-R_03   159704-Suture-Chem Ox-R_04





DSC_9609       DSC_9610       DSC_9611       DSC_9612       DSC_9613

DSC_9614       DSC_9615       DSC_9616       DSC_9617       DSC_9618

DSC_9619       DSC_9620       DSC_9621       DSC_9622       DSC_9623

DSC_9624       DSC_9625       DSC_9626       DSC_9627       DSC_9628

DSC_9629       DSC_9630       DSC_9631       DSC_9632       DSC_9633



DSC_9634  DSC_9635  DSC_9636  DSC_9637  DSC_9638

DSC_9639  DSC_9640  DSC_9641  DSC_9642  DSC_9643

DSC_9644  DSC_9645  DSC_9646  DSC_9647  DSC_9648

DSC_9649

Pristine_R_63x_H&E_ana_02-Image Export-01  Pristine_R_63x_H&E_BF_01-Image Export-02  Pristine_R_63x_H&E_BF_02-Image Export-03  Pristine_R_63x_H&E_pol_02-Image Export-04



























97































