# EXHIBIT A

2

**LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION
TESTIMONY OF NATHAN W. GOODYEAR, M.D. APPLIES***

1.    *Tina Morrow, et al. v. Ethicon, Inc.*, Civil Action No. 2:12-cv-00378
       (Prolift; TVT-O)


\* Defendants reserve the right to supplement this list should any plaintiff designate
Dr. Goodyear as a general-causation expert in MDL Wave 2.

2