IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION


IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

                                                                    MDL NO. 2327

-------------------------------------------------------
THIS DOCUMENT RELATES TO ALL WAVE 2 CASES

**PLAINTIFFS' MOTION TO LIMIT THE OPINIONS AND TESTIMONY OF TIMOTHY MCKINNEY, M.D.**

        Plaintiffs, in actions listed on attached Exhibit A, pursuant to Federal Rule of Evidence 702, 403, 104 and *Daubert v Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) and its progeny, hereby submit Plaintiffs' Motion to Limit the Opinions and Testimony of Timothy McKinney, M.D.  Defendants have designated Dr. McKinney to offer general causation opinions on their TVT and TVT-O products despite the fact that Dr. McKinney is offering opinions that are: (a) irrelevant or prejudicial in that they may confuse or mislead the jury; (b) speculative and unsupported by the medical literature or his experience; or (c) outside of Dr. McKinney's area of expertise.  The Court should exclude certain opinions of Dr. McKinney for the reasons more fully explained in the accompanying Memorandum.  Plaintiffs also rely on the following attached exhibits:

    1.    A copy listing all cases to which this Motion applies is attached hereto as **Exhibit A**.

    2.    A true copy of the Expert Report of Timothy McKinney, MD on TVT is attached hereto as **Exhibit B**.

3.  A true copy of the Curriculum Vitae: Timothy Brian McKinney, M.D. is attached hereto as **Exhibit C**.

4.  A true copy of the Deposition of Timothy B. McKinney, M.D. dated June 29, 2016 is attached hereto as **Exhibit D**.

5.  A true copy of Ford AA, et al., Mid-urethral sling operations for stress urinary incontinence in women (Review), Cochrane Database of Systematic Reviews, Issue 7 Art. No.: CD006375 (2015) is attached hereto as **Exhibit E**.

As set forth in Plaintiffs' Memorandum of Law in Support of Motion to Limit the Opinions and Testimony of Timothy McKinney, M.D., Plaintiffs request the Court grant this Motion in its entirety thereby excluding or limiting the testimony of Dr. McKinney.

Dated: July 21, 2016

Respectfully submitted,

By: /s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com

/s/Fred Thompson, III
Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com
*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**


I hereby certify that on July 21, 2016, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.



/s/Fidelma  L. Fitzpatrick

FIDELMA L. FITZPATRICK
Motley Rice LLC
321 South Main Street
Providence, RI  02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com


FRED THOMPSON, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com


*Counsel for Plaintiffs*