# Exhibit 1

# EXHIBIT 1- McKINNEY DAUBERT MOTION

**Karen Swanson**

**Case No. 2:12-01709**

**Janet Merton**

**Case No. 2:12-cv-01817**

**Bridgette Minogue**

**2:12-cv-02112**

**Karen Doucette**

**2:12-cv-02125**

**Sheryl Lary**

**2:12-cv-02136**

**Bonnie Maxwell**

**2:12-cv-02138**