Timothy B McKinney, MD

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

|  |  |
|---|---|
| | : |
| IN RE:  ETHICON, INC. | : |
| PELVIC REPAIR SYSTEM | : Master File No. |
| PRODUCTS LIABILITY | : 2:12-MD-02327 |
| LITIGATION | : MDL No. 2327 |
| _____ | : |
| | : JOSEPH R. GOODWIN |
| THIS DOCUMENT RELATES | : U.S. DISTRICT JUDGE |
| TO ALL CASES | : |

- - -

June 29, 2016

- - -

        Deposition of TIMOTHY B. McKINNEY, M.D.,

taken at the Hilton Garden Inn, 1885 Route 70 W.,

Lakewood, New Jersey, commencing at 9:11 a.m., on

the above date, before CONSTANCE E. PERKS, CRR,

CLR, CRC, RSA, a Federally-Approved Certified

Court Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
ph 877.370.3377  |  fax 917.591.5672
deps@golkow.com

Timothy B McKinney, MD

Page 2

```
 1  APPEARANCES:
 2  MOTLEY RICE, LLC
    BY: JONATHAN D. ORENT, ESQUIRE
 3  321 South Main Street
    Providence, Rhode Island 02903
 4  401.457.770
    jorent@motleyrice.com
 5  Counsel for the Plaintiffs
 6
    TUCKER ELLIS, LLP
 7  BY: MATTHEW P. MORIARTY, ESQUIRE
    950 Main Avenue
 8  Suite 1100
    Cleveland, Ohio 44113
 9  216.696.2276
    matthew.moriarty@tuckerellis.com
10
    -and -
11
    RIKER DANZIG SCHERER HYLAND &
12  PERRETTI, LLP
    BY:  DIANA KATZ GERSTEL, ESQUIRE
13  Headquarters Plaza
    One Speedwell Avenue
14  Morristown, New Jersey 07962-1981
    973.451.8468
15  dgerstel@riker.com
    Counsel for the Defendants
16
17
18
19        - - -
20
21
22
23
24
```

Page 4

```
 1           DEPOSITION SUPPORT INDEX
 2
    Direction to Witness Not To Answer
 3  Page  Line  Page  Line
    (None)
 4
 5
 6
 7
    Request For Production of Documents
 8  Page  Line  Page  Line
    (None)
 9
10
11
    Stipulations
12  Page  Line  Page  Line
    (None)
13
14
15
    Questions Marked
16  Page  Line  Page  Line
    (None)
17
18
19
20
21        - - -
22
23
24
```

Page 3

```
 1        - - -
 2      I N D E X
 3  WITNESS:  TIMOTHY B. McKINNEY, M.D.
 4  EXAMINATION              PAGE
 5  BY MR. ORENT              5
 6  BY MS. GERSTEL           132
 7  BY MR. ORENT             165
 8
        - - -
 9     E X H I B I T S
10  NO.    DESCRIPTION       PAGE
11  1    Notice to Take Deposition  7
       of Dr. Timothy McKinney
12
    2    Curriculum Vitae of       7
13       Timothy Brian McKinney,
         M.D.
14
    3    AUGS Position Statement   61
15
    4    PelvicHealthSurgery.com  105
16       Clinical Research webpage
         printout
17
18
19        - - -
20
21
22
23
24
```

Page 5

```
 1        - - -
 2          TIMOTHY B. McKINNEY, M.D.,
 3      after having been duly sworn, was
 4      examined and testified as follows:
 5              - - -
 6            EXAMINATION
 7              - - -
 8  BY MR. ORENT:
 9      Q.   Good morning, Doctor.  How
10  are you this morning?
11      A.   Fine.
12      Q.   My name is Jonathan Orent
13  and I represent the plaintiffs in this
14  matter, and I'm going to be asking you
15  some questions today.
16          First of all, you've been
17  deposed before; is that correct?
18      A.   That is correct.
19      Q.   Approximately, on how many
20  occasions have you been deposed?
21      A.   Probably around a dozen.
22  Maybe a little less.
23      Q.   Okay.  And so you know the
24  rules of deposition, correct?
```

2 (Pages 2 to 5)

Timothy B McKinney, MD

Page 6

1    A.   Yes.
2    Q.   And just to refresh your
3  recollection, if at any time you do
4  not hear me or do not understand a
5  question, will you agree to ask me to
6  repeat or rephrase the question?
7    A.   Yes.
8    Q.   Okay.  And likewise, if you
9  do answer a question, is it fair for me
10  to conclude that you understood the
11  question that was asked of you?
12    A.   Yes.
13    Q.   And you're doing a great job
14  so far, but just to remind you to answer
15  with a yes or no, rather than a nod or
16  shake of the head.  Fair enough?
17    A.   Yes.
18    Q.   Okay.  If you need a break
19  at any time, just let me know and I'm
20  happy to accommodate you.  Okay?  If
21  there is a pending question, I would just
22  ask that you answer the pending question
23  and we can accommodate your break.  Is
24  that fair?

Page 7

1    A.   Yes.
2    Q.   And Doctor, would you just
3  state your full name for the record.
4    A.   Timothy Brian McKinney.
5    Q.   Okay.
6         - - -
7      (Notice to Take Deposition
8      of Dr. Timothy McKinney, marked
9      for identification as Exhibit No.
10      1.)
11         - - -
12      (Curriculum Vitae of Timothy
13      Brian McKinney, M.D., marked for
14      identification as Exhibit No. 2.)
15
16  BY MR. ORENT:
17    Q.   Now, Dr. McKinney, I've
18  handed you what's been marked as Exhibit
19  1 to today's deposition, which is a copy
20  of the Notice of Deposition for today.
21  Have you seen this document before?
22    A.   Yes, I have.
23    Q.   Okay.  And if you look,
24  starting at page 4, there are requests to

Page 8

1  produce a set of documents.  Did you
2  bring any documents with you?
3    A.   Yes.
4      MR. MORIARTY:  That thumb
5    drive has reliance materials for
6    TVT General and for Maxwell.
7      MR. ORENT:  Okay.  TVT
8    General or -- or Gynemesh General?
9      MR. MORIARTY:  TVT General.
10    That's what we're here to talk
11    about.  He was deposed on Gynemesh
12    PS in Wave 1 for about three hours
13    from a gentleman from Colorado.
14      MR. ORENT:  And could we go
15    off the record for just one
16    moment?
17      MR. MORIARTY:  Sure.
18    (Discussion off the
19    stenographic record.)
20    (Deposition recessed from
21    9:14 a.m. until 11:40 a.m.)
22  BY MR. ORENT:
23    Q.   Good morning again, Doctor.
24  You're here now on your General TVT

Page 9

1  report, correct?
2    A.   Yes.
3    Q.   Okay.  And we've previously
4  marked as Exhibit A a copy of your -- the
5  Notice of Deposition today and as --
6  excuse me, as Exhibit 1 a notice of your
7  deposition and as Exhibit 2, I believe,
8  is a copy of your CV; is that correct?
9    A.   Yes.
10    Q.   Okay.  And you have a copy
11  of your General TVT report in front of
12  you, as well?
13    A.   I do.
14    Q.   Now, Doctor, in your report,
15  you note that you have a long history of
16  using the TVT; is that correct?
17    A.   Yes.
18    Q.   You started using the TVT in
19  what year?
20    A.   First year it was able to be
21  done.  I believe that was in '98.
22    Q.   Okay.  And you subsequently
23  published in 1999.  You worked on the --
24  the Ulmsten article; is that right?

Timothy B McKinney, MD

Page 10

1    A.   I worked on a -- the first
2  North American exposure experiences with
3  TVT.
4    Q.    And Doctor, you used the TVT
5  device before there was established data
6  on its long-term safety; true?
7    A.   I was in the first wave of
8  people using it.
9    Q.    And Doctor, when you first
10 started using the TVT, did you tell your
11 patients that there was no long-term data
12 on the device?
13   A.    Discussed with them a lot of
14 the -- the preliminary data and where it
15 was going.
16   Q.    In 1998, where was the data
17 going?
18   A.    It had seemed that on
19 short-term data that it was very
20 efficacious and minimally invasive and
21 was at least as good as the results that
22 had been coming out.  And the whole
23 reason why I ended up getting into this
24 field was because there was so little

Page 11

1  evidence-based medicine that was out
2  there.
3        Bergman in 1995 was the
4  first person to ever publish any kind of
5  prospective randomized trials looking at
6  incontinence procedures, and there were
7  about 160 procedures at the time, but his
8  five-year data in 1995 on the anterior
9  Kelly plication, the Raz/Stamey Pereya
10 type of urethropexy and then the Burch,
11 that data came out and was rather
12 surprising to the world that -- the
13 standard of care at the time for
14 incontinence was Kelly plication, which
15 had a -- about a 37 percent five-year
16 success rate of not leaking and --
17   Q.    If I might just cut you off,
18 Doctor --
19   A.    -- a 42 --
20   Q.    -- my question was
21 relative to the data on the TVT, itself.
22 You would agree that there was no
23 long-term data at the time that you
24 implant -- that you started using it,

Page 12

1  correct?
2    A.    There was no long-term data
3  for too many procedures that were out
4  there being done for incontinence.
5  That's why I brought up that aspect.  But
6  I had been -- the Integral Theory had
7  been looked at.  I had been privy to be
8  able to talk to Ulmsten privately as well
9  as personally for several reasons.  One
10 was that I utilized him for helping me
11 develop my urodynamic pressure catheter
12 back in the middle '90s, and so I got to
13 be in his lab and see exactly what went
14 on within -- with the development of this
15 project.
16   Q.    But again, in 1998, did
17 you tell your patients that you didn't
18 know what the long-term impact of having
19 polypropylene mesh in the vagina
20 was?
21   A.    By that time, there would
22 have been a number of uses of
23 polypropylene, as well as other graft
24 materials through the years for use for

Page 13

1  reconstruction, as well as incontinence,
2  had been exposed to in my clinical
3  training.  My offspring was -- had been
4  -- or I was trained by -- trained by
5  Ostergard who is a huge Gore-Tex person.
6  There was a lot of Mersilene.  There
7  were a lot of looking to see what would
8  be the better of materials that were out
9  there, and it became obvious that the
10 polypropylene, at least, was an inert
11 and -- and a better material than some of
12 the other woven materials that were given
13 or the Gore-Tex, which was rather
14 caustic.
15   Q.    Well, I want to just focus
16 on the question that I asked you, Doctor.
17 And with regard to the TVT device,
18 when you started using it, did you
19 tell patients, specific to that
20 device, that you did not know what the
21 long-term safety or efficacy was?
22   A.    For polypropylene?  It had
23 been used for years and years and years.
24 I had been utilizing it for hernia

4 (Pages 10 to 13)

Timothy B McKinney, MD

Page 14

```
1    repairs.  So it's been -- it had been in
2    my hands and used with a comfort level
3    for more than probably -- may -- maybe
4    some of my other people that may have
5    started using it, but from my hands I had
6    been with prop -- polypropylene for years
7    and years.
8         Q.   I understand that that's
9    your position, but my question was
10   specific to the TVT.  Did you tell your
11   patients that you did not know what the
12   long-term outcomes in terms of safety or
13   efficacy were with regard to the TVT
14   device when you started using it in 1998?
15        A.   I looked at the initial data
16   that came out from Ulmsten's group and it
17   had very little in the line of
18   complications in comparison to the vertex
19   pubic urethral --
20        Q.   Doctor, that's not an answer
21   to my question, and I'm going to move to
22   strike that prior answer.
23            Doctor, my question was:
24   Did you tell your patients, yes or no,
```

Page 15

```
1    that you did not know what the long-term
2    safety or efficacy was related to the TVT
3    in 1998?
4         A.   I had told them that this
5    was a new procedure that was being looked
6    at as being at least as good as a more
7    invasive procedure and that there were --
8    the results were utilizing a Prolene
9    permanent hernia mesh type of material,
10   which was a Type I large pore material,
11   and that it had been -- multiple other
12   materials had been looked at by this same
13   group to finally formulate which material
14   they felt was going to be less
15   problematic.  So --
16        Q.   All right.  Doctor, I'm
17   going to cut you off, because, again,
18   that's not an answer to my question.
19            My question was:  Did you
20   tell your patients in 1998 that you did
21   not know the long-term safety or efficacy
22   of the TVT device?
23            MS. GERSTEL:  I'm going to
24   object.  Asked and answered.
```

Page 16

```
1            THE WITNESS:  I didn't talk
2    to them about the long-term
3    efficacy of the procedure.
4    BY MR. ORENT:
5         Q.   And there was no long-term
6    data on the procedure, correct?
7         A.   There was short-term data.
8         Q.   And did you tell them that
9    there was no long-term data on the
10   efficacy of the procedure?
11           MS. GERSTEL:  Objection;
12   asked and answered.
13           THE WITNESS:  I'm not sure
14   whether I really understood any
15   major efficacy problems, so no.
16   BY MR. ORENT:
17        Q.   And did you tell them about
18   the potential for long-term complications
19   or long-term de novo complications
20   following the procedure?
21        A.   I talked to --
22           MS. GERSTEL:  Objection;
23   asked and answered.
24           THE WITNESS:  I talked to
```

Page 17

```
1    them about all the complications
2    of any of my surgical procedures
3    for incontinence, which had the
4    whole litany of complications
5    which included recurrence, suture
6    or damage to bowel, bladder,
7    ureters, erosion of the materials
8    that I utilized into the urethra
9    or -- or bladder or both and --
10   BY MR. ORENT:
11        Q.   Did you tell the patients
12   that you did not know the complication
13   rates?
14        A.   Not on the specifics on --
15   with the -- the one centimeter thick --
16   wide mesh material, but --
17        Q.   Did you tell the patients in
18   1998 that there was no data yet
19   establishing what the long-term
20   complication rates were for this device?
21        A.   There were --
22           MS. GERSTEL:  Objection;
23   asked and answered.
24           THE WITNESS:  There were
```

5 (Pages 14 to 17)

Timothy B McKinney, MD

Page 18

1    short-term complications rates
2    were -- which were very minimal.
3    BY MR. ORENT:
4        Q.   Did you tell them that it
5    was unknown what the long-term
6    complication rates were?
7            MS. GERSTEL:  Objection;
8        asked and answered.  To the extent
9        you're looking for a yes or no
10       answer, he's already answered the
11       question.
12   BY MR. ORENT:
13       Q.   Go ahead.
14       A.   No.
15       Q.   And Doctor, you would agree
16   with me that in the most recent 17-year
17   study, in fact, between years 11 and 17,
18   the two most recent Nilsson studies, new
19   complications were actually found,
20   correct?  There was new erosion between
21   year 11 and 17?
22           MS. GERSTEL:  Object to
23       form.
24           THE WITNESS:  It was more of

Page 19

1        a definition that was splitting
2        hairs to try to determine or -- a
3        better way to look at the
4        different ways of expressing; was
5        it an erosion, was it an exposure,
6        did the skin break down, did it
7        actually erode into a structure?
8        So there were -- there was more of
9        a -- an expansion of the one term
10       that we used --
11   BY MR. ORENT:
12       Q.   Well, you would agree
13   that --
14       A.   -- which was erosion.
15       Q.   You would agree that there
16   was a new reported complication?
17       A.   It wasn't a new reported
18   complication; it was an expansion of
19   the -- the old definition and divided
20   into two different categories.
21       Q.   Well, it previously didn't
22   appear in the data tables, correct?
23       A.   It was a -- under a
24   comprehensive title.

Page 20

1        Q.   Do you agree, yes or no, did
2    it appear on the data tables in the year
3    11 study versus the year 17 study where
4    it did appear?
5            MS. GERSTEL:  Objection --
6            THE WITNESS:  I think --
7            MS. GERSTEL:  -- he's
8        already answered.
9            THE WITNESS:  -- then,
10       again, it was -- the data was all
11       within the one definition, and it
12       became a secondary additional
13       split of the -- the data.
14   BY MR. ORENT:
15       Q.   Doctor, did you have any
16   work relative to participating in that
17   17-year study?
18       A.   I did not.
19       Q.   So this is your
20   interpretation of the two studies,
21   correct?
22       A.   That is correct.
23       Q.   You have no independent
24   knowledge, correct?

Page 21

1        A.   Other than what I've read.
2        Q.   What have you read?
3        A.   Just the paper.
4        Q.   Okay.  So what I'm saying
5    is, aside from the studies, themselves,
6    you have no other knowledge that informs
7    you on these two studies?
8        A.   That is correct.
9        Q.   Okay.  In your report,
10   Doctor, is it fair to say that you do not
11   rely upon any of the internal documents
12   of Ethicon to determine what Ethicon knew
13   at any point in time?
14           MS. GERSTEL:  Object to the
15       form.
16           THE WITNESS:  I'm a little
17       confused on that, but in the time
18       of 1998 --
19   BY MR. ORENT:
20       Q.   No.  What I'm asking
21   is:  Just generally speaking, Doctor,
22   as you sit here today, do you have
23   any opinions relative to what Ethicon
24   knew at any particular point in

6 (Pages 18 to 21)

Timothy B McKinney, MD

Page 22

1  time relative to mesh and mesh
2  complications?
3          MS. GERSTEL:  Object to the
4      form.
5          THE WITNESS:  Do I have a --
6  BY MR. ORENT:
7      Q.   So, Doctor, let me ask it a
8  different way.  You don't cite in your
9  primary report on TVT any internal
10 corporate documents, correct?
11     A.   That is correct.
12     Q.   And Doctor, is it fair to
13 say that you will not be offering any
14 opinions as to the state of the corporate
15 knowledge inside Ethicon at any point in
16 time?
17         MS. GERSTEL:  Object to the
18     form.
19         THE WITNESS:  I mean, I've
20     read a lot of the internal
21     documents.  I didn't find it
22     necessary to end up putting it in
23     in my defense of the actual
24     procedure, itself --

Page 23

1  BY MR. ORENT:
2      Q.   Well --
3      A.   -- as it is the gold
4  standard.  It has definitely a much
5  stronger efficacy and safety profile than
6  the existing procedures that are out
7  there for incontinence and --
8      Q.   Again, Doctor, I just --
9  we're under a limited time and so --
10     A.   Yes.
11     Q.   I'm only allowed to ask you
12 two hours worth of questions.
13     A.   Correct.
14     Q.   You tend to be -- I know
15 you're trying to be helpful, but if you
16 could just focus on the question that I'm
17 asking.  They're very precise questions,
18 and if you could focus on them, it would
19 allow us to get through much more
20 material in the short period of time and
21 prevent me from having to go to the court
22 or ask defense counsel for an extension
23 over the two hours.  Okay?
24         MS. GERSTEL:  Object to the

Page 24

1      form.
2  BY MR. ORENT:
3      Q.   So now, Doctor, are you
4  intending on testifying on any opinions
5  that you have formed based on the
6  corporate documents that you have
7  reviewed?
8      A.   Not in this.
9      Q.   So, fair to say that you
10 will not be offering any opinions on
11 corporate knowledge of Ethicon at
12 trial in this case?
13         MS. GERSTEL:  Object to the
14     form.
15         THE WITNESS:  I'm not going
16     to be...  I mean, as it pertains
17     to my other opinions that I have
18     about the -- the company's
19     participation and what they tried
20     to do to end up bringing the best
21     products to market and all the
22     work that they went through to try
23     to end up seeing the best product
24     make it to market, I think that's

Page 25

1      part of my ability.  But if you're
2      trying to say am I going to
3      comment on all the internal
4      makings of the company, I think
5      the company would be better off
6      saying something about it.
7  BY MR. ORENT:
8      Q.   And you don't cite any
9  documents, corporate documents, in
10 this report, correct?
11     A.   That's correct.
12     Q.   Now, Doctor, how long did
13 you spend in drafting this particular
14 report?
15     A.   A lot of time.
16     Q.   And what's that, 100 hours,
17 200 hours?
18     A.   No.  I don't know.  Probably
19 less than 50.
20     Q.   Okay.  And in that time, how
21 much of that time of less than 50
22 hours was spent -- do you think it's
23 closer to 40 or 50?
24     A.   50.

7 (Pages 22 to 25)

Timothy B McKinney, MD

Page 26

1    Q.   In approximately 50 hours of
2  time -- first of all, have you billed
3  Ethicon yet?
4    A.   I have not.
5    Q.   Have -- how much of that
6  time was spent reviewing literature?
7    A.   It was kind of interspersed
8  in there, but a good amount of -- over
9  half.
10    Q.   Okay.  And how much time was
11  spent reviewing corporate documents?
12    A.   It was more earmarked
13  towards the things that I thought were
14  important within the documents that I'd
15  need to know.
16    Q.   Fair to say that you spent
17  minimal time looking at corporate
18  documents?
19        MS. GERSTEL:  Object to the
20        form.
21        THE WITNESS:  I still spent
22        time in there, yes.
23  BY MR. ORENT:
24    Q.   But you would agree that

Page 27

1  that would be minimal time?
2    A.   It was --
3        MS. GERSTEL:  Objection.
4        THE WITNESS:  -- less time
5        than some other aspects to it, but
6        yes, there were time spent, IFUs
7        and other --
8  BY MR. ORENT:
9    Q.   And you're making a very
10  valid distinction.  I'm not including
11  IFUs in what I call corporate
12  documents.  I think that those are
13  discussed in your report.  So --
14    A.   You mean looking at emails
15  and all the little nuances --
16    Q.   I'm looking at -- talking
17  about emails and PowerPoints and some of
18  the other documents that are listed
19  as reliance material in some of your
20  reports.
21    A.   I looked through some of
22  them in cursory and what counsel pointed
23  out to me as well.
24    Q.   Okay.  Are you relying upon

Page 28

1  any of the material that counsel pointed
2  out to you?
3    A.   Am I relying on it to --
4    Q.   Support your opinions.
5    A.   -- make my opinion?
6    Q.   Yes.
7    A.   Other than that I thought
8  that they've done a banner job of putting
9  their product together.
10    Q.   Well, I guess -- I'm
11  entitled to ask you questions on what
12  you're going to be offering at trial.
13  Are you going to be talking about
14  emails at trial?
15        MS. GERSTEL:  Object to the
16        form.
17        THE WITNESS:  Only if really
18        pushed into it.
19  BY MR. ORENT:
20    Q.   So as you sit here, you
21  don't intend on doing it, correct?
22    A.   I don't intend to unless
23  I'm --
24    Q.   Okay.

Page 29

1    A.   -- pushed.
2    Q.   The only Ethicon written
3  documents that you intend on relying
4  upon are the instructions for
5  use?
6    A.   That would be a --
7        MS. GERSTEL:  Objection.
8        THE WITNESS:  -- a high
9        probability.
10  BY MR. ORENT:
11    Q.   Okay.  Now, we can both
12  agree you're not a regulatory expert,
13  correct?
14    A.   I am not, but I do have
15  experience with that because of my
16  company creating IFUs, creating CRs.
17  Unfortunately, it's a part of business.
18    Q.   Okay.  Are you going to be
19  offering opinions relative to the 510(k)
20  process versus a premarket approval?
21    A.   Not heavily, no.
22    Q.   Okay.  You're aware that
23  there is a difference, correct?
24    A.   Yes.

8 (Pages 26 to 29)

Timothy B McKinney, MD

Page 30

1      Q.   And you're aware that mesh
2  is 510(k), correct?
3      A.   That is correct.
4      Q.   And mesh does not have the
5  TVT, TVT-O, or other mesh devices do not
6  have FDA approval, correct?
7          MS. GERSTEL:  Object to
8      form.
9          THE WITNESS:  They've gone
10     through scrutiny from the FDA, and
11     so they have -- have obviously
12     looked at them well enough to give
13     their okay.
14 BY MR. ORENT:
15     Q.   Well, you're aware that the
16 510(k) process that these devices went
17 through is not a -- does not evaluate the
18 safety or efficacy of the device,
19 correct?
20         MS. GERSTEL:  Object to
21     form.
22         THE WITNESS:  Well, they've
23     gone back and are asking for more
24     data, although the company has

Page 31

1      produced a lot of data to the FDA
2      in response to the cytoxicity --
3  BY MR. ORENT:
4      Q.   Right.  Right.  But, again,
5  my --
6      A.   -- and efficacy of the --
7      Q.   My question's about the
8  process and the initial process.  You're
9  aware that 510(k) as a process does not
10 evaluate the safety and efficacy of a
11 device, it compares it to a predicate
12 device, correct?
13         MS. GERSTEL:  Objection.
14         THE WITNESS:  SME, too.
15 BY MR. ORENT:
16     Q.   And the premarket approval
17 process or the PMA process looks at
18 safety and efficacy of devices and
19 results in approval, correct?
20     A.   Yes, sir.
21     Q.   Okay.  Now, Doctor,
22 you're not a pathologist,
23 correct?
24     A.   That is correct.

Page 32

1      Q.   You're not a biomedical
2  engineer, correct?
3      A.   That is correct.
4      Q.   You're not an expert in
5  material science, correct?
6      A.   Correct.
7      Q.   You're not an expert in the
8  design of meshes, correct?
9      A.   Correct.
10     Q.   You're not a labeling
11 expert, correct?
12     A.   Correct.
13     Q.   And you're not a warnings
14 expert, correct?
15     A.   Correct.
16     Q.   You discussed pore size to
17 some degree in your report.  Are you an
18 expert on what the ideal pore size is for
19 transvaginally-placed midurethral slings?
20     A.   Just from papers that I've
21 read.  The Ahmed report was probably one
22 of the first ones that really looked over
23 and quantitated and -- and discussed the
24 different categories for what meshes were

Page 33

1  and was really driven towards the -- the
2  Type I mesh being better versus a
3  Gore-Tex.  We kind of got it by trial and
4  error, unfortunately, because a lot of
5  docs like Ostergard had put in tons of
6  them and taught us to put in other graft
7  materials and Mersilene and --
8      Q.   You would agree, though,
9  Ahmed -- Ahmed -- you're referring to
10 the 1997 Ahmed, right?
11     A.   Yes.
12     Q.   And you would agree that
13 that was in relationship to hernia mesh,
14 correct?
15     A.   It was.
16     Q.   Okay.  And in terms of
17 vaginal mesh, there's never been a
18 publication or at least pre -- strike
19 that.
20         What publications are you
21 aware of that state what the ideal pore
22 size is for vaginally-placed meshes?
23     A.   The initial work was Ahmed.
24 It was basically characterizing every

9 (Pages 30 to 33)

Timothy B McKinney, MD

Page 34

1 single one of the graft materials that
2 are out there. I think I -- something
3 that I looked at, the vaginal -- I think
4 I talked a little bit more about like a
5 Falconer study, which had looked at TVT
6 materials, itself, in relationship to
7 other reactive tissues --
8     Q.   Would --
9     A.   -- including cadaveric
10 fascia, and that TVT material was more
11 elastic and better suited for vaginal
12 placement. I'm -- I'm not -- I'm not the
13 -- I'm not seeing anything other than
14 Falconer's and --
15     Q.   Now, Doctor, in preparing
16 your report here, did you do a
17 literature search specific to pore
18 size to opine what the appropriate
19 pore size for a vaginal mesh should be?
20     A.   I did not find anything, no.
21     Q.   You did not find anything.
22 Did you actually go about and do a search
23 for material specific to vaginal mesh
24 pore size?

Page 35

1     A.   I did not.
2     Q.   Okay. Would you agree with
3 me, Doctor, that you are not an expert on
4 vaginal mesh pore size?
5         MS. GERSTEL:  Object to the
6     form.
7         THE WITNESS:  I'm just a --
8     familiar with the general pore
9     size for hernia mesh materials
10     utilized within the body.
11 BY MR. ORENT:
12     Q.   Now, Doctor, in your
13 report, you don't state anything about
14 ideal mesh density; is that correct?
15     A.   I do not.
16     Q.   Okay. And would you agree
17 you're not an expert on the ideal mesh
18 density?
19     A.   Right at present, I'm not
20 sure whether it exists today. We're
21 still trying to end up getting a better
22 product out there.
23     Q.   But you would agree that
24 you, yourself, are not an expert on

Page 36

1 defining and identifying the ideal mesh
2 density as you sit here today, correct?
3     A.   Correct.
4     Q.   In terms of fiber diameter,
5 you agree with me, Doctor, that you are
6 not an expert on the ideal fiber diameter
7 of mesh?
8     A.   I am not.
9     Q.   In terms of tensilary
10 strength, would you agree with me,
11 Doctor, that you are not an ideal --
12 excuse me, you are not a mesh expert on
13 the ideal tensilary strength of a
14 vaginally-placed mesh?
15     A.   I am not.
16     Q.   Okay. Elasticity, would you
17 agree with me that you are not an expert
18 on the elasticity of vaginally-placed
19 meshes?
20     A.   I'm not.
21     Q.   Doctor, I noticed -- aside
22 from reference going back to 1999 and the
23 first participation in the studies
24 of vaginal meshes, would agree with me,

Page 37

1 Doctor, that you are not -- you have not
2 done an extensive history into the
3 research and the development of vaginal
4 grafts from 1920s forward?
5         MS. GERSTEL:  Object to the
6     form.
7         THE WITNESS:  I have read
8     over the history aspect of it.
9     I've, unfortunately, been living
10     the experimental process, I think,
11     that was going on. The way I was
12     taught is totally different from
13     what I would be doing today. I
14     hope I've been involved in
15     changing the course of history.
16         Why I went into this field,
17     because there were all kinds of
18     things being utilized because the
19     guru at the time was saying that
20     this is the way it should be done.
21     And so I was almost brought up
22     with the fact that if it was done
23     that way, it should be done that
24     way, and that was the Penn way.

10 (Pages 34 to 37)

Timothy B McKinney, MD

Page 38

1    And if it was done at Mayo Clinic
2    this way, you -- you should follow
3    like a a -- a robot.  I challenged
4    it.
5  BY MR. ORENT:
6    Q.   Now, with regard to,
7  though, the history and development
8  of vaginal meshes and grafts, would
9  you agree that you're not an expert
10  in terms of the historical development
11  of these devices and not going to be
12  providing expert testimony in trial
13  as to the historical development of
14  devices preceding the TVT?
15    MS. GERSTEL:  Object to the
16    form.
17    THE WITNESS:  Well, I've
18    been able to talk to Ulmsten and
19    his partner who had extensively
20    looked at multiple different
21    materials that they tried for
22    their slings and what they had
23    determined to be inappropriate
24    materials all the way up until

Page 39

1    they came upon the -- the Type I
2    Prolene, which they found was -- I
3    think it was in 1994 was when they
4    finally honed it in and said, This
5    is the material that we're going
6    to end up using because of the
7    lesser of the -- the -- the risks
8    than the Gore-Tex and the -- some
9    of the other materials that were
10    out there at the time, Mersilene
11    and --
12  BY MR. ORENT:
13    Q.   Now --
14    A.   -- Marlex.
15    Q.   -- are you going to be
16  offering testimony on the historical
17  development of meshes going back through
18  time in terms of what was known in
19  history in terms of erosion, when erosion
20  was first learned of, when various
21  informational pieces were known at
22  various times, things that don't appear
23  in your written report?
24    MS. GERSTEL:  Object to the

Page 40

1    form.
2    THE WITNESS:  Other than my
3    own personal experiences with it
4    and all my frustrations with that,
5    I think that's all pertinent to my
6    expert opinion on the materials
7    used in the development and the
8    staging of vaginal meshes.
9  BY MR. ORENT:
10    Q.   Well, let's look at something
11  specific then.
12    Are you to be offering
13  opinions as to whether or not
14  polypropylene -- whether bacteria can
15  travel along polypropylene?
16    A.   Just historically, I know
17  that it's not a higher -- it's not a high
18  probability in comparison to woven
19  materials, that polypropylene is less
20  likely to end up having that occur.
21    Q.   Do you know what rates of --
22  of -- strike that.
23    Is there a race to the
24  surface of bacteria?  Have you heard that

Page 41

1  term before?
2    A.   I have not, but --
3    Q.   Fair to say that you haven't
4  done an extensive search into the
5  literature on bacterial wicking vis-à-vis
6  polypropylene?
7    A.   Wicking as far as
8  polypropylene, it's less likely than some
9  other materials that were out there --
10    Q.   I understand that, but have
11  you done an --
12    A.   -- that were chosen for the
13  vaginal use.
14    Q.   Have you done an extensive
15  literature search on that for preparation
16  of your report?
17    A.   Not extensive.
18    Q.   Have you done any?
19    A.   Not literature search.  Just
20  in the readings of the state of materials
21  that were out there.
22    Q.   And Doctor, in terms of
23  degradation, you state in some opinions
24  in your report that, I believe, you don't

11 (Pages 38 to 41)

Timothy B McKinney, MD

Page 42

1  believe that you have ever seen
2  degradation.
3          Doctor, are you going to be
4  offering opinions at trial in this case
5  that degradation does not occur?
6      A.   Not to a clinically-relevant
7  state at all, if any.  I haven't seen it
8  in thousands of mesh implantation cases
9  through the years.  I'm not seeing
10  breakdown.  I'm not seeing any in really
11  the materials even that I've taken out.
12      Q.   Doctor, do you know what --
13  when I say "degradation," do you envision
14  like a physical breakdown?  Is that what
15  you're envisioning?
16      A.   It comes in many forms.
17      Q.   Do you understand that
18  when in this litigation, generally
19  speaking, people have been referring
20  to degradation, they're referring to
21  the division of or the degrading of
22  a molecule into two separate
23  molecules --
24          MS. GERSTEL:  Objection.

