# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ----------------------------------------------------- | |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF BRUCE ROSENZWEIG, M.D. FOR WAVE 2

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert motion filed against Dr. Bruce Rosenzweig for Ethicon Wave 1, Dkt. 2047 (motion), 2049 (memorandum in support). Defendants respectfully request that the Court exclude Dr. Bruce Rosenzweig's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 2 cases identified in Exhibit A attached hereto.

Dated: July 21, 2016                                  Respectfully submitted,

                                                      <u>/s/Christy D. Jones</u>
                                                      Christy D. Jones
                                                      Butler Snow LLP
                                                      1020 Highland Colony Parkway
                                                      Suite 1400 (39157)
                                                      P.O. Box 6010
                                                      Ridgeland, MS 39158-6010
                                                      (601) 985-4523
                                                      christy.jones@butlersnow.com


                                                      <u>/s/ David B. Thomas</u>
                                                      David B. Thomas (W.Va. Bar #3731)
                                                      Thomas Combs & Spann PLLC
                                                      300 Summers Street
                                                      Suite 1380 (25301)
                                                      P.O. Box 3824
                                                      Charleston, WV 25338
                                                      (304) 414-1807
                                                      dthomas@tcspllc.com


                                                      COUNSEL FOR DEFENDANTS
                                                      ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Jacqueline Marie & Darryl Aldrich v. Ethicon, Inc., et al. | 2:12-cv-01364 |
| Gavie & Kenneth Beard v. Ethicon, Inc., et al. | 2:12-cv-02025 |
| Ossie & John Blackston v. Ethicon, Inc., et al. | 2:12-cv-01493 |
| Valerie Brown v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01489 |
| Mary Burnett v. Ethicon, Inc., et al. | 2:12-cv-01795 |
| Sandra & Timothy Childress v. Ethicon, Inc., et al. | 2:12-cv-01564 |
| Marion Chrysler v. Ethicon, Inc., et al. | 2:12-cv-02060 |
| Rhonda & Joseph Colbert v. Ethicon, Inc., et al. | 2:12-cv-01702 |
| Jennifer & Dave Cooper v. Ethicon, Inc., et al. | 2:12-cv-01660 |
| Reba & Jack Crabtree v. Ethicon, Inc., et al. | 2:12-cv-02135 |
| Angela & Jimmy Daugherty v. Ethicon, Inc., et al. | 2:12-cv-02076 |
| Kristen Dawson v. Ethicon, Inc., et al. | 2:12-cv-02074 |
| Cynthia & Frank Eaton v. Ethicon, Inc., et al. | 2:12-cv-01348 |
| Teresa Ferguson v. Ethicon, Inc., et al. | 2:12-cv-01544 |
| Alina & Christopher Fitzgerald v. Ethicon, Inc., et al. | 2:12-cv-01371 |
| Michelle & Ronnie Gallehugh v. Ethicon, Inc., et al. | 2:12-cv-01838 |
| Janice Green v. Ethicon, Inc., et al. | 2:12-cv-02148 |
| Carolyn R. Hammett v. Ethicon, Inc., et al. | 2:12-cv-01802 |
| Wanda M. & Charles W. Hand v. Ethicon, Inc., et al. | 2:12-cv-02079 |
| Toni Hernandez v. Ethicon, Inc., et al. | 2:12-cv-02073 |
| Susan & Bob Higgins v. Ethicon, Inc., et al. | 2:12-cv-01365 |

| | |
|---|---|
| Deanna Gail Hutchison v. Ethicon, Inc., et al. | 2:12-cv-01711 |
| Sheryl & Kevin E. Lary v. Ethicon, Inc., et al. | 2:12-cv-02136 |
| Marlene Lewis v. Ethicon, Inc., et al. | 2:12-cv-02139 |
| Kristy & John E., III Manor v. Ethicon, Inc., et al. | 2:12-cv-02137 |
| Natalie C. & David R. Marshall v. Ethicon, Inc., et al. | 2:12-cv-02077 |
| Diann & Donald Martin v. Ethicon, Inc., et al. | 2:12-cv-01495 |
| Elizabeth M. McGathey v. Ethicon, Inc., et al. | 2:12-cv-01538 |
| Laritza & John Messina v. Ethicon, Inc., et al. | 2:12-cv-02140 |
| Linda & Steve Meyer v. Ethicon, Inc., et al. | 2:12-cv-01705 |
| Mona Miller v. Ethicon, Inc., et al. | 2:12-cv-01696 |
| Laura Morrison v. Ethicon, Inc., et al. | 2:12-cv-02141 |
| Belinda Parker v. Ethicon, Inc., et al. | 2:12-cv-01710 |
| Leezel A. Perez v. Ethicon, Inc., et al. | 2:12-cv-01640 |
| Tracy & Kevin Peterson v. Ethicon, Inc., et al. | 2:12-cv-02030 |
| Ramona Phillips v. Ethicon, Inc., et al. | 2:12-cv-02143 |
| Laura & Mike Pieper v. Ethicon, Inc., et al. | 2:12-cv-02189 |
| Debra Pocztowski v. Ethicon, Inc., et al. | 2:12-cv-01470 |
| Katherine Rasos v. Ethicon, Inc., et al. | 2:12-cv-01599 |
| Melissa & Charles, Jr. Sanders v. Ethicon, Inc., et al. | 2:12-cv-01562 |
| Margaret A. Schomer v. Ethicon, Inc., et al. | 2:12-cv-01497 |
| Janice Shennum v. Ethicon, Inc., et al. | 2:12-cv-01708 |
| Ana & Luis Sierra v. Ethicon, Inc., et al. | 2:12-cv-01819 |
| Sherry Gill & Ricky Simpson Simpson v. Ethicon, Inc., et al. | 2:12-cv-01414 |

| | |
|---|---|
| Kathryn Slocumb v. Ethicon, Inc., et al. | 2:12-cv-01974 |
| Patricia G. & Mark Smith v. Ethicon, Inc., et al. | 2:12-cv-01498 |
| Carol Ann & Troy W. Suter v. Ethicon, Inc., et al. | 2:12-cv-01712 |
| Martha Sutton v. Ethicon, Inc., et al. | 2:12-cv-01857 |
| Bernie & Herman Symank v. Ethicon, Inc., et al. | 2:12-cv-01836 |
| Debbie & Carl Vandergriff v. Ethicon, Inc., et al. | 2:12-cv-01342 |
| Tina Wilson v. Ethicon, Inc., et al. | 2:12-cv-02099 |
| Brenda Young-Poole v. Ethicon, Inc., et al. | 2:12-cv-01962 |
| Sandra Zapata v. Ethicon, Inc., et al. | 2:12-cv-01972 |

31899875v1