# EXHIBIT A

**LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION
TESTIMONY OF DONALD OSTERGARD, M.D. APPLIES\***

1. *Linda Boudreau, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-01373 (Gynemesh PS; Mersilene sling\*\*)

2. *Karen Doucette v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-02125 (Prolene mesh)

3. *Iris Flanigan, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-01524 (Prolift +M, Total)

4. *Lana Henry, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-01938 (Prolift Anterior; TVT\*\*)

5. *Sheryl Lary, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-02136 (Gynemesh PS)

6. *Bonnie Maxwell v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-02138 (Gynemesh PS)

7. *Janet Merten, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-01817 (Prolene mesh)

8. *Belinda Parker v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-01710 (TVT\*\*)

9. *Laura Pieper, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-02189 (Gynemesh PS; Prolift Anterior; TVT\*\*)

10. *Hope Pridmore et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-02190 (TVT-O)

11. *Teresa Scott v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-02100 (Prolift Total)

12. *Mary Shelton, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-01707 (Prolene Mesh; TVT\*\*)

\* Defendants reserve the right to supplement this list should any plaintiff designate
Dr. Ostergard as a general-causation expert in MDL Wave 2.

\*\* Dr. Ostergard offers no general-causation opinions on the Mersilene sling and TVT
products, and therefore the general-causation opinions he offers here do not apply to those
cases (Boudreau, Henry, Parker, Pieper, Shelton) to the extent harm is alleged as being
caused by these products. As for Parker and Pridmore, the TVT and TVT-O are the only
product at issue and thus Dr. Ostergard's general-causation opinions offered here do not
apply.