# EXHIBIT A

## LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF DIONYSIOS K. VERONIKIS, M.D. APPLIES[1]

1. *Diana Allen, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01676 (TVT; Prolift Anterior*)

2. *Linda Boudreau, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01373 (Gynemesh PS; Mersilene sling*)

3. *Joyce Cedeno v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01701 (TVT Exact**)

4. *Lana Henry, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01938 (TVT; Prolift Anterior*)

5. *Corrie Lambert, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02183 (TVT-O*)

6. *Sheryl Lary, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02136 (Gynemesh PS)

7. *Bonnie Maxwell v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02138 (Gynemesh PS)

8. *Maria Elena McDonald, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01366 (Gynemesh PS; TVT-O*)

9. *Rose Miller v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02187 (TVT-O*)

10. *Bridgette Minogue v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02112 (Gynemesh PS; TVT-O*)

11. Kathyn M. Nelson v. Ethicon, Inc., et al., Civil Action No. 2:12-cv-02103 (Prolift)[2]

12. *Michelle Pitts v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02144 (TVT)

13. *Teresa Scott v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02100 (Prolift Total)

*Dr. Veronikis does not offer general-causation opinions as to the Prolift Anterior, Mersilene sling, TVT Exact, and TVT-O products, and therefore the general-causation opinions he offers here do not apply to these products in these cases (Allen, Cedeno, Boudreau, Henry, Lambert, McDonald, Miller, and Minogue).

---

[1] Defendants reserve the right to supplement this list should any plaintiff designate Dr. Veronikis as a general-causation expert in MDL Wave 2.

[2] Plaintiff Kathryn Nelson did not identify Dr. Veronikis as her general-causation expert, but Dr. Veronikis nonetheless offers general-causation opinions in his Rule 26 Rebuttal Expert submitted in her specific case. Although Ethicon has moved to exclude those opinions in that case, it is also requesting that they be excluded for the reasons stated in its general motion here.

2