# EXHIBIT 1

**EXHIBIT 1**

This Motion and Memorandum of Law relate to the following plaintiffs:

| | | |
|---|---|---|
| Civil Action Nos. | *Cutter v. Ethicon, Inc.* | 2:12-cv-01790; |
| | *Bates v. Ethicon, Inc.* | 2:12-cv-02020; |
| | *Daugherty v. Ethicon, Inc.* | 2:12-cv-02076; |
| | *Morrison v. Ethicon, Inc.* | 2:12-cv-02141; and |
| | *Miller v. Ethicon, Inc.* | 2:12-cv-02187 |