IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br><br>WAVE 2 CASES LISTED IN EXHIBIT A TO DEFENDANTS' MOTION | |

**MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF
KONSTANTIN WALMSLEY, M.D.**

Defendants Ethicon, Inc. and Johnson & Johnson (Ethicon) move to exclude Dr. Walmsley's general-causation opinions because they fail to satisfy the standard set forth in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and as expressed by this Court in prior rulings. Ethicon incorporates the Memorandum in Support of Motion to Exclude Testimony of Konstantin Walmsley, M.D., and also the following exhibits:

1. The list of Wave 2 cases to which this motion applies, identified by case style and number, attached as Exhibit A;

2. Rule 26 Report of Konstantin Walmsley, M.D. in *Bailey v. Ethicon, Inc.*, attached as Exhibit B;

3. Rule 26 Report of Konstantin Walmsley, M.D. in *Lindberg v. Ethicon, Inc.*, attached as Exhibit C;

4. Rule 26 Report of Konstantin Walmsley, M.D. in *Manor v. Ethicon, Inc.*, attached as Exhibit D;

5. Rule 26 Report of Konstantin Walmsley, M.D. in *Martin v. Ethicon, Inc.*, attached as Exhibit E;

6. Rule 26 Report of Konstantin Walmsley, M.D. in *Pridmore v. Ethicon, Inc.*, attached as Exhibit F;

7. Article authored by S. Abbott, *et al.*, *Evaluation and management of complication from synthetic mesh after pelvic reconstructive surgery: a multicenter study*, 210 AM. J. OBSTET. GYNECOL. 163.e1-8 (Feb. 2014), attached as Exhibit G;

8. Article authored by A. Clave, *et al.*, *Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants*, 21 INT'L UROGYNECOL. J. 261-270 (2010), attached as Exhibit H;

9. The deposition of Konstantin Walmsley, M.D. in *Fox v. Ethicon, Inc.*, Case No. 2:12-CV-00878, taken on March 23, 2016, attached as Exhibit I;

10. The deposition of Konstantin Walmsley, M.D. in *Bailey v. Ethicon, Inc.*, Case No. 2:12-CV-01700, taken on June 6, 2016, attached as Exhibit J;

11. The deposition of Konstantin Walmsley, M.D. in *Lindberg v. Ethicon, Inc.*, Case No. 2:12-CV-01637, taken on June 3, 2016, attached as Exhibit K;

12. The deposition of Konstantin Walmsley, M.D. in *Martin v. Ethicon, Inc.*, Case No. 2:12-CV-02185, taken on June 6, 2016, attached as Exhibit L; and

13. The deposition of Konstantin Walmsley, M.D. in *Pridmore v. Ethicon, Inc.*, Case No. 2:12-CV-02190, taken on June 6, 2016, attached as Exhibit M.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the General-Causation Testimony of Konstantin Walmsley, M.D.

        Respectfully submitted,

        ETHICON, INC. AND
        JOHNSON & JOHNSON

        /s/ *Rita A. Maimbourg*
        Rita A. Maimbourg
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone: 216.592.5000
        Facsimile: 216.592.5002
        rita.maimbourg@tuckerellis.com

        /s/ *David B. Thomas*
        David B. Thomas (W.Va. Bar #3731)
        THOMAS COMBS & SPANN PLLC
        300 Summers St.
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        Telephone: 304.414.1807
        dthomas@tcspllc.com

        /s/ *Christy D. Jones*
        Christy D. Jones
        BUTLER SNOW LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        Telephone: 601.985.4523
        christy.jones@butlersnow.com

**CERTIFICATE OF SERVICE**

      I certify that on July 21, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

      /s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5002
rita.maimbourg@tuckerellis.com