# EXHIBIT K

Konstantin Walmsley, M.D.

```
 1            IN THE UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 2                      AT CHARLESTON

                        -   -   -

 3

      IN RE:  ETHICON, INC. PELVIC REPAIR     :

 4    SYSTEM LIABILITY LITIGATION             :JOSEPH R. GOODWIN

      Master File No. 2:12-MD-02327           :U.S. DISTRICT JUDGE

 5    MDL No. 2327                            :

                                             :

 6    _____:

      THIS DOCUMENT RELATES TO THE FOLLOWING :

 7    CASES IN WAVE 2 OF MDL 200:             :

      PATRICIA LINDBERG, et al. v.            :

 8    ETHICON, INC., et al.                   :

      Case No. 2:12-cv-01637                  :

 9                        -   -   -

10                      June 3, 2016

11                        -   -   -

12

13            Oral general deposition of KONSTANTIN

14    WALMSLEY, MD taken pursuant to notice, was held at 8

15    Rooney Circle, West Orange, New Jersey, beginning at

16    11:49 a.m., on the above date, before Ann Marie

17    Mitchell, a Federally Approved Certified Realtime

18    Reporter, Registered Diplomate Reporter and Notary

19    Public.

20

21                        -   -   -

22

23            GOLKOW TECHNOLOGIES, INC.

           877.370.3377 ph | 917.591.5672 fax

24                  deps@golkow.com
```

Konstantin Walmsley, M.D.

```
 1    APPEARANCES:

 2

 3            MOTLEY RICE, LLC
              BY:  JONATHAN D. ORENT, ESQUIRE
 4            321 South Main Street
              Providence, Rhode Island 02903
 5            (401) 457-7700
              jorent@motleyrice.com
 6            Representing the Plaintiffs

 7

 8            GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
              BY:  JOE W. TOMASELLI JR., ESQUIRE
 9            2515 McKinney Ave
              Suite 1250
10            Dallas, Texas 75201
              (214) 880-9900
11            jtomaselli@goldmanismail.com
              Representing the Defendants

12

13

14                        -   -   -

15

16

17

18

19

20

21

22

23

24
```

Konstantin Walmsley, M.D.

```
 1                   -  -  -
 2                I N D E X
 3                   -  -  -
 4
 5   Testimony of:  KONSTANTIN WALMSLEY, MD
 6    By Mr. Tomaselli              7, 125
      By Mr. Orent                  118
 7
 8                   -  -  -
 9              E X H I B I T S
10                   -  -  -
11
     NO.              DESCRIPTION        PAGE
12
     Walmsley-1  Rule 26 Expert Report   9
13               of Konstantin
                 Walmsley, MD
14
     Walmsley-2  Curriculum Vitae        19
15
     Walmsley-3  Surgeon's Resource      66
16               Monograph, Bates
                 stamped
17               ETH.MESH.10027307
                 through
18               ETH.MESH.10027328
19   Walmsley-4  Gynecare TFT SECUR      71
                 System IFU, Bates
20               stamped
                 ETH.MESH.02340568
21               through
                 ETH.MESH.02340590
22
23
24
```

Konstantin Walmsley, M.D.

```
 1    Walmsley-5   Article entitled "A      97
                   clinical and
 2                 urodynamic study
                   comparing the Stamey
 3                 bladder neck
                   suspension and
 4                 suburethral sling
                   procedures in the
 5                 treatment of genuine
                   stress incontinence"
 6                 by Hilton
 7    Walmsley-6   Article entitled        99
                   "Comparison of Burch
 8                 and Lyodura Sling
                   Procedures for Repair
 9                 of Unsuccessful
                   Incontinence
10                 Surgery," by
                   Enzelsberger, et al.
11
      Walmsley-7   Article entitled        100
12                 "Burch
                   Colposuspension
13                 versus Fascial Sling
                   to Reduce Urinary
14                 Stress Incontinence,"
                   by Albo, et al.
15
      Walmsley-8   Article entitled "A     104
16                 randomised controlled
                   trial comparing two
17                 autologous fascial
                   sling techniques for
18                 the treatment of
                   stress urinary
19                 incontinence in
                   women:  short, medium
20                 and long-term
                   follow-up" by
21                 Guerrero, et al.
22
23
24
```

Konstantin Walmsley, M.D.

| | | | |
|---|---|---|---|
| 1 | Walmsley-9 | AUA Position Statement on the Use of Vaginal mesh for the Surgical Treatment of Stress Urinary Incontinence (SUI) | 111 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Konstantin Walmsley, M.D.

```
 1                  -  -  -

 2           DEPOSITION SUPPORT INDEX

 3                  -  -  -

 4

        Direction to Witness Not to Answer

 5

                   Page Line

 6

 7

 8

 9      Request for Production of Documents

10                 Page Line

11

12

13

                    Stipulations

14

                   Page Line

15

16

17

18

                   Question Marked

19

                   Page Line

20

21

22

23

24
```

Konstantin Walmsley, M.D.

```
 1                 -  -  -

 2              KONSTANTIN WALMSLEY, MD,

 3         after having been duly sworn, was

 4         examined and testified as follows:

 5                 -  -  -

 6              EXAMINATION

 7                 -  -  -

 8  BY MR. TOMASELLI:

 9         Q.   Are you ready to proceed,

10  Dr. Walmsley?

11         A.   Yes, sir.  Just logging off

12  of my computer here.

13         Q.   Do you want to give that a

14  minute?

15         A.   Certainly.  Yeah.

16                 -  -  -

17              (A discussion off the record

18         occurred.)

19                 -  -  -

20  BY MR. TOMASELLI:

21         Q.   Will you please state your

22  name for the record.

23         A.   Konstantin Walmsley.

24         Q.   Are you a medical doctor?
```

Konstantin Walmsley, M.D.

```
 1          A.    I am.

 2          Q.    What kind of medical doctor?

 3          A.    I'm a urologist.

 4          Q.    Okay.  My name is Joe

 5  Tomaselli, and I'm here representing

 6  Ethicon.  We're going to talk generally

 7  about the TVT SECUR device and other

 8  stress urinary incontinence procedures.

 9  Okay?

10          A.    Yes.

11          Q.    If you don't understand any

12  of my questions, just let me know and

13  I'll be happy to rephrase it, but if you

14  answer, I'll assume that you understood

15  it.  Okay?

16          A.    Okay.

17          Q.    Are you being compensated

18  for your time here today?

19          A.    I am.

20          Q.    And at what rate?

21          A.    $500 an hour.

22          Q.    And what did you do to

23  prepare for your deposition today

24  regarding the TVT SECUR?
```

Konstantin Walmsley, M.D.

```
 1        A.    Well, there's a wealth of

 2   documents and literature I've reviewed.

 3   As you know, I've provided expert reports

 4   on individuals who have undergone

 5   midurethral sling placement and had

 6   complications.

 7        Q.    Okay.  And how many TVT

 8   SECUR devices have you ever implanted?

 9        A.    I have never implanted a TVT

10   SECUR device.

11        Q.    I'm going to mark as

12   Deposition Exhibit Number 1 -- withdrawn.

13                 -  -  -

14             (Deposition Exhibit No.

15        Walmsley-1, Rule 26 Expert Report

16        of Konstantin Walmsley, MD, was

17        marked for identification.)

18                 -  -  -

19   BY MR. TOMASELLI:

20        Q.    Dr. Walmsley, I'm marking as

21   Deposition Exhibit Number 1 your general

22   report that was provided to me.

23             Can you confirm that that's

24   what that is?
```

Konstantin Walmsley, M.D.

1          A.    Yes.  This is it.

2          Q.    And that report has two

3   general opinions in it; is that right?

4          A.    That's correct.

5          Q.    And general opinion number 1

6   relates to the instructions for use for

7   the TVT SECUR?

8          A.    Yes.

9          Q.    And the last paragraph of

10  general opinion number 1 states that it's

11  your, Dr. Walmsley's, opinion that "the

12  IFU for the TVT-Secur in 2010 was not

13  sufficient to enable informed consent

14  from the patient."

15              Do you see that?

16         A.    Not in the last paragraph.

17         Q.    I'm sorry, my bad.  It's the

18  last paragraph above the word "Adverse

19  Reactions."

20         A.    Yes, sir.  Yes.

21         Q.    Okay.  And it is, indeed,

22  your opinion and an opinion that you're

23  rendering today as of 2010.  Right?

24         A.    Correct.

Konstantin Walmsley, M.D.

```
1          Q.    Does the instructions for

2   use go to the patient?

3          A.    It's accessible to the

4   patient.

5          Q.    Okay.

6          A.    But whether it goes to the

7   patient or not, I don't believe so.

8          Q.    And who is the IFU intended

9   for?

10         A.    It's intended for the

11  clinician.

12         Q.    The surgeon that's

13  implanting the device?

14         A.    Yes.

15         Q.    Dr. Walmsley, with respect

16  to general opinion number 1 and your

17  statement that "the IFU for the TVT-Secur

18  was not sufficient to enable informed

19  consent" to "the patient, is that opinion

20  with respect to the fact that the

21  document alone, the IFU for the TVT SECUR

22  alone, does not contain all the

23  information that you think it should?

24         A.    I'm not sure I understand
```

Konstantin Walmsley, M.D.

```
 1   your question.  I'm sorry.

 2         Q.    Okay.  Is your opinion that

 3   the TVT SECUR IFU was not sufficient, is

 4   that opinion in isolation to the TVT

 5   SECUR IFU, or does it also encompass all

 6   of the training or experience that a

 7   physician might otherwise have?  Did you

 8   understand my question?

 9               MR. ORENT:  Objection.

10               THE WITNESS:  I understand

11      your question.  And I would say not

12      specifically in isolation.

13   BY MR. TOMASELLI:

14         Q.    Okay.  So as part of general

15   opinion number 1, you are considering the

16   information that a physician implanter

17   might bring to the table before using

18   that device?

19               MR. ORENT:  Objection,

20      vague.

21               THE WITNESS:  Well, once

22      again, yeah, I'm trying to understand

23      what specific information you're

24      alluding to.
```

Konstantin Walmsley, M.D.

1   BY MR. TOMASELLI:

2        Q.    Well, I guess what I'm

3   asking you is, is whether your opinion is

4   that the TVT SECUR instructions for use

5   is not adequate just in isolation, just

6   picking up a document and reading it.

7   You're saying that's not enough.  Or

8   whether it is given the information that

9   I have, even Dr. Walmsley over my career,

10  me picking up the IFU for the TVT SECUR,

11  it's still not adequate.  Does that make

12  sense?

13               MR. ORENT:  Objection.

14               THE WITNESS:  Somewhat.

15  BY MR. TOMASELLI:

16       Q.    Okay.  And I guess so my

17  question is, are you really saying that

18  the IFU itself, that, you know, without

19  regard to other information I may or may

20  not have, if I just picked up this piece

21  of paper, this is insufficient by itself?

22       A.    See, part of the difficulty

23  in answering that question -- and you've

24  probably seen this as well -- is that

Konstantin Walmsley, M.D.

1    IFUs change over time.  IFUs will add or

2    perhaps delete adverse events or

3    precautions.  So as a physician, as an

4    implanting surgeon, we lend a certain

5    amount of weight in terms of reading an

6    IFU and extracting from that what is the

7    risk/benefit analysis for this particular

8    patient as it relates to implanting this

9    device.

10                There may be information we

11   derive at cadaveric workshops.  There may

12   be information that we derive from our

13   partners, our colleagues, from key

14   opinion leaders that we rely upon and

15   trust in terms of selecting the proper

16   patient or perhaps in the surgical

17   technique itself.  But it's all premised

18   around the foundation of an IFU.

19         Q.    Okay.  The second general

20   opinion that you have in your report

21   relates to safer alternative designs and

22   procedures existing in 2010 that have a

23   less risk of erosion and dyspareunia with

24   equivalent efficacy.

Konstantin Walmsley, M.D.

```
1                Do you remember that?

2       A.    Correct.

3       Q.    All right.  And again, that

4  opinion is as of 2010?

5       A.    In this particular report,

6  that's correct.

7       Q.    All right.

8       A.    Yes.

9       Q.    And the safer alternative

10  design and procedure that you list in

11  general opinion number 2 is the

12  autologous fascial sling using rectus

13  fascia; is that right?

14      A.    Yes.

15      Q.    Okay.  And in your report do

16  you specifically list any other safer

17  alternative design or procedure other

18  than the autologous rectus fascia?

19            MR. ORENT:  Objection.

20            THE WITNESS:  The autologous

21    rectal fascia was meant to be an

22    example of a safer alternative design

23    and procedure.

24  BY MR. TOMASELLI:
```

Konstantin Walmsley, M.D.

1          Q.    And that's the only one you

2     reference in your report.   Right?

3          A.    Correct.

4          Q.    You go on in general opinion

5     number 2 to say that the patient "was

6     unable to receive proper informed

7     consent" related "to this safer

8     alternative because of the lack of

9     information in the TVT-Secur IFU inherent

10    to the risks of using synthetic mesh as

11    an alternative to autologous fascia."

12               Do you see that?

13         A.    I do.

14         Q.    All right.   Is it your

15    opinion that the TVT SECUR IFU should

16    have contained information regarding

17    autologous rectal fascia and adverse

18    events and compared the two procedures?

19         A.    No, it's not.

20         Q.    Okay.

21         A.    If I could amend that

22    sentence or perhaps make it clearer.

23         Q.    Sure.

24         A.    I would probably add, for

1   example, as an alternative to using

2   autologous fascia.  Inherent to the risks

3   of using synthetic mesh, for example, as

4   an alternative to using autologous fascia

5   or some other safer alternative design

6   and procedure.

