IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO PLAINTIFFS:<br><br>All Wave II TVT Cases<br><br>Pamela Bailey et al v. Ethicon, Inc, Et. Al. | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE<br><br><br>2:12-CV-01700 |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO LIMIT OR EXCLUDE THE GENERAL OPINION TESTIMONY OF JOYE K. LOWMAN, M.D. AS WELL AS HER SPECIFIC OPINIONS IN THE CASE OF PAMELA BAILEY**

PLEASE TAKE NOTICE that on _____, or as soon thereafter as the motion may be heard in the above entitled Court located at Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400, Charleston, West Virginia 25301, Plaintiffs, will and do move this Court for an order granting their request to limit or exclude the general opinion testimony and the case specific opinions in Pamela Bailey's case, of Joye K. Lowman, M.D., ("Dr. Lowman") in the above-captioned matter. Plaintiffs seek to limit or exclude case specific opinions and general opinion testimony of Dr. Lowman as set forth in full in the Memorandum in Support ("Memorandum") filed contemporaneously with this Motion, along with the exhibits attached thereto.

This motion will be made and is based on this Notice of Motion and Motion, the Memorandum, and upon such other matters as may properly come before the Court at the hearing hereof.

Date:   July 21, 2016

        By:   /s/ Fred Thompson, III
Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI  02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Fred Thompson, III
Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI  02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com