# EXHIBIT 1- LOWMAN DAUBERT MOTION

**Doris Jackson**

**Case No. 2:12-cv-00265**

**Phyllis Moore**

**Case No. 2:12-cv-01659**

**Pamela Bailey**

**2:12-cv-01700**

**Margaret Frazier**

**2:12-cv-01731**