# EXHIBIT A

**LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF KONSTANTIN WALMSLEY, M.D. APPLIES\***

1. *Pamela Bailey, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01700 (TVT)

2. *Patricia Lindberg, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01637 (TVT Secur)

3. *Kristy Manor, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02137 (TVT-O)

4. *Patricia Martin, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02185 (TVT-O)

5. *Hope Pridmore, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02190 (TVT-O)

\* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Walmsley as a general-causation expert in MDL Wave 2.

012177\004186\2747714.1