# EXHIBIT L

Konstantin Walmsley, M.D.

```
 1                    IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                         CHARLESTON DIVISION
 3     -----------------------------
       IN RE: ETHICON, INC., PELVIC  :Master File No.
 4     REPAIR SYSTEM PRODUCTS         :2:12-MD-02327
       LIABILITY LITIGATION          :
 5     THIS DOCUMENT RELATES TO THE  :
       FOLLOWING CASES IN WAVE 2 OF  :
 6     MDL 200:                       :
       PATRICIA MARTIN AND            :
 7     DENNIS MARTIN, SR.,            :JOSEPH R. GOODWIN
                   Plaintiffs,        :U.S. DISTRICT JUDGE
 8     v.                             :
       ETHICON, INC., et al.,         :Case No.
 9           Defendants.              :2:12-CV-02185
       -----------------------------
10
11                         June 6, 2016
12
13                         Videotaped deposition of
14            KONSTANTIN WALMSLEY, M.D., held at COURTYARD
15            MARRIOTT WEST ORANGE, 8 Rooney Circle, West
16            Orange, New Jersey, before Margaret M. Reihl,
17            RPR, CCR, CRR, CLR and Notary Public, on the
18            above date, commencing at 9:04 a.m.
19
20
21
22
                         GOLKOW TECHNOLOGIES, INC.
23             877.370.3377 ph | 917.591.5672 fax
                         deps@golkow.com
24
```

Konstantin Walmsley, M.D.

```
 1   A P P E A R A N C E S:

 2

     MOTLEY RICE LLC
 3   BY:  FRED THOMPSON, III, ESQUIRE
     28 Bridgeside Boulevard
 4   Mount Pleasant, South Carolina  29464
     (843) 216-9118
 5   fthompson@motleyrice.com
     Representing Plaintiff

 6

 7   FRIDAY ELDREDGE & CLARK LLP
     BY:  WILLIAM MELL GRIFFIN, III, ESQUIRE
 8   400 West Capitol Avenue
     Suite 2000
 9   Little Rock, Arkansas  72201
     (501) 370-1515
10   griffin@fridayfirm.com
     Representing Johnson & Johnson and Ethicon

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Konstantin Walmsley, M.D.

```
1                    I N D E X

2   WITNESS:                                    Page

3   KONSTANTIN WALMSLEY, M.D.

4         By Mr. Griffin                        4, 70

          By Mr. Thompson                       68

5                       _ _ _

6

                     E X H I B I T S

7

    WALMSLEY-MARTIN DEPOSITION EXHIBITS         MARKED

8

    No. 1    Rule 26 Expert Report of Konstantin

9           Walmsley, M.D.                      5

10  No. 2    IME exam notes of Dr. Walmsley

            date of exam:  5/3/16               17

11

12                      _ _ _

13

14

15

16

17

18

19

20

21

22

23

24
```

Konstantin Walmsley, M.D.

```
 1                    ... KONSTANTIN WALMSLEY, M.D., having

 2           been duly sworn as a witness, was examined and

 3           testified as follows ...

 4    BY MR. GRIFFIN:

 5           Q.     Doctor, for my name is Will Griffin, and

 6    I represent Johnson & Johnson in a lawsuit regarding

 7    Pamela Martin, and is it my understanding that you've

 8    been retained as an expert for the plaintiffs in this

 9    matter in that case?

10           A.     Yes, sir.

11           Q.     Could you state your full name.

12           A.     Konstantin Walmsley.

13           Q.     And your address?

14           A.     282 Forest Avenue, Glen Ridge, New

15    Jersey 07028.

16           Q.     And can you tell me in the Pamela Martin

17    case what you've reviewed?

18           A.     Yes, sir.  It's enclosed in my report.

19    There are a variety of different medical records listed

20    in the report, including Siloam Springs Regional

21    Hospital, that's S-i-l-o-a-m, St. John Medical Center,

22    Mercy Hospital Northwest Arkansas, International

23    Urogynecology Associates.

24           Q.     And I don't think you need to go through
```

Konstantin Walmsley, M.D.

1   all of those, but were there any medical records beyond

2   the ones that are listed here?

3           A.     No, sir.

4           Q.     Were there any depositions you reviewed

5   in this case?

6           A.     That's correct.

7           Q.     There were?

8           A.     Yes.

9           Q.     What depositions?

10          A.     The deposition I believe of the

11  implanting surgeon and of the patient.

12          Q.     Anything else that you reviewed?

13          A.     No, sir.

14                 MR. GRIFFIN:  Okay.  Let's mark this as

15          exhibit.

16                 (Document marked for identification as

17          Walmsley-Martin Deposition Exhibit No. 1.)

18  BY MR. GRIFFIN:

19          Q.     What I've marked as Exhibit 1, is that a

20  copy of your opinions in this case?

21          A.     Yes, sir.

22          Q.     And with the addition of the two

23  depositions that you said, does that cover all of the

24  documents you've reviewed in relation to this

Konstantin Walmsley, M.D.

1   particular case, the Martin case?

2          A.    Yes.

3                MR. GRIFFIN:  Introduce that as Exhibit

4          1.

5   BY MR. GRIFFIN:

6          Q.    Dr. Walmsley, how often have you

7   testified?

8          A.    I have testified probably between 10 and

9   20 times.

10         Q.    Is that all by deposition or sometimes

11  at trial?

12         A.    There have been -- mostly deposition and

13  a few trial appearances.

14         Q.    Okay.  Other than -- have they all been

15  in mesh cases?

16         A.    No, sir.

17         Q.    Some medical malpractice cases?

18         A.    Yes, sir.

19         Q.    How many were medical malpractice cases?

20         A.    Perhaps five to six.

21         Q.    And that would leave the other 15, 10 to

22  15 being mesh cases?

23         A.    Yes, although that 10 to 15 might be a

24  bit of a generous estimate, in retrospect.

Konstantin Walmsley, M.D.

1      Q.      And what companies have you testified

2  against in mesh related litigation?

3      A.      Today's obviously, Bard, Boston

4  Scientific.

5      Q.      And about how much have you made from

6  testifying in mesh cases and reviewing cases related to

7  mesh?

8      A.      I probably received on the order of 40

9  to $50,000.

10     Q.      Have you implanted TVT devices?

11     A.      I have.

12     Q.      Have you implanted TVT-O devices?

13     A.      I have not.

14     Q.      Have you had any training in the

15  implantation of TVT-O devices?

16     A.      Yes, sir.

17     Q.      Where did you obtain that training?

18     A.      In my fellowship and in a workshop soon

19  after I finished my fellowship.

20     Q.      Beyond -- was that a cadaver workshop?

21     A.      Yes, sir.

22     Q.      Beyond doing it on a cadaver, have you

23  ever done a TVT-O on a human, a live human?

24     A.      No, no, I've never done one primarily

Konstantin Walmsley, M.D.

1    myself.

2          Q.      About how many midurethral mesh slings

3    have you implanted?

4          A.      Over my career, probably between about

5    three and 500.

6          Q.      Have you implanted mesh midurethral

7    slings this year?

8          A.      I have.

9          Q.      How many have you implanted this year?

10         A.      Estimate about four or five.

11         Q.      Have you taken part in or published any

12   studies related to stress urinary incontinence?

13         A.      I have not.

14         Q.      Doctor, if you have your report in front

15   of you, as I understand it, Ms. Martin has had two

16   procedures by Dr. Hill.

17                 Is that your understanding?

18         A.      It is.

19         Q.      July 17th, 2009 was a TVT procedure --

20   12, 2009; is that correct?

21         A.      Yeah, June 12th, 2009, yes, sir.

22         Q.      And on April 16, 2010 he did -- I always

23   mess up this word -- pronounce it for me, please.

24         A.      Yes, sir, it's a posterior colporrhaphy.

Konstantin Walmsley, M.D.

```
1          Q.     Colporrhaphy, thank you.

2                 In your -- between the time of the TVT

3    operation on July 12, 2009 and the colporrhaphy on

4    April 16, 2010, did the plaintiff, Ms. Martin, ever

5    complain of dyspareunia?

6          A.     I think you meant June 12th, 2009,

7    correct?

8          Q.     Yes.  What did I say?

9          A.     I thought you said July 12th.

10         Q.     Okay, you're right.

11         A.     No, not from my review of the medical

12   records did I see that.

13         Q.     Okay.  When was the first time she

14   complained of dyspareunia?

15         A.     July 11th, 2011 is my first

16   memorialization of that, reviewing her medical records.

17         Q.     And what did she relate that to?

18         A.     Well, she related it to pain with

19   intercourse.

20         Q.     But when did she say it started?

21         A.     I mean, from what I recall reviewing the

22   medical records, it started somewhat recently prior to

23   that visit.

24         Q.     Did she, in fact, state that she was
```

Konstantin Walmsley, M.D.

1   complaining -- she complained of dyspareunia which was

2   present almost constantly since her posterior

3   colporrhaphy?

4          A.      Interestingly, my recollection of that,

5   and this is based on her September 29th visit, is that

6   she had had this present since her TVT-O and posterior

7   colporrhaphy, so I don't recall that specific element.

8          Q.      I'm going to show you the Martin record,

9   Martin and it's MDR0024.

10         A.      Thank you.

11         Q.      Do you remember reviewing that?

12         A.      I did see this letter, yes.

13         Q.      Okay.  In that letter dated July 19,

14   2011, what is the time frame from which Ms. Martin

15   dates her dyspareunia?

16         A.      Well, this -- I mean, to be fair, this

17   is Dr. Hill's letter to Dr. Lewis in which he is

18   stating, and I quote, "she is complaining of

19   dyspareunia which she states has been present almost

20   constantly since her posterior colporrhaphy."

21         Q.      Okay.  And in your report, you did

22   not -- let me see your report, in bullet point at the

23   bottom of the page, that is not contained, is it, that

24   it's --

Konstantin Walmsley, M.D.

