# EXHIBIT M

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    CHARLESTON DIVISION
 3     -----------------------------

    IN RE ETHICON, INC., PELVIC   :Master File NO.
 4  REPAIR SYSTEM PRODUCTS         :2:21-MD-02327
    LIABILITY LITIGATION           :
 5                                 :MDL 2327
    THIS DOCUMENT RELATES TO THE   :
 6  FOLLOWING CASE IN WAVE 2 OF    :
    MDL 200                        :
 7     -----------------------------

    HOPE ELAINE PRIDMORE,          :
 8                                 :JOSEPH R. GOODWIN
            Plaintiffs,            :U.S. DISTRICT JUDGE
 9  v.                             :
                                   :
10  ETHICON, INC., et al.,         :
                                   :Case No.
11          Defendants.            :2:12-CV-02190
       -----------------------------
12
13                    June 6, 2016
14
15              Oral sworn videotaped deposition of
16          KONSTANTIN WALMSLEY, M.D., held at COURTYARD
17          MARRIOTT WEST ORANGE, 8 Rooney Circle, West
18          Orange, New Jersey, before Margaret M. Reihl,
19          RPR, CCR, CRR, CLR and Notary Public, on the
20          above date, commencing at 1:32 p.m., there
21          being present:
22
                    GOLKOW TECHNOLOGIES, INC.
23          877.370.3377  ph   /   917.591.5672
                      deps@golkow.com
24
```

Konstantin Walmsley, M.D.

```
 1   A P P E A R A N C E S:

 2

     MOTLEY RICE LLC
 3   BY:  FRED THOMPSON, III, ESQUIRE
     28 Bridgeside Boulevard
 4   Mount Pleasant, South Carolina  29464
     (843) 216-9118
 5   fthompson@motleyrice.com
     Representing Plaintiff

 6

 7   TUCKER ELLIS LLP
     BY:  MATTHEW P. MORIARTY, ESQUIRE
 8   950 Main Avenue, Suite 1100
     Cleveland, Ohio 44113
 9   (216) 696-2276
     matthew.moriarty@tuckerellis.com
10   Representing Johnson & Johnson and Ethicon

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    I N D E X
 2   WITNESS:                                    Page
 3   KONSTANTIN WALMSLEY, M.D.
 4           By Mr. Moriarty                     5, 93
             By Mr. Thompson                     91
 5                      — — —
 6
                     E X H I B I T S
 7
     WALMSLEY-BAILEY DEPOSITION EXHIBITS         MARKED
 8
 9   No. 1    Curriculum Vitae Dr. Walmsley        5
10   No. 2    Urinary Incontinence Treatment
              document, "Urinary Incontinence
11            Treatment in New Jersey"            23
12   No. 3    Document, "Risks Associated With
              Any Pelvic Floor Surgery"           37
13
     No. 4    Pamphlet, "Find out how to stop
14            urine leakage like Bonnie did"      40
15   No. 5    Surgeon's Resource Monograph,
              "Expert opinions on the use of
16            Gynecare TVT Tension-Free Support
              for Incontinence"
17            [ETH.MESH.10027307 through 10027328]  41
18   No. 6    Pamphlet, "Gynecare TVT Obturator
              System"
19            [ETH.MESH.02340974 through 02340980]  66
20   No. 7    Medical records for Hope Pridmore
              from Howard Diamond, M.D.
21            [PRIDMOREH_HDIAM_MDR00001 through
              00061]                              47
22
     No. 8    St. Margaret Mercy History and
23            Physical, admitted 8/1/07
              [PRIDMOREH_FRANSTMH_MDR00632
24            through 00633]                      58
```

Konstantin Walmsley, M.D.

```
 1   No. 9      Community Healthcare System
                Emergency Department record dated
 2              11/17/11
                [PRIDMOREH_COMHO_MDR00394
 3              through 00397]                        63
 4   No. 10     Community Healthcare System
                Inpatient record dated 11/19/11
 5              [PRIDMOREH_COMHO_MDR00411
                through 00413]                        63
 6
     No. 11     St. Margaret Mercy record
 7              by Dr. Zaidi
                [PRIDMOREH_FRANSTMH_MDR00443
 8              through 00444]                        66
 9   No. 12     Community Healthcare System
                Inpatient record dated 12/4/13
10              [PRIDMOREH_COMHO_MDR01015]            66
11   No. 13     Community Healthcare System
                Urinalysis Dipstick record dated
12              7/15/15
                [PRIDMOREH_COMCAN_MDR00008
13              through 00052]                        67
14   No. 14     Community Healthcare System
                H&P record dated 10/1/15
15              [PRIDMOREH_SMAMC_MDR00005
                through 00071]                        73
16
     No. 15     Medical Specialists Centers of
17              Indiana record dated 4/12/12
                [PRIDMOREH_MUMEC_MDR00039
18              through 00042]                        78
19   No. 16     Medical Specialists Centers of
                Indiana record dated 9/27/12
20              [PRIDMOREH_FMS_MDR00009
                through 00015]                        79
21
     No. 17     Operative notes, admit date
22              11/18/13
                [PRIDMOREH_FRANSTMH_MDR02612
23              through 02614]                        80
24                          – – –
```

Konstantin Walmsley, M.D.

```
 1                 ... KONSTANTIN WALMSLEY, M.D., having

 2            been duly sworn as a witness, was examined and

 3            testified as follows ...

 4    BY MR. MORIARITY:

 5            Q.     Tell us your full name.

 6            A.     Konstantin Walmsley.

 7            Q.     Dr. Walmsley, you've been deposed before

 8    in other cases; have you not?

 9            A.     I have.

10            Q.     I'm sure you've heard these rules a

11    dozen times, if you don't understand my question, you

12    tell me, okay?

13            A.     Okay.

14            Q.     And you have to keep your answers out

15    loud and in plain English so that Peg can understand

16    and take them down, okay?

17            A.     Yes, sir.

18                   (Document marked for identification as

19            Walmsley Pridmore Deposition Exhibit No. 1.)

20    BY MR. MORIARITY:

21            Q.     Handed you Exhibit 1.

22                   Is that your CV?

23            A.     It is.

24            Q.     Have you ever made a presentation at a
```

Konstantin Walmsley, M.D.

```
 1   medical conference about stress urinary incontinence?

 2        A.    I have offered grand rounds

 3   presentations in the past, if that answers your

 4   question.

 5        Q.    Grand rounds would be internal to your

 6   hospital system?

 7        A.    Yes.

 8        Q.    Okay.  But not at a CME conference,

 9   where it's just all, you know, physicians and you're at

10   an independent location and it's for CME credits and

11   that sort of thing?

12        A.    I have not.

13        Q.    All right.  Have you made a presentation

14   at a medical conference about synthetic midurethral

15   slings?

16        A.    I have not.

17        Q.    What about autologous fascial slings?

18        A.    I have not.

19        Q.    Have you published anything in the peer

20   reviewed medical literature about stress urinary

21   incontinence?

22        A.    I have not.

23        Q.    Have you published anything in the peer

24   reviewed medical literature about synthetic midurethral
```

Konstantin Walmsley, M.D.

```
 1   slings?

 2          A.      I have not.

 3          Q.      What about autologous fascial slings?

 4          A.      I have not.

 5          Q.      Are autologous fascial slings a category

 6   of pubovaginal slings?

 7          A.      That's correct.

 8          Q.      Could I use those interchangeably and we

 9   would still be communicating clearly today?

10          A.      Yes, you may.

11          Q.      Do you know how much you have billed to

12   date on the Pridmore case, which is the case I'm here

13   to ask you about?

14          A.      Yes, I do.

15          Q.      And do you have paper to that effect, a

16   bill, a ledger?

17          A.      I have an invoice that I've submitted

18   that I have electronically with me today that's on the

19   order -- if that was going to be your next question --

20   of between 4 and $6,000, I believe.

21          Q.      All right.  Just on the Pridmore case?

22          A.      Yes, sir.

23          Q.      And that would be through when?

24          A.      Certainly through today.  I have not
```

Konstantin Walmsley, M.D.

1    obviously billed for today. That would be through the

2    early portion of May.

3            Q.     So, for example, if you add prep time

4    with Mr. Thompson or any other lawyer to get ready for

5    today, that has not yet been billed?

6            A.     That's correct.

7            Q.     All right. Do you have any estimate of

8    how much time that has been since early May that you've

9    worked on the Pridmore case separately?

10           A.     Probably between about two and three

11   hours, yes.

12           Q.     And do you know a total of how much you

13   have been paid or how much you have been billed overall

14   for all of your mesh consulting with plaintiffs'

15   lawyers?

16           A.     I have been paid about between about 40

17   and $50,000 to date for this work.

18           Q.     And there's some, I presume, invoiced

19   not yet paid?

20           A.     I believe so. Well, I shouldn't say I

21   believe so. Yes, that number is a little more

22   nebulous, but this is true.

23           Q.     Now, I am sorry if I'm covering a topic

24   that was covered last Friday, but you have some

Konstantin Walmsley, M.D.

1    opinions in your report in this case, and do you have

2    your report in the Pridmore case?

3            A.      I do.

4            Q.      Have you ever participated in writing an

5    instructions for use for a medical device?

6            A.      I have not.

7            Q.      Do you consider yourself to be an expert

8    in the FDA regs or guidance documents regarding IFUs?

9            A.      I would not offer that opinion, no.

10           Q.      Have you ever read the FDA regs or

11   guidance documents that generally describe what's

12   supposed to be in an IFU?

13           A.      I have perused them.

14           Q.      Had you ever perused those regs before

15   you were retained as an expert in mesh litigation?

16           A.      No.

17           Q.      Have you ever held yourself out to

18   anyone in the medical or scientific community as an

19   expert in warnings for medical devices?

20           A.      No.

21           Q.      Now, I understand you take care of men

22   and women, correct?

23           A.      I do.

24           Q.      And what is the percentage of your

Konstantin Walmsley, M.D.

```
 1   practice that is male patients?

 2           A.      Roughly two-thirds to 70%.

 3           Q.      And of those male patients, how many do

 4   you treat for SUI?

 5           A.      Probably in the order of 2%.

 6           Q.      And I assume those are mostly post

 7   prostatectomy patients?

 8           A.      That's correct.

 9           Q.      Oh, by the way --

10                   MR. MORIARTY:  Off the record.

11                   (Discussion off the record.)

12   BY MR. MORIARITY:

13           Q.      So 25 to 30% of your practice is

14   females, correct, and of that group of patients, what

15   percentage of those have SUI, even if they also have

16   POP?

17           A.      I would estimate between 10 and 20%,

18   perhaps more on the 10% side of things.

19           Q.      Do you take care of women for pelvic

20   organ prolapse?

21           A.      I do.

22           Q.      So that 10 to 20% of your female patient

23   population could be pure SUI with no POP or it could be

24   concomitant disease, correct?
```

Konstantin Walmsley, M.D.

1        A.      That's correct.

2        Q.      And then I want to make sure I

3   understand the procedures that you do.

4                Obviously, you -- and I'm just going to

5   talk about procedures for SUI in women.  You do -- you

6   perform autologous fascial sling procedures; do you

7   not?

8        A.      Yes.

9        Q.      Do you know how many you have performed

10   overall or about how many per year you perform?

11        A.      Including my training?

12        Q.      Yes, sir.

13        A.      Probably between 60 and 90.

14        Q.      Per year?

15        A.      No, no, not per year.  Per year it's

16   less than that.  It's probably on the order of single

17   digit numbers.

18        Q.      So you've done 60 to 90 total autologous

19   fascial slings for SUI in women in your career?

20        A.      That's correct.

21        Q.      Okay.  And at one point I know you were

22   doing more synthetic midurethral slings earlier in your

23   career, and now do you do about 20 a year?

24        A.      That's roughly correct, yes.

Konstantin Walmsley, M.D.

1        Q.      So that total number, the total number

2   performed is higher than your autologous fascial sling

3   number?

4        A.      This is true.

5        Q.      All right.  And now I've seen some

6   testimony that you gave in another case about what

7   brands of synthetic midurethral slings you have used,

8   but I want to ask you about that because I think AMS

9   has stopped that portion of their business, so it may

10  have changed, okay?

11       A.      Yes.

12       Q.      What do you currently use in the way of

13  synthetic midurethral slings to treat women for SUI?

14       A.      Currently, I use the Coloplast Aris

15  system, A-r-i-s.

16       Q.      Anything else?

17       A.      I have some remaining Bard Alliance

18  slings on my shelf at the hospital where I work out of,

19  and there is a single incision Coloplast system that's

20  available to me as well.

21       Q.      Do you use it?

22       A.      I have not yet, but I have intentions to

23  use it.

24       Q.      What's that called, if you know?

Konstantin Walmsley, M.D.

1          A.      It's on the tip of my tongue, but I

2    don't quite remember.  It's the only one on the market

3    that Coloplast offers.

4          Q.      We can come back to it.

5          A.      Okay.

6          Q.      Do you still perform native tissue

7    repairs for female SUI?

8          A.      Semantics-wise, I'm not sure of the

9    question.

10         Q.      Sure.

11                 I assume you haven't done a

12    Marshall-Marchetti-Krantz in quite some time?

13         A.      No.

14         Q.      Do you still do Burch procedures?

15         A.      I do not.

16         Q.      When was the last time you did a Burch?

17         A.      In my training.

18         Q.      So I'm sure there are other procedures,

19    colpocleisis or some of these others, but Burch, MMK,

20    are there any other nonpubovaginal sling and

21    nonsynthetic midurethral sling procedures that you do

22    for SUI currently?

23         A.      The only other one would be collagen

24    injections or similar types of bulking procedures.

Konstantin Walmsley, M.D.

