# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 2

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Jaime L. Sepulveda-Toro for Ethicon Wave 1, Dkt. 2014 (motion), 2018 (memorandum in support). Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 2 cases identified in Exhibit A attached hereto.

Dated: July 21, 2016

Respectfully submitted,

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Jackson, Doris | 2:12-cv-00265 |
| Hines, Lynn | 2:12-cv-01331 |
| Rose, Lola | 2:12-cv-01336 |
| Higgins, Susan | 2:12-cv-01365 |
| McDonald, Maria | 2:12-cv-01366 |
| Valle, Maritza | 2:12-cv-01368 |
| Simpson, Sherry | 2:12-cv-01414 |
| Cruse, Peggy | 2:12-cv-01501 |
| Chase, Alvette | 2:12-cv-01533 |
| McGathey, Elizabeth | 2:12-cv-01538 |
| Amidei, Betty | 2:12-cv-01563 |
| Smallwood, Nancy | 2:12-cv-01662 |
| Colbert, Rhonda | 2:12-cv-01702 |
| Williamson, Betty | 2:12-cv-01739 |
| Hammett, Carolyn | 2:12-cv-01802 |
| Sierra, Ana | 2:12-cv-01819 |
| Symank, Bernie | 2:12-cv-01836 |
| Franklin, Betty | 2:12-cv-01837 |
| Gallehugh, Michelle | 2:12-cv-01838 |
| Moon, Carolyn | 2:12-cv-01980 |
| Beard, Gavie | 2:12-cv-02025 |
| Carroll, Margaret | 2:12-cv-02026 |

| Hand, Wanda     | 2:12-cv-02079 |
| --------------- | ------------- |
| Bishop, Jessie  | 2:12-cv-02101 |
| Messina, Laritza | 2:12-cv-02140 |
| Pippin, Laura   | 2:12-cv-02152 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com