IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> WAVE 2 CASES ATTACHED ON EXHIBIT A | Master File No. 2:12-MD-02327 <br><br> MDL No. 2327 <br><br><br> JOSEPH R. GOODWIN <br><br> U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF
<u>DR. SHELBY THAMES</u>**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion, Plaintiffs respectfully request that the Court enter an order excluding, or limiting in the Court's discretion, the expert testimony proffered by Dr. Shelby Thames.

This 21st Day of July, 2016     By:     <u>/s/ Edward A. Wallace</u>
                                        Edward A. Wallace
                                        Mark Miller
                                        Wexler Wallace
                                        55 W. Monroe St. Ste. 3300
                                        Chicago, IL 60603
                                        Phone: (312) 346-2222
                                        eaw@wexlerwallace.com
                                        mrm@wexlerwallace.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                        By:   /s/  Edward A. Wallace