# Exhibit A

**Cases In Which Dr. Shelby Thames Provided An Expert Report:**

| | |
|---|---|
| Jackson, Doris | 2:12-cv-00265 |
| Morrow, Tina and Kenneth | 2:12-cv-00378 |
| Kowalski, Judith | 2:12-cv-01323 |
| Almedarez, Angela | 2:12-cv-01329 |
| Hines, Lynn | 2:12-cv-01331 |
| Rose, Lola | 2:12-cv-01336 |
| Vandergriff, Debbie | 2:12-cv-01342 |
| Aldrich, Jacqueline | 2:12-cv-01364 |
| Higgins, Susan | 2:12-cv-01365 |
| McDonald, Maria | 2:12-cv-01366 |
| Valle, Maritza | 2:12-cv-01368 |
| Thomas, Mary | 2:12-cv-01370 |
| Fitzgerald, Alina | 2:12-cv-01371 |
| Simpson, Sherry | 2:12-cv-01414 |
| Pocztowski, Debra | 2:12-cv-01470 |
| Martin, Diann | 2:12-cv-01495 |
| Schomer, Margaret | 2:12-cv-01497 |
| Espinoza, Rhondi | 2:12-cv-01517 |
| Majors, Jennifer | 2:12-cv-01523 |
| Ferguson, Teresa | 2:12-cv-01544 |
| Sanders, Melissa | 2:12-cv-01562 |
| Amidei, Betty | 2:12-cv-01563 |
| Childress, Sandra | 2:12-cv-01564 |
| Rasos, Katherine | 2:12-cv-01599 |
| Guffey, Gail | 2:12-cv-01650 |
| Moore, Phyllis | 2:12-cv-01659 |
| Cooper, Jennifer | 2:12-cv-01660 |
| Smallwood, Nancy | 2:12-cv-01662 |
| Allen, Diana | 2:12-cv-01676 |
| Fleck, Jean | 2:12-cv-01681 |
| Miller, Mona | 2:12-cv-01696 |
| Bailey, Pamela | 2:12-cv-01700 |
| Cedeno, Joyce | 2:12-cv-01701 |
| Colbert, Rhonda | 2:12-cv-01702 |
| Hoch, Susan | 2:12-cv-01703 |
| Johnson, Cynthia | 2:12-cv-01704 |
| Meyer, Linda | 2:12-cv-01705 |
| Muir, Marilyn | 2:12-cv-01706 |
| Shelton, Mary | 2:12-cv-01707 |
| Shennum, Janice | 2:12-cv-01708 |

| | |
|---|---|
| Swanson, Karen | 2:12-cv-01709 |
| Parker, Belinda | 2:12-cv-01710 |
| Hutchison, Deanna | 2:12-cv-01711 |
| Suter, Carol and Troy | 2:12-cv-01712 |
| Frazier, Margaret | 2:12-cv-01731 |
| Raines, Myra | 2:12-cv-01735 |
| Sidwell, Loretta | 2:12-cv-01737 |
| Williamson, Betty | 2:12-cv-01739 |
| Gibson, Susan | 2:12-cv-01740 |
| Slade, Sebrina | 2:12-cv-01753 |
| Cutter, Jenesta | 2:12-cv-01790 |
| Burnett, Mary | 2:12-cv-01795 |
| Hammett, Carolyn | 2:12-cv-01802 |
| Sierra, Ana | 2:12-cv-01819 |
| Symank, Bernie | 2:12-cv-01836 |
| Franklin, Betty | 2:12-cv-01837 |
| Gallehugh, Michelle | 2:12-cv-01838 |
| Sutton, Martha | 2:12-cv-01857 |
| Bowles, Phyllis | 2:12-cv-01865 |
| Henry, Lana | 2:12-cv-01938 |
| Young-Poole, Brenda | 2:12-cv-01962 |
| Riggs, Donna | 2:12-cv-01967 |
| Beard, Gavie | 2:12-cv-02025 |
| Carroll, Margaret | 2:12-cv-02026 |
| Martin, Phyllis | 2:12-cv-02029 |
| Chrysler, Marion | 2:12-cv-02060 |
| Daugherty, Angela | 2:12-cv-02076 |
| Marshall, Natalie | 2:12-cv-02077 |
| Hand, Wanda | 2:12-cv-02079 |
| Scott, Teresa | 2:12-cv-02100 |
| Bishop, Jessie | 2:12-cv-02101 |
| Minogue, Bridgette | 2:12-cv-02112 |
| Crabtree, Reba | 2:12-cv-02135 |
| Manor, Kristy | 2:12-cv-02137 |
| Maxwell, Bonnie | 2:12-cv-02138 |
| Messina, Laritza | 2:12-cv-02140 |
| Phillips, Ramona | 2:12-cv-02143 |
| Pitts, Michelle | 2:12-cv-02144 |
| Green, Janice | 2:12-cv-02148 |
| Pippin, Laura | 2:12-cv-02152 |
| Bihlmeyer, Donna | 2:12-cv-02159 |

| | |
|---|---|
| Martin, Patricia | 2:12-cv-02185 |
| Miller, Rose | 2:12-cv-02187 |
| Pieper, Laura | 2:12-cv-02189 |
| Pridmore, Hope | 2:12-cv-02190 |
| Nelson, Kathryn | 2:12-cv-02203 |