Page 43

1  BY MR. ORENT:
2      Q.   -- in the polypropylene
3  chain?
4      A.   I -- I don't -- I don't
5  agree with that.
6      Q.   You don't agree that that's
7  what we've been talking about or you
8  don't --
9      A.   Oh, no.
10      Q.   -- agree that that happens?
11      A.   I don't agree, and there's
12  some -- some controversy in the
13  literature over that.  And if it is
14  existing, it's not showing up in a
15  clinical manifestation after --
16      Q.   All right.
17      A.   -- and particularly in this
18  case on a TVT, TVO -- T-O, there's
19  millions of cases that have been done
20  over a 17-year period, and there's no
21  association with any kind of a breakdown
22  cytotoxicity or any kind of problem in
23  that way.
24      Q.   Now, going back, though, so

Page 44

1  if you understand that degradation just
2  is a -- so that we're on the same
3  page, is a chemical alteration of the --
4  the molecules within the polypropylene,
5  do you have an opinion to a reasonable
6  degree of medical certainty whether or
7  not that that occurs?  I'm not asking
8  about the significance.  I'm asking
9  whether it occurs.
10          MS. GERSTEL:  Objection.
11          THE WITNESS:  It is
12  controversial in the human body.
13  BY MR. ORENT:
14      Q.   And Doctor, would you -- are
15  you going to be offering -- strike that.
16          Is this outside the area of
17  your expertise, the molecular -- are you
18  going to be talking about what happens in
19  a molecular level with polypropylene?
20      A.   No.
21      Q.   Fair to say that you
22  might only be talking about whether or
23  not there are clinical impacts of
24  degradation?

Page 45

1      A.   That would be -- yes.
2      Q.   And you're not going to be
3  talking about whether or not it happens
4  or not, but whether you see clinical
5  impacts of it; fair to say?
6          MS. GERSTEL:  Objection.
7          THE WITNESS:  Clinical
8  impacts, as well as whatever I've
9  read.
10  BY MR. ORENT:
11      Q.   Okay.  Well, have you done
12  an extensive literature search on
13  degradation and polypropylene?
14          MS. GERSTEL:  Object to
15  form.
16          THE WITNESS:  I've looked
17  over a number of papers.  I don't
18  know whether it's a 100 percent
19  complete, but I've read a number
20  of them.
21  BY MR. ORENT:
22      Q.   And Doctor, did you do
23  these searches for these papers
24  yourself?

12  (Pages 42 to 45)

Timothy B McKinney, MD

1      A.    Some.  Some were given to
2  me.
3      Q.    Okay.  Did you start with
4  Anderson's papers?
5      A.    Not that far back.
6      Q.    Okay.  Do you know who
7  Anderson is?
8      A.    Yes.
9      Q.    Okay.  Did you look at any
10 of Ethicon's internal documents on
11 degradation?
12     A.    Can't recall.
13     Q.    Would you recall if Ethicon
14 reported internally that degradation
15 of Prolene occurred?  Would that --
16 would you recall that if you had seen it?
17         MS. GERSTEL:  Object to the
18     form.
19         THE WITNESS:  I can't
20     recall.
21 BY MR. ORENT:
22     Q.    Okay.  How many -- how much
23 time did you spend researching the issue
24 of degradation?

1      A.    It's just the papers that I
2  was able to read and looking at some of
3  the -- even the more recent one just came
4  out which determined that what looks like
5  a degradation may not be and that the
6  protein cracking is really just protein.
7  Once you're able to remove that, the
8  actual fibers are intact.
9      Q.    So essentially, you remove
10 the degradation layer, the fiber's
11 intact?
12     A.    Correct.
13     Q.    Now, Doctor, with regard to
14 these studies that you reference, and you
15 reference the hundred RCTs relative to
16 TVT, Doctor, did you perform any kind of
17 meta-analysis on these studies?
18     A.    I did not.  I relied on the
19 meta-analysis that was done by -- by the
20 experts out there.  Cochran, I think, is
21 the -- the -- the largest one that I saw.
22 That was on, I think, 71 or -- studies or
23 81 studies of about 12,000-plus patients.
24     Q.    Now, Doctor, are you -- do

1  you still use TVT?
2      A.    Yes.
3      Q.    And --
4      A.    Or did up until a couple
5  months ago.
6      Q.    And that's when you took
7  your sabbatical?
8      A.    That is correct.  I may go
9  back if I decide to go back into a
10 private -- or a group practice where I
11 have -- more -- more or less not have to
12 worry about finances.
13     Q.    Now, when you started
14 using TVT in 1998 through the present,
15 how many TVT or TVT-O procedures have
16 you done?  Can you estimate?
17     A.    I don't know.  Thousand
18 plus.
19     Q.    Now --
20     A.    Do you -- would you consider
21 that as in all midurethral slings?
22 Because it's definitely thousands --
23     Q.    Okay.  Did --
24     A.    -- because some hospital --

1  I worked at four hospitals.  Some
2  hospitals only gave us the opportunity to
3  use certain companies' products.  So --
4      Q.    So fair to say --
5      A.    -- it's hard to break it
6  down.
7      Q.    Okay.  Now, with regard to
8  the Ethicon, fair to say then that you
9  can't give the jury a scientific analysis
10 of your own experience relative to TVT
11 or TVT-O only?
12         MS. GERSTEL:  Objection.
13 BY MR. ORENT:
14     Q.    You haven't tracked the data
15 on your patients?
16     A.    Well, within -- because I'm
17 in a university setting, we do track
18 our -- our -- our paper -- our patients.
19 The residents are kind of required to do
20 that, and I have fellows.  I have three
21 fellows in female pelvic medicine and
22 reconstructive surgery.  First fellow
23 started with me back in 19 -- imagine
24 this, '98.  It was a non-accredited

13 (Pages 46 to 49)

Timothy B McKinney, MD

Page 50

1  fellowship.  I now have a credited
2  fellowship.
3      Q.    So do you have a
4  compilation of all that data in terms
5  of what your own safety and long-term
6  efficacy rates are?
7      A.    I have.  It's more -- like
8  you said, it's over -- it does have more
9  than one procedure involved with it.
10     Q.    Fair to say that any of
11  your own experiences that you'll be
12  talking about are based on your own
13  clinical impression rather than raw
14  data?
15         MS. GERSTEL:  Objection.
16         THE WITNESS:  It's kind of
17  both.
18  BY MR. ORENT:
19     Q.    Well -- and Doctor, would it
20  be fair to say that you haven't produced
21  any data of your -- aside from your
22  published study that you participated
23  in with the first 95 patients to get
24  TVT in North America, you -- you're

Page 51

1  not going to be presenting any actual
2  data to the jury on your actual
3  experience, correct?
4      A.    I will not.
5      Q.    Now, Doctor, do you know to
6  a reasonable degree of medical certainty
7  whether all polypropylenes are the same?
8         MS. GERSTEL:  Objection.
9         THE WITNESS:  I'm not sure
10  what you mean.  Polypropylene
11  meaning the way in which it's
12  created or presented as a mesh
13  material or --
14  BY MR. ORENT:
15     Q.    Right.
16     A.    -- as a suture material
17  or --
18  BY MR. ORENT:
19     Q.    The substance.  So is the
20  chemical that's in polypropylene in,
21  for example, a Boston Scientific product,
22  is it the same polypropylene that's in an
23  Ethicon?
24         MS. GERSTEL:  Objection.

Page 52

1         THE WITNESS:  I would
2  imagine there are some
3  differences.
4  BY MR. ORENT:
5      Q.    Are you an expert on what
6  those differences might be?
7      A.    No.
8      Q.    Do you know why antioxidant
9  packages are put into polypropylene?
10     A.    As far as prevention from
11  exposures.
12     Q.    And Doctor, do you have
13  medical opinions or are you going to be
14  presenting any opinions on why
15  antioxidant packages are included in
16  polypropylenes?
17         MS. GERSTEL:  Objection.
18         THE WITNESS:  No.
19  BY MR. ORENT:
20     Q.    Okay.  And likewise, you're
21  not going to be presenting any opinions
22  as to why Ethicon chose the polypropylene
23  that it did or the particular type of
24  antioxidants within the Ethicon

Page 53

1  polypropylene, correct?
2      A.    I am not.
3         MS. GERSTEL:  Objection.
4  BY MR. ORENT:
5      Q.    Doctor, do you rely on any
6  SEM imagery in forming your opinions in
7  this case?
8         (Phone interruption.)
9         MR. ORENT:  We can go off
10  the record.
11         (Discussion off the record.)
12         MR. ORENT:  Can you read
13  back the last question?
14         (Reporter read back from the
15  stenographic record.)
16         THE WITNESS:  Can you give
17  me the -- what the SEM --
18  BY MR. ORENT:
19     Q.    Scanning electron
20  microscopy.
21     A.    Electron microscope, right.
22  Not other than what's in papers.
23     Q.    Are you going to be offering
24  any opinions as to whether tissue ingrows

14  (Pages 50 to 53)

Timothy B McKinney, MD

Page 54

1  into fractures within the polypropylene
2  fibers, whether it's in vivo or whether
3  or not the cracks are formed after
4  excision?
5        MS. GERSTEL: Objection.
6        THE WITNESS: I -- I believe
7     that there's a lot of changes that
8     go on if you end up removing graft
9     material, because there's a lot of
10    trauma that can go on from trying
11    to extract these materials, and
12    then when you're ending up looking
13    at them, there are -- are
14    variations in it.
15       So from the standpoint of a
16    generalized look at it, I'm going
17    to be commenting that there are
18    some reasons for that to be
19    cracked.
20  BY MR. ORENT:
21    Q.   Are you --
22    A.   Am I the total expert on --
23  on it?  Probability not.
24    Q.   Now, Doctor, when you --

Page 55

1  when you do TVT or TVT-O procedures, do
2  you use laser-cut or mechanically-cut
3  mesh?
4     A.   I'm not particularly sure
5  which one it is.  I imagine it's the
6  environment or the country or whatever
7  that the products were made in and
8  shipped from or shipped to.
9     Q.   Doctor, as you sit here
10 today --
11    A.   I'd say that it's not a
12 laser cut.
13    Q.   Doctor, with -- would you
14 agree with me that as you sit here
15 today, when you're performing surgery
16 in the OR, you don't know which
17 device you're being given, a laser-cut
18 TVT or TVT-O or a mechanically-cut TVT
19 or TVT-O?
20       MS. GERSTEL:  Object to the
21    form.
22       THE WITNESS:  That is
23    correct.
24  BY MR. ORENT:

Page 56

1     Q.   Okay.  And Doctor, would you
2  agree that the instructions for use are
3  the same for laser-cut and
4  mechanically-cut TVTs and TVT-Os?
5     A.   Yes.
6     Q.   Doctor, do you have a -- an
7  opinion -- do you know whether or not
8  there are any mechanical differences
9  between laser-cut and mechanically-cut
10 TVT and TVT-O?
11    A.   I don't have -- I don't
12 believe there is any real difference in
13 the -- the strength of the two slings.
14    Q.   Again, that's the strength.
15 And what do you base that on?
16    A.   Just that I've not seen any
17 differences, and I'm sure I've probably
18 used both.
19    Q.   Now, is this something
20 that you've researched, the differences
21 between mechanically and laser-cut TVTs
22 and TVT-Os?
23    A.   Other than what I've read or
24 heard.

Page 57

1     Q.   And what have you read or
2  heard?
3     A.   Just that there are really
4  no major differences as far as the
5  strength.
6     Q.   Fair to say that you're not
7  an expert on any differences that may
8  exist between the two?
9     A.   I am not an expert.
10    Q.   And fair to say that if
11 there are any differences, chemical or
12 physical property differences, that you
13 haven't been provided any information
14 relative to that specific to finding --
15 to doing this report?
16       MS. GERSTEL:  Object to the
17    form.
18       THE WITNESS:  Are you
19    referring to anything along the
20    lines of any potential little
21    particles or anything coming off
22    the -- the material?
23  BY MR. ORENT:
24    Q.   No, no, I'm asking in terms

Timothy B McKinney, MD

Page 58

1  of safety and efficacy profile. You've
2  not seen any -- any --
3      A.  Any --
4      Q.  -- documents or medical
5  studies discussing the difference between
6  laser cut and mechanically cut, correct?
7      A.  I think it would have come
8  out in the -- the literature if there was
9  a major difference.  There would be --
10  the safety, efficacy, and success rates
11  are pretty ubiquitous around the world.
12  It's not something that's something
13  strange and unique that one country has a
14  terrible success rate and the other
15  country that has laser cut has great
16  results or just the opposite.
17      Q.  Now, Doctor, have -- did you
18  do a literature search to look at whether
19  or not TVT and TVT-O have been compared,
20  the laser cut to the mechanically cut,
21  head to head?
22      A.  I have not, other than I
23  know that it's interspersed within
24  different regions of the world, and --

Page 59

1  but the data that's out there, it's
2  pretty much ubiquitous throughout the
3  world and reported even in the European
4  societies and regulatory aspects.
5      Like over in England, NICE,
6  they still consider this is a gold
7  standard procedure, as well as every
8  single society in the -- the US, as well
9  as the international societies,
10  International Continence Society,
11  International Urogyn Society [sic], NICE.
12  It's -- the efficacy is there, the safety
13  is there, and -- and you'd think that
14  they would end up mentioning things like
15  the different ways in which something was
16  cut.
17      Q.  Now, Doctor, you just
18  referenced AUGS.  You would agree with me
19  that the AUGS statement is not a
20  scientific statement, correct?
21      MS. GERSTEL:  Object to the
22  form.
23  BY MR. ORENT:
24      Q.  It's -- it's a --

Page 60

1      A.  It's a compilation of all
2  their own analysis or meta-analysis of
3  all their committees.  They've looked
4  over all the data that's out there and --
5  and are speaking as far as what they
6  believe is the -- is their opinion on
7  what would be available if slings weren't
8  available.
9      They're talking about every
10  bit of information that they've been able
11  to get from SUFU, Society of Urodynamics
12  and Female Urology, or now it's called
13  Female Pelvic Medicine and Urogenital
14  Reconstruction.  They've expanded it
15  because of the new fellowship training.
16      But all these societies, all
17  this data, and have come up with their
18  opinions and are reinforcing them as we
19  speak, and there isn't a single society
20  out there that had said, Oh, don't use
21  this.  They're saying this -- the slings
22  are the gold standard.  They far outweigh
23  any of the other procedures that are out
24  there, and if this gets interfered with,

Page 61

1  women's health will be set back decades.
2      Q.  Now, Doctor --
3      MR. MORIARTY:  It looks like
4  you're about to launch into a long
5  series of questions about this.
6      MR. ORENT:  Yup.
7      MR. MORIARTY:  Let's take
8  five minutes.
9      MR. ORENT:  Sure.
10      (Discussion off the
11  stenographic record.)
12      (A recess was taken from
13  12:30 p.m. until 12:43 p.m.)
14      (Reporter read back from the
15  stenographic record.)
16  BY MR. ORENT:
17      Q.  Doctor, I'm going to mark
18  and hand you Exhibit 3 to today's
19  deposition.
20          - - -
21      (AUGS Position Statement,
22  marked for identification as
23  Exhibit No. 3.)
24          - - -

16 (Pages 58 to 61)

Timothy B McKinney, MD

Page 62

1  BY MR. ORENT:
2      Q.   That is the AUGS statement
3  that you were referring to, correct?
4      A.   When did this come out?
5  This is the 14th.  Yeah.  There's
6  actually an addendum on this that is --
7      Q.   This year?
8      A.   -- that I was privy to see
9  just a day or two --
10     Q.   Yes.
11     A.   Coming to a neighborhood
12 near you.  It's pretty extensive, as
13 well.
14     Q.   The --
15     A.   Doug Hale did -- did the
16 letter.  He's the president of AUGS.
17     Q.   You would agree, Doctor,
18 that this is not a peer-reviewed
19 statement, correct?
20     A.   It is a consensus statement
21 on review of all the literature and it's
22 done by a very reputable group that are
23 probably the most scientific-minded
24 people.  There's -- AUGS members are at

Page 63

1  least 1500 strong.  SUFU members, because
2  this is a combined SUFU and AUGS society
3  consensus, SUFU is about 500 of the top
4  urologists in the world that are involved
5  in SUFU.
6          So, yes, it is a -- it isn't
7  a -- it is a scientific paper from the
8  standpoint of review of the literature
9  was exceedingly extensive.
10     Q.   Well, this was not peer
11 reviewed, correct?
12     A.   We are --
13         MS. GERSTEL:  Objection.
14         THE WITNESS:  -- the peer
15     reviews -- reviewers, I should
16     say, so people -- most people that
17     are on the editorial staffs and
18     the boards throughout the world
19     belong to these societies.
20 BY MR. ORENT:
21     Q.   I understand that.
22     A.   They write the -- they are
23 the -- the review committees.
24     Q.   But this did not go through

Page 64

1  a formal peer-review process, correct?
2      A.   It's about as firm a peer
3  review as you could possibly get --
4      Q.   It's --
5      A.   -- by way of looking at and
6  reviewing all the papers that were peer
7  reviewed and putting them together.
8      Q.   Well, a literature summary
9  piece, an academic piece that discusses
10 literature and is published goes through
11 a peer-review process just like original
12 research, correct?
13         MS. GERSTEL:  Object to the
14     form.
15         THE WITNESS:  That is
16     correct.
17 BY MR. ORENT:
18     Q.   And this did not go through
19 a formal peer-review process, correct?
20     A.   It went through the
21 committee that makes up pretty much the
22 board that reviews most of these papers.
23     Q.   No.
24     A.   So yes, it is a very

Page 65

1  heavily-scrutinized document and was
2  painstakingly put through to be as
3  thorough as possible.
4      Q.   Well, now, Doctor, you say
5  it went through committee.  Who's on the
6  committee besides the named authors?
7      A.   Who's in the committee?
8      Q.   Uh-huh.
9      A.   There's probably about 30
10 docs.
11     Q.   Who are they?
12     A.   I can't name them right off
13 the bat.
14     Q.   What was the process in
15 drafting this particular statement?
16     A.   The process?
17     Q.   Uh-huh.
18     A.   It was looking over the
19 literature, collecting and looking over,
20 say, the Seratis, Nilssons, and -- and
21 the -- the meta-analysis that was done by
22 the Cochran studies, the -- you name it,
23 it was put through and looked at to see
24 if there was anything -- any -- where --

17 (Pages 62 to 65)

Timothy B McKinney, MD

1   where they should lie in their opinions
2   on this.
3       Q.   Did you have any personal
4   involvement in this?
5       A.   I did not, other than I got
6   shown it before it got released --
7       Q.   Now, Doctor, you're aware
8   that --
9       A.   -- as a member of AUGS.
10      Q.   -- this was not voted on,
11  correct?
12      A.   It was not voted on.  It was
13  a -- a very strong committee which
14  included the people that we had elected
15  for that position.
16      Q.   This was not an ad hoc
17  group?
18      A.   No, this is more of a
19  committee that we had asked to end up
20  reviewing and coming up with a statement,
21  because we, as -- as AUGS members and
22  SUFU members, which I'm a member of
23  both -- it is very concerning to us that
24  we may have to end up going back in time

1   to doing procedures that are much more
2   aggressive, much more harmful to our
3   patients and -- and much more risky.
4       Q.   Doctor, true or false, this
5   was an ad hoc committee of volunteers?
6           MS. GERSTEL:  Object to
7       form.
8           THE WITNESS:  It is a very
9       strongly academic committee.
10      Howard Goldstein, he's --
11  BY MR. ORENT:
12      Q.   Doctor, that wasn't my
13  question.
14      A.   I'm looking at the names
15  that are listed on here.  They're --
16      Q.   My question is, Doctor --
17      A.   They're a task force, yes.
18      Q.   -- the individuals who
19  wrote this statement, did they volunteer
20  or were they formed on a specific
21  committee for purposes of this?
22          MS. GERSTEL:  Object to the
23      form.
24          THE WITNESS:  I'm not a

1   hundred percent sure of how they
2   were ending up being selected into
3   there, but it was not a very -- it
4   was a very carefully selected
5   group.
6   BY MR. ORENT:
7       Q.   It wasn't an informal
8   process?
9       A.   It was -- if you want to
10  call it informal.  It was -- they weren't
11  volunteered.
12      Q.   Well, let me ask this --
13      A.   They were asked into it
14  by --
15      Q.   -- Dennis Miller was a
16  consultant for Boston Scientific; true?
17      A.   He -- maybe.
18      Q.   He invented the Pinnacle
19  device; true?
20      A.   He did.
21      Q.   Made over five million
22  dollars from Boston Scientific; true?
23      A.   I have no idea.
24      Q.   Howard Goldman works for

1   AMS, correct?
2       A.   He's a professor at
3   Cleveland Clinic and is very reputable.
4       Q.   He's consulted for AMS with
5   their mesh, correct?
6       A.   I doubt it.
7       Q.   Okay.  Are you aware,
8   Doctor, that Dr. Goldman wrote letters to
9   the editor against Dr. Ostergard's
10  articles with Dr. Sternschuss?
11      A.   I've --
12          MS. GERSTEL:  Object to the
13      form.
14          THE WITNESS:  I've seen
15      them.
16  BY MR. ORENT:
17      Q.   Okay.  Were you aware,
18  Doctor, that AMS vetted that article and
19  Dr. Goldman worked with AMS --
20      A.   I know --
21      Q.   -- and did not disclose that
22  fact?
23      A.   I know Cleveland --
24          MS. GERSTEL:  Objection.

18 (Pages 66 to 69)

Timothy B McKinney, MD

1       THE WITNESS: -- Clinic's
2    feeling of -- or any of the
3    Cleveland Clinic people working
4    for them is frowned upon.  Let's
5    put it that way.  So I don't know
6    what extent Dr. Goldman was able
7    to end up participating knowing
8    where he's from and how stringent
9    they are at it.  He does --
10   BY MR. ORENT:
11       Q.   But --
12       A.   He did not make any money,
13   himself, from any kind of work that he
14   would have done for AMS, if he did do
15   anything other than consulting.
16       Q.   So why did Dr. Goldman
17   vet his letter to the editor to AMS's
18   company before trying to get it
19   published?
20       MS. GERSTEL:  Objection.
21       THE WITNESS:  I don't know.
22   BY MR. ORENT:
23       Q.   Paul Tulikangas, which
24   companies did he -- is he -- has he

1    consulted for that make mesh?
2        A.   I can't tell you.
3        Q.   Can you tell me about Eric
4    Rovner?
5        A.   I can tell you that he's the
6    chairman down in --
7        Q.   MUSC, right?
8        A.   -- North Carolina, Charlotte
9    -- Charleston.  Charleston.
10       Q.   He's at MUSC.
11       A.   Oh, okay.
12       Varied procedures.  He was
13   right underneath Alan Wein at Penn.
14   That's when I got to know him a lot.
15   He's president for SUFU or was and very,
16   very difficult to end up having him give
17   opinions, again, unless they're something
18   strong.  He's not a big --
19       Q.   But you don't know as you
20   sit here today which mesh companies he
21   consulted for, correct?
22       A.   I have no idea.
23       Q.   Now, Doctor, you're aware
24   there is a debate in the scientific

1    literature about the safety and efficacy
2    of mesh; you'll agree with that, correct?
3        MS. GERSTEL:  Objection.
4        THE WITNESS:  I -- I believe
5    that you -- that's why all this is
6    coming about, and --
7    BY MR. ORENT:
8        Q.   Okay.
9        A.   -- it's -- it's very
10   bothersome to a lot of us that are seeing
11   the risk factors going towards going back
12   to a procedure that if you -- if you look
13   at the sister trial, that's looking at
14   the Burch and it's looking at the
15   pubic -- pubourethral slings and a
16   comparison, they had a nearly 60-some-odd
17   percent complication rate with -- with
18   the pubovesical slings and Burches.
19   They're big incisions.  They're
20   problematic.  They're -- they fail --
21       Q.   I understand.  I understand.
22       A.   They had a 13 percent
23   success rate --
24       Q.   I understand that that's

1    your position.
2        A.   -- long term.  And so --
3        Q.   My question --
4        A.   -- to go back to that off of
5    one of these things is -- is like asking
6    us to go back decades in advancement for
7    women's health in particular, and it's --
8        Q.   Well, Doctor, my --
9        A.   -- very, very, very --
10       Q.   -- my question is --
11       A.   -- angering to everybody
12   that's in AUGS, SUFU.  I'm also involved
13   in the international societies, IUGA.
14       Q.   Well, Doctor, let me just
15   back up then.  You would agree -- my
16   question is just solely this:  You would
17   agree with me that there are some very
18   reputable urologists, gynecologists, and
19   urogynecologists who oppose the use of
20   transvaginal meshes?
21       A.   That oppose it?
22       Q.   Uh-huh.
23       A.   I'm surprised at some of
24   them right now that are opposed to it,

19 (Pages 70 to 73)

Timothy B McKinney, MD

Page 74

1  because Ostergard put in the most amount
2  of graft material and Gore-Tex because he
3  had --
4      Q.   I understand.
5      A.   -- had money into --
6      Q.   No.
7      A.   -- that company.
8      Q.   No.  My -- my question's
9  just --
10     A.   There's a lot of --
11     Q.   My question is solely: You
12  would agree that there are some very
13  well-respected, credentialed physicians,
14  gynecologists, and urogynecologists who,
15  for whatever reason, oppose the use of
16  vaginal meshes; true?
17     A.   Not in the line of slings.
18  I don't know of -- maybe a couple of
19  physicians, but I don't know how
20  reputable they are at this point, because
21  if they're challenging this and they know
22  the data out there, there's a problem
23  with them.  If they're on your side and
24  they're making a thousand dollars an hour

Page 75

1  and couple of thousand dollars for a
2  deposition, I mean, it's -- it's
3  problematic in my mind with the amount of
4  literature that's out there that's
5  supportive of midurethral slings.
6  It's --
7      Q.   There are.
8      A.   It's staggering.
9      Q.   There are.  There is a body
10  of literature, though, and would you
11  agree not all midurethral slings are
12  created equal?
13     A.   There are different slings,
14  yes.
15     Q.   Some are better than others?
16     A.   They're designed for
17  different purposes.
18     Q.   Well, would you agree that
19  all retropubic slings are not the same?
20         MS. GERSTEL:  Object to the
21     form.
22         THE WITNESS:  The position
23     where they're going through is --
24     they're fairly -- designed for the

Page 76

1  most severe incontinence.  They're
2  the ISD patients.  They have a
3  little bit more positioning, and
4  so there are some nuances in it.
5  BY MR. ORENT:
6      Q.   I'm not asking patient to
7  patient.  I'm asking the sling material,
8  itself.  Is it your position that the
9  safety and efficacy of one sling that's
10  for -- designed for retropubic
11  implantation is equivalent to all
12  slings for --
13         MS. GERSTEL:  Object to the
14     form.
15  BY MR. ORENT:
16     Q.   -- implantation --
17     A.   The majority of them these
18  days are Type I materials with large
19  pore, monofilamentous, polypropylene and
20  they are -- fall into that category.  So
21  as far as the category, they're all in
22  that category.  If there's little nuances
23  on how they're -- they're put together,
24  how they're cut, how they're done, that's

Page 77

1  -- that's a different realm, but these --
2  these are fairly consistent.
3      Q.   Well, when you
4  did your report, fair to say that you --
5  your opinions on TVT and TVT-O, broadly
6  speaking, are relevant -- are designed
7  as opinions related to all midurethral
8  slings?
9          MS. GERSTEL:  Object to the
10     form.
11         THE WITNESS:  There's more
12     data on TVT and TVT-O than on a
13     lot of these companies other --
14     other companies' slings.
15  BY MR. ORENT:
16     Q.   Well, I guess my point is --
17     A.   There's longer data,
18  definitely.
19     Q.   -- with regard to TVT-O, do
20  you have opinions on the performance of
21  TVT-O that are separate and aside from
22  TVT?  Have you pulled out complication
23  rates specific to TVT-O?
24     A.   I have.

Timothy B McKinney, MD

Page 78

1    Q.   And where are they in your
2  report?
3    A.   I'm not sure if they're
4  listed directly as two separate entities,
5  but they were both considered fairly
6  comparable.  I know I put it in there or
7  read it.
8         Really, for the TVT-O, the
9  only difference was a complication within
10 the six months' period of potentially
11 some groin pain with the TVT-O versus the
12 retropubic approach, and there was less
13 risks to the patients with TVT-O, and
14 bladder perfs were -- even getting into
15 the abdominal cavity's less risky from
16 that standpoint.
17   Q.   Doctor, would you agree that
18 TVT and TVT-O have different risk
19 profiles?
20   A.   They have some different
21 risk profiles, yes.
22   Q.   Do you agree that IFUs are
23 the same?
24   A.   I believe that they are the

Page 79

1  same, yes.
2    Q.   And the TVT-O IFU does not
3  call out the specific potential
4  complication of groin pain, correct?
5    A.   It's pretty familiar from
6  any doc wherever these things are going
7  to --
8    Q.   That wasn't my question,
9  Doctor.
10   A.   Whenever you're doing any
11 kind of surgery, it's going to affect the
12 area that it goes through.  So one goes
13 through suprapubically and one goes
14 through the groin.  If you've got a
15 different surgical field that you're
16 going through, it's going to have that
17 extended normal complicating aspect, just
18 like if you did a paravaginal defect
19 repair, you're going to be going out into
20 that obturator area and reattaching
21 things.  There's a risk of pain that's
22 going to be associated with those muscles
23 out there.
24   Q.   Well, you -- you --

Page 80

1    A.   That's the same with this.
2    Q.   First of all, you would
3  agree, though, that the specific nerve
4  injury related to TVT-O was not
5  referenced in the IFU, correct?
6         MS. GERSTEL:  Objection.
7         THE WITNESS:  It's a broad
8  paint stroke that went on with the
9  IFU, and obviously, with the newer
10 IFU, the litany is like this.
11 Why?  Because of all the
12 litigation, it's pushed them
13 towards listing everything under
14 the sun into them.  And so it
15 should be -- the IFU should be
16 looking at just general aspects
17 and writing out something that's
18 not designed to be like everything
19 that could possibly happen.
20 BY MR. ORENT:
21   Q.   Well, urologists typically
22 don't operate in the obturator space, do
23 they?
24         MS. GERSTEL:  Objection.