7        Q.   Okay.  And those two general

8   opinions, one related to the TVT IFU and

9   secondly to the safer alternative design

10  as set forth in your report, those are

11  the only two general opinions that you

12  have in this report.  Right?

13       A.   Yes, sir.

14       Q.   Okay.  In your report which

15  is Exhibit Number 1, you list a variety

16  of materials reviewed in connection with

17  this report.  Right?

18       A.   Yes.

19       Q.   And those materials are

20  actually typed in and included in the

21  report?

22       A.   Yes.

23       Q.   All right.  Is there a

24  separate document or anything that you

Konstantin Walmsley, M.D.

```
 1    have that's not part of this report that

 2    has materials reviewed for this case?

 3           A.    I have a binder of

 4    reports -- pardon me -- of papers.

 5           Q.    Okay.  And are those the

 6    papers that are referenced in Exhibit 1?

 7           A.    That's correct.

 8           Q.    Okay.

 9           A.    Yes.

10           Q.    And can we agree that the

11    materials you reviewed and listed in your

12    report do not include any Ethicon

13    internal memorandums or e-mails or things

14    like that?

15           A.    That's correct.

16           Q.    All right.  And you did not

17    review those in connection with this

18    report; is that right?

19           A.    With the exception of just

20    the instructions for use, there's no

21    Ethicon-specific documents or internal

22    documents that are reviewed.

23           Q.    And it's also true that you

24    did not review and did not put in your
```

Konstantin Walmsley, M.D.

```
 1   materials reviewed any depositions that

 2   may have been taken of Ethicon personnel.

 3   Right?

 4           A.    Correct.

 5           Q.    I'm going to mark as

 6   Deposition Exhibit Number 2,

 7   Dr. Walmsley, your curriculum vitae.

 8                 Is that what that is?

 9                     -  -  -

10                 (Deposition Exhibit No.

11           Walmsley-2, Curriculum Vitae, was

12           marked for identification.)

13                     -  -  -

14                 THE WITNESS:  Yes, sir.

15   BY MR. TOMASELLI:

16           Q.    You practice at the Urology

17   Group of New Jersey; is that right?

18           A.    Yes, sir.

19           Q.    And it looks like it's a

20   group of over 20 physicians?

21           A.    Correct.

22           Q.    And are they all urologists?

23           A.    We have one urogynecologist.

24   We have a radiation oncologist.  And we
```

Konstantin Walmsley, M.D.

```
 1   have a medical oncologist as well.

 2        Q.     How many different

 3   urologists do you practice with in your

 4   group?

 5        A.     Currently 21, give or take

 6   one or two.

 7        Q.     And do you know any of those

 8   urologists, whether they are members of

 9   the American Urological Association?

10        A.     Yes.

11        Q.     And are some of your

12   partners -- and I use the term "partner"

13   generally to speak of the people that you

14   practice with.  Okay?

15        A.     Yes.

16        Q.     I'm not necessarily saying

17   they're some corporate entity.  All

18   right?

19        A.     Correct.

20        Q.     With respect to other of

21   your partners, are any of them members of

22   AUGS, that organization?

23        A.     One of them may be.

24        Q.     Do you assist your other
```

Konstantin Walmsley, M.D.

1   partners with surgeries if needed?

2        A.    Yes.

3        Q.    And will they likewise

4   assist you if you need assistance with a

5   particular surgery?

6        A.    Yes.

7        Q.    Are there doctors in your

8   group other than you that perform stress

9   urinary incontinence surgery?

10       A.    Yes.

11       Q.    Are there doctors other than

12  you that perform prolapse surgery?

13       A.    Yes.

14       Q.    Do you, sir, perform

15  prolapse surgery currently?

16       A.    Yes.

17       Q.    My understanding is that

18  from 1997 to 2003, you performed a

19  urological and general surgery residency

20  at New York Presbyterian Hospital?

21       A.    Yes.  New York Presbyterian

22  Hospital Cornell.

23       Q.    Cornell?

24       A.    Yes.

Konstantin Walmsley, M.D.

```
 1          Q.    And after that, from 2003

 2    and 2004 you performed a fellowship at

 3    Columbia Presbyterian there in New York

 4    in female urology and voiding?

 5          A.    And voiding dysfunction,

 6    yes.

 7          Q.    Voiding dysfunction?

 8          A.    Yes.

 9          Q.    As part of your residency

10    and fellowship, did you receive training

11    with respect to surgery in the pelvic

12    space?

13          A.    Yes.

14          Q.    Did you receive training on,

15    for example, open procedures as well as

16    laparoscopic procedures?

17          A.    That's correct.

18          Q.    Did you receive training on

19    stress urinary incontinence surgical

20    procedures?

21          A.    Yes.

22          Q.    And what types of surgical

23    procedures for stress urinary

24    incontinence were you trained on in your
```

Konstantin Walmsley, M.D.

1    residency and fellowship?

2         A.    I performed autologous

3    fascial slings.  I performed synthetic

4    mesh-based sling procedures, performed

5    collagen injection procedures and also

6    performed Burch colposuspension

7    procedures or Burch urethral suspension

8    procedures.

9         Q.    Were you also trained in

10   your residency and fellowship with

11   respect to prolapse surgery?

12        A.    Yes, I was.

13        Q.    And can you describe the

14   different prolapse surgeries that you

15   were trained on back in the late '90s,

16   early 2000s?

17        A.    Yes.  I performed both

18   vaginal and abdominal reconstructive

19   procedures.  The abdominal reconstructive

20   procedures I was trained on were

21   sacrocolpopexies.  I also performed

22   vaginal reconstructive procedures, the

23   majority of which were native tissue

24   repairs, along with some that utilized

Konstantin Walmsley, M.D.

1    biological graft materials.

2         Q.    With respect to your

3    training on stress urinary incontinence

4    procedures, were you trained on different

5    routes of using the synthetic mesh

6    slings, such as the transobturator route

7    or the retropubic route?

8         A.    The two routes that I

9    utilized in my residency and fellowship

10   were retropubic and suprapubic.

11        Q.    Have you subsequently been

12   trained on the transobturator route?

13        A.    I learned that in my private

14   practice, yes.

15        Q.    And have you ever used that

16   route for patients in your private

17   practice?

18        A.    Yes.

19        Q.    In terms of the synthetic

20   mesh that you used since 1997, would

21   those be meshes made of polypropylene?

22        A.    With the exception of a

23   brief experience with the Mentor ObTape,

24   yes.

Konstantin Walmsley, M.D.

```
 1         Q.    And in terms of the

 2   polypropylene meshes, do you recall which

 3   ones that you were trained on and used in

 4   your private practice?

 5         A.    In my private practice?

 6         Q.    Well, let's split that up.

 7   Let's talk about training first, how

 8   about.

 9         A.    Okay.  In my training, my

10   exposure was to TVT.

11         Q.    Is that the retropubic

12   route?

13         A.    Correct.

14         Q.    Okay.

15         A.    And then in my private

16   practice -- I should also say in my

17   training I utilized a product called

18   SPARC which was an AMS-based product that

19   was a suprapubic approach.

20              In my private practice, I've

21   utilized a variety of different

22   synthetics, retropubic, suprapubic,

23   transobturator, single incision.  I've

24   used TVT.  I've used Bard's product, both
```

Konstantin Walmsley, M.D.

1    the AJUST and the AJUST's predecessor.

2              If I didn't mention Boston

3    Scientific, I used Boston Scientific

4    materials.  I used an AMS sling and also

5    a Coloplast sling.

6         Q.    And since 1997, how many

7    times do you think that you've generally

8    implanted a polypropylene midurethral

9    sling for the treatment of stress urinary

10   incontinence?

11        A.    Several hundreds.  Several

12   hundreds.  Somewhere between 3- and 500,

13   I would estimate as a guess.

14        Q.    And would you say that

15   you've had good success with the

16   polypropylene midurethral slings in

17   treating stress urinary incontinence?

18              MR. ORENT:  Objection.

19              THE WITNESS:  Depending upon

20     how one defines success, yes.

21   BY MR. TOMASELLI:

22        Q.    Let's talk about in terms of

23   cure rates.

24              Have you had good success in

Konstantin Walmsley, M.D.

```
 1   terms of cure rates with the use of

 2   polypropylene midurethral slings?

 3          A.    Fairly good.

 4          Q.    Is it true that no treatment

 5   for stress urinary incontinence is

 6   100 percent effective?

 7          A.    I think that's true.

 8          Q.    And, indeed, whether we're

 9   talking about autologous slings or

10   synthetic slings or any other procedure,

11   those procedures can fail to cure stress

12   urinary incontinence?

13          A.    This can happen.

14          Q.    And would you agree that the

15   medical community of surgeons performing

16   stress urinary incontinence surgery are

17   aware of the possibility that surgery

18   will not cure the stress urinary

19   incontinence?

20              MR. ORENT:  Objection.

21              THE WITNESS:  Yes.

22   BY MR. TOMASELLI:

23          Q.    Would you say that that's

24   common knowledge?
```

Konstantin Walmsley, M.D.

1            MR. ORENT:  Objection.

2            THE WITNESS:  I would

3      imagine so.

4    BY MR. TOMASELLI:

5            Q.    Do you agree that it's

6    impossible to predict which patients will

7    be cured and which patients won't be

8    cured from a stress urinary incontinence

9    procedure?

10           A.    I think that's possible.

11           Q.    You think it's possible to

12   predict?

13           A.    I do.

14           Q.    Have you ever implanted a

15   midurethral sling made of polypropylene

16   when you predicted that it would fail?

17           A.    Not to that extent, no.

18           Q.    Have you ever implanted a

19   polypropylene midurethral sling when you

20   weren't sure that it would cure their

21   stress urinary incontinence?

22           MR. ORENT:  Objection.

23           THE WITNESS:  I guess the

24      way I would answer that question is,

Konstantin Walmsley, M.D.

1      is to say that I have implanted

2      synthetic midurethral slings expecting

3      better results in certain patients and

4      possibly not as good results in other

5      patients.

6    BY MR. TOMASELLI:

7          Q.    All right.  You said that

8    when you were trained, you were trained

9    on the TVT Classic retropubic device?

10         A.    That's correct.

11         Q.    And do you recall how many

12   times that you used that device, just

13   approximately?

14         A.    In my fellowship, perhaps 30

15   to 60 times.

16         Q.    Have you ever used that --

17   sorry.

18               Have you ever used that

19   device in private practice?

20         A.    I have.

21         Q.    And would you say that

22   you've had success in terms of cure rates

23   with respect to that device?

24               MR. ORENT:  Objection.

Konstantin Walmsley, M.D.

```
 1              THE WITNESS:  In terms of

 2     cure rates, I've been satisfied.

 3  BY MR. TOMASELLI:

 4         Q.    Okay.  Have you ever used

 5  the TVT obturator device in your private

 6  practice?

 7         A.    I have not.

 8         Q.    In terms of the obturator

 9  route for stress urinary incontinence

10  surgery, which devices, if you can

11  recall, did you use?

12              MR. ORENT:  Objection.

13              THE WITNESS:  I've used Bard

14     devices, specifically the -- there are

15     two Bard devices that I've used that

16     both are no longer on the market that

17     I've used.  There's a Boston

18     Scientific device, an AMS device that

19     I've used, a Coloplast device that I

20     have used and continue to use.

21  BY MR. TOMASELLI:

22         Q.    Setting aside the ObTape for

23  a second, okay, would you say that all of

24  the polypropylene midurethral slings that
```

Konstantin Walmsley, M.D.

```
 1   you've used are macroporous?

 2                MR. ORENT:  Objection.

 3                THE WITNESS:  Yes.  I

 4      believe so.

 5   BY MR. TOMASELLI:

 6         Q.    And would you say that they

 7   were all lightweight?

 8                MR. ORENT:  Objection.

 9                THE WITNESS:  Yes.

10   BY MR. TOMASELLI:

11         Q.    Do you know with respect

12   to -- withdrawn.

13                My understanding is that in

14   the last five years or so, you've -- with

15   respect to polypropylene midurethral

16   slings, you've used the Bard ALIGN; is

17   that right?

18         A.    That's correct.

19         Q.    And you've used products

20   from AMS?

21         A.    That's correct.

22         Q.    And you've used Coloplast

23   regular length and also their mini as

24   well?
```

Konstantin Walmsley, M.D.

```
1          A.    Correct.

2          Q.    Do you know whether those

3   polypropylene midurethral slings are cut

4   mechanically or with a laser?

5          A.    I'm not aware.

6          Q.    With respect to the

7   Coloplast mini midurethral sling made of

8   polypropylene, did you say that you still

9   use that today or you just started using

10  it?  I can't remember.

11              MR. ORENT:  Objection.

12              THE WITNESS:  I've recently

13    been trained on it.

14  BY MR. TOMASELLI:

15         Q.    Okay.  And prior to recently

16  being trained on the Coloplast mini

17  sling, did you use mini slings prior to

18  that?

19         A.    I did.

20         Q.    Okay.  And what types were

21  those?

22         A.    It was a mini sling made by

23  Contasure, C-O-N-T-A-S-U-R-E.

24         Q.    Thank you.
```

Konstantin Walmsley, M.D.

1        A.    Uh-huh.

2        Q.    Any others?

3        A.    No.  Just that one.

4        Q.    Dr. Walmsley, in your

5   residency and in your fellowship, did you

6   ever have the occasion to see a

7   complication from the implant of a

8   polypropylene midurethral sling?

9        A.    Yes.

10        Q.    And did you have the

11   occasion to treat those complications?

12        A.    Well, I mean, your first

13   question was complication, and then you

14   just asked about complications.