```
 1          A.      Only insofar as I tend to rely upon the

 2    actual medical record and office visit material to some

 3    degree more than a letter to a colleague, I did not.

 4          Q.      Okay.  MDR0004 of the Martin, Chad Hill

 5    records from Siloam Springs.

 6          A.      This is July 19, 2011.  I see this,

 7    yeah.

 8          Q.      And what does that indicate to you?

 9          A.      That indicates patient complains of

10    dyspareunia since posterior colporrhaphy and severe

11    menopausal symptoms.

12          Q.      So two years after her TVT procedure,

13    she was relating her dyspareunia to her posterior

14    procedure; is that correct?

15          A.      In the July 11th note, that is correct.

16          Q.      Did Dr. Hill examine her at that time,

17    according to your review of the deposition and your

18    review of the medical records?

19          A.      Yes.

20          Q.      Did he palpate the site of his posterior

21    procedure?

22          A.      Yes.

23          Q.      And is that where she claimed

24    discomfort?
```

Konstantin Walmsley, M.D.

```
1          A.      I don't quite recall.

2          Q.      Did you read Chad Hill's deposition?

3          A.      I did.

4          Q.      And did Chad Hill indicate that there

5   was no pain upon insertion at that time?

6          A.      As I recall, that's what was stated in

7   the deposition.

8          Q.      And the area that he found tenderness

9   was where the rectocele repair was done, that being the

10  second procedure that he did, correct?

11         A.      Well, that's somewhat in conflict to

12  your original question.  Could we repeat the second to

13  last question, just so I understand it.

14         Q.      Okay.  Dr. Hill palpated the area where

15  he had done the second procedure, correct?

16         A.      Yes.

17         Q.      And that's where she claimed that there

18  was tenderness, correct?

19         A.      In the July 11th visit, yes.

20         Q.      Okay.  Now, where is her pain now?

21         A.      As of my most recent evaluation of her,

22  her pain is in the anterior vaginal wall.

23         Q.      Is that different than what she was

24  complaining to Dr. Hill about?
```

Konstantin Walmsley, M.D.

1        A.      Only on July 11th, this is true, yes.

2        Q.      In any of Dr. Hill's records or during

3   his deposition, was there ever complaints in the

4   anterior compartment?

5        A.      Yes, sir.

6        Q.      And when was that?

7        A.      September 29th, 2011.

8        Q.      And in his report did he indicate she

9   had pain in the anterior compartment at that time?

10       A.      As I recall the medical record

11  documents, complaints of severe anterior vaginal

12  dyspareunia that had been present since her TVT-O and

13  posterior colporrhaphy surgery.

14       Q.      And did he examine her at that time?

15       A.      I don't recall.  If there was an

16  examination, I don't -- obviously didn't include it in

17  my report, so I don't know if it was necessarily

18  contributory to her complaint.

19       Q.      Where did you locate the pain?

20       A.      When I examined her, she did have pain

21  in the anterior vaginal wall.

22       Q.      Where on the anterior vaginal wall?

23       A.      Show you here.  Just going to find my

24  examination documentation in my report.  It was

Konstantin Walmsley, M.D.

1    reproducible on the left vaginal sulcus in the area

2    where her sling was excised and partially removed.

3    That's under Opinion 5.

4           Q.    And I'm looking at your actual notes

5    from your examination.

6                 So it's the left vaginal sulcus, and

7    when you say that, do you mean below the urethra or

8    toward the bottom of the vaginal vault?

9           A.    If you can imagine the vaginal space, it

10   would be probably along the location of the mid urethra

11   in the typical location of where a transobturator sling

12   is seated underneath the urethra.

13          Q.    So are you -- if we use the face of a

14   clock, are you talking about 12:00?

15          A.    I'm talking about probably 1:30 to 2:00,

16   yes, sir.

17          Q.    Okay.  And how far in?

18          A.    Probably in the expected location if you

19   were to draw an imaginary line from the mid urethra

20   towards the obturator canal, probably right along that

21   trajectory.

22          Q.    Now, where did the patient describe pain

23   to Dr. Miklos?

24          A.    The vaginal opening.

Konstantin Walmsley, M.D.

1          Q.      Was that a different location than where

2    you had found it?

3          A.      Not necessarily.  If I may, he

4    documented that she had no vulvar pain, that the pain

5    was at the vaginal opening and with intercourse at

6    entry.

7                  And if you imagine the location of the

8    urethral opening, which can be variable in certain

9    patients, but in Ms. Martin's instance is essentially

10   at the level of the vaginal introitus, 1 centimeter is

11   not very far in, if you will.

12         Q.      Okay.  Your examination found pain

13   suburethral, correct?

14         A.      Part of her location of her pain was

15   suburethral, that's correct.

16         Q.      And he found pain where exactly?

17         A.      He described pain at entry and pain at

18   the vaginal opening.

19         Q.      Did he actually look for pain

20   suburethral?

21         A.      Well, I imagine it may be semantics, but

22   suburethral and vaginal opening in a sense can be

23   synonymous, simply because if one is putting one's

24   examining finger into the vaginal space, you're

Konstantin Walmsley, M.D.

1  immediately suburethral upon entry, particularly if

2  you're palpating anteriorly on the upper part of the

3  vaginal space.

4          Q.     And you're saying "upper," you're saying

5  on the -- you said 1:30 position is where you palpated

6  and found tenderness?

7          A.     That was where the vaginal sulcus on the

8  left side is, yeah.

9          Q.     So that would be periurethral bilateral,

10 but one-sided?

11         A.     One side greater than the other.

12         Q.     Okay.  So you would be looking for pain

13 periurethral on the left side to match what you found,

14 correct?

15         A.     That's where the most sensitive area was

16 on examination.

17         Q.     Did you examine her -- the ring where

18 her hymen would have been?

19         A.     Yes, sir.

20         Q.     And what did you find there, any pain

21 there?

22         A.     As I recall, there was -- and I'd have

23 to look at my IME to get the verbiage correct, but the

24 pain wasn't just in one particular area.

Konstantin Walmsley, M.D.

```
 1                    MR. GRIFFIN:  Why don't we mark this

 2           Exhibit 2.

 3                    (Document marked for identification as

 4           Walmsley-Martin Deposition Exhibit No. 2.)

 5   BY MR. GRIFFIN:

 6           Q.    I'm going to show you what's Exhibit 2.

 7                 Is that the notes from your evaluation

 8   of Ms. Martin?

 9           A.    Yes, sir.  Thank you.

10           Q.    From that can you read to us where you

11   identified the pain?

12           A.    Yes.  "On vaginal exam she had

13   tenderness especially along the left vaginal sulcus

14   were palpable scars appreciated."

15           Q.    And that left vaginal sulcus would be

16   suburethral or periurethral, correct?

17           A.    That's correct, perhaps more

18   periurethral in terms of the vaginal sulcus.

19           Q.    Right.  Did Dr. Miklos test that area?

20           A.    I imagine he did, yes.

21           Q.    Do you know what he found?

22           A.    I'd have to look at the records to

23   specifically tell, but my report states that he did

24   suggest scar revision surgery and a laparoscopic Burch
```

Konstantin Walmsley, M.D.

1    procedure for her incontinence.

2           Q.     What kind of scar revision surgery was

3    he going to do?

4           A.     He had intended on performing a vaginal

5    and vulvar scar revision along with a perineoplasty,

6    which describes work on the posterior vaginal space in

7    anticipation of her moving additional scar material.

8           Q.     Well, he recommended two things, did he

9    not, a laparoscopic Burch and a perineoplasty?

10          A.     That's correct, well actually three

11   things, if you include the scar revision surgery.

12          Q.     Where was the scar that he wanted to

13   take care of, was it suburethral?

14          A.     He described it as vaginal and vulvar,

15   so, I mean, vaginal can certainly include the

16   suburethral and/or periurethral area for that matter.

17          Q.     Was it at the opening, or was it at the

18   suburethral in the anterior compartment?

19          A.     Well, I mean, I think, once again, those

20   two terms are synonymous in terms of I guess my

21   description or our description.

22          Q.     Okay.  Just so we're clear, he

23   recommended two procedures, correct?

24          A.     I would say three.

Konstantin Walmsley, M.D.