```
 1         Q.     All right.  Okay.  When you're sitting

 2    there thinking about a patient in front of you, what

 3    are the factors you consider in deciding between

 4    autologous fascial slings, synthetic midurethral slings

 5    and bulking agents?

 6         A.     Well, I consider the severity of their

 7    incontinence, the impact it has on their quality of

 8    life, the functioning of the patient, for example,

 9    sexual activity, prior surgeries that might have

10    altered the anatomy or the nature of their incontinence

11    and the degree of risk or extent of surgery that a

12    patient is willing to undergo to have her problem

13    fixed.

14         Q.     Okay.  Do you still use Gynemesh PS for

15    abdominal sacrocolpopexies?

16         A.     I typically for those procedures now

17    that they're done primarily robotically, I refer them

18    to a colleague, and on occasion I'll assist my

19    colleague in the performance of that procedure.  To my

20    knowledge, that is a fairly commonly used mesh.

21         Q.     When you assist that colleague -- and is

22    this somebody in your urology group?

23         A.     Not currently, but it may become so.

24         Q.     When you assist that person, I take it
```

Konstantin Walmsley, M.D.

1    you don't necessarily know what brand of mesh he or she

2    chose or the hospital supplied?

3          A.      That's correct.

4          Q.      Okay.

5                  MR. THOMPSON:  Let me interrupt here,

6          does that need to be marked as confidential?

7          Is that like a trade secret that he may become

8          a part of your practice?

9                  MR. MORIARTY:  I didn't ask name.

10                 MR. THOMPSON:  Is that some sort of

11         sensitive thing, or is that just fine?

12                 THE WITNESS:  Well, I was thinking of

13         using someone in my group who's a

14         urogynecologist, so that's fair game.

15   BY MR. MORIARITY:

16         Q.      All right.  So do you still do abdominal

17   sacrocolpopexies?

18         A.      I really don't.

19         Q.      Do you teach residents or fellows?

20         A.      I do participate in the education of

21   residents.

22         Q.      At which teaching institution?

23         A.      I do it out of Hackensack UMC

24   Mountainside Hospital and also out of my office as an

Konstantin Walmsley, M.D.

1    extension of my practice.

2           Q.     And are these urology residents?

3           A.     These are actually internal medicine and

4    family practice residents who are gleaning office-based

5    urology from spending time with me.

6           Q.     Got it.  Do you ever have any of them

7    scrub in to do surgeries?

8           A.     I have had them scrub in to observe

9    surgeries.

10          Q.     Have you ever had any of those residents

11   scrub in to a surgery involving a synthetic midurethral

12   sling for female SUI?

13          A.     Off the top of my head, I would

14   conjecture yes.  I don't quite remember specifically

15   the resident and the patient.

16          Q.     That's fine.

17          A.     Likely.

18          Q.     You wouldn't hesitate to do that if the

19   circumstances were right, would you?

20          A.     I would not hesitate, no.

21          Q.     Did you see and examine Mrs. Pridmore?

22          A.     I did not.

23          Q.     Did you ever talk to her on the phone?

24          A.     No.

Konstantin Walmsley, M.D.

```
 1          Q.      Do you believe that you can still render

 2   opinions to a reasonable degree of medical probability

 3   in her case, just based on depositions and medical

 4   records?

 5          A.      I do.

 6          Q.      Have you been an expert in medical

 7   negligence cases before?

 8          A.      I.e., medical malpractice?

 9          Q.      Yes, sir.

10          A.      Yes, sir, I have.

11          Q.      As for the plaintiff or defense or both?

12          A.      Both.

13          Q.      So you know, at least in New Jersey,

14   what the definition of standard of care is?

15          A.      Yes, sir.

16          Q.      And you have been involved in the

17   process of either saying that a doctor fell below the

18   standard of care or on the other side defending a

19   doctor and saying he or she did not fall below the

20   standard of care, correct?

21          A.      That's correct.

22          Q.      Do you understand standard of care

23   typically means what other reasonable, prudent, in your

24   case urologists would do under the same or similar
```

Konstantin Walmsley, M.D.

1   circumstances?

2          A.     Yes.

3          Q.     When Dr. Diamond put the TVT-O in

4   Ms. Pridmore, was he complying with the standard of

5   care --

6                 MR. THOMPSON:  Object to the form.

7   BY MR. MORIARITY:

8          Q.     -- by offering and then placing that

9   device?  If you need the year, I can tell you it was in

10  2007, I believe, September 2007.

11         A.     Yes.

12                MR. THOMPSON:  Object to the form.

13                THE WITNESS:  Yes.

14  BY MR. MORIARITY:

15         Q.     Is the use of TVT-O still within the

16  standard of care today?

17         A.     It is.

18         Q.     In the middle of your report, you have

19  a -- I wouldn't say the middle -- on Page 3 of your

20  report starts what I assume is your reliance list; is

21  that right?

22         A.     Yes.

23         Q.     So for the bottom of Page 3, all of Page

24  4 and about half of Page 5 is general information,

Konstantin Walmsley, M.D.

1    correct?

2          A.    Yes.

3          Q.    Not case specific?

4          A.    I would probably group them under both,

5    as a matter of fact.

6          Q.    Well, the case specific stuff, I mean,

7    her actual medical records, things of that nature begin

8    on Page 2, correct?

9          A.    This is true.

10         Q.    And go to say the middle of Page 3?

11         A.    Yes.

12         Q.    And then begins what I would call

13   general stuff about TVT and related topics, correct?

14         A.    Yeah, this is true.

15         Q.    Did you read any depositions in this

16   case?

17         A.    I did.

18         Q.    What deposition did you read in this

19   case?

20         A.    Pridmore and Diamond.

21         Q.    With all due respect, Dr. Diamond is

22   deceased and has not given testimony.

23         A.    Excuse me.  I stand corrected.  It was

24   just Pridmore.

Konstantin Walmsley, M.D.

1        Q.      Mrs. Pridmore has been deposed, and I

2    can't remember if her husband has as well.

3        A.      I did not read his deposition.

4        Q.      Okay.  So just Mrs.?

5        A.      Just Mrs. Pridmore.

6        Q.      All right.  This list, this reliance

7    list of general material, is that things that the

8    plaintiffs' lawyers supplied to you and chose, or did

9    you choose all of these items?

10       A.      It's a bit of a combination of the two.

11       Q.      All right.  Are you a member of the AUA?

12       A.      I am.

13       Q.      You did not list the AUA statements,

14   position statements regarding synthetic midurethral

15   slings for SUI in your report, did you?

16       A.      I did not.

17       Q.      Is there any particular reason why?

18       A.      Yes.

19       Q.      And the reason is?

20       A.      To my mind, the AUA statement is a

21   commentary provided by certain members of the AUA that

22   isn't necessarily reflective of my opinion.

23       Q.      Are you done with your answer?

24       A.      Yes, sir.

Konstantin Walmsley, M.D.

```
 1            Q.      Have you ever written a letter or spoken

 2     publicly on the record against the AUA guidelines,

 3     other than in a deposition for litigation?

 4            A.      I have not.

 5            Q.      Your report is on the letterhead of the

 6     Urology Group of New Jersey, correct?

 7            A.      Yes, sir.

 8            Q.      And down the left side it has a number

 9     of names.  These are presumably all your partners or

10     shareholders, whatever business format you have,

11     correct?

12            A.      Yes, sir.

13            Q.      Is there a subset of this with a

14     separate name Urology of Montclair or something like

15     that?

16            A.      Yes and no.  If I can elaborate on my

17     answer.

18            Q.      Please do.

19            A.      The Urology Group of New Jersey is an

20     amalgamation of small groups that form into one.  There

21     was a time that we were called Montclair Urology,

22     Montclair Urological Group.  Then we became Montclair

23     Urology d/b/a UGNJ or Urology Group of New Jersey.

24                    As it stands, we're a 20 plus strong
```

Konstantin Walmsley, M.D.

1    urologist group that has six or seven different pods,

2    if you will, offices that function somewhat

3    independently but under the administrative umbrella of

4    Urology Group of New Jersey with an evolving clinical

5    integration pattern, if you will.

6              Q.      Okay.  Among the group of urologists who

7    are listed on the first page of your report --

8              A.      Yes.

9              Q.      -- do at least some of them use

10   synthetic midurethral slings to treat female SUI?

11             A.      Yes.

12             Q.      Do some of these urologists on -- who

13   are listed on your letterhead do more female SUI

14   surgery than you do?

15             A.      No, I don't believe so.

16             Q.      Do you know if any of these other

17   colleagues of yours use Ethicon products for their

18   synthetic midurethral slings?

19             A.      I don't know the answer to that

20   question.

21             Q.      I mean, you used AMS and now primarily

22   you're using Coloplast.  Is that by your choice, or is

23   that, as they say, what the hospital has available?

24             A.      Perhaps more the latter and also perhaps

Konstantin Walmsley, M.D.

1    more the various companies pulling their products off

2    the shelves as well.

3            Q.     So if some of these other urologists

4    with whom you're in practice operate at different

5    hospitals, you may not necessarily know what slings

6    they use?

7            A.     This is true.

8            Q.     Okay.

9                   (Document marked for identification as

10                  Walmsley Pridmore Deposition Exhibit No. 2.)

11                  MR. MORIARITY:  I'm going to hand you

12                  Exhibit 2.  I'm sorry, Fred, there's only so

13                  much room in the briefcase for the airplane

14                  ride.

15   BY MR. MORIARITY:

16           Q.     This is a printout of various portions

17   of the website for Urology Group of New Jersey, and

18   then part of this was printouts of a website that still

19   exists for Montclair Urological Group, okay?

20           A.     Yes.

21           Q.     So does Montclair Urological Group still

22   exist as at least an entity?

23           A.     No.

24           Q.     All right.  Tell me have you ever looked

Konstantin Walmsley, M.D.

```
 1    at your own website?
 2            A.      I have.
 3            Q.      Did you have any role in the content of
 4    your firm's website?
 5            A.      To some degree I did, yes.
 6            Q.      I assume -- obviously, there's a
 7    biography about you.  I assume you had some input in
 8    that, correct?
 9            A.      I did.
10            Q.      So far as the things like the reasons
11    why women get stress urinary incontinence or overactive
12    bladder or the treatment of that, did you have any
13    input into the content of your website for those?
14            A.      Yes, sir, I did.
15            Q.      So I'd like to -- I'm going to ask you
16    about a couple of specific things in here.
17            A.      Okay.
18            Q.      So if you just go to the second page of
19    this exhibit.  Do you see the heading "How is Urinary
20    Incontinence Treated?"
21            A.      I do.
22            Q.      And then the last of the bullet points
23    is "surgery," correct?
24            A.      Yes.
```

Konstantin Walmsley, M.D.

1       Q.      And then it says, "multiple factors have

been found to be associated with urinary incontinence."

2

3               Do you see that sentence?

4       A.      I do.

5       Q.      So parity is one of them; is that right?

6       A.      Yes.

7       Q.      Age?

8       A.      Yes.

9       Q.      Menopause?

10      A.      True.

11      Q.      Some medications?

12      A.      Yes.

13      Q.      Or actually in your website it says many

14  medications, right?

15      A.      Yes, sir.

16      Q.      Poor overall general health?

17      A.      True.

18      Q.      Specifically diabetes, high blood

19  pressure, smoking, obesity and pulmonary disease have

20  all been associated with incontinence.

21              Do you see that?

22      A.      Yes, amongst other things, this is true,

23  yes.

24      Q.      Well, specifically in the Pridmore case,

Konstantin Walmsley, M.D.