Page 81

1         THE WITNESS:  They -- if
2  they're dealing with any kind of
3  incontinence, prolapse, or
4  anything, yes, they -- they --
5  BY MR. ORENT:
6    Q.   Not before the TVT-O, did
7  they?
8    A.   Burch.
9    Q.   Going back historically,
10 they did not operate in --
11   A.   Burch, MMK.
12   Q.   -- they didn't operate in
13 the transobturator space, did they?
14   A.   They were out there.  Any
15 hernia repairs, that's all out towards
16 the obturator side of things.  They're --
17 they darn well better know anatomy
18 anyway --
19   Q.   That wasn't my question.
20   A.   -- all around the bladder.
21   Q.   My question to you is very
22 simply:  Urologists, are they used to
23 operating in the obturator space
24 where the TVT-O goes prior to

21 (Pages 78 to 81)

Timothy B McKinney, MD

Page 82

1    this?
2        A.    It's -- it's -- everybody
3    that is a surgeon understands the spaces
4    that --
5        Q.    That's not my --
6        A.    -- the anatomical spaces
7    that they're going through.
8        Q.    -- not my question.
9    Urologists --
10       A.    Yes.
11       Q.    -- before TVT-O --
12       A.    They're surgeons.
13       Q.    -- historically --
14       A.    They're surgeons.
15       Q.    -- did they operate in the
16   transobturator space?
17       A.    They've been in there.
18       Q.    That's your opinion?
19       A.    Yes.
20       Q.    To a reasonable degree of
21   medical certainty --
22       A.    Yes.
23       Q.    -- gynecologists --
24       A.    Gynecologists --

Page 83

1        Q.    -- traditionally did they
2    operate in the transobturator
3    space?
4        A.    They probably didn't maybe
5    know as much about it.  They just said,
6    Oh, we put some of this stuff to that
7    stuff, but they were in the space.
8    Whether they knew it or not is
9    frustrating to me because I've taught a
10   lot of them --
11       Q.    And --
12       A.    -- and they're in there, and
13   they were all around it.
14       Q.    And you don't think Ethicon
15   should have warned them in a space that
16   they weren't typically working in of the
17   specific risk of nerve injury related to
18   transobturator meshes?
19       A.    I think they've --
20           MS. GERSTEL:  Objection.
21           THE WITNESS:  -- been
22   educated long enough.  They've
23   gone through anatomy.  They know
24   it.  They're a surgeon.  They

Page 84

1    should know the anatomy in those
2    spaces.
3    BY MR. ORENT:
4        Q.    Now, Doctor, you would agree
5    with me that the risk profile is
6    different between the TOT and a TVT-O?
7        A.    I'm sorry, repeat it again.
8    I was still back --
9        Q.    Would you agree with me that
10   between a transobturator tape and the
11   TVT-O, and in specific Ethicon, that
12   there's a different risk profile,
13   outside-in versus inside-out?
14       A.    They're very similar.
15       Q.    There's a different risk
16   profile, complication rate, isn't there?
17       A.    Minimal differences.
18       Q.    Okay.  It's a lot greater
19   blind space going with the TVT-O
20   approach, isn't there?
21       A.    It all depends upon whether
22   you've followed the guidelines of using
23   the -- the little guide that goes in or
24   whether you've decided to drop what

Page 85

1    they've given you to help with the
2    placement of it.  And there are surgeons
3    that are -- I'd allow operating on you
4    and surgeons that would allow to operate
5    on my -- my significant family, and other
6    ones that have deviation from the
7    abilities.
8        Q.    But I --
9        A.    Unfortunately, not everybody
10   is created equal as surgeons.  There's
11   knowledge, though, that everybody should
12   have.  When you graduate from school,
13   you've gone through anatomy.  You've had
14   to pass the boards to know the anatomy in
15   all those spaces.  There's no excuse for
16   you to not to, as a surgeon, whether
17   you're a urologist, gynecologist,
18   colorectal surgeon, not to know that
19   space.
20       Q.    The TVT-O was designed for
21   ease of use, correct?
22           MS. GERSTEL:  Object to the
23   form.
24           THE WITNESS:  It was

22  (Pages 82 to 85)

Timothy B McKinney, MD

Page 86

1  designed to avoid the retropubic
2  space which potentially -- while
3  it had -- houses the bladder and
4  potentially could house bowel in
5  it, so it was to decrease the
6  risks of any complications within
7  that space.  So -- and it was seen
8  that the efficacy of it was
9  equivalent for those patients in
10  particular that did not have
11  intrinsic sphincter deficiency --
12  BY MR. ORENT:
13  Q.  And in --
14  A.  -- on urodynamics.
15  Q.  In terms of groin and thigh
16  pain, avoiding injury from the TVT-O
17  device, how does it compare in the
18  literature between the outside-in and
19  inside-out approaches?
20  A.  It's fairly comparable,
21  maybe slightly higher, but there's other
22  groin pain that comes from the
23  outside-in --
24  Q.  Would you agree, Doctor --

Page 87

1  A.  -- and a bigger dissection
2  that you have to make for the outside-in,
3  which leads to other complications of the
4  procedure, which is that you're cutting
5  some of the nerves around the urethra,
6  which leads to a higher risk of intrinsic
7  sphincter deficiency afterwards.  It's --
8  Q.  Doctor, would you agree with
9  me that -- well, strike that.
10  Did you perform a
11  comprehensive literature review to
12  compare the TOT performance to the
13  TVT-O --
14  MS. GERSTEL:  Object to the
15  form.
16  BY MR. ORENT:
17  Q.  -- inside-out versus
18  outside-in?
19  A.  I've looked at that --
20  MS. GERSTEL:  Object to the
21  form.
22  THE WITNESS:  -- in many
23  years, multiple times over the
24  years.

Page 88

1  BY MR. ORENT:
2  Q.  And where in your report is
3  that cited?
4  A.  I probably -- it was a
5  shortened period of time.  I didn't
6  probably put it in, and I probably could
7  have.
8  Q.  And would you agree with me,
9  Doctor, that the erosion rates are
10  different between TVT and TVT-O?  I
11  should say urethral erosion rates.
12  A.  There is a minor increase.
13  Q.  And by percentage points
14  what is that?
15  A.  One or two percentage
16  points.
17  Q.  And in some studies there's
18  actually a doubling; is that right?
19  A.  Depends upon -- I mean, it's
20  rare to begin with, and so rare going to
21  -- from .01 to .02 being a doubling, I
22  guess you could say that it's right,
23  but --
24  Q.  Well, Doctor, did you --

Page 89

1  A.  -- or up to 1 to 2.
2  Q.  -- did you do a
3  comprehensive literature review comparing
4  TVT to TVT-O in terms of urethral erosion
5  rates?
6  MS. GERSTEL:  Objection;
7  asked and answered.
8  THE WITNESS:  I've -- I've
9  looked at the two differences.
10  Obviously, that's why you have --
11  TVT-O has been decreasing some of
12  the -- the risk factors that you
13  can experience with the retropubic
14  approach; however, you need to pay
15  attention more to the patient's
16  diagnosis and you need to really
17  pay attention to their urodynamic
18  data, because there is a falling
19  off of the success rate for an
20  intrinsic sphincter deficiency
21  patient if you're doing an
22  obturator versus a retropubic
23  approach.
24  BY MR. ORENT:

23 (Pages 86 to 89)

Timothy B McKinney, MD

**Page 90**

1    Q.    And that's not in the IFU,
2  correct?
3    A.    There is -- it is not
4  necessarily spoken, and it's not
5  something that they would have known ever
6  at the beginning of -- of these things.
7  There -- and I have used a generalized
8  look at things, at least when I've
9  written it for myself and the products
10  and -- and my company.
11       You -- you're not going to
12  be able to mention everything out there.
13  You got to count on doctors to actually
14  have some brain about them and also to
15  have to follow the literature, because it
16  can change from month to month, year to
17  year, and you're having to end up
18  adjusting it.
19       Doesn't mean that you have
20  to change the IFU. It's a major, major
21  process to end up having to change an
22  IFU. It's just a guideline to keep --
23  keep -- for the major use, not all the
24  little details.

**Page 91**

1    Q.    Now, Doctor, with regard to
2  yourself and your practice, you're --
3  would you say that you're an advocate for
4  use of mesh?
5       MS. GERSTEL: Object to the
6       form.
7       THE WITNESS: Am I an
8       advocate? In the right
9       circumstances, absolutely.
10  BY MR. ORENT:
11    Q.    And Doctor, you left your
12  prior practice in September, correct?
13    A.    It was weaning down, and I
14  finally closed, closed it all by -- by
15  December.
16    Q.    You announced the retirement
17  in September, correct?
18    A.    Yes.
19    Q.    And was that before you were
20  retained by Ethicon in this case?
21    A.    It was before.
22    Q.    And between -- over the
23  years, you've consulted for AMS and
24  Ethicon, correct?

**Page 92**

1    A.    I've consulted for many
2  companies, yes.
3    Q.    What other mesh
4  manufacturers have you consulted for?
5    A.    Boston Sci, Coloplast.
6  Mostly just being asked to -- to -- on a
7  consultant basis to look over a product
8  that they have or something that they
9  wanted to do. Remeex. I don't know what
10  the name of the company is. That's
11  another sling product with an adjustable
12  sling. They ask me my opinions and I'll
13  give it to them, and --
14  BY MR. ORENT:
15    Q.    And over the years, how
16  much money have you made consulting for
17  mesh companies?
18       MS. GERSTEL: Object to
19       form.
20       THE WITNESS: I really
21       couldn't tell you, but it's not
22       been huge.
23  BY MR. ORENT:
24    Q.    In the six figures?

**Page 93**

1    A.    Probably a little under.
2    Q.    Now, Doctor, you've always
3  been a pro-mesh guy, correct?
4    A.    I have been a -- a
5  pro-patient side, and I've grown -- I've
6  been able to experience from going from
7  my program where prolapse surgery was
8  considered a success if everything was
9  held inside. It didn't matter whether
10  the patient peed on themselves, defecated
11  on themselves, or had pain or had no
12  vagina left. It was successful long as
13  the doc looked at it and went, Ah, it's
14  cured.
15       Very frustrating to me. I
16  finished off my residency program, worked
17  with Cullen Richardson on the anatomy
18  just because I -- I felt like there was
19  something different. And so myself, Al
20  Bent, Rogers, there was a litany of
21  high-end physicians. We got together,
22  whoever had a cadaver, and we'd fly in,
23  we'd look over the anatomy. And Cullen
24  was a big firm believer that there

Timothy B McKinney, MD

Page 94

1    were -- it was not stretched in
2    attenuated tissue, it was tears and
3    specific breaks in the endopelvic fascia
4    creating hernias within the pelvic floor.
5            So with that information, we
6    set out to look for ways of doing this.
7    So we were putting together things using
8    just those site specific, need of
9    tissues.  It gets frustrating when you
10   start -- when you think you did the most
11   incredible job and the person falls
12   apart.
13       Q.   You've been using mesh and
14   have been a proponent of it since 1998,
15   correct, or earlier?
16       A.   Earlier.
17       Q.   Okay.  And going back to the
18   AUGS statement, you'd agree with me that
19   you don't really know the true way in
20   which this position statement was
21   adopted, correct?
22           MS. GERSTEL:  Object to the
23   form.
24           THE WITNESS:  It was an

Page 95

1            extensive review and it was
2            definitely passed around to us
3            to -- as a society and utilized
4            our feedback into them, which was
5            extensive.
6    BY MR. ORENT:
7        Q.   Well, Doctor, that -- this
8    -- do you know -- there was no vote,
9    correct?
10       A.   There was a consensus within
11   the meeting.  There were definitely a lot
12   of communications to them.
13       Q.   So you're not disagreeing
14   with me and the information that I'm
15   aware of that says that there was no vote
16   on this, correct?  You're not disagreeing
17   with that, are you?
18       A.   There was no vote on it.
19       Q.   Okay.  And this was written
20   by a single author and then passed around
21   to some people for comment, correct?
22       A.   I don't think --
23           MS. GERSTEL:  Object to
24   form.

Page 96

1            THE WITNESS:  -- that it was
2            a single author.
3    BY MR. ORENT:
4        Q.   The initial draft --
5        A.   There -- there are some
6    letters that -- forthcoming afterwards
7    from the president of AUGS that ended up
8    with the help of all the committee
9    members and whoever else he wanted to
10   share with it, and -- and I -- I know
11   several people that have gotten that
12   information, edited it, passed it back to
13   him to end up coming together with a
14   formalized document at the end.  It is
15   not a one-person.  It is one person
16   acting as the spokesperson --
17       Q.   I understand.
18       A.   -- and that's the president.
19       Q.   The first draft that was
20   sent around, that was a single
21   author, correct?
22       A.   I have no idea.  This is not
23   the first draft.
24       Q.   Right.  And we're not --

Page 97

1    we're not --
2        A.   And I don't know whether
3    it's a single person that wrote that.
4        Q.   Okay.
5        A.   It was --
6        Q.   Ultimately, it was signed
7    onto by the individuals whose names are
8    on there, correct?
9        A.   It was signed on at least by
10   the presidents of each of those
11   societies, which is -- I would anticipate
12   is in here.
13       Q.   Now, Doctor, what negative
14   comments and feedback did that receive
15   before it was published?
16       A.   I think for the most part,
17   it was applauded.
18       Q.   Did it receive some negative
19   feedback to the authors before they
20   finalized it?
21       A.   I'm sure there was
22   opportunity -- if you had an opinion that
23   was a negative one, that there was plenty
24   of open forum for your ability to talk

25 (Pages 94 to 97)

Timothy B McKinney, MD

Page 98

1  about it.
2      Q.   That particular statement,
3  it doesn't list or discuss any
4  complications related to mesh, correct?
5      A.   It just talks about some of
6  the safety and efficacy as compared to
7  what other morbidities are out there.
8      Q.   It doesn't discuss the
9  complications, does it?
10     A.   It doesn't go through
11 specifically the -- the -- the individual
12 papers and what came to their conclusion
13 in there.
14     Q.   And there's only between 10
15 and 14 articles cited, correct?
16     A.   Within those articles are a
17 compilation of multiple, multiple papers
18 that are in -- involved in it.  Other
19 than Nilsson, I thought there -- they had
20 that -- the Cochran 91 or some ridiculous
21 number of peer-reviewed, randomized,
22 controlled trials that were done that
23 were put into that data.
24     Q.   Now, Doctor, do you know

Page 99

1  whether or not only individuals who were
2  for the use of mesh were provided a copy
3  of this --
4      A.   No.
5      Q.   -- before it was released?
6      A.   I'm sure it was given to
7  everybody --
8      Q.   You're sure --
9      A.   -- and at that point --
10     Q.   -- or you think?
11     A.   I'm pretty sure.
12     Q.   And what's the basis for
13 being pretty sure?
14     A.   Just that they were -- it's
15 a very, very, very conservative society,
16 both of them are, and they're not about
17 to go sticking their neck out without
18 approaching people of high quality that
19 they believed would give their fair
20 feedback on it.
21     Q.   Well, again, just focusing
22 on this particular statement, you don't
23 have firsthand knowledge of that, do you?
24     A.   I know that it was passed

Page 100

1  around, and I know --
2      Q.   And you know that you
3  received it, correct?
4      A.   I've seen it, yes.
5      Q.   You don't know who else
6  received it, as you sit here today,
7  correct?
8      A.   I --
9          MS. GERSTEL:  Object to the
10 form.
11         THE WITNESS:  Well, this
12 one, it's -- it's -- everybody's
13 got it.
14 BY MR. ORENT:
15     Q.   Not before it was published?
16     A.   Not before it was published.
17     Q.   Before it was published, who
18 else received it for comment besides you?
19     A.   I'm not sure.
20     Q.   And you've been -- when we
21 talk about letting -- openness to
22 patients, do you tell your patients -- do
23 you believe in being fully open and
24 honest about the potential permanent

Page 101

1  long-term complications of mesh with your
2  patients?
3      A.   Yes.
4          MS. GERSTEL:  Object to
5  form.
6  BY MR. ORENT:
7      Q.   And what do you tell your
8  patients about the controversy of mesh
9  and the dangers of mesh?
10     A.   I was giving them the FDA
11 form.  I was giving them the AUGS and
12 whatever forms were out there.  I also --
13 from day one, all my consent forms have
14 everything listed in it.  It's kind of
15 scary to them because I -- I always start
16 with death.  I go death and then all the
17 complications, infection, erosion,
18 bleeding pain, persistent pain,
19 dyspareunia, and -- and the --
20     Q.   And --
21     A.   -- litany goes on and on,
22 and that's gone from probably the
23 beginning when I left my residency
24 program --

26  (Pages 98 to 101)

Timothy B McKinney, MD

Page 102

1      Q.   Well, Doctor, specific to
2  mesh.
3      A.   The only anything different
4  for mesh would be erosion.
5      Q.   Would you agree with me,
6  Doctor, that it's important to -- strike
7  that.
8          Doctor, did you tell your
9  client -- your patients before using mesh
10 on them that you consulted for Ethicon?
11         MS. GERSTEL:  Object to the
12     form.
13         THE WITNESS:  Did I?
14 BY MR. ORENT:
15     Q.   Uh-huh.
16     A.   Not necessarily.
17     Q.   Okay.  Did you tell them
18 that you consulted for AMS with regard to
19 mesh?
20     A.   It's within my -- my
21 website.  They have my résumé on it and
22 everything.  There are times I wasn't
23 working for Ethicon; in fact, for most of
24 the -- the sling years or I should say

Page 103

1  the -- the latter part when all this
2  graft was, I was more of a consultant for
3  other products for J&J, such as their
4  nerve stimulator pieces rather than their
5  graft materials.  I did more for AMS in
6  there -- in those time periods.
7      Q.   And you also consulted with
8  Boston Scientific and other mesh
9  companies, right?
10     A.   Just mainly giving them my
11 opinions on what I was looking at, what I
12 was seeing and feeling, the tensile
13 strength, the stretchability, the -- the
14 things that you call me as not an expert
15 at the -- all those I -- I think I'm an
16 expert as far as knowing what would feel
17 good in a patient.
18     Q.   And Doctor, you on your
19 website believe it's important to be
20 truthful to your patients, correct?
21     A.   Absolutely.
22     Q.   So, Doctor, why under mesh
23 complications is there no information
24 on your website?

Page 104

1      A.   On whose complication --
2  there was a lot of things on that.  It
3  had listed everything --
4      Q.   There's a lot of things on
5  there, but there's no discussion of
6  complications.  If you click on that,
7  Doctor --
8      A.   Which one was it that you
9  looked at?  I had two websites.  One was
10 really old, and one was, I think, the
11 Institute for Pelvic Medicine, I think it
12 is.
13     Q.   What's the new one?
14     A.   I'll have to get it to you.
15 My partner created it.
16     Q.   Is that Dr. Babin?
17     A.   Yes.  It's extensive.  It's
18 -- it's in three-part harmony, got to be
19 in there because the FDA statement's in
20 there.  So that's -- that's got it all
21 listed out --
22     Q.   Doctor --
23     A.   -- in spades.
24     Q.   -- I'm going to mark as --

Page 105

1          MR. ORENT:  What's the next
2      exhibit?
3          THE COURT REPORTER:  4.
4  BY MR. ORENT:
5      Q.   -- Exhibit 4 one of the
6  pages from your website from clinical
7  research.
8      A.   Uh-huh.
9          - - -
10         (Pelvic-health-surgery.com
11     Clinical Research page printout,
12     marked for identification as
13     Exhibit No. 4.)
14         - - -
15 BY MR. ORENT:
16     Q.   Doctor, do you stand by
17 everything that you put on your website?
18     A.   I don't monitor it.
19     Q.   I've presented a particular
20 statement here, and if you would, read to
21 the jury this statement.
22     A.   Just the headline?
23     Q.   No, the "The FDA
24 requested..."

27 (Pages 102 to 105)

Timothy B McKinney, MD

Page 106

1    A.   Where?
2    Q.   If you go into the --
3    A.   Oh, down below you mean?
4    Q.   -- the body of that
5  paragraph, yeah.
6    A.   Besides the "...chosen to
7  participate in AMS Elevate 522K
8  postmarket study of Vaginal Mesh
9  Placement in Pelvic Organ Prolapse
10  Surgery for the FDA.
11        "The FDA requested some very
12  specific follow-up studies on the
13  placement of mesh via the vaginal route.
14  Dr. Babin and Dr. McKinney are excited to
15  have been chosen to participate --"
16        (Reporter clarification.)
17        THE WITNESS:  "-- are
18    excited to have been chosen to
19    participate in these important
20    studies.  They were chosen to
21    participate due to their
22    experience in placing vagina mesh
23    and the safety records as well as
24    surgical outcomes they have

Page 107

1    experienced over the last decade
2    of placing vaginal mesh in their
3    patients.  Dr. Babin and Dr.
4    McKinney believe these studies are
5    paramount in helping resolve the
6    controversies that currently
7    surround this important option for
8    women who suffer pelvic prolapse
9    and have risk factors for failure
10    of a surgical repair with native
11    tissue alone.  Again, these meshes
12    are already approved by the FDA
13    for use in surgery and many
14    patients have undergone this exact
15    mesh placement over the last
16    several years.  You can feel
17    confident about participating in
18    the study if you are a patient
19    determined to need a mesh for your
20    prolapse repair as it would be the
21    same mesh that would be used if
22    you were not in the study."
23    Q.   And Doctor, do you stand by
24  that paragraph?

Page 108

1    A.   Yes.  We were actually
2  involved in three arms of the study:
3  Native tissue and anterior compartment as
4  well as posterior compartment for use of
5  the mesh.  So they were given all three
6  options to choose from and whichever they
7  chose -- it wasn't randomized control.
8  It was randomized as far as the patient's
9  choice, native tissue or not.
10    Q.   And you say, "Again, these
11  meshes are already approved by the
12  FDA..."  Did I read that piece correctly?
13    A.   They are already approved
14  for use in surgery.
15    Q.   These meshes weren't
16  approved by the FDA prior to this, were
17  they?
18    A.   522, I guess.
19    Q.   They were 510(k).  They were
20  cleared, correct?
21    A.   510(k).  I'm --
22    Q.   And they were not approved
23  for safety and efficacy -- proven safety
24  and efficacy before this, were they?

Page 109

1    A.   It was my thought process
2  that the 510(k) would have been
3  sufficient for use in surgery and,
4  therefore, it was approved that way.
5    Q.   Now, Doctor, did you think
6  your patients were -- do you think your
7  patients had the right know that there
8  was a difference between the two?
9        MS. GERSTEL:  Just want to
10    put an objection on the record to
11    the extent that we're going into
12    transvaginal meshes at this
13    point --
14        MR. ORENT:  Okay.
15        MS. GERSTEL:  -- and
16    transcending beyond the --
17  BY MR. ORENT:
18    Q.   Doctor --
19    A.   That it is -- it's almost
20  like a -- I consider it almost like a
21  splitting of a hair because it is --
22  you're making it sound like these
23  instruments that we were putting in or
24  grafts that we were putting in were not

28  (Pages 106 to 109)

Timothy B McKinney, MD

Page 110

1    approved through a normal process to be
2    able to implant into patients.  These
3    were approved and they were allocated for
4    the use.
5        Q.   Well, Doctor, there's a
6    material difference in what goes into a
7    510(k) and a 522; we -- than a PMA,
8    correct?  We've already discussed that?
9        A.   We've done that, yes.
10        Q.   And so my question to you
11    is:  Do -- did your patients -- did they
12    deserve to know -- do they have a right
13    to know that there is a difference
14    between 510(k) and premarket approval and
15    the processes and the amount of the data
16    that goes into a device through each
17    process before being implanted by you?
18        MS. GERSTEL:  Object to
19        form.
20        THE WITNESS:  Well, these
21        products have been out there for a
22        long time with a lot of -- a lot
23        of data that was on them, as well
24        as for the 510(k).  It's -- the

Page 111

1        original predecessor for these was
2        FDA approved, and, therefore, the
3        510(k) was an extension of that
4        original FDA approval.  So it's
5        kind of splitting hairs when
6        you're saying that it wasn't FDA
7        approved.  It was a -- it was a
8        predicate that was off of an
9        FDA-approved material that was
10        extended through a 510(k)
11        approval.
12    BY MR. ORENT:
13        Q.   What was the ultimate
14    predicate?
15        A.   Oh, God.  ProteGen or
16    something.  I -- I can't -- I -- I can't
17    remember the original --
18        Q.   ProteGen was recalled,
19    wasn't it?
20        A.   It was.
21        Q.   Uh-huh.  So do you think
22    that the patients that you put mesh into
23    had a right to know that the ultimate
24    predicate of the device that relieved the

Page 112

1    need for premarket studies was recalled?
2    Do you think that they should have known
3    that?
4        MS. GERSTEL:  Object to
5        form.
6        THE WITNESS:  I think it
7        should have been up to the FDA to
8        end up not issuing the 510(k)s if
9        they knew that there was anything
10        different from that original
11        predicate device.  It's not for me
12        to end up deciding on it.  It's --
13        it was -- the FDA didn't go ahead
14        and extend it all the way across.
15    BY MR. ORENT:
16        Q.   Well, it's up to --
17        A.   There's so much data that
18    was out there at the time for --
19        Q.   Well, it's up to you to
20    inform your patients, right?  You tell
21    your patients -- you choose what you tell
22    your patients; true?
23        A.   I --
24        MS. GERSTEL:  Object to

Page 113

1        form.
2        THE WITNESS:  I gave them
3        what I thought was the right
4        information about the use of a --
5        a material that has been used for
6        a long time.
7    BY MR. ORENT:
8        Q.   Not in the vagina; true?
9        A.   It's a hernia.  The -- the
10    vaginal prolapse is a hernia.  There is
11    small intestine that falls into there.
12    There is fascial tears that creates the
13    cystoceles, the rectoceles, the
14    enteroceles.  They're hernias.
15        Q.   You would agree that the
16    vagina's a different environment than
17    the abdomen, right?
18        A.   There is skin covering over
19    the fascial defects just like abdominal
20    wall has fascial defects.  It's a little
21    bit thinner material, but nonetheless,
22    there's skin that covers over --
23        Q.   Biomechanically --
24        A.   -- the --

Timothy B McKinney, MD

1    Q.   -- they're different, would
2  you agree?
3    A.   They come up with a lot of
4  resistance and a lot of trauma, just like
5  the abdominal wall can, from being
6  punched, being hit, doing sit-ups.  It's
7  all kinds of forces that are faced on it.
8  The whole reason why we started going to
9  these were because the native tissue in
10 that area was falling apart and creating
11 recurrence of these same issues that the
12 patient suffered, quality of life
13 issues --
14   Q.   Now -- now, Doctor --
15   A.   -- tremendous --
16   Q.   -- with -- you say that this
17 exact mesh placed over the last several
18 years -- you -- this article seems to
19 indicate that Elevate has had a positive
20 experience up to that point in time.
21 Would you agree with me that there were
22 no randomized control trials on Elevate
23 at this time?
24   A.   There were lot of series of

1  case reports and that.
2    Q.   The FDA held a panel in
3  September of 2008 -- 2012, correct?
4    A.   Correct.
5    Q.   And the recommendation of
6  the panel was to reclassify mesh as a --
7  for POP use as a Class III device,
8  correct?
9    A.   They were moving it that
10 way, yes.
11   Q.   And Elevate was one of those
12 devices that was subject to this review,
13 correct?
14   A.   Yup, they all were.
15   Q.   And there were a lot of
16 questions about the safety and efficacy
17 of POP mesh kits at that time,
18 correct?
19   A.   There were a lot of wanting
20 to look, see at these things, yes.
21   Q.   And you don't mention risk
22 factors here.  You actually say, "You can
23 feel confident about participating in
24 this study," right?  That's what you say

1  here?
2    A.   Well, I would -- I'm saying
3  that when I was going to end up offering
4  these patients the -- a choice of using a
5  graft, which I gave them the 2012
6  statement in there from the FDA, that
7  they were aware of what the FDA was
8  looking at, and that's why the 522 was
9  being done.  It was not trying to pull
10 the wool over on patients.  It's -- I was
11 so transparent and very much aboveboard
12 as I thought I had been all throughout my
13 life.
14   Q.   And so, Doctor, you told
15 patients that the risks outweigh the
16 benefits for the use of the Elevate
17 device?
18        MS. GERSTEL:  Object to the
19     form.
20        THE WITNESS:  As far as the
21     risks out -- as far as failure
22     rate, given the options, a lot of
23     these patients -- most of them
24     were recurrent of prolapse.

1  They've already gone through it.
2  They already know that their
3  tissue is suspect.  There are --
4  there are many reasons why they
5  would end up going down those
6  lines.
7  BY MR. ORENT:
8    Q.   Did you specifically tell
9  patients that the scientific literature
10 shows that there is either no anatomic
11 benefit -- excuse me, either no quality
12 of life benefit to the mesh or no
13 anatomic benefit over traditional
14 measures and less complications?
15        MS. GERSTEL:  Object to the
16     form.
17        THE WITNESS:  Again, there
18     are some people that have changed
19     their data out there and success
20     rates and what they're looking at
21     with native tissue versus what's
22     going on with graft materials to
23     expand the acceptance of native
24     tissue repairs, and there's a lot

Timothy B McKinney, MD

| Page 118 |
|---|

1    of conflict in meetings over these
2    changes. So it's rather
3    frustrating to a lot of us that
4    are out there.
5  BY MR. ORENT:
6    Q.    So it's -- it's -- it's your
7  -- I'm going to move on.
8        Doctor, you've also
9  expressed views that you think that --
10 that all of this mesh stuff that we're
11 hearing about is brought about by
12 lawyers, correct?
13       MS. GERSTEL: Object to
14       form.
15       THE WITNESS: I think that
16       there's a -- there are a number of
17       patients that do have issues with
18       mesh; however, there are a lot of
19       patients that have perfectly great
20       success rates that hear over the
21       news and all the advertisements
22       and everything that they should
23       have problems and they qualify for
24       money, and I think they go hunting

| Page 119 |
|---|

1        for ways in which to -- or have
2        searched out people to take out
3        their meshes even though they did
4        not have an issue. And it's
5        rather -- it's rather sickening to
6        say the least.
7  BY MR. ORENT:
8    Q.    And Doctor, how many of your
9  patients are gold diggers like that?
10       MS. GERSTEL: Object to the
11       form.
12       THE WITNESS: There's a
13       company out there that was --
14 BY MR. ORENT:
15   Q.    That wasn't my question. My
16 question is specific to you. In your own
17 personal experience, have you ever had a
18 patient and how many patients have come
19 to you and told you or you have believed
20 are solely out for money and not really
21 suffering from mesh harm?
22   A.    I didn't say that they were
23 looking for --
24       MS. GERSTEL: Objection.

| Page 120 |
|---|

1        THE WITNESS: -- money as
2        much as they get put into their
3        head that everything and their
4        mother can be cured if you only
5        get rid of the mesh. I mean, I
6        have patients come in to me with
7        beautiful results that had rashes
8        that got told from their
9        dermatologist that, Unless the
10       graft gets taken out, you're not
11       going to get rid of your rash.
12       They have pain in their hand, and,
13       Oh, it's coming from the mesh in
14       the vagina.
15       It -- there were a lot of
16       very harmful things that were
17       being put into a lot of patients,
18       and some of them have some issues
19       anyhow in life, and they -- they
20       put it into their heads that they
21       were in trouble, and yet on their
22       physical exam by independent
23       evaluation that they did not have
24       anything that they thought was

| Page 121 |
|---|

1        coming from their mesh, that it
2        was coming from either their
3        back -- they had sciatic nerve
4        problems, they had abdominal
5        incisional problems from old
6        surgeries, they have adhesions,
7        they have any number of things,
8        they had shingles that came up.
9        There --
10 BY MR. ORENT:
11   Q.    Doctor, would you agree with
12 me that you've explanted TVT and TVO --
13 TVT-O products from individuals,
14 correct?
15   A.    I have.
16   Q.    And you've seen erosions,
17 correct?
18   A.    I have.
19   Q.    And you've seen erosions
20 in TVT and TVT-O cases; true?
21   A.    Rare. They were more
22 referrals to me.
23   Q.    And Doctor, you've seen
24 groin pain as a result of TVT-O, correct?

31 (Pages 118 to 121)

Timothy B McKinney, MD

Page 122

1          MS. GERSTEL:  Object to the
2      form.
3          THE WITNESS:  On one case
4      that I wasn't able to treat
5      conservatively --
6  BY MR. ORENT:
7      Q.    And Doctor, how many mesh --
8      A.    -- injectable, meaning --
9          (Reporter clarification.)
10         THE WITNESS:  I said
11     injectable rather than surgical,
12     injectable in the office.
13  BY MR. ORENT:
14     Q.    Doctor, how many mesh
15  complications have you treated?
16     A.    I -- I don't know.
17     Q.    More than a hundred?
18     A.    I have no idea.  Probably
19  within our practice.
20     Q.    More than a thousand?
21     A.    No.
22     Q.    More than 200?
23     A.    I have no -- I -- I can't
24  even guess.