15        Q.    Well --

16        A.    So as we sit here today, I

17   can only really think of one complication

18   that I specifically treated.

19        Q.    Okay.

20        A.    Which I think in part

21   relates to the fact that when you're a

22   resident or a fellow, you don't

23   necessarily have that much follow-up with

24   the patients you treat.

Konstantin Walmsley, M.D.

```
 1          Q.     What complication do you

 2   recall seeing as a resident or fellow?

 3          A.     There was a patient -- I

 4   stand corrected.  I guess technically

 5   there was more than one complication, but

 6   the one complication that comes to mind

 7   was a patient in my fellowship who I

 8   treated with a TVT Classic sling that

 9   presented with severe bleeding.

10          Q.     Okay.  You stated that you

11   also performed the Burch procedure in

12   residency and fellowship?

13          A.     That's correct.

14          Q.     Did you ever have the

15   occasion to perform the MMK procedure?

16          A.     I did not, although I had

17   familiarity with it.  I may -- you know,

18   I stand corrected.  I may have actually

19   performed an MMK procedure as well.  It's

20   been a long time since my residency, and

21   I know the two procedures.  For whatever

22   reason, I'm remembering the Burch

23   urethropexy more than the MMK, but

24   there's a strong possibility I've done
```

Konstantin Walmsley, M.D.

1   both.

2          Q.    With respect to the

3   midurethral sling procedures, do those

4   involve incisions through the vagina?

5          A.    Yes.

6          Q.    Do autologous fascia slings

7   involve an incision through the vagina?

8          A.    Yes.

9          Q.    Do slings made of biologic

10  graft material also involve an incision

11  through the vagina?

12         A.    Yes.

13         Q.    Does the Burch procedure

14  involve an incision through the vagina?

15         A.    Yes.

16         Q.    Does the MMK procedure

17  involve an incision through the vagina?

18         A.    Yes.

19         Q.    Is it -- what is --

20  withdrawn.

21                What is wound dehiscence?

22         A.    Wound dehiscence describes a

23  process where there is an area of

24  breakdown or opening of a closure.

Konstantin Walmsley, M.D.

1        Q.     Closure of an incision?

2        A.     An incisional closure,

3    correct.

4        Q.     And is that idea different

5    than or synonymous with a failure to heal

6    along an incision line?

7        A.     I think a wound dehiscence

8    probably falls as a subset under that

9    category of failure to heal.

10        Q.     Okay.  And is the risk of

11    the failure of a vaginal incision wound

12    to heal a risk with all stress urinary

13    incontinence procedures?

14        A.     Theoretically, yes.

15        Q.     And if an incision wound

16    failed to heal, would you call that a

17    failure of the surgery or a failure of

18    the material or procedure used to cure

19    the stress urinary incontinence?  Do you

20    understand my question?

21               MR. ORENT:  Objection.

22               THE WITNESS:  Well, I mean,

23        there are a lot of different moving

24        parts to the question.

Konstantin Walmsley, M.D.

```
 1   BY MR. TOMASELLI:

 2        Q.   Okay.  So -- well, I'll just

 3   withdraw it.

 4             Do you agree that the

 5   medical community of surgeons performing

 6   stress urinary incontinence procedures

 7   are aware of the possibility of the

 8   complication of failure to heal at the

 9   incision line?

10        A.   Yes.

11        Q.   When you use the term

12   "erosion" -- well, withdrawn.

13             Dr. Walmsley, there are

14   various terms in these cases related to

15   erosion and extrusion and exposure.

16             Have you heard all those

17   different kinds of terms?

18        A.   I have.

19        Q.   All right.  And I just want

20   to get your understanding of how you

21   would use those terms.  So if we can

22   start with erosion first, can you

23   describe if somebody said "I had an

24   erosion of a sling," what would that mean
```

Konstantin Walmsley, M.D.

1    to you?

2         A.    That would mean to me that

3    the material -- the sling material eroded

4    through and into an organ or space.

5         Q.    And would the organs that a

6    sling of whatever material can erode into

7    be the bladder, the rectum, the urethra

8    and the vagina?

9         A.    Yes.  Those would be some

10   examples of that.  Yeah.

11        Q.    Okay.  And it's true that

12   biologic grafts made of pig and

13   autologous fascia made of rectus sheath,

14   those can erode into other organs as

15   well.  True?

16        A.    Very fairly.

17        Q.    It can happen?

18             MR. ORENT:  Objection.

19             THE WITNESS:  I've never

20      seen it in my clinical practice, so...

21   BY MR. TOMASELLI:

22        Q.    Okay.  But you've seen

23   literature, obviously, stating that you

24   can have erosion, for example, into the

Konstantin Walmsley, M.D.

1    urethra with those products?

2           A.    There have been a couple.

3           Q.    When did you become aware of

4    the possibility that erosion could occur

5    with a polypropylene midurethral sling?

6           A.    Well, fairly soon after I

7    started utilizing the material.

8           Q.    So you became aware of the

9    potential for erosion for a polypropylene

10   midurethral sling dating back to the late

11   '90s?

12               MR. ORENT:  Objection.

13               THE WITNESS:  Once again, in

14      the late '90s, I was early in my

15      residency.  And I didn't -- you know,

16      as a resident, I was really more

17      involved in the operative side of

18      things than I was in patient

19      follow-up.

20   BY MR. TOMASELLI:

21          Q.    Okay.  In terms of the

22   timing, then, would you say that you were

23   certainly aware of the possibility that

24   erosion or exposure could occur with a

Konstantin Walmsley, M.D.

1    polypropylene midurethral sling by the

2    early 2000s?

3              MR. ORENT:  Objection.

4              THE WITNESS:  I would say

5        that by 2004 I was aware of that.

6    BY MR. TOMASELLI:

7         Q.    Okay.  And how did you

8    become aware of the possibility that

9    erosion or exposure could occur with a

10   midurethral sling made of polypropylene?

11        A.    Well, two reasons.  I mean,

12   one was in my fellowship and early

13   private practice going to workshops where

14   erosion was discussed.  And secondly, in

15   terms of reading the IFUs at that time

16   that talked about erosion in a particular

17   context.

18        Q.    And when you say that you

19   went to workshops and that was discussed,

20   can you describe what kind of workshops

21   those are?

22        A.    Yes.  I went to several

23   different cadaveric training workshops

24   where there would be didactic sessions

Konstantin Walmsley, M.D.

```
 1   and then labs where you'd operate

 2   either -- mostly on human cadavers

 3   implanting mesh.

 4              And during those

 5   conferences, if you will, there were

 6   discussions about erosion.

 7        Q.    Were you also aware of

 8   reports, for example, in the medical

 9   literature that discussed erosion or

10   exposure of polypropylene midurethral

11   slings into other organs?

12              MR. ORENT:  Objection.

13              THE WITNESS:  I did have

14     awareness of that.

15   BY MR. TOMASELLI:

16        Q.    When did you become aware of

17   the possibility that scarring in the

18   vagina could occur with a surgery for

19   stress urinary incontinence?

20        A.    Well, I mean, scarring is a

21   natural phenomenon from any surgery.

22   Whether it's surgery for stress urinary

23   incontinence or removing a kidney tumor,

24   I mean, scarring is the natural process
```

Konstantin Walmsley, M.D.

```
 1   of healing.

 2        Q.    Okay.  When did you become

 3   aware of the possibility of pelvic pain

 4   or groin pain or suprapubic pain with the

 5   use of midurethral slings for stress

 6   urinary incontinence?

 7              MR. ORENT:  Objection.

 8              THE WITNESS:  Well, I think

 9      I'd have to probably answer that

10      question the same as the first.

11      It's -- those terms, "pelvic pain,"

12      "groin pain," those are natural

13      phenomena from a sling procedure,

14      whether it's done -- you know,

15      whatever the material is that's used.

16   BY MR. TOMASELLI:

17        Q.    Would you say the same for

18   the possibility of bleeding or infection

19   or a wound complication?

20        A.    I would.

21        Q.    I want to talk to you for a

22   second about dyspareunia, which is pain

23   with intercourse.  Right?

24        A.    Yeah.
```

Konstantin Walmsley, M.D.

```
 1        Q.    Are there other courses of

 2   dyspareunia other than a stress urinary

 3   incontinence procedure?

 4        A.    Yes.

 5        Q.    Would one of those be

 6   vaginal atrophy or atrophic vaginitis?

 7        A.    That's one, yes.

 8        Q.    What are some others?

 9        A.    Prior pelvic surgery,

10   radiation to the pelvis, inflammatory

11   conditions affecting the vulva or the

12   vagina.

13        Q.    When you say "prior pelvic

14   surgery," what's in your mind when you

15   say that?  Sorry for my legs.

16        A.    Oh, hysterectomy.  Any sort

17   of pelvic surgery that creates fibrosis

18   or scarring as part of its healing

19   process.

20        Q.    Would you agree that new

21   onset dyspareunia is a risk, a potential

22   risk, with all stress urinary

23   incontinence procedures?

24              MR. ORENT:  Objection.
```

Konstantin Walmsley, M.D.

```
 1                THE WITNESS:  With the

 2      exception of collagen injection,

 3      there's some truth to that.

 4  BY MR. TOMASELLI:

 5          Q.    Okay.  So let's set collagen

 6  injection to the side for a second.

 7                Would you agree that new

 8  onset dyspareunia is a risk with all

 9  stress urinary incontinence surgeries?

10                MR. ORENT:  Objection.  I

11      don't know that you can actually just

12      cherry-pick out to get your quote one

13      of the surgeries.  I think his answer

14      is no.  And then he answered what

15      surgery you couldn't.  And now you're

16      asking him aside from the surgery that

17      can't, are there any surgeries that

18      can.  So I don't think that's a proper

19      question.

20                MR. TOMASELLI:  All right.

21      Let me start over.  And, you know, you

22      can say objection, form, and that will

23      be just fine.

24
```

Konstantin Walmsley, M.D.

1  BY MR. TOMASELLI:

2       Q.    Let me start over.  Sorry if

3  I was unclear, Doctor.

4             Dr. Walmsley, would you

5  agree that new onset dyspareunia is a

6  risk with all midurethral sling

7  procedures using polypropylene mesh?

8             MR. ORENT:  Objection.

9             THE WITNESS:  Yes.

10  BY MR. TOMASELLI:

11       Q.    Would you agree that new

12  onset dyspareunia is a risk with

13  autologous fascia procedures for stress

14  urinary incontinence?

15             MR. ORENT:  Objection.

16             THE WITNESS:  To some

17     degree, yes.

18  BY MR. TOMASELLI:

19       Q.    And would you provide the

20  same answer with respect to the biologic

21  grafts used for stress urinary

22  incontinence procedures?

23             MR. ORENT:  Objection.

24             THE WITNESS:  Yes.

Konstantin Walmsley, M.D.

1   BY MR. TOMASELLI:

2          Q.    And would you provide the

3   same answer with respect to the Burch

4   procedure?

5                MR. ORENT:  Objection.

6                THE WITNESS:  Yes.

7   BY MR. TOMASELLI:

8          Q.    Is it also a possibility,

9   Dr. Walmsley, that dyspareunia that a

10  patient suffers before a procedure for

11  stress urinary incontinence can actually

12  resolve or get better after the

13  procedure?

14               MR. ORENT:  Objection.

15               THE WITNESS:  I've not seen

16     that before.  It depends, obviously,

17     on what the cause of the dyspareunia

18     is pre-procedure.  So if there's some

19     sort of concurrent treatment of the

20     cause of the dyspareunia, I suppose

21     that's possible.  For example, a

22     cystocele might cause dyspareunia.

23     And if one fixes the cystocele, that

24     might fix the cystocele-induced

Konstantin Walmsley, M.D.

1     element of the dyspareunia, for

2     example.

3  BY MR. TOMASELLI:

4         Q.    Thank you.  Are urge

5  incontinence and overactive bladder

6  symptoms -- well, withdrawn.

7            Can a woman suffer urge

8  incontinence and overactive bladder

9  symptoms in the absence of undergoing a

10  surgical procedure for stress urinary

11  incontinence?

12        A.    Yes.

13        Q.    All right.  Is there a

14  background rate of overactive bladder

15  symptoms in women?

16        A.    Background rate?  I don't

17  understand that terminology.

18        Q.    Sure.  So in your practice,

19  I suppose that you have a general female

20  urology practice?

21        A.    I do.

22        Q.    And are there women that

23  come to you that have overactive bladder

24  symptoms that have never had a stress

Konstantin Walmsley, M.D.

```
1    urinary incontinence procedure?

2         A.    Yes.

3         Q.    If a woman came to you with

4    overactive bladder symptoms, is that a

5    common thing that you see in your

6    practice, or is that relatively uncommon?

7               MR. ORENT:  Objection.

8               THE WITNESS:  Fairly common.

9    BY MR. TOMASELLI:

10        Q.    And with respect to urge

11   incontinence, I assume you see that in

12   your practice?

13        A.    I do.

14        Q.    And can urge incontinence

15   occur, again, in the absence of having a

16   stress urinary incontinence procedure?

17        A.    Yes.

18        Q.    Is it also possible that a

19   woman without urge incontinence can have

20   a new onset of urge incontinence after a

21   surgery for stress urinary incontinence?

22        A.    That can happen.

23        Q.    Can that happen, that is,

24   new onset urge incontinence, can that
```

Konstantin Walmsley, M.D.

1   happen with any polypropylene midurethral

2   sling surgery?

3              MR. ORENT:  Objection.

4              THE WITNESS:  Yes.

5   BY MR. TOMASELLI:

6        Q.   Can it occur also with

7   surgeries using autologous fascia or

8   biologic grafts?