```
1            Q.      Okay.  I'm going to show you his medical
2     record.  This is MDR 30.  These are Martin -- Patricia
3     Martin's record, and this would be International Center
4     for Laparoscopic Urogynecology.
5            A.      Yes, sir.
6            Q.      Do you remember reviewing the pictures?
7            A.      Yes.
8            Q.      Okay.  And the first thing is
9     incontinence, the diagnosis, and what does he recommend
10    for that?
11           A.      A laparoscopic Burch.
12           Q.      And the second thing is a vaginal
13    opening scar, that's the diagnosis.  What does he
14    recommend for that?
15           A.      Perineoplasty.
16           Q.      And that would be in the posterior
17    compartment, correct?
18           A.      Perineoplasty is in the posterior
19    compartment, that's correct.
20           Q.      That would not be the area where the
21    mesh was, correct?
22           A.      If that's what he was to do, yes.
23           Q.      And that's what he, in fact, gave her on
24    the recommendation sheet that's attached to his file,
```

Konstantin Walmsley, M.D.

1    isn't it, you reviewed that?

2          A.    He suggested that, yes.

3          Q.    Now, Dr. Miklos in his records did not

4    suggest her dyspareunia was caused by the sling or by

5    contraction of mesh, did he?

6          A.    May I?

7          Q.    Sure.

8          A.    (Witness reviews records.)

9                May I hear the question back.

10               (The court reporter read back the record

11         as requested.)

12               THE WITNESS:  There's no comment in his

13         medical records attributing dyspareunia to

14         mesh.

15   BY MR. GRIFFIN:

16         Q.    He also did not suggest removal of any

17   mesh, did he?

18         A.    With her having had mesh removal by

19   Dr. Marinis, if I'm saying his name correctly, he did

20   not.

21         Q.    In fact, Dr. Miklos found no pain

22   suburethral or periurethral, did he?

23         A.    His examination note didn't indicate

24   that.

Konstantin Walmsley, M.D.

1      Q.      That's the area where you found pain,

2    though, correct?

3      A.      I found pain at -- and you and I have

4    used these terms synonymously, the entry area and

5    specifically on my exam in the anterior vaginal wall in

6    the area of both sub and perivaginally, but, once

7    again, suburethra and vaginal opening are synonymous.

8      Q.      Well, Dr. Miklos found absolutely no

9    pain suburethral or periurethral in his examination,

10   true?

11                MR. THOMPSON:  Object to the form.

12                THE WITNESS:  His part of his medical

13          record states that, yes.

14   BY MR. GRIFFIN:

15     Q.      Okay.  And suburethral and periurethral

16   would be where the mesh was, correct?

17     A.      Well, suburethral where the mesh was,

18   periurethral where the mesh still is and was, because

19   not all of the mesh was removed.

20     Q.      Okay.  But that -- whatever mesh would

21   be suburethral or periurethral, correct?

22     A.      Depending upon semantics, that's

23   correct.

24     Q.      Well, Dr. Miklos specifically found zero

Konstantin Walmsley, M.D.

1  out of five pain suburethral and periurethral, correct?

2          A.      In part of his exam he documents that.

3          Q.      And looking at your opinions in this

4  matter, your Opinion Number 1, I think goes primarily

5  to the IFU; does it not?

6          A.      Yes, sir.

7          Q.      And is it my understanding that if the

8  IFU had included mesh contraction, mesh shrinkage, scar

9  plate formation and dyspareunia, then the IFU would

10  have been sufficient, in your mind?

11                 MR. THOMPSON:  Object to the form.

12                 THE WITNESS:  In part, yes.

13  BY MR. GRIFFIN:

14          Q.      The second part of that goes to what

15  Dr. Hill did or didn't know, what he had knowledge of,

16  as I understand your Opinion Number 1; is that correct?

17          A.      Yeah, based on the insufficiency of the

18  IFU, yes.

19          Q.      Okay.  Did Dr. Hill read the IFU?

20          A.      Not to my knowledge.

21          Q.      So whatever was in the IFU, he would not

22  have obtained from reading it, correct?

23                 MR. THOMPSON:  Object to the form.

24                 THE WITNESS:  Unless he had been briefed

Konstantin Walmsley, M.D.

1            on the IFU by someone with the company when

2            training on this.

3    BY MR. GRIFFIN:

4            Q.      And what knowledge did Dr. Hill have of

5    the potential risk and complications of the TVT-O?

6            A.      Well, based on the medical record, he

7    did run through a couple of things.

8            Q.      Did you review his deposition?

9            A.      I did.

10           Q.      In his deposition did he indicate that

11   he was aware of the risk of mesh contraction, mesh

12   shrinkage, dyspareunia, pelvic pain?

13           A.      To some degree he stated that.

14           Q.      Did he testify that he was aware of all

15   of those things from his training, from discussions

16   with colleagues and from reading the literature?

17           A.      He made comments to that effect.

18           Q.      Did he indicate that even if you had

19   included all of these other complications in the IFU,

20   it would not have changed his recommendation to use the

21   TVT in this case?

22           A.      I can't really lend any credence to that

23   comment.

24           Q.      Well, did you read his deposition where

Konstantin Walmsley, M.D.

1    he said that?

2            A.      I did.

3            Q.      Did Dr. Hill indicate that the IFU did

4    not have anything to do with his recommendation or to

5    use a TVT-O?

6            A.      I don't recall the language used, but I

7    do acknowledge that he didn't read the IFU.

8            Q.      Did he -- whether or not all of the

9    information you contend should be in the IFU, you do

10   admit that Dr. Hill was aware of those risks according

11   to his testimony?

12                   MR. THOMPSON:  Object to the form.

13                   THE WITNESS:  Well, I would argue no.

14   BY MR. GRIFFIN:

15           Q.      Did he testify he was aware of them?

16           A.      Based on his training and discussions

17   with colleagues, he made comments to that effect.

18           Q.      Okay.  Well, a physician obtains

19   information regarding the risks and complications of

20   any particular procedure from a number of sources,

21   don't they?

22           A.      I think that's a fair comment.

23           Q.      I mean, one of the sources is the IFU,

24   correct?

Konstantin Walmsley, M.D.

1          A.      Yes, sir.

2          Q.      Another source would be the training

3    that they get in a particular procedure, whether it's

4    in their residency or after their residency and

5    seminars, things of that sort?

6          A.      I think that's a fair comment.

7          Q.      It's also based upon their own

8    experience; different physicians have different

9    experiences, true?

10         A.      I agree.

11         Q.      And it's also based upon the literature

12   that they might read or come in contact with, true?

13         A.      I concur.

14         Q.      And all of that information goes in to

15   the physician's makeup, in essence, in order to give

16   adequate informed consent to a patient, true?

17         A.      I think that's true, but that depends

18   upon, for example, if one's discussions with other

19   colleagues, if one's training, if one's review of the

20   literature has been influenced by an appropriate IFU.

21         Q.      Well, did Dr. Hill agree that he was

22   aware of all of the potential risks and complications

23   which you indicate should be in the IFU based upon his

24   training, experience and his discussions with

Konstantin Walmsley, M.D.

```
 1   colleagues?
 2        A.    To the best of his knowledge.
 3        Q.    Your Opinion Number 2 is that, as I
 4   understand it, safer alternatives existed in 2009?
 5        A.    Yes, sir.
 6        Q.    But as of 2009 you were doing TVT-type
 7   procedures yourself, correct?
 8        A.    I was.
 9        Q.    And you were trying to provide the best
10   care for your patients, true?
11        A.    Yes, sir.
12        Q.    And, as I understand it, you do not
13   intend to give opinions as a design expert; is that
14   correct?
15        A.    No, I'm not planning on doing that.
16        Q.    You indicate because of lack of
17   information in the IFU, Dr. Hill could not warn
18   Ms. Martin of the complications?
19        A.    That's correct.
20        Q.    At the time you wrote that in your
21   report, you had not had an opportunity to review
22   Dr. Hill's deposition; is that correct?
23        A.    That's correct.
24        Q.    Since you reviewed Dr. Hill's
```

Konstantin Walmsley, M.D.

```
 1    deposition, do you agree that he did have the

 2    information available to warn Ms. Martin of

 3    complications?

 4            A.      I do not.

 5            Q.      And why do you say you do not, when he

 6    says he did have that information?

 7                    MR. THOMPSON:  Object to the form.

 8                    THE WITNESS:  Because my opinion is that

 9            the IFU, whether it's read by an implanting

10            surgeon or not, is one of the important

11            foundations to provide informed consent, and

12            when anyone, myself or anyone else, decides to

13            perform a procedure using a device, I

14            personally rely upon the IFU, but in the

15            absence of reading the IFU, I'm deriving

16            information from key opinion leaders, my own

17            experience, literature, and all that

18            literature, to some degree, is founded on a

19            thorough IFU.

20                    For example, if Dr. Hill had asked one

21            of his colleagues down the street, hey, you

22            know, I want to implant this TVT-O, what do you

23            know about it, and if the other implanting

24            surgeon had actually read the IFU he might say,
```

Konstantin Walmsley, M.D.

```
 1             well, you know, it definitely is easier than an

 2             autologous fascial sling; however, you know,

 3             there are some real potential risks to the

 4             mesh, and sometimes when these patients have

 5             dyspareunia, it's very difficult to treat.

 6             Might that have influenced or improved his fund

 7             of knowledge going into surgery?  I believe it

 8             would.

 9   BY MR. GRIFFIN:

10        Q.    Did any of that occur or not occur, or

11   do you know?

12        A.    Well, based on his deposition and what

13   you and I have discussed, it would seem that his fund

14   of knowledge, which he claims is complete, I would

15   argue is tainted by the fact that the IFU at that time

16   was incomplete.

17        Q.    Did he testify he was aware of the risk

18   of acute and/or chronic pain with intercourse?

19             MR. THOMPSON:  Object to the form.

20             THE WITNESS:  As I recall, he did make

21        that statement.

22   BY MR. GRIFFIN:

23        Q.    Did he testify that he was aware that

24   there was a risk of acute and/or chronic pain?
```

Konstantin Walmsley, M.D.

```
 1                    MR. THOMPSON:  Object to the form.
 2   BY MR. GRIFFIN:
 3          Q.     With the use of mesh or indeed with
 4   nonmesh procedures?
 5          A.     He did, although I don't recall the date
 6   of the deposition, but it was fairly recent, if my
 7   memory serves me.
 8          Q.     And did he indicate he was aware of all
 9   of these things before he ever performed a procedure on
10   Ms. Martin?
11          A.     As I recall, that comment was made.
12          Q.     And he also testified that he was aware
13   of the risk of infection, urinary problems, organ nerve
14   damage, bleeding, wound complications, inflammation,
15   fistula formation, neuromuscular problems, one or more
16   revision surgeries to treat an adverse event,
17   recurrence, failure, foreign body response, erosion,
18   exposure, extrusion and contraction or shrinkage of
19   tissues?
20          A.     Sounds like you read part of the IFU,
21   sorry, but he did make that comment, yes.
22          Q.     He did agree that he knew all those
23   risks and complications, correct?
24          A.     He commented on that at his deposition,
```

Konstantin Walmsley, M.D.