```
1    she takes medications, she's menopausal, she has a

2    history of -- I'll get to how many children in a minute

3    but -- and then she's obese, has diabetes, high blood

4    pressure, a smoking history, correct?

5            A.      Yes.

6            Q.      Okay.  So she is clearly at risk for

7    stress urinary incontinence?

8            A.      Yes.

9            Q.      And urge urinary incontinence?

10           A.      To some degree, yes.

11           Q.      And in a woman with these risk factors,

12   would she also be at increased risk for recurrence

13   following a surgery for SUI?

14           A.      Yes.

15           Q.      Okay.  I'm going to count pages.  I'd

16   like you to flip back, there's a page a couple in where

17   there's a blank towards the bottom.  It again says

18   "Surgery," and it describes types of surgery?

19           A.      Yes.

20           Q.      It says slings there, correct?

21           A.      Yes.

22           Q.      Is this meant in your website to address

23   pubovaginal slings and synthetic midurethrals?

24           A.      Can you repeat that question for me,
```

Konstantin Walmsley, M.D.

1    please.

2          Q.      Sure.   I mean, it just says slings.   It

3    seems like it's being very general and encompasses not

4    only autologous fascial but also synthetic midurethral;

5    am I correct?

6          A.      It's meant to, yes.

7          Q.      And I didn't ask you this before, but

8    when you do autologous fascial slings, do you use bone

9    anchors or not?

10         A.      I typically don't.

11         Q.      All right.   Let's keeping flipping

12   through.   Go past your bio.

13                 Go to the first page where it has got

14   this Montclair Urological Group.   Do you see these

15   bullet points on the -- I'm sorry, "Expert Care For A

16   Sensitive Problem."

17                 Do you see that?

18         A.      I'm here, yes.

19         Q.      A couple of paragraphs down it says that

20   you were central in creating something called the New

21   Jersey Continence Center at Montclair Urological Group.

22                 Do you see that?

23         A.      I do.

24         Q.      Does that still exist?

Konstantin Walmsley, M.D.

```
 1            A.      No, it doesn't.

 2            Q.      I'd like you to go to this page where it

 3    says Montclair Urological Group and it has this long

 4    set of bullet points.

 5            A.      Yes.

 6            Q.      At the beginning it says "Patient

 7    Education Links."

 8                    Do you see that?

 9            A.      I do.

10            Q.      So if we actually booted up a computer

11    and went to the website, if you click on some of these,

12    it takes you to other sites that have educational

13    materials; is that right?

14            A.      That's correct.

15            Q.      And there is one about urinary

16    incontinence, a link for that?

17            A.      Likely, yes.

18            Q.      Well, is there a bullet point for it?

19            A.      I don't know if every bullet point has

20    links on it.  Truth be told, I haven't really seen this

21    in a long while.

22            Q.      All right.  Go to the next page, and

23    there's a thing called "Support Organizations."

24                    Do you see that?
```

Konstantin Walmsley, M.D.

1          A.     I do.

2          Q.     And these are additional links provided

3    and monitored by an organization called

4    Healthcommunities.com.

5                 Do you see that?

6          A.     I do.

7          Q.     And among them is the National

8    Association for Continence and the Simon Foundation for

9    Incontinence, right?

10         A.     Yes.

11         Q.     Let's go back to where I've printed out

12   some of the linked material from Health Communities.  I

13   know there's a lot of ads interspersed here, so it

14   makes it a little hard to follow, but I want to get to

15   this page where there's this ad on the right here.

16                Okay, you're there.

17         A.     Yes.

18         Q.     Right in here somewhere it should say,

19   "many women suffer from frequent UTIs."

20                Do you see that?

21         A.     Yes.

22         Q.     "With nearly 20 percent of women who

23   have one UTI also having a second."

24                Do you see that?

Konstantin Walmsley, M.D.

```
 1           A.      I do.

 2           Q.      "UTIs are the second most common cause

 3    of physician visits each year, after respiratory

 4    infections such as pneumonia."

 5                   Do you see that?

 6           A.      I do.

 7           Q.      Is it generally true?

 8           A.      You know, I'm not a primary care

 9    physician, and since a lot of this stuff is treated at

10    the primary care level, I think this is giving an

11    overview to that end.  I would have to say I would not

12    necessarily say it's untrue.

13           Q.      All right.  Do you see a lot of women

14    with UTIs?

15           A.      I do.

16           Q.      And one of the reasons that women have

17    typically more UTIs than men is that their GI tract,

18    which ends at the anus, is close to where the urinary

19    tract is in the female, correct?

20           A.      That's one of the reasons, yes.

21           Q.      Now, in an obese patient like

22    Mrs. Pridmore, morbidly obese patient, can they have

23    difficulty wiping after going to the bathroom such that

24    they might have a higher risk of UTI?
```

Konstantin Walmsley, M.D.

```
1          A.       I think that's plausible, yes.

2          Q.       Have you ever seen that referred to in

3   Mrs. Pridmore's medical records or in her deposition?

4          A.       I recall that, yes.

5          Q.       Okay.   Next page, right at the top.

6   Next page.   Sorry.

7                   It says, "Perimenopausal and

8   postmenopausal women are also susceptible owing to a

9   decrease in estrogen production, which causes tissues

10  in the urinary tract to thin out and become more easily

11  inflamed."

12                  Did I read that correctly?

13         A.       You did.

14         Q.       Do you agree with it?

15         A.       I do.

16         Q.       Is there a substantial medical

17  literature addressing the immunosupportive effect of

18  estrogen in the female urinary tract?

19         A.       Yes.

20         Q.       So if Ms. Pridmore is postmenopausal,

21  she would be -- for that reason alone, without

22  addressing other factors, she would be at some

23  increased risk of urinary tract infections?

24         A.       In the absence of treatment, that's
```

Konstantin Walmsley, M.D.

```
1    true.

2         Q.    Was Mrs. Pridmore also at increased risk

3    for overactive bladder syndrome?

4         A.    Yes.

5         Q.    Or overactive bladder?  Do you call it a

6    syndrome?

7         A.    It can be called a syndrome.

8         Q.    Okay.  I have one more thing, I think, I

9    need to ask you about in here.

10             I know it's not going to be easy for you

11   to track down, but further back in this Health

12   Communities section of the website are the links to

13   your website.  There is a section about treatment for

14   SUI.

15        A.    Are we in the SUI section right now?

16             MR. THOMPSON:  These are numbers down in

17        the lower right?

18             MR. MORIARITY:  You know what, they are,

19        but they start over and over again.  So we'll

20        go one, two, three, four, five, six of six, and

21        then it will start all over.

22             THE WITNESS:  Is it after the overactive

23        bladder portion?

24   BY MR. MORIARITY:
```

Konstantin Walmsley, M.D.

1          Q.      It is, sir.

2          A.      Okay.   This is overactive bladder.

3          Q.      Here's what this -- the page I want to

4    ask you about looks like it has these two semi-empty

5    boxes?

6          A.      Oh, yes.   This looks like this is it.

7          Q.      Let's go to the way bottom.

8                  "Surgery for stress incontinence has

9    potential side effects, such as a urinary tract

10   infection or temporary trouble urinating, but 'the odds

11   are in your favor that these complications won't

12   happen,' Dr. Fitzgerald of Loyola University says."

13                 Do you agree with him?

14         A.      Based on those two complications, I

15   think that's a true statement.

16         Q.      Then it says, "Any risks are far

17   outweighed by the likelihood that you will be cured.

18   It's rare to be worse off than when you started."

19                 Do you agree with that?

20         A.      I think that's a patient specific

21   comment that I wouldn't necessarily agree to, no.

22         Q.      Well, if you take the patient population

23   overall, is it rare for a patient to be worse off than

24   when they started?

Konstantin Walmsley, M.D.

```
1          A.      It can happen, but it's not common.

2          Q.      Then there's a urinary incontinence

3    section, and then after that there's a link to this

4    National Association for Continence that I attached in

5    here.

6                  You see this?

7          A.      I do.

8          Q.      And do you know whether you've actually

9    looked at this?

10         A.      It's been a long while, if I had.  It's

11   been probably a good four or five years since I have.

12         Q.      All right.  If there was something in

13   this link that you strongly disagreed with, you would

14   have had at least some ability to go to the practice

15   manager and get this link taken off, correct?

16         A.      Assuming I had looked at it, I would say

17   that's true.

18         Q.      All right.  Do you know whether you ever

19   looked at this?

20         A.      Like I said, it's been a long while and,

21   quite frankly, this entire document is bringing back

22   memories, some of them fond, in fact.

23         Q.      Okay.  Let's just go to the bottom of

24   this link, the bottom of Page 1 of 6 of this link.
```

Konstantin Walmsley, M.D.

1    A.    Okay.

2    Q.    It says, "There are three main types or

3    approaches of midurethral slings: retropubic,

4    transobturator and the newer mini sling.  All three are

5    effective, but because the standard retropubic and

6    transobturator slings enjoy 10 to 15 years of use and

7    an impressive number of reports of their effectiveness,

8    they are considered the gold standard for surgical

9    treatment of SUI in women by many leading clinicians."

10          First, did I read that correctly?

11   A.    You did.

12   Q.    And do you agree with it?

13   A.    I do not.

14   Q.    And what part of it don't you agree

15   with?

16   A.    I would disagree that it's the gold

17   standard for surgical treatment of SUI, number one.

18   And, unfortunately, at the time that this particular

19   manifest was being produced, in large part to my

20   analysis, it was being produced in response to some of

21   the FDA warnings that had come out at that time

22   speaking towards complications.

23   Q.    Who is the National Association for

24   Continence or what is?

Konstantin Walmsley, M.D.

```
 1            A.      I don't know.

 2            Q.      The bottom of your letterhead it says

 3    recipient of the joint commission's gold seal of

 4    approval?

 5            A.      Yes.

 6            Q.      What is that?

 7            A.      Joint commission is a governing body --

 8            Q.      I'm sorry.  I don't mean to cut you off,

 9    but Fred needs to catch a plane.  I know what the joint

10    commission is.

11                    What's the gold seal of approval?

12            A.      I believe that's -- assignment of our

13    practice carrying itself in a fashion that's compliant

14    with the joint commission's highest standards.

15            Q.      Okay.  So the notion of tying the word

16    gold to a high level of performance is not unusual in

17    the medical profession, correct?

18            A.      It's a word that's used in different

19    arenas in medicine, this is true.

20            Q.      Do you believe that there is a gold

21    standard for the treatment of SUI?

22            A.      I do not.

23            Q.      Have you heard the phrase compliant when

24    referring to patients?
```

Konstantin Walmsley, M.D.

```
 1          A.      I have.

 2          Q.      This patient is compliant, this one is

 3   not, et cetera; are you familiar with that?

 4          A.      Yes, yes.

 5          Q.      From your review of the medical records,

 6   was Mrs. Pridmore a compliant patient?

 7          A.      Not especially.

 8          Q.      Was she a cooperative patient?

 9          A.      Not especially.

10                  (Document marked for identification as

11                  Walmsley Pridmore Deposition Exhibit No. 3.)

12   BY MR. MORIARITY:

13          Q.      I would like you to look at that for

14   just a second.  I took this list out of testimony you

15   gave in another case when you were asked a sequence of

16   questions about whether these were potential risks and

17   complications of any pelvic floor surgery, okay.  In

18   some instances you said yes and in other instances you

19   said yes, to some degree, okay, to be fair.  So I want

20   to go through this.