Page 123

1      Q.    And Doctor, are the majority
2  of those mesh complications that you've
3  treated, are they from your practice or
4  from outside of your practice?
5          MS. GERSTEL:  Object to the
6      form.
7          THE WITNESS:  They were from
8      outside.
9  BY MR. ORENT:
10     Q.    And -- but you did have
11  complications within products that you've
12  implanted, correct?
13     A.    Yes.
14     Q.    And you've had erosion?
15     A.    Yes.
16     Q.    You've had dyspareunia?
17     A.    Yes.
18     Q.    Pelvic pain?
19     A.    Yes.
20     Q.    Failure of the device?
21     A.    What do you mean by "failure
22  of the device"?
23     Q.    Failure of the device to
24  treat incontinence; in other words,

Page 124

1  the surgery didn't work.
2      A.    Yeah, recurrence.  Yes.
3      Q.    Recurrence.  Well, I treat
4  those as two separate things.  But
5  you've also had recurrence?
6      A.    Yes.
7      Q.    Point tenderness?
8      A.    Yes.  It's the same kind of
9  things that would occur with pretty much
10  any pelvic surgery that I've done through
11  the years.
12         The good part about my
13  practice is I -- probably a third of my
14  practice is pain, and I have come up with
15  very minimally-invasive ways of taking
16  care of these patients, and are usually
17  nonsurgical in etiology when you're
18  finished with them.  I do simple nerve
19  blocks and neurolysis of the -- the --
20  what you're calling scar tissue,
21  injection of these trigger points, and
22  they all go away, probably close to 80
23  percent on one -- one treatment and one
24  time through my office.

Page 125

1      Q.    And Doctor, with the TVT,
2  have you always used cystoscopy following
3  the procedure?
4      A.    Yes.
5      Q.    That's not in the IFU,
6  is it?
7      A.    It's just a known thing for
8  any incontinence procedure that we look
9  into the -- the bladder.  I mean, I train
10  all my fellows and residents that any
11  time that you're doing any of these
12  surgeries, like hysterectomies, that they
13  should be putting a scope in.  It's
14  just -- in particular, if you're a
15  procedure where you're around the
16  bladder, you should be looking in it.
17     Q.    And Doctor, you've never
18  been told by Ethicon that TVT can rope,
19  correct?
20     A.    Can rope?  No.
21     Q.    That it can curl?
22     A.    No.
23     Q.    That it can degrade?
24     A.    No.

32 (Pages 122 to 125)

Timothy B McKinney, MD

Page 126

1    Q.   That it can release
2   particles, correct?
3    A.   No.
4    Q.   And, in fact --
5    A.   Have I -- have I read it,
6   things about that?  Yes.
7    Q.   Okay.  And what about
8   chronic foreign body reaction; in your
9   opinion, does mesh incite a chronic
10  permanent foreign body reaction as long
11  as the device is in there?
12   A.   I don't believe it's a
13  chronic problem in every single mesh.
14  Even in your study that you looked at,
15  when you pulled it out, there were --
16  less than 50 percent had chronic problems
17  with it.
18   Q.   I guess what I'm asking
19  is not chronic problems.  I'm talking
20  about the actual reaction --
21   A.   It's just an --
22   Q.   -- you know, the --
23   A.   -- inflammatory response
24  that occurs, very isolated, very close to

Page 127

1   where the mesh is.  It's not a field
2   effect that affects and propagates
3   throughout the entire vagina.
4    Q.   Would you agree that it's
5   chronic and permanent as long as the
6   device is in there?
7    A.   It's a -- a steady state
8   that it's at.  It's --
9    Q.   It's not transitory?
10   A.   It's incorporated -- the --
11  the connective tissue incorporates in.
12  You get neovascularization of these
13  grafts.  It becomes the scaffold on which
14  everything is built into, very stable,
15  not chronically inflamed and like you'd
16  think of anything else in the body that
17  you had a -- an abscess or something
18  going on in there.  There's not anything
19  close to that.
20   Q.   But, again, it's certainly
21  not a transitory foreign body reaction,
22  correct?
23   A.   It's a -- it's a reaction
24  that happens from putting any tissue in

Page 128

1   in any situation.
2    Q.   It's permanent?
3    A.   Body kind of walls it off.
4    Q.   And it goes on as long as
5   the implant is in there, correct?
6    A.   It's not a -- what you're
7   talking about and I -- a chronic
8   inflammatory.  It's -- it's an isolated
9   area in which -- where that -- that
10  particular implant is, whether you have
11  hernia areas or you have cardiovascular
12  things, there are -- the -- the materials
13  just are quarantined off by the body, and
14  they are not progressive.
15   Q.   Doctor, with regard to the
16  TVT and Ethicon -- have you ever taught
17  courses for Ethicon, proctored?
18   A.   Yes.
19   Q.   And did you receive money
20  for that?
21   A.   Yes.
22   Q.   Did you receive money for
23  teaching TVT?
24   A.   Yes.

Page 129

1    Q.   Did you receive money for
2   receive -- for teaching TVT-O?
3    A.   Yes.
4    Q.   When did you begin teaching
5   TVT and TVT-O?
6    A.   I can't remember, but it's
7   probably in the '99 year.
8    Q.   And you did it for multiple
9   years?
10   A.   I did it for a few years,
11  yes.
12   Q.   Multiple?
13   A.   A few years, probably two,
14  maybe three.  I don't -- I'm not sure
15  exactly.
16   Q.   And you would agree that TVT
17  and TVT-O, regardless of the rates and
18  regardless of whether they're defective
19  or not, they can cause permanent injury
20  to some women; there are some small --
21  there's some universe of women, however
22  big we can debate, that are permanently
23  injured by mesh --
24   MS. GERSTEL:  Object to the

33 (Pages 126 to 129)

Timothy B McKinney, MD

Page 130

1    form.
2  BY MR. ORENT:
3     Q.   -- including TVT and TVT-O,
4  correct?
5     A.   I think that there are any
6  pelvic surgeries or incontinence
7  surgeries that can end up leading to
8  problems, including death from doing
9  nongraft material cases, probably more
10 from -- from Burches where they've gotten
11 into the obturator vessels and caused --
12    Q.   Okay.  That's --
13    A.   -- all kinds of --
14    Q.   That's not my question.  My
15 question's --
16    A.   I know.
17    Q.   -- just to TVT and TVT-O.
18 Would you agree that there are patients
19 out there who are permanently injured
20 by these devices?
21    A.   I think there -- there are
22 patients that have been affected by a
23 surgical procedure for incontinence,
24 which happened to be TVT or TVT-O.

Page 131

1     Q.   Okay.  Do you agree that the
2  vagina is a clean contaminated space?
3     A.   Well, it is a clean
4  contaminated space.  Hmm.  That's an
5  oxymoron if you put it that way.  There's
6  always bacteria in the vagina.
7        MR. ORENT:  And I think
8        that's about it, Doctor.  Why
9        don't we take a break.  I'm just
10       going to go over my notes here,
11       but I think I think we're about
12       done.
13       (A recess was taken from
14       1:46 p.m. until 1:59 p.m.)
15          - - -
16
17
18
19
20
21
22
23
24

Page 132

1         EXAMINATION
2           - - -
3  BY MS. GERSTEL:
4     Q.   Dr. McKinney, my name is
5  Diana Gerstel, and I'm from the Riker
6  Danzig firm, and we represent Johnson &
7  Johnson and Ethicon in the pelvic mesh
8  litigation.
9        You've been asked some
10 questions by plaintiff's counsel, and I'm
11 going to ask you some follow-up
12 questions.  Are you ready to proceed?
13    A.   Yes.
14    Q.   Dr. McKinney, is it your
15 opinion that the 2015 TVT IFU adequately
16 warns physicians of the potential risks
17 of the device?
18    A.   Yes.
19    Q.   And is it your opinion,
20 Dr. McKinney, that the versions of the
21 TVT IFUs that existed before the 2015
22 version also adequately warned surgeons
23 of the risks of the device --
24    A.   Yes.

Page 133

1        MR. ORENT:  Objection.
2  BY MS. GERSTEL:
3     Q.   -- devices, I should say?
4     A.   Yes.
5     Q.   And what is the basis of
6  your opinion that the IFUs adequately
7  warned surgeons of the risks of the TVT
8  devices?
9        MR. ORENT:  Objection.
10       THE WITNESS:  Well, the IFU
11       is designed to basically cover the
12       basic premise of what can happen
13       with it and particularly the
14       uniqueness of the -- actual
15       device, and the majority of things
16       that are standard to all surgical
17       procedures and particularly for
18       that area should automatically be
19       note -- known by physicians that
20       are operating.  And whether they
21       be urologists, gynecologists,
22       colorectal surgeons, they should
23       all have knowledge of that -- that
24       aspect.

34 (Pages 130 to 133)

Timothy B McKinney, MD

1     So having the -- what was in
2   the original IFU was sufficient
3   enough.
4  BY MS. GERSTEL:
5     Q.   Does your opinion as to the
6  adequacy of the warning information in
7  the TVT IFUs -- is that based in part on
8  your experience as a surgeon?
9     A.   It's definitely based on my
10 experience as a surgeon.  Obviously, it's
11 extensive.  I've gone through training in
12 medical school, residency, and fellowship
13 training.  All throughout the time period
14 you're taught how all these surgeries
15 affect different areas, and so the IFU's
16 just in addition to your own knowledge
17 base of what a surgical procedure would
18 entail and what could potentially happen.
19 So the IFUs just cover what is peculiar
20 to that individual device.
21    Q.   Is your opinion also based
22 on your experience as a faculty member of
23 a medical school and a residency program?
24    A.   Yes.

1     Q.   And is your opinion also
2  based on your review of medical
3  literature?
4     A.   Yes.
5     Q.   Who are the intended users
6  of the TVT IFUs?
7     A.   The intended users are
8  the -- the surgeons involved with it, the
9  staff within the OR, and anybody else who
10 wants to end up praising themselves of
11 the --
12    (Reporter clarification.)
13    THE WITNESS:  -- who is
14 looking at the use of that device.
15 BY MR. GERSTEL:
16    Q.   Is the IFU the sole source
17 of information that surgeons have as the
18 -- strike that.
19    Is the IFU the sole source
20 of information that surgeons have as to
21 the risks of the TVT devices?
22    A.   There's numerous places
23 where we all get our information from.  I
24 hope not everybody is just looking at the

1  IFU.  You've got to have gone through
2  some form of formalized training or at
3  least looked at where these devices are
4  and what their uses are and where it
5  came.
6     And they come from meetings.
7  They come from doing different courses
8  where there could be hands on, either
9  cadaveric or these models for placing
10 the -- the actual devices in.  They were
11 readily available for people to be
12 trained on so that they're not the first
13 time using it -- using it on a patient,
14 or at least you would have a preceptor
15 either coming in with you or to work with
16 you and guide you through, or you were
17 going into somebody's OR that was
18 knowledgeable of the device to be able to
19 ask the questions and pick their brain
20 and understand and see what was going on
21 beforehand.
22    Q.   Do surgeons also learn about
23 the risks of the TVT-O devices in
24 residency and fellowship?

1     A.   They definitely do at this
2  point in time, obviously.  Before 1998,
3  mainly over in Europe, maybe they did --
4  or '97 I should say, but in the States it
5  was just coming about.  But after '98, it
6  was definitely taught in your residency
7  program, in your fellowships, absolutely.
8     Q.   Is pelvic pain a risk that
9  is associated with all stress urinary
10 incontinence surgeries?
11    MR. ORENT:  Objection.
12    THE WITNESS:  Pelvic pain is
13 associated with all reconstructive
14 surgeries, including incontinence
15 procedures.
16 BY MS. GERSTEL:
17    Q.   Is dyspareunia also a risk
18 of all stress incontinence surgeries?
19    A.   Yes.
20    Q.   What are other risks that
21 are risks of the TVT devices that are
22 also risks of all other stress
23 incontinence surgeries?
24    A.   Death, infection, injury to

35 (Pages 134 to 137)

Timothy B McKinney, MD

Page 138

1  any of the surrounding structures,
2  bladder, bowel, nerves, ureters,
3  bleeding. And particularly, there can be
4  suture erosions just like there's graft
5  erosions, damage to the urethra,
6  recurrence of the incontinence or just
7  failure of the procedure, itself, can end
8  up doing it. So that's a large number of
9  the -- the risks.
10      Q.   The pelvic pain and
11  dyspareunia which are -- well, strike
12  that.
13          Is pelvic pain also -- is
14  chronic pelvic pain also a risk of all
15  stress urinary incontinence surgeries?
16      A.   Chronic pain, yes.
17      Q.   And that would include
18  dyspareunia, chronic dyspareunia?
19      A.   It would include
20  dyspareunia. It would include in some
21  instances -- I know when we were doing
22  Burches with -- with permanent suture
23  materials that there would be even some
24  hispareunia because of the pile of

Page 139

1  surgical suture material that would be
2  palpated through the periurethral area.
3      Q.   What is hispareunia?
4      A.   It means pain when a
5  gentleman puts their penis into the
6  vagina.
7      Q.   Doctor, would you agree that
8  the mesh in the TVT devices is a
9  macroporous lightweight polypropylene
10  mesh?
11          MR. ORENT: Objection.
12          THE WITNESS: Yes.
13  BY MS. GERSTEL:
14      Q.   And Dr. McKinney, do you
15  agree that the TVT devices have been
16  demonstrated in the medical literature to
17  be safe and effective in women for the
18  treatment of stress urinary incontinence
19  for up to 17 years?
20      A.   Yes, Nilsson's paper in
21  particular.
22      Q.   What is your opinion as to
23  -- well, strike that.
24          Have any other meshes, other

Page 140

1  than the mesh that is used in the TVT
2  devices, been studied for as long a
3  period of time for the treatment of
4  stress urinary incontinence as the mesh
5  in TVT devices has been?
6          MR. ORENT: Objection.
7          THE WITNESS: No.
8  BY MS. GERSTEL:
9      Q.   Has the safety and efficacy
10  of the TV -- of TVT been studied in
11  multiple long-term studies?
12      A.   Yes.
13      Q.   And has the safety and
14  efficacy of TVT-O been studied in
15  long-term studies?
16      A.   Yes.
17      Q.   Is it desirable to surgeons
18  such as yourself that the TVT-A -- T --
19  excuse me. Strike that.
20          Is it desirable to surgeons
21  such as yourself that the TVT and the
22  TVT-O have been studied in multiple
23  long-term studies?
24      A.   Absolutely, yes.

Page 141

1      Q.   And why is that?
2          MR. ORENT: Objection.
3          THE WITNESS: Why having
4  it -- the data out there? Because
5  it's very helpful in educating our
6  patients, as well as giving us
7  more of a comfort level for the
8  use of the device, especially in
9  the environment that we're in
10  right now.
11  BY MS. GERSTEL:
12      Q.   Dr. McKinney, is it your
13  opinion that reliable data does not show
14  degradation or that there is a
15  clinically-significant long-term chronic
16  inflammatory effect of TVT?
17          MR. ORENT: Objection.
18          THE WITNESS: I'm sorry.
19  Can you read it again?
20  BY MS. GERSTEL:
21      Q.   Yes. Dr. McKinney, is it
22  your opinion that reliable data does not
23  show clinically-significant degradation
24  associated with the TVT devices?

36 (Pages 138 to 141)

Timothy B McKinney, MD

Page 142

1    A.  Yes, there isn't good, tight
2  data.  So, yes, no.
3    Q.  Dr. McKinney, in other
4  words, there is no reliable data showing
5  that degradation of the mesh in the TVT
6  devices occurs to any degree that has a
7  clinical impact on patients; is that
8  true?
9       MR. ORENT:  Objection.
10      THE WITNESS:  That there is
11   -- clinically, there is no
12   evidence that there is a breakdown
13   or degradation of the mesh
14   material or any cytotoxicity.
15 BY MS. GERSTEL:
16    Q.  Is it also your opinion,
17 Dr. McKinney, that reliable data does not
18 show there is a clinically-significant
19 long-term chronic inflammatory effect of
20 TVT on patients?
21      MR. ORENT:  Objection.
22      THE WITNESS:  That is
23   correct.
24 BY MS. GERSTEL:

Page 143

1    Q.  Dr. McKinney, are TVT and
2  TVT-O the gold standard and the standard
3  of care for treating stress urinary
4  incontinence?
5    A.  Yes.
6       MR. ORENT:  Objection.  I'm
7   sorry.
8  BY MS. GERSTEL:
9    Q.  What is the range of overall
10 care and improvement rates for TVT?  Can
11 you say what the -- well, strike that.
12 Let me ask that a better way.
13      Can you tell us what is the
14 rate of overall care and improvement of
15 SUI after implantation of TVT or TVT-O?
16      MR. ORENT:  Objection.
17      THE WITNESS:  Depends upon
18   which study you're looking at, but
19   if you look at the 17-year data, I
20   guess, from Nilsson, I think it
21   was like 91 percent or something
22   for objective, and subjective was
23   87 percent.  But I'd say in all
24   the papers that you read, it can

Page 144

1  range anywhere from around 80
2  percent up to 94 percent.
3       Serati's data for ten years
4   was about -- subjective was 89, 93
5   was objective, and urodynamic cure
6   was 91.  So that's a pretty
7   significant, good paper that was
8   out there.
9  BY MS. GERSTEL:
10    Q.  And Dr. McKinney, what is
11 the range of mesh exposure rates that are
12 seen in -- after implantation of TVT or
13 TVT-O?
14      MR. ORENT:  Objection.
15      THE WITNESS:  Very low.  I
16   think I put it in here somewhere.
17   1.5 percent was roughly the rate
18   for TVT and I believe it's roughly
19   the same for TVT-O.
20 BY MS. GERSTEL:
21    Q.  Can most mesh exposures that
22 occur be conservatively managed?
23    A.  Absolutely, yes.
24    Q.  And --

Page 145

1       MR. ORENT:  Objection.
2  BY MS. GERSTEL:
3    Q.  -- what does conservative
4  management mean?
5    A.  As little as just being
6  applied estrogen therapy, estrogen cream
7  tube, and if there are trigger point pain
8  areas, they can end up being injected
9  with a local to break up some little scar
10 tissue that may be around it and then
11 inject it with a neurolytic.  I use five
12 percent sodium hydrochloride, knocks out
13 the nerve that may be involved in it.
14      But for the most part, we
15 use just hydrodissection and a localized
16 steroid into the area to decrease the
17 inflammation from the -- the irritant and
18 it's sufficient enough to go away.
19 Physical -- physiotherapy, massage of
20 the -- the, you know, muscles and
21 conservative therapy that way.
22    Q.  Dr. McKinney, can you say
23 what percentage of TVT and TVT-O
24 surgeries are associated with -- strike

37 (Pages 142 to 145)

Timothy B McKinney, MD

Page 146

1  that. Let me start that over.
2      Dr. McKinney, can you say
3  what -- in what percentage of TVT and
4  TVT-O surgeries is the complication of
5  pain or dyspareunia seen?
6      MR. ORENT: Objection.
7      THE WITNESS: The -- it's
8  minimal from the -- the actual
9  slings. I believe it's somewhere
10  in the 1 percent range or less.
11  BY MS. GERSTEL:
12  Q.  Is the rate of dyspareunia
13  and pain higher with the Burch procedure?
14  A.  I would say yes, absolutely.
15  Q.  And is it higher with
16  autologous fascial slings?
17  A.  Absolutely.
18  Q.  And the information you're
19  providing as to rates of complications,
20  is that based on -- what is that based
21  on?
22  A.  Well, if you even look at
23  the rates just for the sister study with
24  the Burch and the pubovaginal slings,

Page 147

1  they reported upwards of -- overall
2  adverse events were higher with the
3  fascial sling procedure with it being 63
4  percent of the cases done had adverse
5  events versus 49 percent in the Burch
6  group just between -- everything from
7  pain to voiding dysfunction, urinary
8  tract infections, and the success rates
9  were definitely much poorer in that
10  series study and declined over time,
11  whereas TVT slings and the obturator
12  slings did not really decrease and
13  deteriorate in their success rates.
14  Q.  The rates of complications
15  that you are citing from the medical
16  literature, are those consistent with
17  what you've seen in your own practice?
18      MR. ORENT: Objection.
19      THE WITNESS: They are, I
20  think, a little bit higher than
21  what -- even from my practice.
22  But, obviously, that was one of
23  these major studies that got
24  sponsored, I think by NIH. When

Page 148

1  I'm looking at these, and it was
2  published in New England Journal
3  to begin with, there was
4  subsequent reporting of that in
5  long-term aspects in the Journal
6  of Urology, as well.
7      So it's definitely -- those
8  procedures are very invasive.
9  They're very risk-apparent. I've
10  had to do a lot of takedowns of
11  slings because -- and to do a
12  release for retention from a --
13  that little midurethral tape is a
14  pretty simple procedure. You just
15  have to cut the sling and you're
16  pretty much done for your
17  urethrolysis.
18      When you have one of these
19  major retropubic procedures that
20  you have to do, it's a major
21  dissection of that entire anatomy
22  around the urethra. There's risks
23  of perforating into the bladder,
24  into the urethra, and it is very

Page 149

1  difficult to keep it from
2  re-adhering into that space.
3      So it's -- it's not -- it's
4  not a fun procedure. It is hours
5  and hours and hours of whittling
6  away at the anatomy in there and
7  also causes you to disrupt the
8  nerves to the urethra when you're
9  doing so, so high probability that
10  you're going to have a recurrent
11  or worse incontinence situation
12  after you've done the release
13  versus with a sling. It's almost,
14  I think, 90 percent of those
15  patients that you release it are
16  going to still be successful.
17  BY MS. GERSTEL:
18  Q.  Dr. McKinney, have TVT and
19  TVT-O been recognized as safe and
20  effective by numerous medical societies?
21      MR. ORENT: Object.
22      THE WITNESS: Yes, just
23  about every single reputable one
24  in the world, including NICE,

38 (Pages 146 to 149)

Timothy B McKinney, MD

Page 150

1    including IUGA, International
2    Continence Society, all the ones
3    in the US, SUFU, AUGS, American
4    College of OB/GYN, the American
5    Urology Association, the surgeons
6    -- the surgical societies.  I
7    don't think there's a single one
8    that hasn't acknowledged that this
9    is the standard.
10   BY MS. GERSTEL:
11       Q.   You were asked some
12   questions this morning about the
13   AUGS/SUFU position statement.  I think
14   it's dated January 2014.  And the -- that
15   position statement has recently been
16   updated; is that correct?
17       A.   That is correct.
18       Q.   And that updated AUGS/SUFU
19   statement, which I believe the date of
20   that update was June 23rd, 2016, that
21   position statement was, itself, endorsed
22   by a number of other medical societies;
23   is that correct?
24          MR. ORENT:  Objection.

Page 151

1          THE WITNESS:  Pretty much
2       every one that I just have
3       mentioned has endorsed that --
4       that statement, position
5       statement.
6    BY MS. GERSTEL:
7       Q.   Was it also endorsed by
8    patient advocacy groups?
9       A.   Yes.
10      Q.   And do you know --
11         MR. ORENT:  Objection.
12   BY MS. GERSTEL:
13      Q.   -- which ones those were?
14      A.   What's the -- it's the
15   urological nursing piece and it's an
16   incontinence group.  Can't remember.
17      Q.   Is it NAFC?
18      A.   Yes.
19      Q.   And WHF?
20         MR. ORENT:  Objection.
21         THE WITNESS:  Yes.
22   BY MS. GERSTEL:
23      Q.   And do you know what those
24   stand for?

Page 152

1       A.   The -- I'm sorry.  The --
2    the first initials were?
3       Q.   NAFC.
4       A.   National Association For
5    Continence, I believe.  I know the woman
6    that runs the thing or started it,
7    anyway.  I don't know if she's even still
8    alive.  I -- I can't remember.  Sorry.
9          MR. ORENT:  Just off the
10      record.
11         (Discussion off the
12      stenographic record.)
13   BY MS. GERSTEL:
14      Q.   Dr. McKinney, you were asked
15   some questions about your own consent
16   process with your patients in whom you
17   implanted mesh products.  When you
18   engaged in a consent discussion with your
19   patients, did you engage in a discussion
20   with them as to the risks and benefits of
21   the mesh product at issue that was
22   tailored to each patient?
23      A.   Yeah, it was an extensive
24   time period that I gave them to end up

Page 153

1    understanding the risks, complications.
2    I had pictures on the wall in which I
3    described what their defects were, what I
4    was planning on repairing, where these
5    things were going to end up going.  I had
6    a box of the implantable devices that
7    were sitting there so that they could
8    have their hands on them, touch them,
9    feel them, understand what I was putting
10   in them.
11         But it was very extensive,
12   and like I always said, I always started
13   with the worst complication first; you
14   could die.  Of course, I'd joke to them,
15   and I'd say, Well, but I'll -- I'll kill
16   you if you die.  But it's -- pretty much
17   sets the tone for how extensive I got
18   in -- in the definition.  And it was
19   always typed out at the bottom of my
20   consent forms, perhaps it was overkill,
21   everything to do with graft material,
22   erosions and pain and failures and
23   injury --
24         (Reporter clarification.)

Timothy B McKinney, MD

Page 154

1    THE WITNESS: -- and injury
2  to all the surrounding structures,
3  and I'd list a litany of
4  everything that could potentially
5  be in there.
6  BY MR. GERSTEL:
7    Q.   Dr. McKinney, has any
8  reliable data demonstrated any
9  clinically-significant difference between
10 outcomes with laser-cut mesh and
11 mechanically-cut mesh?
12   A.   There have not.
13   Q.   Dr. McKinney, you were asked
14 about Ethicon company documents.  Did you
15 read Ethicon's patient brochures for the
16 TVT products?
17   A.   Yes.
18   Q.   And did you rely on them?
19   A.   I usually would give them
20 out to the patients, but I didn't
21 completely rely on them myself because I
22 knew what was going on.  But I utilized
23 them as far as helpful to educate and
24 understand and teach other people that I

Page 155

1  was teaching.
2    Q.   Dr. McKinney, were you --
3  well, strike that.
4    Did you read the TVT
5  Surgeon's Resource Monograph?
6    A.   Yes.
7    Q.   And did you have a role in
8  drafting that document?
9    A.   Yes.  There was a group of
10 us that got together, and we sat and put
11 together what we felt were the pertinent
12 education pieces that we learned through
13 that time period at the beginning of when
14 TVT and TVT-O were -- or actually, it was
15 just TVT at that time -- were propagated
16 so we could minimize the learning curve
17 for anybody doing these procedure that
18 would -- we -- we took our experience and
19 put it in there as -- as our best way of
20 approaching each of the sections.
21   Q.   And what's been your
22 experience with IFUs for mesh products as
23 a surgeon?
24   A.   From the IFU aspect, other

Page 156

1  than reading the IFU, I have had
2  experience writing IFUs, myself, so
3  it's -- again, it didn't impress me one
4  way or another.  It was just a -- what I
5  thought was adequate to understand the --
6  the actual TVT or TVT-O when I read them.
7    Q.   Are you experienced as a --
8  as a -- strike that.
9    Have you as a surgeon read
10 the IFUs for a number of different
11 medical devices?
12   MR. ORENT:  Objection.
13   THE WITNESS:  Yes.  I've
14   read them for pretty much the --
15   the Bard products, the Boston Sci
16   products through the years, pretty
17   much, probably hundreds of them.
18 BY MS. GERSTEL:
19   Q.   And you alluded to this
20 earlier, but I believe you testified that
21 you also have experience as the writer
22 of IFUs as well; is that correct?
23   A.   I have.
24   Q.   And could you tell us about

Page 157

1  that, please.
2    A.   Well, for my -- for my
3  products -- I've had to work creating the
4  IFU for my diagnostics products for
5  urodynamics and multiple different
6  products.  Worked with my regular --
7  regulatory department to end up putting
8  those together, as well as the CR
9  reports, and obviously had some guidance
10 from regulatory, but definitely more
11 experience probably than the majority of
12 my fellow surgeons out there just because
13 of that.
14   Q.   Dr. McKinney, do you have
15 expertise in handling and placing the
16 mesh in the TVT devices?
17   A.   I'm sorry.  Could you repeat
18 it?  My -- my stomach was making a --
19   Q.   Dr. McKinney, do you have
20 experience in handling and placing mesh
21 in TVT devices?
22   A.   Yes.
23   Q.   And have you followed your
24 patients' outcomes after placement of TVT

Golkow Technologies, Inc. - 1.877.370.DEPS

Timothy B McKinney, MD

Page 158

1    devices in those patients?
2         MR. ORENT:  Objection.
3         THE WITNESS:  I -- I have
4    and my fellows have looked at the
5    outcomes for pretty much all my
6    pelvic floor surgeries, as well as
7    for incontinence, and we do follow
8    these patients on a regular basis
9    and have questionnaires that the
10   patients had to fill out going
11   along with what their surgical
12   outcomes would be.
13   BY MS. GERSTEL:
14        Q.   As a faculty member of a
15   medical school and residency program and,
16   I believe, a fellowship program --
17        A.   Yes.
18        Q.   -- were you required to
19   continually assess your and your
20   trainees' outcomes with TVT devices?
21        MR. ORENT:  Objection.
22        THE WITNESS:  We looked at
23   our data pretty -- pretty closely
24   to make sure that it was in tune

Page 159

1    with what the -- the rest of the
2    literature was out there.  We had
3    periodically some presentations
4    that we had to do within the
5    department to talk about these.
6         Any major complications
7    ended up coming in and would be
8    reported for an M&M, or mortality
9    and morbidity conferences.
10   Fortunately, not -- not too many
11   in my lifetime have been needed to
12   be brought out for review.
13   BY MS. GERSTEL:
14        Q.   In addition to being
15   knowledgeable of the medical literature
16   on the history of stress urinary
17   incontinence surgeries, were you
18   personally knowledgeable of the history
19   of the different kinds of stress urinary
20   incontinence surgeries?
21        MR. ORENT:  Objection.
22        THE WITNESS:  Obviously, my
23   longevity in life has enabled me
24   to see the evolution of

Page 160

1    incontinence surgeries from its
2    primitive beginning, I think, with
3    doing the Kelly plications, which
4    had a 37 percent success rate, but
5    at the time when I was learning,
6    that was the standard.
7         Needle suspensions I learned
8    because most of the urologists
9    were doing the Pereya or Raz, and
10   every year I was wondering why Raz
11   had modification of the rods, even
12   though he had a hundred percent
13   success rate at the one-year mark.
14   Adoni had a 42 percent.  The
15   Burch, which was what I was
16   taught, had about an 82 percent
17   five-year success rate from
18   Bergman.
19        And this whole series of
20   episodes, I -- I got to witness
21   the -- and that's what I was
22   taught as my backup was the Burch,
23   and then the retropubic sling was
24   like last resort where we'd end up

Page 161

1    either taking and harvesting
2    rectus fascia, or we'd harvest
3    off -- the fascia lata off the
4    leg.
5         I did a lot more of the
6    harvesting off the leg in Africa
7    for patients there for their
8    incontinence because we were
9    dealing with fistulas and risks of
10   the urethra having problems.  So
11   we'd -- and if they had leakage,
12   even if we repaired the fistula,
13   we knew that they wouldn't be able
14   to return to their villages unless
15   they were continent.
16        So at the same time as we'd
17   repair these holes and they were
18   at risk for if we put materials in
19   them such as a TVT, we'd have a
20   higher risk of erosion, and we'd
21   use autologous material in those
22   cases.
23        So I've had a lot of
24   experience with use of those

41 (Pages 158 to 161)

Timothy B McKinney, MD

Page 162

1    autologous side of things, as
2    well, and I got to see uses of
3    Mersilene from, I guess, the Mayo
4    Clinic people that taught me.  I
5    had Glenn Hurt utilizing cadaveric
6    fascias for replacements and for
7    slings, and those -- the data came
8    back that they were being chewed
9    up and spit out and the failure
10   rate was too high.  There was use
11   of Gore-Tex for these things, and
12   that was encapsulated and
13   problematic.
14        So, yeah, through the years
15   I saw a lot of the development of
16   all these different procedures.  I
17   had treated with a laparoscopic
18   Burch utilizing a hernia mesh,
19   Prolene Soft lateral to the
20   urethra, stapled it on and up to
21   Cooper's ligament for -- it was a
22   hernia repair for the incontinence
23   procedure, and that was in the
24   early '90s, as a way in which to

Page 163

1    get more people to be able to
2    repair these laparoscopically
3    rather than throwing sutures,
4    which was really cumbersome and
5    difficult.
6         So, yes, I participated in
7    and moved that through.  And then
8    the TVT came along and there was
9    no need for doing that type of a
10   procedure anymore, so it kind of
11   lost favor and found it so much
12   easier for the patient and for me
13   as a surgeon to end up doing a TVT
14   than it was to do all these major
15   invasive constructions, which you
16   could throw stitches.
17        You had so many risks there.
18   They'd pick up a ureter and tie it
19   off, you could throw stitches into
20   the bladder, you can obstruct
21   things, you can tie them too
22   tight, you can -- your retractors
23   can be right on the obturator
24   nerve, artery, and vein, and there

Page 164

1    was notoriously veins coming out
2    of the obturator canal and up over
3    the bone structure so whenever you
4    were retracting, you oftentimes
5    got a -- a cascade of blood coming
6    down from it.
7         So, yes, there was -- I
8    lived the transformation of
9    incontinence procedure and was
10   relieved when TVT, TVT-O,
11   retropubic slings from all
12   companies came about.
13   BY MS. GERSTEL:
14        Q.   Dr. McKinney, among the
15   Ethicon documents that you reviewed, were
16   there documents pertaining to laser-cut
17   mesh -- the use of laser-cut mesh versus
18   the use of mechanically-cut mesh?
19        A.   There were some documents in
20   there of the -- that there was laser cut,
21   and then there was the straight cut.  So,
22   yes, I am aware of those.
23        MS. GERSTEL:  That's all I
24   have.