9              MR. ORENT:  Objection.

10             THE WITNESS:  To some

11    degree, yes.

12   BY MR. TOMASELLI:

13        Q.   Can new onset urge

14   incontinence also occur with the Burch

15   procedure?

16             MR. ORENT:  Objection.

17             THE WITNESS:  To some

18    degree, yes.

19   BY MR. TOMASELLI:

20        Q.   What is urinary retention?

21        A.   That is an inability to

22   void, where your bladder becomes

23   overextended.

24        Q.   Okay.  And can urinary

Konstantin Walmsley, M.D.

1    retention occur in women in the absence

2    of a stress urinary incontinence surgery?

3          A.    Yes.

4          Q.    You see that in your

5    practice?

6          A.    I do.

7          Q.    And can urinary retention

8    also be associated with any stress

9    urinary incontinence surgery?

10          A.    Yes.

11          Q.    Can urinary retention be

12    associated, again, with procedures

13    utilizing autologous fascia, for example?

14          A.    Yes.

15          Q.    Is there a way to predict

16    with women undergoing a procedure for

17    stress urinary incontinence who or who

18    will not potentially have a complication

19    of urinary retention after that surgery?

20          A.    To some extent, yes.

21          Q.    And what do you think about

22    in terms of -- in that regard?

23          A.    I think about patients who

24    are on medications that might otherwise

Konstantin Walmsley, M.D.

1   relax their bladder, for example,

2   antidepressants.  I think about patients

3   who have stress urinary incontinence in

4   the setting of incomplete bladder

5   emptying or a somewhat weakened bladder.

6   Those are a couple of instances where I

7   point out to a patient that she might

8   have a higher risk of retention following

9   surgery.

10        Q.    Okay.  When would you say,

11  Dr. Walmsley, that you became aware of

12  the potential for urge incontinence or

13  overactive bladder symptoms or urinary

14  retention?  When would you say that you

15  became aware of those potential

16  complications with stress urinary

17  incontinence surgery?

18        A.    Fairly early in my

19  experience with them.

20        Q.    So would that be -- again,

21  pegging your fellowship being in the

22  early 2000s, would that be a reasonable

23  time?

24              MR. ORENT:  Objection.

Konstantin Walmsley, M.D.

```
1                THE WITNESS:  I think that's

2      reasonable.

3   BY MR. TOMASELLI:

4           Q.   Dr. Walmsley, do you have

5   any peer-reviewed publications regarding

6   prolapse or stress urinary incontinence

7   surgery?

8           A.   I have given grand rounds on

9   the management of both medical and

10  surgical for urinary incontinence, if

11  that answers your question.

12          Q.   Okay.  Let's break those up

13  real quick if we can.

14          A.   Sure.

15          Q.   Dr. Walmsley, do you have

16  any peer-reviewed publications pertaining

17  to the management of prolapse or stress

18  urinary incontinence?

19          A.   I don't.

20          Q.   Do you have any

21  peer-reviewed publications pertaining to

22  the use of mesh with prolapse or with

23  stress urinary incontinence surgery?

24          A.   I don't.
```

Konstantin Walmsley, M.D.

```
1         Q.    Dr. Walmsley, have you ever

2   performed grand rounds with respect to

3   the management of stress urinary

4   incontinence?

5         A.    I have.

6         Q.    And when would you say that

7   you've done that?

8         A.    I did that in 2006.

9         Q.    Is that the one that you did

10  at the Mountainside Hospital?

11        A.    That's correct.

12        Q.    All right.  Would it be --

13  withdrawn.

14              Do you have any materials or

15  did you provide any materials at the time

16  of that grand rounds, like a presentation

17  or handouts or anything?

18        A.    I had a PowerPoint

19  presentation.

20        Q.    Do you think that you still

21  have that PowerPoint presentation?

22        A.    Highly possible, yes.

23        Q.    If -- let me ask you this

24  question:  If you had that PowerPoint
```

Konstantin Walmsley, M.D.

1    presentation, where do you think you

2    might have kept it or do keep it?

3              MR. ORENT:  Objection.

4              THE WITNESS:  I may have it

5        in one of my computers, yeah.

6              If I have a memory stick of

7        it, I -- that's another possibility,

8        although I don't know where the memory

9        stick is right now.

10   BY MR. TOMASELLI:

11        Q.    Okay.  Other than the grand

12   rounds in 2006 at Mountainside Hospital,

13   have you ever made any other public

14   presentations regarding the management of

15   stress urinary incontinence?

16        A.    I've lectured to students.

17   Actually, correct that.  I'm sorry.  I've

18   lectured to residents, family practice

19   and internal medicine residents on topics

20   of this nature.

21        Q.    Sorry.  Where were those

22   residents engaged?

23        A.    They were Mountainside

24   Hospital as well.

Konstantin Walmsley, M.D.

```
 1          Q.    Is that something you do --

    try to do often or --

 2

 3          A.    I enjoy teaching, so I do.

 4          Q.    Do you think that's

 5   something you've done recently?

 6          A.    Probably in the last several

 7   years, yes.

 8          Q.    And when you do that, when

 9   you lecture to the residents, do you have

10   a set of materials, or is that more just

11   you talking?

12          A.    It's usually a PowerPoint

13   presentation.

14          Q.    And do you think that if you

15   looked around, that you might be able to

16   find those presentations?

17               MR. ORENT:  Objection.

18               THE WITNESS:  Highly

19      possible.  Highly likely, yeah.

20   BY MR. TOMASELLI:

21          Q.    My understanding is that

22   you're the Hackensack chief of the

23   department of surgery?

24          A.    That's correct.  Well, it
```

Konstantin Walmsley, M.D.

1    should say Hackensack UMC Mountainside.

2    It's one of the satellite hospitals of

3    Hackensack.

4              So there's a Hackensack

5    University Medical Center in Hackensack

6    that has its own chairman of surgery.

7    I'm the chairman of surgery at HUMC

8    Mountainside as it's called.

9        Q.    Okay.  Thank you for that

10   clarification.

11             And where is that hospital?

12       A.    It's in Montclair, New

13   Jersey.

14       Q.    Is it true that the

15   department of surgery at Hackensack

16   provides the highest quality clinical and

17   surgical care to its patients or it

18   attempts to?

19       A.    I think it aspires to, yes.

20       Q.    And does the hospital buy

21   the surgical devices related to urologic

22   surgeries in the hospital?

23             MR. ORENT:  Objection.

24             THE WITNESS:  It does.

Konstantin Walmsley, M.D.

```
 1   BY MR. TOMASELLI:

 2         Q.    It does?

 3         A.    Yes.

 4         Q.    And do you know what devices

 5   for stress urinary incontinence surgery

 6   that they stock for their physicians?

 7         A.    Yes.

 8         Q.    Okay.  And in terms of

 9   midurethral slings made of polypropylene,

10   do you know which ones they stock?

11         A.    Yes.

12         Q.    And which ones are those?

13         A.    Coloplast.  And there may be

14   some -- may be some Boston Scientific

15   slings on -- as well.

16         Q.    Any others?

17         A.    I don't believe so today,

18   but I'm not 100 percent sure.  I'm not --

19   you know, I'm not in central sterile

20   supply checking, but...

21         Q.    Understand.  But safe to say

22   the HUMC Mountainside Hospital does stock

23   midurethral slings for the treatment of

24   stress urinary incontinence that are made
```

Konstantin Walmsley, M.D.

```
1    of polypropylene?

2                  MR. ORENT:  Objection.

3                  THE WITNESS:  Yes.

4    BY MR. TOMASELLI:

5          Q.    Have you ever done any

6    consulting for a pharmaceutical or

7    medical device company?

8          A.    I have not.

9          Q.    In your general opinion

10   number 1, Dr. Walmsley, you state that

11   "before a surgeon can inform a patient on

12   the risks/benefits/alternatives to any

13   procedure...the surgeon must be informed

14   on the risks/benefits/alternatives."

15                Do you see that?

16         A.    I do.

17         Q.    When we speak of stress

18   urinary incontinence surgery, what are

19   the different ways that a surgeon can

20   inform themselves on the risks, benefits

21   and alternatives of that?

22                MR. ORENT:  Objection.

23                THE WITNESS:  Well,

24     certainly one is through a review of
```

Konstantin Walmsley, M.D.

1     the IFU, the instructions for use.

2     The other may come in the form of the

3     experience one has had during their

4     training, during their residency and

5     fellowship.

6              From my standpoint, having

7     come out of my training in 2004, some

8     of my experience came with going to

9     training workshops that we discussed,

10    involving didactic and cadaveric

11    workshops and such.

12             And lastly, some of it is

13    based on clinical experience one has

14    in his or her private practice or

15    academic practice, as the case may be.

16  BY MR. TOMASELLI:

17         Q.    Could physicians also gain

18  that information through conversations

19  with their colleagues in practice?

20         A.    I think those can be

21  helpful, depending upon the colleague.

22         Q.    I won't tell anybody.

23             Would some of that

24  information that surgeons can get come

Konstantin Walmsley, M.D.

1    from, for example, the medical

2    literature?

3         A.    Yes.

4         Q.    Would some of that

5    information, might it come also from

6    pronouncements or writings from the FDA?

7              MR. ORENT:  Objection.

8              THE WITNESS:  Not often, but

9      it can happen.

10   BY MR. TOMASELLI:

11        Q.    Would some of that

12   information possibly come from

13   recommendations or practice guidelines

14   from national organizations?

15             MR. ORENT:  Objection.

16             THE WITNESS:  To some

17     degree, yes.

18   BY MR. TOMASELLI:

19        Q.    Would some of that

20   information also come from potentially

21   attending national meetings, for example,

22   of the Urological Association?

23             MR. ORENT:  Objection.

24             THE WITNESS:  Yes.

Konstantin Walmsley, M.D.

```
 1   BY MR. TOMASELLI:

 2        Q.    Because there are

 3   presentations and posters and abstracts

 4   and lectures and things like that?

 5        A.    Yes.

 6        Q.    And would you say that you

 7   have accumulated knowledge over your

 8   career about stress urinary incontinence

 9   procedures and their outcomes and

10   complications, that you've gained

11   experience over the years?

12        A.    This is true.

13        Q.    Would you also say that

14   you've accumulated knowledge over the

15   years about when and what patients those

16   procedures might be more likely to fail

17   or might be more likely to be associated

18   with a complication?

19        A.    Yes.

20        Q.    In performing surgery on

21   your patients for stress urinary

22   incontinence, would you consider and draw

23   or try to draw from all the experience

24   that you've gained over the years from
```

Konstantin Walmsley, M.D.

1    those variety of sources of information?

2         A.    Yes.

3         Q.    And would you expect that --

4    each surgeon to do the same, that is, to

5    draw from the information and the

6    experience that they've been exposed to?

7         A.    I would imagine that would

8    be reasonable.

9         Q.    Do you, Dr. Walmsley, hold

10   yourself out as an engineer of any type?

11        A.    No.

12        Q.    Do you hold yourself out as

13   an anesthesiologist?

14        A.    No.

15        Q.    Do you hold yourself out as

16   a pain specialist?

17        A.    Not in the sense of a pain

18   specialist under the anesthesia umbrella,

19   no.

20        Q.    Have you ever drafted a

21   label for a medical device or a

22   medication?

23        A.    I have not.

24        Q.    Have you ever consulted with

Konstantin Walmsley, M.D.

```
 1   a company regarding language, whether it

 2   should be in or not in a particular

 3   label?

 4        A.    Not that I can recollect,

 5   no.

 6        Q.    Makes sense since you

 7   haven't consulted with medical device or

 8   pharmaceutical companies?

 9            MR. ORENT:  Objection.

10            THE WITNESS:  I've not, but

11       I've been involved in the marketing

12       end of things, where companies will

13       come and show me different schemas and

14       advertisements for different products,

15       and I'll give feedback as to what I

16       think is perhaps more conducive or

17       relevant to what a physician wants to

18       see and things of that nature.

19   BY MR. TOMASELLI:

20        Q.    And do you recall which

21   products that you've done that with?

22        A.    Well, there have not been --

23   to my recollection, they've not been

24   medical device products, they've mostly
```

Konstantin Walmsley, M.D.

1    been medications.

2            Q.    Are those for overactive

3    bladder?

4            A.    Some of them, yeah.

5            Q.    Outside of litigation, have

6    you ever communicated to a company that

7    their labeling -- to a medical device

8    company that their labeling was

9    inadequate?

10            A.    Labeling regarding what

11    exactly?

12            Q.    A medical device used for

13    stress urinary incontinence.

14            A.    I've never given any advice

15    regarding labeling for an SUI product

16    outside of litigation.

17            Q.    Have you ever read the FDA

18    regulations pertaining to the labeling of

19    medical devices?

20            A.    Indirectly I have.

21            Q.    And when you say indirectly,

22    what do you mean by that?