```
 1   yes.

 2            Q.     And he testified that he was aware of

 3   all that information before he made the implantation of

 4   the TVT-O device in Ms. Martin, correct?

 5                   MR. THOMPSON:  Object to the form.

 6                   THE WITNESS:  He made comments to that

 7            effect in his deposition, yes.

 8   BY MR. GRIFFIN:

 9            Q.     In Opinion Number 3 you indicate that

10   Ms. Martin suffered a vaginal sling contraction and

11   scar plate formation as a result of the physical

12   properties of the TVT device, true?

13            A.     Yes, sir.

14            Q.     And it's your opinion that the TVT

15   contracted post implantation?

16            A.     That's correct.

17            Q.     And what do you base that on?

18            A.     I base that on Dr. Marinis' operative

19   dictation, the findings of the tape being tense or taut

20   upon removal.  I also base that on changes to the

21   bladder which were seen at the time of sling removal.

22            Q.     And I'm going to butcher this word,

23   trabeculations?

24            A.     Trabeculations being that finding, yes,
```

Konstantin Walmsley, M.D.

1    sir.

2         Q.    And you indicated that this caused

3    trabeculations that were not present on prior -- they

4    were not present on prior cystoscopies, correct?

5         A.    Yes, sir.

6         Q.    Were they present on subsequent

7    cystoscopies as well, the trabeculations?

8         A.    I don't recall that terminology being

9    used.

10        Q.    Once they're there, they're going to

11   stay there, though, right?

12        A.    They tend to persist even beyond the

13   removal of the offending cause, if you will.

14        Q.    So subsequent cystoscopies should turn

15   that up if we look for them, correct?

16        A.    Theoretically, they should show some

17   degree of trabeculations, yes, sir.

18        Q.    Right.  And the other reason you

19   indicated that it appeared that the mesh was -- the

20   mesh had contracted was because her inability to void

21   completely, I guess would be the proper word, started

22   at some point subsequent to the surgery, it was

23   gradual?

24        A.    That symptom development, yes, started

Konstantin Walmsley, M.D.

1   gradually after that surgery.

2           Q.      Did she, in fact, have that symptom

3   before she ever had the surgery?

4           A.      When you say that surgery, you're

5   referring to the TVT-O surgery?

6           Q.      Yes.

7           A.      I have to see the historical records to

8   confirm that.

9           Q.      Well, you read her deposition, didn't

10  you?

11          A.      I did.

12          Q.      And in her deposition did she not

13  indicate that she had problems emptying her bladder

14  before she ever had a TVT-O procedure?

15          A.      I recall seeing that, although I don't

16  see anything in the medical records that speak to that.

17          Q.      But we do have her sworn testimony that

18  she had problems emptying her bladder.  When she would

19  go to the restroom, she would feel like there was still

20  urine left that she couldn't empty, true?

21          A.      Yes.

22          Q.      So one of the basis for your opinion

23  that it contracted was the fact that she had developed

24  this inability to empty her bladder completely,

Konstantin Walmsley, M.D.

1    correct?

2         A.      To some degree, yeah.

3         Q.      And, in fact, she had those symptoms,

4    according to her testimony, before she ever had the

5    TVT-O procedure true?

6         A.      I'm not sure to the same severity with

7    which she developed them following, but her deposition

8    would say that, would indicate that.

9         Q.      To be fair, you weren't there to assess

10   her before or after, correct?

11        A.      This is true.

12        Q.      All we have is her testimony as to when

13   this problem began, correct?

14        A.      Yes.

15        Q.      And this problem with emptying her

16   bladder began before the TVT procedure was ever

17   performed, according to her testimony, correct?

18              MR. THOMPSON:  Object to the form.

19              THE WITNESS:  In her deposition she made

20        comments to that effect, yes.

21   BY MR. GRIFFIN:

22        Q.      And your next opinion is Opinion 4.  And

23   do I understand Opinion 4 correctly that you have

24   outlined the causes of dyspareunia and ruled in or

Konstantin Walmsley, M.D.

```
 1    ruled out certain potential causes?

 2          A.      Yes.

 3          Q.      So you ruled out vestibulitis because it

 4    was not documented in the medical record anywhere,

 5    correct?

 6          A.      There's a question of vestibulitis, I

 7    believe, in Dr. Marinis' records that are more or less

 8    ruled out, as I recall.

 9          Q.      Okay.  So as I understand it, you ruled

10    out vestibulitis as a potential causes for dyspareunia

11    because it was not documented in the medical records,

12    correct?

13          A.      Not precisely.

14          Q.      Okay.

15          A.      There was a question raised as to

16    vestibulitis in the records of Dr. Marinis; however,

17    the treatment that would have otherwise resolved that

18    condition were completely ineffective.

19          Q.      Well, is your point vestibulitis was

20    never definitively diagnosed by anybody in the medical

21    records, and that's why you ruled it out?