21                  MR. THOMPSON:  Let me object to the

22                  document as a lawyer created summary that is

23                  incomplete and doesn't have the appropriate

24                  something.  That's my objection.  Go ahead.
```

Konstantin Walmsley, M.D.

```
 1    BY MR. MORIARITY:

 2          Q.      It comes from Page 33 of one of your

 3    depositions, and I can't remember if it's Ridgely or

 4    Fox, okay.  Let's just go through this.

 5                  Is infection a potential risk or

 6    complication of any pelvic surgery repair for stress

 7    urinary incontinence?

 8          A.      I'm happy to proceed, but am I to

 9    understand that we are discussing strictly stress

10    urinary incontinence surgery based on your question?

11          Q.      Okay.  I'll ask it a different way.

12    Good point.

13                  Is infection a potential risk and

14    complication with any pelvic floor surgery?

15          A.      Yes.

16          Q.      Is bleeding a potential complication of

17    any pelvic floor surgery?

18          A.      Yes.

19          Q.      Are wound complications a potential risk

20    of any pelvic floor surgery?

21          A.      Yes.

22          Q.      Is damage to an adjacent organ a

23    potential risk of any pelvic floor surgery?

24          A.      Yes.
```

Konstantin Walmsley, M.D.

```
 1          Q.      Fistula formation?

 2          A.      Yes.

 3          Q.      Voiding dysfunction?

 4          A.      Yes.

 5          Q.      Scarring?

 6          A.      Yes.

 7          Q.      Adhesions?

 8          A.      Yes.

 9          Q.      Nerve damage?

10          A.      Yes.

11          Q.      Neuromuscular problems?

12          A.      I agree.

13          Q.      I'm going to go off chart for a second.

14                  Is pelvic pain a potential risk or

15   complication of any pelvic floor surgery?

16          A.      Yes.

17          Q.      Is long-term pelvic pain a potential

18   risk and complication of any pelvic floor surgery?

19          A.      Some more than others, but yes.

20          Q.      And is dyspareunia a potential

21   complication of any pelvic floor surgery?

22          A.      Yes.

23          Q.      Is long-term dyspareunia a potential

24   complication of any pelvic floor surgery?
```

Konstantin Walmsley, M.D.

1       A.      Once again, some more than others, but

2   yes.

3       Q.      And the potential need for surgery in

4   the future to address complications or a failure of the

5   first surgery is a potential risk or complication, is

6   it not?

7       A.      Some more than others, but yes.

8               (Document marked for identification as

9               Walmsley Pridmore Deposition Exhibit No. 4.)

10  BY MR. MORIARITY:

11      Q.      Handing you Exhibit 4, I will represent

12  to you that is the patient brochure for the TVT family

13  of products that was in effect in 2007 when Dr. Diamond

14  put the TVT-O in Mrs. Pridmore.  I've only got a couple

15  questions for you about this.  This is not on your

16  reliance list, correct?

17      A.      It is not.

18      Q.      Do you know whether you have ever seen

19  this document before?

20      A.      I have seen this before.

21      Q.      In general, is it a discussion of the

22  problem of incontinence and some of the potential

23  solutions?

24      A.      I think that's fair.

Konstantin Walmsley, M.D.

1        Q.    Does it also include at least some of

2  the potential risks and complications of a TVT

3  procedure, whether you're using a retropubic approach

4  or an obturator approach?  And if you need to, go back

5  to Page 14, there is a specific section about what are

6  the risks, 14 and 15.

7        A.    May I hear that question one more time,

8  please.

9        Q.    I mean, there is a general discussion of

10  some of the potential risks and complications, correct?

11        A.    Yeah, on Pages 14 and 15 there is some

12  discussion about some of those risks.

13        Q.    Do you know whether or not Dr. Diamond

14  kept pamphlets like this in his office available for

15  patients like Mrs. Pridmore?

16        A.    I don't have an answer to that.

17        Q.    Does that mean you don't know if he did

18  or did not?

19        A.    Yes.

20        Q.    Okay.

21        (Document marked for identification as

22        Walmsley Pridmore Deposition Exhibit No. 5.)

23        MR. MORIARITY:  Handing what I've marked

24        as Exhibit 5.

Konstantin Walmsley, M.D.

```
 1              Fred, do you need one of these, or have
 2        you seen enough of these?
 3              MR. THOMPSON:  That actually was made an
 4        exhibit on Friday, but go ahead.  None of us
 5        know enough about what was said on Friday for
 6        me to raise any kind of real objection to it,
 7        but this was put in front of him on Friday.
 8              MR. MORIARTY:  I have very few questions
 9        about this.
10   BY MR. MORIARITY:
11        Q.    You have seen this before, obviously?
12        A.    I have.
13        Q.    Had you seen it before Friday?
14        A.    I have.
15        Q.    Had you ever seen it in any part of your
16   own training when you were learning how to put in
17   synthetic midurethral slings?
18        A.    I recall, once again, perusing this and
19   not closely examining it at the time that it was
20   produced, but I do recall seeing this some time ago, I
21   do.
22        Q.    And, in general, it's a fairly lengthy
23   document, 15 or so pages with citations, and it's about
24   incontinence and treatments for incontinence, how to
```

Konstantin Walmsley, M.D.

1   put in TVTs and some of the risks of TVTs, correct?

2           A.      I think that's a fair comment, yes.

3           Q.      And do you know whether Dr. Diamond ever

4   saw this document?

5           A.      I do not know that.

6           Q.      And let me ask you one more short set of

7   questions, and then we'll go off the record for a

8   second, okay.

9                   I assume you reviewed the instructions

10  for use for TVT-O that would be applicable in 2007 when

11  this implant was done, correct?

12          A.      I did, yes.

13          Q.      And I'm sure you have certain opinions

14  about that, you've probably been asked about those last

15  Friday, correct, to some extent?

16          A.      Well, that was TVT Secur.

17          Q.      Okay.  The opinions you have regarding

18  the IFU, are they set forth in your report in this

19  case?

20          A.      They are.

21          Q.      Do you know whether Dr. Diamond relied

22  on the IFU when making decisions about operating on

23  Mrs. Pridmore?

24          A.      I do not.

```
 1                    (Document marked for identification as

 2              Walmsley Pridmore Deposition Exhibit No. 6.)

 3     BY MR. MORIARITY:

 4         Q.      Just so the record is clear, Exhibit 6

 5     would be the IFU applicable to TVT-O in 2007, correct?

 6         A.      Yes.

 7         Q.      You don't know whether he relied on this

 8     at all, correct?

 9         A.      I do not.

10         Q.      You don't know what sources of

11     information Dr. Diamond relied on or didn't rely on in

12     his entire thinking and approach to Mrs. Pridmore as a

13     patient, correct?

14         A.      It would be mere conjecture.

15         Q.      So by 2007 there was a substantial

16     amount of medical literature published about TVT

17     retropubic, some about TVT obturator, correct?

18         A.      Yes.

19         Q.      A lot about efficacy and a lot about

20     safety, correct?

21         A.      Yes.

22         Q.      And you don't know how much of that

23     literature he was aware of or relied on in making

24     decisions about Mrs. Pridmore, correct?
```

Konstantin Walmsley, M.D.

```
1          A.      That's correct.

2                  MR. MORIARTY:  Let's take a break here.

3                  (Pause in deposition at 2:24 p.m.)

4                  (Deposition resumes at 4:56 p.m.)

5   BY MR. MORIARITY:

6          Q.      So I asked you some questions about this

7   exhibit, this chart that I marked and which

8   Mr. Thompson objected to, it was Exhibit 3, okay?

9          A.      Yes.

10         Q.      Do you believe that you knew in 2007

11  that these were potential risks and complications of

12  pelvic floor surgery?

13         A.      Not all of them, but most of them.

14         Q.      Which ones do you think you didn't know

15  were potential risks and complications of pelvic floor

16  surgery in 2007?

17         A.      Well, particularly the last three, not

18  necessarily the final one, but with regards to pelvic

19  pain and pelvic intercourse, the nature of them as far

20  as long term and severity.

21         Q.      I think you meant to say painful

22  intercourse, not pelvic intercourse.

23         A.      I meant to say painful intercourse.  I

24  was alluding to pelvic pain and painful intercourse,
```

Konstantin Walmsley, M.D.

1    yes.

2         Q.      And, of course, we don't know what

3    Dr. Diamond knew about these potential risks and

4    complications on this chart, correct?

5         A.      That's correct.

6         Q.      We don't know if he knew them all or

7    didn't know them all, right?

8         A.      I would agree with that, yes.

9         Q.      And do you typically tell patients about

10   all of these in your informed consent discussions?

11        A.      I do.

12        Q.      Have you done any analysis of the number

13   of urinary tract infections that Hope Pridmore had

14   prior to September of 2007 versus after September of

15   2007?

16        A.      The analysis done is really related in

17   the clinical history that I've provided on my report,

18   as well as my review of the medical records that are

19   enclosed in my report.

20        Q.      So in the last page of your report in

21   the last paragraph before Case Specific Opinion Number

22   2, you're talking about the UTIs, and you say, although

23   she had a history of UTIs pre sling, the frequency and

24   severity of her UTIs post sling were much different and

Konstantin Walmsley, M.D.

1    more severe, so my question is have you done some sort

2    of analysis of the number, let's just talk about

3    frequency right now, the number of UTIs in the years

4    before this mesh implant and the years after?

5             A.    More in the years after than before.

6             Q.    Okay.  But you can't compare the

7    frequency of them before and after unless you do an

8    analysis mathematically of both periods, correct?

9             A.    I agree with that.

10            Q.    And did you have all of the medical

11   records available to you from the years prior to

12   implant to assess the severity of them?

13            A.    I don't know if I had every single

14   medical record concerning Mrs. Pridmore prior to 2007,

15   so it's hard to answer that question.

16            Q.    Okay.

17                  (Document marked for identification as

18            Walmsley Pridmore Deposition Exhibit No. 7.)

19   BY MR. MORIARITY:

20            Q.    Exhibit 7, these are the records of

21   Dr. Diamond.  Did you have these available to you for

22   review?

23            A.    I did, I did, yes, sir.

24            Q.    I'd like you to go to Bates Page 3.

Konstantin Walmsley, M.D.

```
 1          A.      Yes.

 2          Q.      You see at the bottom it's signed

 3   November 9, 2005?

 4          A.      Yes.

 5          Q.      Am I correct that Dr. Diamond saw

 6   Mrs. Pridmore in many years long before this, and then

 7   there was a hiatus, and this is when she returns?

 8          A.      That's correct.

 9          Q.      All right.  So if you go to Page 4, the

10   complaint she was making that day was losing urine

11   since very hard fall, correct?

12          A.      Yes.

13          Q.      Does that make any anatomic physiologic

14   sense to you?  Is there some way that you can injure

15   yourself in a fall that would increase your

16   incontinence of any type?

17          A.      I have seen this once before in the

18   setting of a motor vehicle accident, where someone

19   started suffering stress incontinence following that

20   motor vehicle accident.

21          Q.      So it's at least you used the word

22   earlier, feasible, wasn't it?

23          A.      Plausible.

24          Q.      Plausible, so it's plausible?
```

Konstantin Walmsley, M.D.

```
 1          A.      Yes.

 2          Q.      Okay.  And then down in the history

 3  section for the patient, diabetes, high blood pressure

 4  and nervous disorder are all checked, correct?

 5          A.      Correct.

 6          Q.      Near your left hand?

 7          A.      Yes, sir.

 8          Q.      Next page, her last menstrual period was

 9  1981, correct?

10          A.      Yes.

11          Q.      So she's menopausal by this period of

12  time; is that right?

13          A.      That's correct.

14          Q.      Does that increase the risk of vaginal

15  atrophy?

16          A.      Yes, it can.

17          Q.      Does it increase the risk of

18  dyspareunia?

19          A.      In the presence of vaginal atrophy, yes.

20          Q.      And of course she's G5, P5, so she has

21  an increased risk for not only incontinence but pelvic

22  organ prolapse, correct?