Page 165

1         - - -
2         FURTHER EXAMINATION
3         - - -
4    BY MR. ORENT:
5         Q.   Doctor, just some follow-up
6    questions on what counsel just asked you.
7         First of all, you're talking
8    about your -- your follow-up with
9    patients and your tracking of your data.
10   Do you remember those questions?
11        A.   Yes.
12        Q.   What's the lost
13   follow-up at one year for your TVT
14   patients?
15        A.   Fortunately, not very high,
16   because my practice is mainly -- or at
17   that time was mainly from the local area,
18   from down the Jersey shore, over to
19   Pennsylvania area and up.  So we made
20   them come back at basically six weeks,
21   three months, six months, and a year, and
22   then yearly thereafter.  So it was a
23   pretty good follow-up on those patients.
24        Q.   And for how many years did

42 (Pages 162 to 165)

Timothy B McKinney, MD

Page 166

1   they have to come back yearly?
2       A.   For as long as I could
3   possibly get them to come back.
4       Q.   So you felt for the TVT
5   device, it was important to have them
6   come back annually?
7       A.   I felt it was -- for any
8   kind of reconstruction work for what I
9   was doing with my fellows, it was
10  important for them to see the -- the
11  follow-up.
12      Q.   And in regard to the Ethicon
13  TVT product, does it say in the IFU
14  that follow-up should be done on an
15  annual basis each and every year
16  following implantation?
17      A.   Does not.
18      Q.   Okay.  What was your
19  partition [sic] rate after one year --
20  between one and five years in terms of
21  the aggregate data that you have between
22  1998 and 2015?
23      A.   I -- you got to repeat that
24  again, I'm sorry --

Page 167

1       Q.   Sure.
2       A.   -- what your --
3       Q.   Between --
4       A.   -- specific question is.
5       Q.   Sure.  Between years 2 and
6   whatever, 1998, you know, the entire
7   cohort of patients that you've had,
8   what's your participation rate from
9   two years forward in terms of follow-up?
10      A.   My participation rate in
11  following up and making sure that they --
12  they came in?  I told you it was -- it
13  was high.
14      Q.   Right.  But how many of
15  those patients actually came back at year
16  two; how many came back at year three;
17  and what percentage drop-off between
18  years two and three did you see?
19          MS. GERSTEL:  Object to the
20      form.
21          THE WITNESS:  It was
22      significant.  It dropped off just
23      from attrition.
24  BY MR. ORENT:

Page 168

1       Q.   Would you agree that the
2   most significant drop-off was between
3   year one and two?
4       A.   No, two and three.
5       Q.   Two and three?  Okay.  Would
6   you agree that Ethicon does not suggest
7   that follow-up be done at year -- at two
8   years or three years on post-op in the
9   IFU?
10      A.   Well, the -- the most part,
11  the reason why I would have patients come
12  back in is for my own self-edification
13  and for the fellows' follow-up.  It was
14  not something -- I think most of these
15  patients that dropped out had no problems
16  and so they didn't see a reason why they
17  needed to come in, especially when they
18  didn't have a uterus or they're going to
19  see their regular gynecologist.
20          I had fellows calling me to
21  give a questionnaire to see whether or
22  not they had failed or not, and so --
23      Q.   Well --
24      A.   -- most of them that didn't

Page 169

1   come back actually had --
2       Q.   Okay.  So over --
3       A.   -- good results.
4       Q.   Over your entire career,
5   what is your -- what is your complication
6   rate -- your aggregate complication rate
7   at five years?
8       A.   For graft materials?
9       Q.   TVT and TVT-O, specifically
10  those branded products.
11      A.   Okay.  For anybody that had
12  to go back to the OR was probably less
13  than 1 percent.
14      Q.   I'm not asking probably.
15  I'm asking to a -- to an actual number,
16  what is the aggregate complication rate
17  for each -- for all of the complications
18  with TVT at five years.  Not just
19  recurrence -- excuse me, not just
20  reoperation, but your complication rate.
21      A.   Less than 2 percent.
22      Q.   And what is that based on?
23      A.   It's based on an aggregate
24  of who I had to bring back to the OR, any

43  (Pages 166 to 169)

Timothy B McKinney, MD

Page 170

1   pain that was there, any kind of exposure
2   of graft materials.
3        Q.   And how many patients fall
4   into this study?
5        A.   Again, this is non --
6   non-reported materials.  It wasn't peer
7   reviewed or anything, but it's just what
8   we ended up looking at to --
9        Q.   Right.  Well, what I want to
10  try and understand is if you're going to
11  testify to data --
12       A.   Yeah.
13       Q.   -- and tell the jury
14  2 percent, I'm entitled to know the
15  basis of that 2 percent complication
16  rate.  So what I want to know is how many
17  patients 2 percent equals.
18       I want know when those
19  patients experienced complications,
20  whether they were most common within one
21  year, between years one and five.  I want
22  to know what the follow-up is after five
23  years.  All of the types of things that
24  would be reported in peer-reviewed data I

Page 171

1   want to know.
2        And so as you sit here
3   today, are you prepared to answer those
4   questions in that kind of detail?
5        MS. GERSTEL:  Object to the
6        form.
7        THE WITNESS:  I'm probably
8        more inclined to go from the
9        literature side that was peer
10       reviewed than to come off of that
11       data, even though I -- I was
12       pretty proud of the fact that I
13       did follow those patients.
14  BY MR. ORENT:
15       Q.   I understand that.
16       A.   Uh-huh.
17       Q.   Now, you also were asked
18  some questions about the IFU, correct?
19       A.   Yes.
20       Q.   And you mentioned something.
21  You mentioned, actually, a couple of
22  things.  You mentioned that the basic
23  premise was that in an IFU, it's your
24  opinion that not all risks should be

Page 172

1   shown, but the unique risks of a device
2   should be known -- should be stated in
3   the IFU; is that right?
4        A.   Yes.
5        Q.   And would you agree with me
6   that when TVT was launched in 1998, the
7   vast majority of doctors between 1998 and
8   2007 that were using TVT hadn't had a lot
9   of experience using other graft --
10  artificial synthetic graft materials
11  prior to TVT?
12       MS. GERSTEL:  Object to the
13       form.
14       THE WITNESS:  That's kind of
15       up in the air, but -- because
16       there were a lot of graft
17       materials being used, pledgets.
18       There were all kinds of things by
19       urologists being used that were --
20  BY MR. ORENT:
21       Q.   Would you agree that TVT
22  sort of opened the floodgates to
23  polypropylene mesh as -- utilized as a
24  tape midurethral sling with the Integral

Page 173

1   Theory for this treatment of stress
2   urinary incontinence?
3        A.   Yes.
4        MS. GERSTEL:  Object to the
5        form.
6   BY MR. ORENT:
7        Q.   And that doctors previously
8   hadn't used a midurethral sling in the
9   way that TVT had been used originally in
10  2008 in the United States?
11       A.   Yeah, it was a different --
12       MS. GERSTEL:  Object to the
13       form.
14       THE WITNESS:  -- philosophy
15       from the use of slings in the
16       past.  We're more towards the
17       support of the urethra/vesical
18       junction rather than the
19       midurethra, although Tanagho
20       believed that the mid -- his
21       modification of the Burch was a
22       midurethral stitch there.  He
23       thought that that stitch was the
24       most important because that's

44 (Pages 170 to 173)

Timothy B McKinney, MD

Page 174

1    where the maximum urethral closure
2    pressure was and the most --
3    closest to the anatomical defect
4    that he thought was there, which
5    was a tear of that pubourethral
6    ligament.
7        So that's where the
8    midurethral sling and the Integral
9    Theory and Tanagho's thoughts --
10   thought process in the
11   incontinence procedures that
12   developed --
13   BY MR. ORENT:
14       Q.   And up till 2014, there was
15   no boarding for urogynecologists,
16   correct?
17       A.   '13.
18       Q.   '13, sorry, there was no
19   boarding for urogynecologists, correct?
20       A.   There was not a formal
21   board.  No, there was not.
22       Q.   And there were -- wouldn't
23   you agree that that first generation of
24   folks using TVT were entitled to know

Page 175

1    about the nature and severity of
2    complications with synthetics that they
3    previously hadn't been exposed to?
4        MS. GERSTEL:  Object to the
5    form.
6        THE WITNESS:  I don't know
7        what you're trying to drive at,
8        but it was pretty well known that
9        there were risks and complications
10       to any kind of surgical
11       intervention.  Any time that
12       you're using a permanent material,
13       suture or otherwise, you had risk
14       of it showing up, and it was known
15       to most of these physicians that
16       there could be issues.
17   BY MR. ORENT:
18       Q.   Do you agree that a doctor
19   should be able to rely on an IFU, once
20   it's already printed, that the doctor
21   should be able to rely upon it for
22   contraindications?
23       A.   I'd say that probably only
24   about 10 percent even read the IFUs.

Page 176

1        Q.   But do you think that it
2    should be truthful and reliable when
3    it's out there?
4        A.   I think that it --
5        MS. GERSTEL:  Object to the
6        form.
7        THE WITNESS:  -- should be a
8        useful piece of information to end
9        up reading through and
10       understanding how to use the
11       device and what the -- the side --
12       sideline activity or misadventures
13       could be.
14   BY MR. ORENT:
15       Q.   And so you would agree that
16   when material is in an IFU, which would
17   be -- in terms of contraindications, a
18   doctor should be able to rely upon that?
19       A.   They should be able to read
20   it and understand a general concept of
21   what can potentially happen.
22       Q.   And should a doctor who
23   reads an IFU be able to understand the
24   warnings in the IFU?

Page 177

1        A.   Should be able to.
2        Q.   Okay.  And for TVT, in fact,
3    the -- when TVT was brought over to the
4    United States, the cohort that had the
5    17-year experience was done in Europe,
6    correct?
7        A.   Nilsson.
8        Q.   And, in fact, the procedure
9    or the implant technique that was used on
10   those folks was actually different than
11   the implant technique used in the United
12   States, correct?
13       A.   Not -- it all depends.
14       Q.   Well, the -- let me ask you
15   this:  The original implant technique
16   in Europe was done with the patients
17   awake, correct?
18       A.   A lot of them.
19       Q.   And --
20       A.   Some were even done with
21   spinal anesthesia, so that's --
22       Q.   Well, that's -- that was
23   going to be my next question.
24       A.   Yeah.

45 (Pages 174 to 177)

Timothy B McKinney, MD

Page 178

1   Q.   And that was designed --
2   A.   It was a different --
3   Q.   -- for tensioning of the
4  device, correct?
5   A.   The spinal, I had a problem
6  with them doing it that way, but it was
7  more for the passage of the needles to
8  make sure that the patients were in
9  position.  It also had something to do
10 with waking them up and having them
11 participate, yes.
12   Q.   And that was -- important in
13 the original study was -- the proper
14 tensioning of the device done while the
15 patient was awake allows the doctor to
16 know that the doctor has left the device
17 tension free, but also that it's
18 preventing incontinence from occurring,
19 correct?
20   A.   Well, if you fill the
21 bladder over there, yes.  If you did a
22 cough stress test associated with it.  We
23 can do that in the States, even if you
24 did use general anesthesia or a form of

Page 179

1  it.  You can have the anesthesiologist
2  wake them up, bring them light and --
3  and/or have them gag on their -- their ET
4  tube.
5   Q.   But that's not done in the
6  United States typically, correct?
7   A.   Well --
8   Q.   It's not in the IFU?
9   A.   -- again, there -- there's a
10 lot of slings that were done in Europe
11 that weren't just slings.  They were also
12 concomitant surgeries and that --
13   Q.   Well, I --
14   A.   There were confounding
15 factors that are involved in a lot of
16 these, particularly in the US, too.
17   Q.   I understand that.
18      MS. GERSTEL:  Can I ask what
19   our time is?
20      (Discussion off the record.)
21 BY MR. ORENT:
22   Q.   So, Doctor, would you
23 disagree with me that that original
24 procedure is different than the

Page 180

1  procedure that's in the TVT IFU that was
2  brought over into the United States?
3   A.   Not necessarily.  It was --
4  there's multiple variations of doing it.
5  That's fielder's choice, and I've -- I've
6  done it the way it's done over in Europe.
7  That's a lot of way I -- in which I
8  taught mine.  But when I've got general
9  anesthesia for other procedures and
10 obviously trying to bring them out to
11 make them lighter or have them gag on
12 their tubes and -- there -- there's been
13 so much data coming out on when you do
14 spinal injections, whether it changes the
15 pelvic floor.  They're paralyzed, so what
16 good is it to -- to have them cough if
17 their pelvic floor isn't going to work
18 anyway?  So, yes, lots of -- lots of
19 variations.
20      MR. ORENT:  All right.  I
21   have no further questions.  Thank
22   you, Doctor.
23      (Deposition concluded at
24   2:52 p.m.)

Page 181

1      C E R T I F I C A T E
2
3      I HEREBY CERTIFY that the witness,
4  TIMOTHY B. McKINNEY, M.D., was duly sworn
5  by me and that the deposition is a true
6  record of the testimony given by the
7  witness.
8
9      It was requested before the
10 completion of the deposition that the
11 witness, TIMOTHY B. McKINNEY, M.D., have
12 the opportunity to read and sign the
13 deposition transcript.
14
15
16
   CONSTANCE E. PERKS, CRR, CLR, CRC, RSA
17 Notary Public I.D. #2381708
   Certified Court Reporter #300XI01429
18 Certified Realtime Systems Administrator
19
20      (The foregoing certification of
   this transcript does not apply to any
21 reproduction of the same by any means,
   unless under the direct control and/or
22 supervision of the certifying reporter.)
23
24 Dated:  July 8, 2016

46  (Pages 178 to 181)

Timothy B McKinney, MD

---

Page 182

INSTRUCTIONS TO WITNESS

    Please read your deposition over carefully and make any necessary corrections.  You should state the reason in the appropriate space on the errata sheet for any corrections that are made.
    After doing so, please sign the errata sheet and date it.
    You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.
    It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 183

- - - - - -
E R R A T A
- - - - - -

PAGE LINE CHANGE
_____
REASON: _____
_____
REASON: _____
_____
REASON: _____
_____
REASON: _____
_____
REASON: _____
_____
REASON: _____
_____
REASON: _____
_____
REASON: _____
_____
REASON: _____

Page 184

ACKNOWLEDGMENT OF DEPONENT

    I,_____, do hereby certify that I have read the foregoing pages (1 - 185) and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____  _____
TIMOTHY B. McKINNEY, M.D.      DATE

Subscribed and sworn to before me this _____ day of _____, 20____.

My commission expires:_____

_____
Notary Public

Page 185

LAWYER'S NOTES
PAGE LINE
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____

47 (Pages 182 to 185)

| A | | | |
|---|---|---|---|
| | 159:14 | 114:21 121:11 | andersons 46:4 |
| abdomen 113:17 | additional 20:12 | 127:4 129:16 | anesthesia |
| abdominal | adequacy 134:6 | 130:18 131:1 | 177:21 178:24 |
| 78:15 113:19 | adequate 156:5 | 139:7,15 168:1 | 180:9 |
| 114:5 121:4 | adequately | 168:6 172:5,21 | anesthesiologist |
| abilities 85:7 | 132:15,22 | 174:23 175:18 | 179:1 |
| ability 25:1 | 133:6 | 176:15 | angering 73:11 |
| 97:24 | adhesions 121:6 | ah 93:13 | announced |
| able 9:20 12:8 | adjustable 92:11 | ahead 18:13 | 91:16 |
| 38:18 47:2,7 | adjusting 90:18 | 112:13 | annual 166:15 |
| 60:10 70:6 | administrator | ahmed 32:21 | annually 166:6 |
| 90:12 93:6 | 181:18 | 33:9,9,10,23 | answer 4:2 6:9 |
| 110:2 122:4 | adoni 160:14 | air 172:15 | 6:14,22 14:20 |
| 136:18 161:13 | adopted 94:21 | al 93:19 | 14:22 15:18 |
| 163:1 175:19 | advancement | alan 71:13 | 18:10 171:3 |
| 175:21 176:18 | 73:6 | alive 152:8 | answered 15:24 |
| 176:19,23 | adverse 147:2,4 | allocated 110:3 | 16:12,23 17:23 |
| 177:1 | advertisements | allow 23:19 85:3 | 18:8,10 20:8 |
| aboveboard | 118:21 | 85:4 | 89:7 |
| 116:11 | advocacy 151:8 | allowed 23:11 | answers 184:8 |
| abscess 127:17 | advocate 91:3,8 | allows 178:15 | anterior 11:8 |
| absolutely 91:9 | affect 79:11 | alluded 156:19 | 108:3 |
| 103:21 137:7 | 134:15 | alteration 44:3 | anticipate 97:11 |
| 140:24 144:23 | africa 161:6 | america 50:24 | antioxidant 52:8 |
| 146:14,17 | aggregate | american 10:2 | 52:15 |
| academic 64:9 | 166:21 169:6 | 150:3,4 | antioxidants |
| 67:9 | 169:16,23 | amount 26:8 | 52:24 |
| acceptance | aggressive 67:2 | 74:1 75:3 | anybody 135:9 |
| 117:23 | ago 48:5 | 110:15 | 155:17 169:11 |
| accommodate | agree 6:5 11:22 | ams 69:1,4,18 | anymore 163:10 |
| 6:20,23 | 18:15 19:12,15 | 69:19 70:14 | anyway 81:18 |
| accurate 182:20 | 20:1 26:24 | 91:23 102:18 | 152:7 180:18 |
| acknowledged | 29:12 33:8,12 | 103:5 106:7 | apart 94:12 |
| 150:8 | 35:2,16,23 | amss 70:17 | 114:10 |
| acknowledgm... | 36:5,10,17,24 | analysis 49:9 | appear 19:22 |
| 184:2 | 38:9 43:5,6,10 | 60:2 | 20:2,4 39:22 |
| acting 96:16 | 43:11 55:14 | anatomic 117:10 | appearances 2:1 |
| activity 176:12 | 56:2 59:18 | 117:13 | applauded |
| actual 22:23 | 62:17 72:2 | anatomical 82:6 | 97:17 |
| 47:8 51:1,2 | 73:15,17 74:12 | 174:3 | applied 145:6 |
| 126:20 133:14 | 75:11,18 78:17 | anatomy 81:17 | apply 181:20 |
| 136:10 146:8 | 78:22 80:3 | 83:23 84:1 | approach 78:12 |
| 156:6 169:15 | 84:4,9 86:24 | 85:13,14 93:17 | 84:20 89:14,23 |
| ad 66:16 67:5 | 87:8 88:8 | 93:23 148:21 | approaches |
| addendum 62:6 | 94:18 102:5 | 149:6 | 86:19 |
| addition 134:16 | 113:15 114:2 | anderson 46:7 | approaching |

| | | | |
|---|---|---|---|
| | | | 99:18 155:20 |
| | | | appropriate |
| | | | 34:18 182:6 |
| | | | approval 29:20 |
| | | | 30:6 31:16,19 |
| | | | 110:14 111:4 |
| | | | 111:11 |
| | | | approved |
| | | | 107:12 108:11 |
| | | | 108:13,16,22 |
| | | | 109:4 110:1,3 |
| | | | 111:2,7 |
| | | | approximately |
| | | | 5:19 26:1 |
| | | | area 44:16 79:12 |
| | | | 79:20 114:10 |
| | | | 128:9 133:18 |
| | | | 139:2 145:16 |
| | | | 165:17,19 |
| | | | areas 128:11 |
| | | | 134:15 145:8 |
| | | | arms 108:2 |
| | | | artery 163:24 |
| | | | article 9:24 |
| | | | 69:18 114:18 |
| | | | articles 69:10 |
| | | | 98:15,16 |
| | | | artificial 172:10 |
| | | | aside 21:5 36:21 |
| | | | 50:21 77:21 |
| | | | asked 6:11 |
| | | | 13:16 15:24 |
| | | | 16:12,23 17:23 |
| | | | 18:8 66:19 |
| | | | 68:13 89:7 |
| | | | 92:6 132:9 |
| | | | 150:11 152:14 |
| | | | 154:13 165:6 |
| | | | 171:17 |
| | | | asking 5:14 |
| | | | 21:20 23:17 |
| | | | 30:23 44:7,8 |
| | | | 57:24 73:5 |
| | | | 76:6,7 126:18 |
| | | | 169:14,15 |
| | | | aspect 12:5 37:8 |

79:17 133:24
155:24
**aspects** 27:5
59:4 80:16
148:5
**assess** 158:19
**associated** 79:22
137:9,13
141:24 145:24
178:22
**association**
43:21 150:5
152:4
**attached** 182:12
184:11
**attention** 89:15
89:17
**attenuated** 94:2
**attorney** 182:16
**attrition** 167:23
**augs** 3:14 59:18
59:19 61:21
62:2,16,24
63:2 66:9,21
73:12 94:18
96:7 101:11
150:3,13,18
**author** 95:20
96:2,21
**authors** 65:6
97:19
**autologous**
146:16 161:21
162:1
**automatically**
133:18
**available** 60:7,8
136:11
**avenue** 2:7,13
**avoid** 86:1
**avoiding** 86:16
**awake** 177:17
178:15
**aware** 29:22
30:1,15 31:9
33:21 66:7

69:7,17 71:23
95:15 116:7
164:22

_____
**B**
_____
**b** 1:14 3:3,9 5:2
181:4,11
184:16
**babin** 104:16
106:14 107:3
**back** 12:12
30:23 36:22
39:17 43:24
46:5 48:9,9
49:23 53:13,14
61:1,14 66:24
72:11 73:4,6
73:15 81:9
84:8 94:17
96:12 121:3
162:8 165:20
166:1,3,6
167:15,16
168:12 169:1
169:12,24
**backup** 160:22
**bacteria** 40:14
40:24 131:6
**bacterial** 41:5
**banner** 28:8
**bard** 156:15
**base** 56:15
134:17
**based** 24:5
50:12 134:7,9
134:21 135:2
146:20,20
169:22,23
**basic** 133:12
171:22
**basically** 33:24
133:11 165:20
**basis** 92:7 99:12
133:5 158:8
166:15 170:15
**bat** 65:13

**beautiful** 120:7
**beginning** 90:6
101:23 155:13
160:2
**believe** 9:7,21
41:24 42:1
54:6 56:12
60:6 72:4
78:24 100:23
103:19 107:4
126:12 144:18
146:9 150:19
152:5 156:20
158:16
**believed** 99:19
119:19 173:20
**believer** 93:24
**belong** 63:19
**benefit** 117:11
117:12,13
**benefits** 116:16
152:20
**bent** 93:20
**bergman** 11:3
160:18
**best** 24:20,23
155:19
**better** 13:8,11
19:3 25:5 33:2
34:11 35:21
75:15 81:17
143:12
**beyond** 109:16
**big** 71:18 72:19
93:24 129:22
**bigger** 87:1
**billed** 26:2
**biomechanical...**
113:23
**biomedical** 32:1
**bit** 34:4 60:10
76:3 113:21
147:20
**bladder** 17:6,9
78:14 81:20
86:3 125:9,16

138:2 148:23
163:20 178:21
**bleeding** 101:18
138:3
**blind** 84:19
**blocks** 124:19
**blood** 164:5
**board** 64:22
174:21
**boarding** 174:15
174:19
**boards** 63:18
85:14
**body** 35:10
44:12 75:9
106:4 126:8,10
127:16,21
128:3,13
**bone** 164:3
**boston** 51:21
68:16,22 92:5
103:8 156:15
**bothersome**
72:10
**bottom** 153:19
**bowel** 17:6 86:4
138:2
**box** 153:6
**brain** 90:14
136:19
**branded** 169:10
**break** 6:18,23
19:6 49:5
131:9 145:9
**breakdown**
42:10,14 43:21
142:12
**breaks** 94:3
**brian** 3:13 7:4
7:13
**bring** 8:2 169:24
179:2 180:10
**bringing** 24:20
**broad** 80:7
**broadly** 77:5
**brochures**

154:15
**brought** 12:5
37:21 118:11
159:12 177:3
180:2
**built** 127:14
**burch** 11:10
72:14 81:8,11
146:13,24
147:5 160:15
160:22 162:18
173:21
**burches** 72:18
130:10 138:22
**business** 29:17

_____
**C**
_____
**c** 181:1,1
**cadaver** 93:22
**cadaveric** 34:9
136:9 162:5
**call** 27:11 68:10
79:3 103:14
**called** 60:12
**calling** 124:20
168:20
**canal** 164:2
**cant** 46:12,19
49:9 65:12
71:2 111:16,16
122:23 129:6
151:16 152:8
**cardiovascular**
128:11
**care** 11:13
124:16 143:3
143:10,14
**career** 169:4
**carefully** 68:4
182:4
**carolina** 71:8
**cascade** 164:5
**case** 24:12 42:4
43:18 53:7
91:20 115:1
122:3

cases 1:9 42:8
    43:19 121:20
    130:9 147:4
    161:22
categories 19:20
    32:24
category 76:20
    76:21,22
catheter 12:11
cause 129:19
caused 130:11
causes 149:7
caustic 13:14
cavitys 78:15
centimeter
    17:15
certain 49:3
certainly 127:20
certainty 44:6
    51:6 82:21
certification
    181:20
certified 1:18
    181:17,18
certify 181:3
    184:5
certifying
    181:22
chain 43:3
chairman 71:6
challenged 38:3
challenging
    74:21
change 90:16,20
    90:21 183:4
changed 117:18
changes 54:7
    118:2 180:14
    182:11 184:10
changing 37:15
characterizing
    33:24
charleston 1:3
    71:9,9
charlotte 71:8
chemical 44:3

51:20 57:11
chewed 162:8
choice 108:9
    116:4 180:5
choose 108:6
    112:21
chose 52:22
    108:7
chosen 41:12
    106:6,15,18,20
chronic 126:8,9
    126:13,16,19
    127:5 128:7
    138:14,16,18
    141:15 142:19
chronically
    127:15
circumstances
    91:9
cite 22:8 25:8
cited 88:3 98:15
citing 147:15
clarification
    106:16 122:9
    135:12 153:24
class 115:7
clean 131:2,3
cleared 108:20
cleveland 2:8
    69:3,23 70:3
click 104:6
client 102:9
clinic 38:1 69:3
    70:3 162:4
clinical 3:16
    13:2 43:15
    44:23 45:4,7
    50:13 105:6,11
    142:7
clinically 142:11
clinicallyrelev...
    42:6
clinicallysigni...
    141:15,23
    142:18 154:9
clinics 70:1

close 124:22
    126:24 127:19
closed 91:14,14
closely 158:23
closer 25:23
closest 174:3
closure 174:1
clr 1:18 181:16
cochran 47:20
    65:22 98:20
cohort 167:7
    177:4
collecting 65:19
college 150:4
coloplast 92:5
colorado 8:13
colorectal 85:18
    133:22
com 1:24 2:4,9
    2:15 3:15
    105:10
combined 63:2
come 58:7 60:17
    62:4 114:3
    119:18 120:6
    124:14 136:6,7
    165:20 166:1,3
    166:6 168:11
    168:17 169:1
    171:10
comes 42:16
    86:22
comfort 14:2
    141:7
coming 10:22
    57:21 62:11
    66:20 72:6
    96:13 120:13
    121:1,2 136:15
    137:5 159:7
    164:1,5 180:13
commencing
    1:16
comment 25:3
    95:21 100:18
commenting

54:17
comments 97:14
commission
    184:22
committee 64:21
    65:5,6,7 66:13
    66:19 67:5,9
    67:21 96:8
committees 60:3
    63:23
common 170:20
communicatio...
    95:12
companies 49:3
    70:24 71:20
    77:13,14 92:2
    92:17 103:9
    164:12
company 25:4,5
    29:16 30:24
    70:18 74:7
    90:10 92:10
    119:13 154:14
companys 24:18
comparable
    78:6 86:20
compare 86:17
    87:12
compared 58:19
    98:6
compares 31:11
comparing 89:3
comparison
    14:18 40:18
    72:16
compartment
    108:3,4
compilation
    50:4 60:1
    98:17
complete 45:19
completely
    154:21
completion
    181:10
complicating

79:17
complication
    17:12,20 18:6
    19:16,18 72:17
    77:22 78:9
    79:4 84:16
    104:1 146:4
    153:13 169:5,6
    169:16,20
    170:15
complications
    14:18 16:18,19
    17:1,4 18:1,19
    22:2 86:6 87:3
    98:4,9 101:1
    101:17 103:23
    104:6 117:14
    122:15 123:2
    123:11 146:19
    147:14 153:1
    159:6 169:17
    170:19 175:2,9
comprehensive
    19:24 87:11
    89:3
concept 176:20
concerning
    66:23
conclude 6:10
concluded
    180:23
conclusion
    98:12
concomitant
    179:12
conferences
    159:9
confident
    107:17 115:23
conflict 118:1
confounding
    179:14
confused 21:17
connective
    127:11
consensus 62:20

63:3 95:10
**consent** 101:13
152:15,18
153:20
**conservative**
99:15 145:3,21
**conservatively**
122:5 144:22
**consider** 48:20
59:6 109:20
**considered** 78:5
93:8
**consistent** 77:2
147:16
**constance** 1:17
181:16
**constructions**
163:15
**consultant** 68:16
92:7 103:2
**consulted** 69:4
71:1,21 91:23
92:1,4 102:10
102:18 103:7
**consulting** 70:15
92:16
**contaminated**
131:2,4
**continence**
59:10 150:2
152:5
**continent**
161:15
**continually**
158:19
**contraindicati...**
175:22 176:17
**control** 108:7
114:22 181:21
**controlled** 98:22
**controversial**
44:12
**controversies**
107:6
**controversy**
43:12 101:8

**coopers** 162:21
**copy** 7:19 9:4,8
9:10 99:2
**corporate** 22:10
22:14 24:6,11
25:9 26:11,17
27:11
**correct** 5:17,18
5:24 9:1,8,16
12:1 16:6
18:20 19:22
20:21,22,24
21:8 22:10,11
23:13 25:10,11
28:21 29:13,23
30:2,3,6,19
31:12,19,23,24
32:2,3,5,6,8,9
32:11,12,14,15
33:14 35:14
36:2,3 47:12
48:8 51:3 53:1
55:23 58:6
59:20 62:3,19
63:11 64:1,12
64:16,19 66:11
69:1,5 71:21
72:2 79:4 80:5
85:21 90:2
91:12,17,24
93:3 94:15,21
95:9,16,21
96:21 97:8
98:4,15 100:3
100:7 103:20
108:20 110:8
115:3,4,8,13
115:18 118:12
121:14,17,24
123:12 125:19
126:2 127:22
128:5 130:4
142:23 150:16
150:17,23
156:22 171:18
174:16,19