23            A.    Well, when I first became

24    involved in some of the litigation that

Konstantin Walmsley, M.D.

```
1    you and I are involved with today, I did

2    review some of that.  I mean, scratching

3    the surface type of stuff.

4         Q.    Let's -- prior to becoming

5    retained in litigation, did you ever have

6    the occasion to go and read the FDA

7    regulations pertaining to medical

8    devices?

9         A.    No.

10        Q.    Have you ever worked or been

11   employed by the FDA?

12        A.    I've not.

13        Q.    Have you ever been asked by

14   the FDA to consult with respect to any

15   aspect of a medical device?

16        A.    No.

17        Q.    You said in your report that

18   you were trained on the TVT device.

19             Were you referring to that

20   being in your residency and fellowship?

21        A.    Primarily my fellowship and

22   a little bit of residency.  More exposure

23   in fellowship.

24                  -  -  -
```

Konstantin Walmsley, M.D.

```
 1              (A recess was taken from

 2         12:50 p.m. to 1:06 p.m.)

 3              -   -   -

 4    BY MR. TOMASELLI:

 5         Q.    Dr. Walmsley, we took a

 6    short break, and before that, we were

 7    talking about your training with respect

 8    to the TVT device.

 9              Do you remember that?

10         A.    Yes, sir.

11         Q.    I'm marking as Deposition

12    Exhibit Number 3 a surgeon's resource

13    monograph related to the TVT device.

14              -   -   -

15              (Deposition Exhibit No.

16         Walmsley-3, Surgeon's Resource

17         Monograph, Bates stamped

18         ETH.MESH.10027307 through

19         ETH.MESH.10027328, was marked for

20         identification.)

21              -   -   -

22    BY MR. TOMASELLI:

23         Q.    Do you see that?

24         A.    I do.
```

Konstantin Walmsley, M.D.

1          Q.    Do you remember ever

2   receiving this document?

3          A.    I have seen this in past.

4          Q.    All right.  And with respect

5   to yourself or other surgeons who saw it,

6   would you agree that the information

7   contained in it could then be

8   incorporated into a, you know,

9   risk/benefit idea pertaining to the TVT

10  device itself?

11                MR. ORENT:  Objection.

12                THE WITNESS:  You mean for

13    those that have seen this?

14  BY MR. TOMASELLI:

15         Q.    Yes, sir.

16         A.    It could be helpful.

17         Q.    Again, they could read it,

18  and that information could be

19  incorporated into their thinking?

20         A.    Yes.

21         Q.    All right.  And to be clear,

22  Dr. Walmsley, the TVT SECUR midurethral

23  sling is made of Prolene, which is the

24  same material that the TVT retropubic

Konstantin Walmsley, M.D.

1   device is made from, and that's your

2   understanding.  Right?

3              MR. ORENT:  Objection.

4              THE WITNESS:  That's a

5      polypropylene device.

6   BY MR. TOMASELLI:

7        Q.   Yes, sir.

8        A.   Yes.

9        Q.   And it uses the trade name

10  Prolene, polypropylene mesh, in both the

11  TVT retropubic device that's talked about

12  in this document as well as the TVT

13  SECUR?

14             MR. ORENT:  Objection.

15             THE WITNESS:  Correct.

16  BY MR. TOMASELLI:

17       Q.   Your general opinion number

18  1 again relates to the information

19  contained in the IFU for the TVT SECUR as

20  of 2010.  Right?

21       A.   Right.

22       Q.   Okay.  My understanding is

23  that the basis for your opinions in

24  general opinion number 1 come from,

Konstantin Walmsley, M.D.

```
 1    number one, the fact that you read the

 2    TVT SECUR IFU?

 3         A.    Correct.

 4         Q.    I think you also reference

 5    your experience in this section.  If you

 6    go down to the bottom of this page, "In

 7    my experience" with "dealing."

 8         A.    That speaks to talking about

 9    mesh-induced foreign body response.

10         Q.    Okay.  But in terms of your

11    opinion regarding general opinion number

12    1, your experience plays into your

13    opinions?  I'm asking if that's part of

14    your basis.

15         A.    Could you repeat your

16    question?  I'm not clear as to the nature

17    of it.

18         Q.    So let me back up.

19         A.    Uh-huh.

20         Q.    General opinion number 1

21    states that it's your opinion that the

22    IFU for the TVT SECUR in 2010 was not

23    sufficient to enable informed consent?

24         A.    That's correct.
```

Konstantin Walmsley, M.D.

1          Q.    Okay.  That's based upon,

2    number one, your reading of the TVT IFU?

3          A.    That's based solely on my

4    reading of the TVT IFU, yes.

5          Q.    Okay.

6          A.    Yeah.

7          Q.    No other basis for that

8    opinion?

9               MR. ORENT:  Objection.

10              THE WITNESS:  Well, I mean,

11        I think to some degree the basis of

12        that opinion comes -- is borne out of

13        the fact of the complications and

14        adverse events that do occur, they

15        aren't specifically spoken towards in

16        the IFU.  So when you asked me, for

17        example, when I said "in my

18        experience," that supports my opinion

19        regarding the insufficiency of the TVT

20        SECUR IFU.

21    BY MR. TOMASELLI:

22          Q.    You also reference a medical

23    dictionary pertaining to the words

24    "transitory" and "transient"?

Konstantin Walmsley, M.D.

1          A.    Correct.

2          Q.    All right.  So in terms of

3    the IFU label, your experience that you

4    are drawing from in evaluating that and

5    the medical dictionary for the terms

6    "transient" and "transitory," are there

7    other bases for your opinion that you

8    came to in general opinion number 1?

9          A.    Not specifically, no.

10          Q.    In general opinion number 1,

11    you take issue, obviously, with the word

12    "transient" and "transitory" that are in

13    the TVT SECUR IFU.  Right?

14          A.    That's correct.

15                    -   -   -

16                (Deposition Exhibit No.

17          Walmsley-4, Gynecare TFT SECUR

18          System IFU, Bates stamped

19          ETH.MESH.02340568 through

20          ETH.MESH.02340590, was marked for

21          identification.)

22                    -   -   -

23    BY MR. TOMASELLI:

24          Q.    And Exhibit 4 is the IFU for

Konstantin Walmsley, M.D.

1   the TVT SECUR.  Right?

2        A.    Yes.

3        Q.    Is there anything else in

4   this IFU that you do not think is

5   accurately set forth?  I know you have

6   opinions regarding omissions, and we'll

7   get there.  But in terms of things that

8   are not accurately set forth, like the

9   word "transient" or "transitory," are

10  there other things?

11       A.    With the exception of what

12  I've talked about in adverse reactions in

13  my general opinion, there really is

14  nothing else here that I'm critical of.

15       Q.    Okay.  In your general

16  opinion number 1, you state that the --

17  well, withdrawn.

18            With respect to your last

19  answer, that you -- that there's nothing

20  else that you're critical of, in terms of

21  the adverse reactions, you're critical of

22  the fact that they -- that it talks about

23  transitory local irritation and a

24  transitory foreign-body response.  Right?

Konstantin Walmsley, M.D.

1        A.    That's right.

2        Q.    Otherwise, the adverse

3    reactions are accurate, in your mind?

4        A.    No.

5        Q.    They're not?

6        A.    No.  That's not correct.

7        Q.    Okay.  Why are they not

8    accurate?

9        A.    In large part, because there

10   are several additional potential adverse

11   reactions that I believe I elucidate in

12   the following page.

13       Q.    Right.  And I'm going to

14   come to the things that you think should

15   also be in there.

16       A.    Okay.

17       Q.    I guess what I was getting

18   toward was you take issue with the

19   accuracy of the words "transitory" --

20       A.    Correct.

21       Q.    -- and "transient."  Right?

22       A.    Right.

23       Q.    Is there anything else that

24   you take issue with the accuracy of?

Konstantin Walmsley, M.D.

```
1         A.    As far as the five adverse

2    reactions listed in the IFU?

3         Q.    Yes, sir.

4         A.    Well, I mean, I think that

5    the first one, which is "Punctures or

6    lacerations or injury to vessels, nerves,

7    bladder, urethra, or bowel may occur

8    during instrument passage and may require

9    surgical repair," that to me is an

10   appropriately stated adverse reaction.

11              The second one, obviously I

12   take issue with the term "transitory,"

13   because typically the foreign-body

14   response is certainly neither transient

15   nor transitory.

16              And the second concern I

17   have regarding that particular bullet

18   point is the lack of context relating to

19   extrusion, erosion, fistula formation or

20   inflammation as it relates to treatment.

21              I mean, for example, in this

22   document, there's actually a lot more

23   language about what a surgeon in the

24   trenches might need to do to handle that,
```

Konstantin Walmsley, M.D.

```
 1   whereas in the IFU here it's really not

 2   elaborated on.

 3        Q.   And when you talk about that

 4   these items in the IFU are elaborated in

 5   a different document, you were holding

 6   up --

 7        A.   I was holding up the --

 8        Q.   Exhibit Number 3, the

 9   Surgeon's Resource Monograph?

10        A.   Correct.  Right.

11        Q.   Again, anything else that

12   you say is actually not accurate in these

13   statements?

14        A.   No.

15        Q.   All right.  With respect to

16   the next page, you state that the IFU

17   does not include the words, for example,

18   "mesh contraction" or "mesh shrinkage."

19   Correct?

20        A.   Correct.

21        Q.   And it's your opinion they

22   should have?

23        A.   That's correct.

24        Q.   All right.  And in terms of
```

Konstantin Walmsley, M.D.

1    the clinical consequences of the mesh

2    contracting or the mesh shrinking, would

3    that include things like pain with

4    intercourse?

5         A.    That could be one, yes.

6         Q.    Would it include things like

7    pelvic pain?

8         A.    That's correct.

9         Q.    Would those be the most

10   common clinical consequences of mesh

11   contraction or mesh shrinkage?

12        A.    Not completely, but some of

13   them.

14        Q.    Can you identify other

15   clinical consequences that you would

16   identify with that?

17        A.    Yes.

18        Q.    Sure.  Go ahead.

19        A.    Voiding dysfunction.

20   Vaginal shortening.  Kind of --

21   scar-plate formation, which is kind of a

22   part of -- to some degree part of mesh

23   contraction, but is related to that in

24   certain instances.

Konstantin Walmsley, M.D.

```
1        Q.     And in terms of scar-plate

2   formation, what's the clinical

3   consequence of -- what does a patient

4   feel from scar-plate formation?

5        A.     Well, it depends on, for

6   example, if they're sexually active,

7   they'll feel it more.  Sometimes they'll

8   feel it simply from the standpoint of

9   having pain related to that phenomenon.

10  But the important reality to keep in mind

11  is that the vagina is a dynamic organ.

12  There are studies that demonstrate that

13  vaginal length can expand by up to

14  50 percent or more during stimulation,

15  for example.  And the presence of

16  scar-plate formation, particularly if

17  there is a mesh response involved, an

18  untoward mesh response, that that can

19  exacerbate that problem.

20       Q.     And would that -- would what

21  you just described in the last answer,

22  would that apply to all midurethral

23  slings made of polypropylene mesh?

24            MR. ORENT:  Objection.
```

Konstantin Walmsley, M.D.

```
1                THE WITNESS:  Well,

2      possibly, yeah.

3    BY MR. TOMASELLI:

4          Q.    Could it also possibly apply

5    to biologic graft material?

6          A.    Much less so.

7          Q.    But it could possibly?

8          A.    Theoretically.

9          Q.    You state that the IFU does

10   not warn about the difficulty of removing

11   mesh; is that right?

12         A.    That's correct.

13         Q.    Do you agree that the design

14   of the midurethral sling with

15   polypropylene mesh is such that that mesh

16   will incorporate into the surrounding

17   tissue?

18         A.    It's meant to.

19         Q.    Is that also the same with

20   respect to autologous fascia and biologic

21   grafts, that you expect those materials

22   to incorporate into the surrounding

23   tissue?

24         A.    In a different fashion, but
```

Konstantin Walmsley, M.D.

 1   yes.

 2          Q.    Are any of the devices, a

 3   midurethral sling made of polypropylene,

 4   a biologic graft, an autologous fascia or

 5   other devices, are they meant to be

 6   permanent?

 7          A.    They're intended to be,

 8   yeah.

 9          Q.    Is it true that surgeons

10   operating in this space and using those

11   devices understand that they're permanent

12   devices?

13          A.    Yeah, I believe so.  Yes.

14          Q.    I think you also state in

15   your general opinion number 1 that the

16   IFU does not warn of dyspareunia.  Right?

17          A.    That's correct.

18          Q.    And you think it should?

19          A.    I do.

20          Q.    All right.  And we talked a

21   little bit about dyspareunia before.

22   Right?

23          A.    Yes.

24          Q.    And is it true, again, that

Konstantin Walmsley, M.D.

1  dyspareunia can actually pre-exist a

2  surgery, a stress urinary incontinence

3  surgery?

4          A.    True.

5          Q.    And it's true that

6  dyspareunia can come about or be new

7  after a stress urinary incontinence

8  surgery?

9          A.    True.

10          Q.    And I suppose the other

11  possibilities are that pre-existing

12  dyspareunia could get worse, or, as you

13  mentioned, the possibility of it getting

14  better?

15              MR. ORENT:  Objection to

16      form.

17  BY MR. TOMASELLI:

18          Q.    Possibly?

19          A.    Yeah.  All true.

20          Q.    And would you say the same

21  thing for, for example, pelvic pain,

22  that, again, it could pre-exist or become

23  new after a stress urinary incontinence

24  surgery?

Konstantin Walmsley, M.D.

```
1        A.     True.

2        Q.     If you could turn to

3   Exhibit 4.  I think you're with me.

4        A.     Uh-huh.

5        Q.     Do you see where there's a

6   page about warnings and precautions?  It

7   might be one back or so from where you

8   are.

9        A.     I do.

10        Q.     Maybe a couple back.

11               Do you see that?

12        A.     I do.

13        Q.     All right.  Do you see the

14   third bullet where it says, "Users should

15   be familiar with surgical technique for

16   urethral suspensions and should be

17   adequately trained in the GYNECARE TVT

18   SECUR System before using"?

19        A.     I do.

20        Q.     And when you read that users

21   should be familiar with urethral

22   suspension surgical techniques, what does

23   that mean to you as a surgeon?

24        A.     What that means is that if
```

Konstantin Walmsley, M.D.

```
 1   I'm coming into this space, interested in

 2   using, let's say, the TVT SECUR product,

 3   I should do so having a foundation of

 4   knowledge having performed other urethral

 5   suspension surgeries before embarking on

 6   training in these procedures.

 7        Q.    When you talk about the

 8   surgeries themselves, what types of

 9   surgeries are you thinking about?

10            MR. ORENT:  Objection.

11            THE WITNESS:  Well, I mean,

12      I don't know.  It's a fairly general

13      comment.  Surgical technique for

14      urethral suspensions, I mean, that

15      could include Burch, MMK procedures.

16      That could include prior midurethral

17      sling procedures.  So it's a bit of a

18      generic statement, to be fair.

19   BY MR. TOMASELLI:

20        Q.    Sure.  And could it -- I

21   mean, if you read that, could you also --

22   that could include autologous fascia or

23   biologic grafts as well?

24        A.    It could.
```

Konstantin Walmsley, M.D.