22          A.      That's correct.

23          Q.      And if it is documented by the treating

24    physicians, you wouldn't rule it out, correct?
```

Konstantin Walmsley, M.D.

1          A.      If it was documented and found to be

2   true, based on subsequent records and evaluation, I

3   would not.

4          Q.      You would not rule it out, true?

5          A.      That's correct.

6          Q.      Okay.  Did you rule out pain in the area

7   of the colporrhaphy?

8          A.      I did.

9          Q.      And that's because it's not documented

10  in the records, correct?

11         A.      No, that's because my independent

12  medical exam indicated no pain to palpation in the area

13  of the posterior colporrhaphy, nor did her subjective

14  pain exist in that area.

15         Q.      You ruled out vaginal tissue atrophy

16  because it was not mentioned in the records, correct?

17         A.      That's not precisely true either.

18         Q.      You found it, I understand that, in 2016

19  but --

20         A.      That was the point I wanted to make.

21         Q.      Okay.  But your point is in the 2011,

22  '12 period, there was no mention of vaginal tissue

23  atrophy, correct?

24         A.      That was part of -- yeah, part of my

Konstantin Walmsley, M.D.

1   conclusion was based on that finding, yes.

2        Q.    And so one way to determine whether the

3   patient has vaginal tissue atrophy and that's causing

4   dyspareunia is to use the hormonal creams, correct?

5        A.    That's one of the treatments of vaginal

6   tissue atrophy.

7        Q.    And if the patient notes improvement

8   upon using the cream, that gives you some indication

9   that her dyspareunia may be caused by the lack of

10  estrogenization or the vaginal tissue atrophy, correct?

11       A.    Can be a contributing factor.

12       Q.    And the reason you ruled that out was

13  because that was not documented in the medical records

14  either, true?

15       A.    Part of the reason, yes.

16       Q.    Any other reason you ruled it out?

17       A.    Yes, sir.

18       Q.    What?

19       A.    Well, specifically for a good period of

20  time, she was on oral hormonal replacement therapy,

21  number one.  And subsequent to the discontinuation of

22  the Cenestin, which is C-e-n-e-s-t-i-n, she was more or

23  less on topical hormonal therapy throughout her

24  treatments.

Konstantin Walmsley, M.D.

1     Q.      Did she ever note improvement with the

2   topical hormone?

3     A.      As I recall, she may have, but I don't

4   specifically recall there.

5     Q.      You don't recall one way or the other?

6     A.      Only insofar as in formulating this

7   opinion based on -- certainly, based on the medical

8   record review and my independent medical examination,

9   whereas vulva vaginal atrophy essentially creates a

10   somewhat diffuse dyspareunia, her dyspareunia was

11   fairly site specific.

12     Q.      Well, hers was to the point.  She said

13   her husband could not enter her, correct?

14     A.      At times, yes.

15     Q.      Did you rule out that the patient may

16   need a vestibulectomy?

17     A.      I did rule that out.

18     Q.      And is that because it was not stated in

19   the medical records?

20     A.      In part, yes.

21     Q.      And the other thing you excluded was

22   pelvic floor dysfunction because of absence of

23   tenderness to the pelvic floor musculature, correct?

24     A.      During my examination, yes, and that of

Konstantin Walmsley, M.D.

1   Dr. Miklos as well.

2           Q.      And you ruled out pudendal neuropathy,

3   true?

4           A.      I did, yes.

5           Q.      And how did you rule that out?

6           A.      Based on several factors, one being, of

7   course, my independent medical examination, both

8   clinically and examination-wise, and then on the basis

9   of the lack of documentation on Dr. Miklos' part and,

10  thirdly, more or less on the basis of Dr. Marinis

11  entertaining this concept yet seeing no resolution with

12  the typical treatments used to treat pudendal

13  neuropathy.

14          Q.      So if we wanted to rule back in

15  vestibulitis, we would have to find that in the medical

16  records, that some physician had diagnosed that,

17  correct?

18          A.      I think to some degree it depends on the

19  chronology and timing of that diagnosis, number one,

20  and, number two, whether or not the traditional

21  therapies for that have led to relief of symptoms.

22          Q.      Well, one of the therapies, of course,

23  is going to be a vestibulectomy, correct?

24          A.      For vestibulitis you mean?

Konstantin Walmsley, M.D.

1      Q.      Yes, yes.

2      A.      Yes.

3      Q.      I'm going to show you the records from

4  Premier Care for Women.  This is dated 4/19/2012, and

5  there was an examination done by Dr. Peacock at that

6  time, and this is Premier Care for Women, MDR 16.

7              What does she diagnose at that time

8  regarding vestibulitis?

9              Did you find that, Doctor?

10     A.      There's a comment in there regarding

11 vestibulitis present.

12     Q.      And this physician on April 19, 2012

13 diagnosed vestibulitis in this particular patient,

14 Ms. Martin, correct?

15     A.      Yes.

16     Q.      And, in fact, Dr. Peacock discussed with

17 the patient a vestibulectomy, correct?

18     A.      In part.

19     Q.      Dr. Peacock also discussed with the

20 patient that her dyspareunia may have been the

21 vestibulodynia and unrelated to the sling, true?

22     A.      As part of her discussion, she mentions

23 that.

24     Q.      She also discussed the area in the upper

Konstantin Walmsley, M.D.

1  posterior vagina that may require physical therapy,

2  correct?

3          A.      Can you repeat the question again.  I'm

4  sorry.

5          Q.      She also discussed with the patient that

6  the upper posterior area of the vagina may require

7  physical therapy, massage therapy to relieve, true?

8          A.      That's what's stated there, yes.

9          Q.      And that area would not be where the

10  mesh is, true?

11         A.      That area is not where mesh is located.

12         Q.      And the vestibulitis, that is not caused

13  by mesh, true?

14         A.      Possibly.  It's unclear to me.

15         Q.      There's no study that suggests that,

16  correct?

17         A.      Well, there's also no study that I know

18  of that correlates pudendal neuropathy to mesh, and

19  Dr. Marinis makes that claim in his assessment too.

20         Q.      But there's no study that you've read

21  that links vestibulitis with mesh, correct?

22         A.      Not that I'm aware of.

23         Q.      Okay.  So you have no scientific

24  evidence that would suggest that vestibulitis is caused

Konstantin Walmsley, M.D.

1    by the implantation of mesh, correct?

2                    MR. THOMPSON:  Object to form.

3                    THE WITNESS:  Not directly.

4    BY MR. GRIFFIN:

5         Q.    So potentially we can rule the

6    vestibulitis back into the picture, correct, for a

7    potential cause of the dyspareunia, correct?

8         A.    Perhaps in 2012, that would be in the

9    differential.

10        Q.    One of the other -- we talked about

11   vaginal tissue atrophy.  That is one of the things that

12   Dr. Peacock found in April of 2012, correct?

13        A.    I'm sorry.  Where do you see that?

14        Q.    Maybe I can help you, Page 19.

15        A.    I don't have Page 19 here.  I'm sorry.

16        Q.    It's probably not in order.  It's after

17   this picture.

18        A.    Oh, I see that now.

19        Q.    There's a history and physical.

20        A.    Yes, yes, you're talking about from

21   May 17th, 2012, correct?

22        Q.    Right.

23        A.    That's interesting.

24        Q.    And on that history and physical, what

Konstantin Walmsley, M.D.

1    happened when the patient started using Estrace and

2    Vagifem?

3           A.     Discussed modest improvements, that's

4    what's stated in the plan.

5           Q.     Okay.  Under the history of present

6    illness on Page 19, do you have that, Page 19?

7           A.     I see that, yes.

8           Q.     5/17/12, has been using Estrace and

9    Vagifem, still with some dyspareunia but husband can

10   now enter her.

11          A.     I see that.

12          Q.     Do you see that?

13                 And Estrace and Vagifem would be

14   estrogen creams, correct?

15          A.     That's correct.

16          Q.     And then if you go to Page 20 under the

17   examination of the external genitalia.

18          A.     Yes.

19          Q.     It indicates vestibulitis present and

20   the atrophy was improving.

21          A.     I see that.

22          Q.     That would indicate that some of her

23   dyspareunia at least may well have been caused by the

24   fact she was not adequately estrogenized or she had

1    vaginal atrophy, correct?

2                     MR. THOMPSON:  Object to the form.

3                     THE WITNESS:  In 2012 I would concur.

4    BY MR. GRIFFIN:

5         Q.    And she, in fact, had vaginal tissue

6    atrophy when you examined her in 2016, correct?

7         A.    I described it as mild as I recall, but,

8    yes, nontender to vulvar palpation, as I documented.

9         Q.    So vaginal tissue atrophy is something

10   we can rule back in now that we've looked at the

11   medical records, correct, as a cause of dyspareunia,

12   true?

13        A.    I would disagree with that.

14        Q.    Well, at least as of 2012, we can rule

15   it back in, correct?

16        A.    I think based on Dr. Peacock's

17   assessment, there's truth to that, yes.

18        Q.    So as of 2012 when Dr. Peacock was

19   examining the patient, we can rule back in vaginal

20   tissue atrophy as a potential cause of her dyspareunia?

21        A.    I wouldn't necessarily agree with that,

22   although it's stated in that page, and I can tell you

23   why, if you'd like.

24        Q.    Well, it is stated by the physician at

Konstantin Walmsley, M.D.

1    that time, true?

2           A.      This is true.

3           Q.      And, apparently, prior to the use of the

4    creams, the patient could not have her husband enter

5    her, correct?

6           A.      It would appear that way.

7           Q.      And Dr. Peacock noted that the vaginal

8    tissue was improving once the patient had been on the

9    cream for about a month, true?

10          A.      Well, I think her records conflict with

11   that finding, quite frankly.

12          Q.      What conflicts with her records?

13          A.      Well, her initial assessment on

14   April 19th, there's no documentation whatsoever of any

15   vulvar atrophy, so I don't understand her basis for

16   saying vulvovaginal atrophy is improving when it wasn't

17   even there in April.

18          Q.      So why would she give her a prescription

19   of Estrace and Vagifem?

20          A.      I think it's not appropriate to do so

21   for someone who has dyspareunia and who is not

22   producing estrogen.  I do that all the time, quite

23   frankly.  I just don't understand why she would make a

24   comment to the effect of vulvovaginal atrophy is

Konstantin Walmsley, M.D.

1    improving where a month ago, based on her

2    documentation, there was no vulvovaginal atrophy.

3    That's my concern.

4          Q.     But, in any event, her May 2012 report

5    would indicate that her vaginal tissue atrophy was

6    improving with the use of the estrogen creams and her

7    dyspareunia improved as well, correct?

8          A.     She made that comment, yeah.

9          Q.     Had this patient had problems with

10   dyspareunia in the past before she ever had a TVT-O?

11         A.     She did.

12         Q.     And what was that related to?

13         A.     By her report and based on my

14   discussions with her at the time of my IME, it was

15   based on an episiotomy scar.

16         Q.     And the episiotomy scar had to be

17   revised?

18         A.     The scar tissue was removed in 2003, in

19   fact.

20         Q.     Did she have a scar from the revision

21   itself?

22         A.     Based on my review of the medical

23   records, it appears she doesn't have much scar tissue

24   related to that.

Konstantin Walmsley, M.D.

1          Q.      And you excluded pelvic floor

2  dysfunction, true?

3          A.      Yes, sir.

4          Q.      Did any of the other physicians note

5  pelvic floor dysfunction?

6          A.      Yes.

7          Q.      Who did?

8          A.      Dr. Marinis entertained that diagnosis

9  during his evaluation.

10          Q.      And did he find it?

11          A.      Well, he specifically, and I quote,

12  entertained the diagnosis of pudendal neuropathy caused

13  indirectly by the TVT-O mesh, and based on that,

14  entertained that diagnosis and actually attempted

15  treatment of such with medication.

16          Q.      And your examination ruled that out as

17  well, correct?

18          A.      Yes, it did.

19          Q.      Okay.  So of the things you mentioned,

20  vestibulitis now appears in the medical records, which

21  you had overlooked earlier, correct?

22          A.      I didn't see that.

23          Q.      Okay.  And the pain in the area of the

24  colporrhaphy, that was in the medical records from

Konstantin Walmsley, M.D.

```
 1    Dr. Chad Hill, correct?

 2           A.      That's correct.

 3           Q.      And does Dr. Peacock also address pain

 4    in the posterior of the vagina?  She intends to do some

 5    type of physical therapy, correct?

 6           A.      It's suggested -- well, there were a

 7    couple of issues in the posterior wall that she

 8    discusses, one being the rectocele and the other being

 9    pain in the upper posterior area of the vaginal space.

10           Q.      Neither one of those things would be

11    related to mesh, true?

12           A.      This is true.

13           Q.      And like Dr. Miklos, Dr. Peacock also

14    did not suggest that mesh was causing any of this

15    patient's problems, correct?

16           A.      There's no mention either of that in her

17    notes.

18           Q.      So we have two urogynecologists looking

19    at this patient a few short months after the surgery by

20    Dr. Marinis, correct?

21           A.      Several months after she saw Dr. Miklos,

22    and soon thereafter she saw Dr. Peacock.

23           Q.      Neither one of these physicians

24    mentioned the -- do you have your examination notes I
```

Konstantin Walmsley, M.D.

1    think we marked as an exhibit?

2          A.    Yes, sir.

3          Q.    Neither one of the physicians who saw

4    this patient shortly after Marinis' deposition -- or

5    surgery, I'm sorry -- indicated that this -- that they

6    felt tenderness along the left vaginal sulcus where a

7    palpable scar is appreciated, true?

8          A.    I don't see that present in their

9    records.

10         Q.    And both conducted pelvic examinations

11   on this patient, true?

12         A.    They did.

13         Q.    Then we go to Opinion Number -- one of

14   the reasons for stating -- let me before we get to

15   Opinion 5, one of the other reasons you stated that you

16   felt there was a contraction is because she slowly had

17   this inability to void, this slower urine flow and that

18   this came on gradually after the TVT procedure, true?

19         A.    It can occur gradually, this is true.

20         Q.    Isn't one of the basis for your opinion

21   that there was a contraction of the mesh is that the --

22   that there was this gradual development of slower flow

23   and inability of her to empty her bladder?

24         A.    Well, I think the healing process after

Konstantin Walmsley, M.D.