23          A.      That's correct.

24          Q.      In the last section under urinary tract
```

Konstantin Walmsley, M.D.

1    history, what does it say next to urinary tract

2    infection?

3              A.      Always since childhood.

4              Q.      So at least there's some evidence in

5    these records that prior to November of 2009, she's had

6    chronic UTIs, correct?

7              A.      I call them recurrent, but I think the

8    two terms are exchangeable.

9              Q.      All right.  Now, later we'll get to

10   this.  There's a couple diagnoses in the chart.  I want

11   to make sure I understand what you think these are.

12             So there's cystitis.  First of all, how

13   would you define cystitis?

14             A.      Cystitis, as broken down from the Latin

15   derivation, is inflammation inside of the bladder.

16             Q.      Okay.  And then there's -- can a patient

17   have chronic cystitis?

18             A.      Yes, there can be that diagnosis

19   rendered.

20             Q.      What is chronic follicular cystitis?

21             A.      This is one of those instances where I'm

22   not clear as to the semantics of follicular, so I'm

23   really unable to answer that question, primarily

24   because it's not typically a term I see or use in my

Konstantin Walmsley, M.D.

1    clinical practice.

2         Q.    Was that in the pathology report from

3    Dr. Wilks in 2015?  Is that where that term came from

4    in this case?

5         A.    Yes, yeah, with the biopsy that was

6    done, and I think perhaps it was a pathological

7    terminology utilized.

8         Q.    So let me make sure I understand.  If a

9    patient has enough urinary tract infections, whether

10   you call them chronic or recurrent, can they develop

11   actual changes to the interior lining of the bladder

12   where they develop cysts or nodes or follicles,

13   something like that?

14        A.    In my experience, one can perform

15   bladder biopsies on patients who've had recurrent

16   and/or chronic infections and especially if they have

17   an active infection or inflammatory event, you can

18   actually demonstrate pathological findings that are

19   consistent with inflammation.

20        Q.    All right.  And at least according to

21   the pathology report that we have in this case from

22   2015, is that what the finding was?

23        A.    That's correct.

24        Q.    So back to Bates Page 5 of Dr. Diamond's

Konstantin Walmsley, M.D.

```
 1    records.

 2            A.      Yes.

 3            Q.      At the time of this she had pain with

 4    urination, difficulty with stream and was not

 5    completely emptying her bladder, correct?

 6            A.      Yes, that's what she complained about.

 7            Q.      She also checked urgency and with

 8    coughing, laughing, sneezing and exercise, correct?

 9            A.      Yes.

10            Q.      And then all the time, whatever that

11    means, right, the bottom?

12            A.      She did check that off.

13            Q.      Have you ever seen a form like this?  Is

14    this some sort of standard form that urologists use?

15            A.      I mean, I've seen forme frustes of this

16    but not this specific form, yes.

17            Q.      So if you go up to Page 8, this is an

18    office note from November 9, 2005?

19            A.      Yes.

20            Q.      And in the second full paragraph it

21    says, "when she has infection she has discomfort in the

22    bladder."

23                    Do you see that?

24            A.      I do.
```

Konstantin Walmsley, M.D.

1          Q.      Is that a common finding -- I'm sorry.

2    Let me rephrase that.

3                  Is bladder discomfort a common finding

4    in women who have urinary tract infections?

5          A.      It can be.

6          Q.      And then in the last big paragraph it

7    says sounds like she had a Marshall-Marchetti procedure

8    done many years ago, right?

9          A.      Correct.

10         Q.      So if she's now having incontinence,

11   that MMK procedure did not provide permanent relief for

12   her stress incontinence, correct?

13         A.      That would be my conclusion.

14         Q.      Page 12, please.  This is -- did I miss

15   something?

16         A.      No, I remember reading these notes, and

17   I love when comments such as coming in to see me feisty

18   as always but in good cheer, I just find that somewhat

19   amusing.  Pardon me.

20         Q.      That's fine.

21                 But this describes increasing problems

22   of leakage, getting up four times a night to urinate

23   and leaking during the night too, correct?

24         A.      Correct.

Konstantin Walmsley, M.D.

```
 1          Q.      That's what he is noting here?

 2          A.      Correct.

 3          Q.      So she is not only getting up to go to

 4     the bathroom, nocturia, but she's actually having some

 5     leakage while she's asleep?

 6          A.      Yes.

 7          Q.      And she had an infection even as of that

 8     date, correct?

 9          A.      Correct.

10          Q.      Let's go out to Page 22.

11                  Are you there?

12          A.      I'm here, yes.

13          Q.      So this is his operative note from

14     September 4th, 2007, correct?

15          A.      Yes.

16          Q.      And his diagnosis was mixed urinary

17     incontinence.  Would you agree with that?

18          A.      That's correct.

19          Q.      And he put in a TVT-O, correct?

20          A.      Yes, sir.

21          Q.      And that was a reasonable thing to do

22     and was within the standard of care at that point,

23     correct?

24          A.      I agree.
```

1    Q.    Do you know for a fact, from looking at

2  any other records, whether this was mechanically cut or

3  laser cut TVT-O?

4    A.    My belief was at the time the laser cut

5  option wasn't available, but reading this operative

6  note, one can't draw that conclusion.

7    Q.    Do you have any opinions in this case to

8  a reasonable degree of medical probability that she,

9  Mrs. Pridmore suffered some harm as a result of the way

10  this TVT-O was cut in the factory?  I can tell you

11  there's nothing about it in your report.  I'm just

12  wondering if you have such an opinion.

13    A.    I'm just verifying your comment, and I

14  would agree with you, there's nothing in my report that

15  would speak to that, so I would not offer that opinion.

16    Q.    All right.  So if you look at Page 25,

17  which was the history and physical that he did before

18  the surgery?

19    A.    Yes.

20    Q.    In the second paragraph he refers to

21  significant degree of cystocele.

22          Do you see that?

23    A.    I do see that.

24    Q.    And we don't know why he didn't treat

Konstantin Walmsley, M.D.

1    it, but do you have any -- do you think that his

2    failure to treat the cystocele was below the standard

3    of care?

4         A.    I don't.

5         Q.    Does the failure to treat the cystocele,

6    for whatever reason, put her at increased risk for any

7    type of postoperative urinary tract difficulties?

8         A.    Possibly.

9         Q.    Which difficulties does it possibly

10   increase the risk of?

11        A.    Well, one thing that I see and my

12   colleagues see in clinical practice with a significant

13   cystocele is a kinking effect at the bladder neck,

14   whereby the dropping of a cystocele can make it

15   difficult to evacuate the bladder completely.

16        Q.    Okay.  Go on.

17        A.    Incomplete bladder emptying in and of

18   itself can be a risk factor for infection simply

19   relating to the stasis of the urine in the bladder.

20        Q.    Did she ever have proven incomplete

21   bladder emptying?

22        A.    I have not seen that in her medical

23   records.

24        Q.    Any other risks that may put her -- any

Konstantin Walmsley, M.D.

1    other increased risk as a result of not repairing the

2    cystocele?

3           A.     Perhaps the only real risk or other real

4    risk would be the progression of the cystocele towards

5    needing a repair.

6           Q.     Okay.  So and then in the next line it

7    says that she's got chronic cystitis.

8                  Do you see that?

9           A.     I do see that, yes.

10          Q.     Do you have any reason to disagree with

11   Dr. Diamond's diagnosis at that point?

12          A.     I only do insofar as you had mentioned

13   compliance of the patient, and given the fact that

14   she's been no noncompliant, I think it's difficult to

15   assign that diagnosis in the setting of a patient

16   that's not being regularly seen.

17          Q.     And I think what you're implying is not

18   regularly being seen, hence not being regularly treated

19   for UTIs?

20          A.     That would be part of my opinion, yes,

21   yes.

22          Q.     All right.  Did you see anything in any

23   of Dr. Diamond's records where Mrs. Pridmore complained

24   of pelvic pain or dyspareunia postoperatively?

Konstantin Walmsley, M.D.

```
 1          A.      Postoperatively.

 2          Q.      And I'm just talking about Diamond's

 3   records.

 4          A.      No, I did not.

 5                  (Document marked for identification as

 6          Walmsley Pridmore Deposition Exhibit No. 8.)

 7   BY MR. MORIARITY:

 8          Q.      Exhibit 8, Doctor.  Do you recognize

 9   this as an emergency room -- I'm sorry -- do you

10   recognize this as a hospital admission history and

11   physical from Mrs. Pridmore's PCP, Dr. Alexander,

12   August 1, 2007?

13          A.      Yes, sir.

14          Q.      And the reason she was admitted was

15   persistent abdominal pain?

16          A.      Yes.

17          Q.      Under the past medical history section,

18   does it indicate that she had diabetes, hypertension,

19   chronic low back pain, chronic anxiety with depression

20   and hyperlipidemia?

21          A.      Yes, sir.

22          Q.      Are you going to make any claim -- I'm

23   sorry -- are you going to render any opinions in this

24   case that Mrs. Pridmore suffered any sort of
```

Konstantin Walmsley, M.D.

```
 1   psychiatric harm as a result of her TVT-O?

 2           A.     I hadn't planned on it, no.

 3           Q.     All right.  The fact that she's got

 4   diabetes to whatever degree hers is controlled, is she

 5   at increased risk for SUI and SUI recurrence

 6   postoperatively?

 7           A.     Relating strictly to her diabetes?

 8           Q.     Yes, sir.

 9           A.     Not in the setting of well-controlled

10   diabetes I wouldn't opine that.

11           Q.     Is hers well-controlled?

12           A.     I'm not sure.

13           Q.     Bottom line is if it's well-controlled,

14   it shouldn't be a risk factor; if it's poorly

15   controlled, it could be?

16           A.      If it's poorly controlled it could be

17   more from the standpoint of a neurogenic type of a

18   voiding dysfunction.