177:6,12,17
178:4,19 179:6
184:7
**corrections**
182:5,7 184:10
**correctly** 108:12
**cough** 178:22
180:16
**couldnt** 92:21
**counsel** 2:5,15
23:22 27:22
28:1 132:10
165:6
**count** 90:13
**country** 55:6
58:13,15
**couple** 48:4
74:18 75:1
171:21
**course** 37:15
153:14
**courses** 128:17
136:7
**court** 1:1,19
23:21 105:3
181:17 182:20
**cover** 133:11
134:19
**covering** 113:18
**covers** 113:22
**cr** 157:8
**cracked** 54:19
**cracking** 47:6
**cracks** 54:3
**crc** 1:18 181:16
**cream** 145:6
**created** 51:12
75:12 85:10
104:15
**creates** 113:12
**creating** 29:16
29:16 94:4
114:10 157:3
**credentialed**
74:13
**credited** 50:1

**crr** 1:17 181:16
**crs** 29:16
**cullen** 93:17,23
**cumbersome**
163:4
**cure** 144:5
**cured** 93:14
120:4
**curl** 125:21
**currently** 107:6
**curriculum** 3:12
7:12
**cursory** 27:22
**curve** 155:16
**cut** 11:17 15:17
55:12 58:6,6
58:15,20,20
59:16 76:24
148:15 164:20
164:21
**cutting** 87:4
**cv** 9:8
**cystoceles**
113:13
**cystoscopy**
125:2
**cytotoxicity**
43:22 142:14
**cytoxicity** 31:2

**D**
**d** 1:14 2:2 3:2,3
3:13 5:2 7:13
181:4,11,17
184:16
**damage** 17:6
138:5
**dangers** 101:9
**danzig** 2:11
132:6
**darn** 81:17
**data** 10:5,11,14
10:16,19 11:8
11:11,21,23
12:2 14:15
16:6,7,9 17:18

19:22 20:2,10
20:13 30:24
31:1 49:14
50:4,14,21
51:2 59:1 60:4
60:17 74:22
77:12,17 89:18
98:23 110:15
110:23 112:17
117:19 141:4
141:13,22
142:2,4,17
143:19 144:3
154:8 158:23
162:7 165:9
166:21 170:11
170:24 171:11
180:13
**date** 1:17 150:19
182:9 184:16
**dated** 150:14
181:24
**day** 62:9 101:13
184:20
**days** 76:18
182:16
**de** 16:19
**dealing** 81:2
161:9
**death** 101:16,16
130:8 137:24
**debate** 71:24
129:22
**decade** 107:1
**decades** 61:1
73:6
**december** 91:15
**decide** 48:9
**decided** 84:24
**deciding** 112:12
**declined** 147:10
**decrease** 86:5
145:16 147:12
**decreasing**
89:11
**deemed** 182:19

**defecated** 93:10
**defect** 79:18
  174:3
**defective** 129:18
**defects** 113:19
  113:20 153:3
**defendants** 2:15
**defense** 22:23
  23:22
**deficiency** 86:11
  87:7 89:20
**defining** 36:1
**definitely** 23:4
  48:22 77:18
  95:2,11 134:9
  137:1,6 147:9
  148:7 157:10
**definition** 19:1
  19:19 20:11
  153:18
**degradation**
  41:23 42:2,5
  42:13,20 44:1
  44:24 45:13
  46:11,14,24
  47:5,10 141:14
  141:23 142:5
  142:13
**degrade** 125:23
**degrading** 42:21
**degree** 32:17
  44:6 51:6
  82:20 142:6
**demonstrated**
  139:16 154:8
**dennis** 68:15
**density** 35:14,18
  36:2
**department**
  157:7 159:5
**depends** 84:21
  88:19 143:17
  177:13
**deponent** 184:2
**deposed** 5:17,20
  8:11

**deposing** 182:16
**deposition** 1:14
  3:11 4:1 5:24
  7:7,19,20 8:20
  9:5,7 61:19
  75:2 180:23
  181:5,10,13
  182:3,13,17,19
**deps** 1:24
**dermatologist**
  120:9
**described** 153:3
**description** 3:10
**deserve** 110:12
**design** 32:8
**designed** 75:16
  75:24 76:10
  77:6 80:18
  85:20 86:1
  133:11 178:1
**desirable** 140:17
  140:20
**detail** 171:4
**details** 90:24
**deteriorate**
  147:13
**determine** 19:2
  21:12
**determined**
  38:23 47:4
  107:19
**develop** 12:11
**developed**
  174:12
**development**
  12:14 37:3
  38:7,10,13
  39:17 40:7
  162:15
**deviation** 85:6
**device** 10:5,12
  13:17,20 14:14
  15:22 17:20
  30:18 31:11,12
  55:17 68:19
  86:17 110:16

111:24 112:11
115:7 116:17
123:20,22,23
126:11 127:6
132:17,23
133:15 134:20
135:14 136:18
141:8 166:5
172:1 176:11
178:4,14,16
**devices** 30:5,16
  31:18 38:11,14
  115:12 130:20
  133:3,8 135:21
  136:3,10,23
  137:21 139:8
  139:15 140:2,5
  141:24 142:6
  153:6 156:11
  157:16,21
  158:1,20
**dgerstel** 2:15
**diagnosis** 89:16
**diagnostics**
  157:4
**diameter** 36:4,6
**diana** 2:12 132:5
**didnt** 12:17 16:1
  19:21 22:21
  81:12 83:4
  88:5 93:9
  112:13 119:22
  124:1 154:20
  156:3 168:16
  168:18,24
**die** 153:14,16
**difference** 29:23
  56:12 58:5,9
  78:9 109:8
  110:6,13 154:9
**differences** 52:3
  52:6 56:8,17
  56:20 57:4,7
  57:11,12 84:17
  89:9
**different** 19:4

19:20 22:8
32:24 37:12
38:20 58:24
59:15 75:13,17
77:1 78:18,20
79:15 84:6,12
84:15 88:10
93:19 102:3
112:10 113:16
114:1 134:15
136:7 156:10
157:5 159:19
162:16 173:11
177:10 178:2
179:24
**difficult** 71:16
  149:1 163:5
**diggers** 119:9
**direct** 181:21
**direction** 4:2
**directly** 78:4
**disagree** 179:23
**disagreeing**
  95:13,16
**disclose** 69:21
**discuss** 98:3,8
**discussed** 10:13
  27:13 32:16,23
  110:8
**discusses** 64:9
**discussing** 58:5
**discussion** 8:18
  53:11 61:10
  104:5 152:11
  152:18,19
  179:20
**disrupt** 149:7
**dissection** 87:1
  148:21
**distinction**
  27:10
**district** 1:1,2,9
**divided** 19:19
**division** 1:3
  42:21
**doc** 79:6 93:13

**docs** 33:5 65:10
**doctor** 5:9 7:2
  8:23 9:14 10:4
  10:9 11:18
  13:16 14:20,23
  15:16 18:15
  20:15 21:10,21
  22:7,12 23:8
  24:3 25:12
  31:21 34:15
  35:3,12 36:5
  36:11,21 37:1
  41:22 42:3,12
  44:14 45:22
  47:13,16,24
  50:19 51:5
  52:12 53:5
  54:24 55:9,13
  56:1,6 58:17
  59:17 61:2,17
  62:17 65:4
  66:7 67:4,12
  67:16 69:8,18
  71:23 73:8,14
  78:17 79:9
  84:4 86:24
  87:8 88:9,24
  91:1,11 93:2
  95:7 97:13
  98:24 102:1,6
  102:8 103:18
  103:22 104:7
  104:22 105:16
  107:23 109:5
  109:18 110:5
  114:14 116:14
  118:8 119:8
  121:11,23
  122:7,14 123:1
  125:1,17
  128:15 131:8
  139:7 165:5
  175:18,20
  176:18,22
  178:15,16
  179:22 180:22

doctors 90:13
  172:7 173:7
document 1:9
  7:21 65:1
  96:14 155:8
documents 4:7
  8:1,2 21:11
  22:10,21 24:6
  25:9,9 26:11
  26:14,18 27:12
  27:18 29:3
  46:10 58:4
  154:14 164:15
  164:16,19
doesnt 90:19
  98:3,8,10
doing 6:13 28:21
  37:13 57:15
  67:1 79:10
  89:21 94:6
  114:6 125:11
  130:8 136:7
  138:8,21 149:9
  155:17 160:3,9
  163:9,13 166:9
  178:6 180:4
  182:8
dollars 68:22
  74:24 75:1
dont 22:8 25:8
  25:18 28:21,22
  35:13 39:22
  41:24 43:4,4,6
  43:8,11 45:17
  48:17 55:16
  56:11,11 60:20
  70:5,21 71:19
  74:18,19 80:22
  83:14 92:9
  94:19 95:22
  97:2 99:22
  100:5 105:18
  115:21 122:16
  126:12 129:14
  131:9 150:7
  152:7 175:6

doubling 88:18
  88:21
doubt 69:6
doug 62:15
dozen 5:21
dr 3:11 7:8,17
  69:8,9,10,19
  70:6,16 104:16
  106:14,14
  107:3,3 132:4
  132:14,20
  139:14 141:12
  141:21 142:3
  142:17 143:1
  144:10 145:22
  146:2 149:18
  152:14 154:7
  154:13 155:2
  157:14,19
  164:14
draft 96:4,19,23
drafting 25:13
  65:15 155:8
drive 8:5 175:7
driven 33:1
drop 84:24
dropoff 167:17
  168:2
dropped 167:22
  168:15
due 106:21
duly 5:3 181:4
dysfunction
  147:7
dyspareunia
  101:19 123:16
  137:17 138:11
  138:18,20
  146:5,12

———————
E
———————
e 1:17 3:2,9
  181:1,1,16
  183:1
earlier 94:15,16
  156:20

early 162:24
earmarked
  26:12
ease 85:21
easier 163:12
edited 96:12
editor 69:9
  70:17
editorial 63:17
educate 154:23
educated 83:22
educating 141:5
education
  155:12
effect 127:2
  141:16 142:19
effective 139:17
  149:20
efficacious
  10:20
efficacy 13:21
  14:13 15:2,21
  16:3,10,15
  23:5 30:18
  31:6,10,18
  50:6 58:1,10
  59:12 72:1
  76:9 86:8 98:6
  108:23,24
  115:16 140:9
  140:14
either 117:10,11
  121:2 136:8,15
  161:1
elastic 34:11
elasticity 36:16
  36:18
elected 66:14
electron 53:19
  53:21
elevate 106:7
  114:19,22
  115:11 116:16
ellis 2:6
emails 27:14,17
  28:14

enabled 159:23
encapsulated
  162:12
ended 10:23
  96:7 159:7
  170:8
endopelvic 94:3
endorsed 150:21
  151:3,7
engage 152:19
engaged 152:18
engineer 32:2
england 59:5
  148:2
entail 134:18
enteroceles
  113:14
entire 127:3
  148:21 167:6
  169:4
entities 78:4
entitled 28:11
  170:14 174:24
environment
  55:6 113:16
  141:9
envision 42:13
envisioning
  42:15
episodes 160:20
equal 75:12
  85:10
equals 170:17
equivalent 76:11
  86:9
eric 71:3
erode 19:7
erosion 17:7
  18:20 19:5,14
  39:19,19 88:9
  88:11 89:4
  101:17 102:4
  123:14 161:20
erosions 121:16
  121:19 138:4,5
  153:22

errata 182:6,9
  182:12,15
  184:12
error 33:4
especially 141:8
  168:17
esquire 2:2,7,12
essentially 47:9
established 10:5
establishing
  17:19
estimate 48:16
estrogen 145:6,6
et 179:3
ethicon 1:6
  21:12,12,23
  22:15 24:11
  26:3 29:2
  46:13 49:8
  51:23 52:22,24
  83:14 84:11
  91:20,24
  102:10,23
  125:18 128:16
  128:17 132:7
  154:14 164:15
  166:12 168:6
ethicons 46:10
  154:15
etiology 124:17
europe 137:3
  177:5,16
  179:10 180:6
european 59:3
evaluate 30:17
  31:10
evaluation
  120:23
events 147:2,5
everybody 73:11
  82:2 85:9,11
  99:7 135:24
everybodys
  100:12
evidence 142:12
evidencebased

11:1
evolution 159:24
exact 107:14
  114:17
exactly 12:13
  129:15
exam 120:22
examination 3:4
  5:6 132:1
  165:2
examined 5:4
example 51:21
exceedingly 63:9
excision 54:4
excited 106:14
  106:18
excuse 9:6 36:12
  85:15 117:11
  140:19 169:19
exhibit 7:9,14,18
  9:4,6,7 61:18
  61:23 105:2,5
  105:13
exist 57:8
existed 132:21
existing 23:6
  43:14
exists 35:20
expand 117:23
expanded 60:14
expansion 19:9
  19:18
experience
  29:15 49:10
  51:3 89:13
  93:6 106:22
  114:20 119:17
  134:8,10,22
  155:18,22
  156:2,21
  157:11,20
  161:24 172:9
  177:5
experienced
  107:1 156:7
  170:19

experiences 10:2
  40:3 50:11
experimental
  37:10
expert 29:12
  32:4,7,11,14
  32:18 35:3,17
  35:24 36:6,12
  36:17 38:9,12
  40:6 52:5
  54:22 57:7,9
  103:14,16
expertise 44:17
  157:15
experts 47:20
expires 184:22
explanted
  121:12
exposed 13:2
  175:3
exposure 10:2
  19:5 144:11
  170:1
exposures 52:11
  144:21
expressed 118:9
expressing 19:4
extend 112:14
extended 79:17
  111:10
extension 23:22
  111:3
extensive 37:2
  41:4,14,17
  45:12 62:12
  63:9 95:1,5
  104:17 134:11
  152:23 153:11
  153:17
extensively
  38:19
extent 18:8 70:6
  109:11
extract 54:11
_____
        F

f 181:1
faced 114:7
fact 18:17 37:22
  69:22 102:23
  126:4 171:12
  177:2,8
factors 72:11
  89:12 107:9
  115:22 179:15
faculty 134:22
  158:14
fail 72:20 182:18
failed 168:22
failure 107:9
  116:21 123:20
  123:21,23
failures 153:22
fair 6:9,16,24
  21:10 22:12
  24:9 26:16
  41:3 44:21
  45:5 49:4,8
  50:10,20 57:6
  57:10 77:4
  99:19
fairly 75:24 77:2
  78:5 86:20
falconer 34:5
falconers 34:14
fall 76:20 170:3
falling 89:18
  114:10
falls 94:11
  113:11
false 67:4
familiar 35:8
  79:5
family 85:5
far 6:14 41:7
  46:5 52:10
  57:4 60:5,22
  76:21 103:16
  108:8 116:20
  116:21 154:23
fascia 34:10

94:3 161:2,3
fascial 113:12
  113:19,20
  146:16 147:3
fascias 162:6
favor 163:11
fax 1:23
fda 30:6,10 31:1
  101:10 104:19
  105:23 106:10
  106:11 107:12
  108:12,16
  111:2,4,6
  112:7,13 115:2
  116:6,7
fdaapproved
  111:9
federallyappr...
  1:18
feedback 95:4
  97:14,19 99:20
feel 103:16
  107:16 115:23
  153:9
feeling 70:2
  103:12
fellow 49:22
  157:12
fellows 49:20,21
  125:10 158:4
  166:9 168:13
  168:20
fellowship 50:1
  50:2 60:15
  134:12 136:24
  158:16
fellowships
  137:7
felt 15:14 93:18
  155:11 166:4,7
female 49:21
  60:12,13
fiber 36:4,6
fibers 47:8,10
  54:2
field 10:24 37:16

79:15 127:1
fielders 180:5
figures 92:24
file 1:6
fill 158:10
  178:20
finalized 97:20
finally 15:13
  39:4 91:14
finances 48:12
find 22:21 34:20
  34:21
finding 57:14
fine 5:11
finished 93:16
  124:18
firm 64:2 93:24
  132:6
first 5:16 9:20
  10:1,7,9 11:4
  26:2 32:22
  36:23 39:20
  49:22 50:23
  80:2 96:19,23
  136:12 152:2
  153:13 165:7
  174:23
firsthand 99:23
fistula 161:12
fistulas 161:9
five 61:8 68:21
  145:11 166:20
  169:7,18
  170:21,22
fiveyear 11:8,15
  160:17
floodgates
  172:22
floor 94:4 158:6
  180:15,17
fly 93:22
focus 13:15
  23:16,18
focusing 99:21
folks 174:24
  177:10

**follow** 38:2
  90:15 158:7
  171:13
**followed** 84:22
  157:23
**following** 16:20
  125:2 166:16
  167:11
**follows** 5:4
**followup** 106:12
  132:11 165:5,8
  165:13,23
  166:11,14
  167:9 168:7,13
  170:22
**force** 67:17
**forces** 114:7
**foregoing**
  181:20 184:6
**foreign** 126:8,10
  127:21
**form** 18:23
  21:15 22:4,18
  24:1,14 26:20
  28:16 30:8,21
  35:6 37:6
  38:16 40:1
  45:15 46:18
  55:21 57:17
  59:22 64:14
  67:7,23 69:13
  75:21 76:14
  77:10 85:23
  87:15,21 91:6
  92:19 94:23
  95:24 100:10
  101:5,11
  102:12 110:19
  112:5 113:1
  116:19 117:16
  118:14 119:11
  122:2 123:6
  130:1 136:2
  167:20 171:6
  172:13 173:5
  173:13 175:5

176:6 178:24
  184:10
**formal** 64:1,19
  174:20
**formalized**
  96:14 136:2
**formed** 24:5
  54:3 67:20
**forming** 53:6
**forms** 42:16
  101:12,13
  153:20
**formulate** 15:13
**forthcoming**
  96:6
**fortunately**
  159:10 165:15
**forum** 97:24
**forward** 37:4
  167:9
**found** 18:19
  39:2 163:11
**four** 49:1
**fractures** 54:1
**free** 178:17
**front** 9:11
**frowned** 70:4
**frustrating** 83:9
  93:15 94:9
  118:3
**frustrations**
  40:4
**full** 7:3
**fully** 100:23
**fun** 149:4
**further** 165:2
  180:21

------
        **G**
**gag** 179:3
  180:11
**garden** 1:15
**general** 8:6,8,8,9
  8:24 9:11 35:8
  80:16 176:20
  178:24 180:8

**generalized**
  54:16 90:7
**generally** 21:21
  42:18
**generation**
  174:23
**gentleman** 8:13
  139:5
**gerstel** 2:12 3:6
  15:23 16:11,22
  17:22 18:7,22
  20:5,7 21:14
  22:3,17 23:24
  24:13 26:19
  27:3 28:15
  29:7 30:7,20
  31:13 35:5
  37:5 38:15
  39:24 42:24
  44:10 45:6,14
  46:17 49:12
  50:15 51:8,24
  52:17 53:3
  54:5 55:20
  57:16 59:21
  63:13 64:13
  67:6,22 69:12
  69:24 70:20
  72:3 75:20
  76:13 77:9
  80:6,24 83:20
  85:22 87:14,20
  89:6 91:5
  92:18 94:22
  95:23 100:9
  101:4 102:11
  109:9,15
  110:18 112:4
  112:24 116:18
  117:15 118:13
  119:10,24
  122:1 123:5
  129:24 132:3,5
  133:2 134:4
  135:15 137:16
  139:13 140:8

141:11,20
  142:15,24
  143:8 144:9,20
  145:2 146:11
  149:17 150:10
  151:6,12,22
  152:13 154:6
  156:18 158:13
  159:13 164:13
  164:23 167:19
  171:5 172:12
  173:4,12 175:4
  176:5 179:18
**getting** 10:23
  35:21 78:14
**give** 30:12 49:9
  53:16 71:16
  92:13 99:19
  154:19 168:21
**given** 13:12 46:1
  55:17 85:1
  99:6 108:5
  116:22 181:6
  184:8
**giving** 101:10,11
  103:10 141:6
**glenn** 162:5
**go** 8:14 18:13
  23:21 34:22
  48:8,9 53:9
  54:8,10 63:24
  64:18 73:4,6
  98:10 99:17
  101:16 106:2
  112:13 118:24
  124:22 131:10
  145:18 169:12
  171:8
**god** 111:15
**goes** 64:10 79:12
  79:12,13 81:24
  84:23 101:21
  110:6,16 128:4
**going** 5:14 10:15
  10:17 14:21
  15:14,17,23

24:15 25:2
  28:12,13 29:18
  36:22 37:11
  38:11 39:5,15
  39:17 42:3
  43:24 44:15,18
  45:2 51:1
  52:13,21 53:23
  54:16 61:17
  66:24 72:11,11
  75:23 79:6,11
  79:16,16,19,19
  79:22 81:9
  82:7 84:19
  88:20 90:11
  93:6 94:17
  104:24 109:11
  114:8 116:3
  117:5,22 118:7
  120:11 127:18
  131:10 132:11
  136:17,20
  149:10,16
  153:5,5 154:22
  158:10 168:18
  170:10 177:23
  180:17
**gold** 23:3 59:6
  60:22 119:9
  143:2
**goldman** 68:24
  69:8,19 70:6
  70:16
**goldstein** 67:10
**golkow** 1:23,24
**good** 5:9 8:23
  10:21 15:6
  26:8 103:17
  124:12 142:1
  144:7 165:23
  169:3 180:16
**goodwin** 1:8
**goretex** 13:5,13
  33:3 39:8 74:2
  162:11
**gotten** 96:11

Timothy B McKinney, MD

130:10
graduate 85:12
graft 12:23 33:6
    34:1 54:8 74:2
    103:2,5 116:5
    117:22 120:10
    138:4 153:21
    169:8 170:2
    172:9,10,16
grafts 37:4 38:8
    109:24 127:13
great 6:13 58:15
    118:19
greater 84:18
groin 78:11 79:4
    79:14 86:15,22
    121:24
group 14:16
    15:13 48:10
    62:22 66:17
    68:5 147:6
    151:16 155:9
groups 151:8
grown 93:5
guess 28:10
    77:16 88:22
    108:18 122:24
    126:18 143:20
    162:3
guidance 157:9
guide 84:23
    136:16
guideline 90:22
guidelines 84:22
guru 37:19
guy 93:3
gyn 150:4
gynecologist
    85:17 168:19
gynecologists
    73:18 74:14
    82:23,24
    133:21
gynemesh 8:8
    8:11

**H**

h 3:9
hadnt 172:8
    173:8 175:3
hair 109:21
hairs 19:2 111:5
hale 62:15
half 26:9
hand 61:18
    120:12
handed 7:18
handling 157:15
    157:20
hands 14:2,5
    136:8 153:8
happen 80:19
    133:12 134:18
    176:21
happened
    130:24
happens 43:10
    44:18 45:3
    127:24
happy 6:20
hard 49:5
harm 119:21
harmful 67:2
    120:16
harmony 104:18
harvest 161:2
harvesting
    161:1,6
hasnt 150:8
havent 41:3 42:7
    49:14 50:20
    57:13
head 6:16 58:21
    58:21 120:3
headline 105:22
headquarters
    2:13
heads 120:20
health 61:1 73:7
hear 6:4 118:20
heard 40:24
    56:24 57:2

hearing 118:11
heavily 29:21
heavilyscrutin...
    65:1
held 93:9 115:2
help 85:1 96:8
helpful 23:15
    141:5 154:23
helping 12:10
    107:5
hernia 13:24
    15:9 33:13
    35:9 81:15
    113:9,10
    128:11 162:18
    162:22
hernias 94:4
    113:14
hes 18:10 20:7
    62:16 67:10
    69:2,4 70:8
    71:5,10,15,18
high 29:8 40:17
    99:18 149:9
    162:10 165:15
    167:13
highend 93:21
higher 40:17
    86:21 87:6
    146:13,15
    147:2,20
    161:20
hilton 1:15
hispareunia
    138:24 139:3
historical 38:10
    38:13 39:16
historically
    40:16 81:9
    82:13
history 9:15
    37:2,8,15 38:7
    39:19 159:16
    159:18
hit 114:6
hmm 131:4

hoc 66:16 67:5
holes 161:17
honed 39:4
honest 100:24
hope 37:14
    135:24
hospital 48:24
hospitals 49:1,2
hour 74:24
hours 8:12
    23:12,23 25:16
    25:17,22 26:1
    149:4,5,5
house 86:4
houses 86:3
howard 67:10
    68:24
huge 13:5 92:22
human 44:12
hundred 47:15
    68:1 122:17
    160:12
hundreds
    156:17
hunting 118:24
hurt 162:5
hydrochloride
    145:12
hydrodissection
    145:15
hyland 2:11
hysterectomies
    125:12

**I**

id 26:14 55:11
    85:3 143:23
    153:14,15
    154:3 175:23
idea 68:23 71:22
    96:22 122:18
ideal 32:18
    33:21 35:14,17
    36:1,6,11,13
identification
    7:9,14 61:22

105:12
identifying 36:1
ifu 79:2 80:5,9
    80:10,15 90:1
    90:20,22 125:5
    132:15 133:10
    134:2 135:16
    135:19 136:1
    155:24 156:1
    157:4 166:13
    168:9 171:18
    171:23 172:3
    175:19 176:16
    176:23,24
    179:8 180:1
ifus 27:6,11
    29:16 78:22
    132:21 133:6
    134:7,15,19
    135:6 155:22
    156:2,10,22
    175:24
iii 115:7
ill 92:12 104:14
    153:15,15
im 5:14 6:19
    14:21 15:16,23
    16:13 21:4,16
    21:20 23:11,16
    24:15 27:10,16
    28:10,23 34:12
    34:12,12,13
    35:7,19 36:20
    42:9,10 44:7,8
    49:16 51:9
    54:16 55:4
    56:17 57:24
    61:17 66:22
    67:14,24 73:12
    73:23 76:6,7
    78:3 84:7
    95:14 97:21
    99:6,11 100:19
    103:15 104:24
    108:21 116:2
    118:7 126:18

126:19 129:14
131:9 132:5,10
141:18 143:6
148:1 152:1
157:17 166:24
169:14,15
170:14 171:7
**imagery** 53:6
**imagine** 49:23
52:2 55:5
**impact** 12:18
142:7
**impacts** 44:23
45:5,8
**imperative**
182:14
**implant** 11:24
110:2 128:5,10
177:9,11,15
**implantable**
153:6
**implantation**
42:8 76:11,16
143:15 144:12
166:16
**implanted**
110:17 123:12
152:17
**important** 26:14
102:6 103:19
106:19 107:7
166:5,10
173:24 178:12
**impress** 156:3
**impression**
50:13
**improvement**
143:10,14
**inappropriate**
38:23
**incisional** 121:5
**incisions** 72:19
**incite** 126:9
**inclined** 171:8
**include** 138:17
138:19,20

**included** 17:5
52:15 66:14
**including** 27:10
34:9 130:3,8
137:14 149:24
150:1
**incontinence**
11:6,14 12:4
13:1 17:3 23:7
76:1 81:3
123:24 125:8
130:6,23
137:10,14,18
137:23 138:6
138:15 139:18
140:4 143:4
149:11 151:16
158:7 159:17
159:20 160:1
161:8 162:22
164:9 173:2
174:11 178:18
**incorporated**
127:10
**incorporates**
127:11
**increase** 88:12
**incredible** 94:11
**independent**
20:23 120:22
**index** 4:1
**indicate** 114:19
**individual** 98:11
134:20
**individuals**
67:18 97:7
99:1 121:13
**inert** 13:10
**infection** 101:17
137:24
**infections** 147:8
**inflamed** 127:15
**inflammation**
145:17
**inflammatory**
126:23 128:8

141:16 142:19
**inform** 112:20
**informal** 68:7
68:10
**information**
57:13 60:10
94:5 95:14
96:12 103:23
113:4 134:6
135:17,20,23
146:18 176:8
**informational**
39:21
**informs** 21:6
**ingrows** 53:24
**initial** 14:15
31:8 33:23
96:4
**initials** 152:2
**inject** 145:11
**injectable** 122:8
122:11,12
**injected** 145:8
**injection** 124:21
**injections**
180:14
**injured** 129:23
130:19
**injury** 80:4
83:17 86:16
129:19 137:24
153:23 154:1
**inn** 1:15
**inside** 22:15
93:9
**insideout** 84:13
86:19 87:17
**instances** 138:21
**institute** 104:11
**instructions**
29:4 56:2
182:1
**instruments**
109:23
**intact** 47:8,11
**integral** 12:6

172:24 174:8
**intend** 28:21,22
29:3
**intended** 135:5
135:7
**intending** 24:4
**interfered** 60:24
**internal** 21:11
22:9,20 25:3
46:10
**internally** 46:14
**international**
59:9,10,11
73:13 150:1
**interpretation**
20:20
**interruption**
53:8
**interspersed**
26:7 58:23
**intervention**
175:11
**intestine** 113:11
**intrinsic** 86:11
87:6 89:20
**invasive** 10:20
15:7 148:8
163:15
**invented** 68:18
**involved** 37:14
50:9 63:4
73:12 98:18
108:2 135:8
145:13 179:15
**involvement**
66:4
**irritant** 145:17
**isd** 76:2
**island** 2:3
**isnt** 60:19 63:6
84:16,20 142:1
180:17
**isolated** 126:24
128:8
**issue** 46:23
119:4 152:21

**issues** 114:11,13
118:17 120:18
175:16
**issuing** 112:8
**iuga** 73:13 150:1
**ive** 7:17 21:1
22:19 32:20
37:9,14 38:17
42:11 45:8,16
45:19 56:16,17
56:23 69:11,14
83:9 87:19
89:8,8 90:8
92:1 93:5,5
100:4 105:19
124:10 134:11
148:9 156:13
157:3 161:23
180:5,5,8

---
**J**
---
**j** 103:3,3
**january** 150:14
**jersey** 1:16 2:14
165:18
**job** 6:13 28:8
94:11
**johnson** 132:6,7
**joke** 153:14
**jonathan** 2:2
5:12
**jorent** 2:4
**joseph** 1:8
**journal** 148:2,5
**judge** 1:9
**july** 181:24
**junction** 173:18
**june** 1:12 150:20
**jury** 49:9 51:2
105:21 170:13

---
**K**
---
**k** 29:19 30:2,16
31:9 108:19,21
109:2 110:7,14
110:24 111:3

111:10 112:8
**katz** 2:12
**keep** 90:22,23
  149:1
**kelly** 11:9,14
  160:3
**kill** 153:15
**kind** 11:4 26:7
  33:3 43:21,22
  47:16 49:19
  50:16 70:13
  79:11 81:2
  101:14 111:5
  124:8 128:3
  163:10 166:8
  170:1 171:4
  172:14 175:10
**kinds** 37:17
  114:7 130:13
  159:19 172:18
**kits** 115:17
**knew** 21:12,24
  83:8 112:9
  154:22 161:13
**knocks** 145:12
**know** 5:23 6:19
  12:18 13:20
  14:11 15:1,21
  17:12 23:14
  25:18 26:15
  40:16,21 42:12
  45:18 46:6
  48:17 51:5
  52:8 55:16
  56:7 58:23
  69:20,23 70:5
  70:21 71:14,19
  74:18,19,21
  78:6 81:17
  83:5,23 84:1
  85:14,18 92:9
  94:19 95:8
  96:10 97:2
  98:24 99:24
  100:1,2,5
  109:7 110:12

110:13 111:23
  117:2 122:16
  126:22 130:16
  138:21 145:20
  151:10,23
  152:5,7 167:6
  170:14,16,18
  170:22 171:1
  174:24 175:6
  178:16
**knowing** 70:7
  103:16
**knowledge**
  20:24 21:6
  22:15 24:11
  85:11 99:23
  133:23 134:16
**knowledgeable**
  136:18 159:15
  159:18
**known** 39:18,21
  90:5 112:2
  125:7 133:19
  172:2 175:8,14