1          Q.    And when it says -- well,

2    withdrawn.

3                And when it says that you

4    should -- users should be familiar with

5    these, again, how does a surgeon become

6    familiar with those procedures such as

7    the Burch, the MMK, autologous fascia?

8    Can you describe how a surgeon would

9    become familiar with those?

10         A.    Well, I mean, I can describe

11   how I became familiar with them.

12         Q.    Okay.

13         A.    And that was through my

14   training, through training in which I was

15   an apprentice/resident, seeing my

16   attendings perform these procedures,

17   getting involved with them as an

18   assistant and then finally kind of

19   executing them with my attendings

20   supervising me.

21         Q.    And would you also, again,

22   gain information -- I guess in those

23   various things we talked about earlier,

24   would you gain information about those

Konstantin Walmsley, M.D.

1   surgical procedures in the same way?

2       A.   I think to some degree, yes.

3       Q.   Okay.  By the way, who was

4   your -- who did you train under as a

5   fellow?

6       A.   In my residency -- in my

7   fellowship I was under a gentleman named

8   Steven Kaplan.

9       Q.   Is that with a K?

10      A.   Yeah, K-A-P-L-A-N, Steven.

11      Q.   And who did you train under

12  as a resident in urologic surgery?

13      A.   My residency with regards to

14  female urology, slings and such, I

15  trained under a gentleman named George

16  Young, Jerry Blaivas, and David Staskin,

17  S-T-A-S-K-I-N.  And Blaivas is

18  B-L-A-I-V-A-S, or V-I-S or A-S.

19      Q.   Did you find that all those

20  surgeons were well informed and good at

21  what they did?

22      A.   I felt like they were.

23      Q.   Would you say that you

24  learned a lot from them?

Konstantin Walmsley, M.D.

```
 1          A.    A lot, yes.

 2          Q.    When we talk about general

 3   opinion number 2 in your report, that's

 4   the one that references the autologous

 5   fascia as a safer alternative design in

 6   2010 to the TVT SECUR.

 7                Do you remember that?

 8          A.    Correct.

 9          Q.    In the first sentence,

10   Dr. Walmsley, you state that these

11   designs and procedures existed in 2010

12   that have a less risk of erosion and

13   dyspareunia, which I'll get to, but you

14   also say that they have substantially

15   equivalent efficacy.

16                Do you see that?

17          A.    Correct, yes.

18          Q.    Okay.  Are you saying there

19   that, for example, the autologous fascial

20   sling has equivalent efficacy in terms of

21   curing stress urinary incontinence, are

22   you saying it has equivalent efficacy to

23   the TVT SECUR?

24          A.    In this document, yes.
```

Konstantin Walmsley, M.D.

```
1           Q.    Okay.  And is that your

2    opinion, that the TVT SECUR had

3    equivalent efficacy, for example, to the

4    autologous fascial sling?

5           A.    I think it's a little bit of

6    an apples to oranges comparison in part

7    because there's a richer or more

8    prevalent amount of literature for the

9    autologous slings compared to the TVT

10   SECUR, because the TVT SECUR was really

11   only on the market for only a brief

12   period of time, so...

13                And the follow-up on a lot

14   of the studies for TVT SECUR were

15   somewhat short comparatively to the

16   autologous fascial sling.  But generally

17   speaking, I would hold that to be true.

18          Q.    Did you go and try to search

19   for all the TVT SECUR literature from,

20   say, 2005 up to 2010 and see what there

21   was out there?

22          A.    I've looked at some of that

23   literature.

24          Q.    All right.  There are, in
```

Konstantin Walmsley, M.D.

1   fact, studies that are published

2   regarding the TVT SECUR prior to 2010

3   that have outcomes up to a year or more?

4          A.    I thought I --

5                MR. ORENT:  Objection.

6                THE WITNESS:  I thought I

7      saw a year, 18 months.

8   BY MR. TOMASELLI:

9          Q.    Okay.

10         A.    But to be fair, there are

11  also autologous fascial slings that have

12  five, five-year data and so forth.

13         Q.    In terms of the -- maybe the

14  one-year outcomes, is that more apples to

15  apples?

16         A.    Yeah.  We can compare one

17  year/one year for each.

18         Q.    When you say that the

19  autologous fascial sling had

20  substantially equivalent efficacy, would

21  you say that maybe at the year point, the

22  autologous fascial sling had

23  substantially equivalent efficacy to the

24  TVT SECUR?

Konstantin Walmsley, M.D.

1                    MR. ORENT:  Objection.

2                    THE WITNESS:  I would say

3       that.

4       BY MR. TOMASELLI:

5            Q.     Is that a yes?

6            A.     I would say yes.

7            Q.     In your general opinion

8       number 2, you say that the autologous

9       fascial sling has a less risk of erosion

10      than the TVT SECUR.

11                   What's your basis for that

12      statement?

13           A.     My clinical experience and

14      the literature surrounding TVT SECUR

15      compared to autologous fascial slings.

16           Q.     When you reference the

17      literature surrounding autologous slings

18      and the TVT SECUR, are you referencing

19      studies that have them head to head or

20      the general body of literature for both?

21           A.     The latter.  I don't know of

22      any head-to-head studies comparing the

23      two myself.

24           Q.     That was my next question.

Konstantin Walmsley, M.D.

1        A.    Yeah.

2        Q.    Dr. Walmsley, maybe we'll

3    get that one out.

4        A.    Right.

5        Q.    Withdrawn.

6              Dr. Walmsley, are you aware

7    of any head-to-head studies between the

8    TVT SECUR and the autologous fascial

9    sling using rectus fascia?

10       A.    I'm not.

11       Q.    When you say in your general

12   opinion number 2, Dr. Walmsley, that the

13   TVT SECUR has a higher rate of

14   dyspareunia than the autologous fascial

15   sling using rectus fascia, what's the

16   basis for your opinion?

17       A.    Once again, a review of the

18   literature that gives dyspareunia rates

19   for each of those techniques, and to some

20   degree, although I've never had clinical

21   experience with TVT SECUR implanting it,

22   I've seen patients implanted with TVT

23   SECUR that have had complaints of

24   dyspareunia.

Konstantin Walmsley, M.D.

1        Q.     And what would you

2    approximate the rate of dyspareunia for

3    the TVT SECUR as opposed to the rate of

4    dyspareunia for the autologous fascial

5    sling based on the literature?  Do you

6    have numbers in mind?  That's my

7    question.

8        A.     Yeah.  I mean, I think based

9    on autologous fascial sling, you're

10   talking maybe 1 to 3 percent, whereas for

11   TVT SECUR you're looking at somewhere in

12   the high single digits.  But I mean,

13   think, once again, to be -- to give a

14   completely thorough answer, one has to

15   really talk about the nature of the

16   dyspareunia.  I mean, not all dyspareunia

17   is created equal.  And certainly in my

18   clinical experience, and the literature

19   would speak to this, perhaps not

20   specifically for TVT SECUR, but perhaps

21   it's a different kind of dyspareunia.

22       Q.     And the different kind of

23   dyspareunia that you're referencing,

24   would that also apply to other

Konstantin Walmsley, M.D.

```
 1   midurethral slings made of polypropylene

 2   mesh?

 3           A.    To some degree, yes.

 4           Q.    When you say to some degree,

 5   what do you mean?

 6           A.    Well, once again, I think

 7   when you're looking at literature or

 8   peer-reviewed journals that talk about

 9   dyspareunia, it's sometimes one's

10   definition of dyspareunia can be

11   different.  Sometimes the questions

12   aren't asked, do you have dyspareunia,

13   for example.  So I think to really give a

14   hard and fast objective, let's say,

15   number, it's a bit misleading.

16              What I can tell you in my

17   clinical experience is that if I've

18   encountered dyspareunia in an autologous

19   fascial sling, which is exceedingly rare,

20   it tends to be something that's mild,

21   something that can be treatable, for

22   example, with vaginal estrogen, where in

23   the TVT SECUR setting, I have encountered

24   a handful of patients, less than five,
```

Konstantin Walmsley, M.D.

```
1    but memorable patients, where the

2    scarring and healing process inherent to

3    that device, you know, not only renders

4    them with dyspareunia but the kind of

5    pain that you can reproduce on an exam

6    where you're feeling -- we call it

7    indurated tissue, but heavily scarred-in

8    tissue that's undergone a very intense

9    response to the implant.

10              So that's why I think you

11   can say a percentage number, but I don't

12   think the percentage number necessarily

13   gives a full meaning.

14        Q.    All right.  So if I

15   understand your opinion in general

16   opinion number 2 is that the lesser risk

17   of erosion with an autologous sling you

18   would say is both lower in terms --

19   withdrawn.  Let me try this again.

20              Dr. Walmsley, if I

21   understand your opinion in general

22   opinion number 2 regarding dyspareunia,

23   it's that when you compare the TVT SECUR

24   to the autologous fascia, there's not
```

Konstantin Walmsley, M.D.

1    only a numerical less risk with

2    dyspareunia, but the dyspareunia is of a

3    different character?

4         A.    Correct.

5         Q.    In terms of the less risk of

6    erosion between the TVT SECUR and the

7    autologous fascia, where are you

8    discussing the erosion, by the way?  Is

9    that erosion into any organ?

10        A.    Yeah.  That would fall under

11   that category.

12        Q.    And in terms of, again,

13   putting -- if you put a number on the

14   less risk that you believe is with an

15   autologous sling compared to the TVT

16   SECUR, can you try to do that based on

17   your review of the literature?

18        A.    I can.

19        Q.    Can you do that?

20        A.    The most recent Cochrane

21   analysis -- this is a reliance list or a

22   piece of information that I've recently

23   reviewed that is not in this particular

24   document -- the rate was about 12 percent

Konstantin Walmsley, M.D.

1    with synthetics, TVT SECUR falling under

2    that category; whereas for autologous,

3    it's in the order of 1 to 2 percent.

4         Q.    And when you reference this

5    Cochrane analysis, do you recall the

6    first author of that?  Is that Ford?

7         A.    It's either Ford or --

8         Q.    Oga?

9         A.    Ott maybe.  I have it in my

10   computer, but I don't remember

11   specifically who it is.  But it's a 2016

12   Cochrane review report.

13        Q.    Are there adverse events in

14   that Cochrane report that are more common

15   with autologous slings than with TVT

16   midurethral slings?

17        A.    Once again, this wasn't a

18   comparison of the two.  This was looking

19   at -- that 12 percent is off that

20   Cochrane review.  The 2 percent is more

21   of an amalgamation of my readings of

22   other autologous fascial sling reviews.

23   So they aren't comparing one and the

24   other, to be fair.

Konstantin Walmsley, M.D.

```
1            Q.    Okay.  And I think we

2    established this, but you're not aware of

3    any randomized clinical trial comparing

4    an autologous rectal fascial sling to the

5    TVT SECUR?

6            A.    I'm not.

7            Q.    And you're not aware of any

8    observational study, whether prospective

9    or retrospective, comparing the

10   autologous fascial slings to the TVT

11   SECUR?

12           A.    I'm not.

13           Q.    Based on your review of the

14   literature, would you say that there are

15   any complications with respect to the

16   autologous rectal fascial slings that are

17   more common than you would otherwise see

18   in a TVT midurethral sling?

19           A.    There are a couple.

20           Q.    Can you describe those for

21   me?

22           A.    One is the fact that you're

23   harvesting fascia, so you're making an

24   additional incision.  I don't know if
```

Konstantin Walmsley, M.D.

1    that's an adverse event or a

2    complication, but as a result of that,

3    there is temporarily at least more pain

4    related to that.

5         Q.    Would you agree that urinary

6    retention is higher with respect to

7    autologous fascial slings than with the

8    TVT midurethral sling?

9         A.    That can happen, yes.

10        Q.    Would you agree there are

11   more wound complications, maybe because

12   of the harvesting, with respect to

13   autologous fascial slings than the TVT

14   devices?

15        A.    That's a temporary

16   phenomenon that can occur, yes.

17        Q.    Dr. Walmsley, in your expert

18   report that contains your materials

19   reviewed list, there are a series of

20   articles that you cite.  Correct?

21        A.    Yes.

22        Q.    The first article I've

23   marked as Exhibit Number 5.