```
 1   these procedures is such that although the development

 2   over a long period of time might seemingly be gradual,

 3   in a lot of instances, patients immediately following

 4   surgery can actually have voiding dysfunction primarily

 5   related to inflammation and swelling at the immediate

 6   time of surgery.

 7           Q.     It can also be related by over

 8   tensioning of the device, correct?

 9           A.     That can sometimes occur.

10           Q.     Can you over tension one side but not

11   the other?

12           A.     It's somewhat difficult to do that,

13   functionally and mechanically speaking.

14           Q.     It doesn't really make sense, does it?

15           A.     The point you just made you mean?

16           Q.     It doesn't really make sense that you

17   could have more tension on one side than the other in a

18   TVT-O device?

19           A.     Unless there's difficulty removing the

20   sleeves around the mesh, it's very hard to imagine that

21   happening.

22           Q.     And there was -- have you ever been able

23   to pull on a TVT-O while it's still implanted without

24   opening up the patient?
```

Konstantin Walmsley, M.D.

1        A.      I'm not sure if I understand that

2    question.

3        Q.      Well, you know, Dr. Marinis indicated he

4    pulled on the TVT, and, in fact, the patient mentioned

5    that as well, true?

6        A.      I guess I'm trying to understand the

7    context in which you're referring to that.  You're

8    talking outside of the operating room?

9        Q.      Yeah, examination.

10       A.      Oh, yes, he did, when he examined her --

11   I'm not convinced he actually pulled it, but he

12   palpated it was my interpretation of that exam.

13       Q.      She, in fact, told the told Dr. Peacock

14   that it was never tender on exam when the sling itself

15   was palpated only when pulling on it?

16       A.      I'm not sure what to make of that.  I

17   don't understand that.

18       Q.      Well, Doctor --

19       A.      I saw that in her notes.

20       Q.      It would hurt her if you pulled on it,

21   wouldn't it?

22       A.      How do you pull on it?

23       Q.      That's what Dr. Marinis said he did,

24   true?

Konstantin Walmsley, M.D.

1          A.     I think Dr. Peacock made reference to

2    that.

3          Q.     And didn't Dr. --

4          A.     My interpretation of Dr. Marinis was

5    that he palpated it, and, in fact, I believe my report

6    speaks to that.  Yes.

7          Q.     Let me ask you about this pelvic pain on

8    the left vaginal sulcus.  That's not posterior pain,

9    true?

10         A.     No, sir.

11         Q.     I guess that would be --

12         A.     It's fascial sulcus is not posterior,

13   that's correct.

14         Q.     Thank you for helping me out there.

15                The area that you identified pain was

16   different than what Dr. Chad Hill identified, true?

17         A.     No, not true.

18         Q.     Okay.  Chad Hill identified pain in

19   the -- where the colporrhaphy was done in his

20   examination, true?

21         A.     Well, on September 29th, 2011 he states

22   otherwise.

23         Q.     But he says that's what the patient

24   says, but, actually, on the examination three weeks

Konstantin Walmsley, M.D.

 1    before that, he actually checked her, true?

 2            A.      He did examine her on July 11, 2011.

 3            Q.      And at that time he actually palpated

 4    the area where the colporrhaphy was done?

 5            A.      And, as I recall, he documented that it

 6    was a well healed colporrhaphy incision.

 7            Q.      And did he also testify that that was

 8    the area where she was feeling pain, where the

 9    colporrhaphy was done?

10            A.      As I recall, yes.

11            Q.      Okay.  So that would be a different area

12    than where you palpated and found tenderness, correct?

13            A.      That's correct.

14            Q.      And that's a different area, the area

15    that you found pain was different than the area

16    Dr. Peacock identified, true?

17            A.      Well, it's unclear to me where

18    Dr. Peacock felt pain, quite frankly, because her notes

19    are conflicting.

20            Q.      Well, certainly, the area that you felt

21    pain would not lead one to a diagnosis of vestibulitis

22    or the need for a vestibulectomy, correct?

23            A.      This is true.

24            Q.      And, likewise, the area you felt pain

Konstantin Walmsley, M.D.

1   would not lead one to the diagnosis or the need for a

2   perineoplasty, correct?

3          A.     To some extent, true.

4          Q.     So both Dr. Miklos and Dr. Peacock were

5   apparently identifying pain at a different spot than

6   you were, correct?

7          A.     Not necessarily.

8          Q.     They certainly reached different

9   diagnosis than you did, correct?

10         A.     Well, they certainly reached different

11  treatment plans, the both of them as well.  I mean, one

12  wants to do a perineoplasty, the other wants to do a

13  vestibulectomy.  One says there is no vulvovaginal

14  atrophy, then she says the vulvovaginal atrophy is

15  improving.  So it's a little over the map, quite

16  frankly.

17         Q.     Would you agree with me that both the

18  diagnosis and treatment plans of Dr. Miklos and

19  Dr. Peacock are different than the diagnosis that you

20  made?

21         A.     I would conclude that all three are

22  different.

23         Q.     Okay.  In Opinion Number 6 you say that

24  she still has mesh in her body so she will continue to

Konstantin Walmsley, M.D.

1    experience dyspareunia?

2         A.    That's correct.

3         Q.    Where does she still have mesh?

4         A.    When transobturator slings are

5    implanted, there is a component of them that sits much

6    like a hammock underneath the mid urethra and the

7    vaginal space; however, there's also a component that

8    exits the vaginal wall and extends through the

9    obturator foramen and then comes out the groin crease

10   bilaterally.  When Dr. Marinis did his removal of the

11   sling, he obviously left pieces in the left and right

12   side in this patient.

13        Q.    At the obturator?

14        A.    I would argue near the obturator, and

15   part of the reason I state that is because in a lot of

16   instances when you examine these patients and you

17   encounter an area of scar tissue, we call it induration

18   sometimes, where the tissue is thickened, it's somewhat

19   difficult to know if, in fact, that's purely fibrosis

20   and scar tissue or whether or not there's any residual

21   mesh there.

22        Q.    There is no scar tissue -- there is no

23   mesh in the area that you identified, currently there's

24   no mesh in the area where you identified tenderness on

Konstantin Walmsley, M.D.

1   the vaginal sulcus, correct?

2         A.    Well, that's not true exactly.

3         Q.    Do you contend there is?

4         A.    I would contend there most likely is,

5   yes.

6         Q.    Okay.  And you say her dyspareunia would

7   be ameliorated with further sling removal, correct?

8         A.    Possibly, yes.

9         Q.    And we can agree that that was not

10  recommended by Dr. Miklos or Dr. Peacock, true?

11        A.    True.

12        Q.    How much were you paid to do the IME in

13  this case?

14        A.    I wasn't paid to do the IME, my group

15  was paid.

16        Q.    Okay.  How much were they paid?

17        A.    I believe $350 or thereabouts.

18        Q.    How many did you do that day, IMEs?

19        A.    On that day, give you an exact answer,

20  so give me one moment, please.

21              Yes, I did three that day.

22        Q.    And that's Ms. Bailey, Ms. Martin and

23  who else?

24        A.    No, I did Mrs. Martin, Mrs. Manor and a

Konstantin Walmsley, M.D.

1   patient by the name of Macina.

2          Q.     Did you do Bailey that day as well?

3          A.     I did not.

4          Q.     What is a relaxing perineoplasty?

5          A.     Well, the easiest place to improve

6   vaginal introital caliber is via a perineoplasty, and

7   what that entails doing is removing, in this instance,

8   either fibrotic -- possibly fibrotic and/or scar tissue

9   in the hopes of expanding the vaginal opening, hence

10  the concept of relaxing.

11         Q.     Is there fibrotic tissue where the

12  episiotomy was done and the episiotomy revision?

13         A.     There's no documentation of that

14  following her original episiotomy revision.  That being

15  said, she's had a posterior colporrhaphy since that

16  time, so it's likely that there is.

17         Q.     Okay.  And that would have been the area

18  that Dr. Miklos was operating in, true, wanted to

19  operate in, correct?

20         A.     One of the areas, yes.

21         Q.     The other was to do the Burch procedure

22  for the incontinence on his two recommendations,

23  correct?

24         A.     Partially correct, yes.

Konstantin Walmsley, M.D.

1          Q.      And the area where he would do the

2    perineoplasty was probably where the colporrhaphy scar

3    is; is that what you're saying?

4          A.      Not necessarily, no.

5          Q.      Do you know where it is?

6          A.      Well, the perineum is the very most

7    distal element of the posterior wall, so posterior

8    colporrhaphy extends from the perineum back towards the

9    apex, if you will, of the vagina, the back part of the

10   vagina.

11         Q.      Right.

12         A.      So it doesn't incorporate the entire

13   area.

14         Q.      Oh, so you're saying partially it

15   includes that area?

16         A.      It may.  It depends on where the

17   rectocele was located.  If the rectocele was a more

18   apical rectocele, you might not even get in touch with

19   the perineum.

20              And, as I recall, based on Dr. Hill's

21   operative note, I don't believe he does a

22   perineoplasty, although I may be incorrect on that.  I

23   don't recall that being part of his surgery, although

24   it typically is.  At least in my practice it is.

Konstantin Walmsley, M.D.

1      Q.      So that would be the area of scar

2  revision, though, is that what we're talking about,

3  when Dr. Miklos suggests the perineoplasty?

4      A.      In part, yes.

5      Q.      It's where the colporrhaphy scar is and

6  the pre-existing perineoplasty was probably done,

7  correct?

8      A.      I can't draw that conclusion, it might

9  be.

10     Q.      Okay.  I mean, that's the most logical

11  thing, correct?

12     A.      It might have nothing do with Dr. Hill's

13  posterior repair, quite frankly.

14     Q.      It doesn't have anything to do with the

15  mesh either, true?

16     A.      Once again, Dr. Miklos stated --

17  counseled the patient towards vaginal and vulvar scar

18  revision with perineoplasty and laparoscopic Burch.

19  So, certainly, the perineoplasty would have nothing to

20  do with the mesh.

21     Q.      Okay.  Tell me, what other procedures do

22  you perform for stress urinary incontinence, other than

23  the mesh procedures?

24     A.      I perform suburethral collagen or

Konstantin Walmsley, M.D.