19           Q.     Some other kind of incontinence?

20           A.     Correct.

21           Q.     All right.  Other than stress?

22           A.     That's correct.

23           Q.     I did not make extra copies of these.  I

24   can mark them if we need to.  These are notes from
```

Konstantin Walmsley, M.D.

1    Dr. Alexander's office, January 6, 2007.

2                   Have you seen these notes before?

3         A.       I believe I have, yes.

4         Q.       This one which is just a month or so

5    after Mrs. Pridmore's surgery says, among other things,

6    that she complains of itching and burning in the

7    vaginal area, and she's got discharge.

8                   Do you see that?

9         A.       Is that a without discharge or with

10   discharge?  I'm just not sure of that nomenclature

11   there.

12        Q.       I'll reask the question.

13        A.       Okay.

14        Q.       Does it at least says she's complaining

15   of itching and burning in the vaginal area?

16        A.       Yes.

17        Q.       Could that be consistent with a urinary

18   tract infection?

19        A.       Based on her presenting symptoms, I

20   would opine otherwise.

21        Q.       In your opinion, what is she suffering

22   at this point?  What is her problem at this point?

23        A.       Well, in a lot of instances, the top

24   thing on my differential would probably be a candidal

Konstantin Walmsley, M.D.

1    vulvovaginitis, given the itching.

2              Moreover, with Mrs. Pridmore's history,

3    typically, the pain that she has with urinary tract

4    infections is more bladder or what I would call

5    suprapubic.

6         Q.    So if I understand what you're saying,

7    this is more consistent with a vaginal infection, not a

8    urinary tract infection?

9         A.    I would place vaginal infection above

10   urinary tract infection, yes.

11        Q.    Okay.  And then there's another note,

12   January 12, 2008.  Have you seen this record in your

13   review of the materials?

14        A.    I recall seeing this, yes.

15        Q.    And on January 12th, 2008 her complaint

16   is patient complaints of swelling, soreness, vaginal

17   area, and I think it's no burning sensation?

18        A.    Yeah, without a burning sensation, yes.

19        Q.    And then something patient states that

20   daughter has I think it's MRSA and is concerned.

21              Do you see that?

22        A.    I do see that, yes.

23        Q.    That would be methicillin-resistant

24   staph aureus, if that says MRSA, that's what it would

Konstantin Walmsley, M.D.

1   be, right?

2         A.    Correct, yes.

3         Q.    Do you have an opinion to a probability

4   as to what her presenting complaint really is on this

5   day?  Is it some form of infection or is it something

6   else?

7         A.    I think infection would be in the

8   differential.  If I had someone ask me to render

9   diagnoses, I would probably state vaginal pain and

10  vaginal swelling or edema, if I had to attribute a

11  diagnosis to the complaint.

12        Q.    Now, I know it says soreness.  It

13  doesn't say vaginal pain in this note, does it?

14        A.    It does not say vaginal pain in this

15  note.

16        Q.    Is there a note anywhere in the material

17  that you reviewed that actually says that Mrs. Pridmore

18  had vaginal pain?

19        A.    I'd have to relook at the November 17th,

20  2011 note performed by Dr. Alsheik to definitively

21  answer that question.

22        Q.    Give me that date again, please.

23        A.    November 17th, 2011 Dr. Hassan Alsheik,

24  because he did memorialize that since her sling surgery

Konstantin Walmsley, M.D.

1   she had been having worsening pain, and I just don't

2   recall if the term vaginal pain was used.

3              MR. MORIARITY:  I'm not sure what's

4         going on here.  I believe for some reason --

5         yeah, the November 17 note, for some reason, is

6         split into two pieces.  So I'm going to mark

7         these 9 and 10, but I think this is the note.

8              (Documents marked for identification as

9         Walmsley Pridmore Deposition Exhibit Nos. 9

10        and 10.)

11             (Witness reviews document.)

12  BY MR. MORIARITY:

13        Q.    Did you find something you want to tell

14  me about?

15        A.    Yes, sir.

16        Q.    In which exhibit?

17        A.    On Bates 413 of Exhibit 10.

18        Q.    Okay.  Where?

19        A.    What it states is "the patient has a

20  past medical history of a sling placement about 8 years

21  ago done by Dr. Diamond.  However since then she has

22  been having worsening pain, as well as frequency,

23  urgency, recurrent urinary tract infections."

24        Q.    But it doesn't give a location for the

Konstantin Walmsley, M.D.

1   pain in this note, correct?

2          A.     Vaginal pain is not specifically stated

3   here.

4          Q.     While we've got these notes out, let me

5   ask you about Number 9 first.

6          A.     Yes, sir.

7          Q.     Now, this is an electronic medical

8   record, correct?

9          A.     Sure is.

10         Q.     And in the first page there is a review

11  of systems, genitourinary section, correct?

12         A.     Yes.

13         Q.     So positive for urgency, right?

14         A.     Yes.

15         Q.     And that's a problem she had before the

16  TVT-O, correct?

17         A.     That's correct.

18         Q.     Negative for dysuria, frequency and

19  difficulty urinating, correct?

20         A.     That's what it states.

21         Q.     And on the last page of 9, which is

22  Bates Page 397, is there a final diagnosis section way

23  at the bottom?

24         A.     Yes.

Konstantin Walmsley, M.D.

1        Q.      And the top one is cystitis, correct?

2        A.      Yes, sir.

3        Q.      And then in 10, on the first page, 411,

4   in the last paragraph it says, "Subsequently, she may

5   have to have ureterolysis or a sling release and this

6   will be done only if the patient has retention."

7                Do you see that?

8        A.      I do.

9        Q.      Was it ever shown that she had

10  retention?

11       A.      To my knowledge, no, it was not.

12       Q.      And, of course, she never had her sling

13  released, correct?

14       A.      She did not.

15       Q.      No doctor ever deemed that it was

16  necessary that she go to the OR for that kind of

17  procedure?

18       A.      I'm not in complete agreement with that,

19  but she never did have it removed, that I would agree

20  with you on.

21       Q.      And she had a cystoscopy which showed a

22  possible tumor in her bladder at that point, correct?

23       A.      Yes, sir.

24                (Documents marked for identification as

```
 1          Walmsley Pridmore Deposition Exhibit Nos. 11

 2          and 12.)

 3   BY MR. MORIARITY:

 4          Q.     Show you Exhibit 11 and 12.  Are you

 5   with me?

 6          A.     Yes.

 7          Q.     It's a lot of paper to keep straight.

 8          A.     Yes, indeed.

 9          Q.     Is 11 a note from April 2007?

10          A.     Yes, sir.

11          Q.     Prior to her TVT-O?

12          A.     Yes, it is.

13          Q.     And at this point she had urinalysis

14   positive for pyuria and leukocyte esterase, correct,

15   first page bottom of the history of present illness?

16          A.     Yes.

17          Q.     And then in the social history, does it

18   say she has not been sexually active for a long time?

19          A.     This is what's stated.

20          Q.     All right.  And then if you go to Page

21   12, is this a note from December of 2013?

22          A.     Exhibit 12 shows that, yes.

23          Q.     And if you go kind of right in the

24   middle of the page here, there's a box for sexually
```

Konstantin Walmsley, M.D.

1   active, and the answer is no, correct?

2          A.     Yes, sir.

3          Q.     Did you find anywhere in any of the

4   medical records, including the most recent ones of

5   Dr. Wilks in 2015, any complaint of dyspareunia?

6          A.     I did not.

7                 (Document marked for identification as

8                 Walmsley Pridmore Deposition Exhibit No. 13.)

9                 MR. MORIARITY:  Here's Exhibit 13.  I

10                don't know if you remember this, Fred, but my

11                goal at every deposition is to leave with

12                substantially less paper than I arrived with.

13  BY MR. MORIARITY:

14         Q.     This is Dr. Wilks' record from July 15,

15  2015.

16                Did you have these available in your

17  review of the materials?

18         A.     I don't specifically recall seeing this

19  record.

20         Q.     All right.  It says here, "This patient

21  is a new patient being seen today for the first time

22  due to problems of bladder pain and recurrent urinary

23  tract infections."

24                Do you see that?

Konstantin Walmsley, M.D.

```
1          A.     Yes.

2          Q.     And then it describes she also has

3   urgency with urgency incontinence, stress incontinence,

4   intermittency, splitting and spraying of the stream,

5   dysuria and hesitancy.

6                 Do you see that?

7          A.     I do.

8          Q.     She states that she has had the problem

9   for at least 45 years.

10                Do you see that?

11         A.     I do.

12         Q.     Are you going to attribute any of these

13  in your opinion to the TVT-O?  Let's start with

14  urgency.

15         A.     In part, yes.

16         Q.     Why?

17         A.     Because despite the fact that she had

18  that symptom prior to her surgery, she continued to

19  have it beyond the surgery as well.

20         Q.     And isn't that a risk of the procedure?

21         A.     It is.

22         Q.     Isn't it a risk of any surgery for

23  stress urinary incontinence?

24         A.     Yes, to some degree it is, this is true.
```

Konstantin Walmsley, M.D.

1          Q.      Urge incontinence, are you going to

2    claim that that is a result of TVT-O?

3          A.      I am.

4          Q.      For the same reason we just discussed?

5          A.      To my review of the medical records, it

6    appears that her urgency incontinence is worse.

7          Q.      And how are you quantifying that?  What

8    is the basis for your saying it's worse?

9          A.      Well, when she first presented to

10   Dr. Diamond with this complaint, there was never any --

11   she had been treated with Vesicare in the past for her

12   urgency urinary incontinence; however, those

13   medications were no longer effective after her sling.

14         Q.      Well, in a patient of this BMI and

15   weight, G5, P5, diabetic, smoking history, isn't urge

16   incontinence simply a risk of any stress urinary

17   incontinence surgical procedure?

18         A.      It is, yes.

19         Q.      So stress incontinence if she has it is

20   a recurrence, correct?

21         A.      That's correct.

22         Q.      And that's a risk of any SUI procedure,

23   correct?

24         A.      I would agree with that, yes.

Konstantin Walmsley, M.D.

1      Q.      Intermittency, do you believe that's in

2  your opinion to a probability the result of TVT-O?

3      A.      I do.

4      Q.      Why?

5      A.      I do agree with that.

6      Q.      Why?

7      A.      Well, once again, the procedure she had

8  because of the nature of the fibrosis and scarring

9  inherent to placing this procedure can create an

10  obstructive voiding pattern that would be equivalent to

11  intermittency, splitting and spraying of her stream.

12      Q.      Can you get that with autologous fascial

13  slings?

14      A.      You can.

15      Q.      Is there any Level 1 evidence to

16  indicate that that kind of a complaint has a higher

17  incidence with synthetic midurethral slings than it

18  does with autologous fascial slings?

19      A.      I think from a quantitative standpoint,

20  no.

21      Q.      Splitting and spraying, are you going to

22  render an opinion that that is from TVT-O?

23      A.      I would with the same thought process

24  relating to the intermittency discussion you and I just

Konstantin Walmsley, M.D.

1    had.

2           Q.      And is it also a risk with autologous

3    fascial slings?

4           A.      Yes, it is.

5           Q.      Dysuria, are you going to claim -- or

6    I'm sorry -- are you going to render an opinion that

7    that is a result of TVT-O?

8           A.      I would not.

9           Q.      What about hesitancy?

10          A.      Once again, it's one of those

11   obstructive voiding symptoms that I pair with

12   intermittency and splitting/spraying.

13          Q.      So it's a risk of any SUI procedure?

14          A.      Quantitatively, yes.

15          Q.      All right.  On the second page of this

16   note, which is Bates Page 9.

17          A.      Yes.

18          Q.      Do you see the medication section?

19          A.      I do.

20          Q.      Do any of those medications have urinary

21   tract side effects?

22          A.      Yes.

23          Q.      All right.  So if I was to go get the

24   Physician's Desk Reference for any of those, do most of

Konstantin Walmsley, M.D.

```
 1    them have urinary tract side effects?

 2            A.      Several of them do, yes.

 3            Q.      And which ones off the top of your head

 4    do you know have some urinary tract side effects?

 5            A.      Neurontin, Oxybutynin, Wellbutrin,

 6    Vicodin, Xanax, Paxil.

 7            Q.      So that was Neurontin, Oxybutynin,

 8    Vicodin, Xanax and Paxil, correct?

 9            A.      That's correct.

10            Q.      Did I miss one?

11            A.      Did you say Wellbutrin?

12            Q.      No, I did not.

13            A.      Wellbutrin as well.

14            Q.      She is apparently not on a diuretic.  Is

15    she on a diuretic for her hypertension?

16            A.      No, sir.

17            Q.      And then Dr. Wilks mentions here at the

18    bottom of the social history is not sexually active,

19    correct?

20            A.      Yes.

21            Q.      On the next page, Page 10, at the top

22    there's a physical exam of the genitalia, correct?