---

**L**

**lab** 12:13
**labeling** 32:10
**lakewood** 1:16
**laparoscopic**
  162:17
**laparoscopica...**
  163:2
**large** 15:10
  76:18 138:8
**largest** 47:21
**laser** 55:12 58:6
  58:15,20
  164:20
**lasercut** 55:2,17
  56:3,9,21
  154:10 164:16
  164:17
**lata** 161:3
**lateral** 162:19
**launch** 61:4

**launched** 172:6
**lawyers** 118:12
  185:1
**layer** 47:10
**leading** 130:7
**leads** 87:3,6
**leakage** 161:11
**leaking** 11:16
**learn** 136:22
**learned** 39:20
  155:12 160:7
**learning** 155:16
  160:5
**left** 91:11 93:12
  101:23 178:16
**leg** 161:4,6
**lesser** 39:7
**letter** 62:16
  70:17
**letters** 69:8 96:6
**letting** 100:21
**level** 14:2 44:19
  141:7
**liability** 1:7
**lie** 66:1
**life** 114:12
  116:13 117:12
  120:19 159:23
**lifetime** 159:11
**ligament** 162:21
  174:6
**light** 179:2
**lighter** 180:11
**lightweight**
  139:9
**likewise** 6:8
  52:20
**limited** 23:9
**line** 4:3,3,8,8,12
  4:12,16,16
  14:17 74:17
  183:4 185:2
**lines** 57:20
  117:6
**list** 98:3 154:3
**listed** 27:18

67:15 78:4
  101:14 104:3
  104:21
**listing** 80:13
**litany** 17:4
  80:10 93:20
  101:21 154:3
**literature** 26:6
  34:17 41:5,15
  41:19 43:13
  45:12 58:8,18
  62:21 63:8
  64:8,10 65:19
  72:1 75:4,10
  86:18 87:11
  89:3 90:15
  117:9 135:3
  139:16 147:16
  159:2,15 171:9
**litigation** 1:7
  42:18 80:12
  132:8
**little** 5:22 10:24
  14:17 21:16
  27:15 34:4
  57:20 76:3,22
  84:23 90:24
  93:1 113:20
  145:5,9 147:20
  148:13
**lived** 164:8
**living** 37:9
**llc** 2:2
**llp** 2:6,12
**local** 145:9
  165:17
**localized** 145:15
**long** 9:15 25:12
  61:4 73:2
  83:22 93:12
  110:22 113:6
  126:10 127:5
  128:4 140:2
  166:2
**longer** 77:17
**longevity** 159:23

**longterm** 10:6
  10:11 11:23
  12:2,18 13:21
  14:12 15:1,21
  16:2,5,9,18,19
  17:19 18:5
  50:5 101:1
  140:11,15,23
  141:15 142:19
  148:5
**look** 7:23 19:3
  40:10 46:9
  54:16 58:18
  72:12 90:8
  92:7 93:23
  94:6 115:20
  125:8 143:19
  146:22
**looked** 12:7
  14:15 15:5,12
  27:21 30:12
  32:22 34:3,5
  38:20 45:16
  60:3 65:23
  87:19 89:9
  93:13 104:9
  126:14 136:3
  158:4,22
**looking** 11:5
  13:7 18:9
  26:17 27:14,16
  47:2 54:12
  64:5 65:18,19
  67:14 72:13,14
  80:16 103:11
  116:8 117:20
  119:23 125:16
  135:14,24
  143:18 148:1
  170:8
**looks** 31:17 47:4
  61:3
**lost** 163:11
  165:12
**lot** 10:13 13:6,7
  22:20 25:15

31:1 33:4 54:7
54:9 71:14
72:10 74:10
77:13 83:10
84:18 95:11
104:2,4 110:22
110:22 114:3,4
114:24 115:15
115:19 116:22
117:24 118:3
118:18 120:15
120:17 148:10
161:5,23
162:15 172:8
172:16 177:18
179:10,15
180:7
**lots** 180:18,18
**low** 144:15

**M**

**m** 1:14,16 3:3,13
5:2 7:13 8:21
8:21 61:13,13
131:14,14
159:8,8 180:24
181:4,11
184:16
**macroporous**
139:9
**main** 2:3,7
**major** 16:15
57:4 58:9
90:20,20,23
147:23 148:19
148:20 159:6
163:14
**majority** 76:17
123:1 133:15
157:11 172:7
**making** 27:9
74:24 109:22
157:18 167:11
**makings** 25:4
**managed** 144:22
**management**

145:4
**manifestation**
43:15
**manufacturers**
92:4
**mark** 61:17
104:24 160:13
**marked** 4:15 7:8
7:13,18 9:4
61:22 105:12
**market** 24:21,24
**marlex** 39:14
**massage** 145:19
**master** 1:6
**material** 13:11
15:9,10,13
17:16 23:20
27:19 28:1
32:5 34:10,23
39:5 51:13,16
54:9 57:22
74:2 76:7
110:6 111:9
113:5,21 130:9
139:1 142:14
153:21 161:21
175:12 176:16
**materials** 8:5
12:24 13:8,12
15:12 17:7
33:7 34:1,6
35:9 38:21,24
39:9 40:6,19
41:9,20 42:11
54:11 76:18
103:5 117:22
128:12 138:23
161:18 169:8
170:2,6 172:10
172:17
**matter** 5:14 93:9
**matthew** 2:7,9
**maximum** 174:1
**maxwell** 8:6
**mayo** 38:1 162:3
**mckinney** 1:14

3:3,11,13 5:2
7:4,8,13,17
106:14 107:4
132:4,14,20
139:14 141:12
141:21 142:3
142:17 143:1
144:10 145:22
146:2 149:18
152:14 154:7
154:13 155:2
157:14,19
164:14 181:4
181:11 184:16
**mdl** 1:7
**mean** 22:19
24:16 27:14
51:10 75:2
88:19 90:19
106:3 120:5
123:21 125:9
145:4
**meaning** 51:11
122:8
**means** 139:4
181:21
**measures**
117:14
**mechanical** 56:8
**mechanically**
56:21 58:6,20
**mechanicallyc...**
55:2,18 56:4,9
154:11 164:18
**medical** 44:6
51:6 52:13
58:4 82:21
134:12,23
135:2 139:16
147:15 149:20
150:22 156:11
158:15 159:15
**medicine** 11:1
49:21 60:13
104:11
**meeting** 95:11

**meetings** 118:1
136:6
**member** 66:9,22
134:22 158:14
**members** 62:24
63:1 66:21,22
96:9
**mention** 90:12
115:21
**mentioned**
151:3 171:20
171:21,22
**mentioning**
59:14
**mersilene** 33:7
39:10 162:3
**mersilenes** 13:6
**mesh** 12:19 15:9
17:16 22:1,1
30:1,4,5 33:2
33:13,17 34:19
34:23 35:4,9
35:14,17 36:1
36:7,12,14
42:8 51:12
55:3 69:5 71:1
71:20 72:2
91:4 92:3,17
94:13 98:4
99:2 101:1,8,9
102:2,4,9,19
103:8,22 106:8
106:13,22
107:2,15,19,21
108:5 111:22
114:17 115:6
115:17 117:12
118:10,18
119:21 120:5
120:13 121:1
122:7,14 123:2
126:9,13 127:1
129:23 132:7
139:8,10 140:1
140:4 142:5,13
144:11,21

152:17,21
154:10,11
155:22 157:16
157:20 162:18
164:17,17,18
172:23
**meshes** 32:8,24
33:22 36:19,24
38:8 39:17
40:8 73:20
74:16 83:18
107:11 108:11
108:15 109:12
119:3 139:24
**metaanalysis**
47:17,19 60:2
65:21
**microscope**
53:21
**microscopy**
53:20
**mid** 173:20
**middle** 12:12
**midurethra**
173:19
**midurethral**
32:19 48:21
75:5,11 77:7
148:13 172:24
173:8,22 174:8
**miller** 68:15
**million** 68:21
**millions** 43:19
**mind** 75:3
**mine** 180:8
**minimal** 18:2
26:17 27:1
84:17 146:8
**minimally** 10:20
**minimallyinva...**
124:15
**minimize** 155:16
**minor** 88:12
**minutes** 61:8
**misadventures**
176:12

mmk 81:11
models 136:9
modification
  160:11 173:21
molecular 44:17
  44:19
molecule 42:22
molecules 42:23
  44:4
moment 8:16
money 70:12
  74:5 92:16
  118:24 119:20
  120:1 128:19
  128:22 129:1
monitor 105:18
monofilament...
  76:19
monograph
  155:5
month 90:16,16
months 48:5
  78:10 165:21
  165:21
morbidities 98:7
morbidity 159:9
moriarty 2:7,9
  8:4,9,17 61:3,7
morning 5:9,10
  8:23 150:12
morristown
  2:14
mortality 159:8
mother 120:4
motley 2:2
motleyrice 2:4
move 14:21
  118:7
moved 163:7
moving 115:9
multiple 15:11
  38:20 87:23
  98:17,17 129:8
  129:12 140:11
  140:22 157:5
  180:4

musc 71:7,10
muscles 79:22
  145:20

**N**

n 3:2
nafc 151:17
  152:3
name 5:12 7:3
  65:12,22 92:10
  132:4
named 65:6
names 67:14
  97:7
national 152:4
native 107:10
  108:3,9 114:9
  117:21,23
nature 175:1
near 62:12
nearly 72:16
necessarily 90:4
  102:16 180:3
necessary 22:22
  182:4
neck 99:17
need 6:18 26:15
  89:14,16 94:8
  107:19 112:1
  163:9
needed 159:11
  168:17
needle 160:7
needles 178:7
negative 97:13
  97:18,23
neighborhood
  62:11
neovasculariz...
  127:12
nerve 80:3 83:17
  103:4 121:3
  124:18 145:13
  163:24
nerves 87:5
  138:2 149:8

neurolysis
  124:19
neurolytic
  145:11
never 33:17
  125:17
new 1:16 2:14
  15:5 18:18,20
  19:16,17 60:15
  104:13 148:2
newer 80:9
news 118:21
nice 59:5,11
  149:24
nih 147:24
nilsson 18:18
  98:19 143:20
  177:7
nilssons 65:20
  139:20
nod 6:15
non 170:5
nonaccredited
  49:24
nongraft 130:9
nonreported
  170:6
nonsurgical
  124:17
normal 79:17
  110:1
north 10:2 50:24
  71:8
notary 1:19
  181:17 184:24
note 9:15 133:19
noted 182:11
  184:11
notes 131:10
  185:1
notice 3:11 7:7
  7:20 9:5,6
noticed 36:21
notoriously
  164:1
novo 16:19

nuances 27:15
  76:4,22
number 12:22
  45:17,19 98:21
  118:16 121:7
  138:8 150:22
  156:10 169:15
numerous
  135:22 149:20
nursing 151:15

**O**

ob 150:4
object 15:24
  18:22 21:14
  22:3,17 23:24
  24:13 26:19
  28:15 30:7,20
  35:5 37:5
  38:15 39:24
  45:14 46:17
  55:20 57:16
  59:21 64:13
  67:6,22 69:12
  75:20 76:13
  77:9 85:22
  87:14,20 91:5
  92:18 94:22
  95:23 100:9
  101:4 102:11
  110:18 112:4
  112:24 116:18
  117:15 118:13
  119:10 122:1
  123:5 129:24
  149:21 167:19
  171:5 172:12
  173:4,12 175:4
  176:5
objection 16:11
  16:22 17:22
  18:7 20:5 27:3
  29:7 31:13
  42:24 44:10
  45:6 49:12
  50:15 51:8,24

52:17 53:3
  54:5 63:13
  69:24 70:20
  72:3 80:6,24
  83:20 89:6
  109:10 119:24
  133:1,9 137:11
  139:11 140:6
  141:2,17 142:9
  142:21 143:6
  143:16 144:14
  145:1 146:6
  147:18 150:24
  151:11,20
  156:12 158:2
  158:21 159:21
objective 143:22
  144:5
obstruct 163:20
obturator 79:20
  80:22 81:16,23
  89:22 130:11
  147:11 163:23
  164:2
obvious 13:9
obviously 30:11
  80:9 89:10
  134:10 137:2
  147:22 157:9
  159:22 180:10
occasions 5:20
occur 40:20 42:5
  124:9 144:22
occurred 46:15
occurring
  178:18
occurs 44:7,9
  126:24 142:6
offering 22:13
  24:10 28:12
  29:19 39:16
  40:12 42:4
  44:15 53:23
  116:3
office 122:12
  124:24

Timothy B McKinney, MD

offspring 13:3
oftentimes 164:4
oh 43:9 60:20
    71:11 83:6
    106:3 111:15
    120:13
ohio 2:8
okay 5:23 6:8,18
    6:20 7:5,23 8:7
    9:3,10,22 21:4
    21:9 23:23
    25:20 26:10
    27:24 28:24
    29:11,18,22
    30:13 31:21
    33:16 35:2,16
    36:16 45:11
    46:3,6,9,22
    48:23 49:7
    52:20 56:1
    69:7,17 71:11
    72:8 84:18
    94:17 95:19
    97:4 102:17
    109:14 126:7
    130:12 131:1
    166:18 168:5
    169:2,11 177:2
old 19:19 104:10
    121:5
once 47:7
    175:19
oneperson 96:15
ones 32:22 85:6
    150:2 151:13
oneyear 160:13
open 97:24
    100:23
opened 172:22
openness 100:21
operate 80:22
    81:10,12 82:15
    83:2 85:4
operating 81:23
    85:3 133:20
opine 34:18

opinion 28:5
    40:6 44:5 56:7
    60:6 82:18
    97:22 126:9
    132:15,19
    133:6 134:5,21
    135:1 139:22
    141:13,22
    142:16 171:24
opinions 21:23
    22:14 24:4,10
    24:17 28:4
    29:19 40:13
    41:23 42:4
    52:13,14,21
    53:6,24 60:18
    66:1 71:17
    77:5,7,20
    92:12 103:11
opportunity
    49:2 97:22
    181:12
oppose 73:19,21
    74:15
opposed 73:24
opposite 58:16
option 107:7
options 108:6
    116:22
orent 2:2 3:5,7
    5:8,12 7:16 8:7
    8:14,22 16:4
    16:16 17:10
    18:3,12 19:11
    20:14 21:19
    22:6 23:1 24:2
    25:7 26:23
    27:8 28:19
    29:10 30:14
    31:3,15 35:11
    38:5 39:12
    40:9 43:1
    44:13 45:10,21
    46:21 49:13
    50:18 51:14,18
    52:4,19 53:4,9

53:12,18 54:20
    55:24 57:23
    59:23 61:6,9
    61:16 62:1
    63:20 64:17
    67:11 68:6
    69:16 70:10,22
    72:7 76:5,15
    77:15 80:20
    81:5 84:3
    86:12 87:16
    88:1 89:24
    91:10 92:14,23
    95:6 96:3
    100:14 101:6
    102:14 105:1,4
    105:15 109:14
    109:17 111:12
    112:15 113:7
    117:7 118:5
    119:7,14
    121:10 122:6
    122:13 123:9
    130:2 131:7
    133:1,9 137:11
    139:11 140:6
    141:2,17 142:9
    142:21 143:6
    143:16 144:14
    145:1 146:6
    147:18 149:21
    150:24 151:11
    151:20 152:9
    156:12 158:2
    158:21 159:21
    165:4 167:24
    171:14 172:20
    173:6 174:13
    175:17 176:14
    179:21 180:20
organ 106:9
original 64:11
    111:1,4,17
    112:10 134:2
    177:15 178:13
    179:23 182:15

originally 173:9
ostergard 13:5
    33:5 74:1
ostergards 69:9
outcomes 14:12
    106:24 154:10
    157:24 158:5
    158:12,20
outside 44:16
    123:4,8
outsidein 84:13
    86:18,23 87:2
    87:18
outweigh 60:22
    116:15
overall 143:9,14
    147:1
overkill 153:20
oxymoron 131:5

P
p 2:7 61:13,13
    131:14,14
    180:24
packages 52:9
    52:15
page 3:4,10 4:3
    4:3,8,8,12,12
    4:16,16 7:24
    44:3 105:11
    183:4 185:2
pages 105:6
    184:6
pain 78:11 79:4
    79:21 86:16,22
    93:11 101:18
    101:18 120:12
    121:24 123:18
    124:14 137:8
    137:12 138:10
    138:13,14,16
    139:4 145:7
    146:5,13 147:7
    153:22 170:1
painstakingly
    65:2

paint 80:8
palpated 139:2
panel 115:2,6
paper 21:3
    49:18 63:7
    139:20 144:7
papers 32:20
    45:17,23 46:4
    47:1 53:22
    64:6,22 98:12
    98:17 143:24
paragraph
    106:5 107:24
paralyzed
    180:15
paramount
    107:5
paravaginal
    79:18
part 25:1 29:17
    97:16 103:1
    124:12 134:7
    145:14 168:10
participate
    106:7,15,19,21
    178:11
participated
    50:22 163:6
participating
    20:16 70:7
    107:17 115:23
participation
    24:19 36:23
    167:8,10
particles 57:21
    126:2
particular 21:24
    25:13 52:23
    65:15 73:7
    86:10 98:2
    99:22 105:19
    125:14 128:10
    139:21
particularly
    43:17 55:4
    133:13,17

Timothy B McKinney, MD

138:3 179:16
**partition** 166:19
**partner** 38:19
  104:15
**pass** 85:14
**passage** 178:7
**passed** 95:2,20
  96:12 99:24
**pathologist**
  31:22
**patient** 76:6,7
  89:21 93:10
  103:17 107:18
  114:12 119:18
  136:13 151:8
  152:22 154:15
  163:12 178:15
**patients** 10:11
  12:17 13:19
  14:11,24 15:20
  17:11,17 47:23
  49:15,18 50:23
  67:3 76:2
  78:13 86:9
  89:15 100:22
  100:22 101:2,8
  102:9 103:20
  107:3,14 108:8
  109:6,7 110:2
  110:11 111:22
  112:20,21,22
  116:4,10,15,23
  117:9 118:17
  118:19 119:9
  119:18 120:6
  120:17 124:16
  130:18,22
  141:6 142:7,20
  149:15 152:16
  152:19 154:20
  157:24 158:1,8
  158:10 161:7
  165:9,14,23
  167:7,15
  168:11,15
  170:3,17,19

171:13 177:16
  178:8
**paul** 70:23
**pay** 89:14,17
**peculiar** 134:19
**peed** 93:10
**peer** 63:10,14
  64:2,6 170:6
  171:9
**peerreview** 64:1
  64:11,19
**peerreviewed**
  62:18 98:21
  170:24
**pelvic** 1:6 49:21
  60:13 94:4
  104:11 106:9
  107:8 123:18
  124:10 130:6
  132:7 137:8,12
  138:10,13,14
  158:6 180:15
  180:17
**pelvichealthsu...**
  3:15 105:10
**pending** 6:21,22
**penis** 139:5
**penn** 37:24
  71:13
**pennsylvania**
  165:19
**people** 10:8 14:4
  42:19 62:24
  63:16,16 66:14
  70:3 95:21
  96:11 99:18
  117:18 119:2
  136:11 154:24
  162:4 163:1
**percent** 11:15
  45:18 68:1
  72:17,22
  124:23 126:16
  143:21,23
  144:2,2,17
  145:12 146:10

147:4,5 149:14
  160:4,12,14,16
  169:13,21
  170:14,15,17
  175:24
**percentage**
  88:13,15
  145:23 146:3
  167:17
**pereya** 11:9
  160:9
**perfectly** 118:19
**perforating**
  148:23
**perform** 47:16
  87:10
**performance**
  77:20 87:12
**performing**
  55:15
**perfs** 78:14
**period** 23:20
  43:20 78:10
  88:5 134:13
  140:3 152:24
  155:13
**periodically**
  159:3
**periods** 103:6
**periurethral**
  139:2
**perks** 1:17
  181:16
**permanent** 15:9
  100:24 126:10
  127:5 128:2
  129:19 138:22
  175:12
**permanently**
  129:22 130:19
**perretti** 2:12
**persistent**
  101:18
**person** 11:4 13:5
  94:11 96:15
  97:3

**personal** 40:3
  66:3 119:17
**personally** 12:9
  159:18
**pertaining**
  164:16
**pertains** 24:16
**pertinent** 40:5
  155:11
**ph** 1:23
**philosophy**
  173:14
**phone** 53:8
**physical** 42:14
  57:12 120:22
  145:19
**physicians**
  74:19 93:21
  132:16 133:19
  175:15
**physiotherapy**
  145:19
**pick** 136:19
  163:18
**pictures** 153:2
**piece** 64:9,9
  108:12 151:15
  176:8
**pieces** 39:21
  103:4 155:12
**pile** 138:24
**pinnacle** 68:18
**placed** 114:17
**placement** 34:12
  85:2 106:9,13
  107:15 157:24
**places** 135:22
**placing** 106:22
  107:2 136:9
  157:15,20
**plaintiffs** 2:5
  5:13 132:10
**planning** 153:4
**plaza** 2:13
**please** 157:1
  182:3,8

**pledgets** 172:17
**plenty** 97:23
**plication** 11:9
  11:14
**plications** 160:3
**plus** 48:18
**pma** 31:17 110:7
**point** 21:13,24
  22:15 74:20
  77:16 99:9
  109:13 114:20
  124:7 137:2
  145:7
**pointed** 27:22
  28:1
**points** 88:13,16
  124:21
**polypropylene**
  12:19,23 13:10
  13:22 14:6
  40:14,15,19
  41:6,8 43:2
  44:4,19 45:13
  51:10,20,22
  52:9,22 53:1
  54:1 76:19
  139:9 172:23
**polypropylenes**
  51:7 52:16
**poorer** 147:9
**pop** 115:7,17
**pore** 15:10
  32:16,18 33:21
  34:17,19,24
  35:4,8 76:19
**position** 3:14
  14:9 61:21
  66:15 73:1
  75:22 76:8
  94:20 150:13
  150:15,21
  151:4 178:9
**positioning** 76:3
**positive** 114:19
**possible** 65:3
**possibly** 64:3

80:19 166:3
**posterior** 108:4
**postmarket**
  106:8
**postop** 168:8
**potential** 16:18
  57:20 79:3
  100:24 132:16
**potentially**
  78:10 86:2,4
  134:18 154:4
  176:21
**powerpoints**
  27:17
**practice** 48:10
  91:2,12 122:19
  123:3,4 124:13
  124:14 147:17
  147:21 165:16
**praising** 135:10
**pre** 33:18
**preceding** 38:14
**preceptor**
  136:14
**precise** 23:17
**predecessor**
  111:1
**predicate** 31:11
  111:8,14,24
  112:11
**preliminary**
  10:14
**premarket**
  29:20 31:16
  110:14 112:1
**premise** 133:12
  171:23
**preparation**
  41:15
**prepared** 171:3
**preparing** 34:15
**present** 35:19
  48:14
**presentations**
  159:3
**presented** 51:12

105:19
**presenting** 51:1
  52:14,21
**president** 62:16
  71:15 96:7,18
**presidents** 97:10
**pressure** 12:11
  174:2
**pretty** 58:11
  59:2 62:12
  64:21 79:5
  99:11,13 124:9
  144:6 148:14
  148:16 151:1
  153:16 156:14
  156:16 158:5
  158:23,23
  165:23 171:12
  175:8
**prevent** 23:21
**preventing**
  178:18
**prevention**
  52:10
**previously** 9:3
  19:21 173:7
  175:3
**primary** 22:9
**primitive** 160:2
**printed** 175:20
**printout** 3:16
  105:11
**prior** 14:22
  81:24 91:12
  108:16 172:11
**private** 48:10
**privately** 12:8
**privy** 12:7 62:8
**probability** 29:9
  40:18 54:23
  149:9
**probably** 5:21
  14:3 25:18
  32:21 56:17
  62:23 65:9
  83:4 88:4,6,6

93:1 101:22
  122:18 124:13
  124:22 129:7
  129:13 130:9
  156:17 157:11
  169:12,14
  171:7 175:23
**problem** 43:22
  74:22 126:13
  178:5
**problematic**
  15:15 72:20
  75:3 162:13
**problems** 16:15
  118:23 121:4,5
  126:16,19
  130:8 161:10
  168:15
**procedure** 15:5
  15:7 16:3,6,10
  16:20 22:24
  50:9 59:7
  72:12 87:4
  125:3,8,15
  130:23 134:17
  138:7 146:13
  147:3 148:14
  149:4 155:17
  162:23 163:10
  164:9 177:8
  179:24 180:1
**procedures** 11:6
  11:7 12:3 17:2
  23:6 48:15
  55:1 60:23
  67:1 71:12
  133:17 137:15
  148:8,19
  162:16 174:11
  180:9
**proceed** 132:12
**process** 29:20
  30:16 31:8,8,9
  31:17,17 37:10
  64:1,11,19
  65:14,16 68:8

90:21 109:1
  110:1,17
  152:16 174:10
**processes**
  110:15
**proctored**
  128:17
**produce** 8:1
**produced** 31:1
  50:20
**product** 24:23
  28:9 35:22
  51:21 92:7,11
  152:21 166:13
**production** 4:7
**products** 1:7
  24:21 49:3
  55:7 90:9
  103:3 110:21
  121:13 123:11
  152:17 154:16
  155:22 156:15
  156:16 157:3,4
  157:6 169:10
**professor** 69:2
**profile** 23:5 58:1
  84:5,12,16
**profiles** 78:19
  78:21
**program** 93:7
  93:16 101:24
  134:23 137:7
  158:15,16
**progressive**
  128:14
**project** 12:15
**prolapse** 81:3
  93:7 106:9
  107:8,20
  113:10 116:24
**prolene** 15:8
  39:2 46:15
  162:19
**promesh** 93:3
**prop** 14:6
**propagated**

155:15
**propagates**
  127:2
**propatient** 93:5
**proper** 178:13
**property** 57:12
**proponent** 94:14
**propounded**
  184:9
**prospective** 11:5
**protegen** 111:15
  111:18
**protein** 47:6,6
**proud** 171:12
**proven** 108:23
**provided** 57:13
  99:2
**providence** 2:3
**providing** 38:12
  146:19
**ps** 8:12
**pubic** 14:19
  72:15
**public** 1:19
  181:17 184:24
**publication**
  33:18
**publications**
  33:20
**publish** 11:4
**published** 9:23
  50:22 64:10
  70:19 97:15
  100:15,16,17
  148:2
**pubourethral**
  72:15 174:5
**pubovaginal**
  146:24
**pubovesical**
  72:18
**pull** 116:9
**pulled** 77:22
  126:15
**punched** 114:6
**purposes** 67:21

75:17
**pushed** 28:18
29:1 80:12
**put** 33:5,6 52:9
65:2,23 70:5
74:1 76:23
78:6 83:6 88:6
98:23 105:17
109:10 111:22
120:2,17,20
131:5 144:16
155:10,19
161:18
**puts** 139:5
**putting** 22:22
28:8 64:7 94:7
109:23,24
125:13 127:24
153:9 157:7

**Q**

**qualify** 118:23
**quality** 99:18
114:12 117:11
**quantitated**
32:23
**quarantined**
128:13
**question** 6:5,6,9
6:11,21,22
11:20 13:16
14:9,21,23
15:18,19 18:11
23:16 53:13
67:13,16 73:3
73:10,16 74:11
79:8 81:19,21
82:8 110:10
119:15,16
130:14 167:4
177:23
**questionnaire**
168:21
**questionnaires**
158:9
**questions** 4:15

5:15 23:12,17
28:11 31:7
61:5 74:8
115:16 130:15
132:10,12
136:19 150:12
152:15 165:6
165:10 171:4
171:18 180:21
184:8

**R**

**r** 1:8 181:1
183:1,1
**race** 40:23
**randomized**
11:5 98:21
108:7,8 114:22
**range** 143:9
144:1,11
146:10
**rare** 88:20,20
121:21
**rash** 120:11
**rashes** 120:7
**rate** 11:16 58:14
72:17,23 84:16
89:19 116:22
143:14 144:17
146:12 160:4
160:13,17
162:10 166:19
167:8,10 169:6
169:6,16,20
170:16
**rates** 17:13,20
18:1,6 40:21
50:6 58:10
77:23 88:9,11
89:5 117:20
118:20 129:17
143:10 144:11
146:19,23
147:8,13,14
**raw** 50:13
**raz** 11:9 160:9

160:10
**rcts** 47:15
**reaction** 126:8
126:10,20
127:21,23
**reactive** 34:7
**read** 21:1,2
22:20 32:21
37:7 45:9,19
47:2 53:12,14
56:23 57:1
61:14 78:7
105:20 108:12
126:5 141:19
143:24 154:15
155:4 156:6,9
156:14 175:24
176:19 181:12
182:3 184:5
**readhering**
149:2
**readily** 136:11
**reading** 156:1
176:9
**readings** 41:20
**reads** 176:23
**ready** 132:12
**real** 56:12
**really** 16:14
28:17 32:22
33:1 42:10
47:6 57:3 78:8
89:16 92:20
94:19 104:10
119:20 147:12
163:4
**realm** 77:1
**realtime** 181:18
**reason** 10:23
74:15 114:8
168:11,16
182:5 183:6,8
183:10,12,14
183:16,18,20
183:22,24
**reasonable** 44:5

51:6 82:20
**reasons** 12:9
54:18 117:4
**reattaching**
79:20
**recall** 46:12,13
46:16,20
**recalled** 111:18
112:1
**receipt** 182:17
**receive** 97:14,18
128:19,22
129:1,2
**received** 100:3,6
100:18
**recess** 61:12
131:13
**recessed** 8:20
**reclassify** 115:6
**recognized**
149:19
**recollection** 6:3
**recommendati...**
115:5
**reconstruction**
13:1 60:14
166:8
**reconstructive**
49:22 137:13
**record** 7:3 8:15
8:19 53:10,11
53:15 61:11,15
109:10 152:10
152:12 179:20
181:6
**records** 106:23
**rectoceles**
113:13
**rectus** 161:2
**recurrence** 17:5
114:11 124:2,3
124:5 138:6
169:19
**recurrent**
116:24 149:10
**reference** 36:22

47:14,15
**referenced**
59:18 80:5
**referrals** 121:22
**referring** 33:9
42:19,20 57:19
62:3
**refresh** 6:2
**regard** 13:17
14:13 38:6
47:13 49:7
77:19 91:1
102:18 128:15
166:12
**regardless**
129:17,18
**regions** 58:24
**regular** 157:6
158:8 168:19
**regulatory**
29:12 59:4
157:7,10
**reinforcing**
60:18
**related** 15:2
77:7 80:4
83:17 98:4
**relates** 1:9
**relationship**
33:13 34:6
**relative** 11:21
20:16 21:23
22:1 29:19
47:15 49:10
57:14
**release** 126:1
148:12 149:12
149:15
**released** 66:6
99:5
**relevant** 77:6
**reliable** 141:13
141:22 142:4
142:17 154:8
176:2
**reliance** 8:5

27:19
**relied** 47:18
**relieved** 111:24
164:10
**rely** 21:11 53:5
154:18,21
175:19,21
176:18
**relying** 27:24
28:3 29:3
**remeex** 92:9
**remember**
111:17 129:6
151:16 152:8
165:10
**remind** 6:14
**remove** 47:7,9
**removing** 54:8
**reoperation**
169:20
**repair** 1:6 79:19
107:10,20
161:17 162:22
163:2
**repaired** 161:12
**repairing** 153:4
**repairs** 14:1
81:15 117:24
**repeat** 6:6 84:7
157:17 166:23
**rephrase** 6:6
**replacements**
162:6
**report** 9:1,11,14
21:9 22:9
25:10,14 27:13
32:17,21 34:16
35:13 39:23
41:16,24 57:15
77:4 78:2 88:2
**reported** 19:16
19:17 46:14
59:3 147:1
159:8 170:24
**reporter** 1:19
53:14 61:14