24                  -  -  -

Konstantin Walmsley, M.D.

```
 1              (Deposition Exhibit No.

 2         Walmsley-5, Article entitled "A

 3         clinical and urodynamic study

 4         comparing the Stamey bladder neck

 5         suspension and suburethral sling

 6         procedures in the treatment of

 7         genuine stress incontinence" by

 8         Hilton, was marked for

 9         identification.)

10                   -  -  -

11   BY MR. TOMASELLI:

12         Q.    Which is a paper by Hilton.

13               Do you see that?

14         A.    I do, yep.

15         Q.    And I don't know if you know

16   this off the top of your head.

17               MR. ORENT:  Can I get a copy

18      of that?

19               MR. TOMASELLI:  You may.  So

20      withdrawn.  I'll start a new question.

21               MR. ORENT:  Thank you.

22   BY MR. TOMASELLI:

23         Q.    Exhibit 5 is, indeed, the

24   Hilton paper.  Correct?
```

Konstantin Walmsley, M.D.

```
1        A.    Yes.

2        Q.    And do you recall why you

3  cited this paper in connection with your

4  report?

5        A.    Well, the -- to get an idea

6  of a comparison between a sling and this

7  endoscopic technique, which really, quite

8  frankly, doesn't occur much anymore.

9  That was the main intention.

10       Q.    And the sling that was used

11 in this study was actually made of pig

12 graft?

13       A.    Correct, yes.

14       Q.    And if you turn to Table 6

15 of the paper on page 216 --

16       A.    Uh-huh.

17       Q.    -- there are a list of

18 complications; is that correct?

19       A.    Yes.

20       Q.    And so would you agree that,

21 again, physicians like yourself who are

22 reviewing these papers can look at the

23 operative and postoperative

24 complications, and it helps inform their
```

Konstantin Walmsley, M.D.

```
 1    view as to what can possibly happen

 2    during a stress urinary incontinence

 3    surgery?

 4         A.    Yes.

 5                   -  -  -

 6              (Deposition Exhibit No.

 7         Walmsley-6, Article entitled

 8         "Comparison of Burch and Lyodura

 9         Sling Procedures for Repair of

10         Unsuccessful Incontinence

11         Surgery," by Enzelsberger, et al.,

12         was marked for identification.)

13                   -  -  -

14    BY MR. TOMASELLI:

15         Q.    Dr. Walmsley, I'm going to

16    hand you what I've marked as Deposition

17    Exhibit Number 6, which is a paper by

18    Enzelsberger from 1996.

19              Do you see that?

20         A.    I do.

21         Q.    And this is the second paper

22    in your materials reviews list?

23         A.    Yes.

24         Q.    And do you recall why you
```

Konstantin Walmsley, M.D.

1    decided to cite this particular paper in

2    your report?

3           A.    I thought it would be

4    helpful to have a comparison, maybe

5    apples to oranges because of the fact

6    it's maybe an older study and maybe not

7    the same type of material, but comparing

8    Burch versus sling.

9           Q.    And why is it that you

10   wanted to cite papers pertaining to a

11   comparison between the Burch procedure

12   and sling procedures?

13          A.    I was trying to establish

14   the fact that there are different ways to

15   treat this condition and to educate

16   myself and certainly have it reflected in

17   my reports regarding the pros and cons of

18   each approach.

19                    -   -   -

20               (Deposition Exhibit No.

21           Walmsley-7, Article entitled

22           "Burch Colposuspension versus

23           Fascial Sling to Reduce Urinary

24           Stress Incontinence," by Albo, et

Konstantin Walmsley, M.D.

1           al., was marked for

2           identification.)

3                     -  -  -

4   BY MR. TOMASELLI:

5           Q.    I'm going to mark as

6   Deposition Exhibit Number 7 the paper by

7   Albo and colleagues in the New England

8   Journal of Medicine from 2007.

9               Do you see that?

10          A.    I do.

11          Q.    Are you familiar with this

12  paper?

13          A.    Vaguely.  I remember reading

14  this paper.

15          Q.    Because you said you were

16  interested in comparisons related to the

17  Burch procedure and autologous rectus

18  fascia, that's the reason I gave you this

19  paper.  Okay?

20          A.    Correct.

21          Q.    All right.

22          A.    Yeah.

23          Q.    And, indeed, this is a large

24  randomized trial comparing the Burch

Konstantin Walmsley, M.D.

1   procedure to autologous rectal fascia?

2          A.    Correct.

3          Q.    And if we turn, for example,

4   to Table 2, and all the information below

5   Table 2, do you see where it talks about

6   a variety of adverse events?

7          A.    I see the table, yes.

8          Q.    And, indeed, that table does

9   talk about a variety of adverse events

10  that occurred within the trial?

11         A.    Yes.

12         Q.    All right.  And surgeons

13  like yourself looking at medical

14  literature can find this as one place of

15  information to see what types of adverse

16  events other surgeons are encountering

17  during procedures for stress urinary

18  incontinence?

19         A.    Fair.

20         Q.    Coming back to Deposition

21  Exhibit Number 6, the Enzelsberger paper,

22  can you tell me when you have that?

23         A.    I have it.

24         Q.    Can you turn to page 254,

Konstantin Walmsley, M.D.

1    which has Table 3 in the upper right-hand

2    corner?

3          A.    Yes.

4          Q.    We talked previously about

5    the fact that patients can have urgency

6    symptoms and urge incontinence post or

7    after stress urinary incontinence

8    surgery; is that right?

9          A.    Correct.

10          Q.    And in Table 3, for example,

11    it talks about 8 percent of the patients

12    following Burch and 16 percent of the

13    patients following sling procedure had

14    urgency or urge incontinence.

15                Do you see that?

16          A.    I do.

17          Q.    Is that consistent with your

18    experience?

19          A.    You know, my exposure to

20    Burches are a little limited.  Certainly

21    with regards to the sling procedure, I

22    have a slightly lower experience, but

23    that's fairly representative.

24          Q.    Okay.  The next paper in

Konstantin Walmsley, M.D.

```
 1   your report I couldn't find, so we'll go

 2   to the next one, which is by Guerrero.

 3                     -  -  -

 4             (Deposition Exhibit No.

 5        Walmsley-8, Article entitled "A

 6        randomised controlled trial

 7        comparing two autologous fascial

 8        sling techniques for the treatment

 9        of stress urinary incontinence in

10        women:  short, medium and

11        long-term follow-up" by Guerrero,

12        et al., was marked for

13        identification.)

14                     -  -  -

15   BY MR. TOMASELLI:

16        Q.    And I promise that I'm not

17   going to do this with all of them.  All

18   right.  Withdrawn.

19             Dr. Walmsley, I'm handing

20   you what I've marked as Deposition

21   Exhibit Number 8 --

22        A.    Yep.

23        Q.    -- which is a paper by

24   Guerrero and others which you cited in
```

Konstantin Walmsley, M.D.

1   your expert report; is that right?

2        A.    Yep.  Yes.

3        Q.    And can you describe for me,

4   if you can, the reason, if you recall,

5   that you cited this paper in your expert

6   report?

7        A.    Primarily to have a fairly

8   large core of patients, I mean, it's a

9   group of almost 100 -- 165 women who

10  received autologous fascial slings, the

11  intention being to get an idea of success

12  rates and things of that nature.

13       Q.    And when you talk about the

14  type of sling that they received in this

15  Deposition Exhibit Number 8, that's the

16  type of sling that you referred to in

17  general opinion number 2?

18       A.    Yes.  Although the

19  techniques are -- there's a modification

20  on the technique that I don't currently

21  employ called sling on a string.

22       Q.    Okay.  And if we turn over

23  to page 1266, do you see that in the pros

24  portion of 1266 on the right-hand column,

1    there's a paragraph that starts, "Table 3

2    shows"?

3          A.    You're on page 1266?

4          Q.    1266.

5          A.    Yes.

6          Q.    Do you see there's a

7    paragraph there that starts "Table 3

8    shows"?

9          A.    I see that.

10         Q.    Okay.  It states, "As

11   expected, the baseline incidence is 100%

12   in both groups."

13              They're speaking of stress

14   urinary incontinence; is that right?

15         A.    Yes, I see that.

16         Q.    And the stress urinary

17   incontinence decreases to between 10 and

18   21 percent at three months.

19              Do you see that?

20         A.    I see that.

21         Q.    So would you interpret that

22   to mean that of all these patients that

23   are undergoing this stress urinary

24   incontinence surgery, between 10 and

Konstantin Walmsley, M.D.

1    21 percent, they continued to have some

2    stress urinary incontinence surgery --

3    stress urinary incontinence after their

4    surgery?

5        A.    Yeah.  I mean, in this

6    cohort of British women at this clinic,

7    that's the case.

8        Q.    Okay.  And then if we go

9    down, continuing in the paragraph, it

10   states that the -- the leakage, that is,

11   the stress urinary incontinence in the

12   women, continues to rise over time?

13       A.    Correct.

14       Q.    And by the long-term

15   follow-up, the incidence of leakage is at

16   best 38 to 43 percent, but could be as

17   high as 71 percent.

18            Do you see that?

19       A.    I do see that.

20       Q.    Okay.  If you can turn over

21   a couple of pages to Table 6 at the

22   bottom of page 1268 and tell me when

23   you're there.

24       A.    I'm here.

Konstantin Walmsley, M.D.

1        Q.    Do you see that there's a

2   table talking about pain?

3        A.    Yes.

4        Q.    All right.  And there's a

5   line or row that talks about how many

6   people had pain even three months after

7   operation; is that right?

8        A.    Yes.

9        Q.    And do you see that in these

10  two groups, 51 percent in one group and

11  67 percent in another group continue to

12  have pain three months after surgery?

13       A.    I see that.

14       Q.    All right.  And again, in

15  terms of above Table 6, up into Table 5

16  on the same page, there's a description

17  of complications.  Right?

18       A.    Yes.

19       Q.    And surgeons like yourself

20  reading these articles can look at

21  complications and see what other surgeons

22  have encountered with respect to stress

23  urinary incontinence procedures?

24       A.    They can use this as a

Konstantin Walmsley, M.D.

```
 1    resource, yes.

 2         Q.    The -- if you look back to

 3    your report, Doctor, where we were moving

 4    down the articles, do you see that the

 5    next article that you reference in your

 6    report is by Welk?

 7         A.    Yes.

 8         Q.    And tell me if I'm wrong,

 9    but it looks like the remainder of the

10    articles that you talk about in your

11    report deal more with complications

12    following midurethral sling placement.

13    Is that fair?

14         A.    Yeah, that's correct.

15         Q.    Are there any other articles

16    that you cite --

17         A.    May I just --

18         Q.    Yeah, yeah, sure.

19         A.    The Petri and Klosterhalfen

20    are two that really don't, but you're

21    talking about Anger, from Anger on is

22    where those are really more of the

23    complication-based references.  Is that

24    what you said?
```

Konstantin Walmsley, M.D.

1        Q.     Even Petri, you know, the

2   title is "Complications of synthetic

3   slings"?

4        A.     Yeah.  It's just that --

5   yeah, I guess Klosterhalfen is not

6   specifically a complication one, per se,

7   but the others are.  Yes.

8        Q.     Okay.  I guess Moalli

9   actually relates to the properties of

10  mesh as well?

11       A.     Correct, yeah.

12       Q.     I guess my question is this:

13  Other than the papers that we talked

14  about and the one that I couldn't get on

15  porcine dermal sling, are there other

16  papers that are in the top of your head

17  that you're relying on for your opinions

18  in this case?

19       A.     In this case, what's stated

20  in the report is what's reflective of my

21  opinions in the report.

22            MR. TOMASELLI:  Okay.  I

23     will tell you what, can we go off the

24     record for just a minute.

Konstantin Walmsley, M.D.

```
1              MR. ORENT:  Sure.

2              MR. TOMASELLI:  I'm going to

3       try to finish real quick.  Okay?  So

4       if you've just got 2 or 3 minutes, I'm

5       going to look at my stuff.

6                    -  -  -

7              (A recess was taken from

8         1:52 p.m. to 1:58 p.m.)

9                    -  -  -

10   BY MR. TOMASELLI:

11         Q.   Dr. Walmsley, are you ready?

12         A.   Yes, sir.

13         Q.   Dr. Walmsley, we took a

14      quick break, and are you ready to

15      proceed?

16         A.   I am.

17         Q.   Great.  I'm handing you what

18      I've marked as Deposition Exhibit Number

19      9.

20                    -  -  -

21              (Deposition Exhibit No.

22         Walmsley-9, AUA Position Statement

23         on the Use of Vaginal mesh for the

24         Surgical Treatment of Stress
```

Konstantin Walmsley, M.D.

1          Urinary Incontinence (SUI), was

2          marked for identification.)

3                    -  -  -

4    BY MR. TOMASELLI:

5          Q.    And this is a "Position

6    Statement on the Use of...Mesh for the

7    Treatment of Stress Urinary Incontinence"

8    from the American Urological Association.

9               Do you see that?

10         A.    I do.

11         Q.    And you told me that you're

12   a member of the AUA?

13         A.    I am.

14         Q.    Okay.  Have you seen this

15   before?

16         A.    I have.

17         Q.    And do you agree with the

18   position statement of the American

19   Urological Association?

20              MR. ORENT:  Objection.

21              THE WITNESS:  In part I

22      agree, yes.

23   BY MR. TOMASELLI:

24         Q.    Okay.  Do you agree that

Konstantin Walmsley, M.D.

```
 1   with -- withdrawn.

 2               Do you agree with the

 3   statements -- statement that --

 4   withdrawn.

 5               Do you agree with the

 6   association statement that "Extensive

 7   data exist to support the use of

 8   synthetic polypropylene mesh suburethral

 9   slings for the treatment of female stress

10   urinary incontinence, with minimal

11   morbidity compared with alternative

12   surgeries"?

13               MR. ORENT:  Objection.

14               THE WITNESS:  I do agree

15      with that.

16   BY MR. TOMASELLI:

17         Q.    Do you agree with the next

18   sentence that "Advantages include shorter

19   operative time/anesthetic need, reduced

20   surgical pain, reduced hospitalization,

21   and reduced voiding dysfunction"?

22               MR. ORENT:  Objection.

23               THE WITNESS:  I do.

24   BY MR. TOMASELLI:
```

Konstantin Walmsley, M.D.