```
 1    similar like injections.  I also perform autologous

 2    fascial slings.  I have had experience implanting

 3    biological graph materials for stress urinary

 4    incontinence.

 5            Q.    Those aren't available anymore, though,

 6    as I understand it?

 7            A.    That's correct.

 8            Q.    And the autologous sling procedure that

 9    you do --

10            A.    Yes, sir.

11            Q.    -- do you counsel the patients that

12    there is a risk of dyspareunia or pain with intercourse

13    as a potential complication of that procedure?

14            A.    I do.

15            Q.    And is part of the reason for that that

16    you actually have to, I guess, make an incision through

17    the vagina?

18            A.    Yes, sir.

19            Q.    And any time you do that, there's the

20    potential for dyspareunia or pain with intercourse,

21    correct?

22            A.    That's true.

23            Q.    And I guess even Burch procedures, they

24    could lead to dyspareunia and pelvic pain as well,
```

Konstantin Walmsley, M.D.

```
1   correct?

2           A.      That's correct.

3           Q.      Any time you're operating in the vaginal

4   vault, you would have to counsel the patient about the

5   potential for dyspareunia or pain with intercourse,

6   true?

7           A.      This is true.

8           Q.      And even if Ms. Martin had come to you

9   for an autologous sling procedure, you would have

10  counseled her that there was a risk of dyspareunia,

11  true?

12          A.      I would have counseled her towards the

13  differences between mesh and the autologous fascial

14  sling with regards to every complication, indeed.

15          Q.      You would have laid out the options for

16  the two procedures, true?

17          A.      That's correct.

18          Q.      And if she selected the autologous

19  procedure, you would have counseled her that there is a

20  risk of dyspareunia with that procedure, true?

21          A.      And less so with mesh, but, yes, true.

22          Q.      So even if Ms. Martin had had an

23  autologous sling procedure, there's the potential for

24  pain with sex, true?
```

Konstantin Walmsley, M.D.

```
 1                  MR. THOMPSON:  Object to form.

 2                  THE WITNESS:  That's a fair comment.

 3   BY MR. GRIFFIN:

 4        Q.     And I guess scarring is also a risk with

 5   the sling -- with the autologous sling procedure where

 6   you've made your incision, true?

 7        A.     Correct.

 8        Q.     Is it fair to say that the complication

 9   Ms. Martin has regarding painful intercourse is a

10   potential complication of the nonmesh surgeries that

11   are used to treat stress urinary incontinence as well?

12        A.     I don't know if I can answer that

13   question, as she has not had any nonmesh based

14   anti-incontinence procedure.

15        Q.     I guess what I'm saying is every one of

16   the -- other than collagen, but any of the surgical

17   procedures that the patient might have for stress

18   urinary incontinence had the potential complication of

19   painful intercourse, correct?

20        A.     This is true.

21        Q.     So even if she had a nonmesh procedure,

22   she faced that potential complication, that being

23   painful intercourse, correct?

24        A.     This is correct.
```

Konstantin Walmsley, M.D.

1          Q.      In fact, the Burch procedure suggested

2    by Dr. Miklos carried the risk of dyspareunia as well

3    and pelvic pain, correct?

4          A.      I believe he actually wrote the number

5    in his consent.

6          Q.      The percentages?

7          A.      It was very low, less than 1%, I think

8    he said.

9          Q.      That was -- that clearly looked like it

10   was based on his experience?

11         A.      That's correct.

12         Q.      Is that how you looked at it?

13         A.      That's how I looked at it, and that's

14   roughly an appropriate quote for the standard

15   urologist, urogynecological surgeon.

16         Q.      There's no way that you could say more

17   probably than not that any removal of additional mesh

18   would change the picture of her dyspareunia, correct?

19              MR. THOMPSON:  Object to the form.

20              THE WITNESS:  It's possible it might

21         help.

22   BY MR. GRIFFIN:

23         Q.      But there's no way for you to say more

24   probably than not that it would, true?

Konstantin Walmsley, M.D.

 1                    MR. THOMPSON:  Object to the form.

 2                    THE WITNESS:  It's hard for me to make

 3          that -- to formulate that opinion.

 4   BY MR. GRIFFIN:

 5          Q.    It's impossible at this point, true?

 6                    MR. THOMPSON:  Object to the form.

 7                    THE WITNESS:  I think I said possibly

 8          before, so I guess I don't want to conflict

 9          what I just said before.

10   BY MR. GRIFFIN:

11          Q.    Okay.  There's no way for you to say

12   more probably than not that removal of additional mesh

13   would improve Ms. Martin's dyspareunia, correct?

14                    MR. THOMPSON:  Object to the form, asked

15          and answered.

16                    THE WITNESS:  The only way to really

17          answer that question would be to remove the

18          additional mesh and formulate that decision or

19          opinion.

20   BY MR. GRIFFIN:

21          Q.    So the answer is no?

22                    MR. THOMPSON:  Object to the form.

23                    THE WITNESS:  I can't answer that

24          question as it's asked.

Konstantin Walmsley, M.D.

1    BY MR. GRIFFIN:

2         Q.    Okay.  Is there any way you can say more

3    probably than not that additional mesh removal would

4    improve Ms. Martin's dyspareunia?

5         A.    It might help.

6         Q.    Can you say more probably than not that

7    it would?

8         A.    As my report states, they might be

9    helped.

10        Q.    And my question is can you say more

11   probably than not that it would help?

12             MR. THOMPSON:  Object to the form.

13             THE WITNESS:  You know the problem with

14        answering that question is that I guess, first

15        off, each patient is unique, so it's kind of

16        like asking if someone is pregnant, you know,

17        either you are or you're not, right.

18             For me to answer that question can only

19        be determined by doing it and seeing it, and

20        the reason I answer it like that is because

21        with each additional surgery she has, there

22        will be more fibrosis and more scarring.

23             For example, with Dr. Marinis' surgery

24        where he targeted her dyspareunia as being

Konstantin Walmsley, M.D.

```
 1          anterior vaginal related to the sling and then

 2          over the next six months she has differing

 3          opinions and then sees me three years later

 4          and, lo and behold, at least on my examination,

 5          her pain is more anterior vaginal wall located.

 6          It's hard to say if additional mesh removal may

 7          help because in so doing, one might be removing

 8          the offending agent but in the process creating

 9          more scar tissue, and that's why I'm not trying

10          to be difficult, but that's why it's hard for

11          me to answer your question.

12   BY MR. GRIFFIN:

13          Q.    We do know that removal of the TVT mesh

14   did not cure her dyspareunia, did it?

15          A.    Well, we're not clear on that.

16          Q.    The procedure that Dr. Marinis did did

17   not cure her dyspareunia, correct?

18          A.    Not ultimately, it did not.

19          Q.    And I guess there's no way for you to

20   say whether the vestibulectomy or the perineoplasty

21   recommended by Dr. Peacock and Dr. Miklos would or

22   would not help her dyspareunia, true?

23                MR. THOMPSON:  Object to the form.

24                THE WITNESS:  I would agree with that
```

Konstantin Walmsley, M.D.

```
 1          question.
 2   BY MR. GRIFFIN:
 3          Q.    It may or may not -- those procedures
 4   may or may not help her dyspareunia would be your
 5   response, true?
 6          A.    They might help it somewhat.
 7          Q.    So in addition to what you identified as
 8   a potential reason for her dyspareunia, you would agree
 9   with me that other potential causes exist, including
10   vestibulitis, the potential need for perineoplasty and
11   vaginal atrophy, true?
12                MR. THOMPSON:  Object to the form.
13                THE WITNESS:  I would not agree with
14          that wholeheartedly, no.
15   BY MR. GRIFFIN:
16          Q.    Halfheartedly?
17          A.    About one-third-heartedly.
18          Q.    Okay.
19          A.    No, the reason I say that, not to be
20   cheeky, is because I have no evidence based on my
21   clinical exam and history taking that vestibulitis is
22   part of this problem.  Inasmuch as vulvovaginal atrophy
23   might be part of this problem, her dyspareunia seems to
24   both precede that diagnosis and seems to be persisting
```

Konstantin Walmsley, M.D.

1    despite the adequate treatment of that diagnosis.

2         Q.    Okay.  So the vaginal atrophy, at least

3    according to Dr. Peacock's records, might be a partial

4    cause, you would give it that, correct, for

5    dyspareunia?

6         A.    Inasmuch as in 2016 she hasn't had sex

7    in three years, despite that therapy, I'm hard pressed

8    to imagine it being a real significant issue for her.

9         Q.    Did you check to see -- one of the

10   things you pointed out was that due to the

11   contractions, the trabeculations occurred in the

12   bladder itself, true?

13        A.    That was pointed out by Dr. Marinis.

14        Q.    And did you do a cystoscopy to determine

15   whether they still existed or not?

16        A.    I did not.

17        Q.    They should still exist, though, if you

18   do a cystoscopy, correct?

19        A.    To some degree you should see some

20   findings.

21        Q.    Did you look for subsequent cystoscopies

22   to see if, in fact, there was evidence of that?

23        A.    I think she may have had a cystoscopy by

24   Dr. Peacock, but I don't recall that.

Konstantin Walmsley, M.D.