23            A.      Yes.

24            Q.      She was tender to the bladder with
```

Konstantin Walmsley, M.D.

1    palpation, correct?

2            A.      Yes.

3            Q.      That is not where TVT is, correct?

4            A.      It should not be there.

5                    (Document marked for identification as

6            Walmsley Pridmore Deposition Exhibit No. 14.)

7    BY MR. MORIARITY:

8            Q.      Handing you Exhibit 14, is this another

9    note from Dr. Wilks, October 1, 2015?

10           A.      Yes, sir.

11           Q.      All right.  And the chief complaint is

12   recurrent UTIs?

13           A.      Correct.

14           Q.      Which is noted here she has had

15   virtually a lifetime of recurrent urinary tract

16   infections?

17           A.      Correct.

18           Q.      And the bladder pain is consistent with

19   urinary tract infections; is it not?

20           A.      I would agree.

21           Q.      And, again, on the second page, which is

22   Bates Page 6 here, under the physical exam, genitalia,

23   she was tender over the bladder, not the urethra,

24   correct?

Konstantin Walmsley, M.D.

1          A.      That's correct.

2          Q.      And there's been no finding through any

3    of these records that she has what you would call an

4    extrusion or an exposure of her mesh into the vagina,

5    correct?

6          A.      I agree with that.

7          Q.      She never had an erosion of mesh into

8    the urethra or the bladder either; is that right?

9          A.      No, sir, not to my knowledge.

10         Q.      And then he does, at Pages 9 and 10, a

11   procedure, he does a cystoscopy, correct?

12         A.      Yes, sir.

13         Q.      And that's where he takes this biopsy

14   that goes to the pathology department, right?

15         A.      Right.

16         Q.      And just explain in a sentence or two

17   what the fulguration procedure is designed to do?

18         A.      When one either identifies bleeding or

19   performs a biopsy of a lesion, the fulguration process

20   essentially cauterizes and obliterates the bleeding

21   from that lesion or from the bleeding point.

22         Q.      Okay.  Did you do any independent

23   research on moderate, chronic follicular cystitis for

24   purposes of this case?

Konstantin Walmsley, M.D.

1        A.      I did not.

2        Q.      Is it a diagnosis that you've ever made

3    in a patient?

4        A.      It's a pathologic diagnosis, so not

5    being a pathologist, I'm not -- I mean, if I'm

6    understanding the biopsy results demonstrating such, I

7    have not seen a pathology report in my patients

8    documenting that.

9        Q.      Have you ever diagnosed cystitis in a

10   patient?

11       A.      I have.

12       Q.      What about chronic cystitis?

13       A.      I have.

14       Q.      Did you see in any of Dr. Wilks' notes

15   in 2015 or 2016 if you saw her in that year any

16   complaints of either vaginal pain, chronic pelvic pain

17   or dyspareunia?

18       A.      I have not seen those.

19       Q.      Did Dr. Wilks ever attribute

20   Mrs. Pridmore's urinary tract infections to her TVT-O?

21       A.      Not directly, no.

22       Q.      Did he do it indirectly?

23       A.      I don't believe he attributed her pain

24   to anything specifically, directly or otherwise.

Konstantin Walmsley, M.D.

1          Q.       Okay.  Can cystitis be painful?

2          A.       It can.

3          Q.       Have you ever seen any peer reviewed

4    medical literature to indicate that TVT can cause

5    chronic follicular cystitis?

6          A.       I have never seen that.

7          Q.       Is it your opinion that the TVT-O in

8    this case has caused Mrs. Pridmore to have more and/or

9    more severe urinary tract infections than she did

10   preop, premesh implant?

11         A.       That being a two part question, I would

12   say no to quantitative, but yes to qualitative.

13         Q.       What evidence is there in these medical

14   records or Mrs. Pridmore's deposition to indicate that

15   she has more severe urinary tract infections following

16   her TVT-O than she did before?

17         A.       Well, there are two reasons.  One is

18   that there's certainly a plethora of data suggesting

19   she has infection after infection after infection

20   following the procedure, and I full well admit I don't

21   have records prior to her sling procedure, all I have

22   is a history of chronic/recurrent UTIs.

23                  And the second basis for my opinion is

24   the fact that in no instance was she ever hospitalized

Konstantin Walmsley, M.D.

1    for an infection prior to her sling insertion, whereas

2    afterwards she was.

3              Q.      Are you done with your answer?

4              A.      Yes, sir.

5              Q.      As she ages is she going to be at

6    increased risk for urinary tract infections, both more

7    of them and potentially more severe?

8              A.      Well, I guess it depends on what

9    concomitant factors are occurring with the aging

10   process.

11             Q.      Well, let's just put Mrs. Pridmore, her

12   age, her menopausal status, so she's going to be even

13   further out from estrogen, natural estrogen, her

14   obesity with, as we discussed before, the increased

15   risk that she can't wipe properly, therefore, she may

16   have more bacteria in that region to begin with, isn't

17   she at increased risk, just by those factors, for more

18   and more severe UTIs?

19             A.      I would say for some of them, yes.

20             Q.      For some of the UTIs or some of the

21   factors that I mentioned?

22             A.      Some of the factors you mentioned.

23             Q.      Which factors?

24             A.      Well, obesity, presuming that her

Konstantin Walmsley, M.D.

1  obesity is evolving.  I wouldn't necessarily agree with

2  vulvovaginal atrophy insofar as -- despite the fact

3  that there may be some diminished estrogen, I have not

4  seen any medical records or data to the fact of her

5  having this condition or it being treated actively or

6  otherwise.

7         Q.     Does her noncompliance with treatment

8  either with antibiotics, weight loss, some of these

9  other factors increase her risk that she is going to

10 have more and more severe UTIs?

11        A.     Once again, with some of those factors,

12 I would agree, yes.

13               (Document marked for identification as

14               Walmsley Pridmore Deposition Exhibit No. 15.)

15 BY MR. MORIARITY:

16        Q.     Handing you what I've had marked as

17 Exhibit 15, was this note, I believe from Dr. Slotar or

18 his office in the materials available for you to

19 review?

20        A.     I recall seeing this, yes.

21        Q.     I think this is actually electronically

22 signed by James Cantorna, M.D., correct?

23        A.     Yes, sir.

24        Q.     She is there to get established,

Konstantin Walmsley, M.D.

1    correct, that's the reason in Exhibit 15 that she's

2    there, right?  So she's there to get established,

3    right?

4            A.    Yes, sir.

5            Q.    And under review of systems, under

6    genitourinary it specifically says no pelvic pain and

7    no incontinence, correct?

8            A.    It does state that.

9            Q.    All right.

10                 (Document marked for identification as

11                 Walmsley Pridmore Deposition Exhibit No. 16.)

12   BY MR. MORIARITY:

13           Q.    Then he sees her or somebody in that

14   office sees her September 27, 2012, correct?

15           A.    Yes.

16           Q.    And she is there because she's got

17   complicated urinary tract infection, right?

18           A.    True.

19           Q.    It says here, "controlled, poorly

20   compliant hypertensive diabetic with morbid obesity, 57

21   years old."

22                 Do you agree with that?

23           A.    I agree with what it says, yes.

24           Q.    "Genitourinary:  No dysuria, no pelvic

Konstantin Walmsley, M.D.

```
1   pain, no vaginal discharge, no incontinence, no

2   dysmenorrhea and no unexplained vaginal bleeding."

3               Is that what it says at least in this

4   medical record?

5        A.    That's what it says at least in that

6   medical record, yes.

7        Q.    And in the current medication list,

8   there are 14 items; are there not?

9        A.    Yes, sir.

10       Q.    Some of these have urinary tract side

11   effects?

12       A.    Yes.

13             (Document marked for identification as

14             Walmsley Pridmore Deposition Exhibit No. 17.)

15   BY MR. MORIARITY:

16       Q.    Handing you what's been marked as

17   Exhibit 17, was this note available for your review in

18   the materials?

19       A.    Yes, sir.

20       Q.    This is an operative note; is it not?

21       A.    Yes, it is.

22       Q.    Left total knee replacement in November

23   of 2013?

24       A.    Correct.
```

Konstantin Walmsley, M.D.

1          Q.      And this is the implantation of a

2     foreign body into her knee, correct?

3          A.      Yes.

4          Q.      And likely went with considerable

5     informed consent about the potential risks and

6     complications of whatever knee replacement device was

7     used, correct?

8          A.      I mean, I can't comment on that, having

9     not seen the consent for this procedure.

10         Q.      Would you expect that that would take

11    place?

12         A.      I would.

13         Q.      Okay.  Tell me your opinion about what

14    complications of TVT-O Mrs. Pridmore suffered that are

15    not in some way referred to in the IFU?

16         A.      Vaginal pain and voiding dysfunction.

17         Q.      Are you done with your answer?

18         A.      Yes, sir.

19         Q.      I think I marked an IFU somewhere.

20    Isn't there something about urinary tract dysfunction

21    in the IFU?

22         A.      I can read what I have.

23         Q.      Go ahead.  You're reading from your

24    report, correct?

Konstantin Walmsley, M.D.

```
 1           A.    Yes, sir, but I took that basically

 2    verbatim out of the IFU, and what it states is "over

 3    correction, i.e. too much tension applied to the tape,

 4    may cause temporary or permanent lower urinary tract

 5    obstruction."

 6           Q.    If you go up in the Warnings and

 7    Precautions section, it says, "As with other

 8    incontinence procedures, de novo detrusor instability

 9    may occur following a suburethral sling procedure

10    utilizing the Gynecare TVT Obturator System.  To

11    minimize this risk, make sure to place the tape as

12    described above."

13                 Do you see that?

14           A.    I don't.  I don't have a copy of the IFU

15    in front of me.

16           Q.    Do you trust me that I just read that

17    correctly from the IFU?

18           A.    I do.

19           Q.    All right.

20           A.    Yes.

21           Q.    Do you believe that Mrs. Pridmore had de

22    novo detrusor instability after her TVT-O?

23           A.    I do not.

24           Q.    Now, earlier when I asked you about this
```

Konstantin Walmsley, M.D.

1    list, you said that you were aware probably by 2007

2    that voiding dysfunction was a potential risk of this

3    procedure, correct?

4           A.     That's correct.

5           Q.     Do you believe that voiding dysfunction

6    was generally an item that was discussed in the

7    published medical literature regarding midurethral

8    slings by 2007?

9           A.     Quantitatively I do, yes.

10          Q.     So what you're referring to is this more

11   severe that you believe she suffered, correct?

12          A.     I would opine more severe, and, also, I

13   would add to that the fact that Dr. Diamond met the

14   standard of care in terms of his implanting technique

15   and that the IFU, when it speaks to either de novo

16   urgency, incontinence, as you quoted to me, or to lower

17   urinary tract obstruction that might be temporary or

18   permanent, as I quoted to you, it was provided in the

19   context of the sling not being placed properly, over

20   tensioned or not following the instructions in the IFU.

21          Q.     If you were going to publish a case

22   report about Mrs. Pridmore and truly use the scientific

23   method, wouldn't you have to have substantially more

24   information about the years of urinary tract infections

Konstantin Walmsley, M.D.

```
1    prior to September of 2007 in order to compare not only

2    the incidence but the severity of them?

3                    MR. THOMPSON:  Object to the form.

4                    THE WITNESS:  I think that would be very

5            helpful.

6    BY MR. MORIARITY:

7            Q.    But if you were going to -- if you

8    really wanted to do a good scientific comparison, you

9    would have to have that data, correct?

10                   MR. THOMPSON:  Object to the form.

11                   THE WITNESS:  It would be very helpful

12           to know the severity and nature of her urinary

13           tract infections prior, I agree with that.

14   BY MR. MORIARITY:

15           Q.    But your opinion in this case that her

16   urinary tract infections were more severe, for example,

17   is your opinion based on, frankly, some incomplete

18   data, correct?

19                   MR. THOMPSON:  Object to the form.

20                   THE WITNESS:  Well, I reviewed as much

21           data as I was given and the data that was

22           provided to me doesn't provide as much in the

23           way of medical records prior to her sling

24           implantation.  Why that is, I can't answer.
```

Konstantin Walmsley, M.D.

```
 1    BY MR. MORIARITY:

 2         Q.     I'm not trying to imply that you

 3    personally did a shoddy job in your analysis.

 4                Because of the number of years involved

 5    and the number of medical records that simply aren't

 6    available, like the old Dr. Diamond records, for

 7    example, we just don't have that data, it's just part

 8    of the analysis, correct?

 9         A.     Correct.

10         Q.     But in order to do the best scientific

11    analysis of this question, you would need more data,

12    correct?

13         A.     It would be very helpful, I would agree

14    with that.

15         Q.     You didn't do a general TVT-O report,

16    did you?

17         A.     I didn't provide one today, no, sir.

18         Q.     Did you ever write one, a TVT-O report?

19         A.     Other than the reports that I've

20    generated today, I have not.

21         Q.     What is this -- to the best of your

22    knowledge, from the published medical literature, what

23    is the incidence of severe -- I'm sorry -- what is the

24    incidence of a synthetic midurethral sling causing
```

Konstantin Walmsley, M.D.

1    severe chronic urinary tract infections?

2         A.    Well, that's a hard question to answer

3    because I don't know if there's been a specific table

4    that would provide said data, so I probably have to

5    give you a conjecture as to what that answer would be.

6         Q.    Okay.  Conjecture being speculation?

7         A.    It would be probably speculative.

8         Q.    What is your speculation?

9         A.    I would say in the single digit

10   percentages, probably 5% or less.

11        Q.    5% or less.  In your personal experience

12   with synthetic midurethral slings, is the incidence of

13   severe urinary tract infections very low?

14        A.    It is.

15        Q.    Can other types of stress urinary

16   incontinence procedures, such as a Burch or an

17   autologous fascial sling, potentially cause severe

18   urinary tract infections?

19        A.    Potentially, yes.

20             MR. MORIARITY:  Let's go off the record

21        for a second.

22             (Pause.)

23   BY MR. MORIARITY:

24        Q.    Do you get the journal Urology?

Konstantin Walmsley, M.D.

1        A.      I do.

2        Q.      Do you read it?

3        A.      I do.

4        Q.      Is it generally reliable?

5        A.      I utilize it to help me increase my fund

6    of knowledge as a urologist.

7        Q.      Dr. Mock wrote an article comparing

8    autologous fascial slings with synthetic midurethrals

9    in Urology, and Dr. Kahn offered a similar kind of

10   comparison in the British Journal of Urology in 2015?

11       A.      Yes.

12       Q.      Have you read either of those?

13       A.      I have seen those, yes.

14       Q.      And they're not in your reliance list,

15   correct?

16       A.      Not in this set of documents, no.

17       Q.      Did either of those articles conclude

18   that autologous fascial slings were statistically

19   significantly safer and more effective than synthetic

20   midurethral slings?

21       A.      Well, certainly I can answer from the

22   standpoint of effectiveness that there was a fair, more

23   or less an equivalence in terms of effectiveness.

24       Q.      Do you remember what their safety

Konstantin Walmsley, M.D.