105:3 106:16
122:9 135:12
153:24 181:17
181:22
**reporting** 148:4
**reports** 27:20
115:1 157:9
**represent** 5:13
132:6
**reproduction**
181:21
**reputable** 62:22
69:3 73:18
74:20 149:23
**request** 4:7
**requested**
105:24 106:11
181:9
**requests** 7:24
**required** 49:19
158:18
**research** 3:16
37:3 64:12
105:7,11
**researched**
56:20
**researching**
46:23
**residency** 93:16
101:23 134:12
134:23 136:24
137:6 158:15
**residents** 49:19
125:10
**resistance** 114:4
**resolve** 107:5
**resort** 160:24
**resource** 155:5
**response** 31:2
126:23
**rest** 159:1
**result** 121:24
**results** 10:21
15:8 31:19
58:16 120:7
169:3

**retained** 91:20
**retention** 148:12
**retirement**
91:16
**retracting** 164:4
**retractors**
163:22
**retropubic**
75:19 76:10
78:12 86:1
89:13,22
148:19 160:23
164:11
**return** 161:14
182:15
**review** 62:21
63:8,23 64:3
87:11 89:3
95:1 115:12
135:2 159:12
**reviewed** 24:7
63:11 64:7
164:15 170:7
171:10
**reviewers** 63:15
**reviewing** 26:6
26:11 64:6
66:20
**reviews** 63:15
64:22
**rhode** 2:3
**rice** 2:2
**richardson**
93:17
**rid** 120:5,11
**ridiculous** 98:20
**right** 9:24 15:16
31:4,4 33:10
35:19 43:16
51:15 53:21
65:12 71:7,13
73:24 88:18,22
91:8 96:24
103:9 109:7
110:12 111:23
112:20 113:3

113:17 115:24
141:10 163:23
167:14 170:9
172:3 180:20
**riker** 2:11,15
132:5
**risk** 72:11 78:18
78:21 79:21
83:17 84:5,12
84:15 87:6
89:12 107:9
115:21 137:8
137:17 138:14
161:18,20
175:13
**riskapparent**
148:9
**risks** 39:7 78:13
86:6 116:15,21
132:16,23
133:7 135:21
136:23 137:20
137:21,22
138:9 148:22
152:20 153:1
161:9 163:17
171:24 172:1
175:9
**risky** 67:3 78:15
**robot** 38:3
**rods** 160:11
**rogers** 93:20
**role** 155:7
**rope** 125:18,20
**roughly** 144:17
144:18
**route** 1:15
106:13
**rovner** 71:4
**rsa** 1:18 181:16
**rules** 5:24
**runs** 152:6
**résumé** 102:21

———————
**S**
**s** 1:9 3:9 112:8

**sabbatical** 48:7
**safe** 139:17
149:19
**safety** 10:6
13:21 14:12
15:2,21 23:5
30:18 31:10,18
50:5 58:1,10
59:12 72:1
76:9 98:6
106:23 108:23
108:23 115:16
140:9,13
**sat** 155:10
**saw** 47:21
162:15
**saying** 21:4 25:6
37:19 60:21
111:6 116:2
**says** 95:15
**scaffold** 127:13
**scanning** 53:19
**scar** 124:20
145:9
**scary** 101:15
**scherer** 2:11
**school** 85:12
134:12,23
158:15
**sci** 92:5 156:15
**sciatic** 121:3
**science** 32:5
**scientific** 49:9
51:21 59:20
63:7 68:16,22
71:24 103:8
117:9
**scientificmind...**
62:23
**scope** 125:13
**scrutiny** 30:10
**search** 34:17,22
41:4,15,19
45:12 58:18
**searched** 119:2
**searches** 45:23

Timothy B McKinney, MD

secondary 20:12
sections 155:20
see 12:13 13:7
    45:4 62:8
    65:23 115:20
    136:20 159:24
    162:2 166:10
    167:18 168:16
    168:19,21
seeing 24:23
    34:13 42:9,10
    72:10 103:12
seen 7:21 42:1,7
    46:16 56:16
    58:2 69:14
    86:7 100:4
    121:16,19,23
    144:12 146:5
    147:17
selected 68:2,4
selfedification
    168:12
sem 53:6,17
sent 96:20
separate 42:22
    77:21 78:4
    124:4
september 91:12
    91:19 115:3
seratis 65:20
    144:3
series 61:5
    114:24 147:10
    160:19
set 8:1 61:1 94:6
sets 153:17
setting 49:17
severe 76:1
severity 175:1
shake 6:16
share 96:10
sheet 182:7,9,12
    182:15 184:12
shes 152:7
shingles 121:8
shipped 55:8,8

shore 165:18
short 23:20
shortened 88:5
shortterm 10:19
    16:7 18:1
show 141:13,23
    142:18
showing 43:14
    142:4 175:14
shown 66:6
    172:1
shows 117:10
sic 59:11 166:19
sickening 119:5
side 74:23 81:16
    93:5 162:1
    171:9 176:11
sideline 176:12
sign 181:12
    182:8
signed 97:6,9
significance
    44:8
significant 85:5
    144:7 167:22
    168:2
signing 182:10
similar 84:14
simple 124:18
    148:14
simply 81:22
single 34:1 59:8
    60:19 95:20
    96:2,20 97:3
    126:13 149:23
    150:7
sir 31:20
sister 72:13
    146:23
sit 21:22 28:20
    36:2 55:9,14
    71:20 100:6
    171:2
site 94:8
sitting 153:7
situation 128:1

149:11
situps 114:6
six 78:10 92:24
    165:20,21
size 32:16,18
    33:22 34:18,19
    34:24 35:4,9
skin 19:6 113:18
    113:22
slightly 86:21
sling 76:7,9
    92:11,12
    102:24 147:3
    148:15 149:13
    160:23 172:24
    173:8 174:8
slings 32:19
    38:22 48:21
    56:13 60:7,21
    72:15,18 74:17
    75:5,11,13,19
    76:12 77:8,14
    146:9,16,24
    147:11,12
    148:11 162:7
    164:11 173:15
    179:10,11
small 113:11
    129:20
sme 31:14
societies 59:4,9
    60:16 63:19
    73:13 97:11
    149:20 150:6
    150:22
society 59:8,10
    59:11 60:11,19
    63:2 95:3
    99:15 150:2
sodium 145:12
soft 162:19
sole 135:16,19
solely 73:16
    74:11 119:20
somebodys
    136:17

sorry 84:7
    141:18 143:7
    152:1,8 157:17
    166:24 174:18
sort 172:22
sound 109:22
source 135:16
    135:19
south 2:3
southern 1:2
space 80:22
    81:13,23 82:16
    83:3,7,15
    84:19 85:19
    86:2,7 131:2,4
    149:2 182:6
spaces 82:3,6
    84:2 85:15
spades 104:23
speak 60:19
speaking 21:21
    42:19 60:5
    77:6
specific 13:19
    14:10 34:17,23
    40:11 57:14
    67:20 77:23
    79:3 80:3
    83:17 84:11
    94:3,8 102:1
    106:12 119:16
    167:4
specifically
    98:11 117:8
    169:9
specifics 17:14
speedwell 2:13
spend 25:13
    46:23
spent 25:22 26:6
    26:11,16,21
    27:6
sphincter 86:11
    87:7 89:20
spinal 177:21
    178:5 180:14

spit 162:9
split 20:13
splitting 19:1
    109:21 111:5
spoken 90:4
spokesperson
    96:16
sponsored
    147:24
stable 127:14
staff 135:9
staffs 63:17
staggering 75:8
staging 40:8
stamey 11:9
stand 105:16
    107:23 151:24
standard 11:13
    23:4 59:7
    60:22 133:16
    143:2,2 150:9
    160:6
standpoint
    54:15 63:8
    78:16
stapled 162:20
start 46:3 94:10
    101:15 146:1
started 9:18
    10:10 11:24
    13:18 14:5,14
    48:13 49:23
    114:8 152:6
    153:12
starting 7:24
state 7:3 22:14
    33:21 35:13
    41:20,23 42:7
    127:7 182:5
stated 172:2
statement 3:14
    59:19,20 61:21
    62:2,19,20
    65:15 66:20
    67:19 94:18,20
    98:2 99:22

105:20,21
116:6 150:13
150:15,19,21
151:4,5
**statements**
104:19
**states** 1:1 137:4
173:10 177:4
177:12 178:23
179:6 180:2
**steady** 127:7
**stenographic**
8:19 53:15
61:11,15
152:12
**sternschuss**
69:10
**steroid** 145:16
**sticking** 99:17
**stimulator** 103:4
**stipulations**
4:11
**stitch** 173:22,23
**stitches** 163:16
163:19
**stomach** 157:18
**straight** 164:21
**strange** 58:13
**street** 2:3
**strength** 36:10
36:13 56:13,14
57:5 103:13
**stress** 137:9,18
137:22 138:15
139:18 140:4
143:3 159:16
159:19 173:1
178:22
**stretchability**
103:13
**stretched** 94:1
**strike** 14:22
33:18 40:22
44:15 87:9
102:6 135:18
138:11 139:23

140:19 143:11
145:24 155:3
156:8
**stringent** 70:8
**stroke** 80:8
**strong** 63:1
66:13 71:18
**stronger** 23:5
**strongly** 67:9
**structure** 19:7
164:3
**structures** 138:1
154:2
**studied** 140:2,10
140:14,22
**studies** 18:18
20:20 21:5,7
36:23 47:14,17
47:22,23 58:5
65:22 88:17
106:12,20
107:4 112:1
140:11,15,23
147:23
**study** 18:17 20:3
20:3,17 34:5
50:22 106:8
107:18,22
108:2 115:24
126:14 143:18
146:23 147:10
170:4 178:13
**stuff** 83:6,7
118:10
**subject** 115:12
182:10
**subjective**
143:22 144:4
**subscribed**
184:19
**subsequent**
148:4
**subsequently**
9:22
**substance** 51:19
184:11

**success** 11:16
58:10,14 72:23
89:19 93:8
117:19 118:20
147:8,13 160:4
160:13,17
**successful** 93:12
149:16
**suffer** 107:8
**suffered** 114:12
**suffering** 119:21
**sufficient** 109:3
134:2 145:18
**sufu** 60:11 63:1
63:2,3,5 66:22
71:15 73:12
150:3,13,18
**suggest** 168:6
**sui** 143:15
**suite** 2:8
**suited** 34:11
**summary** 64:8
**sun** 80:14
**supervision**
181:22
**support** 4:1 28:4
173:17
**supportive** 75:5
**suprapubically**
79:13
**sure** 8:17 16:13
35:20 51:9
55:4 56:17
61:9 68:1 78:3
97:21 99:6,8
99:11,13
100:19 129:14
158:24 167:1,5
167:11 178:8
**surface** 40:24
**surgeon** 82:3
83:24 85:16,18
134:8,10
155:23 156:9
163:13
**surgeons** 82:12

82:14 85:2,4
85:10 132:22
133:7,22 135:8
135:17,20
136:22 140:17
140:20 150:5
155:5 157:12
**surgeries** 121:6
125:12 130:6,7
134:14 137:10
137:14,18,23
138:15 145:24
146:4 158:6
159:17,20
160:1 179:12
**surgery** 49:22
55:15 79:11
93:7 106:10
107:13 108:14
109:3 124:1,10
**surgical** 17:2
79:15 106:24
107:10 122:11
130:23 133:16
134:17 139:1
150:6 158:11
175:10
**surprised** 73:23
**surprising** 11:12
**surround** 107:7
**surrounding**
138:1 154:2
**suspect** 117:3
**suspensions**
160:7
**suture** 17:5
51:16 138:4,22
139:1 175:13
**sutures** 163:3
**sworn** 5:3 181:4
184:19
**synthetic** 172:10
**synthetics** 175:2
**system** 1:6
**systems** 181:18

**T**

**t** 3:9 140:18
181:1,1 183:1
**tables** 19:22
20:2
**tailored** 152:22
**take** 3:11 7:7
61:7 119:2
131:9
**takedowns**
148:10
**taken** 1:15 42:11
61:12 120:10
131:13
**talk** 8:10 12:8
16:1 38:18
97:24 100:21
159:5
**talked** 16:21,24
34:4
**talking** 27:16
28:13 43:7
44:18,22 45:3
50:12 60:9
126:19 128:7
165:7
**talks** 98:5
**tanagho** 173:19
**tanaghos** 174:9
**tape** 84:10
148:13 172:24
**task** 67:17
**taught** 33:6
37:12 83:9
128:16 134:14
137:6 160:16
160:22 162:4
180:8
**teach** 154:24
**teaching** 128:23
129:2,4 155:1
**tear** 174:5
**tears** 94:2
113:12
**technique** 177:9
177:11,15

**technologies** 1:23
**tell** 10:10 12:17 13:19 14:10,24 15:20 16:8,17 17:11,17 18:4 71:2,3,5 92:21 100:22 101:7 102:8,17 112:20,21 117:8 143:13 156:24 170:13
**ten** 144:3
**tend** 23:14
**tenderness** 124:7
**tensilary** 36:9 36:13
**tensile** 103:12
**tension** 178:17
**tensioning** 178:3 178:14
**term** 19:9 41:1 73:2
**terms** 14:12 33:16 36:4,9 38:10 39:18,19 41:22 50:4 57:24 86:15 89:4 166:20 167:9 176:17
**terrible** 58:14
**test** 178:22
**testified** 5:4 156:20
**testify** 170:11
**testifying** 24:4
**testimony** 38:12 39:16 181:6
**thank** 180:21
**thats** 8:10 12:5 14:8,20 15:18 24:24 25:11 40:5 43:6 48:6 51:20,22 56:14 58:12 59:1 60:4 71:14 72:5,13,24 73:12 75:4,4 76:9,24 77:1 79:21 80:1,17 81:15 82:5,18 89:10 90:1 92:10 96:18 101:22 104:20 104:20 115:24 116:8 125:5 130:12,14 131:4,8 138:8 144:6 160:21 164:23 172:14 173:24 174:7 177:21,22 179:5 180:1,5 180:7
**theory** 12:6 173:1 174:9
**therapy** 145:6 145:21
**theres** 33:17 43:11,18,20 54:7,9 62:5,24 65:9 74:10,22 76:22 77:11,17 79:21 84:12,15 85:10,15 86:21 88:17 98:14 104:4,5 110:5 112:17 113:22 117:24 118:16 119:12 127:18 129:21 131:5 135:22 138:4 148:22 150:7 179:9 180:4,12
**theyre** 23:17 42:20 60:9,21 67:15,17 71:17 72:19,19,20 74:21,23,24 75:16,23,24 76:1,21,23,23 76:24,24 78:3 81:2,16 82:7 82:12,14 83:12 83:24 84:14 99:16 113:14 114:1 117:20 129:18 136:12 148:9 168:18 180:15
**theyve** 28:8 30:9 30:22 60:3,10 60:14 82:17 83:19,22 85:1 117:1 130:10
**thick** 17:15
**thigh** 86:15
**thing** 125:7 152:6
**things** 26:13 37:18 39:22 59:14 73:5 79:6,21 81:16 90:6,8 94:7 103:14 104:2,4 115:20 120:16 121:7 124:4,9 126:6 128:12 133:15 153:5 162:1,11 163:21 170:23 171:22 172:18
**think** 20:6 24:24 25:4,22 27:12 34:2,3 37:10 39:3 40:5 47:20,22 58:7 59:13 83:14,19 94:10 95:22 97:16 99:10 103:15 104:10 104:11 109:5,6 111:21 112:2,6 118:9,15,24 127:16 130:5 130:21 131:7 131:11,11 143:20 144:16 147:20,24 148:3 149:14 150:7,13 160:2 168:14 176:1,4
**thinner** 113:21
**third** 124:13
**thirty** 182:16
**thorough** 65:3
**thought** 26:13 28:7 98:19 109:1 113:3 116:12 120:24 156:5 173:23 174:4,10
**thoughts** 174:9
**thousand** 48:17 74:24 75:1 122:20
**thousands** 42:8 48:22
**three** 8:12 49:20 108:2,5 129:14 165:21 167:16 167:18 168:4,5 168:8
**threepart** 104:18
**throw** 163:16,19
**throwing** 163:3
**thumb** 8:4
**tie** 163:18,21
**tight** 142:1 163:22
**till** 174:14
**time** 6:3,19 11:7 11:13,23 12:21 21:13,17 22:1 22:16 23:9,20 25:15,20,21 26:2,6,10,17 26:22 27:1,4,6 37:19 39:10,18 46:23 66:24 88:5 103:6 110:22 112:18 113:6 114:20 114:23 115:17 124:24 125:11 134:13 136:13 137:2 140:3 147:10 152:24 155:13,15 160:5 161:16 165:17 175:11 179:19
**times** 39:22 87:23 102:22
**timothy** 1:14 3:3 3:11,13 5:2 7:4 7:8,12 181:4 181:11 184:16
**tissue** 53:24 94:2 107:11 108:3,9 114:9 117:3,21 117:24 124:20 127:11,24 145:10
**tissues** 34:7 94:9
**title** 19:24
**today** 5:15 7:20 9:5 21:22 35:20 36:2 37:13 55:10,15 71:20 100:6 171:3
**todays** 7:19 61:18
**told** 15:4 116:14 119:19 120:8 125:18 167:12
**tone** 153:17
**tons** 33:5
**top** 63:3
**tot** 84:6 87:12
**total** 54:22
**totally** 37:12
**touch** 153:8
**track** 49:17
**tracked** 49:14
**tracking** 165:9
**tract** 147:8

**traditional** 117:13
**traditionally** 83:1
**train** 125:9
**trained** 13:4,4 136:12
**trainees** 158:20
**training** 13:3 60:15 134:11 134:13 136:2
**transcending** 109:16
**transcript** 181:13,20 182:17,19
**transcription** 184:7
**transformation** 164:8
**transitory** 127:9 127:21
**transobturator** 81:13 82:16 83:2,18 84:10
**transparent** 116:11
**transvaginal** 73:20 109:12
**transvaginally...** 32:19
**trauma** 54:10 114:4
**travel** 40:15
**treat** 122:4 123:24 124:3
**treated** 122:15 123:3 162:17
**treating** 143:3
**treatment** 124:23 139:18 140:3 173:1
**tremendous** 114:15
**trial** 24:12 28:12 28:14 33:3

38:12 42:4 72:13
**trials** 11:5 98:22 114:22
**tried** 24:19 38:21
**trigger** 124:21 145:7
**trouble** 120:21
**true** 10:6 67:4 68:16,19,22 74:16 94:19 112:22 113:8 121:20 142:8 181:5
**truthful** 103:20 176:2
**try** 19:2 24:22 170:10
**trying** 23:15 25:2 35:21 54:10 70:18 116:9 175:7 180:10
**tube** 145:7 179:4
**tubes** 180:12
**tucker** 2:6
**tuckerellis** 2:9
**tulikangas** 70:23
**tune** 158:24
**tv** 140:10
**tvo** 43:18 121:12
**tvt** 8:6,7,9,24 9:11,16,18 10:3,4,10 11:21 13:17 14:10,13 15:2 15:22 22:9 30:5 34:5,10 38:14 43:18 47:16 48:1,14 48:15 49:10 50:24 55:1,18 55:18 56:10 58:19 77:5,12

77:22 78:18 88:10 89:4 121:12,20 125:1,18 128:16,23 129:5,16 130:3 130:17,24 132:15,21 133:7 134:7 135:6,21 137:21 139:8 139:15 140:1,5 140:10,21 141:16,24 142:5,20 143:1 143:10,15 144:12,18 145:23 146:3 147:11 149:18 154:16 155:4 155:14,15 156:6 157:16 157:21,24 158:20 161:19 163:8,13 164:10 165:13 166:4,13 169:9 169:18 172:6,8 172:11,21 173:9 174:24 177:2,3 180:1
**tvta** 140:18
**tvto** 30:5 48:15 49:11 55:1,18 55:19 56:10 58:19 77:5,12 77:19,21,23 78:8,11,13,18 79:2 80:4 81:6 81:24 82:11 84:6,11,19 85:20 86:16 87:13 88:10 89:4,11 121:13 121:20,24 129:2,5,17

130:3,17,24 136:23 140:14 140:22 143:2 143:15 144:13 144:19 145:23 146:4 149:19 155:14 156:6 164:10 169:9
**tvtos** 56:4,22
**tvts** 56:4,21
**two** 18:18 19:20 20:20 21:7 23:12,23 42:22 56:13 57:8 62:9 78:4 88:15 89:9 104:9 109:8 124:4 129:13 167:9,16,18 168:3,4,5,7
**type** 11:10 15:9 15:10 33:2 39:1 52:23 76:18 163:9
**typed** 153:19
**types** 170:23
**typically** 80:21 83:16 179:6

**U**

**u** 1:9
**ubiquitous** 58:11 59:2
**uhhuh** 65:8,17 73:22 102:15 105:8 111:21 171:16
**ulmsten** 9:24 12:8 38:18
**ulmstens** 14:16
**ultimate** 111:13 111:23
**ultimately** 97:6
**undergone** 107:14
**underneath**

71:13
**understand** 6:4 14:8 41:10 42:17 44:1 63:21 72:21,21 72:24 74:4 96:17 136:20 153:9 154:24 156:5 170:10 171:15 176:20 176:23 179:17
**understanding** 153:1 176:10
**understands** 82:3
**understood** 6:10 16:14
**unfortunately** 29:17 33:4 37:9 85:9
**unique** 58:13 172:1
**uniqueness** 133:14
**united** 1:1 173:10 177:4 177:11 179:6 180:2
**universe** 129:21
**university** 49:17
**unknown** 18:5
**update** 150:20
**updated** 150:16 150:18
**upwards** 147:1
**ureter** 163:18
**ureters** 17:7 138:2
**urethra** 17:8 87:5 138:5 148:22,24 149:8 161:10 162:20 173:17
**urethral** 14:19 88:11 89:4 174:1

**urethrolysis**
148:17
**urethropexy**
11:10
**urinary** 137:9
138:15 139:18
140:4 143:3
147:7 159:16
159:19 173:2
**urodynamic**
12:11 89:17
144:5
**urodynamics**
60:11 86:14
157:5
**urogenital** 60:13
**urogyn** 59:11
**urogynecologi...**
73:19 74:14
174:15,19
**urological**
151:15
**urologist** 85:17
**urologists** 63:4
73:18 74:13
80:21 81:22
82:9 133:21
160:8 172:19
**urology** 60:12
148:6 150:5
**use** 12:24 29:5
41:13 48:1
49:3 55:2 56:2
60:20 73:19
74:15 85:21
90:23 91:4
99:2 107:13
108:4,14 109:3
110:4 113:4
115:7 116:16
135:14 141:8
145:11,15
161:21,24
162:10 164:17
164:18 173:15
176:10 178:24

**useful** 176:8
**users** 135:5,7
**uses** 12:22 136:4
162:2
**usually** 124:16
154:19
**uterus** 168:18
**utilized** 12:10
17:8 35:10
37:18 95:3
154:22 172:23
**utilizing** 13:24
15:8 162:5,18

---
**V**
**vagina** 12:19
93:12 106:22
113:8 120:14
127:3 131:2,6
139:6
**vaginal** 33:17
34:3,11,19,23
35:4 36:24
37:3 38:8 40:8
41:13 74:16
106:8,13 107:2
113:10
**vaginallyplaced**
33:22 36:14,18
**vaginas** 113:16
**valid** 27:10
**variations** 54:14
180:4,19
**varied** 71:12
**various** 39:20,22
**vast** 172:7
**vein** 163:24
**veins** 164:1
**version** 132:22
**versions** 132:20
**versus** 20:3
29:20 33:2
78:11 84:13
87:17 89:22
117:21 147:5
149:13 164:17

**vertex** 14:18
**vesical** 173:17
**vessels** 130:11
**vet** 70:17
**vetted** 69:18
**views** 118:9
**villages** 161:14
**virginia** 1:2
**visàvis** 41:5
**vitae** 3:12 7:12
**vivo** 54:2
**voiding** 147:7
**volunteer** 67:19
**volunteered**
68:11
**volunteers** 67:5
**vote** 95:8,15,18
**voted** 66:10,12

---
**W**
**w** 1:15
**wake** 179:2
**waking** 178:10
**wall** 113:20
114:5 153:2
**walls** 128:3
**want** 13:15 68:9
109:9 170:9,16
170:18,21
171:1
**wanted** 92:9
96:9
**wanting** 115:19
**wants** 135:10
**warned** 83:15
132:22 133:7
**warning** 134:6
**warnings** 32:13
176:24
**warns** 132:16
**wasnt** 19:17
67:12 68:7
79:8 81:19
102:22 108:7
111:6,19
119:15 122:4

170:6
**wave** 8:12 10:7
**way** 19:3 22:8
37:11,20,23,24
37:24 38:2,24
43:23 51:11
64:5 70:5
94:19 109:4
112:14 115:10
131:5 143:12
145:21 155:19
156:4 162:24
173:9 178:6
180:6,7
**ways** 19:4 59:15
94:6 119:1
124:15
**weaning** 91:13
**webpage** 3:16
**website** 102:21
103:19,24
105:6,17
**websites** 104:9
**wed** 93:22,23
160:24 161:2
161:11,16,19
161:20
**weeks** 165:20
**wein** 71:13
**wellrespected**
74:13
**went** 12:13
24:22 30:16
37:16 64:20
65:5 80:8
93:13
**west** 1:2
**weve** 9:3 43:7
110:8,9
**whats** 7:18
25:16 53:22
99:12 104:13
105:1 117:21
151:14 155:21
165:12 167:8
**whf** 151:19

**whichever** 108:6
**whittling** 149:5
**whos** 65:5,7
**wicking** 41:5,7
**wide** 17:16
**witness** 3:3 4:2
16:1,13,24
17:24 18:24
20:6,9 21:16
22:5,19 24:15
26:21 27:4
28:17 29:8
30:9,22 31:14
35:7 37:7
38:17 40:2
44:11 45:7,16
46:19 50:16
51:9 52:1,18
53:16 54:6
55:22 57:18
63:14 64:15
67:8,24 69:14
70:1,21 72:4
75:22 77:11
80:7 81:1
83:21 85:24
87:22 89:8
91:7 92:20
94:24 96:1
100:11 102:13
106:17 110:20
112:6 113:2
116:20 117:17
118:15 119:12
120:1 122:3,10
123:7 133:10
135:13 137:12
139:12 140:7
141:3,18
142:10,22
143:17 144:15
146:7 147:19
149:22 151:1
151:21 154:1
156:13 158:3
158:22 159:22

Timothy B McKinney, MD

160:20 167:21 171:7 172:14 173:14 175:6 176:7 181:3,7 181:11 182:1
**woman** 152:5
**women** 107:8 129:20,21 139:17
**womens** 61:1 73:7
**wondering** 160:10
**wool** 116:10
**words** 123:24 142:4
**work** 20:16 24:22 33:23 70:13 124:1 136:15 157:3 166:8 180:17
**worked** 9:23 10:1 49:1 69:19 93:16 157:6
**working** 70:3 83:16 102:23
**works** 68:24
**world** 11:12 58:11,24 59:3 63:4,18 149:24
**worry** 48:12
**worse** 149:11
**worst** 153:13
**worth** 23:12
**wouldnt** 161:13 174:22
**woven** 13:12 40:18
**write** 63:22
**writer** 156:21
**writing** 80:17 156:2
**written** 29:2 39:23 90:9 95:19

**wrote** 67:19 69:8 97:3

—— **X** ——
**x** 3:2,9

—— **Y** ——
**yeah** 62:5 106:5 124:2 152:23 162:14 170:12 173:11 177:24
**year** 9:19,20 18:21 20:2,3 62:7 90:16,17 129:7 160:10 165:13,21 166:15,19 167:15,16 168:3,7 170:21
**yearly** 165:22 166:1
**years** 12:24 13:23,23,23 14:6,7 18:17 42:9 87:23,24 91:23 92:15 102:24 107:16 114:18 124:11 129:9,10,13 139:19 144:3 156:16 162:14 165:24 166:20 167:5,9,18 168:8,8 169:7 169:18 170:21 170:23
**youd** 59:13 94:18 127:15
**youll** 50:11 72:2
**youre** 6:13 8:24 18:9 23:15 25:1 27:9 28:12 29:12,22 30:1,15 31:8 31:22 32:1,4,7 32:10,13 33:9

35:17 38:9 42:15 45:2 47:7 50:24 52:20 54:12 55:15,17 57:6 61:4 66:7 71:23 79:10,15 79:19 85:17 87:4 89:21 90:11,17 91:2 91:3 95:13,16 99:8 109:22 111:6 120:10 124:17,20 125:11,14,15 128:6 134:14 143:18 146:18 148:15 149:8 149:10 165:7 170:10 175:7 175:12
**youve** 5:16 56:20 58:1 79:14 84:22,24 85:13,13 91:23 93:2 94:13 100:20 118:8 121:12,16,19 121:23 123:2 123:11,14,16 124:5 125:17 132:9 136:1 147:17 149:12 167:7
**yup** 61:6 115:14

—— **Z** ——

—— **0** ——
**000plus** 47:23
**01** 88:21
**02** 88:21
**02903** 2:3
**079621981** 2:14

—— **1** ——
**1** 3:11 7:10,19

8:12 9:6 89:1 131:14,14 144:17 146:10 169:13 184:6
**10** 98:14 175:24
**100** 25:16 45:18
**105** 3:15
**11** 1:16 8:21 18:17,21 20:3
**1100** 2:8
**12** 47:23 61:13 61:13
**12md02327** 1:7
**13** 72:22 174:17 174:18
**132** 3:6
**14** 8:21 98:15
**14th** 62:5
**1500** 63:1
**160** 11:7
**165** 3:7
**17** 18:17,21 20:3 139:19
**17year** 18:16 20:17 43:20 143:19 177:5
**185** 184:6
**1885** 1:15
**19** 49:23
**1920s** 37:4
**1994** 39:3
**1995** 11:3,8
**1997** 33:10
**1998** 10:16 12:16 14:14 15:3,20 17:18 21:18 48:14 94:14 137:2 166:22 167:6 172:6,7
**1999** 9:23 36:22

—— **2** ——
**2** 1:7 3:12 7:14 9:7 89:1 167:5 169:21 170:14

170:15,17 180:24
**20** 184:20
**200** 25:17 122:22
**2007** 172:8
**2008** 115:3 173:10
**2012** 115:3 116:5
**2014** 150:14 174:14
**2015** 132:15,21 166:22
**2016** 1:12 150:20 181:24
**216** 2:9
**2276** 2:9
**2327** 1:7
**2381708** 181:17
**23rd** 150:20
**29** 1:12

—— **3** ——
**3** 3:14 61:18,23
**30** 61:13 65:9 182:16
**300xi01429** 181:17
**321** 2:3
**3377** 1:23
**37** 11:15 160:4
**370** 1:23

—— **4** ——
**4** 3:15 7:24 105:3,5,13
**40** 8:21 25:23
**401** 2:4
**42** 11:19 160:14
**43** 61:13
**44113** 2:8
**451** 2:14
**457** 2:4
**46** 131:14
**49** 147:5

Timothy B McKinney, MD

| | |
|---|---|
| **5** | |
| **5** 3:5 144:17 | |
| **50** 25:19,21,23 | |
| 25:24 26:1 | |
| 126:16 | |
| **500** 63:3 | |
| **510** 29:19 30:2 | |
| 30:16 31:9 | |
| 108:19,21 | |
| 109:2 110:7,14 | |
| 110:24 111:3 | |
| 111:10 112:8 | |
| **52** 180:24 | |
| **522** 108:18 | |
| 110:7 116:8 | |
| **522k** 106:7 | |
| **5672** 1:23 | |
| **59** 131:14 | |
| **591** 1:23 | |

**91** 98:20 143:21
  144:6
**917** 1:23
**93** 144:4
**94** 144:2
**95** 50:23
**950** 2:7
**97** 137:4
**973** 2:14
**98** 9:21 49:24
  137:5
**99** 129:7

**6**
**60someodd**
  72:16
**61** 3:14
**63** 147:3
**696** 2:9

**7**
**7** 3:11,12
**70** 1:15
**71** 47:22
**770** 2:4

**8**
**8** 181:24
**80** 124:22 144:1
**81** 47:23
**82** 160:16
**8468** 2:14
**87** 143:23
**877** 1:23
**89** 144:4

**9**
**9** 1:16 8:21
**90** 149:14
**90s** 12:12 162:24