1      Q.    Do you agree that

2  "Mesh-related complications can occur

3  following polypropylene sling placement,

4  but the rate of...complications is

5  acceptably low"?

6            MR. ORENT:  Objection.

7            THE WITNESS:  Not exactly.

8  BY MR. TOMASELLI:

9      Q.    But it is true that today

10  you continue to use polypropylene

11  midurethral slings for the treatment of

12  stress urinary incontinence?

13      A.    In the context of proper

14  informed consent, I do, yes.

15      Q.    Okay.  Do you agree that "it

16  is important to recognize that many

17  sling-related complications are not

18  unique to mesh surgeries and are known to

19  occur with non-mesh sling procedures as

20  well"?

21      A.    I think, once again, from a

22  quantitative statement, yes.  From a

23  qualitative standpoint, there needs to be

24  a proper discussion with patients.

Konstantin Walmsley, M.D.

1      Q.    Have you ever written the

2   American Urological Association and noted

3   any disagreement with this position

4   statement?

5      A.    I never write to the AUA.

6      Q.    Did you ever provide any

7   comments to this position statement?

8      A.    I talked to my colleagues

9   about it.

10     Q.    Okay.  And did you talk to

11  them about what we just talked about?

12     A.    Yes, yeah.

13     Q.    Do your colleagues, your

14  partners that you practice with, do they

15  also continue to place polypropylene

16  midurethral slings for the treatment of

17  stress urinary incontinence?

18          MR. ORENT:  Objection.

19          THE WITNESS:  Not all of

20     them.

21  BY MR. TOMASELLI:

22     Q.    Some of them do?

23          MR. ORENT:  Objection.

24          THE WITNESS:  Some do.

Konstantin Walmsley, M.D.

```
 1   BY MR. TOMASELLI:

 2           Q.    In terms of some of the

 3   studies that we were just looking at, we

 4   looked at a number of randomized clinical

 5   trials.

 6                 Do you remember that?

 7           A.    We did look at some, yes.

 8           Q.    And you're familiar with

 9   what a randomized clinical trial is?

10           A.    Yes.

11           Q.    Would you agree that it's

12   the highest level of evidence to compare

13   interventions in a particular indication?

14           A.    I think it's very strong.

15           Q.    Would you also agree that

16   systematic analyses of multiple

17   randomized trials are also a strong way

18   to look at data and compare

19   interventions?

20           A.    I think they can be helpful,

21   yes.

22           Q.    In your practice, do you

23   rely on randomized clinical trials and

24   systematic reviews of randomized clinical
```

Konstantin Walmsley, M.D.

1    trials to help inform your opinions and

2    judgments in your practice?

3                    MR. ORENT:  Objection.

4                    THE WITNESS:  Assuming that

5        I hold the evidence in high regard, I

6        do, yes.

7    BY MR. TOMASELLI:

8        Q.    Looking at the papers --

9    withdrawn.

10                    I think what you just said

11   is as long as you can read the paper and

12   are comfortable with the methods in the

13   randomized trial that's being done, you

14   would be comfortable taking those results

15   and putting them into the calculus, so to

16   speak, of your practice?

17                   MR. ORENT:  Objection.

18                   THE WITNESS:  I mean, I

19       think the construct of those types of

20       trials, randomized control trials,

21       systematic reviews, can be helpful,

22       assuming that the endpoints that are

23       looked at are relevant to me in my

24       practice.  That's my point, yeah.

Konstantin Walmsley, M.D.

1            MR. TOMASELLI:  I will pass

2     the witness at this point.  And thank

3     you for your time.

4            THE WITNESS:  Thank you.

5                 -  -  -

6              EXAMINATION

7                 -  -  -

8  BY MR. ORENT:

9        Q.    Doctor, just a few questions

10  on Exhibit Number 9.

11        A.    Yes.

12        Q.    Would you agree with me,

13  Doctor, that this is not a scientific

14  statement?

15            MR. TOMASELLI:  Objection,

16     leading.

17            THE WITNESS:  This is a

18     position statement, that's correct.

19  BY MR. ORENT:

20        Q.    And a position statement is

21  an advocacy piece.  Correct?

22            MR. TOMASELLI:  Objection to

23     form, leading.

24            THE WITNESS:  Yeah, to some

Konstantin Walmsley, M.D.

1    degree that's correct.

2   BY MR. ORENT:

3        Q.    And, Doctor, would you agree

4   that as a practitioner, you would not

5   blindly rely upon a position statement

6   like this for your choices in medical

7   care and treatment of your patients?

8            MR. TOMASELLI:  Object to

9      form, leading.

10           THE WITNESS:  This has no

11     impact on how I use mesh or did not

12     influence me in any way for my

13     presence or lack of presence to use

14     mesh.

15  BY MR. ORENT:

16       Q.    And a doctor in your

17  situation, your position, a board

18  certified urologist who performs stress

19  urinary incontinence procedures, would a

20  urologist like yourself rely upon a

21  position statement like this for the

22  decision to use a device?

23           MR. TOMASELLI:  Object to

24     form, asked and answered.

Konstantin Walmsley, M.D.

```
 1              THE WITNESS:  No.

 2  BY MR. ORENT:

 3       Q.    Now, Doctor, this position

 4  statement by AUA doesn't -- on the face

 5  of it excludes mini slings,

 6  single-incision mini slings like TVT-S;

 7  isn't that right?

 8              MR. TOMASELLI:  Object to

 9     form, leading.

10              THE WITNESS:  Well, there's

11     no comment here regarding mini slings.

12     And for the record, I mean, this is a

13     statement that was published in 2011.

14  BY MR. ORENT:

15       Q.    Let me just point out one

16  thing.  "Additionally, both the Society

17  of Urodynamics" --

18       A.    Uh-huh.

19       Q.    Do you see where I am?

20       A.    Yes.

21       Q.    -- "Female Pelvic Medicine

22  and Urogenital Reconstruction (SUFU) and

23  the AUA support the use of multi-incision

24  monofilament midurethral slings for the
```

Konstantin Walmsley, M.D.

1   treatment of SUI in properly selected

2   patients who are appropriately counseled

3   regarding this this" -- there's a typo

4   there -- "surgical procedure by surgeons

5   who are trained in the placement of such

6   devices, as well as the recognition and

7   management of potential complications

8   associated with their use."

9           Did I read that correctly,

10  Doctor?

11          A.    You did.

12          Q.    Now, Doctor, that

13  specifically references multi-incision

14  slings; is that right?

15          A.    Correct.

16          Q.    And the TVT-S that you're

17  opining about today is not a

18  multi-incision sling; is that correct?

19          A.    That's correct.

20          Q.    And so by its very terms,

21  this statement does not apply to the

22  product that you are discussing here

23  today.  Is that true?

24                MR. TOMASELLI:  Object to

```
1      leading.

2              THE WITNESS:  Based on that

3      statement, yes.

4    BY MR. ORENT:

5         Q.   Okay.  Now, Doctor, you

6    would agree with me that even for

7    multi-incision devices, this lumps them

8    all together?

9         A.   It does.

10        Q.   And would you agree, Doctor,

11   that not all multi-incision polypropylene

12   mesh slings are created equal?

13              MR. TOMASELLI:  Object to

14     form, leading.

15              THE WITNESS:  This is true.

16   BY MR. ORENT:

17        Q.   And an example of that would

18   be Mentor's ObTape device is made of

19   polypropylene.  Correct?

20        A.   Yes.

21        Q.   And it was a multi-incision

22   full-length sling.  Correct?

23        A.   Correct.

24        Q.   It was a midurethral
```

Konstantin Walmsley, M.D.

1   transobturator sling.  Correct?

2          A.    Yes.

3          Q.    And so theoretically, that

4   would be included under AUA's position

5   statement.  Correct?

6                  MR. TOMASELLI:  Object to

7       form, leading.

8                  THE WITNESS:  That's

9       correct.

10  BY MR. ORENT:

11         Q.    And, Doctor, would you agree

12  with me that no reputable doctor today

13  would support the safety and efficacy of

14  the Mentor ObTape?

15                 MR. TOMASELLI:  Leading.

16                 THE WITNESS:  That's

17      correct.

18  BY MR. ORENT:

19         Q.    Similarly, each device at

20  issue -- excuse me, each device has

21  different amounts of data associated with

22  it.  Correct?

23         A.    True.

24         Q.    Different devices have

Konstantin Walmsley, M.D.

1  different pore sizes.  Correct?

2       A.   Yes.

3       Q.   And they have different

4  stiffness and other physical properties.

5  Correct?

6            MR. TOMASELLI:  Object to

7     form, leading.

8            THE WITNESS:  Yes.

9  BY MR. ORENT:

10       Q.   And, Doctor, in your

11  professional opinion, do you believe that

12  a device needs to be evaluated on its own

13  merits as opposed to lumped together?

14            MR. TOMASELLI:  Object to

15     form, leading.

16            THE WITNESS:  Certainly,

17     yes.

18  BY MR. ORENT:

19       Q.   And, Doctor, with -- if you

20  look at the last big paragraph, "Multiple

21  case series and randomized controlled

22  trials attest to the efficacy of

23  synthetic polypropylene mesh slings at

24  5-10 years," Doctor, are you, as you sit

Konstantin Walmsley, M.D.

```
1    here today, aware of any 10-year data on

2    the TVT-S?

3          A.    I'm not.

4          Q.    And, Doctor, are you aware

5    of any 5-year data on the TVT-S?

6          A.    I'm not.

7          Q.    And you performed a

8    literature search for each of those

9    items, did you not?

10         A.    I did.

11               MR. ORENT:  Thank you very

12     much, Doctor.  I have no further

13     questions.

14                      -  -  -

15               EXAMINATION

16                      -  -  -

17   BY MR. TOMASELLI:

18         Q.    Doctor, did you perform a

19   thorough literature search to see if

20   there was any 5-year randomized data with

21   respect to the TVT SECUR?

22         A.    I couldn't find any in my

23   research, unless I missed something.

24               MR. TOMASELLI:  I think
```

Konstantin Walmsley, M.D.

1        we're done here.

2                    MR. ORENT:  Excellent.

3                    (Witness excused.)

4                    (Deposition concluded at

5          approximately 2:11 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Konstantin Walmsley, M.D.

1

2                    CERTIFICATE

3

4

5          I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
6  deposition is a true record of the
   testimony given by the witness.

7

           It was requested before
8  completion of the deposition that the
   witness, KONSTANTIN WALMSLEY, MD, have
9  the opportunity to read and sign the
   deposition transcript.

10

11

12

13

14      _____

        ANN MARIE MITCHELL, a Federally
15      Approved Certified Realtime
        Reporter, Registered Diplomate
16      Reporter and Notary Public

17

18

19          (The foregoing certification
20  of this transcript does not apply to any
21  reproduction of the same by any means,
22  unless under the direct control and/or
23  supervision of the certifying reporter.)

24

Konstantin Walmsley, M.D.

```
 1            INSTRUCTIONS TO WITNESS

 2

 3            Please read your deposition

 4   over carefully and make any necessary

 5   corrections.  You should state the reason

 6   in the appropriate space on the errata

 7   sheet for any corrections that are made.

 8            After doing so, please sign

 9   the errata sheet and date it.

10            You are signing same subject

11   to the changes you have noted on the

12   errata sheet, which will be attached to

13   your deposition.

14            It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within thirty (30) days

17   of receipt of the deposition transcript

18   by you.  If you fail to do so, the

19   deposition transcript may be deemed to be

20   accurate and may be used in court.

21

22

23

24
```

Konstantin Walmsley, M.D.

```
 1              -  -  -  -  -  -

                   E R R A T A

 2              -  -  -  -  -  -

 3

 4    PAGE   LINE   CHANGE

 5    ____   ____   _____

 6         REASON:  _____

 7    ____   ____   _____

 8         REASON:  _____

 9    ____   ____   _____

10         REASON:  _____

11    ____   ____   _____

12         REASON:  _____

13    ____   ____   _____

14         REASON:  _____

15    ____   ____   _____

16         REASON:  _____

17    ____   ____   _____

18         REASON:  _____

19    ____   ____   _____

20         REASON:  _____

21    ____   ____   _____

22         REASON:  _____

23    ____   ____   _____

24         REASON:  _____
```

Konstantin Walmsley, M.D.

```
1

2           ACKNOWLEDGMENT OF DEPONENT

3

4           I,_____, do

5     hereby certify that I have read the

6     foregoing pages, 1 - 131, and that the

7     same is a correct transcription of the

8     answers given by me to the questions

9     therein propounded, except for the

10    corrections or changes in form or

11    substance, if any, noted in the attached

12    Errata Sheet.

13

14

15    _____

16    KONSTANTIN WALMSLEY, MD            DATE

17

18

19

20    Subscribed and sworn

      to before me this

21    _____ day of _____, 20____.

22    My commission expires:_____

23

      _____

24    Notary Public
```

Konstantin Walmsley, M.D.

```
  1                    LAWYER'S NOTES

  2      PAGE   LINE

  3      _____  _____   _____

  4      _____  _____   _____

  5      _____  _____   _____

  6      _____  _____   _____

  7      _____  _____   _____

  8      _____  _____   _____

  9      _____  _____   _____

 10      _____  _____   _____

 11      _____  _____   _____

 12      _____  _____   _____

 13      _____  _____   _____

 14      _____  _____   _____

 15      _____  _____   _____

 16      _____  _____   _____

 17      _____  _____   _____

 18      _____  _____   _____

 19      _____  _____   _____

 20      _____  _____   _____

 21      _____  _____   _____

 22      _____  _____   _____

 23      _____  _____   _____

 24      _____  _____   _____
```