```
1          Q.     And Dr. Peacock, in fact, found no

2    evidence of trabeculations based on her examination,

3    did she?

4          A.     Probably, if it would be okay, I'd like

5    to see those records, just to refresh my memory.

6                 There's no comment made towards the

7    presence of trabeculations.

8          Q.     So they do not appear in 2012 after

9    Dr. Marinis saw them apparently in 2011?

10                MR. THOMPSON:  Object to the form.

11                THE WITNESS:  Interestingly enough,

12          there's no comment made to that effect in

13          Dr. Peacock's notes.

14                MR. GRIFFIN:  I will reserve any

15          remaining time.

16   BY MR. THOMPSON:

17         Q.     Doctor, let me ask you just a couple of

18   questions.  You've had an opportunity to look at --

19   you've been confronted with and had an opportunity to

20   look at Dr. Peacock's notes?

21         A.     Yes, sir.

22         Q.     Also, you've had a chance to review

23   Dr. Miklos and you've been reminded of Dr. Hill's

24   deposition.
```

Konstantin Walmsley, M.D.

1          Do any of the facts that are contained

2    within those records or reports alter your opinions

3    that you've rendered previously in this case?

4          A.     They do not.

5          Q.     Doctor, your -- to the extent that you

6    are examining Ms. Martin in 2016 personally, do you

7    give the IME more weight or do you -- strike that.

8          Do you view the medical records from the

9    perspective of having given a IME and given a personal

10   physical examination of Ms. Martin?

11              MR. GRIFFIN:  Object to form.

12              THE WITNESS:  I do.

13   BY MR. THOMPSON:

14         Q.     To the extent that various doctors have

15   identified various locations of pain within the vagina

16   of Ms. Martin, we can all be -- we can all agree that

17   she only has one vagina, right?

18         A.     I would hope so, yes.

19         Q.     And would you agree that the pain that

20   she evidenced to you in 2016 was related to the site of

21   the mesh?

22              MR. GRIFFIN:  Object to form of the

23         question.

24              THE WITNESS:  Yes.

Konstantin Walmsley, M.D.

```
1   BY MR. THOMPSON:

2        Q.    Doctor, I notice in your report that you

3   give the opinion -- that you sign the opinion -- I need

4   to ask you one more question, are the opinions that you

5   express within this report rendered within your

6   expertise to a reasonable degree of medical certainty?

7        A.    Yes.

8             MR. THOMPSON:  Mr. Griffin, that's all

9   I'm going to ask.

10  BY MR. GRIFFIN:

11       Q.    You indicated that none of your opinions

12  changed despite the fact that you had reviewed now or

13  been back through the records of Dr. Peacock,

14  Dr. Miklos and Dr. Hill's testimony, correct?

15       A.    Yes, sir.

16       Q.    Is one of those opinions excluding

17  periurethral banding?

18       A.    It is, yes.

19       Q.    What is periurethral banding?

20       A.    Periurethral banding describes a

21  condition where usually in the presence of mesh, there

22  can be a palpable band of tissue that neither expands

23  and has essentially a feeling of a palpable scar, that

24  can be a source of dyspareunia.  It's sometimes
```

Konstantin Walmsley, M.D.

1  described banding as well as just the presence of scar

2  tissue per se, but, classically, that's described as a

3  palpable band that one feels, where there is a scar

4  plate and mesh together.

5          Q.      And you did not find that in this

6  patient, true?

7          A.      No, there was no -- her mesh had been

8  removed, so I didn't formulate that finding.

9          Q.      You were not able to palpate any mesh,

10  true?

11          A.      Not necessarily true.

12          Q.      Did you feel any?

13          A.      Well, as we discussed, that area in that

14  left vaginal sulcus very well could have mesh behind it

15  or underneath it, but there was such thick scar that I

16  really can't make a definitive comment that there's

17  mesh there.

18          Q.      Did you find any erosion, exposure or

19  anything of mesh during your examination?

20          A.      I did not.

21          Q.      You also state in here that you were

22  able to exclude vestibulitis as a cause for

23  Ms. Martin's vaginal pain and dyspareunia because

24  there's no evidence in the medical records of the

Konstantin Walmsley, M.D.

1    presence of this condition.

2              Do you want to take that back now?

3        A.    Well, I think if you look at my report,

4    what you'll actually see is that Dr. Peacock's notes

5    were not part of my review.

6        Q.    Okay.  So now that you've had a chance

7    to review Dr. Peacock's records, do you want to take

8    that back?

9        A.    I would modify that sentence.  I would

10   still exclude it, but I would exclude it having

11   respectfully reviewed and perhaps refuted Dr. Peacock's

12   findings.

13       Q.    You would exclude it based upon what you

14   found in 2016, true?

15       A.    Certainly, that's true, yes.

16       Q.    But you would not necessarily exclude it

17   that that may have been the cause of her dyspareunia in

18   2012 because you didn't have an opportunity to examine

19   her at that time; would that be fair?

20       A.    I would probably agree on the basis

21   saying one of the causes of her dyspareunia.  I think

22   it's fair to discuss that as part of the differential.

23       Q.    So one of the causes of her dyspareunia

24   in 2012 was the vestibulitis, true?

Konstantin Walmsley, M.D.

```
 1          A.      Possibly.
 2          Q.      Okay.  And one of the causes of her
 3   dyspareunia in 2012 may have been her need for
 4   perineoplasty, true?
 5          A.      That's what Dr. Miklos had opined.
 6          Q.      True?
 7          A.      I think that's part of it, possibly.
 8          Q.      Those diagnosis were made by
 9   urogynecologists?
10          A.      Yes.
11          Q.      Just so I know, are you -- you're a
12   gynecologist, true?
13          A.      No, I'm a urologist.
14          Q.      You're a urologist?
15          A.      Yes, sir.
16          Q.      Are there urogynecologists in your
17   group?
18          A.      Yes.  Well, there's one urogynecologist
19   in my group, yes.
20          Q.      What training do urogynecologists have
21   that urologists don't or vice versa?
22          A.      The difference between the two
23   specialities is that a urogynecologist completes a
24   formal residency in obstetrics and gynecology and then
```

Konstantin Walmsley, M.D.

```
 1   does anywhere from a two to three-year fellowship in

 2   urogynecology.  Whereas urologists typically complete a

 3   five to six-year residency involving both general

 4   surgery and urology and then embark on what's called a

 5   female urology fellowship, which can be anywhere from

 6   one to three years, depending upon academic, research,

 7   clinical work, et cetera.

 8                 MR. GRIFFIN:  I don't have any other

 9         questions.

10                 MR. THOMPSON:  Thank you.  I don't have

11         any redirect.

12                 (Witness excused.)

13                 (Deposition concluded at 10:48 a.m.)

14                           -  -  -

15

16

17

18

19

20

21

22

23

24
```

Konstantin Walmsley, M.D.

```
 1              C E R T I F I C A T I O N

 2                    I, MARGARET M. REIHL, a Registered

 3         Professional Reporter, Certified Realtime

 4         Reporter, Certified Shorthand Reporter,

 5         Certified LiveNote Reporter and Notary Public,

 6         do hereby certify that the foregoing is a true

 7         and accurate transcript of the testimony as

 8         taken stenographically by and before me at the

 9         time, place, and on the date hereinbefore set

10         forth.

11                    I DO FURTHER CERTIFY that I am

12         neither a relative nor employee nor attorney

13         nor counsel of any of the parties to this

14         action, and that I am neither a relative nor

15         employee of such attorney or counsel, and that

16         I am not financially interested in the action.

17

18

19                    -------------------------------

                      Margaret M. Reihl, RPR, CRR, CLR

20                    CSR #XI01497  Notary Public

21

22

23

24
```

Konstantin Walmsley, M.D.

```
 1                        -   -   -   -   -   -

 2                       E   R   R   A   T   A

 3                        -   -   -   -   -   -

 4   PAGE   LINE   CHANGE

 5   _____  _____  _____

 6   REASON:  _____

 7   _____  _____  _____

 8   REASON:  _____

 9   _____  _____  _____

10   REASON:  _____

11   _____  _____  _____

12   REASON:  _____

13   _____  _____  _____

14   REASON:  _____

15   _____  _____  _____

16   REASON:  _____

17   _____  _____  _____

18   REASON:  _____

19   _____  _____  _____

20   REASON:  _____

21   _____  _____  _____

22   REASON:  _____

23   _____  _____  _____

24   REASON:  _____
```

Konstantin Walmsley, M.D.

1                ACKNOWLEDGMENT OF DEPONENT

2

3             I, KONSTANTIN WALMSLEY, M.D., do hereby

4         certify that I have read the foregoing pages,

5         and that the same is a correct transcription of

6         the answers given by me to the questions

7         therein propounded, except for the corrections

8         or changes in form or substance, if any, noted

9         in the attached Errata Sheet.

10

11

12

_____

13  KONSTANTIN WALMSLEY, M.D.       DATE

14

    Subscribed and sworn to before me this

15

    _____ day of _____, 2016.

16

    My commission expires:_____

17

18  _____

    Notary Public

19

20

21

22

23

24