```
 1   numbers showed?

 2        A.    I don't recall specifically how the

 3   safety metrics were broken down, nor if there was

 4   discernment made between mesh specific and/or nonmesh

 5   specific safety metrics.

 6        Q.    Okay.  Is there any reason to think that

 7   Dr. Diamond did not know essentially what you believe

 8   you knew in 2007 about the risks of these procedures?

 9        A.    I couldn't offer that opinion, no.

10        Q.    In your Case Specific Opinion Number 1

11   you talk about that the vaginal pain and voiding

12   dysfunction were caused by scarring following the TVT

13   device.

14              Do you see that?

15        A.    That's correct.

16        Q.    First of all, how would midurethral

17   sling that is not inside the urethra or inside the

18   bladder cause urinary tract infections or make them

19   more severe?  What's the physical connection?

20        A.    Well, urinary incontinence can certainly

21   be a risk factor for urinary tract infections, and her

22   urinary incontinence has persisted, in a certain sense

23   has worsened.

24        Q.    Okay.  Is that the only plausible
```

Konstantin Walmsley, M.D.

1  connection?

2       A.    I also offered opinions that her

3  dysfunctional voiding is in part related to the TVT-O

4  sling.  In theory, if patients are retaining urine,

5  that could be an additional risk factor.

6       Q.    But there's no evidence that she is,

7  correct?

8       A.    The only evidence that she is is

9  rendered by Dr. Wilks in his last evaluation of this

10  patient.

11      Q.    Did he have any studies to indicate?  I

12  mean, you can do studies to see if she's retaining,

13  correct?

14      A.    Yes, he did a post void residual check

15  on this patient that indicated a post void residual of

16  50 CCs.

17      Q.    That would not rise to the level, no pun

18  intended, of retention, would it?

19      A.    I wouldn't call that retention, no, sir.

20      Q.    Is there any objective evidence of

21  scarring as the cause of the dysfunction or any pain,

22  an x-ray, an ultrasound, a pathology finding, anything?

23      A.    Nothing of that nature.

24      Q.    Is there some other objective, a

Konstantin Walmsley, M.D.

1    physical exam finding, for example?

2          A.     There's no physical exam finding

3    memorialized that documents midurethral pain, for

4    example.

5          Q.     All right.  So there is no evidence in

6    this record objectively on a physical exam or some sort

7    of a test that she actually has scarring that is

8    clinically significant from her TVT-O, correct?

9          A.     Yeah, the conclusions are really drawn

10   based on subjective findings and inference.

11         Q.     Her subjective findings, in other words,

12   the history she gives?

13         A.     Some of her subjective complaints that

14   were memorialized by some of her examining doctors,

15   yes.

16         Q.     And many of those subjective complaints

17   or all of them, I don't have time to go back through

18   all of them, do have other potential explanations for

19   them, correct?

20         A.     Well, with the exception of some of her

21   obstructive voiding symptoms, I would agree with you.

22   The obstructive voiding systems being intermittency,

23   straining, spraying of stream and hesitancy.

24         Q.     Did Dr. Wilks ever indicate a guarded

Konstantin Walmsley, M.D.

```
 1   prognosis in his records?

 2        A.    No, not to my recollection.

 3        Q.    Down towards the end of your report, it

 4   mentions she's not an ideal candidate for this type of

 5   surgery and is likely best treated with medical therapy

 6   in combination with lifestyle modification and pelvic

 7   floor physiotherapy.

 8              Do you see that?

 9        A.    I do.

10        Q.    Now, from the records and her deposition

11   testimony, has she shown the willingness, the interest

12   and the sticktuitiveness to alter her lifestyle in the

13   ways that you suggest here?

14        A.    I don't believe so.

15              MR. MORIARITY:  Let me take a break.  Go

16        through my last notes.

17              I'll reserve my five minutes.

18   BY MR. THOMPSON:

19        Q.    Doctor, I know we've been kind of hard

20   on Ms. Pridmore, but let's point out this record, and I

21   don't have the actual number, I think it was 9 and 10.

22   Its an encounter of 9/27/2012.

23              MR. MORIARITY:  Those are the Slotar

24        notes.
```

Konstantin Walmsley, M.D.

1    BY MR. THOMPSON:

2         Q.    Look at Page 2 of 4?

3         A.    Exhibit 16.

4         Q.    If I turn to Page 2 and look down here,

5    there's something that says "Vitals."

6         A.    Yes.

7         Q.    You see that?

8         A.    I do.

9         Q.    And if I look and I see April 12, 2012,

10   I see her weight is 302 pounds?

11        A.    Yes.

12        Q.    Then if I look on September 27, 2012,

13   her weight is 277.

14              You see that?

15        A.    I do.

16        Q.    So Ms. Pridmore, despite this cornucopia

17   of complaints and physical conditions, Ms. Pridmore

18   hasn't given up, she lost 25 pounds, didn't she?

19        A.    Yes.

20        Q.    She is trying at least?

21        A.    It would seem that way, yes.

22        Q.    Now, Doctor, with regard to your report,

23   you have gone through and it's been pointed out that

24   there are missing records from earlier on

Konstantin Walmsley, M.D.

1    Ms. Pridmore's course.  You've gone through a variety

2    of documents and medical reports.

3                Have you seen any documents or any

4    medical records that cause you to withdraw or abandon

5    any of the opinions that you express in your report?

6          A.     No, I do not.

7          Q.     And, Doctor, I understand that you have

8    answered that it would be very helpful and useful to

9    have earlier medical records.  Does the absence of

10   those records make it impossible for you apply

11   techniques of differential diagnosis to arrive at your

12   conclusions?

13         A.     No, it does not.

14         Q.     Doctor, do you hold these opinions to a

15   reasonable medical certainty?

16         A.     I do.

17                MR. THOMPSON:  Thank you very much.

18         That's it for me.

19   BY MR. MORIARITY:

20         Q.     Couple follow-up questions.

21                General Opinion Number 2 say for

22   alternative design and procedures.

23         A.     Yes.

24         Q.     Tell me what they were in 2007.

Konstantin Walmsley, M.D.

1        A.      One was the autologous fascial sling.

2   In fact, that's really the only one that I would put

3   forth in here today.

4        Q.      And what Level 1 evidence do you rely on

5   to say that that has a lesser risk of pelvic pain and

6   scarring?

7        A.      In my own practice and my review of the

8   literature and my training, I have not encountered the

9   same types of risks inherent to the use of synthetic

10  vaginal mesh that I would to using something that's

11  nonmesh-based as far as my repair.

12       Q.      Do you know of any randomized controlled

13  trials or other published literature supporting the

14  proposition that autologous fascial slings have less

15  risk of pain and scarring than synthetic midurethral

16  slings?

17       A.      Well, I think there are two trials that

18  you might have even alluded to that are not in my

19  reliance list that would speak to that.  One being the

20  Tomas trial and the other being the Kahn article that

21  points to substantial efficacy in the absence of

22  mesh-specific complications.

23       Q.      They do have complications, right?

24       A.      They do.

Konstantin Walmsley, M.D.

1       Q.      So what we're down to is whether the

2   complication is caused by mesh or something else, you

3   have to compare the pain rates, for example, in those

4   trials, right?

5       A.      Correct.

6       Q.      IFUs, last thing I want to ask you

7   about.  Do you read the IFU for any products that you

8   use every time you operate?

9       A.      Not every time I operate, no.

10      Q.      How much do you rely on the IFU to

11  convey potential risks and complications of a

12  procedure?

13      A.      I provide liberal weight to the IFU when

14  I'm consenting patients, particularly when I'm first

15  using a procedure or device, performing a procedure,

16  using a device to execute a procedure.

17      Q.      I don't know what you mean by liberal

18  weight.

19      A.      I rely upon it heavily more so in the

20  infancy of me using a device for a procedure.

21      Q.      Okay.  After you've used it, you rely

22  less on the IFU?

23      A.      I don't look at it as often, typically

24  because IFUs don't often change or evolve over time.

Konstantin Walmsley, M.D.

```
 1          Q.      What does change and evolve over time is

 2    the continuing -- I'm sorry -- the published medical

 3    literature, correct?

 4          A.      There is a dynamic there, yes.

 5          Q.      That's what gives you as a practitioner

 6    and a teacher of these residents the most up-to-date

 7    information about efficacy and safety, correct?

 8          A.      I think especially as it relates --

 9    yeah, I think for both those metrics that's true for

10    both efficacy and safety.

11          Q.      And continuing medical education as

12    well, you go to seminars where these things are

13    discussed, right?

14          A.      I do.

15          Q.      And your colleagues from across the

16    country are speaking about the most recent information

17    about risks, complications, efficacy, correct?

18          A.      Yes.

19          Q.      And you absorb that and take it into

20    account as well as the IFU; is that right?

21          A.      I do.

22                  MR. MORIARITY:  I think I've probably

23          used all my time and your patience.

24                  (Witness excused.)
```

Konstantin Walmsley, M.D.

1                    (Deposition concluded at 6:13 p.m.)

2                              - - -

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Konstantin Walmsley, M.D.

```
 1            C E R T I F I C A T I O N

 2                   I, MARGARET M. REIHL, a Registered

 3        Professional Reporter, Certified Realtime

 4        Reporter, Certified Shorthand Reporter,

 5        Certified LiveNote Reporter and Notary Public,

 6        do hereby certify that the foregoing is a true

 7        and accurate transcript of the testimony as

 8        taken stenographically by and before me at the

 9        time, place, and on the date hereinbefore set

10        forth.

11                   I DO FURTHER CERTIFY that I am

12        neither a relative nor employee nor attorney

13        nor counsel of any of the parties to this

14        action, and that I am neither a relative nor

15        employee of such attorney or counsel, and that

16        I am not financially interested in the action.

17

18

19                   -------------------------------

                     Margaret M. Reihl, RPR, CRR, CLR
20                   CSR #XI01497  Notary Public

21

22

23

24
```

Konstantin Walmsley, M.D.

```
 1                    -  -  -  -  -  -

 2                  E R R A T A

 3                    -  -  -  -  -  -

 4   PAGE   LINE   CHANGE

 5   _____  _____  _____

 6   REASON:  _____

 7   _____  _____  _____

 8   REASON:  _____

 9   _____  _____  _____

10   REASON:  _____

11   _____  _____  _____

12   REASON:  _____

13   _____  _____  _____

14   REASON:  _____

15   _____  _____  _____

16   REASON:  _____

17   _____  _____  _____

18   REASON:  _____

19   _____  _____  _____

20   REASON:  _____

21   _____  _____  _____

22   REASON:  _____

23   _____  _____  _____

24   REASON:  _____
```

Konstantin Walmsley, M.D.

1                    ACKNOWLEDGMENT OF DEPONENT

2

3              I, KONSTANIN WALMSLEY, M.D., do hereby

4         certify that I have read the foregoing pages,

5         and that the same is a correct transcription of

6         the answers given by me to the questions

7         therein propounded, except for the corrections

8         or changes in form or substance, if any, noted

9         in the attached Errata Sheet.

10

11

12

_____

13   KONSTANTIN WALMSLEY, M.D.        DATE

14

     Subscribed and sworn to before me this

15

     _____ day of _____, 2016.

16

     My commission expires:_____

17

18   _____

     Notary Public

19

20

21

22

23

24